# TABLE OF CONTENTS

## AFFIDAVIT OF JEFFREY RYAN FENTON
### (DOCUMENT FEATURING MY HANDGUN PERMIT)

HANDGUN CARRY PERMIT (LIFETIME) .................................................................... 1

VENUE, PREAMBLE, AND STATEMENTS OF FACT ................................................... 2

   COURTS | CASES | PARTIES ............................................................................ 3

      Williamson County Chancery Court ............................................................. 3

      U.S. Bankruptcy Court – Middle Tennessee ................................................ 4

      Court of Appeals of Tennessee at Nashville ................................................ 4

      Supreme Court of Tennessee at Nashville .................................................. 5

   PURPOSE AND INTENT ...................................................................................... 5

   CERTIFYING THE FACTUAL ACCURACY AND THE TRUTHFUL
   CONTENTS, IN MY DOCUMENT ........................................................................ 5

   CLEAR EVIDENCE THAT I HAD RECENTLY PASSED BOTH
   STATE AND FEDERAL BACKGROUND CHECKS ................................................. 8

      CONTROL (Binkley): "One of the biggest problems I'm... Up against... Is who's
      going to control the husband?" ................................................................... 9

      DISABILITIES (Binkley): "We All Have Burdens... I Can't Make Excuses for That"
      .................................................................................................................... 9

      SPEAKING as if FACTS (RPC): "A Lawyer Shall NOT Assert Personal Knowledge
      of Facts in Issue, Except when Testifying as a Witness" ......................... 10

      The Absence of "Impartiality" and presence of "Fraud Upon the Court"
      VOIDS Everything, with NO "Statute of Limitations", ever! .................... 11

   AFFIANT'S DECLARATION OF TRUTH ............................................................. 12

      AFFIANT'S SWORN SIGNATURE ................................................................. 13

      JURAT NOTORIAL CERTIFICATE & SEAL .................................................... 13

# CLEAR EVIDENCE THAT I HAD RECENTLY PASSED BOTH STATE AND FEDERAL BACKGROUND CHECKS, WITH FLYING COLORS! WHILE NOT HAVING ANY CRIMINAL OR VIOLENT HISTORY, EVER!!!

(Issued Jan 3rd, 2019)



THE ONLY PEOPLE TO CLAIM ANY DIFFERENTLY: ARE MY EX-WIFE WHO SAVED APPROXIMATELY $250k BY TELLING THOSE LIES, HER ATTORNEY, VIRGINIA LEE STORY, WHO ALSO PROFITED NICELY, WITHOUT NEAR THE "WORK" AS ARGUING THE TRUTH! ALONG WITH SOME OF MS. STORY'S (AND WHO ELSE'S?) "FRIENDS". FINALLY, THERE IS ATTORNEY VIRGINIA LEE STORY'S CLOSE AND TRUSTED "FAMILY FRIEND", THE CHANCERY COURT JUDGE WHO MADE IT ALL POSSIBLE, JUDGE MICHAEL W. BINKLEY (WHO SHOULD HAVE RECUSED HIMSELF, BY FEDERAL LAW, IN THE VERY BEGINNING!) WHILE WHO KNOWS IF JUDGE BINKLEY'S MOTIVATION WAS FINANCIAL, "QUID PRO QUO", FAMILIAL, FAVORING A "FRIEND", OR STRICTLY HATE AND DISCRIMINATION AGAINST WHO HE PERCEIVED ME TO BE, OR THE "TYPE" OF PERSON WHICH HE ASSUMED THAT I "REPRESENT". WHETHER DUE TO MS. STORY'S "EX PARTE" CLAIMS PRIOR TO MEETING ME, OR SHORTLY THEREAFTER, BEFORE I WAS EVER ALLOWED TO SPEAK A SINGLE WORD!

JUDGE BINKLEY (TE-I, 16:15-18): "ONE OF THE BIGGEST PROBLEMS I'M UP AGAINST... IS WHO'S GOING TO CONTROL THE HUSBAND?"

