# WE NEED TO GET BACK TO THE BASICS

## ALL LIVING UNDER THE SAME RULES OF LAW

### WITH EQUAL & IMPARTIAL ADMINISTRATION OF LIBERTY & JUSTICE



## FOR ALL AMERICAN CITIZENS!

OTHERWISE OUR ANCESTORS GAVE THEIR LIVES FOR NOTHING, WHILE ALL WAS LOST "ON OUR WATCH". PROVING THAT "FREEDOM" IS STILL <u>NO</u> MATCH FOR "GREED". THEN SO SHALL "THE UNITED STATES OF AMERICA" BE REMEMBERED BY HISTORIANS; AS THE "GREAT FREEDOM EXPERIMENT" WHICH FAILED! RETURNING THE MONARCHY TO RULE! (Above, I present my Mother, "Marsha Fenton", still full of HOPE!)

## WE CAN DO BETTER THAN WE HAVE IN RECENT YEARS! WE MUST!

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)  JRF.101.1001.00

IN THE COURT OF APPEALS OF TENNESSEE
MIDDLE DIVISION, AT NASHVILLE

| | |
|---|---|
| JEFFREY RYAN FENTON,<br>Appellant/Ex-Husband,<br>v.<br><br>FAWN TIFFANY FENTON,<br>Appellee/Ex-Wife. | COA #M2019-02059-COA-R3-CV<br>Docket #48419B |

## AFFIDAVIT OF MARSHA ANN FENTON

COMES NOW Marsha Ann Fenton, the Appellant/Ex-husband's mother, with whom he resides in Michigan, stating as follows:

1. I am over 18 years of age and have personal knowledge of the following facts.

2. I am writing to share what life is like for Jeff with his disabilities, which have been documented by professionals.

3. I am a retired pediatric intensive care nurse, so have had a lot of experience working with children with varying abilities/disabilities.

4. He has been living in the basement of my tiny house, inherited from my parents, after being abruptly removed from his lovely TN home by the court………..with the judge never even looking at his abundant evidence contesting the lies ascribed to him.

5. He has been deeply grieving for his loss of their "forever" home that he had worked on constantly to improve, his dearly loved wife (who has had huge emotional challenges with her health the last few years and is on several meds), their sweet dog and rabbits, and the wildlife babies he tended to outside.

| | |
|---|---|
| 16 | 6. He continues to love Fawn dearly. He talks about losing her and their life together. |
| 17 | 7. If she ever asked him for any help, he'd be right there. He is of absolutely no |
| 18 | danger to her. He just wants to save her from her decisions. |
| 19 | 8. Fawn has been a loved member or our family. |
| 20 | 9. When Jeff's dear parrot died, which they had loved together, I let Fawn know. She |
| 21 | then communicated back her sadness. |
| 22 | 10. Occasionally I see Facebook posts from Fawn……….and she responds kindly to |
| 23 | posts from Jeff's sisters. We loved our time with her. |
| 24 | 11. Despite this horrendous loss and grief, Jeff has been kind, respectful and caring |
| 25 | towards me. |
| 26 | 12. The only thing "fun" we have done in this entire year was go to a Christmas Eve |
| 27 | service. |
| 28 | 13. Legal work has consumed him, trying to fix what he has been accused of. |
| 29 | 14. Jeff shows NO aggressiveness. |
| 30 | 15. He is very caring. |
| 31 | 16. Occasionally I'll drop something upstairs and Jeff will dash up to make sure I'm |
| 32 | OK. |
| 33 | 17. I don't know what I'd do without him, especially through this Covid-19 where I |
| 34 | am isolated. |
| 35 | 18. Jeff stays home all the time. He has no visitors. |
| 36 | 19. He doesn't play games on his computer……watches very little TV……… |
| 37 | 20. He has worn the tile out under his office chair. He is unable to do anything but |
| 38 | work on legal papers and now his appeal. |

