# APPENDIX-1

## The following are individuals who either acted inappropriately, shunned their official duties, or committed crimes against Plaintiff.

| Name | Action |
|---|---|
| Attorney Virginia Lee Story | Committed crimes, violated rules of conduct |
| Attorney Kathryn Lynn Yarbrough | Committed crimes, violated rules of conduct |
| Paralegal Heidi Macy | Failed to provide assistance |
| Judge Michael Weimar Binkley | |
| Clerk & Master Attorney Elaine Beaty Beeler | |
| Attorney Mary Elizabeth Maney Ausbrooks | |
| Attorney Alexander Sergey Koval | |
| Attorney Henry Edward Hildebrand, III | |
| Judge Charles M. Walker | |
| Attorney Samuel Forrest Anderson | |
| Paralegal Kim Murray | |
| Broker & Auctioneer Thomas E. Anderson | |
| Broker & Auctioneer Roy Patrick Marlin | |
| Judge Frank G. Clement | |
| Judge Andy Dwane Bennett | |
| Judge William Neal McBrayer | |
| Attorney James Michael Hivner | |
| Attorney John Brandon Coke | |
| Attorney Sandra Jane Leach Garrett | |
| Attorney Beverly Phillips Sharpe | |