# APPENDIX-3

**The following is a non-exhaustive list of lies told by Attorney Virginia Lee Story during Plaintiff's matter in the Chancery Court, which are also crimes according to 18 U.S.C. § 157(3) "false or fraudulent representation[s], claim[s], or promise[s]."***

- "already too far along in the bankruptcy process" to save the home, which is not only nonsensical, but contradicts the 180 days the bankruptcy court allegedly gave on April 26, 2019, to sell the home, therefore providing 83 days to salvage the home after she made this statement on August 1, 2019
- Plaintiff "lost" his job, when he actually resigned
- "[Mrs. Fenton] is the owner of the property," when Plaintiff also owned it
- "We never authorized any renters to be in that house," which contradicts email
- "She is paying the second mortgage on the house" ???
- "Mr. Fenton would transfer balances from his credit cards to a credit card in her name," when the reverse was actually true. See exhibit X.
- "obviously he cannot bind a new owner to comply with this lease, so that is a voidable contract." 8-1-19. Not true according the severability clause in it.
- "He's known since March of last year that the house was going on the market, and he signed the lease in April of this year." 8-1-19. She made this comment with no evidence whatsoever. Plaintiff only learned of the house sale/auction on xxx.
- "The bankruptcy was filed April. He knew this was coming down the pike." 8-1-19 No, Plaintiff didn't. See affidavit and emails, etc.
- "Mrs. Fenton filed for divorce back in '18." She filed June 4, 2019.
- "It's been unbelievably difficult just dealing with Mr. Fenton to even get him served." Plaintiff was served June 15, 2019, *a mere 11 days* after filing. Service often takes weeks or months, so this is yet another false statement.

Appendix 3