# APPENDIX-4

RICO evidence here.

Appendix 4