TNJudicial.org/s/a/jrf003.pdf    Conspiracy-Real Estate-Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 003-1-Page 1 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.74    Filed 10/13/23    Page 1 of 150

**CLOSED, CONVERTED, MEANSYES, DISCH(D)**

# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE (Nashville)
### Bankruptcy Petition #: 3:19-bk-02693

*Appendix-*
*10-1*

| | |
|---|---|
| *Date filed:* | 04/26/2019 |
| *Date converted:* | 12/06/2019 |
| *Date terminated:* | 03/01/2021 |
| *Debtor discharged:* | 04/15/2020 |
| *341 meeting:* | 01/06/2020 |
| *Deadline for objecting to discharge:* | 03/06/2020 |
| *Deadline for financial mgmt. course:* | 07/26/2019 |

*Assigned to:* Charles M Walker
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Debtor disposition:*  Standard Discharge

**Debtor**
**Fawn ███ Fenton**
Brentwood, TN 37027
DAVIDSON-TN
SSN / ITIN: xxx-xx-2065
█████████

represented by **MARY ELIZABETH AUSBROOKS**
ROTHSCHILD & AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926
615-242-3996
Email: marybeth@rothschildbklaw.com

**MARY ELIZABETH AUSBROOKS**
(See above for address)

**Alexander S. Koval**
Rothschild & Ausbrooks, PLLC
1222 16th Ave. S.
Suite 12
Nashville, TN 37212
615 242 3996
Fax : 615 242 2003
*TERMINATED: 10/04/2019*

**Trustee**
**HENRY EDWARD HILDEBRAND, III**
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019
615 244-1101
*TERMINATED: 12/06/2019*

**Trustee**
**JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C. McLEMORE, PLLC
2000 RICHARD JONES RD., STE. 250
NASHVILLE, TN 37215
615 383-9495

represented by **JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C.
McLEMORE, PLLC
2000 RICHARD JONES RD., STE.
250
NASHVILLE, TN 37215
615 383-9495

TNJudicial.org/c/a/jf003.pdf     Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)     DOC: 093 | Page 2 of 508

Case 1:23-cv-01097-PLM-RSK     ECF No: 1-8,  PageID.73     Filed 10/13/23     Page 2 of 150

Fax : 615 292-9848
Email: gmyecfkr@gmylaw.com

*U.S. Trustee*
**US TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966
615 736-2254

| Filing Date | # | Docket Text |
|---|---|---|
| 04/26/2019 | 1 (50 pgs) | Chapter 13 Voluntary Petition Individual. Fee Amount is $310.00. Separately and Contemporaneously, an Application to Pay This Filing Fee in Installments or an Application to Waive Filing Fees is being filed. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 2 (5 pgs) | Chapter 13 Plan , and Request for Valuation of Security, and Request for Assumption of Executory Contracts and Unexpired Leases. Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 4 (2 pgs) | Application to Pay Filing Fee in Installments Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 5 (4 pgs) | Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 6 (8 pgs) | Chapter 13 Calculation of Disposable Income Form 122C-2 Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 7 (1 pg) | Certificate of Credit Briefing for Debtor Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 8 (7 pgs; 2 docs) | Certificate of Service mailed on 4/26/2019 *on Chapter 13 Plan*. (Attachments: # 1 Chapter 13 Plan) Filed on the behalf of: Debtor Fawn ███ Fenton (RE: related document(s)2). (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 9 (1 pg) | Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $310.00 (RE: Ref Doc #4), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 04/26/2019) |

| | | |
|---|---|---|
| 04/29/2019 | [12](2 pgs) | Meeting of Creditors Notice. . Meeting of Creditors to be held on 6/11/2019 at 11:00 AM at Customs House, 701 Broadway, Room 100, Nashville, TN 37203. Deadline to file Proof of Claim is 7/5/2019. Deadline to file Government Proof of Claim is 10/23/2019. Written objections to confirmation must be filed by 6/6/2019. Last day to Object to Confirmation 6/11/2019. Last day to File Complaint to Determine Dischargeability of Certain Debts is 8/12/2019. Confirmation hearing to be held on 7/15/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (HILDEBRAND, HENRY) (Entered: 04/29/2019) |
| 04/29/2019 | [10](1 pg) | Submitted Order for Entry - Direct Pay Order (HILDEBRAND, HENRY) (Entered: 04/29/2019) |
| 04/30/2019 | [11](1 pg) | Order for Direct Pay Re: First Debtor Signed on 4/30/2019. (slw) (Entered: 04/30/2019) |
| 05/01/2019 | [13](2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Creditor BANK OF AMERICA, N.A.. (BROWN, NATALIE) (Entered: 05/01/2019) |
| 05/02/2019 | [14](3 pgs) | BNC Certificate of Notice. (RE: related document(s)[12] Meeting of Creditors Chapter 13) Notice Date 05/02/2019. (Admin.) (Entered: 05/03/2019) |
| 05/02/2019 | [15](6 pgs) | BNC Certificate of Notice. (RE: related document(s)[2] Chapter 13 Plan) Notice Date 05/02/2019. (Admin.) (Entered: 05/03/2019) |
| 05/02/2019 | [16](2 pgs) | BNC Certificate of Notice. (RE: related document(s)[11] Order for Direct Pay - BK Order) Notice Date 05/02/2019. (Admin.) (Entered: 05/03/2019) |
| 05/10/2019 | [17](20 pgs; 3 docs) | Objection and Notice of: Objection to Claim 1 by Claimant The Internal Revenue Service in the amount of $15,910.36. . Filed By: MARY ELIZABETH AUSBROOKS on behalf of Fawn ███ Fenton. If timely response hearing will be held on 6/19/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 6/9/2019. (Attachments: # [1] Proposed Order # [2] Exhibit)(AUSBROOKS, MARY) (Entered: 05/10/2019) |
| 05/23/2019 | [18](3 pgs) | Objection to Confirmation of Plan . Filed By: NATALIE BROWN on behalf of BANK OF AMERICA, N.A.. The Hearing date is set for 7/15/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (BROWN, NATALIE) (Entered: 05/23/2019) |
| 06/04/2019 | [19](3 pgs) | Objection to Confirmation of Plan . The Hearing date is set for 7/15/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Certificate of |

| | | Service Mailed on June 4, 2019. Filed on the behalf of: Creditor BANCORPSOUTH BANK (RE: related document(s)2). (SPORE, JERRY) (Entered: 06/04/2019) |
|---|---|---|
| 06/05/2019 | 20 (2 pgs) | Notice of Withdrawal of *Debtor's Objection to Claim of The Internal Revenue Service (ECF Claim #1)*. (Related Document(s): 17 Objection and Notice of Objection for Claim filed by Debtor Fawn █████ Fenton) Filed on the behalf of: Debtor Fawn █████ Fenton (RE: related document(s)17). (AUSBROOKS, MARY) (Entered: 06/05/2019) |
| 06/05/2019 | 21 (3 pgs; 2 docs) | Amended Schedule(s) Schedule I. (Attachments: # 1 Notice of Amended Schedule I) Filed on the behalf of: Debtor Fawn █████ Fenton (AUSBROOKS, MARY) (Entered: 06/05/2019) |
| 06/12/2019 | 22 (1 pg) | Submitted Order for Entry - Direct Pay Order *AMENDED* (RE: related document(s)11). (HILDEBRAND, HENRY) (Entered: 06/12/2019) |
| 06/13/2019 | 23 (1 pg) | *Amended* Order for Direct Pay Re: First Debtor Signed on 6/13/2019. (ko) (Entered: 06/13/2019) |
| 06/13/2019 | 24 (1 pg) | Motion to Dismiss for Failure to Confirm Plan. Hearing will be held on 7/15/2019 at 8:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)2). (HILDEBRAND, HENRY) (Entered: 06/13/2019) |
| 06/13/2019 | 25 (1 pg) | Objection to Confirmation of Plan and Trustee's Request for Hearing. Hearing will be held on 7/15/2019 at 8:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)2). (HILDEBRAND, HENRY) (Entered: 06/13/2019) |
| 06/13/2019 | 26 (2 pgs) | Exhibit to 341 Meeting of Creditors Record (HILDEBRAND, HENRY) (Entered: 06/13/2019) |
| 06/15/2019 | 27 (2 pgs) | BNC Certificate of Notice. (RE: related document(s)23 Order for Direct Pay - BK Order) Notice Date 06/15/2019. (Admin.) (Entered: 06/16/2019) |
| 07/15/2019 | 28 | Order Continuing Hearing Re: (related document(s): 24 Dismiss for Failure to Confirm Plan - BK Motion filed by HENRY EDWARD HILDEBRAND) **Hearing has been rescheduled for 07/24/2019 at 08:30 AM in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** (ccm) (Entered: 07/15/2019) |
| 07/15/2019 | 29 | Order Continuing Hearing Re: (related document(s): 18 Objection to Confirmation of the Plan (Creditor) filed by BANK OF AMERICA, N.A.) **Hearing has been rescheduled for 07/24/2019 at 08:30 AM in Courtroom 1, 2nd Floor Customs House, 701** |

| | | |
|---|---|---|
| | | Broadway, Nashville, TN 37203. (ccm) (Entered: 07/15/2019) |
| 07/15/2019 | 30 | Order Continuing Hearing Re: (related document(s): 25 Objection to Confirmation of the Plan and Trustee's Request for Hearing - BK Motion filed by HENRY EDWARD HILDEBRAND) **Hearing has been rescheduled for 07/24/2019 at 08:30 AM in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** (ccm) (Entered: 07/15/2019) |
| 07/15/2019 | 31 | Order Continuing Hearing Re: (related document(s): 19 Objection to Confirmation of the Plan (Creditor) filed by BANCORPSOUTH BANK) **Hearing has been rescheduled for 07/24/2019 at 08:30 AM in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** (ccm) (Entered: 07/15/2019) |
| 07/25/2019 | 32 (4 pgs) | Submitted Agreed Order *Resolving Objection to Confirmation by Bank of America* Filed on the behalf of: Trustee HENRY EDWARD HILDEBRAND III (RE: related document(s)18). (HILDEBRAND, HENRY) (Entered: 07/25/2019) |
| 07/26/2019 | 33 (1 pg) | Submitted Order *Denying Trustee's Motion to Dismiss for Failure to Confirm Plan.* Filed on the behalf of: Debtor Fawn ███ Fenton (RE: related document(s)24). (AUSBROOKS, MARY) (Entered: 07/26/2019) |
| 07/29/2019 | 34 (4 pgs) | *Agreed* Order Resolving *Objection to Confirmation by Bank of America* (RE: Related Doc#: 2, 18). Signed on 7/29/2019. (slw) (Entered: 07/29/2019) |
| 07/29/2019 | 35 (1 pg) | Notice of Failure to file Financial Management Course Certificate and Potential Closure of Case without discharge. (RE: related document(s)12 Meeting of Creditors Chapter 13) (slw) (Entered: 07/29/2019) |
| 07/29/2019 | 36 (1 pg) | Submitted Order for Entry - Direct Pay Order *AMENDED* (RE: related document(s)11). (HILDEBRAND, HENRY) (Entered: 07/29/2019) |
| 07/30/2019 | 37 (7 pgs) | Submitted Order for Entry - Confirmation of Plan (RE: related document(s)2). (HILDEBRAND, HENRY) (Entered: 07/30/2019) |
| 07/30/2019 | 38 (1 pg) | *Amended* Order for Direct Pay Re: First Debtor Signed on 7/30/2019. (slw) (Entered: 07/30/2019) |
| 07/30/2019 | 39 (7 pgs) | Order Confirming Chapter 13 Plan for Debtor and addressing any related motions , and Request for Valuation of Security, and Request for Assumption of Executory Contracts and Unexpired Leases *Confirmed with Changes* (RE: Related Doc#: 2, , 18, 19, 25, ). Signed on 7/30/2019. (slw) (Entered: 07/30/2019) |

TNJudicial.org/s/a/jrf003.pdf     Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)     DOC.003 | Page 6 of 508

Case 1:23-cv-01097-PLM-RSK     ECF No. 1-8, PageID.79     Filed 10/13/23     Page 6 of 150

| | | |
|---|---|---|
| 07/31/2019 | **40**<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)35 Notice of Failure to file Financial Management Course) Notice Date 07/31/2019. (Admin.) (Entered: 08/01/2019) |
| 07/31/2019 | **41**<br>(5 pgs) | BNC Certificate of Notice. (RE: related document(s)34 Agreed Order Resolving - SA Order) Notice Date 07/31/2019. (Admin.) (Entered: 08/01/2019) |
| 08/01/2019 | **42**<br>(1 pg) | Order Denying *Trustee's* Motion to Dismiss Case for Failure to Confirm Plan for Debtor Fawn ███ Fenton . (RE: Ref Doc # 24) BY THE COURT: Judge Charles M. Walker (slw) (Entered: 08/01/2019) |
| 08/01/2019 | **43**<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)38 Order for Direct Pay - BK Order) Notice Date 08/01/2019. (Admin.) (Entered: 08/02/2019) |
| 08/01/2019 | **44**<br>(9 pgs) | BNC Certificate of Notice. (RE: related document(s)39 Order Confirming Chapter 13 Plan - BK Order (SA)) Notice Date 08/01/2019. (Admin.) (Entered: 08/02/2019) |
| 08/03/2019 | **45**<br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s)42 Dismiss for Failure to Confirm Plan - BK Order) Notice Date 08/03/2019. (Admin.) (Entered: 08/04/2019) |
| 08/07/2019 | 46 | Receipt of Chapter 13 Filing Fee Installment - $75.00 by PM. Receipt Number 622488. (admin) (Entered: 08/07/2019) |
| 08/07/2019 | 47 | Receipt of Chapter 13 Filing Fee Installment - $235.00 by PM. Receipt Number 622489. (admin) (Entered: 08/07/2019) |
| 08/16/2019 | **48**<br>(1 pg) | Financial Management Course Certificate Filed for Debtor Filed on the behalf of: Trustee HENRY EDWARD HILDEBRAND III. (HILDEBRAND, HENRY) (Entered: 08/16/2019) |
| 09/05/2019 | **49**<br>(3 pgs) | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 6) with Certificate of Service Filed by Creditor BANCORPSOUTH BANK Filed By: BANCORPSOUTH BANK. (MASSEY, KIM) (Entered: 09/05/2019) |
| 09/18/2019 | **50**<br>(3 pgs; 2 docs) | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Bank of America, N.A. (Claim No. 8) To Specialized Loan Servicing LLC Fee Amount is $25. Filed By: Specialized Loan Servicing LLC. (SURI, MUKTA) (Entered: 09/18/2019) |
| 09/18/2019 | 51 | Receipt of Transfer of Claim(3:19-bk-02693) [claims,trclm] ( 25.00). Receipt number 15781970. Fee amount $ 25.00. (re:Doc# 50) (U.S. Treasury) (Entered: 09/18/2019) |

| | | |
|---|---|---|
| 09/18/2019 | [52](#)<br>(10 pgs; 5 docs) | Expedited Application and Notice to Employ Tommy Anderson of HDN Auction, LLC as Professional. *To Employ as Real Estate Agent and Approve Commission.* (Attachments: # 1 Affidavit # 2 Exhibit # 3 Exhibit # 4 Exhibit) Filed on the behalf of: Debtor Fawn ▮▮▮ Fenton. (AUSBROOKS, MARY) (Entered: 09/18/2019) |
| 09/18/2019 | [53](#)<br>(1 pg) | Expedited Submitted Order *Setting Hearing on Debtor's Expedited Motion to Employ Real Estate Agent and Approve Commission.* Filed on the behalf of: Debtor Fawn ▮▮▮ Fenton (RE: related document(s)52). (AUSBROOKS, MARY) (Entered: 09/18/2019) |
| 09/18/2019 | [54](#)<br>(5 pgs; 2 docs) | Expedited Motion and Notice to Sell Property Free and Clear of Liens under Section 363(f) - Property description: 1986 Sunnyside Drive, Brentwood, TN Fee Amount is \$181.00. *And Personal Property.* (Attachments: # 1 Exhibit) Filed on the behalf of: Debtor Fawn ▮▮▮ Fenton. (AUSBROOKS, MARY) (Entered: 09/18/2019) |
| 09/18/2019 | [55](#)<br>(1 pg) | Expedited Submitted Order *Setting Hearing on Debtor's Expedited Motion to Sell Real Estate and Personal Property.* Filed on the behalf of: Debtor Fawn ▮▮▮ Fenton (RE: related document(s)54). (AUSBROOKS, MARY) (Entered: 09/18/2019) |
| 09/18/2019 | 56 | Receipt of Motion to Sell Property Free and Clear of Liens Under Section 363(f) - BK Motion(3:19-bk-02693) [motion,msellpro] ( 181.00). Receipt number 15783242. Fee amount \$ 181.00. (re:Doc# 54) (U.S. Treasury) (Entered: 09/18/2019) |
| 09/19/2019 | [57](#)<br>(1 pg) | Order Setting Expedited Hearing *on Debtor's Motion to Employ Real Estate Agent Tommy Anderson of HDN Auction, LLC and Approve Commission* (RE: Related Doc#: 52). Hearing scheduled 9/25/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Signed on 9/19/2019. (slw) (Entered: 09/19/2019) |
| 09/19/2019 | [58](#)<br>(1 pg) | Order Setting Expedited Hearing *on Debtor's Motion to Sell Real Estate Located at 1986 Sunnyside Drive, Brentwood, TN and Personal Property* (RE: Related Doc#: 54). Hearing scheduled 9/25/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Signed on 9/19/2019. (slw) (Entered: 09/19/2019) |
| 09/19/2019 | [59](#)<br>(12 pgs; 7 docs) | Certificate of Service mailed on 9/19/2019 *on Expedited Motion to Employ Real Estate Agent and Approve Commission with Exhibits and Order Setting Hearing.* (Attachments: # 1 Signed Expd. Order setting Hearing # 2 Expd. Motion to Employ Real Estate Agent and Approve Commission # 3 Affidavit # 4 Exhibit # 5 Exhibit # 6 Exhibit) Filed on the behalf of: Debtor Fawn ▮▮▮ Fenton (RE: related document(s)52, 53, 57). (AUSBROOKS, MARY) |

| | | |
|---|---|---|
| | | (Entered: 09/19/2019) |
| 09/19/2019 | 60<br>(9 pgs; 4 docs) | Certificate of Service mailed on 9/19/2019 *on Expedited Motion to Sell Real Estate and Personal Property with Exhibit and Order Setting Hearing.* (Attachments: # 1 Signed Expd. Order Setting Hearing on Motion to Sell Real Estate # 2 Expd. Motion to Sell Real Estate and Personal Property # 3 Exhibit) Filed on the behalf of: Debtor Fawn ▇ Fenton (RE: related document(s)54, 55, 58). (AUSBROOKS, MARY) (Entered: 09/19/2019) |
| 09/20/2019 | 61<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)50 Transfer of Claim) Notice Date 09/20/2019. (Admin.) (Entered: 09/20/2019) |
| 09/21/2019 | 62<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)57 Order Setting Expedited Hearing) Notice Date 09/21/2019. (Admin.) (Entered: 09/21/2019) |
| 09/21/2019 | 63<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)58 Order Setting Expedited Hearing) Notice Date 09/21/2019. (Admin.) (Entered: 09/21/2019) |
| 09/27/2019 | 64<br>(2 pgs) | Expedited Submitted Order *Granting Motion to Sell Real Estate and Personal Property* Filed on the behalf of: Debtor Fawn ▇ Fenton (RE: related document(s)54). (KOVAL, ALEXANDER) (Entered: 09/27/2019) |
| 09/27/2019 | 65<br>(2 pgs) | Expedited Submitted Order *Granting Motion to Employ Real Estate Agent and Approve Commission* Filed on the behalf of: Debtor Fawn ▇ Fenton (RE: related document(s)52). (KOVAL, ALEXANDER) (Entered: 09/27/2019) |
| 09/27/2019 | 66<br>(2 pgs) | Order Granting *Debtor's Expedited* Motion to Sell Property Free and Clear of Liens under Section 363(f)*Personal Property and Real Property Located at 1986 Sunnyside Drive, Brentwood, TN* (RE: Ref Doc #54), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 09/27/2019) |
| 09/27/2019 | 67<br>(2 pgs) | Order Granting *Debtor's Expedited* Application to Employ *Real Estate Agent Tommy Anderson of HDN Auction, LLC and Approve Commission* (RE: Ref Doc #52), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 09/27/2019) |
| 09/27/2019 | 68 | Employment of Professional - $200. I certify that I have met the requirements set forth in Administrative Order 18-1, paragraph two, and qualify for the No App Fee. In addition to the No App Fee, I am requesting enhanced compensation for a motion and order authorizing the retention of a realtor, auctioneer or other professional by the debtor relating to the sale of property or representing the interests of the estate in the amount of $200. The professional to be employed is . I further certify that payment of the fee will not impact the feasibility of the Chapter 13 plan, and |

| | | |
|---|---|---|
| | | that such additional fee shall be paid in accordance with the confirmed plan. Filed on the behalf of: Debtor Fawn ▇ Fenton (RE: related document(s)52, 67). (AUSBROOKS, MARY) (Entered: 09/27/2019) |
| 09/27/2019 | 69 | Sale of Property - up to $300. I certify that I have met the requirements set forth in Administrative Order 18-1, paragraph two, and qualify for the No App Fee. In addition to the No App Fee, I am requesting enhanced compensation for a motion and order authorizing the sale of property and disposition of the proceeds, resulting in the closing of such sale and the filing of a report of sale (up to $300). I am seeking fees in the amount of $. I further certify that payment of the fee will not impact the feasibility of the Chapter 13 plan, and that such additional fee shall be paid in accordance with the confirmed plan. Filed on the behalf of: Debtor Fawn ▇ Fenton (RE: related document(s)54, 66). (AUSBROOKS, MARY) (Entered: 09/27/2019) |
| 09/29/2019 | 70 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)66 Order on Motion to Sell Property Free and Clear of Liens under Section 363(f) - BK Order) Notice Date 09/29/2019. (Admin.) (Entered: 09/29/2019) |
| 09/29/2019 | 71 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)67 Application to Employ - BK Order) Notice Date 09/29/2019. (Admin.) (Entered: 09/29/2019) |
| 11/22/2019 | 73 (5 pgs) | Trustee's Notice of Intent to Pay Claims (HILDEBRAND, HENRY) (Entered: 11/22/2019) |
| 12/05/2019 | 74 (1 pg) | Notice Debtor's Converting Chapter 13 Case to Chapter 7 Fee Amount $25.00 Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 12/05/2019) |
| 12/05/2019 | 75 (52 pgs) | Conversion Statements and Schedules Schedules A-J, Filed on the behalf of: Debtor Fawn ▇ Fenton (AUSBROOKS, MARY) (Entered: 12/05/2019) |
| 12/05/2019 | 76 (9 pgs) | Chapter 7 Means Test Calculation Form 122A-2 Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 12/05/2019) |
| 12/05/2019 | 77 | Receipt of Notice Debtor Converting Chapter 13 Case to Chapter 7 - BK Motion(3:19-bk-02693) [motion,ndcnv13] ( 25.00). Receipt number 15985834. Fee amount $ 25.00. (re:Doc# 74) (U.S. Treasury) (Entered: 12/05/2019) |
| 12/06/2019 | | Case Converted. (RE: related document(s)74 Notice Debtor Converting Chapter 13 Case to Chapter 7 - BK Motion) (jmw) (Entered: 12/06/2019) |

