TNJudicial.org/e/airj005.pdf    Conspiracy Real Estate Deed Fraud & ABA Financial Exploitation (RICO)    DOC-003 | Page 254 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.224    Filed 10/13/23    Page 1 of 91



Appendix -
10-2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              )
                                                    )
FAWN ████ FENTON                                    )    CHAPTER      13
                                                    )    CASE NO:     19-02693
BRENTWOOD, TN 37027                                 )    JUDGE        WALKER
SSN: XXX-XX-2065                                    )
                                                    )
        DEBTOR

## ORDER GRANTING EXPEDITED MOTION TO EMPLOY REAL ESTATE AGENT AND APPROVE COMMISSION

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to Employ Real Estate Agent and Approve Commission with notice given to all parties pursuant to Local Rule 9075-1. There being no objections raised at the call of the docket, the Motion is found to be well taken and it is therefore ORDERED as follows:

Tommy Anderson of HDN Auction, LLC shall be approved as the real estate agent and approved up to a six percent (6%) commission for the real estate at 1986 Sunnyside Drive, Brentwood, TN 37027 and items of personal property pursuant to the Order Granting Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County, Tennessee on August 6, 2019.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

TNJudicial.org/c/safrf009.pdf    Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.225    Filed 10/13/23    DOC 0832 Page 255 of 508

91

*/s/ Alex Koval*
_____
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

TNJudicial.org/sleaf003.pdf  Complaint - Real Estate Deed Fraud & APA Financial Exploitation (B)(O)    DOC.003 - Page 256 of 508



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAWN ███████ FENTON | ) | CHAPTER 13 |
| | ) | CASE NO: 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE WALKER |
| SSN: XXX-XX-2065 | ) | |
| | ) | |
| DEBTOR | | |

## ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to

Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1.

There being no objections raised at the call of the docket, the Motion is found to be well taken and it is

therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood,

Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting

Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County,

Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the

liens of Bank of America, N.A. and Bancorp South.  This transaction shall be conditioned on the Debtor

providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of

the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing

account on behalf of the parties pending further orders of the Chancery Court for Williamson County,

Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.*

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1256.00

TNJudicial.org/a/a/sf002.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DDC_003 1 Page 257 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.227    Filed 10/13/23    Page 4 of 91

APPROVED FOR ENTRY:


*/s/ Alex Koval* _____
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | | |
|---|---|---|---|
| | ) | | |
| FAWN ███████ FENTON | ) | CHAPTER | 13 |
| | ) | CASE NO: | 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE | WALKER |
| SSN: XXX-XX-2065 | ) | | |
| | ) | | |
| DEBTOR | | | |

## ORDER GRANTING EXPEDITED MOTION TO EMPLOY REAL ESTATE AGENT AND APPROVE COMMISSION

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to

Employ Real Estate Agent and Approve Commission with notice given to all parties pursuant to Local

Rule 9075-1. There being no objections raised at the call of the docket, the Motion is found to be well

taken and it is therefore ORDERED as follows:

Tommy Anderson of HDN Auction, LLC shall be approved as the real estate agent and approved

up to a six percent (6%) commission for the real estate at 1986 Sunnyside Drive, Brentwood, TN 37027

and items of personal property pursuant to the Order Granting Motion to Sell Marital Residence by

Auction entered in the Chancery Court for Williamson County, Tennessee on August 6, 2019.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1258.00

*/s/ Alex Koval*

Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/s/a/af003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC. 003 | Page 260 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.230    Filed 10/13/23    Page 7 of 91

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                          Case No. 19-02693-CMW
Fawn ███████ Fenton                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3      User: slw0703          Page 1 of 1          Date Rcvd: Sep 27, 2019
                          Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db          +Fawn ███████ Fenton, ████████████ Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          ALEXANDER S KOVAL    on behalf of Debtor Fawn ██████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
          JERRY PAUL SPORE    on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
          wanda@spraginslaw.com
          MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ██████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          NATALIE BROWN    on behalf of Creditor    BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
          f.courtdrive.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                        TOTAL: 6

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN ████████ FENTON

████████
BRENTWOOD, TN 37027
SSN: XXX-XX-2065

DEBTOR

CHAPTER 13
CASE NO: 19-02693
JUDGE WALKER

## ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1. There being no objections raised at the call of the docket, the Motion is found to be well taken and it is therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood, Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County, Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the liens of Bank of America, N.A. and Bancorp South. This transaction shall be conditioned on the Debtor providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing account on behalf of the parties pending further orders of the Chancery Court for Williamson County, Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

Case 3:19-bk-02693 Doc 70 Filed 09/29/19 Entered 09/29/19 23:47:27 Desc
Imaged Certificate of Notice Page 2 of 3

APPROVED FOR ENTRY:


*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/s/a/jrf003.pdf — Consumer Real Estate Deed Fraud & ADA Financial Exploitation (B1FO)  DOC-0031 page 263 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.238    Filed 10/13/23    Page 10 of 91

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                          Case No. 19-02693-CMW
Fawn ███████ Fenton                                             Chapter 13
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0650-3        User: slw0703        Page 1 of 1         Date Rcvd: Sep 27, 2019
                           Form ID: pdf001      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db          +Fawn ███████ Fenton, ████████████████████, Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                        Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          ALEXANDER S KOVAL    on behalf of Debtor Fawn ███████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
          JERRY PAUL SPORE    on behalf of Creditor   BANCORPSOUTH BANK jpspore@spraginslaw.com,
          wanda@spraginslaw.com
          MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ███████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          NATALIE BROWN    on behalf of Creditor   BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;rluecf@gmail.com;BKRL@ec
          f.courtdrive.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

                                                                                    TOTAL: 6

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| FAWN ████████ FENTON | ) |
| ████████████████ | ) |
| BRENTWOOD, TN 37027 | ) |
| SSN: XXX-XX-2065 | ) |
| | ) |

| | | |
|---|---|---|
| CHAPTER | 13 |
| CASE NO: | 19-02693 |
| JUDGE | WALKER |

DEBTOR

## ORDER GRANTING EXPEDITED MOTION TO EMPLOY REAL ESTATE AGENT AND APPROVE COMMISSION

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to Employ Real Estate Agent and Approve Commission with notice given to all parties pursuant to Local Rule 9075-1. There being no objections raised at the call of the docket, the Motion is found to be well taken and it is therefore ORDERED as follows:

Tommy Anderson of HDN Auction, LLC shall be approved as the real estate agent and approved up to a six percent (6%) commission for the real estate at 1986 Sunnyside Drive, Brentwood, TN 37027 and items of personal property pursuant to the Order Granting Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County, Tennessee on August 6, 2019.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

_/s/ Alex Koval_
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1265.00

TNJudicial.org/efile/0093.pdf — Consumer, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC_003 Page 266 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.236    Filed 10/13/23    Page 13 of 91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN ████████ FENTON

BRENTWOOD, TN 37027

Case No. **19-02693-CW3-13**

JUDGE CHARLES M WALKER

SSN XXX-XX-2065

## TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **July 05, 2019.** The deadline for filing claims by governmental units was **October 23, 2019.** After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>, 00000 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 43<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| BANCORPSOUTH BANK<br>P O BOX 4360<br>TUPELO, MS 38803 | **$275.00**<br>DATE FILED: 6/6/2019 | MTG-ON GOING MTG PYMT (D)<br>Disb level: 21<br><br>ACCT: **5759**<br>COMM: HELOC 1986 SUNNY SIDE DR<br>TO BE SOLD WITHIN 180 DAYS OF<br>CONFIRMATION |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 6 |
| SPECIALIZED LOAN SERVICING LLC<br>P O BOX 636007<br>LITTLETON, CO 80163 | **$0.00**<br>DATE FILED: 6/27/2019 | MTG-ON GOING MTG PYMT (D)<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT: **9228**<br>COMM: 1986 SUNNY SIDE DR TO BE<br>SOLD WITHIN 180 DAYS OF<br>CONFIRMATION PAID FROM SALE<br>PROCEEDS |
| | TRUSTEE'S CLAIM NO: 3 | COURT'S CLAIM# 8 |

PAGE 2 - CHAPTER 13 CASE NO. **19-02693-CW3-13**

| | | |
|---|---|---|
| TOYOTA MOTOR CREDIT CORP<br>P O BOX 9490<br>CEDAR RAPIDS, IA  52409 | **$12,600.00**<br>DATE FILED: 6/25/2019 | AUTOMOBILE LOAN (V)<br>Disb level: 21 |
| | | ACCT: **6480**<br>COMM: 2017 TOYOTA PRIUS |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **100.00 % + 5.50%** | COURT'S CLAIM# 7 |

---

| | | |
|---|---|---|
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$0.00**<br>DATE FILED: 7/17/2019 | PRIORITY CREDITOR (C)<br>Disb level: 22 |
| | | ACCT: **2065**<br>COMM: 2016 2017 INCOME TAXES<br>AMENDED |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 1 |

