In re:                                                    Case No. 19-02693-CMW
Fawn ███████ Fenton                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: slw0703        Page 1 of 1        Date Rcvd: Feb 28, 2020
                           Form ID: pdf001      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db         +Fawn ███████ Fenton,    ████████████████    Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
            JERRY PAUL SPORE    on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
            wanda@spraginslaw.com
            JOHN C. MCLEMORE    gmyecfkr@gmylaw.com,    jcm@trustesolutions.com;jcm@trustesolutions.net
            JOHN C. MCLEMORE    on behalf of Trustee JOHN C. MCLEMORE gmyecfkr@gmylaw.com,
            jcm@trustesolutions.com;jcm@trustesolutions.net
            MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ███████ Fenton marybeth@rothschildbklaw.com,
            rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
            NATALIE BROWN    on behalf of Creditor    BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
            lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
            f.courtdrive.com;rmoss@rlselaw.com
            PAUL JOSEPH SPINA, III    on behalf of Creditor    Toyota Motor Credit Corporation
            pspina@spinalavelle.com
            SHEARON WEEMS HALES    on behalf of Creditor    Ascend Federal Credit Union shales@ascendfcu.org,
            bankruptcy@ascendfcu.org
            US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                          TOTAL: 8

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1416.00

Charles M. Walker
U.S. Bankruptcy Judge
    Dated: 2/28/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN████ FENTON    )  CHAPTER: 7
SSN: XXX-XX-2065     )  CASE NO.: 19-02693
            )  JUDGE: WALKER
████████████████████ )
BRENTWOOD, TN 37027   )
            )
Debtor         )

### ORDER GRANTING DEBTOR'S MOTION TO DEFER ENTRY OF DISCHARGE

This matter came before the Court upon the Debtor's Motion to Defer Entry of Discharge to allow time for entering into a reaffirmation agreement with Toyota Motor Corporation. Good cause having been shown, it is hereby ORDERED that the entry of discharge order in the above styled case shall be deferred to March 27, 2020.

IT IS SO ORDERED

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Jodie Thresher*
JODIE THRESHER
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
jodie@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| IN RE: | |
|---|---|
| FAWN ▮▮▮ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER TO SELL PROPERTY

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property:

Equity in a 2017 Toyota Prius, VIN ▮▮▮▮▮ for $4,400.00
The Buyer is the Debtor, Fawn ▮ Fenton.

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

### APPROVED FOR ENTRY:

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/3/2020

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN ▮▮ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER TO SELL PROPERTY

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property:

Equity in a 2017 Toyota Prius, VIN ▮▮▮ for $4,400.00
The Buyer is the Debtor, Fawn ▮▮ Fenton.

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/s/a/jrf003.pdf    Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation :: DOJ    DOC.003 Page 420 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.390    Filed 10/13/23    Page 5 of 93

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                   Case No. 19-02693-CMW
Fawn ▮▮▮▮ Fenton                                                          Chapter 7
           Debtor

### CERTIFICATE OF NOTICE

District/off: 0650-3        User: slw0703          Page 1 of 1            Date Rcvd: Mar 03, 2020
                           Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db          +Fawn ▮▮▮▮ Fenton, ▮▮▮▮▮▮▮▮▮▮ Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
    JERRY PAUL SPORE    on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
    wanda@spraginslaw.com
    JOHN C. MCLEMORE    gmyecfkr@gmylaw.com,    jcm@trustesolutions.com;jcm@trustesolutions.net
    JOHN C. MCLEMORE    on behalf of Trustee JOHN C. MCLEMORE gmyecfkr@gmylaw.com,
    jcm@trustesolutions.com;jcm@trustesolutions.net
    MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ▮▮▮▮ Fenton marybeth@rothschildbklaw.com,
    rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
    NATALIE BROWN    on behalf of Creditor    BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
    lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
    f.courtdrive.com;rmoss@rlselaw.com
    PAUL JOSEPH SPINA, III    on behalf of Creditor    Toyota Motor Credit Corporation
    pspina@spinalavelle.com
    SHEARON WEEMS HALES    on behalf of Creditor    Ascend Federal Credit Union shales@ascendfcu.org,
    bankruptcy@ascendfcu.org
    US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                         TOTAL: 8

TNJudicialConduct/injg003.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 | Page 421 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-11, PageID.803   Filed 10/13/23   Page 6 of 93



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/3/2020

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN █████ FENTON<br>xxx-xx-2065<br><br>█████<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER TO SELL PROPERTY

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property:

Equity in a 2017 Toyota Prius, VIN █████████ for $4,400.00
The Buyer is the Debtor, Fawn █████ Fenton.

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FAWN ■■■ FENTON<br>xxx.xx.2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE CHARLES M. WALKER |

## TRUSTEE'S STATEMENT OF SALE

Comes now the Trustee, John C. McLemore, and makes the following statement of the sale of certain personal property of the above estate by a private sale on March 18, 2020. Notice of this sale was provided to all creditors and parties in interest by the Notice of Motion of Trustee to Sell Property and Motion of the Trustee to Sell Property mailed on February 10, 2020 (Dkt. No. 99), and by Order to Sell Property signed and entered on March 3, 2020 (Dkt. No. 107). By signature below, the Trustee hereby certifies that no objections were properly made. The sale was advertised as follows: N/A.

No property was abandoned subsequent to the sale, withdrawn from the sale, missing at the time of the sale, or sold for below its appraised value or reasonable value, except as follows: N/A.

Attached to this statement are documents reflecting the number of bidders, items sold, name of purchaser and amount paid for each item or lot (or for the property as a whole if sold in bulk). Also attached are copies of vouchers or receipts for all claimed expenses. The gross proceeds totaled $4,400.

The following parties have claimed a security interest in the proceeds of the sale:

1st Lienholder: No liens will be paid by the Bankruptcy Estate.

The calculation of compensation allowable under the order of appointment and pursuant to Local Rule 6005-1 is as follows:

| | |
|---|---|
| Auctioneer's Commission:<br>10% Commission for Sale of Real Property & Vehicles | $N/A |
| **TOTAL** | **$N/A** |

Other deductions are as follows (detail each): N/A

Dated: March 19, 2020

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN ███ **FENTON**<br>xxx-xx-2065<br>████████<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### TRUSTEE'S BILL OF SALE

**KNOW ALL MEN BY THESE PRESENTS** that John C. McLemore, as Trustee in Bankruptcy of this estate, party of the first part, for and in consideration of the sum of $4,400.00 to him in hand paid by:

Fawn ███ Fenton

Brentwood, TN 37027

party of the second part, receipt whereof is hereby acknowledged, and notice of this sale having been given and no objection having been made, the party of the first part has bargained and sold and by these presents does hereby grant and convey to the party of the second part, its successors and assigns, all of his right, title and interest in and to the following described property:

### Personal Property Description

Equity in a 2017 Toyota Prius, VIN ██████████████

**TO HAVE AND TO HOLD** the same unto the party of the second part, its successors and assigns forever.  This sale and conveyance is made without any representations or warranties of any kind.

**IN WITNESS WHEREOF,** the party of the first part has hereunto set his hand on this date:
March  _18_ , 2020.

John C. McLemore, Trustee
As and only as Trustee in
Bankruptcy and not individually.
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmvlaw.com

STATE OF TENNESSEE          )
COUNTY OF DAVIDSON          )

On the _18th_ day of March, 2020, before me personally appeared **John C. McLemore** to me known and known to me to be the person described in the foregoing instrument, and he duly acknowledged to me that he executed the same as Trustee in Bankruptcy and not individually.

Notary Public

My Commission Expires:  _1-4-2021_

KRISTY L. RION
STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1423.00



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/3/2020

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN ▮▮▮▮▮ FENTON<br>xxx-xx-2065<br><br>▮▮▮▮▮▮▮▮▮▮<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER TO SELL PROPERTY

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property:

Equity in a 2017 Toyota Prius, VIN ▮▮▮▮▮▮▮▮ for $4,400.00
The Buyer is the Debtor, Fawn ▮▮▮ Fenton.

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.

TNJudicial.org/c/a/jrf003.pdf  Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation  Filed 10/13/23  Page 10 of 508

Case 1:23-cv-01097-PLM-RSK  ECF No. 1-11, PageID.395  Filed 10/13/23  Page 10 of 93



FRBP Violated: #3:19-bk-02693  TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)  JRF.003.1425.00

TNJudicial.org/e/airf903.pdf Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC-003 Page 426 of 508

Case 1:23-cv-01097-PLM-RSR ECF No. 1-11, PageID.396 Filed 10/13/23 Page 11 of 93

FOR THE MIDDLE DISTRICT OF TENNESSEE
IN THE UNITED STATES BANKRUPTCY COURT

IN RE:

FAWN ████ FENTON          )    CHAPTER: 7
SSN: XXX-XX-2065             )    CASE NO.: 19-02693
████████████████            )    JUDGE: WALKER
BRENTWOOD, TN 37027          )
                             )
        Debtor               )

## MOTION TO DEFER ENTRY OF DISCHARGE

Comes the debtor, through counsel, Rothschild & Ausbrooks, PLLC, and brings this

motion pursuant to Fed. R. Bankr. P. 4004(c)(2) and 4008(a) to defer the entry of an order

granting a discharge until April 27, 2020.

As grounds, the Debtor is in need of additional time, to enter into a reaffirmation

agreement with Toyota Motor Corporation.

Respectfully submitted,

*/s/ Jodie Thresher*
JODIE THRESHER
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
jodie@rothschildbklaw.com

## CERTIFICATE OF SERVICE

I certify that on this 26th day of March, 2020, I mailed via USPS 1st Class Mail or e-mailed a copy of the foregoing to the Chapter 7 Trustee, John C. McLemore; to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; to the debtor at the above referenced address.

*/s/ Jodie Thresher*
JODIE THRESHER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN ▮▮▮▮▮ FENTON   )  CHAPTER: 7
SSN: XXX-XX-2065     )  CASE NO.: 19-02693
            )  JUDGE: WALKER
▮▮▮▮▮▮▮▮▮▮▮      )
BRENTWOOD, TN 37027   )
            )
 Debtor       )

### ORDER GRANTING DEBTOR'S MOTION TO DEFER ENTRY OF DISCHARGE

   This matter came before the Court upon the Debtor's Motion to Defer Entry of Discharge to allow time for entering into a reaffirmation agreement with Toyota Motor Corporation. Good cause having been shown, it is hereby ORDERED that the entry of discharge order in the above styled case shall be deferred to April 27, 2020.

   IT IS SO ORDERED

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY*
*AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Jodie Thresher*
JODIE THRESHER
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
jodie@rothschildbklaw.com

TNJudicial.org/cl/ef/003281 Questions? Real Estate Deed Fraud & 1 DAP Financial Exploitation FRBP   DOC 803 . Page 428 of 508



Charles M. Walker
U.S. Bankruptcy Judge
    Dated: 3/27/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN ██████ FENTON          )      CHAPTER: 7
SSN: XXX-XX-2065              )      CASE NO.: 19-02693
████████████████             )      JUDGE:  WALKER
BRENTWOOD, TN 37027          )
                             )
        Debtor               )

## ORDER GRANTING DEBTOR'S MOTION TO DEFER ENTRY OF DISCHARGE

This matter came before the Court upon the Debtor's Motion to Defer Entry of Discharge to allow time for entering into a reaffirmation agreement with Toyota Motor Corporation. Good cause having been shown, it is hereby ORDERED that the entry of discharge order in the above styled case shall be deferred to April 27, 2020.

IT IS SO ORDERED

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY*
*AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Jodie Thresher*
JODIE THRESHER
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN  37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
jodie@rothschildbklaw.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1428.00

TNJudicial.Corruption.org — Part 1 — Real Estate Deed Fraud & ADA Financial Exploitation (RICO)  DOS-003 | Page 429 of 508

Case 1:23-cv-01097-PLM-RSK  ECF No. 1-1, PageID.399  Filed 10/13/23  Page 14 of 93

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                        Case No. 19-02693-CMW
Fawn ████ Fenton                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: slw0703          Page 1 of 1          Date Rcvd: Mar 27, 2020
                           Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db        +Fawn ████ Fenton,       ███████████        Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
          JERRY PAUL SPORE    on behalf of Creditor   BANCORPSOUTH BANK jpspore@spraginslaw.com,
          wanda@spraginslaw.com
          JOHN C. MCLEMORE    gmyecfkr@gmylaw.com,    jcm@trustesolutions.com;jcm@trustesolutions.net
          JOHN C. MCLEMORE    on behalf of Trustee JOHN C. MCLEMORE gmyecfkr@gmylaw.com,
          jcm@trustesolutions.net
          MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          NATALIE BROWN    on behalf of Creditor   BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;rluecf@gmail.com;BKRL@ec
          f.courtdrive.com;rmoss@rlselaw.com
          PAUL JOSEPH SPINA, III    on behalf of Creditor   Toyota Motor Credit Corporation
          pspina@spinalavelle.com
          SHEARON WEEMS HALES    on behalf of Creditor   Ascend Federal Credit Union shales@ascendfcu.org,
          bankruptcy@ascendfcu.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

                                                                          TOTAL: 8

---

Case 3:19-bk-02693    Doc 113    Filed 03/29/20    Entered 03/29/20 23:58:51    Desc
Imaged Certificate of Notice    Page 1 of 2

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/27/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

FAWN⬛⬛⬛ FENTON                    )        CHAPTER: 7
SSN: XXX-XX-2065                       )        CASE NO.: 19-02693
                                       )        JUDGE: WALKER
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛                     )
BRENTWOOD, TN 37027                    )
                                       )
        Debtor                         )

### ORDER GRANTING DEBTOR'S MOTION TO DEFER ENTRY OF DISCHARGE

This matter came before the Court upon the Debtor's Motion to Defer Entry of Discharge to allow time for entering into a reaffirmation agreement with Toyota Motor Corporation. Good cause having been shown, it is hereby ORDERED that the entry of discharge order in the above styled case shall be deferred to April 27, 2020.

