# REAL ESTATE DEED FRAUD | ADA FINANCIAL EXPLOITATION

## U.S. BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

## WILLIAMSON COUNTY CHANCERY COURT AT FRANKLIN, TENNESSEE

## BK: #3:19-BK-02693 | TN: #M2019-02059-COA-R3-CV | WILCO: #48419B

APPENDIX -11

STATEMENT OF CLAIM: 2023 Property Value/Loss by Conspiracy Against Rights & Property Under Color of Law, Office, and/or Official Right, ADA Coercion, Extortion, Retaliation (worth $900k today, while we only owed $300k) .......... 1

  TRIANGLE OF FRAUD: State and Federal Jurisdictions .......... 1

    Potential Parties to Fenton Case .......... 1

    Incentive for Fraud: ALIMONY .......... 1

  Incentive for Fraud: EQUITY & POSSESSION .......... 1

  Incentive for Fraud: EMPLOYER RETIRING (known a year in advance) .......... 1

  RESPONSIBLE PARTIES .......... 1

  2023 Home Values on Sunnyside Drive (mapped by Zillow) .......... 2

  Surrounded by hundreds of acres of protected woodlands, including "Owl's Hill Nature Sanctuary" .......... 3

  Our "Yard Pets" at 1986 Sunnyside Drive, Brentwood, TN 37027 (our back porch) .......... 4

  2020 CENSUS - Brentwood Tennessee Compared to Fenton Michigan: Consequential Damages, Incidental Damages, Loss of Opportunity and Future Employment, Loss of Enjoyment of Life, Liquidated Damages .......... 5

    2020 CENSUS: Median Value of Owner Occupied Homes .......... 6

    2020 CENSUS: Median Household Income .......... 7

2022 OUR MILLION DOLLAR RETIREMENT INVESTMENT and HOME, STOLEN (worth over $800k a year ago, while we only owed $300k) .......... 9

  CURRENT USAGE .......... 12

  SALES PRICES (Improvements & Appreciation) .......... 13

  MOVE from my pre-marital Duplex at 772-774 Huntington Pkwy, Nashville to our Marital Residence & Retirement Investment at 1986 Sunnyside Drive, Brentwood, TN 37027 .......... 15

  Additional Investments in Property to make Home Safe, Healthy, and Comfortable. (Not "

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

bling" for a quick flip.) After our purchase, we invested another $200k+ (along with 9-years of my primary work product) ........... 16

Sunnyside Crawl Space BEFORE Mold Remediation, Entire HVAC, Ductwork, and Electrical Systems Replaced with High-End Systems ........... 16

Sunnyside Crawl Space AFTER work was done: Carier Infinity Greenspeed Heat Pump, Custom Duct Work around Around Perimeter to Maximize Storage, New Electrical Service with Cutler-Hammer CH Series Panels & Whole-House Surge Protectors, Lighting, Mold Remediation ........... 17

$25k Custom Energy Efficient Roof: Roofing Disaster (Water Damage Demolition) ........... 18

Guest Bedrooms where Ex-wife Could Finally get her Stuffed Animals out of Storage ........... 19

Our Family (Pets) with Custom Manufactured Aquarium ........... 20

State of Tennessee Real Estate License for 16.5-YEARS from 10/9/2004 to 7/25/2021 (over a year after our divorce) with access to Hundreds-Of-Millions of Dollars worth of Inventory, without a SINGLE COMPLAINT (Judge Binkley and Attorney Story treated me as if I couldn't even be trusted with MY OWN PROPERTY) That is so obscenely fraudulent ........... 21

Real Estate Listing Brochure Cover for 6393 Chartwell Court in the Arden Woods subdivision, in Brentwood Tennessee (obviosly I could be trusted with my OWN HOUSE) ........... 22

TN License Search and Verification ........... 23

Real Estate Continuing Education ........... 24

Attorneys Story and Ausbrooks testified in BOTH Federal and State Courts that I didn't have any financial investment in the Property. Insisting that I was on the DEED ONLY (I had more PREMARITAL RETIREMENT FUNDS Invested into the PURCHASE of OUR PROPERTY than my Ex-wife DID). While the rest was all TENANCY by the ENTIRETY. (This was a mute point, since myself and my two tenants/roommates were entitled to NOTICE and HEARING(S), in FEDERAL Courts Regardless, per the FRBP) ........... 26

JEFF'S PRE-MARITAL RETIREMENT FUNDS INVESTED IN 1986 SUNNYSIDE DRIVE, BRENTWOOD, TN 37027 ........... 26

4/30/2010 ASCEND FCU Bank Statement (HOUSE FUND) Showing Electronic Transfers from Jeff's VANGUARD Pre-Marital Retirement Funds ........... 26

JEFF'S 2010 VANGUARD 1099-R ........... 27

JEFF'S PRE-MARITAL RETIREMENT FUNDS INVESTED IN SUNNYSIDE (Vanguard Rothe IRA - REIT) ........... 28

JEFF'S PRE-MARITAL RETIREMENT FUNDS INVESTED IN SUNNYSIDE (Vanguard
Roth IRA - Strategic Equity Fund) _____ 30

FAWN'S PRE-MARITAL RETIREMENT FUNDS INVESTED IN 1986 SUNNYSIDE
DRIVE, BRENTWOOD, TN 37027 _____ 32

10/31/2009 ASCEND FCU Bank Statement (HOUSE FUND) Showing Deposit of Fawn's
VANGUARD Pre-Marital Retirement Funds _____ 32

10/23/2009 ASCEND FCU Deposit Slip for Vanguard Checks _____ 33

FAWN'S 2009 VANGUARD 1099-R _____ 34

Fawn's Vanguard Diversified Equity Fund (Redempton Check) _____ 35

Fawn's Vanguard REIT Index Fund (Redempton Check) _____ 36

Fawn's Vanguard Target Retirement 2035 Fund (Redempton Check) _____ 37

PURCHASE OF 1986 SUNNYSIDE DRIVE, BRENTWOOD, TN 37027 _____ 38

3/31/2011 ASCEND FCU Bank Statement (HOUSE FUND) Before Purchase _____ 38

4/5/2011 Transfer of Earnest Money from HOUSE FUND to Checking _____ 39

4/3/2011 Earnest Money Check for Sunnyside _____ 40

4/28/2011 Cashiers Check from Ascend FCU (HOUSE FUND) for Remainder of Cash Down
Payment (Financed 80/10/10 to Avoid PMI) _____ 41

4/30/2011 ASCEND FCU Bank Statement (HOUSE FUND) After Purchase _____ 42

5/6/2011 First Tennessee Bank Statement: OUR JOINT Primary Checking Account (Showing
Sunnyside Agent Commission for Funding Improvements) _____ 43

TENANCY by ENTIRETY Explained (Specific to Tennessee) _____ 49

8/29/2019 Chancery Court Order - CHECK THE TRANSCRIPTS (R.v4, Pages 495-
523). Fraudulent Order & Claims, Fraud Upon the Court by Officer(s) of the Court,
Obstruction of Justice, Grossly Biased and Abusive Hearing, Violently TAKING
Property with LIES - NOT Seeking JUSTICE. Inconsistent with Prior 8/1/2019
Hearing & Order. Willful, Wonton, and Careless Disregard for the Supreme Law of the
Land, the FRBP, the Judicial Canons, the RPC, and MY LIFE _____ 51

PRO SE Litigant Discrimination: Opposing Counsel literally gets to  Write the Court Orders
without any Opportunity to Correct or Claim that the "PROPOSED" Written Order does NOT
match the VERBAL Order given in Court (while the court has NO recording devices or clerk
taking notes of who is present or what is said). Per the Local Rules of Practice for the 21st
Judicial District, including Williamson County, they discriminate against the financially

disadvantaged by Court POLICY _____ 55

**AUCTION LISTING AGREEMENT (COERCED AND AFTERWARDS TAMPERED WITH) Signed by Me under the THREAT of INCARCERATION during 8/29/2019 Pro Se Hearing** _____ 56

AUCTION LISTING (UNTAMPERED) Signed by my Ex-wife _____ 57

**NOTICE: DO NOT SELL - COERCED SIGNATURE on LISTING AGREEMENT, without even READING - Extreme Duress, Notified Court, Attorneys, Auctioneers, the " Listing Agreement" is NULL and VOID (They didn't care)** _____ 58

**9/20/2019 FORCED AUCTION: Fenton Residence at 1986 Sunnyside Drive, Brentwood, TN 37027** _____ 61

2019-09-20 AUCTION - Anderson Brochure (Page-1) _____ 61

2019-09-20 AUCTION - Anderson Brochure (Page-2) _____ 62

2019-09-20 AUCTION - Anderson Brochure (Page-3) _____ 63

2019-09-20 AUCTION - Anderson Brochure (Page-4) _____ 64

**10/10/2019 CHANCERY ORDER: AUCTION RESULTS - THERE WILL NOT BE ANY PROCEEDS LEFT TO DISBURSE BETWEEN THE PARTIES** _____ 65

**Email to Auctioneers and "Bank TItle" Closing Company Requesting HUD-1 Settlement Statement (as promised) and about $10k in STOLEN Personal Property During my Court Ordered Absence (No Response)** _____ 67

Stolen Personal Property List (never accounted for) _____ 68

2019-10-09 Email where Auctioneer Tommy Anderson promised to have the Title Company send me a copy of the final, fully executed, HUD-1 Settlement Statement (repeatedly requested from every party, never received to date) _____ 70

2019-10-06 Email where Auctioneer Tommy Anderson is THREATENING ME per Ms. Story's Request and comes to MY HOME and shockingly beats on the back door to hurry me and my elderly mother in our efforts to quickly pack and move, terrifying my mother. (Reporting back to Story, though I get no cell service at my house, and didn't receive any of their nasty correspondances, from Anderson and Story, until I left the property.) AUCTION did not close for THREE MORE WEEKS, there was NO REASON to BULLY and RUSH me MORE _____ 70

**(DOJ) ACTING UNITED STATES TRUSTEE FOR REGION 8 (Districts of Tennessee and Kentucky)** _____ 71

Paul A. Randolph (USTP) Email Confirmation and Assignment of 19-02693 Fenton: Fraud

