OCTOBER 13, 2009

**Vanguard**

**Vanguard Target Retirement 2035 Fund**

VFTC - CUSTODIAN ROTH IRA

FAWN TIFFANY FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

2714

| ACCOUNT VALUE |
|---|
| $.00 |

FUND NUMBER 305
ACCOUNT NUMBER 88016994559
CHECK NUMBER 15491088

## CHECK CONFIRMATION

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 456.037 |
| 10/13 | Early roth distribution | -5,235.30 | 11.48 | -456.037 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|

2714

Detach this confirmation and retain for your records before cashing or depositing check.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

**REDEMPTION CHECK** **Vanguard Target Retirement 2035 Fund**

| Check Number | Date Of Check | |
|---|---|---|
| 15491088 | 10/13/2009 | 88016994559 |

| Dollars | Cents |
|---|---|
| ×××××××5,235 | 30 |

Please cash this check within six (6) months.

Pay To The Order Of
FAWN TIFFANY FENTON

60-162
433

PAYABLE AT
PNCBANK
PNC BANK, National Association
JEANNETTE, PA

Richard D. Carpenter
Authorized Signature

Vanguard®

⑈0015491088⑈ ⑆043301627⑆ 1002419133⑈



520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| 2576580 | | 1 |
| | 01MAR11 | 31MAR11 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

The Best Financing for Your Home!

From April 15 to June 10 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 800-342-3086 for details.

NOTICE: See reverse side for important information

SHARE Suffix 0

OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011

Your balance at the beginning of the period.................$ 42117.72
12MAR* DEPOSIT 2885.00 = 45002.72
31MAR DIVIDEND through 31MAR2011 22.41 = 45025.13
ANNUAL PERCENTAGE YIELD EARNED: 0.60% FOR A 31 DAY PERIOD
Average Daily Balance: 43979.01

Your new balance on 31MAR11.................................$ 45025.13

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0 $ 63.22

SHARE DRAFT Suffix 7

No. 1002576580. Balance at the beginning of the period.....$ 609.97
Additions and miscellaneous withdrawals:
31MAR DIVIDEND through 31MAR2011 0.05
ANNUAL PERCENTAGE YIELD EARNED: 0.10% FOR A 31 DAY PERIOD
Average Daily Balance: 609.97

0 Withdrawals = 0.00 1 Deposits = 0.05 0 Drafts Cleared
Your new balance on 31MAR11.................................$ 610.02

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7 $ 0.20

To report a lost or stolen Freedom (Visa Check) Card after Credit Union Business Hours, call 1-800-250-9655.

Your Financial Summary

Your total Draft balances...................................$ 610.02
Your total Share balances...................................$ 45,025.13

YTD Tax Summary

YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 63.42

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO

**Transaction Result Page**

Apr. 05, 2011 14:09
POST DATE: Apr. 05, 2011 The transfer of 5,000.00 from *0 : HOUSE SAVINGS*
To *7 : TENANT DEPOSITS*
was successful.

**Please refer to the following reference information if you have any questions about this transaction.**

e-branch Apr. 05, 2011 14:09 Ref: 365729

---

The following information reflects changes to the accounts or loans involved in this transaction

**0 : HOUSE SAVINGS**

| | |
|---|---|
| Previous Available Balance | 45,020.13 |
| Previous Balance | 45,025.13 |
| New Available Balance | 40,020.13 |
| New Balance | 40,025.13 |

**7 : TENANT DEPOSITS**

| | |
|---|---|
| Previous Available Balance | 610.02 |
| Previous Balance | 610.02 |
| New Available Balance | 5,610.02 |
| New Balance | 5,610.02 |

FAWN FENTON CELL 308-4350
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE, TN 37222

2016
87-8162/2641

APRIL 3, 2011 DATE

PAY TO THE ORDER OF ZEITLIN & CO REALTORS $ 5000.00

FIVE THOUSAND ——— ONLY ——— DOLLARS

Security Features Details on Back

AEDC FEDERAL CREDIT UNION
Nashville, Tennessee 37214

FOR 1986 SUNNYSIDE EARNEST MONEY

Fawn Fenton

⑆264181626⑆ 1002576580O⑈ 2016

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | CHK AMT | END BAL |
|---|---|---|---|---|---|---|
| 28APR11 | 723-176 | Cashier's Check Sal | 2576580-0 | | 34500.00 | |

Payee: TOUCHSTONE TITLE AND ESCROW LLC

| S(0) | SD(7) | |
|---|---|---|
| 5525.13 | 610.02 | |
| Loan(1) | Loan(85) | Loan(90) |
| 0.00 | 0.00 | 0.00 |

CHECK NO : 219813

TOUCHSTONE TITLE AND ESCROW LLC***

Ascend
Federal Credit Union

DETACH THIS PORTION BEFORE DEPOSITING

WARNING: THIS CHECK IS PROTECTED BY SECURITY FEATURES. DETAILS ON BACK.

Ascend Federal Credit Union
Raising Possibilities

520 Airpark Drive P.O. Box 1210
Tullahoma, Tennessee 37388
(931) 455-5441

28APR11 87-8162 2641

CHECK NO : 219813

AMOUNT
$ **34500.00

PAY THE SUM OF THIRTY FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

VOID AFTER 90 DAYS

PAY TO THE ORDER OF TOUCHSTONE TITLE AND ESCROW LLC***

AUTHORIZED SIGNATURE

2nd SIGNATURE REQUIRED FOR CHECKS OVER $5,000

Remitter: FAWN FENTON

CASHIER'S CHECK

⑈00219813⑈ ⑆264181626⑆ 646226183⑈

## The Brand Promise

Our brand promise is to educate and help you become an effective financial steward. We deliver this promise by asking you questions and offering our full, undivided attention to understand your current life situation and future plans before offering solutions.

Our tagline is "Raising Possibilities." All that we do to define and differentiate ourselves from other financial institutions derives from this. We want to help you recognize and raise all the possibilities as we assist you with personal financial solutions.

Raising Possibilities



520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| SOCIAL SECURITY NUMBER | FROM | TO |
|---|---|---|
| | 01APR11 | 30APR11 |
| | STATEMENT PERIOD | |

KN E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

The Best Financing for Your Home!

From April 15 to June 10 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 800-342-3086 for details.

NOTICE: See reverse side for important information

SHARE Suffix 0

OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011

After Purchase

```
Your balance at the beginning of the period.................$   45025.13
 05APR  WITHDRAWAL E-Branch                      -5000.00 =   40025.13
   Transfer "STD" 5,000.00 to share 7
 28APR  WITHDRAWAL                              -34500.00 =    5525.13
 30APR  DIVIDEND through 30APR2011                  18.37 =    5543.50
   ANNUAL PERCENTAGE YIELD EARNED:    0.60% FOR A 30 DAY PERIOD
   Average Daily Balance:           37241.80
Your new balance on 30APR11.................................$    5543.50
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0 $ 81.59

SHARE DRAFT Suffix 7

