**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021



**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. *Angela M. Gosnell, Wochit*

> DURING THIS "SLIDE-SHOW", THE WORDS WHICH WHERE SPOKEN THROUGHOUT THE VIDEO BY JUDGE MICHAEL W. BINKLEY, ARE <u>DISPLAYED</u> IN THE <u>WHITE TEXT</u> AT THE <u>BOTTOM</u> OF <u>EACH VIDEO FRAME</u>.
>
> MY COMMENTARY WILL APPEAR IN A BOX LIKE THIS. THE REST OF THE PAGE CONTENT SHOULD REMAIN THE SAME THROUGHOUT.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.

CRIME & COURTS

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

Jamie Satterfield Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021



JUDGE MICHAEL W. BINKLEY SWORE AN OATH OF OFFICE TO PROTECT THE FIRST AMENDMENT, BUT AS YOU CAN CLEARLY SEE HERE, HE HATES IT! JUDGE MICHAEL W. BINKLEY THREATENS THE PEOPLE NOT TO USE THEIR CONSTITUTIONAL RIGHTS! WHILE BLAMING THE PRESS AND THE PEOPLE FOR HIS OWN BAD BEHAVIOR!

THIS IS UNBECOMING OF ANYONE HOLDING PUBLIC OFFICE! LET ALONE IN HIS OFFICIAL CAPACITY FROM THE BENCH OF JUSTICE, WHICH IS OWNED BY THE PUBLIC! DISGRACEFUL!!!

**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. Angela M. Gosnell, Wochit

A Williamson County judge was convinced a Nashville lawyer with a reputation for legal trash-talking had exposed his secret.

Vengeance, Circuit Court Judge Michael Binkley publicly and repeatedly vowed, would be his.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.



CRIME & COURTS

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

JUDGE MICHAEL W. BINKLEY IS EXTREMELY PERSONABLE, HE IS A STRONG PUBLIC SPEAKER, AND HE HAS A GENUINE GIFT FOR BEING ABLE TO CONNECT WITH HIS AUDIENCE, AS IF SPEAKING DIRECTLY WITH THEM (MAKING YOU FEEL VALUED AND IMPORTANT.)

HOWEVER, IF YOU LISTEN CAREFULLY TO HIS LANGUAGE, JUDGE MICHAEL W. BINKLEY IS VERY MANIPULATIVE IN THE WORDS HE SPEAKS. HE PRESENTS HIS ARGUMENT AS IF IT WERE "MATTER OF FACT", AS IF ANY REASONABLE PERSON WOULD AGREE WITH HIM (OF COURSE); AND ONLY AN IDIOT WOULD SEE THINGS DIFFERENTLY!

I DON'T BELIEVE THAT IT REQUIRES AN IDIOT TO PRIORITIZE JUDICIAL INTEGRITY THROUGHOUT THE STATE OF TENNESSEE (WHICH HAS BEEN DESPERATELY LACKING FOR DECADES) AND HAVING A TRULY FAIR, EQUAL, AND IMPARTIAL TRIBUNAL! (AS IS CONSTITUTIONALLY REQUIRED TO HOLD ANY "COURT OF LAW"!) OVER THE PERSONAL INTERESTS OF A JUDGE OR ANY ACCLAIMED "SERVANT OF THE PEOPLE".

FOR ANYONE TO CLAIM THEY ARE ABOVE HUMAN FALIBILITY, TEMPTATION, THE NATURAL STRINGS OF THE HEART, IS BLASHPHEMOSPHY! WHILE THE JUDICIAL CANONS DEMAND A JUDGE PRIORITIZE THE INTEGRITY OF THE JUDICIARY OVER PERSONAL INTERESTS. THAT'S THE JOB! OTHERWISE, THERE ARE LOTS OF OPPORTUNITIES WORKING IN THE PRIVATE SECTOR!

