The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

RECEIVED
APR 07 2020
By

*Vol 1*

*Appendix*
*13-1*

# TECHNICAL RECORD

NO. 48419B
COA NO. M2019-02059-COA-R3-CV

FILED
JUN 1 5 2020
Clerk of the Appellate Courts
Rec'd By

*TR-5*
*TE-1*

***APPPEALED FROM***
CHANCERY COURT
AT FRANKLIN TENNESSEE
MICHAEL W. BINKLEY CHANCELLOR
ELAINE B. BEELER, CHANCERY COURT CLERK

***IN THE CASE OF***
FAWN ███████ FENTON
VS.
JEFFREY RYAN FENTON

***TO THE***
APPEALS COURT
NASHVILLE TENNESSEE

VIRGINIA L. STORY
135 FOURTH AVE. SOUTH
FRANKLIN, TN 37064
**ATTORNEY FOR APPELLEE**

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI 48430
**PRO SE APPELLANT**

FILED 31ST DAY OF MARCH 2020.

CHANCERY COURT                                              CLERK
NO. 48419B          *Sara B McKinney*          DEP. CLERK

Case 1:23-cv-01097-PLM-RSK ECF No. 1-17, PageID.642 Filed 10/13/23 Page 2 of 100

TNJudicial.One/c/a/jrf0023.pdf       Williamson County Chancery Court Tennessee (Trial Court Records)       DOC: 002 | Page 2 of 719

# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

**FAWN ▮▮▮▮ FENTON v. JEFFREY RYAN FENTON**

### Chancery Court for Williamson County
### No. 48419b
### COA NO. M2019-02059-COA-R3-CV

## CERTIFICATE OF APPELLATE RECORD

I, Elaine B. Beeler, Clerk and Master, Williamson County Chancery Court, Franklin, Tennessee, do hereby certify that the following items herewith transmitted to the Court of Appeals are original or true and correct copies of all or the designated papers on file in my office in the captioned case.

1.      Technical record attached to this certificate consisting of 709 pages contained in five volumes.

2.      One volume of transcripts filed in my office on February 18, 2020, and authenticated by the Trial Judge or automatically authenticated under T.R.A.P. Rule 24(f).

        1 Volume - Hearing Date August 1, 2019

3.      No exhibits are included in the record.

4.      No sealed documents and/or exhibits are included in the record.

5.      No depositions are included in the record.

6.      No exhibits and/or documents of unusual bulk or weight have been retained in my office.

TNJudicial.org/e/a/jrl002.pdf · Williamson County Chancery Court Tennessee (Trial Court Records) · 10/13/23 · DOC: 002 | Page 3 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-17, PageID.645    Filed 10/13/23    Page 3 of
100

This the ___31st___ day of ___March___, 2020.

(SEAL)

Elaine B. Beeler
Clerk and Master
Williamson County Chancery Court
**Franklin, Tennessee**

| FILED/ENTERED DATE | INDEX | PAGE |
|---|---|---|
| 6/4/19 | COMPLAINT FOR DIVORCE | 1-4 |
| 6/4/19 | TEMPORARY RESTRAINING ORDER | 5 |
| 6/11/19 | AFFIDAVIT OF LORI POLK | 6-8 |
| 6/20/19 | PETITION FOR ORDER OF PROTECTION AND ORDER FOR HEARING | 9-29 |
| 6/20/19 | TEMPORARY ORDER OF PROTECTION | 30-32 |
| 6/20/19 | MOTION TO DEEM HUSBAND SERVED | 33-40 |
| 7/17/19 | MOTION TO SELL THE MARITAL RESIDENCE | 41-44 |
| 7/29/19 | HUSBAND'S RESPONSE TO WIFE'S MOTION TO SELL MARITAL RESIDENCE | 45-106 |
| 8/13/19 | ORDER EXTENDING EX-PARTE/TEMPORARY ORDER OF PROTECTION | 107-109 |
| 8/14/19 | EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING AND ORDER GRANTING MOTION TO SELL MARITAL RESIDENCE BY AUCTION | 110-112 |
| 8/15/19 | MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 113-118 |
| 8/29/19 | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 119-380 |
| 8/29/19 | ORDER/EXTEND ORDER OF PROTECTION, RESET MOTION, WAIVE MEDIATION, SET FINAL HEARING, ETC. | 381-383 |
| 8/29/19 | ORDER EXTENDING EX PARTE/TEMPORARY ORDER OF PROTECTION | 384-386 |
| 9/20/19 | PROTECTED INCOME AND ASSETS | 387-391 |
| 9/26/19 | MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE | 392-399 |
| 10/10/19 | NOTICE OF FILING/ORDER ENTERED BY THE U.S. BANKRUPTCY COURT | 400-402 |
| 10/10/19 | ORDER/MOTION TO SELL REMAINING CONTENTS OF THE MARITAL RESIDENCE | 403-404 |
| 10/21/19 | ORDER OF PROTECTION | 405-410 |
| 10/21/19 | AFFIDAVIT OF VIRGINIA LEE STORY | 411-415 |
| 10/28/19 | FINAL DECREE OF DIVORCE | 416-423 |
| 11/20/19 | NOTICE OF APPEAL | 424-425 |
| 2/18/20 | NOTICE OF FILING/TRANSCRIPT | 426 |
| 2/18/20 | DEFENDANT'S RESPONSE TO NOTICE OF FAILURE TO COMPLY WITH T.R.A.P. RULE 24, RESPONSE TO MOTION TO DISMISS, AND RESPONSE TO ADMINISTRATIVE ORDER BY THE COURT OF APPEALS | 427-709 |

TNJudicial.court/dscrf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-17, PageID.645   Filed 10/13/23   Page 5 of 100

DOC: 002 | Page 5 of 719

| FILED/ENTERED DATE | INDEX EXTENDED – TO DIFFERENTIATE HUSBAND'S DOCUMENTS, PROVIDING CONTEXT AND CLARITY. | PAGE |
|---|---|---|
| 6/4/2019 | COMPLAINT FOR DIVORCE (ATTORNEY VIRGINIA LEE STORY #48419B). | 1-4 |
| 6/4/2019 | TEMPORARY RESTRAINING ORDER. | 5 |
| 6/11/2019 | AFFIDAVIT OF LORI POLK. | 6-8 |
| 6/20/2019 | PETITION FOR ORDER OF PROTECTION AND ORDER FOR HEARING. | 9-29 |
| 6/20/2019 | TEMPORARY ORDER OF PROTECTION. (28 U.S.C. § 455 (a),(b)(1)) | 30-32 |
| 6/20/2019 | MOTION TO DEEM HUSBAND SERVED. | 33-40 |
| 7/17/2019 | MOTION TO SELL THE MARITAL RESIDENCE. VIOLATED FRBP RULE 7001 PART VII (1),(2),(3), 11 U.S.C. § 363(b)(1), 11 U.S.C. §363(h), 11 U.S.C. § 541, 11 U.S.C. §§ 1203-1208, 28 U.S.C. § 1334-1335, 18 U.S.C. §§ 153-158, 18 U.S.C. §§ 241-242, 18 U.S.C. § 1951, 42 U.S.C. §§ 12202-12203 (a),(b),(c), TCA § 39-16-403, TCA § 39-16-507, U.S. Const., amend. I, II, IV, V, VII, VIII, XIV. | 41-44 |
| 7/29/2019 | HUSBAND'S RESPONSE TO WIFE'S MOTION TO SELL MARITAL RESIDENCE. (SEE R.v1, PAGES: 45, 46:3, 46:6, 47:7, 47:8, 48:9, 48:10, 50:14, 50:16.) | 45-106 |
| 8/13/2019 | ORDER EXTENDING EX-PARTE TEMPORARY ORDER OF PROTECTION. | 107-109 |
| 8/14/2019 | EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING AND ORDER GRANTING MOTION TO SELL MARITAL RESIDENCE BY AUCTION. (18 U.S.C. §§ 241-242, 18 U.S.C. § 1951, 42 U.S.C. §§ 12202-12203) | 110-112 |
| 8/15/2019 | MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER. (18 U.S.C. §§ 241-242, 18 U.S.C. § 1951, 42 U.S.C. §§ 12202-12203) | 113-118 |
| 8/29/2019 ANY AND ALL POSSIBLE JURISDICTION TERMINATED UPON WRONGFUL EVICTION, FORCING HUSBAND TO RELOCATE TO MICHIGAN! | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER (AKA HUSBAND'S "ONE AND DONE": EMERGENCY AD HOC ANSWER & COUNTER TO ALL COMPLAINTS, INCLUDING DIVORCE, WITH SELF-EXPLANATORY EXHIBITS). | 119-380 NOT ONE WORD USED IN HUSBAND'S DEFENSE |
| 8/29/2019 | ORDER/EXTEND ORDER OF PROTECTION, RESET MOTION, WAIVE MEDIATION, SET FINAL HEARING, ETC. (18 U.S.C. §§ 241-242, 18 U.S.C. § 1951) | 381-383 |
| 8/29/2019 | ORDER EXTENDING EX PARTE/TEMPORARY ORDER OF PROTECTION. | 384-386 |
| 9/20/2019 | PROTECTED INCOME AND ASSETS. | 387-391 |
| 9/26/2019 | MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE: FRAUD! (DESPITE 8/29 PROMISES IN COURT AND TN PROTECTED INCOME & ASSETS.) | 392-399 |
| 10/10/2019 | NOTICE OF FILING/ORDER ENTERED BY THE U.S. BANKRUPTCY COURT. | 400-402 |
| 10/10/2019 | ORDER/MOTION TO SELL REMAINING CONTENTS - MARITAL RESIDENCE. | 403-404 |
| 10/21/2019 | ORDER OF PROTECTION (FALSE CLAIMS, DEPRIVED OF HEARING, DEFAULT) | 405-410 |
| 10/21/2019 | AFFIDAVIT OF VIRGINIA LEE STORY (FAILS TO DISCLOSE CRITICAL CONTENTS OF HUSBAND'S LETTER – FRAUDULENT BY RPC DEFINITION). | 411-415 |
| 10/28/2019 | FINAL DECREE OF DIVORCE (DEFAULT ORDER – WITHOUT NOTICE OR MOTION, BASED UPON ATTORNEY STORY'S FRAUDULENT AFFIDAVIT). | 416-423 |
| 11/20/2019 | NOTICE OF APPEAL. | 424-425 |
| 2/18/2020 | NOTICE OF FILING/TRANSCRIPT (FOR 8/1/2019 HEARING IN CHANCERY). | 426 |
| 2/18/2020 | DEFENDANT'S RESPONSE TO NOTICE OF FAILURE TO COMPLY WITH T.R.A.P. RULE 24, RESPONSE TO MOTION TO DISMISS, AND RESPONSE TO ADMINISTRATIVE ORDER BY THE COURT OF APPEALS. | 427-479 |

| Date | Description | Pages |
|---|---|---|
| 2/18/2020 | HUSBAND'S QUALIFIED DISABILITY DOCUMENTS FROM LOCAL PHYSICIANS. | 480-494 |
| ** 2/18/2020 ** | 8/29/2019 TRANSCRIPT OF EVIDENCE FROM CHANCERY HEARING ⟶ | 495-523 |
| ** 2/18/2020 ** | 8/01/2019 TRANSCRIPT OF EVIDENCE FROM CHANCERY HEARING ⟶ | 524-565 |
| 2/18/2020 | **WIFE'S ARSENAL, FIREARMS TRAINING RESUME, LICENSES,** DEFENSIVE HANDGUN INSTRUCTOR, CARRY PERMIT, CITIZENS POLICE ACADEMY, SITUATIONAL AWARENESS, RAPE & PEPPER SPRAY CERTIFIED TRAINER. | 566-594 |
| 2/18/2020 | **WIFE PROMISES TO PAY ALIMONY,** SETTLEMENT PROPOSITIONS, HOUSE NEGOTIATIONS, **CONCERNS ABOUT TRUMP TAX REFORM. HUSBAND OFFERED TO LET WIFE KEEP THE HOME, WIFE DECLINED.** MET WITH HUSBAND'S THERAPIST – **WIFE WANTED TO REMAIN FRIENDS AFTER DIVORCE.** CHRISTMAS AND BIRTHDAY GIFTS. **ROOMMATE ANNOUNCEMENT AND INCOME** (WIFE HAPPY) **$500 DECREASE IN SUPPORT NEEDED FROM WIFE** (TO START). **SHOULD ALLOW BOTH PARTIES TO CASHFLOW** FOR THE FIRST TIME SINCE WIFE LEFT. | 595-619 |
| 2/18/2020 | 11/5/2018 MUTUAL VOLUNTARY NON-SUITS FOR WILCO DOCKET #47426. | 620-629 |
| 2/18/2020 | **10/30/2018 HUSBAND'S PRO SE ANSWER AND COUNTER COMPLAINT** FOR DIVORCE, DOCKET #47426, IN WILLIAMSON COUNTY CHANCERY COURT. | 630-644 |
| 2/18/2020 | AMICABLE NEGOTIATIONS – PUT #47426 DIVORCE ON HOLD. | 645-655 |
| 2/18/2020 | **10/27/2018 VERBAL SETTLEMENT AGREEMENT BASED ON ALIMONY** PAID TO HUSBAND BY WIFE IN THE AMOUNT **OF $1,750 PER MONTH FOR A DURATION OF 6-YEARS** (22.5% OF WIFE'S GROSS INCOME FOR HALF THE DURATION OF MARRIAGE), AS ADVISED WAS FAIR BY SANDY ARONS, MBA. | 656-661 |
| 2/18/2020 | **10/12/2018 WIFE INVITED HUSBAND TO HER APARTMENT, PROVIDED HUSBAND WITH HER ADDRESS AND DIRECTIONS.** | 662-665 |
| 2/18/2020 | 9/28/2018 WIFE'S FIRST COMPLAINT FOR DIVORCE WITH **ATTORNEY EDWARD PORTER** IN WILLIAMSON COUNTY CHANCERY **DOCKET #47426.** | 666-674 |
| 2/18/2020 | **8/30/2018 WIFE'S PROPOSED MDA, WORKING WITH SANDY ARONS, MBA, THE COLLABORATIVE DIVORCE PROFESSIONAL WE HIRED TOGETHER.** | 675-676 |
| 2/18/2020 | COLLABORATIVE DIVORCE EFFORTS. | 677-681 |
| 2/18/2020 | **WIFE'S VOLUNTARY BUDGET TO SUPPORT BOTH HOUSEHOLDS** THROUGH 2018. THE MARITAL RESIDENCE PLUS A SEPARATE APARTMENT FOR WIFE. (AT LEAST THROUGH HER INITIAL 14-MONTH LEASE.) | 683-684 |
| 2/18/2020 | **4/22/2018 WIFE LEFT UNANNOUNCED** DURING ARGUMENT; WITH WCSO ESCORT. WIFE HAD ALREADY SECRETLY APPLIED FOR AN APARTMENT, AWAITING APPROVAL. **(WIFE BROKE PROMISE AND DECIDED TO FILE FOR A CONTESTED DIVORCE IMMEDIATELY, WHILE CLAIMING SHE WOULD PURSUE MARRIAGE COUNSELING, <u>AT THE SAME TIME</u>.)** WIFE ESTIMATED A CONTESTED DIVORCE WOULD TAKE 1.5 YEARS, BELIEVING THAT IF BOTH WERE DONE SIMULTANEOUSLY, THEN WITHIN 1.5 YEARS EITHER THE MARRIAGE WOULD BE HEALTHY OR DISSOLVED. HUSBAND FOUND DECISION ABSURD & COUNTERPRODUCTIVE, PAYING TO BOTH HEAL & DESTROY MARRIAGE SIMULTANEOUSLY. WCSO DEP. WARREN P. CAGLE (2265) **"SPOKE TO BOTH PARTIES INVOLVED AND CONCLUDED THAT THE DISPUTE WAS VERBAL ONLY."** (CASE: 2018-9643). **NO LAWS BROKEN.** | 685-686 |
| 2/18/2020 | 3/3/2018 WIFE SENT TEXT TO HUSBAND ANNOUNCING SHE SECRETLY **DECIDED TO GET A DIVORCE,** HAD ALREADY HIRED AN ATTORNEY, AND SIGNED THE DIVORCE PAPERS THAT DAY. **NEVER EVEN CONSIDERING DISCUSSING IT WITH HUSBAND** OR THE POSSIBILITY OF AN AMICABLE DIVORCE, **TO SAVE BOTH PARTIES FROM LOSING EVERYTHING.** | 687-709 |

# IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

FILED
CLERK & MASTER

, PM 3: 34

Plaintiff/Wife,                    )

                    FILED FOR ENTRY  )

v.                                 )          No. 48419 B

                                   )

**JEFFREY RYAN FENTON,**           )

Defendant/Husband.                 )

## COMPLAINT FOR DIVORCE

Plaintiff, makes the following complaint for absolute divorce against, Defendant, and states as follows:

### I.

Pursuant to Tenn. Code Ann. §36-4-106(b), Plaintiff has filed under seal the parties' statistical

information, and further provides as follows:

| Husband | | Wife |
|---|---|---|
| **Jeffrey Ryan Fenton** | **Full Name (and Maiden)** | **Fawn** ▓ **Fenton** |
| **1986 Sunny Side Drive** **Brentwood, TN 37027** | **Mailing Address** | ▓ **Brentwood, TN 37027** |
| 24 years | **Length of Residence in TN** | 20 years |
| **October 8, 1969** **Washington** | **Date and Place of Birth** | **January 22, 1973** **Nevada** |
| Caucasian | **Race** | Caucasian |
| 3 | **Number of this marriage** | 2 |
| **Divorce** | **How did prior marriages end** | **Divorce** |
| 12 | **Years of Education** | 16 |
| **Unemployed** | **Employer Name and Address** | **Adkisson & Associates Architects, Inc.** **3322 West End Avenue, Suite 103** **Nashville, TN 37203** |

The parties were married on October 16, 2005 in Davidson County, Tennessee.

1

1

Plaintiff has resided in the State of Tennessee more than six (6) months preceding the filing of this complaint. The acts complained of were committed while the Plaintiff was a bona fide resident of Tennessee.

## II.

There are no children born of this marriage.

## III.

Plaintiff would show that the parties have been experiencing difficulties in their marriage and all attempts at reconciliation have failed, thus rendering the marriage irreconcilably broken. Plaintiff requests that she be granted a divorce based on the grounds of irreconcilable differences, or in the alternative, if the parties are unable to reach an amicable agreement, then Plaintiff requests that she be granted a divorce on grounds of inappropriate marital conduct.

## IV.

Plaintiff would show that the parties have no assets other than personal property which has been divided with the exception of a few items. Husband and Wife have lived separately since April 2018. Husband refuses to work and has not paid the mortgage payment or assisted with the mortgage payment or the bills of the home. Wife has spoken to Husband and made every attempt to have the house listed and Husband previously agreed in 2018 but then refused. Wife cannot continue to pay the mortgage payment and allow Husband to stay in the house without financial help. Husband has rented two of the bedrooms out and he retains the rent. Husband ran up over $10,000 in credit card debt in Wife's name. Wife has now had to file bankruptcy to manage the debt accrual which debt all in her name as Husband has not any credit since 2016. Wife requests that the house be sold immediately. Wife requests that she be awarded her attorney's fees.

WHEREFORE, Plaintiff prays for the following relief:

2

2

TNJudicial.org/cdirf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC: 002 | Page 9 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-17, PageID.649    Filed 10/13/23    Page 9 of 100

    1.      That Defendant be served and required to answer within the time allowed by law, his oath being waived.

    2.      That Plaintiff be awarded an absolute divorce from Defendant and be restored to all the rights and privileges of an unmarried person.

    3.      That the Court approve a Marital Dissolution Agreement, if entered into between the parties; or, in the alternative if the parties cannot reach an agreement, that the Court make an equitable distribution of the parties' real and personal property and the parties' debts.

    4.      That the Plaintiff be awarded reasonable attorneys fees; and that costs be taxed to Defendant.

    5.      For all other relief this Court may deem proper.

Respectfully submitted,

**Virginia Lee Story, #11700**
**Kathryn L Yarbrough, #32789**
*Attorneys for Plaintiff*
136 Fourth Avenue South
Franklin, TN 37064
(615)-790-1778
virginia@tnlaw.org
kyarbrough@tnlaw.org

3

3

**STATE OF TENNESSEE**          )
**COUNTY OF WILLIAMSON**      )

       I, **Fawn** ▮▮▮▮ **Fenton**, after first being duly sworn in accordance with the law make oath that I am the Complainant in the foregoing Complaint for Absolute Divorce and that the facts stated therein are true and correct to the best of my knowledge, information and belief and that the Complaint is not made out of levity or by collusion with the Defendant, but out of sincerity and truth for the causes alleged in the Complaint.

                               **FAWN TIFFANY FENTON**

Sworn to and subscribed before me on this ▮▮ ᵗʰ day of ▮▮▮▮▮ , 2019.

                                **Notary Public**
                                My commission expires: 9-24-22

4

TNJudicial.org/a/afc002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOS-002 | Page 11 of 719

Case 2:23-cv-01097-PLM-RSK    ECF No. 4-17, PageID.651    Filed 10/13/23    Page 11 of 100

## IN THE CHANCERY COURT OF WILLIAMSON COUNTY, TENNESSEE

Fawn Tiffany Fenton

WILLIAMSON COUNTY
CLERK & MASTER
2019 JUN -4 PM 3: 35

vs.

Jeffrey Ryan Fenton

FILED FOR ENTRY 6/4/19    NO. 48419B

### TEMPORARY RESTRAINING ORDER

Pursuant to T.C.A. § 36-4-106 (d), it is hereby ORDERED as follows:

1. Each party is hereby restrained and enjoined from transferring, assigning, borrowing against, concealing or in any way dissipating or disposing of any marital property without permission of the Court or by consent order.
2. Expenditures from current income to maintain the marital standard of living and usual and ordinary costs of operating a business are not restricted by this injunction. Each party shall maintain records of all such expenditures and provide copies to the other party upon request.
3. Each party is restrained and enjoined from voluntarily canceling, modifying, terminating, assigning or allowing to lapse for non-payment of premiums any insurance policy of a party or in which a party or child of the parties has an interest without permission of the Court or by consent order.
4. Each party is restrained and enjoined from harassing, threatening, assaulting or abusing the other party and from making disparaging remarks about the other party to or in the presence of any children of the parties or to an employer of a party.
5. Each party is restrained and enjoined from hiding, destroying or spoiling, in whole or in part, any evidence electronically stored or on computer hard drives or other memory storage devices
6. Each party is restrained and enjoined from relocating any children of the parties outside the State of Tennessee or for more than 50 miles from the marital home without permission of the Court or by consent order, except in the case of a removal based upon a well-founded fear of physical abuse against either the fleeing parent or the child. In such latter case, upon the request of the non-relocating parent, the Court will conduct an expedited hearing to determine the reasonableness of the relocation and to make such other orders as appropriate. Nothing herein shall preclude the Court from revising, modifying or expanding the terms of this order pursuant to T.R.C.P. 65.07.

Entered this 4 day of June , 20 19 .

Deanna B. Johnson
Chancellor

### Clerk's Certificate of Service

I hereby certify that a true and exact copy of the foregoing Order has been mailed or delivered to all parties and/or counsel of record.

This the 4 day of June , 20 19 .

Jacqueline Edwards
Clerk and Master

DOC. 002 | Page 12 of 719

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

CLERK & MASTER

| | | |
|---|---|---|
| FAWN ▮▮▮▮ FENTON, | ) | 2019 JUN 11 PM 1:04 |
| Plaintiff/Wife, | ) | |
| | ) | FILED FOR ENTRY_____ |
| v. | ) | No. 48419B |
| | ) | |
| JEFFREY RYAN FENTON, | ) | |
| Defendant/Husband. | ) | |

## AFFIDAVIT OF LORI POLK

STATE OF TENNESSEE        )
COUNTY OF WILLIAMSON   )

Comes now, LORI POLK, after being duly sworn, does state as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.

2. I am a private process server in the State of Tennessee.

3. On June 5, 2019, I was retained by Virginia Story to personally serve the Summons and Complaint in the above-captioned matter on Defendant, Jeffrey Ryan Fenton.

4. On June 5, 2019 at 7:49 p.m., I went to Mr. Fenton's home address located at 1986 Sunny Side Drive, Brentwood, TN 37027 to personally serve Mr. Fenton with the Summons and Complaint. I knocked on Mr. Fenton's front door and got no answer. The lights were on inside the house. I knocked on the back door of the residence and got no answer. Some lights came on at the back of the property. I noticed that the property is under video and audio surveillance.

5. On June 6, 2019 at 1:34 p.m., I went to Mr. Fenton's home again to serve the papers. I could not approach the front door as the access to the stairs leading up to the front door and porch was newly chained and had a sign posted stating "No Entry."

6. On June 8, 2019 at 9:04 a.m., I went to Mr. Fenton's home again to serve the papers. I walked partially up the driveway towards the residence and noticed a sign posted on the property. Attached is copy of a photograph of the sign. From both the No Entry sign by the front door and the sign next to the driveway posted by the occupant, it is my belief that Mr. Fenton is avoiding service.

1

6

Further Affiant saith not.

_Lori Polk_

**LORI POLK**

Sworn to and subscribed before me on this ___11th___ day of June, 2019.

_Heidi L. Macy_

**Notary Public**

**My commission expires:** 6-19-22

2

7



48419 B F

## Petition for Order of Protection and Order for Hearing

RECEIVED BY
Judges' Chambers
Date: 6-20-19 ld

Case # (the clerk fills this in):
F L A L
... C ... T T N G U R T
CLERK & MASTER

2019 JUN 20  AM 8: 39

In the Chancery_____ Court of Williamson_____ County, TN

FILED FOR ENTRY 6/20/19

**Petitioner's name:** (person needing protection)
(List Child's name if filed on behalf of person under 18 years of age pursuant to TCA §36-3-602)

WARRANTS

FAWN ▮▮▮ FENTON

JUN 2 0 2019

RECEIVED

| FAWN | | FENTON |
|------|--------|--------|
| first | middle | last |

**Check if Applicable:**

☐ Petitioner is under 18 and this Petition is being filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602. *This request is being made by* _____ who is ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

☐ This request is being made by a law enforcement officer pursuant to TCA §36-3-619. Person on whose behalf this Petition is filed consents in writing to the filing and signs here

➡ _____

**\*\*PETITIONER'S CHILDREN UNDER 18 THAT PETITIONER BELIEVES ARE IN NEED OF PROTECTION:**

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|------|-----|---------------------------|------|-----|---------------------------|
| 1. | | | 3. | | |
| 2. | | | 4. | | |

**Respondent's Information** (person you want to be protected from):

| JEFFREY | | RYAN | FENTON | 10/08/1969 | |
|---------|--------|------|--------|-----------|--|
| first | middle | | last | date of birth (MM/DD/YYYY) | |

| 1986 SUNNYSIDE DR | | BRENTWOOD | | TN | 37027 |
|-------------------|--|-----------|--|-----|-------|
| street address | | city | | state | zip |

Respondent's Employer: UNEMPLOYED_____
   Employer's name                                      Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | |
|-----|------|------|------|------|------|
| ☒ Male ☐ Female | ☒ White | ☒ Black | ☐ Brown | Height | 5'9" |
| | ☐ Asian | ☒ Grey | ☐ Hazel | Weight | 240 |
| | ☐ Black | ☐ Blond | ☒ Blue | Social Sec. # | (Provided to Clerk's office if known) **Do not list it here. XXXXXXXXXXXXXXXXXXXX** |
| | ☐ Hispanic | ☐ Bald | ☐ Green | | |
| | ☐ Other: ____ | ☐ Brown | ☐ Gray | Scars/Special Features | |
| | | ☐ Other: ____ | ☐ Other: ____ | Phone Number | 615-837-1301 (Cell) 615- 837-1300 (Home) |

**RETURN TO CLERK & MASTER**

04/30/2018
Form #OP2018-1
Called 6/20 @ 16:00 LEFT message

Petition for Order of Protection          9          page 1 of 6

① Check all of the following that apply to the Petitioner:

a. ☒ We are married or used to be married.
b. ☒ We live together or used to live together.
c. ☐ We have a child together.
d. ☐ We are dating, used to date, or have had sex.
e. ☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* _____
f. ☐ We are the children of a person whose relationship is described above *(Specify):* _____
g. ☒ The Respondent has stalked me.
h. ☐ The Respondent has sexually assaulted me.
i. ☒ Other: Harrassment by txt messages, e-mails - unicemal, Harraknedire W3

**Warning!**
☐ Weapon involved
☒ Has or owns a weapon

② List all children under 18 that you have: (none)

\* ☐ Check here if listing addresses would put you or your child in danger. If so, leave any spaces for addresses blank.

| Name of Child | Age | Is Respondent the parent of the child? (Write "yes" or "no") | Does the child need to be protected from the Respondent? | Child's address |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

③ Where else have the children (that you and Respondent have together) lived during the last 6 months?

| Children's previous addresses | Who did they live with at this address? |
|---|---|
| | |
| | |
| | |
| | |

④ **Other Court Cases –** Is there any court, other than this court, in which the respondent and petitioner are parties to an action? (including cases in which the parties have children in common)
☒ Yes   ☐ No   If "Yes," fill out below:

County and State of other case: Williamson TN    Case Number (if you know it): current 48498

Kind of case *(check all that apply):* ☒ Divorce ☐ Domestic Violence ☐ Criminal ☐ Juvenile ☐ Child Support
☐ Other *(specify):* _____

04/30/2018
Form #OP2018-1                    Petition for Order of Protection                    page 2 of 6

0

⑤ **Custody Rights –** Does anyone besides you or the Respondent claim to have custody or visitation rights to the children that you and Respondent have together? ☐ Yes ☐ No If "Yes," who?

Name                                        Address

⑥ **Describe Abuse – (use additional sheets of paper if necessary and attach to Petition)**

Describe abuse, stalking or assault (include, IF APPLICABLE, information about abuse or fear of abuse to your child(ren), personal property or animals)

**See attached.**

Where and when did this happen?

Describe any weapons used.

**I ask the court to make the following Orders after the hearing: (check all that apply)**

⑦ ☒ **No Contact**
Please order the Respondent to not contact: ☒ me ☐ our children under 18, either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact.

⑧ ☒ **Stay Away**
Please order the Respondent to stay away from ☒ my home ☒ my workplace or ☒ from coming about me for any purpose.

⑨ 🖊 **Personal Conduct**
Please order the Respondent not to:
🖊 Cause intentional damage to my property or interfere with the utilities at my home.
🖊 Hurt or threaten to hurt any animals that I/we own or keep.

⑩ ☐ **Temporary Custody**
Please give me temporary custody of our children.

⑪ ☐ **Child Support**
Please order the Respondent to pay reasonable child support.

⑫ ☐ **Petitioner Support (if married)**
Please order the Respondent to pay reasonable spousal support.

