TNJudicial.org/clerk/0023.pdf Williamson County Chancery Court Tennessee (Trial Court Records) DOC: 002 I Page 309 of 719

Case 1:23-cv-01097-PLM-RSK ECF No. 1-21, PageID.959 Filed 10/13/23 Page 1 of 50

**The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.**



VOl3
Appendix 13-3

# TECHNICAL RECORD
III

NO. 48419B
COA NO. M2019-02059-COA-R3-CV

*APPPEALED FROM*
CHANCERY COURT
AT FRANKLIN TENNESSEE
MICHAEL W. BINKLEY CHANCELLOR
ELAINE B. BEELER, CHANCERY COURT CLERK

FILED
JUN 1 5 2020
Clerk of the Appellate Courts
Rec'd By _____

*IN THE CASE OF*
FAWN ███████ FENTON
VS.
JEFFREY RYAN FENTON

*TO THE*
APPEALS COURT
NASHVILLE TENNESSEE

VIRGINIA L. STORY
135 FOURTH AVE. SOUTH
FRANKLIN, TN 37064
**ATTORNEY FOR APPELLEE**

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI 48430
**PRO SE APPELLANT**

FILED 31ST DAY OF MARCH 2020.

CHANCERY COURT _____ CLERK
NO. 48419B       Sara B McKinney      DEP. CLERK



**INVENTORY DATE:**   **5/1/2018**

| | |
|---|---|
| Insurance company: | Donegal Insurance Group |
| Insurance company phone: | (800) 877-0600 |
| Policy number: | HOC 8115950 |
| Insurance agent: | Will & Anna Lima Montgomery (Montgomery & Assoc.) |
| Insurance agent phone: | (615) 829-8457 |
| Insurance agent address: | 1730 General George Patton Dr, #212, Brentwood, TN 37027 |

| Where Purchased | Quantity Purchased | Purchase Price | Price per Round | Date | Counted | Quantity Counted | Estimated Current Value | Notes |
|---|---|---|---|---|---|---|---|---|
| SportamansGuide.com | 1,000 | $372.38 | $0.37 | 5/1/2018 | | 1,000 | $372.38 | 2x 500 Round Cases (25 Boxes of 20 Rounds Each) |
| AmmoMan.com | 1,000 | $219.00 | $0.22 | 5/1/2018 | | 780 | $170.82 | 39 Boxes of 20 Rounds |
| SportamansGuide.com | 1,000 | $645.98 | $0.65 | 5/1/2018 | | 1,000 | $645.98 | 2x 500 Round Cases (25 Boxes of 20 Rounds Each) |
| SportamansGuide.com | 100 | $132.95 | $1.33 | 5/1/2018 | | 100 | $132.95 | 5 Boxes of 20 Rounds |
| SportamansGuide.com | 1,000 | $326.78 | $0.33 | 5/1/2018 | | 300 | $98.03 | 6 Boxes of 50 Rounds Each |
| AmmoMan.com | 1,000 | $179.00 | $0.18 | 5/1/2018 | | 700 | $125.30 | 14 Boxes of 50 Rounds |
| AmmoMan.com | 300 | $234.00 | $0.78 | 5/1/2018 | | 50 | $39.00 | 1 Box of 50 Rounds |
| AmmoMan com | 1,000 | $289.00 | $0.29 | 5/1/2018 | | 550 | $158.95 | 11 Boxes of 50 Rounds |
| AmmoMan com | 100 | $90.00 | $0.90 | 5/1/2018 | | 100 | $90.00 | 2 Boxes of 50 Rounds |
| Unknown | 500 | $125.00 | $0.25 | 5/1/2018 | | 380 | $95.00 | 19 Boxes of 20 Rounds (Guessed at Pricing) |
| Unknown | 220 | $65.00 | $0.30 | 5/1/2018 | | 220 | $65.00 | Fed = 50 Rounds | CCI = 150 Rounds | Win = 20 Rds |
| | | $2,679.09 | | | | 5,180 | $1,993.41 | |

5,180
FAWN'S ROUNDS of AMMUNITION

- 301

302

TNJudicial.org/e/a/jrf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC: 002 | Page 312 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.962    Filed 10/13/23    Page 4 of 50



# FAWN T. FENTON

1986 Sunny Side Drive, Brentwood, Tennessee 37027

Email:

Tel: (615)

*Self-Defense Handgun Instructor*

## CERTIFICATIONS & AFFILIATIONS

- **NRA Certified Basic Pistol Instructor**
- **Tennessee Department of Safety Concealed Carry Instructor**
- **Front Sight Firearms Training Institute Handgun Instructor, Pahrump, NV**
- **CCWP Instructor at The Range Incorporated, Centerville, TN**
- Nashville Police Department, Citizens Police Academy, Spring 2009
- Mount Juliet Police Department, Citizens Police Academy, Spring 2004
- Member of the NRA since 2004, Life Member since 2012
- Certified Trainer with NRA "Refuse to Be a Victim" Program
- Member of the United States Practical Shooting Association since 2003

## TRAINING

- Front Sight Firearms Training Institute, 4-Day Practical Rifle (FN-FAL & AR15), January 2018
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, March 2013
- Front Sight Firearms Training Institute, 4-Day Armorers Class – AR15, March 2010
- Front Sight Firearms Training Institute, 4-Day Line Coach – Defensive Handgun, March 2010
- Front Sight Firearms Training Institute, 4-Day Instructor Development, February 2009
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AR-15), February 2008
- Front Sight Firearms Training Institute, Handgun Master Prep, January 2007
- HGR Firearms NRA Basic Pistol Instructor Certification Course, June 2006
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, January 2006
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AK-47), January 2005
- Tactical Response, 2-Day Fighting Pistol, May 2004
- Vanderbilt Rape Aggression Defense Systems, December 2003
- The Range Incorporated, Advanced Handgun II, November 2003

303

TNJudicial.Org/c/c/rf0023.df    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC: 002 | Page 313 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.963    Filed 10/13/23    Page 5 of 50

- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2003
- The Range Incorporated, Advanced Handgun I, April 2003
- The Range Incorporated, State Concealed Carry Course, February 2003
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2002

---

## REFERENCES

JOHN HUTCHERSON ▪ Owner, The Range Inc. Instructor, DCSO Correctional Officer
T: (615) 662-6815, Nashville, TN   therange@bellsouth.net

RICK MORELLO ▪ Front Sight Firearms Operations Manager, Instructor
T: (800) 987-7719, Pahrump, NV   morello@frontsight.com

MARK ███████ ▪ Brother, U.S. Marine Veteran
T: (949) 565-6204, Lake Forest, CA   mark.davenport@live.com

304



FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1314.00




# Tennessee
## THE VOLUNTEER STATE

USA
TN





# HANDGUN CARRY PERMIT

PERMIT NO.
**093973585**

DOB
**01/22/1973**

EXP **03/12/2019**

SEX **F**     HGT **5'-04"**     EYES **BRO**

DD **9011412091810100**

HCP

**FENTON**
**FAWN TIFFANY**
1986 SUNNY SIDE DR

BRENTWOOD, TN 37027

306

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1316.00

TN.Judicial.org/ca/jrf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002 | Page 316 of 719

