

**SCHAFFER**
**LAW FIRM PLLC**

1200 Villa Place Suite 200

Nashville, TN 37212

Phone: (615) 712-6394  |  Fax: (615) 647-0672

## INVOICE

Jeff Fenton
1986 Sunny Side Drive
Brentwood, TN 37027

Invoice Date: August 02, 2019
Invoice Number: 11940
Invoice Amount: $2,390.12

### Matter: Fenton v. Fenton

**Attorney's Fees**

| Date | Description | | | |
|------|-------------|---|---|---|
| 7/26/2019 | Review emails and files from Jeff Fenton (10 emails x. 0.1hr); Discuss same with Marty Duke (0.3) | M.M. | 1.30 | $253.50 |
| 7/29/2019 | Review and revise Response to Motion to Auction Real Property; Review emails and attachments from Jeff Fenton. | M.M. | 1.70 | $331.50 |
| 7/29/2019 | Review emails and files from Jeff Fenton (9 emails x. 0.1hr); In-depth review of Motion to Auction Real Property and Motion for Order of Protection (0.6) | M.M. | 1.50 | $292.50 |
| 7/29/2019 | Call with Brittany Gates (prior counsel) to discuss case background information and documents pertinent to responding to pending motions. | M.M. | .60 | $117.00 |
| 7/30/2019 | Review lengthy emails and files from Jeff Fenton ( 14 emails x. 0.1hr + 0.5 for "Divorce Synopsis" email and attachments); Respond to Jeff emails and send request for Jeff to submit job applications (4 x 0.1hr). | M.M. | 2.30 | $448.50 |
| 7/31/2019 | Email to Jeff rescheduling meeting (not billed) | M.M. | .10 | No Charge |
| 8/2/2019 | Attend hearing on Motions for Order of Protection and to Auction Real Property | M.M. | 4.50 | $877.50 |
| SUBTOTAL: | | | 12.00 | $2,320.50 |

- - 351

TNJudicial.org/pdf/f002.pdf  Case 1:28-cv-01097-PLM-RSK  ECF No. 1-22, PageID.1010  Filed 10/13/23  DOC-002 | Page 360 of 719

Williamson County Chancery Court Tennessee (Trial Court Records)

of 37

**Costs**
8/2/2019    Payment convenience fee        $69.62
SUBTOTAL:        $69.62

**Matter Ledgers**
8/2/2019    Invoice 11940        $2,390.12
SUBTOTAL:        $2,390.12

**Trust Account**
8/2/2019    Previous Balance        $0.00
Available in Trust:        $0.00

TOTAL: $2,390.12

PREVIOUS BALANCE DUE: $0.00

CURRENT BALANCE DUE AND OWING: $2,390.12

352



## Payment Receipt

**$1,000.00**

**Schaffer Law Firm PLLC**
1200 Villa Place
Suite 200
Nashville, Tennessee 37212
(615) 712-6394

**Account Holder**
Marsha Fenton
1986 Sunny Side Drive
Brentwood, Tennessee 37027

### Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | eCheck TR | **Amount Paid:** | $1,000.00 |
| **Reference:** | Fenton V Fenton | **Payment Method:** | eCheck Via THE STATE BANK |
| | | **Account Number:** | ****8032 |
| | | **Auth Code:** | dEgc7gqauY3Y3Tad |
| | | **Payment Date:** | August 05, 2019 11:45 pm |
| | | **Transaction Id:** | 22686623 |

### Signature

By signing above, I confirm that I am an authorized user of the account being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay and, specifically, authorize to charge my account for the services provided. I further agree that in the event my account becomes invalid, I will provide a new valid account upon request, to be charged for the payment of any outstanding balances owed.


PROCESSING BY
LAWPAY.COM

www.schafferlawfirmtn.com
rachel@schafferlawfirmtn.com

- - 353



# SCHAFFER
### LAW FIRM PLLC

## Payment Receipt                                           **$4,000.00**

**Schaffer Law Firm PLLC**                                  **Account Holder**
1200 Villa Place                                             Marsha Fenton
Suite 200                                                    1986 Sunny Side Drive
Nashville, Tennessee 37212                      Brentwood, Tennessee 37027
(615) 712-6394

## Payment Summary

| | | | | |
|---|---|---|---|---|
| **Account:** | eCheck TR | | **Amount Paid:** | $4,000.00 |
| **Reference:** | Fenton v. Fenton Divorce | | **Payment Method:** | eCheck Via THE STATE BANK |
| | (Initial Retainer – $1k TBP | | **Account Number:** | ****8032 |
| | Next Week) | | **Auth Code:** | M1cWugdENgwyeJt6 |
| | | | **Payment Date:** | July 26, 2019 04:08 pm |
| | | | **Transaction Id:** | 22426656 |

## Signature



By signing above, I confirm that I am an authorized user of the account being used for this transaction and
understand and agree to the terms and conditions of this payment. I also agree to pay and, specifically, authorize
to charge my account for the services provided. I further agree that in the event my account becomes invalid, I
will provide a new valid account upon request, to be charged for the payment of any outstanding balances owed.

PROCESSING BY
**LawPay.com**

www.schafferlawfirmtn.com
rachel@schafferlawfirmtn.com

‑ ‑ ‑  354

## Jeff Fenton

| | |
|---|---|
| **From:** | Charles M. Duke <marty@mdukelaw.com> |
| **Sent:** | Monday, August 12, 2019 2:44 PM |
| **To:** | Jeff Fenton |
| **Subject:** | FW: Fenton Auctioneer listing agreement |
| **Attachments:** | 1957_001.pdf |
| **Categories:** | 5-Email: Present to Court |

WILLIAMSON COUNTY
CLERK & MASTER

2019 AUG 29  AM 9: 24

FILED FOR ENTRY_____

Jeff:

Good afternoon. I hope you had a nice weekend. Please see the attached and the emails below. Please review and advise.

