| CAR COVER | TAN COVER MADE FOR LE... RE | $ 50.00 |
|---|---|---|
| | | |
| **2. Furniture/Electronics** | | **$ 3,535** |
| QUEEN BED & FRAME | LYLA FOAM MATTRESS WITH DARK WOOD FRAME | $ 300 |
| SCREEN ROOM DIVIDE | BROWN WOOD 4-PANEL | $ 100 |
| MASTER CHAIR | BLUE/GRAY PLUS MICROFIBER | $ 50 |
| LINEN HAMPERS | BROWN WICKER (2) | $ 40 |
| FLOOR LAMP | BRASS (BEDROOM) | $ 25 |
| OFFICE DESK SET | 2 L-SHAPED GLASS TOP DESKS | $ 200 |
| OFFICE DESK CHAIRS | CLOTH & VINYL SWIVEL CHAIRS | $ 50 |
| FLOOR LAMPS | (2) SATIN NICKEL (OFFICE) | $ 30 |
| GRAY FILING CABINET | SHORT-MATCHES DESK (OFFICE) | $ 30 |
| FILING CABINETS | (2) HON BLACK METAL FULL-SIZE | $ 40 |
| RED SECTIONAL | 3-PIECE WITH 3-MATC PILLOWS | $ 350 |
| LARGE RUN & PADDING | BENEATH SECTIONAL IN FAM/RM | $ 100 |
| ENTERTAINMT CENTER | ESPRESSO WOOD | $ 300 |
| END TABLE | ESPRESSO WOOD w/ DRAWERS | $ 100 |
| COFFEE TABLE | ESPRESSO TRIANGULAR GLASS | $ 100 |
| FLOOR LAMP | SATIN NICKEL (FR) | $ 30 |
| LR COUCH & CHAIR | TAN PLUSH w/ TILE END TABLE & 2-TABLE TOP LAMPS | $ 200 |
| LAMP STAND | IVORY BROKEN-SLAB | $ 50 |
| BOOKSHELVES | BLACK COMPOSITE | $ 25 |
| TV-TRAY SET | (4) NATURAL WOOD COLOR | $ 25 |
| DINING ROOM SET | WOOD TABLE & 6-CHAIRS | $ 200 |
| FRAMED ARTWORK | SOAR LIKE EAGLES | $ 50 |
| FRAMED ARTWORK | BOBCAT & BIRD UP TREE (DAD) | $ 25 |
| SAMSUNG 40" TV | ON ENTERTAINMENT CENTER | $ 150 |
| MISC INPUT DEVICES | REMOTES, KEYBOARDS, MICE... | $ 65 |
| CANON CAMERA | 80D, 2 LENSES, CASE, ACCESS | $ 400 |
| MANFROTO TRIPOD | 055 XPROB TRIPOD w/ 229 HEAD | $ 150 |
| MANFROTO TRIPOD | FREE FLOATING FOR VIDEO | $ 100 |
| MOULTRIE 180I | GAME CAMERA w/ EXT BATTERY | $ 100 |
| CYBERPOWER UPS(S) | MISC UNINTERRUPTIBLE POWER SUPPLIES & SURGE PROTECTORS | $ 150 |

388

Approved by the Tennessee Supreme Court
TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)
FRBP Violated: #3:19-bk-02693        JRF.002.1396.00

| 3. Household goods | | $ 3,320 |
|---|---|---|
| DISHES, GLASSES, CROK, PANS, UTINCILS, CULTERY, FLATWARE | ASSORTED KITCHEN EQUIP FOR PREPARING, SERVING, STORING, EATING FOOD | $ 200 |
| MICROWAVE | GE (WHITE) | $ 25 |
| SERINITY PRAYER | PLAQUE OVER STOVE | $ 20 |
| SHARK VACCUUM | ROCKET DUO w/ ATTACHMENTS | $ 75 |
| CLEANING SUPPLIES | MISC BROOMS, MOPS, BUCKETS, SCRUB BRUSHES, SOAPS, DETERGENTS, CHEMICALS | $ 50 |
| TOILETRIES | PAPERS, PERSONAL HYGIENE | $ 50 |
| TOILETRIES (SURPLUS) | TOILET PAP, PAP TOWELS, KLEENEX | $ 75 |
| DEHUMIDIFIER | SANTA FE "MAX DRY" 155 | $ 1,000 |
| LAWN MOWER | HONDA HRX217HYA | $ 150 |
| GAS TRIMMER | STIHL FS250R | $ 100 |
| CHAIN SAW | STIHL MS391 | $ 200 |
| DEWALT CHOP SAW | DEWALT DW705 | $ 100 |
| DEWALT 18V KIT | KIT: DW4CPK2 WITH CORDLESS DRILL DW959, RECIP SAW DW938 | $ 100 |
| PROTECTIVE HELMET | STIHL HELMET & FACE SHIELD | $ 25 |
| ROLLING TOOL CHEST | CRAFTSMAN RED 10-DRAWER | $ 125 |
| ALL TOTES IN CRAWL SPACE & HOUSE | TOTES BOTH BLACK AND GRAY, WITH CONTENTS AND EMPTY | $ 300 |
| HAND TOOLS | ASSORTED HAND TOOLS OF ALL KINDS, SOCKETS, WRENCHES, SAWS, SHEETROCK, PAINTING, ELECTRICAL, PLUMBING, HOUSEHOLD MAINT & LT CONST | $ 350 |
| MISC BLUNT TOOLS | MISC HAMMERS, PRY BARS, SLEDGEHAMMERS, AXES, SHOVELS, RAKES, YARD HAND TOOLS | $ 125 |
| REGENT WORK LIGHTS | (3) ORANGE WORK LIGHTS | $ 50 |
| MISC POWER CORDS | EXT CORD REELS – ALL SORTS | $ 100 |
| MISC HARDWARE & ELECTRICAL SUPPLIES | CAT-5 CABLE, ELECTRICAL WIRE, LOOSE HARDWARE FITTINGS, ETC | $ 50 |
| RIGID WET/DRY VAC | RIGID 6.25 HP 16-GAL | $ 30 |
| FURNITURE DOLLYS | 2 GROUND LEVEL DOLLYS | $ 20 |

389

March 2013     Protected Income and Assets     Page 3 of 5
Approved by the Tennessee Supreme Court
FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.002.1397.00

| 4. Bank Accounts | Bank Name | Balance |
|---|---|---|
| NONE OTHER THAN LISTED ON PAGE-1 | N/A | N/A |
| | | |
| **5. Other** | | **$ 1,180** |
| SENEGAL PARROT | PET BIRD NAMED "KIWI" | $ 100 |

<!-- redacted block -->

| 6. Cash | | $ 107 |
|---|---|---|
| | | |
| **7. Tools of the Trade (Things I need to earn a living)** | | **$1,900** |
| CABLE MODEM | MOTOROLLA (MODEL MB8600) | $ 50 |
| ROUTER & ACCESS PT | (2) ASUS (MODEL AC1900) | $ 100 |
| UNINTERRUPTIBLE POWER SUPPLY | (2) CYBERPOWER (MODEL 1500PFCLCD) | $ 100 |
| DELL 24" MONITORS | MODELS SP2309W & ST2320L | $ 100 |
| DELL OPTIPLEX 380 | DESKTOP COMPUTER (WIN-7) | $ 150 |
| DELL OPTIPLEX 755 | DESKTOP COMPUTER (WIN-XP) | $ 100 |
| HP PAVILION HPE-500Y | DESKTOP COMPUTER (WIN-10) | $ 150 |
| DVI KVMP SWITCH | ATEN CUBIQ (MODEL CS1644) | $ 50 |
| MULTIMEDIA SPEAKER | HARMAN KARDON SOUNDSTICKS | $ 50 |
| FUJITSU SCANNER | SCANSNAP IX500 DUPLEX DOC | $ 150 |
| BROTHER LABEL MKR | P-TOUCH PRO XL | $ 60 |
| WIRELESS HEADSET | PLANTRONICS (MODEL CS351N) | $ 30 |
| CORDED HEADSET | PLANTRONICS (MODEL T20RA) | $ 30 |
| DESKTOP TELEPHONE | PAN 4-LINE (MODEL KX-TG4000B) | $ 50 |
| NETWORK PRINTER | RICOH AFICIO LASER (SPC410DN) | $ 350 |
| AUSU NOTEBOOK | ASUS MODEL 305C | $ 150 |
| SHREDDER & TRASH | PAPER SHREDDER& TRASH CANS | $ 30 |
| WD PASSPORT & BOOK | USB BACKUP DRIVES | $ 100 |
| DELL POWER EDGE | SC1420 SERVER (WINDOWS 2003) | $ 100 |

March 2013                     Protected Income and Assets                     Page 4 of 5     390
                              Approved by the Tennessee Supreme Court
FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)                JRF.002.1398.00

TNJudicial.org/e/ajrf002.pdf · Williamson County Chancery Court Tennessee (Trial Court Records) · DOC 002 · Page 399 of 719

Case 2:23-cv-01097-PLM-RSK ECF No. 2-23, PageID.1045 Filed 10/13/23 Page 4 of 63

② **Read below then sign:**

I declare under penalty of perjury under the laws of the State of Tennessee that:

- The information on this form is true to the best of my knowledge.
- The information I provided is a correct and complete list of all of my income and assets to be protected.

Defendant/Debtor
Signs here: _____ Date: __9/18/2019__

Sworn to and subscribed before me this _____18ᵀᴴ_____ day of __September__,
20__19__.

_____
Deputy Clerk or Notary Public



**JOSHUA ORVIS**
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF GENESEE
MY COMMISSION EXPIRES AUG 24, 2024

---

**Certificate of Service**
(How I gave this paper to the Plaintiff/Creditor)

I certify that I (**check one box**)

☐ hand delivered **or**

☒ mailed by first-class mail, properly addressed, a true and correct copy of this paper to the person listed below at the address below:

ATTORNEY VIRGINIA LEE STORY
_____
Name of Who You Are Giving This To (The creditor's lawyer or the creditor if no lawyer)

136 FOURTH AVENUE SOUTH, FRANKLIN, TN 37064
_____
Address of the Lawyer or the Creditor (Include City, State and Zip Code)

on _____9/19/2019_____. ▶ _____
(Date you mailed/hand-delivered the copy)        Sign Your Name

**IMPORTANT!**

**The court and clerks are not allowed to give you legal advice, even if you don't have a lawyer. This form is a public record. It is not legal advice. The law may change and it is**

> **Bring the original and 2 copies of this form to the Court Clerk to be date stamped.**
> **Give the original to the Court Clerk.**
> **Bring a stamped envelope addressed for each plaintiff to the Court Clerk. Mail one copy to the lawyer or if there is no lawyer, mail it to the plaintiff or company that sued you. Keep one copy for yourself.**

March 2013                Protected Income and Assets                Page 5 of 5     391
                      Approved by the Tennessee Supreme Court
FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)         JRF.002.1399.00

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

2019 SEP 26  PM 12: 37

FAWN [redacted] FENTON, )
    Plaintiff/Wife, )
     ) FILED FOR ENTRY ————
v. ) **No. 48419B**
     )
**JEFFREY RYAN FENTON,** )
    Defendant/Husband. )

## MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE

COMES NOW the Plaintiff/Wife, Fawn [redacted] Fenton (hereinafter "Wife"), by and through her attorney of record, Virginia Lee Story, and files this Motion to Sell the Contents of Marital Residence and in support of her Motion, would state as follows:

1. This Court entered an Order on August 29, 2019, in which Husband was ordered to vacate the marital residence on or before September 3, 2019 at noon in order for the house to be prepared for auction. The Court entered an Order on August 6, 2019 to auction the property however Husband was dragging his feet in getting packed although he had over thirty (30) days and is not employed outside the home to move and pack his items.

2. As stated above, Husband had the between August 1-29 to pack and move all of the items that he wished to retain from the marital residence. However, because Husband continued to delay the process, this Court entered the August 29, 2019 Order setting Husband's move out date to September 3, 2019 and restricted what items he was able to remove from the home. Pursuant to that Order, Husband was to remove only his personal items (i.e. clothing, toiletries, jewelry and medication) and was to tag any remaining items that he wished to be awarded at the Final Hearing. However, instead of complying with the Court Order he again delayed and continued to write lengthy

1

392

emails about why he could not pack his items and addressing wild animals on the property and conditions of the home that were irrelevant to the process of his packing and vacating.

3. Despite having five (5) days following the August 29, 2019 hearing to get his personal items packed and tag any other items he wished to retain, Husband left the home in a state of disarray after having to be forcibly removed by the Sheriff's Department on September 3, 2019. Husband continued to send lengthy emails without addressing what was to be done with all the furnishings that he said that he wanted but did not tag as requested. Wife has had to work tirelessly at the property to get it in condition for the auction on September 28, 2019.

4. Thereafter, Husband sent numerous e-mails to counsel for Wife with extensive lists of items that he wished to retain from the marital residence that he did not tag as he was ordered to do per the August 29, 2019 Order. Furthermore, Husband had not paid the utilities at the home as he stated from the rent money he was receiving and on September 2, 2019, he notified Wife through counsel that he was in arrears utilities and that he had received a cut off notice. Wife later learned that Husband had called all three (3) utility companies (NES Electric, Piedmont Natural Gas and HVUD water) on or before September 22, 2019 and requested that each utility in his name be shut off. Husband did not make Wife's counsel aware that he had had these utilities shut off. In order to have the utilities turned back on, so that the house could be ready for auction, Wife had to set up new accounts in her own name. To date, Wife has paid $293.47 to NES to prevent the electric from being disconnected pending the closing on the home.