BIASED TRIAL COURT!

POSSIBLY FOR BEING A MAN, WHO WAS NOT THE PRIMARY "BREADWINNER" FOR HIS FAMILY, WHO STRUGGLES WITH DISABILITIES, TO WHICH JUDGE BINKLEY TOLD ME IN COURT, "SIR, I RESPECT THAT. BUT WE ALL HAVE BURDENS... EVERYBODY IN THIS ROOM HAS... JUST LIKE YOU DO... I CAN'T MAKE EXCUSES FOR THAT." (R.v4, 508-509) OR MAYBE BECAUSE I WAS RAISED IN THE "NORTH", WHILE "YANKEES" ARE STILL DESPISED BY SOME PEOPLE IN THE SOUTH, AS I'VE BEEN PICKED AT THROUGH THE YEARS. I CAN'T TELL YOU JUDGE BINKLEY'S "MOTIVATIONS", BUT I CAN PROVE HIS FAILURES AND EVEN HIS REFUSAL TO PROVIDE ME WITH A FAIR AND IMPARTIAL TRIAL (TRIBUNAL), MULTIPLE TIMES OVER!

JUDGE MICHAEL W. BINKLEY, WHO ONLY SPENT ONE HOUR WITH ME IN COURT, WHILE ONLY ALLOWING ME TO SPEAK FOR 7.1 MINUTES, WHICH HE SAID WAS IRRELEVANT THAT DAY ANYHOW. WHILE MY TESTIMONY WAS FOUNDATIONAL TO THE ENTIRELY "FRAUDULENT NARRATIVE" WHICH MS. STORY HAD FABRICATED AND FORCED UPON THE COURT. WHILE "THEY" CONTINUE TO DEPRIVE ME OF MY LIFE, MY LIBERTY, AND MY PURSUIT OF HAPPINESS, TO THIS DAY, WITHOUT DUE PROCESS OF LAW, WHILE TERRORIZING MY FAMILY!

JUDGE MICHAEL W. BINKLEY BETRAYED HIS OATH OF OFFICE, HIS JUDICIAL SUPERVISORY DUTIES, ALONG WITH JUDICIAL CANONS 1 - 3, BY ALLOWING HIS CLOSE "FAMILY FRIEND" AND CONTROVERSIAL "WINNER TAKES ALL" ATTORNEY, VIRGINIA LEE STORY, TO MAKE CLEARLY FALSE STATEMENTS OF LAW IN HIS COURT (TE-I, 9:9-12, 10:11-13, 27:25-28:4, 28:24-29:8, 40:19-41:16, ETC.), IN GROSS VIOLATION OF RPC. 3.3(A)(1)(3)(B)(C)(E)(F)(G). WHILE INSTEAD OF CORRECTING HER OBSCENELY OVERT MISCONDUCT: FRAUD UPON THE COURT, BIAS, DISHONESTY, NEGLIGENCE, UNFAIRNESS, HARASSMENT AND ABUSE BY PROCESS, AS REQUIRED IN THE "RULES OF JUDICIAL CONDUCT" (RJC 1.1, 2.12, 2.15, 2.2, 2.3, 2.6, 2.9), JUDGE BINKLEY JUST NODDED HIS HEAD UP-AND-DOWN, WHILE GRUNTING SOUNDS OF AGREEMENT, FOLLOWED BY COMPLETELY UNREASONABLE COURT ORDERS, WITH NO IMPARTIALITY, CONSIDERATION, FAIRNESS, COMMON-SENSE, OR CARE (DESPITE HUNDREDS OF PAGES OF REAL "EVIDENCE" TO THE CONTRARY), AT THE CONCLUSION OF EVERY "HEARING"! JUDGE BINKLEY NEVER ONCE CORRECTED MS. STORY FOR "TESTIFYING AS A WITNESS" TO NEARLY EVERY WORD SHE SPOKE, IN VIOLATION OF THE "RULES OF PROFESSIONAL CONDUCT" WHICH STATES "A LAWYER SHALL NOT ASSERT PERSONAL KNOWLEDGE OF FACTS IN ISSUE EXCEPT WHEN TESTIFYING AS A WITNESS" (RPC 3.4(B)(D)(E)(1)(2)(3)), WHILE A "WITNESS" TO NEARLY NONE OF IT! (THAT ALONE, VERIFIABLE BY SKEPTICALLY READING THE "M2019-02059 TRANSCRIPT OF EVIDENCE-I" FROM MY 8/1/2019 HEARING, SHOULD BE SUFFICIENT TO ORDER A "MISTRIAL" AND/OR TO "STRIKE" EVERY ACTION IN THIS CASE!) REGARDLESS OF "MERITS" (WHICH WERE ALSO FRAUDULENT), THE "LANGUAGE" ALONE WAS UNREASONABLY UNETHICAL & ILLEGAL! INSTEAD JUDGE BINKLEY BIASEDLY TOOK EVERY WORD SHE SPOKE, AS IF IT WERE "FACT"! THE ABSENCE OF "IMPARTIALITY" AND THE PRESENCE OF "FRAUD UPON THE COURT" VOIDS EVERYTHING, WITH NO "STATUTE OF LIMITATIONS", EVER! LIKE THE "FRUIT OF THE POISONOUS TREE", THE "FRAUD" IS NO LONGER DISTINGUISHABLE FROM THE "TRUTH", BY REVIEWING THE COURT'S "RECORDS" IN THIS CASE. (ATTORNEY STORY "COLORED" EVERY AFFIDAVIT, MOTION, AND COURT ORDER SHE WROTE!) I DEMAND JUSTICE!