| | |
|---|---|
| 39 | 21. Jeff sits at his computer all day, often all night – sometimes continuously for 3 days |
| 40 | without sleep. |
| 41 | 22. If he is interrupted for any reason, he often must start all over with his writing……. |
| 42 | 23. His mind cannot multi-task like others. |
| 43 | 24. It can take him 7 hours to write what would be a simple letter for many…..going |
| 44 | over and over and over it……….trying to make it perfect…….and then it's never |
| 45 | good enough. |
| 46 | 25. His writing is all about his appeal. |
| 47 | 26. He simply wants to be free of this Order of Protection for emails (she could have |
| 48 | blocked him on the computer……….) he just wanted to know if the house |
| 49 | payments were made since she blocked him from all that………. |
| 50 | 27. Jeff had tenants to be able to pay the bills. |
| 51 | 28. As for the No Trespassing sign………. Fawn designed and talked to local police |
| 52 | about it herself! |
| 53 | 29. Jeff wants this to be removed so, at 51 years of age, he can get career training and |
| 54 | start his life from scratch – again. |
| 55 | 30. He has spent months researching law, calling people for direction, trying to get pro |
| 56 | bono legal help, studying directives for presentations at the appeals court. |
| 57 | 31. He will work on one aspect all night………...maybe 40 pages……….and need to |
| 58 | start all over the next day on another aspect. |
| 59 | 32. He cannot focus enough to complete one part, because there are always more laws |
| 60 | to study, more concerns about his presentation because his life hangs on it. |
| 61 | 33. He is totally overwhelmed, and he did nothing to deserve this. |

62   34. With his disabilities – and no money for a lawyer (I loaned him $10,000 initially
63        for representation but his defense was never even heard….not a word or a picture!)
64        he is doomed by the law????
65   35. Poverty and disability should not, in the USA, make one an undeserving
66        victim………….

Due to COVID-19, I need to remain in "self-quarantine" because of my immunity disorder, so I have no physical access to a Notary Public currently. Thanks for reading.

## DECLARATION

I, <u>MARSHA ANN FENTON</u>, declare under penalty of perjury that the foregoing is true
[Insert Appellant/Appellee or counsel]
and correct to the best of my knowledge.

Respectfully submitted on: 10/13/20

*Marsha Ann Fenton*
[Signature of Appellant/Appellee or counsel]

<u>MARSHA ANN FENTON</u>
17195 Silver Parkway, #150
Fenton, MI, 48430
(P) 615.837.1300
(F) 810.255.4438

{ Page 4 of 5 }

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                                    JRF.101.1005.00

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was forwarded either via U.S. mail, faxed, emailed, hand-delivered, and/or shipped by courier to:

Virginia L. Story
136 4th Ave. South
Franklin, TN 37064
Fax: (615) 790-7468
Email: virginia@tnlaw.org

Clerk & Master
P.O. Box 1666
Franklin, TN 37065-1666
Fax: (615) 790-5626
Email: elaine.beeler@tncourts.gov

Court of Appeals
100 Supreme Court Building
401 Seventh Avenue North
Nashville, TN 37219-1407
Fax: (615) 532-8757
Email: appellatecourtclerk@tncourts.gov

Forwarding Date: 10/15/2020

JEFFREY RYAN FENTON (pro se)









**Custom 3-Sided Fence, OPEN in REAR to LET WILDLIFE IN YARD!!!**

NEW FENCE PLAN FOR 1986 SUNNYSIDE DRIVE
OWNERS: JEFF AND PAWN FENTON



**NATIONAL WILDLIFE FEDERATION**

# CERTIFIED WILDLIFE Habitat

This habitat is certified in the National Wildlife Federation's worldwide network of mini-refuges. Because of the owner's conscientious planning, landscaping and sustainable gardening, wildlife may find quality habitat — food, water, cover, and places to raise their young.

This certificate recognizes the establishment and maintenance of an official wildlife habitat.