TNJudicial.org/c/a/jrf003.pdf    Conspiracy-Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-0001 Page 10 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.83    Filed 10/13/23    Page 10 of 150

| | | |
|---|---|---|
| 12/06/2019 | <u>78</u><br>(2 pgs) | Case Converted. Trustee HENRY EDWARD HILDEBRAND III removed from the case. Trustee JOHN C. MCLEMORE added to the case. Meeting of Creditors and Notice Appointment of Interim Trustee - Notice of 341 Meeting: JOHN C. MCLEMORE, is appointed Interim Trustee and designated to preside at the meeting of creditors unless the appointment is rejected within five days. Trustee is deemed covered under existing panel blanket bond until liquid assets exceed $720,000, Absent election of a Trustee pursuant to 11 U.S.C. Section 341(a), Interim Trustee shall serve Trustee without further appointment or qualification under the same bond.. Meeting of Creditors to be held on 01/06/2020 at 01:00 PM at Customs House, 701 Broadway, Room 100, Nashville, TN 37203. Last day to oppose discharge is 3/6/2020. Last day to File Complaint to Determine Dischargeability of Certain Debts is 3/6/2020. (RE: related document(s)<u>74</u> Notice Debtor Converting Chapter 13 Case to Chapter 7 - BK Motion) (jmw) (Entered: 12/06/2019) |
| 12/06/2019 | <u>79</u><br>(1 pg) | Submitted Order for Entry - Stopping Payroll Deduction Order (RE: related document(s)<u>11</u>). (HILDEBRAND, HENRY) (Entered: 12/06/2019) |
| 12/08/2019 | <u>80</u><br>(4 pgs) | BNC Certificate of Notice. (RE: related document(s)<u>78</u> Convert Case) Notice Date 12/08/2019. (Admin.) (Entered: 12/09/2019) |
| 12/09/2019 | <u>81</u><br>(1 pg) | Order Stopping Direct Pay Order Re: First Debtor Signed on 12/9/2019. (slw) (Entered: 12/09/2019) |
| 12/11/2019 | <u>82</u><br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)<u>81</u> Order Stopping Direct Pay Order - BK Order) Notice Date 12/11/2019. (Admin.) (Entered: 12/12/2019) |
| 01/03/2020 | <u>83</u><br>(3 pgs) | Chapter 13 Trustee's Final Report and Account . (HILDEBRAND, HENRY) (Entered: 01/03/2020) |
| 01/07/2020 | 84 | Meeting of Creditors Held as Scheduled. (MCLEMORE, JOHN) (Entered: 01/07/2020) |
| 01/15/2020 | <u>85</u><br>(14 pgs; 3 docs) | Motion for Relief from Stay Fee Amount is $181.00 (Attachments: # <u>1</u> Exhibit "A" # <u>2</u> Proposed Order) Certificate of Service mailed on January 15, 2020. Filed on the behalf of: Creditor Toyota Motor Credit Corporation. (SPINA, PAUL) (Entered: 01/15/2020) |
| 01/15/2020 | 86 | Receipt of Motion for Relief From Stay - BK Motion(3:19-bk-02693) [motion,mrlfsty] ( 181.00). Receipt number 16082464. Fee amount $ 181.00. (re:Doc# <u>85</u>) (U.S. Treasury) (Entered: 01/15/2020) |

TNJudicial.org/c/a/Jrf003.pdf Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC-0031 Page 11 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-8, PageID.84 Filed 10/13/23 Page 11 of 150

| | | |
|---|---|---|
| 01/16/2020 | [87](#)<br>(2 pgs) | Notice of Preliminary Hearing and Prehearing Order. Movant: TOYOTA MOTOR CREDIT CORP.. Respondent: FAWN ▮ FENTON Hearing scheduled 2/4/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)[85](#)) (lel) (Entered: 01/16/2020) |
| 01/16/2020 | [88](#)<br>(1 pg) | As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). (US TRUSTEE). (Entered: 01/16/2020) |
| 01/17/2020 | [89](#)<br>(15 pgs; 3 docs) | Amended Motion for Relief from Stay *to attach the Contract Correction Notice* (Attachments: # [1](#) Exhibit "A" # [2](#) Proposed Order) Certificate of Service mailed on January 17, 2020. Filed on the behalf of: Creditor Toyota Motor Credit Corporation (RE: related document(s)[85](#)). (SPINA, PAUL) (Entered: 01/17/2020) |
| 01/17/2020 | [90](#)<br>(2 pgs) | Submitted Agreed Order Filed on the behalf of: Creditor Ascend Federal Credit Union. (HALES, SHEARON) (Entered: 01/17/2020) |
| 01/18/2020 | [91](#)<br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s)[87](#) Notice of Preliminary Hearing) Notice Date 01/18/2020. (Admin.) (Entered: 01/18/2020) |
| 01/19/2020 | [92](#)<br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s)[88](#) UST Statement of Presumed Abuse) Notice Date 01/19/2020. (Admin.) (Entered: 01/19/2020) |
| 01/21/2020 | [93](#)<br>(2 pgs) | *Agreed* Order that Debt owed to Ascend Federal Credit Union is Non-Dischargeable -> Non-dischargeable in the amount of $2990.00 Signed on 1/21/2020. (slw) (Entered: 01/21/2020) |
| 01/21/2020 | [94](#)<br>(10 pgs; 2 docs) | Amended Schedule(s) Schedule A/BSchedule C. (Attachments: # [1](#) Notice of Amended Schedules A/B and C) Filed on the behalf of: Debtor Fawn ▮ Fenton (AUSBROOKS, MARY) (Entered: 01/21/2020) |

TNJudicial.org/e/a/id003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-003 Page 12 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-8, PageID.85 Filed 10/13/23 Page 12 of 150

| | | |
|---|---|---|
| 01/23/2020 | 95 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)93 Order on Dischargeability of Debt - SA Order) Notice Date 01/23/2020. (Admin.) (Entered: 01/24/2020) |
| 02/03/2020 | 96 (1 pg) | Trustee's Notice of Assets & Request for Notice to Creditors Deadline to file Proof of Claim is 5/4/2020.. (MCLEMORE, JOHN) (Entered: 02/03/2020) |
| 02/04/2020 | 97 | Order Continuing Hearing Re: (related document(s): 85 Motion for Relief From Stay - BK Motion filed by Toyota Motor Credit Corporation, 87 Notice of Preliminary Hearing) **Hearing has been rescheduled for 03/03/2020 at 09:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** (lel) (Entered: 02/04/2020) |
| 02/06/2020 | 98 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)96 Trustee's Notice of Assets) Notice Date 02/06/2020. (Admin.) (Entered: 02/07/2020) |
| 02/10/2020 | 99 (6 pgs) | *Trustee's* Motion and Notice to Sell Property Free and Clear of Liens under Section 363(f) - Property description: Equity in 2017 Toyota Prius Fee Amount is $181.00. If timely response hearing will be held on 3/10/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 3/2/2020. Certificate of Service mailed on 2/10/2020. Filed on the behalf of: Trustee JOHN C. MCLEMORE. (MCLEMORE, JOHN) (Entered: 02/10/2020) |
| 02/13/2020 | 100 | Statement of U.S. Trustee's Declination Pursuant to 11 U.S.C. Section 704(b)(2) *The United States Trustee declines to file a motion to dismiss under Section 707(b)(2). The income of the Debtor has decreased due to a change in employment. Therefore, the current net disposable income no longer raises the presumption of abuse.* (US TRUSTEE). (Entered: 02/13/2020) |
| 02/26/2020 | 101 (1 pg) | Motion to Delay Discharge Re: to enter into a reaffirmation agreement with Toyota Motor Corporation Certificate of Service mailed on 2/26/2020. Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 02/26/2020) |
| 02/26/2020 | 102 (1 pg) | Submitted Order *Granting Debtor's Motion to Defer Entry of Discharge.* Filed on the behalf of: Debtor Fawn ███ Fenton (RE: related document(s)101). (AUSBROOKS, MARY) (Entered: 02/26/2020) |
| 02/27/2020 | 103 (2 pgs) | Notice of Withdrawal of (Related Document(s): 89 Motion for Relief From Stay - BK Motion filed by Creditor Toyota Motor Credit Corporation) Filed on the behalf of: Creditor Toyota Motor Credit Corporation (RE: related document(s)89). (SPINA, PAUL) (Entered: 02/27/2020) |

| | 104<br>(1 pg) | Order Granting *Debtor's* Motion to Delay Discharge *until 3/27/20 to enter a Reaffirmation Agreement with Toyota Motor Corporation* (RE: Ref Doc #101), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 02/28/2020) |
| 02/28/2020 | | |
| 03/01/2020 | 105<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)104 Order on Motion to Delay Discharge - BK Order) Notice Date 03/01/2020. (Admin.) (Entered: 03/02/2020) |
| 03/03/2020 | 106<br>(1 pg) | Submitted Order *to Sell Property* Filed on the behalf of: Trustee JOHN C. MCLEMORE (RE: related document(s)99). (MCLEMORE, JOHN) (Entered: 03/03/2020) |
| 03/03/2020 | 107<br>(1 pg) | Order Granting *Trustee's* Motion to Sell Property Free and Clear of Liens under Section 363(f)*as to Equity in a 2017 Toyota Prius* (RE: Ref Doc #99), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 03/03/2020) |
| 03/05/2020 | 108<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)107 Order on Motion to Sell Property Free and Clear of Liens under Section 363(f) - BK Order) Notice Date 03/05/2020. (Admin.) (Entered: 03/06/2020) |
| 03/19/2020 | 109<br>(4 pgs) | Trustee's Report of Sale *re: 2-10-2020 Motion to Sell*. (MCLEMORE, JOHN) (Entered: 03/19/2020) |
| 03/26/2020 | 110<br>(1 pg) | Motion to Delay Discharge Re: Debtor needs Additional Time to enter into a reaffirmation agreement with Toyota Motor Corporation . Certificate of Service mailed on 3/26/2020. Filed on the behalf of: Debtor Fawn ███ Fenton. (AUSBROOKS, MARY) (Entered: 03/26/2020) |
| 03/26/2020 | 111<br>(1 pg) | Submitted Order *Granting Debtor's Motion to Defer entry of Discharge.* Filed on the behalf of: Debtor Fawn ███ Fenton (RE: related document(s)110). (AUSBROOKS, MARY) (Entered: 03/26/2020) |
| 03/27/2020 | 112<br>(1 pg) | Order Granting *Debtor's* Motion to Delay Discharge *to File a Reaffirmation Agreement with Toyota Motor Corporation until April 27, 2020* (RE: Ref Doc #110), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 03/27/2020) |
| 03/29/2020 | 113<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)112 Order on Motion to Delay Discharge - BK Order) Notice Date 03/29/2020. (Admin.) (Entered: 03/29/2020) |
| 04/13/2020 | 114<br>(8 pgs) | Reaffirmation Agreement Between Debtor and Toyota Motor Credit Corporation Filed on the behalf of: Creditor Toyota Motor Credit Corporation. (RAFFERTY, JOHN) (Entered: 04/13/2020) |
| 04/15/2020 | 115<br>(2 pgs) | Order Discharging debtor. Signed on 4/15/2020. (slw) (Entered: 04/15/2020) |

| | | |
|---|---|---|
| 04/17/2020 | [116](#) (4 pgs) | BNC Certificate of Notice. (RE: related document(s)115 Order Discharging Debtor(s) - BK Order (SA)) Notice Date 04/17/2020. (Admin.) (Entered: 04/17/2020) |
| 05/27/2020 | [117](#) (8 pgs) | *Trustee's* Motion and Notice to Disallow Claim(s)# 6,7,8 Filed by See Exhibit in the amount of $See Exhibit . Filed By: JOHN C. MCLEMORE on behalf of JOHN C. MCLEMORE. If timely response hearing will be held on 7/7/2020 at 09:00 am at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. <span style="color:red">Responses due by 6/26/2020.</span> (MCLEMORE, JOHN) (Entered: 05/27/2020) |
| 06/29/2020 | [118](#) (1 pg) | Submitted Order *Allowing and Disallowing Claims* Filed on the behalf of: Trustee JOHN C. MCLEMORE (RE: related document(s)117). (MCLEMORE, JOHN) (Entered: 06/29/2020) |
| 06/30/2020 | [119](#) (1 pg) | Notice of Hearing on Motion and Notice to Disallow Claim - BK Motion- *Trustee's Motion and Notice to Disallow Claim(s)# 6,7,8 Filed by See Exhibit in the amount of $See Exhibit.* Hearing scheduled 7/14/2020 at 10:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (RE: related document(s)117) (lel) (Entered: 06/30/2020) |
| 07/02/2020 | [120](#) (3 pgs) | BNC Certificate of Notice. (RE: related document(s)119 Notice of Hearing) Notice Date 07/02/2020. (Admin.) (Entered: 07/03/2020) |
| 07/21/2020 | [121](#) (8 pgs) | *Trustee's Amended* Motion and Notice to Disallow Claim(s)# 6,7,8 Filed by See Exhibit re: Claims 6, 7 and 8 in the amount of $See Exhibit re: Claims 6, 7 and 8 . Filed By: JOHN C. MCLEMORE on behalf of JOHN C. MCLEMORE. If timely response hearing will be held on 9/8/2020 at 10:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. <span style="color:red">Responses due by 8/20/2020.</span> (MCLEMORE, JOHN) (Entered: 07/21/2020) |
| 08/24/2020 | [122](#) (1 pg) | Submitted Order *Allowing and Disallowing Claims* Filed on the behalf of: Trustee JOHN C. MCLEMORE (RE: related document(s)121). (MCLEMORE, JOHN) (Entered: 08/24/2020) |
| 08/27/2020 | [123](#) (1 pg) | Order Granting *Trustee's* Motion To Disallow Claims */Allowing Claims 1,2,3,4,5 and Disallowing Claims* 6,7,8 (RE: Ref Doc # 121) ( Related Doc#: 117). BY THE COURT: Judge Charles M. Walker (slw) (Entered: 08/27/2020) |
| 08/29/2020 | [124](#) (2 pgs) | BNC Certificate of Notice. (RE: related document(s)123 Order on Motion To Disallow Claims - BK Order) Notice Date 08/29/2020. (Admin.) (Entered: 08/29/2020) |
| 09/03/2020 | [125](#) (1 pg) | Bill of Costs - JOHN C. MCLEMORE, TRUSTEE - $ 181.00 - MOTION TO SELL PROPERTY FREE & CLEAR OF LIENS UNDER SECTION 363(F) (Related document(s): 99) (dm) (Entered: 09/03/2020) |

TNJudicial.org/s/a/jsf003.pdf Case 1:23-cv-01097-PLM-RSK — Real Estate Deed Fraud & ADA Financial Exploitation (RICO) Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) ECF No. 18, PageID.88 Filed 10/13/23 Page 15 of 508

150

| | | |
|---|---|---|
| 09/14/2020 | 126 | Receipt of Motion to Sell 363 (f) Fee - $181.00 by KH. Receipt Number 625147. (admin) (Entered: 09/14/2020) |
| 10/22/2020 | 127 (12 pgs) | Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals (US TRUSTEE). (Entered: 10/22/2020) |
| 10/22/2020 | 128 (3 pgs) | Summary of Trustee's Final Report and Application for Compensation. (US TRUSTEE). (Entered: 10/22/2020) |
| 10/22/2020 | 129 | The United States Trustee has reviewed the Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals. (RE: related document(s)127). (US TRUSTEE). (Entered: 10/22/2020) |
| 10/23/2020 | 130 (5 pgs) | Notice of Summary of Trustee's Final Report and Application for Compensation and Deadline to Object. If timely response hearing will be held on 12/1/2020 at 10:00 AM via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 7250422#. Responses due by 11/23/2020. (RE: related document(s)127 Trustee Final Report - Compensation - Proposed Distribution - BK Motion, 128 Summary of Trustee's Final Report., 129 UST Cert - TFR) (slw) (Entered: 10/23/2020) |
| 10/23/2020 | 131 (1 pg) | Notice of Publication of Summary of Trustee's Final Report (RE: related document(s)130 Notice of Summary of Trustee's Final Report) (slw) (Entered: 10/23/2020) |
| 10/25/2020 | 132 (4 pgs) | BNC Certificate of Notice. (RE: related document(s)131 Notice of Publication of Summary of Trustee's Final Report) Notice Date 10/25/2020. (Admin.) (Entered: 10/26/2020) |
| 11/28/2020 | 133 (1 pg) | Submitted Order *Awarding Trustee Compensation and Expenses* Filed on the behalf of: Trustee JOHN C. MCLEMORE (RE: related document(s)127). (MCLEMORE, JOHN) (Entered: 11/28/2020) |
| 11/30/2020 | 134 (1 pg) | Order Granting *Trustee's* Application for Compensation and Proposed Distribution for JOHN C. MCLEMORE, Trustee, Period: 12/6/2019 to 10/22/2020, Fees awarded: $1,100.00, Expenses awarded: $83.69; Awarded on 11/30/2020 (RE: Ref Doc #127) (Related Doc #130), BY THE COURT: Judge Charles M. Walker. (slw) (Entered: 11/30/2020) |
| 12/02/2020 | 135 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)134 Order on Trustee's Final Report - BK Order) Notice Date 12/02/2020. (Admin.) (Entered: 12/03/2020) |
| 01/26/2021 | 136 (8 pgs) | Chapter 7 Trustee's Final Account, Certification the Estate Has Been Fully Administered and Application of Trustee to be Discharged. (US TRUSTEE). (Entered: 01/26/2021) |
| 01/26/2021 | 137 | The United States Trustee has reviewed the Chapter 7 Trustee's Final Account, Certification the Estate has been Fully Administered and |

TNJudicial.org/ca/d003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC.003 Page 16 of 150

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.69    Filed 10/13/23    Page 16 of 150

| | | Application of Trustee to be Discharged. The United States Trustee does not object to the relief requested. (RE: related document(s)136). (US TRUSTEE). (Entered: 01/26/2021) |
|---|---|---|
| 03/01/2021 | 138 | Final Decree Issued. Chapter 7 case is closed. The estate of the debtor(s) in this case has been fully administered. The Chapter 7 Trustee is discharged as trustee of this estate and any bond required is cancelled. Signed on 3/1/2021. (slw) (Entered: 03/01/2021) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/07/2021 14:06:25 | | |
| **PACER Login:** | ▓▓▓▓▓▓ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-bk-02693 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

TNJudicial.org/e/a/id003.pdf — Conspiracy, Real Estate Deed Fraud, & ADA Financial Exploitation (RICO) — DOC. 0017 Page 17 of 508

Case 3:23-cv-01097-PLM-RSK    ECF No. 1-6, PageID.90    Filed 10/13/23    Page 17 of 150

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Fawn**<br>First name | First name |
|  |  | ████<br>Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | **Fenton**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Fawn ████   ████████<br>Fawn | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2065 | |

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 1 of 50

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1017.00

TNJudicial.org/e/a/id003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-0080 Page 18 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.91    Filed 10/13/23    Page 28 of 150

Debtor 1    **Fawn** ▮ **Fenton**                                    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s) _____<br><br>EINs _____ | ☐ I have not used any business name or EINs.<br><br>Business name(s) _____<br><br>EINs _____ |

---

**5. Where you live**

▮▮▮▮▮▮▮
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

**Davidson**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

---

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    Document    Page 2 of 50    page 2

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1018.00

TNJudicial.org/cle/id00332.pdf · Conspiracy, Real Estate Deed Fraud, & ADA Financial Exploitation (RICO) · DOC-0080 Page 19 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.92    Filed 10/13/23    Page 19 of 150

| Debtor 1 | Fawn ▮▮ Fenton | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

☐ No.  Go to line 12.

■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

TNJudicial.org/e/e/id003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC: 002 Page 20 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-8, PageID.99   Filed 10/13/23   Page 20 of 150

Debtor 1   **Fawn** ▮▮▮ **Fenton**                                    Case number *(if known)* _____

| Part 3: | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

TNJudicial.org/e/a/jd003.pdf   Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)   DOC_0021 Page 21 of 508

Debtor 1 __Fawn▮▮▮▮ Fenton__   Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

TNJudicial.org/c/a/jrf003.pdf
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.95    Filed 10/13/23    Page 22 of 150
Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 0032 Page 22 of 508

Debtor 1  __Fawn___ ___ __Fenton__    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Fawn___ __Fenton__**

__Fawn___ __Fenton__
Signature of Debtor 1                                   Signature of Debtor 2

Executed on    __April 26, 2019__              Executed on _____
               MM / DD / YYYY                            MM / DD / YYYY

Debtor 1   **Fawn** ████ **Fenton**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Mary Beth Ausbrooks** _____        Date    **April 26, 2019** _____
Signature of Attorney for Debtor                                           MM / DD / YYYY

**Mary Beth Ausbrooks**
Printed name

**Rothschild & Ausbrooks PLLC**
Firm name

**1222 16th Avenue South, Suite 12**
**Nashville, TN 37212-2926**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 242-3996**            Email address    **notice@rothschildbklaw.com**

**3463 TN**
Bar number & State

---

**Fill in this information to identify your case:**

| Debtor 1 | **Fawn** [REDACTED] **Fenton** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B........................................... | $ **425,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $ **33,108.50** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $ **458,108.50** |

**Part 2:    Summarize Your Liabilities**

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of *Schedule D*... | $ **306,750.19** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ **0.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **48,941.30** |
| | **Your total liabilities** | $ **355,691.49** |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................. | $ **5,845.04** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ **3,025.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1024.00

TNJudicial.org/o/ajsf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-0091 Page 25 of 508

Case 2:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.96    Filed 10/13/23    Page 25 of 150

Debtor 1    **Fawn** ▮▮▮▮ **Fenton**                                    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    |  $  **7,500.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693              TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)              JRF.003.1025.00

TNJudicial.org/cs/ajrf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 093 | Page 26 of 508

Case 1:23-cv-01097-PLM-RSR    ECF No. 1-8, PageID.99    Filed 10/13/23    Page 26 of 150

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|

**1986 Sunny Side Drive**
Street address, if available, or other description

| **Brentwood** | **TN** | **37027-0000** |
|---|---|---|
| City | State | ZIP Code |

**Williamson**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Separated Spouse is on Deed only**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$425,000.00** | **$425,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entireties**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>**

**$425,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main Document    Page 10 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1026.00

TNJudicial.org/c/a/jrf003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:25-cv-01097-PLM-RSK    ECF No. 1-8, PageID.100    Filed 10/13/23    Page 27 of 150
DOC: 003 | Page 27 of 508

Debtor 1    **Fawn** ▮▮▮▮ **Fenton**                                 Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| | | |
|---|---|---|
| 3.1 | Make: | **Toyota** |
| | Model: | **Prius** |
| | Year: | **2017** |
| | Approximate mileage: | **23,000** |
| | Other information: | |

VIN: ▮▮▮▮▮▮▮▮▮

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $16,375.00

**Current value of the portion you own?** $16,375.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

### 5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    $16,375.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items** | $1,500.00 |
| **1986 Sunny Side Drive**<br>**Sofa, Entertainment Center, Lounge Chair, Patio Furniture, File Cabinets, Desk, Lamps, Misc. Household Items** | $500.00 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **Cellphone, Laptop, TV, Tablet** | $1,000.00 |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **Breyer Horses** | $900.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 11 of 50

FRBP Violated: #3:19-bk-02693              TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)              JRF.003.1027.00

TNJudicial.Org/c/a/frf0033.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC. 003, Page 28 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No: 1-8;    PageID.101    Filed 10/13/23    Page 28 of 150

Debtor 1    **Fawn** ▮▮▮▮ **Fenton**    Case number *(if known)* _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Treadmill $1,000, Weight Set $200 located at 1986 Sunny Side Drive, Brentwood, TN | $600.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| AR15, FN-FAL, Glock 23, Rugger SP101 | $2,700.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Clothing/Shoes/Purse | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Wedding Ring $1500 and Costume jewelry | $1,500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Dog, 2 Bunnies, Fish | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| | |
|---|---|
| Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $1,000.00 |
| 2 Aquarium located at 1986 Sunny Side Drive 2 Aquarium located at ▮▮▮▮ | $2,000.00 |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................... | **$12,200.00** |

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Official Form 106A/B                Schedule A/B: Property                page 3

TNJudicial.org/c/a/jrf003.pdf                    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC .003 Page 29 of 508
150

Debtor 1    **Fawn** ████ **Fenton**                                Case number *(if known)* _____

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.................................................................................................

|  |  |  |
|--|--|--|
|  | **Cash** | **$50.00** |

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................        Institution name:

| 17.1. | **Checking** | **First Farmers & Merchants** | **$2,000.00** |
|-------|--------------|-------------------------------|---------------|
| 17.2. | **Checking** | **Ascend Federal CU** | **$0.00** |
| 17.3. | **Savings** | **First Farmers & Merchants** | **$800.00** |
| 17.4. | **Savings** | **Ascend Federal CU** | **$150.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................
        Name of entity:                        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
        Type of account:            Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                    Schedule A/B: Property                                page 4