---

| | | |
|---|---|---|
| ██████<br>BROOKSIDE PROPERTIES INC<br>2002 RICHARD JONES RD STE 200C<br>NASHVILLE, TN  37215 | **$0.00**<br>DATE FILED: NOT FILED | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: RESIDENTIAL LEASE |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

---

| | | |
|---|---|---|
| BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355 | **$9,518.02**<br>DATE FILED: 5/29/2019 | UNSECURED CREDITOR (H)<br>Disb level: 41 |
| | | ACCT: **1006**<br>COMM: AMERICAN EXPRESS NATIONAL<br>BANK |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 4 |

---

| | | |
|---|---|---|
| ASCEND FEDERAL CREDIT UNION<br>P O BOX 1210<br>TULLAHOMA, TN  37388 | **$12,900.65**<br>DATE FILED: 5/16/2019 | UNSECURED CREDITOR (H)<br>Disb level: 41 |
| | | ACCT: **6580**<br>COMM: CREDIT CARD VISA |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 2 |

PAGE 3 - CHAPTER 13 CASE NO. **19-02693-CW3-13**

| | | |
|---|---|---|
| BANK OF AMERICA | **$0.00** | UNSECURED CREDITOR (H) |
| P O BOX 982238 | DATE FILED: NOT FILED | Disb level: 41 |
| EL PASO, TX  79998 | | |
| | | ACCT: |
| | | COMM: CREDIT CARD |
| | TRUSTEE'S CLAIM NO: 9 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| CAPITAL ONE BANK USA NA | **$9,906.18** | UNSECURED CREDITOR (H) |
| BY AMERICAN INFOSOURCE AS AGENT | DATE FILED: 6/5/2019 | Disb level: 41 |
| P O BOX 71083 | | |
| CHARLOTTE, NC  28272 | | ACCT: **1267** |
| | | COMM: |
| | TRUSTEE'S CLAIM NO: 10 | COURT'S CLAIM# 5 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| CHASE CARD | **$0.00** | NOTICE ONLY (N) |
| P O BOX 15298 | DATE FILED: NOT FILED | Disb level: 0 |
| WILMINGTON, DE  19850-5298 | | |
| | | ACCT: |
| | | COMM: |
| | TRUSTEE'S CLAIM NO: 11 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **.00 %** | |

| | | |
|---|---|---|
| US ATTORNEY GENERAL | **$0.00** | NOTICE ONLY (N) |
| US DEPT OF JUSTICE | DATE FILED: NOT FILED | Disb level: 0 |
| 950 PENNSYLVANIA AVE | | |
| WASHINGTON, DC  20530 | | ACCT: |
| | | COMM: |
| | TRUSTEE'S CLAIM NO: 12 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **.00 %** | |

| | | |
|---|---|---|
| UNITED STATES TREASURY | **$0.00** | UNSECURED CREDITOR (H) |
| P O BOX 7317 | DATE FILED: 7/17/2019 | Disb level: 41 |
| PHILADELPHIA, PA  19101-7317 | | |
| | | ACCT: **2065** |
| | | COMM: 2015 INCOME TAX AMENDED |
| | TRUSTEE'S CLAIM NO: 13 | COURT'S CLAIM# 1 |
| | PERCENT ALLOWED: **100.00 %** | |

PAGE 4 - CHAPTER 13 CASE NO. **19-02693-CW3-13**

| | | |
|---|---|---|
| ASCEND FEDERAL CREDIT UNION<br>P O BOX 1210<br>TULLAHOMA, TN  37388 | **$5,000.00**<br>DATE FILED: 5/16/2019 | UNSECURED/MODIFIED (M)<br>Disb level: 31 |
| | | ACCT: **8090**<br>COMM: VISA |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **100.00 % + 9.50%** | COURT'S CLAIM# 3 |

| | | |
|---|---|---|
| BANCORPSOUTH BANK<br>P O BOX 4360<br>TUPELO, MS  38803 | **$0.00**<br>DATE FILED: 6/6/2019 | MTG-PRE-PETITION ARREARS (E)<br>Disb level: 0 |
| | | ACCT:<br>COMM: NO PAYMENTS TO BE MADE ON<br>PRE-PETITION ARREARS  /0/ |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 6 |

| | | |
|---|---|---|
| BANCORPSOUTH BANK<br>P O BOX 4360<br>TUPELO, MS  38803 | **$825.00**<br>DATE FILED: 6/6/2019 | MTG-GAP PYMTS (POST PET/PRE<br>Disb level: 22 |
| | | ACCT:<br>COMM: MAY 2019-JULY 2019 |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 6 |

| | | |
|---|---|---|
| BANCORPSOUTH BANK<br>P O BOX 4360<br>TUPELO, MS  38803 | **$1,023.40**<br>DATE FILED: 9/5/2019 | MTG-FEES, COSTS & EXPENSES<br>Disb level: 22 |
| | | ACCT: **5759**<br>COMM: ATTORNEY FEES |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 6 |

| | |
|---|---|
| TOTAL | $56,850.25 |

The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

TNJudicial.Complaint.28ff    Consumers Real Estate Deed Fraud & APA Financial Exploitation (RICO)    DOC.003 | Page 270 of 508

PAGE 5 - CHAPTER 13 CASE NO. **19-02693-CW3-13**

11/22/19                    DT
DATE                     INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc: HENRY E. HILDEBRAND, III
    FAWN          FENTON
    BRENTWOOD, TN  37027

ROTHSCHILD AND AUSBROOKS PLLC
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN  37212

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1270.00

TNJudicial.org/e/airl002.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC_003 | Page 271 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9;  PageID.241    Filed 10/13/23    Page 18 of 91

## United States Bankruptcy Court
### Middle District of Tennessee

In re  **Fawn** ███ **Fenton** _____        Case No.   **3:19-bk-02693** _____

_____ Debtor(s)        Chapter    **7** _____

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on ___, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  **December  5, 2019** _____        Signature  **/s/ Fawn** ███ **Fenton** _____
                                                         **Fawn** ███ **Fenton**
                                                         Debtor

Attorney  **/s/ Mary Beth Ausbrooks** _____
          **Mary Beth Ausbrooks**

**Rothschild & Ausbrooks PLLC**
**1222 16th Avenue South, Suite 12**
**Nashville, TN 37212-2926**
**(615) 242-3996**
**Fax: (615) 242-2003**
**notice@rothschildbklaw.com**

TNJudicial.Case 1:23-cv-01097-PLM-RSK Doc. #1-9 Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC. 003 Page 272 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.242    Filed 10/13/23    Page 19 of 91

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)*  **3:19-bk-02693**

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|   |   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Fawn**<br>First name<br><br>█████<br>Middle name<br><br>**Fenton**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Fawn ████  █████<br>Fawn ████ | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2065 | |

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1272.00

TN Judicial Conduct in re 23rd- Domaine R. Real Estate Deed Fraud & ABA Financial Exploitation (RICO)          DOC-003 | Page 273 of 508

Case 1:23-cv-01097-PLM-RSK      ECF No. 1-9, PageID.243     Filed 10/13/23     Page 20 of 91

| Debtor 1 | **Fawn** ▉▉ **Fenton** | | Case number *(if known)* | **3:19-bk-02693** |
| --- | --- | --- | --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

▉▉▉▉▉▉
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

**Davidson**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Fawn** ▆▆▆ **Fenton** | Case number *(if known)* | **3:19-bk-02693** |
|---|---|---|---|

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ▆ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ▆ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ▆ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ▆ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☐ No.    Go to line 12.
- ▆ Yes.    Has your landlord obtained an eviction judgment against you?

  - ▆ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document    Page 3 of 52

TNJudicial.org/cdf100.pdf — Conspiracy Real Estate Deed Fraud & ABA Financial Exploitation (RICO)   DOC-003 Page 275 of 508

Case 1:28-cv-01097-PLM-RSK      ECF No. 1-9; PageID.243      Filed 10/13/23      Page 22 of 91

Debtor 1  **Fawn** ▮▮▮▮ **Fenton**                                         Case number *(if known)*   **3:19-bk-02693**

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ **No.**  Go to Part 4.

☐ **Yes.**  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ **No.**  I am not filing under Chapter 11.