IT IS SO ORDERED

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Jodie Thresher*
JODIE THRESHER
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
jodie@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/efirf003.pdf — Conspiracy, Real Estate Deed, Fraud & ADA Financial Exploitation (RICO) — DOS .003 | Page 431 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.401    Filed 10/13/23    Page 16 of 93

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Fawn ▉▉▉ Fenton |
| Debtor 2 (Spouse, if filing) | ▉▉▉▉▉▉▉▉▉▉ |
| United States Bankruptcy Court for the: | Middle District of Tennessee (State) |
| Case number | 3:19-bk-02693 |

## Official Form 427

# Cover Sheet for Reaffirmation Agreement                    12/15

Anyone who is party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1:  Explain the Repayment Terms of the Reaffirmation Agreement

**1. Who is the creditor?**

Toyota Motor Credit Corporation
Name of the creditor

**2. How much is the debt?**

| | | |
|---|---|---|
| On the date that the bankruptcy case is filed | $ | 9,268.00 |
| To be paid under the reaffirmation agreement | $ | 9,268.00 |

$300.00 per month for 31 months (if fixed interest rate)

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

| | |
|---|---|
| Before the bankruptcy case was filed | 0.0000% |
| Under the reaffirmation agreement | 0.0000%   ☒ Fixed rate   ☐ Adjustable rate |

**4. Does collateral secure the debt?**

☐ No
☒ Yes.    Describe the collateral.    2017 TOYOTA PRIUS, VIN: ▉▉▉▉▉▉
Current market value    $    20,500.00

**5. Does the creditor assert that the debt is nondischargeable?**

☒ No
☐ Yes.    Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

| Income and expenses reported on Schedules I and J | | Income and expenses stated on the reaffirmation agreement | |
|---|---|---|---|
| 6a. Combined monthly income from line 12 of Schedule I | $ 1,291.67 | 6e. Monthly income from all sources after payroll deductions | $ 1,291.67 |
| 6b. Monthly expenses from line 22c of Schedule J | $ 3,055.00 | 6f. Monthly expenses | $ 3055 00 |
| 6c. Monthly payments on all reaffirmed debts not listed on Schedule J | $ 0 | 6g. Monthly payments on all reaffirmed debts not included in monthly expenses | $ 0 |
| 6d. Scheduled net monthly income | $ (1,763.33) | 6h. Present net monthly income | $ (1763.33) |
| Subtract lines 6b and 6c from 6a. | | Subtract lines 6f and 6g from 6e. | |
| If the total is less than 0, put the number in brackets. | | If the total is less than 0, put the number in brackets. | |

Case 3:19-bk-02693    Doc 14    Filed 04/13/20    Entered 04/13/20 11:57:26    Desc Main
Document    Page 1 of 8

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1431.00

TNJudicial.org/a/jrf/003.pdf (Conspiracy, Real Estate Deed, Fraud & ADA Financial Exploitation (RICO)) DOC.003 | Page 432 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.402    Filed 10/13/23    Page 17 of 93

| Debtor 1 | Fawn | | Fenton | Case number (if known) | 3:19-bk-02693 |
| | First Name | Middle Name | Last Name | | |

**7. Are the income amounts on lines 8a and 8e different?**
☒ No
☐ Yes. Explain why they are different and complete line 10. _____

**8. Are the expense amounts on lines 8b and 8f different?**
☒ No
☐ Yes. Explain why they are different and complete line 10. _____

**9. Is the net monthly income in line 8h less than 0?**
☐ No
☒ Yes. A presumption of hardship arises (unless the creditor is a credit union).
Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.

*Family providing financial assistance temporarily ; Debtor's job income is gradually increasing, and will seek additional work and income until independently financially stable soon.*

**10. Debtor's certification about lines 7-9**

If any answer on lines 7-9 is Yes, the debtor must sign here.

If all the answers on lines 7-9 are No, go to line 11.

I certify that each explanation on lines 7-9 is true and correct.

✗ _/s/ signature_   Signature of Debtor

✗ _____ Signature of Debtor 2 (Spouse Only in a Joint Case)

**11. Did an attorney represent the debtor in negotiating the reaffirmation agreement?**
☐ No
☒ Yes.

Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
☐ No
☒ Yes

---

## Part 2: Sign Here

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.

✗ **/s/ John Rafferty**     Date  **4/13/20**
    Signature                    MM / DD / YYYY

Printed Name
Craig A. Edelman
Jason Cottrill
John Rafferty
Mukta Suri
Natalie Lea
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698
E-mail: consumer7@nbsdefaultservices.com

Check one:
☐ Debtor or Debtor's Attorney
☐ Creditor or Creditor's Attorney
☒ Creditor's Authorized Agent

Official Form 3520
3520-N-1869
Case 3:19-bk-02693    Doc 24    Cover Sheet for Reaffirmation Agreement    Filed 04/13/20    Entered 04/13/20 11:57:26    Desc Main
Document    Page 2 of 8    page 3

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1432.00

B2400A (12/15)

```
┌─────────────────────────────────────────────┐
│ Check One.                                    │
│ ☒    Presumption of Undue Hardship            │
│ ☐    No Presumption of Undue Hardship         │
│ See Debtor's Statement in Support of Reaffirmation, │
│ Part II below, to determine which box to check.    │
└─────────────────────────────────────────────┘
```

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF TENNESSEE

In Re: Fawn █████ Fenton § Case No. 3:19-bk-02693
           Debtor        § Chapter 7
                        §
                        §

## REAFFIRMATION DOCUMENTS

**Name of Creditor: Toyota Motor Credit Corporation**

☐   Check this box if Creditor is a Credit Union

## PART I.    REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A.  Brief description of the original agreement being reaffirmed: Motor Vehicle Lien

B.  *AMOUNT REAFFIRMED*:                                $9,268.00
The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before February 21, 2020, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C.  The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is 0.0000%.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)*        ☒ Fixed Rate       ☐ Variable Rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

1

3520-N-1869

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.003.1433.00

Case 1:28-cv-01097-PLM-RSK    ECP No. 11, PageID.404    Filed 10/13/23    Page 19 of 93

TNJudicial.org/sajrif093-8df — Pursuing a Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 | Page 434 of 508

B2400A (12/15)                                                                          Page 3

C.  If your answer to EITHER question A. or B. above is "No" complete 1. and 2. below.

   1.  Your present monthly income and expenses are:

     a.  Monthly income from all sources after payroll deductions                **$1,291.67**
        (take-home pay plus any other income)

     b.  Monthly expenses                                                        *$2755.00*
        (including all reaffirmed debts except this one)

     c.  Amount available to pay this reaffirmed debt                            *$(-1463.33)*
        (subtract b. from a.)

     d.  Amount of monthly payment required for this reaffirmed debt              **$300.00**

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   2.  You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

     Check one of the two statements below, if applicable:

     ☐  You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

     ☑  You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:
       Family will provide temporary financial assistance, and my income from job/work is gradually increasing. Will continue to acquire additional work opportunities and income until financially stable/independent soon.

     Use an additional page if needed for a full explanation.

D.  If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

     ☒  You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

   *Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*



B2400A (12/15)                                                                    Page 4

## PART III.     CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I (We) hereby certify that:

    (1).    I (We) agree to reaffirm the debt described above.

    (2).    Before signing this Reaffirmation Agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    (3).    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    (4).    I am (We are) entering into this agreement voluntarily and am (are) fully informed of my (our) rights and responsibilities; and

    (5).    I (We) have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign):

Date   3/11/2020   Signature   _____

                             Fawn    Fehlon

Date   _____   Signature   _____

### Reaffirmation Agreement Terms Accepted by Creditor:

| Creditor | Toyota Motor Credit Corporation *Print Name* | 14841 Dallas Parkway, Suite 425, Dallas, Texas 75254 *Address* |
|---|---|---|
| *Print Name of Representative* Craig A. Edelman Jason Cottrill John Rafferty Mukta Suri Natalie Lea | /s/ John Rafferty *Signature* | 4/13/20 *Date* |

## PART IV.     CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is(are) able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 2.24.U2º  Signature of Debtor's Attorney     Mary Elizabeth Andrews by John
                Print Name of Debtor's Attorney     Mary Elizabeth Ausbrooks

Case 3:19-bk-02693    Doc 114    Filed 04/13/20    Entered 04/13/20 11:57:26    Desc Main Document    Page 5 of 8

B2400A (12/15)                                                                  Page 5

## PART V.     DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, detailed in Part B below, are not completed, the reaffirmation agreement is not effective, even though you have signed it.

### A. DISCLOSURE STATEMENT

1.   **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the reaffirmation agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.   **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.   **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.   **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this Reaffirmation Documents package requiring signature, have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5.   **Can you cancel the agreement?** You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

B2400A (12/15)                                                                 Page 6

6. **When will this reaffirmation agreement be effective?**

   a. **If you were represented by an attorney during the negotiation of your reaffirmation agreement**

      i. **If the creditor is not a Credit Union,** your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship in which case the agreement becomes effective only after the court approves it;

      ii. **If the creditor is a Credit Union,** your reaffirmation agreement becomes effective when it is filed with the court.

   b. **If you were not represented by an attorney during the negotiation of your reaffirmation agreement,** the reaffirmation agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing, at which time the judge will review your reaffirmation agreement. If the judge decides that the reaffirmation agreement is in your best interest, the agreement will be approved and will become effective. However, if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your reaffirmation agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the reaffirmation agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B. INSTRUCTIONS

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney section (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your reaffirmation agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B2400B to do this.

TNJudicial.org/safir009.pdf — Consumer: Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOS-003 | Page 438 of 508

Case 1:23-cv-01097-PLM-RSK ECF No. 1-11, PageID.408 Filed 10/13/23 Page 23 of 93

B2400A (12/15)                                                                    Page 7

## C. DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs arising on or before the date you sign this agreement that you are agreeing to pay. Your credit agreement may obligate you to pay additional amounts that arise after the date you sign this agreement. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this agreement.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage Rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1438.00

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 **Fawn █████ Fenton** | | Social Security number or ITIN  **xxx-xx-2065** |
| First Name   Middle Name   Last Name | | EIN  _ _ - _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing)  First Name   Middle Name   Last Name | | EIN  _ _ - _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **MIDDLE DISTRICT OF TENNESSEE** | | |
| Case number:  **3:19-bk-02693** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:



Fawn ████ Fenton

4/15/20

**By the court:** Charles M Walker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                    Case No. 19-02693-CMW
Fawn ████ Fenton                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: slw0703          Page 1 of 2          Date Rcvd: Apr 15, 2020
                             Form ID: 318           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db            +Fawn ████ Fenton,                                    Brentwood, TN 37027-4628
cr            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch CO 80129-2386
cr            +Toyota Motor Credit Corporation,   c/o Spina & Lavelle PC,   One Perimeter Park South,
               Suite 400N,   Birmingham, AL 35243-2327
7055499        AMERICAN INFOSOURCE AS AGENT,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 71083,
               CHARLOTTE NC 28271-1083
7055501       ++BANCORPSOUTH,   BANKRUPTCY DEPARTMENT,   P O BOX 4360,   TUPELO MS 38803-4360
               (address filed with court: BANCORP SOUTH,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 4360,
               TUPELO MS 38803)
6897905       +BanCorp South,   Attn: Officer Manager or Agent,   914 Murfreesboro Road,
               Franklin TN 37064-3003
6897902        Mary Beth Ausbrooks,   Rothschild & Ausbrooks PLLC,   1222 16th Avenue South, Suite 12,
               Nashville, TN 37212-2926
7055508       +SPECIALIZED LOAN SERVICING, LLC,   ATTN: OFFICER MANAGER OR AGENT,
               8742 LUCENT BLVD., SUITE 300,   HIGHLANDS RANCH CO 80129-2386
6999363       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
7055509       +TOYOTA MOTOR CREDIT CO.,   ATTN OFFICER MANAGER OR AGENT,   PO BOX 9013,
               ADDISON TX 75001-9013
6940151       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
6897913       +US Attorney General,   US Department of Justice,   950 Pennsylvania Avenue,
               Washington DC 20530-0009
7055512       +VIRGINIA LEE STORY,   ATTN: OFFICER MANAGER OR AGENT,   136 FOURTH AVE. SOUTH,
               FRANKLIN TN 37064-2622
6897914       +████████████   c/o Brookside Properties, Inc.,   2002 Richard Jones Road, Suite 200-C,
               Nashville TN 37215-2963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6897904        E-mail/Text: bankruptcy@ascendfcu.org Apr 16 2020 02:40:22   Ascend Federal Credit Union,
               Attn: Officer Manager or Agent,   PO Box 1210,   Tullahoma TN 37388
6911748        E-mail/Text: bankruptcy@ascendfcu.org Apr 16 2020 02:40:22   Ascend Federal Credit Union,
               P. O. Box 1210,   Tullahoma, TN 37388
6897903       +EDI: AMEREXPR.COM Apr 16 2020 06:23:00   American Express,   Attn: Officer Manager or Agent,
               PO Box 981537,   El Paso TX 79998-1537
6919358        EDI: BECKLEE.COM Apr 16 2020 06:23:00   American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
6897906        EDI: BANKAMER.COM Apr 16 2020 06:23:00   Bank of America,   Attn: Officer Manager or Agent,
               PO Box 982238,   El Paso TX 79998
7055503        EDI: BL-BECKET.COM Apr 16 2020 06:23:00   BECKET & LEE LLP,   ATTN: OFFICER MANAGER OR AGENT,
               PO BOX 3001,   MALVERN PA 19355-0701
6941837        EDI: BANKAMER.COM Apr 16 2020 06:23:00   Bank of America, N.A.,   PO BOX 31785,
               Tampa FL 33631-3785
6897907       +EDI: BANKAMER.COM Apr 16 2020 06:23:00   Bank of America, NA,
               Attn: Officer Manager or Agent,   4909 Savarese Circle,   Tampa FL 33634-2413
6924463        EDI: CAPITALONE.COM Apr 16 2020 06:23:00   Capital One Bank (USA), N.A.,
               by American InfoSource as agent,   PO Box 71083,   Charlotte, NC 28272-1083
6897908        EDI: CAPITALONE.COM Apr 16 2020 06:23:00   Capital One Bank USA NA,
               Attn: Officer Manager or Agent,   PO Box 30281,   Salt Lake City UT 84130-0281
6897911       +EDI: IRS.COM Apr 16 2020 06:23:00   IRS Insolvency,   801 Broadway Room 285,   MDP 146,
               Nashville TN 37203-3811
6897909        EDI: JPMORGANCHASE Apr 16 2020 06:23:00   Chase Card,   Attn: Officer Manager or Agent,
               PO Box 15298,   Wilmington DE 19850
6897912        EDI: TFSR.COM Apr 16 2020 06:23:00   Toyota Motor Credit Co.,   Attn Officer Manager or Agent,
               5005 N River Blvd. NE,   Cedar Rapids IA 52411-6634
                                                                                          TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++ASCEND FEDERAL CREDIT UNION,   P O BOX 1210,   TULLAHOMA TN 37388-1210
               (address filed with court: Ascend Federal Credit Union,   P. O. Box 1210,
               Tullahoma, TN 37388)
cr*           ++BANCORPSOUTH,   BANKRUPTCY DEPARTMENT,   P O BOX 4360,   TUPELO MS 38803-4360
               (address filed with court: BANCORPSOUTH BANK,   P. O. Box 4360,   TUPELO, MS 38803-4360)
7055500*      ++ASCEND FEDERAL CREDIT UNION,   P O BOX 1210,   TULLAHOMA TN 37388-1210
               (address filed with court: ASCEND FEDERAL CREDIT UNION,   ATTN: OFFICER MANAGER OR AGENT,
               PO BOX 1210,   TULLAHOMA TN 37388)
6925939*      ++BANCORPSOUTH,   BANKRUPTCY DEPARTMENT,   P O BOX 4360,   TUPELO MS 38803-4360
               (address filed with court: BancorpSouth Bank,   P. O. Box 4360,   Tupelo, MS   38803)
7055502*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 982238,
               EL PASO TX 79998)
6897901*      +Fawn ████ Fenton, ████████████   Brentwood TN 37027-4628
7055505*       IRS INSOLVENCY,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 7346,   PHILADELPHIA PA 19101-7346
7055506*      +IRS INSOLVENCY,   801 BROADWAY ROOM 285,   MDP 146,   NASHVILLE TN 37203-3811
7055507*       IRS INSOLVENCY,   801 BROADWAY ROOM 285,   MDP 146,   NASHVILLE TN 37203-3811

FRBP Violated: #3:19-bk-02693                    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)                    JRF.003.1441.00

District/off: 0650-3          User: slw0703          Page 2 of 2              Date Rcvd: Apr 15, 2020
                             Form ID: 318            Total Noticed: 27

          ***** BYPASSED RECIPIENTS (continued) *****
6897910*     IRS Insolvency,  Attn: Officer Manager or Agent,  PO Box 7346,  Philadelphia PA 19101-7346
7055504*     ++JPMORGAN CHASE BANK N A,  BANKRUPTCY MAIL INTAKE TEAM,  700 KANSAS LANE FLOOR 01,
             MONROE LA 71203-4774
             (address filed with court: CHASE CARD,  ATTN: OFFICER MANAGER OR AGENT,  PO BOX 15298,
             WILMINGTON DE 19850)
7055510*     +US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVENUE,
             WASHINGTON DC 20530-0009
7055511*     +█████████████  C/O BROOKSIDE PROPERTIES, INC.,  2002 RICHARD JONES ROAD, SUITE 200-C,
             NASHVILLE TN 37215-2963

                                                                              TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
          JERRY PAUL SPORE    on behalf of Creditor  BANCORPSOUTH BANK jpspore@spraginslaw.com,
          wanda@spraginslaw.com
          JOHN C. MCLEMORE    gmyecfkr@gmylaw.com,  jcm@trustesolutions.com;jcm@trustesolutions.net
          JOHN C. MCLEMORE    on behalf of Trustee JOHN C. MCLEMORE gmyecfkr@gmylaw.com,
          jcm@trustesolutions.com;jcm@trustesolutions.net
          MARY ELIZABETH AUSBROOKS    on behalf of Debtor Fawn ██████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          NATALIE BROWN    on behalf of Creditor  BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
          f.courtdrive.com
          PAUL JOSEPH SPINA, III    on behalf of Creditor  Toyota Motor Credit Corporation
          pspina@spinalavelle.com
          SHEARON WEEMS HALES    on behalf of Creditor  Ascend Federal Credit Union shales@ascendfcu.org,
          bankruptcy@ascendfcu.org
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

                                                                              TOTAL: 8

**Information to identify the case:**

| Debtor 1 | Fawn[███] Fenton | | | Social Security number or ITIN **xxx-xx-2065** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | EIN _ _ - _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ First Name | _____ Middle Name | _____ Last Name | Social Security number or ITIN _ _ _ _  EIN _ _ - _ _ _ _ _ _ _ |

United States Bankruptcy Court **MIDDLE DISTRICT OF TENNESSEE**

Case number: **3:19-bk-02693**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:



Fawn[███] Fenton

4/15/20

**By the court:** Charles M Walker
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

TN Judicial etc/p/April005.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)   DOC-003 Page 444 of 508

Case 1:28-cv-01097-PLM-RSK   ECF No. 1-11, PageID.414   Filed 10/13/23   Page 29 of 93

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support
  obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

- debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

- some debts which the debtors did not
  properly list;

- debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

- debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.

Official Form 318                **Order of Discharge**                page 2

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1444.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| IN RE: | |
|---|---|
| FAWN ▓▓▓ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 6/26/2020 (30 DAY NOTICE PERIOD)**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 7/7/2020, 9:00 A.M.,**
**COURTROOM TWO, 701 BROADWAY, NASHVILLE, TN 37203**

## NOTICE OF MOTION FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS

John C. McLemore, Trustee, has asked the court for the following: to allow or disallow claims.

**YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before 6/26/2020, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 6/26/2020, the date of the scheduled hearing is 7/7/2020 and the motion to which you are responding is *Motion for Allowance or Disallowance of Claims*.**

3. You must serve your response or objection by electronic service through the Electronic Filing system described above. You must also mail a copy of your response or objection to:

   John C. McLemore, Trustee          United States Trustee
   2000 Richard Jones Rd., Ste. 250   701 Broadway, Customs House Suite 318
   Nashville, TN 37215                Nashville, TN 37203

   If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

   This 27th day of May, 2020.

   Respectfully submitted,

   */s/ John C. McLemore, Trustee*
   John C. McLemore, Trustee
   Tn. Bar No. 3430
   2000 Richard Jones Rd., Ste. 250
   Nashville, TN 37215
   (615) 383-9495 (phone)
   (615) 292-9848 (fax)
   jmclemore@gmylaw.com

Case 3:19-bk-02693    Doc 117    Filed 05/27/20    Entered 05/27/20 11:37:37    Desc Main
Document    Page 1 of 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

IN RE:

FAWN ▇▇▇▇ FENTON
xxx-xx-2065

BRENTWOOD, TN 37027

DEBTOR.

CASE NO. 19-02693-CW3-7
CHAPTER 7
JUDGE Charles M. Walker

### CHAPTER 7 TRUSTEE'S MOTION FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS

The Chapter 7 Trustee, John C. McLemore, moves the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to this motion.

All claims filed against this Chapter 7 Bankruptcy Estate before the claims bar deadline of May 4, 2020, have been reviewed and are included in the recommendations set forth in Exhibit A to this motion. If a creditor has not filed a claim, its name does not appear on Exhibit A and its claim is not allowed. Each claim is identified by the claim number and the creditor name. The "Claim Status" column indicates whether the Trustee recommends allowance or disallowance of a claim. If a claim is disallowed there will be a brief explanation on the line titled "Claim Notes." The "Amount Allowed" column states the amount of a claim to be allowed. It **does not** indicate the amount to be paid.

The Trustee files this motion and recommendations pursuant to his duties under 11 U.S.C. §704(5). All recommendations are subject to review by the Court. The order resulting from this motion will be a final determination regarding the allowance or disallowance of all claims listed on Exhibit A.

**WHEREFORE,** the Trustee prays for the entry of an order allowing or disallowing the claims as set forth in the attached Exhibit A, and for such other and further relief as is just.

Dated this 27th day of May, 2020.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1446.00

CLAIM ANALYSIS REPORT

Page No: 1

Case No. 19-02693-CW-3-7
Case Name: FENTON, TAWN
Taxpayer ID #: 35-7264153
Claims Bar Date: 05/04/2020

Trustee Name:
Date:

John C. McLemore
5/27/2020

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JOHN C. MCLEMORE<br>2000 Richard Jones Rd., Ste. 250<br>Nashville TN 37215 | 02/10/2020 | Trustee Expenses - Ch 7 | Allowed | 2200-000 | | $32.75 | $32.75 | $0.00 | $0.00 | $0.00 | $32.75 |
| 1 | IRS INSOLVENCY<br>801 Broadway Room 285<br>MDP 146<br>Nashville TN 37203 | 05/08/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Allow/Zero Balance | | | | | | | | | | | |
| 2 | ASCEND FEDERAL CREDIT UNION<br>P. O. Box 1210<br>Tullahoma TN 37388 | 05/16/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $12,900.65 | $12,900.65 | $0.00 | $0.00 | $0.00 | $12,900.65 |
| **Claim Notes:** | Allw/Unsecured | | | | | | | | | | | |
| 3 | ASCEND FEDERAL CREDIT UNION<br>P. O. Box 1210<br>Tullahoma TN 37388 | 05/16/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $5,000.00 | $2,990.00 | $0.00 | $0.00 | $0.00 | $2,990.00 |
| **Claim Notes:** | Allow/Unsecured - See AO 1-21-2020 (Docket No. 93) | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 05/29/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $9,518.02 | $9,518.02 | $0.00 | $0.00 | $0.00 | $9,518.02 |
| **Claim Notes:** | Allow/Unsecured | | | | | | | | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | 06/05/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $9,906.18 | $9,906.18 | $0.00 | $0.00 | $0.00 | $9,906.18 |
| **Claim Notes:** | Allow/Unsecured | | | | | | | | | | | |
| 6 | BANCORPSOUTH BANK<br>P.O. Box 4360<br>Tupelo MS 38803 | 06/06/2019 | Secured | Disallowed | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow/Secured | | | | | | | | | | | |

Case 3:19-bk-02693   Doc 117   Filed 05/27/20   Entered 05/27/20 11:37:37   Desc Main
Document   Page 3 of 8

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.418    Filed 10/13/23    Page 33 of 93

TNJudicial.org/s/s/rf003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 | Page 448 of 508

Page No: 2

**CLAIM ANALYSIS REPORT**

Case No.: 19-02693-CW3-7
Case Name: FENTON, FAWN
Taxpayer ID #: 35-7264153
Claims Bar Date: 05/04/2020

Trustee Name:
Date:

John C. McLemore
5/27/2020

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | TOYOTA MOTOR CREDIT CORPORATION PO Box 9013 Tex. 75001 | 06/25/2019 | Secured | Disallowed | 4210-000 | $0.00 | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow/Secured | | | | | | | | | | | |
| 8 | SPECIALIZED LOAN SERVICING LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch CO 80129 | 06/27/2019 | Secured | Disallowed | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow/Secured | | | | | | | | | | | |
| | | | | | | | $345,548.52 | $35,347.60 | $0.00 | $0.00 | $0.00 | $35,347.60 |

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1448.00

Page No: 3

CLAIM ANALYSIS REPORT

Case No.          19-02693-CW1-7
Case Name:        FENTON, FAWN
Taxpayer ID #:    35-7264153
Claims Bar Date:  05/04/2020

Trustee Name:     John C. McLemore
Date:             5/27/2020

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured | $37,324.85 | $35,314.85 | $0.00 | $0.00 | $0.00 | $35,314.85 |
| Secured | $308,190.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses - Ch 7 | $32.75 | $32.75 | $0.00 | $0.00 | $0.00 | $32.75 |

Case 3:19-bk-02693   Doc 117   Filed 05/27/20   Entered 05/27/20 11:37:37   Desc Main
Document   Page 5 of 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: <br><br> FAWN ████ FENTON <br> xxx-xx-2065 <br> ████████████ <br> BRENTWOOD, TN 37027 <br><br> DEBTOR. | CASE NO. 19-02693-CW3-7 <br> CHAPTER 7 <br> JUDGE Charles M. Walker |

<u>**ORDER ALLOWING AND DISALLOWING CLAIMS**</u>

      The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

      A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

      It is the opinion of the Court that the Trustee's motion is well taken.