Referral ........................................................................................................................ 72

**BUSTED: Nashville USTP Bankruptcy Fraud Investigation** .................................... 73

DOJ-USTP Megan Seliber - Confirmation of NO CONSTITUTIONAL NOTICE as Required in the Federal Rules of Bankruptcy Procedure and subsequent Federal Bankruptcy Laws ........ 73

BUSTED: The Bankruptcy Attorney HAD TO KNOW that Judge Binkley would "PLAY BALL" 97-DAYS before I entered his Court ......................................................................... 74

**WARRANTY DEED provided by USTP Megan Seliber, showing that they used my COERCED, FORGED, VOID, REVOKED Signature to SELL my home Regardless (REAL ESTATE DEED FRAUD) Court, Counsel, Auctioneers, Closing Company, all REFUSED to provide me this or a HUD-1 for over THREE YEARS** .................................... 75

**BUSTED: FINAL "BANKRUPTCY RELIEF" was only $44k, while likely paying $100k+/- in Combined Legal Fees, Losing $250k CASH on the DAY OF THE AUCTION, and another $400k in APPRECIATION since the AUCTION. While I've been OFFICIALLY OPPRESSED, LITIGIOUSLY TORTURED, and CRIMINALLY DESTROYED, DAY & NIGHT for Well Over THREE-YEARS now, as has been my Elderly Mother who is terrified at what the COURT will CRIMINALLY do NEXT, to HARM and SILENCE ME (I DEMAND TO BE ALLOWED TO PRESS FORMAL CRIMINAL CHARGES, AGAINST THE MEMBERS OF ALL THREE COURTS)** ........ 77

**TRUTH & AUTHENTICITY are my HIGEST VALUES - This entire loss was completely avoidable, with the tinyist bit of ethical care, impartiality, and common sense, used to fairly help us BOTH survive this divorce. Yet the Court and Counsel repeatedly refused(Subsequent Pain and Suffering, Official Oppression, ADA Interference, and Hobbs Act Extortion, wasting a fortune along with years of my life)** ................................ 85

**THE GAME: PROMISING TO PAY ME ALIMONY & NO MORE LEGAL ATTACKS by ATTORNEYS** .............................................................................................................. 86

**THE GAME: Ex-wife is a Highly Trained and Equiped Firearms EXPERT and Tennessee Licensed Concealed Carry INSTRUCTOR (With two military grade assault rifles, a half-dozen of the best handguns in the world, and over 5,000 rounds of ammunitiion when she moved out) NEVER was she "at fear for her safety" from LONG ANGRY but non-threatening emails or text messages, which she could have easily BLOCKED (I wrote her a 30-PAGE letter, openly putting everything on the table, BEFORE she married me) Everything I write is long, there is no crime or crying "FIRE" fifteen-years later** ............................................................................................................ 87

**ADA REQUEST FOR MODIFICATION (NEVER HONORED, nor have I been provided with any NOTICE that any part was DENIED, or alternate modifications SUGGESTED) I've been denied repeated requests for the final two pages of this for each**

filing, with the Presiding Judge's Signature ———————————————— 88

Requested "Judgement Based upon the LAWS - not just the Technical Codes which I am
able to Research and Cite (ignorance of the law is no excuse for breaking it, hence it
shouldn't be for being protected by the law either)." COA NEVER HONORED -
Complete Cover-Up, in every division of the Tennessee Courts. ———————— 89

Jim Hivner and John Coke have so far REFUSED to provide me with the last TWO pages
of each ADA request, so that I can see what ADA Modifications and suggested Alternate
Modifications the Judge(s) agreed to, but NOPE. It appears the only way to get a response
is to SUE everybody. (Which is ridiculous, and discriminates against the most vulnerable
in society, which legally they are required to protect, with mandatory reporting, yet they
appear not to CARE ———————————————————————————— 91

DEFAULT 6-YEAR OUT OF JURISDICTION, ORDER OF PROTECTION (Hobbs
Act EXTORTION OF MY SILENCE, Under Color of Official Right), without NOTICE ——— 92

"TORTURE" as Defined by the Universal Declaration of Human Rights ————————— 93

The TRUTH ABOUT "STALKING" and My Ex-Wife's Physical and Emotional MELT
DOWN (highly compouned by a dozen felonies the Court and Counsel ushered her into,
while her Counsel Portrayed ME as the Problem (FRAUD UPON THE COURT) ————— 94

 STALKING: What an INSULT, I specificially confirmed with Ex-wife on February 5th, 2019
 that "stalking" was absolutely NOT a concern —————————————————— 96

 CONFLICT between Hormone Therapy for Menopause and Xyrem Medication she took for
 Narcolepsy —————————————————————————————————— 97

 EX-WIFE'S THEORY ON ROOT CAUSE OF NIGHT SWEATS (causing her to only sleep
 1-2 Hours at a time, making her MISERABLE, destroying her health) ————————— 98

 JOKING about having institutions where you can drop your Wife off at for a Decade, During
 Menopause. Ex agrees that sounds GOOD right now ———————————————— 99

 WIFE has struggled with Chronic Depression (dubbed "Doomsday Syndrome" by her
 brother) most of her life, compounded by Narcolepsy, and some other legitimate health
 problems. As seen in the texts above, we got along FINE, except when the DIVORCE
 GAMES were going on. (She wanted to remain "friends" after our divorce, because "there
 really are a lot of parts about (me) that (she) love(s)" —————————————— 101

The Strong Man Principal ——————————————————————————— 102

OATH OF OFFICE: Judge Michael W. Binkley (Repugnantly Violated, Countless
Times) ——————————————————————————————————————— 104

**RETIREMENT/PROPERTY INVESTMENT VALUE APPRECIATION AS OF 5/31/2023**
**Will Easily Reach $1,000,000 VALUE within the Next Decade as Planned, while without Interference**
**It would have been completely PAID-OFF within that period, with less WORK than I'm doing NOW!**
**CAPITAL GAINS TAX does NOT apply for a PRIMARY RESIDENCE, this would have been TAX FREE!**



# STATEMENT OF CLAIM

Now with a Court Judgment, the recovery will be subject to an estimated 37% Tax Rate, placing this at roughly a 1.5 Million Dollar Lifetime Property Loss & Claim. In addition to damages, incidental, consequential, compensatory, loss of consortium, liquidated, loss of use, loss of enjoyment, loss of life, liberty, property & the pursuit of happiness. Plus legal fees, pain & suffering (compounding daily), litigious TORTURE of an ADA Party, since 9/3/2019, until a cure is obtained.

**THE "DOMESTIC" DIVORCE CASE**
**PER CHANCERY COURT RECORD, DOCKET #48419B**
**WILLIAMSON COUNTY TENNESSEE**

**INSIDE THE STATE OF TENNESSEE'S LEGISLATURE/COURTS/AOC/TBI, BJC & BPR JURISDICTION:**
Arrests, Impeachments, Disbarments, Disciplinary Actions, State Criminal Charges, Corrections, Expungements, Restitution, Damages, Sanctions, Policy Changes To Increase Transparency and Accountability within ALL Tennessee Courts. More Uniform Policies State-Wide to Reduce Discrimination By Local Rules. Mandatory Disclosures & Recusals of Hearing Cases By "Friends".

**OUTSIDE DOJ/FBI JURISDICTION:**
Due to the Influence of the "PLAYERS", Nobody within the State of Tennessee Has Shown ANY Interest in Enforcing The "Rule of Law" or Holding the Court and Counsel Accountable To their "Oaths of Office", the Judicial Canons, or the Rules Of Professional Conduct. The Board of Professional Responsibility has Refused To File, Vet and Act Upon My "Serious Complaint" Submitted Well Over Two Years-Ago; Against Attorneys Virginia Lee Story, Mary Beth Ausbrooks, Elaine Beeler, And "Friends".

**"THE DOG AND PONY SHOW"**
**ALMOST EXCLUSIVELY FRAUD UPON THE COURT(S), BY OFFICER(S) OF BOTH COURT(S)**
**A STRATEGICALLY ENGINEERED EMERGENCY DISTRACTION TO CIRCUMVENT the FRBP & BK LAWS**

**INSIDE DOJ/FBI JURISDICTION**
**BANKRUPTCY CASE 3:19-BK-02693**
FRBP 7001 Adversary Proceedings
FRBP 9011 Attorney Certification
28 USC §§ 1927, 1334, 1335 — Jurisdiction
11 USC § 363(b)(1), (e) NOTICE & HEARING
11 USC § 363(h) Sell if Benefit to Estate
11 USC §§ 541, 542, 543 Estate Property/Turnover
18 USC § 241 Conspiracy Against Rights
18 USC § 242 Deprivation (Color of Law)
18 USC §§ 157, 1341 BK Fraud(s) & Swindles
18 USC § 1503 Obstruction of Justice
18 USC § 1519 Falsifying BK Records
18 USC § 1951 Hobb's Act Extortion
18 USC § 1957 Unlawful Property Trans.

**IN DOJ/FBI/TBI JURISDICTION**
**CONSTITUTIONAL, STATE, AND — FEDERAL CRIMES —**
**COMMITTED BY BOTH COURTS AND COUNSEL COLLUSIVELY:**
CONSPIRACY AGAINST RIGHTS, DEPRIVATION OF PROPERTY AND LIBERTY UNDER COLOR OF LAW, Without Notice/Equal or Due Process. Malicious Litigation, Abuse, Cruelty, Failure to Intervene, Neglect to Prevent, Civil Rights Intimidation, Coercion, Theft, Extortion, Under Color of Official Right, ADA Coercion Threats, Interference, Retaliation.