```
No. 1002576580.  Balance at the beginning of the period.....$     610.02
Additions and miscellaneous withdrawals:
 05APR  DEPOSIT E-Branch                              5000.00
   Transfer "STD" 5,000.00 from share 0
 30APR  DIVIDEND through 30APR2011                       0.08
   ANNUAL PERCENTAGE YIELD EARNED:    0.10% FOR A 30 DAY PERIOD
   Average Daily Balance:             943.35
```

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 2016 | 5000.00 | 07APR | | | |

(* next to number indicates skipped numbers)

1 Withdrawals = 5000.00 2 Deposits = 5000.08 1 Drafts Cleared
Your new balance on 30APR11.................................$ 610.10

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7 $ 0.28

To report a lost or stolen Freedom (Visa Check) Card after Credit Union Business Hours, call 1-800-250-9655.

Your Financial Summary

Your total Draft balances...................................$ 610.10
Your total Share balances...................................$ 5,543.50

YTD Tax Summary

YEAR
Tota
(May

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO

FIRST TENNESSEE

**JEFFREY R FENTON**
**FAWN T FENTON**
**PRIORITY CHOICES CHECKING**
**Account Number: 0000000000102196610** **For the Period: 04/08/2011 - 05/06/2011**

| | |
|---|---|
| Beginning Balance | $3,005.73 |
| Deposits | + $20,079.18 |
| Withdrawals | - $6,178.71 |
| Ending Balance | = $16,906.20 |

**5 Deposits Totaling $20,079.18**

| Date | Amount | Description |
|---|---|---|
| 4/18/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $10,105.00 | DEPOSIT -Benchmark Realty Commission Fenton Jeff |
| 5/5/11 | $775.00 | DEPOSIT |
| 5/5/11 | $5,000.00 | DEPOSIT |

**81 Account Transactions Totaling $6,178.71**

**Checks**

| Date | Amount | Description |
|---|---|---|
| 4/12/11 | $320.00 | 000001904 |
| 4/14/11 | $85.00 | 000001893 |
| 4/18/11 | $100.00 | 000001895 |
| 4/19/11 | $149.14 | 000001905 |
| 4/19/11 | $131.50 | 000001894 |
| 4/21/11 | $159.01 | 000001906 |
| 5/2/11 | $480.00 | 000001907 |
| 5/3/11 | $85.00 | 000001908 |

**Other Withdrawals**

| Date | Amount | Description | Card # |
|---|---|---|---|
| 4/8/11 | $14.25 | WITHDRAWAL -BK OF AMER VI/MC ONLINE PMT CKF113652653POS | |
| 4/11/11 | $7.86 | PURCHASE - SONIC DRIVE IN FRANKLIN TN DATE 04/07REF 244273310977200396 | 9465 |
| 4/11/11 | $26.43 | WITHDRAWAL -ATT Payment 468900001EPAYR | 9465 |
| 4/11/11 | $44.95 | PURCHASE - WWW.1AND1.COM 877-4612631 PA DATE 04/06REF 244129010977000003 | |
| 4/11/11 | $83.01 | POS DB KROGER 9040 04/08 5713 EDMONDSON P NASHVILLE TN | 4556 |
| | | | 4556 |
| | | | 4556 |
| | | | 9465 |

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

| | | | |
|---|---|---|---|
| 4/12/11 | $13.50 | POS DB CVS 06434 9040 04/12<br>06434-- COOKEVILLLE TN | 4556 |
| 4/12/11 | $16.57 | POS DB WHOLE FOOD 9040 04/11<br>4039 HILLSBORO R NASHVILLE TN | 4556 |
| 4/12/11 | $24.24 | PURCHASE - KROGER #537<br>NASHVILLE TN<br>DATE 04/10REF 24445711003002573 | 9465 |
| 4/12/11 | $25.62 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/08REF 243160510995487120 | 4556 |
| 4/12/11 | $46.16 | PURCHASE - LOGANS #489<br>NASHVILLE TN<br>DATE 04/09REF 244450011003002573 | 9465 |
| 4/13/11 | $5.23 | PURCHASE - SCHLOTZSKY'S 1<br>NASHVILLE TN<br>DATE 04/11REF 242316811022000000 | 9465 |
| 4/13/11 | $14.17 | POS DB SOU MICHAE 9040 04/12<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 4/13/11 | $77.00 | WITHDRAWAL -1ST NATL BK OMAH<br>CR CRD PMT 3D0C5F5113EFCD | 4556 |
| 4/14/11 | $21.83 | POS DB PETSMART I 9040 04/13<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 4/14/11 | $22.82 | PURCHASE - LOGANS #489<br>NASHVILLE TN<br>DATE 04/11REF 244450011022000899 | 4556 |
| 4/14/11 | $85.00 | POS DB WALGREEN C 9040 04/13<br>WEST END & 31ST NASHVILLE TN | 4556 |
| 4/14/11 | $199.19 | POS DB WAL WAL-MA 9040 04/13<br>3717 WAL-SAMS NASHVILLE TN | 4556 |
| 4/15/11 | $6.54 | PURCHASE - SCHLOTZSKY'S 1<br>NASHVILLE TN<br>DATE 04/13REF 242316811042000000 | 9465 |
| 4/18/11 | $5.59 | POS DB USPS 47615 9040 04/18<br>USPS 4761580291 NASHVILLE TN | 4556 |
| 4/18/11 | $38.00 | WITHDRAWAL -COMPASSION INT'L<br>DONATIONS 1301489 | 4556 |
| 4/18/11 | $49.34 | POS DB KROGER 9040 04/15<br>5713 EDMONDSON P NASHVILLE TN | 4556 |
| 4/19/11 | $4.84 | PURCHASE - KROGER #537<br>NASHVILLE TN<br>DATE 04/17REF 244457111073002846 | 9465 |
| 4/19/11 | $10.90 | PURCHASE - LOWES #02725*<br>NASHVILLE TN<br>DATE 04/17REF 246921611070007404 | 9465 |
| 4/19/11 | $20.18 | PURCHASE - LOWES #02725*<br>NASHVILLE TN<br>DATE 04/17REF 246921611070007404 | 9465 |
| 4/19/11 | $26.70 | PURCHASE - CASA FIESTA ME<br>ANTIOCH TN<br>DATE 04/17REF 240133911070101093 | 9465 |
| 4/19/11 | $33.50 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/15REF 243160511065487170 | 4556 |
| 4/19/11 | $53.95 | PURCHASE - KROGER #537<br>NASHVILLE TN | 9465 |

| | | | |
|---|---|---|---|
| | | DATE 04/17REF 244457111073002846 | |
| 4/20/11 | $50.53 | POS DB  KROGER   9040 04/19 | 4556 |
| | | 5713 EDMONDSON P NASHVILLE    TN | |
| 4/21/11 | $19.12 | PURCHASE    - EVERGREEN EXPR | 4556 |
| | | NASHVILLE    TN | |
| | | DATE 04/19REF 242753911099000190 | |
| 4/21/11 | $22.82 | PURCHASE    - LOGANS #489 | 4556 |
| | | NASHVILLE    TN | |
| | | DATE 04/18REF 244450011092000937 | |
| 4/21/11 | $37.49 | PURCHASE    - BOOKSFREE.COM | 4556 |
| | | 703-748-2390 VA | |
| | | DATE 04/18REF 242236911097024772 | |
| 4/21/11 | $186.78 | WITHDRAWAL -Comcast - Nashvi | 4556 |
| | | CABLE SVC   40521808 | |
| 4/22/11 | $7.64 | PURCHASE    - BAJA FRESH 101 | 4556 |
| | | NASHVILLE    TN | |
| | | DATE 04/19REF 243230111105452420 | |
| 4/22/11 | $20.00 | PURCHASE    - ASPCA-PS | 4556 |
| | | 800-628-0028 MD | |
| | | DATE 04/19REF 243889411106703391 | |
| 4/22/11 | $45.93 | POS DB  PETSMART I 9040 04/21 | 4556 |
| | | 719 THOMPSON LN  NASHVILLE    TN | |
| 4/22/11 | $210.00 | CHECKING 170  100409362 | 4556 |
| 4/25/11 | $4.36 | POS DB  PETSMART I 9040 04/24 | 4556 |
| | | 719 THOMPSON LN  NASHVILLE    TN | |
| 4/25/11 | $16.38 | PURCHASE    - BAR-B-CUTIE | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/21REF 242107311122068873 | |
| 4/25/11 | $61.90 | POS DB  KROGER   9040 04/23 | 4556 |
| | | 5713 EDMONDSON P NASHVILLE    TN | |
| 4/25/11 | $106.48 | WITHDRAWAL -AT&T | 4556 |
| | | PAYMENT    545007448097TNK | |
| 4/25/11 | $161.15 | WITHDRAWAL -N E S | 4556 |
| | | NEAT    05542180263302 | |
| 4/26/11 | $13.09 | PURCHASE    - SCHLOTZSKY'S 1 | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/22REF 242316811132000000 | |
| 4/26/11 | $16.75 | PURCHASE    - TACOS Y MARISC | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/23REF 244310511142007910 | |
| 4/26/11 | $21.31 | PURCHASE    - KROGER #537 | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/24REF 244457111143002302 | |
| 4/26/11 | $22.58 | POS DB  WALGREEN C 9040 04/26 | 4556 |
| | | WEST END & 31ST  NASHVILLE    TN | |
| 4/27/11 | $13.96 | PURCHASE    - QDOBA #273 | 4556 |
| | | BRENTWOOD    TN | |
| | | DATE 04/25REF 244356511162063990 | |
| 4/27/11 | $22.89 | POS DB  PUBLIX SUP 9040 04/26 | 4556 |
| | | 15544 OLD HICKOR NASHVILLE    TN | |
| 4/27/11 | $23.92 | PURCHASE    - RAFFERTY'S #72 | 9465 |
| | | NASHVILLE    TN | |
| | | DATE 04/24REF 247619711152747210 | |
| 4/27/11 | $32.15 | POS DB  KROGER   9040 04/26 | 4556 |
| | | 5713 EDMONDSON P NASHVILLE    TN | |

| | | | |
|---|---|---|---|
| 4/27/11 | $95.32 | WITHDRAWAL -BANCORPSOUTH ICPAYMENT 000161000417291 | 4556 |
| 4/27/11 | $425.00 | WITHDRAWAL -SETTLEMENTONE ACH 041811 62745 | 4556 |
| 4/28/11 | $29.78 | PURCHASE - SHELL OIL 5752 NASHVILLE TN DATE 04/25REF 24316051116548631O | 4556 |
| 4/28/11 | $87.25 | NOPIN PMTPULSE 9040 04/27 ORCC RALEIGH NC | |
| 4/29/11 | $13.31 | POS DB WHOLE FOOD 9040 04/28 4039 HILLSBORO R NASHVILLE TN | 4556 |
| 5/2/11 | $5.95 | PURCHASE - EVERGREEN EXPR NASHVILLE TN DATE 04/28REF 242753911189000199 | 4556 |
| 5/3/11 | $2.69 | PURCHASE - SHELL OIL 5752 NASHVILLE TN DATE 04/29REF 24316051120548743O | 9465 |
| 5/3/11 | $13.96 | PURCHASE - QDOBA #273 BRENTWOOD TN DATE 05/01REF 244356511222063990 | 4556 |
| 5/3/11 | $15.48 | PURCHASE - SONIC DRIVE IN FRANKLIN TN DATE 04/29REF 244273311197200439 | 9465 |
| 5/3/11 | $20.40 | PURCHASE - CANTON CHINESE FRANKLIN TN DATE 04/30REF 240710511213301004 | 9465 |
| 5/3/11 | $54.53 | POS DB PETSMART I 9040 05/02 719 THOMPSON LN NASHVILLE TN | 4556 |
| 5/3/11 | $59.30 | PURCHASE - SHELL OIL 5752 NASHVILLE TN DATE 04/29REF 24316051120548744O | 9465 |
| 5/3/11 | $93.33 | WITHDRAWAL -MTN LAUREL ASSC INS PREM 12170434 ,Fawn | 9465 |
| 5/4/11 | $7.64 | PURCHASE - BAJA FRESH 101 NASHVILLE TN DATE 04/29REF 243230111225452520 | 4556 |
| 5/4/11 | $77.30 | POS DB KROGER 9040 05/03 2131 ABBOTT MART NASHVILLE TN | 4556 |
| 5/5/11 | $210.00 | CHECKING 170 100409362 | 4556 |
| 5/6/11 | $22.82 | PURCHASE - LOGANS #489 NASHVILLE TN DATE 05/03REF 244450011243001921 | 4556 |
| 5/6/11 | $29.41 | PURCHASE - SHELL OIL 5754 NASHVILLE TN DATE 05/03REF 24316051124548771O | 4556 |
| 5/6/11 | $57.88 | WITHDRAWAL -METRO WATER UT BILL 005611510147562 | 4556 |
| 5/6/11 | $72.34 | WITHDRAWAL -Benchmark Realty Agent Fee Fenton Jeff | 4556 |
| 5/6/11 | $1,149.37 | WITHDRAWAL -WF HOME MTG AUTO PAY 0373217686 | 4556 |

**First Banking Reserve Summary**

| | |
|---|---|
| Previous Reserve In Use | $0.00 |
| Periodic Interest Rate | 1.5 % |
| Payments on Reserve | $0.00 |

| | |
|---|---|
| Annual Percentage Rate | 18.0 % |
| Reserve Transactions | $0.00 |
| Approved Reserve | $1,000.00 |
| Finance Charge | $0.00 |
| Available Reserve | $1,000.00 |
| New Reserve In Use | $0.00 |
| Average Daily Reserve In Use Subject To FINANCE CHARGE | $0.00 |

## Daily Balance Account Summary

| Date | Balance | Reserve In Use |
|---|---|---|
| 04/07/11 | $3,005.73 | $0.00 |
| 04/08/11 | $2,991.48 | $0.00 |
| 04/11/11 | $2,829.23 | $0.00 |
| 04/12/11 | $2,351.74 | $0.00 |
| 04/13/11 | $2,255.34 | $0.00 |
| 04/14/11 | $1,841.50 | $0.00 |
| 04/15/11 | $1,834.96 | $0.00 |
| 04/18/11 | $3,741.62 | $0.00 |
| 04/19/11 | $3,310.91 | $0.00 |
| 04/20/11 | $3,260.38 | $0.00 |
| 04/21/11 | $2,835.16 | $0.00 |
| 04/22/11 | $2,551.59 | $0.00 |
| 04/25/11 | $2,201.32 | $0.00 |
| 04/26/11 | $2,127.59 | $0.00 |
| 04/27/11 | $1,514.35 | $0.00 |
| 04/28/11 | $1,397.32 | $0.00 |
| 04/29/11 | $1,384.01 | $0.00 |
| 05/02/11 | $13,102.65 | $0.00 |
| 05/03/11 | $12,757.96 | $0.00 |
| 05/04/11 | $12,673.02 | $0.00 |
| 05/05/11 | $18,238.02 | $0.00 |
| 05/06/11 | $16,906.20 | $0.00 |

INQUIRY INFORMATION
ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT
ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND FIRST CHECK TRANSACTIONS
SHOULD BE DIRECTED TO (615)748-8380.
TO REPORT A LOST/STOLEN FIRST CHECK CARD: CALL (615)748-8380 IMMEDIATELY
AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO
(615)734-6000.
YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, FIRST
CHECK TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK N.A. NASHVILLE
P.O. BOX 28100
NASHVILLE, TN 37202

INQUIRY INFORMATION
DIRECT INQUIRIES CONCERNING ERRORS FOR FIRST BANKING RESERVE TO:
FIRST TENNESSEE BANK
ATTENTION: FIRST BANKING SUPERVISOR
P. O. BOX 28100
NASHVILLE, TN. 37202

A MESSAGE FOR YOU
PROTECTING YOUR FINANCIAL INFORMATION IS VERY IMPORTANT TO US. OUR FRAUD
DETECTION SYSTEM USES STATE-OF-THE-ART TECHNOLOGIES TO MONITOR SUSPICIOUS
ACTIVITY AND PROTECT YOU 24 HOURS A DAY. IN ADDITION TO EVERYTHING WE DO
TO PROTECT YOUR ACCOUNTS, YOU SHOULD ALSO CAREFULLY REVIEW YOUR CHECKING
ACCOUNT STATEMENT EACH MONTH. REMEMBER, THE "LIABILITY FOR UNAUTHORIZED
TRANSACTIONS" PROVISION IN YOUR DEBIT CARDHOLDER AGREEMENT EXPLAINS HOW
TO LIMIT YOUR LIABILITY FOR UNAUTHORIZED TRANSACTIONS RESULTING FROM
FRAUDULENT USE OF YOUR DEBIT CARD. IF YOU'RE EVER CONCERNED THAT YOU
MIGHT BE A VICTIM OF FRAUD OR IDENTITY THEFT, CALL US. WE'RE AVAILABLE
24 HOURS A DAY AT THE CUSTOMER SERVICE NUMBER SHOWN ABOVE.

## Check Images

Your image cannot be displayed at this time. Please allow 24 hours for your request to be processed, and log back in to see your statement.

CK: 1904 REF: 92140424 DT: 4/12/11 AMT: $320.00

CK: 000001906 REF: null DT: 4/16/12 AMT: $159.01

CK: 1893 REF: 34330854 DT: 4/14/11 AMT: $85.00

CK: 1895 REF: 29599248 DT: 4/18/11 AMT: $100.00

CK: 1905 REF: 93587543 DT: 4/19/11 AMT: $149.14

CK: 1894 REF: 92856740 DT: 4/19/11 AMT: $131.50

CK: 1907 REF: 92052170 DT: 5/2/11 AMT: $480.00

CK: 1908 REF: 92321004 DT: 5/3/11 AMT: $85.00

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

## Tennessee Law Course
## Property Law

I. Concurrent Ownership in Tennessee

Tennessee law recognizes three (3) forms of concurrent ownership: tenancy by the entirety; joint tenancy with right of survivorship; and tenancy in common. As discussed below, although common law joint tenancy has been abolished in Tennessee, a joint tenancy may still be created as a matter of contract.

A. Tenancy by Entirety

1. While the tenancy in common and joint tenancy with right of survivorship are available in most jurisdictions, tenancy by entirety is recognized in about half of the states. See Joseph William Singer, Property (Aspen Student Treatise Series, 5th Edition), page 360.

2. Ownership as Tenancy by Entirety is only available to married couples. Under Tennessee law, a married couple can own property (both real and personal property) as tenants by the entirety. *See Bryant v. Bryant*, 522 S.W.3d 392, 400 (Tenn. 2017) (citing *Griffin v. Prince*, 632 S.W.2d 532, 534-35 (Tenn. 1982); Tenn. Code Ann. §§ 36-3-505, 31-1-108).

3. A conveyance (in which the 5 unities exist – interest, title, time, possession, and person) to a married couple results in tenancy by the entireties, unless the instrument expressly states that the married couple take ownership by a different form. See *Bryant v. Bryant*, 522 S.W.3d 392, 400 (Tenn. 2017)

4. Characteristics of the Tenancy by Entirety

a) Tenancy by the entirety is based on the concept that those who are married are not separate persons; rather, they "are but one person." *Tindell v. Tindell*, 37 S.W. 1105, 1106 (Tenn. Ct. App. 1896) (quoting *Den v. Hardenbergh*, 10 N.J.L. 42, 45 (1828)); *see Taul v. Campbell*, 15 Tenn. (7 Yer.) 319, 333, 15 Tenn. 318 (1835) (noting that a husband and wife "take but one estate, as a corporation would take, being by the common law deemed but one person").

b) Co-tenants in a tenancy by the entirety do not hold their interest by moieties (by parts), they hold by the entirety: "Each is not seised of an undivided moiety, but both are . . . seised of the whole. They are seised, not *per my et per tout* [by the half and by the whole], but solely and simply *per tout* [by the whole]." *Tindell*, 37 S.W. at 1106 (quoting *Den*, 10 N.J.L. at 45).

c) Accordingly, "When property is held in a tenancy by the entirety, upon the death of one spouse, the survivor continues to own the whole in fee simple," *Bryant* at 400, and the laws of descent and distribution do not apply. *Grahl v. Davis*, 971 S.W.2d 373, 378 (Tenn. 1998) (citing *Sloan v. Jones*, 192 Tenn. 400, 241 S.W.2d 506, 509 (Tenn. 1951)).

d) Because spouses in a tenancy by the entirety are treated as one person, when the property is real estate, a spouse in such a tenancy cannot sever it

unilaterally by transferring a portion of the property without the assent of the other spouse – doing so would destroy the other spouse's ownership interest in the whole. See Bryant 522 S.W.3d 392, 401 (citing *Tindell*, 37 S.W. at 1106). *But see* In re Estate of Fletcher 538 S.W.3d 444 (Tenn. 2017), which held that when funds are withdrawn from a bank account held by a married couple as tenants by the entirety, such funds cease to be entireties property.

e) This means that a deed of trust/mortgage signed by one spouse only does not create an encumbrance on the real property except as to the signer's right of survivorship. A judgment lien does not become a lien on the real property (even when recorded as required under Tennessee law). Under Tennessee law, however, a creditor of one spouse may get a lien on the survivorship interest of such debtor -spouse. See *In re Walls*, 45 Bankr. 145 (Bankr. E.D. Tenn. 1984).

TNJudicial.org/.../rf118.pdf Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation DOC: 118 | Page 51 of 104

RECEIVED BY Judge Chambers Date 8-29-19

**R.v3 (381-383)**

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE AT FRANKLIN**

2019 AUG 29 PM 2:34

FILED FOR ENTRY 8-29-19

| | | |
|---|---|---|
| **FAWN TIFFANY FENTON,** Plaintiff/Wife, | ) | |
| **vs.** | ) | **No. 48419B** |
| **JEFFREY RYAN FENTON,** Defendant/Husband. | ) | |