**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021



**WHO WAS THAT "OTHER JUDGE" WHO ENJOYED PARTIES & VACATIONS WITH ATTORNEYS?**

**OH YEAH, JUDGE MICHAEL W. BINKLEY'S "ALLEGED" FORMER BENEFACTOR!**

**DISGRACED CORRUPT NASHVILLE JUDGE CASEY MORELAND, WHO WAS ARRESTED BY THE FBI! (AS I EXPECT WILL EVENTUALLY BE THE CASE HERE, ESPECIALLY WITH WHAT I'VE SEEN!)**

**THE FACES CHANGE BUT THE GREED OF POWER AND THE LUST OF THE FLESH PERSISTS!**

**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. *Angela M. Gosnell, Wochit*

A Williamson County judge was convinced a Nashville lawyer with a reputation for legal trash-talking had exposed his secret.

Vengeance, Circuit Court Judge Michael Binkley publicly and repeatedly vowed, would be his.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.



**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel

Published 10:00 p.m. ET March 21, 2021

---

**THE CONSTITUTION OF THE STATE OF TENNESSEE**
ARTICLE IX. DISQUALIFICATIONS: SECTION 2. NO PERSON WHO DENIES THE BEING OF GOD, OR A FUTURE STATE OF REWARDS AND PUNISHMENTS, SHALL HOLD ANY OFFICE IN THE CIVIL DEPARTMENT OF THIS STATE.

**MATTHEW 15:19 (NASB)**
FOR OUT OF THE HEART COME EVIL THOUGHTS, MURDERS, ADULTERIES, FORNICATIONS, THEFTS, FALSE WITNESS, SLANDERS.

**ROMANS 3:23 (AMP)**
SINCE ALL HAVE SINNED AND CONTINUALLY FALL SHORT OF THE GLORY OF GOD.

**ECCLESIASTES 7:20 (NASB)**
INDEED, THERE IS NOT A RIGHTEOUS MAN ON EARTH WHO CONTINUALLY DOES GOOD AND WHO NEVER SINS.

**TENNESSEE IS THE BIBLE BELT OR THE BINKLEY BELT?**

**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

View Comments    



In 2018, Williamson County Judge Michael Binkley told a crowd of lawyers that judges were under attack "for having parties" with attorneys.

### THE CONSTITUTION OF THE STATE OF TENNESSEE
ARTICLE XI. MISCELLANEOUS PROVISIONS: SECTION 4. THE LEGISLATURE SHALL HAVE NO POWER TO GRANT DIVORCES; BUT MAY AUTHORIZE THE COURTS OF JUSTICE TO GRANT THEM FOR SUCH CAUSES AS MAY BE SPECIFIED BY LAW; BUT SUCH LAWS SHALL BE GENERAL AND UNIFORM IN THEIR OPERATION THROUGHOUT THE STATE.

These statements of fact are about **Docket #48419B** filed on **6/4/2019**, by **Story, Abernathy, & Campbell, PLLP** in **Williamson County Chancery Court**. The Courthouse is located at 135 4th Avenue South, Franklin, TN 37064. The Chancery Court Clerk & Master **Attorney Elaine Beaty Beeler** (BPR# 016583), the presiding Chancellor was **Judge Michael Weimar Binkley** (BPR# 005930), while my opposing Counsel was **Attorney Virginia Lee Story** (BPR# 011700) and **Attorney Kathryn Yarbrough** (BPR# 032789) with **Story, Abernathy, & Campbell, PLLP**.

The actions taken in Williamson County Chancery Court, were directly tied to, in coordination with, and allegedly based upon my ex-wife's **Chapter-13** bankruptcy action, **Case 3:19-bk-02693** in **The U.S. Bankruptcy Court for the Middle District of Tennessee**, found at 701 Broadway Ste 260, Nashville, TN 37203-3983. The Federal Bankruptcy Court Judge presiding was **Judge Charles M. Walker** (BPR# 019884). The Chapter-13 Trustee responsible was **Attorney Henry Edward Hildebrand, III** (BPR# 032168). While Bankruptcy Counsel for my ex-wife was **Attorney Mary Elizabeth Maney Ausbrooks** (BPR# 018097) and **Attorney Alexander Sergey Koval** (BPR# 029541) both of **ROTHSCHILD & AUSBROOKS, PLLC**.