⑬ ☐ **Move-out / Provide other housing**
Please order the Respondent to *(check one)*: ☐ move out of our family home **immediately**
or ☐ provide other suitable housing (if married)

☐ *Check here if your home or lease is in the Respondent's name **only***.

☐ If the parties share a residence, please allow the Respondent to obtain his/her clothing and personal effects such as medicine and other things he/she may need.

⑭ 🖊 **Counseling/Substance Abuse Programs**
Please order the Respondent to go to a certified batterers' intervention program if one available in the area or a counseling program.

⑮ ☑ **No Firearms**
Please order the Respondent not to have, possess, transport, buy, receive, use or in any other way get any firearm.
*List all firearms that you believe the Respondent owns, controls, or has access to:*

| Type of Firearm (Pistol, Rifle, etc.) | Location |
|---|---|
| SigArms P220 | |
| Glock 27 | |
| Kel-Tec P3AT | |
| IWI Galil ACE, Mosberg Shotgun | |

⑯ ☒ **Animals / Pets**
Please give me custody and control of any animal owned, possessed, leased, kept or held by me, ~~the Respondent, or the children listed above~~.

⑰ ☑ **Costs, fees, and litigation taxes**
Please order the Respondent to pay all court costs, lawyer fees, and taxes for this case.

⑱ ☐ **Transfer the billing responsibility for and rights to wireless telephone number(s)**
Please issue an order directing _____, a wireless telephone service provider, to transfer the billing responsibility for and rights to the wireless telephone number or numbers of petitioner since petitioner is not the account holder.

Current account holder (name): _____

Billing telephone number: _____

New account holder *(name):* _____

All telephone numbers to transfer to new account holder:

Telephone number *(include area code):* _____

Telephone number *(include area code):* _____

Telephone number *(include area code):* _____

Telephone number *(include area code):* _____

☐  Check box to include attachment with additional telephone number(s).

*If the judge makes this order, you will be financially responsible for the transferred wireless telephone number or numbers, including the monthly service costs and costs of any mobile device associated with the wireless telephone number or numbers. You may be responsible for other fees. You must contact the wireless service provider to find out what fees you will be responsible for and whether you are eligible for an account.*

(19) ☐  **Other Orders:** *(General Relief)* _____

_____

_____

**I also ask the court to:**

1. Make an immediate Temporary Order of Protection. *(Ex-Parte Order of Protection)*
2. Notify law enforcement in this county of that Order.
3. Serve the Respondent a copy of that *Order* and Notice of Hearing to take place within 15 days of service.
4. Serve a copy of the Request, Notice of Hearing and Temporary Order on the parents of the Petitioner (if the Petitioner is under 18 years of age) unless the Court finds that this would create a serious threat of serious harm to the Petitioner. *T.C.A. §36-3-605 (c )*

**Petitioner (parent/legal guardian/caseworker/law enforcement personnel) signs below in front of a notary public and swears that he/she believes the above information is true:**

➡ *[signature]*                     Date: _19 Jun 2019_

---

**Notary fills out below (TCA §36-3-602) –**

I declare that the Petitioner has read this Petition, and swears it be true to the best of her/his knowledge.

Sworn and subscribed before me, the undersigned authority,

By *(Print name of notary):* _Alejandra Anderson_

On this date: _06|20|2019_

➤ *[signature]*

Notary or Court Clerk or Judicial Officer signs here     Date notary's commission expires

*[Notary seal: ALEJANDRA ANDERSON — TENNESSEE NOTARY PUBLIC — COUNTY OF WILLIAMSON]*

---

☑ **The court finds good cause and will issue a Temporary Order of Protection.**

*[signature] 11:36 6/20/19 MB.*

Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III
Petition for Order of Protection

04/30/2018
Form #OP2018-1

3

page 5 of 6

☐ **The court does not find good cause and denies a Temporary Order of Protection** - The court finds there is no immediate and present danger of abuse to the petitioner and denies the Petitioner's request for a *Temporary Order of Protection*. The court will set the matter for hearing.

## ORDER FOR HEARING

The Petitioner and Respondent must go to court and explain to the judge why the judge should or should not issue an Order of Protection against the Respondent.

This hearing will take place on *(date):* 6/27/19 at *(time):* 9:00 ☒ a.m. ☐ p.m.
at *(location):* 135 4th Ave. South Franklin, TN 37064

_____    Date 6/20/19
Judicial Officer's-signature
Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

| Proof of Service of Petition, Notice of Hearing and Temporary Order of Protection: | If the Petitioner is under 18 (and Petitioner is a social worker filing on behalf of a minor) and service of these documents would *not* put him/her at risk, the Clerk will serve and fill out below. (TCA § 36-3-605(c)) |
|---|---|
| Respondent was served on *(date):* 6/20/2019 at *(time):* 1828 by *(check one):* ☑ Personal service ☐ U.S. Mail per TCA §§ 20-2-215 and 20-2-216 (The Respondent does not live in Tennessee.) _____ 2/7 ) Server's signature Dep. Greg Wilhelm Print Name | *I served the child's parents of copies of the Petition, Notice of Hearing, and Temporary Order of Protection by personal delivery or U.S. Mail on: (date):* _____ *at (address):* _____ _____ Clerk's signature: _____ |
| Petitioner was served on *(date):* _____ at *(time):* _____ by *(check one):* ☐ Personal service _____ Server's signature _____ Print Name | |

## Notice to the Respondent about Firearms

If the court grants the Petitioner's request for a Protective Order:

    ☑    You will not be able to have a firearm while this or any later protective order is in effect. You will have to transfer all firearms in your possession within 48 hours to any person who is legally allowed to have them. *18 U.S.C. §922(g)(8), TCA §36-3-606(f), TCA §36-3-625.*

    ☑    You will not be allowed to buy a firearm until the court says otherwise.

TNJudicial.org/ta/arf/002.8tf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC. 002 | Page 21 of 719

Case 3:23-cv-01097-PLM-RSK    ECF No. 1-17, PageID.661    Filed 10/13/23    Page 21 of 100

My name is Fawn Fenton and I have been married to Jeff Fenton for 13 years. Jeff and I have been separated since April 22, 2018 and I have not seen him since sometime in April when we met to file our taxes. Prior to that I had not seen him since December 2018. I filed for divorce on June 4, 2019.

I am in fear for my safety based on the repeated harassment that has continued to occur. Over the last several weeks Jeff has sent me numerous text messages and lengthy e-mails talking about his intentions on ruining my life, causing me issues with my employer and clients at work, ruining my credit and financially ruining me. As a result of Jeff's continued verbal and emotional abuse and deliberate non-cooperation, I have filed for bankruptcy to preserve my finances. Upon finding out about the bankruptcy petition, Jeff became enraged and his incessant texts and e-mails have been upsetting and vindictive. Just as an example, from June 12 through June 16, Jeff sent me 12 e-mails all of substantial length, describing how he plans on ruining my life. I am attaching just a snapshot of my email account showing the number of e-mails sent from June 12-16. The length of the emails would be too long to attach; however, I have saved them all. In addition, Jeff continues to send me numerous text messages, some very lengthy. In some of the texts he uses derogatory language, calling me a "bitch." On June 14, 2019 he sent me 8 text messages within in less than 40 minutes. The next day, June 15, 2019 he sent me 16 text messages over the course of 4 hours, several of which were extremely lenthy. I have asked Jeff on several occasions to stop e-mailing and texting me, however, he continues to repeatedly harass me. At this point all of his communication to me is not consensual and I have relayed this to Jeff multiple times. On June 15, 2019 Jeff left me a voicemail on my cell phone stating that if I did not call him back or respond to his emails or text messages that he was going to "show up at my work or apartment to try to get some information out of me." I am fearful that he will actually show up at my work, as he has done so in the past and has sabotaged my work e-mails. Jeff has been employed in IT and is very tech savvy. In the past he was able to remotely log into my work computer and delete all e-mails that had his name in them. My company has already spent a considerable amount of money hiring a new IT support team to try and close loopholes and delete Jeff's access to our system, but we are still finding settings that reference Jeff's settings or route to his e-mails. Jeff has also threatened to post derogatory comments anonymously on the internet about both myself and my company. This cyber stalking could potentially cost me my job and career. I am fearful for what he may try to do now that I have filed for divorce and am not responding to his threats.

On June 16, 2019 in one of his lengthy e-mails he stated, "I wish we would have had an asteroid fall on our home and kill us (or at least me"), the day before I discovered your plans to divorce me." Jeff is a licensed gun carrier and has many weapons, and I am in fear of what he may to do me if this continues. Jeff refers to himself as a part of the "extraction team" and lives a very paranoid life. He installed extensive home monitoring at our marital residence including surveillance videos and audio recording systems.

15

The harassment has caused me undue emotional stress and anxiety. I am unable to sleep well, and his harassment is causing trouble in my day to day life. The continued texting and e-mailing are interfering with my ability to perform my job and I fear that if these things continue that I will reach a point of an emotional breakdown.

16

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1023.00

TNJudicial.org/cfa/jrf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002 | Page 23 of 719

| | To | Subject | Received ▼ | |
|---|---|---|---|---|

**∨ Yesterday**

Fawn Fenton | Jeff Fenton | RE: IRS Claim & Chapter 13 Bankruptcy... | Sun 6/16/2019 4:48 PM | 123 KB
Where did you get copies of my bk docs? I have no obligation to communicate with you at all, but I'll clarify a few of your

Jeff Fenton | Fawn Fenton (fawn.tiffan... | IRS Claim & Chapter 13 Bankruptcy (W... | Sun 6/16/2019 2:02 AM | 4 MB
You break my heart! You absolutely refuse to share anything with me.   Why was I never notified about the IRS claim for

**∨ Last Week**

Jeff Fenton | Fawn Fenton (fawn.tiffan... | FW: Please DocuSign: Fenton App.pdf ... | Sat 6/15/2019 11:28 PM | 95 KB
From: DocuSign System <dse@docusign.net>

Jeff Fenton | Fawn Fenton; Fawn Fent... | FW: Rothschild & Ausbrooks appointm... | Fri 6/14/2019 6:11 PM | 279 KB
Fawn,  You simply refuse to work with me in any way. One problem with you filing bankruptcy right now, is that you won't

Jeff Fenton | Ruth Stockell | RE: Rothschild & Ausbrooks appointm... | Fri 6/14/2019 2:59 PM | 94 KB
Hello Ms. Stockell, I had no idea that Fawn was even considering filing for bankruptcy.   Thanks.  Jeff Fenton

Jeff Fenton | Fawn Fenton; Fawn Fent... | RE: Sunnyside house | Thu 6/13/2019 1:49 PM | 149 KB
Fawn,  I was just trying to absolutely guarantee that you received it. My apologies if you are yet more offended, by me

Fawn Fenton | Jeff Fenton | RE: Sunnyside house | Thu 6/13/2019 1:24 PM | 119 KB
I have told you before, do NOT cc: this sort of shit to my work email address.

Jeff Fenton | Fawn Fenton (fawn.tiffan... | RE: Sunnyside house | Thu 6/13/2019 12:12 AM | 255 KB
Fawn   Again, besides all that previously stated (below), I will establish for the court how critical having a HOME where I

Jeff Fenton | Fawn Fenton (fawn.tiffan... | RE: Sunnyside house | Wed 6/12/2019 11:33 PM | 238 KB
Fawn,  I KNOW that YOU KNOW the information below, as we have discussed it several times. But just to be sure that you

Jeff Fenton | Fawn Fenton (fawn.tiffan... | Re: Sunnyside house | Wed 6/12/2019 9:32 PM | 166 KB
Fawn  I have communicated with you on at least a half-dozen occasions my intentions to keep our home indefinitely  in

Jeff Fenton | Fawn Fenton (fawn.tiffan... | RE: Sunnyside house | Wed 6/12/2019 5:35 PM | 57 KB
TN just passed a state law prohibiting local ordinances from outlawing short-term rentals  but you are required to get a

Fawn Fenton | Jeff Fenton | Sunnyside house | Wed 6/12/2019 4:47 PM | 73 KB
Jeff  This is in response to some of your texts and emails recently.  NO I am not at all ok with you adding doors or

| From Jeff Fenton (615) 837-1301<br>To (615) ▇▇▇▇ | " BTW, if you spend another penny on credit from here forward, for a divorce attorney or anything else, it will be irrefutable fraud.<br><br>The reason being, that YOU CLEARLY BORROWED THE MONEY (and spent it) with ABSOLUTELY NO INTENTIONS OF EVER REPAYING IT!<br><br>(Since you've already hired a bankruptcy attorney, which I've received multiple documented, time and date stamped, communications about today. Both on telephone answering machines, and via email.)<br><br>Does you family KNOW about this? Your mom will get notices in the mail, because you are on some of her credit cards.<br><br>Hopefully you thought through all of that. | Jun 14, 2019<br>18:37 |
| From Jeff Fenton (615) 837-1301<br>To (615) ▇▇▇▇ | ° I'm shocked! Especially at your timing! When we aren't even at the 50 yard line yet with our divorce. | Jun 14, 2019<br>18:39 |
| From Jeff Fenton (615) 837-1301<br>To (615) ▇▇▇▇ | ° So in ONE-YEAR of managing our finances by YOURSELF, you literally ushered yourself into bankruptcy!<br><br>While critically accusing me of "poor stewardship!"<br><br>The blindness of hypocrisy! | Jun 14, 2019<br>18:42 |

: 8

| From Jeff Fenton (615) 837-1301<br>To (615) ██████ | ° To qualify for bankruptcy, you must be able to show that your debt far exceeds your ability to pay. Your debt and income levels are the main factors in qualifying for either a reorganization or liquidation.<br><br>Fawn: It doesn't look to me like you QUALIFY for bankruptcy currently.<br><br>Is that why you wanted to force your car insurance rates increase so much?<br><br>You need to be legally careful about this too! (Perjury/Fraud).<br><br>You may have qualified for a little while when you had negative cash-flow, but NOW you don't have negative cash-flow anymore. Instead, according to the numbers you gave me a few weeks ago, you should have a positive cash flow of $400 - $500 per month currently, which you could use to pay down your debt.<br><br>That explains the long delay, lack of excitement, and anger which you showed when I informed you that I had transferred the utilities into my name and taken over paying for them.<br><br>Now you are ethically on THIN ICE, once again! | Jun 14, 2019<br>19:05 |
| From Jeff Fenton (615) 837-1301<br>To (615) ██████ | ° Remember all the personal property which you "signed for", when you moved-out of the house too. | Jun 14, 2019<br>19:08 |
| From Jeff Fenton (615) 837-1301<br>To (615) ██████ | ° You can't keep what is closest to your heart, while taking what is closest to mine! | Jun 14, 2019<br>19:09 |
| From Jeff Fenton (615) 837-1301<br>To (615) ██████ | ° If you won't tell me if you've stayed current on the first and second mortgages here, then I'm calling both BCS and BOA, to explain the situation, and inquire.<br><br>So please just tell me honestly, so that we won't need to go through that inconvenience. | Jun 14, 2019<br>19:15 |
| From Jeff Fenton (615) 837-1301<br>To (615) ██████ | ° Or embarrassment. | Jun 14, 2019<br>19:15 |