# STATE CERTIFIED
# HANDGUN INSTRUCTOR

Awarded to

*Fawn T. Fenton*

ID # _197_ / _30_ / _1220_

Presented by

**Tennessee Department of Safety**

Issued _5/8/12_ Expires_8/15/15_

_____
**Program Director**

_____
**Commissioner**

SF-1106

308

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1317.00

TNJudicial.org/cja/rf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002 | Page 317 of 719



# National Rifle Association of America

# Certificate of Membership

*This certifies that*

## Fawn Fenton

*has fulfilled the requirements of a*

## Life Member

*as set forth in the bylaws of the Association*

*Date* **April 26, 2012** *National Rifle Association* _____

**Executive Vice-President**

FRBP Violated: #3:19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1318.00

TN.Judicial.org/ca/jrf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002| Page 318 of 719



## Thank you for your efforts in promoting the safe and responsible use of firearms

- Each team instructor gets full credit for the course when you team teach.
- Remember to report your courses within 10 days of completion at nrainstructors.org.

### National Rifle Association Credentials
### FAWN T. FENTON

*Instructor*
**Certified Pistol**

**New ID Card Enclosed**

FAWN T. FENTON
1986 SUNNY SIDE DR
BRENTWOOD, TN 37027-5404

Edward J. Land, Jr., Secretary

Not valid for conducting NRA Law Enforcement or NRA Security Officer Training Courses.

**NRA # 137202242**
**Expires: 8/31/2016**

Detach card and carry in wallet. This appointment is valid until the date shown. Prior to the expiration date on this card you will be given an opportunity to renew. Be sure to return the renewal application promptly when it comes.

**New ID Card Enclosed**

8/6/2013 15:12:04

o

310

TNJudicial.org/p/tajrf002.pdf                Williamson County Chancery Court Tennessee (Trial Court Records)                DOC-002 | Page 319 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.969    Filed 10/13/23    Page 11 of 50

· 311

TNJudicial.org/c/a/jrf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC.002 | Page 320 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.970    Filed 10/13/23    Page 12 of 50

**Fawn Fenton**
(615) 333-7377 · mobile

FAWN CALLING NAMES

F*LED
WILLIAMSON COUNTY
CLERK ...STER

2019 AUG 29  AM 9: 19

FILED FOR ENTRY_____



You are WRONG about my motives for selling the house and you are WRONG about me having evil and selfish intentions to increase or decrease the sale value. As usual, you are being a ████ when I don't agree with everything you want, and you resort to insulting me and verbally attacking me to try to get your way.

Fawn Fenton (mobile) · Jan 30, 12:13 AM

You just called me a dick and accused me of verbally attacking you, in the same sentence.

Jan 30, 2:31 AM

313

FRBP Violated: #3.19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1322.00

TNJudicial.org/c/a/rf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002 | Page 322 of 719

**OPERATIONS REPORT**

| 1. AGENCY | 2. PERSON RECEIVING COMPLAINT | 3. DATE/TIME RECEIVED 04/22/2016 21:29 | 24 HR. CLOCK | 5. TIME ARRIVED 21:38 | 7. CASE NUMBER |
|---|---|---|---|---|---|
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 2265 - Dep. Warren P. Cagle | 4. TIME DISPATCHED 21:29 | | 6. TIME COMPLETED 22:25 | 2018-9643 |

| 8. NATURE OF INCIDENT | DOMESTIC-VERBAL - Event #1804060888 |
|---|---|

| 9. LOCATION OF INCIDENT | 1986 Sunnyside Drive, Brentwood, TN 37027 | LOCATION CODE 01 | REPORTING ZONE 1 | DISPATCH ZONE/SECTION 1 |
|---|---|---|---|---|
| | | PATROL ZONE/GRID 1 | | OTHER ZONE/BEAT |

| 10. VICTIM | | |
|---|---|---|
| COMPLAINANT | Fenton, Fawn | - 1986 Sunnyside Drive, Brentwood, TN 37027 |
| ACCUSED | | |
| VEHICLE | | |

**11. ACTION TAKEN**

On 04/22/2018, at approximately 2138 hours I arrived at 1986 Sunnyside Drive, Brentwood, Tennessee, in reference to a Verbal Domestic call. Once on scene, I made contact with the complainant, Mrs. Fawn [redacted] Fenton. Mrs. Fenton she had informed her husband, Mr. Jeffery R. Fenton that she wanted a divorce. This led to a verbal dispute between Mr. And Mrs. Fenton. Mrs. Fenton felt unsafe as the argument escalated and contacted law enforcement. I spoke to both parties involved and concluded that the dispute was verbal only. Mrs. Fenton voluntarily elected to gather some belongings and go stay with a friend for a few days.

FAWN CAME BACK TO THE HOUSE THE NEXT DAY, BY HERSELF, TO PICK-UP BUNNY HAY + WOOD CHIPS, PERFECTLY CALM, WHICH SHE COULD HAVE PURCHASED FROM ANY PET SUPPLY STORE FOR $15.00. I CALMLY HELPED HER CARRY IT TO THE CAR, ASSISTING WITH ANYTHING ELSE SHE WANTED TO TAKE. THERE WAS NO FRICTION BETWEEN US, HER MIND WAS OBVIOUSLY MADE UP, I UNDERSTOOD AND ACCEPTED IT. I HELPED FAWN AS MUCH AS POSSIBLE, FOR THE MONTHS TO COME, AS SHE SLOWLY MOVED.

| 12. CLASSIFICATION | | 13. HOW RECEIVED | 14. DISPOSITION | 15. OFFICER ASSIGNED | 17. DATE PRINTED |
|---|---|---|---|---|---|
| ☑ General Police | ☐ Crime | ☐ Phone | ☐ Pending | 2265 - Dep. Warren P. Cagle | MO DAY YR |
| ☐ Traffic | ☐ Special Activity | ☐ On-View | ☑ Complete | 16. OFFICER SIGNATURE | |
| ☐ Emergency | ☐ Technical Service | ☐ Walk-In | ☐ See Inv. Report | | 05 / 02 / 2018 |
| | | ☑ Radio | | | |

TNJudicial.o Case 3:23-cv-01097-PLM-RSK Williamson County Chancery Court Tennessee (Trial Court Records) DOC.002 | Page 323 of 719

ECF No. 1-21, PageID.973    Filed 10/13/23    Page 15 of 50

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1323.00







318



North American Arms .22

3.19

320





FROM TRAINING ON FN-FAL .308
@ FRONT-SIGHT

322

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1330.00



TRAINING on AR-15 at FRONT SIGHT

323

TNJudicial.org/ele/id0022.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC.002 Page 332 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.982    Filed 10/13/23    Page 24 of 50





FAWN & BROTHER MARK at FRONT SIGHT
FAWN with AR-15 with #3K VCOG OPTIC
MARK WITH FN-FAL .308 HE GAVE TO FAWN)

(I've duly taken ONE
FIREARMS CLASS IN MY
life — that being for my
TN Handgun Carry Permit)

325

326

FAWN INVITED ME TO APARTMENT
AND GAVE ME DIRECTIONS.