Thanks. Have a good afternoon.
Marty

**From:** Virginia Story <virginia@tnlaw.org>
**Sent:** Monday, August 12, 2019 10:46 AM    ← DEADLINE FOR COURT ORDER WAS THE 11TH
**To:** Charles M. Duke <marty@mdukelaw.com>; Mitchell Miller (mitchell@schafferlawfirmtn.com) <mitchell@schafferlawfirmtn.com>
**Cc:** Heidi Macy <Heidi@tnlaw.org>
**Subject:** FW: Fenton Auctioneer listing agreement

Marty/Mitchell,

Would you please go over this with Mr. Fenton and see if it meets with his approval.

Also, may we do the walk through on the dates and times I sent to you – 8/13 Tuesday at 2:30 or 8/14 Wednesday at 2:30?

Thanks,
Virginia



Story
Abernathy
& Campbell
PULP | AN ASSOCIATION OF ATTORNEYS

*Virginia Lee Story*
*Attorney at Law*
*136 Fourth Avenue South*
*Franklin, TN 37064*
*(615) 790-1778*
*(615) 790-7468 fax*
*Virginia@tnlaw.org*

EXIBIT 'X'

1

· · · 355

*\*Note\**   *This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail or the information contained in it is strictly prohibited. If you have received this e-mail in error, please immediately notify the person named above at once by telephone. Thank you.*

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Monday, August 12, 2019 10:47 AM
**To:** pmarlin@mcarthursanders.com; Virginia Story <virginia@tnlaw.org>
**Subject:** Fwd: Attached Image

Pat & Virginia,
Please open attached proposal & listing agreement. Thank you for the opportunity to submit.

Sincerely,


***Tommy Anderson, Broker/Realtor/Auctioneer***
***HND Realty***
***www.HNDREALTY.COM***
***(615) 969-5819***

---------- Forwarded message ----------
**From:** <hndcopier@gmail.com>
**Date:** Mon, Aug 12, 2019 at 10:32 AM
**Subject:** Attached Image
**To:** Tommy Anderson <tom@tommyanderson.us>

···  356

FILED
COUNTY
MASTER

2019 AUG 29 AM 9: 23

## WELCOME TO OUR HOME! WE ARE GLAD YOU ARE HERE!

FILED FOR ENTRY_____

We ask that everyone who accepts our hospitality (by entering our home) **please adhere to our HOUSE RULES,** for the benefit of both your experience here and ours, to honor our time together, as well as our relationships with you.

1.) **Respect each other's religions.** We are Christians, we believe in God and that Jesus is our Lord and Savior. You are welcome to have different beliefs than us! We have no desire or agenda to push our religious or world views upon you, we just ask that you please have the same consideration and respect for us. We do also ask that you please not perform any non-Christian religious rituals while on our property.

2.) **Maintain peace and emotional safety.** This home is Fawn and Jeff's own little paradise, our small piece of Heaven on Earth, our place to escape from all the harsh ugliness, stress, judgment, competition of the world. We ask that you please help protect the emotional climate in our home during your visit, and we shall try to do the same.
   a. By accepting our hospitality, we ask that you not judge or be critical of our lifestyle. We prefer not to hear recommendations, sarcasm, or rude comments about how you believe that we should or could do things better.
   b. Specifically, if anyone staying with us for less than a week finds it necessary to clean any portion of our home which obviously hadn't been cleaned or dusted before your visit, this will be interpreted as a critical and rude act. (This does not include helping out with daily tidying like cleaning the dishes, doing your laundry, or picking-up after yourself in the bathroom; all of those acts are appreciated.)
   c. Similarly, to speak critically about one of us to the other, is to inject poison into the heart of the one that you love. Life is challenging enough without this, so please try to refrain, as we shall likewise.

3.) **Please supervise your children.** We do not have a child-friendly house, and we don't know how to watch over kids (our critters are our only "kids!")
   a. Please supervise children, not as you would in your own home (which is probably already a child-friendly environment), but as needs to be done in our home, so that nothing is damaged or moved.
   b. We specifically do not want any running and wrestling in our home. If your kids need to burn off some energy, you are welcome to take them outside, and you are responsible for their oversight, care, and safety at all times.

4.) **Respect our pets and wild animals.** We love our pets as though they were our children, and our yard is a haven for all sorts of wild creatures. Animals are not toys; they are living, breathing, creatures with emotions and free will. This house and property is their home.
   a. Please ask permission before attempting to handle or feed any of our pets.
   b. Please show respect for the animal's feelings while handling.
   c. Do not chase or harass any wild animals (including insects, lizards, or anything you might consider "vermin"); they are given free-reign to live outside our home, and if found inside, please notify us so that we can safely relocate them.
   d. Visiting pets who are staying with us will be accommodated to the maximum extent that we reasonably can, but will not be allowed if they are destructive or distressing to the animals who live here.

5.) **We prefer that our families stay at our home when visiting Nashville,** because we'll get to spend a lot more down-time together than if you stay at a local hotel. At the same time, we also acknowledge and understand that is only a healthy choice (for everyone involved) when you are satisfied with and can accept our hospitality as it is provided, while respecting these "House Rules" (our personal boundaries) for the emotional benefit and protection of all involved. We hope that our home will remain a safe place, for many fond family memories through the years ahead!