5. Counsel for Wife sent a letter to Husband on September 16, 2019 requesting funds to

2

393

TN Judicial.Order.edit.2023.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC-002 - Page 7 of 719

Case 3:23-cv-01097-PLM-RSK    ECF No. 1-23, PageID.1052    Filed 10/13/23    Page 7 of 63

help pack and move the property he tagged. Counsel requested that a storage facility be secured if Husband wanted his items stored. At this point, Wife has no choice but to move the items to the basement that Husband has tagged so that the house is presentable for auction. However, after the auction on September 28, 2019, Husband needs to either send funds for the movers to move his items to storage and pay the storage facility fee or the items need to be sold or discarded. In correspondence to Husband dated September 26, 2019, counsel for Wife provided a firm date of October 2, 2019 for Husband to produce the funds to pay for the packing, moving and storage of the items he wishes to retain. It is anticipated that Husband will have funds from the closing to pay for his items to be shipped to Michigan if he so chooses, but he needs to decide if he wants everything shipped or a portion thereof as soon as possible. In the interim, Wife has lost her job and she has no funds to advance to pay the movers and does not have the funds to secure a storage unit for Husband nor would she feel comfortable signing a rental agreement for a storage facility for Husband. Wife is amenable to managing the removal of the remaining items either by selling, donating, giving away or discarding anything remaining in the home. Wife would keep an inventory of any items sold and deposit any funds received into the Clerk's office if the Court directs her to do so.

6. Husband's actions have left Wife in a position to have to deal with packing, moving and storing items remaining in the marital residence so that it will show well at auction and bring in an optimal sales price. Husband should be required to pay all of Wife's attorney's fees for having to file this Motion and deal with the aftermath of his failing to follow the Court Order.

3

394

7. Wife obtained a quote from Fox Moving and Storage of Nashville (attached hereto as **Exhibit 1**) for packing, storing and moving all of the items that Husband wishes to retain. The cost of moving these items to Michigan, where Husband is currently residing, would be in excess of $6,000.00 which is not financially feasible for the parties at this time. Further, the cost to pack, move and store the items in a storage facility in Nashville would be over $3,000.00, with a monthly storage fee of $495.00. The entire remaining contents of the home are not even valued at more than $3,000.00.

8. Wife requests that she be allowed to sell, donate, give away or discard any remaining items not tagged in the marital residence. Any proceeds from the sale of said items will be placed in escrow with the Clerk & Masters Office for distribution at the Final Hearing of this matter which is currently scheduled for October 21, 2019.

WHEREFORE, premises considered, Wife respectfully requests that this Court grant her Motion and that she be awarded her attorney fees for having to bring this Motion.

Respectfully submitted,

**VIRGINIA LEE STORY; BPR #11700**
*Attorney for Plaintiff/Wife*
136 Fourth Avenue, South
Franklin, Tennessee 37064
(615) 790-1778
virginia@tnlaw.org

**THIS MOTION IS SET TO BE HEARD ON <u>OCTOBER 10, 2019</u> AT <u>9:00 A.M.</u> ON THE CHANCERY COURT MOTION DOCKET HEARD AT THE <u>WILLIAMSON COUNTY</u> COURTHOUSE. IF NO WRITTEN RESPONSE TO THIS MOTION IS FILED AND SERVED IN THE TIME SET BY THE LOCAL RULES OF PRACTICE, THE MOTION MAY BE GRANTED WITHOUT A HEARING.
TESTIMONY EXPECTED**

Williamson County Chancery Court Tennessee (Trial Court Records)   DOC.002 - Page 404 of 719

## CERTIFICATE OF SERVICE

     I hereby certify that a true and exact copy of the foregoing was forwarded via first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430
Jeff@meticulous.tech

on this the 26th day of September 2019.

**VIRGINIA LEE STORY**

5

396

**From:** Amanda Smith <info@foxmoving.com>
**Sent:** Monday, September 23, 2019 5:56 PM
**To:** ▮▮▮▮▮▮▮▮
**Subject:** Your Moving Estimate!

WILLIAMSON COUNTY
CLERK & MASTER

2019 SEP 26  PM 12: 37

FILED FOR ENTRY_____

**Fox Moving and Storage**
5030 Harding Place
**Nashville, TN 37211**
DOT: 1670280, MC: 613943
www.foxmoving.net
Ph: 615-770-3000
Fax: 615-835-3865
**Amanda Smith**
9/23/2019
Reference #: **1475587**

## Fox Moving and Storage - Your Moving Estimate!

Dear **Fawn Fenton:**

My name is **Amanda Smith** and I have been assigned as your Certified Moving Consultant.
My email is amanda@foxmoving.com and my phone number is **615-770-3000.**

**Please see below for your moving estimate:**

**Quote**
Based on the information you provided, cost is as follows:
**Custom Charges:**
```
* 1/2 Roll of Shrink ........................ 1 x $60.00 ea = $60.00
* Small box / Packed ........................ 3 x $10.00 ea = $30.00
* Medium box / Packed ....................... 25 x $11.00 ea = $275.00
* Large box / Packed ........................ 1 x $12.00 ea = $12.00
* Dishpack / Packed ......................... 2 x $24.00 ea = $48.00
* Large Picture / Packed .................... 5 x $30.00 ea = $150.00
* LG Flat screen ............................ 1 x $40.00 ea = $40.00
* Wardrobe / Packed ......................... 1 x $24.00 ea = $24.00
```
**Miscellaneous Items:**
```
* Relocation service 1 truck 3 men to Fox Storage .......... = $2,256.00
* Optional full value protection $1074 (not included in pric
  e) ...................................................... =
```
**Total Price: ...................... $2,895.00**
**TOTAL ESTIMATE: ................... $2,895.00**

· · 397



EXHIBIT
I

| Origin | 1986 Sunnyside Drive, Brentwood, TENNESSEE 37027<br>1255.94Cf - 8797Lbs |
|---|---|
| Destination | 5030 Harding Place, Nashville, TENNESSEE 37211 |

| Reference # | Customer: | Move Date: |
|---|---|---|
| 1475587 | Fawn Fenton, 615- | 9/26/2019 |

**Garage**

| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
|---|---|---|---|
| PBO, Box | Qty: 11 | 47.19 Cuft | 330 Lbs |
| Box, Medium | Qty: 7 | 21 Cuft | 147 Lbs |
| Metal Shelves | Qty: 5 | 25 Cuft | 175 Lbs |
| Trash Can | Qty: 1 | 7 Cuft | 49 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |

**Kitchen**

| Microwave | Qty: 1 | 4 Cuft | 28 Lbs |
|---|---|---|---|
| Box, Medium | Qty: 3 | 9 Cuft | 63 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |

**Living Room**

| Glass top table | Qty: 1 | 5 Cuft | 35 Lbs |
|---|---|---|---|
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Cabinet | Qty: 1 | 20 Cuft | 140 Lbs |
| Tv | Qty: 1 | 20 Cuft | 140 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| Table, end | Qty: 1 | 5 Cuft | 35 Lbs |
| Sofa | Qty: 2 | 80 Cuft | 560 Lbs |
| Sofa Section | Qty: 1 | 20 Cuft | 140 Lbs |
| Rug or Pad, Large | Qty: 1 | 10 Cuft | 70 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |

**Dining Room**

| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
|---|---|---|---|
| Dining Chair | Qty: 6 | 30 Cuft | 210 Lbs |
| Dining table | Qty: 1 | 30 Cuft | 210 Lbs |
| Pedestal | Qty: 1 | 10 Cuft | 70 Lbs |

**Bedroom**

| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
|---|---|---|---|
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Ottoman | Qty: 1 | 5 Cuft | 35 Lbs |

**Office**

| Desk, Computer | Qty: 4 | 88 Cuft | 616 Lbs |
|---|---|---|---|
| Picture | Qty: 4 | 2.84 Cuft | 20 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, medium | Qty: 5 | 15 Cuft | 105 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |

398

| Printer | Qty: 1 | 4 Cuft | 28 Lbs |
|---|---|---|---|
| Printer | Qty: 1 | 6 Cuft | 60 Lbs |
| Lateral File | Qty: 1 | 20 Cuft | 140 Lbs |
| **Bedroom #2** | | | |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Box, large | Qty: 1 | 5 Cuft | 35 Lbs |
| Vacuum Cleaner | Qty: 1 | 5 Cuft | 35 Lbs |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Bathroom** | | | |
| Box, Medium | Qty: 2 | 6 Cuft | 42 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |
| **Master Bedroom** | | | |
| Box, Wardrobe Lrg | Qty: 1 | 15 Cuft | 105 Lbs |
| Box, Medium | Qty: 4 | 12 Cuft | 84 Lbs |
| Chair, Occasional | Qty: 1 | 15 Cuft | 105 Lbs |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Totes | Qty: 2 | 12 Cuft | 84 Lbs |
| Clothes Hamper | Qty: 1 | 5 Cuft | 35 Lbs |
| **Family Room** | | | |
| Bookcase | Qty: 1 | 20 Cuft | 140 Lbs |
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| Table, small | Qty: 1 | 2 Cuft | 14 Lbs |
| File Cabinet 4-5 Dr | Qty: 2 | 40 Cuft | 280 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, small | Qty: 3 | 6 Cuft | |

*Tommy Anderson, Broker/Realtor/Auctioneer*
*HND Realty*
*www.HNDREALTY.COM*
*(615) 969-5819*

399

FRBP Violated: #3:19-bk-02693　　TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)　　JRF.002.1407.00

Charles M. Walker
U.S. Bankruptcy Judge
      Dated: 9/27/2019



CLERK & MASTER

2019 OCT 10  PM 2: 34

FILED FOR ENTRY

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                              )
                                    )
FAWN ▮▮▮▮ FENTON                    )        CHAPTER      13
                                    )        CASE NO:     19-02693
BRENTWOOD, TN 37027                 )        JUDGE        WALKER
SSN: XXX-XX-2065                    )
                                    )

DEBTOR

## ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to

Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1.

There being no objections raised at the call of the docket, the Motion is found to be well taken and it is

therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood,

Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting

Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County,

Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the

liens of Bank of America, N.A. and Bancorp South. This transaction shall be conditioned on the Debtor

providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of

the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing

account on behalf of the parties pending further orders of the Chancery Court for Williamson County,

Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.*

401

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

FAWN ███ FENTON,                    )        2019 OCT 10  PH 2:34
    Plaintiff/Wife,                 )
                                    )        FILED FOR ENTRY_____
vs.                                 )    No. 48419B
                                    )
JEFFREY RYAN FENTON,                )
    Defendant/Husband.              )

## NOTICE OF FILING

COMES NOW Virginia Lee Story, on behalf of Plaintiff, Fawn ███ Fenton, as her

Attorney of Record in this matter, and hereby files the attached Order Granting Expedited Motion

to Sell Real Estate and Personal Property entered by the United States Bankruptcy Court for the

Middle District of Tennessee on September 27, 2019.

Respectfully submitted,

VIRGINIA LEE STORY, BPR #11700
Attorney for Plaintiff
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-
class mail to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the ___10___ day of October, 2019.

VIRGINIA LEE STORY

400

APPROVED FOR ENTRY:

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16ᵗʰ Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

402

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1410.00

TNJudicial Cycle/it002.pdf          Williamson County Chancery Court Tennessee (Trial Court Records)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-25, PageID.1001   Filed 10/13/23   DOC 002 Page 16
                                                    of 63          Page 411 of 719

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

2019 OCT 10  AM 9: 56

FILED FOR ENTRY 10-10-19

FAWN ███████ FENTON,        )
        Plaintiff/Wife,     )
                            )
vs.                         )          No. 48419B
                            )
JEFFREY RYAN FENTON,        )
        Defendant/Husband.  )

## ORDER

This matter came on to be heard on the 10th day of October, 2019 before the Honorable Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County, Tennessee, upon Wife's Motion to Sell Remaining Contents of Marital Residence. It appearing to the Court based upon statements of counsel and the record as a whole that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that Husband came to the home during the week of October 7, 2019 with a U-Haul truck and removed the items that he wanted. The remaining items were Wife's and/or items to donate. All property has now been removed so that the closing may take place on October 15, 2019. The auction brought sufficient funds to pay the costs of the sale and both first and second mortgages however there will not be anything proceeds remaining to disburse between the parties.

It is further **ORDERED, ADJUDGED and DECREED** that Wife is hereby granted authority to sign the deed conveying the property located at 1986 Sunnyside Drive, Brentwood, TN 37027, and another other necessary documents, to effectuate the payoff of the mortgages and for closing without Husband's signature.

All other matters are reserved pending further Orders of this Court.

**ENTERED** on this _10th_ day of _OCT._, 2019.

1

403

_____

**MICHAEL W. BINKLEY, JUDGE**

**APPROVED FOR ENTRY:**

_____
**VIRGINIA LEE STORY; BPR #11700**
Attorney for Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the ___10___ day of October, 2019.

_____
**VIRGINIA LEE STORY**

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the ___10___ day of October, 2019.

_____
**CLERK**

2

40 4

TNJudicial.org/sle/irf062.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC 002 | Page 413 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-23, PageID.1003    Filed 10/13/23    Page 18 of 63

# Order of Protection
## ☐ Amended Order
☐ Petitioner is under 18

Case # *(the clerk fills this in):*  48419 **B**

WILLIAMSON COUNTY CLERK & MASTER

2019 JUN 20 AM 8: 41

FILED FOR ENTRY 10-21-4

In the Chancery_____ Court of Williamson_____ County, TN

**Petitioner** *(person needing protection)*

FAWN ▮▮▮▮ FENTON

first / middle / last

**Petitioner's Children under 18 Protected by this Order:** N|A

Name, Age, Relationship to Respondent          Name, Age, Relationship to Respondent

1. _____    3. _____
2. _____    4. _____

---

**Respondent's Information** *(person you want to be protected from)*:

JEFFREY          RYAN          FENTON          10/08/1969

first / middle / last / date of birth (MM/DD/YYYY)

1986 SUNNY SIDE DR          BRENTWOOD          TN          37027

street address / city / state / zip

his mothers haddr : 7041 W. Silver Lake Rd, Linden, MI 48451

Respondent's Employer: UNEMPLOYED

Employer's name          Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
|---|---|---|---|---|---|---|
| ☒ Male ☐ Female | ☒ White ☐ Asian ☐ Black ☐ Hispanic ☐ Other: | ☒ Black ☒ Grey ☐ Blond ☐ Bald ☐ Brown ☐ Other: ___ | ☐ Brown ☐ Hazel ☒ Blue ☐ Green ☐ Grey ☐ Other: ___ | **Height** | 5'9" Weight | 240 |
| | | | | Social Sec. # (If known) | (Provided to Clerk's office if known) **Do not list it here. XXXXX** | |
| | | | | Scars/Special Features | | |
| | | | | Phone Number | 615-837-1301 (Cell) 615- 837-1300 (Home) | |

**Petitioner's relationship to the Respondent** *(Check all that apply)*:

☒ We are married or used to be married.          ☒ We live together or used to live together.
☐ We have a child together.          ☐ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* ___
☐ We are the children of a person whose relationship is described above *(Specify):* ___
☒ The Respondent has stalked me.          ☐ The Respondent has sexually assaulted me.
☒ Other: Harassment via text messages, emails, phone voicemail

---

This is a Court Order

04/18/18
Form #OP2018-7

Order of Protection          40 5          page 1 OF 6



**Findings About Abuse:**

1. The Court has jurisdiction over the parties and this case. The Respondent was given reasonable notice of the hearing and an opportunity to be heard.