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.103.1001.00

# VOID JUDGMENTS – NO JURISDICTION – NO DUE PROCESS
## OF LAW, EXCESSIVE FRAUD UPON THE COURT BY OFFICER(S) OF THE COURT, IN THE STATE OF TENNESSEE'S WILLIAMSON COUNTY CHANCERY COURT

# AFFIDAVIT OF JEFFREY RYAN FENTON
(CERTIFYING DOCUMENT FEATURING MY HANDGUN PERMIT)

**STATE OF: MICHIGAN**

**COUNTY OF: GENESEE**

I, the Affiant, who goes by Jeffrey Ryan Fenton, a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been competently re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Tennessee, the State of Washington, and the State of Michigan, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say:

1.) **Every action in Williamson County Chancery Court Docket #48419B is VOID** (not voidable). Due to failed **DUE PROCESS of LAW,** Jurisdictional **Violations,** and an excessive amount of **"Fraud Upon the Court by Officer(s) of the Court."**

2.) Each of which have **NO "Statute of Limitations"** for seeking corrections and a cure.

3.) It will require **multiple affidavits** for me to articulate the depth and breadth of the crimes which were committed against me and my family "under color of law," in Williamson County Chancery Court. Along with the damages we have and continue to cruelly suffer.

4.) I do not believe that there is any **"qualified immunity"** remaining for **any** party involved.

5.) **These statements of fact involve two cases in Middle Tennessee, during 2019 (four separate actions intertwined)** on behalf of my wife (at that time), **"Fawn Tiffany Fenton"**, hereinafter referred to as **"ex-wife"**, to protect her privacy.

## WILLIAMSON COUNTY CHANCERY COURT

6.) These statements of fact are about **Docket #48419B** filed on **6/4/2019**, by **Story, Abernathy, & Campbell, PLLP** in **Williamson County Chancery Court**. The Courthouse is located at 135 4th Avenue South, Franklin, TN 37064.