**Fawn's Wildlife Habitat**

No. 161,066




David Mizejewski
Naturalist, National Wildlife Federation
Host, BACKYARD HABITAT on Animal Planet™

**I KNOW OF NOTHING WHICH WIFE LOVES MORE THAN ANIMALS OF ALL KINDS!!!**















**NOT EVERY FEMALE IS FRAIL, WEAK, DEFENSELESS, AND AFRAID; EVEN IF THEY CLAIM TO BE, FOR A STRATEGIC ADVANTAGE DURING A DIVORCE.**



PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" ORDERED BY WILLIAMSON CHANCERY ON 10/21/2019 AND THEN EXTENDED FOR FIVE-MORE YEARS, WITHOUT NOTICE OF MOTION! I HAVE NEVER EVEN BEEN ALLOWED TO PARTICIPATE IN A HEARING TO DEFEND MYSELF! DESPITE PROMISES ON COURT RECORD 8/29/2019, TO ALLOW ME TO PARTICIPATE BY PHONE, KNOWING CHANCERY HAD FORCEFULLY RENDERED ME HOMELESS AND I NEEDED TO IMMEDIATELY RELOCATE TO MICHIGAN, HAVING NO OTHER PROVISION FOR SHELTER, FOOD, OR SURVIVAL IN TENNESSEE! WHILE ONCE THE FRAUD AND FALSE TESTIMONY USED TO MANIPULATE THE COURT IS REMOVED, THE ONLY REMAINING "GROUNDS" ARE ELECTRONIC COMMUNICATIONS WITH NO PHYSICAL THREATS OR DANGER!



**TEXT MESSAGES FROM WIFE'S INITIAL "DIVORCE ANNOUNCEMENT" TO ME, ON MARCH 13TH, 2018.**

**WIFE'S "FEAR" WAS ENTIRELY BASED UPON HER BELIEF ABOUT WHAT WAS "UNDERSTANDABLE" IN HER OPINION! NOT ANYTHING I EVER DID!!!**

WHAT WIFE NEEDED WAS MENTAL AND PHYSICAL HELP FOR MENOPAUSE, NARCOLEPSY, AND CHRONIC DEPRESSION. WHAT SHE GOT INSTEAD WAS HELP COMMITTING MULTIPLE COUNTS OF FRAUD, WHICH COMPOUNDED HER STRESS & QUICKLY DETERIORATED HER HEALTH EVEN MORE!

3/13/18, 7:58 PM from Fawn Fenton

I thought you would hate me for this, and you would make me as miserable as possible to get back at me.

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

**#1**

3/13/18, 8:42 PM from Fawn Fenton

I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.

Regardless of what people can "GET AWAY WITH" legally, it is CRUEL, INHUMANE, and down right UN-AMERICAN to DEPRIVE a person of their CONSTITUTIONAL RIGHTS and/or Hinder their most Basic Need and Ability to SUPPORT Themselves and their Family, by ANY legal means available to anyone else.

Based entirely upon someone else's unfounded concerns due to the Damages which THEY SECRETLY PLANNED TO CAUSE, with NO HISTORY of Violence, Arrests, or SERIOUS RISK of PHYSICAL DANGER, short of charging the individual with a CRIME and providing them with FULL EQUAL AND DUE PROCESS OF LAW!

The DEPRIVATION OF RIGHTS for Convenience and Arbitrary Power is "ABSURD, SLAVISH, AND DESTRUCTIVE OF THE GOOD AND HAPPINESS OF MANKIND." (Article I, Section 2) of the CONSTITUTION OF THE STATE OF TENNESSEE!

**THIS WAS A WHOLE YEAR BEFORE ATTORNEY STORY WAS HIRED, WITHOUT A SINGLE "INCIDENT", "THREAT" OR "DANGER" OF ANY SORT! WIFE INVITED ME OVER I BROUGHT HER GIFTS, SHE WANTED TO REMAIN FRIENDS AFTER DIVORCE!**

I PRAY THAT THE WILLIAMSON COUNTY CHANCERY COURT OPERATE FAIRLY, WITH THE WELLBEING OF ALL CITIZENS TREATED EQUALLY, AS REQUIRED IN THE CONSTITUTION OF THE GREAT STATE OF TENNESSEE. THAT MY FREEDOM, MY NAME, AND MY REPUTATION, BE RESTORED, HAVING COMMITTED NO CRIME. SO THAT I CAN PASS A BACKGROUND CHECK AND GET A JOB TO SUPPORT MYSELF, AS I DESPERATELY NEED, OR THAT A FULL CRIMINAL INVESTIGATION BE LAUNCHED INTO THE DEPRIVATION OF BOTH MY RIGHTS AND MY PROPERTY!