TNJudicial.org/c/a/jrf0033.pdf — Conspiracy; Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-003, Page 30 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.103    Filed 10/13/23    Page 30 of 150

| Debtor 1 | **Fawn** ▮▮▮▮ **Fenton** | Case number *(if known)* |
|---|---|---|

■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| 2017 Tax Refund | Federal | $1,533.50 |
| 2018 Tax Refund $2,158.00  $668.98 to Separated Spouse  remainder used on living expenses | Federal | $0.00 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No

Official Form 106A/B            Schedule A/B: Property            page 5
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

TNJudicial.org/cafjrf003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC: 803 Page 31 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.102    Filed 10/13/23    Page 31 of 150

Debtor 1  **Fawn ▇ Fenton**                                                                    Case number *(if known)* _____

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................. | **$4,533.50** |

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

| Part 6 | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00** |

| Part 8 | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** ................................................................................. | | **$425,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$16,375.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$12,200.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$4,533.50** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54**       + | **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61...** | **$33,108.50** | Copy personal property total    **$33,108.50** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$458,108.50** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document       Page 15 of 50

FRBP Violated: #3:19-bk-02693              TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                              JRF.003.1031.00

TNJudicialOrals/a/jif003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC_003) Page 32 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.105    Filed 10/13/23    Page 32 of 150

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fawn** ▮▮▮ **Fenton** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2017 Toyota Prius 23,000 miles**<br>VIN: ▮▮▮<br>Line from *Schedule A/B*: **3.1** | $16,375.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **AR15, FN-FAL, Glock 23, Rugger SP101**<br>Line from *Schedule A/B*: **10.1** | $2,700.00 | ■ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing/Shoes/Purse**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Checking: First Farmers & Merchants**<br>Line from *Schedule A/B*: **17.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document          Page 16 of 50

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1032.00

TNJudicial.org/s/s/jrf003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC_003, Page 33 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.106    Filed 10/13/23    Page 33 of 150

Debtor 1  **Fawn** ▮ **Fenton** _____    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: First Farmers & Merchants**<br>Line from *Schedule A/B*: **17.3** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Savings: Ascend Federal CU**<br>Line from *Schedule A/B*: **17.4** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Federal: 2017 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $1,533.50 | ■ $525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 17 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1033.00

TNJudicial.org/c/a/jrf003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC: 003 | Page 34 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.107    Filed 10/13/23    Page 34 of 150

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Fawn** ███ **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1.    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion If any |
| | | Do not deduct the value of collateral. | | |

**2.1 BanCorp South**
Creditor's Name

**Attn: Officer Manager or Agent**
**914 Murfreesboro Road**
**Franklin, TN 37067**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**1986 Sunny Side Drive Brentwood, TN 37027  Williamson County Separated Spouse is on Deed only**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Home Equity Line of Credit**

Last 4 digits of account number _____

Column A: **$53,967.42**  Column B: **$425,000.00**  Column C: **$0.00**

**2.2 Bank of America, NA**
Creditor's Name

**Attn: Officer Manager or Agent**
**4909 Savarese Circle**
**Tampa, FL 33634**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**1986 Sunny Side Drive Brentwood, TN 37027  Williamson County Separated Spouse is on Deed only**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **First Mortgage**

Last 4 digits of account number _____

Column A: **$240,182.77**  Column B: **$425,000.00**  Column C: **$0.00**

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Fawn** ▮▮ **Fenton**
    First Name    Middle Name    Last Name

Case number (if known) _____

| 2.3 | **Toyota Motor Credit Co.** | Describe the property that secures the claim: | **$12,600.00** | **$16,375.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn Officer Manager or Agent**
**5005 N River Blvd. NE**
**Cedar Rapids, IA**
**52411-6634**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2017 Toyota Prius 23,000 miles**
**VIN:** ▮▮▮▮▮▮▮▮

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)  **PMSI**

Date debt was incurred  **09/15/2016**    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    | **$306,750.19** |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    | **$306,750.19** |

| Part 2: | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill it out or submit this page.

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document   Page 19 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1035.00

Case 1:23-cv-01097-PLM-RSK ECF No. 1-8, PageID.109 Filed 10/13/23 Page 36 of 150

TNJudicial Order/eirf0023.pdf ‐ Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC-003 Page 36 of 508

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** First Name | **Fenton** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | ☐ Check if this is an amended filing |

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **IRS Insolvency** Priority Creditor's Name **Attn: Officer Manager or Agent** **PO Box 7346** **Philadelphia, PA 19101-7346** Number Street City State Zip Code | Last 4 digits of account number ___ ___ ___ ___ When was the debt incurred? _____ | **$0.00** | **$0.00** | **$0.00** |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice**

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document      Page 20 of 50

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1036.00

TNJudicial.org/e/ajrf003.pdf — Conspiracy: Real Estate Deed Fraud & APA Financial Exploitation (RICO) — DOC.003.7 Page 37 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.110    Filed 10/13/23    Page 37 of 150

Debtor 1    **Fawn** ▮▮▮▮ **Fenton**                    Case number (if known) _____

| | | | |
|---|---|---|---|

**4.1**    **American Express**                 Last 4 digits of account number _____    **$9,518.02**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**      When was the debt incurred? _____
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community   ☐ Student loans
debt                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                             ■ Other. Specify   **Credit Card**

**4.2**    **Ascend Federal Credit Union**        Last 4 digits of account number _____    **$17,811.23**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**      When was the debt incurred? _____
**PO Box 1210**
**Tullahoma, TN 37388**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community   ☐ Student loans
debt                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                             ■ Other. Specify   **Credit Card**

**4.3**    **Bank of America**                 Last 4 digits of account number _____    **$11,793.22**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**      When was the debt incurred? _____
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community   ☐ Student loans
debt                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                             ■ Other. Specify   **Credit Card**

TNJudicial.org/a/jrf005.pdf — Conspiracy: Real Estate Deed Fraud & ABA Financial Exploitation (RICO) — DOC: 003 | Page 38 of 508

Case 1:28-cv-01097-PLM-RSK    ECF No. 1-8, PageID.111    Filed 10/13/23    Page 38 of 150

Debtor 1  **Fawn** ████ **Fenton**                    Case number *(if known)* _____

| 4.4 | **Capital One Bank USA NA** | Last 4 digits of account number ____ ____ ____ ____ | $9,818.83 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent
PO Box 30281
Salt Lake City, UT 84130-0281**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Flexible Spending Account**

---

| 4.5 | **Chase Card** | Last 4 digits of account number ____ ____ ____ ____ | $0.00 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent
PO Box 15298
Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Notice**

---

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt that you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**IRS Insolvency
801 Broadway Room 285
MDP 146
Nashville, TN 37203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

Name and Address
**US Attorney General
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

| Part 4: | **Add the Amounts for Each Type of Unsecured Claim** |

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | **Total Claim** |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |

**Total**

---

TNJudicial.org/e/a/jir003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC 003 Page 39 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8,  PageID.112    Filed 10/13/23    Page 39 of 150

| Debtor 1 | **Fawn** | **Fenton** | | Case number (if known) | |

| claims from Part 1 | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | **Total Claim** | |
| | 6f. | **Student loans** | 6f. | $ | 0.00 |
| Total claims from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 48,941.30 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 48,941.30 |

TNJudicial.org/s/a/jrf003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-003 Page 40 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.113    Filed 10/13/23    Page 40 of 150

**Fill in this information to identify your case:**

| Debtor 1 | **Fawn** ▮▮▮ **Fenton** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** <br> Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|
| 2.1  ▮▮▮▮▮▮ <br> **c/o Brookside Properties, Inc.** <br> **2002 Richard Jones Road, Suite 200-C** <br> **Nashville, TN 37215** | **Assume Residential Lease** <br> **Ends 08/2020** |

Official Form 106G               **Schedule G: Executory Contracts and Unexpired Leases**               Page 1 of 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main Document    Page 24 of 50

FRBP Violated: #3:19-bk-02693                     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                     JRF.003.1040.00

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1: Your codebtor*
Name, Number, Street, City, State and ZIP Code

*Column 2: The creditor to whom you owe the debt*
Check all schedules that apply:

**3.1** _____
Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street
City          State          ZIP Code

**3.2** _____
Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street
City          State          ZIP Code

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 25 of 50

TNJudicial.org/a/jrf003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC 0081 Page 42 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-8, PageID.115   Filed 10/13/23   Page 42 of 150

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fawn** ███ **Fenton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Employment**

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Architect** | |
| Employer's name | | **Adkisson & Associates, Architects, Inc.** | |
| Employer's address | | **3322 West End Ave. Suite 103 Nashville, TN 37203** | |
| How long employed there? | | **August 2006** | |

**Part 2:   Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   **7,500.00** | $   **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   **0.00** | +$   **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $   **7,500.00** | $   **N/A** |

TNJudicial.org/ecf/irf003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 003 | Page 43 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.116    Filed 10/13/23    Page 43 of 150

| Debtor 1 | **Fawn** ▮▮▮▮ **Fenton** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | | $ 7,500.00 | $ N/A |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | | $ 1,654.96 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 1,654.96    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 5,845.04    $ N/A

8. **List all other income regularly received:**

| | | | | | |
|---|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 5,845.04  +  $ N/A  =  $ 5,845.04
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.  +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 5,845.04

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I    Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Schedule I: Your Income    Entered 04/26/19 13:28:31    Desc Main    page 2
Document    Page 27 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1043.00

TNJudicial.org/e/a/jrf003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC 002 Page 44 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.117    Filed 10/13/23    Page 44 of 150

**Fill in this information to identify your case:**

Debtor 1 — **Fawn** ███ **Fenton**

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1. **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☒ No

    Do not list Debtor 1 and Debtor 2.      ☐ Yes.    Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | | | ☐ No / ☐ Yes |
    | | | ☐ No / ☐ Yes |
    | | | ☐ No / ☐ Yes |
    | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    **4. $    1,229.00**

    If not included in line 4:

    | | | |
    |---|---|---|
    | 4a. | Real estate taxes | 4a. $    0.00 |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $    15.00 |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    0.00 |
    | 4d. | Homeowner's association or condominium dues | 4d. $    0.00 |

5. Additional mortgage payments for your residence, such as home equity loans    **5. $    0.00**

TN Judicial One (c/e/irt0003.tld — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-0021 Page 45 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.118    Filed 10/13/23    Page 45 of 150

Debtor 1    **Fawn** ████ **Fenton**                    Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 90.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 89.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 25.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 200.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify:  Storage | 17c. $ | 117.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Pet Supplies - 1 Dog & 2 Bunnies & Fish** | | 21. +$ | 400.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | $ | 3,025.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,025.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,845.04 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,025.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 2,820.04 |
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? | | |

■ No.

☐ Yes.    Explain here:

TNJudicial.org/c/e/jrf0033.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-0034 Page 46 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.119    Filed 10/13/23    Page 46 of 150

**Fill in this information to identify your case:**

Debtor 1    **Fawn**    **Fenton**
            First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Fawn    Fenton**    X  _____
   **Fawn    Fenton**                Signature of Debtor 2
   Signature of Debtor 1

   Date  **April 26, 2019**    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

TNJudicial.org/o/e/jrf0023.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-0087 Page 47 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8,  PageID.120    Filed 10/13/23    Page 47 of 150

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | ☐ Check if this is an amended filing |

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                              4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1986 Sunny Side Drive Brentwood, TN 37027** | From-To: **May 2011 - April 2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $26,250.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main Document    Page 31 of 50

FRBP Violated: #3:19-bk-02693                        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                        JRF.003.1047.00

TNJudicial.org/s/e/irf008.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-003 Page 48 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.121    Filed 10/13/23    Page 48 of 150

Debtor 1  **Fawn** ▮▮▮ **Fenton**  Case number *(if known)* _____

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $93,108.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $93,677.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

**5.**  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.**  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  **No.**  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■  **Yes.**  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
■ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| **Toyota Motor Credit Co.**<br>**Attn Officer Manager or Agent**<br>**5005 N River Blvd. NE**<br>**Cedar Rapids, IA 52411-6634** | **$300.00 Monthly**<br>**Jan, Feb, March,**<br>**April** | **$1,200.00** | **$12,600.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 32 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)    JRF.003.1048.00

TNJudicial Cycle/i10023.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC-003, Page 49 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-8, PageID.122 Filed 10/13/23 Page 49 of 150

Debtor 1 **Fawn** [REDACTED] **Fenton**                       Case number (*if known*)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America, NA**<br>**Attn: Officer Manager or Agent**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** | **$1,804.78**<br>**Jan, Feb, March,**<br>**April** | **$7,219.12** | **$240,182.77** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **BanCorp South**<br>**Attn: Officer Manager or Agent**<br>**914 Murfreesboro Road**<br>**Franklin, TN 37067** | **Jan $263.56**<br>**Feb $275.01**<br>**March $275.01**<br>**April $275.01** | **$1,088.59** | **$53,967.42** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Chase Card**<br>**Attn: Officer Manager or Agent**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Jan $268.01**<br>**Feb, March**<br>**$100.00 each**<br>**April $429.10** | **$897.11** | **$0.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Ascend Federal Credit Union**<br>**Attn: Officer Manager or Agent**<br>**PO Box 1210**<br>**Tullahoma, TN 37388** | **Jan $354.00**<br>**Feb $350.00**<br>**March $265.00**<br>**April $262.00** | **$1,181.00** | **$17,811.23** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Capital One Bank USA NA**<br>**Attn: Officer Manager or Agent**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130-0281** | **Jan $450.00**<br>**Feb $250.00**<br>**March $350.00** | **$1,050.00** | **$9,818.83** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Mark** [REDACTED]<br>**24176 Elrond Lane**<br>**Lake Forest, CA 92630** | **March 17, 2018** | **$5,659.80** | **$0.00** | **Loan repayment** |

TNJudicial.org/a/jr003.pdf          Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)          DOC_003 | Page 50 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.123    Filed 10/13/23    Page 50 of 150

Debtor 1    **Fawn** ▓▓▓ **Fenton**                                    Case number *(if known)* _____

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fawn Fenton vs. Jeffrey Fenton** | **Divorce Proceeding** | **Williamson County Chancery Court Judicial Center 135 4th Avenue South Franklin, TN 37064** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | **Explain what happened** | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:**<br>**Walden's Puddle Wildlife Rehab PO Box 641 Joelton, TN 37080** | **$25.00 Monthly** | **2016 - Present** | **$250.00** |
| Person's relationship to you: | | | |

TNJudicial.org/ele/jrf003.pdf          Conspiracy; Real Estate Deed Fraud & ADA Financial Exploitation (RICO)          DOC-003; Page 51 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.124    Filed 10/13/23    Page 51 of 150

Debtor 1    **Fawn ▮▮▮▮ Fenton**          Case number (*if known*) _____

---

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DebtorCC, Inc. | Credit Counseling | 04/01/2019 | $15.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jeffrey Fenton 1986 Sunny Side Drive Brentwood, TN 37027 | 2003 Buick LeSabre | None | January 2019 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 5

Debtor 1 **Fawn** ███████ **Fenton**                                    Case number *(if known)*

beneficiary? (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Mallory Station Storage** **309 Mallory Station Rd** **Franklin, TN 37067** | **Fawn** ████ **Fenton** ████████ **Brentwood, TN 37027** | **Books, Luggage, Pet Supplies, Christmas decorations** | ☐ No ☑ Yes |

---

**Part 9: Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

TNJudicial.org/o/a/irf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-003 Page 53 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.126    Filed 10/13/23    Page 53 of 150

Debtor 1    **Fawn** ▮▮▮▮ **Fenton**                    Case number (*if known*) _____

---

**Part 10:**   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 37 of 50

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1053.00

TNJudicial.org/c/a/jrf003.pdf - Conspiracy: Real Estate Deed Fraud & ABA Financial Exploitation (RICO) DOC. 003 | Page 54 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8;  PageID.127    Filed 10/13/23    Page 54 of 150

Debtor 1   **Fawn** ▮▮▮ **Fenton** _____     Case number *(if known)* _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| **Address** | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12.  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Fawn ▮▮▮ Fenton _____     _____
**Fawn** ▮▮▮ **Fenton**                     **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **April 26, 2019** _____     Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page **8**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document        Page 38 of 50

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1054.00

TNJudicial.org/cle/jrf003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC: 003 | Page 55 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.128    Filed 10/13/23    Page 55 of 150

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main Document    Page 39 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1055.00

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 40 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1056.00

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

TNJudicial.org/e/a/jrf003.pdf [Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation] (RICO) DOC 003 Page 58 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.151    Filed 10/13/23    Page 58 of 150

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

TNJudicial.org/c/a/jrf003.pdf — Conspiracy; Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC: 003 | Page 59 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.132    Filed 10/13/23    Page 59 of 150

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Fawn** ██ **Fenton**                                    Case No.
_____    Chapter    **13**
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 4,250.00 |
    | Prior to the filing of this statement I have received | $ | 0.00 |
    | Balance Due | $ | 4,250.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Please refer to the attached Rights and Responsibilities of the Chapter 13 Debtor and Attorney**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Please refer to the attached Rights and Responsibilities of the Chapter 13 Debtor and Attorney**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 26, 2019**                          **/s/ Mary Beth Ausbrooks**
_____                     **Mary Beth Ausbrooks**
_Date_                                      _Signature of Attorney_
                                            **Rothschild & Ausbrooks PLLC**
                                            **1222 16th Avenue South, Suite 12**
                                            **Nashville, TN 37212-2926**
                                            **(615) 242-3996  Fax: (615) 242-2003**
                                            **notice@rothschildbklaw.com**
                                            _Name of law firm_

---

TNJudicial.org/cle/rf003.pdf    Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.135    Filed 10/13/23    Page 60 of 508
DOC 003 Page 60 of
150

## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 CLIENTS AND ATTORNEYS

It is important for clients who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that the clients know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Clients should also know that they may expect certain services to be performed by their attorney. The below guidelines provided by the Court are hereby agreed to by the clients and their attorneys.

### CLIENT
The attorney and client acknowledge that they have discussed the obligation of the client to:

**Before the case is filed:**

1. Provide the attorney with complete and accurate financial information, including all debts owed, all property owned, an accurate, current and projected budget, copies of all required tax returns or transcripts from the IRS, and 6 months of pay stubs.
2. Inform the attorney of any prior bankruptcies and the outcome of those proceedings.
3. Discuss with the attorney the client's reasons and objectives for filing the case.
4. Review the complete bankruptcy petition (including all schedules and statements) upon its receipt and promptly advise the attorney of any errors, omissions, or changes which need to be made.

**After the case is filed:**

1. Pay the Trustee within 30 days of filing.
2. Keep the trustee and attorney informed of the client's address, telephone number and employment.
3. Inform the attorney of any wage garnishment or attachment of assets which occurs or continues after the case is filed.
4. Review the Confirmation Order when received, and advise the attorney if the client has questions about which creditors are being paid and how much or if the client has questions about anything the debtor must do.
5. Review the Trustee's Notice of Intent to Pay Claims when received, and advise the attorney of any filed claim that appears to be improper or excessive, or any creditor who has not filed a proof of claim but the client wants to make sure is paid.
6. Insure all property of the estate, including maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases.
7. Contact the attorney promptly if the client loses his/her job, becomes ill, experiences a budget change, or is otherwise unable to make plan payments.
8. Inform the attorney if any tax refunds the client is entitled to are seized or not returned to the client by the IRS.
9. Provide the documentation/information requested by attorney for the attorney to file necessary post-petition motions (tax returns, pay stubs, amended budget).

Revised 3/9/2016

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1060.00

10. Contact the attorney before buying, refinancing, or selling real property or a motor vehicle or before entering into any loan agreements to find out what approvals are required, including retaining a real estate agent or listing property for sale.
11. Contact the attorney if the debtor receives an inheritance.
12. Contact the attorney if the client is sued during the case.
13. Contact the attorney if the client has any potential lawsuits against another person or company after the bankruptcy is filed.
14. Attend a financial management workshop no later than the due date of the last scheduled plan payment.
15. Open and read all mail from the attorney, Trustee, or Bankruptcy Court.

## ATTORNEY

The attorney has agreed to accept a flat fee of $ _9250_ for all aspects of the bankruptcy case except for services excluded from the flat fee (described below). For some of the excluded services, the attorney has agreed to limit the fees to amounts set by the Bankruptcy Court for the specific services. For the remaining excluded services, the attorney may request additional fees on an hourly basis in accordance with the agreement between the attorney and the client.

Fees shall be paid by the Trustee through the plan unless otherwise ordered. The attorney may not receive fees directly from the client other than the initial retainer, unless paid by a third party, in which event such payment must be fully disclosed to the Bankruptcy Court. Any fee must be agreed upon by the client and the attorney, and approved by the court.

**Services included in the flat fee.** The services the attorney agrees to provide for the flat fee include:

1. Meet with the client to review the client's debts, assets, liabilities, income, and expenses. Request appropriate financial information, including credit reports and information on any mortgage debt or support obligation.
2. Conduct necessary due diligence regarding any prior bankruptcies involving the client.
3. Counsel the client regarding the advisability of filing a bankruptcy and whether filing either a Chapter 7 or Chapter 13 case would assist in meeting the client's objectives; discuss procedures in both Chapter 7 and Chapter 13 with the client, and answer the client's questions.
4. Explain what payments will be made directly by the client and what payments will be made through the client's Chapter 13 plan.
5. Explain to the client how, when, and where to make the Chapter 13 plan payments, including advising the client that the first plan payment must be made to the Trustee no later than 30 days after the case is filed.
6. Explain to the client how the attorney's fees and trustee's fees are paid, providing a signed copy of the contract between the client and the attorney and a copy of this Rights and Responsibilities to the debtor.

TNJudicial.org/c/a/jrf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (BLIGO)    DOC 003 Page 62 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.135    Filed 10/13/23    Page 62 of 150

7. Advise the client of the requirement to attend the 341 Meeting of Creditors, arriving early, and instruct the client as to the date, time, and place of the meeting. Advise the client to bring a copy of the petition and the schedules and statements to the Meeting.

8. Advise the client of the necessity of maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases and advise the client of the duty to insure all property of the estate.

9. Timely prepare and file the client's petition, plan, statements, and schedules.

10. Ensure that if the plan includes a motion to void liens, that the collateral is identified and an exemption is claimed.

11. Ensure proper notice and service of the plan.

12. Appear at the 341 Meeting of Creditors with the client.

13. Review all documents filed in the case and all communications concerning the case.

14. Respond to objections to plan confirmation and, where necessary, prepare an amended plan, and appear at the confirmation hearing.

15. Explain that a plan may be modified after confirmation and, where needed, prepare, file, and serve necessary modifications to the plan which may include suspending, lowering, or increasing plan payments.

16. Prepare, file, and serve necessary amended statements and schedules in accordance with information provided by the client.

17. Review the confirmation order and the Trustee's notice of intent to pay claims.

18. If necessary, object to improper or invalid claims based upon information provided by the client.

19. File claims for creditors when the client's goals and interests are served by such filing.

20. Respond to client communications, advising the client of the best and most efficient means of communications.

21. File notice of change of employment/change of address.

22. Represent the client in connection with all motions filed in the bankruptcy case, other than those listed in the excluded services below.

23. Where appropriate, prepare, file, and serve necessary motions to avoid liens on real or personal property.

**Additional services requiring additional limited fees.** The following services are not included in the flat fee, but the attorney has agreed to provide these services, when necessary and appropriate for the case, for additional compensation based on a fee schedule approved by the Court. The maximum additional fee for work performed in connection with obtaining the necessary Court approval for certain activities is indicated below:

1. Mortgage loan modification of the claim secured by the debtor's principal residence – up to $500

2. Substitution of collateral – up to $400.

3. Retention of a realtor, auctioneer or other professional relating to the sale of property or representing the interests of the estate – up to $200

4. Sale of property and disposition of the proceeds, resulting in the closing of such sale and the filing of any necessary report of the sale – up to $300.

TNJudicial.org/c/e/if0032 gf Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.136    Filed 10/13/23    Page 63 of 150    DOC 003 Page 63 of 508

Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

5.   Retention of special counsel relating to collecting or pursuing a cause of action in a
     different judicial forum and that results in the filing of a motion and order authorizing the
     approval of a settlement of such litigation – up to $300.