☐ **No.**  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ **No.**

☐ **Yes.**  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

---

FRBP Violated: #3:19-bk-02693            TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)            JRF.003.1275.00

Debtor 1   **Fawn ▊▊▊▊ Fenton**                     Case number *(if known)*   **3:19-bk-02693**

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 3:19-bk-02693   Doc 75   Filed 12/05/19   Entered 12/05/19 11:41:48   Desc Main
Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   Document   Page 5 of 52   page 5

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02509-COA-R3-CV (WILCO: 48419B)     JRF.003.1276.00

Debtor 1  **Fawn   Fenton**                        Case number *(if known)*  **3:19-bk-02693**

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7 | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Fawn     Fenton**                          _____
**Fawn      Fenton**                             Signature of Debtor 2
Signature of Debtor 1

Executed on  **December 5, 2019**               Executed on _____
           MM / DD / YYYY                                  MM / DD / YYYY

Debtor 1   **Fawn** ▓▓▓▓ **Fenton** _____   Case number *(if known)*   **3:19-bk-02693**

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Mary Beth Ausbrooks** _____      Date    **December 5, 2019**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Mary Beth Ausbrooks**
Printed name

**Rothschild & Ausbrooks PLLC**
Firm name

**1222 16th Avenue South, Suite 12**
**Nashville, TN 37212-2926**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 242-3996** _____      Email address   **notice@rothschildbklaw.com**

**3463 TN**
Bar number & State

---

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Fawn** | | **Fenton** | |
|---|---|---|---|---|
| | First Name | Middle Name | | Last Name |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number   **3:19-bk-02693**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

#### Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $ **0.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ **30,270.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ **30,270.00** |

#### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **11,672.82** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. | $ **0.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **59,845.46** |
| | **Your total liabilities** | $ **71,518.28** |

#### Part 3:    Summarize Your Income and Expenses

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ **1,291.67** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ **3,055.00** |

#### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 1 of 2

TNJudicial.org/cfe/jrf003.pdf Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC.003 ) Page 280 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-9, PageID.250 Filed 10/13/23 Page 27 of 91

Debtor 1   **Fawn      Fenton**                                    Case number *(if known)*  **3:19-bk-02693**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$   **6,250.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $            0.00 |

TNJudicial.org/v3/drf003.pdf    Consumers Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003.1 Page 281 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9;    PageID.251    Filed 10/13/23    Page 28 of 91

Fill in this information to identify your case and this filing:

| Debtor 1 | **Fawn** ▮▮▮ **Fenton** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number   **3:19-bk-02693**

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1.    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

| 3.1 | Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Prius** | ■ Debtor 1 only | | |
| | Year: **2017** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: **30,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | VIN: ▮▮▮▮ | ☐ Check if this is community property (see instructions) | **$14,500.00** | **$14,500.00** |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................=>

   **$14,500.00**

**Part 3.    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                                  Schedule A/B: Property                                  page 1

| Debtor 1 | **Fawn**     **Fenton** | Case number *(if known)* | **3:19-bk-02693** |

**6. Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ■ Yes. Describe.....

| Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items | **$1,500.00** |

**7. Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☐ No
  ■ Yes. Describe.....

| Cellphone, Laptop, TV, Tablet | **$1,000.00** |

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☐ No
  ■ Yes. Describe.....

| Breyer Horses | **$900.00** |

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ■ No
  ☐ Yes. Describe.....

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ☐ No
  ■ Yes. Describe.....

| AR15, FN-FAL, Glock 23, Rugger SP101 | **$2,700.00** |

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes. Describe.....

| Clothing/Shoes/Purse | **$500.00** |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes. Describe.....

| Wedding Ring $1500 and Costume jewelry | **$1,500.00** |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes. Describe.....

---

Official Form 106A/B      Schedule A/B: Property      page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Fawn ▓▓▓ Fenton | | Case number *(if known)* | 3:19-bk-02693 |
|---|---|---|---|---|

| Dog, 2 Bunnies, Fish | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes. Give specific information.....

| Items in storage<br>Books, Luggage, Pet Supplies, Christmas Decorations | $1,000.00 |
|---|---|

| 2 Aquarium located at ▓▓▓▓▓▓▓ | $500.00 |
|---|---|

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................**

| $9,600.00 |
|---|

---

**Part 4    Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.........................................................................

| | Cash | $200.00 |
|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................    Institution name:

| 17.1. | Checking | First Farmers & Merchants | $5,000.00 |
|---|---|---|---|
| 17.2. | Checking | Ascend Federal CU | $120.00 |
| 17.3. | Savings | First Farmers & Merchants | $850.00 |
| 17.4. | Savings | Ascend Federal CU | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes. Give specific information about them...................
Name of entity:                                    % of ownership:

---

| Official Form 106A/B | Schedule A/B: Property | page 3 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.best case.com    Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1283.00

TNJudicial.org/a/aff003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC 003 Page 284 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-9, PageID.254   Filed 10/13/23   Page 31 of 91

| Debtor 1 | Fawn ___ Fenton | | Case number *(if known)* | 3:19-bk-02693 |
|---|---|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
         Type of account:         Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

Official Form 106A/B          Schedule A/B: Property          page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

TNJudicial.org/a/a/jsf003.pdf        Conspiracy/Real Estate Deed Fraud/ADA Financial Rehabilitation/HUD/DOJ        Page 285 of 508

| Debtor 1 | Fawn ▮▮▮▮ Fenton | Case number *(if known)* | 3:19-bk-02693 |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☑ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ☑ No
- ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................**    $6,170.00

| Part 5 | Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes. Go to line 38.

| Part 6 | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in. |
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

| Part 7 | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here ......................................**    $0.00

---

Official Form 106A/B                 Schedule A/B: Property                 page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693                 TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                 JRF.003.1285.00

| Debtor 1 | Fawn ▓▓ Fenton | | Case number *(if known)* | **3:19-bk-02693** |
|---|---|---|---|---|

| Part 8 | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................................................... | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$14,500.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$9,600.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$6,170.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$30,270.00** | Copy personal property total → **$30,270.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$30,270.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** ▇ | **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number   **3:19-bk-02693**
(if known)

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2017 Toyota Prius 30,000 miles** VIN: ▇ Line from *Schedule A/B*: **3.1** | **$14,500.00** | ■ | **$1,130.00** | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **AR15, FN-FAL, Glock 23, Rugger SP101** Line from *Schedule A/B*: **10.1** | **$2,700.00** | ■ | **$2,700.00** | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing/Shoes/Purse** Line from *Schedule A/B*: **11.1** | **$500.00** | ■ | 100% | **Tenn. Code Ann. § 26-2-104** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash** Line from *Schedule A/B*: **16.1** | **$200.00** | ■ | **$200.00** | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: First Farmers & Merchants** Line from *Schedule A/B*: **17.1** | **$5,000.00** | ■ | **$5,000.00** | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document    Page 16 of 52

FRBP Violated: #3:19-bk-02693              TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)              JRF.003.1287.00

| Debtor 1 | **Fawn** ▓▓▓ **Fenton** | | Case number (if known) | **3:19-bk-02693** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Ascend Federal CU**<br>Line from *Schedule A/B*: **17.2** | $120.00 | ■ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Savings: First Farmers & Merchants**<br>Line from *Schedule A/B*: **17.3** | $850.00 | ■ $850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

---

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page 2 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693      TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)      JRF.003.1288.00

TNJudicial.org/clerk/003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (BLOC) — DOC.003 36 page 289 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-3, PageID.259    Filed 10/13/23    Page 36 of 91

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** First Name | **Fenton** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number  **3:19-bk-02693**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1 Toyota Motor Credit Co.** | Describe the property that secures the claim: | $11,672.82 | $14,500.00 | $0.00 |

Creditor's Name

**Attn Officer Manager or Agent**
**PO Box 9013**
**Addison, TX 75001**

Number, Street, City, State & Zip Code

**2017 Toyota Prius 30,000 miles**
VIN: ▇▇▇▇

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PMSI**

Date debt was incurred  **09/15/2016**    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $11,672.82
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $11,672.82

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document      Page 18 of 52

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1289.00

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** ▓▓ **Fenton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number **3:19-bk-02693**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS Insolvency** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Attn: Officer Manager or Agent** | When was the debt incurred? | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

Who incurred the debt? Check one.
■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
                         **Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a  community debt    ☐ Domestic support obligations

**Is the claim subject to offset?**
                         ■ Taxes and certain other debts you owe the government
■ No                     ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                    ☐ Other. Specify _____
                         **Notice**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1 of 5
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          27180          Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1290.00

TNJudicial.org/c/a/irf003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (EUCO)10/13/23 ID6.0938 of 291 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-5, PageID.261 Filed 10/13/23 Page 38 of 91

Debtor 1  **Fawn** ▬▬ **Fenton**              Case number (if known)  **3:19-bk-02693**

| 4.1 | **American InfoSource as agent** | Last 4 digits of account number _____ | **$9,906.18** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 71083**
**Charlotte, NC 28272-1083**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **re: Capital One Bank USA NA**

| 4.2 | **Ascend Federal Credit Union** | Last 4 digits of account number _____ | **$12,900.65** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 1210**
**Tullahoma, TN 37388**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

| 4.3 | **Ascend Federal Credit Union** | Last 4 digits of account number _____ | **$4,212.89** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 1210**
**Tullahoma, TN 37388**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case  3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document      Page 20 of 52

Debtor 1   Fawn [ ] Fenton

Case number (if known)   **3:19-bk-02693**

| 4.4 | **BanCorp South** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 4360**
**Tupelo, MS 38803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **1986 Sunny Side Drive Brentwood, TN 37027 Notice**

---

| 4.5 | **Bank of America** | | | $11,793.22 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 982238**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.6 | **Becket & Lee LLP** | | | $9,518.02 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 3001**
**Malvern, PA 19355-0701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **re: American Express**

---

Debtor 1  **Fawn** ▮ **Fenton**                Case number (if known)   **3:19-bk-02693**

---

**4.7** | **Chase Card** | Last 4 digits of account number _____ | **$0.00**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 15298**
**Wilmington, DE 19850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice**