      It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

      It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

> This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| IN RE: | |
| --- | --- |
| FAWN ▮▮ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Fawn ▮ Fenton, ▮▮▮▮ Brentwood, TN 37027; Debtor's attorney, Mary Elizabeth Ausbrooks, Rothschild & Ausbrooks, 1222 16th Ave. So., Ste. 12, Nashville, TN 37212-2926; all creditors, and all parties requesting notice, as reflected on the mailing matrix attached to the original of this pleading on file with the Clerk of this Court.

This 27th day of May, 2020.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**Attachments:**

(1) Notice of Chapter 7 Trustee's Motion for Allowance or Disallowance of Claims

(2) Chapter 7 Trustee's Motion for Allowance or Disallowance of Claims

(3) Proposed Order Allowing and Disallowing Claims

American Express
Attn: Officer Manager or Agent
PO Box 981537
El Paso TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

AMERICAN INFOSOURCE AS AGENT
ATTN: OFFICER MANAGER OR
AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

ASCEND FEDERAL CREDIT UNION
P O BOX 1210
TULLAHOMA TN 37388-1210

BanCorp South
Attn: Officer Manager or Agent
914 Murfreesboro Road
Franklin TN 37064-3003

BANCORPSOUTH
BANKRUPTCY DEPARTMENT
P O BOX 4360
TUPELO MS 38803-4360

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
PO BOX 31785
Tampa FL 33631-3785

Bank of America, NA
Attn: Officer Manager or Agent
4909 Savarese Circle
Tampa FL 33634-2413

BECKET & LEE LLP
ATTN: OFFICER MANAGER/AGENT
PO BOX 3001
MALVERN PA 19355-0701

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
Attn: Officer Manager or Agent
PO Box 30281
Salt Lake City UT 84130-0281

CHASE CARD
ATTN: OFFICER MANAGER/AGENT
PO BOX 15298
WILMINGTON DE 19850-5298

Fawn ▓ Fenton

Brentwood TN 37027-4628

IRS INSOLVENCY
ATTN: OFFICER MANAGER OR
AGENT
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS INSOLVENCY
801 BROADWAY ROOM 285
MDP 146
NASHVILLE TN 37203-3811

MARY ELIZABETH AUSBROOKS
ROTHSCHILD & AUSBROOKS
1222 16TH AVE SO STE 12
NASHVILLE, TN 37212-2926

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

TOYOTA MOTOR CREDIT CO.
ATTN OFFICER MANAGER OR AGENT
PO BOX 9013
ADDISON TX 75001-9013

TOYOTA MOTOR CREDIT
CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
c/o Spina & Lavelle PC
One Perimeter Park South
Suite 400N
Birmingham, AL 35243-2327

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON DC 20530-0009

C/O BROOKSIDE PROPERTIES, INC.
2002 RICHARD JONES ROAD,
SUITE 200-C
NASHVILLE TN 37215-2963

VIRGINIA LEE STORY
136 FOURTH AVE. SOUTH
FRANKLIN TN 37064-2622

Case 1:23-cv-01097-PLM-RSR   ECF No. 1-11, PageID.423   Filed 10/13/23   Page 38 of 93

TNJudicial.org - 001 - 003.tif   Consumer - Real Estate Deed Fraud & ADA Financial Exploitation (RICO)   DOC-003   Page 453 of 508

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FAWN ████ FENTON<br>xxx-xx-2065<br><br>████<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

## ORDER ALLOWING AND DISALLOWING CLAIMS

The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

/s/ John C. McLemore, Trustee
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

TNJudicial. Corruption 028. Ponzi RICO Real Estate Deed Fraud ADA Financial Exploitation (RICO) Page 39 of 93

Case 3:23-cv-01097-PLM-RSK ECF No. 1-11, PageID.424 Filed 10/13/23 DOC-003 Page 454 of 508

Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.  3:19−bk−02693
Chapter 7
Judge  Charles M Walker

In Re:
Fawn ████ Fenton
████████████ ██████
Brentwood, TN 37027
Social Security No.
xxx−xx−2065
Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 7/14/20 at 10:00 AM

to consider and act upon the following:

*117* − Trustee's Motion and Notice to Disallow Claim(s)# 6,7,8 Filed by See Exhibit in the amount of $See Exhibit . Filed By: JOHN C. MCLEMORE on behalf of JOHN C. MCLEMORE. If timely response hearing will be held on 7/7/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 6/26/2020. (MCLEMORE, JOHN)

Dated: 6/30/20                              /s/ TERESA C. AZAN
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                          Case No. 19-02693-CMW
Fawn ███████ Fenton                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: leq0323          Page 1 of 2          Date Rcvd: Jun 30, 2020
                             Form ID: hrgnot         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.

```
db            +Fawn ███████ Fenton, ███████████████, Brentwood, TN 37027-4628
aty            JERRY PAUL SPORE, SPRAGINS BARNETT & COBB PLC, PO BOX 2004, JACKSON, TN 38302-2004
aty            MARY ELIZABETH AUSBROOKS, ROTHSCHILD & AUSBROOKS, 1222 16TH AVE SO, STE 12,
               NASHVILLE, TN 37212-2926
aty           +NATALIE BROWN, RUBIN LUBLIN, LLC, 119 S MAIN ST, SUITE 500, MEMPHIS, TN 38103-3659
aty           +PAUL JOSEPH SPINA, III, SPINA & LAVELLE PC, 1 Perimeter Park S, Suite 400N,
               BIRMINGHAM, AL 35243-2327
aty           +SHEARON WEEMS HALES, ASCEND FEDERAL CREDIT UNION, PO BOX 1210, 520 AIRPORT DRIVE,
               TULLAHOMA, TN 37388-8212
tr            +JOHN C. MCLEMORE, LAW OFFICE OF JOHN C. McLEMORE, PLLC, 2000 RICHARD JONES RD., STE. 250,
               NASHVILLE, TN 37215-2885
cr            +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386
cr            +Toyota Motor Credit Corporation, c/o Spina & Lavelle PC, One Perimeter Park South,
               Suite 400N, Birmingham, AL 35243-2327
7055499        AMERICAN INFOSOURCE AS AGENT, ATTN: OFFICER MANAGER OR AGENT, PO BOX 71083,
               CHARLOTTE NC 28272-1083
6897903       +American Express, Attn: Officer Manager or Agent, PO Box 981537, El Paso TX 79998-1537
6919358        American Express National Bank, c/o Becket and Lee LLP, PO Box 3001,
               Malvern PA 19355-0701
7055501       ++BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360
               (address filed with court: BANCORP SOUTH, ATTN: OFFICER MANAGER OR AGENT, PO BOX 4360,
               TUPELO MS 38803)
6897906       ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238
               (address filed with court: Bank of America, Attn: Officer Manager or Agent, PO Box 982238,
               El Paso TX 79998)
7055503        BECKET & LEE LLP, ATTN: OFFICER MANAGER OR AGENT, PO BOX 3001, MALVERN PA 19355-0701
6897905       +BanCorp South, Attn: Officer Manager or Agent, 914 Murfreesboro Road,
               Franklin TN 37064-3003
6941837        Bank of America, N.A., PO BOX 31785, Tampa FL 33631-3785
6897907       +Bank of America, NA, Attn: Officer Manager or Agent, 4909 Savarese Circle,
               Tampa FL 33634-2413
6897902        Mary Beth Ausbrooks, Rothschild & Ausbrooks PLLC, 1222 16th Avenue South, Suite 12,
               Nashville, TN 37212-2926
7055508       +SPECIALIZED LOAN SERVICING, LLC, ATTN: OFFICER MANAGER OR AGENT,
               8742 LUCENT BLVD., SUITE 300, HIGHLANDS RANCH CO 80129-2386
6999363       +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
7055509       +TOYOTA MOTOR CREDIT CO., ATTN OFFICER MANAGER OR AGENT, PO BOX 9013,
               ADDISON TX 75001-9013
6897912       ++TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co., Attn Officer Manager or Agent,
               5005 N River Blvd. NE, Cedar Rapids IA 52411-6634)
6940151       +Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013
6897913       +US Attorney General, US Department of Justice, 950 Pennsylvania Avenue,
               Washington DC 20530-0009
7055512       +VIRGINIA LEE STORY, ATTN: OFFICER MANAGER OR AGENT, 136 FOURTH AVE. SOUTH,
               FRANKLIN TN 37064-2622
6897914       +████████████████ c/o Brookside Properties, Inc., 2002 Richard Jones Road, Suite 200-C,
               Nashville TN 37215-2963
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust            E-mail/Text: ustpregion08.na.ecf@usdoj.gov Jul 01 2020 04:14:25    US TRUSTEE,
               OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966
6897904        E-mail/Text: bankruptcy@ascendfcu.org Jul 01 2020 04:13:56    Ascend Federal Credit Union,
               Attn: Officer Manager or Agent, PO Box 1210, Tullahoma TN 37388
6911748        E-mail/Text: bankruptcy@ascendfcu.org Jul 01 2020 04:13:56    Ascend Federal Credit Union,
               P. O. Box 1210, Tullahoma, TN 37388
6924463        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 04:12:42
               Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083,
               Charlotte, NC 28272-1083
6897908        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 04:13:01
               Capital One Bank USA NA, Attn: Officer Manager or Agent, PO Box 30281,
               Salt Lake City UT 84130-0281
6897911       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 01 2020 04:14:10    IRS Insolvency,
               801 Broadway Room 285, MDP 146, Nashville TN 37203-3811
6897909        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 04:12:58    Chase Card,
               Attn: Officer Manager or Agent, PO Box 15298, Wilmington DE 19850
                                                                                      TOTAL: 7
```

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1455.00

TNJudicial.org/aair10032pdf     Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)     DOC-003 Page 456 of 508

Case 1:28-cv-01097-PLM-RSK     ECF No. 1-11, PageID.426     Filed 10/13/23     Page 41 of 93

District/off: 0650-3          User: leq0323          Page 2 of 2                    Date Rcvd: Jun 30, 2020
                             Form ID: hrgnot         Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*      +JOHN C. MCLEMORE,   LAW OFFICE OF JOHN C. MCLEMORE, PLLC,   2000 RICHARD JONES RD., STE. 250,
           NASHVILLE, TN 37215-2885
cr*       ++ASCEND FEDERAL CREDIT UNION,   P O BOX 1210,   TULLAHOMA TN 37388-1210
           (address filed with court: Ascend Federal Credit Union,   P. O. Box 1210,
           Tullahoma, TN  37388)
cr*       ++BANCORPSOUTH,   BANKRUPTCY DEPARTMENT,   P O BOX 4360,   TUPELO MS 38803-4360
           (address filed with court: BANCORPSOUTH BANK,   P. O. BOX 4360,   TUPELO, MS  38803-4360)
7055500*  ++ASCEND FEDERAL CREDIT UNION,   P O BOX 1210,   TULLAHOMA TN 37388-1210
           (address filed with court: ASCEND FEDERAL CREDIT UNION,   ATTN: OFFICER MANAGER OR AGENT,
           PO BOX 1210,   TULLAHOMA TN 37388)
6925939*  ++BANCORPSOUTH,   BANKRUPTCY DEPARTMENT,   P O BOX 4360,   TUPELO MS 38803-4360
           (address filed with court: BancorpSouth Bank,   P.O. Box 4360,   Tupelo, MS   38803)
7055502*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
           (address filed with court: BANK OF AMERICA,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 982238,
           EL PASO TX 79998)
6897901*  +Fawn ██████, Fenton,                     Brentwood TN 37027-4628
7055505*   IRS INSOLVENCY,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 7346,   PHILADELPHIA PA 19101-7346
7055506*  +IRS INSOLVENCY,   801 BROADWAY ROOM 285,   MDP 146,   NASHVILLE TN 37203-3811
7055507*  +IRS INSOLVENCY,   801 BROADWAY ROOM 285,   MDP 146,   NASHVILLE TN 37203-3811
6897910*   IRS INSOLVENCY,   Attn: Officer Manager or Agent,   PO Box 7346,   Philadelphia PA 19101-7346
7055504*  ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
           MONROE LA 71203-4774
           (address filed with court: CHASE CARD,   ATTN: OFFICER MANAGER OR AGENT,   PO BOX 15298,
           WILMINGTON DE 19850)
7055510*  +US ATTORNEY GENERAL,   US DEPARTMENT OF JUSTICE,   950 PENNSYLVANIA AVENUE,
           WASHINGTON DC 20530-0009
7055511*  +██████████,   C/O BROOKSIDE PROPERTIES, INC.,   2002 RICHARD JONES ROAD, SUITE 200-C,
           NASHVILLE TN 37215-2963
                                                                        TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
         JERRY PAUL SPORE    on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
         wanda@spraginslaw.com
         JOHN C. MCLEMORE   gmyecfkr@gmylaw.com,   jcm@trusteesolutions.com;jcm@trusteesolutions.net
         JOHN C. MCLEMORE   on behalf of Trustee JOHN C. MCLEMORE gmyecfkr@gmylaw.com,
         jcm@trusteesolutions.com;jcm@trusteesolutions.net
         MARY ELIZABETH AUSBROOKS   on behalf of Debtor Fawn ██████ Fenton marybeth@rothschildbklaw.com,
         rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
         NATALIE BROWN   on behalf of Creditor   BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
         lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
         f.courtdrive.com
         PAUL JOSEPH SPINA, III   on behalf of Creditor   Toyota Motor Credit Corporation
         pspina@spinalavelle.com
         SHEARON WEEMS HALES   on behalf of Creditor   Ascend Federal Credit Union shales@ascendfcu.org,
         bankruptcy@ascendfcu.org
         US TRUSTEE   ustpregion08.na.ecf@usdoj.gov