**SYNOPSIS:** Family Court Attorney, **Virginia Lee Story** (in Williamson County Chancery Court) Conspired with Bankruptcy Specialist, Attorney **Mary Elizabeth Maney Ausbrooks** (in U.S. Bankruptcy Court for the Middle District of Tennessee), well over a Month in Advance of my Ex-wife's **secret** Divorce Filing & Ambush. The Crux of this Conspiracy Conducted by Counsel, with the Fraudulent Assistance by BOTH Courts, **was to CIRCUMVENT the "Federal Rules of Bankruptcy Procedure" (FRBP) and a Multitude of Federal Bankruptcy Laws**, so they could Illegally FORCE the Deprivation of Multiple Property Interests (purchased/owned/held) by MYSELF in **1986 Sunnyside Drive, Brentwood, TN 37027**; as well as by my two Roommates/Tenants State & Federally Protected "Leasehold Property Interests". Each of which Required an **"Adversarial Proceeding"**, including NOTICES & HEARINGS in Federal District Court, or Federal Bankruptcy Court. Under the circumstances, the State Courts were specifically FORBIDDEN from Exercising Jurisdiction. The BK Trustee was REQUIRED to REMOVE the PROPERTY from my Ex-wife's **secret** "BANKRUPTCY ESTATE", as a "BURDENSOME ASSET", long before I met Judge Michael W. Binkley.

TNJudicial.org/c/a/jrf119.pdf · · · Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation · · · · DOC: 118 Page 1.2 of 104

Case 1:23-cv-01097-PLM-RSK ECF No. 1-12, PageID.487 Filed 10/13/23 Page 9 of 50

# POTENTIAL PARTIES TO FENTON CASE

To be clear, I believe to have been legally due approximately **$250,000** from Ms. Fenton, at the time of our divorce, over three years ago. Based upon the calculations of Sandy Arons, MBA, Certified Divorce Financial Analyst, Certified Financial Divorce Practitioner, Certified Financial Divorce Specialist, Financial Counselor & Mediator whom we hired for a "Collaborative Divorce". That was before any of the professionals below got involved. That was when we were both operating in "good faith". That was before the parties below worked together (primarily knowingly, with a few exceptions) for this massive Conspiracy Against MY Rights / Bankruptcy Fraud / Fraud Upon the Court(s) / Deprivation of Property without Notice or Due Process of Law, secretly executed simultaneously, both in Williamson County Chancery Court as well as the U.S. Bankruptcy Court for the Middle District of TN, while deceptively and cruelly "leveraging" each Court's Orders against the other.

While I was intentionally omitted as a party to the actions in the U.S. Bankruptcy Court for the Middle District of TN, though I legally should **NOT** have been. As an equally invested and equally deeded OWNER of our Marital Residence, at **1986 Sunnyside Drive, Brentwood, TN 37027.** Which we referred to as our "Forever Home", or so we swore to each other. Which I had more of my premarital retirement funds invested into for our down-payment and purchase than Ms. Fenton did. I likewise had invested proceeds from my premarital "Duplex/Home", as we jointly invested approximately $200k (beyond the purchase price) into core improvements, for the long-term safety and health of both our home and our family, amongst some desired amenities. Most of which I performed and managed by myself, as I personally invested nearly a decade of **my life,** my hard work, and my meticulous craftsmanship into improving our "forever home".

{ Page **1** of **4** }

## + 2019-01-04 MS. FENTON DEFAULTED ON OUR "VERBAL SETTLEMENT AGREEMENT" to AVOID PAYING ME ALIMONY AS AGREED at 22.5% of Her Gross Income for HALF the TERM of Our Marriage $1,750 PER MONTH for 6-YEARS Repeatedly PROMISED by Ms. Fenton



TNJudicial.org/c/a/jrf118.pdf — Conspiracy: Real-Estate Deed Fraud & ADA Financial Exploitation — DOC: 118 | Page 1.4 of 104

Case 1:23-cv-01097-PLM-RSK     ECF No. 1-12,  PageID.489     Filed 10/13/23     Page 11 of 50

## 2018-08-06 I OFFERED TO GIVE MS. FENTON MY EQUITY FOR FREE!
### (Regretfully She Declined)



TNJudicial.org/s/a/jrf118.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation — DOC: 118 | Page 1.5 of 104

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-12, PageID.490    Filed 10/13/23    Page 12 of 50

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton |
| **Sent:** | Thursday, August 30, 2018 5:49 PM |
| **To:** | Jeff Fenton; Fawn Fenton |
| **Cc:** | Sandy Arons |
| **Subject:** | RE: Offer to settle |

Ken says he is willing to keep paying for you to be on our plan for 1 year, maybe through the end of 2019, "as long as you don't cause more problems", heh.

Beyond that, we'll have to see where things stand with you, and with my company.

(Our office lease is up in March 2020, and Ken really wants to retire, and so there's no telling what my job will be after that.)

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Thursday, August 30, 2018 2:18 PM
**To:** Fawn Fenton <fawn.tiffany@outlook.com>; Fawn Fenton <fawn.fenton@live.com>
**Cc:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Subject:** RE: Offer to settle

As I re-read this, there is one other substantial concern that I need to address, and that is health insurance. Without health insurance, the price of my meds alone would break me each month (just like your xyrem)!

Would Ken be willing to keep me on your health plan for ONE YEAR, until I can complete my job training and can acquire a job that offers health benefits? Without this, even Cobra I would have no way to pay for, if I don't have a job. I also should maintain my counseling throughout, but that goes back to my questions about the transitional period.

1

TNJudicial.org/e/e/sf118.pdf | Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation    DOC. 118 | Page 1.6 of 104

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-12, PageID.491    Filed 10/13/23    Page 13 of 50

While I have suffered a host of nearly unfathomable losses and damages either caused by or in conjunction with the actions, inactions, work, negligence, harassment, abuse, cruelty, and terror performed by the following parties:



- ➤ **ATTORNEY VIRGINIA LEE STORY** | BPR# 011700 | STORY, ABERNATHY, & CAMPBELL, PLLP | 136 4TH AVE S, FRANKLIN, TN 37064-2622

- ➤ **ATTORNEY KATHRYN LYNN YARBROUGH** | BPR# 032789 | STORY, ABERNATHY, & CAMPBELL, PLLP | 136 4TH AVE S, FRANKLIN, TN 37064-2622

- ➤ **PARALEGAL HEIDI MACY** | STORY, ABERNATHY, & CAMPBELL, PLLP | 136 4TH AVE S, FRANKLIN, TN 37064-2622

- ➤ **JUDGE MICHAEL WEIMAR BINKLEY** | BPR# 005930 | WILLIAMSON COUNTY CHANCERY COURT | 135 4TH AVE S STE 286, FRANKLIN, TN 37064-2564

- ➤ **CLERK & MASTER ATTORNEY ELAINE BEATY BEELER** | BPR# 016583 | WILLIAMSON COUNTY CHANCERY COURT | 135 4TH AVE S STE 236, FRANKLIN, TN 37064-2538

- ➤ **ATTORNEY MARY ELIZABETH AUSBROOKS** (AKA MARY BETH AUSBROOKS, MARY ELIZABETH MANEY) | BPR# 018097 | ROTHSCHILD & AUSBROOKS, PLLC | 1222 16TH AVE S STE 12, NASHVILLE, TN 37212-2926 | RESIDENCE: JASON SCOTT AUSBROOKS AND MARY BETH MANEY AUSBROOKS, 120 MEADOWS RD, WHITE HOUSE, TN 37188-9500

- ➤ **ATTORNEY ALEXANDER SERGEY KOVAL** | BPR# 029541 | ROTHSCHILD & AUSBROOKS, PLLC | HTTPS://WWW.LINKEDIN.COM/IN/ALEXKOVAL | CURRENTLY EMPLOYED AS MANAGING ATTORNEY AT: CLARK & WASHINGTON, P.C., 237 FRENCH LANDING DR, NASHVILLE, TN 37228-1601 | HTTPS://WWW.BANKRUPTCY-NASHVILLE.COM/

➢ **ATTORNEY HENRY EDWARD HILDEBRAND, III** | BPR# 032168 | OFFICE OF THE CHAPTER 13 TRUSTEE | 2416 21ST AVE S STE 303, NASHVILLE, TN 37212-5318

➢ **JUDGE CHARLES M. WALKER** | BPR# 019884 | U.S. BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TN | 701 BROADWAY STE 260, NASHVILLE, TN 37203-3983

➢ **ATTORNEY SAMUEL FORREST ANDERSON** | BPR# 017022 | BANKERS TITLE & ESCROW | 5107 MARYLAND WAY STE 115, BRENTWOOD, TN 37027-7555

➢ **PARALEGAL KIM MURRAY** | BANKERS TITLE & ESCROW | 5107 MARYLAND WAY STE 115, BRENTWOOD, TN 37027-7555

➢ **BROKER & AUCTIONEER THOMAS "TOMMY" E. ANDERSON** | TN PRINCIPAL AUCTIONEER LICENSE: #3809 | TN BROKER LICENSE: #254363 | PREVIOUSLY: HND REALTY, LLC (DBA HND AUCTIONS LLC) | TN FIRM LICENSE #255602 | 421 EAST IRIS DRIVE, SUITE 300, NASHVILLE, TN 37204 | WWW.HNDREALTY.COM | CURRENT RE FIRM (SINCE 8/30/2021): ADARO REALTY INC. | TN FIRM LICENSE #261466 | 1187 OLD HICKORY BLVD, BRENTWOOD, TN, 37027 | CURRENT AU FIRM: PRUDENTIAL WOODMONT REALTY AUCTIONS | FL FIRM LICENSE: #5257 | 5107 MARYLAND WAY, STE 100, BRENTWOOD, TN 37027 | WWW.FFBAUGH.COM

➢ **BROKER & AUCTIONEER ROY PATRICK "PAT" MARLIN** | TN PRINCIPAL AUCTIONEER LICENSE: #5243 | TN AFFILIATE BROKER LICENSE: #284361 | RE: McARTHUR SANDERS REAL ESTATE (SINCE 03/16/2006) | FIRM LICENSE: #59746 | 203 N. ROYAL OAKS BLVD., FRANKLIN, TN 37067 | REAL ESTATE BROKER/AFFILIATE/TIMESHARE SALES | EXPIRED AU: MANHEIM TENNESSEE, INC. D/B/A MANHEIM REALTY & AUCTION | EXPIRED TN FIRM LICENSE (SINCE 05/12/2016): 261268 | MOUNT JULIET, TN, 37122, WILSON COUNTY | NO CURRENT AUCTION AFFILIATION FOUND