**ORDER FROM AUGUST 29, 2019 HEARING**

**EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING, RESETTING MOTION FOR VIOLATION OF ORDER OF PROTECTION, WAIVING MEDIATION AND SETTING FINAL HEARING, ORDER TO VACATE AND ORDER ALLOWING WIFE TO SIGN ALL NECESSARY CONTRACTS TO COMPLETE THE SALE OF THE MARITAL HOME AND CLOSING**

This matter came on to be heard on the 29th day of August, 2019 before the Honorable Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County, Tennessee, upon Wife's Motion for Violation of Ex Parte Order of Protection and for Date Certain for Walk Through of House and Motion for Scheduling Order. It appearing to the Court based upon arguments of counsel, statements of Husband representing himself Pro Se, and the record as a whole that the following shall be the Order of this Court.

**FYI... my opposing counsel (Virginia Story) WROTE this "Order". This does NOT match "the record as a whole". Please compare the 8/1 & 8/29 Transcripts!**

It is therefore **ORDERED, ADJUDGED and DECREED** that the Husband was again advised of the risks of proceeding Pro Se and that he is required to comply with the rules just as an attorney is required. Husband acknowledged that he understood and wishes to proceed Pro Se.

**No Choice! Court Deprived Husband of ALL HIS Assets & Income! Deemed "uncollectible" once house was gone!**

The Motion for Violation of the Order of Protection will be continued pending further Orders of the Court as Husband had filed a very lengthy response on the morning of the hearing being August 29, 2019. The Motion for Violation of the Order of Protection will be reset with the Final Hearing in this cause set for October 21, 2019 at 9:00 a.m. The Motion for Scheduling Order and to Waive Mediation in this cause is appropriate and the same is granted.

**The "OP" meant NOTHING but LEVERAGE! ALL they wanted was MY HOUSE and ME OUT of it!**

**The alleged "Order of Protection" was just used (and still is) for EXTORTION, to BIND and SILENCE me!**

**I understood the term "the Final Hearing in this cause" to be referring to the issues WE had DISCUSSED to date, the results of our Auction & "OP".**

**AT NO TIME did I understand this to involve the END of our DIVORCE, as we hadn't even BEGUN DISCOVERY yet,** which I spent over an hour on the phone with my last counsel to learn how to navigate myself. (Call is recorded as proof!) **PLUS** Attorney Story had granted my Counsel an **EXTENTION** (which I have evidence of) on filing the **"Divorce Answer and Counter Complaint",** so that she could focus on her primary agenda, **which was TAKING MY HOUSE!**

FRBP Violated: #3:19-bk-02693 TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B) JRF.118.1051.00

**SO much HORRIBLE FAITH**, dishonesty, deceit, bullying, legal trickery, discrimination, bias, all GAMES with NO regard for JUSTICE, that ALL PLEADINGS must do SUBSTANTIAL JUSTICE, with NO RESPECT for ANY RULE OF LAW or my LIFE!

The Ex Parte Order of Protection shall remain in full force pending further hearing in this cause set for October 21, 2019 at 9:00 a.m. The form "Order Extending Ex Parte/Temporary Order of Protection" shall be executed and forwarded to the appropriate authorities.

Husband signed the listing agreement for the martial home with the Auctioneer,
FORCED TO SIGN BY JUDGE BINKLEY, UNDER THE THREAT OF INCARCERATION, without even READING IT!
Mr. Tommy Anderson, on August 29, 2019. Wife shall be allowed to sign any further contracts
Afterwards I NOTIFIED everyone, that I was FORCED to SIGN under DURESS. I Canceled the Listing: NULL & VOID!
to effectuate the sale and closings of the property located at 1986 Sunnyside Drive, Franklin, TN
YET Mr. Tommy Anderson said he was AUCTIONING MY HOME regardless! To do whatever I want! Unethical and illegal!
37069. Husband shall vacate the martial home on or before September 3, 2019 at 12:00 noon. The
JUST FIVE-DAYS NOTICE!
Williamson County Sheriff's Office shall have a deputy on standby to ensure that Mr. Fenton is
Actually 4-DEPUTIES with their hands on their GUNS, like I was a dangerous FELON! (NEVER arrested in my LIFE!)
vacated and that he only takes with him his personal clothing, his jewelry and effects such as his toiletries and medication. Mr. Fenton shall not remove any further furnishings or personal property. Husband is admonished that he is under a Restraining Order pursuant to the Statutory Injunction entered upon the filing of the Complaint for Divorce as of June 4, 2019. Mr. Fenton filed a Notice with the Court to allow him to file pleadings Pro Se and in the pleadings filed with
This is FALSIFYING COURT RECORDS, a FELONY in TN! I EMAILED Attorney Story the TRUTH the Night Before!
the Court he acknowledged that he had sold a TV gifted to his Wife from her brother for $1,000
To CORRECT her "misunderstanding", in hopes of avoiding MORE theatrical FRAUD UPON THE COURT, to DISRUPT!
and that he had sold a commercial dehumidifier which was at the marital residence for $2,500.
SHE smiled at me, LIED ANYWAY, to enrage the Judge, then WROTE THE FRAUD directly into the COURT RECORDS!
These amounts will be accounted for at the Final Hearing and any other property sold will also be
The next day, I saw the Court Order, I called the Court to try to correct. Emailed Ms. Story, then she LIED to me AGAIN!
addressed at the Final Hearing. No further property will be removed by Mr. Fenton and he shall
FRAUD UPON THE COURT BY OFFICER(S) OF THE COURT - Binkley signed the INCORRECT/FALSIFIED Order!
tag all items that he would like the Court to consider to be awarded to him. Any items that he does
PURELY to FURTHER ABUSE me, "under color of law". That's when I lost ALL Respect for Ms. Story and her CRIMES!
not wish to retain shall be sold at auction or Wife may retain. Pursuant to the Court Order, Wife
ACTUALLY, according to the 8/1 Court Order,
has tagged the items that she would request to be awarded when she conducted the walk through
This was supposed to be completed by 8/11/2019, but WASN'T until 8/23/2019. Costing me a loss of thousands of dollars!
pursuant to the Court Order from the August 1, 2019. (Order entered by Court on August 14,
Because the Court had evicted my TENANTS, I had no money to MOVE, so the Court allowed me to SELL what was MINE.
2019.) The auction will take place pursuant to said Order of August 14, 2019 which is to be 45
But my Counsel strongly urged that I NOT SELL ANYTHING until AFTER the "10-Day Walk-through." Since it was done
days from August 1, 2019 with all proceeds to be deposited into the Clerk's office.
So LATE, I had no TIME to SELL anything that was MINE, to fund my MOVE. When I returned, much had been STOLEN!
"Court Orders" (and LAWS in general) were only WEAPONS they used against ME. Ms. Story showed NO CARE for either.

All other matters are reserved pending further Orders of this Court.

**ENTERED** on this 29th day of August 2019.

**MICHAEL W. BINKLEY, JUDGE**

Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**APPROVED FOR ENTRY:**

**VIRGINIA LEE STORY; BPR #11700**
Attorney for Plaintiff/Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this 29th day of August, 2019.

**VIRGINIA LEE STORY**

**CLERK'S CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at their respective addresses, on this 29 day of August, 2019.

**CLERK**

FRAUD UPON
THE COURT
(BY OFFICERS OF THE COURT)

All other matters are reserved pending further Orders of this Court.

ENTERED on this 29th day of August 2019.

MICHAEL W. BINKLEY, JUDGE

Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

APPROVED FOR ENTRY:

VIRGINIA LEE STORY; BPR #11700
Attorney for Plaintiff/Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this 29th day of August, 2019.

VIRGINIA LEE STORY

CLERK'S CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at their respective addresses, on this 29 day of August, 2019.

CLERK

BK: 7790 PG: 956-958
19045383
3 PGS:AL-ORDER
625604
10/30/2019 - 09:50 AM

| | |
|---|---|
| BATCH | 625604 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

STATE OF TENNESSEE, WILLIAMSON COUNTY
SHERRY ANDERSON
REGISTER OF DEEDS

THE CHANCERY COURT SEAL WILLIAMSON CO. TN

# LOCAL RULES OF PRACTICE
## TWENTY-FIRST JUDICIAL DISTRICT
## HICKMAN, LEWIS, PERRY AND WILLIAMSON COUNTIES

## RULES OF THE CIRCUIT AND CHANCERY COURTS FOR THE TWENTY-FIRST JUDICIAL DISTRICT

**Adopted Effective September 1, 2004**
**As Amended Through September 1, 2017**
**And Further Amended March 1, 2019**

## INTRODUCTION

**JUDGES.** The 21st Judicial District embraces Hickman, Lewis, Perry, and Williamson Counties. All Judges of the 21st Judicial District have full civil and criminal jurisdiction therein and are assigned areas of responsibility by the Presiding Judge.

**CLERKS.** Each county within the District has a Circuit Court Clerk and a Clerk and Master with powers and duties prescribed by statute for such offices generally. The Clerk and Master is also clerk of the Probate Division of the Chancery Court.

**PRO SE Parties are NOT Allowed to Participate in this "Proposed Order" / "Agreed Order" / "Alternate Proposed Order" Process**, in the **21st Judicial District in Tennessee** (though allowed in other Tennessee Judicial Districts). Which means that your highly skilled opposing counsel, who already has a tremendous advantage over most Pro Se litigants, **literally gets to WRITE THE COURT ORDERS AGAINST YOU!** **(With little IF any Accountability or Supervision!)** This is DISCRIMINATION against PRO SE and financially disadvantaged people as a matter of **COURT POLICY!** By the Court's own "LOCAL RULES OF PRACTICE"! **This is completely inappropriate, fosters misconduct, and must be changed for the Court to ever claim to honestly be impartial!**

**Rule 11. Orders and Judgments**

**Section 11.01 Preparation and Submission**

Unless the court directs otherwise, attorneys for prevailing parties will prepare proposed orders for entry by the court and shall file such proposed orders not more than seven (7) days following the day on which the ruling is made by the court. If the proposed order submitted reflects that it has been approved for entry by counsel for all parties, then the court will take action promptly to enter such proposed order, or, at the court's discretion, enter the court's own order with respect to the ruling. If the proposed order does not reflect that it has been approved for entry by counsel for all parties, then the court will take no action to enter such proposed order for seven (7) days after receipt of the proposed order to afford counsel for the opposing party to submit an alternative proposed order. If the opposing party submits an alternative proposed order, the court shall undertake promptly to enter either the original proposed order, the alternative proposed order, or the court's own order with respect to the ruling. All of the time periods in this section may, for good cause, be extended by the court.

A party's approval for entry of a proposed order, which does not by its express terms state that it is an agreed order, shall not be construed as anything other than the party's agreement that the proposed order accurately reflects the court's ruling on the particular matter and shall not be construed to imply that party's agreement with or consent to the ruling set out in the proposed order.

[Adopted Effective September 1, 2004; Amended Effective September 1, 2010; Further Amended December 1, 2014].



www.hndrealty.com

Tommy Anderson
Broker & Auctioneer
TN Lic. #254363
Office: (615) 297-7711
Cell: (615) 969-5819
Fax: (615) 297-7184
Email: tom@tommyanderson.us

# EXCLUSIVE AUCTION LISTING

421 East Iris Drive, Suite 300
Nashville, TN 37204
Firm Lic.# 255602
TN FL #6200

The condition: "For so long as Mortgages are covered." was **NOT** on this CONTRACT when I signed it. (You can SEE that it is NOT on my Ex-wife's Contract.)
**It was ILLEGALLY added to the contract AFTER I SIGNED IT.**

I, we, Owners/Sellers, hereby authorize and give HND AUCTIONS LLC the exclusive right to sell the REAL property known as HOME AND LOT: 1986 SUNNYSIDE DR. BRENTWOOD, TN. 37027 SUNNYSIDE ESTATES, SECTION 3 WILLIAMSON COUNTY, TN.

There was no DIVORCE DECREE yet. We hadn't even begun DISCOVERY.
The Court NEVER heard my side of ANYTHING, or talked about our Divorce!

AS PER DIVORCE DECREE # 48419B

WITHIN SEPTEMBER 2019

**THIS PROPERTY IS TO BE SOLD AT ABSOLUTE AUCTION WITH NO BID TO BE REJECTED.** Seller agrees not to inflate the bid or initiate or allow initiation of any situation damaging or impeding the normal progression of bidding before or during the auction.

I, we, authorize HND AUCTIONS LLC to accept deposit on purchase price and to execute a binding contract of sale for owner(s) seller(s). It is further agreed that when property is sold, seller will furnish acceptable title insurance, deed and closing statement on all Real Estate. COURT AUCTION WITHOUT RESERVE For so long as mortgages are covered.

The property to be sold on the following terms: ALL CASH TO SELLER, TO BE APPROVED BY COURT. BANK FINANCING TO PUBLIC IF ARRANGED WITH F&M BANK BILLY WINFREE, 10% DOWN AT AUCTION, CLOSE WITHIN 30 DAYS OF SALE

I, we, will pay HND AUCTIONS LLC a commission of SEE BELOW of total selling price on Real Estate NA plus $3500.00 for sale expense. The term "sale expense" as herein defined, shall mean: the largest portion of monies allocated herein shall be for advertising said property for sale; however, seller agrees that a portion of the sales expense may be used for other expenses directly related to the auction as deemed necessary by the Auction Company. Seller further agrees to pay the full amount of sale expense as set out above. The sale expense is still due, after advertising schedule is started, if the sale is canceled for any reason or fails to close. If seller fails to pay sale expense for 30 days from billing, seller agrees for Auction Company to place a recorded lien on the property which will show on the title until paid. The lien will bear bank rate of interest at time of recording.

HND AUCTIONS LLC will be held harmless, by the seller, for actions of companies or persons it must deal with in its normal manner of advertising, preparation and conducting the sale.

This is an exclusive right to sell. In case of sale by owner, agent, or any other party before auction advertising has begun, said Company will receive full cash commission on the whole purchase price of said property. After auction advertising has begun, the property will sell by auction method only.

Seller will be responsible for furnishing HND AUCTIONS LLC with accurate information pertaining to the sale of real property prior to advertising in order that a true and accurate presentation shall be made to the public at time of sale.

On real property auctions, Seller agrees to pay, in addition to the other sale expense, tent, set up, and survey costs if HND AUCTIONS LLC determine they are necessary for a successful sale.

Seller will furnish prior to advertising, all information which could effect the transfer of sale of this property such as information regarding all mortgages, easements, restrictions, leases, rents, separate agreements or other encumbrance.

If at any time, the Auction Co., through its brokers or legal counsel, determines that an auction sale of the above listed property is not in the best interest of any party to this agreement, this listing can be voided by the Auction Co. with no recourse from the owner/seller.

**COMMENTS:** A 6% BUYERS PREMIUM PAID, ADDED TO FINAL BID TO ARRIVE AT CONTRACT PRICE - DIVIDED EQUALLY 3%-3% WITH McARTHUR-SANDERS REALTY, PAT MARLIN, REALTOR / AUCTIONEER

Seller understands that there are no guarantees or warranties by HND AUCTIONS LLC to this agreement, either expressed or implied, other than those set out herein. Seller has read and received a copy of this agreement.

(X) ______ Seller's initial DATE: ______

**SELLER(S) NAME(S) PRINT :** FAWN T. FENTON / JEFFRY R. FENTON

Atty Virginia Story Attys: Charles Duke - Mitchell Miller

**SELLERS AUTHORIZATION** (X) ______ **SELLERS AUTHORIZATION** (X) [signature]

**MAILING ADDRESS** ______ **MAILING ADDRESS** ______

**I WAS COERCED INTO SIGNING THIS CONTRACT IN COURT ON 8/29/2019, UNDER PROTEST, AT THE THREAT OF INCARCERATION!** Without even having READ the CONTRACT! (Which I don't believe is LEGAL anywhere in the Country!) I emailed the Court, Ms. Beeler, Ms. Story, both Auctioneers, etc... afterwards and told them that **I had been forced to sign this contract under extreme duress, without even reading it!** Hence **my signature was/is NULL AND VOID! Further emphasizing that this "Listing Agreement" is canceled, withdrawn, terminated, immediately!**

I explained that I know "LISTING AGREEMENTS" are NOT binding upon a PROPERTY OWNER (except possibly for the broker's fees or losses to date), until there is a fully executed "PURCHASE AND SALE AGREEMENT", which has been acknowledged as received by all parties. Tommy Anderson told me to contact or do whatever I want. That the Auction would take place as planned, regardless. (Nobody cared that it was basically **FORGED** - they used it anyways!)