**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021



**REFERRING BACK TO THE PAGE PRIOR, TN CONST Art. XI, § 4:** The Legislature shall have no power to grant divorces; but may authorize the Courts of Justice to grant them for such causes as may be specified by law; **but such laws shall be general and uniform in their operation throughout the state.**

So, besides a whole lot of other reasons WHY our bad-faith, litigious ambush, lack of jurisdiction, almost exclusively "fraudulent narrative" (by Story), taken as if 100% FACT (by Binkley), showing incredible **BIAS** and **DISCRIMINATION** from the very start, which only got worse. Incidentally, rendering everything therein and thereafter **VOID**, not "voidable", of absolutely <u>NO LEGAL CONSEQUENCE</u>. "An attempt to enforce it BEYOND THESE BOUNDARIES is NOTHING LESS than LAWLESS VIOLENCE!" If you go by the Supreme Law of the Land, with the United States Supreme Court, rather than "Plantation Law & Extortion by Binkley".

**This cannot be ignored its fact recorded!** Judgment is a **void judgment** if court that rendered judgment **lacked jurisdiction** of the subject matter, or of the parties, or **acted in a manner inconsistent with due process,** *Fed. Rules Civ. Proc., Rule 60(b)(4), 28 U.S.C.A., U.S.C.A. Const. Amend. 5 -Klugh v. U.S., 620 F.Supp. 892 (D.S.C. 1985).*

The entire case was completely one-sided (not for my lack of trying to be heard), as I've invested over **10,000 hours** to date, with **over 1,000 pages filed** between County and State Courts, so far (without **ONE WORD** used to my benefit), while I still struggle to find anyone within the State of Tennessee (or Federally) who will actually **MAKE** Judge Binkley and Attorney Story <u>OBEY THE LAW</u>, their oaths of office, the Judicial Canons, Federal and State Constitutions, the Supreme Law of the Land, or the Rules of Judicial and Professional Conduct. (Even the "Board of Professional Responsibility" has REFUSED to FILE my very serious COMPLAINT against Attorney Story, citing the improprieties between her and Judge Binkley, along with a half-dozen of their "friends". **Instead they mailed me a few fliers on "legal aid services" and threw my extensive complaint and 500-pages of clear & convincing evidence in their "no further action" file.**

<u>Williamson County Chancery Court Docket #48419B</u>, along with all actions, allegations, and "orders" therein, by both Judge Michael W. Binkley and Attorney Virginia Lee Story, is ALSO purely <u>UNCONSTITUTIONAL</u> per the Constitution of the State of Tennessee, in Art. XI § 4, as defined above. Because if nothing else, #48419B CERTAINLY was NOT "GENERAL AND UNIFORM IN OPERATION THROUGHOUT THE STATE." <u>Hence the Court</u> lacked <u>the authority to perform</u> such bias, cruel and lawless actions!

**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021



JUDGE MICHAEL W. BINKLEY IS MANIPULATING AND LYING TO PEOPLE AGAIN! USING OUR COURT PODIUM TO PROMOTE HIS PERSONAL AGENDA, TO PLAY AND DO WHATEVER HE WANTS!

JUDICIAL CANON 2B: "A JUDGE SHOULD AVOID LENDING THE PRESTIGE OF JUDICIAL OFFICE TO ADVANCE THE PRIVATE INTERESTS OF THE JUDGE OR OTHERS."

*And what people are doing to judges, making up stuff, putting it in the media when it's totally false,*

**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. *Angela M. Gosnell, Wochit*

A Williamson County judge was convinced a Nashville lawyer with a reputation for legal trash-talking had exposed his secret.

Vengeance, Circuit Court Judge Michael Binkley publicly and repeatedly vowed, would be his.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.

CRIME & COURTS

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

View Comments   



*it's happening. And you know what? If your client is part of that kind of stuff, turn them in.*

**AT TIMES A PICTURE IS WORTH A THOUSAND WORDS!**
THAT LOOK IS HATE! WHAT DOES JUDGE MICHAEL BINKLEY HATE SO MUCH?

**THREE THINGS** (APPARENT FROM THIS VIDEO RANT):
1.) Our **FIRST AMENDMENT** (which ironically he swore an oath to protect.)
2.) The **MEDIA**... who have the power to EXPOSE his indiscretions, when he acts badly!
3.) Worst of all: the **TAXPAYERS** who employ him, when they reach out to the media for HELP, after shockingly learning that the "Court" doesn't even pretend to treat people "equally", "impartially", or "fairly", as we were taught that it does. Nor did the "Court" act or show the slightest care about my "Constitutional Rights"! As if they didn't even exist!