19

TNJudicial.org/judgefenton?t Williamson County Chancery Court Tennessee (Trial Court Records)
Case 3:23-cv-01097-PLM-RSK ECF No. 1-17, PageID.666 Filed 10/13/23 Page 26 DOC: 002 | Page 26 of 719
of 100

| | | |
|---|---|---|
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | " [Attachment 1] Long message.txt | Jun 15, 2019 01:01 |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | " All progress here just stopped, until we know it is safe to continue. | Jun 15, 2019 01:09 |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | ° You're going to ruin the rest of my life, aren't you? | Jun 15, 2019 02:43 |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | ° [Attachment 2] Long message.txt | Jun 15, 2019 04:05 |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | ° [Attachment 3] Long message.txt | Jun 15, 2019 04:06 |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | ° Yet regardless, the clock is ticking and you are as determined as ever. | Jun 15, 2019 04:07 |
| | That breaks my heart! That I let someone in so far, who then chose to hurt me so bad. Neither of our lives shall ever be the same! | |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | ° And FOR what? | Jun 15, 2019 04:07 |
| From Jeff Fenton (615) 837-1301 To (615) ▮▮▮▮ | ° WHY is this an acceptable or even the desired conclusion for you? | Jun 15, 2019 04:11 |
| | What happened to your FAITH? | |
| | What happened to THE TRUTH PROJECT? | |
| | What happened to iMARRIAGE? | |
| | What happened to "NO EXPECTATIONS!"? | |
| | WHAT HAPPENED TO MY TOOTIE? | |

20

1. Long message.txt

Now that I told my tenants about you filing bankruptcy, they are freaking out and are "keeping their eyes open" for another place to live.
The financial relief that I'm giving you right now, of around $1k per month, is holding nothing back for myself. If either one of my tenants bale, then I'll need more financial help from you to survive until both our bankruptcies and the divorce are finalized.
My tenants want to know if you are filing Chapter 7 or Chapter 13?
Are the mortgages paid current?
Are you including dumping our home in your bankruptcy?
They need reassurance, if you want their continued financial help.
Nobody is interested in living without any security, which is how you like to keep everyone who in any way depends upon you.
Are we transferring the utilities and car insurance back to you, and having you pay for my consumables again? I have no cash flow except for my tenants, which you are threatening now.
We need you to let us know what you are doi
ng, what you have planned now with this property, and how long we have to live here before it is all yanked away again?
Otherwise I want to trade you AGAIN for an apartment, and we can let this house go!
Otherwise I'll have no choice but an interim order, in order to survive.
Everything I do to try to help, you sabotage! If you continue to refuse to let me know where we stand, then I'll have no choice but to start calling your creditors and to file litigation to get answers, within the next week.
Chris asked me to just ASK YOU what is going on, what he can rely upon, and what he should expect. As I had to explain to him AGAIN, that you REFUSE to communicate, unlike his ex, that you will not allow us to have ANY IDEA until it swallows us upl
It is reaching the point of you becoming financially and legally liable for transgressions reaching far beyond our divorce.
You refuse to allow me  to survive without you!
We need some answers please!

21

2. Long message.txt

You completely sabotaged our marriage, out of nowhere, within a couple of months. Then you ruined your own life, within a single year, filing for bankruptcy, while making the best money of your life (which I got for you). Now you are out to take everything that's left of mine, which I have spent my life working for!
I would be infinitely better off, if I had never met you!
YOU ARE POISON!
I tried to teach you to have HOPE and to DREAM with me. Now you are out to punish me for ever dragging you out of your dreary pit!
I don't know why I've spent so many years trying to protect you from the consequences of the horror which you have become!
You have raped and stolen everything that I ever had! Everything that I once had worked for, a decade before even meeting you! Everything that I spent the past 15 years trying to hold onto, between your volitile mood swings. Then when I had nothing left for you to feed on, you threw me away like yesterday's trash! While claiming not
 to have loved me for over a year! What sort of savage are you?
I think you need to be seriously tested for having bi-polar personalty disorder, like your uncle. That is a familial plague, when not treated.
I know of no other reason, for your completely irrational, uncompassionate, self-destructive behavior!
When you once were almost completely logic driven and goal focused like me! Where you didn't GET IN YOUR OWN WAY to success.
Now you are willing to kill yourself and everyone around you, simply to reach something which you had before meeting me, and you were never happy with.
I realized that once you had the house of your dreams (and quit thanking God daily for it), then the aquarium of your dreams, which I should have never allowed, as it sucked the life right out of us, and finally the car of your dreams, while you were more miserable than ever, that NOTHING WAS EVER GOING TO MAKE YOU HAPPY! That you had no clue what you really wanted. That you had betrayed a
 decade of my life, trying to give you the desires of your heart, while you were ready to burn it all down within a single day! That I had errored in my pursuits, by seeking to add value to anyone's life other than my own.
Then somehow in YOUR MIND, you became the martyr, as you destroyed everything which we had both spent our lives building!
I have fought and fought, trying to prevent you from destroying everything which we had both worked decades for, in hope's that someday when you are sane again (after menopa

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1028.00

3. Long message.txt

(after menopause), there would be something left to return to. Yet you refuse to
allow it! You WON'T leave ANY door open, through which to return!
In a litle over a year, you have completely destroyed both of our lives!
What I sarcastically suggested in jest, upon learning of your betrayal of
everything that I loved and lived for; suggesting that we burn our house down,
since neither of us was fit or deserving of the labors, life, hopes, and dreams of
the other, would now have been far better than where we both stand today!
What a sad and tragic end that your family's pride has brought upon our union.
I hope that at the end of the day, you can look at your tiny apartment at 45 years
old, while making almost a hundred grand per year, and thinking that this is as
good as it is going to get, for the rest of your life. That your life has already
hit its peak and is rapidly in decline. When with me all of our best years were
still ahead of us, but you took a hand grenade
to them all!
We needed a surgeons scalpel, and instead you chose a hand grenade.
Now we are both forced to live maimed with the consequences, of what persuing your
dreams, with an instable and uncommitted partner,  costs!
I hope you remember, that WE ALMOST MADE IT! Before you pulled the pin and angrily
threw the grenade to the floor. WE ALMOST MADE IT TOOTIE!
I see no evidence of anything that was worth it, in the past 15 years of my life
now.
The only thing of substance which has walked out of it all with me, is Tweetie. The
rest I will all see burning on the horizon as walk away!
That's the one side of me which you have yet to see, which you keep begging for,
but I doubt you will like.
When I finally GIVE UP! I walk away, even if carrying nothing. And I REFUSE to ever
look back, as my very survival depends upon it.
We've gotten close, but never quite made it. Now I feel us getting close again, but
I promise you on that day, though you may consider it a victory
 in advance, you will never remember that moment as such. While you will never have
less and feel emptier than in that day, which you absolutely demanded come to pass.
It brings tears to my eyes just knowing what you are forcing to be, having been
there before myself and realizing the weight of that destiny defining choice.
Before I was always harder when forced to travel that road, now I don't even know
if I have the strength to live through it. Yet regardless, the clock is ticking and
you are as determined as ev

23

From Jeff Fenton (615) 837-1301
To (615) ███████

I will stay here until you, the banks, and the police carry me out of here. While they carry truckloads of old junk and my treasures out into the lawn. Where it and I will stay as neighbors stare and news crews broadcast, about what has become of this man abandoned and betrayed by his wife, losing his life's savings, with no retirement, very little social security, with everything he has left in his life, sitting out on the lawn with me, getting rained on, rusting, blowing around, as Williamson County tries to figure out what to do with this man and all his STUFF, with nowhere to go and no means of reastically supporting himself.
Devastated by the betrayal of a "successful" woman, his wife, who couldn't steward her vocational success well enough to prevent her from self-destructing.
Teaching us again that allowing a woman in a man's place, is a recipe for destruction.
They haven't the strength, the tenacity, the humility, the love, to financially support others in their fami
ly, without feeling victimized, and taken advantage of, though men have been doing that for hundred's of years.
Women want equality... yeah! Nobody on Earth wants equality! Everyone wants privelage!
Well now you have the privelage of destroying both of our lives, and you seem hell bent to continue until we are on the nightly news.
So then shall it be.
Maybe we'll never get to bury Slim, Casey, and Noah in the back yard, but maybe you can me!

Jun 15, 2019
04:31

- 2 4

| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ I promise that you will end-up with one of two things in life, no matter what happens legally, in court, through negotiations, and childish power games. | Jun 15, 2019 04:41 |
| | Either I will have a HOME where I feel SAFE. OR You will have ME! | |
| | One or the other is a given, until the day we die! | |
| | Play whatever game you want, treating my life like Mark's strategy games, but I promise you that one of those two will always be true! | |
| | IF you really want to "get rid of me", you better start offering me some security, some stability, and helping to FREE ME. Otherwise, I'm trapped. I have nowhere to go! | |
| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ You "win" the grand prize for your selfishness: ME! | Jun 15, 2019 04:42 |
| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ Until death do us part! | Jun 15, 2019 04:43 |
| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ It's the first time in my life that I've ever viewed death as a reprieve, like you. | Jun 15, 2019 04:50 |
| | I figure the biggest challenge that I have remaining in life now, is to survive and stay reasonably comfortable, between now and the day that I die. | |
| | That is my main objective. To die reasonably comfortably. | |
| | I went from thriving on life, before I met you, to looking forward to death, after you stole my identity, emasculated me, and took away everything that I had to live for. | |
| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ Like my puppy, you cold hearted bitch! | Jun 15, 2019 04:51 |
| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ https://www.pacer.gov/ | Jun 15, 2019 04:59 |
| From Jeff Fenton (615) 837-1301 To (615) ████ | ˚ I'll be watching. | Jun 15, 2019 05:00 |

25

From Jeff Fenton (615) 837-1301    And waiting for you to perjure yourself     Jun 15, 2019
To (615) ███████                   again.                                     05:00

26

**From:** Jeff Fenton █████████████
**Sent:** Sunday, June 16, 2019 2:01 AM
**To:** Fawn Fenton (███████████ <███████████    Fawn Fenton
<██████████
**Subject:** IRS Claim & Chapter 13 Bankruptcy (Where do we stand?)

You break my heart! You absolutely refuse to share anything with me.

Why was I never notified about the IRS claim for 2015, 2016, and 2017? I've been asking for weeks about our 2017 refund which never showed up, yet you told me that you hadn't heard anything from the IRS.

> The Proof of Claim filed by the Internal Revenue Service contains estimates for 2015, 2016, and 2017 Form 1040 Taxes in the amount of $15,910.36, including penalties and interest. The income transcripts for 2015, 2016, and 2017 Form 1040 tax return, attached hereto, have not been processed by the Internal Revenue Service and reflects a lesser amount owed for that year. The Debtor is owed refunds for 2015 and 2017 and has mailed a payment in the amount of $412.00 to the IRS for 2016.

So I'm confused about a few things, which I'm hoping that you can clear up, without me needing to waste more money on legal help, just to understand:

- Did the $412 you mailed the IRS for 2016, take into account the 2014 & 2015 refunds which they already held in their possession?
- Is there a 2016 return, by which you calculated this amount to mail them?
- Can you please send me a copy of all correspondences with the IRS, since they involve me too?
- Do we still need to complete a return for 2016, or is that no longer necessary?

Regarding the house, I understand that you included both BCS and BOA in your list of creditors, and that they both plan to come to your hearing, but I'm unclear if you are trying to forfeit the house or retain the house through your bankruptcy?
- Are the first and second mortgage payments current?
- Is there anything which I need to be concerned about here?

That was nice that you did not attribute any ownership interest in anything to me... as though I'm not a part owner in the house, ext... and providing no amount for supporting me or my household... and that you listed my gun safe, treadmill, and weight set as your assets. Somehow you left all your art out, but I was surprised to see you disclose most of your guns.

27

Mostly I'm not angry about this, I'm just confused... and heart broken, that all of this could happen and you never even bothered to mention it to me. That you think that little of me.

I won't try to use any of this against you, or interfere in any way. I'm just sad!

So after your confirmation hearing on 7/15/2019, are you expecting anything to change regarding our possession/ownership of our home? How long after than until you expect the final "discharge of indebtedness", so that I can file. Or don't you even receive a discharge since it is a Chapter 13? Can you please find out how long I need to wait until after your hearing date to file Chapter 7 myself, without putting our home or other marital assets at risk? (Until then, I will be piling up default judgment after default judgment, because it is pointless to fight each of these claims in court.)

I would really appreciate it if you could please answer that question for me. I can see that now even though I'm ready and wanting to file bankruptcy, that I can't until after yours is discharged, because it doesn't allow both spouses to file separately yet simultaneously. So I'm going to need to keep bobbing and weaving for at least another month.

I had the Sheriff's Department here again the other day... the same bald guy as before. I just received two letters from attorneys, one to notify me again about the BCS default judgment again, and another which I have not opened yet. I spent an entire day gathering documentation for Rothschild to file myself, before they realized the conflict of interest, since they are already representing you.

I just can't handle all this turmoil and instability. I need to have some foundation to stand upon, in order for me to proceed. Right now, I have nothing, more literally than ever in my life.

So can you please give me some clue of what to expect here? It may be detailed in the 100+ pages of legal forms attached, but it is all overwhelming to me. I can't waste any more time on all of this right now.

Me and my roommates need to know where we stand.

So after your BK, do you have a plan for the divorce? You've shown absolutely no interest in working together towards a fair MDA. Are you planning another legal ambush, or to let sleeping dogs lie for a bit, or ??? It really is self-defeating to keep me guessing all the time... in the dark.... Because you know that it is impossible for me to

28

move forward and improve myself, when I have noting in life that I can count on. When I don't know when I'll be legally attached next. When I don't even know how long I'll have a home, before I will be forced into the street.

If I was sitting there with you and another professional which you have some respect for, you would answer reasonable questions like that from them, but for some reason, you absolutely refuse to answer them for me.

No-one in the world will benefit more than you (and me) once I'm vocationally rehabilitated, working full-time in an area of interest and opportunity, and financially independent again! So why won't you offer me the most basic elements of security, like simply INFORMATION, so that I can leave the house and work towards reaching those goals, instead of waiting for years to pass by, expecting me to "do the right thing", while you refuse to provide me with the one simple ingredient necessary, for me to ever do that? Some simple assurance of safety? Some cease fire? Some timeline? Some opportunity to advance, without needing you to provide my basic financial needs?

I hate this whole fucking roller-coaster ride… where you are my opponent, instead of my partner! It was never meant to be this way!

I'm SORRY! I don't know what I could have done differently to prevent this outcome! But I'm so, so sorry that our marriage has ended in the absolute worst way imaginable… with us both broke, with nothing to our names, with no retirement, with us both in bankruptcy.

How could this be worse?

I wish we would have had an asteroid fall on our home and kill us (or at least kill me), the day before I discovered your plans to divorce me.

## Jeff Fenton
## METICULOUS.TECH
(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

**Technical Consulting, Services, and Solutions,
When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.

A Division of Meticulous Marketing LLC

39

## Temporary Order of Protection (Ex Parte Order of Protection)

Case # (the clerk fills this in): 48419 B

In the Chancery _____ Court of Williamson _____ County, TN

CLERK & MASTER

2019 JUN 20 AM 8:41

**Petitioner** (person needing protection)
(List Child's name if filed on behalf of person under 18 years of age pursuant to TCA §36-3-602)
**FAWN** FENTON

RECEIVED BY
Judges' Chambers
Date: 6-20-19 LW

FILED FOR ENTRY_____

first                    middle

**Check if Applicable:**

☐ Petitioner is under 18 and the Petition was filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602 by ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

☐ The Petition was made by a law enforcement officer pursuant to TCA §36-3-619 and Petitioner consented to the filing of this Petition by the law enforcement officer.