**Fawn Fenton**
(615) 333-7577 · mobile

I want to get your drive data done and back yo you before my court response is due. Can i pick it up from you today so i can get the data transfering? Maybe at the hyatt, target, or the entrance to your apartments?

Oct 14, 2018



**Oh hello**
**Sorry I haven't looked at phone in awhile**
**Ok yes, you can come to my apartment if you want.**

Fawn Fenton (mobile) · Oct 14, 2018

Ok, what is the addrrss? I know i recorded with call with brendan, but i didn't write it down, since you didn't want me to have.

Still have it in encrypted conversayions directory. But never wrote it down.

I was just looking for an altermative "MyBook" or something to let uou borrow. But they are slow as fuck, plus i'd need to move data off and reformeat first. So using your drive would be MUCH quicker!

Oct 14, 2018



Ok, you just have to promise not to linger... you can come in for a minute if you want, but then go without arguing. Ok?

Fawn Fenton (mobile) · Oct 14, 2018

Sure. Just let me visit with the kids for a moment, won't sat much to you. Just need to pickup drive, have ready for you in twp days.

I've never seen the place, i,m kida curious. I'm looking around the crawl space and freaking out at needing to fit all that inside a one bedroom apartment.

Oct 14, 2018



Ok. From OHB, turn right at Stone Brook Drive across from Panera/Target... go all the way up hill. Do not turn left on Fox Ridge drive... keep going up past that. The road dead-ends at the entry to the Brentwood Villas condos... turn left right before you go in there, to ▮▮▮▮▮▮▮▮ apartments.

Fawn Fenton (mobile) · Oct 14, 2018

Hot a feeling will end up tenting a pickup for a week again and take a lot to the dump. Just no space... and i want one bedroom apartment to be comfortable, not clutter fucked.

Oct 14, 2018



I am the very first building closest to the entry driveway, Bldg A. Park anywhere, there's no assigned parking or anything. I am 102, down the first set of stairs closest to the end of the bldg.

327

TNJudicial.org/s/a/f0cc002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC. 002 | Page 336 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-21, PageID.986   Filed 10/13/23   Page 28 of 50

Fawn Fenton (mobile) · ct 14, 2018

Ok, in now a good time? Need to brush my teeth. Want me to bring Tweetie?

See, now I don't need to worry about you serving me anymore.

Do you want me to bring Tweetie food and trade pup pup for tweetie until tomorrow morning?

Now I can help drop off & swap.

Up to you.

Oct 14, 2018



No, I don't want to trade puppy.
You can bring tweetie if you want, of course.
Now is fine.

Fawn Fenton (mobile) · Oct 14, 2018

Ok, give me a minute to wrangle her into her diaper. She eats all healthy food now, hasn't had a sunflower seed since you left. She still seems to be balding a but on the top... probable needs mire fruit and veggies... haven't been shopping much lately. Give me a few and I'll head your way. Need anything?

Oct 14, 2018

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.002.1336.00

TNJudicial.org/o/o/f0f002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) DOC: 002 | Page 337 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.987    Filed 10/13/23    Page 29 of 50

Did you leave me this little plant?? 🌱🌿🌳🌲🌴

GIVE FAWN GIFT

Fawn Fenton (mobile) · Feb 4 9:50 PM



 Sorry I missed you! I was at the grocery store replenishing my junk food

Fawn Fenton (mobile) · Feb 4 9:56 PM

Lol! I wasn't going to knock anyways. But I was a little afraid I had the wrong place... night time, raining, can't see.

So i drove back out your complex to make sure I was at the second entrance, then I looked up your address on my phone, and it said it was right. 😊

I thought that maybe you were at an AA meeting....

Feb 4, 10:00 PM

I like the fact that the wind doesn't blow much down in that cubby. It is pretty easy to leave stuff without worrying what will happen.

I figured you would be inside and you would find in the morning.... I tried to step quiet so not to alert puppy.

Feb 4, 10:02 PM

It says that it's a "money tree". I figured that was what we could use right about now!

Feb 4, 10:03 PM

AA meeting... Hahaha... No, came home from work and fell asleep until about 8:pm, then got up and went to storage to drop off some of the stuff I picked up from you yesterday, then went grocery shopping.

 Yes that's funny! Money tree!

Fawn Fenton (mobile) · Feb 4 10:03 PM

I almost got a little bonsai fern... but it didn't have any care instructions, so I was afraid you might kill it. It was pretty too though! So many choices!

Lol@

Feb 4, 10:04 PM

329

GAVE FAWN GIFT

| | |
|---|---|
| **From:** | Fawn Fenton < ▇▇▇▇▇▇▇ |
| **Sent:** | Tuesday, May 21, 2019 1:40 PM |
| **To:** | Jeff Fenton |
| **Subject:** | Re: Gift |
| **Attachments:** | 20190519_151808_resized.jpg |
| **Categories:** | Yellow category |

Yes, I emailed you earlier asking if it was you that left the bunny plant on my doorstep. You didn't see my email I guess. Thank you - it's very cute!

I am not getting rid of the concrete bunny boys... They have lived out there by my front door ever since I brought them here. I just like having something cute to see when I come home every day.

Today is Pooey's 11th birthday!! Yay Super-Pooster!
I actually have been letting Pooey be loose in the living room all the time lately... He never gets locked in his cage. (Even when I'm sleeping or not home... Pooey has been good!) I use one of the white folding gates to contain Pooey in a smaller area when it's Cute-cute's turn to come out and play; but when cute-cute goes back in his cage, Pooey is set free again. 
(I experimented awhile with various forms of bunny freedom.... Cute-cute didn't seem to like it. He would pace around and be restless, and would get into mischief and make huge messes by tossing poo-boxes and throwing hay everywhere. Cute-cute just wants his shelf in the big cage.) Surprisingly, Pooey is WAY less messy than Cute-cute!
Cute-cute is a bratty menace, intentionally making messes to get attention!
😤😤😤

Sent from Samsung Galaxy smartphone.

-------- Original message --------
From: Jeff Fenton ▇▇▇▇▇▇▇▇
Date: 5/21/19 11:38 (GMT-06:00)
To: Fawn Fenton < ▇▇▇▇▇▇▇▇    Fawn Fenton < ▇▇▇▇▇▇▇
Subject: Gift

Hello!

Did you find your little gift outside your front door? Or did you walk right past it? (Or over it?)

I saw the concrete bunny boys out there, which I hope doesn't mean that you are getting rid of them.

Is everything ok?

Hope so.... your gift is eventually perishable....

Please let me know if baby bunny and pooey are ok... and you and Sarah.