**CHANCELLOR MICHAEL W. BINKLEY**
**Williamson County Chancery Court**

# EXHIBIT - Z

357

RE: Fenton v Fenton      Case# 48419B

3/13/18, 5:42 PM to Fawn Fenton

Hello.

3/13/18, 5:42 PM from Fawn Fenton

Hello.

3/13/18, 5:51 PM from Fawn Fenton

Sad day today.
I want divorce.
Met with lawyer to fill out papers.
Are you going to let me come home?
Will you damage property?
I sorry.

3/13/18, 5:52 PM to Fawn Fenton

I would like for you to write on paper, everything that you expect for me to do, over the next 90 days, with specific realistic benchmarks, and then sign it.

That way it will end the emotional cyclone, whereby no matter what I do, it is never good enough for you.

Or what happens often, and is even worse, you charge me with a massive task in lieu of "working", then a very short while later you breathe hatred towards me, because I'm not "working" a "regular job".

You flip and flop back and forth, between telling me that you'd be pissed if I got a job this year, because so many other things like the finances, you claim are more important.

Then a day or two later, before I can get much traction, you do a complete 180 and curse me for not "working", and you and your family treat me like a "leach".

I need a very clear list of your expectations of me, along with a reasonable amount of time to complete them in, with your signed commitment that is "my share" for those 90 days. Please!

After which, maybe we'll try the same for another 90 days.

- 358

3/13/18, 5:54 PM to Fawn Fenton

Sad day for me too. I filed the deed and registered my car in my name again.

3/13/18, 5:55 PM to Fawn Fenton

I'm never going to hurt you. That's the craziest thing that I've ever heard.

3/13/18, 5:58 PM from Fawn Fenton

**That's good, ty.**
**If I come home are you going to yell at me all evening?**

3/13/18, 5:58 PM to Fawn Fenton

I just hope you didn't try to file for an "at fault" divorce, using lies and exaggerating threats, because then I'll have no choice but to tell the truth about everything.

The truth is the only context in which my side of the story makes any sense. No matter how much I want to protect you from the consequences of what you have clearly chosen to do... repeatedly... "buying the lie".

3/13/18, 5:59 PM to Fawn Fenton

That breaks my heart!

3/13/18, 6:02 PM to Fawn Fenton

I guess we know what you spent your Christmas bonus on...

3/13/18, 6:03 PM to Fawn Fenton


No, I won't yell.

359

3/13/18, 6:03 PM from Fawn Fenton

You and I both tell the truth. This is not about "believing the lie". It's because I can't live with the conflict any more.

3/13/18, 6:04 PM from Fawn Fenton

No I did not spend Christmas bonus on anything.

3/13/18, 6:04 PM from Fawn Fenton

My heart is broken too.

3/13/18, 6:05 PM to Fawn Fenton

It's about money Fawn... I hope you applied for a no fault divorce, instead of trying to blame me.

3/13/18, 6:07 PM from Fawn Fenton

No it's not.
That's why this is un-resolvable.... you've made up your mind what the "truth" is, and you'll never believe me. You can't see.

3/13/18, 6:08 PM to Fawn Fenton

If you were trying to apply for an order of protection and kick me out of my own house than that it is completely unfair I hope that's not what you're doing

3/13/18, 6:11 PM to Fawn Fenton

If you want a divorce, then you will get one. I'm no longer interested in reconciling with you, now that I truly understand how deeply your heart has betrayed me.

360

3/13/18, 6:11 PM from Fawn Fenton

Not yet. No clear physical threats.
I am afraid of you, though, the yelling and verbal assaults affect me terribly.

3/13/18, 6:13 PM from Fawn Fenton

I f'd up and left my pod plugged in last night, and you found it and deleted a bunch of stuff. You read through my other docs?

3/13/18, 6:14 PM to Fawn Fenton

You have no reason to ever be afraid of me. All that I've tried to do is to protect you and help you reach the desires of your heart.

Any frustration I experienced, was because I had no idea, that you made your mind up months ago! And had already told others that you were divorcing me, while still lying to me, telling me that if I did xyz... we still had a chance.

3/13/18, 6:14 PM to Fawn Fenton

More than anything I feel completely betrayed.

3/13/18, 6:15 PM to Fawn Fenton

Not betrayed angry, just betrayed heart broken, that you've been so two-faced with me. That I was the last one to find out.

3/13/18, 6:17 PM to Fawn Fenton

You told me that you only went to one lawyer for one free consultation, when you schemed behind my back, to hit me as hard as you could, at my lowest possible point.

3/13/18, 6:17 PM to Fawn Fenton

It's like I don't even know you anymore.

361

3/13/18, 6:18 PM from Fawn Fenton

Yes, I'm so sorry, I did betray you. I have not made up my mind for months, though... I made up my mind on Feb 13, after we got in the fight over my car damage, and I saw how you absolutely would not tolerate me yelling back at you. After that (and the next day) I felt there is no hope, yelling is the only tool you have.

3/13/18, 6:21 PM to Fawn Fenton

That's so unfair! You intentionally, cognitively, chose to push me to my very edge, like some sort of intellectual experiment, then use the results to rationalize betraying me. I don't know who you are, except to look at your family.

You're certainly not the person that I fell in love with, or someone who has even shown me love in a long, long time.