*Warning!*
☐ Weapon involved
☒ Has or owns a weapon

2. Based on the information in the *Petition,* and the hearing held, the court finds that the Respondent:
☒ Did the things listed in the Petition and the court adopts these as facts and incorporates them by reference, AND/OR
☐ Did the following things:

_____

_____

_____

AND there is credible evidence that Respondent is a threat to the safety of the Petitioner and ☐ Petitioner's Minor Children.

3. Respondent has specifically: *(check all that apply):*
☒ Abused/Threatened to Abuse
☐ Sexually Assaulted
☒ Stalked
the ☒ Petitioner AND ☐ Petitioner's Minor Children.

**Findings about the minor children of the parties:** *(check one):*
☐ The Court has jurisdiction over custody for the child(ren) of the parties because his/her/their home state is Tennessee.
☐ The Court has temporary emergency jurisdiction over custody for the children of the parties listed above because they are in Tennessee now, and they (or the Petitioner) were at risk. (If another state has jurisdiction over child custody under UCCJEA, this Court's temporary jurisdiction will end on _____ or when the other state's Court makes an order.)

**Findings About Firearms:**

**The Respondent** *(check all that apply):*
☒ Has no firearms
☐ Has firearms that he/she must give to someone else who is allowed to have them (TCA § 36-3-625).

☐ Has firearms that are registered under the National Firearms Act and must be either transferred to a responsible third party, or locked in a safe or other secure container to which the Respondent does not have access. A state or federal agency must give its approval before the firearms are turned in.

☐ Has a federal firearms license (FFL) or is a responsible party under an FFL, and has firearms under that FFL that qualify as business inventory, and *(check one):*

   ☐ There is **no** responsible party listed on the FFL other than the Respondent in this case. The Respondent must turn in or transfer all firearms inventory under his/her control to a separate FFL holder who is legally allowed to have firearms.
   ☐ There **is** another responsible party listed on the FFL other than the Respondent in this case. This Order does not require the Respondent to turn in or transfer the firearms inventory.

## Other Findings:

☐ Petitioner is a party to a lease or rental agreement and that continuing to reside in the rented or leased premises may jeopardize the life, health and safety of the petitioner or the petitioner's children.

☐ Petitioner has proven by a preponderance of the evidence that petitioner and any minor children in the petitioner's care are the primary users of the wireless telephone number(s): _____ and the Court should enter a separate order, pursuant to TCA §36-3-627, directing _____ , a wireless telephone service provider, to transfer the billing responsibility for and rights to the wireless telephone number or numbers of petitioner since petitioner is not the account holder.

### The Court orders Respondent to:
☑ Obey all orders on this form.
☑ Not abuse or threaten to abuse Petitioner or Petitioner's minor children.
☑ Not stalk or threaten to stalk Petitioner or Petitioner's minor children.

### Other Orders to the Respondent *(Check all that apply)*:

☑ **No Contact**
You must not come about the Petitioner (including coming by or to a shared residence) for any purpose and must not contact ☑ Petitioner AND ☐ Petitioner's children, either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact.

☑ **Stay Away**
You must stay away from the ☐ Petitioner's home ☐ Petitioner's workplace ☐ Children's home and workplace.

☑ **Personal Conduct –**
☑ You must not cause intentional damage to the Petitioner's (or Petitioner's children's) property or interfere with the utilities at their home(s).

☑ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children.

☐ **Counseling/Substance Abuse Programs**
You must go to the following program(s) and give the court proof that you have gone, participated and have made progress in this program *(contact information)*: _____

☐ **Parenting Time**
☐ The Petitioner will have custody of the minor child(ren) in this case.
☐ You will have parenting time with your minor child(ren) at the following times:
_____
_____

☐ Your parenting time will be supervised by: _____ at: _____.

☐ Exchange of the children will take place at and will happen as follows:
_____
_____

☐ The person in charge of getting the minor children to and from visitation will be:

☐ Mom ☐ Dad ☐ Other *(name)*: _____ **to the visits**
☐ Mom ☐ Dad ☐ Other *(name)*: _____ **from the visits.**

**This is a Court Order.**

04/18/18
Form #OP2018-7

Order of Protection    - - 4 0 7    page 3 OF 6

☐ **Child Support** $ _____ / ____ _____ (month/week, etc., beginning _____ (date).

   ☐ This is the guideline amount. See the attached DHS *Child Support Worksheet*.
   ☐ This is **not** the guideline amount and is a deviation from the guideline amount. The Court has considered the best interest of each child in this case, and finds that guideline support would be unjust or inappropriate in this case.
   ☐ Other: _____

**Payment method:**

   ☐ Pay the Petitioner directly by the _____ day of each month. (the court finds that this does not endanger the Petitioner or the Petitioner's minor children and it is not a violation to send payment only with no notes or comments to the Petitioner)
   ☐ Take payment to this Court Clerk's Office. You will also have to pay a clerk fee of _____% on each payment. The additional clerk fee amount is $_____ each month.
   ☐ Support payments will be ☐ withheld from your paycheck (Contact the Central Collection and Disbursement Unit at 800-838-6911 by _____ or ☐ shall be sent directly to Central Collection Disbursement Unit at Central Child Support Receipting Unit, P. O. Box 305200, Nashville, TN 37229.

☐ **Petitioner Support** $ _____/ each month.
   **Payment method:**

   ☐ Pay the Petitioner directly by the _____ day of each month. (The court finds that this does not endanger the Petitioner or the Petitioner's minor children and it is not a violation to send payment only with no notes or comments to the Petitioner)
   ☐ Take payment to this Court Clerk's Office. You will also have to pay a clerk fee of _____% on each payment. The additional clerk fee amount is $_____ each month.
   ☐ Payment will be
      ☐ withheld from your paycheck (Contact the Central Collection and Disbursement Unit at 800-838-6911 by _____ (date)
      ☐ shall be sent directly to Central Collection Disbursement Unit at Central Child Support Receipting Unit, P. O. Box 305200, Nashville, TN 37229.

☐ **Control of all Types of Property**
   ☐ Petitioner only ☐ and/or Petitioner's children are the only ones who can live in the property at:

_____
*(address)*

   ☐ You must move out immediately from *(address):* _____
   ☐ You must provide suitable alternate housing for the Petitioner by *(date):* _____, 20____.
   ☐ You must pay to the petitioner all costs, expenses and fees pertaining to the petitioner's breach of a lease or rental agreement for residential property in the amount of _____.
   ☐ Only the Petitioner can use, control, and possess the following property, things, and animals:

_____

   ☐ If the parties shared a residence, Respondent can obtain his/her clothing and personal effects such as medicine as follows: (List items to be obtained and process as approved by local law enforcement personnel):

_____
_____

☑ **Orders to the Respondent about Firearms:**

   • You must not have, or attempt to have, receive or attempt to receive or in any other way get any firearm while this or any later protective order is in effect.

**This is a Court Order.**

04/18/18
Form #OP2018-7

Order of Protection

408

page 4 OF 6

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.002.1416.00

TNJudicial.org/c/e/irf002?.pdf    Williamson County Chancery Court(Tennessee (Trial Court Records)    DOC.002.1 Page 417 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-25, PageID.1067    Filed 10/13/23    Page 22 of 63

- You must transfer ... firearms in your possession within 4... no..s to any person who is legally allowed to have them.
- You must fill out and file a *Firearms Declaration* within 1 business day of transferring your firearms. You may take more than 1 business day to file this form **only** if the Court gave you a later deadline. (You can get the *Firearms Declaration* form from the Court Clerk's Office or at *www.tncourts.gov.*)
- If a state or federal agency approves it, your weapons that are registered under the National Firearms Act must be either transferred to a responsible third party, or placed in a locked safe or other secure container to which you do not have access.
- If your *Firearms Declaration* shows that you have a federal firearms license (FFL), and that you are the **only** responsible party listed on that FFL, you must transfer all firearms inventory under your control to a separate FFL holder or another responsible party.

**Costs, fees and litigation taxes**
You must pay all court costs (Petitioner's costs and your costs), lawyer fees, and other fees or taxes related to this case.

☐ **Other Orders:**

☐ Petitioner and any minor children in the petitioner's care are the primary users of the wireless telephone number(s): _____ and a separate order shall be entered per to TCA §36-3-627, directing _____, a wireless telephone service provider, to transfer the billing responsibility for and rights to the wireless telephone number or numbers of petitioner since petitioner is not the account holder.

☐ _____

### THIS ORDER TAKES EFFECT IMMEDIATELY UPON SIGNING.

This Order starts today, (date): 10/21/19. This Order ends (date): 10/21/20.
☑ In 1 year. (The Petitioner may ask to extend the Order) ☐ In 5 years (1st violation of current PO)
☐ In 10 years (2nd or more violation of current PO)

Date: 10/21/19 Time: 10:05 ☐ a.m. ☐ p.m.    Signature of Judge or Chancellor

**Certificate of Service – Respondent** *(check one)*:
☐ Signed by Respondent: _____
☐ Signed by Respondent's counsel: _____
☐ Hand delivered to Respondent.
☑ Hand delivered to Respondent's counsel.
☐ U.S. mail, prepaid postage to Respondent's last known address
☐ U.S. mail, prepaid postage to Respondent's counsel's last known address
☐ Reasonable attempts to find the Respondent's address were made, but there is no known address at this time.
Signature of Server: _____
Server's title *(check one):* ☐ Clerk ☑ Deputy Clerk ☐ Authorized Officer ☐ Attorney
Service was made on:
Date: 10-21-19
Time: 10:45 ☑ a.m. ☐ p.m.

**Certificate of Service – Petitioner** *(check one)*:
☐ Signed by Petitioner: _____
☐ Signed by Petitioner's counsel: _____
☐ Hand delivered to Petitioner.
☐ Hand delivered to Petitioner's counsel.
☑ U.S. mail, prepaid postage to Petitioner's last known address.
☐ U.S. mail, prepaid postage to Petitioner's counsel's last known address.
☐ Reasonable attempts to find the Petitioner's address were made, but there is no known address at this time.
Signature of Server: _____
Server's title *(check one):* ☐ Clerk ☑ Deputy Clerk ☐ Authorized Officer ☐ Attorney
Service was made on:
Date: 10-21-19
Time: 10:45 ☑ a.m ☐ p.m.

☑ The Clerk certifies a copy of this Order was forwarded to 911, local law enforcement, and any court in which the respondent and petitioner are parties to an action.

This is a Court Order

04/18/18
Form #OP2018-7

Order of Protection    page 5 OF 6

- 409

## Warnings to Respondent:

### This Order is valid everywhere in the U.S.

If you travel to another state, territory or tribal land, with the intention of disobeying this Order, you can be charged with a federal crime. The courts of any U.S. state, the District of Columbia, all tribal lands, and U.S. territories, must enforce this Order, even if the Order is not registered. (18 U.S.C. §§ 2262, 2265)

### No Guns, Firearms

You must not have any firearm while this Order is in effect. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any firearm or ammunition.

You must legally transfer, sell, or turn in any firearm that you have within 48 hours. Transfers are only legal if the person you transfer to is allowed to have firearms. You may get your firearms back when the Order of protection ends.

### You will face separate charges if you disobey this Order

You may face separate, Class A misdemeanor charges if:

- You do not transfer your firearm(s) legally by the deadline
- You have a firearm while the Order is in effect
- The penalty for each violation is up to 11 months and 29 days in jail and a fine of up to $2,500. There may be other charges if domestic violence is involved. If you disobey this Order on purpose, you may face up to 10 days in jail and a $50 fine for each violation. You may also have to pay a civil penalty of up to $50 for each violation.
- If you do not transfer, sell, or turn in any firearm you may face Class A misdemeanor charges and you may also be charged with a federal crime.
- If you hurt or try to hurt anyone while this Order, probation or diversion is in effect, you may face charges for aggravated assault, a Class C felony. (TCA §§ 39-13-102(c), 36-3-610)

### Only the Court can change this Order:

Neither you nor the Petitioner can agree to change this Order. Even if the Petitioner attempts to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be jailed for up to 11 months and 29 days and fined up to $2,500.

---

**To the Petitioner:**

You may ask any government agency or utility provider to keep private any information that could be used to locate you, such as addresses, phone numbers, and/or social security number. To do so, give a copy of this Protective Order to the Records Department of the agency or utility. *(TCA § 10-7-504(a)(15-16))*

---

# IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

**FAWN** ███ **FENTON,**
    Plaintiff/Wife,

vs.

**JEFFREY RYAN FENTON,**
    Defendant/Husband.

)
)
)
)
)
)
)

2019 OCT 21  PM 3: 58

FILED FOR ENTRY _____

**No. 48419B**

### AFFIDAVIT OF VIRGINIA LEE STORY

RECEIVED BY
Judges' Chambers
Date: *10-22-19 db*

**STATE OF TENNESSEE** )
**COUNTY OF WILLIAMSON** )

    Comes now, Virginia Lee Story, attorney of record for the Petitioner, and after being first duly sworn, states as follows:

    1.    I am over 18 years of age and have personal knowledge of the following facts.

    2.    At the August 29, 2019 hearing in this matter, the Court set this matter for final hearing on October 21, 2019 in open Court with Mr. Jeffrey Fenton present in the courtroom.