7.) The Chancery Court Clerk & Master is **Attorney Elaine Beaty Beeler** (BPR# 016583), the presiding Chancellor was **Judge Michael Weimar Binkley** (BPR# 005930), while my opposing Counsel was **Attorney Virginia Lee Story** (BPR# 011700) and **Attorney Kathryn Lynn Yarbrough** (BPR# 032789) with **Story, Abernathy, & Campbell, PLLP.**

## U.S. BANKRUPTCY COURT – MIDDLE TENNESSEE

8.) The actions taken in Williamson County Chancery Court, were directly tied to, in coordination with, and allegedly based upon my ex-wife's **Chapter-13** bankruptcy action, **Case 3:19-bk-02693** in **The U.S. Bankruptcy Court for the Middle District of Tennessee**, found at 701 Broadway Ste 260, Nashville, TN 37203-3983.

9.) The Federal Bankruptcy Court Judge presiding was **Judge Charles M. Walker** (BPR# 019884). The Chapter-13 Trustee responsible was **Attorney Henry Edward Hildebrand, III** (BPR# 032168). While Bankruptcy Counsel for my ex-wife was **Attorney Mary Elizabeth Maney Ausbrooks** (BPR# 018097) and **Attorney Alexander Sergey Koval** (BPR# 029541) both of **ROTHSCHILD & AUSBROOKS, PLLC.**

## COURT OF APPEALS OF TENNESSEE AT NASHVILLE

10.) Upon appeal of the actions above in Chancery Court, I was the "Appellant" at the **Court of Appeals of Tennessee at Nashville**, in **No. M2019-02059-COA-R3-CV**.

11.) The Order dismissing my appeal was approved by the following panel of Judges: **Judge Frank G. Clement** (BPR# 006619), **Judge Andy Dwane Bennett** (BPR# 009894), and **Judge William Neal McBrayer** (BPR# 013879).

Page 4 of 13

Initials: _(signed)_

## SUPREME COURT OF TENNESSEE AT NASHVILLE

12.) I tried to escalate my appeal to the **Supreme Court of Tennessee at Nashville**, in **No. M2019-02059-SC-Rl1-CV**, but my application for permission to appeal was denied.

## PURPOSE AND INTENT

13.) This document has been created to exercise my <u>**FIRST AMENDMENT RIGHT**</u> and <u>**RESPONSIBILITY**</u> as a <u>**CITIZEN**</u>, to hold government accountable for their actions, no matter how resistant to the <u>**TRUTH**</u> that government is.

14.) While continuing to seek a peaceful **LEGAL CURE**, so that I can **SURVIVE** this loss!

## CERTIFYING THE FACTUAL ACCURACY AND THE TRUTHFUL CONTENTS, IN MY DOCUMENT FEATURING MY TENNESSEE LIFETIME HANDGUN CARRY PERMIT (#083253258)

15.) Due to the size limitations and layout of the page, some of the legal citations are grouped together (abbreviated) instead of cited directly beside and repeatedly with each sentence, as they apply. Although slightly displaced, all citations are believed to be factual and correct, both in application and intent, along with the rest of the claims, statements, and accusations made throughout the language of this document, when considered together as a whole.

16.) The text and testimony of the subject document are also being provided here, as a larger print format for the Court to more easily read.

17.) This is a single page document/publication/testimony, with very pointed language, clearly intended to catch the attention of others. To tell them about my continued sufferings "under color of law," and to seek HELP for myself and ACCOUNTABILITY for Judge Michael W. Binkley and Attorney Virginia Lee Story (along with several of their friends).

18.) **No part of these documents are intended to harm, defame, or injure any party,** their families, their businesses, or any other aspect of their lives and/or the communities within which they live, except to what extent it is necessary to EXPOSE the TRUTH and bring forth JUSTICE. As it should have been administered in the first place.

19.) None of this is done maliciously, pretentiously, or for ulterior motives.

20.) **None of these allegations are false or fraudulently presented.**

21.) I can supply substantial high-value, cross-referenceable, verifiable EVIDENCE to any party honestly acting in good-faith; for the purpose of investigating, proving, looking to disprove, or to honestly decide the truthfulness of my claims here.