**Additional services on an hourly basis.** The following services are not included in the flat fee
and are not covered by any specific cap on fee, but the attorney has agreed to provide these
services, when necessary and appropriate for the case, but may charge an hourly rate for the
work performed – subject to Court approval:

1.   Motions for sanctions or contempt.
2.   Representation at a Rule 2004 examination.

**Services the attorney has not agreed to provide.** The attorney has not agreed to represent the
client in any adversary proceeding or certain contested matters placed on an "adversary track"
by order of the Court, unless the details of such separate litigation representation are spelled out
in an addendum to this agreement or in a separate supplemental contract. The client will be
fully apprised of any such anticipated litigation that would not be covered by this agreement.

Effective Date:  4-24-19

Rothschild & Ausbrooks, PLLC

By: _____

CLIENT  Fawn  Fenton

_____

CLIENT (*if joint*)

TNJudicial.org/v/a/jf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-0093 Page 64 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.137    Filed 10/13/23    Page 64 of 150

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re   **Fawn** ▮ **Fenton** _____     Case No. _____

                               Debtor(s)            Chapter    **13** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 26, 2019** _____      **/s/ Fawn** ▮ **Fenton** _____
                                             **Fawn** ▮ **Fenton**
                                             Signature of Debtor

FAWN ████████ FENTON
████████████
BRENTWOOD TN 37027

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS PLLC
1222 16TH AVENUE SOUTH, SUITE 12
NASHVILLE, TN 37212-2926

AMERICAN EXPRESS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 981537
EL PASO TX 79998

ASCEND FEDERAL CREDIT UNION
ATTN: OFFICER MANAGER OR AGENT
PO BOX 1210
TULLAHOMA TN 37388

BANCORP SOUTH
ATTN: OFFICER MANAGER OR AGENT
914 MURFREESBORO ROAD
FRANKLIN TN 37067

BANK OF AMERICA
ATTN: OFFICER MANAGER OR AGENT
PO BOX 982238
EL PASO TX 79998

BANK OF AMERICA, NA
ATTN: OFFICER MANAGER OR AGENT
4909 SAVARESE CIRCLE
TAMPA FL 33634

CAPITAL ONE BANK USA NA
ATTN: OFFICER MANAGER OR AGENT
PO BOX 30281
SALT LAKE CITY UT 84130-0281

CHASE CARD
ATTN: OFFICER MANAGER OR AGENT
PO BOX 15298
WILMINGTON DE 19850

IRS INSOLVENCY
ATTN: OFFICER MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS INSOLVENCY
801 BROADWAY ROOM 285
MDP 146
NASHVILLE TN 37203

TNJudicial.org/s/a/jrf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 Page 66 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.159    Filed 10/13/23    Page 66 of 150

TOYOTA MOTOR CREDIT CO.
ATTN OFFICER MANAGER OR AGENT
5005 N RIVER BLVD. NE
CEDAR RAPIDS IA 52411-6634

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON DC 20530


C/O BROOKSIDE PROPERTIES, INC.
2002 RICHARD JONES ROAD, SUITE 200-C
NASHVILLE TN 37215

TNJudicial.org/c/a/irf003.pdf Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC 2031 Page 67 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.140    Filed 10/13/23    Page 67 of 150

| Debtor | **Fawn** ▆▆▆ **Fenton** | | |
|---|---|---|---|
| United States Bankruptcy Court for the | | **MIDDLE DISTRICT OF TENNESSEE** | ☐ Check if this is an amended plan |
| | | [Bankruptcy district] | |
| Case number: | | | |

## Chapter 13 Plan

**Part 1    Notices**

To Debtor(s):  **This form sets out options that are appropriate in some cases but not in others. The presence of an option does not indicate that the option is appropriate in your circumstances.**

To Creditors:  **Your rights are affected by this plan. Your claim may be reduced, modified, or eliminated.**

If you oppose the treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 5 days before the meeting of creditors or raise an objection on the record at the meeting of creditors. The Bankruptcy Court may confirm this plan without further notice if no timely objection to confirmation is made. In addition, a timely proof of claim must be filed before your claim will be paid under the plan.

**Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is not checked as "Included" or if both boxes are checked, the provision will not be effective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in § 3.2, which may result in partial payment or no payment to the secured creditor. | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 9. | ☑ Included | ☐ Not Included |

**Part 2    Plan Payments and Length of Plan**

**2.1 Debtor(s) will make payments to the trustee as follows:**

| Payments made by | Amount of each payment | Frequency of payments | Duration of payments | Method of payment |
|---|---|---|---|---|
| ☑ Debtor 1<br>☐ Debtor 2 | **$595.00** | **Semi-Monthly** | **60** months | ☑ Debtor will make payment directly to trustee<br>☐ Debtor consents to payroll deduction from: |

**2.2 Income tax refunds.**
*Check one.*

☑  Debtor(s) will retain any income tax refunds received during the plan term.

☐  Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐  Debtor(s) will treat income refunds as follows:

**2.3 Additional payments.**
*Check one.*

☑  **None.** If "None" is checked, the rest of § 2.3 need not be completed or reproduced.

**2.4 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.3 is $100%.**

**Part 3    Treatment of Secured Claims**

**3.1 Maintenance of payments and cure of default. Check one.**

☐  **None.** If "None" is checked, the rest of § 3.1 need not be completed or reproduced.
☑  Installment payments on the secured claims listed below will be maintained, and any arrearage through the month of confirmation will be paid in full as stated below. Both the installment payments and the amounts to cure the arrearage will be

APPENDIX D

Chapter 13 Plan

Page 1

TNJudicial.org/o/o/rf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-003  Page 68 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.141    Filed 10/13/23    Page 68 of 150

| Debtor | **Fawn ▆ Fenton** | | Case number | |

disbursed by the trustee.

Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below as to the current installment payment and arrearage. After confirmation of the plan, the trustee shall adjust the installment payments below in accordance with any such proof of claim and any Notice of Mortgage Payment Change filed under Rule 3002.1. The trustee shall adjust the plan payment in Part 2 in accordance with any adjustment to an installment payment and shall file a notice of the adjustment and deliver a copy to the debtor, the debtor's attorney, the creditor, and the U.S. Trustee, but if an adjustment is less than $25 per month, the trustee shall have the discretion to adjust only the installment payment without adjusting the payments under Part 2. The trustee is further authorized to pay any postpetition fee, expense, or charge, notice of which is filed under Bankruptcy Rule 3002.1 and as to which no objection is raised, at the same disbursement level as the arrearage.

Confirmation of this Plan imposes on any claim holder listed below the obligation to:

- Apply arrearage payments received from the trustee only to such arrearages.
- Treat the obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties, or other charges.

If relief from the automatic stay is ordered as to any collateral listed below, all payments under this section to creditors secured by that collateral will cease.

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage, if any | Interest rate on arrearage (if applicable) | Monthly payment on arrearage, if any |
|---|---|---|---|---|---|
| **BanCorp South** | **1986 Sunny Side Drive Brentwood, TN 37027 Williamson County** | **See Nonstandard provisions, set out in Part 9.** | Prepetition: **$0.00** <br> Gap payments: <br> Last month in gap: | **0.00%** | **See Nonstandard provisions, set out in Part 9.** |
| **Bank of America, NA** | **1986 Sunny Side Drive Brentwood, TN 37027 Williamson County** | **See Nonstandard provisions, set out in Part 9.** | Prepetition: **$0.00** <br> Gap payments: <br> Last month in gap: | **0.00%** | **See Nonstandard provisions, set out in Part 9.** |

**3.2 Request for valuation of security and claim modification.** *Check one.*

☐   **None.** If "None" is checked, the rest of § 3.2 need not be completed or reproduced.
   **The remainder of this paragraph will be effective only if the applicable box in§ 1. is checked.**

☑   For each claim listed below, the debtor(s) request that the court determine the value of the creditor's interest in any property securing the claim based on the amount stated in the column headed Value securing the claim. If this amount exceeds any allowed claim amount, the claim will be paid in full with interest at the rate stated below. If the amount is less than the allowed claim mount, the claim will be paid the full value securing the claim, with interest at the rate stated below.

The portion of any allowed claim that exceeds the value securing the claim will be treated as an unsecured claim under § 5.1. If the value securing a creditor's claim is listed below as zero or no value, the creditor's allowed claim will be treated entirely as an unsecured claim under § 5.1. The avoidance of any lien because it is not secured by any value must be addressed in Part 9. The mount of a creditor's total claim stated on a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary mount stated below.

The holder of any claim listed below as secured by any value will retain the lien until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

If relief from the automatic stay is ordered as to any collateral listed below, all payments under this section to creditors secured by that collateral will cease.

APPENDIX D                                Chapter 13 Plan                                Page 2

| Debtor | **Fawn** ▮▮▮ **Fenton** | | | Case number | | | |

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Value securing claim | Interest rate | Monthly payment |
|---|---|---|---|---|---|---|---|
| **Toyota Motor Credit Co.** | $12,600.00 | **2017 Toyota Prius 23,000 miles VIN: JTDKBRFU2H3 033495** | $16,375.00 | $0.00 | $12,600.00 | 5.50% | $356.99 (Class 3) |

**3.3 Secured claims excluded from 11 U.S.C. § 506.** *Check one.*

    ☑    **None.** If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

**3.4 Lien avoidance.** *Check one.*

    ☑    **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5 Surrender of collateral.** *Check one.*

    ☑    **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

**Part 4:** **Treatment of Priority Claims (including Attorney's Fees and Domestic Support Obligations)**

**4.1 Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be **$4,250.00 (Class 3)**. The remaining fees and any additional fees that may be awarded shall be paid through the trustee as specified below. Check one.

    ☑ The attorney for the debtor(s) shall receive a monthly payment of **$770 (Class 3)**.

    ☐ The attorney for the debtor(s) shall receive available funds.

**4.2 Domestic support obligations.**

    **(a) Pre- and postpetition domestic support obligations to be paid in full.** *Check one.*
    ☑    **None.** If "None" is checked, the rest of § 4.2(a) need not be completed or reproduced.

    **(b) Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.** *Check one.*
    ☑    **None.** If "None" is checked, the rest of § 4.2(b) need not be completed or reproduced.

**4.3 Other priority claims.** *Check one.*
    ☐    **None.** If "None" is checked, the rest of § 4.3 need not be completed or reproduced.
    ☑    The priority claims listed below will be paid in full through the trustee. Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below.

| Name of Creditor | Estimated amount of claim to be paid |
|---|---|
| **IRS Insolvency** | $0.00 (Class 4) |
| **Bankruptcy Court Clerk** | $310.00 (Class 1 & 2) |

**Part 5:** **Treatment of Nonpriority Unsecured Claims and Postpetition Claims**

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. Check all that apply.

    ☐    The sum of $
    ☑    **100.00** % of the total amount of these claims. **(Class 5)**
    ☐    The funds remaining after disbursements have been made to all other creditors provided for in this plan.

TNJudicial.org/s/ajrf003.pdf     Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)     DOC.0037 Page 70 of 508

Case 1:23-cv-01097-PLM-RSK     ECF No: 18, PageID.143     Filed 10/13/23     Page 70 of 91
150

| Debtor | **Fawn     Fenton** | Case number |
|--------|---------------------|-------------|

**5.2 Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

**5.4 Separately classified nonpriority unsecured claims.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 5.4 need not be completed or reproduced.

**5.5 Postpetition claims allowed under 11 U.S.C. § 1305.**

Claims allowed under 11 U.S.C. § 1305 will be paid in full through the trustee.

| Part 6: | **Executory Contracts and Unexpired Leases** |
|---------|---------------------------------------------|

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

| Part 7: | **Order of Distribution of Available Funds by Trustee** |
|---------|--------------------------------------------------------|

**7.1 The trustee will make monthly disbursements of available funds in the order specified. Check one.**
☐ **Regular order of distribution:**

a. Filing fees paid through the trustee

b. Current monthly payments on domestic support obligations

c. Other fixed monthly payments

If available funds in any month are not sufficient to disburse all fixed monthly payments due under the plan, the trustee will allocate available funds in the order specified below or pro rata if no order is specified. If available funds in any month are not sufficient to disburse any current installment payment due under § 3.1, the trustee will withhold the partial payment amount and treat the amount as available funds in the following month.

d. Disbursements without fixed monthly payments, except under §§ 5.1 and 5.5

The trustee will make these disbursements in the order specified below or pro rata if no order is specified.

e. Disbursements to nonpriority unsecured claims not separately classified (§ 5.1)

f. Disbursements to claims allowed under § 1305 (§ 5.5)

☑ **Alternative order of distribution:**

1. **Filing Fee**
2. **Notice Fee**
3. **Monthly Payments on Secured Debts & Attorney's Fees**
4. **Priority Debts**
5. **General Unsecured Claims**
6. **§1305 Claims**

| Part 8: | **Vesting of Property of the Estate** |
|---------|---------------------------------------|

**8.1 Property of the estate will vest in the debtor(s) upon discharge or closing of the case, whichever occurs earlier, unless an alternative vesting date is selected below. Check the applicable box to select an alternative vesting date:**
*Check the appliable box:*

APPENDIX D                                    Chapter 13 Plan                                    Page 4

TNJudicial.org/c/a/jrf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    Doc. 20371 Page 71 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 18, PageID.142    Filed 10/13/23    Page 71 of 150

| Debtor | **Fawn ▉ Fenton** | Case number | |
|--------|-------------------|-------------|--|

☐   plan confirmation.
☑   other:   **Entry of Discharge**

### Part 9:   Nonstandard Plan Provisions

*Nonstandard provisions are required to be set forth below.*

**These plan provisions will be effective only if the applicable box in § 1.3 is checked.**

**Adequate Protection Payments:**
**Toyota Motor Credit Co. @ $25.00**

**Debtor moves for permission to sell real property located at 1986 Sunny Side Drive Brentwood, TN 37027  Williamson County, within 180 days of confirmation with no payments being made in the interim.  The liens of Bank of America, NA and BanCorp South shall be satisfied in full and all remaining proceeds after Debtor's homestead exemption and costs of sale shall be paid to the Chapter 13 Trustee for the benefit of the estate.**

**Confirmation of this Plan imposes upon any claimholder treated under § 3.1 and, holding as collateral, the residence of the Debtor(s), the obligation to: (i) Apply the payments received from the Trustee on pre-confirmation arrearages only to such arrearages. For purposes of this plan, the "pre-confirmation" arrears shall include all sums designated as pre-petition arrears in the allowed Proof of Claim plus any post-petition pre-confirmation payments due under the underlying mortgage debt not specified in the allowed Proof of Claim. (ii) Deem the mortgage obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties or other charges.**

**The Trustee may adjust the post-petition regular payments noted above and payments to the plan in paragraph 3 upon filing notice of such adjustment to debtor, debtor's attorney, creditor, and the U.S. Trustee where, and to the extent the underlying contract provides for modification.**

**The Trustee is authorized to pay any post-petition fees, expenses, and charges, notice of which is filed pursuant to Rule 3002.1, F.R.B.P. and as to which no objection is raised, at the same disbursement level as the arrears claim noted above.**

### Part 10:   Signatures:

X   **/s/ Mary Beth Ausbrooks**      Date   **April 26, 2019**
     **Mary Beth Ausbrooks**
**Signature of Attorney for Debtor(s)**

X   **/s/ Fawn ▉ Fenton**      Date   **April 26, 2019**
     **Fawn ▉ Fenton**

X      Date

**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

**By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the form required under the Local Rules for the Bankruptcy Court for the Middle District of Tennessee, other than any nonstandard provisions included in Part 9.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1071.00

TNJudicial.org/s/e/jrf003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation [RICO] IDOC: 20371 Page 72 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 13, PageID.145    Filed 10/13/23    Page 72 of 150

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Fawn | | Fenton | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this an
amended filing

## Official Form 103A
## Application for Individuals to Pay the Filing Fee in Installments

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1:  Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**

   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ■ Chapter 13

2. **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

   **You propose to pay...**

   ■ With the filing of the petition
   ☐ On or before this date.........  _____ MM / DD/ YYYY

   $ _____ 0.00

   **You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.**

   $ _____   On or before this date...........  _____ MM / DD/ YYYY

   **(X)** or, balance to be paid through plan by Chapter 13 Trustee.

   $ _____   On or before this date...........  _____ MM / DD/ YYYY

   + $ _____   On or before this date...........  _____ MM / DD/ YYYY

   Total   $ _____ 310.00   Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2:  Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.
- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X /s/ Fawn     Fenton
**Fawn    Fenton**
Signature of Debtor 1

X _____
Signature of Debtor 2

X /s/ Mary Beth Ausbrooks
**Mary Beth Ausbrooks**
Your attorney's name and signature, if you used one

Date   **April 26, 2019**
MM / DD / YYYY

Date   _____
MM / DD / YYYY

Date   **April 26, 2019**
MM/ DD / YYYY

B 103A (Official Form 103A)   **Application for Individuals to Pay the Filing Fee in Installments**
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

TNJudicial.org/s/a/jrf003.pdf    Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.146    Filed 10/13/23    Page 73 of 508
Page 73 of 508
150

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Fawn**　　**Fenton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (*if known*) | | | |
| Chapter filing under: | | ☐ | Chapter 7 |
| | | ☐ | Chapter 11 |
| | | ☐ | Chapter 12 |
| | | ■ | Chapter 13 |

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| | You must pay… | On or before this date… |
|---|---|---|
| | $ _____ | _____ |
| | | Month / day / year |
| | $ _____ | _____ |
| | | Month / day / year |
| | $ _____ | _____ |
| | | Month / day / year |
| + | $ _____ | _____ |
| | | Month / day / year |
| **Total** | $ _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____        **By the court:**   _____
Month / day / year                                          United States Bankruptcy Judge

| Fill in this information to identify your case | Check as directed in lines 17 and 21 |
|---|---|
| Debtor 1 **Fawn** ▉ **Fenton** | According to the calculations required by this Statement: |
| Debtor 2 (Spouse, if filing) | ☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3). |
| United States Bankruptcy Court for the: Middle District of Tennessee | ■ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3). |
| Case number (if known) | ☐ 3. The commitment period is 3 years. |
| | ■ 4. The commitment period is 5 years. |
| | ☐ Check if this is an amended filing |

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 7,500.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ 0.00 |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 1**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 5    Filed 04/26/19    Entered 04/26/19 13:29:49    Desc Main Document    Page 1 of 4

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1074.00

Debtor 1  **Fawn** ████ **Fenton**                    Case number (if known) _____

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.      $ 0.00   $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

|  | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 7,500.00  + $ 0.00  = $ 7,500.00

Total average monthly income

---

**Part 2:    Determine How to Measure Your Deductions from Income**

12. Copy your total average monthly income from line 11.        $ 7,500.00

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

■ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| _____ | $ _____ |
| _____ | $ _____ |
| _____ | + $ _____ |

| Total | $ 0.00 | Copy here=> | - 0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.      $ 7,500.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>        $ 7,500.00

Multiply line 15a by 12 (the number of months in a year).     x 12

15b. The result is your current monthly income for the year for this part of the form. ..............     $ 90,000.00

---

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**                    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:19-bk-02693   Doc 5   Filed 04/26/19   Entered 04/26/19 13:29:49   Desc Main
Document    Page 2 of 4

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCOX: 48419B)          JRF.003.1075.00

TNJudicial.org/cfa/jrf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.149    Filed 10/13/23    Page 76 of
150    DOC.003 Page 76 of 508

Debtor 1    **Fawn** ████ **Fenton**                                         Case number (*if known*) _____

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                    **TN**

16b. Fill in the number of people in your household.         **1**

16c. Fill in the median family income for your state and size of household.                    $    **47,214.00**
    To find a list of applicable median income amounts, go online using the link specified in the separate
    instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ■ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

18. **Copy your total average monthly income from line 11 .** .................................    $    **7,500.00**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.                    -$    **0.00**

19b. Subtract line 19a from line 18.                                                    $    **7,500.00**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b _____                                            $    **7,500.00**

    Multiply by 12 (the number of months in a year).                                  **x  12**

20b. The result is your current monthly income for the year for this part of the form    $    **90,000.00**

20c. Copy the median family income for your state and size of household from line 16c    $    **47,214.00**

21. **How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

■ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X  /s/ Fawn** ████ **Fenton**
    **Fawn** ████ **Fenton**
    Signature of Debtor 1

Date **April 26, 2019**
    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Fawn** ▮▮▮▮ **Fenton**                                    Case number (*if known*) _____

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2018** to **03/31/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Adkisson & Associates**
Constant income of **$7,500.00** per month.

TNJudicial.org/a/aaf0032.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.152    Filed 10/13/23    Doc 937 Page 78 of 508
150

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Fawn** ▮▮▮▮ **Fenton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Tennessee |
| Case number (if known) | |

☐ Check if this is an amended filing

**Official Form 122C-2**

# Chapter 13 Calculation of Your Disposable Income

04/19

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.  **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

    **1**

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

    $    **647.00**

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Fawn** ▮▮▮ **Fenton** | | | Case number (*if known*) | |

**People who are under 65 years of age**

| | | | | | |
|---|---|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ | 52 | | |
| 7b. | Number of people who are under 65 | X | 1 | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | 52.00 | Copy here=> $ | 52.00 |

**People who are 65 years of age or older**

| | | | | | |
|---|---|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | $ | 114 | | |
| 7e. | Number of people who are 65 or older | X | 0 | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | $ | 0.00 | Copy here=> $ | 0.00 |
| 7g. | **Total.** Add line 7c and line 7f | | $ 52.00 | Copy total here=> $ | 52.00 |

**Local Standards** You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ **Housing and utilities - Insurance and operating expenses**

■ **Housing and utilities - Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8. **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. $ 490.00

9. **Housing and utilities - Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses. $ 1,447.00

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **-NONE-** | $ |
| 9b. Total average monthly payment | $ 0.00 | Copy here=> -$ 0.00 Repeat this amount on line 33a. |

9c. Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0. $ 1,447.00 Copy here=> $ 1,447.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ 0.00

Explain why: _____

Debtor 1    **Fawn** ▮▮▮ **Fenton**            Case number (*if known*)

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

■ 1. Go to line 12.

☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.     $    **196.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    **Describe Vehicle 1:**    **2017 Toyota Prius 23,000 miles VIN:** ▮▮▮▮▮

13a. Ownership or leasing costs using IRS Local Standard.................................................. $    **497.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| **Name of each creditor for Vehicle 1** | **Average monthly payment** | | |
|---|---|---|---|
| **Toyota Motor Credit Co.** | $   **300.00** | | |
| Total Average Monthly Payment | $   **300.00** | **Copy here =>**   -$   **300.00** | Repeat this amount on line 33b. |

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. if the numbert is less than $0, enter $0. .................... $   **197.00**   **Copy net Vehicle 1 expense here =>**   $   **197.00**

**Vehicle 2**    **Describe Vehicle 2:**

13d. Ownership or leasing costs using IRS Local Standard.................................................. $    **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| **Name of each creditor for Vehicle 2** | **Average monthly payment** | | |
|---|---|---|---|
| | $ | | |
| Total average monthly payment | $ | **Copy here =>**   -$   **0.00** | Repeat this amount on line 33c. |

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from line 13d. if this number is less than $0, enter $0. .................... $   **0.00**   **Copy net Vehicle 2 expense here =>**   $   **0.00**

14. **Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.**     $    **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*     $    **0.00**

Debtor 1  **Fawn** ▊▊▊▊ **Fenton** _____    Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. | | |

16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

 Do not include real estate, sales, or use taxes.    $ **1,654.96**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

 Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

 Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

 Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:

 ■ as a condition for your job, or

 ■ for your physically or mentally challenged dependent child if no public education is available for similar services.    $ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
 Do not include payments for any elementary or secondary school education.    $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

 Payments for health insurance or health savings accounts should be listed only in line 25.    $ **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

 Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted.    +$ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
 Add lines 6 through 23.    $ **4,683.96**

| | | | |
|---|---|---|---|
| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. | | |
| | *Note*: Do not include any expense allowances listed in lines 6-24. | | |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | | |
|---|---|---|---|
| Health insurance | $ | **0.00** | |
| Disability insurance | $ | **0.00** | |
| Health savings account | + $ | **0.00** | |
| Total | $ | **0.00** | Copy total here=> ............    $ **0.00** |

 Do you actually spend this total amount?
 ☐  No. How much do you actually spend?
 ■  Yes    $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $ **0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

 By law, the court must keep the nature of these expenses confidential.    $ **0.00**

TNJudicial.org/c/e/jrf003.pdf    Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    Doc 003 Page 82 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.159    Filed 10/13/23    Page 82 of 150

| Debtor 1 | **Fawn** [█] **Fenton** | Case number (*if known*) | |
|---|---|---|---|

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

 If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

 You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.                                  $ **0.00**

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

 You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

 * Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.     $ **0.00**

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

 To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

 You must show that the additional amount claimed is reasonable and necessary.                            $ **0.00**

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

 Do not include any amount more than 15% of your gross monthly income.                               $ **25.00**

32. **Add all of the additional expense deductions.**
 Add lines 25 through 31.                                                        $ **25.00**

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

 To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | | | **Average monthly payment** |
|---|---|---|---|---|
| | **Mortgages on your home** | | | |
| 33a. | Copy line 9b here | | => | $ **0.00** |
| | **Loans on your first two vehicles** | | | |
| 33b. | Copy line 13b here | | => | $ **300.00** |
| 33c. | Copy line 13e here | | => | $ **0.00** |

33d.  List other secured debts

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| **-NONE-** | | ☐ No  ☐ Yes | $ |
| | | ☐ No  ☐ Yes | $ |
| | | ☐ No  ☐ Yes  + | $ |

| 33e.  Total average monthly payment. Add lines 33a through 33d | $ **300.00** | Copy total here=> | $ **300.00** |
|---|---|---|---|

---

Official Form 122C-2                **Chapter 13 Calculation of Your Disposable Income**                page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Fawn ▮▮▮ Fenton**                                    Case number (*if known*) _____

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

■ No.    Go to line 35.