---

**4.8** | **Specialized Loan Servicing, LLC** | Last 4 digits of account number _____ | **$0.00**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**8742 Lucent Blvd., Suite 300**
**Highlands Ranch, CO 80129**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **1986 Sunny Side Drive Brentwood, TN 37027 Notice**

---

**4.9** | **Virginia Lee Story** | Last 4 digits of account number _____ | **$11,514.50**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**136 Fourth Ave. South**
**Franklin, TN 37064**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Attorney Fees - Divorce Proceeding**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Case 3:19-bk-02693   Doc 75   Filed 12/05/19   Entered 12/05/19 11:41:48   Desc Main
Document   Page 22 of 52

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1293.00

| Debtor 1 | Fawn ████ Fenton | | Case number (if known) | **3:19-bk-02693** |
|---|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **IRS Insolvency**<br>**801 Broadway Room 285**<br>**MDP 146**<br>**Nashville, TN 37203** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue**<br>**Washington, DC 20530** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 59,845.46 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 59,845.46 |

TNJudicial.org/clerk/f003281 — Consumer & Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DPO.003.IP.page1295 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.265    Filed 10/13/23    Page 42 of 91

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Fawn**  ▇▇▇  **Fenton** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | 3:19-bk-02693 |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  ▇▇▇<br>**c/o Brookside Properties, Inc.**<br>**2002 Richard Jones Road, Suite 200-C**<br>**Nashville, TN 37215** | **Assume Residential Lease**<br>**Ends 08/2020** |

Official Form 106G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document    Page 24 of 52

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1295.00

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Fawn** ▮▮▮▮ **Fenton** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | 3:19-bk-02693 | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** Name | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| Number    Street <br> City         State         ZIP Code | |
| **3.2** Name | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| Number    Street <br> City         State         ZIP Code | |

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document        Page 25 of 52

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** |
| Debtor 2 (Spouse, if filing) | | |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number **3:19-bk-02693** (If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed ■ Not employed | ☐ Employed ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | | |
| | **Employer's name** | | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1297.00

TNJudicial.org/s/srjf003.pdf — Conspiracy, Real Estate Deed Fraud, ADA Financial Exploitation (B-1210)    page 45 of 298 of 508

| Debtor 1 | Fawn ▓▓▓ Fenton | | Case number (if known) | 3:19-bk-02693 |
|---|---|---|---|---|

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 1,191.67 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Anticipated Food Stamps | 8f. | $ 100.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,291.67 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,291.67 + $ N/A = | $ 1,291.67 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | 11. | +$ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. | $ 1,291.67 | Combined monthly income |
| 13. | Do you expect an increase or decrease within the year after you file this form? | | | |

☐ No.
☐ Yes. Explain: Debtor was let go from her prior employer and received severance through September 30, 2019. She has applied for unemployment and is looking for a new job. Anticipated income is listed on Schedule I.

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1298.00

TNJudicial.org/c/c/jrf003.pdf     Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (BIFO)     DOC 003 Page 299 of 508

Case 1:23-cv-01097-PLM-RSK     ECF No. 1-3, PageID.269     Filed 10/13/23     Page 46 of 91

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Fawn** ▮ **Fenton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | **3:19-bk-02693** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

    MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and    ☐ Yes. Fill out this information for
    Debtor 2.                            each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,229.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 15.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document    Page 28 of 52

| Debtor 1 | **Fawn** ▌ **Fenton** | Case number (if known) | **3:19-bk-02693** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 90.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 100.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 89.00 |
| 10. | **Personal care products and services** | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 25.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 170.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 300.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: **Storage** | 17c. | $ | 127.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Pet Supplies - 1 Dog & 2 Bunnies & Fish** | 21. | +$ | 200.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,055.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,055.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 1,291.67 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,055.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,763.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. | Explain here: **Health Insurance through prior employer ended on September 30, 2019. She is unsure how much her medical expenses will be moving forward.** |

**Fill in this information to identify your case:**

Debtor 1   **Fawn** ▮▮▮ **Fenton**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number   **3:19-bk-02693**
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Fawn** ▮▮ **Fenton**                    X _____
  **Fawn** ▮▮ **Fenton**                             Signature of Debtor 2
  Signature of Debtor 1

Date   **December 5, 2019** _____   Date _____

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1301.00

TNJudicial.org/data/rf0033if - Data: RS Real Estate Deed Fraud & ADA Financial Exploitation (BK) 10/13/23 — DPQ 003.13 Page 302 of 508

Case 1:23-cv-01097-PLM-RSK   EC No. 1-9, PageID.272   Filed 10/13/23   Page 49 of 91

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Fawn** | **Fenton** | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number   **3:19-bk-02693**
(if known)

☐ Check if this is an
   amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as *complete* and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1986 Sunny Side Drive Brentwood, TN 37027** | From-To: **May 2011 - April 2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $60,625.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                        JRF.003.1302.00

| Debtor 1 | **Fawn** ▆▆▆ **Fenton** | | Case number (*if known*) | **3:19-bk-02693** |

| | **Debtor 1** Sources of income Check all that apply. | **Gross income** (before deductions and exclusions) | **Debtor 2** Sources of income Check all that apply. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips □ Operating a business | $93,108.00 | □ Wages, commissions, bonuses, tips □ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips □ Operating a business | $93,677.00 | □ Wages, commissions, bonuses, tips □ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   □ Yes. Fill in the details.

| **Debtor 1** Sources of income Describe below. | **Gross income from each source** (before deductions and exclusions) | **Debtor 2** Sources of income Describe below. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   □ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   □ No.  Go to line 7.
   □ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.  Go to line 7.
   □ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1303.00

TNJudicial.org/cfs/jrf003.pdf   Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)   DOC-003-Page 304 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-9, PageID.274   Filed 10/13/23   Page 51 of 91

| Debtor 1 | Fawn ████ Fenton | | Case number (if known) | 3:19-bk-02693 |
| --- | --- | --- | --- | --- |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   | --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   | --- | --- | --- | --- | --- |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   | --- | --- | --- | --- |
   | Fawn Fenton vs. Jeffrey Fenton | Divorce Proceeding | Williamson County Chancery Court Judicial Center 135 4th Avenue South Franklin, TN 37064 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property | Date | Value of the property |
    | --- | --- | --- | --- |
    | | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    | --- | --- | --- | --- |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693            TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)            JRF.003.1304.00

Debtor 1    **Fawn** ~~████~~ **Fenton**      Case number *(if known)*   **3:19-bk-02693**

---

### Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ☐ No
    - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **Walden's Puddle Wildlife Rehab**<br>**PO Box 641**<br>**Joelton, TN 37080** | **$25.00 Monthly** | **2016 - Present** | **$250.00** |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DebtorCC, Inc.** | **Credit Counseling** | **04/01/2019** | **$15.00** |
| **Debtor** | | | |
| **Rothschild & Ausbrooks PLLC**<br>**1222 16th Avenue South, Suite 12**<br>**Nashville, TN 37212-2926**<br>**notice@rothschildbklaw.com**<br>**Debtor** | **Attorney Fees** | **10/15/19** | **$1,000.00** |

---

Debtor 1   **Fawn** ▇ **Fenton**                                          Case number (*if known*)   **3:19-bk-02693**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, If Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Rothschild & Ausbrooks PLLC**<br>**1222 16th Avenue South, Suite 12**<br>**Nashville, TN 37212-2926**<br>notice@rothschildbklaw.com<br>**Chapter 13 Trustee** | **Attorney Fees** | **Paid through Chapter 13** | **$2,310.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jeffrey Fenton**<br>**1986 Sunny Side Drive**<br>**Brentwood, TN 37027** | **2003 Buick LeSabre** | **None** | **January 2019** |
| **Greg Golden**<br>**101 Creekside Xing, #170195**<br>**Brentwood, TN 37027**<br><br>**None** | **324,360.00 Sale Price**<br>**1986 Sunnyside Drive**<br>**Brentwood, TN** | **$324,360.00 Sale Price**<br>**Pursuant to Divorce**<br>**Proceeding** | **10/29/2019** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Case 3:19-bk-02693   Doc 75   Filed 12/05/19   Entered 12/05/19 11:41:48   Desc Main
Document   Page 35 of 54

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1306.00

TNJudicial.org/s/sfrf003291 — Consumer Real Estate Deed Fraud 9, AID Financial 277 abitation Filed 10/13/23 — Page 54 of 307 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-9, PageID.277   Filed 10/13/23   Page 54 of 91

| Debtor 1  Fawn ▇ Fenton | Case number *(if known)*  **3:19-bk-02693** |
|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☐ No
   ■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|
| **Mallory Station Storage**<br>**309 Mallory Station Rd**<br>**Franklin, TN 37067** | **Fawn ▇ Fenton**<br>**Brentwood, TN 37027** | Books, Luggage, Pet<br>Supplies, Christmas<br>decorations | ☐ No<br>■ Yes |

**Part 9:   Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City and ZIP<br>Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

Debtor 1   **Fawn** ▓▓▓▓ **Fenton**                                           Case number *(if known)*  **3:19-bk-02693**