                                                                        TOTAL: 8

---

Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.  3:19−bk−02693
Chapter 7
Judge  Charles M Walker

In Re:
   Fawn ███ Fenton ██████████

███████████████

Brentwood, TN 37027
Social Security No.
xxx−xx−2065
Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 7/14/20 at 10:00 AM

to consider and act upon the following:

*117* − Trustee's Motion and Notice to Disallow Claim(s)# 6,7,8 Filed by See Exhibit in the amount of $See Exhibit . Filed By: JOHN C. MCLEMORE on behalf of JOHN C. MCLEMORE. If timely response hearing will be held on 7/7/2020 at 09:00 AM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 6/26/2020. (MCLEMORE, JOHN)

Dated: 6/30/20

                                  /s/ TERESA C. AZAN
                                    Clerk, U.S. Bankruptcy Court

TNJudicial.org/afair003.pdf — Case 2:20-cv-01097-PLM-RSK — ECF No. 1-11, PageID.428 — Filed 10/13/23 — DOC 003 | Page 458 of 508

Continues Real Estate Deed Fraud, ADA Financial Exploitation (RICO)   Page 43 of 93

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FAWN ▮▮▮ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: <u>AUGUST 20, 2020</u>**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE HELD ON: <u>SEPTEMBER 8, 2020</u>,**
**AT 10:00 A.M., BY AT&T CONFERENCE LINE NUMBER 1-888-363-4749, ACCESS CODE 7250422#**

<u>**NOTICE OF AMENDED MOTION FOR ALLOWANCE AND DISALLOWANCE OF CLAIMS**</u>

John C. McLemore, Trustee, has asked the Court for the following relief: to allow or disallow claims.

**YOUR RIGHTS MAY BE AFFECTED**. If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.    File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

If you need assistance with Electronic Filing, you may call the Clerk's Intake Department at (615) 736-5584.

2.    Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

This 21st day of July, 2020.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FAWN ███ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### CHAPTER 7 TRUSTEE'S AMENDED MOTION
### FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS

The Chapter 7 Trustee, John C. McLemore, moves the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to this motion.

All claims filed have been allowed in their face amounts as general unsecured claims with the exception of the following three:

Claim #6: Bancorp South Bank—This was a real estate secured claim. During the pendency of the bankruptcy, the collateral was sold as part of the Debtor's divorce and the debt was paid in full. No further action is necessary regarding this claim.

Claim #7: Toyota Motor Credit—This obligation was reaffirmed by the Debtor. No further action is necessary regarding this claim.

Claim #8: Bank of America---This was a real estate secured claim. During the pendency of the bankruptcy, the collateral was sold as part of the Debtor's divorce and the debt was paid in full. No further action is necessary regarding this claim.

All claims filed against this Chapter 7 Bankruptcy Estate before the claims bar deadline of May 4, 2020, have been reviewed and are included in the recommendations set forth in Exhibit A to this motion. If a creditor has not filed a claim, its name does not appear on Exhibit A and its claim is not allowed. Each claim is identified by the claim number and the creditor name. The "Claim Status" column indicates whether the Trustee recommends allowance or disallowance of a claim. If a claim is disallowed there will be a brief explanation on the line titled "Claim Notes." The "Amount Allowed" column states the amount of a claim to be allowed. It **does not** indicate the amount to be paid.

The Trustee files this motion and recommendations pursuant to his duties under 11 U.S.C. §704(5). All recommendations are subject to review by the Court. The order resulting from this motion will be a final determination regarding the allowance or disallowance of all claims listed on Exhibit A.

TNJudicial.org/e/afirf002.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) DOC-003 | Page 460 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-11, PageID.480   Filed 10/13/23   Page 45 of 93
of 93

**WHEREFORE,** the Trustee prays for the entry of an order allowing or disallowing the claims as set forth in the attached Exhibit A, and for such other and further relief as is just.

Dated this 21st day of July, 2020.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1460.00

**CLAIM ANALYSIS REPORT**

Page No: 1

FRBP Violated: #3:19-bk-02693
TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)
JRF.003.1461.00
TN.Judicial.org/c/a/jrf003.pdf
Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)
DOC: 003 | Page 461 of 508

| | |
|---|---|
| Case No. | 19-02693-CW3-7 |
| Case Name: | FENTON, FAWN |
| Taxpayer ID #: | 35-7264153 |
| Claims Bar Date: | 05/04/2020 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Date: | 7/21/2020 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JOHN C. MCLEMORE<br>2000 Richard Jones Rd., Ste. 250<br>Nashville TN 37215 | 02/10/2020 | Trustee Expenses - Ch 7 | Allowed | 2200-000 | $0.00 | $70.47 | $70.47 | $0.00 | $0.00 | $0.00 | $70.47 |
| 1 | IRS INSOLVENCY<br>801 Broadway Room 285<br>MDP 146<br>Nashville TN 37203 | 05/08/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Allow/Zero Balance | | | | | | | | | | | |
| 2 | ASCEND FEDERAL CREDIT UNION<br>P. O. Box 1210<br>Tullahoma TN 37388 | 05/16/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $12,900.65 | $12,900.65 | $0.00 | $0.00 | $0.00 | $12,900.65 |
| **Claim Notes:** | Allow/Unsecured | | | | | | | | | | | |
| 3 | ASCEND FEDERAL CREDIT UNION<br>P. O. Box 1210<br>Tullahoma TN 37388 | 05/16/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $5,000.00 | $2,990.00 | $0.00 | $0.00 | $0.00 | $2,990.00 |
| **Claim Notes:** | Allow/Unsecured - See AO 1-21-2020 (Docket No. 93) | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 05/29/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $9,518.02 | $9,518.02 | $0.00 | $0.00 | $0.00 | $9,518.02 |
| **Claim Notes:** | Allow/Unsecured | | | | | | | | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | 06/05/2019 | General Unsecured | Allowed | 7100-000 | $0.00 | $9,906.18 | $9,906.18 | $0.00 | $0.00 | $0.00 | $9,906.18 |
| **Claim Notes:** | Allow/Unsecured | | | | | | | | | | | |
| 6 | BANCORPSOUTH BANK<br>P.O. Box 4360<br>Tupelo MS 38803 | 06/06/2019 | Secured | Disallowed | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Paid in Full/No Further Action is Necessary | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 2

| | | | |
|---|---|---|---|
| Case No. | 19-02693-CW3-7 | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN ■■■ | Date: | 7/21/2020 |
| Taxpayer ID #: | 35-7264153 | | |
| Claims Bar Date: | 05/04/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | TOYOTA MOTOR CREDIT CORPORATION PO Box 9013 Tex 75001 | 06/25/2019 | Secured | Disallowed | 4210-000 | $0.00 | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Reaffirmed by Debtor/No Further Action is Necessary

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | SPECIALIZED LOAN SERVICING LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch CO 80129 | 06/27/2019 | Secured | Disallowed | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Paid in Full/No Further Action is Necessary

| | | | | | | $345,586.24 | $35,385.32 | $0.00 | $0.00 | $0.00 | $35,385.32 |
|---|---|---|---|---|---|---|---|---|---|---|---|

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.003.1.462.00

TNJudicial.org/c/a/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 462 of 508

**CLAIM ANALYSIS REPORT**

| | | |
|---|---|---|
| **Case No.** | 19-02693-CW3-7 | |
| **Case Name:** | FENTON, FAWN | |
| **Taxpayer ID #:** | 35-7264153 | |
| **Claims Bar Date:** | 05/04/2020 | |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Date:** | 7/21/2020 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured | $37,324.85 | $35,314.85 | $0.00 | $0.00 | $0.00 | $35,314.85 |
| Secured | $308,190.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses - Ch 7 | $70.47 | $70.47 | $0.00 | $0.00 | $0.00 | $70.47 |

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 484196)

JRF.003.1463.00

TN.judicial.org/c/a/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 463 of 508

TNJudicial.org/afair1002.pdf — Case 1:23-cv-01097-PLM-RSR — ECF No. 1-11, PageID.484 — Filed 10/13/23 — Page 49 of 93 — DOC-003 Page 464 of 508

Consumer Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN ███████ FENTON<br>xxx-xx-2065<br>███████<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER ALLOWING AND DISALLOWING CLAIMS

The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1464.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FAWN ▮▮▮ FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Fawn ▮▮▮ Fenton, ▮▮▮▮▮▮▮▮▮ Brentwood, TN 37027; Debtor's attorney, Mary Elizabeth Ausbrooks, Rothschild & Ausbrooks, 1222 16th Ave. So., Ste. 12, Nashville, TN 37212-2926; BankcorpSouth Bank, c/o Jerry Paul Spore, Spragins, Barnett & Cobb, PLC, 312 East Lafayette Street, Jackson, TN 38301; Peter Knapp, Authorized Agent of Toyota Motor Credit Corporation, Bonial & Associates, P.O. Box 9013, Addison, TX 75501; Specialized Loan Servicing, LLC, Bankruptcy Department, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129.

This 21st day of July, 2020.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**Attachments:**

(1) Notice of Chapter 7 Trustee's Motion for Allowance or Disallowance of Claims

(2) Chapter 7 Trustee's Motion for Allowance or Disallowance of Claims

(3) Proposed Order Allowing and Disallowing Claims

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FAWN ████ FENTON<br>xxx-xx-2065<br>████████<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER ALLOWING AND DISALLOWING CLAIMS

The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest.  Each was given 30 days in which to file a written objection with the Court.  Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



Charles M. Walker
U.S. Bankruptcy Judge
    Dated: 8/27/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN     FENTON<br>xxx-xx-2065<br><br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER ALLOWING AND DISALLOWING CLAIMS

The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1467.00

TNJudicial.org/s/a/jrf003.pdf          Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)          DOC.003 | Page 468 of 508

Case 1:23-cv-01097-PLM-RSK          ECF No. 1-11, PageID.438          Filed 10/13/23          Page 53 of 93

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                              Case No. 19-02693-CMW
Fawn ███████ Fenton                                                 Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: slw0703          Page 1 of 1          Date Rcvd: Aug 27, 2020
                             Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db          +Fawn ███████ Fenton, ████████████████        Brentwood, TN 37027-4628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
          JERRY PAUL SPORE     on behalf of Creditor    BANCORPSOUTH BANK jpspore@spraginslaw.com,
          wanda@spraginslaw.com
          JOHN C. MCLEMORE     gmyecfkr@gmylaw.com,  jcm@trusteesolutions.com;jcm@trusteesolutions.net
          MARY ELIZABETH AUSBROOKS   on behalf of Debtor Fawn ███████ Fenton marybeth@rothschildbklaw.com,
          rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com
          NATALIE BROWN   on behalf of Creditor    BANK OF AMERICA, N.A. nbrown@rubinlublin.com,
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ec
          f.courtdrive.com
          PAUL JOSEPH SPINA, III   on behalf of Creditor    Toyota Motor Credit Corporation
          pspina@spinalavelle.com
          SHEARON WEEMS HALES   on behalf of Creditor    Ascend Federal Credit Union shales@ascendfcu.org,
          bankruptcy@ascendfcu.org
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov

                                                                                    TOTAL: 7

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/27/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>FAWN ▮▮▮▮ FENTON<br>xxx-xx-2065<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>BRENTWOOD, TN 37027<br><br>DEBTOR. | CASE NO. 19-02693-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### ORDER ALLOWING AND DISALLOWING CLAIMS

The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

**Form boc**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE

In Re:

Fawn ████ Fenton

Bankruptcy Case No.
3:19−bk−02693

Chapter 7

### NOTICE OF BILL OF COSTS FOR COURT FEES

You are hereby notified that the Clerk of Court requires **JOHN C. MCLEMORE, TRUSTEE** to pay **181.00 − MOTION TO SELL PROPERTY FREE & CLEAR OF LIENS UNDER SECTION 363(F)** in costs for the filing of the following in the above styled case:

Dated:9/3/20

/s/TERESA C. AZAN
Court Clerk

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:19-BK-02693 |
| | § | |
| FAWN ████ FENTON | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>13</u> of the United States Bankruptcy Code was filed on <u>04/26/2019</u>. The case was converted to one under Chapter <u>7</u> on <u>12/06/2019</u>. The undersigned trustee was appointed on <u>12/06/2019</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                     $4,400.00

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $181.00 |
| Bank service fees | $6.33 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $4,212.67 |

        The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

FRBP Violated: #3:19-bk-02693         TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)         JRF.003.1471.00

TNJudicial.org/s/a/srf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 | Page 472 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.442    Filed 10/13/23    Page 57 of 93