- ➤ **JUDGE FRANK G. CLEMENT** | BPR# 006619 | TENNESSEE COURT OF APPEALS, MIDDLE DIVISION | 401 7TH AVE N 215, NASHVILLE, TN 37219-1400

- ➤ **JUDGE ANDY DWANE BENNETT** | BPR# 009894 | TENNESSEE COURT OF APPEALS, MIDDLE DIVISION | 401 7TH AVE N, NASHVILLE, TN 37219-1400

- ➤ **JUDGE WILLIAM NEAL MCBRAYER** | BPR# 013879 | TENNESSEE COURT OF APPEALS, MIDDLE DIVISION | 401 7TH AVE N STE 203, NASHVILLE, TN 37219-1400

- ➤ **ATTORNEY JAMES MICHAEL HIVNER** | BPR# 020405 | TENNESSEE CLERK OF THE APPELLATE & SUPREME COURTS | SUPREME COURT BUILDING, 401 7TH AVE N, NASHVILLE, TN 37219-1407

- ➤ **ATTORNEY JOHN BRANDON COKE** | BPR# 029107 | ASSISTANT GENERAL COUNSEL TO THE TENNESSEE SUPREME COURT, ADMINISTRATIVE OFFICE OF THE COURTS | NASHVILLE CITY CENTER, 511 UNION ST STE 600, NASHVILLE, TN 37219-1768

- ➤ **ATTORNEY SANDRA JANE LEACH GARRETT** | BPR# 013863 | CHIEF DISCIPLINARY COUNSEL, BOARD OF PROFESSIONAL RESPONSIBILITY, OF THE SUPREME COURT OF TENNESSEE | 10 CADILLAC DR STE 220, BRENTWOOD, TN 37027-5078

- ➤ **ATTORNEY BEVERLY P. SHARPE** | BPR# 010529 | DIRECTOR, CONSUMER ASSISTANCE PROGRAM, BOARD OF PROFESSIONAL RESPONSIBILITY, OF THE SUPREME COURT OF TENNESSEE | 10 CADILLAC DR STE 220, BRENTWOOD, TN 37027-5078

- ➤ I ALSO BELIEVE THAT **MS. FENTON DESERVES THREE TIMES HER FEES AND COMMISSIONS** REFUNDED BY EACH PARTY ABOVE, ATTORNEYS AND AUCTIONEERS ALIKE. SINCE **NONE OF THEM SHOULD PROFIT FROM PARTICIPATING IN UNCONSCIONABLE CRIMES, WHICH INEVITABLY DESTROYED US** BOTH!







**1986 Sunny Side Dr, Brentwood, TN 37027**

**$595,494** Redfin Estimate — **4** Beds — **2.5** Baths — **2,640** Sq Ft

Off Market
This home last sold for $540,000 on Feb 18, 2020.

**LOCATED at the NEXUS of Green Hills, Brentwood, Grassland, Franklin! SURROUNDED BY HUNDREDS OF ACRES OF PROTECTED WOODLANDS!!!**





**Custom 3-Sided Fence, OPEN in REAR to LET WILDLIFE IN YARD!!!**

NEW FENCE PLAN FOR 1986 SUNNYSIDE DRIVE





**CERTIFIED WILDLIFE Habitat™**

This certificate recognizes the establishment and maintenance of an official wildlife habitat.

**Fawn's Wildlife Habitat**

No. 161,066

David Mizejewski
National Wildlife Federation

**I KNOW OF NOTHING WHICH WIFE LOVES MORE THAN ANIMALS OF ALL KINDS!!!**



Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation





## QuickFacts

**Brentwood city, Tennessee; Williamson County, Tennessee; Genesee County, Michigan; Fenton city, Michigan; Argentine township, Genesee County, Michigan; United States**

What's New & FAQs ❯

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more.*



### Table

| All Topics | Brentwood city, Tennessee ✔ | Williamson County, Tennessee | Genesee County, Michigan | Fenton city, Michigan ✘ | Argentine township, Genesee County, Michigan | United States |
|---|---|---|---|---|---|---|
| **ⓘ Population Estimates, July 1, 2022, (V2022)** | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ 333,287,557 |
| **👤 PEOPLE** | | | | | | |
| **Population** | | | | | | |
| **ⓘ Population Estimates, July 1, 2022, (V2022)** | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ 333,287,557 |
| ⓘ Population Estimates, July 1, 2021, (V2021) | ⚠ 45,491 | ⚠ 255,735 | ⚠ 404,208 | ⚠ 11,989 | ⚠ 7,031 | ⚠ 332,031,554 |
| ⓘ Population estimates base, April 1, 2020, (V2022) | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ 331,449,520 |
| ⓘ Population estimates base, April 1, 2020, (V2021) | ⚠ 45,377 | ⚠ 247,726 | ⚠ 406,211 | ⚠ 12,048 | ⚠ 7,076 | ⚠ 331,449,520 |
| ⓘ Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ NA | ⚠ 0.6% |
| ⓘ Population, percent change - April 1, 2020 (estimates base) to July 1, 2021, (V2021) | ⚠ 0.3% | ⚠ 3.2% | ⚠ -0.5% | ⚠ -0.5% | ⚠ -0.6% | ⚠ 0.2% |
| ⓘ Population, Census, April 1, 2020 | 45,373 | 247,726 | 406,211 | 12,050 | 7,091 | 331,449,281 |
| ⓘ Population, Census, April 1, 2010 | 37,060 | 183,182 | 425,790 | 11,756 | 6,913 | 308,745,538 |
| **Age and Sex** | | | | | | |
| ⓘ Persons under 5 years, percent | ⚠ 3.7% | ⚠ 5.4% | ⚠ 5.7% | ⚠ 5.8% | ⚠ 3.2% | ⚠ 5.7% |
| ⓘ Persons under 18 years, percent | ⚠ 28.8% | ⚠ 26.2% | ⚠ 22.3% | ⚠ 23.2% | ⚠ 18.5% | ⚠ 22.2% |
| ⓘ Persons 65 years and over, percent | ⚠ 14.1% | ⚠ 14.1% | ⚠ 18.2% | ⚠ 16.4% | ⚠ 16.9% | ⚠ 16.8% |
| ⓘ Female persons, percent | ⚠ 49.1% | ⚠ 50.6% | ⚠ 51.5% | ⚠ 55.6% | ⚠ 47.1% | ⚠ 50.5% |
| **Race and Hispanic Origin** | | | | | | |
| ⓘ White alone, percent | ⚠ 85.8% | 88.0% | 75.0% | ⚠ 93.0% | ⚠ 97.2% | ⚠ 75.8% |
| ⓘ Black or African American alone, percent  (a) | ⚠ 3.1% | ⚠ 4.4% | ⚠ 20.3% | ⚠ 1.6% | ⚠ 0.3% | ⚠ 13.6% |
| ⓘ American Indian and Alaska Native alone, percent  (a) | ⚠ 0.0% | ⚠ 0.3% | ⚠ 0.6% | ⚠ 0.0% | ⚠ 0.0% | ⚠ 1.3% |
| ⓘ Asian alone, percent  (a) | ⚠ 7.7% | ⚠ 5.4% | ⚠ 1.1% | ⚠ 0.5% | ⚠ 0.5% | ⚠ 6.1% |

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419R)

JRF:118:1005.00

TNjudicial.org/c/a/jrf118.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

DOC: 118 | Page 5 of 104

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF-118.1006.00

TNJudicial.org/cla/rf118.pdf    Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation    DOC: 118 | Page 6 of 104

| All Topics | Brentwood city, Tennessee ✔ | Williamson County, Tennessee | Genesee County, Michigan | Fenton city, Michigan ✘ | Argentine township, Genesee County, Michigan | United States |
|---|---|---|---|---|---|---|
| ⚠ Native Hawaiian and Other Pacific Islander alone, percent (a) | ⚠ 0.0% | ⚠ 0.1% | ⚠ Z | ⚠ 0.0% | ⚠ 0.0% | ⚠ 0.3% |
| ⓘ Two or More Races, percent | ⚠ 3.0% | ⚠ 1.9% | ⚠ 3.1% | ⚠ 4.7% | ⚠ 1.4% | ⚠ 2.9% |
| ⓘ Hispanic or Latino, percent (b) | ⚠ 3.5% | ⚠ 5.2% | ⚠ 3.9% | ⚠ 5.1% | ⚠ 2.1% | ⚠ 18.9% |
| ⓘ White alone, not Hispanic or Latino, percent | ⚠ 83.6% | ⚠ 83.3% | ⚠ 71.8% | ⚠ 89.5% | ⚠ 96.7% | ⚠ 59.3% |
| **Population Characteristics** | | | | | | |
| ⓘ Veterans, 2017-2021 | 1,577 | 9,735 | 22,795 | 703 | 427 | 17,431,290 |
| ⓘ Foreign born persons, percent, 2017-2021 | 8.6% | 7.8% | 2.8% | 1.7% | 2.5% | 13.6% |
| **Housing** | | | | | | |
| ⓘ Housing units, July 1, 2021, (V2021) | X | 94,657 | 183,563 | X | X | 142,153,010 |
| ⓘ Owner-occupied housing unit rate, 2017-2021 | 90.8% | 80.3% | 70.5% | 61.4% | 93.9% | 64.6% |
| ⓘ Median value of owner-occupied housing units, 2017-2021 | $711,900 | $497,500 | $133,700 | $168,800 | $240,900 | $244,900 |
| ⓘ Median selected monthly owner costs -with a mortgage, 2017-2021 | $2,986 | $2,306 | $1,272 | $1,364 | $1,648 | $1,697 |
| ⓘ Median selected monthly owner costs -without a mortgage, 2017-2021 | $766 | $608 | $504 | $583 | $593 | $538 |
| ⓘ Median gross rent, 2017-2021 | $2,124 | $1,670 | $829 | $1,116 | $880 | $1,163 |
| ⓘ Building permits, 2021 | X | 2,980 | 510 | X | X | 1,736,982 |
| **Families & Living Arrangements** | | | | | | |
| ⓘ Households, 2017-2021 | 14,550 | 85,311 | 164,905 | 5,025 | 2,657 | 124,010,992 |
| ⓘ Persons per household, 2017-2021 | 3.04 | 2.84 | 2.43 | 2.34 | 2.63 | 2.60 |
| ⓘ Living in same house 1 year ago, percent of persons age 1 year+, 2017-2021 | 91.2% | 86.0% | 87.9% | 84.4% | 92.0% | 86.6% |
| ⓘ Language other than English spoken at home, percent of persons age 5 years+, 2017-2021 | 10.1% | 8.9% | 3.9% | 3.0% | 2.4% | 21.7% |
| **Computer and Internet Use** | | | | | | |
| ⓘ Households with a computer, percent, 2017-2021 | 97.9% | 97.7% | 90.8% | 94.5% | 96.9% | 93.1% |
| ⓘ Households with a broadband Internet subscription, percent, 2017-2021 | 97.1% | 95.0% | 83.7% | 90.8% | 91.8% | 87.0% |
| **Education** | | | | | | |
| ⓘ High school graduate or higher, percent of persons age 25 years+, 2017-2021 | 98.3% | 95.8% | 91.2% | 96.7% | 95.6% | 88.9% |
| ⓘ Bachelor's degree or higher, percent of persons age 25 years+, 2017-2021 | 75.6% | 61.9% | 22.2% | 29.2% | 28.1% | 33.7% |
| **Health** | | | | | | |
| ⓘ With a disability, under age 65 years, percent, 2017-2021 | 3.0% | 4.3% | 13.7% | 8.8% | 9.5% | 8.7% |
| ⓘ Persons without health insurance, under age 65 years, percent | ⚠ 3.1% | ⚠ 7.1% | ⚠ 6.2% | ⚠ 8.9% | ⚠ 10.0% | ⚠ 9.8% |
| **Economy** | | | | | | |
| ⓘ In civilian labor force, total, percent of population age 16 years+, 2017-2021 | 64.5% | 68.4% | 57.9% | 66.7% | 61.9% | 63.1% |
| ⓘ In civilian labor force, female, percent of population age 16 years+, 2017-2021 | 56.3% | 60.5% | 54.3% | 59.7% | 60.8% | 58.7% |