My Ex-wife was authorized to sign the CLOSING DOCUMENTS, but NOT the LISTING AGREEMENT! While TN Law says that the COURT CLERK should sign it rather than COERCING an unwilling party. I believe that triggers a "Redemption Period", they were coercing me to avoid. After reading the fraudulent Court Order written by Attorney Virginia Lee Story, she "colored" it as if I had VOLUNTARILY chosen to DISCARD my HOME and RELOCATE to MICHIGAN! **FALSE!**



www.hndrealty.com

**Tommy Anderson**
**Broker & Auctioneer**
**TN Lic. #254363**
Office: (615) 297-7711
Cell: (615) 969-5819
Fax: (615) 297-7184
Email: tom@tommyanderson.us

# EXCLUSIVE AUCTION LISTING

421 East Iris Drive, Suite 300
Nashville, TN 37204
Firm Lic.# 255602
**TN FL #6200**

I, we, Owners/Sellers, hereby authorize and give HND AUCTIONS LLC the exclusive right to sell the REAL property known as HOME AND LOT: 1986 SUNNYSIDE DR. BRENTWOOD, TN. 37027 SUNNYSIDE ESTATES, SECTION 3 WILLIAMSON COUNTY, TN.

AS PER DIVORCE DECREE # 48419B

WITHIN SEPTEMBER 2019

**THIS PROPERTY IS TO BE SOLD AT ABSOLUTE AUCTION WITH NO BID TO BE REJECTED.** Seller agrees not to inflate the bid or initiate or allow initiation of any situation damaging or impeding the normal progression of bidding before or during the auction.

I, we, authorize HND AUCTIONS LLC to accept deposit on purchase price and to execute a binding contract of sale for owner(s) seller(s). It is further agreed that when property is sold, seller will furnish acceptable title insurance, deed and closing statement on all Real Estate. COURT AUCTION WITHOUT RESERVE

The property to be sold on the following terms: ALL CASH TO SELLER, TO BE APPROVED BY COURT. BANK FINANCING TO PUBLIC IF ARRANGED WITH F&M BANK BILLY WINFREE, 10% DOWN AT AUCTION, CLOSE WITHIN 30 DAYS OF SALE

I, we, will pay HND AUCTIONS LLC a commission of SEE BELOW of total selling price on Real Estate NA plus $3500.00 for sale expense. The term "sale expense" as herein defined, shall mean: the largest portion of monies allocated herein shall be for advertising said property for sale; however, seller agrees that a portion of the sales expense may be used for other expenses directly related to the auction as deemed necessary by the Auction Company. Seller further agrees to pay the full amount of sale expense as set out above. The sale expense is still due, after advertising schedule is started, if the sale is canceled for any reason or fails to close. If seller fails to pay sale expense for 30 days from billing, seller agrees for Auction Company to place a recorded lien on the property which will show on the title until paid. The lien will bear bank rate of interest at time of recording.

HND AUCTIONS LLC will be held harmless, by the seller, for actions of companies or persons it must deal with in its normal manner of advertising, preparation and conducting the sale.

This is an exclusive right to sell. In case of sale by owner, agent, or any other party before auction advertising has begun, said Company will receive full cash commission on the whole purchase price of said property. After auction advertising has begun, the property will sell by auction method only.

Seller will be responsible for furnishing HND AUCTIONS LLC with accurate information pertaining to the sale of real property prior to advertising in order that a true and accurate presentation shall be made to the public at time of sale.

On real property auctions, Seller agrees to pay, in addition to the other sale expense, tent, set up, and survey costs if HND AUCTIONS LLC determine they are necessary for a successful sale.

Seller will furnish prior to advertising, all information which could effect the transfer of sale of this property such as information regarding all mortgages, easements, restrictions, leases, rents, separate agreements or other encumbrance.

If at any time, the Auction Co., through its brokers or legal counsel, determines that an auction sale of the above listed property is not in the best interest of any party to this agreement, this listing can be voided by the Auction Co. with no recourse from the owner/seller.

**COMMENTS:** A 6% BUYERS PREMIUM PAID, ADDED TO FINAL BID TO ARRIVE AT CONTRACT PRICE - DIVIDED EQUALLY 3%-3% WITH McARTHUR-SANDERS REALTY, PAT MARLIN, REALTOR / AUCTIONEER

Seller understands that there are no guarantees or warranties by HND AUCTIONS LLC to this agreement, either expressed or implied, other than those set out herein. Seller has read and received a copy of this agreement.

Ⓧ [initials] Seller's initial DATE: ______

**SELLER(S) NAME(S) PRINT :** FAWN T. FENTON / JEFFRY R. FENTON

Atty Virginia Story Attys: Charles Duke - Mitchell Miller

| | |
|---|---|
| **SELLERS AUTHORIZATION** Ⓧ [signature] | **SELLERS AUTHORIZATION** Ⓧ |
| **MAILING ADDRESS** [redacted] | **MAILING ADDRESS** |
| **CITY, ST, ZIP** BRENTWOOD TN 37027 | **CITY, ST, ZIP** |
| **PHONE:** (615) [redacted] | **PHONE:** |
| **SELLERS AUTHORIZATION** | **SELLERS AUTHORIZATION** |
| **MAILING ADDRESS** | **MAILING ADDRESS** |
| **CITY, ST, ZIP** | **CITY, ST, ZIP** |
| **PHONE:** | **PHONE:** |

**Jeff Fenton**

---

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, September 23, 2019 3:11 AM |
| **To:** | elaine.beeler@tncourts.gov; lisa.marsh@tncourts.gov |
| **Cc:** | Virginia Story; Heidi Macy; Kathryn Yarbrough |
| **Subject:** | FW: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!! |
| **Importance:** | High |

## Ms. Beeler,

**Please forward this email to Chancellor Binkley.** If he doesn't have email, then please print this out and deliver it to him. I'm not sure how your communications work at the court house, but I read somewhere in the code about directly communicating with Judges, even in an ex parte capacity when needed.

However, since Ms. Story is copied on this email, this should not be considered an ex parte communication.

I'd simply prefer that Chancellor Binkley have an opportunity to read my words as written by me, before Ms. Story has a chance to twist them into an even more horribly offensive lie again.

Thank you very much mam!

**Jeff Fenton**
**Docket: #48419B**

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Saturday, September 21, 2019 6:10 AM
**To:** Jeff Fenton
**Cc:** Pat Marlin <pmarlin@mcarthursanders.com>; lisa.marsh@tncourts.gov; elaine.beeler@tncourts.gov; Virginia Story <virginia@tnlaw.org>
**Subject:** Re: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!

Jeff,
The Absolute Auction is next Saturday September 28th at 10am. Feel free to contact anyone you wish. Our name & reputation in Nashville and all of Williamson County is stellar.

Sincerely,
Tommy Anderson, Broker

**From:** Jeff Fenton
**Sent:** Saturday, September 21, 2019 3:33 AM
**To:** Tommy Anderson <tom@tommyanderson.us>; pmarlin@mcarthursanders.com
**Cc:** lisa.marsh@tncourts.gov; elaine.beeler@tncourts.gov
**Subject:** SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!
**Importance:** High

## Mr. Anderson and Mr. Marlin,

So what price range do you realistically estimate that our house would sell through at? And what range would that make our net sales price?

I'm sure that Bancorp South is interested in the idea, because they will most likely get wiped-out in a foreclosure, being in second place. BUT my main concern is how much money **exwife** and I can expect (if any) to put into OUR pockets, after it is all done and said?

---

So yes, I understand how this will benefit BCS, and how it will benefit **exwife** by not being sued later by BCS, **but no one has yet given me a clue how this auction, rendering me homeless, and throwing away a few HUNDRED GRAND of MY net worth,** toward my quality of life now, as well as my retirement, along with nearly a decade of hard work, and my entire ROTH IRA retirement savings accounts, which were liquidated for the down payment on Sunnyside, will in ANY way benefit ME?

---

Without me having at least some realistic projections (that I believe are plausible), which are somewhat satisfactory to me, at least meeting the bottom-end of my basic needs, I will NEVER sign a sales contract. At the same time, let me NOTIFY you herein, that your LISTING AGREEMENT which I signed in court under extreme duress, was coerced illegally, without me EVER HAVING EVEN READ THE DOCUMENT, STILL TO THIS DAY, nor with the court allowing me the opportunity and time to do so, then and there upon demand. (I NEVER read it, because I NEVER planned to sign it, and I didn't believe that ANYONE had the authority to DEMAND that I SIGN MY NAME to something which I DO NOT AGREE WITH or CONSCENT TO! Which is the entire purpose behind SIGNING any DOCUMENT!) IF the court has the authority and the desire to FORCE the sale of MY HOME, regardless of my wishes, then let the JUDGE sign the Listing Agreement HIMSELF, or to order that MY HOME be sold without my signature, leaving me out of the transaction all together! No disrespect intended to the court or the Judge, but I never expected for a Judge to coerce and yell at me to commit an illegal act, in a court room, under the threat of incarceration, ENTIRELY based upon the OUTRAGEOUS LIES of Ms. Story, which for some reason Chancellor Binkley chose to believe without question. Ms. Story could have just as well been sitting at the bench, while cracking a whip at me!

Consequentially, your LISTING AGREEMENT with my coerced signature under extreme duress, without even having been allowed time to read your document, you are HEREIN NOTIFIED is now and forever declared NULL/VOID/CANCELLED and NEVER legally existed in the FIRST PLACE! Should you choose to move forward with this listing and auction anyways without my express permission AFTER the date of this email, coming directly from me, (by NEGOTIATION NOT FORCE), then I will be forced to pursue every legal remedy available to me, against your company, both collectively and individually, including complaints to the Real Estate Commission, and other agencies focused on professional accountability and consumer protections, along with the traditional court systems.

---

Anyhow, I expressly REVOKE my signature on that listing agreement, and declare it canceled, never legally executed, null and void, as I am now clearly notifying you.

While despite what lies which Ms. Story will probably tell you, the court order DOES NOT give exwife the AUTHORITY to sign the LISTING AGREEMENT for me (hence the Judge yelling at me and threatening me to sign it). The court ONLY gave exwife permission to sign any subsequent documents for closing, without me. (Because "logistically it could be difficult with me in Michigan" she declared in court, while that is done in title companies EVERY DAY, across the Country! (She just wanted CONTROL over the process after I signed the listing agreement, not expecting for me to stand-up for my rights, and challenge both HER and the Judge's actions during that portion of our hearing.)

Hence as explained, my signature was coerced illegally (EVEN IF BY A TRIAL COURT JUDGE), and will NOT stand-up to both documented and recorded scrutiny, in the eyes of the Tennessee Real Estate Commission, nor in the eyes of any Appellate Court, whether on a State or Federal level, which is where this is going next, should it be sold despite my expressed demands that it NOT BE!

I wish you both the BEST in your professional futures!

Sincerely,

Jeff Fenton
1986 Sunnyside Drive
Brentwood, TN 37027

---

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Friday, September 20, 2019 11:18:24 PM
**To:** Jeff Fenton
**Subject:** Re: 11x17 (Ledger) & MARGIN.pdf

It all works well Jeff. My family has been having successful Real Estate Auctions for over 65 years. My dad is Clive Anderson, retired Auction license #1 in the State. Yes it will be on MLS and it is listed nationwide on Proxibid. I have filing cabinets full of closing statements for satisfied customers. We obtain near 90% of Zillow value and that of reasonable list price. I have talked to Bancorp South attorney already. It will sell well.

Sincerely,

Tommy Anderson, Broker/Realtor/Auctioneer
HNDAUCTIONS.COM

# ABSOLUTE AUCTION

## SATURDAY, SEPTEMBER 28 at 10:00 AM CST

1986 Sunny Side Drive, Brentwood, TN 37027

## Fine brick home at Sunny Side Estates in Brentwood.

**4 Bedrooms • 2 ½ Bathrooms • 1.48 Acre Grassland Lot**

Nice Fenced Back Yard with Outdoor Deck. 9 Foot Ceilings and Spacious Rooms. Ceiling Fans. Wood Burning Fireplace. Modern Kitchen. New HVAC and Basement Moisture Barrier. And much more!

**For more information, visit:**
**www.hndauctions.com**

**To place bids online, visit:**
**www.proxibid.com/HNDrealty**

HND Auctions, LLC
FL #6200

"Whether buying or selling, our dedication and expertise in real estate auctions works for you."

# ABSOLUTE AUCTION

## LOCATION & DIRECTIONS

## 1986 Sunny Side Drive, Brentwood, TN 37027

**From Nashville, take Hillsboro Road/US 431 South.
Then, turn left on Sunny Side Drive.
Home is on the right.**

## AUCTION TEAM

**TOMMY ANDERSON**
BROKER & AUCTIONEER
HND Auctions, LLC

Office: (615) 297-7711
Cell: (615) 969-5819
tom@tommyanderson.us

**PAT MARLIN**
BROKER & AUCTIONEER
McArthur Sanders Real Estate

Office: (615) 370-4663
pmarlin@mcarthursanders.com

© 2019 HND Auctions, LLC. All Rights Reserved.
Print Design by Joseph Summerlin.

# ABSOLUTE AUCTION

## 4 Bedrooms • 2 ½ Bathrooms • 1.48 Acre Grassland Lot

**Nice Fenced Back Yard with Outdoor Deck. 9 Foot Ceilings and Spacious Rooms. Ceiling Fans. Wood Burning Fireplace. Modern Kitchen. New HVAC and Basement Moisture Barrier. And much more!**

**Some personal property included immediately following auction.**

## DETAILS & DIMENSIONS

- **Formal Living Room:** 13 x 15
- **Eat-In Kitchen:** 12 x 15
- **Formal Dining Room:** 12 x 13
- **Bonus Room Over Garage with Washer & Dryer Hookup:** 23 x 25
- **Den with Fireplace:** 13 x 19
- **Bedroom 1 with Full Bath:** 13 X 15
- **Bedroom 2:** 11 x 12
- **Bedroom 3:** 13 x 13
- **Bedroom 4:** 11 x 12

HND Auctions, LLC
FL #6200

# SATURDAY, SEPTEMBER 28 at 10:00 AM CST

## 1986 Sunny Side Drive, Brentwood, TN 37027

### TERMS & CONDITIONS

Cash. Ten percent (10%) down at auction as earnest money. Please make all financial arrangements prior to auction and bring checkbook. Closing within thirty (30) days with Banker's Title & Escrow Attorney, Sam Anderson, (615) 661-7711. Deed and insured title furnished. For possible financing, contact F & M Bank, Billy Winfree, (615) 942-5877 to pre-qualify or use your own bank. Six percent (6%) buyer's premium added to final bid to arrive at contract price.

**Announcements on day of sale take precedence over ALL other advertising.**

For more information, visit:
www.hndauctions.com

To place bids online, visit:
www.proxibid.com/HNDrealty

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE AT FRANKLIN**

2019 OCT 10 AM 9:56

FILED FOR ENTRY 10-10-19

**FAWN TIFFANY FENTON,**
Plaintiff/Wife,

vs.

**JEFFREY RYAN FENTON,**
Defendant/Husband.

**No. 48419B**

COPY

**ORDER**

This matter came on to be heard on the 10th day of October, 2019 before the Honorable Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County, Tennessee, upon Wife's Motion to Sell Remaining Contents of Marital Residence. It appearing to the Court based upon statements of counsel and the record as a whole that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that Husband came to the home during the week of October 7, 2019 with a U-Haul truck and removed the items that he ~~wanted~~ **COULD**. ~~The remaining items were Wife's and/or items to donate.~~ All property has now been removed so that the closing may take place on October 15, 2019. The auction brought sufficient funds to pay the costs of the sale and both first and second mortgages however there will not be anything proceeds remaining to disburse between the parties.

It is further **ORDERED, ADJUDGED and DECREED** that Wife is hereby granted authority to sign the deed conveying the property located at 1986 Sunnyside Drive, Brentwood, TN 37027, and another other necessary documents, to effectuate the payoff of the mortgages and for closing without Husband's signature.

All other matters are reserved pending further Orders of this Court.

**ENTERED** on this 10 day of Oct., 2019.

**ALL actions taken against me (in EVERY "Hearing"), were primarily "FRAUD UPON THE COURT(s) by OFFICERS OF THE COURT(s)". Through a complex "Conspiracy Against my Rights and my Property, Under Color of Law, Office, and Official Right", spanning BOTH State and Federal Courts in tandem. Strategically planned in advance and executed illegally in horrible-faith, to intentionally CIRCUMVENT my Federal Rights under the Federal Rules of Bankruptcy Procedure (ex-wife fraudulently filed in secret - with the help of multiple corrupt Attorneys & Judge(s)). The Court & Counsel committed roughly a dozen Title 18 Crimes Against me, about 50-100 Violations of Tennessee's Rules of Judicial & Professional Conduct, plus approximately a dozen Tennessee State Crimes (primarily felonies), viscously destroying me beyond benefit to ANY party! Repeatedly denying me ANY "ADA Accommodations", as they targeted, attacked, and overwhelmed my known disabilities!**

**NOT ONE legal, lawful, honest, honorable, equal, equitable, fair, impartial, good-faith, or humane action took place between EITHER the Williamson County Chancery Court in Docket #48419B, OR the United States Bankruptcy Court for the Middle District of Tennessee in Case 3:19-bk-02693. NOT ONE!**

MICHAEL W. BINKLEY, JUDGE