While we can't find a single person within the judicial system or any supervisory boards (all funded by the taxpayers), who are willing to lift a single finger to help save our LIVES! Sometimes literally for YEARS! **Like ME.** Though never arrested in my life!

THAT IS WHEN SOMEONE WHO IS **NOT WILLING TO BE BULLIED** & TRAMPLED ON ANY LONGER, HAS TO **RISK THEIR LIVES**, TO STAND-UP TO THESE **MONSTERS**, TRYING TO **FORCE A JUDGE TO OBEY THE LAW**, OR GET ARRESTED LIKE MORELAND!

**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

View Comments   



*Don't be part of the problem.*

I CAN THINK OF VERY FEW THINGS MORE DISGRACEFUL, THAN A "JUDGE" THREATENING THE PEOPLE WHOM HE HAS SWORN TO PROTECT AND SERVE!

If you can watch this VIDEO and still believe the "Binkley Bull", that "Judge" Michael W. Binkley is really a man of integrity and honor, who selflessly cares about and serves the PEOPLE of the State of Tennessee, equally and impartially, then I can't help you. I hate to say it, but you might deserve "Plantation Law"; which is based upon the "Master/Slave" relationship, not equality, impartiality, fairness. Instead it's about domination, power, and servitude at all COSTS!

I didn't DESERVE it though! I had NO IDEA how absurdly compromised the "judicial" system is within Middle Tennessee. I never had any problems with the "law", I took no interest in the "law", I believed what we were taught in grade school about the Declaration of Independence, the Constitution of the United States of America, about my inalienable human rights, along with our State and Federal Constitutional Rights, which we are so fortunate to have here in America!

Then I went into Court for a routine divorce, and learned that NONE of that provided me with ANY protection, without the POWER to literally FORCE the JUDGE to OBEY the LAW! Judge Michael W. Binkley allowed his close and trusted family friend, Attorney Virginia Lee Story, to fraudulently assassinate my character, to the point that she even depicted me as a SERIAL KILLER: "Wife would request... that Mediation be waived... Wife is concerned for her safety <u>and for the safety of those participating in the Mediation process.</u>" (R.v1, Page 115, Paragraph 8). Honestly the TRUTH, my "Rights", the Constitution, any Federal or State Laws, the "Judicial Canons", Professional Conduct, basic ethics, fairness, equitable distribution, loss mitigation, ensuring that both parties can simply survive, meant NOTHING in that "Court"!

Incidentally, my ex-wife told me a year earlier that she didn't want "mediation", because she thought that she would get a more favorable Judgment, than we were advised was "FAIR" (with all factors considered), by a Financial Expert and "Collaborative Divorce" professional, we had previously hired. So she spent OUR money on an ARMY of Attorneys instead!

**CRIME & COURTS**

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021



*And when you're unethical as a lawyer, I've seen it,*

knox.
0:57 | 2:10

IN THE SLIDE ABOVE, JUDGE BINKLEY ADMITTED THAT HE HAS SEEN LAWYER(S) BEING UNETHICAL. (Not surprising, probably every Judge has.) THE "CONFESSION" COMES WHEN JUDGE BINKLEY ADMITTED, "I'VE NEVER TURNED IN A LAWYER IN MY ENTIRE CAREER." THAT IS WHERE JUDGE BINKLEY BROKE THE RULES, BY HELPING TO HIDE IT!