**Petitioner's children under 18 protected by this Order:** N/A

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|------|-----|----------------------------|------|-----|----------------------------|
| 1. | | | 3. | | |
| 2. | | | 4. | | |

**Respondent's Information** (person you want to be protected from)

| JEFFREY | RYAN | FENTON | 10/08/1969 |
|---------|------|--------|-----------|
| first | middle | last | date of birth |

| 1986 SUNNY SIDE DR | BRENTWOOD | TN | 37027 |
|--------------------|-----------|-----|-------|
| street address | city | state | zip |

Respondent's Employer: UNEMPLOYED
Employer's name                    Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | | |
|-----|------|------|------|-------------------------------|---|---|---|
| ☒ Male ☐ Female | ☐ White ☐ Asian ☐ Black ☐ Hispanic ☐ Other: | ☒ Black ☒ Grey ☐ Blond ☐ Bald ☐ Brown ☐ Other:___ | ☐ Brown ☐ Hazel ☒ Blue ☐ Green ☐ Grey ☐ Other:___ | Height | 5'9" | Weight | 240 LBS |
| | | | | Social Sec. # | (Provided to Clerk's office if known) Do not list it here. XXXXXXXXXXXXXXXXXXXXX | | |
| | | | | Scars/Special Features | | | |
| | | | | Phone Number | 615-837-1301 | | |

**Petitioner's relationship to the Respondent** (Check all that apply):

☒ We are married or used to be married.     ☒ We live together or used to live together.
☐ We have a child together.     ☐ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. (Specify): _____
☐ We are the children of a person whose relationship is described above (Specify): _____
☒ The Respondent has stalked me.     ☐ The Respondent has sexually assaulted me.
☒ Other: Harassment via text messages, emails, phone voicemail_____

## RETURN TO CLERK & MASTER
This is a Court Order

30

LC-70
6-20
5.05

The Court having reviewed the Petition for Temporary Order of Protection and finding, pursuant to TCA §36-3-605(a), that Petitioner is under an immediate and present danger of abuse from the Respondent and good cause appearing, the court issues the following:

**Warning!**
☐ Weapon involved
☒ Has or owns a weapon

**Orders to the Respondent:**

☒ **Do not abuse, threaten to abuse, hurt or try to hurt, or frighten Petitioner and/or Petitioner's minor children under 18.**

☒ **Do not put Petitioner and/or Petitioner's minor children under 18 in fear of being hurt or in fear of not being able to leave or get away.**

☒ **Do not stalk or threaten to stalk Petitioner and/or Petitioner's minor children under 18.**

☐ Do not come about the Petitioner and/or Petitioner's minor children protected by this order (including coming by or to a shared residence) for any purpose.

☐ Do not contact the Petitioner and/or Petitioner's minor children protected by this order either directly or indirectly, by phone, email, messages, mail or any other type of communication or contact.

If the parties share(d) a residence, Respondent must immediately and temporarily vacate the residence shared with the Petitioner, pending a hearing on the matter.

☐ If the parties shared a residence, Respondent can obtain his/her clothing and personal effects such as medicine as follows: (List process as approved by local law enforcement personnel)

_____

_____

_____

_____

☒ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children.

☐ Other orders: _____

------

☒ **Go to court** on (date): _10/27/19_ at _9:00_ ☒ a.m. ☐ p.m.

at (location): _____

**You must obey these orders until the date of the hearing or until changes are made by the court.** If you do not agree with these orders, go to the court hearing and tell the court why. If you do not go, the court can make orders against you. You have the right to bring your own lawyer. If you do not obey all orders on this form, you may be fined and sent to jail.

**Only the court can change this Order.** Neither you nor the Petitioner can agree to change this Order. Even if the Petitioner tries to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be sent to jail for up to 10 days and fined up to $50 for each violation

(TCA § 36-3-610)

------

Date: _6/20/19_ Time: _3:15_ ☐ a.m. ☒ p.m.

Judicial officer's signature: **Michael W. Binkley**
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**Warnings to Respondent:**

A copy of this Order will be sent to all law enforcement agencies where Petitioner resides AND any court in which the respondent and petitioner are parties to an

**This is a Court Order**

action. Any law enforcement ~~icer~~ who reasonably believes you h~ disobeyed this Order may arrest you.

If you hurt or try to hurt anyone while this Order, probation or diversion is in effect, you may face separate charges for aggravated assault, a Class C felony. (TCA § 39-13-102(c))

| **Proof of Service** | **If the Petitioner is under 18** and serving these documents would *not* put him/her at risk, the Clerk will serve and fill out below. (TCA § 36-3-605(c)) |
|---|---|
| The Respondent was served copies of the Petition, Notice of Hearing, and Temporary Order of Protection on: *(date):* 6/20/2019 at *(time):* 6:38 ☐ a.m. ☒ p.m. | *I served the child's parents copies of the Petition, Notice of Hearing, and Temporary Order of Protection by personal delivery or U.S. Mail on: (date):* _____ |
| by *(check one):*<br>☒ Personal service<br>☐ U.S. Mail per TCA §§ 20-2-215 and 20-2-216 (The Respondent does not live in Tennessee.) | at *(address):* _____<br>_____<br>Clerk's signature: _____ |
| ~~Server's signature~~ Deputy Corey Wilhelm #2171 | |

This is a Court Order

FRBP Violated: #3:19-bk-02693            TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                    JRF.002.1038.00

# IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

FAWN ▮▮▮▮ FENTON,                    )
    Plaintiff/Wife,                 )
                                   )
v.                                    )          No. 48419B
                                   )
JEFFREY RYAN FENTON,                  )
    Defendant/Husband.             )

2019 JUN 20 AM 9: 17

FILED FOR ENTRY_____

## MOTION TO DEEM HUSBAND SERVED

COMES NOW the Plaintiff/Wife, Fawn ▮▮▮▮ Fenton (hereinafter "Wife"), by and through her attorney of record, Virginia Lee Story, and files this Motion to Deem Husband Served and in support of her Motion, would state as follows:

1.    Wife filed her Complaint for Divorce on June 4, 2019.

2.    Counsel for Wife hired a private process server, Lori Polk, to attempt personal service on Husband.

3.    Ms. Polk attempted to serve Husband at his residence located at 1986 Sunny Side Drive, Brentwood, Tennessee on June 5, June 6, and June 8 to no avail. (See Affidavit of Lori Polk which was previously filed with the Court on June 11, 2019 and is attached to the Affidavit of Reasonable Efforts filed simultaneously with this Motion.)

4.    Husband has installed numerous cameras around the home and posted a "No Trespassing" sign on the property. (Photo of sign is attached to Affidavit of Lori Polk.)

5.    After Ms. Polk communicated that she was unable to serve Husband at the marital residence, counsel for Wife attempted service via certified mail as stated below. Counsel also mailed via U.S. first-class mail a copy of the Complaint which has not been returned by the post office. Based upon the numerous emails and texts from Husband to Wife, it is clear that Husband is aware of the Complaint and he is avoiding service. A copy of the Complaint has also been sent

1

33

KH 900

to Husband via email.

6.    A file-stamped copy of the Summons and Complaint for Divorce was sent to Husband via certified mail, return receipt requested, on June 11, 2019. On June 17, 2019, counsel for Wife received the return receipt for the certified mail which had been signed. The signature on the return receipt is that of an adult roommate who is currently residing with Husband.

7.    Wife believes that Husband is trying to evade service.

8.    That Husband be deemed served pursuant to Tennessee Rules of Civil Procedure 4.04(1) which states that service is made:

> Upon an individual other than an unmarried infant or an incompetent person, by delivering a copy of the summons and of the complaint to the individual personally, or if he or she evades or attempts to evade service, by leaving copies thereof at the individuals dwelling or usual place of abode with some person of suitable age and discretion then residing therein, whose name shall appear on the proof of service, or by delivering the copies to an agent authorized by appointment or by law to receive service on behalf of the individual served.

9.    That Wife has also filed an Alias Summons on June 11, 2019 requesting that service on Defendant be attempted by the Sheriff's Department. To date, the Sheriff's Department has not been successful in serving Defendant.

10.    That counsel for Wife has made all attempts to obtain personal service on Defendant to no avail. (See Affidavit of Reasonable Efforts attached hereto as **Exhibit 1.**)

WHEREFORE, premises considered, Wife respectfully requests that this Court grant her Motion to Deem Husband Served and that she be awarded her attorney fees for having to bring this Motion.

2

34

TNJudicial.org/o/e/jsf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOS-002 | Page 41 of 719

Case 2:23-cv-01097-PLM-RSK    ECF No. 1-17, PageID.681    Filed 10/13/23    Page 41 of 100

Respectfully submitted,

**VIRGINIA LEE STORY; BPR #11700**
*Attorney for Plaintiff/Wife*
136 Fourth Avenue, South
Franklin, Tennessee 37064
(615) 790-1778
virginia@tnlaw.org

**THIS MOTION IS SET TO BE HEARD ON <u>JULY 18, 2019</u> AT <u>9:00 A.M.</u> ON THE CHANCERY COURT MOTION DOCKET HEARD AT THE <u>WILLIAMSON COUNTY</u> COURTHOUSE.  IF NO WRITTEN RESPONSE TO THIS MOTION IS FILED AND SERVED IN THE TIME SET BY THE LOCAL RULES OF PRACTICE, THE MOTION MAY BE GRANTED WITHOUT A HEARING.**
**TESTIMONY EXPECTED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded by certified mail, first-class mail, and email to Jeffrey Ryan Fenton at Jeff@Meticulous.tech and 1986 Sunny Side Drive, Brentwood, TN 37027 on this the 20 day of June, 2019.

**VIRGINIA LEE STORY**

3

35

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

| | |
|---|---|
| FAWN [REDACTED] FENTON,<br>Plaintiff/Wife, | )<br>)<br>) |
| vs. | )<br>)  No. 48419B |
| JEFFREY RYAN FENTON,<br>Defendant/Husband. | )<br>)<br>) |

FILED
CLERK & MASTER

2019 JUN 20 AM 9: 17

FILED FOR ENTRY_____

### AFFIDAVIT OF REASONABLE EFFORTS

STATE OF TENNESSEE       )
COUNTY OF WILLIAMSON   )

Comes now, Virginia Lee Story, attorney of record for the Petitioner, and after being first duly sworn, states as follows:

1.      I am over 18 years of age and have personal knowledge of the following facts.

2.      On June 4, 2019, I filed a Complaint for Divorce on behalf of my client, Fawn [REDACTED] Fenton.

3.      That I have sent a file-stamped copy of the Summons and Complaint to Defendant on June 12, 2019 via certified mail.

4.      That I received a signed return receipt for the Summons and Complaint on June 17, 2019.

5.      That upon information and belief the signature on the return receipt is that of an adult roommate that is currently residing with Defendant. Pursuant to Tennessee Rules of Civil Procedure if a party is avoiding service, the service may be accepted by an adult living in the home.

6.      That I have also attempted personal service via a private process server, Lori Polk, who attempted service on three separate occasions to Defendant's residence to no avail (see attached Affidavit of process server). After the process was attempted, Husband posted signs that he would prosecute those entering the property.

7.      The Defendant is clearly evading service of the Summons and Complaint for Divorce. In 2018, Plaintiff filed for Divorce and Defendant avoided service for several months costing her enormous expense and wasting considerable time. The Defendant has installed video

EXHIBIT
1

36

and audio surveillance, blackout window shades, and physical gates and barriers specifically for the purpose of detecting and avoiding personal service.

8.    That Defendant should be deemed served pursuant to Tennessee Rule of Civil Procedure 4.04(1) so this matter may proceed to conclusion. This notice has been sent to the Defendant/Husband via regular mail and via certified mail with a copy of the Complaint. The Sheriff's Department now has the Complaint for Service as well as the Order of Protection.

FURTHER AFFIANT SAITH NOT.

VIRGINIA LEE STORY

SWORN to and subscribed before me this 20th day of June, 2019.

Notary Public
My Commission Expires: 6-19-19

HEIDI L. MACY
STATE OF TENNESSEE NOTARY PUBLIC
WILLIAMSON COUNTY

37

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

FAWN ███████ FENTON,                    )
    Plaintiff/Wife,                          )        2019 JUN 20 AM 9: 17    2019 JUN 11 PM 1: 04
                                             )
v.                                       )        FILED FOR ENTRY _____    FILED FOR ENTRY _____
                                             )        No. 48419B
JEFFREY RYAN FENTON,                     )
    Defendant/Husband.                       )

## AFFIDAVIT OF LORI POLK

STATE OF TENNESSEE        )
COUNTY OF WILLIAMSON      )

    Comes now, LORI POLK, after being duly sworn, does state as follows:

    1.    I am over 18 years of age and have personal knowledge of the facts set forth herein.

    2.    I am a private process server in the State of Tennessee.

    3.    On June 5, 2019, I was retained by Virginia Story to personally serve the Summons and Complaint in the above-captioned matter on Defendant, Jeffrey Ryan Fenton.

    4.    On June 5, 2019 at 7:49 p.m., I went to Mr. Fenton's home address located at 1986 Sunny Side Drive, Brentwood, TN 37027 to personally serve Mr. Fenton with the Summons and Complaint. I knocked on Mr. Fenton's front door and got no answer. The lights were on inside the house. I knocked on the back door of the residence and got no answer. Some lights came on at the back of the property. I noticed that the property is under video and audio surveillance.

    5.    On June 6, 2019 at 1:34 p.m., I went to Mr. Fenton's home again to serve the papers. I could not approach the front door as the access to the stairs leading up to the front door and porch was newly chained and had a sign posted stating "No Entry."

    6.    On June 8, 2019 at 9:04 a.m., I went to Mr. Fenton's home again to serve the papers. I walked partially up the driveway towards the residence and noticed a sign posted on the property. Attached is copy of a photograph of the sign. From both the No Entry sign by the front door and the sign next to the driveway posted by the occupant, it is my belief that Mr. Fenton is avoiding service.

1

38

Further Affiant saith not.

_Lori Polk_
LORI POLK

Sworn to and subscribed before me on this \_\_11th\_\_ day of June, 2019.

_Heidi L. Macy_
Notary Public
My commission expires: 6-19-22

2

TNJudicial.org Page 2 of    Williamson County Chancery Court Tennessee Trial Court Records    DOS_002 | Page 46 of 719

*filed Return 6-11-19*

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that I served this summons together with the complaint as follows:

Check one: (1) or (2) are for the return of an authorized officer or attorney; an attorney's return must be sworn to; (3) is for the witness who will acknowledge service and requires the witness's signature.

☐ 1.    I certify that on the date indicated below I served a copy of this summons on the witness stated above by

☒ 2.    I failed to serve a copy of this summons on the witness because *Avoiding Service*

☐ 3.    I acknowledge being served with this summons on the date indicated below:

DATE OF SERVICE: *June 8, 2019*

SIGNATURE OF WITNESS, OFFICER OR ATTORNEY: *Lori Polk*

ADDRESS OF PROCESS SERVER (TRCP 4.01) *2801 Sanford Road Nolensville TN 37135*

Signature of Notary Public or Deputy Clerk: *Heidi J Macy*

Commission Expires: *6-19-22*

[Notary seal: STATE OF TENNESSEE, WILLIAMSON COUNTY NOTARY PUBLIC]

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 2019, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case no. _____ to the defendant _____, on the _____ day of _____, 2019. I received the return receipt, which had been signed by _____ on the _____ day of _____, 2019. The return receipt is attached to this original summons to be filed by the Chancery Court Clerk and Master.

Signature _____    Address (TRCP 4.01) _____

Sworn to and subscribed before me on this _____ day of _____, 2019.

_____
Signature of Notary Public or Deputy Clerk

Commission Expires: _____

## CERTIFICATION (IF APPLICABLE)

I hereby certify this to be a true and correct copy of the original summons issued in this case.