Gracias!

1

-·- 336

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1339.00

move forward and improve myself, when I have noting in life that I can count on. When I don't know when I'll be legally attached next. When I don't even know how long I'll have a home, before I will be forced into the street.

If I was sitting there with you and another professional which you have some respect for, you would answer reasonable questions like that from them, but for some reason, you absolutely refuse to answer them for me.

No-one in the world will benefit more than you (and me) once I'm vocationally rehabilitated, working full-time in an area of interest and opportunity, and financially independent again! So why won't you offer me the most basic elements of security, like simply INFORMATION, so that I can leave the house and work towards reaching those goals, instead of waiting for years to pass by, expecting me to "do the right thing", while you refuse to provide me with the one simple ingredient necessary, for me to ever do that? Some simple assurance of safety? Some cease fire? Some timeline? Some opportunity to advance, without needing you to provide my basic financial needs?

I hate this whole fucking roller-coaster ride... where you are my opponent, instead of my partner! It was never meant to be this way!

I'm SORRY! I don't know what I could have done differently to prevent this outcome! But I'm so, so sorry that our marriage has ended in the absolute worst way imaginable... with us both broke, with nothing to our names, with no retirement, with us both in bankruptcy.

How could this be worse?

I wish we would have had an asteroid fall on our home and kill us (or at least kill me), the day before I discovered your plans to divorce me.

**Jeff Fenton**
**METICULOUS.TECH**
(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

Technical Consulting, Services, and Solutions,
When it's worth doing RIGHT the first time!
Submit or respond to a support ticket here.
A Division of Meticulous Marketing LLC

*[Handwritten note:]* CRYING - upset wishing my life had peacefully ended in my sleep before the upheaval of the past year and a half of loosing my whole family, my stability, our plans, my future. This seems perfectly normal for anyone for ONE NIGHT! I cant see how this is in any way a threat against Favon! (Not suicidal or homocidal, just wishing to never experience such betrayal and pain! ... 332

## Temporary Order of Protection (Ex Parte Order of Protection)

In the Chancery_____ Court of Williamson_____ County, TN

Case # (the clerk fills this in):

**48419 B**

WILLIAMSON COUNTY
CLERK & MASTER

**2019 JUN 20  AM 8: 41**

**Petitioner** *(person needing protection)*
(List Child's name if filed on behalf of person under 18 years of age pursuant to TCA §36-3-602)

FAWN _____ ▇▇▇ FENTON

**Check if Applicable:**

RECEIVED BY
Judges' Chambers
Date:  6-20-19 ∠W

FILED FOR ENTRY_____

☐ Petitioner is under 18 and the Petition was filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602 by ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

☐ The Petition was made by a law enforcement officer pursuant to TCA §36-3-619 and Petitioner consented to the filing of this Petition by the law enforcement officer.

**Petitioner's children under 18 protected by this Order:** N/A

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|---|---|---|---|---|---|
| 1. | | | 3. | | |
| 2. | | | 4. | | |

**Respondent's Information** *(person you want to be protected from)*

| JEFFREY | RYAN | FENTON | 10/08/1969 |
|---|---|---|---|
| first | middle | last | date of birth |

1986 SUNNY SIDE DR _____ BRENTWOOD _____ TN _____ 37027
street address _____ city _____ state _____ zip

Respondent's Employer: UNEMPLOYED_____
Employer's name _____ Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☐ White | ☒ Black | ☐ Brown | **Height** | 5'9" | **Weight** | **240 LBS** |
| ☐ Female | ☐ Asian | ☒ Grey | ☐ Hazel | **Social Sec. #** | (Provided to Clerk's office if known) **Do not list it here. XXXXXXXXXXXXXXXXXXXX** | |
| | ☐ Black | ☐ Blond | ☒ Blue | | | |
| | ☐ Hispanic | ☐ Bald | | **Scars/Special Features** | | |
| | ☐ Other: | ☐ Brown | ☐ Green | | | |
| | | ☐ | ☐ Grey | **Phone Number** | 615-837-1301 | |
| | | Other:____ | ☐ Other: ____ | | | |

**Petitioner's relationship to the Respondent** *(Check all that apply):*

☒ We are married or used to be married. ☒ We live together or used to live together.
☐ We have a child together. ☐ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* _____
☐ We are the children of a person whose relationship is described above *(Specify):* _____
☒ The Respondent has stalked me. ☐ The Respondent has sexually assaulted me.
☒ Other: Harassment via text messages, emails, phone voicemail_____

This is a Court Order.

Temporary Order of Protection (ORDER OF THE COURT)

01/01/17
Form #OP2017-2

page 1 of 3

333

The Court having reviewed the Petition for Temporary Order of Protection and finding, pursuant to TCA §36-3-605(a), that Petitioner is under an immediate and present danger of abuse from the Respondent and good cause appearing, the court issues the following:

**Warning!**
☐ Weapon involved
☒ Has or owns a weapon

*Orders to the Respondent:*

☒ **Do not abuse, threaten to abuse, hurt or try to hurt, or frighten Petitioner and/or Petitioner's minor children under 18.**

☒ **Do not put Petitioner and/or Petitioner's minor children under 18 in fear of being hurt or in fear of not being able to leave or get away.**

☒ **Do not stalk or threaten to stalk Petitioner and/or Petitioner's minor children under 18.**

☐ Do not come about the Petitioner and/or Petitioner's minor children protected by this order (including coming by or to a shared residence) for any purpose.

☐ Do not contact the Petitioner and/or Petitioner's minor children protected by this order either directly or indirectly, by phone, email, messages, mail or any other type of communication or contact.

☐ If the parties share(d) a residence, Respondent must immediately and temporarily vacate the residence shared with the Petitioner, pending a hearing on the matter.

☐ If the parties shared a residence, Respondent can obtain his/her clothing and personal effects such as medicine as follows: (List process as approved by local law enforcement personnel)

Fawn has for sostirs guns than me, is certantly ored for her defense, and can not shoot me 10x1 any day of the week. I have NEVER been arrested, haven't had a traffic ticket in 25 years, NEVER Physically threatened Anyone, no misuse of firearms ever, This is horribly unfair - without even hearing or questioning

☒ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children. me!

☐ Other orders: Everyone cites as very common tactic to divorces for female. I believe is unconscionable for Fawn & Her story!

☒ **Go to court** on *(date):* 10/27/19 at 9:00 ☒ a.m. ☐ p.m.

at *(location):* _____

**You must obey these orders until the date of the hearing or until changes are made by the court.** If you do not agree with these orders, go to the court hearing and tell the court why. If you do not go, the court can make orders against you. You have the right to bring your own lawyer. If you do not obey all orders on this form, you may be fined and sent to jail.

**Only the court can change this Order.** Neither you nor the Petitioner can agree to change this Order. Even if the Petitioner tries to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be sent to jail for up to 10 days and fined up to $50 for each violation

*(TCA § 36-3-610)*

Date: 6/20/19 Time: 3:15 ☐ a.m. ☒ p.m.