3/13/18, 6:21 PM from Fawn Fenton

I was never planning to "hit you as hard as I could". I originally thought we could come to an agreement for a divorce. But after the car incident, you came completely unglued... texts... emails.... I got genuinely scared of you. I wanted only to keep the peace, because I felt like I didn't know you any more (either) and I didn't know what you were capable of.

3/13/18, 6:23 PM to Fawn Fenton

I need to drive, by cool springs, got emissions control test, went to register of deeds, went to county clerk, looking into opening a safe deposit box, I took your key last night and I no longer want you accessing my PO Box, ever please.

3/13/18, 6:24 PM from Fawn Fenton

I didn't "intentionally cognitively push you to the edge". I honestly didn't know how you would react... I hoped it would make you take a step back to see how damaging and fruitless yelling is.

362

3/13/18, 6:24 PM to Fawn Fenton

Now I need some money to hire an attorney.... we were SO close.... this is going to cost us both SO much....

3/13/18, 6:27 PM from Fawn Fenton



I know, may cost me ~~everything.~~ But I've decided it's worth it to get away from constantly having conflict at home. I cannot live this way.

3/13/18, 6:27 PM to Fawn Fenton

Fawn, be honest, you cognitively chose to physically escalate confrontations with me for a few months, because you had some crazy idea that would make me back down, when you KNOW that is the exact opposite of how I react to physical threats, getting in my face shouting, pointing, etc... it was all a big science experiment for you.

3/13/18, 6:28 PM to Fawn Fenton

I've told you a hundred times that my heart will do ANYTHING for you, but that you'll never BEAT anything out of me! That's not how I'm wired.

3/13/18, 6:29 PM from Fawn Fenton

No, see, I am being honest but you don't believe me. You've decided what the "truth" is, and nothing I say can convince you otherwise.

3/13/18, 6:30 PM from Fawn Fenton

I am always the deceitful liar, and you know the "truth". The End.

363

3/13/18, 6:31 PM to Fawn Fenton

> I'm merely repeating what you told me, almost verbatim... about your science experiment of escalating conflict to see if I would back down.
>
> I believe in the end, you're telling the truth about conflict being what you hate the most, but we were so close to so much of this stress being gone, and now you've made it 100 times worse...

3/13/18, 6:32 PM to Fawn Fenton

> I wish you knew how to dream and speak life to yourself.

3/13/18, 6:32 PM from Fawn Fenton

**It's all my fault.**

3/13/18, 6:32 PM to Fawn Fenton

> That's the one thing that I could never do for you.

3/13/18, 6:34 PM to Fawn Fenton

> It's not all your fault, but how this ended, is certainly based upon choices that you made, which I had no part in or say about. I never would have chosen to discard you and our family!

3/13/18, 6:34 PM to Fawn Fenton

> I'm pulled over on the side of the road... I need to drive before a cop comes.

3/13/18, 6:35 PM from Fawn Fenton

**Ok. I want to come home too.**

364

3/13/18, 6:36 PM to Fawn Fenton

Please figure out how you can transfer some cash to me, for your car, do I can hire a good attorney.

Now all out money will go to attorneys... when we were so close.

But you've clearly decided... months ago... I just was the sucker who never saw it coming.

3/13/18, 6:37 PM to Fawn Fenton

Are you serving me papers tonight? Or who will, when?

3/13/18, 6:37 PM from Fawn Fenton

I didn't decide months ago.

3/13/18, 6:37 PM to Fawn Fenton

Right before the scariest health procedure that I've done in years, tomorrow morning.

3/13/18, 6:38 PM from Fawn Fenton

I don't know exactly... Friday would be earliest; maybe next week. Waiting for lawyer to get back to me.

3/13/18, 6:41 PM to Fawn Fenton

I believe that you decided a long time ago... but that's my opinion. I need to drive. See you at home. I don't want to argue, do please don't try to rationalize or make me see your side, or understand why our lives will never be the same. Maybe it is worth it to you, and I hope so, but you broke my heart in ways that words can't even explain. It will never be worth it to me! (Because of losing you and my family, not any of the stuff.)

- 365

3/13/18, 6:42 PM to Fawn Fenton

So are you blaming me in the papers, or simply seeking a fair no fault divorce?

3/13/18, 6:43 PM to Fawn Fenton

Please put yourself in my shoes, and ask how you would survive this, if you were me.

3/13/18, 6:48 PM from Fawn Fenton

**I know, I'm so sorry. I've tried to put up with the conflict for years, because I knew how devastated you would be if we broke up, and I didn't want to do that to you. But I just can't keep going, it's killing me inside.**

3/13/18, 6:49 PM from Fawn Fenton

**"Irreconcilable Differences."**

3/13/18, 6:54 PM to Fawn Fenton

Conflict is always a choice. You can never have conflict without at least two people trying to dominate each other with their opinions.

Without two people committed to changing each other's minds, more than they are committed to the other PERSON.

You know a divorce isn't God's will for us, or the reason that he brought us together.

You want to keep all the good and throw away all the bad, when EVERYONE is a mixture of both good and bad.

That's what you could never accept. That your feelings aren't always accurate. That you are an emotional roller-coaster, especially since menopause began five years ago. You are relationally unable to commit to any path of progress, to believe there is ANY hope, to visualize and walk toward the light.

That breaks my heart! Since there isn't a dang thing that I can do about that!

- - - 366

3/13/18, 6:56 PM to Fawn Fenton

You refused to even TRY counseling,... instead you will throw away everything that we've built, just to go be lonely and hopeless again. How is that better? How is never rolling over to find me in the night, or never hearing my voice again, going to help you be happier?