    3.    Since the August 29, 2019 hearing, Mr. Fenton relocated to Michigan.

    4.    In his handwritten note, he stated that he does not want to contest the divorce and that he does not wish to communicate with Virginia Story or anyone from her firm, ever again. He states that he will never be in Tennessee again.  See attached **Exhibit 1**.

    FURTHER AFFIANT SAITH NOT.

**VIRGINIA LEE STORY**

SWORN to and subscribed before me this 21st day of October, 2019.

Notary Public
My Commission Expires: 6-19-22

HEIDI L. MACY
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY

· 411

TN Judicial Op/cle/i 0023.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC 002 Page 420 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-23, PageID.1070    Filed 10/13/23    Page 25 of 63

Fawn,

Thank you so much for leaving
the picture here for me (your painting).
It is out of no anger or resentment that
I leave it behind, I just can't keep it.
out of intense sadness of losing YOU!

  I hope you will keep it, and find that
part of yourself again. That happy, simple
playful place.

  I also can't keep my wedding ring, so
you are no longer bound to that pact. I just can't.
It would kill me. I burried mine back where our
little friends used to live. Not one came to visit
during my stay here, which broke my heart.

  The blue ray was from Mack, the gas mask
has your name on it and was sized for you, the
monopod you asked for. ·· 412

*(right margin, vertical)* than anything I own. (But must keep I treasure it (more

2019 OCT 21  PM 3:58
FILED FOR ENTRY_____

EXHIBIT
1

I am so sorry things ended this way,
but I can never speak with you again. To
protect my heart, not out of anger or resentment

I will never communicate with Virginia
Story or anyone from her firm, ever again.
Regardless of the consequences.

If she will drop all charges and never
contact me again, then I will likewise
drop my 250 page counter motion set
for october 21ST.

I will mail you the fee simple
divorce papers signed — and as long as
no lawyers are involved, we each walk with
what we have, assets + debts, and no
alimony etc... due either ever. only if we
finish non-contested together without a lawyer

413

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1421.00

TNJudicial.org/c/a/jrf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC 002 | Page 422 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-23, PageID.1072   Filed 10/13/23   Page 27 of 63

as we promised each other.

I would and will never hurt you or those you love in any way. Despite what they cost me.

I will always love you! I leave only with tremendous sadness, nothing more.

If Ms. Story tries to use any of this against me, I will dedicate my life to fighting and appeal this to state court where the sale of our home will be found and proven to be against state laws. If I never hear from Ms Story or her staff or court, Then I'm done, and I surrender all. I will always love you! I'm so sorry!

414

Please don't se" or discard any * this
(except gas mask + flower vase if you want.)
It was all worth MORE THAN MONEY.
or it wouldn't be sitting here
It is my kiss on the        Joint    or Debts,
cheek goodbye! Flease
kiss and hug py                No Assets
puppy for me

Non-Contested, No Assets

Divorce papers to be mailed to you

within 2 weeks.   It might take

me a week to get to MI and

unload this crap.

I will never be in Tennessee

Again. You never have ANYTHING

To FEAR FROM ME.

Goodbye FAWN!        Love,

415

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**AT FRANKLIN**

FAWN ███████ FENTON,                    )
          Plaintiff/Wife,               )
                                        )                 2019 OCT 21  PM 3:56
vs.                                     )        No. 48419B
                                        )                 FILED FOR ENTRY 10/28/19
JEFFREY RYAN FENTON,                    )
          Defendant/Husband.            )                 RECEIVED BY
                                        )                 Judges' Chambers
                                                          Date: 10-22-19

**FINAL DECREE OF DIVORCE**

THIS CAUSE came on to be heard on the 21st day of October, 2019 before the Honorable

Michael W. Binkley, Judge, holding Court for the Chancery Court for Williamson County,

Tennessee, upon the Complaint for Divorce filed by Wife on June 4, 2019 of which Husband was

served on June 20, 2019. Husband has not filed an Answer and has had two attorneys both of

whom have withdrawn. The last attorneys, Marty Duke and Mitchell Miller, withdrew on

August 29, 2019 while Mr. Fenton was in open Court and Mr. Fenton stated that he wished to

proceed *Pro Se*. The Court informed Mr. Fenton of self-representation and Mr. Fenton confirmed

that this is how he wished to proceed. The Court set a Final Hearing date in the Order entered on

August 29, 2019. The Court finds, based upon the undisputed testimony of Wife, a witness for

Wife as to the grounds for the divorce, the exhibits introduced in this cause, and the record as a

whole, that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Wife, **FAWN**

██████ **FENTON**, shall be granted an absolute divorce on the grounds of inappropriate

conduct. The parties' real property located at 1986 Sunnyside Drive, Brentwood, TN 37027 has a

contract pending for sale. Attached is the closing statement and print out from the Bankruptcy

Court as to the outstanding debt (**Exhibit 1**). There are no proceeds remaining to disburse. If for

any reason the property does not close under the current contract, then Wife shall be granted all

1

416

D

right, title and interest in and to said real property and shall take all necessary steps to ensure that Husband's name is not associated with the property or the debt. Wife may sign any and all documents to close the property if a subsequent buyer is obtained and any proceeds shall be awarded to Wife free and clear of claims of Husband. The parties have divided all personal property. Each party is awarded all personal property in their respective possession. Wife is in Bankruptcy which addresses her debt allocation and she will be responsible for all her indebtedness holding Husband harmless for the same.

It is further **ORDERED, ADJUDGED and DECREED** that Wife shall be solely responsible for all indebtedness in her name or incurred by her including her Bankruptcy. Husband shall be solely responsible for any and all debts in his name or that he has incurred holding Wife harmless for same. If Husband does not pay the creditors and they seek payments from Wife and she is forced to pay the same, then Wife shall be awarded a Judgment for any amounts she has to pay for which execution may issue.

Additionally, neither party shall contract any indebtedness on the credit of the other from and after the date of execution of this Agreement.

It is further **ORDERED, ADJUDGED and DECREED** that each party shall be awarded any banking, investment or retirement accounts in their respective names free and clear from the other party. All joint accounts have been closed. All right, title and interest of either party in and to any account or account balance awarded to the other party shall be, and is hereby, divested out of that party and vested absolutely in the other party.

It is further **ORDERED, ADJUDGED and DECREED** that the parties will file 2016 and 2019 taxes separately. Each party shall assume sole and separate responsibility for paying any taxes, penalties and/or interest which may hereafter be finally determined to be due as a result of

2

417

income earned and/or received by that party or losses or deductions taken with respect to that party's income during any year for which the parties file, or have filed, joint income tax returns. Further, each party shall hold the other party harmless from any liability for such incomes taxes, penalties and/or interest as may hereinafter be finally determined to be due as a result of that party's misreporting of previous income.

It is further **ORDERED, ADJUDGED and DECREED** that Wife shall be awarded the 2017 Toyota Prius (VIN: titled in Wife's name free and clear of any claim by Husband. All right, title, and interest of Husband in and to said vehicle shall be, and is hereby, divested out of him and vested absolutely in Wife. Wife shall be, and is hereby, solely and separately responsible for any debt or liability associated with this vehicle as of the date of execution of this Agreement and shall indemnify and hold Husband harmless therefor. Each party shall be responsible for their own car expenses and insurance.

Husband shall be awarded the 2003 Buick LeSabre (VIN: 1G4HR54K43U236502) titled in Husband's name free and clear of any claim by Wife. All right, title and interest of Wife in and to said vehicle shall be, and is hereby, divested out of her and vested absolutely in Husband. Husband shall be, and is hereby, solely and separately responsible for any debt or liability associated with this vehicle as of the date of execution of this Agreement and shall indemnify and hold Wife harmless therefor. Husband shall be responsible for liability insurance on the 2003 Buick LeSabre and further agrees to remove Wife's name from any insurance policy regarding the same.

It is further **ORDERED, ADJUDGED and DECREED** that Wife is awarded a Judgment against Husband for all court costs incurred for which execution may issue. Attorney for Wife shall file her Affidavit for the Court of the communication from Husband that he did not wish to

3

- 418

contest the divorce and that he was present in Court on August 29, 2019 when the Final Hearing

was set to be heard.

ENTERED this _24th_ day of _October_ 2019.

**MICHAEL W. BINKLEY, JUDGE**
Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**APPROVED FOR ENTRY:**

**VIRGINIA LEE STORY; BPR #11700**
Attorney for Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via U.S. mail to **Jeffrey Ryan Fenton,** Husband *Pro Se*, at 17195 Silver Parkway, #150, Fenton, MI 48430 this ___ day of October, 2019.

**VIRGINIA LEE STORY**

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to **Virginia Lee Story,** Attorney for Wife, at the above address, and to **Jeffrey Ryan Fenton,** Husband *Pro Se*, at 17195 Silver Parkway, #150, Fenton, MI 48430 this ___ day of ___, 2019.

**CLERK**

4

419

OMB NO. 2502-0265

**A.**

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

**SETTLEMENT STATEMENT**

**B. TYPE OF LOAN:**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
|---|---|---|---|---|

**6. FILE NUMBER:** P19-10267A-BW

**7. LOAN NUMBER:**

**8. MORTGAGE INS CASE NUMBER:**

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing, they are shown here for informational purposes and are not included in the totals.

| **D. NAME AND ADDRESS OF BORROWER:** | **E. NAME AND ADDRESS OF SELLER:** | **F. NAME AND ADDRESS OF LENDER:** |
|---|---|---|
| GL Properties, LLC | Jeffrey R. Fenton and Fawn T. Fenton | Cash transaction |

FILED FOR ENTRY

| **G. PROPERTY LOCATION:** | **H. SETTLEMENT AGENT:** 62-1517234 | **I. SETTLEMENT DATE:** |
|---|---|---|
| 1986 Sunnyside Drive Brentwood, TN 37027 Williamson County, Tennessee | Bankers Title & Escrow Corp. | October 21, 2019 |
| | **PLACE OF SETTLEMENT** 5107 Maryland Way, Ste. 115 Brentwood, TN 37027 | |

| **J. SUMMARY OF BORROWER'S TRANSACTION** | | **K. SUMMARY OF SELLER'S TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 324,360.00 | 401. Contract Sales Price | 324,360.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,678.13 | 403. | |
| 104. Buyers Premium to McArthur Sanders COmpany | | 404. | |
| 105. Buyers Premium | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes 10/21/19 to 01/01/20 | 423.52 | 407. County Taxes 10/21/19 to 01/01/20 | 423.52 |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 326,461.65 | **420. GROSS AMOUNT DUE TO SELLER** | 324,783.52 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 32,436.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 7,475.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to Specialized Loan Servicin | 248,533.30 |
| 205. | | 505. Payoff Second Mortgage to Bancorp South/19-02693 | 55,439.68 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. Buyers Premium to McArthur Sanders Company | 9,180.00 |
| 218. | | 518. Buyers Premium to HND Auctions | 9,180.00 |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 32,436.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 329,808.48 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 326,461.65 | 601. Gross Amount Due To Seller (Line 420) | 324,783.52 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 32,436.00) | 602. Less Reductions Due Seller (Line 520) | ( 329,808.48) |
| **303. CASH ( X FROM ) ( TO ) BORROWER** | 294,025.65 | **603. CASH ( TO ) ( X FROM ) SELLER** | 5,024.96 |

Substitute Form 1099-S:

SELLER'S TAX ID SOLICITATION: THE INFORMATION IN BLOCKS E, G, H, I AND ON LINES 401, 408, 407 and 408 IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS ITEM IS REQUIRED TO BE REPORTED AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED. YOU ARE REQUIRED BY LAW TO PROVIDE THE SETTLEMENT AGENT WITH YOUR CORRECT TAXPAYER IDENTIFICATION NUMBER. IF YOU DO NOT PROVIDE THE SETTLEMENT AGENT WITH YOUR CORRECT TAXPAYER IDENTIFICATION NUMBER, YOU MAY BE SUBJECT TO CIVIL OR CRIMINAL PENALTIES IMPOSED BY LAW.

For sales or exchanges of certain real estate, the person responsible for closing a real estate transaction must report the real estate proceeds to the Internal Revenue Service and must furnish this statement to you. To determine if you have to report the sale or exchange of your main home on your tax return, see the 2019 Schedule D (Form 1040) Instructions. If the real estate was not your main home, report the transaction on Form 4797, Sales of Business Property, Form 6252, Installment Sale Income, and/or Schedule D (Form 1040), Capital Gains and Losses. You may have to recapture (pay back) all or part of a Federal mortgage subsidy if all the following apply: a) You received a loan provided from the proceeds of a qualified mortgage bond or you received a mortgage credit certificate; b) Your original mortgage loan was provided after 1990; and; c) You sold or disposed of your home at a gain during the first 9 years after you received the Federal mortgage subsidy. This will increase your tax. See Form 8828, Recapture of Federal Mortgage Subsidy, and Pub. 523, Selling Your Home.

If you have already paid the real estate tax for the period that includes the sale date, subtract the amount shown on Lines 406, 407 & 408 from the amount already paid to determine your deductible real estate tax. But if you have already deducted the real estate tax in a prior year, generally report this amount as income on the "Other Income" line of Form 1040. For more information see Pub. 523.