22.) **I declare in good faith that the statements throughout are TRUE.**

23.) Though not designed or stated line-by-line, as usually seen in Affidavits, my claims, statements, accusations, throughout **are actual statements of FACT.**

24.) My non-conventional approach is simply out of desperation, in hopes of catching anyone's attention, to let the TRUTH be heard!

25.) I am in the process of designing several "picture books", which poignantly SHOW the TRUTH in a way which I hope will be more easily received and understood.

26.) In hopes that any reasonable mind will no longer be able to pushed-off, refuse to hear, and continue to be unconscionably ignored by the Courts.

27.) **Where I am hoping that the pictures alone will largely prove my case,** while adding language to help clarify what is being shown, as well as the damages which I have and continue to suffer "under color of law."

28.) **Caused by an otherwise unbelievable group of "bad actors," at the highest levels within the State of Tennessee.**

29.) The TEXT CONTENT of my Document Featuring my Tennessee Lifetime Handgun Carry Permit, are Listed Below (please note: fonts, colors, size, spacing, and emphasis may differ from the production document, but they contain identical wording and citations, without the paragraph numbers below.)

30.) **Clear evidence that I had recently passed both State and Federal background checks, with flying colors!** While not having any criminal or violent history, ever! (Issued Jan 3rd, 2019)

### SCAN OF MY TENNESSEE LIFETIME HANDGUN CARRY PERMIT

31.) The only people to claim any differently: are my ex-wife, who saved approximately **$250k** by telling those lies, her attorney, Virginia Lee Story, who also profited nicely, **without near the "work" as arguing the truth!** Along with some of Ms. Story's (and who else's?) "FRIENDS". Finally, there is Attorney Virginia Lee Story's close and trusted **"family friend",** the chancery court judge who made it all possible, **Judge Michael W. Binkley** (who should have recused himself, by Federal Law, in the very beginning!)

32.) While who knows if Judge Binkley's motivation was financial, "quid pro quo", familial, favoring a "friend", or strictly hate and discrimination against who he perceived me to be, or the "type" of person which he assumed that I "represent". Whether due to Ms. Story's "ex parte" claims prior to meeting me, or shortly thereafter, **before I was ever allowed to speak a single word!**

33.) Judge Binkley (TE-1, 16:15-18):

> *"One of the biggest problems I'm... Up against... Is <u>who's going to control the husband?</u>"*

34.) **Biased Trial Court!**

35.) Possibly for being a man, **who was not the primary "breadwinner" for his family,** who struggles with disabilities, to which Judge Binkley told me in court (R.v4, 508-509):

> *"Sir, I respect that. But we all have burdens... Everybody in this room has... Just like you do... <u>I can't make excuses for that.</u>"*

36.) Or maybe because I was raised in the "North", while **"Yankees"** are still despised by some people in the South, as I have been picked at through the years. I can't tell you judge Binkley's "motivations", but I can prove his failures and even his refusal to provide me with a fair and impartial trial (tribunal), multiple times over!

37.) Judge Michael W. Binkley, who only spent **ONE HOUR** with me in court, while only allowing me to speak for **7.1 minutes**, which he said was irrelevant that day anyhow. While my testimony was foundational to the entirely **"fraudulent narrative"** which Ms. Story had fabricated and forced upon the court. **While "they" continue to deprive me of my life, my liberty, and my pursuit of happiness. To this day, <u>without due process of law, while terrorizing my family!</u>**

Page **9** of **13**

Initials: _____

38.) **Judge Michael W. Binkley betrayed his Oath of Office, his Judicial Supervisory Duties, along with Judicial Canons 1 - 3, by allowing his close "family friend"** and controversial "winner takes all" Attorney, Virginia Lee Story, **to make clearly false statements of law in his court** (TE-1, 9:9-12, 10:11-13, 27:25-28:4, 28:24-29:8, 40:19-41:16, etc.), in gross violation of RPC 3.3(a)(1)(3)(b)(c)(e)(f)(g).