☐ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| -NONE- | | $ _____ | ÷ 60 = $ _____ | |
| | Total | $ 0.00 | Copy total here=> $ | 0.00 |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.    Go to line 36.

■ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

| | | | |
|---|---|---|---|
| Total amount of all past-due priority claims | $ 310.00 | ÷ 60 | $ 5.17 |

**36. Projected monthly Chapter 13 plan payment**                                              $ 1,190.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X    3.50
To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense                    $ 41.65    Copy total here=> $    41.65

**37. Add all of the deductions for debt payment.**                                                    $ 346.82
Add lines 33e through 36.

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

| | | |
|---|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances* | $ 4,683.96 | |
| Copy line 32, *All of the additional expense deductions* | $ 25.00 | |
| Copy line 37, *All of the deductions for debt payment* | +$ 346.82 | |
| Total deductions.................................................................... | $ 5,055.78 | Copy total here=> $ 5,055.78 |

| Debtor 1 | **Fawn** ▮▮▮ **Fenton** | Case number (*if known*) | |
|---|---|---|---|

### Part 2: Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. Copy your total current monthly income from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*  $ **7,500.00**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.  $ **0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).  $ **0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here  => $ **5,055.78**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

**Describe the special circumstances**          **Amount of expense**

_____  $ _____
_____  $ _____
_____  $ _____

Total  $ **0.00**   Copy here=> $ **0.00**

44. **Total adjustments.** Add lines 40 through 43  => $ **5,055.78**   Copy here=> -$ **5,055.78**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.  $ **2,444.22**

### Part 3: Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 | | | | ☐ Increase | |
| ☐ 122C-2 | | | | ☐ Decrease | $ |
| ☐ 122C-1 | | | | ☐ Increase | |
| ☐ 122C-2 | | | | ☐ Decrease | $ |
| ☐ 122C-1 | | | | ☐ Increase | |
| ☐ 122C-2 | | | | ☐ Decrease | $ |
| ☐ 122C-1 | | | | ☐ Increase | |
| ☐ 122C-2 | | | | ☐ Decrease | $ |

Debtor 1    **Fawn** ▋ **Fenton**                                  Case number (*if known*) _____

| | |
|---|---|

**Part 4:**    **Sign Below**

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X  **/s/ Fawn** ▋ **Fenton**
   **Fawn** ▋ **Fenton**
   Signature of Debtor 1

Date   **April 26, 2019**
       MM / DD / YYYY

Certificate Number: 15725-TNM-CC-032535372



15725-TNM-CC-032535372

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 1, 2019</u>, at <u>3:36</u> o'clock <u>PM EDT</u>, <u>Fawn Fenton</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Middle District of Tennessee</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 1, 2019</u>          By: <u>/s/Landes Thomas</u>

Name: <u>Landes Thomas</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Fawn ▮▮▮▮ Fenton | ) | CHAPTER 13 |
| ▮▮▮▮▮▮▮▮▮▮ | ) | CASE NO: 19-02693 |
| Brentwood, TN 37027 | ) | JUDGE WALKER |
| SSN: XXX-XX-2065 | ) | |
| | ) | |
| Debtor | | |

### CERTIFICATE OF SERVICE

I certify that on this 26TH day of April, 2019, I served a copy of the foregoing Chapter 13 Plan in the

following manner:

**_Email by Electronic Case Noticing to:_**

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

**_By U.S. Postal Service, Certified Mail to:_**

**_By U.S. Postal Service, postage prepaid to:_**

BanCorp South
Attn: Officer Manager or Agent
914 Murfreesboro Road
Franklin TN 37067-0000

Bank of America, NA
Attn: Officer Manager or Agent
4909 Savarese Circle
Tampa FL 33634-0000

Toyota Motor Credit Co.
Attn Officer Manager or Agent
5005 N River Blvd. NE
Cedar Rapids IA 52411-6634

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1087.00

0 TOTAL CERTIFIED MAILINGS: $0.00
3 TOTAL USPS MAILINGS: $3.00

Respectfully submitted

*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks

TNJudicial.org/c/ajrf003.pdf    Conspiracy Real Estate Debt Fraud & ADA Financial Exploitation IBICO 10/13/23    Doc 0089 Page

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.180    Filed 10/13/23    Page 89 of 508
150

| Debtor | **Fawn ▇▇ Fenton** | |
|---|---|---|
| United States Bankruptcy Court for the | **MIDDLE DISTRICT OF TENNESSEE** | ☐ Check if this is an |
| | [Bankruptcy district] | amended plan |
| Case number: | _____ | |

## Chapter 13 Plan

### Part 1:    Notices

**To Debtor(s):** This form sets out options that are appropriate in some cases but not in others. The presence of an option does not indicate that the option is appropriate in your circumstances.

**To Creditors:** Your rights are affected by this plan. Your claim may be reduced, modified, or eliminated.

If you oppose the treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 5 days before the meeting of creditors or raise an objection on the record at the meeting of creditors. The Bankruptcy Court may confirm this plan without further notice if no timely objection to confirmation is made. In addition, a timely proof of claim must be filed before your claim will be paid under the plan.

Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is not checked as "Included" or if both boxes are checked, the provision will not be effective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in § 3.2, which may result in partial payment or no payment to the secured creditor. | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 9. | ☑ Included | ☐ Not Included |

### Part 2:    Plan Payments and Length of Plan

**2.1 Debtor(s) will make payments to the trustee as follows:**

| Payments made by | Amount of each payment | Frequency of payments | Duration of payments | Method of payment |
|---|---|---|---|---|
| ☑ Debtor 1 | **$595.00** | **Semi-Monthly** | **60** months | ☑ Debtor will make payment directly to trustee |
| ☐ Debtor 2 | | | | ☐ Debtor consents to payroll deduction from: |

**2.2 Income tax refunds.**
*Check one.*

☑ Debtor(s) will retain any income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

_____
_____

**2.3 Additional payments.**
*Check one.*

☑ None. If "None" is checked, the rest of § 2.3 need not be completed or reproduced.

**2.4 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.3 is $100%.**

### Part 3:    Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default. Check one.**

☐ None. If "None" is checked, the rest of § 3.1 need not be completed or reproduced.
☑ Installment payments on the secured claims listed below will be maintained, and any arrearage through the month of confirmation will be paid in full as stated below. Both the installment payments and the amounts to cure the arrearage will be

| Debtor | **Fawn ▮▮▮ Fenton** | Case number | _____ |
|---|---|---|---|

disbursed by the trustee.

Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below as to the current installment payment and arrearage. After confirmation of the plan, the trustee shall adjust the installment payments below in accordance with any such proof of claim and any Notice of Mortgage Payment Change filed under Rule 3002.1. The trustee shall adjust the plan payment in Part 2 in accordance with any adjustment to an installment payment and shall file a notice of the adjustment and deliver a copy to the debtor, the debtor's attorney, the creditor, and the U.S. Trustee, but if an adjustment is less than $25 per month, the trustee shall have the discretion to adjust only the installment payment without adjusting the payments under Part 2. The trustee is further authorized to pay any postpetition fee, expense, or charge, notice of which is filed under Bankruptcy Rule 3002.1 and as to which no objection is raised, at the same disbursement level as the arrearage.

Confirmation of this Plan imposes on any claim holder listed below the obligation to:

- Apply arrearage payments received from the trustee only to such arrearages.
- Treat the obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties, or other charges.

If relief from the automatic stay is ordered as to any collateral listed below, all payments under this section to creditors secured by that collateral will cease.

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage, if any | Interest rate on arrearage (if applicable) | Monthly payment on arrearage, if any |
|---|---|---|---|---|---|
| **BanCorp South** | **1986 Sunny Side Drive Brentwood, TN 37027 Williamson County** | **See Nonstandard provisions, set out in Part 9.** | Prepetition: **$0.00** Gap payments: Last month in gap: | **0.00%** | **See Nonstandard provisions, set out in Part 9.** |
| **Bank of America, NA** | **1986 Sunny Side Drive Brentwood, TN 37027 Williamson County** | **See Nonstandard provisions, set out in Part 9.** | Prepetition: **$0.00** Gap payments: Last month in gap: | **0.00%** | **See Nonstandard provisions, set out in Part 9.** |

**3.2 Request for valuation of security and claim modification.** *Check one.*

☐ **None.** If "None" is checked, the rest of § 3.2 need not be completed or reproduced.
**The remainder of this paragraph will be effective only if the applicable box in§ 1. is checked.**

☑ For each claim listed below, the debtor(s) request that the court determine the value of the creditor's interest in any property securing the claim based on the amount stated in the column headed Value securing claim. If this amount exceeds any allowed claim amount, the claim will be paid in full with interest at the rate stated below. If the amount is less than the allowed claim mount, the claim will be paid the full value securing the claim, with interest at the rate stated below.

The portion of any allowed claim that exceeds the value securing the claim will be treated as an unsecured claim under § 5.1. If the value securing a creditor's claim is listed below as zero or no value, the creditor's allowed claim will be treated entirely as an unsecured claim under § 5.1. The avoidance of any lien because it is not secured by any value must be addressed in Part 9. The mount of a creditor's total claim stated on a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary mount stated below.

The holder of any claim listed below as secured by any value will retain the lien until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

If relief from the automatic stay is ordered as to any collateral listed below, all payments under this section to creditors secured by that collateral will cease.

| Debtor | **Fawn ▮▮▮ Fenton** | | | | Case number | | |

| Debtor | **Fawn ▮ Fenton** | Case number |
|---|---|---|

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Value securing claim | Interest rate | Monthly payment |
|---|---|---|---|---|---|---|---|
| Toyota Motor Credit Co. | $12,600.00 | 2017 Toyota Prius 23,000 miles VIN: JTDKBRFU2H3 033495 | $16,375.00 | $0.00 | $12,600.00 | 5.50% | $356.99 (Class 3) |

**3.3 Secured claims excluded from 11 U.S.C. § 506.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

**3.4 Lien avoidance.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5 Surrender of collateral.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

**Part 4:** **Treatment of Priority Claims (including Attorney's Fees and Domestic Support Obligations)**

**4.1 Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be **$4,250.00 (Class 3)**. The remaining fees and any additional fees that may be awarded shall be paid through the trustee as specified below. Check one.

☑ The attorney for the debtor(s) shall receive a monthly payment of **$770 (Class 3)**.

☐ The attorney for the debtor(s) shall receive available funds.

**4.2 Domestic support obligations.**

**(a) Pre- and postpetition domestic support obligations to be paid in full.** *Check one.*
☑ **None.** If "None" is checked, the rest of § 4.2(a) need not be completed or reproduced.

**(b) Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.** *Check one.*
☑ **None.** If "None" is checked, the rest of § 4.2(b) need not be completed or reproduced.

**4.3 Other priority claims.** *Check one.*
☐ **None.** If "None" is checked, the rest of § 4.3 need not be completed or reproduced.
☑ The priority claims listed below will be paid in full through the trustee. Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below.

| Name of Creditor | Estimated amount of claim to be paid |
|---|---|
| IRS Insolvency | $0.00 (Class 4) |
| Bankruptcy Court Clerk | $310.00 (Class 1 & 2) |

**Part 5:** **Treatment of Nonpriority Unsecured Claims and Postpetition Claims**

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. Check all that apply.
☐ The sum of $
☑ **100.00** % of the total amount of these claims. **(Class 5)**
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

TNJudicial.org/a/a/rf003.pdf    Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 Page 92 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No: 18, PageID.165    Filed 10/13/23    Page 92 of 150

Debtor  **Fawn** ███ **Fenton**                                Case number  _____

**5.2 Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*

     ☑    **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

     ☑    **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

**5.4 Separately classified nonpriority unsecured claims.** *Check one*.

     ☑    **None.** If "None" is checked, the rest of § 5.4 need not be completed or reproduced.

**5.5 Postpetition claims allowed under 11 U.S.C. § 1305.**

Claims allowed under 11 U.S.C. § 1305 will be paid in full through the trustee.

| Part 6: | **Executory Contracts and Unexpired Leases** |
|---|---|

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

     ☑    **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

| Part 7: | **Order of Distribution of Available Funds by Trustee** |
|---|---|

**7.1 The trustee will make monthly disbursements of available funds in the order specified. Check one.**
☐ **Regular order of distribution:**

a. Filing fees paid through the trustee

b. Current monthly payments on domestic support obligations

c. Other fixed monthly payments

     If available funds in any month are not sufficient to disburse all fixed monthly payments due under the plan, the trustee will allocate available funds in the order specified below or pro rata if no order is specified. If available funds in any month are not sufficient to disburse any current installment payment due under § 3.1, the trustee will withhold the partial payment amount and treat the amount as available funds in the following month.

d. Disbursements without fixed monthly payments, except under §§ 5.1 and 5.5

     The trustee will make these disbursements in the order specified below or pro rata if no order is specified.

e. Disbursements to nonpriority unsecured claims not separately classified (§ 5.1)

f. Disbursements to claims allowed under § 1305 (§ 5.5)

     ☑ **Alternative order of distribution:**

     **1. Filing Fee**
     **2. Notice Fee**
     **3. Monthly Payments on Secured Debts & Attorney's Fees**
     **4. Priority Debts**
     **5. General Unsecured Claims**
     **6. §1305 Claims**

| Part 8: | **Vesting of Property of the Estate** |
|---|---|

**8.1 Property of the estate will vest in the debtor(s) upon discharge or closing of the case, whichever occurs earlier, unless an alternative vesting date is selected below. Check the applicable box to select an alternative vesting date:**
     *Check the appliable box:*

APPENDIX D                                            Chapter 13 Plan                                            Page 4

TNJudicial.org/s/a/jrf003.pdf       Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)       DOC-003 Page 93 of 508

Case 1:23-cv-01097-PLM-RSK       ECF No. 1-8, PageID.166       Filed 10/13/23       Page 93 of 150

| Debtor | **Fawn     Fenton** | | Case number | |

☐ plan confirmation.
☑ other: **Entry of Discharge**

**Part 9**  **Nonstandard Plan Provisions**

*Nonstandard provisions are required to be set forth below.*

These plan provisions will be effective only if the applicable box in § 1.3 is checked.

**Adequate Protection Payments:**
**Toyota Motor Credit Co. @ $25.00**

**Debtor moves for permission to sell real property located at 1986 Sunny Side Drive Brentwood, TN 37027  Williamson County, within 180 days of confirmation with no payments being made in the interim.  The liens of Bank of America, NA and BanCorp South shall be satisfied in full and all remaining proceeds after Debtor's homestead exemption and costs of sale shall be paid to the Chapter 13 Trustee for the benefit of the estate.**

**Confirmation of this Plan imposes upon any claimholder treated under § 3.1 and, holding as collateral, the residence of the Debtor(s), the obligation to: (i) Apply the payments received from the Trustee on pre-confirmation arrearages only to such arrearages. For purposes of this plan, the "pre-confirmation" arrears shall include all sums designated as pre-petition arrears in the allowed Proof of Claim plus any post-petition pre-confirmation payments due under the underlying mortgage debt not specified in the allowed Proof of Claim. (ii) Deem the mortgage obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties or other charges.**

**The Trustee may adjust the post-petition regular payments noted above and payments to the plan in paragraph 3 upon filing notice of such adjustment to debtor, debtor's attorney, creditor, and the U.S. Trustee where, and to the extent the underlying contract provides for modification.**

**The Trustee is authorized to pay any post-petition fees, expenses, and charges, notice of which is filed pursuant to Rule 3002.1, F.R.B.P. and as to which no objection is raised, at the same disbursement level as the arrears claim noted above.**

**Part 10**  **Signatures:**

X  **/s/ Mary Beth Ausbrooks**                          Date  **April 26, 2019**
    **Mary Beth Ausbrooks**
**Signature of Attorney for Debtor(s)**

X  **/s/ Fawn    Fenton**                          Date  **April 26, 2019**
    **Fawn    Fenton**

X  _____                          Date  _____

**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

**By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the form required under the Local Rules for the Bankruptcy Court for the Middle District of Tennessee, other than any nonstandard provisions included in Part 9.**

TNJudicial.org/c/a/jrf003.pdf    Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 003 / Page 94 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.167    Filed 10/13/23    Page 94 of 150

Form oinst

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:19−bk−02693</u>
### Chapter 13

In re:

Fawn ███ Fenton ██████████

███████████████████████

Brentwood, TN 37027

Social Security No.:
xxx−xx−2065

Employer's Tax I.D. No.:

## Order Approving Payment of Filing Fees in Installments

The debtor has filed an application and affidavit stating the terms for paying the filing fees in this case in installments.

IT IS ORDERED that the debtor shall pay the filing fee in the amount of $ 310.00 by cash, money order or cashiers check made payable to the Clerk of the US Bankruptcy Court, 701 Broadway, Suite 170, Nashville, TN 37203 within 120 days of the original filing of the petition

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Dated: <u>4/26/19</u>

<u>/s/ Charles M Walker</u>
United States Bankruptcy Judge

KMD

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              CASE NO. 19-02693-CW3-13
FAWN ███████ FENTON                                 04/29/2019
████████ CIRLCE
BRENTWOOD, TN  37027

SSN XXX-XX-2065

---

### ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$595.00 SEMI-MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO: | PLEASE INCLUDE ON ALL PAYMENTS: | FOR INQUIRIES: |
|---|---|---|
| CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | NAME: FAWN ███████ FENTON<br>CASE NUMBER: 319-02693 | PHONE: 615-244-1101<br>        800-231-5928<br>FAX:   615-242-3241 |

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

cc: FAWN ███████ FENTON
    ROTHSCHILD AND AUSBROOKS PLLC
    PAID DIRECT BY DEBTOR

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/30/2019

KMD

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          CASE NO. 19-02693-CW3-13
FAWN ███████ FENTON                             04/29/2019
BRENTWOOD, TN  37027

SSN XXX-XX-2065

---

### ORDER TO PAY TRUSTEE

---

   The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

   IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$595.00 SEMI-MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| **MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:** | **PLEASE INCLUDE ON ALL PAYMENTS:** | **FOR INQUIRIES:** |
|---|---|---|
| **CHAPTER 13 TRUSTEE** **P O BOX 340019** **NASHVILLE, TN  37203** | **NAME: FAWN TIFFANY FENTON** **CASE NUMBER: 319-02693** | **PHONE: 615-244-1101** **800-231-5928** **FAX:  615-242-3241** |

   IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

   IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

   IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

                                   THIS ORDER WAS SIGNED AND ENTERED
                                   ELECTRONICALLY AS INDICATED AT THE
                                   TOP OF THE FIRST PAGE.
cc:  FAWN ███████ FENTON
     ROTHSCHILD AND AUSBROOKS PLLC
     PAID DIRECT BY DEBTOR

                                   This Order has been electronically
                                   signed.  The Judge's signature and
                                   Court's seal appear at the top of the
                                   first page.
                                   United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1096.00

TNJudicial.org/ajirf003.pdf — Consumer Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-8, PageID.170   Filed 10/13/23   Page 97 of 150
DOC: 003 | Page 97 of 508

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Fawn ▌ Fenton | | Social Security number or ITIN   xxx–xx–2065 |
| | First Name   Middle Name   Last Name | | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **MIDDLE DISTRICT OF TENNESSEE** | | | Date case filed for chapter  13  4/26/19 |
| Case number:   **3:19-bk-02693** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Fawn ▌ Fenton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | ▬ Brentwood, TN 37027 | |
| 4. | **Debtor's attorney** Name and address | MARY ELIZABETH AUSBROOKS ROTHSCHILD & AUSBROOKS 1222 16TH AVE SO STE 12 NASHVILLE, TN 37212-2926 | Contact phone: 615–242–3996 Email: marybeth@rothschildbklaw.com |
| 5. | **Bankruptcy trustee** Name and address | HENRY EDWARD HILDEBRAND III OFFICE OF THE CHAPTER 13 TRUSTEE PO BOX 340019 NASHVILLE, TN 37203-0019 | Contact phone: 615 244–1101 Email: None |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 Broadway Room 170 Nashville, TN 37203 | Hours open: 8:00AM–4:00PM Monday–Friday Contact phone: 615–736–5584 Date: 4/30/19 |

**For more information, see page 2**

Case 3:19-bk-02693   Doc 12   Filed 04/29/19   Entered 04/29/19 10:34:32   Desc Ch 13 First Mtg   Page 1 of 2

TNJudicial.org/e/ajrf003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-005 | Page 98 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.171    Filed 10/13/23    Page 98 of 150

| Debtor | Fawn ███████ Fenton | | Case number **3:19–bk–02693** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2019 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | Location: <br> Customs House, 701 Broadway, Room 100, Nashville, TN 37203 |

*** Valid photo identification required ***

| | | | |
|---|---|---|---|
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | | Filing deadline: **8/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | | Filing deadline: **7/5/19** |
| | **Deadline for governmental units to file a proof of claim:** | | Filing deadline: **10/23/19** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | | Filing deadline:  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | If the debtor has filed a plan, it is enclosed. Any written objection must be filed at least 5 calendar days before the meeting of creditors. An oral objection may be raised at the meeting of creditors. If a timely objection is made, the confirmation hearing will be held on: **7/15/19 at 08:30 AM,** <br> Location: **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** <br> If no timely objection is made, the plan may be confirmed as unopposed. | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | | |

TNJudicial.org/e/a/jrf003.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)   DOC: 005 | Page 99 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-8; PageID:172   Filed 10/13/23   Page 99 of 150

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

IN RE:                                    : **CASE NO: 19-02693-CMW**
                                          : **CHAPTER: 13**
                                          :
FAWN ██████ FENTON                        :
          Debtor                          :
                                          :
                                          :

<u>NOTICE OF APPEARANCE AND REQUEST</u>
<u>FOR SERVICE OF ALL NOTICES</u>

BANK OF AMERICA, N.A. (hereinafter referred to as "Creditor") hereby enters its

appearance and the law firm of Rubin Lublin TN, PLLC, pursuant to Bankruptcy Rules 2002 and

9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and

proceedings, pleadings and complaints and adversary proceedings filed in connection with the

above-referenced case, showing counsel's name, office address and telephone number as follows:

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said

Creditor.