---

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | **Address** (Number, Street, City, State and ZIP Code) | | |

---

<s>Part 11:</s>  **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

    ☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

    ☐ **A partner in a partnership**

    ☐ **An officer, director, or managing executive of a corporation**

    ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

    ■ **No. None of the above applies. Go to Part 12.**

    ☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ **No**
    ☐ **Yes. Fill in the details below.**

| Name | Date Issued |
|---|---|
| Address | |
| (Number, Street, City, State and ZIP Code) | |

---

<s>Part 12:</s>  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Fawn** ▓▓▓▓ **Fenton**                                             _____
**Fawn** ▓▓▓ **Fenton**                                                    Signature of Debtor 2
**Signature of Debtor 1**

Date  **December 5, 2019**                                               Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1308.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | 3:19-bk-02693 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Toyota Motor Credit Co.**<br><br>Description of property securing debt: **2017 Toyota Prius 30,000 miles VIN:** ▉ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: ▉ | ☐ No<br><br>■ Yes |
| Description of leased Property: **Assume Residential Lease Ends 08/2020** | |

Case 3:19-bk-02693     Doc 75     Filed 12/05/19     Entered 12/05/19 11:41:48     Desc Main
Document     Page 38 of 52

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1309.00

Debtor 1    **Fawn ▮▮▮▮ Fenton** _____    Case number (*if known*)    **3:19-bk-02693**

▮▮▮▮ **Sign Below** _____

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X   **/s/ Fawn ▮▮▮ Fenton** _____    X   _____
    **Fawn ▮▮▮▮ Fenton**                          Signature of Debtor 2
    Signature of Debtor 1

    Date    **December 5, 2019** _____    Date   _____

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 1:23-cv-01097-PLM-RSK ECF No. 1-9, PageID.281 Filed 10/13/23 Page 58 of 91

TNJudicial.org /a/a/jsf003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Fee Arbitration (RICO) Page 311 of 508

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1** Fawn [redacted] Fenton | ☐ 1. There is no presumption of abuse |
| **Debtor 2** (Spouse, if filing) | ■ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Middle District of Tennessee | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number 3:19-bk-02693 (if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ■ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 6,250.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document    Page 40 of 52

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1311.00

Debtor 1 **Fawn** ▮ **Fenton**    Case number (*if known*) **3:19-bk-02693**

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......... $ 0.00

For your spouse .......... $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 6,250.00  +  $ 0.00  =  $ 6,250.00    Total current monthly income

**Part 2:** Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11    Copy line 11 here=>   $ 6,250.00

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form    12b. $ 75,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **TN**

Fill in the number of people in your household.    **1**

Fill in the median family income for your state and size of household.    13. $ 47,214.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☑ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Fawn ▮ Fenton

Fawn ▮ Fenton
Signature of Debtor 1

Date **December 5, 2019**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main Document    Page 41 of 52

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1312.00

| Debtor 1 | **Fawn ▬▬▬ Fenton** | | Case number (*if known*) | **3:19-bk-02693** |
|---|---|---|---|---|

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document    Page 42 of 52

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.003.1313.00

TNJudicial.org Case 1:23-cv-01097-PLM-RSK Consspiracy Real Estate Deed Fraud & ADA Financial Exploitation (BLCO) Doc. 003.1 Page 314 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-9, PageID.264   Filed 10/13/23   Page 61 of 91

Debtor 1   **Fawn** ▮▮▮▮ **Fenton**                                    Case number (*if known*)   **3:19-bk-02693**

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2018** to **03/31/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Adkisson & Associates (Ended 9.30.19)**
Constant income of **$6,250.00** per month.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Case 3:19-bk-02693   Doc 75   Filed 12/05/19   Entered 12/05/19 11:41:48   Desc Main Document   Page 44 of 52

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1315.00

TNJudicial.org/sa/srf00323at — Consumer - Real Estate Deed Fraud & ADA-Financial Exploitation [PJO] — DPC_003_67 Page 316 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No: 1-9, PageID.286   Filed 10/13/23   Page 63 of 91

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

TNJudicial.org/e/srf/003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)     DOC. 0036 Page 318 of 508

Case 1:23-cv-01097-PLM-RSK     ECF No. 1-9, PageID.288     Filed 10/13/23     Page 65 of 91

---

> **Warning: File Your Forms on Time**
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1318.00

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Fawn** ████ **Fenton**

Debtor(s)

Case No. **3:19-bk-02693**

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **For the agreed upon fee, Rothschild & Ausbrooks, PLLC has agreed to perform all regular and routine services to be rendered in this Chapter 13/7 proceeding, which include but are not limited to advice rendered to the debtor before and during the pendency of the case concerning the nature and effect of Chapter 13/7 bankruptcy, preparation and filing of statements and schedules, attendance at the meeting of creditors and confirmation hearing, preparation of defense in the event of a motion for relief from stay, preparation of motions by debtor to amend the plan, add creditors, or suspend payments, and preparation and filing of discharge documents. Other services such as dealing with creditors during the life of the plan, submitting requests for payment reports from the trustee, and other regular and routine services not specifically stated herein, are included without additional charge to the debtor).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The debtor has acknowledged that matters may arise in connection with the bankruptcy case which are not included in the regular and routine services to be rendered for the fee quoted. Charges for such additional services will be assessed at our standard hourly rate for the particular attorney working on the case, and shall be in addition to the quoted fee. Debtor has been advised that these charges must be submitted to the Bankruptcy Court for approval. Such services would include, but are not limited to, attendance at depositions or Rule 2004 examinations and other pretrial hearings in regard to objections to confirmation and/or adversary proceedings concerning discharge of debt, research, preparation of briefs, preparation for trial, and court time at trial in such litigated matters.**

TNJudicial one/e/elirf003.pdf — Conspiracy; Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.290    Filed 10/13/23    Page 67 of 91
DOC_003 Page 320 of 508

In re    **Fawn** ███ **Fenton**                    Case No.   **3:19-bk-02693**

                       Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 5, 2019**
*Date*

**/s/ Mary Beth Ausbrooks**
**Mary Beth Ausbrooks**
*Signature of Attorney*
**Rothschild & Ausbrooks PLLC**
**1222 16th Avenue South, Suite 12**
**Nashville, TN 37212-2926**
**(615) 242-3996  Fax: (615) 242-2003**
**notice@rothschildbklaw.com**
*Name of law firm*

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re  **Fawn ▇ Fenton** _____    Case No.   **3:19-bk-02693** _____

                                        Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **December 5, 2019** _____        **/s/ Fawn ▇ Fenton** _____
                                **Fawn ▇ Fenton**
                                Signature of Debtor

FAWN ███████ FENTON

BRENTWOOD TN 37027

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS PLLC
1222 16TH AVENUE SOUTH, SUITE 12
NASHVILLE, TN 37212-2926

AMERICAN INFOSOURCE AS AGENT
ATTN: OFFICER MANAGER OR AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

ASCEND FEDERAL CREDIT UNION
ATTN: OFFICER MANAGER OR AGENT
PO BOX 1210
TULLAHOMA TN 37388

BANCORP SOUTH
ATTN: OFFICER MANAGER OR AGENT
PO BOX 4360
TUPELO MS 38803

BANK OF AMERICA
ATTN: OFFICER MANAGER OR AGENT
PO BOX 982238
EL PASO TX 79998

BECKET & LEE LLP
ATTN: OFFICER MANAGER OR AGENT
PO BOX 3001
MALVERN PA 19355-0701

CHASE CARD
ATTN: OFFICER MANAGER OR AGENT
PO BOX 15298
WILMINGTON DE 19850

IRS INSOLVENCY
ATTN: OFFICER MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS INSOLVENCY
801 BROADWAY ROOM 285
MDP 146
NASHVILLE TN 37203

SPECIALIZED LOAN SERVICING, LLC
ATTN: OFFICER MANAGER OR AGENT
8742 LUCENT BLVD., SUITE 300
HIGHLANDS RANCH CO 80129

TOYOTA MOTOR CREDIT CO.
ATTN OFFICER MANAGER OR AGENT
PO BOX 9013
ADDISON TX 75001

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON DC 20530

███████████
C/O BROOKSIDE PROPERTIES, INC.
2002 RICHARD JONES ROAD, SUITE 200-C
NASHVILLE TN 37215

VIRGINIA LEE STORY
ATTN: OFFICER MANAGER OR AGENT
136 FOURTH AVE. SOUTH
FRANKLIN TN 37064

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Fawn** ▓▓ Fenton |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Tennessee |
| Case number (if known) | **3:19-bk-02693** |

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this Statement:

☐ 1. There is no presumption of abuse.

■ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

## Official Form 122A - 2
## Chapter 7 Means Test Calculation

04/19

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| **Part 1:** | **Determine Your Adjusted Income** |
|---|---|

1. **Copy your total current monthly income.** Copy line 11 from Official Form 122A-1 here=>........ $ __6,250.00__

2. **Did you fill out Column B in Part 1 of Form 122A-1?**
   ☐ No. Fill in $0 for the total on line 3.
   ■ Yes. Is your spouse Filing with you?
      ■ No. Go to line 3.
      ☐ Yes. Fill in $0 the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ■ No. Fill in 0 for the total on line 3.
   ☐ Yes. Fill in the information below:

| State each purpose for which the income was used For example, the income is used to pay your spouse's tax debt or to support other than you or your dependents. | Fill in the amount you are subtracting from your spouse's income |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| **Total.** | $ __0.00__ |

Copy total here=>... - $ __0.00__

4. **Adjust your current monthly income.** Subtract line 3 from line 1.

$ __6,250.00__

| Debtor 1 | **Fawn**    **Fenton** | Case number (*if known*) | **3:19-bk-02693** |
|---|---|---|---|

| **Part 2:** | **Calculate Your Deductions from Your Income** |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted fro your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from in income in lines 5 and 6 of form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the from refers to *you,* it means both you and your spouse if Column B of Form 122A-1 is filled in.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| **1** |
|---|

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ **647.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | $ | **52.00** | | |
|---|---|---|---|---|---|
| 7b. | Number of people who are under 65 | X | **1** | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | **52.00** | Copy here=> | $ **52.00** |

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | $ | **114.00** | | |
|---|---|---|---|---|---|
| 7e. | Number of people who are 65 or older | X | **0** | | |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | $ | **0.00** | Copy here=> | +$ **0.00** |

| 7g. | **Total.** Add line 7c and line 7f. | $ **52.00** | Copy total here=> | $ **52.00** |
|---|---|---|---|---|

TNJudicial.org/adirf002.pdf - Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC_003 | Page 326 of 508

| Debtor 1 | **Fawn** ▬▬ **Fenton** | Case number (*if known*) | **3:19-bk-02693** |
|---|---|---|---|

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

■ Housing and utilities - Insurance and operating expenses
■ Housing and utilities - Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ........................................... $  **490.00**

9.  **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses................................... $  **1,447.00**

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **-NONE-** | $ |

Total average monthly payment   $  **0.00**   Copy here=>   -$  **0.00**   Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0. ........................   $  **1,447.00**   Copy here=>   $  **1,447.00**

10.  **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $  **0.00**

Explain why:

11.  **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

■ 1. Go to line 12.

☐ 2 or more. Go to line 12.

12.  **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.   $  **196.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 76    Filed 12/05/19    Entered 12/05/19 11:43:04    Desc Main
Document    Page 3 of 9

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1326.00

Debtor 1  **Fawn** ▬▬ **Fenton**                          Case number (*if known*)  **3:19-bk-02693**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2017 Toyota Prius 30,000 miles VIN:** ▬▬ |
|---|---|---|

13a. Ownership or leasing costs using IRS Local Standard...........................................  $ **497.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Toyota Motor Credit Co.** | $  **300.00** |

Total Average Monthly Payment  $ **300.00**    Copy here =>  -$ **300.00**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0..........................  $ **197.00**    Copy net Vehicle 1 expense here => $ **197.00**

| Vehicle 2 | Describe Vehicle 2: | |
|---|---|---|

13d. Ownership or leasing costs using IRS Local Standard.................................................  $ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ |

Total Average Monthly Payment  $    Copy here =>  -$ **0.00**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this amount is less than $0, enter $0. .......................  $ **0.00**    Copy net Vehicle 2 expense here => $ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.  $ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.  $ **0.00**

TNJudicial.Case#: 2284 - Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-003-1 Page 328 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.298    Filed 10/13/23    Page 75 of 91

| Debtor 1 | **Fawn** ▌ **Fenton** | | Case number *(if known)* | **3:19-bk-02693** |

---

| | **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. | |
|---|---|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes. ........................................................................... $ **1,654.96**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. ... $ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. .............................................................................................................................................. $ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. ... $ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:

■ as a condition for your job, or

■ for your physically or mentally challenged dependent child if no public education is available for similar services. ... $ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education. .................................................. $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

Payments for health insurance or health savings accounts should be listed only in line 25. ............................... $ **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted. ........... +$ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23. ........................................................................................................... $ **4,683.96**

---

TNJudicial.org/whatifp03.pdf — Consumer Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.299    Filed 10/13/23    Page 76 of 91
DOC-003 Page 329 of 508

| Debtor 1 | **Fawn** **Fenton** | | Case number *(if known)* | **3:19-bk-02693** |
|---|---|---|---|---|

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ | 0.00 |
| Disability insurance | $ | 0.00 |
| Health savings account | + $ | 0.00 |

| Total | $ | 0.00 | Copy total here=> | $ | 0.00 |
|---|---|---|---|---|---|

Do you actually spend this total amount?

☐ No. How much do you actually spend?  
■ Yes                                          $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C.§ 529A(b).          $ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential.          $ 0.00

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.          $ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.          $ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.          $ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).          +$ 25.00

32. **Add all of the additional expense deductions.**          $ 25.00
Add lines 25 through 31.

| Debtor 1 | **Fawn** ▇▇ **Fenton** | Case number *(if known)* | **3:19-bk-02693** |
|---|---|---|---|

---

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | | | Average monthly payment |
|---|---|---|---|---|
| | **Mortgages on your home:** | | | |
| 33a. | Copy line 9b here | => | $ | 0.00 |
| | **Loans on your first two vehicles:** | | | |
| 33b. | Copy line 13b here | => | $ | 300.00 |
| 33c. | Copy line 13e here | => | $ | 0.00 |
| 33d. | List other secured debts: | | | |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | | |
|---|---|---|---|---|
| -NONE- | | ☐ No<br>☐ Yes | $ | |
| | | ☐ No<br>☐ Yes | $ | |
| | | ☐ No<br>☐ Yes | +$ | |

| | | | | Copy total here=> | |
|---|---|---|---|---|---|
| 33e. | Total average monthly payment. Add lines 33a through 33d | $ | 300.00 | $ | 300.00 |

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

   ■ No.   Go to line 35.
   ☐ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| -NONE- | | $ | ÷ 60 = $ | |

| | | | | Copy total here=> | |
|---|---|---|---|---|---|
| | | Total | $ 0.00 | $ | 0.00 |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

   ■ No.   Go to line 36.
   ☐ Yes.  Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

| | | | |
|---|---|---|---|
| Total amount of all past-due priority claims | $ 0.00 | ÷ 60 = $ | 0.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 76    Filed 12/05/19    Entered 12/05/19 11:43:04    Desc Main Document    Page 7 of 9

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1330.00

TNJudicial 001 4plntf 0023.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC-003 Page 331 of 508



| Debtor 1 | **Fawn** ▇▇▇ **Fenton** | | Case number *(if known)* | **3:19-bk-02693** |

**36. Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☐ No.   Go to line 37.

☑ Yes.   Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13    $    **1,190.00**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X    **3.50**

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13    $    **41.65**    Copy total here=>   $    **41.65**

**37. Add all of the deductions for debt payment.**
Add lines 33e through 36.    $    **341.65**

## Total Deductions from Income

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*    $    **4,683.96**

Copy line 32, *All of the additional expense deductions*    $    **25.00**

Copy line 37, *All of the deductions for debt payment*    +$    **341.65**

Total deductions    $    **5,050.61**    Copy total here.........=>   $    **5,050.61**

## Part 3:   Determine Whether There is a Presumption of Abuse

**39. Calculate monthly disposable income for 60 months**

39a. Copy line 4, *adjusted current monthly income*    $    **6,250.00**

39b. Copy line 38, *Total deductions*    - $    **5,050.61**

39c. Monthly disposable income. 11 U.S.C. § 707(b)(2). Subtract line 39b from line 39a    $    **1,199.39**    Copy here=>$    **1,199.39**

For the next 60 months (5 years)    x 60

39d. **Total.** Multiply line 39c by 60    $    **71,963.40**    Copy here=>   $    **71,963.40**

**40. Find out whether there is a presumption of abuse.** Check the box that applies:

☐ **The line 39d is less than $8,175\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☑ **The line 39d is more than $13,650\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Go to Part 5.

☐ **The line 39d is at least $8,175\*, but not more than $13,650\*.** Go to line 41.

\*Subject to adjustment on 4/01/22, and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 76    Filed 12/05/19    Entered 12/05/19 11:43:04    Desc Main Document    Page 8 of 9

| Debtor 1 | **Fawn** ▪▪▪ **Fenton** | Case number (*if known*) | **3:19-bk-02693** |

---

41.  41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out
*A Summary of Your Assets and Liabilities and Certain Statistical Information
Schedules* (Official Form 106Sum), you may refer to line 3b on that form.   41a. $ _____

x   .25

41b. **25% or your total nonpriority unsecured debt. 11 U.S.C. § 707(b)(2)(A)(i)(I)**    $ _____   Copy here=>  $ _____

Multiply line 41a by 0.25...............................................................

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay
25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a
presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

**Part 4:**  **Give Details About Special Circumstances**

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no
reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☐ No. Go to Part 5.

■ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment  for each
item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments
necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income
adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| **Debtor lost job - last paydate 9.30.19** | $   **6,250.00** |
|  | $ |
|  | $ |
|  | $ |

---

**Part 5:**  **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Fawn** ▪▪▪ **Fenton**
**Fawn** ▪▪▪ **Fenton**
Signature of Debtor 1

Date  **December  5, 2019**
MM / DD  / YYYY

---

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1332.00

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** **Fenton** | Social Security number or ITIN | **xxx-xx-2065** |
| | First Name  Middle Name  Last Name | EIN | _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **MIDDLE DISTRICT OF TENNESSEE** | Date case filed in chapter **13** | **4/26/19** |
| Case number: | **3:19-bk-02693** | Date case converted to chapter **7** | **12/6/19** |

## Form 309A Conversion (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Asset

12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Fawn ███ Fenton | |
| 2. | **All other names used in the last 8 years** | ████████ ████████ | |
| 3. | **Address** | ████████<br>Brentwood, TN 37027 | |
| 4. | **Debtor's attorney**<br>Name and address | MARY ELIZABETH AUSBROOKS<br>ROTHSCHILD & AUSBROOKS<br>1222 16TH AVE SO<br>STE 12<br>NASHVILLE, TN 37212-2926 | Contact phone: 615-242-3996<br><br>Email: marybeth@rothschildbklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | JOHN C. MCLEMORE<br>LAW OFFICE OF JOHN C. MCLEMORE, PLLC<br>2000 RICHARD JONES RD., STE. 250<br>NASHVILLE, TN 37215 | Contact phone: 615 383-9495<br><br>Email: None |

**For more information, see page 2 >**

Form 309Alcon (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Asset**  page 1

TNJudicial.org/ce/airf005.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-003 Page 334 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-9, PageID.304   Filed 10/13/23   Page 81 of 91

Debtor **Fawn ▮▮▮▮▮ Fenton**                                           Case number **3:19-bk-02693**

---

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 Broadway Room 170<br>Nashville, TN 37203 | Hours open: 8:00AM–4:00PM<br>Monday–Friday<br><br>Contact phone: 615–736–5584<br><br>Date: 12/6/19 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**Customs House, 701 Broadway, Room 100, Nashville, TN 37203** |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The Presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/6/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Form 309Alcon (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Asset**                                    page **2**

TNJudicial.mg/p/pdirf005.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 003 | Page 335 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.305    Filed 10/13/23    Page 82 of 91

KM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN ████████ FENTON

BRENTWOOD, TN 37027

SSN XXX-XX-2065

CHAPTER 13

CASE NO. 19-02693-CW3-13

CHARLES M WALKER

12/06/2019

### ORDER STOPPING
### PAYROLL DEDUCTION OR DIRECT PAY ORDER

An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **FAWN ████████ FENTON,** by the entity from whom the debtor receives income except upon further order of this court.

xc:

**FAWN ████████ FENTON**
ROTHSCHILD AND AUSBROOKS PLLC
Henry E. Hildebrand
FAWN ████████ FENTON

BRENTWOOD, TN 37027

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                    Case No. 19-02693-CMW
Fawn ████ Fenton                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: jmw0113          Page 1 of 2          Date Rcvd: Dec 06, 2019
                             Form ID: 309Alcon      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.

| | | |
|---|---|---|
| db | +Fawn ████ Fenton, ████████, Brentwood, TN 37027-4628 | |
| aty | JERRY PAUL SPORE, SPRAGINS BARNETT & COBB PLC, PO BOX 2004, JACKSON, TN 38302-2004 | |
| aty | +NATALIE BROWN, RUBIN LUBLIN, LLC, 119 S MAIN ST, SUITE 500, MEMPHIS, TN 38103-3659 | |
| tr | +JOHN C. MCLEMORE, LAW OFFICE OF JOHN C McLEMORE, PLLC, 2000 RICHARD JONES RD., STE. 250, NASHVILLE, TN 37215-2885 | |
| cr | +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch CO 80129-2386 | |
| 7055499 | AMERICAN INFOSOURCE AS AGENT, ATTN: OFFICER MANAGER OR AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 | |
| 7055501 | ++BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360 (address filed with court: BANCORP SOUTH, ATTN: OFFICER MANAGER OR AGENT, PO BOX 4360, TUPELO MS 38803) | |
| 6897905 | +BanCorp South, Attn: Officer Manager or Agent, 914 Murfreesboro Road, Franklin TN 37064-3003 | |
| 6897907 | +Bank of America, NA, Attn: Officer Manager or Agent, 4909 Savarese Circle, Tampa FL 33634-2413 | |
| 6897902 | Mary Beth Ausbrooks, Rothschild & Ausbrooks PLLC, 1222 16th Avenue South, Suite 12, Nashville, TN 37212-2926 | |
| 7055508 | +SPECIALIZED LOAN SERVICING, LLC, ATTN: OFFICER MANAGER OR AGENT, 8742 LUCENT BLVD., SUITE 300, HIGHLANDS RANCH CO 80129-2386 | |
| 6999363 | +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 | |
| 7055509 | +TOYOTA MOTOR CREDIT CO., ATTN OFFICER MANAGER OR AGENT, PO BOX 9013, ADDISON TX 75001-9013 | |
| 6940151 | +Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 | |
| 6897913 | +US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington DC 20530-0009 | |
| 7055512 | +VIRGINIA LEE STORY, ATTN: OFFICER MANAGER OR AGENT, 136 FOURTH AVE. SOUTH, FRANKLIN TN 37064-2622 | |
| 6897914 | +████████ c/o Brookside Properties, Inc., 2002 Richard Jones Road, Suite 200-C, Nashville TN 37215-2963 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| aty | E-mail/Text: marybeth@rothschildbklaw.com Dec 06 2019 23:37:05 MARY ELIZABETH AUSBROOKS, ROTHSCHILD & AUSBROOKS, 1222 16TH AVE SO, STE 12, NASHVILLE, TN 37212-2926 | |
| ust | E-mail/Text: ustpregion08.na.ecf@usdoj.gov Dec 06 2019 23:38:35 US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 | |
| 6897904 | E-mail/Text: bankruptcy@ascendfcu.org Dec 06 2019 23:37:15 Ascend Federal Credit Union, Attn: Officer Manager or Agent, PO Box 1210, Tullahoma TN 37388 | |
| 6911748 | E-mail/Text: bankruptcy@ascendfcu.org Dec 06 2019 23:37:15 Ascend Federal Credit Union, P. O. Box 1210, Tullahoma, TN 37388 | |
| 6897903 | +EDI: AMEREXPR.COM Dec 07 2019 04:23:00 American Express, Attn: Officer Manager or Agent, PO Box 981537, El Paso TX 79998-1537 | |
| 6919358 | EDI: BECKLEE.COM Dec 07 2019 04:23:00 American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 | |
| 6897906 | EDI: BANKAMER.COM Dec 07 2019 04:23:00 Bank of America, Attn: Officer Manager or Agent, PO Box 982238, El Paso TX 79998 | |
| 7055503 | EDI: BL-BECKET.COM Dec 07 2019 04:23:00 BECKET & LEE LLP, ATTN: OFFICER MANAGER OR AGENT, PO BOX 3001, MALVERN PA 19355-0701 | |
| 6941837 | EDI: BANKAMER.COM Dec 07 2019 04:23:00 Bank of America, N.A., PO Box 31785, Tampa FL 33631-3785 | |
| 6924463 | EDI: CAPITALONE.COM Dec 07 2019 04:23:00 Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 | |
| 6897908 | EDI: CAPITALONE.COM Dec 07 2019 04:23:00 Capital One Bank USA NA, Attn: Officer Manager or Agent, PO Box 30281, Salt Lake City UT 84130-0281 | |
| 6897909 | +EDI: CHASE.COM Dec 07 2019 04:23:00 Chase Card, Attn: Officer Manager or Agent, PO Box 15298, Wilmington DE 19850-5298 | |
| 6897911 | +EDI: IRS.COM Dec 07 2019 04:23:00 IRS Insolvency, 801 Broadway Room 285, MDP 146, Nashville TN 37203-3811 | |
| 6897912 | EDI: TFSR.COM Dec 07 2019 04:23:00 Toyota Motor Credit Co., Attn Officer Manager or Agent, 5005 N River Blvd. NE, Cedar Rapids IA 52411-6634 | |

TOTAL: 14

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | | |
|---|---|---|
| cr* | ++BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360 (address filed with court: BANCORPSOUTH BANK, P.O. BOX 4360, TUPELO, MS 38803-4360) | |
| 7055500* | ++ASCEND FEDERAL CREDIT UNION, P O BOX 1210, TULLAHOMA TN 37388-1210 (address filed with court: ASCEND FEDERAL CREDIT UNION, ATTN: OFFICER MANAGER OR AGENT, PO BOX 1210, TULLAHOMA TN 37388) | |
| 6925939* | ++BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360 (address filed with court: BancorpSouth Bank, P.O. Box 4360, Tupelo, MS 38803) | |
| 7055502* | ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: BANK OF AMERICA, ATTN: OFFICER MANAGER OR AGENT, PO BOX 982238, EL PASO TX 79998) | |
| 7055504* | +CHASE CARD, ATTN: OFFICER MANAGER OR AGENT, PO BOX 15298, WILMINGTON DE 19850-5298 | |