6. The deadline for filing non-governmental claims in this case was <u>05/04/2020</u> and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,100.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,100.00</u>, for a total compensation of <u>$1,100.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$83.69,</u> for total expenses of <u>$83.69</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>10/20/2020</u>        By:   <u>/s/ John C. McLemore</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1                 Exhibit A

| Case No.: | 19-02693-CW3-7 | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN | | Date Filed (f) or Converted (c): | 12/06/2019 (c) |
| For the Period Ending: | 10/20/2020 | | §341(a) Meeting Date: | 01/06/2020 |
| | | | Claims Bar Date: | 05/04/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: | $14,500.00 | $6,188.16 | | $4,400.00 | FA |
| 2 | Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items | $1,420.00 | $0.00 | | $0.00 | FA |
| 3 | TV, Tablet | $575.00 | $0.00 | | $0.00 | FA |
| 4 | Breyer Horses | $450.00 | $0.00 | | $0.00 | FA |
| 5 | AR15, FN-FAL, Glock 23, Rugger SP101 | $2,750.00 | $50.00 | | $0.00 | FA |
| 6 | Clothing/Shoes/Purse | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Ring $1500 and Costume jewelry | $1,200.00 | $300.00 | | $0.00 | FA |
| Asset Notes: | Jeweler said worth $300.  Burdensome Asset. | | | | | |
| 8 | Dog, 2 Bunnies, Fish | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $435.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Aquarium located at | $425.00 | $0.00 | | $0.00 | FA |
| 11 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Checking First Farmers & Merchants | $1,349.36 | $0.00 | | $0.00 | FA |
| 13 | Checking Ascend Federal CU | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings First Farmers & Merchants | $1,350.65 | $0.00 | | $0.00 | FA |
| 15 | Savings Ascend Federal CU | $272.60 | $0.00 | | $0.00 | FA |
| 16 | Checking MIT FCU              (u) | $255.00 | $0.00 | | $0.00 | FA |
| 17 | Savings MIT FCU              (u) | $200.55 | $0.00 | | $0.00 | FA |
| 18 | Cellphone, Laptop | $550.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $26,433.16 | $6,538.16 | $4,400.00 | $0.00 |

**Major Activities affecting case closing:**
07/21/2020    Filed Amended Claims Recommendation.

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF:003.1473.00

TN.judicial.org/c/a/rf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 473 of 508

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2          Exhibit A

| Case No.: | 19-02693-CW3-7 |
| Case Name: | FENTON, FAWN |
| For the Period Ending: | 10/20/2020 |

| Trustee Name: | John C. McLemore |
| Date Filed (f) or Converted (c): | 12/06/2019 (c) |
| §341(a) Meeting Date: | 01/06/2020 |
| Claims Bar Date: | 05/04/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 07/07/2020 | PC with Virginia Story 615-790-1778 who represents the Debtor in her Williamson County Divorce (Judge Binkley) |
| 07/02/2020 | PC from Jeff Fenton?? Debtor's former husband talked with him for more than 30 minutes. |
| 05/27/2020 | Filed Mt to Allow/Disallow Claims. |
| 05/13/2020 | Email to Jodie Thresher re: claims. |
| 04/15/2020 | Fawn Fenton picked up her ring. |
| 04/01/2020 | Email to Jody Thresher and Mary Beth Ausbrooks about Debtor's ring |
| 03/19/2020 | Filed Report of Sale. |
| 03/19/2020 | Jeweler said diamond ring and wedding band was worth $300. Burdensome asset. Will return ring to Debtor. |
| 02/19/2020 | Gave diamond ring and wedding band to Bobby Colson who will get a valuation. |
| 02/10/2020 | Filed Mt to Sell Equity in Vehicle to Debtor for $4,400. |
| 02/03/2020 | Claims bar 5/4/2020. |
| 01/30/2020 | Debtor wants to buy equity in vehicle |
| 01/30/2020 | Email to Jodie Thresher about wedding ring. |
| 01/28/2020 | Calculation of value of equity in 2017 Toyota Prius |
| 01/20/2020 | PC with Paul Spina counsel for Toyota Motor Credit. |
| 01/08/2020 | Email from Jodie Thresher, Debtor's attorney - Just wanted to give you a heads up that we will be filing an Amended Schedule A/B and C on this case. |
| 01/07/2020 | Email to Mary Beth - John told Ms. Fenton yesterday that he would like an independent valuation of her 2017 Toyota Prius. See attached instructions to forward to your client. |

Initial Projected Date Of Final Report (TFR):          Current Projected Date Of Final Report (TFR):

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 484199)

JRF.003.1475.00

TNJudicial.org/ca/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 475 of 508

**FORM 2**

Page No: 1                    Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 19-02693-CW3-7 |
| Case Name: | FENTON, FAWN |
| Primary Taxpayer ID #: | **-***4153 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/26/2019 |
| For Period Ending: | 10/20/2020 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0194 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2020 | (1) | Diane D. Winters | Equity in 2017 Toyota Prius per 2-10-2020 Motion to Sell [Dkt. No. 99] | 1129-000 | $4,400.00 | | $4,400.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $77.00 | $4,323.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($77.00) | $4,400.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.33 | $4,393.67 |
| 09/03/2020 | 3001 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Docket No. 99) | 2700-000 | | $181.00 | $4,212.67 |

| | | |
|---|---|---|
| TOTALS: | $4,400.00 | $187.33 | $4,212.67 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $4,400.00 | $187.33 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $4,400.00 | $187.33 | |

**For the period of 4/26/2019 to 10/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $187.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $187.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/03/2020 to 10/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $187.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $187.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-02693-CW3-7 | | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN ▉ | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4153 | | | Checking Acct #: | ******0194 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/26/2019 | | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 10/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|---|
| | | | TOTAL - ALL ACCOUNTS | | $4,400.00 | $187.33 | $4,212.67 |

**For the period of 4/26/2019 to 10/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $187.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $187.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/06/2019 to 10/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $187.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $187.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02058-COA-R3-CV (WILCO: 48419B)

JRF.003.1476.00

TN.judicial.org/ca/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 476 of 508

**CLAIM ANALYSIS REPORT**

Page No: 1          Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No. | 19-02693-CW3-7 | | | | | | | Trustee Name: | John C. McLemore | | |
| Case Name: | FENTON, FAWN | | | | | | | Date: | 10/20/2020 | | |
| Claims Bar Date: | 05/04/2020 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JOHN C. MCLEMORE<br>2000 Richard Jones Rd., Ste. 250<br>Nashville TN 37215 | 02/10/2020 | Trustee Expenses - Ch 7 | Allowed | 2200-000 | $0.00 | $83.69 | $83.69 | $0.00 | $0.00 | $0.00 | $83.69 |
| | JOHN C. MCLEMORE<br>2000 Richard Jones Rd., Ste. 250<br>Nashville TN 37215 | 09/03/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,100.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 |
| | U.S. BANKRUPTCY COURT CLERK | 09/03/2020 | Court Costs and Fees | Allowed | 2700-000 | $0.00 | $181.00 | $181.00 | $181.00 | $0.00 | $0.00 | $0.00 |
| 1 | IRS INSOLVENCY<br>801 Broadway Room 285<br>MDP 146<br>Nashville TN 37203 | 05/08/2019 | Priority | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Allow/Zero Balance | | | | | | | | | | | | |
| 2 | ASCEND FEDERAL CREDIT UNION<br>P. O. Box 1210<br>Tullahoma TN 37388 | 05/16/2019 | General Unsecured | Allowed | 7100-000 | $12,900.65 | $12,900.65 | $12,900.65 | $0.00 | $0.00 | $0.00 | $12,900.65 |
| **Claim Notes:** Allow/Unsecured | | | | | | | | | | | | |
| 3 | ASCEND FEDERAL CREDIT UNION<br>P. O. Box 1210<br>Tullahoma TN 37388 | 05/16/2019 | General Unsecured | Allowed | 7100-000 | $4,212.89 | $5,000.00 | $2,990.00 | $0.00 | $0.00 | $0.00 | $2,990.00 |
| **Claim Notes:** Allow/Unsecured - See AO 1-21-2020 (Docket No. 93) | | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 05/29/2019 | General Unsecured | Allowed | 7100-000 | $9,518.02 | $9,518.02 | $9,518.02 | $0.00 | $0.00 | $0.00 | $9,518.02 |
| **Claim Notes:** Allow/Unsecured | | | | | | | | | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | 06/05/2019 | General Unsecured | Allowed | 7100-000 | $9,906.18 | $9,906.18 | $9,906.18 | $0.00 | $0.00 | $0.00 | $9,906.18 |
| **Claim Notes:** Allow/Unsecured | | | | | | | | | | | | |

FRBP Violated: #3.19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.003.1477.00

TNJudicial.org/ca/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 477 of 508

**CLAIM ANALYSIS REPORT**

Page No: 2          Exhibit C

| Case No.: | 19-02693-CW3-7 | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN ▇▇▇ | | Date: | 10/20/2020 |
| Claims Bar Date: | 05/04/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | BANCORPSOUTH BANK<br>P.O. Box 4360<br>Tupelo MS 38803 | 06/06/2019 | Secured | Disallowed | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Paid in Full/No Further Action is Necessary

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | TOYOTA MOTOR<br>CREDIT CORPORATION<br>PO Box 9013<br>Tex  75001 | 06/25/2019 | Secured | Disallowed | 4210-000 | $11,672.82 | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Reaffirmed by Debtor/No Further Action is Necessary

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | SPECIALIZED LOAN<br>SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch CO 80129 | 06/27/2019 | Secured | Disallowed | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Paid in Full/No Further Action is Necessary

| | | | | | | $346,880.46 | $36,679.54 | $181.00 | $0.00 | $0.00 | $36,498.54 |

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.003.1478.00

TN.judicial.org/cfa/rf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 478 of 508

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.003.1479.00

TNJudicial.org/c/a/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 479 of 508

**CLAIM ANALYSIS REPORT**

Page No: 3     Exhibit C

| | | |
|---|---|---|
| Case No. | 19-02693-CW3-7 | |
| Case Name: | FENTON, FAWN | |
| Claims Bar Date: | 05/04/2020 | |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Date:** | 10/20/2020 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Court Costs and Fees | $181.00 | $181.00 | $181.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured | $37,324.85 | $35,314.85 | $0.00 | $0.00 | $0.00 | $35,314.85 |
| Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Secured | $308,190.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,100.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 |
| Trustee Expenses - Ch 7 | $83.69 | $83.69 | $0.00 | $0.00 | $0.00 | $83.69 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        3:19-BK-02693
Case Name:   FAWN ▮▮▮▮▮ FENTON
Trustee Name:  John C. McLemore

Balance on hand:        $4,212.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:        $4,212.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| John C. McLemore, Trustee Fees | $1,100.00 | $0.00 | $1,100.00 |
| John C. McLemore, Trustee Expenses | $83.69 | $0.00 | $83.69 |
| U.S. Bankruptcy Court Clerk, Clerk of the Court Costs | $181.00 | $181.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:        $1,183.69
Remaining balance:        $3,028.98

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $3,028.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:        $0.00
Remaining balance:        $3,028.98

UST Form 101-7-TFR (5/1/2011)

Case 3:19-bk-02693   Doc 127   Filed 10/22/20   Entered 10/22/20 16:52:42   Desc Main
Document      Page 10 of 12

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.003.1480.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,314.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | $12,900.65 | $0.00 | $1,106.50 |
| 3 | Ascend Federal Credit Union | $2,990.00 | $0.00 | $256.45 |
| 4 | American Express National Bank | $9,518.02 | $0.00 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | $9,906.18 | $0.00 | $849.66 |

Total to be paid to timely general unsecured claims:    $3,028.98
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $0.00

TNJudicial.org/adefm00.pdf — Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC-003 | Page 482 of 508

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.452    Filed 10/13/23    Page 67 of 93

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1482.00

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:19-BK-02693 |
| | § | |
| FAWN ███████ FENTON | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* — $4,400.00
*and approved disbursements of* — $187.33
*leaving a balance on hand of[1]:* — $4,212.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,212.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| John C. McLemore, Trustee Fees | $1,100.00 | $0.00 | $1,100.00 |
| John C. McLemore, Trustee Expenses | $83.69 | $0.00 | $83.69 |
| U.S. Bankruptcy Court Clerk, Clerk of the Court Costs | $181.00 | $181.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $1,183.69
Remaining balance: $3,028.98

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

TNJudicial.org/pair/103.pdf   Case 3:23-cv-01097-PLM-RSK   ECF No. 1-11, PageID.484   Filed 10/13/23   Page 69 of 93   DOC-003 | Page 484 of 508

Continuing Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $3,028.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $3,028.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,314.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | $12,900.65 | $0.00 | $1,106.50 |
| 3 | Ascend Federal Credit Union | $2,990.00 | $0.00 | $256.45 |
| 4 | American Express National Bank | $9,518.02 | $0.00 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | $9,906.18 | $0.00 | $849.66 |

| | Total to be paid to timely general unsecured claims: | $3,028.98 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ John C. McLemore
Trustee

John C. McLemore
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

TNJudicial.org/pair1002.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOC 003 | Page 486 of 508

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-11, PageID.456   Filed 10/13/23   Page 71 of 93

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

In re:   **FAWN** ▮▮▮▮ **FENTON**                    Case No: **3:19-02693-CMW**

§

Debtor(s)                         §

§

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** Nov 23, 2020
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** 10:00 a.m. ; Dec 1, 2020 ;
**Court Room 2, Customs House 701 Broadway, Nashville TN 37203**

---

### NOTICE OF SUMMARY OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), please take notice that
**John C McLemore**, trustee of the above styled estate, has filed a Final Report and
the trustee and the trustee's professionals have filed final fee applications, which are summarized
in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection
at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
(Monday - Friday, 8:00 a.m. - 4:00 p.m.)