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF:118.1007.00

TNJudicial.org/cfa/jrf118.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

DOC: 118 | Page 7 of 104

| All Topics | Brentwood city, Tennessee ✔ | Williamson County, Tennessee | Genesee County, Michigan | Fenton city, Michigan ✖ | Argentine township, Genesee County, Michigan | United States |
|---|---|---|---|---|---|---|
| ⓘ Total accommodation and food services sales, 2017 ($1,000)  (c) | 192,505 | 808,891 | 707,341 | 75,425 | NA | 938,237,077 |
| ⓘ Total health care and social assistance receipts/revenue, 2017 ($1,000)  (c) | 968,503 | 2,141,352 | 3,165,657 | 70,669 | D | 2,527,903,275 |
| ⓘ Total transportation and warehousing receipts/revenue, 2017 ($1,000)  (c) | 182,711 | 414,318 | 457,204 | 3,356 | NA | 895,225,411 |
| ⓘ Total retail sales, 2017 ($1,000)  (c) | 1,259,796 | 4,563,108 | 8,429,666 | 574,399 | 17,170 | 4,949,601,481 |
| ⓘ Total retail sales per capita, 2017  (c) | $29,498 | $20,157 | $20,678 | $50,791 | $2,613 | $15,224 |
| **Transportation** | | | | | | |
| ⓘ Mean travel time to work (minutes), workers age 16 years+, 2017-2021 | 26.0 | 27.8 | 26.6 | 30.7 | 38.5 | 26.8 |
| **Income & Poverty** | | | | | | |
| ⓘ Median household income (in 2021 dollars), 2017-2021 | $165,948 | $116,492 | $54,052 | $70,745 | $86,239 | $69,021 |
| ⓘ Per capita income in past 12 months (in 2021 dollars), 2017-2021 | $76,194 | $56,545 | $30,561 | $37,049 | $38,043 | $37,638 |
| ⓘ Persons in poverty, percent | ⚠ 2.6% | ⚠ 4.0% | ⚠ 16.3% | ⚠ 9.7% | ⚠ 5.8% | ⚠ 11.6% |
| **📊 BUSINESSES** | | | | | | |
| **Businesses** | | | | | | |
| ⓘ Total employer establishments, 2020 | X | 7,696 | 7,528 | X | X | 8,000,178 |
| ⓘ Total employment, 2020 | X | 134,020 | 119,084 | X | X | 134,163,349 |
| ⓘ Total annual payroll, 2020 ($1,000) | X | 9,105,963 | 5,137,721 | X | X | 7,564,809,878 |
| ⓘ Total employment, percent change, 2019-2020 | X | 1.0% | -1.2% | X | X | 0.9% |
| ⓘ Total nonemployer establishments, 2019 | X | 30,877 | 28,457 | X | X | 27,104,006 |
| ⓘ All employer firms, Reference year 2017 | 1,693 | 5,634 | 5,970 | 511 | S | 5,744,643 |
| ⓘ Men-owned employer firms, Reference year 2017 | 880 | 3,185 | 3,738 | S | S | 3,480,438 |
| ⓘ Women-owned employer firms, Reference year 2017 | 310 | 1,020 | 1,050 | 76 | S | 1,134,549 |
| ⓘ Minority-owned employer firms, Reference year 2017 | 169 | 551 | 499 | S | S | 1,014,958 |
| ⓘ Nonminority-owned employer firms, Reference year 2017 | 1,167 | 4,202 | 4,799 | S | S | 4,371,152 |
| ⓘ Veteran-owned employer firms, Reference year 2017 | 75 | 284 | 275 | S | S | 351,237 |
| ⓘ Nonveteran-owned employer firms, Reference year 2017 | 1,254 | 4,310 | 4,961 | S | S | 4,968,606 |
| **🌐 GEOGRAPHY** | | | | | | |
| **Geography** | | | | | | |
| ⓘ Population per square mile, 2020 | 1,103.7 | 425.0 | 637.8 | 1,811.8 | 204.6 | 93.8 |
| ⓘ Population per square mile, 2010 | 899.9 | 314.4 | 668.5 | 1,760.5 | 199.5 | 87.4 |
| ⓘ Land area in square miles, 2020 | 41.11 | 582.86 | 636.94 | 6.65 | 34.66 | 3,533,038.28 |
| ⓘ Land area in square miles, 2010 | 41.18 | 582.60 | 636.98 | 6.68 | 34.65 | 3,531,905.43 |
| ⓘ FIPS Code | 4708280 | 47187 | 26049 | 2627760 | 2604903420 | 1 |

About datasets used in this table

**Value Notes**

⚠ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2022) refers to the final year of the series (2020 thru 2022). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2017-2021 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2021 5-year ACS Comparison Guidance page.

**Fact Notes**

|     |     |
| --- | --- |
| (a) | Includes persons reporting only one race |
| (c) | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |
| (b) | Hispanics may be of any race, so also are included in applicable race categories |

**Value Flags**

|     |     |
| --- | --- |
| - | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution. |
| F | Fewer than 25 firms |
| D | Suppressed to avoid disclosure of confidential information |
| N | Data for this geographic area cannot be displayed because the number of sample cases is too small. |
| FN | Footnote on this item in place of data |
| X | Not applicable |
| S | Suppressed; does not meet publication standards |
| NA | Not available |
| Z | Value greater than zero but less than half unit of measure shown |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**   f   ▾   in   ▶   ⓞ

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People, Places, and Economy**

FRBP Violated: #3.19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.118.1008.00

TNJudicial.org/cja/jrf118.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

DOC: 118 | Page 8 of 104



4 bd  3 ba  2,640 sqft

1986 Sunnyside Dr, Brentwood, TN 37027

**Sold: $540,000**  Sold on 02/18/20  Zestimate®: **$814,200**

## Home value



Zestimate

# $814,200



Zestimate range

**$749,000 - $887,000**



Last 30-day change

**+ $13,226** (+1.7%)



Zestimate per sqft

**$308**

## Inside the Zestimate

The Zestimate is Zillow's best estimate of a home's value. It is based on a blend of valuation methods, each of which may produce a different estimate depending on the available data.

ESTIMATE BASED ON

**Comparable homes**                    $891,193  ⌄

**Local tax assessments**               $767,843  ⌄

Local Home Values ▾          1 year   5 years   **10 years**

— This home  --

$800K
$700K
$600K
$500K
$400K
$300K

Jan 2014     Jan 2016     Jan 2018     Jan 2020

TNJudicial.org/s/a/irf118.pdf    Case 1:23-cv-01097-PLM-RSK   Summary: Real Estate Deed Fraud & ADA Financial Exploitation   Filed 10/13/23   Doc. 118 Page 10 of 104
ECF No. 1-12, PageID.502    Page 24
of 50

- RENTAL ZESTIMATE : $3,221/mo

**Report Generated on January 3rd, 2022**

Close ⌃

### Estimated net proceeds
**$325,558**

| | |
|---|---|
| Est. selling price of your home | $ 814,200 |
| Est. remaining mortgage ? | $ 416,931 |
| Est. prep & repair costs ? | $6,000 ⌄ |
| Est. closing costs ? | $65,712 ⌄ |
| **Est. total selling costs (9%)** | **$71,712** |

All calculations are estimates and provided for informational purposes only. Actual amounts may vary.

## Comparable homes

These are recently sold homes with similar features to this home, such as bedrooms, bathrooms, location, and square footage.