**APPROVED FOR ENTRY:**

**VIRGINIA LEE STORY; BPR #11700**
Attorney for Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

**Unknown to me, and undisclosed by any party, my abusive, vexatious, unethical, opposing counsel, Attorney Virginia Lee Story (I believe the "mastermind" of this entire scam), is a close "FAMILY FRIEND" and vacationing/partying buddy of Presiding Judge Michael W. Binkley. Repeatedly exposed by the Tennessean Newspaper and admitted, while claiming their friendship does not jeopardize impartiality.**

**This NEGLIGENTLY DENIES the LAWS of HUMANITY, where the KNOWN and TRUSTED PARTY will always have an advantage over the UNKNOWN PARTY!**

**SEE: https://www.facebook.com/judgebinkley to discover the tip of the iceburg!**

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the 10 day of October, 2019.

VIRGINIA LEE STORY

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the 10 day of October, 2019.

CLERK

**There went $250,000 of OUR EQUITY, our life's savings, our premarital retirement funds, and the proceeds of a DECADE of MY HARD and painstaking LABOR! As of the DAY the ILLEGALLY FORCED AUCTION took place! While the property has appreciated roughly $100k per YEAR since! It was worth $800k in 2022, while we only owed $300k on the mortgages! Yet the Court and Counsel left us without a PENNY toward our relocation, survival, or retirement! ABSOLUTELY NOTHING!**

**PARTIES LIKELY INVOLVED IN CRIMES & MISCONDUCT IN THIS CASE: 2-Judges, 7-Attorneys, 2-Paralegals, and 2-Brokers (to START).**

**ENDING with the Involvement, Discrimination, Collusion, Conspiracy, and/or the Refusal to Assist by a Total of 5-Judges, 11-Attorneys, 2-Paralegals, and 2-Brokers. While you can add a USTP Trial Attorney to that also now, who threatened that my ex-wife will be in danger, if I expose all these POWERFUL CRIMINALS, who are committing crimes against humanity!**

**Jeff Fenton**

---

| | |
|---|---|
| **From:** | Jeff Fenton <jeff.fenton@live.com> |
| **Sent:** | Wednesday, October 7, 2020 1:59 PM |
| **To:** | Tommy Anderson; pmarlin@mcarthursanders.com |
| **Cc:** | sam@banktitle.com; kim murray |
| **Subject:** | 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION) |
| **Importance:** | High |

Hello Mr. Anderson and Mr. Marlin,

Will you please send me a copy of the fully executed HUD-1 Settlement statement, for the auction/sale of my home at 1986 Sunnyside Drive, Brentwood, TN 37027? Along with a copy of the fully executed Listing Agreement? (Chancery Court says that they have neither of these on file, so I need to obtain them from one of you.)

I need those documents for my records. I also believe that I saw a charge which was $1500 higher than I expected on a preliminary HUD, but it wasn't executed yet, and I know how often last minute corrections get made to the HUD, so without the fully executed final document, I need verification.

Additionally, can you please provide me with information about what happened to the items listed blow, which mysteriously disappeared between the time when I turned over possession of my home to you and when I returned to pickup my stuff. I had about $10,000 worth of MY personal property disappear. Some of it I had specified was OK to SELL, but I never received any information or itemization about any of it selling, nor a penny of the proceeds from any sale. According to Chancellor Binkley's Court Order, all of the proceeds from both the HOME and any Personal Property Sold were supposed to be deposited with the Williamson County Chancery Court Clerk and Master's Office, though they told me that they don't have any records of ever receiving ANY monies related to the sale of our Home or any part of our estate.

Some of it I had specificially notified you NOT to sell, and one piece of furniture was even TAGGED with one of my stickers saying "HUSBAND KEEPS" with a catalog number on it. Since per the Court Order on 8/29/2019 by Chancellor Binkley, nothing would be sold that I wanted to keep, stating furthermore that any monies received for anything sold would be deposited with the Williamson County Chancery Clerk and Master's Office, to be held by the Court until our divorce was finalized. That raises some significant concerns about theft and the potential for unethical actions by one of the parties entrusted with access to our home, from the time when I was forced to leave by Court Order until I was allowed to retun to pickup what was left of my personal property. The parties whom were responsible for the property and the contents thereof, during this period were yourselves and Ms. Story. Ms Fenton may have also had access, but should not have removed anything beyond what she

had listed and provided me notice of through Ms. Story, in addition to the pool table and ping-pong table.

One item which went missing was my $5k Fort Knox Gun Vault, which was bolted through the floor, and someone took slate pieces from inside our garage to wedge beneath the wood steps on our deck to remove. Having had this safe moved twice in the past, I know that only a properly equipped professional could have moved such an item. Not seeing any signs of forced entry, surely you know what became of my Fort Knox Gun Vault. If not, that certainly brings the integrity of your company(s) into question, while adding criminal theft charges to the list of crimes which took place during the forced sale of my home.

**The following items, which I owned, went missing from my home during the "auctioning" period:**

- Brand New Treadmill ($1,200 unit used less than a dozen times)
- Heavy-Duty Reclining Weight Bench & Leg Press, with Safety Catches, Two Full-Size 45lb Olympic Bars, Olympic Curl Bar, and Set of Olympic Dumbells. Along with approximately 300lbs of Olympic Weights and Weight Rack
- TAN SOFA in the front Living Room
- Large matching TAN Chair (or Love Seat) in the front Living Room
- End Table with TILE top and Wood Frame
- Four-Leaf Solid Wood Bedroom Privacy Screen – TAGGED as "HUSBAND KEEPS" Cataloged as "Item #007". (Which I had purchased within the prior 2-3 months, and certainly could NEVER have been claimed as "marital property".)
- Fort Knox Guardian Gun Vault: Regarding the Gun Vault, this is a high-end gun vault, not something you can find at Bass Pro Shops or Academy Sports. It has twice as much steel in it, hence it weighs twice as much (and costs twice as much). The brand is Fort Knox (Guardian Series) https://www.ftknox.com/vaults/guardian-vault/. They are only available by special order, through a safe company. I recommend "The Safe House", if you need to move it. The vault has every upgrade available, at the time of purchase. It retails for around $5k, weighs 1,200 lbs, and is bolted to the floor. (SURELY no one "walked-off" with this without being noticed!)
- I have the serial numbers for the Gun Vault along with extensive photographic evidence of each item, should that be required.

I want to give you an opportunity to answer for what happened to thise items, before I start making accusations publicly or legally. I will need a response within the week though, due to my current deadlines set by the Tennessee Court of Appeals. If you have any knowledge about what became of any of these, if Ms. Fenton or Ms. Story took or sold them, if you took or sold them, if you have any knowledge about what any of them were sold for or to whom, as well as what became of those funds, I would greatly appreciate you providing me with that information.

Please send me this information as soon as you can, I've been asking you for nearly a year now (for the fully executed HUD-1) without a response from you. I can think of no other reasons than professional negligence, theft, collusion, or some other sort of fould-play to deny me this informaton about what happened with MY OWN PROPERTY, while in your care.

As this case is currently being looked at by the Tennessee Court of Appeals, including the potential charges of collusion, bias, discrimination, abuse of process, error, perjury by Ms. Story, violation of the Americans with Disabilities Act by both the Court and Ms. Story,, along with the Tennessee counterpart for that act. Further violating my 14th Amendment Constitutional Rights to EQUAL and DUE Process by a fair and unbiased tribunal, along with a slew of Federal charges, despite what either of those parties have told you, you all have a legal and ethical obligation to me, as licensed professional brokers, auctioneers, attorney(s), and paralegal, hired to sell MY HOME, to provide me with the information requested.

Furthermore, your loyalties to Ms. Story in this matter over myself, while sellng MY HOME from which you were both paid very well for very little work, brings up serious concerns about your complicity in the illegal charges against her. Including any potential collusion charges, in addition to having stalked and harrassed me (and my mother) at the bequest of Ms. Story, playing the role of an "enforcer" when you had no legal right. Williamson County Sherriff's Office is fully capable of enforcing any LEGAL actions necessary.

Despite whatever Ms. Story or Judge Binkley have told you in an effort to deny me any information which I am legally entitled to, or your loaylties to them for future work, the exposure of this case is about to go public with official charges filed with both the TBI and the FBI, seeking Federal inditements to hold those parties accountabile for refusing to live UNDER the same laws which they have been entrusted to defend, serve under, and administer.

I know, I'm just a little tiny fish in the pond, which nobody cares about. However, as a result of having lost everything in my life within just TWO 30-minute trials, which I have full legal documentation, audio recordings, and transcripts of, along with the subsequent Court Orders, it is extremely SIMPLE to prove the laws which were broken here. It is not a matter of "my word" against "Ms. Story's word" or even against "Judge Binkley's word". My entire canse can be proven with just a FEW documents, which are all in THEIR OWN WORDS. By comparing their own Court Orders and legally recorded Court testimony, between the two hearings. They not onlly don't match-up, but they reveal significant error, bias, discrimination, perjury by Ms. Story, and the list goes on... including the Federally Unconstitutional violations of my Rights as well as the ADA laws, which will get this case out of the Middle Tennessee Court System (nationally renowned for corruption) and into Federal District Court if need be to find Justice! While not only proving the failure to show care or consideration for the ADA laws, but for intentionally exploiting, targeting, harming, and abusing me in the exact areas of my disabilities.

Should you continue to deny me this information, then I will be forced to expose and include you both, along with Bank Title (whom I've twice requested the documents myself without response), in any charges made, whether to state or federal government agencies, and/or the media, who have already published pieces in the past about the UNETHICAL compromise to the PUBLIC which the "Binkley/Story Effect" has.

All that I want is what I am legally due. I regret that it requires this sort of demanding tone in order to receive the slightest ethical consideration. If none of you can provide me with this informaton, regarding the SALE of MY HOME, despite your professional licenses, your oaths of office, and your responsibilities and obligations therein, then I belive that your actions are corrupt, complicit in crime, while the public needs to know, along with you each deserving the ethical, financial, criminal penalties which you each incur.

Sincerely,

**JEFF FENTON**

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300

---

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Wednesday, October 9, 2019 6:41:54 PM
**To:** Jeff Fenton <jeff.fenton@live.com>
**Subject:** Re: Closing | Utilities | Fully-Executed Settlement Statement

Yes Fawn received all electronics and got them in her possession. I will have title company send you everything upon closing completion.
Sincerely,

---

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 1:54 PM
**To:** Virginia Story <virginia@tnlaw.org>
**Cc:** Jeff Fenton <Jeff@Meticulous.tech>; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Subject:** Re: Fenton v. Fenton

Jeff will be out by tonight. I just went by & met him & his mother at Sunny Side.

Tommy

---

On Sunday, October 6, 2019, Tommy Anderson <tom@tommyanderson.us> wrote:

Jeff my friend,

I will be coming by today after my son's bball game. I hope to see you gone by then, or other measures, not to your liking will be enforced. Time to move on.

Tommy Anderson

TNJudicial.org/a/af118.pdf Case 1:23-cv-01097-PLM-RSK Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation ECF No. 1-13, PageID.565 Filed 10/13/23 DOC: 118 | Page 71 of 104 Page 35 of 68

An official website of the United States government Here's how you know

THE UNITED STATES DEPARTMENT of JUSTICE

Search this site

ABOUT OUR AGENCY TOPICS NEWS RESOURCES CAREERS CONTACT

Home » U.S. Trustee Program

SHARE

Region 8
General Information
What's New
Regional Office
Memphis, TN Office
Nashville, TN Office
Chattanooga, TN Office
Lexington, KY Office
Louisville, KY Office

UST - REGION 8

## Federal Judicial Districts Established for the Districts of Tennessee and Kentucky

The United States Trustee Program is a component of the U.S. Department of Justice that supervises the administration of bankruptcy cases. The United States Trustee for Region 8 serves the federal judicial districts established for the Districts of Tennessee and Kentucky. The regional office is located in Memphis, TN. The links on this site contain information about the regional office of the United States Trustee and the field offices within Region 8.

FIND LOCAL RESOURCES

IMPORTANT NOTICES

### USTP FORMS FOR THE FILING OF PERIODIC OPERATING REPORTS IN NON-SMALL BUSINESS CHAPTER 11 CASES NOW EFFECTIVE

Wednesday, July 21, 2021

On June 21, 2021, the United States Trustee Program's rule titled Procedures for Completing Uniform Periodic Reports in Non-Small Business Cases Filed Under Chapter 11 of Title 11, (28 C.F.R. § 58.8) became effective. The Final Rule governs the filing of pre-confirmation monthly operating reports (MORs) and quarterly post-confirmation reports (PCRs) by all debtors except those who are small business debtors or who, in accordance with the CARES Act, elect relief under subchapter V of chapter 11. To obtain the required MOR and PCR forms, instructions for completing and filing MOR and PCR forms, and other important information, please visit the United States Trustee Program's Chapter 11 Operating Reports resource page at www.justice.gov/ust/chapter-11-operating-reports.

### U.S. TRUSTEE PROGRAM EXTENDS TELEPHONIC OR VIDEO SECTION 341 MEETING

Friday, August 28, 2020

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in-person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in-person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

### U.S. TRUSTEE PROGRAM EXTENDS TELEPHONIC SECTION 341 MEETINGS TO CASES FILED THROUGH MAY 10, 2020

Wednesday, April 1, 2020

The U.S. Trustee Program is extending the requirement that section 341 meetings be conducted only through telephonic or other alternative means not requiring in-person appearance to all cases filed through May 10, 2020. Appropriate notice will be provided to parties in accordance with bankruptcy law and rules.

U.S. TRUSTEE PROGRAM
REGION 8

LEADERSHIP

Paul A. Randolph
Acting United States Trustee

CONTACT

Office of The U. S. Trustee
(901) 544-3251

************************

Paul A. Randolph
Forwarded Referral To:

************************

**Megan Seliber**
Trial Attorney, Office of the United States Trustee

**(615) 695-4060** (office)
**megan.seliber@usdoj.gov**

318 Customs House,
701 Broadway
Nashville, TN 37203

************************

**19-02693 Fenton: Fraud Referral**

************************

************************

**Paul A. Randolph (USTP)**

Acting United States Trustee
Region 8 (Nashville)

**202-590-8690** (work cell)
901-544-3251 (office)
314-539-2990 (fax)
**paul.a.randolph@usdoj.gov**

Assistant U.S. Trustee