TENN. R. SUP. CT. 2.15 (RESPONDING TO JUDICIAL AND LAWYER MISCONDUCT)
(A) A **judge** having knowledge that **another judge** has committed a violation of this Code that raises a substantial question regarding the judge's honesty, trustworthiness, or fitness as a judge in other respects **shall inform the appropriate authority.**
(B) A **judge** having knowledge that **a lawyer** has committed a violation of the Rules of Professional Conduct that raises a substantial question regarding the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects **shall inform the appropriate authority.**
(C) A **judge** who receives information indicating a substantial likelihood that **another judge** has committed a violation of this Code **shall take appropriate action.** (This is one place where the COURT OF APPEALS grossly VIOLATED the RULES in my case!)
(D) A **judge** who receives information indicating a substantial likelihood that **a lawyer** has committed a violation of the Rules of Professional Conduct **shall take appropriate action.** (This is another place where the COA VIOLATED the RULES in my case.)

Comment: [1] Taking action to address known misconduct is a judge's obligation. Paragraphs (A) and (B) impose an obligation on the judge to report to the appropriate disciplinary authority the known misconduct of another judge or a lawyer that raises a substantial question regarding the honesty, trustworthiness, or fitness of that judge or lawyer. Ignoring or denying known misconduct among one's judicial colleagues or members of the legal profession undermines a judge's responsibility to participate in efforts to ensure public respect for the justice system.
LAWYERS MUST also Report Both Judicial and Lawyer Misconduct: Tenn. R. Sup. Ct. 8.3 (REPORTING PROFESSIONAL MISCONDUCT).

CRIME & COURTS

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

    



**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. *Angela M. Gosnell, Wochit*

A Williamson County judge was convinced a Nashville lawyer with a reputation for legal trash-talking had exposed his secret.

Vengeance, Circuit Court Judge Michael Binkley publicly and repeatedly vowed, would be his.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.

CRIME & COURTS

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

View Comments    



**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. *Angela M. Gosnell, Wochit*

A Williamson County judge was convinced a Nashville lawyer with a reputation for legal trash-talking had exposed his secret.

Vengeance, Circuit Court Judge Michael Binkley publicly and repeatedly vowed, would be his.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.

CRIME & COURTS

# Appeals court removes Tennessee judge from case with lawyer who revealed his secret arrest

**Jamie Satterfield** Knoxville News Sentinel
Published 10:00 p.m. ET March 21, 2021

View Comments



**Judge: 'Revenge is mine'**
A Tennessee judge vowed revenge just weeks before he slapped a lawyer with $700,000 in sanctions in 2018. The sanctions order has now been struck down. *Angela M. Gosnell, Wochit*

A Williamson County judge was convinced a Nashville lawyer with a reputation for legal trash-talking had exposed his secret.

Vengeance, Circuit Court Judge Michael Binkley publicly and repeatedly vowed, would be his.

"My day will come," Binkley told a courtroom of attorneys.

Just weeks later, it did, court records show.

Binkley slapped the attorney, Brian Manookian, and his legal partner with more than $700,000 in sanctions in a hotly contested battle between warring lawyers in a lawsuit.

members are there. We all, I think would agree 110 percent, have some of the best times we've ever had. It is so much fun.

"I pay for my own gas. I pay for my — whatever I pay for," Binkley said.

Binkley addressed the trips after attorney Connie Reguli filed an emergency motion to suspend the proceedings in a case involving her client, Sam Clemmons, until they could complete an open records request into the emails to learn the extent of the trips.

The judge denied that motion.

He stressed that there's nothing wrong with lawyers and judges having a good time outside of work, "as long as you're not doing anything improper."

"People can assume whatever they want to. That's their business. But we're not so stupid, irresponsible or violating rules and getting special treatment out on a lake house boat, where you're all sitting around having a good time," Binkley said.

Story, who represents the defendants in Clemmons' case, said the trips at Center Hill Lake are only one day, despite emails that show the trips spanned three days, from Friday through Sunday.

"I don't know of any other profession that has to (argue against) each other every day in court and be adversaries, and fight for your clients zealously, but then we expect them to go out and go to bar functions and seminars, and sit across the aisle from each other and be friends," Story said.

"There's no way you can do that unless you have a mutual respect for each other. Respect for the way that you represent your client, and respect for the way that you carry on your family life."

*Reach Elaina Sauber at esauber@tennessean.com, 615-571-1172 or follow @ElainaSauber on Twitter.*