_____
CLERK & MASTER

For ADA assistance, please call ADA coordinator: 615-790-5428

40

TNJudicial.org/e/a/jd002.pdf — Williamson County Chancery Court (Tennessee) (Trial Court Records) — DOC-002 | Page 47 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-17, PageID.687   Filed 10/13/23   Page 47 of 100



ORIGINAL

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

FAWN ████ FENTON,                    )        2019 JUL 17  PM 1: 16
      Plaintiff/Wife,                )
                                     )        FILED FOR ENTRY_____
v.                                     )        No. 48419B
                                     )
JEFFREY RYAN FENTON,                   )
      Defendant/Husband.             )

### MOTION TO SELL THE MARITAL RESIDENCE

    COMES NOW the Plaintiff/Wife, Fawn ████ Fenton (hereinafter "Wife"), by and through her attorney of record, Virginia Lee Story, and files this Motion to Sell the Marital Residence and in support of her Motion, would state as follows:

1. Wife filed her Complaint for Divorce against Husband on June 4, 2019.

2. As of the date of the filing of this Motion, Husband has not filed an Answer to the Complaint for Divorce.

3. Wife currently has an *Ex Parte* Order of Protection against Husband as the result of the domestic abuse she has incurred by Husband.

4. The marital residence is located at 1986 Sunnyside Drive, Brentwood, Tennessee.

5. Wife has not resided in the marital residence since April 2018 at which time she moved into her own apartment as the living situation at home had gotten unbearable.

6. After Wife moved from the marital residence she continued to pay the mortgage and utilities for the marital residence up until the Spring of 2019 when she could no longer afford to keep paying all of the bills on her own.

7. As the result of her financial constraints, Wife filed for bankruptcy in April 2019. The Trustee has agreed to allow Husband and Wife to sell the marital residence as the house will have sufficient equity to pay off the first and second mortgage holders if it is put

1                                                        41

vH aCC

on the market and sold immediately. If, however, Husband continues to reside in the home without paying the mortgage, foreclosure proceedings will begin and the parties will be charged late fees, attorney's fees, foreclosure costs and closing costs. If the foreclosure begins, then the parties will have no equity in the property.

8. As part of the bankruptcy agreement Wife agreed to continue paying Bancorp South's second mortgage payments to avoid foreclosure as they would not allow the parties time to list the house through the divorce. Therefore, Wife is paying the second mortgage while Husband lives in the house for free and collects rent from two (2) roommates that he has moved into the home. The balance on the second mortgage is approximately $54,000.00. Bank of America holds the first mortgage with a balance of approximately $240,000.00.

9. Wife tried to convince Husband to put the house in the market in the fall of 2018 as finances were getting tighter, however, Husband would not agree on anything and Wife believes that Husband will again try and do whatever he can in order to stall this process.

10. Husband has threatened Wife, previously making the following statements:

> "I promise you, it will cost you more if we sell than if we don't!" and "I will not fix it up for sale, and I will not live in it while it's on the market." (Text message July 27, 2018)

> "If you choose to fight me on this, I will leverage every penny of this home which I legally can, plus it's future value to leave it in my will to whomever will fund my legal battle with you, no matter how complex the case, or how many appeals that it requires." (Text message March 27, 2019).

> "I will work and fight to my death, to never allow you or anyone else to TAKE this property from me...." (Text message May 25, 2019).

2

42

TNJudicial.org/s/e/lsf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-17, PageID.690    Filed 10/13/23    Page 50 of 719
DOC 002 | Page 50
of 100

"I will stay here until you, the banks, and the police carry
me out of here." (Text messages, June 15, 2019)

11. Wife is unsure what all modifications and/or renovations Husband has done to the home
    since she left in April 2018. Prior to her leaving, Husband had installed numerous
    security cameras and devices in the home and has rented out rooms to various
    individuals. Wife is concerned that Husband may be devaluing the home by making
    undesirable changes to the property.

12. Wife believes the home to be valued at approximately $425,000.00. The Williamson
    County Property Assessor values the home at $386, 900.00. A similar home across the
    street, 1987 Sunny Side Drive) sold for $524,900.00 in April 2018. Therefore, the sale
    of the home is likely to easily pay off both of the mortgages and still leave the parties
    some equity.

13. Pursuant to the terms of Wife's bankruptcy, if the home is not placed on the market in
    a timely manner, then one or both of the mortgage holders may begin foreclosure
    proceedings and the parties will lose all available equity in the property.

14. Husband has made it very clear that he will do whatever he can to thwart any effort of
    Wife to sell the home.

15. Because time if of the essence, Wife requests that this Court order that Husband
    immediately vacate the premises so that the home can be prepared for sale.

16. Wife requests that this Court order the home to be sold by an independent third-party
    auctioneer to obtain the best sales price in a time efficient manner.

17. Wife would further request that she be reimbursed from the equity for the mortgage
    payments that she has made since vacating since April 2018 and that after the
    repayment of the first and second mortgage, that any remaining equity from the sale of

3

43

mortgage payments that she has made since vacating the home in April 2018 and that after the repayment of the first and second mortgage, that any remaining equity from the sale of the home be placed in the trust account of attorney for Wife until a distribution can be negotiated or further ordered from the Court.

WHEREFORE, premises considered, Wife respectfully requests that this Court grant her Motion to Sell the Marital Residence and that she be awarded her attorney fees for having to bring this Motion.

Respectfully submitted,

VIRGINIA LEE STORY, BPR #11700
KATHRYN YARBROUGH; BPR#
*Attorney for Plaintiff/Wife*
136 Fourth Avenue, South
Franklin, Tennessee 37064
(615) 790-1778
virginia@tnlaw.org

**THIS MOTION IS SET TO BE HEARD ON <u>AUGUST 1, 2019</u> AT <u>9:00 A.M.</u> ON THE CHANCERY COURT MOTION DOCKET HEARD AT THE <u>WILLIAMSON COUNTY</u> COURTHOUSE. IF NO WRITTEN RESPONSE TO THIS MOTION IS FILED AND SERVED IN THE TIME SET BY THE LOCAL RULES OF PRACTICE, THE MOTION MAY BE GRANTED WITHOUT A HEARING.**
**TESTIMONY EXPECTED**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing was forwarded via first-class mail, facsimile, and email  to Brittany Gates, Attorney for Husband, at brittany@gateslaw.com and 1616 Westgate Circle, Suite 116, Brentwood, TN 37027 on this the \_17\_ day of July 2019.

VIRGINIA LEE STORY
KATHRYN L. YARBROUGH

4

44

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

AT FRANKLIN

FAWN ▮▮▮ FENTON, )
   Plaintiff/Wife, )
               )
v. )   Docket No: 48419B
               )
JEFFREY RYAN FENTON )
   Defendant/Husband. )

FILED ENTERED 7/29/19 BOOK ELAINE B. BEELER PAGE Clerk & Master

## HUSBAND'S RESPONSE TO WIFE'S MOTION TO SELL MARITAL RESIDENCE

COMES NOW the Defendant/Husband, Jeffrey Ryan Fenton, by and through his attorneys of record, Charles M. Duke and Mitchell Miller, and for Response to Wife's Motion to Sell the Marital Residence, would respectfully request that the hearing on the motion be continued for a short period of time, due to the fact that undersigned counsel only has been retained to represent the Defendant/Husband as of the filing date required of this response, the same being July 29, 2019, and an Agreed Order of Substitution of Counsel is being filed concurrently herewith regarding the same. Therefore, counsel for the Defendant would respectfully submit that additional time is necessary for undersigned counsel to review the matter fully and meet with their client, so as to fully and completely respond to a motion that will have such enormous bearing on the parties moving forward in this matter. Should the Court not allow a short continuance, and deem the hearing shall go forward as scheduled on August 1, 2019, for response to the Motion to Sell the Marital residence, Defendant would state and show as follows:

1. For the purposes of responding to the motion solely, the averments of Paragraph 1 of the motion are admitted

2. For the purposes of responding to the motion solely, the averments of Paragraph 2 of the motion are admitted.

1

45

3. For the purposes of responding to the motion solely, the averments of Paragraph 3 are admitted, to the extent that Plaintiff has taken out an Order of Protection against the Defendant. Defendant denies that he has committed any form of domestic abuse. Defendant avers that the Ex Parte Order of Protection is baseless, and that Plaintiff acted for improper purposes when she applied for that Order. Defendant would show that the Temporary Restraining Order, automatically binding on both parties pursuant to T. C. A. §36-4-106 upon the commencement of this cause, prohibits the parties from harassing, threatening, assaulting or abusing each other, that such prohibition adequately protects both parties' interests, and that Defendant has complied with the Temporary Restraining Order.

4. For the purposes of responding to the motion solely, the averments of Paragraph 4 of the motion are admitted.

5. For the purposes of responding to the motion solely, the averments of Paragraph 5 of the motion are admitted, with the exception that Defendant denies that the situation had become "unbearable." Defendant avers that Plaintiff, in fact, deserted the Defendant, when Defendant did not have the ability or means to support himself or pay for the first and second mortgage on the marital residence.

6. For the purposes of responding to the motion solely, the averments of Paragraph 6 of the motion are admitted, with the exception that Defendant avers that Plaintiff chose voluntarily to burden herself with rent payments and utilities for a separate residence so as to desert the Defendant when, in fact, she could have continued living at the marital residence. In addition, Defendant avers that he currently pays the utilities for the marital residence, and that Plaintiff has the ability to pay certain household bills for the marital

2

46

TNJudicial.org Case 2:25-cv-01097-PLM-RSK William RS County Circuit Court Tennessee Trial Court Records Filed 10/13/23 DOC 2024 Page 54 of 719
of 100

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 4 of 12          07/29/2019 4:32 PM

residence, as the financially advantaged spouse, but instead chooses not to do so. In support, Defendant would show the Court that Plaintiff filed for bankruptcy in April 2019 and reported having gross monthly income of Seven Thousand Five Hundred dollars ($7,500.00), after-tax-deduction income of Five Thousand Eight Hundred Forty-Five dollars and four cents ($5,845.04), actual expenses of Three Thousand Twenty-Five dollars ($3,025.00), leaving a monthly net income of Two Thousand Eight Hundred Twenty dollars and four cents ($2,820.04). Plaintiff's Voluntary Petition for Individuals Filing for Bankruptcy is incorporated and attached hereto as **Exhibit 1**.

7. For the purposes of responding to the motion solely, the averments of sentence one of Paragraph 7 of the motion are admitted. Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the averments of sentence two of Paragraph 7 of the motion and, therefore, denies same, and demands strict proof thereof. Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the averments of sentences three and four of Paragraph 7 of the motion and, therefore, denies same in their entirety, and demands strict proof thereof. Defendant respectfully avers that he must continue to reside in the marital residence at this time, as he has no other choices for a residence, nor any funds to secure an alternative residence, due to being deserted by the Plaintiff and her refusal to continue to pay the mortgage on the marital residence, the one viable marital asset, so as to maximize any possible return to the parties if they were allowed to sell the residence by reasonable means as opposed to some sort of "fire sale," as requested by the Plaintiff herein.

8. Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the averments of Paragraph 8 of the motion and, therefore, denies same in their

3                              47

entirety, and demands strict proof thereof. Defendant admits that, currently, he has two individuals renting rooms in the marital residence, so as to be in a position to pay utilities and monthly expenses he must now solely pay due to being deserted by the Plaintiff. Defendant respectfully avers that he must continue to reside in the marital residence at this time, as he has no other choices for a residence, nor any funds to secure an alternative residence, due to being deserted by the Plaintiff and her refusal to continue to pay the mortgage on the marital residence, the one viable marital asset, so as to maximize any possible return to the parties if they were allowed to sell the residence by reasonable means as opposed to some sort of "fire sale," as requested by the Plaintiff herein.

9.  Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the averments of Paragraph 9 of the motion and, therefore, denies same in their entirety. Defendant respectfully avers that he must continue to reside in the marital residence at this time, as he has no other choices for a residence, nor any funds to secure an alternative residence, due to being deserted by the Plaintiff and her refusal to continue to pay the mortgage on the marital residence, the one viable marital asset, so as to maximize any possible return to the parties if they were allowed to sell the residence by reasonable means as opposed to some sort of "fire sale," as requested by the Plaintiff herein.

10. Defendant denies the averments of Paragraph 10 of the motion and, further, objects to the characterizations of Plaintiff of them as "threats." Defendant admits that he objects and opposes to the marital residence being sold at this time, and in the fashion, sought by the Plaintiff, as Defendant has no other viable means for housing at this time, and, as a Tenant by the Entirety of the marital residence, Defendant respectfully submits he should

4

48

be allowed to remain in the marital residence while this litigation is pending. Defendant respectfully avers that he must continue to reside in the marital residence at this time, as he has no other choices for a residence, nor any funds to secure an alternative residence, due to being deserted by the Plaintiff and her refusal to continue to pay the mortgage on the marital residence, the one viable marital asset owned by these parties, so as to maximize any possible return to the parties if they were allowed to sell the residence by reasonable means, as opposed to some sort of "fire sale," as requested by the Plaintiff herein.

11. Plaintiff's allegation and concerns that Defendant is devaluing the home are unfounded. Installing security devices would tend to secure, not devalue the home. Moreover, merely renting rooms to tenants does not indicate any misuse, waste, or devaluation. To the contrary, rental income from these tenants provides Defendant a means to maintain the property.

12. Defendant generally agrees with Plaintiff's assessment of the home's value and sale potential and believes the home could sell for up to $450,000.00. Plaintiff's averments in Paragraph 12, however, would tend to indicate that Plaintiff's averments in Paragraph 7 are not accurate; if the home could potentially yield $130,000 to $150,000 in proceeds, it is not reasonable to say that a foreclosure would wipe out all equity. More importantly, however, determining these matters at this stage of the divorce action is premature. Plaintiff should be required to maintain Defendant at his accustomed standard of living while an equitable distribution of the marital estate is determined. Based on her sworn bankruptcy Petition, Plaintiff should have sufficient resources to pay all or most of the mortgages on the home or otherwise provide Defendant an appropriate amount of spousal

5

49

support during the pendency of this cause. Accordingly, these matters should be reserved

for further determination of the division of the marital estate. .

13. Defendant denies Plaintiff's assertions in Paragraph 13. Plaintiff has the financial ability

to continue to pay all or most of the mortgages, which would also avoid foreclosure.

14. Defendant denies Plaintiff's assertion in Paragraph 14. Defendant has merely asserted his

legal rights to demand an equitable distribution of martial assets and has attempted to

communicate with Plaintiff to form a strategy that does not leave Defendant homeless or

financially ruined. It is Plaintiff who created the financial crisis at issue by refusing to

pay the mortgages and Plaintiff who now asks this Court to order a fire sale of the most

significant asset in this marital estate. The Court should deny this unreasonable and

premature request.

15. Defendant denies Plaintiff assertions in Paragraph 15. Plaintiff can pay the mortgage. Her

selfish refusal to do so is what has created a time-sensitive crisis. Defendant does not

have another place to live or financial means to secure alternate living quarters. While

Defendant understand that neither party will come through this divorce unscathed, to ask

Defendant to immediately leave his home because of a financial crisis Plaintiff created is

an unreasonable and insulting proposition. It should be denied.

16. Defendant strenuously objects to any order to sell the home before the Court has assessed

the full marital estate, particularly while Plaintiff has the financial ability to pay the

mortgages and thereby maintain status quo. In the even the Court does order a sale, an

auction would be an unreasonable fire sale that would almost certainly yield proceeds far

below what the home would bring if listed on the open market. Moreover, an immediate

auction would expose Defendant to significant liability to current leaseholders residing in

6

50

the home. Defendant therefore would ask the Court to order Plaintiff to maintain the mortgage for three (3) to six (6) months so that the home may be sold in an orderly fashion on the open market, yield the most proceeds possible, and limit Defendant's liability to leaseholders.