*Judicial officer's signature* Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**Warnings to Respondent:**

A copy of this Order will be sent to all law enforcement agencies where Petitioner resides AND any court in which the respondent and petitioner are parties to an

**This is a Court Order**

01/01/17
Form #OP2017-2

- 334

- 335



8/28

# LAW OFFICES OF CHARLES M. DUKE, PLLC

Tax I.D. Number 82-1988828

1200 Villa Place; Suite 201

Nashville, Tennessee 37212

Phone:615-541-1842  |  Fax: 615-647-0672

2019 AUG 29  AM 9:23

FILED FOR ENTRY_____

Account Statement

Prepared for Jeff Fenton

Re: FENT-1162: Fawn ▮▮▮▮ Fenton v. Jeff Fenton

| | |
|---|---|
| Previous Balance | $1,275.00 |
| Current Charges | $7,325.00 |
| New Balance | $8,600.00 |
| Adjustments | $0.00 |
| Payments | ($1,000.00) |
| Now Due | $8,600.00 |
| Trust Account | $0.00 |

CHANCELLOR MICHAEL W. BINKLEY
Williamson County Chancery Court

# EXHIBIT - L

RE: Fenton v Fenton           Case# 48419B
337

# LAW OFFICES OF CHARLES M. DUKE, PLLC

Tax I. D. Number 82-1988828

1200 Villa Place; Suite 201

Nashville, Tennessee 37212

Phone:615-541-1842   |   Fax: 615-647-0672

## INVOICE

Jeff Fenton
1986 Sunnyside Drive
Brentwood, Tennessee 37027

Invoice Date: August 28, 2019
Invoice Number: 10090
Invoice Amount: $7,325.00

## Matter: FENT-1162: Fawn ███ Fenton v. Jeff Fenton

**Attorney's Fees**

| Date | Description | | | |
|------|-------------|---|---|---|
| 8/1/2019 | Preparation for and participation in hearing on plaintiff's Order of Protection and plaintiff's Motion to Sell Marital Residence, including pre-hearing review of file to prepare, pre-hearing meeting with Jeff and Mitchell to prepare, appearance in Court and answering of docket, multiple meetings with Virginia Story, Jeff and Mitchell Re. Possible agreements and resolution, Order of Protection resolved, motion not, hearing on Motion to Sell through Chancellor Binkley's ruling, post-hearing meeting with Jeff and Mitchell Re. Ruling and outcome, et al | M.D. | 5.80 | $1,450.00 |
| 8/1/2019 | Receipt & Review EM from Jeff Re. Questions concerning date to file Answer,e t al | M.D. | .10 | $25.00 |
| 8/2/2019 | Conference with Rachel & Mitchell Re. EM from Jeff regarding contacting Judge Binkley and the media, response to same, et al | M.D. | .20 | $50.00 |
| 8/2/2019 | EM Exchanges with Jeff & Mitchell Re.Jeff's threatening to write to Judge Binkley, et al | M.D. | .30 | $75.00 |
| 8/2/2019 | Receipt & Review EM Exchanges between Rachel & Jeff Re. Invoices and payment of same | M.D. | .20 | $50.00 |
| 8/2/2019 | Receipt & Review EM Exchanges between Mitchell & Jeff Re. Contacting Court, advising not to, confirming PC, et al | M.D. | .90 | $225.00 |
| 8/2/2019 | Receipt & Review EM from Jeff Re. Foreclosure, et al | M.D. | .10 | $25.00 |
| 8/2/2019 | Receipt & Review EM from Heidi Re. Forwarding | M.D. | .10 | $25.00 |

338

| | draft Order from hearing | | | |
|---|---|---|---|---|
| 8/2/2019 | Receipt & Review EM from Virginia Re. Forwarding list of personal property that Fawn Fenton would like for home, et al | M.D. | .10 | $25.00 |
| 8/2/2019 | Receipt & Review EM from Jeff Re. Responding regarding invoices received and payment of same, notice to tenants to move out, et al | M.D. | .80 | $200.00 |
| 8/2/2019 | Receipt & Review EM from Jeff Re. Audio recording of hearing | M.D. | .10 | $25.00 |
| 8/2/2019 | Receipt & Review EM from Jeff Re. Explaining his Facebook post | M.D. | .10 | $25.00 |
| 8/5/2019 | Receipt & Review draft Ex Parte Order to Sell Real Property, et al | M.D. | .20 | $50.00 |
| 8/5/2019 | Receipt & Review Jeff's threatening Facebook Post from 8-3-19 | M.D. | .10 | $25.00 |
| 8/5/2019 | EM Exchanges with Jeff Re. Discussion of his FB post and his mother's request to take it down, et al | M.D. | .50 | $125.00 |
| 8/5/2019 | EM Exchanges with Jeff Re. Reporting of PC with Trinity Claud, advising there is no definite date to file an Answer, et al | M.D. | .50 | $125.00 |
| 8/5/2019 | EM Exchanges with Jeff Re. Forwarding list of personal property requested by Fawn Fenton, questions concerning setting walk-through, et al | M.D. | .20 | $50.00 |
| 8/5/2019 | Receipt & Review EM from Jeff Re. Does not want to sign anything related to sale of residence | M.D. | .10 | $25.00 |
| 8/5/2019 | EM Exchanges with Jeff Re. Forwarding Ex Parte Order of Protection and my EM to Story authorizing signing and filing, et al | M.D. | .20 | $50.00 |
| 8/5/2019 | Receipt & Review EM from Jeff Re. Advising his tenants will not be away form the home until end of August, advising he will not allow anyone on property without him being present, threatening adverse action against anyone who does not honor this, et al | M.D. | .20 | $50.00 |
| 8/5/2019 | EM Exchanges with Virginia & Heidi Re. Approving draft Ex Parte Order of Protection for filing, et al | M.D. | .10 | $25.00 |
| 8/5/2019 | EM Exchanges with Virginia & Heidi Re. Forwarding Jeff's Facebook posts from 8-3, advising of review of same, advising of PC with Claud regarding status of firearms and inaccessibility by Jeff, et al | M.D. | .20 | $50.00 |
| 8/6/2019 | EM Exchanges with Heidi Re. Ex Parte Order of Protection filed with Court | M.D. | .10 | $25.00 |
| 8/6/2019 | EM to Jeff Re. Forwarding Ex Parte Order of Protection filed with the Court | M.D. | .10 | $25.00 |
| 8/6/2019 | Receipt & Review Ex Parte Order of Protection filed with the Court | M.D. | .10 | $25.00 |
| 8/6/2019 | Receipt & Review EM from Susan Murillo, Court Reporter Re. Forwarding invoice for 1/2 of per diem for 8-1-19 hearing | M.D. | .10 | $25.00 |