3/13/18, 7:01 PM to Fawn Fenton

Gotta continue home... so sad! I can't believe that you would ever be afraid that I would hurt you, just because I don't want to be forced out of OUR dream!

I won't ever physically hurt you, I sure hope you're not trying to assassinate my character to help you win points or money in a divorce. Own your 50% of this problem, or at the very least try to seek professional help, or we can together, before throwing our marriage away!

3/13/18, 7:02 PM to Fawn Fenton

But I think it has more to do with your trip to Africa, and how that embarrasses you in front of your family, more than any dumb incident with your car.

3/13/18, 7:04 PM to Fawn Fenton

So how do I get a lawyer? I'm not going to go beg my mom for her last dimes.

3/13/18, 7:04 PM to Fawn Fenton

Kick a man while he is down...

3/13/18, 7:05 PM from Fawn Fenton

**You keep guessing and assuming various reasons for my decision, and you don't believe what I say.**

3/13/18, 7:05 PM to Fawn Fenton

You were all I ever wanted.

367

3/13/18, 7:07 PM to Fawn Fenton

You haven't told ME anything that comes close to justifying such an extreme, emotionally violent, family and life destroying event, such as a divorce.

3/13/18, 7:09 PM to Fawn Fenton

We certainly won't have "less conflict", unless you just prefer us crying every night and accepting that there is no hope, over just finishing what we started, so we could make it to the other side.

3/13/18, 7:09 PM from Fawn Fenton

It's the arguing. I can't take anymore. If that's not enough "justification" for you, ... .. .. ... well, you invent whatever other reasons you think.

3/13/18, 7:10 PM to Fawn Fenton

I don't know HOW you can rationalize that it is even possible for our lives to remain so conflict driven, if the greatest source of conflict was completely cured. That's not even rational to me.

3/13/18, 7:12 PM to Fawn Fenton

Then don't argue! What are you afraid of if you simply quit emotionally fighting me? Can it be worse?

3/13/18, 7:17 PM from Fawn Fenton

I have to try to stand up for myself, otherwise everything is your way. You think you know best, and you smother me.

3/13/18, 7:26 PM to Fawn Fenton

Every significant thing that I've ever bought or done was for YOU.

368

3/13/18, 7:28 PM to Fawn Fenton

> That is a childhood wound from your mom, not me.

3/13/18, 7:28 PM to Fawn Fenton

> This "sticking-up" for yourself, if that's what you call it, is what Kriss did, I guess.

3/13/18, 7:32 PM to Fawn Fenton

> You completely consumed everything that I had, everything that I had to give, now you're discarding me.

3/13/18, 7:33 PM to Fawn Fenton

> And somehow you call it "standing-up" for yourself.

3/13/18, 7:35 PM to Fawn Fenton

> Just got home, puppy is lonely. Come home, I'm done discussing it for tonight. Can you please sleep in another bedroom? I can clean out the bigger one with my old bed, if you want. I don't expect to be taking that with me.

3/13/18, 7:35 PM to Fawn Fenton

> So which attorney did you settle on?

3/13/18, 7:36 PM from Fawn Fenton

**Ok.**

- - - **369**

3/13/18, 7:39 PM to Fawn Fenton

I hope you didn't assassinate my character, and make any dumb statements about one of my rants, which you know are just that. Wanting to say anything that will stir your heart, but completely unable to reach it.

3/13/18, 7:42 PM to Fawn Fenton

If you tried to portray a "one-off" fit as your daily reality, that would be so damaging, unnecessary, and untrue. Then you've started a massive brawl rather than seeking less conflict and more peace.

Please tell me that you didn't force me into that corner, to need to defend myself?

3/13/18, 7:43 PM to Fawn Fenton

Even in divorce, I will give you far more than you'll ever be entitled to take from me!

3/13/18, 7:44 PM to Fawn Fenton

It breaks my heart though!

3/13/18, 7:46 PM to Fawn Fenton

The misrepresentation, the carnage, the purposeless character assassination,

Please let's both agree not to go that route!

3/13/18, 7:46 PM to Fawn Fenton

That only furthers Satan's desire to destroy us both!

3/13/18, 7:48 PM to Fawn Fenton

What happens if you back any creature in the world into a corner, while charging at them? Even our cute little possums.

- 370

3/13/18, 7:49 PM to Fawn Fenton

We can get divorced. You can buy me out of the house. We can try to workout something fair between us. Just let's try to part as friends.

3/13/18, 7:51 PM from Fawn Fenton

**Really? You'd cooperate?**

3/13/18, 7:52 PM to Fawn Fenton

Everyone in your family thought that I did the right thing with your job, except you hated ME for it. That's when this began to evolve into something worse.

3/13/18, 7:52 PM from Fawn Fenton

**I would want to stay your friend, there is so much i really do love about you, but I can't live with you any more.**

3/13/18, 7:53 PM to Fawn Fenton

I'll work with you if you don't attack me. Otherwise you leave me little choice except to lay my life down for you, and I've already done that once... it hurts!

3/13/18, 7:55 PM to Fawn Fenton

That's so nuts! I don't know if I could "stay" your friend, but at least I'd like to part that way.

3/13/18, 7:55 PM to Fawn Fenton

I really hope they find a big brain tumor tomorrow!

- - - 371

3/13/18, 7:56 PM to Fawn Fenton

> I'd rather just die right here at home than need to figure out what is next.

3/13/18, 7:57 PM to Fawn Fenton

> I don't want to leave.

3/13/18, 7:58 PM to Fawn Fenton

> I don't have anywhere else to go.