For Paperwork Reduction Act Notice, see the 2019 Instructions for Forms 1099, 1098, 5498, and W-2G. Department of the Treasury - Internal Revenue Service

UNDER PENALTIES OF PERJURY, I CERTIFY THAT THE NUMBER SHOWN BELOW ON THIS STATEMENT IS MY CORRECT TAXPAYER IDENTIFICATION NUMBER.

| Seller's Signature TaxID/SSN: | Seller's Signature TaxID/SSN: | Seller's Signature TaxID/SSN: | Seller's Signature TaxID/SSN: | 420 |
|---|---|---|---|---|

**EXHIBIT**

Page 2

## L. SETTLEMENT CHARGES

| | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ | @ | 0.00 % | | |
| Division of Commission (line 700) as Follows: | | | | | |
| 701. $ to HND Realty | | | | | |
| 702. $ to McArthur Sanders Real Estate | | | | | |
| 703. Commission Paid at Settlement | | | | | |
| 704. Buyers Premium | to HND Realty/McArthur Sanders Real Estate | | $32,436.00 | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
| 801. Loan Origination Fee | % | to | | | |
| 802. Loan Discount | % | to | | | |
| 803. Appraisal Fee | | to | | | |
| 804. Credit Report | | to | | | |
| 805. Lender's Inspection Fee | | to | | | |
| 806. Mortgage Ins. App. Fee | | to | | | |
| 807. Assumption Fee | | to | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest From to | @ $ | /day ( days | %) | | |
| 902. MIP Tot Ins. for Life Of Loan for months to | | | | | |
| 903. Hazard Insurance Premium for | 1.0 years to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | | |
| 1001. Hazard Insurance | | months @ $ | per month | | |
| 1002. Mortgage Insurance | | months @ $ | per month | | |
| 1003. City/Town Taxes | | months @ $ | per month | | |
| 1004. County Taxes | | months @ $ | per month | | |
| 1005. Assessments | | months @ $ | per month | | |
| 1006. | | months @ $ | per month | | |
| 1007. | | months @ $ | per month | | |
| 1008. Aggregate Adjustment | | months @ $ | per month | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or Closing Fee | to Bankers Title & Escrow Corp. | | | 465.00 | 0.00 |
| 1102. Abstract or Title Search | to | | | | |
| 1103. Title Examination | to | | | | |
| 1104. Title Insurance Binder | to | | | | |
| 1105. Document Preparation | to Bankers Title & Escrow Corp. | | | | |
| 1106. Packaging & Shipping Fee | to | | | | |
| 1107. Attorney's Fees | to | | | | |
| (includes above item numbers: | | | ) | | |
| 1108. Title Insurance | to Old Republic Title Insurance Group | | | | 1,806.50 |
| (includes above item numbers: 1102 | | | ) | | |
| 1109. Lender's Coverage | $ | | | | |
| 1110. Owner's Coverage | $ 324,360.00 | 1,806.50 | | | |
| 1111. Payoff Processing Fee | | | | | |
| 1112. | Bankers Title & Escrow Corp. | | | | |
| 1113. | | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording Fees: Deed $ 12.00; Mortgage $ ; Releases $ | | | | 12.00 | |
| 1202. City/County Tax/Stamps: Deed : Mortgage | | | | | |
| 1203. State Tax/Stamps: Revenue Stamps 1,201.13: Mortgage | | | | 1,201.13 | |
| 1204. Recording Fee - Order | to Williamson County Register of Deeds | | | | 22.00 |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey | to | | | | |
| 1302. Pest Inspection | to | | | | |
| 1303. Advertising Expenses | to HND Auctions | | | | 3,500.00 |
| 1304. 2019 County Taxes | to Williamson County Trustee | | 013JA03500 | | 2,147.00 |
| 1305. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | | 1,678.13 | 7,475.50 |

(P18-10357A-BW / P18-10357A-BW / 6)

- 421

## Claims Listing

| Name | Clm# | Filed | Description | Type | Level | Monthly Payment | Principal Paid | Principal Owed | Claimed Amount | Sched Amount | Account No. | % Paid | Rsv. | Int Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1305 CLAIM | 1 | | UNSECURED - 1305 | O | 43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| BANCORPSOUTH BANK | 2 | ✓ | MTG-ON GOING MTG PYMT | D | 21 | $275.00 | $550.00 | $0.00 | $0.00 | $0.00 | | | | |
| BANK OF AMERICA NA | 3 | ✓ | MTG-ON GOING MTG PYMT | D | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| TOYOTA MOTOR CREDIT CORP | 4 | ✓ | AUTOMOBILE LOAN | V | 21 | $356.99 | $625.08 | $11,974.92 | $12,600.00 | $12,600.00 | | 4.96% | | 5.50% |
| UNITED STATES TREASURY | 5 | ✓ | PRIORITY CREDITOR | C | 22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| | 6 | | COSTED - LEASE PYMT/POST PET | K | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| BECKET AND LEE LLP | 7 | ✓ | UNSECURED CREDITOR | H | 41 | $0.00 | $0.00 | $9,518.02 | $9,518.02 | $9,518.02 | | | | |
| ASCEND FEDERAL CREDIT UNION | 8 | ✓ | UNSECURED CREDITOR | H | 41 | $0.00 | $0.00 | $12,900.65 | $12,900.65 | $17,811.23 | | | | |
| BANK OF AMERICA | 9 | | UNSECURED CREDITOR | H | 41 | $0.00 | $0.00 | $0.00 | $0.00 | $11,793.22 | | | | |
| CAPITAL ONE BANK USA NA | 10 | ✓ | UNSECURED CREDITOR | H | 41 | $0.00 | $0.00 | $9,906.61 | $9,906.61 | $9,818.83 | | | | |
| CHASE CARD | 11 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| US ATTORNEY GENERAL | 12 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| UNITED STATES TREASURY | 13 | ✓ | UNSECURED CREDITOR | H | 41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | ✓ | |
| ASCEND FEDERAL CREDIT UNION | 14 | ✓ | UNSECURED/MODIFIED | M | 31 | $0.00 | $787.11 | $4,212.89 | $5,000.00 | $0.00 | | 15.74% | | 9.50% |
| BANCORPSOUTH BANK | 15 | ✓ | MTG-PRE-PETITION ARREARS | E | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| BANCORPSOUTH BANK | 16 | ✓ | MTG-GAP PYMTS (POST PET/PRE CONF) | E | 22 | $0.00 | $825.00 | $0.00 | $825.00 | $0.00 | | 100.00% | | |
| BANCORPSOUTH BANK | 17 | ✓ | MTG-FEES, COSTS & EXPENSES | R | 22 | $0.00 | $0.00 | $1,023.40 | $1,023.40 | $0.00 | | | ✓ | |

## Attorney Listing

| Name | Description | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Initial Amount | Fee Remaining |
|---|---|---|---|---|---|---|
| ROTHSCHILD AND AUSBROOKS PLLC | ATTORNEY FEE | $3,853.00 | $0.00 | $1,540.00 | $0.00 | $2,313.00 |
| ROTHSCHILD AND AUSBROOKS PLLC | ATTY SUCCESS INCENTIVE/PRIOR ATTY | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |

## Clerk Fees (Filing Fees / Notice fees) Listing

| Name | Description | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Fee Remaining |
|---|---|---|---|---|---|
| US BANKRUPTCY COURT | FILING FEE | $235.00 | $0.00 | $235.00 | $0.00 |
| US BANKRUPTCY COURT | NOTICE FEE | $75.00 | $0.00 | $75.00 | $0.00 |

## Debtor Refund

| Name | Description | Refund Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|

Claim Payout

FRBP Violated: #3:19-bk-02693

TNJudicial.org/caj/rf002.pdf

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Notice / Filing Fees | | | | | |
| Secured | $12,998.32 | | $12,998.32 | $471.44 | $13,469.76 |
| Secured Arrears | | | | | |
| Unsecured | $36,537.74 | | $36,537.74 | $1,325.20 | $37,862.94 |
| Priority | $400.00 | | $400.00 | $14.51 | $414.51 |
| Attorney | $2,313.00 | | $2,313.00 | $83.89 | $2,396.89 |
| Attorney (Type 5) | | | | | |
| Continuing Debt Arrears | | | | | |
| Totals | $52,249.06 | | $52,249.06 | $1,895.04 | $54,144.10 |
| | | Balance on Hand | $776.04 | $28.15 | $804.19 |
| | | | Totals Less Balance on Hand | | $53,339.91 |

Williamson County Chancery Court Tennessee (Trial Court Records)

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1431.00

DOC: 002 | Page 431 of 719

M2019-J2059-COA-R3-CV

FILED

NOV 2 0 2019

Clerk of the Appellate Courts
Rec'd By

## NOTICE OF APPEAL

**Style**    JEFFREY RYAN FENTON

v. FAWN [redacted] FENTON

**Notice**

Notice is given that **JEFFREY RYAN FENTON**

[List name(s) of all appealing party(ies) on separate
sheet if necessary]

appeals the final judgment(s) of the **Chancery**          **Court of Williamson**

[List the circuit, criminal,                    [List the County]
chancery or juvenile court]

County filed on **10/21/19 & 10/28/19** to the **Civil Court of Appeals** .

[List the date(s) the       [Name the Court of Appeals (civil), Court of
final judgment(s)           Criminal Appeals (criminal), or Supreme Court
was filed in the            (Workers' Compensation)]
trial court clerk's
office]

**Additional Information**

Type of Case [Check the most appropriate item]

| | |
|---|---|
| ☑ Civil | ☐ Habeas Corpus |
| ☐ Criminal | ☐ Juvenile |
| ☐ Post Conviction | ☐ Dependent and Neglect |
| ☐ Workers's Compensation | ☑ Other (Specify: OOP, Auction, Divorce) |
| ☐ Death Penalty | |
| ☐ Parental Termination | |

**Trial Court Number**        48419B

**Trial Court Judge**        Michael W. Binkley

Civil Appeal Cost Bond [Check the most appropriate item]

☐ Filed in trial court with copy attached
☑ Indigent with copy of indigency order or affidavit attached
☐ Cash bond filed in trial court with copy attached

424

TNJudicial.org/a/jrf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-23, PageID.1085   Filed 10/13/23   DOB.002   Page 38 of 719
of 63

**Criminal Appeal Appearance Bond** [Check the most appropriate item]

- [ ] Order appointing counsel with copy attached
- [ ] Appearance bond with copy attached
- [ ] Incarcerated pending appeal

**TDOC Number [Appellant is an inmate]** _____

**List of Parties**

**Appellant:** Jeffrey Ryan Fenton   At trial: ( ) Plaintiff (●) Defendant
Party's Address: 17195 Silver Parkway, #150, Fenton, MI 48430
Party's Telephone: (810) 354-5346
Attorney's Name: NA / Pro Se         BPR#: NA / Pro Se
Attorney's Address: NA / Pro Se      Phone: NA / Pro Se

*\* Attach an additional sheet for each additional Appellant \**

**Appellee(s)**

**Appellee:** Fawn████ Fenton   At trial: (●) Plaintiff ( ) Defendant
Appellee's Address: ████████ Brentwood, TN 37027
Attorney's Name: Virginia Lee Story       BPR#: 11700
Attorney's Address: 136 Fourth Avenue South, Franklin, TN 37064   Phone: (615) 790-1778

*\* Attach an additional sheet for each additional Appellee \**

**CERTIFICATE OF SERVICE**

I, Jeffrey Ryan Fenton _____, certify that I have forwarded a true and exact copy of this Notice of Appeal by First Class, United States Mail, postage prepaid, to all parties and/or their attorneys in this case in accordance with Rule 20 of the Tennessee Rules of Appellate Procedure on this the 19th day of November, 2019.

[Signature of appellant or attorney for appellant]

[Revised: 5-22-09]

425

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

FAWN ▇▇▇ FENTON
Plaintiff/Appellee

vs

Docket #48419B
COA #M2019-02059-COA-R3-CV

JEFFREY RYAN FENTON
Defendant/Appellant

FILED 2·18·2020
ENTERED
BOOK_____ PAGE_____
ELAINE B. BEELER, Clerk & Master

### NOTICE OF FILING

Notice is hereby given that Trial Court transcripts from the hearing held on

August 1, 2019, was filed in the above-styled matter on February 18, 2020.

Respectfully Submitted,
Sara B McKinney, D.C
ELAINE B. BEELER
CLERK & MASTER

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing notice has been sent
by U.S. mail to:

Virginia L. Story
136 4th Ave. South
Franklin, TN 37064

Jeffrey Fenton
17195 Silver Pkwy, #150
Fenton, MI 48430

Court of Appeals
100 Supreme Ct. Bldg
401 Seventh Avenue North
Nashville, TN 37219-1407

This the 18th day of February, 2020.

Sara B McKinney, D.C.
Clerk/Deputy Clerk

426

02/18/2020 13:40    8107501    THE UPS STORE F   TON                    PAGE   01/54

FILED
ENTERED
BOOK
ELAINE B. BEELER, Clerk & Master    PAGE    2/18/20

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AND THE COURT OF APPEALS OF TENNESSEE, AT NASHVILLE

JEFFREY RYAN FENTON,  )
Appellant/Defendant,  )
v.                    )       Docket #48419B
                      )       COA #M2019-02059-00A-R3-CV
FAWN     FENTON,      )
Appellee/Plaintiff.   )

## APPELLANT'S/DEFENDANT'S RESPONSE TO NOTICE OF FAILURE TO COMPLY WITH RULE 24(b) or (c) or (d), RESPONSE TO APPELLEE'S MOTION TO DISMISS, AND RESPONSE TO THE CORRESPONDING ADMINISTRATIVE ORDER BY THE TENNESSEE COURT OF APPEALS

1   COMES NOW the Appellant/Defendant/Ex-husband, Jeffrey Ryan Fenton, representing

2   myself "Pro Se" in this matter, not being able to afford legal counsel or representation, with my

3   response and requests regarding the aforementioned legal matters, stating as follows:

4   First, I would like to bring to the court's attention, the disabilities with which I have been

5   diagnosed, and continue ongoing treatment for. If not properly understood, one could easily draw

6   incorrect conclusions, specifically about my communications, in how I speak and even more so,

7   in my excessive use of words when writing. Please see Exhibit #1 for a thorough explanation

8   regarding this, from both Terry M. Huff (LCSW), my Psychotherapist, and Dr. Richard E.