39.) While instead of **CORRECTING** her obscenely overt MISCONDUCT: Fraud Upon the Court, Bias, Dishonesty, Negligence, Unfairness, Harassment and Abuse by Process, as required in the "Rules of Judicial Conduct" (RJC 1.1, 2.12, 2.15, 2.2, 2.3, 2.6, 2.9), **Judge Binkley just nodded his head up-and-down, while grunting sounds of agreement, followed by completely UNREASONABLE Court Orders**, with NO IMPARTIALITY, consideration, fairness, common-sense, or care (despite hundreds of pages of real "EVIDENCE" to the contrary), at the conclusion of every "hearing"!

40.) **Judge Binkley never once CORRECTED Ms. Story for "testifying as a witness"** to nearly every word she spoke, in violation of the **"Rules of Professional Conduct"** which states:

---

*"A lawyer shall **not assert personal knowledge of facts in issue except when testifying as a witness**"*
*RPC 3.4(b)(d)(e)(1)(2)(3)*

---

Initials: ___

41.) **While a "witness" to nearly none of it!** That alone, verifiable by skeptically reading the "<u>M2019-02059 Transcript of Evidence-1</u>" from my **8/1/2019** hearing, should be sufficient to order a "mistrial" and/or to "strike" every action in this case!

42.) **Regardless of "merits" (which were also fraudulent), the "language" alone was unreasonably unethical & illegal!** Instead Judge Binkley **biasedly took every word she spoke, as if it were "<u>FACT</u>"!**

43.) <span style="color:red">**The absence of "Impartiality" and the presence of "Fraud Upon the Court" VOIDS everything, with no "Statute of Limitations", ever!**</span>

44.) **Like the "Fruit of the Poisonous Tree", the "Fraud" is no longer distinguishable from the "Truth", by reviewing the court's "Records" in this case.** <span style="color:red">**(Attorney Story "colored" every affidavit, motion, and court order she wrote!)**</span> I demand JUSTICE!

---

45.) End of text content from document.

## <span style="color:red">May JUSTICE Be Served!</span>

## The Public Welfare Requiring It!

Page 11 of 13

Initials: _[signature]_

# FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for the State of Tennessee, the State of Washington, and the State of Michigan, along with the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Jeffrey Ryan Fenton executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved*, without prejudice.

==**Notice of Specific Right Reserved:**== This document, and every part herein, is prohibited from being used directly against my ex-wife, her person, property, career, earnings, estate, future earnings, financial interests, and inheritances, by any party other than myself. Furthermore, this document and every part herein, is expressly prohibited from being used in any Civil or Criminal actions directly against my ex-wife, except as is specifically authorized by me in writing, prior to her inclusion in any action, with clear, specific, and direct language (directly naming my ex-wife, directly naming this specific document and "Right Reserved", directly naming the specific action which she is to be included in, and the explicitly authorized terms or exceptions, which must all be clearly defined and grouped together within the body of a SINGLE-PAGE), to reduce the likelihood for any deceptive wordsmithing, litigious trickery, or fraudulent claims. No claims of verbal authorization or consent are acceptable or binding. For the purposes of this paragraph, "directly naming my ex-wife" shall mean: with her full name clearly written, meeting the conditions of this paragraph, not by implication, association, representation, party, counsel, or agency.

*No part of this "Right Reserved" shall provide any protection to any Agent, Counsel, Attorney, Lawyer, Judge, Auctioneer, Broker, Trustee, ABA and/or BAR Member, Court, City, County, State and/or Country, or any other person, entity, or division of government, allegedly acting on my ex-wife's behalf or otherwise.