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1099.00

TNJudicial.org/o/j/rf003.pdf — Consult a Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC.003 1Page 100 of 508

Case 2:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.173    Filed 10/13/23    Page 100 of 150

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the

jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

Rubin Lublin TN, PLLC

By:/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing by depositing same in the U.S. Mail, with adequate postage affixed thereon to the said parties as follows:

MARY ELIZABETH AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926

Henry Edward Hildebrand, III, Trustee
Office of the Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203

This 1st day of May, 2019

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

TNJudicial.org/off@f0032gtf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)   DOC. 003 I Page 101 of 508

Case 2:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.174    Filed 10/13/23    Page 101 of 150

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                          Case No. 19-02693-CMW
Fawn ▬▬ Fenton                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: jmw0113          Page 1 of 1          Date Rcvd: Apr 30, 2019
                             Form ID: 309I          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db              +Fawn ▬▬ Fenton, ▬▬▬▬▬ Brentwood, TN 37027-4628
6897904         +Ascend Federal Credit Union,    Attn: Officer Manager or Agent,    PO Box 1210,
                 Tullahoma TN 37388-1210
6897905         +BanCorp South,    Attn: Officer Manager or Agent,    914 Murfreesboro Road,
                 Franklin TN 37064-3003
6897907         +Bank of America, NA,    Attn: Officer Manager or Agent,    4909 Savarese Circle,
                 Tampa FL 33634-2413
6897902          Mary Beth Ausbrooks,    Rothschild & Ausbrooks PLLC,    1222 16th Avenue South, Suite 12,
                 Nashville, TN 37212-2926
6897913         +US Attorney General,    US Department of Justice,    950 Pennsylvania Avenue,
                 Washington DC 20530-0009
6897914         +▬▬▬▬▬ C/o Brookside Properties, Inc.,    2002 Richard Jones Road, Suite 200-C,
                 Nashville TN 37215-2963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: marybeth@rothschildbklaw.com May 01 2019 02:07:59   MARY ELIZABETH AUSBROOKS,
                 ROTHSCHILD & AUSBROOKS,    1222 16TH AVE SO,    NASHVILLE, TN  37212-2926
tr              E-mail/Text: HHecf@ch13nsh.com May 01 2019 02:09:15   HENRY EDWARD HILDEBRAND, III,
                 OFFICE OF THE CHAPTER 13 TRUSTEE,    PO BOX 340019,    NASHVILLE, TN  37203-0019
6897903         +EDI: AMEREXPR.COM May 01 2019 06:03:00   American Express,    Attn: Officer Manager or Agent,
                 PO Box 981537,    El Paso TX 79998-1537
6897906          EDI: BANKAMER.COM May 01 2019 06:03:00   Bank of America,    Attn: Officer Manager or Agent,
                 PO Box 982238,    El Paso TX 79998
6897908          EDI: CAPITALONE.COM May 01 2019 06:03:00   Capital One Bank USA NA,
                 Attn: Officer Manager or Agent,    PO Box 30281,    Salt Lake City UT 84130-0281
6897909         +EDI: CHASE.COM May 01 2019 06:03:00   Chase Card,    Attn: Officer Manager or Agent,
                 PO Box 15298,    Wilmington DE 19850-5298
6897911         +EDI: IRS.COM May 01 2019 06:03:00   IRS Insolvency,    801 Broadway Room 285,    MDP 146,
                 Nashville TN 37203-3811
6897912          EDI: TFSR.COM May 01 2019 06:03:00   Toyota Motor Credit Co.,    Attn Officer Manager or Agent,
                 5005 N River Blvd. NE,    Cedar Rapids IA 52411-6634
                                                                                            TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6897901*        +Fawn ▬▬ Fenton, ▬▬▬▬▬ Brentwood TN 37027-4628
6897910*         IRS Insolvency,    Attn: Officer Manager or Agent,    PO Box 7346,    Philadelphia PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III   hhecf@ch13nsh.com
              MARY ELIZABETH AUSBROOKS   on behalf of Debtor Fawn ▬▬ Fenton marybeth@rothschildbklaw.com,
               rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
              US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                                            TOTAL: 3

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Fawn** ▉ **Fenton** | | | Social Security number or ITIN | **xxx–xx–2065** |
| | First Name | Middle Name | Last Name | EIN __–_____ | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN ____ | |
| | | | | EIN __–_____ | |
| United States Bankruptcy Court | **MIDDLE DISTRICT OF TENNESSEE** | | | Date case filed for chapter **13 4/26/19** | |
| Case number: **3:19–bk–02693** | | | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Fawn ▉ Fenton | |
| 2. | **All other names used in the last 8 years** | ▉ ▉ | |
| 3. | **Address** | Brentwood, TN 37027 | |
| 4. | **Debtor's attorney** Name and address | MARY ELIZABETH AUSBROOKS ROTHSCHILD & AUSBROOKS 1222 16TH AVE SO STE 12 NASHVILLE, TN 37212–2926 | Contact phone: 615–242–3996 Email: marybeth@rothschildklaw.com |
| 5. | **Bankruptcy trustee** Name and address | HENRY EDWARD HILDEBRAND III OFFICE OF THE CHAPTER 13 TRUSTEE PO BOX 340019 NASHVILLE, TN 37203–0019 | Contact phone: 615 244–1101 Email: None |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 701 Broadway Room 170 Nashville, TN 37203 | Hours open: 8:00AM–4:00PM Monday–Friday Contact phone: 615–736–5584 Date: 4/30/19 |

**For more information, see page 2**

Case 3:19-bk-02693   Doc 14   Filed 05/02/19   Entered 05/03/19 00:16:10   Desc
Imaged Certificate of Notice   Page 2 of 3

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1102.00

Debtor Fawn█████Fenton                                                    Case number 3:19–bk–02693

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2019 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Customs House, 701 Broadway, Room 100, Nashville, TN 37203** |

**\*\*\* Valid photo identification required \*\*\***

| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** - a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or - a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/5/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/23/19** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | If the debtor has filed a plan, it is enclosed. Any written objection must be filed at least 5 calendar days before the meeting of creditors. An oral objection may be raised at the meeting of creditors. If a timely objection is made, the confirmation hearing will be held on: **7/15/19 at 08:30 AM,** Location: **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** If no timely objection is made, the plan may be confirmed as unopposed. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Case 3:19-bk-02693   Doc 14   Filed 05/02/19   Entered 05/03/19 00:16:10   Desc
Imaged Certificate of Notice   Page 3 of 3

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1103.00

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                          Case No. 19-02693-CMW
Fawn ▮▮▮▮ Fenton                                                Chapter 13
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0650-3        User: jmw0113        Page 1 of 1        Date Rcvd: Apr 30, 2019
                           Form ID: pdf001      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db            +Fawn ▮▮▮▮ Fenton,    ▮▮▮▮▮▮▮▮  Brentwood, TN 37027-4628
6897903       +American Express,    Attn: Officer Manager or Agent,    PO Box 981537,   El Paso TX 79998-1537
6897904       +Ascend Federal Credit Union,   Attn: Officer Manager or Agent,   PO Box 1210,
               Tullahoma TN 37388-1210
6897906       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Attn: Officer Manager or Agent,   PO Box 982238,
               El Paso TX 79998)
6897905       +BanCorp South,   Attn: Officer Manager or Agent,   914 Murfreesboro Road,
               Franklin TN 37064-3003
6897907       +Bank of America, NA,   Attn: Officer Manager or Agent,   4909 Savarese Circle,
               Tampa FL 33634-2413
6897909       +Chase Card,   Attn: Officer Manager or Agent,   PO Box 15298,   Wilmington DE 19850-5298
6897902       Mary Beth Ausbrooks,   Rothschild & Ausbrooks PLLC,   1222 16th Avenue South, Suite 12,
               Nashville, TN 37212-2926
6897912       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co.,   Attn Officer Manager or Agent,
               5005 N River Blvd. NE,   Cedar Rapids IA 52411-6634)
6897913       +US Attorney General,   US Department of Justice,   950 Pennsylvania Avenue,
               Washington DC 20530-0009
6897914       ▮▮▮▮▮▮▮▮▮▮  c/o Brookside Properties, Inc.,   2002 Richard Jones Road, Suite 200-C,
               Nashville TN 37215-2963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6897908       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 02:11:04
               Capital One Bank USA NA,   Attn: Officer Manager or Agent,   PO Box 30281,
               Salt Lake City UT 84130-0281
6897911       +E-mail/Text: cio.bncmail@irs.gov May 01 2019 02:08:14    IRS Insolvency,
               801 Broadway Room 285,   MDP 146,   Nashville TN 37203-3811
                                                                                TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6897901*      +Fawn ▮▮▮▮ Fenton,    ▮▮▮▮▮▮▮▮  Brentwood TN 37027-4628
6897910*      IRS Insolvency,   Attn: Officer Manager or Agent,   PO Box 7346,   Philadelphia PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              MARY ELIZABETH AUSBROOKS   on behalf of Debtor Fawn ▮▮▮▮ Fenton marybeth@rothschildbklaw.com,
               rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
              US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                                TOTAL: 2

---

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1104.00

TNJudicial.org/e/afjrf009.pdf    Conspiracy: Real Estate Deed Fraud & ABA Financial Exploitation (RICO)    DOC-0031 Page 105 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.178    Filed 10/13/23    Page 105 of 150

| Debtor | **Fawn ▇▇▇ Fenton** | | | |
|---|---|---|---|---|
| United States Bankruptcy Court for the | | **MIDDLE DISTRICT OF TENNESSEE** | | ☐ Check if this is an |
| | | [Bankruptcy district] | | amended plan |
| Case number: | | | | |

## Chapter 13 Plan

### ▇▇▇ Notices

**To Debtor(s):** This form sets out options that are appropriate in some cases but not in others. The presence of an option does not indicate that the option is appropriate in your circumstances.

**To Creditors:** Your rights are affected by this plan. Your claim may be reduced, modified, or eliminated.

If you oppose the treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 5 days before the meeting of creditors or raise an objection on the record at the meeting of creditors. The Bankruptcy Court may confirm this plan without further notice if no timely objection to confirmation is made. In addition, a timely proof of claim must be filed before your claim will be paid under the plan.

Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is not checked as "Included" or if both boxes are checked, the provision will not be effective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in § 3.2, which may result in partial payment or no payment to the secured creditor. | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 9. | ☑ Included | ☐ Not Included |

### ▇▇▇ Plan Payments and Length of Plan

**2.1 Debtor(s) will make payments to the trustee as follows:**

| Payments made by | Amount of each payment | Frequency of payments | Duration of payments | Method of payment |
|---|---|---|---|---|
| ☑ Debtor 1 | **$595.00** | **Semi-Monthly** | **60** months | ☑ Debtor will make payment directly to trustee |
| ☐ Debtor 2 | | | | ☐ Debtor consents to payroll deduction from: |

**2.2 Income tax refunds.**
*Check one.*

☑    Debtor(s) will retain any income tax refunds received during the plan term.

☐    Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐    Debtor(s) will treat income refunds as follows:

_____

_____

**2.3 Additional payments.**
*Check one.*

☑    None. If "None" is checked, the rest of § 2.3 need not be completed or reproduced.

**2.4 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.3 is $100%.**

### ▇▇▇ Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default.** Check one.

☐    None. If "None" is checked, the rest of § 3.1 need not be completed or reproduced.
☑    Installment payments on the secured claims listed below will be maintained, and any arrearage through the month of confirmation will be paid in full as stated below. Both the installment payments and the amounts to cure the arrearage will be

TNJudicial.org/plaintiff0022 at Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)       DOC. 003 | Page 106 of 508

Case 3:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.179    Filed 10/13/23    Page 106 of 150

| Debtor | **Fawn ▮▮▮ Fenton** | Case number | |
|---|---|---|---|

disbursed by the trustee.

Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below as to the current installment payment and arrearage. After confirmation of the plan, the trustee may adjust the installment payments below in accordance with any such proof of claim and any Notice of Mortgage Payment Change filed under Rule 3002.1. The trustee shall adjust the plan payment in Part 2 in accordance with any adjustment to an installment payment and shall file a notice of the adjustment and deliver a copy to the debtor, the debtor's attorney, the creditor, and the U.S. Trustee, but if an adjustment is less than $25 per month, the trustee shall have the discretion to adjust only the installment payment without adjusting the payments under Part 2. The trustee is further authorized to pay any postpetition fee, expense, or charge, notice of which is filed under Bankruptcy Rule 3002.1 and as to which no objection is raised, at the same disbursement level as the arrearage.

Confirmation of this Plan imposes on any claim holder listed below the obligation to:

- Apply arrearage payments received from the trustee only to such arrearages.
- Treat the obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties, or other charges.

If relief from the automatic stay is ordered as to any collateral listed below, all payments under this section to creditors secured by that collateral will cease.

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage, if any | Interest rate on arrearage (if applicable) | Monthly payment on arrearage, if any |
|---|---|---|---|---|---|
| BanCorp South | 1986 Sunny Side Drive Brentwood, TN 37027 Williamson County | See Nonstandard provisions, set out in Part 9. | Prepetition: $0.00 Gap payments: Last month in gap: | 0.00% | See Nonstandard provisions, set out in Part 9. |
| Bank of America, NA | 1986 Sunny Side Drive Brentwood, TN 37027 Williamson County | See Nonstandard provisions, set out in Part 9. | Prepetition: $0.00 Gap payments: Last month in gap: | 0.00% | See Nonstandard provisions, set out in Part 9. |

**3.2 Request for valuation of security and claim modification.** *Check one.*

☐ None. If "None" is checked, the rest of § 3.2 need not be completed or reproduced.
**The remainder of this paragraph will be effective only if the applicable box in§ 1. is checked.**

☑ For each claim listed below, the debtor(s) request that the court determine the value of the creditor's interest in any property securing the claim based on the amount stated in the column headed Value securing the claim. If this amount exceeds any allowed claim amount, the claim will be paid in full with interest at the rate stated below. If the amount is less than the allowed claim mount, the claim will be paid the full value securing the claim, with interest at the rate stated below.

The portion of any allowed claim that exceeds the value securing the claim will be treated as an unsecured claim under § 5.1. If the value securing a creditor's claim is listed below as zero or no value, the creditor's allowed claim will be treated entirely as an unsecured claim under § 5.1. The avoidance of any lien because it is not secured by any value must be addressed in Part 9. The mount of a creditor's total claim stated on a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary mount stated below.

The holder of any claim listed below as secured by any value will retain the lien until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

If relief from the automatic stay is ordered as to any collateral listed below, all payments under this section to creditors secured by that collateral will cease.

| Debtor | **Fawn ▓▓▓ Fenton** | | | | Case number | | |

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Value securing claim | Interest rate | Monthly payment |
|---|---|---|---|---|---|---|---|
| **Toyota Motor Credit Co.** | $12,600.00 | **2017 Toyota Prius 23,000 miles VIN: JTDKBRFU2H3 033495** | $16,375.00 | $0.00 | $12,600.00 | 5.50% | $356.99 (Class 3) |

**3.3 Secured claims excluded from 11 U.S.C. § 506.** *Check one.*

    ☑   **None.** If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

**3.4 Lien avoidance.** *Check one.*

    ☑   **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5 Surrender of collateral.** *Check one.*

    ☑   **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

**Part 4:  Treatment of Priority Claims (including Attorney's Fees and Domestic Support Obligations)**

**4.1 Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be **$4,250.00 (Class 3)**. The remaining fees and any additional fees that may be awarded shall be paid through the trustee as specified below. Check one.

    ☑   The attorney for the debtor(s) shall receive a monthly payment of **$770 (Class 3)**.

    ☐   The attorney for the debtor(s) shall receive available funds.

**4.2 Domestic support obligations.**

    **(a) Pre- and postpetition domestic support obligations to be paid in full.** *Check one.*

    ☑   **None.** If "None" is checked, the rest of § 4.2(a) need not be completed or reproduced.

    **(b) Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.** *Check one.*

    ☑   **None.** If "None" is checked, the rest of § 4.2(b) need not be completed or reproduced.

**4.3 Other priority claims.** *Check one.*

    ☐   **None.** If "None" is checked, the rest of § 4.3 need not be completed or reproduced.

    ☑   The priority claims listed below will be paid in full through the trustee. Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below.

| Name of Creditor | Estimated amount of claim to be paid |
|---|---|
| **IRS Insolvency** | $0.00 (Class 4) |
| **Bankruptcy Court Clerk** | $310.00 (Class 1 & 2) |

**Part 5:  Treatment of Nonpriority Unsecured Claims and Postpetition Claims**

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. Check all that apply.

    ☐   The sum of $
    ☑   **100.00** % of the total amount of these claims. **(Class 5)**
    ☐   The funds remaining after disbursements have been made to all other creditors provided for in this plan.

TNJudicial.org/slarf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 | Page 108 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.181    Filed 10/13/23    Page 108 of 150

| Debtor | **Fawn ████ Fenton** | Case number | |

**5.2 Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*

   ☑    **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

   ☑    **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

**5.4 Separately classified nonpriority unsecured claims.** *Check one.*

   ☑    **None.** If "None" is checked, the rest of § 5.4 need not be completed or reproduced.

**5.5 Postpetition claims allowed under 11 U.S.C. § 1305.**

Claims allowed under 11 U.S.C. § 1305 will be paid in full through the trustee.

**Part 6:    Executory Contracts and Unexpired Leases**

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

   ☑    **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

**Part 7:    Order of Distribution of Available Funds by Trustee**

**7.1 The trustee will make monthly disbursements of available funds in the order specified. Check one.**
  ☐ **Regular order of distribution:**

a. Filing fees paid through the trustee

b. Current monthly payments on domestic support obligations

c. Other fixed monthly payments

If available funds in any month are not sufficient to disburse all fixed monthly payments due under the plan, the trustee will allocate available funds in the order specified below or pro rata if no order is specified. If available funds in any month are not sufficient to disburse any current installment payment due under § 3.1, the trustee will withhold the partial payment amount and treat the amount as available funds in the following month.

d. Disbursements without fixed monthly payments, except under §§ 5.1 and 5.5

The trustee will make these disbursements in the order specified below or pro rata if no order is specified.

e. Disbursements to nonpriority unsecured claims not separately classified (§ 5.1)

f. Disbursements to claims allowed under § 1305 (§ 5.5)

  ☑ **Alternative order of distribution:**

   **1. Filing Fee**
   **2. Notice Fee**
   **3. Monthly Payments on Secured Debts & Attorney's Fees**
   **4. Priority Debts**
   **5. General Unsecured Claims**
   **6. §1305 Claims**

**Part 8:    Vesting of Property of the Estate**

**8.1 Property of the estate will vest in the debtor(s) upon discharge or closing of the case, whichever occurs earlier, unless an alternative vesting date is selected below. Check the applicable box to select an alternative vesting date:**
*Check the appliable box:*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693            TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)         JRF.003.1108.00

| Debtor | **Fawn** ▮▮▮ **Fenton** | Case number | |

☐ plan confirmation.
☑ other: **Entry of Discharge**

▮▮▮ **Nonstandard Plan Provisions**
*Nonstandard provisions are required to be set forth below.*

These plan provisions will be effective only if the applicable box in § 1.3 is checked.

**Adequate Protection Payments:**
**Toyota Motor Credit Co. @ $25.00**

Debtor moves for permission to sell real property located at 1986 Sunny Side Drive Brentwood, TN 37027  Williamson County, within 180 days of confirmation with no payments being made in the interim.  The liens of Bank of America, NA and BanCorp South shall be satisfied in full and all remaining proceeds after Debtor's homestead exemption and costs of sale shall be paid to the Chapter 13 Trustee for the benefit of the estate.

Confirmation of this Plan imposes upon any claimholder treated under § 3.1 and, holding as collateral, the residence of the Debtor(s), the obligation to: (i) Apply the payments received from the Trustee on pre-confirmation arrearages only to such arrearages. For purposes of this plan, the "pre-confirmation" arrears shall include all sums designated as pre-petition arrears in the allowed Proof of Claim plus any post-petition pre-confirmation payments due under the underlying mortgage debt not specified in the allowed Proof of Claim. (ii) Deem the mortgage obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties or other charges.

The Trustee may adjust the post-petition regular payments noted above and payments to the plan in paragraph 3 upon filing notice of such adjustment to debtor, debtor's attorney, creditor, and the U.S. Trustee where, and to the extent the underlying contract provides for modification.

The Trustee is authorized to pay any post-petition fees, expenses, and charges, notice of which is filed pursuant to Rule 3002.1, F.R.B.P. and as to which no objection is raised, at the same disbursement level as the arrears claim noted above.

▮▮▮ **Signatures:**

X **/s/ Mary Beth Ausbrooks**          Date **April 26, 2019**
  **Mary Beth Ausbrooks**
**Signature of Attorney for Debtor(s)**

X **/s/ Fawn** ▮▮▮ **Fenton**          Date **April 26, 2019**
  **Fawn** ▮▮▮ **Fenton**

X _____          Date _____

**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the form required under the Local Rules for the Bankruptcy Court for the Middle District of Tennessee, other than any nonstandard provisions included in Part 9.

TNJudicial.org/c/ajrf905.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 Page 110 of 508

Case 1:23-cv-01097-PLM-RSR    ECF No. 1-8, PageID.185    Filed 10/13/23    Page 110 of 150

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                          Case No. 19-02693-CMW
Fawn ███████ Fenton                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: slw0703          Page 1 of 1          Date Rcvd: Apr 30, 2019
                             Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db          +Fawn ███████ Fenton,      ████████████████    Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
          HENRY EDWARD HILDEBRAND, III     hhecf@ch13nsh.com
          MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ███████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          US TRUSTEE     ustpregion08.na.ecf@usdoj.gov

                                                                                        TOTAL: 3

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1110.00

TNJudicial.org/s/a/rf003.pdf · Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 003 | Page 111 of 508

Case 3:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.131    Filed 10/13/23    Page 111 of 150

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/30/2019

KMD

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                        CASE NO. 19-02693-CW3-13
FAWN      FENTON                              04/29/2019
BRENTWOOD, TN  37027

SSN XXX-XX-2065

---

### ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$595.00 SEMI-MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO: | PLEASE INCLUDE ON ALL PAYMENTS: | FOR INQUIRIES: |
|---|---|---|
| CHAPTER 13 TRUSTEE P O BOX 340019 NASHVILLE, TN  37203 | NAME: FAWN      FENTON CASE NUMBER: 319-02693 | PHONE: 615-244-1101        800-231-5928 FAX:   615-242-3241 |

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

cc: FAWN      FENTON
    ROTHSCHILD AND AUSBROOKS PLLC
    PAID DIRECT BY DEBTOR

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/afair/003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:28-cv-01097-PLM-RSR   ECF No. 1-3, PageID.185   Filed 10/13/23   Page 112 of 150
DOC.003 | Page 112 of 508

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAWN ███ FENTON | ) | CHAPTER 13 |
| | ) | CASE NO: 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE WALKER |
| SSN: XXX-XX-2065 | ) | |
| | ) | |
| DEBTOR | | |

THE DEADLINE FOR FILING A TIMELY RESPONSE IS: JUNE 9, 2019.
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: JUNE 19, 2019, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.

### NOTICE OF OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE (ECF CLAIM #1)

Counsel for Debtor(s) has asked the court for the following relief: To disallow the claim of the IRS

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.   File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

     If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.   Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding is.

     If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. *THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.* You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: MAY 10, 2019

| | |
|---|---|
| Signature: | /s/ Mary Beth Ausbrooks |
| Name: | Mary Beth Ausbrooks |
| Address: | 1222 16th Avenue South, Suite 12 |
| | Nashville, TN 37212-2926 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAWN ████ FENTON | ) | CHAPTER 13 |
| ████████████████ | ) | CASE NO: 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE WALKER |
| SSN: XXX-XX-2065 | ) | |
| | ) | |

DEBTOR

## DEBTOR'S OBJECTION TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE

COMES the Debtor, through counsel, Rothschild & Ausbrooks, PLLC, and objects to the claim filed by the Internal Revenue Service with the Clerk of this Court on or about May 8, 2019, in the amount of $15,910.36 (ECF Claim #1) and in support states as follows:

1.      The Proof of Claim filed by the Internal Revenue Service contains estimates for 2015, 2016, and 2017 Form 1040 Taxes in the amount of $15,910.36, including penalties and interest. The income transcripts for 2015, 2016, and 2017 Form 1040 tax return, attached hereto, have not been processed by the Internal Revenue Service and reflects a lesser amount owed for that year. The Debtor is owed refunds for 2015 and 2017 and has mailed a payment in the amount of $412.00 to the IRS for 2016.

2.      As evidenced by the Sworn Statement attached hereto, after review of the notice from the IRS, it appears the Debtor's liability is less than claimed by the Internal Revenue Service.

WHEREFORE, based upon the foregoing, the Debtor respectfully objects to the claim of the Internal Revenue Service subject to its right to file an amended claim.