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1336.00

TNJudicial.Case.1001.2184    Admin. RE: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 Page 337 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.507    Filed 10/13/23    Page 84 of 91

District/off: 0650-3        User: jmw0113        Page 2 of 2        Date Rcvd: Dec 06, 2019
                           Form ID: 309Alcon     Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
6897901*      +Fawn ███████ Fenton,            ███████ Brentwood TN 37027-4628
7055505*       IRS INSOLVENCY,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 7346,   PHILADELPHIA PA 19101-7346
7055506*      +IRS INSOLVENCY,   801 BROADWAY ROOM 285,   MDP 146,   NASHVILLE TN 37203-3811
7055507*      +IRS INSOLVENCY,   801 BROADWAY ROOM 285,   MDP 146,   NASHVILLE TN 37203-3811
6897910*       IRS Insolvency,   Attn: Officer Manager or Agent,   PO Box 7346,   Philadelphia PA 19101-7346
7055510*      +US ATTORNEY GENERAL,   US DEPARTMENT OF JUSTICE,   950 PENNSYLVANIA AVENUE,
               WASHINGTON DC 20530-0009
7055511*      +███████   C/O BROOKSIDE PROPERTIES, INC.,   2002 RICHARD JONES ROAD, SUITE 200-C,
               NASHVILLE TN 37215-2963
                                                                      TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
        HENRY EDWARD HILDEBRAND, III   hhecf@ch13nsh.com
        JERRY PAUL SPORE   on behalf of Creditor   BANCORPSOUTH BANK jpspore@spraginslaw.com,
        wanda@spraginslaw.com
        JOHN C. MCLEMORE   gmyecfkr@gmylaw.com,   jcm@trustesolutions.com;jcm@trustesolutions.net
        MARY ELIZABETH AUSBROOKS   on behalf of Debtor Fawn ███████ Fenton marybeth@rothschildbklaw.com,
        rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
        NATALIE BROWN   on behalf of Creditor   BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
        lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
        f.courtdrive.com;rmoss@rlselaw.com
        US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                      TOTAL: 6

DOC.003 Page 338 of 508

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Fawn** ▮ **Fenton** | Social Security number or ITIN  xxx–xx–2065 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **MIDDLE DISTRICT OF TENNESSEE** | | Date case filed in chapter **13**     **4/26/19** |
| Case number:   **3:19–bk–02693** | | Date case converted to chapter **7**     **12/6/19** |

## Form 309A Conversion (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Asset                 12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Fawn ▮ Fenton | |
| 2. | All other names used in the last 8 years | ▮▮▮▮▮ | |
| 3. | Address | Brentwood, TN 37027 | |
| 4. | Debtor's attorney<br>Name and address | MARY ELIZABETH AUSBROOKS<br>ROTHSCHILD & AUSBROOKS<br>1222 16TH AVE SO<br>STE 12<br>NASHVILLE, TN 37212–2926 | Contact phone: 615–242–3996<br>Email: marybeth@rothschildbklaw.com |
| 5. | Bankruptcy trustee<br>Name and address | JOHN C. MCLEMORE<br>LAW OFFICE OF JOHN C. McLEMORE, PLLC<br>2000 RICHARD JONES RD., STE. 250<br>NASHVILLE, TN 37215 | Contact phone: 615 383–9495<br>Email: None |

Form 309Alcon (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Asset**

**For more information, see page 2 >**
page 1

---

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1338.00

Debtor **Fawn** ███ **Fenton**                                    Case number **3:19-bk-02693**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 Broadway Room 170<br>Nashville, TN 37203 | Hours open: 8:00AM–4:00PM<br>Monday–Friday<br><br>Contact phone: 615–736–5584<br><br>Date: 12/6/19 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**Customs House, 701 Broadway, Room 100, Nashville, TN 37203** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The Presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/6/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Form 309Alcon (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Asset**                                    page 2

TNJudicial.com/cdcairf4093tu — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)          DOC: 003 | Page 340 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.872    Filed 10/13/23    Page 87 of 91

Charles M. Walker
U.S. Bankruptcy Judge
        Dated: 12/9/2019

KM

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:                                    CHAPTER 13

FAWN ███████ FENTON            CASE NO. 19-02693-CW3-13
                                          CHARLES M WALKER
BRENTWOOD, TN 37027

SSN XXX-XX-2065                           12/06/2019

**ORDER STOPPING
PAYROLL DEDUCTION OR DIRECT PAY ORDER**

     An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

     IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **FAWN ███████ FENTON,** by the entity from whom the debtor receives income except upon further order of this court.

xc:                                       THIS ORDER WAS SIGNED AND ENTERED
                                          ELECTRONICALLY AS INDICATED AT THE
**FAWN ███████ FENTON**             TOP OF THE FIRST PAGE.

ROTHSCHILD AND AUSBROOKS PLLC
Henry E. Hildebrand
FAWN TIFFANY FENTON
102 PLUM NELLY CIRCLE
BRENTWOOD, TN 37027

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/car1992.pdf — Consumer Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003.1 Page 341 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-9, PageID.311    Filed 10/13/23    Page 88 of 91

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                      Case No. 19-02693-CMW
Fawn ████ Fenton                                            Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: slw0703        Page 1 of 1          Date Rcvd: Dec 09, 2019
                           Form ID: pdf001       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db          +Fawn ████████ Fenton, ███████████████    Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
          JERRY PAUL SPORE    on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
          wanda@spraginslaw.com
          JOHN C. MCLEMORE    gmyecfkr@gmylaw.com,    jcm@trustesolutions.com;jcm@trustesolutions.net
          MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          NATALIE BROWN    on behalf of Creditor    BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
          f.courtdrive.com;rmoss@rlselaw.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

                                                          TOTAL: 5

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1341.00

TNJudicial.co... Case 1:23-cv-01097-PLM-RSK ECF No. 1-3, PageID.372 Filed 10/13/23 Page 89 of 91 ... DOC .003 . Page 342 of 508

TNJudicial.co... Ponzi & Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/9/2019

KM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    CHAPTER 13

FAWN ███████ FENTON                       CASE NO. 19-02693-CW3-13

BRENTWOOD, TN 37027                       CHARLES M WALKER

SSN XXX-XX-2065                           12/06/2019

### ORDER STOPPING
### PAYROLL DEDUCTION OR DIRECT PAY ORDER

An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **FAWN TIFFANY FENTON**, by the entity from whom the debtor receives income except upon further order of this court.

xc:                                       THIS ORDER WAS SIGNED AND ENTERED
                                          ELECTRONICALLY AS INDICATED AT THE
                                          TOP OF THE FIRST PAGE.

**FAWN ██████████ FENTON**
ROTHSCHILD AND AUSBROOKS PLLC
Henry E. Hildebrand
FAWN ███████ FENTON
BRENTWOOD, TN 37027

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1342.00

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE TENNESSEE DIVISION**

In re:                                                      Case No. 19-02693-CW3-13

    FAWN ████ FENTON

        Debtor(s)

---

### Chapter 13 Trustee's Final Report and Account

    Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on <u>04/26/2019</u>.

2)  The plan was confirmed on <u>07/30/2019</u>.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5)  The case was converted on <u>12/06/2019</u>.

6)  Number of months from filing to last payment: <u>5</u>.

7)  Number of months case was pending: <u>8</u>.

8)  Total value of assets abandoned by court order: <u>NA</u>.

9)  Total value of assets exempted: <u>$10,500,00</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

Case 3:19-bk-02693   Doc 83   Filed 01/03/20   Entered 01/03/20 08:20:31   Desc
Page 1 of 3

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,783.00 |
| Less amount refunded to debtor | $33.75 |

**NET RECEIPTS:** $6,749.25

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,386.94 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $236.09 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,933.03

Attorney fees paid and disclosed by debtor: $0.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1305 CLAIM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ASCEND FEDERAL CREDIT UNION | Unsecured | 17,811.23 | 12,900.65 | 12,900.65 | 0.00 | 0.00 |
| ASCEND FEDERAL CREDIT UNION | Unsecured | NA | 5,000.00 | 5,000.00 | 787.11 | 73.77 |
| BANCORPSOUTH BANK | Secured | NA | 54,863.24 | 825.00 | 825.00 | 0.00 |
| BANCORPSOUTH BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| BANCORPSOUTH BANK | Secured | NA | 0.00 | 825.00 | 825.00 | 0.00 |
| BANCORPSOUTH BANK | Secured | NA | 1,023.40 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 11,793.22 | NA | NA | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 9,518.02 | 9,518.02 | 9,518.02 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 9,818.83 | 9,906.18 | 9,906.18 | 0.00 | 0.00 |
| CHASE CARD | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | NA | 240,727.38 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 12,600.00 | 12,600.00 | 12,600.00 | 927.18 | 378.16 |
| UNITED STATES TREASURY | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**     **Case No.   19-02693**