Any person wishing to object to any fee application that has not already been approved or
to the Final Report must file a written objection by **Nov 23, 2020** , together with a request for a
hearing and serve a copy of both upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee application and any objection to the Final
Report will be held at <u>10:00 a.m.  **on Dec 1, 2020** ; **Court Room 2 , Customs House 701
Broadway Nashville, TN 37203**</u>. If no objections are timely filed, the court will act on the fee
application and approve the trustee's compensation and expenses, and disbursements will be made
as proposed pursuant to FRBP 3009 without further order of the Court.

**YOUR RIGHTS MAY BE AFFECTED**. Absent timely response, the court will approve
the trustee's compensation and expenses and the pending fee application and disbursements will be
made as proposed. If you do not want the court to grant the motion or the trustee to make the
disbursements as proposed, then on or before **Nov 23, 2020** , you or your attorney must:

1.     File with the Court your written response or objection explaining your position:

TNJudicial.org/s/a/jrf003.pdf    Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC.003 | Page 487 of 508

|  |  |  |
|---|---|---|
| Electronically: | https://ecf.tnmb.uscourts.gov ( <u>Required for registered Filers and Users who have accepted electronic notice in this case.</u>) |
| By Mail at: | US Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203 |
| In Person: | US Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.) |

2. **Your response must state the deadline for filing responses is Nov 23, 2020 the date of the scheduled hearing is Dec 1, 2020 , and the NOTICE to which you are responding is the Trustee's Final Report**. If you want a file stamped copy returned, you must include an extra copy and self-addressed, stamped envelope.

3. **If you do not file your response electronically, you must also mail a copy of your response to:**
   John C McLemore, 2000 Richard Jones Rd, Ste. 250, Nashville TN 37215
   United States Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203

If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at ecf.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the notice, motion and proposed order and may enter an order granting that relief.

Date: **Oct 23, 2020**

By:    TERESA C. AZAN
Clerk
BY: /s/  SLW
Deputy Clerk

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1487.00

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

In re: § Case No. 3:19-BK-02693
§
FAWN ███████ FENTON §
§
§
§
_____ Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $4,400.00
*and approved disbursements of* $187.33
*leaving a balance on hand of[1]:* $4,212.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,212.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| John C. McLemore, Trustee Fees | $1,100.00 | $0.00 | $1,100.00 |
| John C. McLemore, Trustee Expenses | $83.69 | $0.00 | $83.69 |
| U.S. Bankruptcy Court Clerk, Clerk of the Court Costs | $181.00 | $181.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $1,183.69
Remaining balance: $3,028.98

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

FRBP Violated: #3:19-bk-02693  TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)  JRF.003.1488.00

<table>
<tr><td>Total to be paid to prior chapter administrative expenses:</td><td>$0.00</td></tr>
<tr><td>Remaining balance:</td><td>$3,028.98</td></tr>
</table>

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,028.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,314.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | $12,900.65 | $0.00 | $1,106.50 |
| 3 | Ascend Federal Credit Union | $2,990.00 | $0.00 | $256.45 |
| 4 | American Express National Bank | $9,518.02 | $0.00 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | $9,906.18 | $0.00 | $849.66 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $3,028.98 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ John C. McLemore

Trustee

John C. McLemore
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.003.1490.00

Form npubstfr (12/13)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:19−bk−02693
#### Chapter 7

In re:



Fawn ▮▮▮▮ Fenton ▮▮▮▮▮▮

Brentwood, TN 37027

Social Security No.:
xxx−xx−2065

## NOTICE OF PUBLICATION OF SUMMARY OF TRUSTEE'S FINAL REPORT

You are hereby notified that a Notice of Summary of Trustee's Final Report and Application for Compensation and Deadline to Object has been filed in the case referenced above. The deadline for objections and responses is contained in the published Notice.

The Notice and its attached complete Summary of Trustee's Final Report and Application for Compensation and Deadline to Object may be viewed on and downloaded from the court's website at www.tnmb.uscourts.gov/summary−trustees−final−reports free of charge. If no electronic viewing means is available, you may request a free copy by calling the U.S. Bankruptcy Court at (615) 736−5584, or by writing to or visiting the Clerk's office located at 701 Broadway, Room 170, Nashville, Tennessee 37203.

Dated: 10/23/20

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court

BY: /s/ slw
Deputy Clerk

FRBP Violated: #3:19-bk-02693              TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)              JRF.003.1491.00

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                          Case No. 19-02693-CMW

Fawn ████ Fenton                                                                Chapter 7

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3                          User: slw0703                          Page 1 of 3
Date Rcvd: Oct 23, 2020                       Form ID: npubstfr                      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fawn ████ Fenton, ██████████ Brentwood, TN 37027-4628 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Toyota Motor Credit Corporation, c/o Spina & Lavelle PC, One Perimeter Park South, Suite 400N, Birmingham, AL 35243-2327 |
| 7055499 | | AMERICAN INFOSOURCE AS AGENT, ATTN: OFFICER MANAGER OR AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 6897903 | + | American Express, Attn: Officer Manager or Agent, PO Box 981537, El Paso TX 79998-1537 |
| 6919358 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7055501 | ++ | BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360 address filed with court:, BANCORP SOUTH, ATTN: OFFICER MANAGER OR AGENT, PO BOX 4360, TUPELO MS 38803 |
| 6897906 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Officer Manager or Agent, PO Box 982238, El Paso TX 79998 |
| 7055503 | | BECKET & LEE LLP, ATTN: OFFICER MANAGER OR AGENT, PO BOX 3001, MALVERN PA 19355-0701 |
| 6897905 | + | BanCorp South, Attn: Officer Manager or Agent, 914 Murfreesboro Road, Franklin TN 37064-3003 |
| 6941837 | | Bank of America, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 6897907 | + | Bank of America, NA, Attn: Officer Manager or Agent, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 6897902 | | Mary Beth Ausbrooks, Rothschild & Ausbrooks PLLC, 1222 16th Avenue South, Suite 12, Nashville, TN 37212-2926 |
| 7055508 | + | SPECIALIZED LOAN SERVICING, LLC, ATTN: OFFICER MANAGER OR AGENT, 8742 LUCENT BLVD., SUITE 300, HIGHLANDS RANCH CO 80129-2386 |
| 6999363 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 7055509 | + | TOYOTA MOTOR CREDIT CO., ATTN OFFICER MANAGER OR AGENT, PO BOX 9013, ADDISON TX 75001-9013 |
| 6897912 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co., Attn Officer Manager or Agent, 5005 N River Blvd. NE, Cedar Rapids IA 52411-6634 |
| 6940151 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 6897913 | + | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington DC 20530-0009 |
| 7055512 | + | VIRGINIA LEE STORY, ATTN: OFFICER MANAGER OR AGENT, 136 FOURTH AVE. SOUTH, FRANKLIN TN 37064-2622 |
| 6897914 | + | ██████████ c/o Brookside Properties, Inc., 2002 Richard Jones Road, Suite 200-C, Nashville TN 37215-2963 |

TOTAL: 21

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6897904 | | Email/Text: bankruptcy@ascendfcu.org | Oct 24 2020 02:54:00 | Ascend Federal Credit Union, Attn: Officer Manager or Agent, PO Box 1210, Tullahoma TN 37388 |
| 6911748 | | Email/Text: bankruptcy@ascendfcu.org | Oct 24 2020 02:54:00 | Ascend Federal Credit Union, P. O. Box 1210, Tullahoma, TN 37388 |
| 6924463 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 24 2020 02:40:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 6897908 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 24 2020 02:37:15 | Capital One Bank USA NA, Attn: Officer Manager or Agent, PO Box 30281, Salt Lake City UT 84130-0281 |
| 6897911 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2020 02:54:00 | IRS Insolvency, 801 Broadway Room 285, MDP 146, Nashville TN 37203-3811 |
| 6897909 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 24 2020 02:38:54 | Chase Card, Attn: Officer Manager or Agent, PO |

District/off: 0650-3      User: slw0703      Page 2 of 3
Date Rcvd: Oct 23, 2020      Form ID: npubstfr      Total Noticed: 27

Box 15298, Wilmington DE 19850

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ASCEND FEDERAL CREDIT UNION, P O BOX 1210, TULLAHOMA TN 37388-1210, address filed with court:, Ascend Federal Credit Union, P. O. Box 1210, Tullahoma, TN 37388 |
| cr | *P++ | BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360, address filed with court:, BANCORPSOUTH BANK, P. O. BOX 4360, TUPELO, MS 38803-4360 |
| 7055500 | *P++ | ASCEND FEDERAL CREDIT UNION, P O BOX 1210, TULLAHOMA TN 37388-1210, address filed with court:, ASCEND FEDERAL CREDIT UNION, ATTN: OFFICER MANAGER OR AGENT, PO BOX 1210, TULLAHOMA TN 37388 |
| 6925939 | *P++ | BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360, address filed with court:, BancorpSouth Bank, P.O. Box 4360, Tupelo, MS 38803 |
| 7055502 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: OFFICER MANAGER OR AGENT, PO BOX 982238, EL PASO TX 79998 |
| 6897901 | *+ | Fawn    Fenton,      Brentwood TN 37027-4628 |
| 7055505 | * | IRS INSOLVENCY, ATTN: OFFICER MANAGER OR AGENT, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7055506 | *+ | IRS INSOLVENCY, 801 BROADWAY ROOM 285, MDP 146, NASHVILLE TN 37203-3811 |
| 7055507 | *+ | IRS INSOLVENCY, 801 BROADWAY ROOM 285, MDP 146, NASHVILLE TN 37203-3811 |
| 6897910 | * | IRS Insolvency, Attn: Officer Manager or Agent, PO Box 7346, Philadelphia PA 19101-7346 |
| 7055504 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, ATTN: OFFICER MANAGER OR AGENT, PO BOX 15298, WILMINGTON DE 19850 |
| 7055510 | *+ | US ATTORNEY GENERAL, US DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, WASHINGTON DC 20530-0009 |
| 7055511 | *+ |     C/O BROOKSIDE PROPERTIES, INC., 2002 RICHARD JONES ROAD, SUITE 200-C, NASHVILLE TN 37215-2963 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JERRY PAUL SPORE | on behalf of Creditor BANCORPSOUTH BANK jpspore@spraginslaw.com   wanda@spraginslaw.com |
| JOHN C. MCLEMORE | gmyecfkr@gmylaw.com jcm@trustesolutions.com;jcm@trustesolutions.net |
| MARY ELIZABETH AUSBROOKS | on behalf of Debtor Fawn   Fenton marybeth@rothschildbklaw.com rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com |
| NATALIE BROWN | on behalf of Creditor BANK OF AMERICA N.A. nbrown@rubinlublin.com, lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |

TNJudicial.org/seitel23...cv-01097-PLM-RSK Consol...RC Real Estate Deed Fraud & ADA Financial Exploitation (RICO) Filed 10/13/23 DOC.003 Page 494 of 508

Case 2:23-cv-01097-PLM-RSK ECF No. 1-11, PageID.464 Filed 10/13/23 Page 79 of 93

District/off: 0650-3                    User: slw0703                           Page 3 of 3
Date Rcvd: Oct 23, 2020                 Form ID: npubstfr                       Total Noticed: 27

PAUL JOSEPH SPINA, III
                        on behalf of Creditor Toyota Motor Credit Corporation pspina@spinalavelle.com

SHEARON WEEMS HALES
                        on behalf of Creditor Ascend Federal Credit Union shales@ascendfcu.org  bankruptcy@ascendfcu.org

US TRUSTEE
                        ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.003.1494.00

Form npubstfr (12/13)

# UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

## Case No. 3:19−bk−02693
Chapter 7

In re:

Brentwood, TN 37027

Social Security No.:
xxx−xx−2065

# NOTICE OF PUBLICATION OF SUMMARY OF TRUSTEE'S FINAL REPORT

You are hereby notified that a Notice of Summary of Trustee's Final Report and Application for Compensation and Deadline to Object has been filed in the case referenced above. The deadline for objections and responses is contained in the published Notice.

The Notice and its attached complete Summary of Trustee's Final Report and Application for Compensation and Deadline to Object may be viewed on and downloaded from the court's website at www.tnmb.uscourts.gov/summary−trustees−final−reports free of charge. If no electronic viewing means is available, you may request a free copy by calling the U.S. Bankruptcy Court at (615) 736−5584, or by writing to or visiting the Clerk's office located at 701 Broadway, Room 170, Nashville, Tennessee 37203.

Dated: 10/23/20

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court

BY: /s/ slw
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 19-02693-CW3-7 |
| FAWN ▮▮▮▮ FENTON | § | Chapter 7 |
| | § | Judge Charles M Walker |
| | § | |
| Debtor(s) | § | |

**ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES**

Upon application to the Court for allowance of trustee compensation and expenses, proper notice having been given, and no objections having been made, it is hereby ORDERED that the Trustee is awarded trustee compensation of $1,100.00 and trustee expenses of $83.69, for a total of $1,183.69. The Trustee is further awarded compensation on the interest accrued on estate funds after submission of the Trustee's Final Report not to exceed the maximum compensation as provided in 11 U.S.C. § 326.

> This Order was signed and entered electronically as indicated at the top of this page.

/s/ John C. McLemore
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
Phone: (615) 383-9495
Fax: (615) 292-9848
eMail: jmclemore@gmylaw.com

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 11/30/2020

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

In re:                                    §
                                          §
                                          §    Case No. 19-02693-CW3-7
FAWN ███████ FENTON              §    Chapter 7
                                          §    Judge Charles M Walker
                                          §
                Debtor(s)                 §

### ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES

Upon application to the Court for allowance of trustee compensation and expenses, proper notice having been given, and no objections having been made, it is hereby ORDERED that the Trustee is awarded trustee compensation of $1,100.00 and trustee expenses of $83.69, for a total of $1,183.69. The Trustee is further awarded compensation on the interest accrued on estate funds after submission of the Trustee's Final Report not to exceed the maximum compensation as provided in *11 U.S.C. § 326.*

This Order was signed and entered electronically as indicated at the top of this page.

/s/ John C. McLemore
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
Phone: (615) 383-9495
Fax: (615) 292-9848
eMail: jmclemore@gmylaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

FRBP Violated: #3:19-bk-02693                TENNESSEE: #M2019-02059-COA-R3-CV (WILCO): 48419B)                JRF.003.1497.00

TNJudicial.org/ca/srf003.pdf          Conspiracy, Real Estate Deed Fraud & ADA Financial Exploitation (RICO)          DOC 003 | Page 498 of 508

Case 1:23-cv-01097-PLM-RSK          ECF No. 1-11,   PageID.468          Filed 10/13/23          Page 83 of 93

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                    Case No. 19-02693-CMW

Fawn ▆▆▆ Fenton                                                           Chapter 7

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3                        User: slw0703                                  Page 1 of 2
Date Rcvd: Nov 30, 2020                     Form ID: pdf001                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

**Recip ID            Recipient Name and Address**
db              +      Fawn ▆▆▆ Fenton, ▆▆▆▆▆▆▆ Brentwood, TN 37027-4628

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed
below:**

**Name                          Email Address**

JERRY PAUL SPORE
                                on behalf of Creditor BANCORPSOUTH BANK jpspore@spraginslaw.com  wanda@spraginslaw.com

JOHN C. MCLEMORE
                                gmyecfkr@gmylaw.com  jcm@trustesolutions.com;jcm@trustesolutions.net

MARY ELIZABETH AUSBROOKS
                                on behalf of Debtor Fawn ▆▆▆ Fenton marybeth@rothschildbklaw.com
                                rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com

NATALIE BROWN
                                on behalf of Creditor BANK OF AMERICA  N.A. nbrown@rubinlublin.com,
                                lcaplan@rubinlublin.com;akhosla@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

PAUL JOSEPH SPINA, III
                                on behalf of Creditor Toyota Motor Credit Corporation pspina@spinalavelle.com

Case 3:19-bk-02693     Doc 135     Filed 12/02/20     Entered 12/03/20 00:12:49     Desc
                            Imaged Certificate of Notice     Page 1 of 3

District/off: 0650-3                User: slw0703                Page 2 of 2

Date Rcvd: Nov 30, 2020            Form ID: pdf001            Total Noticed: 1

SHEARON WEEMS HALES

on behalf of Creditor Ascend Federal Credit Union shales@ascendfcu.org  bankruptcy@ascendfcu.org

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

FRBP Violated: #3:19-bk-02693           TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)           JRF.003.1499.00



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 11/30/2020

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Case No. 19-02693-CW3-7 |
| FAWN    FENTON | § § | Chapter 7 |
|  | § § | Judge Charles M Walker |
| Debtor(s) | § |  |

### ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES

Upon application to the Court for allowance of trustee compensation and expenses, proper notice having been given, and no objections having been made, it is hereby ORDERED that the Trustee is awarded trustee compensation of $1,100.00 and trustee expenses of $83.69, for a total of $1,183.69. The Trustee is further awarded compensation on the interest accrued on estate funds after submission of the Trustee's Final Report not to exceed the maximum compensation as provided in 11 U.S.C. § 326.

*This Order was signed and entered electronically as indicated at the top of this page.*

/s/ John C. McLemore
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
Phone: (615) 383-9495
Fax: (615) 292-9848
eMail: jmclemore@gmylaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

TNJudicial.org/s/srf003.pdf — Conspiracy Real Estate Deed Fraud & ADA Financial Exploitation (RICO) — DOB.003 | Page 501 of 508

Case 3:23-cv-01097-PLM-RSK    ECF No. 1-11, PageID.471    Filed 10/13/23    Page 86 of 93

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:19-BK-02693 |
| | § | |
| FAWN ▬▬▬ FENTON | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

John C. McLemore, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,250.00 | Assets Exempt: | $11,000.00 |
| Total Distributions to Claimants: | $3,028.98 | Claims Discharged Without Payment: | $55,593.59 |
| Total Expenses of Administration: | $1,371.02 | | |

3)      Total gross receipts of $4,400.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $11,672.82 | $308,190.92 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,371.02 | $1,371.02 | $1,371.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |
| **Total Disbursements** | $71,518.28 | $346,886.79 | $36,685.87 | $4,400.00 |

4). This case was originally filed under chapter 0 on 04/26/2019. The case was converted to one under Chapter 7 on 12/06/2019. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2021                    By:   /s/ John C. McLemore
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: | 1129-000 | $4,400.00 |
| **TOTAL GROSS RECEIPTS** | | $4,400.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BancorpSouth Bank | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 |
| 7 | Toyota Motor Credit Corporation | 4210-000 | $11,672.82 | $12,600.00 | $0.00 | $0.00 |
| 8 | Specialized Loan Servicing LLC | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $11,672.82 | $308,190.92 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. McLemore, Trustee | 2100-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| John C. McLemore, Trustee | 2200-000 | NA | $83.69 | $83.69 | $83.69 |
| Pinnacle Bank | 2600-000 | NA | $6.33 | $6.33 | $6.33 |
| U.S. Bankruptcy Court Clerk | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,371.02 | $1,371.02 | $1,371.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | IRS Insolvency | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | 7100-000 | $12,900.65 | $12,900.65 | $12,900.65 | $1,106.50 |
| 3 | Ascend Federal Credit Union | 7100-000 | $4,212.89 | $5,000.00 | $2,990.00 | $256.45 |
| 4 | American Express National Bank | 7100-000 | $9,518.02 | $9,518.02 | $9,518.02 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $9,906.18 | $9,906.18 | $9,906.18 | $849.66 |
| | BanCorp South | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $11,793.22 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Specialized Loan Servicing, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Virginia Lee Story | 7100-000 | $11,514.50 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |

UST Form 101-7-TDR (10/1/2010)
Case 3:19-bk-02693   Doc 136   Filed 01/26/21   Entered 01/26/21 17:46:21   Desc Main
Document   Page 4 of 8

FRBP Violated: #3:19-bk-02693   TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)   JRF.003.1504.00

FRBP Violated: #3.19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.003.1505.00

TN.Judicial.org/ca/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 505 of 508

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1      Exhibit 8

| | |
|---|---|
| Case No.: | 19-02693-CW3-7 |
| Case Name: | FENTON, FAWN |
| For the Period Ending: | 1/9/2021 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Date Filed (f) or Converted (c): | 12/06/2019 (c) |
| §341(a) Meeting Date: | 01/06/2020 |
| Claims Bar Date: | 05/04/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: | $14,500.00 | $6,188.16 | | $4,400.00 | FA |
| 2 | Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items | $1,420.00 | $0.00 | | $0.00 | FA |
| 3 | TV, Tablet | $575.00 | $0.00 | | $0.00 | FA |
| 4 | Breyer Horses | $450.00 | $0.00 | | $0.00 | FA |
| 5 | AR15, FN-FAL, Glock 23, Rugger SP101 | $2,750.00 | $50.00 | | $0.00 | FA |
| 6 | Clothing/Shoes/Purse | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Ring $1500 and Costume jewelry | $1,200.00 | $300.00 | | $0.00 | FA |
| | **Asset Notes:** Jeweler said worth $300. Burdensome Asset. | | | | | |
| 8 | Dog, 2 Bunnies, Fish | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $435.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Aquarium located at | $425.00 | $0.00 | | $0.00 | FA |
| 11 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Checking First Farmers & Merchants | $1,349.36 | $0.00 | | $0.00 | FA |
| 13 | Checking Ascend Federal CU | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings First Farmers & Merchants | $1,350.65 | $0.00 | | $0.00 | FA |
| 15 | Savings Ascend Federal CU | $272.60 | $0.00 | | $0.00 | FA |
| 16 | Checking MIT FCU (u) | $255.00 | $0.00 | | $0.00 | FA |
| 17 | Savings MIT FCU (u) | $200.55 | $0.00 | | $0.00 | FA |
| 18 | Cellphone, Laptop (u) | $550.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | **Gross Value of Remaining Assets** |
|---|---|---|
| $26,433.16 | $6,538.16 | $4,400.00    $0.00 |

**Major Activities affecting case closing:**

07/21/2020   Filed Amended Claims Recommendation.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 19-02693-CW3-7 |
| **Case Name:** | FENTON, FAWN |
| **For the Period Ending:** | 1/9/2021 |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Date Filed (f) or Converted (c):** | 12/06/2019 (c) |
| **§341(a) Meeting Date:** | 01/06/2020 |
| **Claims Bar Date:** | 05/04/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 07/07/2020 | PC with Virginia Story 615-790-1778 who represents the Debtor in her Williamson County Divorce (Judge Binkley) |
| 07/02/2020 | PC from Jeff Fenton?? Debtor's former husband talked with him for more than 30 minutes. |
| 05/27/2020 | Filed Mt to Allow/Disallow Claims. |
| 05/13/2020 | Email to Jodie Thresher re: claims. |
| 04/15/2020 | Fawn Fenton picked up her ring. |
| 04/01/2020 | Email to Jody Thresher and Mary Beth Ausbrooks about Debtor's ring |
| 03/19/2020 | Filed Report of Sale. |
| 03/19/2020 | Jeweler said diamond ring and wedding band was worth $300. Burdensome asset. Will return ring to Debtor. |
| 02/19/2020 | Gave diamond ring and wedding band to Bobby Colson who will get a valuation. |
| 02/10/2020 | Filed Mt to Sell Equity in Vehicle to Debtor for $4,400. |
| 02/03/2020 | Claims bar 5/4/2020. |
| 01/30/2020 | Debtor wants to buy equity in vehicle |
| 01/30/2020 | Email to Jodie Thresher about wedding ring. |
| 01/28/2020 | Calculation of value of equity in 2017 Toyota Prius |
| 01/20/2020 | PC with Paul Spina counsel for Toyota Motor Credit. |
| 01/08/2020 | Email from Jodie Thresher, Debtor's attorney - Just wanted to give you a heads up that we will be filing an Amended Schedule A/B and C on this case. |
| 01/07/2020 | Email to Mary Beth - John told Ms. Fenton yesterday that he would like an independent valuation of her 2017 Toyota Prius. See attached instructions to forward to your client. |

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.003.1506.00

TN.Judicial.org/c/a/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 506 of 508

FORM 2

Page No: 1          Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 19-02693-CW3-7 | | **Trustee Name:** | John C. McLemore | |
| **Case Name:** | FENTON, FAWN | | **Bank Name:** | Pinnacle Bank | |
| **Primary Taxpayer ID #:** | **-***4153 | | **Checking Acct #:** | ******0194 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | |
| **For Period Beginning:** | 4/26/2019 | | **Blanket bond (per case limit):** | $720,000.00 | |
| **For Period Ending:** | 1/9/2021 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/05/2020 | (1) | Diane D. Winters | Equity in 2017 Toyota Prius per 2-10-2020 Motion to Sell [Dkt. No. 99] | 1129-000 | $4,400.00 | | $4,400.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $77.00 | $4,323.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($77.00) | $4,400.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.33 | $4,393.67 |
| 09/03/2020 | 3001 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Docket No. 99) | 2700-000 | | $181.00 | $4,212.67 |
| 12/12/2020 | 3002 | John C. McLemore | Trustee Compensation | 2100-000 | | $1,100.00 | $3,112.67 |
| 12/12/2020 | 3003 | John C. McLemore | Trustee Expenses | 2200-000 | | $83.69 | $3,028.98 |
| 12/12/2020 | 3004 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $1,106.50 | $1,922.48 |
| 12/12/2020 | 3005 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $256.45 | $1,666.03 |
| 12/12/2020 | 3006 | American Express National Bank | Final Distribution | 7100-000 | | $816.37 | $849.66 |
| 12/12/2020 | 3007 | Capital One Bank (USA), N.A. | Final Distribution | 7100-000 | | $849.66 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $4,400.00 | $4,400.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,400.00 | $4,400.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,400.00 | $4,400.00 | |

| For the period of 4/26/2019 to 1/9/2021 | | For the entire history of the account between 02/03/2020 to 1/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,400.00 | Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 | Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,400.00 | Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 | Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

*Left margin:* FRBP Violated: #3.19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.003.1507.00

*Right margin:* TN.judicial.org/c/a/jrf003.pdf    Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)    DOC: 003 | Page 507 of 508

## FORM 2

Page No: 2          Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-02693-CW3-7 | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4153 | | Checking Acct #: | ******0194 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/26/2019 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 1/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $4,400.00 | $4,400.00 | $0.00 |

**For the period of 4/26/2019 to 1/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/06/2019 to 1/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 484198)

JRF.003.1508.00

TN.judicial.org/c/a/jrf003.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation (RICO)

DOC: 003 | Page 508 of 508