**OUR NEIGHBOR'S HOUSE**





| ⌂ This home | ① 1969 Sunny Side Dr | ② 2011 Sunny Side Dr | ③ 201 |
|---|---|---|---|
| **$814,200** | **$820,000** | **$720,000** | **$720,0** |
| ● Sold | ● Sold 8 months ago | ● Sold 12 months ago | ● Sold |
| **4** beds | **3** beds | **4** beds | **4** beds |
| **3** baths | **3** baths | **3** baths | **3** baths |
| **2640** sqft | **2598** sqft | **3429** sqft | **3429** sq |
| **$308** / sqft | **$316** / sqft | **$210** / sqft | **$210** / |







Report Generated on January 3rd, 2022

## Comparative value

Here's how this home's value estimate compares to similar homes nearby.



| $450k | $650k | $850k |

## Overview

ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN

## Facts and features                                    Edit

- Singlefamily
- Built in 1977
- Forced air, electric

- Central
- 5 Parking spaces
- 1.05 Acres

## Interior details

**Bedrooms and bathrooms**
Bedrooms: 4
Bathrooms: 3
Full bathrooms: 2
1/2 bathrooms: 1

**Basement**
Basement: Unfinished

**Flooring**
Flooring: Hardwood

**Heating**
Heating features: Forced air, Electric

**Cooling**
Cooling features: Central

**Appliances**
Appliances included: Dishwasher, Garbage disposal, Microwave, Range / Oven

**Other interior features**
Total interior livable area: 2,640 sqft
Fireplace: Yes

TNJudicial.org/s/a/jrf118.pdf    Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-1, PageID.501    Filed 10/13/23    Page 26
of 50

DOC: 118 Page 12 of 104











# Property Details

**Report Generated on January 3rd, 2022**

**Parking**
Total spaces: 5
Parking features: Garage - Attached, Off-street, Covered

**Property**
Exterior features: Shingle, Brick, Cement / Concrete
View description: Park, Mountain

**Lot**
Lot size: 1.05 Acres

**Other property information**
Parcel number: 094013JA03500

## Construction details

**Type and style**
Home type: SingleFamily

**Material information**
Foundation: Crawl/Raised
Roof: Asphalt

**Utility**
Water information: City Water

**Condition**
Year built: 1977

## Community and Neighborhood Details

**Location**
Region: Brentwood

**Other financial information**
Annual tax amount: $2,147

**Other facts**
Basement Description: Crawl
Floor Types: Finished Wood
Oven Source: Electric
Sewer System: Septic Tank
Bedroom 1 Description: Master BR Downstairs
Construction Type: All Brick
Cooling System: Central
Garage Capacity: 2
Heating Source: Electric
Heating System: Central
Water Source: City Water
Garage Description: Attached - SIDE
Interior Other: Ceiling Fan, Storage, Wood Burning FP
Living Room Description: Fireplace
Oven Description: Double Oven
Range Description: Cooktop
Patio/Deck: Deck
Built Information: Renovated
Basement Type: Other
Kitchen Description: Eat-In
Master Bath Description: Ceramic
Dining Room Description: Separate

Range Source: Gas
Fence Type: Partial
Area: 10-Williamson County
County: Williamson County, TN
Cooling Source: Gas
Contingency Type: Inspection
Property Class: Residential
Sq. Ft. Measurement Source: Prior Appraisal
Acreage Source: Calculated from Plat
Full Baths Main: 2
New Construction: 0
Number Of Fireplaces: 1
Number Of Stories: 2.00
Half Baths Main: 1
Kitchen Dimensions: 13x11
Rec Room Dimensions: 25x20
Tax Amount: 2080
Sq. Ft. Main Floor: 2640
Mls Status: Under Contract - Showing
Standard Status: Active Under Contract
Listing Type: STAND

**Report Generated on January 3rd, 2022.**

As of the date of this report, the Owner appears to be using the Property as a **Rental**.

Though it seems strange to pay **$540k** to purchase a home for a **RENTAL**. Based upon my **17-Years as a Licensed Tennessee Real Estate Agent**, I believe that the Owner is doing this, to "HOLD" the property. Essentially for free, while paying down the debt. **As the VALUE of this property exponentially INCREASES over the next 10-15 years.**

## Price history

Due to the LOCATION, the massive growth of the Greater Nashville Area, along with the unique characteristics of this property, I had estimated that it would be worth a MILLION DOLLARS and that we would have it completely paid-off within that time period. (Our Retirement "Nest Egg".)

So far the property has been outperforming even my investment expectations. Between 2/18/2020 & 1/3/2022, it appreciated another $300k in VALUE. WORTH over $800k, while we only owed $300k.

Which is the RETURN on our Pre-Marital Retirement Funds, INVESTED in Williamson County Real Estate!

STOLEN: "Under Color of Law" by Judge Michael W. Binkley, Attorney Virginia Lee Story, Attorney Mary Beth Ausbrooks, with the help of a HALF-DOZEN of their POWERFUL FRIENDS and ASSOCIATES!

**OUR COURT ORDERED AUCTION**
After WE INVESTED $200k MORE
PLUS 9-Years of Hard Work!

**We INSTANTLY LOST about $250k the DAY that our home AUCTIONED!**

| Date | Event | Price | |
|------|-------|-------|---|
| 2/18/2020 | Sold | $540,000 (-10%) | $205/sqft |
| Source: Public Record Report | | | |
| 1/13/2020 | Price change | $599,990 (-3.2%) | $227/sqft |
| Source: Benchmark Realty, LLC Report | | | |
| 12/27/2019 | Price change | $619,900 (-3.1%) | $235/sqft |
| Source: Benchmark Realty, LLC Report | | | |
| 12/5/2019 | Listed for sale | $639,900 (+97.3%) | $242/sqft |
| Source: Benchmark Realty, LLC Report | | | |
| 10/30/2019 | Sold | $324,359 (-7.3%) | $123/sqft |
| 5/12/2011 | Sold | $350,000 | $133/sqft |
| Source: Public Record Report | | | |
| 4/22/2011 | Listing removed | $360,000 | $136/sqft |
| 9/30/2010 | Listed for sale | $360,000 (+42.3%) | $136/sqft |
| Source: Zeitlin & Co., Realtors Report | | | |
| 7/13/2005 | Sold | $253,000 (+11%) | $96/sqft |
| Source: Public Record Report | | | |
| 8/10/1998 | Sold | $228,000 | $86/sqft |
| Source: Public Record Report | | | |

**Auction Investor Resold 4-Months Later On the Market for a $200,000 Profit!**

**Our Initial Purchase. Home Needed Massive Core Improvements for Health & Safety!**

## Public tax history

| Year | Property Taxes | Tax Assessment |
|------|----------------|----------------|
| 2020 | $2,147 | $96,725 |
| 2019 | $2,147 (+3.2%) | $96,725 |
| 2018 | $2,080 | $96,725 |
| 2017 | $2,080 | $96,725 |
| 2016 | -- | $96,725 (+23.7%) |
| 2015 | -- | $78,175 |
| 2014 | -- | $78,175 |
| 2013 | -- | $78,175 |
| 2012 | -- | $78,175 |
| 2011 | -- | $78,175 (+23.5%) |

**Report Generated on January 3rd, 2022**

| Year | | |
|------|------|------|
| 2007 | $1,462 | $63,278 |
| 2006 | $1,462 (+9.8%) | $63,278 (+35%) |
| 2005 | $1,331 | $46,873 |

## Neighborhood: 37027

**SURROUNDED BY HUNDREDS OF ACRES OF PROTECTED WOODLANDS!**



### Nearby homes



**$540,000**
| 4 bd | 3 ba | 2.6k sqft |
1986 Sunny Side Dr, Brentwood, TN 370...
● Sold

MLS ID #2103371

**$728,100**
| -- bd | 2 ba | 80 sqft |
1980 Sunny Side Dr, Brentwood, TN 370...
● Off Market

## Nearby schools in Brentwood

Elementary: Grassland Elementary
Middle: Grassland Middle School
High: Franklin High School

### GreatSchools rating

**7/10**  **Grassland Elementary**
Grades: K-5  Distance: 0.8 mi

**9/10**  **Grassland Middle School**
Grades: 6-8  Distance: 0.9 mi

**9/10**  **Franklin High School**
Grades: 8-12  Distance: 5 mi

**Report Generated on January 3rd, 2022**



AT TIMES, WHEN YOU INVEST YOUR LIFE, INTO HELPING SOMEONE YOU LOVE, REACH THEIR DREAMS, YOU STILL LACK WHAT THEY NEED THE MOST.



TNJudicial.org/g/a/jrf118.pdf    Case 1:28-cv-01097-PLM-RSK    ECF No. 1-12,  PageID.509  Filed 10/13/23    DOC. 118 Page 17 of 104

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation    Page 31 of 50



1986 SUNNYSIDE DRIVE - ROOF PLAN SCALE F = 10'-0"





I was a LICENSED Real Estate Agent "Affiliate Broker" in the State of Tennessee for SEVENTEEN (17) Years (until long after our divorce), with access to hundreds of millions of dollars worth of inventory, without ever a single complaint or issue of any sort! Everyone who worked with me: clients, lenders, property owners, investors, inspectors, contractors, buyers, both unrepresented and with their agents, co-workers, paralegals and closing attorneys, had only the greatest of respect for me and my work.

Neither my ex-wife nor I know of anyone who gave people more for their money, or worked in their client's best interests, more than I did!

c/oJEFFREY "JEFF" RYAN FENTON
1986 SUNNYSIDE DRIVE
BRENTWOOD, TN 37027




**STATE OF TENNESSEE**
**DEPARTMENT OF**
**COMMERCE AND INSURANCE**

JEFFREY "JEFF" RYAN FENTON
ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021
**TENNESSEE REAL ESTATE COMMISSION**
**AFFILIATE BROKER**

602860    THIS IS TO CERTIFY THAT ALL REQUIREMENTS
OF THE STATE OF TENNESSEE HAVE BEEN MET

My marketing was second to none, as were my contract skills. My attention to detail and background in both printing, graphic arts, and amateur web design, brought compliments from competing agents who were recognized as the "best" from their firms. I devoted two-weeks (80+ hours) to marketing each and every listing I had, while most agents would never dream of investing that much time. But I listed every house to SELL, and every house I did, for top-dollar with minimal time on the market, except for ONE condo, during my 17-Years.

I quit working as a full-time agent upon the realization that 60% of the business was <u>getting</u> the listing not <u>selling</u> it. While a politician I am not.

Attorney Virginia Lee Story made me out to be a "monster" in Judge Michael W. Binkley's Court, with ZERO history to substantiate ANY of it, just her WORD. She lied repeatedly about matters of Real Estate Law, Binkley never once corrected her or exercised his judicial supervisory DUTY.