Eastern District of Missouri
(Region 13)

************************

**19-02693 Fenton: Fraud Referral**

************************

**U.S. Trustee Program**

About Bankruptcy & the United States Trustee Program
Nationwide Office Locator
USTP Regions
Press & Public Affairs
Private Trustee Listings & Library
Approved Credit Counseling Agencies
Approved Debtor Education Providers

**Quick Links**

- What's New
- Employment Opportunities
- Chapter 11 Quarterly Fees Schedule

**U.S. Bankruptcy Courts**

FRBP Violated: #3:19-bk-02693 TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B) JRF.118.1071.00

**Jeff Fenton**

**From:** Randolph, Paul (USTP) <Paul.A.Randolph@usdoj.gov>
**Sent:** Tuesday, January 18, 2022 11:45 AM
**To:** Jeff Fenton
**Subject:** RE: [EXTERNAL] Fraud Upon the Court, Conspiracy Against Rights, Deprivation of Rights & Property Under Color of Law, ADA, FED, & HUD Violations - Protecting Disabled, Vulnerable, and Aged from Financial Exploitation: ALL Started with a Falsified Secret BK

Mr. Fenton:

I have received your six emails and will send them to our Nashville office to review. Please note that neither the U.S. Trustee nor any of its employees can provide you with legal representation or advice. You should take whatever legal steps you deem appropriate to protect your interests. Thank you for your referral.

Paul Randolph

Paul A. Randolph

Acting United States Trustee
Region 8 and
Assistant U.S. Trustee
Eastern District of Missouri (Region 13)
202-590-8690 (work cell)
314-539-2990 (fax)



Fenton 19-02693: sale motion complaint - Message (HTML)

File Message Add-ins Help Acrobat Tell me what you want to do

Save Undo Redo Previous Item Next Item Print Preview

Fenton 19-02693: sale motion complaint

Seliber, Megan (USTP) <Megan.Seliber@usdoj.gov>
To Jeff Fenton

Reply Reply All Forward

Tue 3/15/2022 6:08 PM

fenton 319-02693 deed.pdf
247 KB

This email is from the **USTP Trial Attorney in Nashville** who was **Assigned to Research my BANKRUPTCY FRAUD COMPLAINT** by Region 8 Acting United States Trustee, **Paul A. Randolph, who is over Tennessee and Kentucky.** Mr. Randolph is who I contacted to **REPORT BANKRUPTCY FRAUD** and **to seek information to help me understand what VIOLATIONS were made by whom.**

Mr. Fenton,

I further investigated your complaint that you were not given notice of the motion to sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did not receive notice. ~~Because Judge Binkley gave your ex-wife the power to close the sale in family court, it does not appear that any objection in bankruptcy court would have been availing even if you had been given notice.~~ For your records, I've attached the warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further, ~~I believe that because the family court had dual jurisdiction over the property~~, you will need to seek any further remedy in state court. ~~As the property has already been sold to a third-party purchaser, it is also unclear if any remedies would be available.~~

This concludes my investigation into your complaint.

Best,

**Megan Seliber**
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 695-4060

**Ms. Seliber ACTS like she is HELPING ME, but she really isn't. She does confirm that the Bankruptcy Court failed to provide me NOTICE about my Ex-wife's Secret Bankruptcy and the THREAT to MY HOME, but then she lies to me, provides me with misinformation, and plays the blame game, between Federal and State Courts being responsible for my damages.**

**Jeff Fenton**

**From:** Seliber, Megan (USTP) <Megan.Seliber@usdoj.gov>
**Sent:** Tuesday, March 15, 2022 6:08 PM
**To:** Jeff Fenton
**Subject:** Fenton 19-02693: sale motion complaint
**Attachments:** fenton 319-02693 deed.pdf

**IF the BANKRUPTCY COURT had OBEYED the FRBP, then the Bankruptcy Trustee would have been FORCED by the Federal Bankruptcy Court or the Federal District Court to REMOVE the Marital Residence from my Ex-wife's "BANKRUPTCY ESTATE" as a "BURDENSOME ASSET" long before I ever even MET Judge Binkley! BOTH my INTERESTS and my TENANT'S LEASEHOLD INTERESTS were PROTECTED under Federal Bankruptcy Laws!**

Mr. Fenton,

I further investigated your complaint that you were not given notice of the motion to sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did not receive notice. ~~Because Judge Binkley gave your ex-wife the power to close the sale in family court, it does not appear that any objection in bankruptcy court would have been availing even if you had been given notice.~~ For your records, I've attached the warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further, ~~I believe that because the family court had dual jurisdiction over the property, you will need to seek any further remedy in state court. As the property has already been sold to a third-party purchaser, it is also unclear if any remedies would be available.~~

This concludes my investigation into your complaint.

Best,

**Megan Seliber**
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 695-4060

**The State Court DID NOT have DUAL JURISDICTION, that is a LIE! The Federal Court always has ORIGINAL JURISDICTION, and usually EXCLUSIVE JURISDICTION over all property, where it sits, as it sits, upon the day the BANKRUPTCY IS FILED!**

**The State Court is actually SPECIFICIALLY FORBIDDEN from taking Jurisdiction over the property** because of the circumstances, and the Bankruptcy having been filed **39-DAYS** before the DIVORCE!

**REMEDIES are ALWAYS available for RACKETEERING and FRAUD,** especially with as many bad-actors, in a **Conspiracy to intentionally CIRCUMVENT the FRBP and FEDERAL BANKRUPTCY LAWS** via **CRIMES UNDER COLOR OF LAW,** without EQUAL or DUE PROCESS, in a Corrupt State Court!

**The CRIMINAL EVIDENCE of CONPIRACY AGAINST RIGHTS (AND PROPERTY) UNDER COLOR OF LAW, FRAUD UPON BOTH COURTS, HOBBS ACT EXTORTION, and a BUNCH OF FEDERAL BANKRUPTCY CRIMES is ALL in the TIME-LINE:**

**DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when DIVORCE was FILED on 6/04/2019: 39-DAYS**

**DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when I was SERVED DIVORCE PAPERS 6/15/2019: 50-DAYS**

**DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when fraudulent "Order of Protection Ex Parte was Served on 6/20/2019: 55-DAYS**

**DAYS between when BANKRUPTCY was FILED on 4/26/2029 and when I had my FIRST HEARING in CHANCERY COURT on 8/1/2019: 97-DAYS (The Bankruptcy Attorney HAD TO KNOW this far in ADVANCE, that Judge Binkley would "PLAY BALL"!)** Otherwise the Bankruptcy Attorney would have gotten CAUGHT filing a FRAUDULENT BANKRUPTY PETITION, as would the TRUSTEE. The Bankruptcy Attorney would have been responsible for all losses, faced serious sanctions, and removal from office! She HAD TO KNOW that Judge Binkley would illegally FORCE THE AUCTION OF MY HOME, **on my VERY FIRST DAY in Court,** before she could **WAIT for 97-DAYS** for what she was **REQUIRED to do within the first 14-DAYS of FILING** the FRAUDULENT BANKRUPTCY!

**DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when I was FORCEFULLY EVICTED from my home on 9/3/2019: 130-DAYS**

| THIS INSTRUMENT WAS PREPARED BY<br><br>Bankers Title & Escrow Corp.<br>5107 Maryland Way, Ste. 115<br>Brentwood, TN 37027<br>P19-10267A-BW<br><br>SAMUEL F. ANDERSON STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY | STATE OF TENNESSEE<br>COUNTY OF Williamson<br>THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $ 324,360.00<br>Affiant<br>SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE 29 DAY OF October 2019<br>Notary Public<br>MY COMMISSION EXPIRES: 11/3/20<br>(AFFIX SEAL) |
|---|---|

# WARRANTY DEED

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| GL Properties, LLC | GL Properties, LLC | |
| 1986 Sunnyside Drive | 101 Creekside Crossing #1700195 | 013J-A-035.00-000 |
| Brentwood, TN 37027 | Brentwood, TN 37027 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

FOR AND CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID BY THE HEREINAFTER NAMED GRANTEES, AND OTHER GOOD AND VALUABLE CONSIDERATIONS. THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, WE, **Fawn T. Fenton**

HEREINAFTER CALLED THE GRANTORS, HAVE BARGAINED AND SOLD, AND BY THESE PRESENTS DO TRANSFER AND CONVEY UNTO **GL Properties, LLC, a Tennessee limited liability company**

HEREINAFTER CALLED THE GRANTEES, THEIR HEIRS AND ASSIGNS, A CERTAIN TRACT OR PARCEL OF LAND IN WILLIAMSON COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS, TO-WIT:

Land in Williamson County, Tennessee, being Lot No. 29 on the Plan of Section 3, Sunny Side Estates of record in Plat Book 5, Page 67 as amended in Book 330, Page 844, in the Register's Office for Williamson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property

Said Lot No. 29 fronts 150.00 feet on the Southwesterly margin of Sunny Side Drive and extends back 433.83 feet on the Northwesterly line and 401.46 feet on the Southeasterly line to a broken line in the rear, measuring 159.22 feet thereon.

Being the same property conveyed to Jeffrey R. Fenton and wife, Fawn T. Fenton by Warranty deed from Mangel Jerome Terrell and wife, Colette Keyser of record in Book 5313, page 452, Register's Office for Williamson County, Tennessee, dated April 29, 2011 and recorded on May 12, 2011.

Being the same property conveyed to Fawn T. Fenton by Quitclaim deed from Jeffrey R. Fenton of record in Book 6541, page 771, Register's Office for Williamson County, Tennessee, dated August 18, 2015 and recorded on August 20, 2015.

Being the same property conveyed to Jeffrey R. Fenton and wife, Fawn T. Fenton by Quitclaim deed from Fawn T. Fenton of record in Book 7314, page 759, Register's Office for Williamson County, Tennessee, dated August 21, 2015 and recorded on March 13, 2018 and Scriveners Affidavit recorded in Book 7354, Page 915. Fawn T. Fenton was granted authority to sign this deed and convey this property without husband's signature in Orders dated August 29, 2019, and October 10, 2019, in Case No. 48419B Chancery Court of Williamson County, Tennessee.

THIS CONVEYANCE IS SUBJECT TO: (1) Taxes which have been prorated and assumed by Grantee; (2) All restrictions of record; (3) All easements of record; (4) All visible easements; (5) All matters appearing on the plan of record; (6) All applicable governmental and zoning regulations.

This is () UNIMPROVED

(X) IMPROVED property known as 1986 Sunnyside Drive, Brentwood, TN 37027.

**TO HAVE AND TO HOLD** the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my hand this the 29th day of October, 2019.

Fawn T. Fenton

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named Fawn T. Fenton the bargainor, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence to be the within named bargainor, and who acknowledged that she executed the within instrument for the purposes therein contained.

Witness my hand and official seal this the 29th day of October, 2019.

My Commission expires: 11/3/20 Notary Public

SAMUEL F. ANDERSON STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY

BK: 7790 PG: 959-960
19045384

| 2 PGS:AL-DEED | |
|---|---|
| 625604 | |
| 10/30/2019 - 09:50 AM | |
| BATCH | 625604 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 1200.13 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 1.00 |
| TOTAL AMOUNT | 1213.13 |

STATE OF TENNESSEE, WILLIAMSON COUNTY
SHERRY ANDERSON
REGISTER OF DEEDS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:19-BK-02693 |
| | § | |
| FAWN TIFFANY FENTON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John C. McLemore, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,250.00 | Assets Exempt: | $11,000.00 |
| Total Distributions to Claimants: | $3,028.98 | Claims Discharged Without Payment: | $55,593.59 |
| | | ATTORNEY STORY: | —$11,514.50 |
| Total Expenses of Administration: | $1,371.02 | (SEE PAGE-4) | $44,079.09 |

3) Total gross receipts of $4,400.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,400.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $11,672.82 | $308,190.92 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,371.02 | $1,371.02 | $1,371.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |
| **Total Disbursements** | $71,518.28 | $346,886.79 | $36,685.87 | $4,400.00 |

4). This case was originally filed under chapter 0 on 04/26/2019. The case was converted to one under Chapter 7 on 12/06/2019. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2021 By: /s/ John C. McLemore
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: JTDKBRFU2H3033495 | 1129-000 | $4,400.00 |
| **TOTAL GROSS RECEIPTS** | | $4,400.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BancorpSouth Bank | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 |
| 7 | Toyota Motor Credit Corporation | 4210-000 | $11,672.82 | $12,600.00 | $0.00 | $0.00 |
| 8 | Specialized Loan Servicing LLC | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $11,672.82 | $308,190.92 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. McLemore, Trustee | 2100-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| John C. McLemore, Trustee | 2200-000 | NA | $83.69 | $83.69 | $83.69 |
| Pinnacle Bank | 2600-000 | NA | $6.33 | $6.33 | $6.33 |
| U.S. Bankruptcy Court Clerk | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,371.02 | $1,371.02 | $1,371.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | IRS Insolvency | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | 7100-000 | $12,900.65 | $12,900.65 | $12,900.65 | $1,106.50 |
| 3 | Ascend Federal Credit Union | 7100-000 | $4,212.89 | $5,000.00 | $2,990.00 | $256.45 |
| 4 | American Express National Bank | 7100-000 | $9,518.02 | $9,518.02 | $9,518.02 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $9,906.18 | $9,906.18 | $9,906.18 | $849.66 |
| | BanCorp South | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $11,793.22 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Specialized Loan Servicing, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Virginia Lee Story | 7100-000 | $11,514.50 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |

FRBP Violated: #3:19-bk-02693

TNJudicial.org/c/a/jrf118.pdf

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

Exhibit 8

**Case No.:** 19-02693-CW3-7
**Case Name:** FENTON, FAWN TIFFANY
**For the Period Ending:** 1/9/2021

**Trustee Name:** John C. McLemore
**Date Filed (f) or Converted (c):** 12/06/2019 (c)
**§341(a) Meeting Date:** 01/06/2020
**Claims Bar Date:** 05/04/2020

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

| Ref. # | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: JTDKBRFU2H3033495 | $14,500.00 | $6,188.16 | | $4,400.00 | FA |
| 2 | Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items | $1,420.00 | $0.00 | | $0.00 | FA |
| 3 | TV, Tablet | $575.00 | $0.00 | | $0.00 | FA |
| 4 | Breyer Horses | $450.00 | $0.00 | | $0.00 | FA |
| 5 | AR15, FN-FAL, Glock 23, Rugger SP101 | $2,750.00 | $50.00 | | $0.00 | FA |
| 6 | Clothing/Shoes/Purse | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Ring $1500 and Costume jewelry | $1,200.00 | $300.00 | | $0.00 | FA |
| **Asset Notes:** | Jeweler said worth $300. Burdensome Asset. | | | | | |
| 8 | Dog, 2 Bunnies, Fish | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $435.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Aquarium located at 102 Plum Nelly Circle | $425.00 | $0.00 | | $0.00 | FA |
| 11 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Checking First Farmers & Merchants | $1,349.36 | $0.00 | | $0.00 | FA |
| 13 | Checking Ascend Federal CU | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings First Farmers & Merchants | $1,350.65 | $0.00 | | $0.00 | FA |
| 15 | Savings Ascend Federal CU | $272.60 | $0.00 | | $0.00 | FA |
| 16 | Checking MIT FCU (u) | $255.00 | $0.00 | | $0.00 | FA |
| 17 | Savings MIT FCU (u) | $200.55 | $0.00 | | $0.00 | FA |
| 18 | Cellphone, Laptop (u) | $550.00 | $0.00 | | $0.00 | FA |
| | **TOTALS (Excluding unknown value)** | **$26,433.16** | **$6,538.16** | | **$4,400.00** | **Gross Value of Remaining Assets** **$0.00** |

JRF.118.1081.00

DOC: 118 | Page 81 of 104

**Major Activities affecting case closing:**
07/21/2020 Filed Amended Claims Recommendation.

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.118.1082.00

TNJudicial.org/c/a/jrf118.pdf

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

DOC: 118 | Page 82 of 104

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

**Case No.:** 19-02693-CW3-7
**Case Name:** FENTON, FAWN TIFFANY
**For the Period Ending:** 1/9/2021

**Trustee Name:** John C. McLemore
**Date Filed (f) or Converted (c):** 12/06/2019 (c)
**§341(a) Meeting Date:** 01/06/2020
**Claims Bar Date:** 05/04/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

07/07/2020 PC with Virginia Story 615-790-1778 who represents the Debtor in her Williamson County Divorce (Judge Binkley)