17. Defendant objects to Plaintiff's request in Paragraph 17. Plaintiff voluntarily, and abruptly left the marital residence. She should bear all costs of her decision, and no reimbursement from the marital estate should be permitted. Plaintiff's request for an offset of the proceeds should be denied because her payments on the mortgages were required to keep Defendant in the manner of living to which he had become accustomed. Further, withholding proceeds from a sale to determine any offset would literally render Defendant homeless, without any income, and without any funds available to secure alternate housing. Plaintiff's request is a cruel and unreasonable concept that this Court should reject out of hand.

Defendant would further state and show unto the Court as follows:

18. As noted previously, Defendant currently rents two rooms of the marital residence, so as to have some means of income to pay the utilities for the marital residence and to have some source of income. Should the Court determine that the marital residence should be sold in some form or fashion at this time, the Court take into consideration that the Defendant will need ample time to notify the current tenants of their need to vacate the residence located at 1986 Sunnyside Drive, Brentwood, Tennessee 37027; therefore, the Defendant would request that he, along with the current tenants, be permitted to remain in the residence until the home is sold, and that he be permitted ninety (90) days to properly notify the tenants of their need to vacate the property.

7

S1

19. As a result of the two (2) leases with one-year terms, the Defendant is put into a compromising situation which could result in serious liability. His only two options are to either sell the marital residence with two active leases, or to pay the tenants to vacate early. If he elected to pay the tenants to vacate early, he would most likely have to reimburse them for the remaining months of their lease, security deposits for their next rental, moving costs, etc.

20. As one could imagine, the financial burden to the Defendant is monumental when considering these expenses; if anything, if the Defendant is forced to vacate the residence and also reimburse his tenants for vacating early, then Plaintiff should have to share equally in the costs for reimbursing the tenants as well.

21. The Defendant would further respectfully submit and agree, as condition to his remaining in the residence, that he shall maintain the home in pristine condition, pay all utilities for the marital residence and pay the first mortgage on the marital residence.

22. The Defendant would further agree to permit Plaintiff to inspect the home to determine the status of the interior of the residence, provided he receive notice of no less than forty-eight (48) hours of her intent to enter the former marital residence.

23. The Defendant would further aver that the Plaintiff willingly/intentionally failed to notify the Defendant of her bankruptcy proceedings as well as her failure/inability to pay the mortgage in a timely fashion, and that throughout the duration of the marriage, the Plaintiff has been the primary breadwinner and primarily paid the parties' mortgage obligations, moreover Plaintiff is well-aware of the Defendant's inconsistent employment history due to his debilitating mental health diagnoses which affect his ability to maintain continuous and consistent employment.

8

52

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 10 of 12          07/29/2019 4:32 PM

24  That the first and second mortgages as outlined in Plaintiff's Motion, are in the Plaintiff's sole name, and that according to these negotiable instruments, the Plaintiff is solely responsible for payment thereof. Because the Plaintiff failed to communicate with the Defendant as to the status of payment, and Defendant was not a party to the financial documents, it was an impossibility for him to have the ability to contact the lender to verify whether or not payments on the marital residence were being made in a timely manner, and to date is still unaware of when the last payment was received by the mortgage holders, as Plaintiff has failed or refused to provide him with this information.

25.  In this aspect, it is arguable that the Plaintiff has unclean hands and that she is acting in bad faith because her past actions have undoubtedly created the present "emergency" as it relates to the possible foreclosure on the marital residence and the need to sell the home in an urgent fashion.

26.  The Defendant specifically denies any allegation that he is guilty of domestic abuse towards the Wife, he acknowledges that an *Ex Parte* Order of Protection is in effect and that the hearing on the Order of Protection is set to be heard on August 1, 2019, which is the same day as the Plaintiff's Motion to Sell the Marital Residence is set.

27.  The Defendant has not filed an Answer and Counter-Complaint to date as a result of an agreement between the attorneys to grant an extension to file such, and that this is irrelevant with respect to the Motion to Sell the Marital Residence as it has no bearing on the status of the marital residence and the mortgage payments.

28.  As stated previously, Defendant acknowledges that he has two tenants residing in the marital residence, and that the rental proceeds are put towards the utilities and maintenance of the home and that he rented these bedrooms in an attempt to mitigate the

9

53

financial disaster that the Plaintiff put him in after she ceased paying the mortgage and the utilities, and deserted the Defendant.

29. The Defendant has transferred utilities into his name and that the utilities remain current, and that he agrees to maintain the status quo.

30. Should the Court order the sale of the marital residence, the Defendant would respectfully request that, pending payment of the existing first and second mortgages and any liens on the property, he be permitted an advance on his portion of the proceeds in order to obtain housing, as the sale of the residence will essentially leave him homeless, and without stable employment or rent from tenants, he has no other source of income at this time to rely upon for basic necessities and survival.

Respectfully Submitted,

Charles M. Duke, #23607
1200 Villa Place, Suite 201
Nashville, TN 37212
(615) 541-1842
(615) 647-0672 Fax
marty@mdukelaw.com

Mitchell Miller, #36126
1200 Villa Place, Suite 200
Nashville, TN 37212
(615) 712-6394
mitchell@schafferlawfirmtn.com

*Attorneys for Defendant/Husband*

10

54

From: Marty Duke     Fax: 16155411842     To:     Fax: (615) 790-5626     Page: 12 of 12     07/29/2019 4:32 PM

Case 3:23-cv-01097-PLM-RSK   ECF No. 1-17, PageID.702   Filed 10/13/23   Page 62 of 719
of 100
TNJudicial.org/s/e/r/i/002.9tf                  Williamson County Chancery Court Tennessee (Trial Court Records)          DOC 002 (Page 62 of 719

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Wife's Motion to Sell the

Marital Residence, has been sent to Ms. Virginia Story, Esq. Attorney for the Wife, at 136

Fourth Avenue South, Franklin, TN 37064, via U.S. Mail, postage prepaid, on the 29th day of

July, 2019.

11

55

ENTERED 7/29/19
BOOK
ELAINE B. BE___, Clerk & ___, PAGE

## TENNESSEE COURTS
## UNIFORM FACSIMILE FILING COVER SHEET

DATE  7-25-19

TO (COURT CLERK)  Clerk & Master

COURT  Williamson County Chancery Court

CLERK'S FAX NUMBER  615-790-5626

CASE NAME  Fowler  v. Fowler

DOCKET NUMBER  48419 B

TITLE OF DOCUMENT  Response in Opposition to Motion to Sell

FROM (SENDER)  Charles M. Duke

SENDER'S ADDRESS  1200 Villa Place, Suite 201, Nashville 37212

SENDER'S VOICE TELEPHONE NUMBER  615-541-1842

SENDER'S FAX TELEPHONE NUMBER  615-647-0672

TOTAL PAGES INCLUDING COVER PAGE  12

Unless authorized by the Court, a facsimile transmission exceeding fifty (50) pages, including cover page,
shall not be filed by the clerk.

---

**YOUR FACSIMILE FILING
LISTED ABOVE WAS STAMP
FILED ON** 7/29/19

**PLEASE REMIT
$** 17 **TO:**

**CLERK AND MASTER
P. O. BOX 1666
FRANKLIN, TN 37065**

---

- 56

From: Marty Duke     Fax: 16155411842     To:     Fax: (615) 790-5625     Page: 2 of 51     07/29/2019 4:06 PM

*ex 1 to Response*

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this an amended filing

*FILED / ENTERED / BOOK _____ PAGE _____ 7/29/19 / ELAINE B. BEELER, Clerk & Master*

---

### Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:  Identify Yourself**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Fawn**<br>First name | First name |
| | ████ <br>Middle name | Middle name |
| Bring your picture identification to your meeting with the trustee. | **Fenton**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Fawn ████<br>Fawn Tiffany ████ | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2065 | |

---

57



FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.002.1064.00

From: Marty Duke        Fax: 1615541842        To:        Fax: (615) 790-5626        Page: 3 of 51        07/29/2019 4:06 PM

Debtor 1    **Fawn Tiffany Fenton**                                        Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EINs | EINs |

| | | If Debtor 2 lives at a different address: |
|---|---|---|
| **5. Where you live** | ■ ▬▬▬▬▬▬▬ <br> **Brentwood, TN 37027** <br> Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Davidson** <br> County | County |
| | If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | Check one. | Check one: |
|---|---|---|
| **6. Why you are choosing this district to file for bankruptcy** | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

58

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.002.1065.00

From: Marty Duke        Fax: 16155411842        To:        Fax: (615) 790-5626        Page: 4 of 51        07/29/2019 4:06 PM

Debtor 1   Fawn Tiffany Fenton                                        Case number *(if known)*

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box. |

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

| | | |
|---|---|---|
| 8. | How you will pay the fee | ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | Have you filed for bankruptcy within the last 8 years? | ■ No. | | | | |
| | | ☐ Yes. | | | | |
| | | | District | _____ | When _____ | Case number _____ |
| | | | District | _____ | When _____ | Case number _____ |
| | | | District | _____ | When _____ | Case number _____ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ■ No | | | | |
| | | ☐ Yes. | | | | |
| | | | Debtor | _____ | | Relationship to you _____ |
| | | | District | _____ | When _____ | Case number, if known _____ |
| | | | Debtor | _____ | | Relationship to you _____ |
| | | | District | _____ | When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | Do you rent your residence? | ☐ No.   Go to line 12. |
| | | ■ Yes.   Has your landlord obtained an eviction judgment against you? |
| | | ■   No. Go to line 12. |
| | | ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition. |

59

Official Form 101    Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main    page 3
Voluntary Petition for Individuals Filing for Bankruptcy
Document    Page 3 of 50

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.002.1066.00

From: Marty Duke     Fax: 16155411842     To:          Fax: (615) 790-5626          Page: 5 of 51     07/29/2019 4:06 PM

Debtor 1   **Fawn** ███ **Fenton**                    Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any _____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code _____

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?  _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code _____

60

Official Form 101       Voluntary Petition for Individuals Filing for Bankruptcy       page 4

FRBP Violated: #3:19-bk-02693       TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)       JRF.002.1067.00

TNJudicial.org/p/s/jrf002.gtf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC. 002   Page 68 of 719

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 6 of 51    07/29/2019 4:06 PM

---

Debtor 1   Fawn ████ Fenton                                        Case number *(if known)*

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15.   Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file your bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

61

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy / Document   Page 5 of 50    page 5

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.002.1068.00

From: Marty Duke     Fax: 16155411842     \:     Fax: (615) 790-5626     Page: 7 of 61     07/29/2019 4:06 PM

Debtor 1  Fawn █████ Fenton                    Case number (if known) _____

**Part 6:   Answer These Questions for Reporting Purposes**

16. What kind of debts do you have?
    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
    ☐ No. Go to line 16b.
    ■ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts

17. Are you filing under Chapter 7?
    ■ No. I am not filing under Chapter 7. Go to line 18.

    Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?
    ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
    ☐ No
    ☐ Yes

18. How many Creditors do you estimate that you owe?
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

19. How much do you estimate your assets to be worth?
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ■ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

20. How much do you estimate your liabilities to be?
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ■ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

**Sign Below**

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Fawn █████ Fenton                    _____
Fawn █████ Fenton                        Signature of Debtor 2
Signature of Debtor 1

Executed on  **April 26, 2019**            Executed on _____
             MM / DD / YYYY                            MM / DD / YYYY

62

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1069.00

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 8 of 51          07/29/2019 4:05 PM

Debtor 1  **Fawn** ▓ **Fenton**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect

/s/ Mary Beth Ausbrooks                          Date    **April 26, 2019**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Mary Beth Ausbrooks**
Printed name

**Rothschild & Ausbrooks PLLC**
Firm name

**1222 16th Avenue South, Suite 12**
**Nashville, TN 37212-2926**
Number, Street, City, State & ZIP Code

Contact phone  **(615) 242-3996**                Email address    **notice@rothschildbklaw.com**

**3463 TN**
Bar number & State

---

- 63

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Fawn | Fenton | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $    425,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $    33,108.50 |
| 1c. Copy line 63, of all property on Schedule A/B............................................................ | $    458,108.50 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    306,750.19 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.....................* | $    0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.........* ................... | $    48,941.30 |
| | **Your total liabilities** $    355,691.49 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................. | $    5,845.04 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................... | $    3,025.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose " 11 U S C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2    64

Software Copyright (c) 1996-2019 Best Case, LLC  www.bestcase.com    Best Case Bankruptcy

From: Marty Duke        Fax: 16155411842        To:        Fax: (615) 790-5626        Page: 10 of 51        07/29/2019 4:06 PM

| Debtor 1 | Fawn ▮ Fenton | Case number *(if known)* |
|---|---|---|

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.        $ **7,500.00**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

From Part 4 on *Schedule E/F*, copy the following:

|  | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | | +$ 0.00 |
| 9g. Total. Add lines 9a through 9f. | | $ 0.00 |

65

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document        Page 9 of 50

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.002.1072.00

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 11 of 51    07/29/2019 4:06 PM

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **1986 Sunny Side Drive** | | | |
| Street address, if available, or other description | | | |

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Brentwood** | **TN** | **37027-0000** |
|---|---|---|
| City | State | ZIP Code |

Current value of the entire property?    Current value of the portion you own?
**$425,000.00**      **$425,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entireties**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Separated Spouse is on Deed only**

| **Williamson** |
|---|
| County |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................=>    **$425,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

66

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 10 of 50

FRBP Violated: #3:19-bk-02693      TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)      JRF.002.1073.00

TNJudicial.org/s/a/jsf002.pdf — Williamson County Chancery Court, Tennessee Civil Court Records — Filed 10/13/23 — Page 74 of 719

Case 1:23-cv-01097-PLM-RSK — ECF No. 1-1 — PageID.714 — Filed 10/13/23 — Page ID Page 74 of 719 of 100

Debtor 1    Fawn ████ Fenton                                    Case number (if known) _____

**3  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | |
|---|---|---|
| 3.1 Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Prius** | ■ Debtor 1 only | |
| Year: **2017** | ☐ Debtor 2 only | |
| Approximate mileage: **23,000** | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | |
| VIN: ████████ | ☐ Check if this is community property (see instructions) | |

Current value of the entire property? **$16,375.00**
Current value of the portion you own? **$16,375.00**

**4  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................⇒**     **$16,375.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?          Current value of the portion you own? Do not deduct secured claims or exemptions.