· - 339

TNJudicial.org/e/afirf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DQS-002 | Page 348 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.998    Filed 10/13/23    Page 40 of 50

| 8/6/2019 | Receipt & Review invoice from Murillo for 1/2 of per diem for hearing of 8-1-19 | M.D. | .10 | $25.00 |
|---|---|---|---|---|
| 8/6/2019 | EM to Jeff Re. Forwarding EM from Murillo and court reporting invoice for payment | M.D. | .10 | $25.00 |
| 8/6/2019 | Review of file and draft of Motion to Withdraw | M.D. | .80 | $200.00 |
| 8/6/2019 | LT Elaine Beeler, Clerk & Master Re. Forwarding Motion to Withdraw for filing, et al | M.D. | .40 | $100.00 |
| 8/6/2019 | Receipt & Review EM from Heidi Re. Forwarding Order Extending Ex Parte Order of Protection field with the Court per the Clerk's request | M.D. | .10 | $25.00 |
| 8/6/2019 | Receipt & Review Order Extending Ex Parte Order of Protection and setting hearing on same for 8-29-19 | M.D. | .10 | $25.00 |
| 8/6/2019 | EM Exchanges with Jeff Re. Forwarding Motion to Withdraw, questions concerning contact with Story pending hearing on motion, et al | M.D. | .30 | $75.00 |
| 8/6/2019 | EM Exchanges with Jeff Re. Court reporting invoice, fax filing fees to Clerk and payment of same, et al | M.D. | .30 | $75.00 |
| 8/6/2019 | EM Exchanges with Jeff Re. Resetting of hearing on OOP, reasons for same, et al | M.D. | .30 | $75.00 |
| 8/6/2019 | EM Exchanges with Virginia Re. Motion to Withdraw, hearing date for same, Motion to Waive Mediation, et al | M.D. | .20 | $50.00 |
| 8/6/2019 | Receipt & review EM Exchanges between Rachel & Jeff Re. Payment of retainer and amounts left owed, Motion to Withdraw, et al | M.D. | .90 | $225.00 |
| 8/12/2019 | EM Exchanges with Jeff Re. Forwarding proposed Listing Contract, responding to same, et al | M.D. | .80 | $200.00 |
| 8/12/2019 | EM Exchanges with Jeff Re. Forwarding EM from Story regarding walk through, discussion of same, et al | M.D. | .20 | $50.00 |
| 8/12/2019 | Receipt & Review EM from Jeff Re. Responding regarding possibility of the Clauds monitoring walk through, his terms for same, et al | M.D. | .10 | $25.00 |
| 8/12/2019 | Receipt & Review EM from Jeff Re. Legal Abuse, Chance at Fair Trial, et al | M.D. | .30 | $75.00 |
| 8/12/2019 | Receipt & Review EM from Jeff Re. Walk through protocol proposal | M.D. | .20 | $50.00 |
| 8/12/2019 | EM Exchanges with Virginia Re. Proposed Listing Agreement, advising I have passed same on to Fenton to review, et al | M.D. | .20 | $50.00 |
| 8/13/2019 | Receipt & Review EMs from Virginia Re. Forwarding proposed Listing Contract, requesting response regarding walk-through, et al | M.D. | .20 | $50.00 |
| 8/13/2019 | Receipt & Review EM from Jeff Re. Responding regarding requested walk-through, his proposal for procedure for same, et al (copied to Virginia Story) | M.D. | .30 | $75.00 |
| 8/13/2019 | Receipt & Review Order Extending Ex Parte Order of Protection entered by Judge Binkley | M.D. | .10 | $25.00 |
| 8/13/2019 | Receipt & Review EM from Jeff Re. CRS Map | M.D. | .10 | $25.00 |

· 340

| 8/13/2019 | Receipt & Review EM form Amy Hardy in the Clerk's office Re. Forwarding Order Extending Ex Parte Order of Protection entered by Judge Binkley | M.D. | .10 | $25.00 |
|---|---|---|---|---|
| 8/14/2019 | Receipt & Review EM Exchanges between Heidi & Amy Re. Advising Judge Binkley has not entered the Agreed Order to Sell | M.D. | .10 | $25.00 |
| 8/14/2019 | Receipt & Review EM from Jeff Re. Bobcats & Coyotes | M.D. | .10 | $25.00 |
| 8/14/2019 | EM Exchanges with Virginia Re. Proposed dates for walk-through, receipt of EMs from Fenton, attempting to schedule walk-through for today, et al | M.D. | .70 | $175.00 |
| 8/14/2019 | EM to Jeff Re. Forwarding EM Exchanges with Virginia regarding his contact with her and request to have walk-through today, et al | M.D. | .20 | $50.00 |
| 8/14/2019 | PC with Virginia Re. Discussion of efforts to contact Fenton regarding walk-through, et al | M.D. | .10 | $25.00 |
| 8/14/2019 | Receipt & Review Ex Parte Order of Protection Extended Pending Final Hearing & Order Granting Motion to Sell Marital Residence entered by Judge Binkley | M.D. | .10 | $25.00 |
| 8/14/2019 | Receipt & Review EM from Amy Hardy Re. Forwarding Ex Parte Order Extending Order of Protection entered by Judge Binkley | M.D. | .10 | $25.00 |
| 8/15/2019 | Receipt & Review EM from Jeff Re. Responding regarding efforts to set walk-through, et al | M.D. | .80 | $200.00 |
| 8/15/2019 | EM Exchanges with Jeff Re. Possibility of resetting walk-through for later today, et al | M.D. | .40 | $100.00 |
| 8/15/2019 | EM Exchanges with Virginia Re. No contact from Fenton regarding 8-14 walk-through, following up on VM regarding setting today, et al | M.D. | .20 | $50.00 |
| 8/15/2019 | Receipt & Review Certification of Compliance with TRCP 5.02 filed by Story | M.D. | .10 | $25.00 |
| 8/15/2019 | Receipt & Review EM from Jeff and photo of check sent to pay court reporting invoice | M.D. | .10 | $25.00 |
| 8/15/2019 | Receipt & Review Wife's Motion for Violation of Ex Parte Order of Protection and for Date Certain for Walk-Through | M.D. | .20 | $50.00 |
| 8/15/2019 | Receipt & Review EM from Heidi Re. Forwarding copy of Wife's Motion for Violation and Certification of Compliance filed with the Court | M.D. | .10 | $25.00 |
| 8/15/2019 | EM Exchanges with Jeff Re. Status of re-setting walk-through | M.D. | .10 | $25.00 |
| 8/20/2019 | Receipt & Review EM from Jeff Re. Confirming he has paid fax filing fees with the Clerk | M.D. | .10 | $25.00 |
| 8/20/2019 | EM Exchanges with Virginia, Mitchell & Tommy Anderson Re. Further discussion of setting walk-through, setting same for 8-20-19 at 3:00, et al | M.D. | .70 | $175.00 |
| 8/20/2019 | Receipt & Review EM from Jeff Re. Confirming he will be away from the home for the 8-20-19 walk-through, discussion of TV requested by Fawn to be returned, et al | M.D. | .20 | $50.00 |

· · · 341

| 8/20/2019 | Receipt & Review EM Exchanges between Mitchell & Jeff Re. Setting PC to discuss several pending matters, re-sending copy of Order to Sell, et al | M.D. | .20 | $50.00 |
| 8/20/2019 | Receipt & Review EM from Jeff Re. Motion to Quash OP | M.D. | .10 | $25.00 |
| 8/20/2019 | Receipt & Review EMs from Jeff Re. Walk-through, responding regarding Motion for Violation of OP, et al | M.D. | .30 | $75.00 |
| 8/20/2019 | EM Exchanges with Jeff Re. Agreeing to set walk-through for 8-20-19 | M.D. | .10 | $25.00 |
| 8/20/2019 | Receipt & Review EM Exchanges between Mitchell & Jeff Re. Motion for Default in BCS matter, et al | M.D. | .40 | $100.00 |
| 8/20/2019 | Receipt & Review EMs from Jeff Re. Discussion of request to set walk-through on 8-20-19, threatening to sue, et al | M.D. | .70 | $175.00 |
| 8/20/2019 | Receipt & Review EM Exchanges between Anderson & Story Re. Advising who from Story's office is attending walk-through | M.D. | .10 | $25.00 |
| 8/20/2019 | Preparation for and appearance at Fenton residence for walk-through with Ms. Fenton, Katie Yarbrough and Tommy Anderson (includes travel) | M.D. | 2.20 | No Charge |
| 8/20/2019 | Receipt & review EM from Mitchell to Jeff Re. Advising walk-through is complete | M.D. | .10 | $25.00 |
| 8/21/2019 | EM Exchanges with Tommy & Virginia Re. Signing Listing Agreement | M.D. | .20 | $50.00 |
| 8/21/2019 | EM Exchanges with Jeff Re. Reporting on outcome of walk-through, forwarding Listing Agreement to review and sign, sale of TV, et al | M.D. | .30 | $75.00 |
| 8/21/2019 | Receipt & Review proposed Listing Agreement for 1986 Sunny Side | M.D. | .20 | $50.00 |
| 8/22/2019 | EM Exchanges with Virginia & Tommy Re. Walk-through, proposed Listing Agreement, et al | M.D. | .40 | $100.00 |
| 8/22/2019 | EM Exchanges with Virginia & Tommy Re. Advising Fawn Fenton has signed Listing Agreement, et al | M.D. | .10 | $25.00 |
| 8/22/2019 | Receipt & Review EM from Heidi Re. Forwarding copy of Listing Agreement signed by Fawn Fenton | M.D. | .10 | $25.00 |
| 8/22/2019 | Receipt & Review Listing Agreement signed by Fawn Fenton | M.D. | .10 | $25.00 |
| 8/23/2019 | Receipt & Review EM Exchanges between Susan Murillo & Jeff Fenton Re. Transcript from hearing on 8-1-19, et al | M.D. | .30 | $75.00 |
| 8/23/2019 | EM Exchanges with Jeff Re. Requesting he review Listing Agreement, advising Ms. Fenton has signed, et al | M.D. | .50 | $125.00 |
| 8/23/2019 | Receipt & Review EM from Jeff Re. Default on $100,000.00 of debt | M.D. | .10 | $25.00 |
| 8/23/2019 | Receipt & Review EM from Jeff Re. Advising the Clerk does not have an audio recording of the hearing of 8-1-19 | M.D. | .10 | $25.00 |
| 8/23/2019 | Receipt & Review EM Exchanges between Murillo | M.D. | .30 | $75.00 |

- - - 342

| | | | | |
|---|---|---|---|---|
| | & Fenton Re. Further discussion of transcript from 8-1-19 hearing, cost of same, et al | | | |
| 8/26/2019 | Receipt & Review Em from Jeff to Elaine Beeler & Virginia Story Re. Requesting extension to file responses to pending motions | M.D. | .10 | $25.00 |
| 8/26/2019 | EM Exchanges with Jeff Re. Forwarding Listing Agreement, his review of same and questions concerning, response to same, Jeff's response advising he will not sign, et al | M.D. | .60 | $150.00 |
| 8/26/2019 | Receipt & Review EM from Heidi Re. Forwarding LF Story regarding items of property requested by Ms. Fenton, et al | M.D. | .10 | $25.00 |
| 8/26/2019 | Receipt & Review LF Story Re. Items of property requested by Ms. Fenton, questions concerning TV and dehumidifier, et al | M.D. | .10 | $25.00 |
| 8/27/2019 | EM Exchanges with Virginia Re. Advising Fenton has not signed Listing Agreement, et al | M.D. | .10 | $25.00 |
| 8/27/2019 | EM Exchanges with Jeff Re. Forwarding LF Story regarding personal property, responding regarding same, et al | M.D. | .40 | $100.00 |
| 8/28/2019 | Preparation of Order Granting Motion to Withdraw | M.D. | .60 | $150.00 |
| 8/28/2019 | Revisions to and finalizing of Notice to forward to Jeff Fenton for filing advising the Court he is proceeding pro se | M.D. | .20 | $50.00 |
| 8/28/2019 | EM Exchanges with Jeff & Mitchell Re. Auctioneer's information | M.D. | .10 | $25.00 |
| 8/28/2019 | EM Exchanges with Virginia & Mitchell Re. Draft Order to Withdraw | M.D. | .10 | $25.00 |
| 8/28/2019 | EM to Jeff Re. Forwarding Notice for his review and filing | M.D. | .10 | $25.00 |
| SUBTOTAL: | | | 31.50 | $7,325.00 |

**Costs**

SUBTOTAL:        $0.00

**Matter Ledgers**

| | | |
|---|---|---|
| 8/2/2019 | Balance before last invoice | ($2,000.00) |
| 8/2/2019 | Invoice 10085 | $4,275.00 |
| 8/11/2019 | RSL Check #1448 | ($1,000.00) |
| 8/28/2019 | Invoice 10090 | $7,325.00 |
| SUBTOTAL: | | $8,600.00 |

**Trust Account**

| | | |
|---|---|---|
| 8/28/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

- - 343

TOTAL $7,325.00

PREVIOUS BALANCE DUE $1,275.00

CURRENT BALANCE DUE AND OWING $8,600.00

344

TNJudicial Case/f.23-cv-01097-PLM-RSK County Chancery Court Tennessee (Trial Court Records) Filed 10/13/23 DOC: 002 Page 353 of 719
ECF No. 1-21, PageID.1003 Page 45
of 50

8/28



# SCHAFFER
## LAW FIRM PLLC

1200 Villa Place Suite 200

Nashville, TN 37212

Phone: (615) 712-6394  |  Fax: (615) 647-0672

Account Statement

Prepared for Jeff Fenton

Re: Fenton v. Fenton

| | |
|---|---|
| Previous Balance | $390.12 |
| Current Charges | $2,189.27 |
| New Balance | $2,579.39 |
| | |
| Adjustments | ($2,000.00) |
| | |
| Payments | $0.00 |
| Now Due | $2,579.39 |
| Trust Account | $0.00 |

345

TNJudicial/oak/a/jf003.pdf          Williamson County Chancery Court Tennessee (Trial Court Records)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-21, PageID.1004   Filed 10/13/23   Page 46 of 719
of 50



## SCHAFFER
### LAW FIRM PLLC

1200 Villa Place Suite 200

Nashville, TN 37212

Phone: (615) 712-6394  |  Fax: (615) 647-0672

## INVOICE

Jeff Fenton
1986 Sunny Side Drive
Brentwood, TN 37027

Invoice Date: August 28, 2019
Invoice Number: 11955
Invoice Amount: $2,189.27

## Matter: Fenton v. Fenton

**Attorney's Fees**

| Date | Description | | | |
|---|---|---|---|---|
| 8/2/2019 | Review Jeff's email RE writing to Judge Holt and Local Media; Discuss same with Rachel Schaffer Lawson and Marty Duke; Email to Jeff advising not to contact Judge and/or media and reserving right to withdraw as counsel. | M.M. | .70 | $136.50 |
| 8/2/2019 | Review Jeff's email RE writing to Judge Holt and Local Media; Discussions/emails RE same with Rachel Schaffer Lawson and Marty Duke; Email to Jeff advising not to contact Judge and/or media and reserving right to withdraw as counsel. | M.M. | .70 | $136.50 |
| 8/5/2019 | Review email from Virginia Story RE Jeff's Facebook posts on 8/3 or 8/4; Phone call to Ms. Story's office and discuss situation with assistant Heidi Macy;  Draft email response to Ms. Story (not sent); Phone call with Jeff Fenton RE Facebook post, whereabouts of firearms, Jeff's ability to access to firearms, consequences of proceeding pro se, consequences of refusing to cooperate with auction; Phone call with Martha Fenton RE Jeff's emotional and mental state, Jeff's legal options for remainder of case, motion to withdraw and consequences of proceeding pro se; Discuss all with Marty Duke and | M.M. | 3.00 | $585.00 |

- 346

TN Judicial Op/c/e/jr0023.pdf Williamson County Chancery Court Tennessee (Trial Court Records) DOC 002.1 Page 355 of 719

Case 1:23-cv-01097-PLM-RSK ECF No. 1-21, PageID.1005 Filed 10/13/23 Page 47 of 50

| | | | | |
|---|---|---|---|---|
| | request Marty contact Jeff's friend, Larry Claud, to confirm Jeff's firearms are secure and inaccessible to Jeff and send follow up email to Ms. Story RE same. | | | |
| 8/6/2019 | Review draft Motion to Withdraw, revise and send same to Marty for filing. | M.M. | .20 | $39.00 |
| 8/6/2019 | Review emails from Heidi Macy RE filed Ex Parte Order of Protection and Order Extending Ex-Parte/Temporary Order of Protection; Discuss same with Marty Duke (concerning review date of 8/29/19). | M.M. | .30 | $58.50 |
| 8/6/2019 | Review email from Jeff RE continued representation and discuss response with RSL | M.M. | .20 | $39.00 |
| 8/13/2019 | Review emails from Jeff; Text conversation with Marty Re same and how to proceed with auction of house; Discussion with Landon Re protective action | M.M. | .60 | $117.00 |
| 8/14/2019 | Phone call with Marty to discuss response and advice to Jeff Re Fawn and Virginia visiting home; Review Marty's draft email Re same and approve; Discuss with Landon and Marty potential Motion to Appoint a Guardian Ad Litem | M.M. | .40 | $78.00 |
| 8/15/2019 | Review Motion for Violation of Court Order; Draft email to Jeff Re same | M.M. | .70 | $136.50 |
| 8/16/2019 | Review correspondence between Marty and Virginia Re rescheduling Fawn's walk-through of house | M.M. | .10 | $19.50 |
| 8/19/2019 | Review emails from Jeff Re appealing default judgments and responding to pending motions; Discuss same with Landon; Draft response email to Jeff; Call with Jeff Re scheduling walk-through, appealing default judgments, explaining order of protection standards and court orders to date, discuss responding to pending motions and confirming Jeff will proceed pro se; Discuss same with Marty and outline acknowledgment for Jeff to sign | M.M. | 3.00 | $585.00 |
| 8/22/2019 | Draft Acknowledgment Re Jeff proceeding pro se | M.M. | 1.00 | $195.00 |
| 8/27/2019 | Motion draft | L.B. | .20 | No Charge |
| SUBTOTAL: | | | 11.10 | $2,125.50 |

**Costs**

| | | | |
|---|---|---|---|
| 8/28/2019 | Payment convenience fee | | $63.77 |
| SUBTOTAL: | | | $63.77 |

**Matter Ledgers**

| | | | |
|---|---|---|---|
| 8/2/2019 | Balance before last invoice | | $0.00 |
| 8/2/2019 | Invoice 11940 | | $2,390.12 |
| 8/3/2019 | (Adjustment) Retainer on Acct | | ($2,000.00) |
| 8/28/2019 | Invoice 11955 | | $2,189.27 |
| SUBTOTAL: | | | $2,579.39 |

**Trust Account**

| | | | |
|---|---|---|---|
| 8/28/2019 | Previous Balance | | $0.00 |
| Available in Trust: | | | $0.00 |

347

TNJudicial.org/e/a/jrl002.pdf · Williamson County Chancery Court Tennessee (Trial Court Records) · DOC: 002 | Page 356 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-21, PageID.1006   Filed 10/13/23   Page 48 of 50

TOTAL: $2,189.27

PREVIOUS BALANCE DUE: $390.12

CURRENT BALANCE DUE AND OWING: $2,579.39

348

TNJudicial.org/c/a/jrf002.pdf          Williamson County Chancery Court Tennessee (Trial Court Records)          DOC: 002 | Page 357 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-21, PageID.1007    Filed 10/13/23    Page 49 of 50

8/2

# LAW OFFICES OF CHARLES M. DUKE, PLLC

Tax I.D. Number 82-1988828

1200 Villa Place; Suite 201

Nashville, Tennessee 37212

Phone:615-541-1842  |  Fax: 615-647-0672

Account Statement

Prepared for Jeff Fenton

Re: FENT-1162: Fawn ███████ Fenton v. Jeff Fenton

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $4,275.00 |
| New Balance | $4,275.00 |
| Adjustments | $0.00 |
| Payments | ($2,000.00) |
| Now Due | $2,275.00 |
| Trust Account | $0.00 |

349

8/2



**SCHAFFER**
LAW FIRM PLLC

1200 Villa Place Suite 200
Nashville, TN 37212
Phone: (615) 712-6394 | Fax: (615) 647-0672

Account Statement

Prepared for Jeff Fenton
Re: Fenton v. Fenton

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $2,390.12 |
| New Balance | $2,390.12 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $2,390.12 |
| Trust Account | $0.00 |

- - - 350