3/13/18, 7:58 PM to Fawn Fenton

> I gambled everything on this.

3/13/18, 7:58 PM from Fawn Fenton



I thought you would hate me for this, and you would make me as miserable as possible to get back at me.



3/13/18, 7:59 PM to Fawn Fenton

> Your family won!

3/13/18, 7:59 PM to Fawn Fenton

> You obviously don't even know who I am.

3/13/18, 8:00 PM to Fawn Fenton

> My grandmas painting, my grandpas pool table,

· · · **372**

3/13/18, 8:00 PM from Fawn Fenton

**You forced me to choose. So yes, my family won.**

3/13/18, 8:00 PM to Fawn Fenton

I'm never going to take them with me.

3/13/18, 8:01 PM to Fawn Fenton

I didn't force you. You were supposed to be my wife! They've had their chance at mates!

3/13/18, 8:02 PM to Fawn Fenton

Now we get to be just as miserable!

3/13/18, 8:02 PM to Fawn Fenton

You wouldn't have chosen them over me in the beginning.

3/13/18, 8:02 PM to Fawn Fenton

You wouldn't have!

3/13/18, 8:03 PM to Fawn Fenton

You probably would have agreed with me.

3/13/18, 8:04 PM from Fawn Fonton

**That was 13 years ago. A lot has changed.**

373

TNJudicial.org/p/p/jr/0023.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC 002.1 Page 382 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-22, PageID.1032   Filed 10/13/23   Page 24 of 37

3/13/18, 8:04 PM to Fawn Fenton

I'm not going to tell anyone about this. Not my mom, not anyone. So please don't tell anyone I'm forced to see, like our neighbors, until I am gone forever.

3/13/18, 8:05 PM to Fawn Fenton

Once I figure out where to go and how to support myself again.

3/13/18, 8:06 PM to Fawn Fenton

You weren't supposed to leave me and cleave to your family. That is the opposite of what the Bible teaches.

3/13/18 8:06 PM to Fawn Fenton

It was time to leave them and cleave to me.

3/13/18, 8:06 PM to Fawn Fenton

If you put anything hurtful or damaging in the divorce papers, please have that part taken out, before I am served, and we can skip the whole destroying each other part.

3/13/18, 8:08 PM from Fawn Fenton

**I really really tried to cleave to you, but the conflict has always been toxic to me. I can't take any more.**

3/13/18, 8:09 PM to Fawn Fenton

Just make it unreconcilable differences, and we can try to figure out terms. It will never help me give you more to have some asshole lawyer trying to beat it out of me. Then it's just a sport, and you mean a lot more to me than that.

374

3/13/18, 8:10 PM to Fawn Fenton

We were on the hardest fucking year! When you need to cleave the most, not the least!

3/13/18, 8:11 PM to Fawn Fenton

You haven't really tried to cleave to me for a long, long time.

3/13/18, 8:12 PM to Fawn Fenton

You would buy food, cook something, or try to do something that you thought that you ought to do. You have served me often, but I can't remember the last time that you cleaved to me.

3/13/18, 8:12 PM from Fawn Fenton

Ok i will call lawyer tomorrow and tell him I want to revise the petition, if you will try to work with me.

3/13/18, 8:13 PM to Fawn Fenton

Ok... no mean shit! We don't need to destroy each other more than we already have and are.

3/13/18, 8:15 PM to Fawn Fenton

Now try to figure out how I can have a life again, and I won't even hire an attorney, if you can be fair.

3/13/18, 8:17 PM to Fawn Fenton

But I never want to hear from your attorney, negotiate with him, or talk to him. I never want to need to tell him, or anyone else my story. I'll only negotiate peacefully with you.

375

3/13/18, 8:19 PM to Fawn Fenton

> If someone comes at me hard, I have nothing left that I care about, to lose. It's conflict for sport then, and still I'll never physically harm you or our pets... that was such bullshit!

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

*Projecting* →

3/13/18, 8:20 PM to Fawn Fenton

> I'm the gentlest person that you've ever known with pets, I couldn't believe you would say such hurtful things about me!

3/13/18, 8:21 PM to Fawn Fenton

> I am hurt... my family and my life just ended... but that never causes me to want to hurt the ones I love. I don't understand why nobody gets that.

3/13/18, 8:23 PM from Fawn Fenton

I didn't say anything, you said everything yourself. I never ever thought you might hurt me, until now; after the texts and emails, I thought you might be capable of anything.

376

TNJudicial.org/cair00220tf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC: 002 | Page 385 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-22, PageID.1035   Filed 10/13/23   Page 27 of 37

3/13/18, 8:28 PM to Fawn Fenton

If you sue me for a divorce, than I must get an attorney, and regardless of what outlandish claims you make, and the shit I'm forced to resort to in order to even somewhat fairly defend myself, we all know that in the end you are going to HAVE to pay both our legal fees, because I don't have any money.

Surely it's not going to be to your benefit for me to be forced to justify why I have no job, credit, or money to the courts. So don't put me in that position!

You think up what is a FAIR offer all on your own (without dickhead attorney), then you present it yourself to me, and we discuss the pros and cons for us each.

When we have agreement (hopefully in a few weeks), then we'll go to same attorney together, even if different one, and do cheap "no fault" divorce.

3/13/18, 8:29 PM to Fawn Fenton

Fighting in courts takes MONTHS and the only ones it benefits are the attorneys.

3/13/18, 8:30 PM to Fawn Fenton

I don't want to spend the last of our time together that way.

3/13/18, 8:30 PM to Fawn Fenton

Just try to figure out what happens to me...

3/13/18, 8:32 PM to Fawn Fenton

I can't chat anymore... crying too hard, can't breathe, need to see pets while I can, and phone battery about dead. Thanks

3/13/18, 8:33 PM from Fawn Fenton

Ok. I actually had been trying to think of a reasonable offer for you at first (before the texts) so it won't take me long to do that now.

377

3/13/18, 8:34 PM to Fawn Fenton

Just fire your attorney, have him return the rest of your retainer, and we'll get cheap $700 divorce, once we figure out how to fairly split stuff, without publicly airing dirty laundry and destroying each other. Please.

3/13/18, 8:34 PM from Fawn Fenton

**Ok. Me crying too.**

3/13/18, 8:35 PM to Fawn Fenton

We'll get an "us" attorney, just like this used to be an "us" house, and an "us" family.

**3/13/18, 8:39 PM from Fawn Fenton**

My attorney can do it. Initial retainer is non-refundable. (Two attorneys actually, partners.)

3/13/18, 8:39 PM to Fawn Fenton

I bet Ken is excited! And your mom!

3/13/18, 8:41 PM to Fawn Fenton

I don't want to speak to attorneys, go to court, or have anything damaging said about either of us.

3/13/18, 8:42 PM from Fawn Fenton

**I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.**

378

3/13/18, 8:42 PM to Fawn Fenton

You and me work it out, then I don't care who writes it up, but they must change roles to be a "facilitator", rather than being your "agent", while I have no legal representation.

3/13/18, 8:43 PM to Fawn Fenton

You don't even know who I am, sadly.

3/13/18, 8:47 PM to Fawn Fenton

Only reason I deleted tax docs off your drive today, is because they were unencrypted... openly exposed.... removed from our home encryption server and left out in the open.

I left everything else which appeared to be your calculations, summaries, drafts, divorce work, etc...

Not trying to remove damaging stuff, as obviously your brother has helped you, along with his email he setup for you.

I feel betrayed by him too, after what you just told me that he and your dad said about sticking it out last weekend.

3/13/18, 8:49 PM to Fawn Fenton

But more than anything, it all just broke my heart, and showed me how far off my bartomeyer is with where you are at.

3/13/18, 8:51 PM to Fawn Fenton

The exact reasons that I've been freaking out and blocking you out of the server was dead on, but sadly a couple months late. Some of those correspondences date back to January.

3/13/18, 8:51 PM from Fawn Fenton

That's been hard for me for a long time.... you always thought you knew where my heart was, but you didn't, and no matter what I said, you couldn't hear me.

379

3/13/18, 8:52 PM to Fawn Fenton

It broke my heart, but I knew I had to file the deed and title before you served me papers, because then you're legally paralyzed.

3/13/18, 8:53 PM from Fawn Fenton

Filing deed and car is fine. Doesn't really change anything.

380

TNJudicial.Org/e/airf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC-002 | Page 389 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-22, PageID.1039   Filed 10/13/23   Page 31 of 37

RECEIVED BY
Judge  Chambers
Date 8-29-19 [signature]

### IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

CLERK & MASTER

FAWN ▮▮▮▮ FENTON,                    )
    Plaintiff/Wife,                  )          2019 AUG 29  PM 2: 34
                                     )          FILED FOR ENTRY 8-29-19
vs.                                  )          No. 48419B
                                     )
JEFFREY RYAN FENTON,                 )
    Defendant/Husband.               )

### ORDER FROM AUGUST 29, 2019 HEARING

### EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING, RESETTING MOTION FOR VIOLATION OF ORDER OF PROTECTION, WAIVING MEDIATION AND SETTING FINAL HEARING, ORDER TO VACATE AND ORDER ALLOWING WIFE TO SIGN ALL NECESSARY CONTRACTS TO COMPLETE THE SALE OF THE MARITAL HOME AND CLOSING

This matter came on to be heard on the 29th day of August, 2019 before the Honorable Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County, Tennessee, upon Wife's Motion for Violation of Ex Parte Order of Protection and for Date Certain for Walk Through of House and Motion for Scheduling Order. It appearing to the Court based upon arguments of counsel, statements of Husband representing himself Pro Se, and the record as a whole that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Husband was again advised of the risks of proceeding Pro Se and that he is required to comply with the rules just as an attorney is required. Husband acknowledged that he understood and wishes to proceed Pro Se. The Motion for Violation of the Order of Protection will be continued pending further Orders of the Court as Husband had filed a very lengthy response on the morning of the hearing being August 29, 2019. The Motion for Violation of the Order of Protection will be reset with the Final Hearing in this cause set for October 21, 2019 at 9:00 a.m. The Motion for Scheduling Order and to Waive Mediation in this cause is appropriate and the same is granted.

1

- - - 381

The Ex Parte Order of Protection shall remain in full force pending further hearing in this cause set for October 21, 2019 at 9:00 a.m. The form "Order Extending Ex Parte/Temporary Order of Protection" shall be executed and forwarded to the appropriate authorities.

Husband signed the listing agreement for the martial home with the Auctioneer, Mr. Tommy Anderson, on August 29, 2019. Wife shall be allowed to sign any further contracts to effectuate the sale and closings of the property located at 1986 Sunnyside Drive, Franklin, TN 37069. Husband shall vacate the martial home on or before September 3, 2019 at 12:00 noon. The Williamson County Sheriff's Office shall have a deputy on standby to ensure that Mr. Fenton is vacated and that he only takes with him his personal clothing, his jewelry and effects such as his toiletries and medication. Mr. Fenton shall not remove any further furnishings or personal property. Husband is admonished that he is under a Restraining Order pursuant to the Statutory Injunction entered upon the filing of the Complaint for Divorce as of June 4, 2019. Mr. Fenton filed a Notice with the Court to allow him to file pleadings Pro Se and in the pleadings filed with the Court he acknowledged that he had sold a TV gifted to his Wife from her brother for $1,000 and that he had sold a commercial dehumidifier which was at the marital residence for $2,500. These amounts will be accounted for at the Final Hearing and any other property sold will also be addressed at the Final Hearing. No further property will be removed by Mr. Fenton and he shall tag all items that he would like the Court to consider to be awarded to him. Any items that he does not wish to retain shall be sold at auction or Wife may retain. Pursuant to the Court Order, Wife has tagged the items that she would request to be awarded when she conducted the walk through pursuant to the Court Order from the August 1, 2019. (Order entered by Court on August 14, 2019.) The auction will take place pursuant to said Order of August 14, 2019 which is to be 45 days from August 1, 2019 with all proceeds to be deposited into the Clerk's office.

2

382

All other matters are reserved pending further Orders of this Court.

ENTERED on this **29** day of **August** 2019.

_____
**MICHAEL W. BINKLEY, JUDGE**

**APPROVED FOR ENTRY:**

Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

_____
**VIRGINIA LEE STORY; BPR #11700**
Attorney for Plaintiff/Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this 29th day of August, 2019.

_____
**VIRGINIA LEE STORY**

## CLERK'S CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at their respective addresses, on this 21 day of August, 2019.

_____
**CLERK**

3

383

| | |
|---|---|
| **ORDER EXTENDING EX-PARTE/TEMPORARY ORDER OF PROTECTION** | Case No. 48419B<br>Court Chancery<br>County Williamson Tennessee<br>2019 AUG 29 PH 2:35<br>FILED FOR ENTRY 82949 |

**PETITIONER/PLAINTIFF**

Fawn   Tiffany   Fenton
First        Middle          Last

**PETITIONER/PLAINTIFF IDENTIFIERS**

1-22-73
Date of Birth of Petitioner

Minor Children Protected Under this Order:

_____

_____

**V.**

| **RESPONDENT** | **RESPONDENT IDENTIFIERS** | | | |
|---|---|---|---|---|
| Jeffrey Ryan Fenton<br>First        Middle        Last | **SEX** | | 5'9" | |
| | M | | 240 | |
| Relationship to Petitioner Husband | **EYES** | **HAIR** | Caucasian | |
| Address & Phone No. 1986 Sunnyside Dr. | Blue | Black/Gray | | |
| Franklin, TN 37069 | | | | |

Respondent's Employer Self-employed   Distinguishing Features:_____

It appearing to the Court that: (check all applicable)

☐ The Respondent was not served with the Ex Parte Order of Protection and law enforcement is requested to RE-ATTEMPT to serve the Respondent prior to the hearing date of _____.

☑ The parties have agreed to continue this matter to the **21st** day of **October 2019** at **9** o'clock **a.m**/p.m. Failure of the Petitioner to appear on that date could result in the petition being dismissed. Likewise, failure of the Respondent to appear on that date could result in the granting of the Petitioner's petition. The parties have also agreed to extend the Ex Parte Order of Protection

3.21.19

384

TNJudicial.org/e/a/jrf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC-002 | Page 393 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-22, PageID.1043    Filed 10/13/23    Page 35 of 37

until this hearing date. Respondent specifically waived the right to have a full hearing on the Ex Parte Order of Protection within fifteen days of issuance of the Ex Parte Order of Protection.

☑ It is necessary for the Court to consider the evidence presented during the hearing on the Ex Parte Order of Protection and the Ex Parte Order of Protection should be continued in full force and effect until the Court enters its final decision on the request for an Order of Protection. Said final decision on the request for an Order of Protection will be entered on or before _October 21_, 20_19_.

☐ On the request and granting of the request of the Respondent to obtain counsel, the Ex Parte Order of Protection entered in this matter will remain in full force and effect until the hearing scheduled for the _____ day of _____ at _____ o'clock ____a.m./p.m. Respondent specifically waived the right to have a full hearing on the Ex Parte Order of Protection within fifteen days of issuance of the Ex Parte Order of Protection.

☑ Other:
_Pursuant to hearing on August 29, 19_
_this Ex Parte Remains in full force_
_and effect pending Oct. 21, 19._

**IT IS THEREFORE ORDERED** that the Ex Parte Order of Protection entered in this matter on the _____ day of _____, 20___ is extended and will remain in full force and effect until a hearing on the _21st_ day of _October_, 20_19_ in the courtroom of the _Chancery_ Court of _Williamson_ County, Tennessee.

**It is further ordered** that the clerk of court is to immediately serve the parties or their counsel and the _Williamson County Sheriff's Dept_ (law enforcement agency) with a stamp filed copy of this order and enter a certificate of service of the same.

Entered this _29th_ day of _August_, 20_19_.

_____
**Judge**    Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

3.21.19

385

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy by U.S. Mail to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this 29th day of August, 2019.

**VIRGINIA LEE STORY**

## CLERK'S CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at her address, on this 2th day of August, 2019.

**CLERK**

386

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy by U.S. Mail to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this 29th day of August, 2019.

**VIRGINIA LEE STORY**

## CLERK'S CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at her address, on this 2th day of August, 2019.

**CLERK**

386