9   Rochester (M.D.), my Psychiatrist.

10  I suffer from the following handicaps and mental disabilities:

11  **Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5)**

12  **Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1)**

{ Page 1 of 52 }                            427

13    **Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2)**

14    **Circadian Rhythm Sleep Disorder (CRSD) Non-24-Hour Sleep-Wake Disorder (Non-24)**
15                          **DSM-5 307.45 (G47.24)**

16    <u>Special Note</u>: Although "OCPD" (Obsessive-Compulsive Personality Disorder) sounds very

17    similar to "OCD", a disorder and acronym which are much more common, "OCPD" is an entirely

18    different disorder, with very little, if anything, in common with "OCD". Please take a moment to

19    discover the differences, as is well described, in Exhibit #1.

20    Prior to receiving your letter titled, "Notice of Failure to Comply with Rule 24(b) or (c) or (d)" on

21    Thursday February sixth (snail mail to Michigan typically takes about five days), I had no idea

22    that anyone was waiting upon or expecting me to send anything to the Chancery Court for

23    Williamson County. Since to the best of my understanding, this is now a matter of the State of

24    Tennessee Appellate Court, instead of the Williamson County Court, whose ruling I am currently

25    appealing.

26    I furthermore believed that all parties were already in possession of the "Transcripts", since in the

27    first hearing on August 1st, 2019, Ms. Story *(Docket #48419B)* had previously contracted with

28    Ms. Susan D. Murillo, LCR, CCR to record/transcribe the hearing that day *(Exhibit #3)*, for Ms.

29    Story's benefit, which I later voluntarily split the fees for, to also obtain a copy for myself.

30    Similarly, in the August 29th Hearing at the "Old Courthouse", Chancellor Michael W. Binkley

31    sought-out, found, and brought-in Ms. Emily L. Sipe, RPR, LCR with Harpeth Court Reporters

32    *(Exhibit #2)*, to record/transcribe the hearing for the benefit of the court, as best I could understand,

33    since I am a "Pro Se" litigant (purely due to my poverty).

34    I've been in possession of both transcripts (as I believed that all parties were), since prior to filing

35    for an appeal. I could and would have immediately sent the transcripts to any party in need of

36    them, had I known that such a rule, need, or requirement exists, or had anyone simply contacted

37    me with a 30-second email or phone call, requesting that I send the documents.


38    It would have taken far less time for all parties, less expense for all parties as well (I had to skip

39    work on Monday, February 10th, and yesterday Monday February 17th, to research and respond to

40    these actions). Had the "system" merely been focused more towards promoting compliance and

41    less towards penalizing those who are not fortunate enough to be educated on every minute

42    technical detail of law, nor have the funds to defend themselves against high profile, high power

43    law firms, such as that owned by Ms. Story, I believe that everyone would have benefitted.


44    So far, the law, combined with Ms. Story's expert craftiness, dishonest and deceitful strategies,

45    and ethical/moral flexibility, is doing everything in their power to prevent my side of the story

46    from ever being HEARD in any court of law! Meanwhile I have been falsely accused of being a

47    "STALKER", of having posed some "danger" to Ms. Fenton worthy of revoking my

48    Constitutionally guaranteed RIGHTS as an American Citizen. While Ms. Fenton's claims are still

49    concretely founded upon false accusations, fabricated testimonies, deceptive, dishonest,

50    fraudulent, and outright perjurious allegations which have so far gone unchallenged, without

51    discernable care or scrutiny by the court, to protect those in NEED of protection, from the LAW

52    being manipulated into a weapon, by which to harm the party whose unheard testimony still

53    remains the TRUTH.

02/18/2020  13:40  8107502          THE UPS STORE    ⎯N          PAGE  04/54

54   At the same time, I have been deprived of my property, my home, my freedom, my income, my

55   reputation, my financial and physical sustenance, my health care provision, my retirement savings,

56   my ability to afford equivalent counsel, all while refusing to even allow me to be HEARD in a

57   court of law. That is a Federal Crime!

58   Part of the strategy employed by Ms. Fenton and Ms. Story has been to bombard me with multiple

59   simultaneous actions, largely based upon false and fraudulent claims, which Ms. Fenton KNEW

60   would completely destabilize me, and that I had no reasonable means of responding to or defending

61   myself against. Due both to my psychological disabilities, which Ms. Fenton well KNEW how to

62   manipulate and "trigger" to her advantage, and my poverty, leaving me with absolutely NO time

63   OR funds for my defense, while panicking about the very real prospect of suddenly becoming

64   HOMELESS. (As was eventually forced upon me, by Ms. Fenton, Ms. Virginia Story, and

65   Chancellor Michael W. Binkley, of the Williamson County Chancery Court.) Showing absolutely

66   no care or consideration about how or where I was to live, immediately or for the years to come,

67   nor the funding to sustain my most basic needs, or to help train and rehabilitate me to eventually

68   re-enter the workforce. They not only failed to ETHICALLY show CARE, but they went so far as

69   to show intentional MALICE towards me!

70   Ms. Story falsely claimed in court that my father owns a "lake house" in Tennessee, where I could

71   stay, which Ms. Fenton knew was a deliberate LIE! Obviously intended both to make it appear as

72   though my family has money, as well as to make it appear as though I had favorable OPTIONS,

73   neither of which are TRUE!

{ Page 4 of 52 }

*430*

74    In contrast, Ms. Fenton's family is full of condescending "over-achievers", who literally have

75    millions, even tens of millions of dollars (according to Ms. Fenton's brother, Mark ███████

76    MBA), at their disposal.

77    It requires no more than a little common sense, to SEE who has the HIGH DOLLAR attorneys at

78    her beckon call, performing her bidding, despite the costs, while refusing EVERY attempt to

79    mitigate our damages in any way, shape, or form. Who CHOSE to DISCARD our home, along

80    with OUR $200k in EQUITY, which was our entire life's savings, merely as a means of

81    EJECTING me from it! While fraudulently filing BANKRUPTCY simply to prevent me from

82    receiving ANY FINANCIAL SUPPORT. How does someone with a six figure income, file

83    bankruptcy on $50k worth of debts, and STILL afford to be as absolutely LITIGIOUS AS

84    POSSIBLE, refusing all forms of collaboration, mediation, or loss mitigation of any and every

85    sort, merely out of spite, regardless HOW EXPENSIVE IT IS?

86    I repeatedly offered to drop this ENTIRE APPEAL, even as recently as two weeks ago, forfeiting

87    my ENTIRE LIFE SAVINGS, and ALL FUTURE HOPES OF PROVISION or vocational

88    rehabilitation (including voluntarily forfeiting the alimony which I am HONESTLY LEGALLY

89    due – Ms. Fenton's GREATEST compellent to date besides PRIDE), while signing a lifelong

90    mutual "Hold Harmless" agreement with Ms. Fenton, IF only Ms. Fenton and Ms. Story would

91    agree to TWO terms, neither of which have any REAL financial impact upon either of them, yet

92    they have UNWAVERINGLY REFUSED. So now this isn't even just about MONEY anymore,

93    or ALIMONY which Ms. Fenton was intent to discard me without. Now the only remaining

94    motivation is POWER, PRIDE, and/or VENGEANCE, at ANY COST! Even at the cost of them

95    both being potentially exposed for FRAUD! They will claim that it is due to some FEAR that I'm

96    an insane, threatening, and dangerous person, but if that were the case, wouldn't there be some

97    EVIDENCE PROVING THAT, beyond their wild (fraudulent) and unsubstantiated claims? Why

98    would they be so THREATENED by my testimony being HEARD in a court of LAW, if their

99    ascertains were REALLY founded upon the TRUTH? Why are they paying a small fortune in legal

100   fees to keep me **GAGGED** in a STRAIGHT-JACKET?


101   IF I was REALLY that terrible, awful, dangerous person, HOW would I have made it to being 50-

102   years old without EVER a single arrest? Would I have literally thousands of emails and texts over

103   the past 15-years with Ms. Fenton, which are playful and fun loving in nature? She wants to exhibit

104   the instability, chaos, and drama after I learned that my ENTIRE LIFE was being betrayed,

105   demolished, and discarded, without an ounce of CARE or FAIRNESS (which still never compelled

106   a single physical threat to be uttered, thought, or performed).


107   IF I really was that awful person, would I really care AT ALL about an out-of-state OP? I can

108   promise you that if my intentions were devious, no piece of paper would ever stop me, or cause

109   me to pause. The OP ONLY HARMS me if I'm TRYING to "DO THE RIGHT THING", and

110   walk-away, with any fair chance at rebuilding any portion of my reputation, my vocation, and my

111   life (however lessor in comparison to years past).


112   I'm pretty sure that all the horrible things which a jilted lover COULD do, are still illegal, even

113   without an OP. (Besides, I offered her a lifetime hold harmless agreement, which would offer her

114   far more protection against any future actions of mine. An OP only lasts for ONE YEAR at a

115   time!) With zero contact between us, it will be difficult to justify a second year.


                                                                           432

                                    { Page 6 of 52 }

116    PLUS what she REALLY "FEARS" the most, is being EXPOSED ONLINE for the horrendously

117    uncaring, false, and fraudulent actions which she has brought against me through this divorce.

118    Those assaulting the core of WHO I AM, which our common friends would obviously KNOW are

119    a lie. (She can't have me posting anything about that on Facebook, even if it IS TRUE!) That or

120    exposing fraudulent and/or unethical business practices/contracts, possibly even high-profile

121    government contracts which weren't transparently handled. Even if not directly her FAULT, she

122    could still be an accessory to those she may continue to shelter.


123    If my honest desire was to INVEST what little TIME I have left into exposing other people's

124    crimes, even though I've had my entire life passionately obliterated by Ms. Fenton and Ms. Story

125    this past year, the OP would have little if any bearing upon that. Online, almost anything can be

126    done anonymously. So, if that was really the desire of my heart, it would have already been done

127    by now.


128    I'm not wasting a moment which I have left in my life upon reigning wrath upon someone whom

129    I still love, protect, and advocate for. I won't even allow my friends and family to speak poorly

130    about Ms. Fenton (Ms. Story is another issue!) Despite the UGLINESS and UNFAIRNESS of

131    how it all ended, no one in MY LIFE has ever done more for me, or meant more to me, than Ms.

132    Fenton has in YEARS PAST!


133    That doesn't make how things ended "fair", "deserved", or "due" by any means! But it does make

134    her still loved and forgiven, so I keep trying to offer her a **"free pass"** if only she will RELEASE

135    me so that I can move forward, yet she refuses. After years of begging to be free (which to her

136    meant not paying me any financial settlement or alimony, for everything which I have now lost,

137    by HER UNILATERAL ACTIONS, while I had absolutely NO warning, choice, or opportunity

138    to attempt to "course correct", or to at the very least mitigate our losses. Because I still LOVE her,

139    I'm willing to lose EVERYTHING, if merely she'll allow me to walk away with a CLEAN

140    SLATE, simply regarding that which is within her control. I'm not even asking for her to pay off

141    her share of the nearly $100k of MARITAL DEBTS which she abandoned in my name, which

142    collectors are still trying to collect!

143    Since there is absolutely no possible outcome of this APPEAL, EXCEPT for either Ms. Fenton or

144    I to LOSE MORE (neither of which I want to be a part of), I wish that she would concede to my

145    petty requests, that we ALL might MOVE FORWARD with our lives, and try our best to forget

146    the horrendous transgressions and personal LOSS which took place here in the Williamson County

147    Chancery Court!

148    My two conditions which I've offered to Ms. Story and Ms. Fenton in order for me to drop every

149    action in my appeal, to sign mutual life long hold-harmless agreements with Ms. Fenton, and to

150    walk away from our marriage, our lives, all my PREMARITAL assets and investments, along with

151    any hope that I ever had at "home ownership", "prosperity" and "retirement". While promising to

152    never again step upon Tennessee soil, unless legally left with no alternative, are as follows:

153        1. **Immediately drop and expunge the OP, erasing every trace of it,** as though it never

154           was erroneously ordered. (To "clear my record" for employment, as well as to restore my

155           constitutional rights as an American Citizen, which are WORTH more to me than all the

156           MONEY in TENNESSEE! This would have NO meaningful impact upon Ms. Fenton,

157           financially, or otherwise, as I have reasonably explained in great detail. (I LIVE 600

158         MILES AWAY, AND WITHOUT ANY PROVISION FROM Ms. Fenton, a judgment

159         against Ms. Story, Williamson County, or the other parties complicit in the nearly

160         incomprehensible LOSS which I have Suffered, at the hands of this Tennessee JUSTICE

161         system, I have no means of moving ANYWHERE within the foreseeable future.

162              a. If anyone, anywhere, has the SLIGHTEST doubt about whether I pose ANY

163                "threat" of "danger" to Ms. Fenton, then please GLANCE at Exhibit #4, and that

164                should put your mind at EASE! (Though it might make you question Ms. Fenton's

165                potential for a violent shooting spree.)

166         2. For Ms. Fenton to assume full legal responsibility for ALL HER LEGAL

167         EXPENSES, for EVERY ACTION brought against me! Court costs, attorney's fees, etc...

168         It is absurd discrimination to the highest degree that I was EVER ORDERED to pay for

169         any part of Ms. Fenton's LEGAL expenses, in the FIRST PLACE! I see no purpose other

170         than to CONTINUE TO LEGALLY DOMINATE AND BULLY ME, which was the

171         overwhelming theme of EVERY ACTION pursued by Ms. Story!

172     EVERYONE KNOWS THAT I'LL NEVER BE ABLE TO PAY A PENNY OF THIS, AND

173     THAT THEY'LL NEVER BE ABLE TO FORCE ME TO! (I'm broke, I'm legally

174     "uncollectible", I'm disabled, and I'm unemployed, with only the slimmest of vocational

175     opportunities for the future.) This is kept by Ms. Fenton and Ms. Story for ONE and only one

176     reason, TO CONTINUE TO OPPRESS ME! To continue HOLDING me down. Forcing me to

177     BOW BEFORE THEIR POWER!

178     While I enjoyed no meaningful legal representation whatsoever! But was forced instead to

179     represent myself PRO SE, after exhausting my mother's resources fighting FALSE

180    ALLEGATIONS, before ever even BEGINNING to discuss or defend our actual DIVORCE

181    action in court!

182    If it is of greater value to continue to HOLD ME DOWN, as obviously I have so far been unable

183    to stop, then I believe that the season is ripe to hear my voice, and to bring about some legislative

184    changes in how we treat each other as "equals", regardless of gender, social class, and any potential

185    disabilities suffered. The LAW says that I am EQUAL, yet you have CLEARLY treated me as

186    NOT SO. The question is what must be done to restore unto me that which the LAW (both State

187    and Federal) says? (Peacefully, with a pen, not a sword, I assure you. As Ms. Story and Ms. Fenton

188    contemplate how they might pervert, twist, and leverage my words to continue to "cuckold" me

189    even further...)

190    I WANT to become a computer technician or programmer, not a LOBBYIST! I haven't TIME left

191    in life to become BOTH! I'm willing to sacrifice my lifestyle and the money which I have earned

192    and am rightfully due, but I REFUSE to sacrifice my RIGHTS as an AMERICAN CITIZEN, while

193    I have yet never broken a single LAW, violating such RIGHTS!

194    Provided that no further actions are taken against me, this offer to "settle" shall remain open,

195    as stated herein, through the last day of this month (February 2020). As of March 1st, 2020,

196    if this offer has not been already formally accepted, in a manner which I (and any counsel I choose

197    to consult) find secure, binding, and acceptable, then this "settlement offer" shall forever be

198    immediately rescinded, to never be mentioned or available again. As I determine to see this appeal

199    through fruition, being judicially decided, by the highest of courts if necessary. At that point, I

200    shall refuse every "settlement" offer or opportunities for "mediation", with the same tenacity and

$$\left\{ \text{ Page 10 of 52 } \right\}$$                    436

TNJudicial.org/c/a/jrf003.pdf   Case 1:23-cv-01097-PLM-RSK   Williamson County Chancery Court Tennessee [Digitally Recorded] Filed 10/13/23 DOC Page 50 445 of 719
of 63

02/18/2020  13:40    8107501                    THE UPS STORE ┌    ⌐N                   PAGE  12/54

201    stubbornness with which Ms. Fenton showed in every action which she pursued with the

202    assistance of Ms. Story. This is the FINAL OPPORTUNITY to make this all "go away" with very

203    little (IF any) "consequences" taxed to the Appellee, her counsel, and the truly UNFAIR Chancery

204    Court.

205    The only reason WHY I'm willing to "let go" of what Ms. Fenton justly OWES ME right now, is

206    not because of any personal "inability to maintain the fight". Rather, it is because of my LOVE

207    for Ms. Fenton, despite EVERYTHING which has transpired over the past two years, love is still

208    my strongest compellent. I'd rather fight FOR than AGAINST Ms. Fenton ANY DAY, but that

209    option has now been taken away from me.

210    Here is a FB post of mine from 5/29/2019: *"When the only one you can "win" anything from, is

211    the one whom you love the most, you lose."*

212    Though having my person assaulted far BEYOND the realm and reach of our marriage and any

213    financial considerations in either of our lives, I have no choice but to draw a line on how MUCH

214    I'm willing to sacrifice for my love of Ms. Fenton.

215    The offer stated above being the FURTHEST which I can go without being able to either put this

216    all BEHIND me, to focus on REBUILDING my life TODAY, or needing to continue in this

217    litigation in order to CLEAR MY NAME, while seeking RESTITUTION and FAIR compensation

218    for the continuing years which this relationship unjustly costs me.

219    I've given Ms. Fenton every chance in the World to accept this generous offer, time and time

220    again, but I have nothing else left to GIVE her, and I can't afford to continue GIVING it. She

{ Page 11 of 52 }                                                            - 437

221  must either accept my offer, or reject it forever, while accepting responsibility for the

222  consequences she will incur and experience, whether known and obvious or yet unpredictable, to

223  be eventually determined by a court, regardless of the COSTS. I anticipate that continuing

224  litigation will probably define at least the next year or two of our lives, with likely financial,

225  professional, political, social, and emotional expenses for us both. I'm willing today to forfeit

226  that, SETTING HER FREE to LIVE the BEST LIFE that she can, if only Ms. Fenton will return

227  the favor by FREEING ME, to move forward unencumbered.

228  **It is impossible to hold onto your anchor AND be free from it!** She must let go! Or she must

229  remain in relationship with me, if only to continue the FIGHT. With my freedom being the stakes

230  which she has raised, there regretfully is no third alternative!

231  I'm only in "control" of me though, I have NO CONTROL over what Ms. Fenton is willing to

232  "LET GO OF", or at what PRICE that decision would become acceptable to her and her family.

233  The end results should speak volumes to the COURTS though, as that which I've presented here,

234  regarding the obvious POTENTIAL for her GAIN vs her LOSSES, requires no more than

235  "common sense" to see and calculate. To knowingly pursue one's own GUARANTEED financial

236  LOSS, reveals a motivation far deeper than "self-preservation".

237  IF only she would accept this generous offer of mine, which must come to a close within the next

238  couple of weeks, for understandable reasons, she would NEVER hear from me or see me again,

239  while owing me absolutely NOTHING!

$$438$$

TNJudicial.org/c/a/jrf902.pdf    Case 1:23-cv-01097-PLM-RSK    ECF No. 1-23, PageID.1097    Filed 10/13/23    DOC.092    Page 52    447 of 719
of 63

02/18/2020  13:40    8107501                    THE UPS STORE F   ˥N              PAGE  14/54

240 I can't BOTH move forward to build a future AND stay behind to fight for my FREEDOM

241 simultaneously! Forced to choose between the two, I will fight to have my Constitutionally

242 guaranteed Freedoms restored, and the slander sliming my name erased from the annuls of history.

243 If I can't do that, then I will finish out my days as a lobbyist, as a "poster child" openly fighting

244 against Civil courts being able to judge any citizen with an ill reputed CRIMINAL designation,

245 such as a "STALKER", while depriving those citizens of their Constitutionally guaranteed

246 Freedoms as an American Citizen, without first being provided with legal counsel (as in all

247 criminal cases), and being tried before a JURY of their peers (rather than one potentially biased

248 judge).

249 The only exception which I believe makes sense, is for emergency exparte' actions, to protect any

250 immediate DANGERS, which due process could delay to the point of placing a party in physical

251 danger.

252 Still, I believe that the guidelines for what qualifies for an exparte' OP, as well as the penalties for

253 falsely testifying to have one ordered against another person, need to be sharply stiffened and

254 highly defined. From my research, probably 50% of the cases right now, are MALICIOUSLY

255 requested, supported by LIES, and are awarded by trial judges. That is a horrendous CRIME

256 against ANY FREE, LAW ABIDING, TAX PAYING, AMERICAN CITIZEN!

257 This is how my case was. I was treated like "Hannibal-Lecter" before the judge ever made eye

258 contact with me! (And it wasn't because I wore a face mask to keep me from eating people.) I

259 honestly believe that it was from character assassination from Ms. Story's barrage of pre-trial

439

{ Page 13 of 52 }

260  actions, slander, falsified testimony, sexual discrimination (taking the female's side by default –
261  wanting to "protect" her), some nepotism, and meticulously crafted bias (created by Ms. Story's
262  strategy and narrative of LIES). I believe that I NEVER had (or have) a FAIR chance inside a
263  Williamson County Courtroom!


264  The strange part about it, was that I spent the better part of two days inside Chancery court rooms
265  with Chancellor Michael W. Binkley, and in every case, with the exception of ONE, immediately
266  prior to the FIRST time which I sat before his bench, I really liked the guy! He seemed to be very
267  positive, polite, affirming, gregarious, encouraging, admitting the fallibility of his own humanity,
268  even being humorous on several occasions. I genuinely liked his Honor, up until he got to the last
269  person right before me, where the man obviously had a speech impediment, and Chancellor
270  Binkley grew frustrated, a bit demeaning, demanding of the gentleman to answer when he was
271  going to quit being "underemployed" to support his family properly. The gentleman stated that he
272  had just obtained a new job earning $50k per year, and that WAS his attempt to maximize his
273  vocational potential in that season. The Chancellor did not accept that answer and grew increasing
274  irritated with the man, ordering the man's attorney to spend some time with him to better prepare
275  him for providing testimony to the court, that if he returned again while stuttering and being unable
276  to quickly and concisely answer the Chancellor's questions on the stand, then he would charge the
277  man with some penalty.


278  At that point, my attorney whispered into my ear, and we both knew that I didn't stand a chance,
279  as a disabled, unemployed man, supported by my wife (even by mutual agreement – which she
280  now LIED about), in the court room of Chancellor Michael W. Binkley, the discriminating

44 0

{ Page 14 of 52 }

TNJudicial.org/c/a/jrf003.pdf    Case 1:23-cv-01097-PLM-RSK    Williamson County Chancery Court Tennessee (Trial Court) Record    filed 10/13/23    DOC Page 54 of 719

of 63

281   advocate for WOMEN, despite the circumstances and the outlandish LIES which they SWEAR to

282   be TRUE!

283   We were both correct. Chancellor Michael W. Binkley assumed an entirely different posture than

284   what I had witnessed all day, previously laughing with him and being impressed with his obvious

285   people skills and apparent care to take the time to encourage both litigants and their counsel,

286   complimenting those who he believed performed well in their delivery before the court. That was

287   all over once I sat before the bench.

288   The Chancellor Michael W. Binkley that I sat in front of, never once obtained eye contact with

289   me, nor even said "hello". He never questioned the validity of a single claim by Ms. Fenton and

290   her counsel, having already established a relationship in multiple actions prior to this trial, meant

291   to bias his heart toward favoring and protecting Ms. Fenton, considering me an ANIMAL which

292   needed to somehow be "controlled" or put-down.

293   Per the transcripts *(Exhibit #2)* from the hearing on 8/29/2019, near the bottom of Page-16, Lines:

294   15-19. Chancellor Binkley states, **"One of the biggest problems I'm bumping up against in**

295   **trying to make the best decision here is who's going to control the husband? Exhibit One**

296   **and Exhibit Two show some very disturbing conduct."**

297   First of all, WHO proved that there was ever any NEED to CONTROL ME? This was all based

298   upon multiple FRAUDULENT exparte' filings provided by Ms. Fenton and Ms. Story, before I

299   ever even walked into a court room! Not a single TRUE piece of evidence (Exhibit-1 presented by

300   Ms. Story), was the result of MY actions alone, but rather had been done YEARS earlier,

{ Page 15 of 52 }                                                441

301    collaboratively, by agreement, by both Ms. Fenton and I. Such as installing the fence, the alarm
302    system, laying out and installing the security cameras, the "no trespassing" signs, etc... I provided
303    the court with DIFINITIVE proof (in my filing "2019-08-29 HUSBAND's RESPONSE &
304    COUNTERMOTION for Violation of Exparte' Order of Protection", along with approximately
305    250-pages of CLEAR & COLORFUL exhibits). Showing beyond any shadow of a doubt that Ms.
306    Fenton was not only my VOLUNTARY PARTNER in these actions, but many of them she
307    actually DESIGNED and selected herself, while drawing structural details of our home, showing
308    me exactly how to install the security cameras, with the existing framing, which I was unfamiliar
309    with.

310    The camera system itself, was purchased approximately 4-years earlier, and had as much to do
311    with my IT business and general interest in technology, as it did anything else. The security
312    cameras have been used so far to help one of our NEIGHBORS catch vandals who ran over their
313    mailbox! Likewise, the alarm system was purchased in 2011 or 2012, immediately upon
314    purchasing our home, as we had an old outdated alarm system in my previous residence. As for
315    the back-yard fence, surely having a FENCE is no indicator of being a "paranoid deviant" or a
316    "danger" to society. Ours was a neighborhood friendly, high-grade, decorative aluminum fence,
317    with a custom design, as meticulously drawn and specified by Ms. Fenton!

318    Our backyard fence was primarily installed to protect our WILDLIFE (which we fed each day),
319    from the threats of the neighbors hunting dogs and cats, which they often allowed to run loose
320    through the neighborhood, and lie in wait to kill birds which we had put food out for. (A slow-
321    motion video showing our neighbors cat snagging a blue jay off of our fence railing (where Ms.

442

322  Fenton put food for them), as I sat looking out the window while eating my lunch, is available

323  upon request.)

324  So, we installed a THREE-SIDED fence in our back yard, leaving the back OPEN to the hundreds

325  of acres of protected woodlands, to allow WILDLIFE into our back yard, while keeping the

326  neighbors and their pets OUT of our backyard.

327  The fence installer even got upset, while installing one of our gates near our driveway, because

328  the neighbor's yappy poodles were on our property (as they almost always were), circling his feet,

329  while barking at him nonstop. Before the fence, this was a daily part of our lives. Having reached

330  the limit of his tolerance for the situation, the fence installer yelled (loud enough for the neighbors,

331  who owned the dogs to hear), **"it is pretty bad when you need to install a fence, just to keep**

332  **your neighbors pets off your property!"** Yet there was no greater motivation for us to have a

333  fence installed! While adding the fence was one of Ms. Fenton's most ENJOYED improvements

334  which we made to that property.

335  Then to demonize it, manipulate the purpose, and use it against me, to falsely "demonstrate" my

336  "devious" "paranoid" and "antisocial" behavior, that was incredibly DEMEANING &

337  ETHICALLY WRONG!

338  What did we capture the most of and watch fondly together on our surveillance system, DEER,

339  RACCOONS, POSSUMS, and the entire community of wildlife, which largely came out of the

340  shadows throughout the night! There was hardly a night which went by where we didn't have

341  video of at least a half-dozen deer grazing, laying down, or sleeping in some area of our yard. I

443

—————————————————{ Page 17 of 52 }—————————————————

TNJudicial.org/efsrfrf002.pdf  Case 1:23-cv-01097-PLM-RSK Williamson County Chancery Court 2023enrollmeagedTrial 1200Recorded 10/13/23DOCPageP56r 452 of 719
of 63

02/18/2020  13:40  810750                    THE UPS STORE    ?N           PAGE  19/54

342  understand that may not be "NORMAL", nor is our love and care for WILDLIFE, but if caring

343  for, protecting, feeding, and having compassion for the innocent lives around us isn't

344  "NORMAL", then I pray that I NEVER become normal! While Ms. Fenton was the driving force

345  which caused my heart to bend in favor of NATURE!

346  Regarding the "scary" no trespassing signs, those started off much smaller stock signs, also

347  purchased 4+ years ago, as an entirely collaborative effort between Ms. Fenton and I. (I provided

348  a SLEW of documentation showing Ms. Fenton's involvement, planning, communications, and

349  assistance in purchasing and designing these signs in my "2019-08-29 HUSBAND's RESPONSE

350  & COUNTERMOTION for Violation of Exparte' Order of Protection", which the court failed to

351  acknowledge any portion of, except for a small misquoted paragraph, manipulatively interjected

352  by Ms. Story during our hearing on 8/29 at the "Old Courthouse" in Franklin,, which Chancellor

353  Binkley accepted verbatim, without reading it himself, nor allowing me to defend myself against

354  the deceptive assertation by Ms. Story, as Chancellor Binkley "harshly punished" me, revoking

355  my legal right to take MY personal property (which had been divided between me and Ms. Fenton

356  for OVER a YEAR), as Ms. Fenton's own DIVORCE COMPLAINT STATED in  Docket

357  #48419B, filed on June 4th, 2019, Page-2, Section IV: **"Plaintiff would show that the parties**

358  **have no assets other than personal property which has been divided with the exception of a**

359  **few items. Husband and Wife have lived separately since April 2018."**

360  HENCE every claim by Ms. Story that I shouldn't take with me ANY of MY personal property,

361  was purely manipulative and abusive DECEPTION, if not outright PURGERY, in my opinion!

362  **"Harassment by Legal Process"**, at the very least! AND WHY did she do this? The house

363  auctioned for nothing, it didn't matter what we left, the investor who purchased and flipped the

364  property, discarded $10k worth of stuff which we left behind. Hence the ONLY motivation which

365  I can find for Ms. Story's FALSE allegations, angering Chancellor Binkley at me, causing me to

366  be escorted off my property by the Sheriff's Department, being allowed NO time to pack, or even

367  allowing me to take with me ANY of my PERSONAL property (which Ms. Fenton's divorce

368  complaint admitted that we split up a YEAR earlier), was merely BECAUSE SHE COULD!

369  To demonstrate her POWER to me! Her SUPERIOURITY! To unfairly DOMINATE me once

370  again! Attempting to make me regret ever crossing her path and challenging her claims! All of

371  which is entirely malicious litigation, for which I DESERVE FAIR RESTITUTION for my

372  incredible PAIN and SUFFERING, at the tips of her talons!

373  It is true, that I am not an attorney. It is true that I don't have the technical expertise to manipulate

374  the law to perform my bidding, regardless of what side I am on, as Ms. Story does. It is true that I

375  have absolutely no chance at surviving this financial holocaust, which was unexpectedly thrust

376  upon me, with absolutely no warning or opportunity for me to mitigate our damages, despite what

377  Ms. Story and Ms. Fenton have deceitfully claimed without question in this court.

378  As with everything in life, there are both CAUSES and EFFECTS. Choices, actions, and then

379  consequences. So far, the court has ONLY heard about some strategically manipulated, pre-staged,

380  high drama, precisely targeted LIES meant purely to annihilate their opponent (which is regretfully

381  me) at ANY and ALL costs! While Ms. Fenton has leveraged any and every resource, both within

382  and outside the law, either at her disposal, within her reach, or within the reach of her wealthy and

383  condescending family, for the mere EGO boost of watching me be ground into fine dust.

———————————————{ Page 19 of 52 }——————— 445

TNJudicial.onplede/rf002.pdf Case 1:23-cv-01097-PLM-RSK Williamson County Chancery Court ECF No. 1-23, Tennessee (Trial Court Records) PageID.1204 Filed 10/13/23 DOC.006 Page 59 Page 454 of 719
of 63

02/18/2020 13:40 810752                     THE UPS STORE       ᵛ⁻ᵒN              PAGE  21/54

384   Manipulating both State and Federal court systems, expertly in concert, to "play the parents

385   against each other", for the benefit of TAKING the most which either can offer, without a

386   comprehensive understanding of the implications and effects of each court upon the other, not

387   hearing or seeing the formation of the concert, or the part which each section plays at the maestro's

388   bequest. Believing instead that these are a bunch of unrelated coincidences or misfortunes,

389   evolving out of the same puddle of mud, rather than recognizing the majesty, magnitude, or the

390   architectural beauty of the transcending symphony being birthed before while unconsciously

391   engulfing them. A feat which in and of itself, is one of tremendous skill, virtually unconceivable

392   strategy, requiring extreme precision, with a degree of planning so intricately detailed, violently

393   delivered, with a ferocity never caught by the court's eyes. Which is easier to disbelieve than to

394   catch a glimpse of, study, and eventually recognize, that the assault actually DID take place,

395   though completely undetected in the moment. Followed by deliberate yet undiscernible or

396   intentionally overwhelming actions, which ultimately culminated into the flawless execution of

397   the PERFECT CRIME! Or did someone "accidentally" catch a momentary glimpse? Like a

398   studder during the movie, "The Matrix". Where you can begin to see the hallway of mirrors, and

399   curiously risk exploring deeper in search of the TRUTH.


400   That is the only hope that I have in this case. That one of the three Justices on the Appellate Bench

401   will see beyond my desperate cluster of WORDS, to the UNCONSCIONABLE TRUTH which

402   they are pointing toward, lunging toward, desperately seeking to EXPOSE! Without that one

403   momentary glimpse, with the curiosity and care to explore deeper (despite probably exploring

404   alone), with the willful determination to "risk" questioning the "norm" and the relationships being

405   leveraged, previously believed to be of high esteem, to an unwavering determination to push

446

{ Page 20 of 52 }

TNJudicial.org/e/a/jrf002.pdf Case 1:23-cv-01097-PLM-RSK Williamson County Clerk/Roy Court ECF No. 1-23, PageID.1205 Recorded 10/13/23 DOC Page 60 Page 455 of 719
of 63

02/18/2020 13:40     810750          ·          THE UPS STORE     ⁀̈N          PAGE 22/54

406   beyond everything which seems so OBVIOUS (for a reason), to uncover and ultimately discover

407   THE TRUTH, about who I am, what threat if any I pose, how "fairly" have I been treated during

408   this outright ambush of totally unnecessary, yet unconscionably abusive exercises of deliberately

409   malicious litigation.

410   ALL for the sake of Ms. Fenton's PRIDE, despite the economic and emotional costs, the POWER

411   of being seen by her FAMILY as a STRONG, POWERFUL, SUCCESSFUL, and

412   INDEPENDENT PERSON is worth EVERYTHING to her in this hour. What scares me for Ms.

413   Fenton's future, is what will become of her after this hysterical hour of mid-life has passed, along

414   with everything which she once dreamed of, which I helped to put within her hands? Now she will

415   have neither the companion nor the commodity. Once her family is no longer shouting in the

416   wings, for her to FIGHT, what will she have left to cling onto? That literally makes me cry, and

417   want to walk away from everything that I earned, owned, and possessed just two years ago, or that

418   I am JUSTLY due now, for my investments and contributions into both of our lives, which has

419   been forcibly and wrongfully stripped from me.

420   For over a decade my "job" has been to be Ms. Fenton's "bouncer", her "defender", her

421   "advocate", her "encouragement", her "confidence", her "helper" and "assistant" at every turn, her

422   "IT guy in her pocket", the strength, leverage, and TIME to help Ms. Fenton REACH her OWN

423   dreams! The whisper of "HOPE" into her ears, while they naturally cling to depression and despair.

424   In the end, I was also Ms. Fenton's "fall guy" and her "sin keeper", to protect and preserve her

425   person, her credit, her reputation, her financial security, her career, and ultimately her PRIDE,

426   from the ugly consequences of mistakes which we both made together, during the course of our

427   marriage, in the challenges that we faced side-by-side, before I became too ugly for her to be

447

{ Page 21 of 52 }

TNJudicial.org/s/srf002.pdf Case 1:23-cv-01097-PLM-RSK Williamson County Chancery Court Tennessee Trial Court Records Filed 10/13/23 DOCKET Page 456 of 719 of 63

02/18/2020 13:40 810750 THE UPS STORE ─ON PAGE 23/54

428 associated with. (Also due to her PRIDE.) I have never had to do anything more unnatural,

429 disheveling, painful, and ultimately heartbreaking in my life than to FIGHT AGAINST the one

430 woman whom I have FOUGHT FOR, throughout the past 15-years of my life! I don't even think

431 that she can SEE it anymore. I don't think that she can SEE ME anymore. That's why I begged

432 the court, in my "all in one" response and countermotion, filed on August 29th, 2019, which Ms.

433 Story had the audacity to briefly misquote to the court during the hearing that day, to erroneously

434 mislead and anger Chancellor Michael W. Binkley, which he stood upon verbatim, having never

435 read the document, while denying me the ability to defend the misquoted claims. So in the end,

436 my "all in one" defense of 63 typed pages, accompanied by approximately 250 pages of clearly

437 demonstrative exhibits, proving beyond any shadow of a doubt, that I have been falsely accused,

438 restrained, and harmed through the actions of Ms. Fenton, Ms. Story, and Chancellor Binkley,

439 while the court provided the MUSCLE to hold me down, and then to drive me out, as Ms. Story

440 and Ms. Fenton pillaged and looted everything meaningful which I had accumulated, earned,

441 invested, or gained to date, in my life.

442 This is what the LAW has had to offer me in Williamson County Tennessee! Having NEVER once

443 been arrested or charged with ANY crime, throughout my entire life! Having NO history of

444 "domestic disturbances". Having not even received a single traffic citation during my 25-year

445 residence, as a proud, hardworking, well respected, and honorable Tennessee citizen.

446 Ms. Fenton DECIDED and admitted to me, right before she abandoned me and our home, that

447 however regretful and sad that she found it, that the only way for her to prosper

448 INDEPENDANTLY and be FREE, was to TAKE away everything that I had built in my life,

449 purely for her own gain.

*448*

TNJudicial.org/cla/inf002.pdf  Case 1:23-cv-01097-PLM-RSK  Williamson County Chancery Court Tennessee (TN) Court Records Filed 10/13/23 DOC Page 62 457 of 719

02/18/2020  13:40  810750          THE UPS STORE      ON          PAGE  24/54

450 Ms. Fenton could not CONCEIVE of an outcome, divorce settlement, or judgment which did not

451 absolutely DESTROY one of us, so she consciously chose to DESTROY me, in order to "FREE"

452 herself, of any financial consequences caused by or during our marriage.

453 Yes, she filed bankruptcy on $50k in primarily personal debt (caused almost entirely by her divorce

454 actions), with the earning potential of over $100k per year, as a graduate of MIT, holding an

455 Architects License in the State of Tennessee. While I invested my life into helping HER reach

456 HER dreams, and I was left penniless, homeless, and destitute, at FIFTY years old, with only a

457 High School education, refusing to even help me obtain a short-term technical certification to help

458 equip me re-enter the workforce. After over a decade of her being our family's primary bread

459 winner (by mutual agreement), affectionately calling me her "house husband", as I filled every

460 CRACK in our lives to enable us both to reach much further together (standard of living) than we

461 ever could have apart.

462 When we met, Ms. Fenton was NOT an architect, nor did she have any plans of EVER becoming

463 one! I encouraged her to reach for that brass ring, shortly before Tennessee changed their licensing

464 requirements, which would have prevented Ms. Fenton from ever becoming a licensed architect

465 in the State of Tennessee (or most of the country), without first obtaining a master's degree.

466 (Despite her undergraduate degree being from MIT, it was not accredited for Architecture, without

467 requiring further education first.) In order to pursue a master's degree, Ms. Fenton would need to

468 relocate away from Nashville for several years, which she adamantly swore that she would never

469 do. (At that time, Ms. Fenton believed that her entire MIT education was a massive WASTE of

470 money!) I helped change her perspective about that!

449

{ Page 23 of 52 }

471   At the same time, when we met, I made more money than Ms. Fenton did. Regretfully due to my

472   choices to help Ms. Fenton REACH her dreams, rather than continuing to invest my TIME into

473   maintaining my own financial independence, I now am "qualified" to make approximately $10

474   LESS per hour than when we first met,  approximately seventeen years ago, while Ms. Fenton's

475   potential earnings have multiplied three-fold!


476   I was raised upon and have contended for "CONSERVATIVE" values all my life. I never thought

477   that my "death-blow" would be dealt by a court that was "too conservative" to see men and women

478   as EQUALS, when it came to be a family's primary breadwinner. (Including the responsibilities

479   for care which come along with that role.) Now, for the first time, I must think of myself as

480   "liberal", because being "conservative" to that extreme extent is synonymous with condoning of

481   slavery, having separate drinking fountains, and denying women (along with people of color) the

482   right to VOTE. It is being "conservative" beyond the tolerance of law, both state and federal. Yet

483   it is the very TRUSTEES with whom we elect, to uphold our hard-won laws of equality, that are

484   bending if not breaking it.


485   I may not be a scholar of LAW, but I know the difference between RIGHT and WRONG! Between

486   FAIR and UNFAIR! Between COMMON SENSE and LITIGIOUSLY OPPRESSION! Between

487   upholding the law to PROTECT the people, versus allowing the elite to twist and leverage the law

488   to abuse, harm, and oppress those less financially, physically, and mentally fortunate.


489   I don't want anything that I have not EARNED! If the court could merely give me back what I had

490   before I ever met Ms. Fenton, then I would happily be on my way! Regretfully, that is not even

491   within the power of the court!

450