*Should the language of this "Right Reserved" ever conflict with the language of any other document, form, contract, pleading, etc… either signed by me previously or at any point hereafter, including if I am coerced, ordered, or forced by any authority, judge, court, division of government or law enforcement body, to sign any such document after the execution of this Affidavit, in all such instances, regardless of the authority, power, circumstances, or claims (no matter how extreme), the terms of this "Right Reserved" shall CONTROL and RULE. I hereby plead the protections of the 5th Amendment in any situations where a party, entity, or agency chooses to still try to force my cooperation, testimony, and/or compliance to my ex-wife's detriment. We've both suffered far more than "our share"! It is time for some real JUSTICE! (Not leveraging laws to weaponize!)

*It is time for the Court, the Counsel, the County, and the State to be held accountable for their irresponsible and unconscionable actions and inactions, both in the commission of crimes as well as in slothful complacency and/or indifference, refusing to set up safeguards for the ethical protection of both the people and for preserving the integrity of Tennessee's Judiciary. Failing to mandate an ethical division between the judiciary and those who plead cases in their courts. Preventing any Judge in the State of Tennessee from hearing a legal argument where a "friend" OR "family" member is an interested party, litigant, or Counsel in the case. (ESPECIALLY WITHOUT FULL DISCLOSURE FIRST!) Else, true impartiality is IMPOSSIBLE on a consistent basis. While if you do not BELIEVE that, you have no higher education of value to the State, nor any knowledge of HISTORY, for THOUSANDS of years, throughout EVERY NATION known to man, while never ONCE has hidden and unaccountable power NOT CORRUPTED those holding it!

*To pretend otherwise, is to be an "accessory" to the crimes of those unconscionable "Members of the Court" who play the same games TODAY as Casey Moreland did, or even far worse! Keeping Tennessee's Judiciary in a constant state of disrepute. While you have betrayed your Country, your State, your Oath of Office, and your SUPERVISORY DUTIES by the Judicial Canons (which are NOT OPTIONAL for the Judiciary) to responsibility exercise the POWER which you have been entrusted with, to PROTECT the interests of the PEOPLE! To accept anyone's testimony that they are ABOVE TEMPTATION or ABLE to REMAIN IMPARTIAL (which is nearly impossible in the best of circumstances) is to DENY any knowledge of GOD or the BIBLE, which clearly, graphically, and continually talks about the INHERENT FALLIBILITY OF MANKIND! While the Tennessee Constitution demands that you believe in GOD, and essentially "Heaven" and "Hell" to hold office in this State, so to act CONTRARY to such knowledge is to be a TRAITOR to the very people you claim to SERVE! The High Courts are defying common sense, any knowledge of history, any ability to impartially discern and JUDGE, any knowledge of God, the Bible, or the realistic CONDITIONS of MANKIND, making the average HOMELESS person look more intelligent, fair, knowledgeable, and HONEST, than Tennessee's Highest Courts! While I know there are some GOOD PEOPLE in the Tennessee Supreme Court, so why hasn't this archaic "NOD" and "BLIND EYE" to CORRUPTION been REMEDIED YET (using grade-school common-sense)? That is where you will find the ROOT of Tennessee's Judicial CORRUPTION! It needs to be RIPPED-OUT, or you betray the very purpose for which you were appointed or elected. While being party to the destruction of countless lives, **like MINE,** ==who needed you to fulfill your Oaths of Office Honestly, Impartiality, **willing to Protect the PEOPLE over the Powermongers!**==

Page 12 of 13

Initials: _[signature]_

Done this **1ST** day of **FEBRUARY** in the year 2022, under penalty of perjury, under the laws of the United States of America.

_____
Jeffrey Ryan Fenton
17195 Silver Parkway, #150
Fenton, MI, 48430-3426
jeff.fenton@live.com
(P) 615.837.1300
(F) 810.255.4438

SUBSCRIBED AND SWORN to this **1st** day of, **FEBRUARY**, 2022.

_____
Susan L. Temple
Notary Public; in and for Genesee County
State of Michigan
My Commission Expires - 12-23-2022

Page 13 of 13

Initials: JRF

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.103.1013.00