Respectfully submitted,

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1113.00

TNJudicial.org/p/a/rf003.pdf    Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC. 003 | Page 114 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.187    Filed 10/13/23    Page 114 of 150

## CERTIFICATE OF SERVICE

I certify that on this 10th day of May, 2019, I served a copy of the foregoing in the following manner:

***Email by Electronic Case Noticing to:***

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

***By U.S. Postal Service, postage prepaid to:***

To the Debtor at the address provided above; to IRS Insolvency, ATTN: Officer Agent or Manager, P.O. Box 7346, Philadelphia, PA 19101-7346; to IRS Insolvency, ATTN: Valerie Ogilvie, 801 Broadway, MS MDP 146, Nashville, TN 37203; to TN Attorney General, P.O. Box 20207, Nashville, TN 37202; to US Attorney, 110 9th Ave S #A961, Nashville, TN 37203; and to US Attorney General, US Dept of Justice, 950 Pennsylvania Ave, Washington, DC 20530.

***By U.S. Postal Service, Certified Mail to:***

N/A

***/s/ Mary Beth Ausbrooks***
Mary Beth Ausbrooks-CMK

6 TOTAL USPS MAILINGS: $6.00

0 TOTAL CERTIFIED MAILINGS: $0.00

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1114.00

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| FAWN ████████ FENTON | ) | CHAPTER | 13 |
| | ) | CASE NO: | 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE | WALKER |
| SSN: XXX-XX-2065 | ) | | |
| | ) | | |
| DEBTOR | | | |

## STATEMENT OF MARY BETH AUSBROOKS

I, Mary Beth Ausbrooks, under penalty of perjury, state that I have reviewed the Court's Claim Registry and my review indicates to me that the claim filed by the Internal Revenue Service on May 8, 2019, (ECF Claim #1 on the Court's Claim Registry), includes estimated amounts due for 2015, 2016, and 2017 Form 1040 tax returns, and these specific returns have not been processed by the Internal Revenue Service and reflect a lesser amount owed. Signed this 10th day of May, 2019.

Respectfully submitted,


*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
FAWN ████████ FENTON )  CHAPTER   13
████████████████ )  CASE NO:  19-02693
BRENTWOOD, TN 37027 )  JUDGE    WALKER
SSN: XXX-XX-2065 )
)
DEBTOR

## ORDER SUSTAINING DEBTOR'S OBJECTION
## TO CLAIM OF THE INTERNAL REVENUE SERVICE

THIS MATTER IS BEFORE THE COURT upon the Debtor's Objection to Claim of the Internal

Revenue Service (ECF Claim #2) with notice of proposed action having been given to all necessary parties

pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within thirty (30)

days of the filing of the proposed action, the motion is well taken and shall be granted as follows:

1. The Debtor's objection to the claim of the Internal Revenue Service is hereby

SUSTAINED.

2. The claim of the Internal Revenue Service (Claim #1) in the amount of $15,910.36 is

hereby DISALLOWED subject to its right to file an amended claim after processing the transcripts and tax

returns.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FRONT PAGE

TNJudicial.org/e/a/jrf009.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (BKCO)    DOC.0031 Page 117 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.190    Filed 10/13/23    Page 117
of 150

APPROVED FOR ENTRY:


**/s/ Mary Beth Ausbrooks**
Mary Beth Ausbrooks
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

TNJudicial.org/c/a/jrf003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DPG.003 Page 118 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 4-8, PageID.191    Filed 10/13/23    Page 118 of 150

FNW

Form **1040**    Department of the Treasury — Internal Revenue Service    (99)
**U.S. Individual Income Tax Return**    **2015**    OMB No. 1545-0074   IRS Use Only — Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____ , 2015, ending _____ , 20 ____    See separate instructions.

**Your social security number**

**Spouse's social security no.**

JEFFREY R FENTON
FAWN ▮ FENTON
1986 SUNNYSIDE DRIVE
BRENTWOOD TN 37027

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
If more than four dependents, see inst. & check here ▶ ☐

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☒ Spouse

| | (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if child under age 17 qual- fying for child tax credit (see inst.) |
|---|---|---|---|---|
| c | | | | |
| | | | | |
| | | | | |
| | | | | |

Boxes checked on 6a and 6b    **2**
No. of children on 6c who:
● lived with you    **0**
● did not live with you due to divorce or separation (see inst.)    **0**
Dependents on 6c not entered above    **0**

Add numbers on lines above ▶    **2**

d   Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 79,151 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 15 |
| b | Tax-exempt interest. Do not include on line 8a ... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends ... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | −2,354 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ... 15a | b Taxable amount ... | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount ... | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... | 17 | 233 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a | b Taxable amount ... | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amts. in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 77,045 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ... | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE ... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities ded. Attach Form 8903 ... | 35 | |
| 36 | Add lines 23 through 35 | 36 | 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 77,045 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form **1040** (2015)

FDA    15   1040.1   EWF 1040   Form Software Copyright 1996 – 2016 HRB Tax Group Inc.

Case 3:19-bk-02693   Doc 17-2   Filed 05/10/19   Entered 05/10/19 17:05:10   Desc
Exhibit    Page 1 of 14

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1118.00

Case 1:23-cv-01097-PLM-RSR ECF No. 48, PageID.192 Filed 10/13/23 Page 119 of 150

TNJudicial.org/c/a/jrf003.pdf Genesis's Real Estate Deed Fraud & ADA Financial Exploitation Wilco 10/13/23 Page 119 of 508

Form 1040 (2015)       FENTON               Page **2**

| | | | Amount |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 77,045 |
| | 39a | Check if: ☐ You were born before January 2, 1951, ☐ Blind. ☐ Spouse was born before January 2, 1951, ☐ Blind. Total boxes checked ▶ 39a | |
| **Standard Deduction for--** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| ● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 19,242 |
| | 41 | Subtract line 40 from line 38 | 57,803 |
| | 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 8,000 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 49,803 |
| ● All others: | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 6,551 |
| Single or Married filing separately, $6,300 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| Married filing jointly or Qualifying widow(er), $12,600 | 47 | Add lines 44, 45 and 46 ▶ | 6,551 |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child & dependent care expenses. Attach Form 2441 | 49 | |
| Head of household, $9,250 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credit. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 6,551 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 6,551 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 9,464 |
| | 65 | 2015 estimated tax payments & amt. applied from 2014 return | 65 | 3,218 |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 12,682 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 6,131 |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | |
| Direct deposit? See instructions. | ▶ b | Routing no. ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account no. | |
| | 77 | Amt. of line 75 you want applied to your 2016 estimated tax ▶ 77 | 6,131 |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | |

**Third Party Designee**
Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation MARKETING | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation ARCHITECT | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name PHYLLIS ELLIS | Preparer's signature | Date 04-14-2019 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ HRB TAX GROUP INC | | | Firm's EIN ▶ 431871840 | |
| Firm's address ▶ 4121 HILLSBORO PIKE NASHVILLE TN 37215 | | | Phone no. | |

www.irs.gov/form1040    FDA    IS 10402    BWF 1040    Form Software Copyright 1996-2018 HRB Tax Group, Inc.     Form **1040** (2015)

TNJudicial.org/c/a/jrf003.pdf    Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (BKG)    DPG 0031 Page 120 of 508

Case 1:23-cv-01097-PLM-RSR    ECF No. 1-8, PageID.198    Filed 10/13/23    Page 120 of 150

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.
▶ Attach to Form 1040.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040     Your social security no.

JEFFREY R AND FAWN ▇ FENTON

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . . . . | **1** | |
| | 2 | Enter amount from Form 1040, line 38 . . . | **2** | 77,045 | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead . . . | **3** | 7,705 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . | **4** | 0 |
| **Taxes You Paid** | 5 | State and local (check only one box): | | |
| | | a ☐ Income taxes, or | **5** | 1,448 |
| | | b ☒ General sales taxes | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . | **6** | 1,711 |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| | 8 | Other taxes. List type and amount ▶ | **8** | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 3,159 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 . . . | **10** | 14,110 | |
| | 11 | Home mortgage int. not reported to you on Form 1098. If paid to the person from whom you bought the home, see inst. and show that person's name, identifying no., and address ▶ | **11** | 0 |
| **Note:** Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Fm. 1098. See inst. for special rules . . . | **12** | |
| | 13 | Mortgage insurance premiums (see instructions) . . . . . . . . . . . . . . | **13** | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 14,110 |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 1,473 |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . | **17** | 500 |
| | 18 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 1,973 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . | **20** | 0 |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed empl. exp. — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See inst.) ▶ | **21** | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amt. ▶ | **23** | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | |
| | 25 | Enter amount from Form 1040, line 38 . . | **25** | 77,045 | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | 1,541 |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . . . . . . . . . . . . . . . | **27** | 0 |
| **Other Miscellaneous Deductions** | 28 | Other — from list in instructions. List type and amount ▶ | **28** | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950? | | |
| | | ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | ▶ | **29** | 19,242 |
| | | ☐ Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**                    **Schedule A (Form 1040) 2015**

FDA    **15  A1**    BWF 1040    Form Software Copyright 1996 – 2016 HRB Tax Group, Inc.

Case 1:25-cv-01097-PLM-RSR ECF No. 1-8, PageID.194 Filed 10/13/23 Page 121 Page 121 of 508
of 150
TNJudicial.org/c/a/jrf003.pdf — Samsinger Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

| SCHEDULE B | Interest and Ordinary Dividends | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | ▶ Attach to Form 1040A or 1040. | **2015** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Information about Schedule B and its instructions is at www.irs.gov/scheduleb. | Attachment<br>Sequence No. **08** |

| Name(s) shown on return | Your social security no. |
|---|---|
| JEFFREY R AND FAWN ■ FENTON | |

**Part I**

**Interest**

(See instructions for Form 1040A, or Form 1040, line 8a.)

Note. If you received a Form 1099–INT, Form 1099–OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller–financed mortgage and the buyer used the property as a personal residence, see instructions and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | DEPT OF TREASURY | | 15 |
| | | 1 | |
| 2 | Add the amounts on line 1 ........................... | 2 | 15 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 .................................... | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ................................. ▶ | 4 | 15 |

Note. If line 4 is over $1,500, you must complete Part III.

**Part II**

**Ordinary Dividends**

(See instructions for Form 1040A, or Form 1040, line 9a.)

Note. If you received a Form 1099–DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer ▶ | | |
| | | 5 | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ▶ | 6 | 0 |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III**

**Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2015, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions ................................ | | X |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial accounts (FBAR) to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements .................................... | | |
| b | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| 8 | During 2015, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions ...................................... | | X |

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule B (Form 1040A or 1040) 2015

FDA    Form Software Copyright 1996 – 2015 HRB Tax Group, Inc.

TNJudicial.org/c/a/jrf003.pdf — Conspiracy: Real Estate Deed, Fraud & ADA Financial Exploitation (SC-CO) — DOC 093.122 — Page 122 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-8, PageID.195 Filed 10/13/23 Page 122 of 150

#1

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| JEFFREY R FENTON | |

| | | | |
|---|---|---|---|
| **A** | Principal business or profession, including product or service (see instructions) <br> WEBSITE | **B** | Enter code from instructions <br> ▶ 519100 |
| **C** | Business name. If no separate business name, leave blank. <br> METICULOUS MARKETING | **D** | Employer ID number (EIN), (see instr.) |

**E** Business address (including suite or room no.) ▶1986 SUNNYSIDE DRIVE
City, town or post office, state, and ZIP code  BRENTWOOD TN 37027

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses ..... ☒ Yes ☐ No

**H** If you started or acquired this business during 2015, check here ............................................. ▶

**I** Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) ...................... ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Forms 1099? ...................................................... ☐ Yes ☐ No

**Part I  Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked .................... ▶ ☐ | **1** | 6,506 |
| 2 | Returns and allowances ............................................................... | **2** | 0 |
| 3 | Subtract line 2 from line 1 ............................................................ | **3** | 6,506 |
| 4 | Cost of goods sold (from line 42) ...................................................... | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 ................................................ | **5** | 6,506 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ......... | **6** | |
| 7 | Gross income. Add lines 5 and 6 ....................................................▶ | **7** | 6,506 |

**Part II  Expenses.**  Enter expenses for business use of your home  only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising ............... | **8** | | 18 | Office expense (see instructions) | **18** | 1,287 |
| 9 | Car and truck expenses (see instructions) .......... | **9** | | 19 | Pension & profit-sharing plans | **19** | |
| 10 | Commissions and fees ..... | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | a | Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion ................. | **12** | | b | Other business property ..... | **20b** | 919 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instr.) | **13** | | 21 | Repairs and maintenance .... | **21** | |
| | | | | 22 | Supplies (not included in Part III) · · · | **22** | |
| | | | | 23 | Taxes and licenses .......... | **23** | 415 |
| 14 | Employee benefit programs (other than on line 19) ....... | **14** | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel ..................... | **24a** | |
| 15 | Insurance (other than health) | **15** | | b | Deductible meals and entertainment (see instructions) | **24b** | |
| 16 | Interest: | | | 25 | Utilities ................... | **25** | |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits)··· | **26** | |
| b | Other .................... | **16b** | 2,435 | 27 a | Other expenses (from line 48) · · | **27a** | 2,627 |
| 17 | Legal and professional services | **17** | 300 | b | Reserved for future use ..... | **27b** | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a .............. ▶ | | | | | **28** | 7,983 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 .................................................. | | | | | **29** | -1,477 |

| | | | |
|---|---|---|---|
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). <br> Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ..................... | **30** | 877 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br> • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13** ) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** <br> • If a loss, you **must** go to line 32. | **31** | -2,354 |

| | | | |
|---|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br> • If you checked 32a, enter the loss on both **Form 1040, line 12** (or **Form 1040NR, line 13** ) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** <br> • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | **32a** ☒ All investment is at risk. <br> **32b** ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.

**Schedule C (Form 1040) 2015**

FDA                    BWC 1040     From Software Copyright 1996 - 2015 HRB Tax Group, Inc.

**#1**

Schedule C (Form 1040) 2015        FENTC        Page **2**

| Part III | Cost of Goods Sold (see instructions) |

**33** Method(s) used to
value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation .................................................................................. ☐ **Yes**    ☐ **No**

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation ........ | **35** | |
| **36** Purchases less cost of items withdrawn for personal use ...................................... | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself .................................... | **37** | |
| **38** Materials and supplies .................................................................. | **38** | |
| **39** Other costs ........................................................................... | **39** | |
| **40** Add lines 35 through 39 ................................................................ | **40** | |
| **41** Inventory at end of year ................................................................ | **41** | |
| **42** Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 .............. | **42** | |

| Part IV | Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶

**44** Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

**a** Business _____    **b** Commuting (see instructions) _____    **c** Other _____

| | | |
|---|---|---|
| **45** Was your vehicle available for personal use during off-duty hours? ................................ ☐ **Yes** | | ☐ **No** |
| **46** Do you (or your spouse) have another vehicle available for personal use? ............................ ☐ **Yes** | | ☐ **No** |
| **47a** Do you have evidence to support your deduction? ................................................ ☐ **Yes** | | ☐ **No** |
| **b** If "Yes," is the evidence written? ............................................................ ☐ **Yes** | | ☐ **No** |

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. |

| | |
|---|---:|
| DOMAIN NAME REGISTRATION | 500 |
| HOSTING | 1,039 |
| INTERNET VOIP | 737 |
| BUSINESS USE CELL PHONE | 351 |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a .............................................    **48** | 2,627 |

FDA    **15 C2**    BWF 1040    Form Software Copyright 1996 – 2016 HRB Tax Group, Inc.       Schedule C (Form 1040) 2015

TNJudicial.org/c/a/jrf003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (BHC) 10/13/23 DP Page 124 of 508

Case 1:25-cv-01097-PLM-RSR ECF No. 1-8, PageID.197 Filed 10/13/23 Page 124 of 508 of 150

**#1**

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ Information about Schedule E and its separate instructions is at www.irs.gov/schedulee. | **2015** Attachment Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| JEFFREY R AND FAWN  FENTON | |

**Part I** Income or Loss From Rental Real Estate and Royalties Note: If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from  Form 4835 on page 2, line 40.

A Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions)     Yes ☒ No
B If "Yes," did you or will you file required Forms 1099?     Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

A 772  774 HUNTINGTON PARKWAY NASHVILLE  TN 37211
B
C

| 1b | Type of Property (from list below) | 2  For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 2 | | A | | | |
| B | | | B | | | |
| C | | | C | | | |

**Type of Property:**
1 Single Family Residence     3 Vacation/Short-Term Rental     5 Land     7 Self-Rental
2 Multi-Family Residence     4 Commercial     6 Royalties     8 Other (describe)

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| 3  Rents received | | 3 | 20,043 | | |
| 4  Royalties received | | 4 | | | |
| **Expenses:** | | | | | |
| 5  Advertising | | 5 | | | |
| 6  Auto and travel (see instructions) | | 6 | | | |
| 7  Cleaning and maintenance | | 7 | 1,638 | | |
| 8  Commissions | | 8 | | | |
| 9  Insurance | | 9 | 918 | | |
| 10  Legal and other professional fees | | 10 | 200 | | |
| 11  Management fees | | 11 | | | |
| 12  Mortgage interest paid to banks, etc. (see instructions) | | 12 | 7,703 | | |
| 13  Other interest | | 13 | | | |
| 14  Repairs | | 14 | | | |
| 15  Supplies | | 15 | | | |
| 16  Taxes | | 16 | 2,060 | | |
| 17  Utilities | | 17 | 1,468 | | |
| 18  Depreciation expense or depletion | | 18 | 4,566 | | |
| 19  Other (list) ▶ SEE ATTACHMENT | | 19 | 1,257 | | |
| 20  Total expenses. Add lines 5 through 19 | | 20 | 19,810 | | |
| 21  Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 | | 21 | 233 | | |
| 22  Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | | 22 |( )|( )|( )|

| 23a Total of all amounts reported on line 3 for all rental properties | 23a | 20,043 | |
|---|---|---|---|
| b Total of all amounts reported on line 4 for all royalty properties | 23b | | |
| c Total of all amounts reported on line 12 for all properties | 23c | 7,703 | |
| d Total of all amounts reported on line 18 for all properties | 23d | 4,566 | |
| e Total of all amounts reported on line 20 for all properties | 23e | 19,810 | |
| 24 Income. Add positive amounts shown on line 21. Do not include any losses | | 24 | 233 |
| 25 Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 |( )|
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | 233 |

For Paperwork Reduction Act Notice, see the separate instructions.          Schedule E (Form 1040) 2015

FDA     15  E1     BWF 1040     Form Software Copyright 1996 – 2016 HRB Tax Group, Inc.

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2016** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20 ___ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Fawn | Fenton | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Brentwood, Tennessee 37027

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☑ Married filing separately. Enter spouse's SSN above and full name here. ▶ Jeffrey R Fenton
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . .
b ☐ Spouse . . . . . . . . . . .

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:
| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ | 1

d Total number of exemptions claimed . . . . . . . . . . . . . .

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 85744 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | 0 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 85744 |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 85744 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2016)

Form 1040 (2016)                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 85744 |
| | 39a | Check if: ☐ You were born before January 2, 1952, ☐ Blind. ☐ Spouse was born before January 2, 1952, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b☐ | | |
| **Standard Deduction for—** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 19696 |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 66048 |
| | 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 4050 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 61998 |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 44 | 11265 |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 11265 |
| Married filing jointly or Qualifying widow(er), $12,600 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| Head of household, $9,300 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 0 |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 11265 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☐ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 11265 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 10853 |
| | 65 | 2016 estimated tax payments and amount applied from 2015 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 10853 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | |
| Direct deposit? See instructions. | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ | 77 | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 412 |
| | 79 | Estimated tax penalty (see instructions) | 79 | 0 |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below.  ☑ No | | |
| | | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 5/8/2019 | Your occupation Architect | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed  PTIN |
|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ |
| Firm's address ▶ | | | Phone no. |

www.irs.gov/form1040                                                                        Form **1040** (2016)

TNJudicial.org/c/a/irf009.pdf — Conspiracy, Real Estate Deed Fraud, & ADA Financial Exploitation Relief — Page 127 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-6, PageID.200 Filed 10/13/23 Page 12 of 150

| SCHEDULE A (Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Itemized Deductions<br>▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.<br>▶ Attach to Form 1040. | OMB No. 1545-0074<br>**2016**<br>Attachment Sequence No. 07 |
|---|---|---|

Name(s) shown on Form 1040: Fawn ▇ Fenton  |  Your social security number:

Caution: Do not include expenses reimbursed or paid by others.

| Medical and Dental Expenses | 1 | Medical and dental expenses (see instructions) . . . . . | 1 | | | |
|---|---|---|---|---|---|---|
| | 2 | Enter amount from Form 1040, line 38 | 2 | | | |
| | 3 | Multiply line 2 by 10% (0.10). But if either you or your spouse was born before January 2, 1952, multiply line 2 by 7.5% (0.075) instead | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . | | | 4 | 0 |
| Taxes You Paid | 5 | State and local (check only one box):<br>a ☐ Income taxes, or<br>b ☑ General sales taxes | 5 | 1466 | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . | 6 | 2080 | | |
| | 7 | Personal property taxes . . . . . . . . . . . . | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . | | | 9 | 3546 |
| Interest You Paid<br><br>Note: Your mortgage interest deduction may be limited (see instructions). | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 14679 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . . . . | 12 | | | |
| | 13 | Mortgage insurance premiums (see instructions) . . . . | 13 | | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . | | | 15 | 14679 |
| Gifts to Charity<br><br>If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . . . . | 16 | 1271 | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 . . . | 17 | 200 | | |
| | 18 | Carryover from prior year . . . . . . . . . . . | 18 | | | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . . . | | | 19 | 1471 |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . | | | 20 | 0 |
| Job Expenses and Certain Miscellaneous Deductions | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | 21 | | | |
| | 22 | Tax preparation fees . . . . . . . . . . . . | 22 | | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | 23 | | | |
| | 24 | Add lines 21 through 23 . . . . . . . . . | 24 | | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | | |
| | 26 | Multiply line 25 by 2% (0.02) | 26 | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . | | | 27 | 0 |
| Other Miscellaneous Deductions | 28 | Other—from list in instructions. List type and amount ▶ _____ | | | 28 | 0 |
| Total Itemized Deductions | 29 | Is Form 1040, line 38, over $155,650?<br>☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | 29 | 19696 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . . ▶ ☐ | | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.  Cat. No. 17145C  Schedule A (Form 1040) 2016

Form **1040** Department of the Treasury—Internal Revenue Service (99) **2017** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**U.S. Individual Income Tax Return**

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning , 2017, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Fawn | Fenton | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Jeffrey R | Fenton | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

1986 Sunny Side Dr.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Brentwood, TN 37027

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☑ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☑ Spouse

| | Boxes checked on 6a and 6b | 2 |
|---|---|---|

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ If child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶ | 2 |

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 93677 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 0 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 0 |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 93677 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 93677 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2017)

FRBP Violated: #3:19-bk-02693 TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B) JRF.003.1128.00

Form 1040 (2017) — Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 93677 |
| | 39a | Check { ☐ You were born before January 2, 1953, ☐ Blind. } **Total boxes** { ☐ Spouse was born before January 2, 1953, ☐ Blind. } checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for—** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 18974 |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 74703 |
| | 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 8100 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 66603 |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 9061 |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $6,350 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| Married filing jointly or Qualifying widow(er), $12,700 | 47 | Add lines 44, 45, and 46 ▶ | 47 | 9061 |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| Head of household, $9,350 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 0 |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | 56 | 9061 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 9061 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 12128 |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☒ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 12128 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 3067 |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☒ | 76a | 3067 |
| Direct deposit? ▶ See ▶ Instructions. | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ 77 | | 0 |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 0 |
| | 79 | Estimated tax penalty (see instructions) 79 | | 0 |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☒ **No** | | |
|---|---|---|---|
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Architect | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | (Unemployed) | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2017)

TNJudicial.org/c/a/jrf003.pdf    Concerning: Real Estate Deed Fraud & ADA Financial Exploitation, etc.
Case 1:23-cv-01097-PLM-RSR    ECF No. 1-8, PageID.208 Filed 10/13/23    Page 130 of 508  Page 130
of 150

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Itemized Deductions

▶ Go to *www.irs.gov/ScheduleA* for Instructions and the latest information.
▶ Attach to Form 1040.
**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 28.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040: Jeffrey R. and Fawn █ Fenton

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) | **1** | 933 | |
| | 2 Enter amount from Form 1040, line 38 **2** 93677 | | | |
| | 3 Multiply line 2 by 7.5% (0.075) | **3** | 7026 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** | 0 |
| **Taxes You Paid** | 5 State and local (check only one box): | | | |
| | a ☐ Income taxes, or | **5** | 1704 | |
| | b ☑ General sales taxes | | | |
| | 6 Real estate taxes (see instructions) | **6** | 2080 | |
| | 7 Personal property taxes | **7** | | |
| | 8 Other taxes. List type and amount ▶ _____ | **8** | | |
| | 9 Add lines 5 through 8 | | **9** | 3784 |
| **Interest You Paid**  Note: Your mortgage interest deduction may be limited (see instructions). | 10 Home mortgage interest and points reported to you on Form 1098 | **10** | 14690 | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | **11** | | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules | **12** | | |
| | 13 Reserved for future use | **13** | | |
| | 14 Investment interest. Attach Form 4952 if required. See instructions | **14** | | |
| | 15 Add lines 10 through 14 | | **15** | 14690 |
| **Gifts to Charity**  If you made a gift and got a benefit for it, see instructions. | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions | **16** | 500 | |
| | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | **17** | | |
| | 18 Carryover from prior year | **18** | | |
| | 19 Add lines 16 through 18 | | **19** | 500 |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es) other than net qualified disaster losses. Attach Form 4684 and enter the amount from line 18 of that form. See instructions | | **20** | 0 |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. See instructions. ▶ _____ | **21** | | |
| | 22 Tax preparation fees | **22** | | |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | **23** | | |
| | 24 Add lines 21 through 23 | **24** | | |
| | 25 Enter amount from Form 1040, line 38 **25** | | | |
| | 26 Multiply line 25 by 2% (0.02) | **26** | | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | **27** | 0 |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ _____ | | **28** | 0 |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $156,900? | | | |
| | ☑ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | **29** | 18974 |
| | ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1040.    Cat. No. 17145C    Schedule A (Form 1040) 2017

TNJudicial.org/c/a/jrf003.pdf          Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation etc.          Page 131 of 508

Case 1:23-cv-01097-PLM-RSR     ECF No. 1-3, PageID.204     Filed 10/13/23     Page 131
of 150

Form **8888**          **Allocation of Refund (Including Savings Bond Purchases)**          OMB No. 1545-0074

Department of the Treasury
Internal Revenue Service

▶ Go to *www.irs.gov/Form8888* for the latest information.
▶ Attach to your income tax return.

**2017**
Attachment
Sequence No. **56**

Name(s) shown on return

Fawn █ and Jeffrey R Fenton

Your social security number

## Part I     Direct Deposit

Complete this part if you want us to directly deposit a portion of your refund to one or more accounts.

| | | | | | |
|---|---|---|---|---|---|
| **1a** | Amount to be deposited in first account (see instructions) . . . . . . . . . . | **1a** | 1533 | 00 |
| **b** | Routing number  0 6 4 1 0 8 1 1 3  ▶c ☑ Checking  ☐ Savings | | | |
| **d** | Account number  8 4 7 2 5 4 8 | | | |
| **2a** | Amount to be deposited in second account  . . . . . . . . . . . | **2a** | 1534 | 00 |
| **b** | Routing number  0 3 1 1 7 6 1 1 0  ▶c ☑ Checking  ☐ Savings | | | |
| **d** | Account number  3 6 0 7 0 8 5 5 8 5 5 | | | |
| **3a** | Amount to be deposited in third account  . . . . . . . . . . . . | **3a** | 0 | |
| **b** | Routing number  ▶c ☐ Checking  ☐ Savings | | | |
| **d** | Account number | | | |

## Part II     U.S. Series I Savings Bond Purchases

Complete this part if you want to buy bonds with a portion of your refund.

⚠ *If a name is entered on line 5c or 6c below, co-ownership will be assumed unless the beneficiary box is checked.*
*See instructions for more details.*

| | | | |
|---|---|---|---|
| **4** | Amount to be used for bond purchases for yourself (and your spouse, if filing jointly) . . . . | **4** | 0 |
| **5a** | Amount to be used to buy bonds for yourself, your spouse, **or someone else**  . . . . . . | **5a** | 0 |
| **b** | Enter the owner's name (First then Last) for the bond registration | | |
| **c** | If you would like to add a co-owner or beneficiary, enter the name here (First then Last). If beneficiary, also check here ▶ ☐ | | |
| **6a** | Amount to be used to buy bonds for yourself, your spouse, **or someone else**  . . . . . . | **6a** | 0 |
| **b** | Enter the owner's name (First then Last) for the bond registration | | |
| **c** | If you would like to add a co-owner or beneficiary, enter the name here (First then Last). If beneficiary, also check here ▶ ☐ | | |

## Part III     Paper Check

Complete this part if you want a portion of your refund to be sent to you as a check.

| | | | |
|---|---|---|---|
| **7** | Amount to be refunded by check . . . . . . . . . . . . . . . . . . . . . | **7** | 0 |

## Part IV     Total Allocation of Refund

| | | | |
|---|---|---|---|
| **8** | Add lines 1a, 2a, 3a, 4, 5a, 6a, and 7. The total must equal the refund amount shown on your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 3067 | 00 |

For Paperwork Reduction Act Notice, see your tax return instructions.          Cat. No. 21858A          Form **8888** (2017)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: | : **CASE NO: 19-02693-CMW** |
| | : **CHAPTER: 13** |
| | : |
| FAWN ▮▮▮▮ FENTON | : |
|     Debtor | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| BANK OF AMERICA, N.A., | : |
|     Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| | : |
| FAWN ▮▮▮▮ FENTON | : |
| HENRY EDWARD HILDEBRAND, III, | : |
| Trustee | : |
|     Respondents. | : |

## OBJECTION TO CONFIRMATION

---

The hearing date is set for July 15, 2019, at 08:30 AM, U.S. Bankruptcy Court, Courtroom One, Second Floor Customs House, 701 Broadway, Nashville, TN 37203.

---

COMES NOW, BANK OF AMERICA, N.A., its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtor`s Plan;

1.

Movant asserts that it holds a valid first mortgage on Debtor's property located at 1986 Sunnyside Drive, Brentwood, TN 37027 (hereinafter referred to as "Property"). Movant will timely file a Proof of Claim listing arrearages of approximately $394.30.

2.

The Debtor's Plan proposes to sell the Property within six months. However, the Debtors' Plan does not provide a date certain by which the Property must sell nor does it provide

direction should the Property fail to sell within said time frame.

WHEREFORE, BANK OF AMERICA, N.A., its successors or assigns, prays that this

Court inquire as to the matters raised herein and deny confirmation of the Debtor`s Plan, or enter

such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 5/23/19

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

TNJudicial.org/c/e/jsf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation EIRI?)    DOC. 003 | Page 134 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.207    Filed 10/13/23    Page 134 of 150

## CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin TN, PLLC certify that on the 23rd day of May, 2019, I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Fawn ████ Fenton
████████
Brentwood, TN 37027

MARY ELIZABETH AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926

Henry Edward Hildebrand, III, Trustee
Office of the Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203

Executed on: 5/23/19
By:/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE**

IN RE:  **FAWN** ███ **FENTON**                              **CASE NO:  19-02693-CMW**

        **Debtor**                                                                  **Chapter 13**

**BancorpSouth Bank,
Movant**

v.

**Fawn** ███ **Fenton,
Debtor**

**OBJECTION TO CONFIRMATION
OF CHAPTER 13 PLAN**

     Comes now BancorpSouth Bank ("Bank"), a secured creditor with a claim against the Debtor's

estate by and through counsel and objects to the Debtor's proposed Chapter 13 plan and in support would

allege and show as follows:

     1.    The Debtor filed the instant Petition for Bankruptcy under Chapter 13 of the Code on

April 26, 2019.

     2.    The Debtor is indebted to Bank under a certain home "Equity Credit Line Agreement and

Disclosure originally dated April 29, 2011 and modified on June 8, 2015 evidencing an indebtedness in

the original principal amount of $55,500.00 ("Note").

     3.    Under the terms of the Note, the Debtor must pay to the Bank the interest that accrued

in arrears each monthly until the maturity date.

     4.    The Note is secured by a perfected 2nd lien Deed of Trust in favor of the Bank on the

Debtor's residence located at 1986 Sunnyside, Brentwood, Williamson County, Tennessee (the

"Collateral ")  same being of record in Book 5313 Page 469  and  as modified  in Book 6481 Page 60  in

the Register's Office for  Williamson County, Tennessee ("Trust Deed").

     5.    The Bank has filed a secured claim evidenced by the Note and Trust Deed in the amount

of $54,650.33.

      6.     The Collateral is also encumbered by a 1st lien deed of trust in favor of Bank of America,

N.A. who purported holds a claim in the amount of $240,182.77.

      7.     The Debtor's proposed Chapter 13 plan proposes for the Debtor to sell the Collateral

within 180 days of confirmation with no payments being made to the Bank nor Bank of America, N.A.

      8.     The Plan does not provide if the Collateral is currently being listed and marketed for sale,

does not provide a date certain by which the Collateral must sell or the direction as to what the Debtor

will do if the Collateral fails to sell.

      9.     Further, the Debtor's proposed Chapter 13 plan fail to comply with provisions of 11

USC § 1322 (b) (2) in that it attempts to modify the rights of the Bank as the holder of a claim secured

only by a security interest in the Debtor's principal residence.

      WHEREFORE, PREMISES CONSIDERED the Bank respectfully requests that the Court sustain

the Bank's Objection and deny confirmation of the Debtor's Plan and/or grant the Bank such other relief

as the Court deems just and proper.

                  Respectfully submitted,

                  SPRAGINS, BARNETT, & COBB PLC

                  **/s/Jerry P. Spore**
                  JERRY P. SPORE #15033
                  Attorney for BancorpSouth Bank
                  312 E Lafayette
                  Jackson, TN 38301
                  (731) 424-0461
                  jpspore@spraginslaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing has been served on:

Mary Elizabeth Ausbrooks
Rothchild & Ausbrooks
1222 16th Ave. South
Nashville, TN 37212-2926

Henry Edward Hildebrand III
Chapter 13 Trustee
P.O. Box 340019
Nashville, Tennessee 37203-0019



Fawn ▮▮▮ Fenton

Brentwood, TN 37027

by Notice of Electronic Filing, hand-delivery and/or by placing a copy of the same in the United States Mail, postage prepaid, to the person, at the address shown above, on this the 4th day of June, 2019.

**/s/Jerry P. Spore**
JERRY P. SPORE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAWN ███ FENTON | ) | CHAPTER 13 |
| ███████████████ | ) | CASE NO: 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE WALKER |
| SSN: XXX-XX-2065 | ) | |
| | ) | |
| DEBTOR | | |

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE (ECF CLAIM #1)

COMES the Debtor, through Counsel, Rothschild & Ausbrooks, PLLC, and hereby gives notice

of withdrawal of the Debtor's Objection To Claim Of The Internal Revenue Service (ECF Claim #1)

(Docket Entry # 17).

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

## CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2019, I served a copy of the foregoing in the following manner:

**Email by Electronic Case Noticing to:**

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

**By U.S. Postal Service, postage prepaid to:**

To the Debtor at the address provided above; to IRS Insolvency, ATTN: Officer Agent or Manager, P.O. Box 7346, Philadelphia, PA 19101-7346; to IRS Insolvency, ATTN: Valerie Ogilvie, 801 Broadway, MS MDP 146, Nashville, TN 37203; to TN Attorney General, P.O. Box 20207, Nashville, TN 37202; to US Attorney, 110 9th Ave S #A961, Nashville, TN 37203; and to US Attorney General, US Dept of Justice, 950 Pennsylvania Ave, Washington, DC 20530.

**By U.S. Postal Service, Certified Mail to:**

N/A

**/s/ Mary Beth Ausbrooks**
Mary Beth Ausbrooks-CMK

6 TOTAL USPS MAILINGS: $6.00

0 TOTAL CERTIFIED MAILINGS: $0.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fawn** ▉ **Fenton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | **3:19-bk-02693** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Architect | |
| | **Employer's name** | Adkisson & Associates, Architects, Inc. | |
| | **Employer's address** | 3322 West End Ave. Suite 103 Nashville, TN 37203 | |
| | **How long employed there?** | August 2006 | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 6,250.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 6,250.00 | $ N/A |

Official Form 106I    Case 3:19-bk-02693    Doc 21    Filed 06/05/19    Schedule I: Your Income    Entered 06/05/19 15:45:28    Desc Main    page 1
Document    Page 1 of 2

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1140.00

TNJudicial.org/c/a/jf003.pdf    Conspiracy-Real Estate-Deed Fraud & ADA Financial Exploitation (RICO)    DOC-003 I Page 141 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8,  PageID.214    Filed 10/13/23    Page 141 of 150

| Debtor 1 | Fawn ▮▮▮▮ Fenton | | | Case number (if known) | 3:19-bk-02693 | |
|---|---|---|---|---|---|---|

| | | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ | 6,250.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | | | |
| | 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ | 1,284.32 | $ N/A |
| | 5b. | **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ N/A |
| | 5c. | **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ N/A |
| | 5d. | **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ N/A |
| | 5e. | **Insurance** | 5e. | $ | 0.00 | $ N/A |
| | 5f. | **Domestic support obligations** | 5f. | $ | 0.00 | $ N/A |
| | 5g. | **Union dues** | 5g. | $ | 0.00 | $ N/A |
| | 5h. | **Other deductions.** Specify: | 5h.+ | $ | 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ | 1,284.32 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $ | 4,965.68 | $ N/A |
| 8. | **List all other income regularly received:** | | | | | |
| | 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ N/A |
| | 8b. | **Interest and dividends** | 8b. | $ | 0.00 | $ N/A |
| | 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ N/A |
| | 8d. | **Unemployment compensation** | 8d. | $ | 0.00 | $ N/A |
| | 8e. | **Social Security** | 8e. | $ | 0.00 | $ N/A |
| | 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | 0.00 | $ N/A |
| | 8g. | **Pension or retirement income** | 8g. | $ | 0.00 | $ N/A |
| | 8h. | **Other monthly income.** Specify: | 8h.+ | $ | 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ | 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 4,965.68 | + $ N/A | = $ 4,965.68 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | | | 11. | +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | | | 12. | $ | 4,965.68 |
| | | | | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

- ■ No.
- ☐ Yes. Explain: | **Debtor's salary was decreased starting May 2019** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAWN ███ FENTON | ) | CHAPTER: 13 |
| SSN: XXX-XX-2065 | ) | CASE NO.: 19-02693 |
| ███ | ) | JUDGE: WALKER |
| BRENTWOOD, TN 37027 | ) | |
| | ) | |
| DEBTORS | | |

### NOTICE OF AMENDED SCHEDULE I

COME THE DEBTORS through counsel, Rothschild and Ausbrooks, and pursuant to Rule

1009, Federal Rules of Bankruptcy Procedure, hereby gives notice of filing amended Schedule I.

Respectfully submitted,

*/s/ Jodie Thresher*
Jodie Thresher
ROTHSCHILD & ASSOCIATES, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

### CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2019, I served a copy of the foregoing in the following
manner:

*Email by Electronic Case Noticing to:* Henry Hildebrand III; and to the US Trustee
*By U.S. Postal Service, postage prepaid to: T*he Debtors at the above listed address.

*/s/ Jodie Thresher*
Jodie Thresher
***TOTAL USPS MAILINGS 1=$1.00***

FRBP Violated: #3:19-bk-02693  TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)  JRF.003.1142.00

TNJudicial.org/c/a/jrf003.pdf    Conspiracy; Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC. 003 | Page 143 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.216    Filed 10/13/23    Page 143 of 150

mk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          CASE NO. 19-02693-CW3-13
FAWN ████ FENTON                                06/12/2019
████████ CIRLCE
BRENTWOOD, TN  37027

SSN XXX-XX-2065

**AMENDED**

---

### ORDER TO PAY TRUSTEE

---

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$799.00 SEMI-MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: FAWN ████ FENTON<br>CASE NUMBER: 319-02693 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>       800-231-5928<br>FAX:   615-242-3241 |
| --- | --- | --- |

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

                                   THIS ORDER WAS SIGNED AND ENTERED
                                   ELECTRONICALLY AS INDICATED AT THE
cc: FAWN ████ FENTON               TOP OF THE FIRST PAGE.
    ROTHSCHILD AND AUSBROOKS PLLC
    PAID DIRECT BY DEBTOR

FRBP Violated: #3:19-bk-02693         TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)         JRF.003.1143.00

Charles M. Walker
**U.S. Bankruptcy Judge**
Dated: 6/13/2019

mk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          CASE NO. 19-02693-CW3-13
FAWN ████████ FENTON                            06/12/2019
BRENTWOOD, TN  37027

SSN XXX-XX-2065

**AMENDED**

_____

**ORDER TO PAY TRUSTEE**

_____

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$799.00 SEMI-MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO: | PLEASE INCLUDE ON ALL PAYMENTS: | FOR INQUIRIES: |
|---|---|---|
| CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | NAME: FAWN TIFFANY FENTON<br>CASE NUMBER: 319-02693 | PHONE: 615-244-1101<br>800-231-5928<br>FAX:   615-242-3241 |

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc: FAWN TIFFANY FENTON
    ROTHSCHILD AND AUSBROOKS PLLC
    PAID DIRECT BY DEBTOR

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1144.00

mk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN ████ FENTON

CASE NO. 19-02693-CW3-13
HEARING DATE: July 15, 2019
JUDGE CHARLES M WALKER

06/13/2019

---

### TRUSTEE'S MOTION TO CONVERT OR DISMISS FOR CAUSE FOR FAILURE TO
### CONFIRM A PROPOSED PLAN PURSUANT TO 11 U.S.C. § 1307(c)(5)

---

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby moves the Court to convert or dismiss the above-styled case, whichever is in the best interest of creditors and the estate, for cause, pursuant to 11 U.S.C. § 1307(c)(5) for denial of confirmation of a plan under § 1325 and denial of a request made for additional time for filing another plan or modification of a plan.

In support of this motion, the Trustee would state that the Trustee has requested a hearing on confirmation of the debtor's proposed Chapter 13 plan based upon an objection to confirmation of the debtor's proposed plan. In the event the objection to confirmation is sustained, the debtor's proposed plan is not confirmed and request by the debtor, if any, for additional time to file another plan or a modification of the proposed plan is denied, the Trustee would request this Court convert or dismiss the case, whichever is in the best interest of creditors and the estate, for cause, pursuant to 11 U.S.C. § 1307(c)(5).

The Trustee requests the Court set a hearing on this motion to convert or dismiss on the same date and time as the hearing on confirmation of the proposed plan.

WHEREFORE, THE PREMISES CONSIDERED, the Trustee respectfully moves this Court to convert or dismiss, whichever is in the best interest of creditors and the estate, for cause, the above-styled case, pursuant to 11 U.S.C. § 1307(c)(5), for failure to confirm a proposed plan.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

TNJudicial.org/c/a/jf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC. 003 | Page 146 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-8, PageID.219    Filed 10/13/23    Page 146 of 150

mk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          Case No. **19-02693-CW3-13**

**FAWN** ███████ **FENTON**                     Judge:    **CHARLES M WALKER**

                                                CONFIRMATION HEARING DATE: **July 15, 2019**

                                                TIME OF HEARING: **8:30 AM**

SSN XXX-XX-2065

### TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above-styled case for a confirmation hearing, and for cause therefore would state:

> **A creditor in attendance at the Meeting of Creditors objected to confirmation or has filed a written objection prior to the meeting of creditors.**

As grounds for such request, the Trustee would state:

**BANK OF AMERICA FILED AN OBJECTION. BANCORP SOUTH FILED AND OBJECTION.**

Other parties requesting notice of hearing: **NATALIE BROWN**

                                                Respectfully Submitted,

Printed:    **06/13/2019**                      /s/ Henry E. Hildebrand, III
                                                HENRY E. HILDEBRAND, III
cc: Debtor(s)                                   CHAPTER 13 TRUSTEE
    Debtor(s) Attorney                          P O BOX 340019
    Objecting Creditor                          NASHVILLE, TN  37203
                                                615-244-1101
                                                pleadings@ch13nsh.com

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1146.00

**ROTHSCHILD AND AUSBROOKS PLLC**

J.H.

## CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

JUN 1 3 2019

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS



Name: ▓▓▓▓▓▓▓▓▓▓▓▓          Case No.     **19-02693-CW3-13**

                               341 Date:    **June 11, 2019  11:00 am**

1. Is your current mailing address?                                          Yes ✓  No ____

   ▓▓▓▓▓▓▓ CIRLCE, BRENTWOOD, TN  37027

   If your address is not correctly listed, indicate your correct mailing address:

   _____

   _____

   **Email address:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   I consent to Trustee sending correspondence by email, unless noted here. ✓

2. What is your current phone number?

   Home phone: N/A _____          Cell phone: ▓▓▓▓▓▓▓▓▓▓

3. Do you have a domestic support obligation YOU HAVE TO PAY such as child support, or alimony?   Yes ____ No ✓

   If yes, please provide the following :          Not yet – Divorce litigation is currently ongoing.

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:  $ _____

   When will your obligation to pay end? _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ____ No ____

4. Have you filed all required tax returns for the past four years?                          Yes ✓  No ____

                                                Not required to file a tax return _____

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?                                          Yes ____ No ✓

   If yes, under what chapter did you file, when did you file,
   where did you file and state if you received a discharge?          _____

6. Are you currently employed at:                                          Yes ✓  No ____

   ADKISSON & ASSOCIATES, ARCHITECTS, INC.  NASHVILLE, TN.

---

Case 3:19-bk-02693   Doc 26   Filed 06/13/19   Entered 06/13/19 10:35:48   Desc Main
                        Document     Page 1 of 2

7. If you have had a change in employment since filing your Chapter 13 case-

Name & address of new employer _____

_____

_____

New monthly income amount $ _____

How often are you paid? Weekly ____ Every two weeks ____ Semi-Monthly ✓ Monthly ____

8. Did you personally read and then sign the petition, schedules, statements and related documents? Yes ✓ No ____

9. Is the signature on the petition and the schedules your own? Yes ✓ No ____

10. Did you list everyone you owe money to in your schedules and statements? Yes ✓ No ____

11. Did you list everything you own in your schedules and statements? Yes ✓ No ____

12. Do you have a lawsuit or potential lawsuit against any person or company? Divorce Yes ✓ No ____

13. I have reviewed my budget today. The budget is accurate and I can live on this budget. Yes ✓ No ____

14. Identify the attorney or other individual with whom you determined which chapter to file under.
Rothschild & Ausbrooks          Jodie Meylin (JM)

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.
Rothschild & Ausbrooks

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

11 Jun 19                                          _____
Date                                                    Debtor's Signature

**ROTHSCHILD AND AUSBROOKS PLLC**
Debtors Attorney

FAWN ▮▮▮ FENTON

For Trustee Use Only

Tax Return received ✓

Pay Advices received ✓

TNJudicial.org/a/jrf093.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — of 150
Case 3:23-cv-01097-PLM-RSK   ECF No. 1-3, PageID.222   Filed 10/13/23   Page 149 of 508
Page 149 of 508

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                              Case No. 19-02693-CMW
Fawn ▆▆▆▆ Fenton                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: ko8454          Page 1 of 1          Date Rcvd: Jun 13, 2019
                             Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db              +Fawn ▆▆▆▆ Fenton, ▆▆▆▆▆▆▆▆▆▆▆   Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                    Signature:  /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
        HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
        JERRY PAUL SPORE    on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
        wanda@spraginslaw.com
        MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ▆▆▆▆ Fenton marybeth@rothschildbklaw.com,
        rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
        NATALIE BROWN    on behalf of Creditor    BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
        lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jdabbs2@rubinlublin.com;r
        uluecf@gmail.com;BKRL@ecf.courtdrive.com
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

                                                                        TOTAL: 5

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1149.00

Charles M. Walker
**U.S. Bankruptcy Judge**
Dated: 6/13/2019

mk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                    CASE NO. 19-02693-CW3-13
FAWN ████████ FENTON                                      06/12/2019

BRENTWOOD, TN  37027

SSN XXX-XX-2065

**AMENDED**

---

### ORDER TO PAY TRUSTEE

---

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$799.00 SEMI-MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: FAWN TIFFANY FENTON<br>CASE NUMBER: 319-02693 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>       800-231-5928<br>FAX:   615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc:  FAWN ████████ FENTON
     ROTHSCHILD AND AUSBROOKS PLLC
     PAID DIRECT BY DEBTOR

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.