**State of Tennessee**                    11715560

**TENNESSEE REAL ESTATE COMMISSION**
**AFFILIATE BROKER**
**JEFFREY "JEFF" RYAN FENTON**

*This is to certify that all requirements of the State of Tennessee have been met.*



**ID NUMBER:** 295752
**LIC STATUS:** RETIRED
**EXPIRATION DATE:** July 25, 2021

IN-1313
**DEPARTMENT OF**
**COMMERCE AND INSURANCE**

To view more pictures of this breathtaking property, please visit our website at Brentwood21.com.





- Arden Woods -
6393 Chartwell Court
Brentwood, Tennessee

TNJudicial. Complaint 118.pdf — Category: Real Estate Deed Fraud & ADA Financial Exploitation

Case 1:23-cv-01097-PLM-RSK    ECF No: 1-12, PageID.515    Filed 10/13/23    Page 37 of 50

Department of Commerce & Insurance Administration License Roster Search

DOC: 118 I Page 23 of 104

https://verify.tn.gov/Details.aspx

# License Search and Verification

License verification is moving to **License, Permit, Registration Search** on August 15, 2021.

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit the Public Record Request form.

## << Click Here To Go Back To The Search Page

| License Details | |
|---|---|
| **License Status** | Expired |
| **License #** | 295752 |
| **License ID** | 295752 |
| **Expiration Date** | Jul 25 2021 |
| **Original Date** | Dec 9 2004 |
| **Profession Code** | 2501 |
| **Profession Name** | Real Estate Agent |
| **First Name** | JEFFREY "JEFF" |
| **Middle Name** | RYAN |
| **Last Name** | FENTON |
| **City** | BRENTWOOD |
| **State** | TN |
| **Zip Code** | 37027 |
| **Rank** | Affiliate Broker |

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.118.1023.00

**License Activity Description**      Expired-Grace

| | Continuing Education | | | |
|---|---|---|---|---|
| License ID | Course Name | Provider Name | End Date | Credit Hours |
| 295752 | TREC CORE 2015-2016(PP) | MCKISSOCK, INC | Jul 24 2015 | 6 |
| 295752 | SUCCESS IN COMM REALESTATE(CR | CCIM INSTITUTE | Jul 24 2014 | 16 |
| 295752 | 2013-2014 TREC CORE(1338) (I) | MCKISSOCK, INC | Jul 2 2013 | 6 |
| 295752 | LEINS,TAXES & FORECLOSURES(I) | MCKISSOCK, INC | Jul 2 2013 | 4 |
| 295752 | NATL MARK,NEG,CLOSE SALE (I) | MCKISSOCK, INC | Jul 2 2013 | 3 |
| 295752 | SHORT SALES (I) | MCKISSOCK, INC | Jul 2 2013 | 3 |
| 295752 | EFFECTIVE LISTING PRES (I) | MCKISSOCK, INC | Jul 3 2011 | 4 |
| 295752 | TREC CORE 11/12 (1338) (I) | MCKISSOCK, INC | Jul 1 2011 | 6 |
| 295752 | SHORT SALES (I) | MCKISSOCK, INC | Jun 29 2011 | 3 |
| 295752 | FHA 203K RENOV LOAN (CR) | REAL ESTATE LEADERSHIP SCHOOL | Apr 12 2011 | 3 |
| 295752 | CONCISE GUIDE TO RE TAX (I) | MCKISSOCK, INC | Jan 16 2009 | 4 |
| 295752 | LOAN TYPES/INSTRU OF FIN (I) | MCKISSOCK, INC | Jan 7 2009 | 3 |
| 295752 | TITLE INSURANCE/CURRENT (I) | MCKISSOCK, INC | Dec 31 2008 | 2 |
| 295752 | TAX OF R E CAPITAL GAIN (I) | MCKISSOCK, INC | Dec 30 2008 | 3 |
| 295752 | TREC CORE 07/08 (1338)(I) | MCKISSOCK, INC | Dec 29 2008 | 4 |

| 295752 | APPRAISAL PROCESS AGENTS (DB) | MCKISSOCK, INC | Oct 23 2006 | 4 |
|--------|-------------------------------|----------------|-------------|---|
| 295752 | TREC CORE 05/06 (1338)(I) | MCKISSOCK, INC | Oct 17 2006 | 4 |
| 295752 | REALTRACS PLUS (CR) | REALTRACS SOLUTIONS (MTRMLS,INC) | Jun 5 2006 | 2 |
| 295752 | BECAUSE IT'S RIGHT THING (CR) | WILLIAMSON COUNTY ASSN. OF REALTORS | May 18 2006 | 4 |
| 295752 | WHAT YOU SAY WILL HURT U (CR) | WILLIAMSON COUNTY ASSN. OF REALTORS | May 18 2006 | 2 |
| 295752 | COURSE FOR NEW AFFILIATES(CR) | NASHVILLE SCHOOL OF REAL ESTATE | Aug 13 2004 | 30 |
| 295752 | REAL ESTATE FUNDAMENTALS (CR) | NASHVILLE SCHOOL OF REAL ESTATE | Aug 6 2004 | 60 |



**Ascend**
Federal Credit Union

550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| SOCIAL SECURITY NUMBER | 01APR10 FROM | 30APR10 TO |
|---|---|---|
| | STATEMENT PERIOD | |

KN   E-STMT

MORTGAGE SPECIAL!

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

Now through May 31 or until
allocated funds are depleted,
Ascend is offering a great
mortgage special. Visit
ascendfcu.org or call
1-800-342-3086 for details.

NOTICE: See reverse side for important information

---

**SHARE Suffix 0**

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND**

**FOR OUR MARITAL RESIDENCE AT:**

**1986 SUNNYSIDE DR, BRENTWOOD, TN 37027**

**Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period.................$    12049.92
28APR  DEPOSIT-ACH-A-INVEST     MY Premarital Retirement Funds  9758.76 =   21808.68
       VGI-REIT IX IN (INVESTMENT)  (After the 2008 Market Crisis)
28APR  DEPOSIT-ACH-INVESTMENT                    8023.32 =   29832.00
       VGI-STR EQUITY (INVESTMENT)
30APR  DIVIDEND through 30APR2010                  11.93 =   29843.93
       ANNUAL PERCENTAGE YIELD EARNED:    1.05% FOR A 30 DAY PERIOD
       Average Daily Balance:       13828.13

Your new balance on 30APR10...................................$   29843.93
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2010 On Suffix 0        $     46.01

---

**SHARE DRAFT Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$     611.75
Additions and miscellaneous withdrawals:
30APR  DIVIDEND through 30APR2010                    0.20
       ANNUAL PERCENTAGE YIELD EARNED:   0.40% FOR A 30 DAY PERIOD
       Average Daily Balance:       611.75

0 Withdrawals = 0.00  1 Deposits = 0.20  0 Drafts Cleared
Your new balance on 30APR10...................................$     611.95
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2010 On Suffix 7        $      0.95

To report a lost or stolen Freedom (Visa Check) Card
after Credit Union Business Hours, call 1-800-250-9655.

---

**Your Financial Summary**

```
Your total Draft balances....................................$     611.95
Your total Share balances....................................$ 29,843.93
```

**YTD Tax Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$     46.96
```

---

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

*ASTERISK NEXT TO

# 2010 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

1-800-662-2739

PAGE 2 OF 3

# Vanguard

P.O. BOX 2600 · VALLEY FORGE, PA 19482-2600

**PAYER'S name**
**Vanguard Fiduciary Trust Company**

JEFFREY RYAN FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S federal identification number**

23-2640992

**RECIPIENT'S identification number**

XXX-XX-5069

This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

Plan Name

| Fund Name | | | Account number | | | | | |
|---|---|---|---|---|---|---|---|---|
| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State/Payer's state no. | Box 12: State distribution |
| **ROTH IRA** STRATEGIC EQUITY FUND 8,023.32 REIT INDEX FUND INV 9,758.76 | X X | | 09984339759 0.00 09984339759 0.00 | J J | | | | |

JEFF'S TOTAL RETIREMENT DISTRIBUTION
(After 2007–2008 Financial Crisis)
DEPOSITED IN ASCEND JOINT
HOUSE INVESTMENT FUND
on 4/25/2010

$17,782.08

**Form 1099-R**
**OMB No. 1545-0119**

**Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.**
2-3

01035809



TN Judicial.org/e/a/irfl 12.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation
Vanguard - Confirmation

Case 1:23-cv-01097-PLM-RSK    ECF No. 12, PageID.520    Filed 10/13/23    Page 42 of 50

DOC. 118 | Page 28 of 104
Page 1 of 2



## Confirmation



> **Confirmation number W206391736**
> Thank you. You can print this page for your records.

Vanguard received your transaction on **04/24/2010, at 3:58 a.m.**, Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| E-mail address | Business@FentonMail.com |
| --- | --- |

### Fund information

| | |
| --- | --- |
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | REIT Index Fund Inv (VGSIX) |
| Fund & account | 0123-09984339759 |

### Method and amount

| | |
| --- | --- |
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Fee information

| | |
| --- | --- |
| Redemption fee | $0.00 |

### Restrictions

| | |
| --- | --- |
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

### Bank instructions

| | |
| --- | --- |
| Routing number | 264181626 |

Vanguard - Confirmation                                                                   Page 2 of 2

| | |
|---|---|
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings  (JOINT HOUSE INVESTMENT FUND) |
| Bank account registration | Jeffrey R Fenton |
| | Fawn Fenton |

## Withholding information

| | |
|---|---|
| Federal withholding | Do not withhold |

© 1995–2010  The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [↓] Feedback | Enhanced Support



## Confirmation



> **ⓘ Confirmation number W206391261**
> Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 4:02 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| E-mail address | Business@FentonMail.com |
| --- | --- |

### Fund information

| | |
| --- | --- |
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | Strategic Equity Fund (VSEQX) |
| Fund & account | 0114-09984339759 |

### Method and amount

| | |
| --- | --- |
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Restrictions

| | |
| --- | --- |
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

### Bank instructions

| | |
| --- | --- |
| Routing number | 264181626 |
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings (JOINT HOUSE INVESTMENT FUND) |

| | |
|---|---|
| Bank account registration | Jeffrey R Fenton |
| | Fawn Fenton |

## Withholding information

| | |
|---|---|
| Federal withholding | Do not withhold |

© 1995–2010  The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [◄] Feedback | Enhanced Support



**Ascend**
Federal Credit Union

550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01OCT09 | 31OCT09 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN  E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

**\*\*REQUIRED CARD ACT NOTIFICATION\*\***
Please note that your loan payment
will not be considered late until
the 24th of the month. \*This applies
only to loans under an open end
plan. \*This does not apply to closed
end Real Estate, Indirect Auto and
Credit Card loans or loans currently
delinquent.    \*This does not apply
to loans with payments that are due
after the 24th of month.

NOTICE: See reverse side for important information

---

**SHARE**
**Suffix 0**
**OUR JOINT**
**REAL ESTATE**
**INVESTMENT**
**HOLDING FUND**
**FOR OUR**
**MARITAL**
**RESIDENCE AT:**
**1986 SUNNYSIDE**
**DR, BRENTWOOD,**
**TN 37027**
**Purchase Closed**
**on 4/29/2011**

```
Your balance at the beginning of the period.................$      620.58
05OCT  WITHDRAWAL E-Branch                        -600.00 =       20.58
   Transfer "STD" 600.00 to share 7
20OCT  DEPOSIT                                     453.02 =      473.60
   DBO Deposit Funds Transfer From 064005203
20OCT  WITHDRAWAL                                 -453.02 =       20.58
   DBO Withdraw Funds For Credit Distribution
23OCT  DEPOSIT        Fawn's Premarital Retirement Funds 10797.02 =   10817.60
31OCT  DIVIDEND through 31OCT09 (After the 2008 Market Crisis)   3.16 =   10820.76
   ANNUAL PERCENTAGE YIELD EARNED:   1.16% FOR A 31 DAY PERIOD
   Average Daily Balance:       3232.62

Your new balance on 31OCT09..............................$    10820.76
Dividends Paid To You In 2009 On Suffix 0        $      42.41
```

---

**AUTO**
**Loan 1**
**Prius Paid Off**
**from Fawn's**
**Vanguard**
**Retirement**
**Remainder**
**Deposited for**
**Marital Residence**

```
Your balance at the beginning of the period.................$     1793.13
   4.75% ***ANNUAL PERCENTAGE RATE***
   .013014% Daily Periodic Rate
                           **FINANCE**
                  (PAYMENT) **CHARGE**PRINCIPAL
20OCT  PAYMENT            (453.02)    6.77    446.25 =     1346.88
   DBO distribution $453.02 from account ****580...064005203
23OCT  PAYMENT          (1347.41)    0.53   1346.88 =        0.00
Your new balance on 31OCT09..............................$        0.00
FINANCE CHARGES PAID IN 2009 ON LOAN 1          $      65.53
```

---

**SHARE**
**DRAFT**
**Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$       10.26
Additions and miscellaneous withdrawals:
05OCT  DEPOSIT E-Branch                            600.00
   Transfer "STD" 600.00 from share 0
31OCT  DIVIDEND through 31OCT2009                    0.23
   ANNUAL PERCENTAGE YIELD EARNED:   0.51% FOR A 31 DAY PERIOD
   Average Daily Balance:       532.84

0 Withdrawals = 0.00  2 Deposits = 600.23  0 Drafts Cleared
Your new balance on 31OCT09...............................$      610.49
Dividends Paid To You In 2009 On Suffix 7        $       0.48

   To report a lost or stolen Freedom (Visa Check) Card
   after Credit Union Business Hours, call 1-800-250-9655.
```

---

**Your**
**Financial**
**Summary**

```
Your total Draft balances...................................$      610.49
Your total Share balances...................................$  10,820.76
Your total Loan balances....................................$        0.00
```

---

**YTD Tax**
**Summary**

YEAR
Tota
(May
Tota

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

TNJudicial.org/e/efirtl 19.pdf — Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation — DDC: 148 / Page 33 of 104

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-2, PageID.525    Filed 10/13/23    Page 47 of 50

> **We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)
>
> **ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*Deposit Slip Copy*



**Ascend**
Federal Credit Union

Raising Possibilities

ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA
TN 37388

ACCT: 2576580
FAWN FENTON

| ACCOUNT-SF | AMOUNT | SEQ | |
|---|---|---|---|
| TO AUTO | | | |
| 2576580-L1 | 1347.41 | 181 | ← amount put towards Prius |
| BALANCE: | 0.00 | | ← current car loan resulting balance |
| PREVIOUS: | 1346.88 | | |
| PRINCIPAL: | 1346.88 | | ← amount owed on car to date |
| INTEREST: | 0.53 | | |
| CARRYOVER: | 10797.02 | | ← remainder of Vanguard checks |
| TO SHARE | | | |
| 2576580-S0 | 10797.02 | 182 | ← Vanguard checks remainder deposit to Savings |
| BALANCE: | 10817.60 | | ← current resulting savings balance |
| PREVIOUS: | 20.58 | | |
| AVAILABLE: | 10812.60 | | |

| | | |
|---|---|---|
| CHECKS: | 12144.43 | ← Total Vanguard checks |

7092588   23 OCT 09 11:54AM
BR 8        TLR 754

IMPORTANT NOTICE

REMINDER: Ascend Federal Credit Union does not guarantee funds for checks drawn on other financial institutions. Please remember that even after funds have been made available to you, and you have withdrawn the funds, you are still responsible for checks you deposit or cash that are returned to us unpaid for any other problems involving your transaction.

> **FAWN'S TOTAL RETIREMENT DISTRIBUTION**
> **(After 2007–2008 Financial Crisis)**
> **DEPOSITED IN ASCEND JOINT**
> **HOUSE INVESTMENT FUND**
> **on 10/23/2009**
>
> **$12,144.43**

TNJudicial.org/s/a/df118.pdf    Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-12, PageID.520    Filed 10/13/23    Doc. 118 | Page 34 of 104
of 50    Page 48

## 2009 Form 1099-R
**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

# Vanguard®
P.O. BOX 2600 - VALLEY FORGE, PA 19482-2600

**PAGE 1 of 1**

1-888-285-4563

FAWN TIFFANY FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S name**
Vanguard Fiduciary Trust Company

**PAYER'S federal Identification number**
23-2640992

**RECIPIENT'S identification number**
██████-2065

This Information is being furnished to the Internal Revenue Service.
Department of the Treasury—Internal Revenue Service

| Plan Name | | | Account number | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fund Name** | | | | | | | | |
| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State / Payer's state no. | Box 12: State distribution |
| ROTH IRA | | | | | | | | |
| REIT INDEX FUND INV | | | 88016994559 | | | | | |
| 2,984.96 | | X | 0.00 | J | | | | |
| TARGET RETIREMENT 2035 | | | 88016994559 | | | | | |
| 5,235.30 | | X | 0.00 | J | | | | |
| DIVERSIFIED EQUITY INV | | | 88016994559 | | | | | |
| 3,924.17 | | X | 0.00 | J | | | | |

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
**(After 2007–2008 Financial Crisis)**
**DEPOSITED IN ASCEND JOINT**
**HOUSE INVESTMENT FUND**
on 10/23/2009

**$12,144.43**

**Copy B** Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

**Form 1099-R**
**OMB No. 1545-0119**



# Vanguard®

**Vanguard Diversified Equity Fund**
**Investor Shares**

VFTC - CUSTODIAN ROTH IRA

FAWN TIFFANY FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

2933

| ACCOUNT VALUE |
|---|
| $.00 |

**CHECK CONFIRMATION**

FUND NUMBER 608
ACCOUNT NUMBER 88016994559
CHECK NUMBER 15491307

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 228.548 |
| 10/13 | Early roth distribution | -3,924.17 | 17.17 | -228.548 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|

2933

Detach this confirmation and retain for your records before cashing or depositing check.

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND**

**REDEMPTION CHECK**

**Vanguard Diversified Equity Fund**
**Investor Shares**

| Check Number | Date Of Check | |
|---|---|---|
| 15491307 | 10/13/2009 | 88016994559 |

Pay To The Order Of
**FAWN TIFFANY FENTON**

| Dollars | Cents |
|---|---|
| xxxxxxxx3,924 | 17 |

Please cash this check within six (6) months.

60-182
433

PAYABLE AT
**PNCBANK**
PNC BANK, National Association
JEANNETTE, PA

*Richard D. Carpenter*
Authorized Signature

# Vanguard®

⑆0015491307⑆ ⑆043301627⑆ ⑈00241913l⑈

TNJudicial.org/p/e/f/t/1820 Consp/Rico: Real Estate Deed Fraud & ADA Financial Exploitation
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-12, PageID.529   Filed 10/13/23   Page 36 of 104
October 13, 2009
Page 50 of 50
Doc. 118 Page 50



## Vanguard®

**Vanguard REIT Index Fund**
**Investor Shares**

VFTC - CUSTODIAN ROTH IRA

FAWN TIFFANY FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

2607

| ACCOUNT VALUE |
|---|
| $.00 |

## CHECK CONFIRMATION

FUND NUMBER                123
ACCOUNT NUMBER  88016994559
CHECK NUMBER          15490981

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 220.781 |
| 10/13 | Early roth distribution | -2,984.96 | 13.52 | -220.781 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|
| | 96.44 | | | | | | 96.44 |

2607

Detach this confirmation and retain for your records before cashing or depositing check.                    k

---

### THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

**REDEMPTION CHECK**

**Vanguard REIT Index Fund**
**Investor Shares**

| Check Number | Date Of Check | |
|---|---|---|
| 15490981 | 10/13/2009 | 88016994559 |

Pay To The Order Of
**FAWN TIFFANY FENTON**

| | Dollars | Cents |
|---|---|---|
| | ×××××××2,984 | 96 |

Please cash this check within six (6) months.

66-162
433

PAYABLE AT
**PNCBANK**
PNC BANK, National Association
JEANNETTE, PA

Richard D. Carpenter
Authorized Signature

## Vanguard®

⑈0015490981⑈ ⑆043301627⑆ ⑈002419133⑈