07/02/2020 PC from Jeff Fenton?? Debtor's former husband talked with him for more than 30 minutes.
05/27/2020 Filed Mt to Allow/Disallow Claims.
05/13/2020 Email to Jodie Thresher re: claims.
04/15/2020 Fawn Fenton picked up her ring.
04/01/2020 Email to Jody Thresher and Mary Beth Ausbrooks about Debtor's ring
03/19/2020 Filed Report of Sale.
03/19/2020 Jeweler said diamond ring and wedding band was worth $300. Burdensome asset. Will return ring to Debtor.
02/19/2020 Gave diamond ring and wedding band to Bobby Colson who will get a valuation.
02/10/2020 Filed Mt to Sell Equity in Vehicle to Debtor for $4,400.
02/03/2020 Claims bar 5/4/2020.
01/30/2020 Debtor wants to buy equity in vehicle
01/30/2020 Email to Jodie Thresher about wedding ring.
01/28/2020 Calculation of value of equity in 2017 Toyota Prius
01/20/2020 PC with Paul Spina counsel for Toyota Motor Credit.
01/08/2020 Email from Jodie Thresher, Debtor's attorney - Just wanted to give you a heads up that we will be filing an Amended Schedule A/B and C on this case.
01/07/2020 Email to Mary Beth - John told Ms. Fenton yesterday that he would like an independent valuation of her 2017 Toyota Prius. See attached instructions to forward to your client.

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

FRBP Violated: #3:19-bk-02693

TNJudicial.org/c/a/jrf118.pdf

Page No: 1

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-02693-CW3-7 | **Trustee Name:** | John C. McLemore |
| **Case Name:** | FENTON, FAWN TIFFANY | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4153 | **Checking Acct #:** | ******0194 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/26/2019 | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** | 1/9/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/05/2020 | (1) | Diane D. Winters EX-WIFE'S MOM PAID TO KEEP NEW PRIUS! | Equity in 2017 Toyota Prius per 2-10-2020 Motion to Sell [Dkt. No. 99] | 1129-000 | $4,400.00 | | $4,400.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $77.00 | $4,323.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($77.00) | $4,400.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.33 | $4,393.67 |
| 09/03/2020 | 3001 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Docket No. 99) | 2700-000 | | $181.00 | $4,212.67 |
| 12/12/2020 | 3002 | John C. McLemore | Trustee Compensation | 2100-000 | | $1,100.00 | $3,112.67 |
| 12/12/2020 | 3003 | John C. McLemore | Trustee Expenses | 2200-000 | | $83.69 | $3,028.98 |
| 12/12/2020 | 3004 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $1,106.50 | $1,922.48 |
| 12/12/2020 | 3005 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $256.45 | $1,666.03 |
| 12/12/2020 | 3006 | American Express National Bank | Final Distribution | 7100-000 | | $816.37 | $849.66 |
| 12/12/2020 | 3007 | Capital One Bank (USA), N.A. | Final Distribution | 7100-000 | | $849.66 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $4,400.00 | $4,400.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,400.00 | $4,400.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,400.00 | $4,400.00 | |

**For the period of 4/26/2019 to 1/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/03/2020 to 1/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

JRF.118.1083.00

DOC: 118 | Page 83 of 104

FRBP Violated: #3:19-bk-02693

TNJudicial.org/c/a/jrf118.pdf

 Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-02693-CW3-7 | **Trustee Name:** | John C. McLemore |
| **Case Name:** | FENTON, FAWN TIFFANY | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4153 | **Checking Acct #:** | ******0194 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/26/2019 | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** | 1/9/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $4,400.00 | $4,400.00 | $0.00 |

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation

**For the period of 4/26/2019 to 1/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/06/2019 to 1/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

JRF.118.1084.00

DOC: 118 | Page 84 of 104

# MY TWO HIGHEST VALUES IN LIFE ARE: TRUTH and AUTHENTICITY!

**When my ex-wife (previously Ms. Ferguson) began telling me that SHE LOVED ME, I was honestly caught off guard.** I really enjoyed her company, and our times together, but I wasn't "looking" for another "serious" relationship then. Her declarations of love also forced me to examine my own MOTIVES and ACTIONS involving her.

**ON A SIDE NOTE:** I personally believe that whether financial, material, sexual or otherwise, that **"LOVE" CARES** more about the **OTHER** person, while **"LUST" CARES** more about **SELF**. That was one factor in my own "personal inventory".

So, against all the INTERNAL AWKWARDNESS and PRESSURE (which I very much felt) to reply with,"I LOVE YOU TOO", **instead I thanked her,** but I could not, in good faith, **honestly return the sentiment.**

**This went on for MONTHS and MONTHS!** Until finally, I could honestly tell Ms. Ferguson, in good conscience, **that I TRULY LOVE HER!** (As I always will.)

**Having made her uncomfortably WAIT for so LONG** to finally HEAR of MY reciprocated LOVE for HER, I wanted it to be SPECIAL, **so I hired a MIME!**

## THAT IS MY COMMITMENT TO THE TRUTH!

[redacted] Ferguson,
I LOVE YOU!

**I have invested over 20,000 HOURS** over the past **3+YEARS**, during which I have written over 10,000 [redacted] (only 1,000 pages of which I actually turned into the Court). While **NOT ONE WORD** has been used by **any** Court **yet**, in MY DEFENSE!

IF just 62-PAGES of MY TESTIMONY, which I filed in Chancery Court on 8/29/2019 in R.v1-2 (119-181). The very FIRST day which I was "allowed" to file ANYTHING "PRO-SE" in Court. Had been given EQUAL (the same) "BENEFIT OF THE DOUBT", which ALL of my ex-wife's and Ms. STORY'S FRAUDULENT CLAIMS were given (had the Court REALLY been "IMPARTIAL"), then NEITHER of the "DEFAULT JUDGMENTS" could have ever been Ordered against me! (I had an AGREED EXTENSION plus an Ad-hoc "ANSWER and COUNTER COMPLAINT" on FILE!) While Attorney Story even promised me in open court on 8/29/2019, to allow me to PARTICIPATE in the next hearing over the PHONE! Since they KNEW they were FORCING me out of the STATE of TN, to simply survive (which isn't even legal during an open case). I'M ALL DONE BEGGING FOR BREAD!

The "Court" BURIED my 8/29/2019 TRANSCRIPTS. They kept NONE of their PROMISES in Court that day, while they didn't even BOTHER to provide me any NOTICE, a "Motion for Default" (as required), or **ANY opportunity to defend myself!**

**IF EQUALLY CONSIDERED,** I would have been FREE to MOVE-FORWARD with my LIFE, over **3-YEARS AGO!** Instead, to **COVER-UP** and **COERCE** me into **keeping SILENT** about their **CRIMES** against **my family**, they put an ILLEGAL **"ORDER OF PROTECTION"** on me for **6-YEARS**, by multiple FRAUDULENT "Default Judgments"! While **they know I have EVIDENCE showing their CRIMES**, but they don't seem to care! Nobody in Tennessee has yet to hold them ACCOUNTABLE!

**I have acted more** HONESTLY, ETHICALLY, and in **BETTER FAITH** than **EVERYONE ELSE** in this case **COMBINED!** Yet I continue to be **DISCRIMINATED** against, **DENIED PARTICIPATION** and **JUSTICE!**

9:47 94%

Fawn Fenton

What happened? Why did you suddenly decide I am trying to get out of paying your alimony? (Which isn't true, I have always intended to pay you as we discussed.) Your mood swings are so weird. I thought, based upon our emails, that we were not going to harrass each other with legal contracts. As I said, the terms of your alimony will be immortalized in the final divorce filing, which we will do after the house sells. I don't understand why you are suddenly freaking out for no reason.

Jan 6, 2019

You agreed to put it writing before I leave, now you are pretending you never agreed to that and refusing.

Type a message

**Repeatedly Agreed Terms of Alimony:**

***Transitional Alimony to be Paid***
by Wife to Ex-Husband, in the amount of
**$1,750 Per Month** for a **Duration of Six-Years.**

**CALCULATED:** at 22%-24% of Primary Breadwinner's Gross Income, for a Term Equal to half the Duration of our Marriage.

**As we were Advised was "Fair with All Factors Considered"**
***by "Collaborative Divorce" Financial Expert Sandy Arons, MBA.***

Arons &
Associates

DIVORCE PLANNING

*Understand the numbers.*
*Secure your future.*

**SANDY ARONS**, MBA
Certified Divorce Financial Analyst
Certified Financial Divorce Practitioner
Certified Financial Divorce Specialist
Financial Counselor & Mediator

94%

Fawn Fenton

Please confirm.

Your refusal to communicate would confirm the opposite again, which would result in me needing to divert from packing to prepare for another surprise attack from you legally.

Thanks.
Jeff

Jan 7, 2019

I don't know wtf you're talking about, "legal battle". I am not wanting anything to do with lawyers, I can't afford any more, it's a waste of time and money.
Regarding leaving a few cameras and wireless etc, I guess that's fine, I don't see why not.

Jan 8, 2019

Type a message

NOT EVERY FEMALE IS FRAIL, WEAK, DEFENSELESS, AND AFRAID; EVEN IF THEY CLAIM TO BE, FOR A STRATEGIC ADVANTAGE DURING A DIVORCE.
1
1
5
2
6
7
9





TENNESSEE APPELLATE COURTS
UNIFORM FACSIMILE FILING COVER SHEET

TO (COURT CLERK): **IN THE COURT OF APPEALS OF TENNESSEE**

WITH (COURT): **MIDDLE TENNESSEE DIVISION (AT NASHVILLE)**

CLERK'S FAX NUMBER: **(615) 532-8757**

CASE NAME: **JEFFREY RYAN FENTON v FAWN TIFFANY FENTON**

DOCKET NUMBER: **M2019-02059-COA-R3-CV**

TITLE OF DOCUMENT: **(ADA) REQUEST FOR MODIFICATION**

FROM (SENDER): **JEFFREY RYAN FENTON**

SENDER'S ADDRESS: **17195 SILVER PARKWAY, #150**

**FENTON, MICHIGAN 48430-3426**

SENDER'S VOICE TELEPHONE NUMBER: **(615) 837-1300**

SENDER'S FAX TELEPHONE NUMBER: **(810) 255-4438**

DATE: **07/08/2020** TOTAL PAGES, INCLUDING COVER PAGE: **13**

FILING INSTRUCTIONS/COMMENTS (attach additional sheet if necessary):

**PLEASE FILE AND RESPOND ELECTRONICALLY, EITHER VIA EMAIL TO JEFF.FENTON@LIVE.COM OR VIA FAX TO (810) 255-4438. MY FAX IS A DEDICATED LINE SETUP SOLELY FOR COMMUNICATING WITH THE COURT, NO COVER PAGE OR SPECIAL INSTRUCTIONS REQUIRED.**

**THANK YOU!**
**JEFF FENTON**

## REQUEST FOR MODIFICATION

**Applicant requests accommodation under Tennessee Judicial Branch Policy 2.07**

**Applicant Information**

Applicant is: ____ Witness ____ Juror ____ Attorney **X** Party ____ Other (Specify Nature of Interest): ______

**Name:** JEFFREY RYAN FENTON
**Telephone:** (615) 837-1300
**Address:** 17195 Silver Parkway, #150
Fenton, MI 48430-3426

**Court:** COURT OF APPEALS OF TENNESSEE MIDDLE DIVISION (AT NASHVILLE)
**Judge:** ______
**Case No.:** M2019-02059-COA-R3-CV

1. Type of proceeding. ____ Criminal **X** Civil

2. Proceedings to be covered (e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing, motion hearing, trial): **Appeal of Forced Sale of Home, Divorce Judgment, Stalking Charge, and Order of Protection**

3. Dates modification needed (specify): **Currently – Throughout Appeal**

4. Disability necessitating modification (specify): **Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5), Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2), Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1), Circadian Rhythm Sleep Disorder (CRSD) Non-24-Hour Sleep-Wake Disorder (Non-24) DSM-5 307.45 (G47.24), Poverty, Forced Geographic Distance from Court**

5. Type of modification requested (specify): **Procedural and Technical Flexibility, Additional TIME for Deadlines to Self-Represent by Necessity, Communication Modifications due to COVID-19 and Excessive Mailing Times to Michigan, Judgment Based Upon the LAWS – not just the Technical Codes which I am Knowledgeable about, or able to Research and Cite (ignorance about the law is no excuse for breaking it, hence it shouldn't be for being protected by the law either). Please Judge based upon the SPIRIT of the Law, not just the Technical Manipulation of Words used to Express, Define, and Communicate it. Thank you!**

6. Special requests or anticipated problems (specify): **Additional TIME and Patience please. By disorder I'm a Perfectionist who has a nearly impossible time Focusing and Remaining On Task, especially when of Significant Consequence. Yet I can't afford to hire anyone to help Represent me. I also request that all Court Communications please be sent to me Electronically, via Email or Fax (I setup a dedicated fax number for the court), because it often takes a WEEK to receive Mail here in Michigan, plus in-house handling times. My Email is jeff.fenton@live.com, and my dedicated fax number for the court is (810) 255-4438.**

7. Significant problem and request for Court Oversight, Accountability, Advocacy, and Assistance: **I strongly believe that the narrative driving the basis for ALL the actions levied against me so far by the opposing counsel (Ms. Story) has been largely FALSE, Intentionally Deceptive, Bombarding me from every angle simultaneously, specifically to Exploit my Known Disabilities, to Strategically Devastate me, using HARRASSMENT BY LEGAL PROCESS (malicious litigation). Combined with Ms. Story's Reputation, Resources, and Relationships, I don't believe that I ever had a chance at a Fair Trial. Ms. Story BOUND me**

**with an OP obtained under False Testimony, then TOOK and DESTROYED everything of substance, which I have ever owned, in just two months.**

8. To substantiate my claims about legal inequality and unfairness: **During my trial on August 29th, 2019, at "The Old Courthouse" in Franklin, as is recorded in VOLUME-4 of my Technical Record, Page-516, Line-6, the Judge told me, "Fair is something you do in the fall."**

**Despite my many requests that the Court Differentiate this as a "Transcript of Evidence", it remains buried in my Technical Record, even though the Judge procured the Court Reporter himself. The remainder of that same transcript clearly reveals how open, objective, and impartial, the Court remained, amidst my Testimony versus Ms. Story's. I beg you look and see for yourself! Your intervention is requested and seriously needed!**

Documentation provided by my Psychiatrist and my Psychotherapist is included to prove that I have the disabilities listed, as well as a real need for the modifications sought herein.

My request for a 60-Day extension, for filing my Brief, will follow; but for the sake of TIME, since I am so SLOW at this, I am sending this Request for Modification separately. Thank you!

I hereby certify that the above information is true and correct to the best of my knowledge.

Date: 7/8/2020 ______________________ (Signature of Applicant)

---

G The request for modification is **GRANTED.**

G **OFFER OF REASONABLE ALTERNATE MODIFICATION** ______________________

G The request for modification is **DENIED** because:

____ the applicant is not a qualified individual with a disability

____ the requested modification would fundamentally alter the nature of the judicial program, service or activity

____ the requested modification would create an undue financial or administrative burden

____ the applicant refused to comply with the Policy

____ the applicant's failure to comply with the Policy makes impossible or impracticable the ability to provide the requested Modification

(Specify)______________________

DATE: ______________________

______________________
Local Judicial Program ADA Coordinator

**APPEALS**

G Presiding Judge Review requested. (Specify reason and the remedy you want): ____________________

DATE:______________________ ______________________________
(Signature of Person Requesting Review)

**PRESIDING JUDGE REVIEW**

I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

DATE:______________________ ______________________________
PRESIDING JUDGE

G Administrative Office of the Courts Review requested. (Specify reason and the remedy you want):__________

DATE:______________________ ______________________________
(Signature of Person Requesting Review)

**ADMINISTRATIVE OFFICE OF THE COURTS REVIEW**

I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

DATE:______________________ ______________________________
AOC DIRECTOR

**PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" ORDERED BY WILLIAMSON CHANCERY ON 10/21/2019 AND THEN EXTENDED FOR FIVE-MORE YEARS, WITHOUT NOTICE OF MOTION! I HAVE NEVER EVEN BEEN ALLOWED TO PARTICIPATE IN A HEARING TO DEFEND MYSELF! DESPITE PROMISES ON COURT RECORD 8/29/2019, TO ALLOW ME TO PARTICIPATE BY PHONE, KNOWING CHANCERY HAD FORCEFULLY RENDERED ME HOMELESS AND I NEEDED TO IMMEDIATELY RELOCATE TO MICHIGAN, HAVING NO OTHER PROVISION FOR SHELTER, FOOD, OR SURVIVAL IN TENNESSEE! WHILE ONCE THE FRAUD AND FALSE TESTIMONY USED TO MANIPULATE THE COURT IS REMOVED, THE ONLY REMAINING "GROUNDS" ARE ELECTRONIC COMMUNICATIONS WITH NO PHYSICAL THREATS OR DANGER!**

**TEXT MESSAGES FROM WIFE'S INITIAL "DIVORCE ANNOUNCEMENT" TO ME, ON MARCH 13TH, 2018.**

**WIFE'S "FEAR" WAS ENTIRELY BASED UPON HER BELIEF ABOUT WHAT WAS "UNDERSTANDABLE" IN HER OPINION! NOT ANYTHING I EVER DID!!!**

WHAT WIFE NEEDED WAS MENTAL AND PHYSICAL HELP FOR MENOPAUSE, NARCOLEPSY, AND CHRONIC DEPRESSION. WHAT SHE GOT INSTEAD WAS HELP COMMITTING MULTIPLE COUNTS OF FRAUD, WHICH COMPOUNDED HER STRESS & QUICKLY DETERIORATED HER HEALTH EVEN MORE!

3/13/18, 7:58 PM from Fawn Fenton

I thought you would hate me for this, and you would make me as miserable as possible to get back at me.

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

#1

3/13/18, 8:42 PM from Fawn Fenton

I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.

**THIS WAS A WHOLE YEAR BEFORE ATTORNEY STORY WAS HIRED, WITHOUT A SINGLE "INCIDENT", "THREAT" OR "DANGER" OF ANY SORT! WIFE INVITED ME OVER I BROUGHT HER GIFTS, SHE WANTED TO REMAIN FRIENDS AFTER DIVORCE!**

Regardless of what people can "GET AWAY WITH" legally, it is CRUEL, INHUMANE, and down right UN-AMERICAN to DEPRIVE a person of their CONSTITUTIONAL RIGHTS and/or Hinder their most Basic Need and Ability to SUPPORT Themselves and their Family, by ANY legal means available to anyone else.

Based entirely upon someone else's unfounded concerns due to the Damages which THEY SECRETLY PLANNED TO CAUSE, with NO HISTORY of Violence, Arrests, or SERIOUS RISK of PHYSICAL DANGER, short of charging the individual with a CRIME and providing them with FULL EQUAL AND DUE PROCESS OF LAW!

The DEPRIVATION OF RIGHTS for Convenience and Arbitrary Power is "ABSURD, SLAVISH, AND DESTRUCTIVE OF THE GOOD AND HAPPINESS OF MANKIND." (Article I, Section 2) of the CONSTITUTION OF THE STATE OF TENNESSEE!

I PRAY THAT THE WILLIAMSON COUNTY CHANCERY COURT OPERATE FAIRLY, WITH THE WELLBEING OF ALL CITIZENS TREATED EQUALLY, AS REQUIRED IN THE CONSTITUTION OF THE GREAT STATE OF TENNESSEE. THAT MY FREEDOM, MY NAME, AND MY REPUTATION, BE RESTORED, HAVING COMMITTED NO CRIME. SO THAT I CAN PASS A BACKGROUND CHECK AND GET A JOB TO SUPPORT MYSELF, AS I DESPERATELY NEED, OR THAT A FULL CRIMINAL INVESTIGATION BE LAUNCHED INTO THE DEPRIVATION OF BOTH MY RIGHTS AND MY PROPERTY!

*No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.*

UNIVERSAL DECLARATION OF HUMAN RIGHTS (1948, art. 5)
INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS (1976, art. 7)

*[T]he term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in or incidental to lawful sanctions.*

CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR
DEGRADING TREATMENT OR PUNISHMENT (1984, art. 1, para.1)

Fawn Fenton
██████ • mobile

Did you leave me this little plant?? 🪴🌿🌴🌱🌳

F Sorry I missed you! I was at the grocery store replenishing my junk food

Fawn Fenton (mobile) • Feb 4, 2019

Lol! I wasn't going to knock anyways. But I was a little afraid I had the wrong place... night time, raining, can't see.

So i drove back out your complex to make sure I was at the second entrance, then I looked up your address on my phone, and it said it was right. 😁

I thought that maybe you were at an AA meeting....

I like the fact that the wind doesn't blow much down in that cubby. It is pretty easy to leave stuff without worrying what will happen.

I figured you would be inside and you would find in the morning... I tried to step quiet so not to alert puppy.

It says that it's a "money tree". I figured that was what we could use right about now!

Feb 4, 2019

AA meeting... Hahaha... No, came home from work and fell asleep until about 8:pm, then got up and went to storage to drop off some of the stuff I picked up from you yesterday, then went grocery shopping.

F Yes that's funny! Money tree!

Fawn Fenton (mobile) • Feb 4, 2019



Fawn Fenton
[redacted] • mobile

I almost got a little bonsai fern... but it didn't have any care instructions, so I was afraid you might kill it. It was pretty too though! So many choices!

Lol@

Were you at the brentwood krogers? If so we just missed each other... I had to pickup meds, get Kiwi carrots, and reload my ice cream.

I had my adhd group tonight. Kiwi is feeling all abandoned.

Time to give her some love. Hope it makes you smile from time to time.

Feb 4, 2019

Yep Brentwood Kroger.
Is your ADHD group helpful?
Thank you very much for the plant!!

Fawn Fenton (mobile) • Feb 4, 2019

First time I've gone to group in a long time, but I'm going to try to go every other week, then cut Terry back to twice per month, on the off weeks for the group.

That way it costs my mom half as much.

It was a good meeting.

You're welcome for the plant!

We must have literally driven past each other.

Feb 4, 2019

I wouldn't knock, just because I'm not trying to barge in on you without calling first and asking.

(Plus i have a bunch of frozen food melting in my car.)

The reason that I knocked on your birthday, is because with that bodacious baloon, I thought it had a zero percent chance of not getting fucked up with the wind, while waiting outside for you.

It's not because I wouldn't like to visit, but I don't want to intrude when I have not been invited.

Feb 5, 2019

Thank you, I appreciate that.

Fawn Fenton (mobile) • Feb 5, 2019

Fawn Fenton
[redacted] • mobile

I figure it isn't instrusive if I just leave a gift outside, without knocking or invading your space.

If you disagree, just let me know.

I don't ever want to get blamed for "stalking" just because I have the impulse to buy you a small spontaneous gift. So if that bothers you, just let me know.

I was thinking of getting you a boloon and tying it around your windshield wiper, for you to find in the morning, but it's a good thing I didn't go with that plan.

(Plus they had all these valentine's day baloons, and I didn't see any which were calling out "Tootie".)

Do you take Sarah to the grocery store?

Goodnight again.

I just woke up on the couch with a pile of bird poo beside me, while Tweetie was standing on the plywood sheet leaning against the couch.

You would be proud of me, right now I'm in Brentwood getting dinner, and because I painted both back doors today, they are both open, trying to dry... I put Tweetie in her cage, just in case a raccoon got inside.

How is that for "paranoid" for you?

Both back doors, not only unlocked, but open, with no alarm armed, and no cameras out back anymore.

Feb 5, 2019

Fawn Fenton (mobile) • Feb 5, 2019

No racoons in the house when I got home.

Feb 5, 2019

Fawn Fenton (mobile) • Feb 5, 2019

You at another AA meeting tonight?

You seem to be enjoying your emojis lately.

Feb 5, 2019

Fawn Fenton
█████ • mobile

You sleeping any better?

Feb 6, 2019

Nope. I just had an appointment today with my sleep doc at the Frost clinic... He is upping my Adderall prescription, but other than xyrem, there isn't much to make me sleep better.

I also have been emailing with my GYN... Going to quit the hormones for now, they have more negative side effects and aren't really helping. Going to try to let my body detox for a month or two, then might try xyrem again later.

F

Fawn Fenton (mobile) • Feb 6, 2019

That sucks! Uppers alone is unsustainable. Did he check your bloodpressure, since you haven't had a physical lately?

Feb 6, 2019

F

Yes, they take my blood pressure every time I go in. It's been normal.

Fawn Fenton (mobile) • Feb 6, 2019

So you're not taking xyrem at all right now?

Adderall has an extended release capsule also... similar to my vyvance, which is supposed to last all day.

Feb 6, 2019

No, haven't taken xyrem at all for about 2 weeks now. Very tired, sleeping only in short 1-2 hour increments, but the night sweats are much milder without the xyrem.

F

Fawn Fenton (mobile) • Feb 6, 2019

Hungh... i wonder what to conclude about that?

The xyrem making you sleep through the sweating, or causing the sweating, or??

Feb 6, 2019

Yeah I discussed the extended-release Adderall with my doc today... But decided to keep me on the short-acting pills for now, so I can take them when I need depending on my schedule.

F

Fawn Fenton (mobile) • Feb 6, 2019

Fawn Fenton
████ • mobile

Ok. Just thought worth mentioning. I've never taken them. I take the highest dose for Vyvance, and supplement with adderall as needed. My doc says can only do as long as bp is ok. Bp has been borderline this past year, have physical next month.

Feb 6, 2019

My theory is that the root cause of the night sweats is menopause, but for some reason the sweating is much worse during deeper sleep. Xyrem effectively wasn't doing its job anymore... Even on strong dose of xyrem, I would wake up drenched after like 1 hour.

Fawn Fenton (mobile) • Feb 6, 2019

Hungh... that makes sense. Too bad there isn't a test or a single doc who can diagnose this stuff. Same with so much of healthcare, relies on client feedback and educated self-diagnosis.

Was why I gave up on shrinks in my 20s.

Feb 6, 2019

The sweats have been terrible... On the xyrem, I would totally drench my clothes and all bed sheets about every 1 to 2 hours. Would wake up soaked, change all clothes and strip bed and change all sheets... Go back to sleep, and then wake up sopping wet again like another hour later. Could go through this like 4x per night. Wet clothes and linens hanging up everywhere.

Fawn Fenton (mobile) • Feb 6, 2019

Until our roof catastrophe, and I could no longer walk Sarah without having an anxiety attack. That's when I decided to see a shrink again.

I put food in corner to avoid rain... i see raccoon butt now.

That sounds pretty awful! Was Sarah like wtf mommie?

Feb 6, 2019

So NOT taking the xyrem, I usually only have one episode of sweating per night, towards early morning, like between 3:am - 5:am. And it's less sweating... Still have to change clothes and sheets, but it's not as bad. And for most of the night I can at least be comfortable, even if I'm not sleeping well.

Raccoon butt!!! 

Fawn Fenton (mobile) • Feb 6, 2019

Fawn Fenton
██████████ • mobile

Birdie is almose always drenched in the morning... even when I'm not sweaty. I think that wherever she clings to me, it creates extra heat between her body and mine, but she still wants to be completely under the covers.

That sounds like a rough compromise.

Feb 6, 2019

Dang, poor birdie drenched with Daddy funk

Yup, there is no good solution right now. My sleep is trashed either way.
Menopause sucks ass.

Fawn Fenton (mobile) • Feb 6, 2019

So you can't get away with just changing your big towel? You need to change the sheets too?

Have you tried a lighter blanket or comforter? So less hot, before wet, so not to get chills?

Feb 6, 2019

My sleep doc says "well, at least it's temporary", and I said yeah, I might get better in another 6 to 8 years....

Fawn Fenton (mobile) • Feb 6, 2019

I agree with that assessment! Terry said his wife was batshit crazy during menopause... lucky they didn't get divorced.

Lol! Fuck... that's something to look forward to.

Feb 6, 2019

Right, sometimes I soak through towel to sheet below, and always soak the sheet on top of my body also. I have been putting 2-3 layers of sheets, and rotating them so some are hanging up to dry while others are on the bed.

Fawn Fenton (mobile) • Feb 6, 2019

I think we need special institutions you can drop your wife off at for a decade, not allow her to use any sharp objects or credit cards, and an orderly comes in hourly and changes your sheets.

Feb 6, 2019

That sounds kind of good right now.

Fawn Fenton (mobile) • Feb 6, 2019

Fawn Fenton
█████ • mobile

Lol!

Feb 6, 2019

Gotta go for a bit... Cute-cute wants cuddles....

Fawn Fenton (mobile) • Feb 6, 2019

Goodnight! Nice chatting. I'll keep praying that your symptoms will get better. My mom is praying for you too.

Go ask cute-cute how something so cute can smell like piss all the time...

Feb 6, 2019

Fawn Fenton (mobile) • Feb 6, 2019

There's no better place to take a nap!

His butt is a little shaggy.

He is cute... looking a little older, but aren't we all.

Feb 6, 2019

WIFE has struggled with CHRONIC DEPRESSION most of her life, admittedly since her preteen years. Often accompanied by ruminating upon negative and self-defeating thoughts. When left unchecked and uncured, this can spiral into an OVERWHELMING sense of hopelessness, followed by what her brother referred to as her "Doomsday Syndrome".

At that point, Wife tries to identify/isolate the greatest source of recurring conflict in her life, concluding that SHE MUST ESCAPE IT, at ANY and ALL costs! That behavior, activity, belief, place, property, person, etc... MUST be gouged-out or cut-off of her life PERMANENTLY, regardless of the costs, conflict, pain, damages, destruction, and long-term consequences, both to herself and to anyone else.

Wife becomes 100% convinced that this ONE thing is the SOURCE of her "misery". Though regretfully the unforeseen and unconsidered consequences of "escaping" it, often actually create a deeper "misery" for her to endure, setting the cycle to repeat itself again. Not with the same person, place, or thing... since she exhaustively ENSURED that is FOREVER gone, but for herself to repeat, again and again.



She can't "see" this, especially while the conflict endures. She won't "believe" it, if confronted. It is her "blind spot", known by only a few. Wife is completely convinced that this "external" xyz... is the SOURCE of HER "misery". Yet it returns.

That's what hurts the most about the illegal deprivation of my rights during our divorce. Without my due, legal, and constitutional rights, I wasn't empowered to protect either of us from the permanent unrecoverable consequences of her chosen PATH to ESCAPE.

I could have helped her have a "softer-landing" than this, even if it frustrated her more in the short-term. It would have done far less permanent damage, to us both!

Unconscionably, I was illegally prevented from protecting her. For that I pray for JUSTICE and RESTITUTION for HER SAKE! The LAW is the LAW for a REASON! It is to be EQUALLY afforded to EVERYONE!

Parents are responsible for the protection of their children. Unborn and small children are unable and not equipped to defend themselves against the schemes of the devil. As a result, God appointed agents to protect them and care for them. Again these agents are called parents. One day some years ago, the Lord opened up to me what I have since come to refer to as the **STRONG MAN PRINCIPLE.**

> *"Or how can anyone enter the strong man's house and carry off his property unless he first binds the strong man? And then he will plunder his house." (Matthew 12:29)*

In this passage, Jesus is explaining how to expel demonic spirits. He says that there are different ranking spirits with which to deal. If you want to be rid of all the lower ranking spirits, you must first find their "chief," bind him, and then you can eliminate the others. **The "chief' is called the strong man.**

As I was studying this passage, one day the Lord spoke to me that the principle works exactly the same when the kingdom of darkness is attempting to invade your house. In the Greek language, the word translated "house" is the word **"OIKOS."** This word in this context is not referring to the physical dwelling place, but rather to the family. **OIKOS** literally means: **"the descendants thereof."**

So when the enemy (the devil and demonic spirits) comes to plunder your house **(OIKOS),** he is

TNJudicial.org/c/e/jrf118.pdf Conspiracy: Real Estate Deed Fraud & ADA Financial Exploitation DOC 118 | Page 103 of 104
*God's Blessing Through Cultural Traditions*

after your family. His purpose is to devastate and destroy your marriage, children, and grandchildren. **In order to do so, he must first bind the strong man.**

Who is the strong man of your house? The husband is the strong man to the wife, and both parents are strongmen to the children. **Thus, in the areas of life in which the enemy can bind the parents, he has access to the children.**

57

FRBP Violated: #3:19-bk-02693 TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B) JRF.118.1103.00

# Oath of Office

I, Michael W. Binkley, do solemnly swear that I will support the Constitution of the United States of America and the Constitution of the State of Tennessee, that I will administer justice without respect of persons, and that I will faithfully and impartially discharge all the duties incumbent upon me as Circuit Judge of Division III, of the 21st Judicial District of the State of Tennessee, to the best of my skill and ability, so help me God.

This the 29th Day of August, 2014

Michael W. Binkley

I, JOE P. BINKLEY, JR. have this day administered the Oath of Office to Michael W. Binkley, Circuit Judge of Division III, of the 21st Judicial District of the State of Tennessee, as prescribed and required by law.

This the 29th Day of August, 2014

Judge

SECRETARY OF STATE
OFFICE OF
2014 SEP -5 PM 4:04

12091200.1