**6  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe...

| | |
|---|---|
| Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household Items | $1,500.00 |
| 1986 Sunny Side Drive<br>Sofa, Entertainment Center, Lounge Chair, Patio Furniture, File Cabinets, Desk, Lamps, Misc. Household Items | $500.00 |

**7  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Cellphone, Laptop, TV, Tablet | $1,000.00 |

**8  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe...

| | |
|---|---|
| Breyer Horses | 67<br>$900.00 |

From: Marty Duke          Fax: 16155411842          To:               Fax: (615) 790-5626          Page: 13 of 51    07/29/2019 4:06 PM

Debtor 1    Fawn ███ Fenton                                           Case number *(if known)*

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.. .

| | |
|---|---|
| Treadmill $1,000, Weight Set $200 located at 1986 Sunny Side Drive, Brentwood, TN | $600.00 |

**10  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe....

| | |
|---|---|
| AR15, FN-FAL, Glock 23, Rugger SP101 | $2,700.00 |

**11  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| Clothing/Shoes/Purse | $500.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe ...

| | |
|---|---|
| Wedding Ring $1500 and Costume Jewelry | $1,500.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| | |
|---|---|
| Dog, 2 Bunnies, Fish | $0.00 |

**14  Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $1,000.00 |

| | |
|---|---|
| 2 Aquarium located at 1986 Sunny Side Drive 2 Aquarium located at ███ | $2,000.00 |

**15   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................  **$12,200.00**

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                              Schedule A/B: Property                                  page 3

Debtor 1    **Fawn** ▇ **Fenton**        Case number *(if known)* _____

**16. Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ■ Yes........... ........................ , ....... ...............   ..   .. ... . ........

| | | |
|---|---|---|
| | Cash | $50.00 |

**17 Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
     institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes................ ......           Institution name:

| | | | |
|---|---|---|---|
| 17 1. | Checking | First Farmers & Merchants | $2,000.00 |
| 17.2. | Checking | Ascend Federal CU | $0.00 |
| 17.3. | Savings | First Farmers & Merchants | $800.00 |
| 17 4. | Savings | Ascend Federal CU | $150.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ■ No
     ☐ Yes. Give specific information about them.................
               Name of entity:             % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.   .   ....   ..   ..    .   .
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
               Issuer name:

**21. Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ■ No
     ☐ Yes. List each account separately.
               Type of account:             Institution name:

**22. Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ...... ..............             Institution name or individual:

**23 Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes....... .. ..       Issuer name and description.

**24 Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).   · · · - - -

**69**

Official Form 106A/B            Schedule A/B: Property                      page 4

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
                   Document     Page 13 of 50

Debtor 1    Fawn ▮▮▮ Fenton    Case number *(if known)* _____

- ■ No
- ☐ Yes ....    Institution name and description  Separately file the records of any interests.11 U.S.C. § 521(c):

**25  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes  Give specific information about them ..

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes. Give specific information about them ..

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes. Give specific information about them...

**Money or property owed to you?**
Current value of the portion you own?. Do not deduct secured claims or exemptions.

**28  Tax refunds owed to you**
- ☐ No
- ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| 2017 Tax Refund | Federal | $1,533.50 |
| 2018 Tax Refund $2,158.00<br>$668.98 to Separated Spouse<br>remainder used on living expenses | Federal | $0.00 |

**29  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information  ....

**30  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.
  Company name:    Beneficiary:    Surrender or refund value:

**32  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes  Give specific information

**33  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples* Accidents. employment disputes, insurance claims, or rights to sue
- ■ No

70

Official Form 106A/B    Schedule A/B: Property    page 5

Software Copyright (c) 1996 2019 Best Case LLC  www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 14 of 50

TNJudicial. Case 2:20-cv-01097-PLM-RSK Williamson County Chancery Court Tennessee (Trial Court Records) Filed 10/13/23 DPG 002 Page 78 of 719

ECF No. 17, PageID.716 Page 78 of 100

From: Marty Duke     Fax: 16155411842     To:     Fax: (615) 790-5626     Page: 16 of 51     07/29/2019 4:06 PM

Debtor 1   **Fawn** ████ **Fenton**       Case number *(if known)* _____

☐ Yes   Describe each claim ........

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
- ■ No
- ☐ Yes   Describe each claim.........

35. Any financial assets you did not already list
- ■ No
- ☐ Yes.   Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................    **$4,533.50**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
- ■ No   Go to Part 6.
- ☐ Yes.   Go to line 38. .

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ■ No.   Go to Part 7.
- ☐ Yes.   Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes.   Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ......................................    **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| # | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 ..................................................................................... | | **$425,000.00** |
| 56 | Part 2: Total vehicles, line 5 | **$16,375.00** | |
| 57. | Part 3: Total personal and household items, line 15 | **$12,200.00** | |
| 58. | Part 4: Total financial assets, line 36 | **$4,533.50** | |
| 59. | Part 5: Total business-related property, line 45 | **$0.00** | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | **$0.00** | |
| 61. | Part 7: Total other property not listed, line 54 | +   **$0.00** | |
| 62 | Total personal property. Add lines 56 through 61... | **$33,108.50** | Copy personal property total   **$33,108.50** |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | **$458,108.50** |

**71**

Official Form 106A/B       Schedule A/B: Property       page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document     Page 15 of 50

TNJudicial.org/alsirf002.pdf        Williamson County Chancery Court Tennessee (Trial Court Records)        DPC 002 79

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** | **Fenton** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2017 Toyota Prius 23,000 miles**<br>VIN:<br>Line from *Schedule A/B*: 3.1 | $16,375.00 | ☑ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **AR15, FN-FAL, Glock 23, Rugger SP101**<br>Line from *Schedule A/B*: 10.1 | $2,700.00 | ☑ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Clothing/Shoes/Purse**<br>Line from *Schedule A/B*: 11.1 | $500.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-104 |
| **Cash**<br>Line from *Schedule A/B*: 16.1 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Checking: First Farmers & Merchants**<br>Line from *Schedule A/B*: 17.1 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

---

72

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 1 of 2

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com        Best Case Bankruptcy

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.002.1079.00

From: Marty Duke     Fax: 16155411842     To:          Fax: (615) 790-5626          Page: 18 of 51     07/29/2019 4:06 PM

Debtor 1   **Fawn Tiffany Fenton**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: First Farmers & Merchants**<br>Line from *Schedule A/B*: 17.3 | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Savings: Ascend Federal CU**<br>Line from *Schedule A/B*: 17.4 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Federal: 2017 Tax Refund**<br>Line from *Schedule A/B*: 28.1 | $1,533.50 | ■ $525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No
        ☐  Yes

73

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 2 of 2
Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
                             Document       Page 17 of 50

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 19 of 51    07/29/2019 4:06 PM

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** ▮▮ **Fenton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2.** List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A — Amount of claim — Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim | Column C — Unsecured portion If any |
|---|---|---|---|---|
| **2.1 BanCorp South** | Describe the property that secures the claim: | $53,967.42 | $425,000.00 | $0.00 |

Creditor's Name

Attn: Officer Manager or Agent
914 Murfreesboro Road
Franklin, TN 37067

Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**1986 Sunny Side Drive Brentwood, TN 37027 Williamson County Separated Spouse is on Deed only**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Home Equity Line of Credit**

Date debt was incurred     Last 4 digits of account number ___

| | | | | |
|---|---|---|---|---|
| **2.2 Bank of America, NA** | Describe the property that secures the claim: | $240,182.77 | $425,000.00 | $0.00 |

Creditor's Name

Attn: Officer Manager or Agent
4909 Savarese Circle
Tampa, FL 33634

Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**1986 Sunny Side Drive Brentwood, TN 37027 Williamson County Separated Spouse is on Deed only**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **First Mortgage**

Date debt was incurred     Last 4 digits of account number ___ ___ **74**

---

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 2

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main Document   Page 18 of 50

DOC 002 Page 82 of 719

From: Marty Duke        Fax: 16155411842        To:        Fax: (615) 790-5626        Page: 20 of 51        07/29/2019 4:06 PM

Debtor 1  Fawn [ ] Fenton
First Name   Middle Name   Last Name

Case number (if known) _____

| 2.3 | Toyota Motor Credit Co. | Describe the property that secures the claim: | $12,600.00 | $16,375.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn Officer Manager or Agent**
**5005 N River Blvd. NE**
**Cedar Rapids, IA**
**52411-6634**

Number, Street, City, State & Zip Code

**2017 Toyota Prius 23,000 miles**
**VIN:** [ ]

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **PMSI**

Date debt was incurred  **09/15/2016**        Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:        **$306,750.19**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:        **$306,750.19**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

75

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 2

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com        Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document        Page 19 of 50

FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.002.1082.00

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 21 of 51    07/29/2019 4:06 PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn**   **Fenton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?

☐ No  Go to Part 2

☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | IRS Insolvency | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
Attn: Officer Manager or Agent
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations .

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Notice

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document    Page 20 of 50

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.002.1083.00

Debtor 1  **Fawn** ▓▓▓▓ **Fenton**                                      Case number (if known)

---

| 4.1 | **American Express** | Last 4 digits of account number | $9,518.02 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 981537**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 | **Ascend Federal Credit Union** | Last 4 digits of account number | $17,811.23 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 1210**
**Tullahoma, TN 37388**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.3 | **Bank of America** | Last 4 digits of account number | $11,793.22 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 982238**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**77**

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document          Page 21 of 50

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 23 of 51    07/29/2019 4:06 PM

Debtor 1  Fawn [ ] Fenton    Case number (if known) _____

| 4.4 | **Capital One Bank USA NA** | Last 4 digits of account number ____ | $9,818.83 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 30281**
**Salt Lake City, UT 84130-0281**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Flexible Spending Account**

| 4.5 | **Chase Card** | Last 4 digits of account number ____ | $0.00 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**IRS Insolvency**
**801 Broadway Room 285**
**MDP 146**
**Nashville, TN 37203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**US Attorney General**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| 6a | Domestic support obligations | 6a $ | 0.00 |
| **Total** | | | |

78

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 3 of 4
Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document   Page 22 of 50

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 24 of 51          07/29/2019 4:06 PM

Debtor 1   **Fawn** ▮▮▮▮ **Fenton** _____   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| claims from Part 1 | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |
| Total claims from Part 2 | 6f. | Student loans | 6f. | Total Claim $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 48,941.30 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 48,941.30 |

79

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document   Page 23 of 50

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1086.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** ███ **Fenton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for** (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease. Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2 1 ███████ c/o Brookside Properties, Inc. 2002 Richard Jones Road, Suite 200-C Nashville, TN 37215 | Assume Residential Lease Ends 08/2020 |

`· · -`  **80**

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    Page 1 of 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 24 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.002.1087.00

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 26 of 51          07/29/2019 4:06 PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Fawn | Fenton | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

**3.1**
Name _____
Number ___ Street ___ City ___ State ___ ZIP Code ___

☐ Schedule D, line ___
☐ Schedule E/F, line ___
☐ Schedule G, line ___

**3.2**
Name _____
Number ___ Street ___ City ___ State ___ ZIP Code ___

☐ Schedule D, line ___
☐ Schedule E/F, line ___
☐ Schedule G, line ___

81

Case 3:19-bk-02693     Doc 1     Filed 04/26/19     Entered 04/26/19 13:28:31     Desc Main
Document          Page 25 of 50

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1088.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Fawn ▮▮ Fenton |
| Debtor 2 (Spouse if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. | Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | Architect | |
| | | **Employer's name** | Adkisson & Associates, Architects, Inc. | |
| | Occupation may include student or homemaker, if it applies | **Employer's address** | 3322 West End Ave.<br>Suite 103<br>Nashville, TN 37203 | |
| | | How long employed there? | August 2006 | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 7,500.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 7,500.00 | $ N/A |

82

From: Marty Duke     Fax: 16155431842          :          Fax: (615) 790-5626          Page: 28 of 51     07/29/2019 4:06 PM

| Debtor 1 | Fawn Fenton | | Case number (if known) | |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 7,500.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,654.96 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,654.96 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 5,845.04 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,845.04 + $ N/A = | $ 5,845.04 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. | +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related Data, if it applies | 12. | $ 5,845.04 | Combined monthly income |
| 13. | Do you expect an increase or decrease within the year after you file this form? | | | |

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☐ Yes. Explain: [_____]

*83*

Official Form 106I          Schedule I: Your Income          page 2

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1090.00

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 29 of 51    07/29/2019 4:06 PM

---

**Fill in this information to identify your case:**

Debtor 1: **Fawn    Fenton**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known):

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ■ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?  ■ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 1,229.00

If not included in line 4:

| | | |
|---|---|---|
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 15.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5 Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Official Form 106J    Schedule J: Your Expenses    page 1
84

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main Document   Page 28 of 50

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.002.1091.00

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 30 of 51    07/29/2019 4:06 PM

---

Debtor 1  **Fawn ███ Fenton**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 90.00 |
| | 6b    Water, sewer, garbage collection | 6b $ | 0.00 |
| | 6c.    Telephone, cell phone, internet, satellite, and cable services | 6c $ | 100.00 |
| | 6d.    Other. Specify: | 6d. $ | 0.00 |
| 7 | Food and housekeeping supplies | 7 $ | 500.00 |
| 8. | Childcare and children's education costs | 8 $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ | 89.00 |
| 10. | Personal care products and services | 10. $ | 50.00 |
| 11. | Medical and dental expenses | 11. $ | 10.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 150.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 50.00 |
| 14. | Charitable contributions and religious donations | 14. $ | 25.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 200.00 |
| | 15d.   Other insurance. Specify: | 15d $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify:   Storage | 17c. $ | 117.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a   Mortgages on other property | 20a. $ | 0.00 |
| | 20b   Real estate taxes | 20b $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify:   Pet Supplies - 1 Dog & 2 Bunnies & Fish | 21. +$ | 400.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,025.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,025.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a $ | 5,845.04 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,025.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 2,820.04 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No
☐ Yes.  | Explain here: |

                                                                                    85

Official Form 106J                    **Schedule J: Your Expenses**                    page 2

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1092.00

TNJudicial.org/agetf0022gf    Case 3:23-cv-01097-PLM-RSK    Williamson County Chancery Court Tennessee (Trial Court Records)    ECF No. 1-17, PageID.733    Filed 10/13/23    DOC-002 | Page 93 of 719    Page 93 of 100

From: Marty Duke          Fax: 16155411842          To:          Fax: (615) 790-5626          Page: 31 of 51    07/29/2019 4:06 PM

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Fawn** _____ **Fenton** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▬ Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Fawn Tiffany Fenton** _____    X  _____
   Fawn _____ Fenton _____              Signature of Debtor 2
   Signature of Debtor 1

Date  **April 26, 2019** _____          Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules          **86**

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Fawn ▓▓▓ Fenton                                        Case number (if known) _____

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

### Part 6:   List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7   List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DebtorCC, Inc. | Credit Counseling | 04/01/2019 | $15.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| Jeffrey Fenton 1986 Sunny Side Drive Brentwood, TN 37027 | 2003 Buick LeSabre | None | January 2019 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:19-bk-02693   Doc 1   Filed 04/26/19   Entered 04/26/19 13:28:31   Desc Main
Document   Page 35 of 50

91

Debtor 1   Fawn ▮▮▮ Fenton                                     Case number (if known)

beneficiary? (These are often called *asset-protection devices* )

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
|  |  |  |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Mallory Station Storage 309 Mallory Station Rd Franklin, TN 37067 | Fawn ▮▮▮ Fenton Brentwood, TN 37027 | Books, Luggage, Pet Supplies, Christmas decorations | ☐ No ■ Yes |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
|  |  |  |  |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 6

From: Marty Duke    Fax: 16155411842    To:    Fax: (615) 790-5626    Page: 38 of 51    07/29/2019 4:06 PM

Debtor 1    Fawn ▓▓▓ Fenton    Case number *(if known)*

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 37 of 50

93

From: Marty Duke          Fax: 1615541842          To:               Fax: (615) 790-5625          Page: 39 of 51          07/29/2019 4:06 PM

Debtor 1     Fawn ████ Fenton _____     Case number (if known) _____

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial
institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Name .                                          Date Issued
Address
(Number, Street, City, State and ZIP Code)

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Fawn Tiffany Fenton
_____               _____
Fawn ████ Fenton                          Signature of Debtor 2
Signature of Debtor 1

Date   April 26, 2019                      Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes  Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 8

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
                               Document      Page 38 of 50

94

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1101.00

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 39 of 50    95

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.002.1102.00

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   |         |                     |
|---|---------|---------------------|
|   | $1,167  | filing fee          |
| + | $550    | administrative fee  |
|   | $1,717  | total fee           |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document    Page 40 of 50

96

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.002.1103.00

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts