The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

*Vol 5*

*Appendix 13-5*

# TECHNICAL RECORD

NO. 48419B

COA NO. M2019-02059-COA-R3-CV

**FILED**

JUN 1 5 2020

Clerk of the Appellate Courts

Rec'd By _____

### APPPEALED FROM
CHANCERY COURT
AT FRANKLIN TENNESSEE
MICHAEL W. BINKLEY CHANCELLOR
ELAINE B. BEELER, CHANCERY COURT CLERK

### IN THE CASE OF
FAWN ███ FENTON

VS.

JEFFREY RYAN FENTON

### TO THE
APPEALS COURT
NASHVILLE TENNESSEE

VIRGINIA L. STORY
135 FOURTH AVE. SOUTH
FRANKLIN, TN 37064
**ATTORNEY FOR APPELLEE**

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI 48430
**PRO SE APPELLANT**

FILED 31ST DAY OF MARCH 2020.

CHANCERY COURT
NO. 48419B

_Sara B McKinney_ CLERK

_____ DEP. CLERK

$EXHIBIT \#8$

## Jeff Fenton

**From:** Jeff Fenton
**Sent:** Saturday, March 30, 2019 6:55 PM
**To:** Fawn Fenton (                    ) Fawn Fenton
**Subject:** RE: Thinking Through Potential Settlements

**Importance:** High

2020 FEB 19 PM 1: 11

FILED FOR ENTRY_____

I forgot to mention it, but included in this idea, is that I would be responsible for all costs associated with my vocational rehabilitation, training, education, etc...

Thanks.

## JEFF FENTON
### METICULOUS.тесн
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

**From:** Jeff Fenton
**Sent:** Saturday, March 30, 2019 6:31 PM
**To:** Fawn Fenton (            <                    Fawn Fenton <
**Subject:** Thinking Through Potential Settlements
**Importance:** High

### Hello Fawn,

This isn't an official "offer" and is in no way a "contract" at this point, but I just want to "think out loud" and get your feedback.

Before we dedicate the next couple of years of our lives, to legally battling each other, please consider this idea and provide me with your feedback. I believe that this idea is more FAIR to all parties, put's an end within sight & reach, saves us both a ton in legal fees, and ends the struggle between us, so that we can both move forward in life.

By the time we accomplished anything in court, we would have been married for at least 14 years, so realistically, like it or not, we are looking at 7 years of alimony now, rather than 6.

Here is my IDEA:

- Rather than 7 years of alimony, we could reduce it to 4. (To help compensate you for your "equity", although you would never guarantee me $30k or even $20k for mine.)
- We would need to perpetually keep the existing mortgages, in your name, without refinancing them. Except for the second mortgage, when it is due, refinancing for the same amount. (Maybe we could convert this into an amortized second, maybe we would just roll it ever and keep it interest only, depending upon my financial

1

661

TNJudicial.org/c/e/jrf002.pdf     Williamson County Chancery Court Tennessee (Trial Court Records)     DOC: 002 | Page 613 of 719

Case 1:23-cv-01097-PLM-RSK     ECF No. 1-26, PageID.1263     Filed 10/13/23     Page 3 of 109

condition at the time. We would not increase the amount of debt regardless, and it would need to remain financed in your name.)

- If we both agreed on this, AFTER we have a FULLY EXECUTED MDA, then you could quit paying me the $500 per month (for a portion of my consumables), and I would assume all utility, maintenance, and improvement expenses for this property, EXCEPT for the electric, which you would continue to pay for a period of ONE YEAR, while I try to obtain some vocational training. (I should have roommates by then, along with a part-time job.)
- So for the FIRST year (AFTER THE MDA IS FULLY EXECUTED), you would be responsible for paying both mortgages (the property taxes and insurance, currently escrowed in with the first mortgage), plus the ELECTRIC. (SO I have some financial relief while obtaining some vocational training.)
- For the SECOND through FOURTH years, I would become responsible for the ELECTRIC bill, so all that you would be responsible for paying is both mortgage payments, including the escrowed property taxes and insurance. (However those bills fluctuate, with insurance and taxes, those bills would be yours for these THREE years.)
- At the end of the FOURTH year, you would be absolved of any further alimony payment, or financial support of me, of any kind. Yet you would still need to allow me to leave the house financed in your name, and refinance the second in your name (for the same amount or less) as each term expires, until either I'm dead, I default on my agreement to pay those mortgages, or those mortgages are fully paid off.
- Your name would remain jointly on the deed, so that in the event of my death or my default, you could claim possession of the house.
- If I determine that I cannot afford the home OR if I am LATE on the MORTGAGE PAYMENTS **more than 3 times**, then we shall each pay 50% of the "holding costs", while I continue to reside in the home (since I won't be able to afford paying half of the expenses PLUS pay for another place to live), while the home is cooperatively SOLD in an "as is" condition, with the two of us splitting ALL net proceeds 50/50, with only the realtor costs, mortgage payoffs, and closing costs being deducted before our 50/50 split. (No other loans, past mortgage payments, holding costs (since we will contribute equally), money owed to my mom, credit card debts, improvements, maintenance costs, or supplies can be deducted from our net sales price, prior to our 50/50 split. There is only ONE EXCEPTION: which is IF WE BOTH AGREE TO ANY "REPAIRS", requested or required by the BUYERS, as a condition of a sales contract,  then that would be deducted from the net sales proceeds, PRIOR to our 50/50 split.
    - o  SO in this case, although INCONVENIENT, you would basically receive at least DOUBLE the compensation for YOUR EQUITY, because you will have reduced your alimony by three years, PLUS you will receive 50% of the net proceeds of the sale, at a time when most likely the home will be WORTH more than it is today, increasing your "share".
    - o  IF for any reason, I cannot even afford to pay my 50% of the holding costs, while residing at the property during the sale, then you shall be responsible for the entire holding costs. To compensate you for this additional expense, I must immediately vacate the property (while it is on the market), being financially responsible for my own lodging elsewhere. Then 50% of the holding costs which you pay (while the home is on the market), must be deducted and REPAID TO YOU AT CLOSING, from my 50% Equity Portion of our net sales proceeds. (Fairly compensating you for any losses as a result of my financial inability to pay.)
- IF for any reason, I realize that I'm going to be late on the mortgage payment(s), then I must NOTIFY YOU at least THREE DAYS IN ADVANCE, so that you will have the opportunity to make that payment BEFORE it affects your credit. Then I must repay those funds to you within the next six months. IF I fail to do EITHER (notify you at least 3 days in advance or to repay you within the following six months), THEN THIS OFFENSE SHALL COUNT TOWARD ME AS TWO MISSED PAYMENTS (with only THREE allowed TOTAL within the entire duration of the mortgages).
- IF I am able and choose to refinance both mortgages, removing them from your name, then once completed, you shall immediately QUIT CLAIM and transfer all your ownership in the property to me, with no further monies or compensation due to you. (The same would happen if I am able to successfully pay them both off.)
- If I die before these mortgages are BOTH removed from your name, or before I pay them both off in your name, then you shall become the SOLE OWNER OF THE PROPERTY, owing NO ONE other than the bank, in exchange for assuming financial responsibility for paying off the mortgage(s). At no time shall the amount of these mortgages be increased, or shall any other mortgages or liens be placed against the property, so you are guaranteed for this to be an extremely advantageous financial gain, if this occurs.

2

662

TNJudicial.org/e/e/jsf002.pdf      (Williamson County Chancery Court Tennessee (Trial Govt Records)      DOC: 002 | Page 614 of 719

Case 1:23-cv-01097-PLM-RSK      ECF No. 1-26, PageID.1264      Filed 10/13/23      Page 4 of 109

- You would be responsible for paying for a non-contested divorce, including the cost to have the MDA drawn up, with an unbiased third-party attorney or similar provider.
- The income tax scenario would be as previously discussed, with you solely benefiting from any past monies refunded, while also assuming financial responsibility for any monies due.
- I would continue to have insurance through your firm through the remainder of 2019, after which you would no longer have any financial obligations to me regarding health insurance, counseling, psychiatry, medications, my mental and physical challenges, or any other way related to my personal health.

I think this could offer the framework which would **GIVE ME A CHANCE** to get on my own two feet, without losing everything that I've ever work for in my life. Whether or not I can actually DO that, remains to be seen. But a realistic CHANCE, without a drop-dead date (provided that I meet all my obligations), **is all that I ask for**. I believe that this would also GIVE YOU what YOU WANT THE MOST, with a significantly shortened alimony period, knowing that for you, that is your greatest concern. I know that it does not address your current credit card debts, nor does it address mine, but this would need to be done in a fashion where the court does not get involved in either, otherwise I can never make this work. I'm hoping that by facilitating a non-contested divorce, that we can leave the issue of personal debts out of the matter, with us each being responsible for our own. You have done more research on the matter, and have had the benefit of full legal representation in our past tussle, so you can probably answer that question better than I. If not, then I'd be equally willing to do a legal separation, with a fully executed MDA, if that makes any difference regarding the court's involvement in our personal unsecured debts. **Please share with me what you know about this challenge, and if what I'm presenting is even legally plausible.**

Furthermore, please let me know your thoughts concerning this entire idea/concept. I think it would save us both a fortune in legal fees, quit devaluing our property with debt, end the constant strife between us, which is toxic for both of our health, and **provide us both with a solid foundation from which we can REBUILD our lives**, the best that we can!

There is no resolution for divorce, especially OUR DIVORCE, seeing as how we were financially postured immediately preceding, which won't SUCK and HURT us BOTH. Based upon what Sandy said was "FAIR", and what I've learned from other parties, this is the best "middle-ground" which I can conceive of, that allows me to MOVE-ON with life, before I'll realistically be TOO OLD and TOO INDEBT to even want to try. As it stands, REBUILDING will be the greatest challenge of my life! The cards are still stacked against me! No-one who knows me, yourself included, would "assume" that I could succeed in this pursuit as proposed. **Yet I believe that it GIVES ME A CHANCE**, and if we can do that before blowing things up worse, then I'd rather give it MY BEST SHOT, rather than wasting the next three years of my life, fighting with you in court, to lose everything financially and walk away with only the satisfaction of having "won" or "beaten" you. For me, there is no real satisfaction in hurting someone that I love. Yet regretfully, I am totally backed into a corner right now, and I don't believe that either of us can see a clear way out, which doesn't end in one or both of our destruction. I don't want either. I just want a FAIR CHANCE TO SUCCEED without losing EVERYTHING that I've WORKED FOR in LIFE!

That which YOU'VE WORKED FOR over the past decade, <u>YOUR CARRIER</u>, will continue to benefit you for the REST OF YOUR LIFE. Please likewise, allow me to BENEFIT from, some portion of what I'VE WORKED FOR, over the past decade.

Thanks for taking the time to read this, and please let me know your thoughts.

I continue to pray for us both, and our family. Not that we get back together, but that God's hand will lead each of us. I hope that you will do likewise. This is a very difficult juncture for us all! Even if you agree to what I have suggested here, the emotional loss for me has almost been unbearable!

God bless you, my puppy, and our bunnies! I've watched you change on Facebook, growing more distant from me. I shall forever love and miss you all!

**JEFF FENTON**

3

- - 663

**Jeff Fenton**

EXHIBIT #9

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Friday, January 11, 2019 4:00 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED? |

2020 FEB 19 PM 1: 11

FILED FOR ENTRY

Let me work on this some more. I'll call BCS and maybe a couple other banks to find out about what the terms would be to re-fi the second only.
I'll try to get back to you next week some time.
(Meanwhile, keep packing! Or if you need a packing break, work on taxes. Hehehehe.)


**From:** Jeff Fenton
**Sent:** Friday, January 11, 2019 3:39 AM
**To:** Fawn Fenton <fawn.                outlook.com>
**Subject:** Re: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?

This makes me HAPPY!

Here is what I recommend:

Leave the first mortgage alone, it's not worth the higher interest rates or the additional term to refinance it. (You want to retire someday!)

Refinance your second, either with Al, as he suggested before, or a different lender (with Al you can probably get more money at more favorable terms, but have him register it as a legal second mortgage, so that you can write off the interest as mortgage interest on your taxes, if he is ok with that.)

Set it up as a 30 year amortized second mortgage (if possible), you can always pay it ahead later if you have the cash flow, to shorten it.

Refinance the second for as much as you can get, and you can apply everything over the amount of your existing second, to your credit cards. If you do this, and don't change your first, (since I believe this is best for you long term), you can skip paying me anything for my equity up front, until the undetermined end when you sell the house, or after the mortgages are both paid off, you could make installments (whatever you can afford) until a set amount is reached (if I die first, or at anytime, then you owe me nothing for alimony or equity, just make sure that I didn't die owing my mom any money...) which might be $5k or less. Square that up, and I'm a happy dead person! Nothing more owed!

Or you could just add two more years to my alimony, making it eight years at the $1,750 per month and I'll leave it here as it sits, minus my guns, computers, personal effects, and tools... you can keep all the furniture you want except my bed and Tweetie stuff.

I'll sign a quit claim either way.

If that still won't cash flow for you, I'd rather that you pay me less each month in alimony than refi the first (like $1,600 or $1,500 per month), but compensate me for the difference by increasing the duration, so that I receive the same amount in the end. (No interest necessary.)

1

- - 604

If you still really want to refi the first, I'll work with you any way you want. Whatever makes it work for you, but I really prefer that you leave the first alone.

If you can figure out how (technically), along with the tax implications for both of us, and makeup the difference to me (if I am taxed at a higher rate than with alimony),
then you could call the alimony a third mortgage, if that helped you write-off more from your taxes. (As long as in the end I am compensated the same, I don't care what we call it or how we structure it.) If you are ever questioned, you could just say that you are repaying me for my cash and labor in our home, instead of calling it alimony or spousal support.

Since I will remain in a lower tax bracket regardless... this might actually benefit us both tax wise. If I'm required to pay income taxes on "alimony" (which I don't know, it seems like double taxation if they tax you on it first) but not required to declare the principal portion of a loan being repaid, and if I only must declare "interest" as income for tax purposes. (You'd need to figure all that out, or ask Al, he may know.)

You could work backwards to figure everything out: so say that you are paying me $1,750 for 8 years... 6 for my alimony, the final two for my equity as it sits, then the total amount of those payments is: $168,000. (You don't need to really pay me any interest for this scenario, I only use the term to express the portion which you could payoff.)

So working backwards with an amortization calculator, figure at 15% interest for the best tax write-off for you, plus third mortgages typically are much higher risk and higher interest rates (few if any banks do them anymore, but I had one years ago.)

So using a reverse loan calculator (I'll email a link from my computer, I'm on my phone), if I'm doing this correctly, with a monthly payment of $1,750, at an interest rate of 15%, for a term of 8 years, with no deposit: that backs out to a principal loan amount of $97,518.00. Which means that the remainder of the $168,000 = $70,482 you could declare as mortgage interest over the 8 years, either amortized (which would have you paying more interest in the beginning and less at the end, which would work well on my end probably. because I plan to make less (if anything) in the beginning, and hopefully more towards the end.)

You could also pay it as simple interest if you prefer, which would be an additional $8,810.25 per year in interest which you could write-off your income for each of the eight years.

Now lets say that you can only afford payments of $1,500 per month, to cashflow (keep your first, refi second. Turn alimony into third.)

So $168,000 divided by $1,500 per month, equals a term of 112 months which is 9.3333 years (instead of 96 months, which was 8 years before).

So using the reverse loan calculator (this is a rough number, because this particular calculator only accepts whole years, so it won't accept 9.3333 years, it will only accept 9 or 10, so I used 9. So there would need to be a tiny adjustment to this, but it should give us a good idea.

Monthly Payment: $1,500
Interest Rate: 15%
Term of Loan: 9 years
Deposit: $0
Loan Amount: $88,629.76
$168,000 Total - $88,629.76 Principal = $79,370.24 in Interest, which could again be amortized, or simple interest at $8,819 per year in additional mortgage interest which you could write-off on your taxes, for 9 years.

That way you'd owe me nothing up front, and nothing at the end.

665

TNJudicial.org/c/e/jdf002.pdf — D(Williamson County Chancery Court Tennessee (Trial Court Records)) — DOC: 002 | Page 617 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1267    Filed 10/13/23    Page 7 of 109

That idea might workout pretty well for you, but you'd need to do the research and make sure that you can still write-off third mortgage interest, and the tax implications for both of us. That sounds like a good idea to me though! Run it by your dad or Al.

If you don't like any of these options, the answer is YES to all your questions below. I'll work with you on this any way which allows me to survive, while helping you keep this home.

I just ask that you please be fair with me and help me to get approximately the same amount in the end. No interest necessary.

Don't be afraid to propose anything, which would really help this make sense for you! I by FAR prefer this than us selling the place, dealing with all the time, risk, lost value, and killing you with taxes for the next decade!

I want you to be HAPPY and be REWARDED for making lots of money! Not just rewarding Uncle Sam!

I told Todd that any time Uncle Sam is getting paid more than ME, that somewhere money is being thrown directly into the trash!

There are very few things which I'll say "NO" to about this, so please figure out what you need to make this work! (Not just in the short term by refinancing your first at higher rates for a longer term, but which will BENEFIT YOU the most in the LONG term!)

Remember, you can always temporarily get a roommate to help close any temporary financial gaps, or simply to get ahead quicker!

And your pony gets to live in a GARAGE again!!!

Please let me know as soon as you decide, so I don't remove anything that you might want to keep, like the alarm, safe, or dehumidifier, etc... It is all included at that price, if you want them, while they are still here and installed.

That would change how I leave the network too, because I would leave you a much more bad ass setup!

It would sure make my packing a LOT easier!!!

I hope you can find a way to say YES! I know in my heart that you can, and everything will work out so much more prosperously for you in the end!

Of course I can't force you, or we would have gotten past this months ago, but I REALLY WANT THIS FOR YOU!!!

I don't want to feel like the guy who fucked-up your life! Especially when I KNOW that with the right choices you can still PROSPER!!!

The reality is, like it or not, you simply make too much money not to have some tax write-offs, and not enough money to dig yourself out for a long time, once this opportunity passes!

This house started as YOUR DREAM! LET IT END THAT WAY TOO!!! FOR YOU AND PUP PUP, AND ALL YOUR FUTURE GUESTS!

I told Rito yesterday, that your mom used to complain all the time, but now when she visits, she must sleep on your couch, between two bunny cages which smell like piss!

3

- 606

I told him that as much as your mom deserves that, it just breaks my heart for YOU!!!

I know how important it is to you to be ABLE to comfortably host your family!

PLUS pup pup is tired of that damn apartment living!!!

Anything I can do to help make this a reality for you, please at least ask!

🕸 Jeff

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

4

607

TNJudicial.org/e/clef0022at — Williamson County Chancery Court Tennessee (Trial Govt Records)   DOC: 002 | Page 619 of 719

Case 2:23-cv-01097-PLM-RSK   ECF No. 1-26, PageID.1265   Filed 10/13/23   Page 9 of 109

# Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton < ██████████ |
| **Sent:** | Thursday, January 10, 2019 6:09 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED? |

I am still struggling with this, trying to figure out if I could keep the house...

Based on our refinance conversation with Brendan, I am estimating the following scenario:

| | |
|---|---|
| Assumed House Value: | $425,000.00 |
| LTV allowed: | 80% |
| Int. Rate: | 5.500% |
| Months: | 360 |
| Max. Loan Possible: | $340,000.00 |
| Roll In Closing Costs: | $6,500.00 |
| Max Mortgage: | $333,500.00 |
| Monthly Payment Estimate: | |
| Principal: | $372.15 |
| Interest: | $1,558.33 |
| T&I Escrow: | $424.71 |
| Total Monthly Pmt: | $2,355.19 |

| | |
|---|---|
| Current 1st Mort: | $242,187.00 |
| Current 2nd Mort: | $55,500.00 |
| Total to Pay Off: | $297,687.00 |
| New Mort Available: | $333,500.00 |
| Max Cash Out Left: | $35,813.00 |

Questions:
- With $35,800 total cash out from the new mortgage, how would you want to distribute this? Split it 50/50 between us? ($17,900 each?)
- Would you be willing to quit-claim the house to me in full?
- If/when I sell the house in the future (who knows how many years down the road), we could agree that you get a pre-determined lump sum payment out of the proceeds, but you'd have to wait for an undetermined amount of time for that to happen...?
- And of course, none of this could happen until taxes are caught up....

Your feedback?

**From:** Jeff Fenton ██████████
**Sent:** Tuesday, December 11, 2018 1:03 PM
**To:** Fawn Fenton (██████████ < ██████████  Fawn Fenton < ██████████
**Cc:** Fawn Fenton (ffenton@adkissonarchitects.com) <ffenton@adkissonarchitects.com>
**Subject:** You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?
**Importance:** High

Fawn,

1

608

I don't have everything in front of me, but I thought that once upon a time, you had said that you could afford to keep the house, if I would agree to accept the reduced amount of alimony, of only $1,600 per month.

Is that accurate, or still the case?

Because if so, with where we stand currently at $1,750 per month, $1,600 per month would only be $150 less per month (before we were talking about $2k or 2.1k per month in alimony, so it was a greater difference).

Anyhow, IF this is still the case, and we are only talking about me accepting $150 less per month, I'd probably be agreeable with that, IF this is something that you are still interested in. I would need to know soon though, as that would drastically change my plans.

IF you decide to do that, I'd probably leave you a lot more furniture. If you don't decide to do that, but if you prefer to stay with your apartment and let this home go, then I'd like to know how much value you think it has leaving ANY of the furniture here for staging, because I'm considering canceling my storage area, seeing if I can get a $1,000 refunded, and just renting one huge U-Haul and taking everything to Michigan in one trip. Getting storage there if needed, and not needing to drive over the Cincinnati bridge 8 times within the next year. That way, Don would probably fly down, help me load the truck, and take it all in one trip. After measuring the Red Sofa, I think that I could fit that through a 32" door at my mom's too. Plus IF we go this route, I would take the tan furniture too, unless you have some plans for it, to just give to family, etc... (Jenny could sure use a couch, if I remember correctly, though her monsters would destroy it.) Unless you want it for other plans. If you want to trade for that big chair, or even if you want to put that big chair in storage, or the other end table, or anything else in the front room, you could do so, that way you'd have it later. But I'm considering just making one massive trip, and I would like to get your feedback about how that would affect the showing value of the home, being bare, instead of looking half lived in, with old wedding photos on the wall of a marriage that obviously failed, etc... (The photos and art in my bedroom, I don't want.)

Also, if you wanted to pay to have the wood floors refinished to prep the house for sale, or anything that you decide to pay to prep the house for sale, or repair expenses which you agree to, I'm willing to let come out of the sale proceeds BEFORE our split. I'm not agreeable to mortgage payments, utilities, or regular holding costs coming out, but work done to prep and sell the house, I am agreeable with splitting with you, out of the proceeds.

I don't believe that we could get the wood floors adequately refinished as long as the furniture is in there. I think that would probably cost less than $2k (which we would split in the end), and I think that would significantly help your sales price, along with some other minor touchups, which I could do, or you could hire someone else to do, and I'd split that with you also, from the sale proceeds.

2

609

Anyhow, IF you kept the house, that would be worth the $150 per month loss to me, in alimony, and I'd leave most, if not all of that furniture here. But if you would still prefer to sell the house and stay in your apartment, then I'd like your feedback on me taking all the furniture (except the bonus room pool table, ping pong table, and couch) in one trip, just to get it over with, and to have my stuff in storage locally instead of in another state, in case I need something out of storage.

I'm thinking that if I do things as I'm currently planning, in reality it will end up costing me twice as much to rent U-hauls to make multiple trips, plus gas prices (plus the drive in winter weather, and trips over that fucking bridge).

Anyhow, all just thoughts for the moment, but I'd really like your feedback, so I can figure out what the heck I'm doing, before I start moving anything to storage, which was supposed to be NOW or tomorrow, so the quicker you can reply, the better.

There is no sense in taking anything to storage, if I'm going to try to get a partial refund from them, and take it all to Michigan in one trip, plus I'd have no need for your snake cages in Michigan. I could build a skid there, if so needed.

Please let me know your thoughts ASAP.

Thanks!

## JEFF FENTON
## METICULOUS.tech
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

610

EXHIBIT #1C

## Jeff Fenton

| | |
|---|---|
| **From:** | (615) ████ <16158371301.1615333737.km4F34MBb9@txt.voice.google.com> |
| **Sent:** | Saturday, January 5, 2019 2:53 PM |
| **To:** | 837.1301@gmail.com |
| **Subject:** | New text message from ████ |

2020 FEB 19 PM 1: 11

FILED FOR ENTRY_____

 **Voice**

I am NEVER trying to screw you over. You are paranoid.

YOUR ACCOUNT        HELP CENTER        HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

**Google**

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

··· 6L1

# Jeff Fenton

**From:** (615) [redacted] <16158371301.1615333737.km4F34MBb9@txt.voice.google.com>
**Sent:** Sunday, January 6, 2019 5:45 AM
**To:** 837.1301@gmail.com
**Subject:** New text message from (615) [redacted]

 Voice

What happened? Why did you suddenly decide I am trying to get out of paying your alimony? (Which isn't true, I have always intended to pay you as we discussed.) Your mood swings are so weird. I thought, based upon our emails, that we were not going to harrass each other with legal contracts. As I said, the terms of your alimony will be immortalized in the final divorce filing, which we will do after the house sells. I don't understand why you are suddenly freaking out for no reason.

YOUR ACCOUNT      HELP CENTER      HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

Google

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

- 6L2

## Jeff Fenton

**From:** (615) ████ <16158371301.1615333737█km4F34MBb9@txt.voice.google.com>
**Sent:** Tuesday, January 8, 2019 12:16 AM
**To:** 837.1301@gmail.com
**Subject:** New text message from (615) ████

 Voice

I don't know wtf you're talking about, "legal battle". I am not wanting anything to do with lawyers, I can't afford any more, it's a waste of time and money. Regarding leaving a few cameras and wireless etc, I guess that's fine, I don't see why not.

YOUR ACCOUNT     HELP CENTER     HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

**Google**

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

613

EXHIBIT #1



**Fawn Fenton**
(615) 333-7877 · mobile

Love puppy!!

Fawn Fenton (mobile) · Dec 24, 2018



2020 FEB 19 PM 1: 13



Saying goodbye to the end of an era.



Dec 25, 2018



Merry Christmas to you and Pup pup and Tweetie!

Fawn Fenton (mobile) · Dec 25, 2018

Thank you. Likewise my old friend!

Dec 25, 2018

The invitation remains open for you to attend a counseling session or two with Terry, at my expense, solely so that you can understand my condition better.

- 6 1 4

I would need a week or so notice, so I could sign the authorizations and get Terry's approval. If you are interested, PLEASE let me know ASAP, as you know I won't be here much longer. And once I'm gone, I'm gone!

But it is worth my money and time, to do a couple of sessions, with you, with absolutely no desire to divert our course to sell our home, for me to move out of state, or our plans to get divorced immediately thereafter.

For the SOLE purpose of salvaging some portion of our previous FRIENDSHIP, if it is WORTH a couple hours of YOUR TIME, and some open minded discussion, with nothing to "win" or "lose" for either of us.

I honestly am not sure what Terry might or might not say. But it is WORTH it to me to invest MY TIME and money to find out, IF you will agree!?!?

Please let me know! 

Dec 30, 2018

**Yes, I absolutely would like to attend a couple of counseling sessions with you and Terry. Let me know when I should be there!**

Fawn Fenton (mobile) • Dec 31, 2018

Ok, great! (RE: meeting with Terry and I.)

My next appointment with Terry is on Jan 8th, when I can discuss it with him, sign any temporary disclosures, and make sure that he is agreeable.

So we are probably looking at the following week, but he may be able to get us in sooner. His office has moved to Maryland Farms, where he shares an office with another counselor, so they split the week up. Terry works 2.5 or 3 days per week, something like that, so his availability is more challenging now.

But I will definitely try to book that and let you know when!

Thanks!

FYI... I'm going to authorize him to disclose and explain anything to you regarding my mental health, discuss any potential concerns, and answer amy of your questions, without holding back, during our appointments together only. Afterwards, he will not be allowed to even acknowledge if I am still a patient, as I will resume complete confidentiality with him. During our scheduled appointments together, I will request and authorize that he be brutally honest with you, about anything you want to know.

I can't promise that he will agree to meet with us both. I know when early on I asked him about doing "marriage counseling" with us both, Terry said that he'd need to think about that to determine if he is comfortable with it. He is a very ethical person, so he won't do anything he feels may compromise his personal or professional ethics.

- 61.5

Obviously we're not going for "marriage counseling" now, but rather primarily to

explain to you what my diagnoses are, what that means in my case in particular, and answer any questions or concerns which you might have.

The point is NOT to 'work out' any issues between us, to determine who was 'wrong' or 'right' about ANYTHING, but rather to define and explain from his personal and professional experience, who and what I am, and the real challenges that my mental health poses to me and to those around me, for the years to come. Especially, at my request, to address any concerns you have about my condition including me being 'delusional', as seen to date, as expressed in your experiences, or what he realistically expects to be in my future.

He might meet with us once, but if he feels like it is a "pissing contest" or is otherwise unproductive, he may not agree to meet with us a second time together. (Just FYI... he is really NOT into "pissing contests".)

I will try to schedule this when we meet and talk, and let you know if he is agreeable (which I think u

I will try to schedule this when we meet and talk, and let you know if he is agreeable (which I think under the circumstances he will be, as long as we come in with an open and teachable posture, ready to listen and calmly share and question, rather than a combative agenda), and when Terry is available to meet with us.

I expect that the conversation will primarily be between you and Terry, about me. I just want to be there to witness that which is said about me (both ways), to make sure that I don't feel falsely acvused, and to learn what I can from the experience, from both you and Terry. (I have not asked him some of these direct questions... since I BELIEVE that I already know the answers, but I am absolutely open and willing to hear Terry's answers to your concerns.)

So thank you, I will definitely take you up on that, and try to schedule it as soon as possible.

Please confirm if what I just described is what you expected and hope for in our time with Terry, and advise me if I missed any goal or objective of our time together with him.

Thanks!

Dec 31, 2018

Yes that all sounds fine about meeting with Terry. However he wants to handle it. I am wanting to hear his perspective. Definitely no arguing if at all possible, and I wouldn't blame him for cutting it off if there was arguing.



I have ACE from 3:-5:00 pm on Tuesday Jan 14, but so far that's the only non-negotiable thing on my calendar coming up. So just let me know date/time whenever you find out.

Faith Fenton (mobile) · Dec 31, 2018

616

Ok, sounds good! Thanks! I'll let you know as soon as I know

Happy New Year!

God, I pray it will be better than 2018!

Dec 31, 2018

6 1 7

FRBP Violated: #3:19-bk-02693

Fawn Fenton
(615) 333-2377 • mobile

*EXHIBIT #12*

Thanks!

I was just reading about the 2018 tax code... 2020 FEB 19 PM 1:12

Have you figured out the income tax ramifications of having no mortgage interest deduction (because you will live in an apartment), plus no spousal dependant (another lost $12k write-off), plus not being able to write-off the alimony you pay me, combined with the new 2018 tax laws? (Not to mention the loss of the "business in home" and other MM write-offs)?

Seriously, I'm concerned for how you have and continue to set yourself-up for your future.

It looks to me, like you will have double the taxable income that you previously had, which won't likely change for 5-10 years, until you can afford to purchase another condo and complete paying my alimony.

Have you really ran the numbers on all of this and considered for a moment if maybe there is some way for you to mitigate your tax losses?

It looks to me like you have created and are walking into the worst possible scenario tax wise, which will largely defeat much of the vocational success you've reached in recent years.

Am I missing something, misreading something, not understanding anything correctly? Have you discussed options with a CPA or even your brother, or someone with an MBA, or at least a tax professional?

I hate to see you screw yourself, especially to solely benefit Uncle Sam.

Is there no better way of doing this?

Dec 22, 2018


**Correct, my tax situation is going to suck for a very long time.**

Fawn Fenton (mobile) • Dec 22, 2018

Is there nothing we can do h

To help that?



Dec 22, 2018


Not that I know of

Fawn Fenton (mobile) • Dec 22, 2018

Have you talked to your brother about it or asked an accountant?



Dec 22, 2018

618

 Yes I've talked to mark and my dad. No haven't talked to an accountant. 90k gross - 31k taxes - 21k alimony = 38k net. Plus or minus.

Fawn Fenton (mobile) · Dec 22, 2018

Didn't your dad or Mark have any suggestions to bring down those insane taxes?



Dec 22, 2018

 Nope. This is why I cannot afford to keep house, and need sale to help pay down debts.

Fawn Fenton (mobile) · Dec 22, 2018

Yet the house would save you how much in taxes?

Debts are all from this year... how did we fall so far so fast?



Dec 22, 2018

 Someday when alimony is done, I can get a job making only $43k gross and have same net of +/- $38k.

Fawn Fenton (mobile) · Dec 22, 2018

That is crazy... their must be a smarter way to spend all that you've worked for?

So back to the house, how much does the mortgage interest take off your taxes?

Your dad and Mark didn't have any suggestions to help you pay less in taxes?

Hello?

If you kept house, you would have a massive tax write-off, plus if you got one female roommate, you would be earning equity, have money to slowly



Dec 22, 2018

 Mortgage interest is about $12k.

Fawn Fenton (mobile) · Dec 22, 2018

619

TNJudicial.org/e/a/jrf002.pdf      Williamson County Chancery Court (Tennessee Trial Court Records)
Case 1:23-cv-01097-PLM-RSK      ECF No. 1-26, PageID.1281      Filed 10/13/23      DOC.002 - Page 21      Page 631 of 719
of 109

EXHIBIT #13

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

2018 NOV 21 PM 2:12

FAWN ███████ FENTON,
*Plaintiff/Wife,*

FILED FOR ENTRY_____
47426

vs.                                                            Docket: _____

COPY

JEFFREY RYAN FENTON,
*Defendant/Husband,*

FILED FOR ENTRY

2020 FEB 19 PM 1:—

_____

NOTICE OF VOLUNTARY NON-SUIT

_____

Comes now the Defendant/Husband, Jeffrey Ryan Fenton, and would hereby give

notice that he will be voluntarily non-suiting his previously filed Counter-Complaint for

Divorce, which was filed on the 30th day of October, 2018, under docket number 47426.


Respectfully Submitted,


Jeffrey Ryan Fenton, pro se
1986 Sunny Side Drive
Brentwood, TN 37027
Phone: (615) 837-1300


620

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and exact copy of the foregoing document, via USPS, this the 21st day of November, 2018, to the following:

W. Edward Porter IV
222 Second Avenue North
Suite 210
Nashville, TN 37201


Fawn ████ Fenton

Brentwood, TN 37027

Jeffrey Ryan Fenton, pro se

- 621

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN**

FAWN [ ] FENTON,
*Plaintiff/Wife*,

vs.

JEFFREY RYAN FENTON,
*Defendant/Husband*,

FILED
WILLIAMSON COUNTY
CLERK & MASTER

2018 NOV 21 PM 2: 11

FILED FOR ENTRY_____

Docket: 47426

COPY

---

### ORDER OF VOLUNTARY NON-SUIT

---

It appearing to the Court, as evidenced by the signature of Defendant/Husband below that a Notice of Voluntary Non-Suit has been filed in the above styled cause of action.

It is accordingly **ORDERED, ADJUDGED** and **DECREED** that the Counter-Compliant for Divorce filed by the Defendant/Husband, Jeffrey Ryan Fenton, is hereby voluntarily non-suited without prejudice.

It is further **ORDERED** that the Defendant/Husband shall pay all Court Costs associated with said cause of action for which execution shall issue if necessary.

Entered this the _____ day of _____, 2018

_____
**HONORABLE JUDGE MARTIN**

· 622

**APPROVED FOR ENTRY:**

JEFFREY RYAN FENTON, pro se
1986 Sunny Side Drive
Brentwood, TN 37027
(615) 837-1300

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and exact copy of the foregoing document, via USPS, this the 21st day of November, 2018, to the following:

W. Edward Porter IV
222 Second Avenue North
Suite 210
Nashville, TN 37201

Fawn ████ Fenton
Brentwood, TN 37027

Jeffrey Ryan Fenton, pro se

623



EXHIBIT #14

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Sunday, November 11, 2018 4:55 PM |
| **To:** | Fawn Fenton; Fawn Fenton |
| **Subject:** | House Sale |

2020 FEB 19 PH 1: 1

FILED FOR ENTRY_____

Hello Fawn,

I'm trying to figure out my financial expectations from selling our house.

So what price range do you expect our house to sell in?

Please provide me with a:

- High
- Middle (most likely)
- Low (worst case scenario)

Also, IF our house does not sell by the time your lease is up, would you be willing to move into the house until it sells? To save money, so you can afford to pay me some alimony?

We've already agreed on $500 per month from now until you sell the house, then on $1,750 per month for the next 6 years after.

I understand that you can't afford to pay me more than $500 per month while paying both the mortgage here and your apartment. But please understand that I can't live on $500 per month and have been needing to borrow money from my family just to barely make ends meet; to buy my meds, to keep attending counseling, which I can't do forever.

I understand that you hope the home will quickly sell, but if for any reason that is not true, I'd like to have a contingency plan.

So I'm wondering, as a backup, IF the house doesn't sell by the time that your initial 14-month lease is up, if you are willing to let your apartment go and move into the house to live while you continue to try to sell it on the market?

I was thinking, that IF you are willing to do that, then you could pay me alimony as follows:

$500 per month until the house sells or until your current lease is up, whichever comes first. (Doesn't count towards term of alimony.)

$1,500 per month, IF the house doesn't sell by the time your lease is up, between the expiration date of your lease and when the house sells. (This time WOULD count toward your 6 years of alimony.)

1,750 per month after the house sells, for 6 years, or the remainder of the 6 years: if your lease expired, you moved back into the house, while keeping it listed for sale, while paying me $1,500 per month in alimony.

Basically, I can't afford to do any vocational training or anything else on $500 per month. (I couldn't even afford food and gas back and forth to school). So the only thing I hope to get done from the time I leave here until the house is sold. Is try to catch up on our bookkeeping and back taxes. As well as visit family and friends.

1

624

But I don't want to put my whole life on hold, and there are no decent $15 per hour jobs back in MI, so that isn't even an option, and I can't even consider staying with anyone other than family and friends for FREE.

So in the unfortunate event this house takes a year to sell, like it did last time, I'd like a contingency plan that at least allows me to begin my vocational training, before I wear out my welcome staying with family and friends.

I understand you love your apartment and would hate to lose it, but it makes no sense for you to have two homes here while I am homeless mooching off family and friends in MI.

So as a "contingency plan" are you willing to do this, or should I just plan on moving back in, if the sale goes long, and deal with whatever consequences that has? (Me still in bed at 2pm, in my underwear, with my bird, gun on headboard, as a realtor tries to show the place? Not an attractive thought, especially concerning my paranoia level with no alarm or surveillance system.) Or I could come stay with you, in your apartment, if you prefer? 😊

I'm trying to do you a solid by getting out of here for six months or so, as you try to sell this place, while providing me with no place to live... but I can only do that for so long.

What are your thoughts on this matter?

Thanks.
Jeff


Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

625

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.002.1636.00

EXHIBIT #15

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

2020 FEB 19 PM 1: 13

FAWN ▮▮▮ FENTON,
*Plaintiff/Wife,*

FILED FOR ENTRY_____

vs.

**Docket: 47426**

JEFFREY RYAN FENTON,
*Defendant/Husband.*

---

## NOTICE OF VOLUNTARY NON-SUIT

---

Comes now the Plaintiff, Fawn ▮▮▮ Fenton, by and through counsel, and would

hereby give notice that she will be voluntarily non-suiting her previously filed Complaint for

Divorce, which was filed in July 2018 under docket number 47426.

Respectfully Submitted,

_W. Edward Porter IV, BPR 033893_
*Attorney for Plaintiff*
222 Second Avenue North
Suite 210
Nashville, TN 37201
615-250-8000 - Office
615-242-5918 - Fax
Wedward.porter@hotmail.com

- 626

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and exact copy of the foregoing document, via USPS, this the 5th day of November, 2018, to the following:

Jeffrey Ryan Fenton
1986 Sunny Side Drive
Brentwood, TN 37027

W. Edward Porter IV

62.7

11-9-18 *JW*

# IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

FAWN ▮▮▮▮ FENTON,
*Plaintiff/Wife,*

2018 NOV -7  PM 12: 27

FILED FOR ENTRY 11/9/18

vs.

**Docket: 47426**

JEFFREY RYAN FENTON,
*Defendant/Husband.*

---

### ORDER OF VOLUNTARY NON-SUIT

---

It appearing to the Court, as evidenced by the signature of counsel below that a Notice of

Voluntary Non-Suit has been filed in the above styled cause of action.

It is accordingly **ORDERED, ADJUDGED** and **DECREED** that the Compliant for

Divorce filed by the Plaintiff, Fawn ▮▮▮▮ Fenton, is hereby voluntarily non-suited without

prejudice.

It is further **ORDERED** that the Plaintiff shall pay all Court Costs associated with said

cause of action for which execution shall issue if necessary.

Entered this the __9__ day of __Nov__ , 2018

_____
**HONORABLE**   Judge Joseph A. Woodruff

628

**APPROVED FOR ENTRY:**

W. Edward Porter IV, BPR 033893
*Attorney for Plaintiff*
222 Second Avenue North
Suite 210
Nashville, TN 37201
615-250-8000 - Office
615-242-5918 - Fax
Wedward.porter@hotmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and exact copy of the foregoing document, via USPS, this the 5th day of November, 2018, to the following:

Jeffrey Ryan Fenton
1986 Sunny Side Drive
Brentwood, TN 37027

W. Edward Porter IV

CLERK'S CERTIFICATE
I hereby certify that a true and exact copy of
foregoing has been mailed or delivered to
all parties or counsel of record.

Date _____ Clerk & Master

- 629

EXHIBIT #16

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

FAWN ████ FENTON,
*Plaintiff,*

vs.                                                Docket: _____ 47426 _____

JEFFREY RYAN FENTON,
*Defendant,*                                        COPY

---

### ANSWER & COUNTER-COMPLAINT FOR DIVORCE

---

Comes now the Defendant/Husband, Jeffrey Ryan Fenton, and files this Answer, and
Counter-Complaint for Divorce as Follows:

### ANSWER

1.    Husband admits to the statistical information and jurisdictional information
      provided in paragraph 1 of the Wife's Complaint for Divorce, with the following
      exceptions:

### HUSBAND:

o.  Date and Place of Birth:  10-8-69, Fairchild AFB, WA
q.  Education level:  HS
z.  Handicaps:  Diagnosed with Obsessive-Compulsive Personality Disorder
    (OCPD) DSM-5 301.4 (F60.5), Generalized Anxiety Disorder (GAD) DSM-5
    300.02 (F41.1), Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5
    314.01 (F90.2), and believed to also suffer from Circadian Rhythm Sleep
    Disorder (CRSD) Non-24-Hour Sleep-Wake Type (Non-24) DSM-5 307.45
    (G47.24)

2.    Admitted.

3.    Husband admits allegations of Irreconcilable Differences T.C.A. 36-4-101 a (14).

      Husband denies allegations that he is guilty of Inappropriate Marital Conduct

      T.C.A. 36-4-101 a (11) and demands strict proof thereof.

630

Husband to show that Wife is guilty of Inappropriate Marital Conduct T.C.A. 36-4-
101 a (11), since Wife secretly planned the divorce with her brother, hired an
attorney, and then locked the Husband out of all financial accounts.

4.    Admitted.

5.    Admitted

6.    Admitted

7.    The Husband denies allegations as stated in paragraph 7 of the Wife's
averments and demands strict proof thereof. The parties agreed previously for the
Husband to not work. Wife demands that Husband maintain and repair the house as
needed, as well as manage the household finances and record keeping. Wife has
specifically refused to assist with the finances, prior to moving out of the marital
residence and since has secretly seized all financial access and control. Wife further
refers to Husband as the "House Husband".

8.    The Husband denies allegations as stated in section 8 of the Wife's averments
and demands strict proof thereof.

9.    Admitted that the Husband has requested Wife spend more time with him at
home. The Husband denies the remaining allegations as stated in paragraph 9 of the
Wife's averments and demands strict proof thereof.

The Wife spends less than ONE day per Month with the Husband. She works longer
hours every day than her employer requires, often picks-up dinner on her way home,
then plays with the pets while cleaning their cages, until she is falling asleep and goes
to bed. On the weekends, Wife often spends one day volunteering at the Nashville Zoo,
or doing some other activity of interest to herself, by herself, without even inviting

631

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1293    Filed 10/13/23    DOC-002  Page 643 of 719

Husband, and the second day of the weekend cleaning some of the five aquariums which we had, while catching up on rest. Wife has been disengaged from the marriage for years, physically, emotionally, and mentally. Wife also routinely takes trips with her family, while intentionally failing to set aside any vacation time to spend with Husband. On average, Wife goes on trips without Husband, between 2-Weeks and 1-Month per year.

10.    The Husband denies allegations as stated in paragraph 10 of the Wife's averments and demands strict proof thereof.

11.    Admitted that Husband has been diagnosed with ADHD, Generalized Anxiety Disorder, Obsessive-Compulsive Personality Disorder, and is believed to suffer from Circadian Rhythm Sleep Disorder, Non-24-Hour Sleep-Wake Type. The Husband denies the remaining allegations as stated in paragraph 11 of the Wife's averments and demands strict proof thereof.

Husband denies that he is able or capable of working currently, and/or supporting himself financially. Further, Wife's daily and repeated emotional and verbal abuse of Husband, has only made his symptoms worse, decreasing his ability to work.

12.    Admitted in part and denied in part. Admitted, Husband has asked Wife not to talk bad about Husband with Wife's family. Admitted that Husband has had the passwords and login credentials, as he's been the only one managing the finances for over a decade. Husband also scans all cedit and debit cards, so that if they change, or if they are lost or stolen, the parties will have the necessary information. Wife has never once voiced a concern or a complaint about this practice. Husband keeps this sensitive data, in a multiply encrypted file on their home server, and Husband has provided Wife

632

with a copy of this encrypted file, to take along with her to work, on Wife's portable USB drive.

Husband and Wife's finances have always been joint, regardless of whose name accounts were in. Both parties maintained equal access to all of their financial accounts, until Wife decided to file for divorce, and locked Husband out of all their accounts and finances. After filing but before service, Wife failed to follow the Statutory Injunctions and not only locked Husband out of the accounts, but also reduced credit lines to keep Husband from hiring his own attorney.

The Husband denies the remaining allegations as stated in paragraph 12 of the Wife's averments and demands strict proof thereof.

13.    The Husband denies allegations as stated in section 13 of the Wife's averments and demands strict proof thereof.

14.    The Husband denies allegations as stated in section 14 of the Wife's averments and demands strict proof thereof.

15.    The Husband denies allegations as stated in section 15 of the Wife's averments and demands strict proof thereof.

16.    The Husband did not receive the Exhibit mentioned in section 16 of the Wife's averments, so Husband can neither affirm or deny the validity of Wife's allegations. Husband demands strict proof, showing dated, time-stamped communications, in a format which is generally acceptable as legal "evidence", which cannot be easily altered, showing the entire context of the conversation(s), both before and afterwards, to substantiate these allegations.

Since Wife vacated their home, Wife has been financially and legally domineering and

633

bullying Husband, while fabricating lies about Husband's character and history, as a means to justify Wife's clearly illegal actions.

17.     The Husband denies allegations as stated in section 17 of the Wife's averments and demands strict proof thereof. Furthermore, Husband asserts that he has never physically threatened or touched Wife in a harmful manner. Wife has repeatedly come and gone to the home alone, once just for $15 worth of hay and wood chips for their pet bunnies (she could have gotten at any pet store), which certainly demonstrates no fear. Ironically, Wife is a highly skilled and trained marksman, who is also certified as a "Self-Defense Handgun Instructor", certified by both the NRA and the Tennessee Department of Safety, has been extensively trained and even employed as an Instructor by the best firearms training institute in this Country (Front Sight Firearms Training Institute, located in Pahrump, NV), has received training by multiple local police departments. Wife owns over $10k in high-end assault rifles, an array of pistols, and owns more than 8,000 rounds of ammunition. Wife's firearms "resume" is attached to this Answer & Counter-Complaint for Divorce as Exhibit 'A'.

## COUNTER-COMPLAINT FOR DIVORCE

### AVERMENTS

1.     Grounds for divorce relied upon by Husband:
T.C.A. 36-4-101 a (14) Irreconcilable Differences. Wife is guilty of Inappropriate Marital Conduct T.C.A. 36-4-101 a (11).

2.     Wife has been the breadwinner in the marriage, and Husband has been a

634

homemaker when he was not Self-Employed. Wife's earning potential by far exceeds Husbands.

3.      Wife continually withholds praise and affection from Husband, often criticizing and belittling him, for how slow, or how hard it is for Husband to focus on tasks, due to Husbands ADHD, which Husband has been diagnosed with.

4.      Wife has treated Husband's mental challenges as if it were a Cancer, deteriorating the very essence of who Husband is.

5.      Wife refuses to show Husband affection, admiration, respect, loyalty, or love, blaming Husbands mental illnesses for Wife's shortcomings.

6.      Wife refuses to be intimate with Husband, except on special occasions, calling Husband "fat", stating that Wife has no desire to engage in activities of touch with Husband.

7.      At times, Wife blames her lack of sex-drive, on Husband becoming less attractive and gaining weight as he has aged.

8.      Wife isn't willing to "cuddle" with Husband, and generally distances herself, refusing to even hold-hands. The simple act of Wife sitting beside Husband, while watching Television, is almost unheard of.

9.      Wife continually seeks out activities of her interest, by herself, without inviting Husband to participate, or even taking into consideration what activities would interest Husband.

10.     Wife attended counseling prior to meeting Husband and said she had struggled with depression and ruminating upon negative thoughts, all her life. Several years ago, Wife quit attending counseling.

635

11.  At the time which they met, Husband made more money than Wife, Wife wanted
to become a police officer, not an Architect. Husband owned his own home, which he
had spent years remodeling.

12.  Husband and Wife met on Match.com. At that time, Wife's profile on Match.com
advertised that Wife was seeking a "dominate" male. As Wife began to make more, and
Husband began to make less, Wife appeared to have less desire, attraction, and
respect for Husband.

13.  Despite the fact that Husband was a blue-collar worker with only a High School
diploma, and suffered from a number of psychological challenges, Husband had worked
hard and lived independently since his mid-teens, without any parental, spousal, or
government support, by any means, at any time, prior to this marriage.

14.  Upon marrying Wife, encouraging and assisting Wife in her Career to become a
successfully licensed Architect, Husband realized that he had to make a choice:

Either to force Wife to continue living in a box (house) which is smaller than she
could afford, where Husband felt safe, where everything was customized exactly
how the Husband wanted, and where the Husband could always maintain his
independence (because of the low out-of-pocket monthly expenses of the
duplex), OR Husband needed to risk moving into a bigger box, which Wife had
worked hard to be able to afford, which Wife had earned the opportunity to
experience, which Wife had dreamed about for years, but is unfortunately larger
and more expensive than Husband could ever afford on his own.

Husband sacrificed his home, and his life of independence (which he valued above
everything, except for his Wife) to purchase Wife's "dream house".

- - 636

Now unfortunately Husband is faced with not being able to afford the marital residence, or being able to return to his previous home, where he could live safely and comfortably within his means.

15.     Immediately after purchasing Wife's "dream home", Wife hired a roofing company to replace the roof, which resulted in tens-of-thousands of dollars in damage, which the roofing company failed to fix or pay for. This forced Husband and Wife to file a civil suit against the roofing company (DCGC #12GC10602), where they won a default judgment, which then the roofing company refused to pay. Husband and Wife spent the next two years trying to levy every bank account, contract, and eventually the property of the roofing company for payment, as the roofing company played games, moving and hiding their assets to avoid payment.

16.     At the time of the roof damage, Wife agreed that Husband should quit his vocational pursuits (for a season) to repair the extensive damage and pursue the roofing company, their subcontractors, and both of their insurance companies, to collect payment. Husband and Wife were financially hemorrhaging as a direct result of the roofing damage done to their newly purchased home. That journey was without question a full-time "job" for Husband, with complete consent of the Wife, which lasted for two full years.

17.     Husband and Wife received a roofing settlement which covered most of the damage to their home, but it failed to compensate Husband for the two years of time and income which he lost.

18.     This roofing incident, along with all its costs, financially, emotionally, time-wise, etc... was by far the precipitating event which tarnished everything to follow. Even after

637

TNJudicial.org/c/a/ir002.pdf          Williamson County Chancery Court (Tennessee) (Trial Court Records)          DOC.002.L.Page 649 of 719

Case 1:23-cv-01097-PLM-RSK     ECF No. 1-26, PageID.1299     Filed 10/13/23     Page 39 of 109

the settlement was applied to their credit card debts, paying the Wife's first, a substantial amount of debt remained.

19.     This became a season where Husband's mental illnesses were exacerbated by the overwhelming challenges. Since Husband found it impossible to meet every need, he found it very difficult to prioritize and focus on the tasks at hand. Regretfully, Husband and Wife rarely prioritized tasks the same, with the needs often changing daily. Husband grew frustrated with never feeling like he could give enough to please Wife. The lack of definition and structure for Husband increased his anxiety while diminishing his ability to focus on the tasks at hand.

20.     Wife was regularly critical and condescending toward Husband regarding his ADHD.

21.     Wife's family (especially her mother), was also constantly critical and condescending toward Husband, regularly criticizing Husband to Wife within ear-shot, within Husband and Wife's own home.

22.     Wife vacillated between wanting Husband to work anywhere to not wanting Husband to work at all outside their home. This sometimes changed daily for Wife, especially after Wife began menopause, and Husband found it simply impossible to please Wife, or to have any sense of satisfaction in his work.

23.     Husband and Wife discussed different ways for Husband to receive training, to re-enter the job market, because his previous career in industrial printing had since perished. Husband and Wife executed a contract known as the "2015 Spousal Contribution & Support Agreement" (attached as Exhibit 'B'), to clearly define the expectations of Husband for the following year.

- - - 638

TNJudicial.org/e/a/jrf002.pdf        Williamson County Chancery Court Tennessee (Trial Court Records)        DOC.002.1 Page 650 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1300    Filed 10/13/23    Page 40 of 109

24.    Wife defaulted on the "2015 Spousal Contribution & Support Agreement" almost immediately after its execution. Wife insisted that Husband could continue his entrepreneurial aspirations from home indefinitely, further stating that she didn't care if Husband ever became employed again outside their home, provided that both Husband and Wife could afford to live off her salary.

25.    In 2016 Wife stated that she "would be pissed" if Husband got a job outside their home within the following year, because of the tasks which Wife wanted completed.

26.    On January 6th, 2017, Wife was involved in an at-fault collision which totaled her brand-new Toyota Prius. This totally emptied our savings.

27.    On 9/8/2017, Husband gently confronted Wife's mother, about cleaning and reorganizing all their bookshelves. As a result, Mother-In-Law become both furious and rude to Husband.

28.    On 9/11/2017 Husband reached out to Wife's brother, in an attempt to get his advice and perform some damage control with their mother. During their telephone conversation, Wife's brother told Husband, that essentially, he and his mother do not understand what value Husband brings to the marriage with Wife and asked Husband to explain to him what Husband's "contribution is". Husband was very honest with Wife's brother, answering his questions, while believing that he was trustworthy. Later Wife's brother used that exact same information to pressure his sister, Husband's Wife, to abandon and ultimately divorce the Husband.

29.    Upon Wife notifying Husband that she was filing for a divorce, Wife stated, "I'm so sorry, I did betray you.".

30.    Husband texted, "Your family won." To which Wife replied, "yes, my family won."

639

31.     Upon separation, Wife entered into a 14-month lease for an apartment, which has substantially increased the monthly marital expenses, resulting in additional credit card debt.

32.     Upon separation, Wife changed the credentials and contact information on all bank and credit accounts, later reporting the cards "lost or stolen", thereby cutting-off and preventing Husband from accessing any financial accounts, to view expenditures, or to have direct access to any funds.

33.     Upon separation, Wife repeatedly refused to provide Husband with a copy of any and all bank, credit, and other financial statements (except for the one credit card which Wife temporarily "allowed" Husband to use, for his monthly consumables), further exerting Wife's financial dominance over Husband. Finally, on 8/28/2018, under pressure by Husband, Wife conceded and supplied Husband with those statements to date. No further financial statements have been received from Wife since.

34.     Wife has repeatedly insisted upon litigating a contested divorce, knowing that Husband has not and cannot afford legal counsel, rather than working together toward a much more affordable collaborative divorce, thereby causing credit card debt to continue to rise, as Wife exerted her legal dominance over Husband.

35.     The significantly increased credit card debt, caused by the Wife's unilateral choices, has substantially reduced the Husband and Wife's equity in their home, and their overall estate, without Husband having a choice in the matter.

36.     After Wife locked Husband out of all financial account, she provided Husband with a single Bank of America Visa (#3997), with an initial credit limit of $13,000, for Husband to purchase his consumables and pay for any other expenses.

- 640

TNJudicial.org/ccla/jf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC.002 - Page 652 of 719

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-26, PageID.1302   Filed 10/13/23   Page 42 of 109

37.     On 7/28/2018, Wife reduced the credit limit on the Bank of America Visa (#3997) from $13,000 to $5,000, which left over a $4,000 negative balance on the card, rendering it useless to Husband. Within a few days, Wife filed a "lost or stolen" dispute with Bank of America, cancelling Husband's credit card altogether. This action alone, made it financially impossible for Husband to afford a legal retainer, to hire an attorney to represent Husband against Wife, further advancing Wife's financial and legal leverage and dominance over the Husband.

38.     On 8/11/2018, Wife provided Husband with a new Chase Visa (#6282), with only a $1,000 credit limit, while denying Husband credentials to monitor his account activity online, with such a small spending allowance. Husband complained that the credit limit was insufficient to meet his needs, and certainly prevented Husband from hiring any legal counsel, but Wife was unwavering in her pursuit of financially limiting the Husbands access to funds.

39.     On 10/2/2018, Wife notified Husband that she had cancelled his new Chase Visa (#6282), thereby cutting-off all access which Husband had to any of the marital income, credit, and finances. Contrary to Wife's previous promises to pay for hiring Husband an attorney, whenever Husband deemed it necessary, Wife stated, "As far as paying for your attorney and all of your other imagined expenses, I will pay what the court orders me to, when we get to that point." Despite what has been said before or since, Wife has yet to pay a dollar towards Husband's legal counsel or defense.

· 641

TNJudicial.org/c/a/irf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC.002 | Page 653 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1303    Filed 10/13/23    Page 43 of 109

WHEREFORE, HUSBAND PRAYS:

1.      That Husband be awarded a Final Decree of Absolute Divorce on the grounds of Irreconcilable Differences or Inappropriate Marital Conduct;

2.      For the Court to approve the Marital Dissolution Agreement, should the parties agree to enter into one.

3.      For all right, title, and interest in the personal property already in the Husband's possession to be divested out of the Wife and vested in the Husband as his separate property;

4.      For all right, title, and interest in the personal property already in the Wife's possession to be divested out of the Husband and vested in the Wife as her separate property;

5.      For Wife to pay reasonable attorney's fees, to hire legal Counsel for Husband, as she promised, prior to mediation, trial, or any further litigation.

6.      For the court to task costs, if necessary and award Husband his reasonable costs of prosecuting this matter, including a reasonable attorney's fees.

7.      That the Husband be awarded alimony such that he can maintain his own residence, with a similar standard of living.

8       That the Husband be awarded the necessary funds for vocational training, to eventually be able to support himself again, regaining his independence.

9.      That the Husband remain on the Wife's health insurance policy, to ensure no gap in mental or physical health care.

10.     That the Husband be awarded such general relief to which the Husband may prove entitled including, but not limited to, those items prayed for above;

11.     That the Wife be served with this suit and be required to answer as prescribed by law;

12.     For the court to make an equitable distribution of the marital assets in this cause and deem non-marital property and assets separate.

642

Respectfully Submitted,

Jeffrey Ryan Fenton, pro-se
1986 Sunny Side Drive
Brentwood, TN 37027
Phone: (615) 837-1300

- - - 64 3

STATE OF TENNESSEE         )
COUNTY OF _Williamson_     )

I, JEFFREY RYAN FENTON, being first duly sworn according to law, makes oath that I
have read the foregoing Answer & Counter-Complaint for Divorce, knows the contents
thereof, and that the same is true and correct to the best of my knowledge, information,
and belief; that this Counter-Complaint is made for the causes mentioned therein; and
that I am justly entitled to the relief therein sought.

JEFFREY RYAN FENTON

Sworn to and subscribed before me this _30_ day of _October_, 201_8_.
Witness my hand and official seal.

Notary Public

**My Commission Expires**
**July 6, 2020**

My Commission Expires: _____

64 4

Exhibit 'A'

# FAWN T. FENTON

1986 Sunny Side Drive, Brentwood, Tennessee 37027
Email: ███████████
Tel: (615) ██████

*Self-Defense Handgun Instructor*

## CERTIFICATIONS & AFFILIATIONS

- **NRA Certified Basic Pistol Instructor**
- **Tennessee Department of Safety Concealed Carry Instructor**
- **Front Sight Firearms Training Institute Handgun Instructor, Pahrump, NV**
- **CCWP Instructor at The Range Incorporated, Centerville, TN**
- Nashville Police Department Citizens Police Academy, Summer 2008
- Mount Juliet Police Department Citizens Police Academy, Spring 2004
- Member of the NRA since 2004, Life Member since 2012
- Training with NRA Refuse To Be a Victim Program
- Member of the United States Practical Shooting Association since 2003

## TRAINING

- Front Sight Firearms Training Institute, 4-Day Practical Rifle (FN-FAL & AR15), January 2018
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, March 2013
- Front Sight Firearms Training Institute, 4-Day Armorers Class – AR15, March 2010
- Front Sight Firearms Training Institute, 4-Day Line Coach – Defensive Handgun, March 2010
- Front Sight Firearms Training Institute, 4-Day Instructor Development, February 2009
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AR-15), February 2008
- Front Sight Firearms Training Institute, Handgun Master Prep, January 2007
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, January 2006
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AK-47), January 2005
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2003
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2002
- Tactical Response, 2-Day Fighting Pistol, May 2004
- The Range Incorporated, Advanced Handgun II, November 2003

64.5

- The Range Incorporated, Advanced Handgun I, April 2003
- The Range Incorporated, State Concealed Carry Course, February 2003
- HGR Firearms NRA Basic Pistol Instructor Certification Course, June 2006
- Vanderbilt Rape Aggression Defense Systems, December 2003

---

### REFERENCES

JOHN HUTCHERSON ■ Owner, The Range Inc. Instructor, DCSO Correctional Officer
T: (615) 662-6815, Nashville, TN   therange@bellsouth.net

RICK MORELLO ■ Front Sight Firearms Operations Manager, Instructor
T: (800) 987-7719, Pahrump, NV   morello@frontsight.com

MARK ▮▮▮▮▮▮   Brother, U.S. Marine Veteran
T: (949) 565-6204, Lake Forest, CA   mark.▮▮▮▮@live.com

646

Page 1 of 3

*Exhibit 'B'*

## 2015 SPOUSAL CONTRIBUTION & SUPPORT AGREEMENT

**1. PARTIES**
This is a Legally Binding Agreement entered into this ___11TH___ day of October, 2014, between HUSBAND, Jeffrey R. Fenton, and WIFE, Fawn T. Fenton, of 1986 Sunny Side Drive, Brentwood, TN 37027.

**2. PURPOSE**
The purpose of this Agreement is to clearly define the contributory RESPONSIBILITIES and EXPECTATIONS of the HUSBAND, both financial and otherwise, from the date of execution through January 1st, 2016. The overall intent of this Agreement is to define the conditions of a financially supported "re-training" period for HUSBAND, to help equip him to re-enter the workforce, while providing TIME for HUSBAND to also bring the family's financial records current.

**3. BENEFITS FOR HUSBAND**
The benefit of this Agreement for the HUSBAND is to provide him a clearly defined sense of purpose during this season, while allowing him the time, structure, and support needed to complete training that should help equip him to make a more significant financial contribution to the family, while pursuing a profession which he finds more interesting and fulfilling. This Agreement defines exactly what the HUSBAND must DO during this season, in order to be deemed "DOING HIS SHARE" to help support the family. This Agreement does not address common household chores and other shared responsibilities of every family, but specifically speaks to his OCCUPATIONAL pursuits and contributions during this time. This Agreement allows HUSBAND an OPPORTUNITY for RE-TRAINING, financially sponsored by the WIFE for a specific term, provided that HUSBAND meets and maintains the conditions of this Agreement, as stated herein. Should he continue to do that, there are NO expectations for HUSBAND to earn money during this short season.

**4. BENEFITS FOR WIFE**
The benefit of this Agreement for the WIFE is the assurance of HUSBANDS continued and measurable progress toward financial objectives important to the WIFE, including the completion of several years of bookkeeping and back tax filings, while allowing HUSBAND a defined period of TIME to re-train for the job market. Likewise, this Agreement also provides WIFE with the security of having pre-defined consequences that would immediately benefit the family financially, IF HUSBAND should fail, fall-short, or otherwise default on his commitments herein.

**5. TERM**
The TERM of this Agreement shall be from the date of its full execution by both parties, through all of 2015, and absolutely expires in its entirety on January 1st, 2016. At that point the sponsored "re-training period" will be deemed OVER. Regardless of where HUSBAND is with his training and professional development at that time, he MUST obtain paying work, whether through self-employment or hiring on with a firm, to begin making a regular financial contribution to the family again.

**6. WORK PURSUITS**
Only the following FIVE types of tasks are allowed, per this Agreement, to count as WORK pursuits:
- Financial Work (bookkeeping, taxes, etc…).
- Client Work (should be billable or to meet client commitments, including all work for Innovative HVAC, regardless of billing status).
- Training & Practice at CAD/REVIT/DRAFTING/MODELING/RENDERING/GRAPHICS.
- Maintenance Work at the Duplex (NOT on our home at Sunnyside).
- Approved "Vacations".

Per this Agreement, the time allocation per TASK is flexible and up to the HUSBAND'S discretion, provided that the total hourly WORK commitment is satisfied.

**7. PERSONAL PURSUITS**
For the purposes of this Agreement, the following activities are considered PERSONAL in nature, the time from which can NOT be counted toward "Work Pursuits":
- Work on OUR own websites or blogs (Meticulous Marketing or otherwise).
- Recovery and marriage work (counseling, groups, personal development, etc…).
- Home ADMIN time on our personal computers and network.
- Household maintenance, chores, health care, pet care, exercise, etc…

*2015 SPOUSAL CONTRIBUTION & SUPPORT AGREEMENT*

*HUSBAND Initial:* ___ *WIFE Initial:* ___

647

Page 2 of 3

**8. COMMITMENT** HUSBAND agrees to devote 35 hours per week to WORK pursuits. (Breaks, lunches, personal tasks, etc... do not count.) This commitment is to WORK 7 hours per day, five days per week, and will be averaged and must QUALIFY on a MONTHLY basis. "Vacation Days" count as 7 hours worked, but must be pre-approved by both parties, and shall not exceed 10 days per year. (Vacation days can NOT be used to compensate for a short-fall in time.) "Sick days" must be made-up within the calendar month or within two weeks when following a significant end-of-month illness.

**9. DEFAULT** In the event that HUSBAND fails to meet the hourly WORK commitment for any single calendar month, the following consequences are herein agreed to and must immediately take place:
- HUSBAND must obtain a part-time JOB (working from home is not allowed in this circumstance), for a minimum of 20 hours per week, and a duration of at least 90 days, before a "second chance" will be EARNED and can be attempted (at the HUSBANDS option). Two "second chances" are guaranteed to HUSBAND provided that these conditions are met; however, this shall NOT extend the January 1st, 2016 EXPIRATION of this Agreement.
- IF HUSBAND fails to meet the monthly WORK commitment AFTER receiving two "second chances", then HUSBAND must CONTINUE part-time employment throughout the remainder of his "training" and/or his professional development. All "WIFE sponsored" training would cease at that point.

**10. ADDITIONAL COMMITMENT** HUSBAND further agrees to catch-up all bookkeeping for the family and to bring Federal Income Tax Filings current (through the 2014 tax year) by the expiration of this Agreement, on or before January 1st, 2016. This is considered an IMPORTANT part of HUSBAND'S WORK (family contribution) during this season of re-training.

**11. SUPPORT** In addition to being the sole provider of financial provision during this season, WIFE agrees to provide HUSBAND with the following support:
- To provide HUSBAND with 1-2 hours of drafting training per week, covering the topics which WIFE feels are most significant to HUSBANDS success in the profession.
- To view HUSBANDS time management logs DAILY and question any unexpected discrepancies in his commitment. (The goal here is to help encourage HUSBAND to KEEP his commitments, not to "bust him" for breaking them. Please don't nag, just stay in "tune" and lovingly communicate any concerns, while there is still time to take corrective action.)
- During weekly training sessions, openly review time logs with HUSBAND from prior week, communicating whether or not HUSBAND is "on schedule" to succeed that month and if any changes need to be made to maintain his commitments.
- Check sealed envelope on dresser DAILY, to ensure that PC passwords are still protected. IF this is ever NOT the case, mention to HUSBAND EACH DAY until he corrects the situation.
- Check office webcam feed randomly, at least once EACH DAY, and call HUSBAND whenever not visibly working or if feed is ever down. (If working, don't call, keep the suspense alive.)

WIFE'S failure to provide any of the support listed above, other than financial, shall NOT constitute a breach in this Agreement.

**12. FRUGALITY** Both HUSBAND and WIFE agree to be frugal with their spending and to conserve wherever reasonably possible, throughout the 2015 year, to help minimize debt accrued by their family during this season.

**13. POTENTIAL EXCEPTION** IF for any reason WIFE'S employment is terminated or her financial capacity is otherwise diminished, and HUSBAND or WIFE deem it is necessary for HUSBAND to seek immediate employment to help sustain the family financially, this Agreement shall be "POSTPONED" until such a time as WIFE'S financial capacity is restored. Under that circumstance ALONE, would the term of this Agreement be extended beyond the January 1st, 2016 expiration date. In such an emergency, the extension shall be equivalent to the number of days that HUSBAND expends seeking employment and working.

*2015 SPOUSAL CONTRIBUTION & SUPPORT AGREEMENT*    HUSBAND Initial: ___ WIFE Initial: ___

648

14.  **COMPLIANCE**    Should HUSBAND fail to meet his hourly WORK commitment, thus defaulting on this Agreement, AND refuse to obtain a part-time job, pursuant to the terms defined herein, then HUSBAND shall FORFEIT his opportunity and right for all "second chances". At that point WIFE shall have the right, and would be advised to contact Psychologist Dr. Pat Carmody for assistance in holding HUSBAND "accountable" to complying with the agreed consequences of defaulting on this Agreement, and to OBTAIN A JOB!

Similarly, provided that HUSBAND meets his hourly WORK commitments, as defined herein, WIFE shall have NO GROUNDS for holding ANY financial expectations or resentment over HUSBAND during the term of this Agreement. HUSBAND shall then be acknowledged as fully "DOING HIS SHARE" for the support of their family during this season. WIFE shall take ownership of her issues or concerns regarding the HUSBAND'S contribution during this time, provided that this Agreement is adhered to by HUSBAND, and it shall be deemed the WIFE'S responsibility to resolve her anxiety and/or distress between herself, Psychologist Dr. Pat Carmody, and God.

Quarterly meetings shall be held between HUSBAND, WIFE, and Psychologist Dr. Pat Carmody, to review our progress and adherence to this Agreement, and as an opportunity to voice any concerns between the parties. The role of the psychologist during these meetings is to help us communicate and resolve our differences, while holding us both ACCOUNTABLE to adhering to the conditions of this Agreement, so that the full benefits of this initiative may be realized by our family.

**THIS IS A BINDING LEGAL DOCUMENT.**

**BY SIGNING BELOW EACH PARTY AGREES TO BE BOUND BY THE CONDITIONS AND COMMITMENTS OF THIS AGREEMENT IN ITS ENTIRETY. NO ONE WAS PRESSURED INTO SIGNING THIS DOCUMENT. RATHER EACH PARTY FOUND THIS AGREEMENT TO BE PERSONALLY BENEFICIAL BOTH NOW AND HOPEFULLY FOR THE YEARS TO COME.**

**Jeffrey R. Fenton**                                    **Fawn T. Fenton**
HUSBAND                                                   WIFE

HUSBAND SIGNATURE                                        WIFE SIGNATURE
        10/11/2014                                               10/11/2014
DATE SIGNED                                              DATE SIGNED

*2015 SPOUSAL CONTRIBUTION & SUPPORT AGREEMENT*          HUSBAND Initial: _____ WIFE Initial: _____

649

# Payment Receipt

## Williamson County - TN - Chancery

Paypal Transaction ID:     818217103S342200K
Date:                      10/30/2018 1:57:31 PM
Payer Name:                METICULOUS MARKETING LLC Jeffrey R Fenton
Payer Address:

| Year | Receipt | CityCode | name | due |
|------|---------|----------|------|-----|
| Docket No.: 47426 | Fee Description: counter claim | | Jeffrey R Fenton/Meticulous Mktng | $100.00 |
| | | | Percentage Fee | $2.57 |
| | | | Fixed Fee | $0.30 |
| | | | **Total: $102.87** | |

650

EXHIBIT #17

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Friday, November 9, 2018 10:13 PM |
| **To:** | Jeff Fenton |
| **Subject:** | FW: Put divorce on hold for now |
| **Attachments:** | Fenton - Notice of Non-Suit - 11-5-18.docx; Fenton - Order of Dismissal - 11-5-18.docx |

2020 FEB 19  PM 1: 13

FILED FOR ENTRY

Hello,
Here is the last correspondence I've had with my attorney. I assume we're waiting for the court to return a stamped copy of these papers back to my attorney.
I'll check in with him next week.

**From:** Edward Porter <WEdward.Porter@hotmail.com>
**Sent:** Tuesday, November 6, 2018 4:45 PM
**To:** Fawn Fenton <
**Subject:** RE: Put divorce on hold for now

Fawn,
I have attached the word documents. I currently don't have a paper copy in hand.
Thanks,
Edward

## W. Edward Porter IV

Attorney at Law
222 Second Avenue North
Suite 210
Nashville, TN 37201
(615) 250-8000 – Office
(615) 242-5918 – Fax

Note: This information contained in this electronic transmission is intended only for the person or entity to which it is addressed and it may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. Any review, retransmission, dissemination or other use of, or taking of any action reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this communication in error, please notify the sender upon receipt and destroy the materials contained in·this message.

**From:** Fawn Fenton <
**Sent:** Tuesday, November 6, 2018 2:38 PM
**To:** Edward Porter <WEdward.Porter@hotmail.com>
**Subject:** RE: Put divorce on hold for now

Thanks Edward... can you send me a PDF copy of the request you sent in?

Thanks again,
Fawn Fenton

1

- 651

**From:** Edward Porter <WEdward.Porter@hotmail.com>
**Sent:** Monday, November 05, 2018 1:25 PM
**To:** Fawn Fenton <fawn.tiffany@outlook.com>
**Subject:** RE: Put divorce on hold for now

Fawn,
I have sent it in. It should be entered and signed this week. Jeff did file a counter and he will have to do the same thing. Once I receive a copy of the Order I will send one to you.
Thanks,
Edward

## W. Edward Porter IV

Attorney at Law
222 Second Avenue North
Suite 210
Nashville, TN 37201
(615) 250-8000 – Office
(615) 242-5918 – Fax


Note: This information contained in this electronic transmission is intended only for the person or entity to which it is addressed and it may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. Any review, retransmission, dissemination or other use of, or taking of any action reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this communication in error, please notify the sender upon receipt and destroy the materials contained in this message.


**From:** Fawn Fenton <█████████████████>
**Sent:** Friday, November 2, 2018 1:29 PM
**To:** Edward Porter <WEdward.Porter@hotmail.com>
**Subject:** RE: Put divorce on hold for now

Thanks Edward – can you tell me approximately what the time-frame of this is?
How long till you send in the notice of non-suit; how long before the court then issues a dismissal order; will you or I get a copy of the dismissal order?

Best,
Fawn Fenton


**From:** Edward Porter <WEdward.Porter@hotmail.com>
**Sent:** Thursday, November 01, 2018 5:48 PM
**To:** Fawn Fenton <█████████████
**Subject:** RE: Put divorce on hold for now

I will send yours in and I will send a copy to him that he can mimic. No need for your signature.
Thanks,
Edward

## W. Edward Porter IV

Attorney at Law

2

- 652

222 Second Avenue North
Suite 210
Nashville, TN 37201
(615) 250-8000 – Office
(615) 242-5918 – Fax

Note: This information contained in this electronic transmission is intended only for the person or entity to which it is addressed and it may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. Any review, retransmission, dissemination or other use of, or taking of any action reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this communication in error, please notify the sender upon receipt and destroy the materials contained in this message.

**From:** Fawn Fenton <​███████████>
**Sent:** Wednesday, October 31, 2018 12:34 PM
**To:** Edward Porter <WEdward.Porter@hotmail.com>
**Subject:** RE: Put divorce on hold for now

Hi Edward,
Yes, if you could please send in a notice of nonsuit... do I have to sign that?

Jeff does not have an attorney – is there a form he can fill out and file to voluntarily dismiss the case also?
Thank you,
Fawn Fenton

**From:** Edward Porter <WEdward.Porter@hotmail.com>
**Sent:** Tuesday, October 30, 2018 4:08 PM
**To:** Fawn Fenton <​███████████>
**Subject:** RE: Put divorce on hold for now

Fawn,
I apologize, as soon as I sent the email yesterday I left for court in Gallatin and took for granted that your email would be a simple thanks. To answer your question, I can send in a notice of non-suit but if he has filed a counter-complaint he will have to file that as well. Please let me know how I need to proceed.
Thanks,
Edward

## W. Edward Porter IV

Attorney at Law
222 Second Avenue North
Suite 210
Nashville, TN 37201
(615) 250-8000 – Office
(615) 242-5918 – Fax

Note: This information contained in this electronic transmission is intended only for the person or entity to which it is addressed and it may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. Any review, retransmission, dissemination or other use of, or taking of any action reliance upon this information by

3

653

TNJudicial.org/cafirf002.pdf — Williamson County Chancery Court Tennessee (Trial Court Records) — DOC-002 | Page 665 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1315    Filed 10/13/23    Page 55 of 109

persons or entities other than the intended recipient is prohibited. If you receive this communication in error, please notify the sender upon receipt and destroy the materials contained in this message.

**From:** Fawn Fenton <████████████████>
**Sent:** Monday, October 29, 2018 12:24 PM
**To:** Edward Porter <WEdward.Porter@hotmail.com>
**Subject:** RE: Put divorce on hold for now

Edward,
Thanks very much for the reply.... however, Jeff says he consulted with an attorney this morning who advised him that we must withdraw the complaint in order for Jeff to be satisfied.
Is that something you can do today?
If not today, then Jeff will file his answer to the complaint tomorrow, to prevent the possibility of a default motion. Then after tomorrow, we would both have to withdraw our case. (I guess something like, we would file a motion to dismiss, and Jeff would file to dismiss his counterclaim?)
Let me know...
Thanks again.
Fawn Fenton

**From:** Edward Porter <WEdward.Porter@hotmail.com>
**Sent:** Monday, October 29, 2018 11:56 AM
**To:** Fawn Fenton <████████████████>
**Subject:** RE: Put divorce on hold for now

Fawn,
I am glad to hear this news and I hope that this plan of action works for you and your husband. Per your request I will put this file away, take no action on it and await word from you as to how you wish that I proceed. Please feel free to reach me at any time but until further notice I will not be actively working on your divorce.
Thanks,
Edward

## *W. Edward Porter IV*
Attorney at Law
222 Second Avenue North
Suite 210
Nashville, TN 37201
(615) 250-8000 – Office
(615) 242-5918 – Fax

Note: This information contained in this electronic transmission is intended only for the person or entity to which it is addressed and it may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. Any review, retransmission, dissemination or other use of, or taking of any action reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this communication in error, please notify the sender upon receipt and destroy the materials contained in this message.

**From:** Fawn Fenton <████████████████>
**Sent:** Monday, October 29, 2018 9:56 AM

4

654

**To:** Edward Porter <WEdward.Porter@hotmail.com>
**Subject:** Put divorce on hold for now

Edward,

I am at the Williamson County courthouse now, and I just talked to the court clerks... they said that nothing with the case will move forward as long as you don't file anything. So let's not file any motions for awhile... no motion for default, or any others. I left you a voicemail earlier, that Jeff is now agreeing to sell the house, and move out voluntarily, so that we will have no joint assets, and can then change the divorce to be an "uncontested" divorce in the future.

The timeline we've agreed to is (plus or minus a few weeks): get the majority of our personal property moved out of the house by the end of January; have house listed for sale around first of February; hopefully accept an offer by April (latest May), close by June; split the proceeds 50/50, and pay down our respective credit card debts as much as possible; and then re-file the divorce in maybe July 2019.

Jeff finally realized that by going forward with a trial, he is likely hurting himself more than me, and he says he's accepted the reality that selling the house will help us both the most. Plus he is very hung up on wanting an "uncontested" divorce rather than a contested divorce. So I am going to trust him to stick to this plan for now, since it's far and away better than me continuing to pile costs on my credit cards.

**I will try to call you again a little later.**
Thanks,
Fawn Fenton

Sent from Samsung Galaxy smartphone.

5

- 655

"VERBAL SETTLEMENT AGREEMENT"

**Jeff Fenton**

| | |
|---|---|
| From: | Fawn Fenton < [redacted] > |
| Sent: | Saturday, October 27, 2018 5:31 PM |
| To: | Jeff Fenton |
| Subject: | Your texts re: settling |



EXHIBIT #18
2020 FEB 19 PH 1:13

FILED FOR ENTRY_____

I am reading your texts coming in now that you've been writing today.
Overall I think I am agreeable to this, but I want to try to make sure we're on the same page.

The basic idea is that I withdraw the complaint, so there is no divorce action pending, and we let things sit until after we've sold the house and divided money and stuff on our own. Then we can easily file an uncontested divorce and probably wouldn't even have to go to court. Right? I agree, the less the court has to get into our finances and personal business, the better.

This would all be informal between us, right? No long-ass legaleze contracts between us? I would MUCH prefer that. I have no desire to "screw you over" in any way, I do not want either of us to go through any more pain than necessary at this point. (FYI, I am putting numbers on these points below just to organize events in my brain; I am not trying to make this look like a contract or something.)

1.) So I would withdraw the divorce complaint on Monday, and verify with the court clerk that that stops or lifts the temporary restraining order, so we can move/sell stuff at will after that. (Or, I will find out if there are any other actions I need to take to put the divorce on hold in order for us to have the freedom to do whatever we want with the "marital stuff".)

2.) At that point, we would take some time to sell and store some of our stuff, right? Can we say the goal would be to have our activities done so that the house could be listed in 2 or 3 months maximum? This is the time-frame which worries me, since you always need way more time than a regular person to do things. I would be worried that you would ask for another month... and then another month.... And I wouldn't want it to drag out, because my expenses are increasing for as long as this continues, and plus we want to list it by spring. Can we say we'd have our "stuff" situated such that the house could be listed by the end of January or 1st of February? (And if you want to uninstall the security system and take it with you, I'm fine with that.)

3.) Then we would meet at Judy's and you would sign a quit-claim, and your reason is because you do not want to have to be involved in the sale of the house, right? So you could just turn your back on it and not have to watch, and I will deal with all of the sale activities? We might want to instead keep you on the deed, but you sign a POA so that I can do all of the sale transactions without you. I am thinking that would allow Judy's office to write each of us a check directly to split the proceeds of the sale (at the end). Otherwise, if I was the only person listed as an "owner" of the house, then all of the proceeds would go into my name, and it might be more difficult to give you half. We don't want it to be looked at by the IRS as a "gift" or some other taxable event. If we are (were) both owners, and we each take some of the proceeds, then none of that would be taxable.

4.) So when our stuff is satisfactorily stored or moved (just for putting the house up for sale)... I would get the fish tank cleaned up and out of there to storage, and I would get my stuff out to the greatest extent possible. And then the real estate agent could list it for sale... And you would take off to Michigan. So maybe we could have it put on the market by early February?

5.) That seems good because then it would be listed for sale during the spring, and hopefully we would get a good offer by April or May, and close in May or June at the latest. (While it's on the market, we could finish getting the rest of our stuff out of there also.) The proceeds could go into an account held by Judy's office, and then we could split it 50/50, and Judy's office could write us each individual checks. (Maybe we should ask Judy... I wonder if you should "gift" your ownership of the house to your mom or something.... So that your mom and I are officially on the deed as the joint owners of the house.... Then Judy could write the final checks directly to me and your mom, and that way there would be no record of you ever having received money out of the sale of the house, so that if you proceed with your BK, that doesn't come into question....?)

1

656

6.) Between now and when we each get our half of the proceeds from the house, I would just give you $500 per month ($250 out of first paycheck and $250 out of 2nd paycheck, ok?)

7.) Then after everything from the sale is done and we have no more joint anything, hypothetically in June or so, we would just fill out the standard forms for an uncontested divorce, and turn those in to the court, no lawyers involved.

8.) I would then agree to give you $1,750 per month for 6 years in alimony, roughly June 2019 through June 2025. The divorce should record as final a month or two later.

9.) Oh, and I would still ask Ken to keep you on our health insurance through the end of 2019.

Does that all sound like an accurate summary of what you would be agreeable to?

I am good with this plan, if you are.

Thank you for reconsidering everything.

2

657

EXHIBIT #19

## Jeff Fenton

**From:** (615) ████ <16158371301.1615333737███km4F34MBb9@txt.voice.google.com>
**Sent:** Monday, October 22, 2018 12:56 AM
**To:** 837.1301@gmail.com
**Subject:** New text message from (615) ████

2020 FEB 19  PM 1: 13

FILED FOR ENTRY_____

 Voice

I wish you could be healed. I never thought this would get so bad. You're a good person trapped inside your unhealthy mind. I've cried and screamed and prayed, but to no avail. Please take good care of Tweetie.

<u>YOUR ACCOUNT</u>        <u>HELP CENTER</u>        <u>HELP FORUM</u>

To edit your email preferences for text messages, go to the <u>email notification settings</u> in your account.

**Google**

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

- 668

## Jeff Fenton

| | |
|---|---|
| **From:** | (615) ████ <16158371301.1615333737█km4F34MBb9@txt.voice.google.com> |
| **Sent:** | Monday, October 22, 2018 1:12 AM |
| **To:** | 837.1301@gmail.com |
| **Subject:** | New text message from (615) ████ |

 **Voice**

I am so sad. It's like you've developed cancer and I've helplessly watched you die over the years. The person you once were is gone now.

YOUR ACCOUNT     HELP CENTER     HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

**Google**

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

- 659

**Jeff Fenton**

| | |
|---|---|
| **From:** | (615) ████ <16158371301.1615333731.km4F34MBb9@txt.voice.google.com> |
| **Sent:** | Monday, October 22, 2018 1:42 AM |
| **To:** | 837.1301@gmail.com |
| **Subject:** | New text message from (615) 33████ |

Voice

I'm so terribly sad for you, for both of us. The illness has taken everything.

YOUR ACCOUNT          HELP CENTER          HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

Google

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

· 660

## Jeff Fenton

| | |
|---|---|
| **From:** | (615) ███████ <16158371301.1615333737█km4F34MBb9@txt.voice.google.com> |
| **Sent:** | Monday, October 22, 2018 1:47 AM |
| **To:** | 837.1301@gmail.com |
| **Subject:** | New text message from (615) ███████ |

 Voice

No, I'm exhausted. To say I never tried is more proof of how blind you are. To say I am bullying you is ridiculous, and again is more oproof of your blindness. So very sad.

YOUR ACCOUNT        HELP CENTER        HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

Google

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

661

Fawn Fenton
(615) ▓▓▓ · mobile

EXHIBIT #20

I'm watching the video with you holding the umbrella on the front porch. I love you and miss you Tootie!

2020 FEB 19 PH 1: 13

FILED FOR ENTRY

Oct 11, 2018



Fawn Fenton
Adkisson & Associates Archit...
Architect
(615) 298-9829 Work
(615) 333-7377 Mobile
fawn.fenton@live.com
ffenton@adkissonarchitects....
fawn.tiffany@outlook.com
3322 West End Ave, Suite 103
Nashville, TN 37203

Want to go to the zoo with me tomorrow? You could show me the new stuff.

NOT even the ZOO?



Oct 12, 2018

 I sorry.

Fawn Fenton (mobile) · Oct 13, 2018

Dang! You must really not trust yourself!

We had a LOT of GOOD times, you know!?!?!

Oct 13, 2018

I want to get your drive data done and back yo you before my court response is due. Can I pick it up from you today so I can get the data transfering? Maybe at the hyatt, target, or the entrance to your apartments?



Oct 14, 2018

 Oh hello
Sorry I haven't looked at phone in awhile
Ok yes, you can come to my apartment if you want.

Fawn Fenton (mobile) · Oct 14, 2018

662

Ok, w' is the addrrss? I know i recorded with cal' 'h brendan, but i didn't write it down, since you didn't want me to have.

Still have it in encrypted conversayions directory. But never wrote it down.

I was just looking for an alternative "MyBook" or something to let uou borrow. But they are slow as fuck, plus i'd need to move data off and reformeat first. So using your drive would be MUCH quicker!

Oct 14, 2018




Ok, you just have to promise not to linger... you can come in for a minute if you want, but then go without arguing. Ok?

Fawn Fenton (mobile) · Oct 14, 2018

Sure. Just let me visit with the kids for a moment, won't sat much to you. Just need to pickup drive, have ready for you in twp days.

I've never seen the place, i,m kida curious. I'm looking around the crawl space and freaking out at needing to fit all that inside a one bedroom apartment.

Oct 14, 2018




Ok. From OHB, turn right at Stone Brook Drive across from Panera/Target... go all the way up hill. Do not turn left on Fox Ridge drive... keep going up past that. The road dead-ends at the entry to the Brentwood Villas condos... turn left right before you go in there, to ███████████ apartments.

Fawn Fenton (mobile) · Oct 14, 2018

Hot a feeling will end up tenting a pickup for a week again and take a lot to the dump. Just no space... and i want one bedroom apartment to be comfortable, not clutter fucked.

Oct 14, 2018




I am the very first building closest to the entry driveway, Bldg A. Park anywhere, there's no assigned parking or anything. I am 102, down the first set of stairs closest to the end of the bldg.

Fawn Fenton (mobile) · Oct 14, 2018

Ok, in now a good time? Need to brush my teeth. Want me to bring Tweetie?

See, now I don't need to worry about you serving me anymore.

Do you want me to bring Tweetie food and trade pup pup for tweetie until tomorrow morning?

Now i can help drop off & swap.

Up to you.

- 663



Oct 14, 2018



No, I don't want to t   e puppy.
You can bring tweetie if you want, of course.
Now is fine.

Fawn Fenter                   14,

Ok, give me a minute to wrangle her into her diaper. She eats all healthy food now, hasn't had a sunflower seed since you left. She still seems to be balding a but on the top... probable needs mire fruit and veggies... haven't been shopping much lately. Give me a few and I'll head your way. Need anything?

I swear when i don't put diapwr on her once per week, she acts like I,m fixing to cook her in soup.

So for the sake of speed: queen sheets, ete med check, and slave drive. Thank you! On our way!

Terry Huff did file a claim with BCBST, for out of network benefits, probably will be between $200-$500, so please let me know when you get it, because counseling is getting to be really hard for me to pay for. Thanks!

Thanks for trusting me to come visit your sanctuary. I promise not to ever lurk, drop by unannounced, stalk, etc... this shall remain your safe place!

Do you want that top wood cabinet that goes over top of the aquarium we put it in a crawl space but I'm going to be taking a lot of junk to the trash eventually do you want me to trash that we never used it or do you want me to keep it just in case and you're going to take it into storage someday let me know thanks

I skipped right past saying HI to Cute-Cute! Poor Baby Bunny!

Did you ever pay your attorney more money, or still just the original retainer?

I'm wondering, since we are both agreeable to selling the house now, why we are paying attorneys to fight? It just seems like a waste of money!

All that is left to decide on is rehabilitative training and alimony. We know the range there. Surely we could work that out ourselves, before i am forced to retain a layer this week, to answer your complaint. What are your thoughts?

There's really not much left to fight over!

I will need some TIME to downsize and transition either way, but from what I understand, the court is perfectly understanding about that.

As for me getting a job, I will once the bulk of this is over, but right now I'm staring at rhe most daungting task of MY LIFE! Fighting in court will only make that take longer!

What are your thoughts?

Not in the mood for me to drop it off tonight?





I sorry, I was busy cooking dinner, and then other pet chores, didn't look at phone for awhile. Thank you for copying data for me... please let me look at your emails again tomorrow, I'm just too tired now. Having bad aches and pains this evening, can't really think well.

Fawn Fenton (mobile) · Oct 14, 2018

Ok...kiwi vet appt tomorrow morning. Pray it is a cheap one! No surgical feather removals. Night night.

Kiwi got a good report! She' getting better not there yet. A little fungus, so got some med. Put on a little weight. Doc says we're on the right path.

Do you have any apple cider vinegar 

Oct 15, 2018



Nope

Fawn Fenton (mobile) · Oct 15, 2018

· 665

E:HIBIT #21

Alias

**STATE OF TENNESSEE**
**SUMMONS** 1:14

FILED 9/28/18 9:46
ENTERED
BOOK_____ PAGE_____
ELAINE B. BEELER, Clerk & Master

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

FRUIN T. FENTON
**Plaintiff**

_____
**Plaintiff**

vs.

JEFFREY R. FENTON
**Defendant**

_____
**Defendant**

_____
**Defendant**

**CIVIL ACTION NO.** 47426

**Service By:**
☐ Sheriff
☒ Attorney
☐ Sec. Of State
☐ Comm. Of Insurance

**To the above named Defendant:**

You are hereby summoned and required to serve upon W. EDWARD PORTER AT
plaintiff's attorney, whose address is 222 SECOND AVE. N. SUITE 210
NASHVILLE TN 37201 , an answer to the complaint which is herewith served
upon you within thirty (30) days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.
Witnessed and issued, Elaine B. Beeler, Clerk and Master for said Court at
office this 28 day of September, 2018.

Jacqueline Edwards DC
Clerk & Master

## NOTICE:

**To the defendant(s): Tennessee law provides a ten thousand dollar ($10,000.00)
personal property exemption from execution or seizure to satisfy a judgment. If a
judgment should be entered against you in this action and you wish to claim
property as exempt, you must file a written list, under oath, of the terms you wish
to claim as exempt with the clerk of the court. The list may be filed at any time
and may be changed by you thereafter as necessary; however, unless it is filed
before the judgment becomes final, it will not be effective as to any execution or
garnishment issued prior to the filing of the list. Certain items are automatically
exempt by law and do not need to be listed; these include items of necessary
wearing apparel (clothing) for yourself and your family and trunks or other
receptacles necessary to contain such apparel, family portraits, the family Bible,
and school books. Should any of these items be seized, you would have the right
to recover them. If you do not understand your exemption right or how to
exercise it, you may wish to seek the counsel of a lawyer. Mail list, including
docket number, to: Clerk and Master, P. O. Box 1569, Franklin, TN 37065.**

DEFT./WITNESS COPY

666

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that I served this summons together with the complaint as follows:

Check one: (1) or (2) are for the return of an authorized officer or attorney; an attorney's return must be sworn to; (3) is for the witness who will acknowledge service and requires the witness's signature.

☐ 1.   I certify that on the date indicated below I served a copy of this summons on the witness stated above by _____

☐ 2.   I failed to serve a copy of this summons on the witness because _____

☐ 3.   I acknowledge being served with this summons on the date indicated below:

DATE OF SERVICE: _____

SIGNATURE OF WITNESS, OFFICER OR ATTORNEY: _____
ADDRESS OF PROCESS SERVER (TRCP 4.01) _____
Signature of Notary Public or Deputy Clerk: _____

Commission Expires: _____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20_____, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case no. _____ to the defendant _____, on the _____ day of _____, 20_____. I received the return receipt, which had been signed by _____ on the _____ day of _____, 20_____. The return receipt is attached to this original summons to be filed by the Chancery Court Clerk and Master.

_____           _____
**Signature**                                   **Address (TRCP 4.01)**

Sworn to and subscribed before me on this ___ day of _____ 20____.

_____           Commission Expires: _____
**Signature of Notary Public or Deputy Clerk**

## CERTIFICATION (IF APPLICABLE)

I hereby certify this to be a true and correct copy of the original summons issued in this case.

Jacqueline Edwards
CLERK & MASTER

[SEAL: THE CHANCERY COURT WILLIAMSON CO. TN]

For ADA assistance, please call ADA coordinator: 615-790-5428

667

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**AT FRANKLIN**

2018 JUN 29  PH 12: 04

FAWN ▮▮▮▮ FENTON,
    *Plaintiff,*

vs.

Docket: 47426  FILED FOR ENTRY

JEFFREY RYAN FENTON,
    *Defendant,*

## COMPLAINT FOR DIVORCE

1.    Plaintiff, FAWN ▮▮▮ FENTON, (hereinafter called "Wife") is married to Defendant, JEFFREY RYAN FENTON, (hereinafter called "Husband"). The following is the statistical information pertaining to said parties required by Tenn. Code Ann. § 36-4-106:

### WIFE:

a.  Full Name and race: Fawn ▮▮▮ Fenton, Mixed Race, Caucasian and Asian
b.  Full Maiden Name: Fawn ▮▮▮▮▮
c.  Current Address: 1986 Sunny Side Drive, Brentwood, TN 37027
d.  Length at that address: 7 years
e.  Length in State of Tennessee: 18 years
f.  Date and Place of Birth: 1-22-73, Las Vegas, NV
g.  Previous Marriages: 1
h.  Education level: BS
i.  Member of Armed Services: No
j.  Place and Address of Employment: Adkisson & Associates, Architects, Inc., 3322 West End Avenue, Suite 103, Nashville, TN 37203.

### HUSBAND:

k.  Full Name and race: Jeffrey Ryan Fenton, Race Caucasian
l.  Current Address: 1986 Sunny Side Drive, Brentwood, TN 37027
m.  Length at that address: 7 years
n.  Length in Tennessee: 24 years
o.  Date and Place of Birth: 10-8-69, Washington State
p.  Previous Marriages: 2
q.  Education level: GED
r.  Member of Armed Services: No

668



s.  Place and Address of Employment: Unemployed.

t.  Date and Place of Marriage: 10-16-05, Nashville, TN
u.  Date of Separation: 4-22-18
v.  Residence of both Parties at time of Separation: 1986 Sunny Side Drive, Brentwood, TN 37027.
w.  Minor children born of this marriage:     None
x.  Are there any Orders of Protection between these parties?  No
y.  Is there any other litigation between these parties? No

## VENUE AND JURISDICTION

Plaintiff has resided in Tennessee for more than 6 months.  Defendant lives in Williamson County, Tennessee.  The parties separated in Williamson County, TN.  As such proper Venue and Jurisdiction lies in Williamson County, Tennessee.

## AVERMENTS

2.   Plaintiff has been a bona fide resident of Tennessee for more than six (6) months.

3.   Grounds for divorce relied upon by the Plaintiff:

T.C.A. 36-4-101 a (14) irreconcilable differences.  There is no hope in this matter of

reconciliation.  Husband is guilty of inappropriate marital conduct, T.C.A. 36-4-101 a

. (11).

4.   The parties own real property.

5.   The parties have accumulated marital debt.

6.    The parties own personal property, vehicles, and numerous pets.

7.   The Defendant is unemployed and refuses to work to help support the marital estate.  The

Defendant claims his "job" is to keep the home books and make home improvements, but he

actually does very little day to day and is completely inefficient and wasteful with time and

marital resources.

8.   The Defendant is verbally and emotionally abusive to the Plaintiff. He yells loudly and

669

intimidates the Plaintiff to get her to do what he wants, escalating conflicts and prolonging arguments until the Plaintiff gives in to his demands. When not directly using verbal assaults, the Defendant daily criticizes and belittles the Plaintiff with hurtful teasing, mocking, and "joking".

9.      The Defendant has become reclusive and isolated, refusing to leave the home and participate productively in society. He demands that the Plaintiff spend more and more time at home with him, and the Defendant voices angry complaints, insults, and threatens "consequences" when the Plaintiff pursues her own activities and socialization outside the home.

10. The Defendant has threatened to damage marital property, in order to force the Plaintiff to comply with his commands. He has verbally threatened to kick in her car door, to take a sledgehammer to the house windows, to burn down the house, and the like.

11.     The Defendant has been diagnosed with ADHD and Generalized Anxiety Disorder and does not naturally keep a 24-hour circadian rhythm.  These common conditions are controlled by medication, for which he sees medical professionals on a regular basis.  Regardless, The Defendant is able-bodied, skilled, and very capable of working, he just refuses to work outside the home.

12.     Defendant is extremely controlling and desires to dictate many facets of Plaintiff's life, including when and how she spends money, where she is "allowed" to go when she leaves the house, who she is "allowed" to talk to and what she talks about, and all details of how the home is kept. He does not allow the Plaintiff to have any information that he doesn't have access to; he keeps records of all of her account passwords and login credentials, and he keeps copies of all of her credit cards and bank accounts for his own use.

13.     Defendant has a Jekyll and Hyde personality and will fly into a rage when the Plaintiff does not behave as he wishes.  Defendant regularly uses verbal abuse to try to manipulate

670

Plaintiff, threatening to destroy valued personal property or threatening to ruin her financially by running up her credit cards, and similar psychological attacks with angry shouting.

14.     Defendant fights with Plaintiff almost daily over petty issues and minor decisions, notwithstanding the fact that he is indecisive and changes his mind often, and it is difficult for him to make simple day to day decisions without wasting a tremendous amount of time vacillating, researching, and starting arguments.

15.     The Defendant has stalked the Plaintiff by secretly accessing her personal email accounts (both home and work) and the Plaintiff's cell phone during the middle of the night while Plaintiff was sleeping, and has deleted many emails and texts to Defendant, from him, or mentioning him, without Plaintiff's knowledge or permission, attempting to hide other evidence supporting the Plaintiff's above statements and fears concerning the Defendant's character.

16.     Plaintiff has a fear for her safety around Defendant.  At the time of the filing of this complaint Plaintiff will show that Defendant has threatened, among other things recently, the writings via text that are attached to this Complaint for Divorce as Exhibit 'A', which were captured before he invaded the Plaintiff's privacy and deleted off her phone.

Are these threats of physical harm? or financial harm? Both? Plaintiff is not sure but believes at this point Defendant is capable of anything and seems to think he has nothing to lose.

The afore-mentioned litany is all proof of Defendant's Inappropriate Marital Conduct, and the Plaintiff looks forward to presenting documentation of all this, plus more, in this court in this action.

17.     No rational person would threaten and speak to his spouse in the manner demonstrated by the Defendant's texts.  Plaintiff fears Defendant, both physically and emotionally as well as the financial harm he seems looking to do to the parties' martial estate.   The ongoing and frequent

- 671

confrontation and fear has generally made her life with him unbearable.

**WHEREFORE, PLAINTIFF PRAYS:**

1.      That Plaintiff be awarded a Final Decree of Absolute Divorce on the grounds of Irreconcilable Differences or Inappropriate Marital Conduct;

2.      For the Court to approve the Marital Dissolution Agreement, should the parties agree to enter into one.

3.      For all right, title, and interest in the personal property already in the Husband's possession to be divested out of the Wife and vested in the Husband as his separate property;

4.      For all right, title, and interest in the personal property already in the Wife's possession to be divested out of the Husband and vested in the Wife as her separate property;

5.      For the court to task costs, if necessary and award Wife her reasonable costs of prosecuting this matter, including a reasonable attorney's fees.

6.      That the Plaintiff be awarded such general relief to which the Plaintiff may prove entitled including, but not limited to, those items prayed for above;

7.      That the Defendant be served with this suit and be required to answer as prescribed by law;

8.      For the court to make an equitable distribution of the marital assets in this cause and deem non-marital property and assets separate.

9.      That this court grant either an ex parte or non-ex parte restraining order, or Order of Protection, to protect the Plaintiff, their property, and their marital estate.

Respectfully Submitted,

W. Edward Porter IV, 033893
*Attorney for Plaintiff/Wife*
222 Second Avenue North, Suite 210
Nashville, TN 37201
615-250-8000 - phone
615-242-5918 – fax
Wedward.porter@hotmail.com

672

STATE OF TENNESSEE )
COUNTY OF Davidson )

I, FAWN TIFFANY FENTON, being first duly sworn according to law, makes oath that I
have read the foregoing Complaint for Divorce, knows the contents thereof, and that the
same is true and correct to the best of my knowledge, information, and belief; that this
Complaint is made for the causes mentioned therein; and that I am justly entitled to the
relief therein sought.

x _____
FAWN TIFFANY FENTON

Sworn to and subscribed before me this 12th day of March , 2018 .
Witness my hand and official seal.

_____
Notary Public

My Commission Expires: 9/7/20

- 673

IN THE CHANCERY COURT OF WILLIAMSON COUNTY, TENNESSEE, WILSON COUNTY
CLERK & MASTER

_Fawn Tiffany Fenton_ )
                                    )
                                    )            2018 JUN 29 PM 12: 15
vs.                              )
                                    )            FILED FOR ENTRY 06/29/18
_Jeffrey Ryan Fenton_      )
                                    )   NO. _47426_

## TEMPORARY RESTRAINING ORDER

Pursuant to T.C.A. § 36-4-106 (d), it is hereby ORDERED as follows:

1. Each party is hereby restrained and enjoined from transferring, assigning, borrowing against, concealing or in any way dissipating or disposing of any marital property without permission of the Court or by consent order.

2. Expenditures from current income to maintain the marital standard of living, usual and ordinary costs of operating a business, and reasonable costs of this cause are not restricted by this injunction. Each party shall maintain records of all such expenditures and provide copies to the other party upon request.

3. Each party is restrained and enjoined from voluntarily canceling, modifying, terminating, assigning or allowing to lapse for non-payment of premiums any insurance policy of a party or in which a party or child of the parties has an interest without permission of the Court or by consent order.

4. Each party is restrained and enjoined from harassing, threatening, assaulting or abusing the other party and from making disparaging remarks about the other party to or in the presence of any children of the parties or to an employer of a party.

5. Each party is restrained and enjoined from hiding, destroying or spoiling, in whole or in part, any evidence electronically stored or on computer hard drives or other memory storage devices

6. Each party is restrained and enjoined from relocating any children of the parties outside the State of Tennessee or for more than 50 miles from the marital residence without permission of the Court or by consent order, except in the case of a removal based upon a well-founded fear of physical abuse against either the fleeing parent or the child. In such latter case, upon the request of the non-relocating parent, the Court will conduct an expedited hearing to determine the reasonableness of the relocation and to make such other orders as appropriate.

Nothing herein shall preclude the Court from revising, modifying or expanding the terms of this order pursuant to T.R.C.P. 65.07.

Entered this _29th_ day of _June_, 20 _18_.

_____
Chancellor

## Clerk's Certificate of Service

I hereby certify that a true and exact copy of the foregoing Order has been mailed or delivered to all parties and/or counsel of record.

This the _29th_ day of _June_, 20 _18_.                    - 674

_Shirley Russell Dep._
Clerk and Master

*EXHIBIT #22*

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton <███████████ |
| **Sent:** | Thursday, August 30, 2018 11:43 AM |
| **To:** | Jeff Fenton |
| **Subject:** | Your questions on my proposal |
| **Categories:** | 4-Email: Important Information |

*2020 FEB 19 PM 1:14*

*FILED FOR ENTRY_____*

Hello,

Responding to a couple of your texts...

Yes, I had sent the first draft of this to Sandy on Monday. She had some suggestions, and so I made some changes on Tuesday and set the offer to you on Wednesday. Sandy thinks this is a very good offer, feel free to talk to her about it.

I have not figured your future taxes in any way. But based on the calculations below, you only need about $20K in income annually for this to work, and the house mortgage interest writeoff is about $12K, so your tax obligations would be pretty minimal, if you had to pay anything at all.

I did figure the following for your monthly cash-flow:

### If Jeff lives at Sunnyside

*Monthly Expenses:*

| | | |
|---|---|---:|
| Quarterly Pest Control ($60 qtr.) | $ | 20.00 |
| Piedmont Gas | $ | 30.00 |
| GeoAlarm & Monitronics | $ | 17.00 |
| NES Electric | $ | 280.00 |
| Comcast | $ | 50.00 |
| HVUD - Sunnyside Water | $ | 24.00 |
| Waste Industries ($69 quarterly) | $ | 23.00 |
| (Allot for Annual Expenses below) | $ | 79.00 |
| **Total SunnySide Other Bills** | **$** | **523.00** |

| Jeff Annual Expenses: | Yearly: | | Monthly: | |
|---|---|---:|---|---:|
| Tweetie annual exam | $ | 200.00 | $ | 16.67 |
| Amazon Prime | $ | 120.00 | $ | 10.00 |
| Termite Contract | $ | 195.00 | $ | 16.25 |
| Buick LeSabre Tag Registration | $ | 125.00 | $ | 10.42 |
| Tax Return Professional | $ | 300.00 | $ | 25.00 |
| | $ | 940.00 | $ | 78.33 |

### Jeff Other Living Expenses

| | | |
|---|---|---:|
| Food - Groceries | $ | 550.00 |
| Personal Care (Haircuts) | $ | 35.00 |
| Toiletries | $ | 30.00 |
| Pet Food/Supplies | $ | 20.00 |

- 675

1

| | | |
|---|---|---|
| Home Maintenance Misc. | $ | 50.00 |
| Counseling with Terry Huff | $ | 200.00 |
| Automobile Gas | $ | 90.00 |
| Car Insurance | $ | 150.00 |
| **Jeff Other Living Expenses** | **$** | **1,125.00** |

Jeff pays these:

| | | |
|---|---|---|
| Sunnyside Expenses | $ | 523.00 |
| Jeff Living Exenses | $ | 1,125.00 |
| **Jeff Needs Monthly:** | **$** | **1,648.00** |
| Rent large bedroom | $ | 800.00 |
| Rent corner bedroom | $ | 600.00 |
| | $ | 1,400.00 |
| need Income from somewhere: | $ | 248.00 |

2

--- 676

**Jeff Fenton**

EXHIBIT #23

| | |
|---|---|
| **From:** | Fawn Fenton < █████████████ > |
| **Sent:** | Thursday, August 23, 2018 3:06 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Sandy Arons |
| **Subject:** | RE: Financial Considerations to Keep in Mind |

2020 FEB 19 PM 1: 14

FILED FOR ENTRY ————

Fuck no, you are going to have to buy me out.

**From:** Jeff Fenton █████████
**Sent:** Thursday, August 23, 2018 2:02 PM
**To:** Fawn Fenton < ██████████████ >
**Cc:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Subject:** Re: Financial Considerations to Keep in Mind

Nice that you made that choice for me too!

So are you willing to surrender your equity in this house to me, so that I can try to keep our home, so that all isn't lost?

Jeff Fenton
METICULOUS.tech

Sent by my iPhone

1

`--- 677`

TNJudicial.org/e/a/jrf002.pdf     Williamson County Chancery Court Tennessee (Trial Court Records)     DOC.002 | Page 689 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1339    Filed 10/13/23    Page 79
of 109

EXHIBIT - 29

## Jeff Fenton

| | |
|---|---|
| **From:** | Sandy Arons <sandyarons@getasmartdivorce.com> |
| **Sent:** | Friday, July 27, 2018 11:06 AM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Alimony |

2020 FEB 19 PM 1:14

FILED FOR ENTRY_____

**Categories:** 4-Email: Important Information

Yes, I told Fawn the range for alimony is about 22.5% of her gross income.

Sandy

**Sandy Arons, MBA**
Certified Divorce Financial Analyst
Certified Financial Divorce Specialist
Accredited Financial Counselor & Mediator
750 Old Hickory Blvd.
Building Two, Suite 150
Brentwood, TN 37027
Tel: 615-376-8204 Fax: 615-376-8121
email: sandyarons@getasmartdivorce.com
website: www.getasmartdivorce.com

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Friday, July 27, 2018 9:57 AM
**To:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Subject:** Alimony

Hello Sandy,

Have you told Fawn yet how much alimony is going to be? The general ballpark?

Has she swallowed that pill yet?

I want to talk to her about some options with the house, but I need to understand if she knows this yet.

Thanks!

## JEFF FENTON
### METICULOUS.tech
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

1

678

# Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Wednesday, August 8, 2018 5:24 PM |
| **To:** | Sandy Arons |
| **Cc:** | Fawn Fenton; Fawn Fenton ( |
| **Subject:** | RE: Marital Dissolution Agreement |

Please hold-up Sandy. Fawn is saying that she can not afford the $2k per month in alimony, only $1,600 per month instead, which I simply can not live on, without sleeping under bridges.

We need to figure out how Fawn can afford this, or I will need to revert back to trying to figure out how I can afford the property.

We should be updating you shortly.

Thanks!

## JEFF FENTON
### METICULOUS.TECH
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

**From:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Sent:** Wednesday, August 08, 2018 5:16 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton <fawn.fenton@live.com>; Fawn Fenton (
**Subject:** RE: Marital Dissolution Agreement

I will outline the settlement in a document called a Memorandum of Understanding. It is not a fill in the blank process. Then, Fawn's attorney will draft the Marital Dissolution Agreement.

Sandy

Sandy Arons, MBA
 Certified Divorce Financial Analyst
 Certified Financial Divorce Specialist
 Accredited Financial Counselor & Mediator
 750 Old Hickory Blvd.
 Building Two, Suite 150
 Brentwood, TN 37027
 Tel: 615-376-8204 Fax: 615-376-8121
 email: sandyarons@getasmartdivorce.com

- - 679

1

TNJudicial.org/sda/jrf002.pdf    Williamson County Chancery Court Tennessee (Trial Court Records)    DOC 002 | Page 691 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1341    Filed 10/13/23    Page 81 of 109

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton < ████████████ |
| **Sent:** | Saturday, August 4, 2018 1:24 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: OUR HOME |

Hello,

I am not theoretically opposed to you keeping the house, but I don't know how financially we could make that happen. Maybe there is a way we can make a deal like, I keep paying the current mortgage payment and 2nd mortgage payment for the next 6 years or so instead of giving you alimony payments. The financing would have to stay as it is in my name until you can rebuild your credit. When you can re-build your credit and have a job and all, then you could re-fi the house into your own name and cash me out my equity. That plan would suck for the credit card debt, though, as I was counting on the house equity (after sale of the house) to pay off both of our credit card debts. What are your thoughts.

**From:** Jeff Fenton ████████
**Sent:** Friday, August 3, 2018 5:36 PM
**To:** Fawn Fenton <fawn.fenton@live.com>; Fawn Fenton ( ████████████ <fawn.████outlook.com>
**Subject:** OUR HOME

Hello,

Since you don't want to keep our home, how do you feel about me keeping it?

I can't see HOW I could POSSIBLY move back into an apartment with all my STUFF in the crawl space! That is the MAJORITY of the "valuables" that I own! And I already threw away a TON when I moved from the Duplex to Sunny Side.

Please share your thoughts, so we can work together towards a solution, rather than just wasting money on legal fees.

Thanks.

## JEFF FENTON
### METICULOUS.TECH
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

1

- 680

website: www.getasmartdivorce.com

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Wednesday, August 8, 2018 2:45 PM
**To:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Cc:** Fawn Fenton <█████████████ Fawn Fenton (████████████ <████████████████
**Subject:** Marital Dissolution Agreement

Hello Sandy!

Do we get the Marital Dissolution Agreement from you or Fawn's attorney?

If from you, is it a blank form that we fill out, if so please send it, or do we need to wait for some computations that you are working on?

Please advise.

Thanks!

Jeff Fenton
METICULOUS.tech

Sent by my iPhone

- G81

EXHIBIT #25

# Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton < ▇▇▇▇▇▇▇▇▇▇ |
| **Sent:** | Wednesday, May 2, 2018 5:20 PM |
| **To:** | Jeff Fenton |
| **Subject:** | Budget |
| **Attachments:** | Fawn-Jeff Budget Apart 2018.pdf |

CI... . . . TEN

2020 FEB 19 PM 1:14

FILED FOR ENTRY————

Hello,

Attached is the "budget" that I believe is realistic for the upcoming year.
With my salary as the only support, I actually come up short about $110 per month.
And this is without any other little things for either of us, at all. In real life, we each probably spend $100 to $200 per month on little discretionary extras here and there.

In the short term, I should be able to pay for everything listed on this sheet, except that the BofA Rewards card and the Capital One card will not have their balances paid in full like we usually do. I will have to see how things go over the next 2-3 months... if your expenses all go on the BofA rewards card, then the amount due for that card will go up, and the Capital One card (which I will continue to use) the amount due should go down. So maybe I can figure out how to pay in full one of those each month to avoid interest charges, but the other one will start to accumulate a balance with interest. So in a few weeks, I might see if I can find a new card with lower interest, for one of us to use. For example, if we want to get rid of the BofA Rewards card, then I could balance-transfer that one to a new lower interest card; and then I could pay off the Capital One every month, but only pay what I can afford on the new card, which will have a gradually increasing balance.

So, if you can contribute financially even a little, I would really appreciate it. I am not trying to "require" you to contribute, but just letting you know where I stand without you paying for anything (credit card debt will gradually increase over time.)
Let me know what you think.
Thanks,
Fawn

1

- 663

## Fawn and Jeff Budget for Living Apart in 2018:

| Sunnyside bills | | Typ Monthly | | | |
|---|---|---|---|---|---|
| 1st-6th | Sunnyside Mortgage | $ | 1,850.00 | | |
| 26th-28th | Bancorp South (2nd Morg. SS) | $ | 210.00 | | |
| 1st-4th | Piedmont Gas | $ | 30.00 | | |
| 28th - 2nd | GeoAlarm & Monitronics | $ | 17.00 | | |
| 4th - 5th | Progressive Car Insurance (both) | $ | 135.00 | | |
| 23rd | NES Electric (varies) | $ | 241.00 | | |
| 20th - 23rd | Comcast | $ | 50.00 | | |
| 23rd | HVUD - Sunnyside Water | $ | 24.00 | | |
| 23-24th | AT&T Wireless | $ | 127.00 | | |
| 27th | Waste Industries ($69 quarterly) | $ | 23.00 | | |
| | | | | | |
| | Total SunnySide Bills | $ | 2,707.00 | | |
| | *Sunnyside Bills n.i.c. mortgages* | *$* | *647.00* | | |

| Other Fixed Sunnyside Expenses | | | | |
|---|---|---|---|---|
| 30th | Walden's Puddle | $ | 50.00 |
| 16th | Compassion International | $ | 38.00 |
| 18th | Netflix | $ | 16.00 |
| | Pest Control (SS - $60/qtr) | $ | 20.00 |
| | Other fixed expenses | $ | 124.00 |

| Sunnyside (Jeff) Variable expenses | | | |
|---|---|---|---|
| | Automobile Gas | $ | 40.00 |
| | Pharmacy Scrips | $ | 30.00 |
| | Food - Groceries | $ | 180.00 |
| | Food - Take-Out | $ | 300.00 |
| | Electronics/Software | $ | 20.00 |
| | Personal Care (Haircuts) | $ | 25.00 |
| | Postage-Delivery | $ | 5.00 |
| | Toiletries | $ | 30.00 |
| | Pet Food | $ | 20.00 |
| | Pet Supplies | $ | 10.00 |
| | Home Maintenance Misc. | $ | 20.00 |
| | estimate SS/Jeff variable expenses | $ | 680.00 |
| | | | |
| | Budgeted SS/Jeff Costs: | $ | 3,511.00 |

**Unpredictable Expenses:**
Pet Veterinary
Doctor/Medical
Clothing

| Annual Expenses: | | Yearly: | | Monthly: | |
|---|---|---|---|---|---|
| | Sarah Nexguard | $ | 240.00 | $ | 20.00 |
| | Sarah Hartgard | $ | 100.00 | $ | 8.33 |
| | Sarah Annual Shots | $ | 200.00 | $ | 16.67 |
| | Amazon Prime | $ | 120.00 | $ | 10.00 |
| | Termite Contract | $ | 195.00 | $ | 16.25 |
| | Buick LeSabre Tag Registration | $ | 125.00 | $ | 10.42 |
| | Prius Tag Registration | $ | 76.00 | $ | 6.33 |
| | | $ | 1,056.00 | $ | 88.00 |

,pay for with bonus? or save each month?

| Fawn's Apartment bills | | Typ Monthly | | | |
|---|---|---|---|---|---|
| 1st | Rent + Utilities | $ | 1,170.00 | | |
| | Comcast/Internet | $ | 40.00 | | |
| | NES Electric | $ | 150.00 | | |
| | | | | *annual:* | |
| | Total apartment bills | $ | 1,360.00 | *$* | *16,320.00* |

| Other Fixed Fawn Expenses | | | | | |
|---|---|---|---|---|---|
| 28th | Toyota Car Loan Payment | $ | 300.00 | | |
| 19th | Books on Tape | $ | 34.00 | | |
| | Laundry | $ | 15.00 | | |
| | Counseling for Fawn (2x/mo) | $ | 240.00 | *$* | *2,880.00* |
| | Counseling for Jeff | $ | - | *$* | *-* |
| | Counseling Together (?) | $ | - | *$* | *-* |
| | | | | *$* | *2,880.00* |
| | Other fixed expenses | $ | 589.00 | | |

| Credit Card Payments: | | | |
|---|---|---|---|
| | Ascend FCU | $ | 50.00 |
| | BofA Platinum Card | $ | 200.00 |
| | *(CapOne and BofA-Rew. Paid full)* | | |
| | Credit card payments | $ | 250.00 |

| Misc. Fawn Variable Expenses | | | |
|---|---|---|---|
| | Misc Travel (Parking, Tolls) | $ | 5.00 |
| | Automobile Gas | $ | 45.00 |
| | Pharmacy Scrips | $ | 20.00 |
| | Food - Groceries | $ | 250.00 |
| | Food - Take-Out | $ | 150.00 |
| | Toiletries | $ | 40.00 |
| | Pet Food | $ | 20.00 |
| | Pet Supplies | $ | 20.00 |
| | Home Maintenance Misc. | $ | 10.00 |
| | estimate Fawn variable expenses | $ | 560.00 |
| | | | |
| | Budgeted Fawn/Apt Costs: | $ | 2,759.00 |
| | | | |
| | Anticipated Total costs for both: | $ | 6,270.00 |
| | Fawn's Net Salary | $ | 6,160.00 |
| | Net monthly (deficit): | $ | (110.00) |
| | Deficit over a year: | $ | (1,320.00) |

684

EXHIBIT #26

FRBP Violated: #3-19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF.002.1695.00

TNJudicial.org/c/aj/rf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002 | Page 695 of 719

**OPERATIONS REPORT**

| 1. AGENCY | 2. PERSON RECEIVING COMPLAINT | 3. DATE/TIME RECEIVED | 24 HR. CLOCK | 5. TIME ARRIVED | 7. CASE NUMBER |
|---|---|---|---|---|---|
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 2265 - Dep. Warren P. Cagle | 04/22/2018   21:29 | | 21:38 | 2018-9643 |
| | | 4. TIME DISPATCHED  21:29 | | 6. TIME COMPLETED  22:25 | |

| 8. NATURE OF INCIDENT | DOMESTIC-VERBAL  - Event #1804060888 |
|---|---|

| 9. LOCATION OF INCIDENT | 1986 Sunnyside Drive, Brentwood, TN 37027 | LOCATION CODE 01 | REPORTING ZONE 1 | DISPATCH ZONE/SECTION 1 |
|---|---|---|---|---|
| | | PATROL ZONE/GRID 1 | | OTHER ZONE/BEAT |

| 10. VICTIM | | |
|---|---|---|
| COMPLAINANT | Fenton, Fawn████  - 1986 Sunnyside Drive, Brentwood, TN 37027 | - |
| ACCUSED | | |
| VEHICLE | | |

**11. ACTION TAKEN**

On 04/22/2018, at approximately 2138 hours I arrived at 1986 Sunnyside Drive, Brentwood, Tennessee, in reference to a Verbal Domestic call. Once on scene, I made contact with the complainant, Mrs. Fawn Tiffany Fenton . Mrs. Fenton she had informed her husband, Mr. Jeffery R. Fenton that she wanted a divorce. This led to a verbal dispute between Mr. And Mrs. Fenton. Mrs. Fenton felt unsafe as the argument escalated and contacted law enforcement. I spoke to both parties involved and concluded that the dispute was verbal only. Mrs. Fenton voluntarily elected to gather some belongings and go stay with a friend for a few days.

FAWN CAME BACK TO THE HOUSE THE NEXT DAY, BY HERSELF, TO PICK-UP BUNNY HAY + WOOD CHIPS, PERFECTLY CALM, WHICH SHE COULD HAVE PURCHASED FROM ANY PET SUPPLY STORE FOR $15.00. I CALMLY HELPED HER CARRY IT TO THE CAR, ASSISTING WITH ANYTHING ELSE SHE WANTED TO TAKE. THERE WAS NO FRICTION BETWEEN US, HER MIND WAS OBVIOUSLY MADE UP, I UNDERSTOOD AND ACCEPTED IT. I HELPED FAWN AS MUCH AS POSSIBLE, FOR THE MONTHS TO COME, AS SHE SLOWLY MOVED.

| 12. CLASSIFICATION | | 13. HOW RECEIVED | 14. DISPOSITION | 15. OFFICER ASSIGNED | 17. DATE PRINTED | | |
|---|---|---|---|---|---|---|---|
| ☑ General Police | ☐ Crime | ☐ Phone | ☐ Pending | 2265 - Dep. Warren P. Cagle | MO | DAY | YR |
| ☐ Traffic | ☐ Special Activity | ☐ On-View | ☑ Complete | 16. OFFICER SIGNATURE | | | |
| ☐ Emergency | ☐ Technical Service | ☐ Walk-In | ☐ See Inv. Report | | 05 / 02 / 2018 | | |
| | | ☑ Radio | | | | | |

Wednesday, May 02, 2018

Page 2 of 2

## Others Involved

| Seq. # | Person Type: | Involvement: | | Name: | | | | |
|--------|--------------|--------------|--|-------|--|--|--|--|
| 1 | Other | Husband of Complainant | | Fenton, Jeffery R | | | | |
| | **Home Address:** 1986 Sunnyside Drive, Brentwood, TN 37027 | | | | | | | **Home Phone Number:** |
| | **Social Security Number:** | **Driver's License Number:** | **State:** | **Date of Birth:** | **Age:** | **Race:** | **Sex:** | |

FRBP Violated: #3:-19-bk-02693

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

JRF:002.1696.00

TNJudicial.org/ca/jrf002.pdf

Williamson County Chancery Court Tennessee (Trial Court Records)

DOC: 002 | Page 696 of 719

986

EXHIBIT #27

3/13/18, 5:42 PM to Fawn Fenton

2020 FEB 19 PM 1: 14

FILED Hello.

3/13/18, 5:42 PM from Fawn Fenton

**Hello.**

3/13/18, 5:51 PM from Fawn Fenton

**Sad day today.**
**I want divorce.**
**Met with lawyer to fill out papers.**
**Are you going to let me come home?**
**Will you damage property?**
**I sorry.**

3/13/18, 5:52 PM to Fawn Fenton

I would like for you to write on paper, everything that you expect for me to do, over the next 90 days, with specific realistic benchmarks, and then sign it.

That way it will end the emotional cyclone, whereby no matter what I do, it is never good enough for you.

Or what happens often, and is even worse, you charge me with a massive task in lieu of "working", then a very short while later you breathe hatred towards me, because I'm not "working" a "regular job".

You flip and flop back and forth, between telling me that you'd be pissed if I got a job this year, because so many other things like the finances, you claim are more important.

Then a day or two later, before I can get much traction, you do a complete 180 and curse me for not "working", and you and your family treat me like a "leach".

I need a very clear list of your expectations of me, along with a reasonable amount of time to complete them in, with your signed commitment that is "my share" for those 90 days. Please!

After which, maybe we'll try the same for another 90 days.

- 687

TNJudicial... 1002.pdf   Case 1:23-cv-01097-PLM-RSK   Williamson County Chancery Court Tennessee (Trial Court Records)   ECF No. 1-26, PageID.1346   Filed 10/13/23   DOC 002   Page 698 of 719

Page 88

of 109

3/13/18, 5:54 PM to Fawn Fenton

Sad day for me too, I filed the deed and registered my car in my name again.

3/13/18, 5:55 PM to Fawn Fenton

I'm never going to hurt you. That's the craziest thing that I've ever heard!

3/13/18, 5:58 PM from Fawn Fenton

That's good, ty.
If I come home are you going to yell at me all evening?

3/13/18, 5:58 PM to Fawn Fenton

I just hope you didn't try to file for an "at fault" divorce, using lies and exaggerating threats, because then I'll have no choice but to tell the truth about everything

The truth is the only context in which my side of the story makes any sense. No matter how much I want to protect you from the consequences of what you have clearly chosen to do... repeatedly... "buying the lie".

3/13/18, 5:59 PM to Fawn Fenton

That breaks my heart!

3/13/18, 6:02 PM to Fawn Fenton

I guess we know what you spent your Christmas bonus on.

3/13/18, 6:03 PM to Fawn Fenton

No, I won't yell.

638

3/13/18, 6:03 PM from Fawn Fenton

You and I both tell the truth. This is not about "believing the lie". It's because I can't live with the conflict any more.

3/13/18, 6:04 PM from Fawn Fenton

No I did not spend Christmas bonus on anything.

3/13/18, 6:04 PM from Fawn Fenton

My heart is broken too.

3/13/18, 6:05 PM to Fawn Fenton

It's about money Fawn... I hope you applied for a no fault divorce, instead of trying to blame me.

3/13/18, 6:07 PM from Fawn Fenton

No it's not.
That's why this is un-resolvable.... you've made up your mind what the "truth" is, and you'll never believe me. You can't see.

3/13/18, 6:08 PM to Fawn Fenton

If you were trying to apply for an order of protection and kick me out of my own house than that it is completely unfair I hope that's not what you're doing

3/13/18, 6:11 PM to Fawn Fenton

If you want a divorce, then you will get one. I'm no longer interested in reconciling with you, now that I truly understand how deeply your heart has betrayed me.

`- - - 689`

3/13/18, 6:11 PM from Fawn Fenton

**Not yet. No clear physical threats.**
**I am afraid of you, though, the yelling and verbal assaults affect me terribly.**

3/13/18, 6:13 PM from Fawn Fenton

**I f'd up and left my pod plugged in last night, and you found it and deleted a**
**bunch of stuff. You read through my other docs?**

3/13/18, 6:14 PM to Fawn Fenton

You have no reason to ever be afraid of me. All that I've tried to do is to protect you and help you reach the desires of your heart.

Any frustration I experienced, was because I had no idea, that you made your mind up months ago! And had already told others that you were divorcing me, while still lying to me, telling me that if I did xyz... we still had a chance.

3/13/18, 6:14 PM to Fawn Fenton

More than anything I feel completely betrayed.

3/13/18, 6:15 PM to Fawn Fenton

Not betrayed angry. Just betrayed heart broken, that you've been so two-faced with me. That I was the last one to find out.

3/13/18, 6:17 PM to Fawn Fenton

You told me that you only went to one lawyer for one free consultation, when you schemed behind my back, to hit me as hard as you could, at my lowest possible point.

3/13/18, 6:17 PM to Fawn Fenton

It's like I don't even know you anymore.

- - 690

3/13/18, 6:18 PM from Fawn Fenton

Yes, I'm so sorry, I did betray you. I have not made up my mind for months, though... I made up my mind on Feb 13, after we got in the fight over my car damage, and I saw how you absolutely would not tolerate me yelling back at you. After that (and the next day) I felt there is no hope, yelling is the only tool you have.

3/13/18, 6:21 PM to Fawn Fenton

That's so unfair! You intentionally, cognitively, chose to push me to my very edge, like some sort of intellectual experiment, then use the results to rationalize betraying me. I don't know who you are, except to look at your family.

You're certainly not the person that I fell in love with, or someone who has even shown me love in a long, long time.

3/13/18, 6:21 PM from Fawn Fenton

I was never planning to "hit you as hard as I could". I originally thought we could come to an agreement for a divorce. But after the car incident, you came completely unglued... texts... emails.... I got genuinely scared of you. I wanted only to keep the peace, because I felt like I didn't know you any more (either) and I didn't know what you were capable of.

3/13/18, 6:23 PM to Fawn Fenton

I need to drive, by cool springs, got emissions control test, went to register of deeds, went to county clerk, looking into opening a safe deposit box, I took your key last night and I no longer want you accessing my PO Box, ever please.

3/13/18, 6:24 PM from Fawn Fenton

I didn't "intentionally cognitively push you to the edge". I honestly didn't know how you would react... i hoped it would make you take a step back to see how damaging and fruitless yelling is.

- 691

3/13/18, 6:24 PM to Fawn Fenton

Now I need some money to hire an attorney... we were SO close... this is going to cost us both SO much....

3/13/18, 6:27 PM from Fawn Fenton

I know, may cost me everything. But I've decided it's worth it to get away from constantly having conflict at home. I cannot live this way.

3/13/18, 6:27 PM to Fawn Fenton

Fawn, be honest, you cognitively chose to physically escalate confrontations with me for a few months, because you had some crazy idea that would make me back down, when you KNOW that is the exact opposite of how I react to physical threats, getting in my face shouting, pointing, etc... it was all a big science experiment for you.

3/13/18, 6:28 PM to Fawn Fenton

I've told you a hundred times that my heart will do ANYTHING for you, but that you'll never BEAT anything out of me! That's not how I'm wired.

3/13/18, 6:29 PM from Fawn Fenton

No, see, I am being honest but you don't believe me. You've decided what the "truth" is, and nothing I say can convince you otherwise.

3/13/18, 6:30 PM from Fawn Fenton

I am always the deceitful liar, and you know the "truth". The End.

692

3/13/18, 6:31 PM to Fawn Fenton

I'm merely repeating what you told me, almost verbatim... about your science experiment of escalating conflict to see if I would back down.

I believe in the end, you're telling the truth about conflict being what you hate the most, but we were so close to so much of this stress being gone, and how you've made it 100 times worse...

3/13/18, 6:32 PM to Fawn Fenton

I wish you knew how to dream and speak life to yourself.

3/13/18, 6:32 PM from Fawn Fenton

It's all my fault.

3/13/18, 6:32 PM to Fawn Fenton

That's the one thing that I could never do for you.

3/13/18, 6:34 PM to Fawn Fenton

It's not all your fault, but how this ended, is certainly based upon choices that you made, which I had no part in or say about. I never would have chosen to discard you and our family!

3/13/18, 6:34 PM to Fawn Fenton

I'm pulled over on the side of the road... I need to drive before a cop comes.

3/13/18, 6:35 PM from Fawn Fenton

Ok. I want to come home too.

693

3/13/18, 6:36 PM to Fawn Fenton

Please figure out how you can transfer some cash to me, for your car, do I can hire a good attorney.

Now all out money will go to attorneys... when we were so close.

But you've clearly decided... months ago. I just was the sucker who never saw it coming.

3/13/18, 6:37 PM to Fawn Fenton

Are you serving me papers tonight? Or who will, when?

3/13/18, 6:37 PM from Fawn Fenton

**I didn't decide months ago.**

3/13/18, 6:37 PM to Fawn Fenton

Right before the scariest health procedure that I've done in years, tomorrow morning.

3/13/18, 6:38 PM from Fawn Fenton

**I don't know exactly. .. Friday would be earliest; maybe next week. Waiting for lawyer to get back to me.**

3/13/18, 6:41 PM to Fawn Fenton

I believe that you decided a long time ago... but that's my opinion. I need to drive. See you at home. I don't want to argue; do please don't try to rationalize or make me see your side, or understand why our lives will never be the same. Maybe it is worth it to you, and I hope so, but you broke my heart in ways that words can't even explain. It will never be worth it to me! (Because of losing you and my family, not any of the stuff.)

694

TNJudicial.org/c/a/jrf0023.pdf     Williamson County Chancery Court/Tennessee (Trial Court Records)     DOC 003 | Page 705 of 719

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-26, PageID.1355    Filed 10/13/23    Page 95 of 109

3/13/18, 6:42 PM to Fawn Fenton

So are you blaming me in the papers, or simply seeking a fair no fault divorce?

3/13/18, 6:43 PM to Fawn Fenton

Please put yourself in my shoes, and ask how you would survive this, if you were me.

3/13/18, 6:48 PM from Fawn Fenton

I know, I'm so sorry. I've tried to put up with the conflict for years, because I knew how devastated you would be if we broke up, and I didn't want to do that to you. But I just can't keep going, it's killing me inside.

3/13/18, 6:49 PM from Fawn Fenton

"Irreconcilable Differences."

3/13/18, 6:54 PM to Fawn Fenton

Conflict is always a choice. You can never have conflict without at least two people trying to dominate each other with their opinions.

Without two people committed to changing each other's minds, more than they are committed to the other PERSON.

You know a divorce isn't God's will for us, or the reason that he brought us together.

You want to keep all the good and throw away all the bad, when EVERYONE is a mixture of both good and bad.

That's what you could never accept. That your feelings aren't always accurate. That you are an emotional roller-coaster, especially since menopause began five years ago. You are relationally unable to commit to any path of progress, to believe there is ANY hope, to visualize and walk toward the light.

That breaks my heart! Since there isn't a dang thing that I can do about that!

695

3/13/18, 6:56 PM to Fawn Fenton

You refused to even TRY counseling.... instead you will throw away everything that we've built, just to go be lonely and hopeless again. How is that better? How is never rolling over to find me in the night, or never hearing my voice again, going to help you be happier?

3/13/18, 7:01 PM to Fawn Fenton

Gotta continue home... so sad! I can't believe that you would ever be afraid that I would hurt you, just because I don't want to be forced out of OUR dream!

I won't ever physically hurt you, I sure hope you're not trying to assassinate my character to help you win points or money in a divorce. Own your 50% of this problem, or at the very least try to seek professional help, or we can together, before throwing our marriage away!

3/13/18, 7:02 PM to Fawn Fenton

But I think it has more to do with your trip to Africa, and how that embarrasses you in front of your family, more than any dumb incident with your car.

3/13/18, 7:04 PM to Fawn Fenton

So how do I get a lawyer? I'm not going to go beg my mom for her last dimes.

3/13/18, 7:04 PM to Fawn Fenton

Kick a man while he is down...

3/13/18, 7:05 PM from Fawn Fenton

You keep guessing and assuming various reasons for my decision, and you don't believe what I say.

3/13/18, 7:05 PM to Fawn Fenton

You were all I ever wanted.

696

3/13/18, 7.07 PM to Fawn Fenton

You haven't told ME anything that comes close to justifying such an extreme emotionally violent, family and life destroying event, such as a divorce.

3/13/18, 7:09 PM to Fawn Fenton

We certainly won't have "less conflict", unless you just prefer us crying every night and accepting that there is no hope, over just finishing what we started, so we could make it to the other side.

3/13/18, 7:09 PM from Fawn Fenton

**It's the arguing. I can't take anymore. If that's not enough "justification" for you, well, you invent whatever other reasons you think.**

3/13/18, 7.10 PM to Fawn Fenton

I don't know HOW you can rationalize that it is even possible for our lives to remain so conflict driven, if the greatest source of conflict was completely cured. That's not even rational to me.

3/13/18, 7:12 PM to Fawn Fenton

Then don't argue! What are you afraid of if you simply quit emotionally fighting me? Can it be worse?

3/13/18, 7:17 PM from Fawn Fenton

**I have to try to stand up for myself, otherwise everything is your way. You think you know best, and you smother me.**

3/13/18, 7:26 PM to Fawn Fenton

Every significant thing that I've ever bought or done was for YOU.

- 6Q7

3/13/18, 7:26 PM to Fawn Fenton

That is a childhood wound from your mom, not me.

3/13/18, 7:28 PM to Fawn Fenton

This "sticking-up" for yourself, if that's what you call it, is what Kriss did, I guess.

3/13/18, 7:32 PM to Fawn Fenton

You completely consumed everything that I had, everything that I had to give, now you're discarding me.

3/13/18, 7:33 PM to Fawn Fenton

And somehow you call it "standing-up" for yourself.

3/13/18, 7:35 PM to Fawn Fenton

Just got home, puppy is lonely. Come home. I'm done discussing it for tonight. Can you please sleep in another bedroom? I can clean out the bigger one with my old bed, if you want. I don't expect to be taking that with me.

3/13/18, 7:35 PM to Fawn Fenton

So which attorney did you settle on?

3/13/18, 7:36 PM from Fawn Fenton

**Ok.**

~ 698

3/13/18, 7:39 PM to Fawn Fenton

I hope you didn't assassinate my character, and make any dumb statements about one of my rants, which you know are just that. Wanting to say anything that will stir your heart, but completely unable to reach it.

3/13/18, 7:42 PM to Fawn Fenton

If you tried to portray a "one-off" fit as your daily reality, that would be so damaging, unnecessary, and untrue. Then you've started a massive brawl rather than seeking less conflict and more peace.

Please tell me that you didn't force me into that corner, to need to defend myself?

3/13/18, 7:43 PM to Fawn Fenton

Even in divorce, I will give you far more than you'll ever be entitled to take from me!

3/13/18, 7:44 PM to Fawn Fenton

It breaks my heart though!

3/13/18, 7:46 PM to Fawn Fenton

The misrepresentation, the carnage, the purposeless character assassination.

Please let's both agree not to go that route!

3/13/18, 7:46 PM to Fawn Fenton

That only furthers Satan's desire to destroy us both!

3/13/18, 7:48 PM to Fawn Fenton

What happens if you back any creature in the world into a corner, while charging at them? Even our cute little possums.

- 699

3/13/18, 7:49 PM to Fawn Fenton

We can get divorced. You can buy me out of the house. We can try to workout something fair between us, just let's try to part as friends.

3/13/18, 7:51 PM from Fawn Fenton

**Really? You'd cooperate?**

3/13/18, 7:52 PM to Fawn Fenton

Everyone in your family thought that I did the right thing with your job, except you hated ME for it. That's when this began to evolve into something worse.

3/13/18, 7:52 PM from Fawn Fenton

**I would want to stay your friend, there is so much i really do love about you, but I can't live with you any more.**

3/13/18, 7:53 PM to Fawn Fenton

I'll work with you if you don't attack me. Otherwise you leave me little choice except to lay my life down for you, and I've already done that once... It hurts!

3/13/18, 7:55 PM to Fawn Fenton

That's so nuts! I don't know if I could "stay" your friend, but at least I'd like to part that way.

3/13/18, 7:55 PM to Fawn Fenton

I really hope they find a big brain tumor tomorrow!

700

3/13/18, 7:55 PM to Fawn Fenton

I'd rather just die right here at home than need to figure out what is next.

3/13/18, 7:57 PM to Fawn Fenton

I don't want to leave.

3/13/18, 7:58 PM to Fawn Fenton

I don't have anywhere else to go.

3/13/18, 7:58 PM to Fawn Fenton

I gambled everything on this.

3/13/18, 7:58 PM from Fawn Fenton

**I thought you would hate me for this, and you would make me as miserable as possible to get back at me.**

3/13/18, 7:59 PM to Fawn Fenton

Your family won!

3/13/18, 7:59 PM to Fawn Fenton

You obviously don't even know who I am.

3/13/18, 8:00 PM to Fawn Fenton

My grandmas painting, my grandpas pool table,

~ 701

3/13/18, 8:00 PM from Fawn Fenton

**You forced me to choose. So yes, my family won.**

3/13/18, 8:00 PM to Fawn Fenton

I'm never going to take them with me.

3/13/18, 8:01 PM to Fawn Fenton

I didn't force you. You were supposed to be my wife! They've had their chance at mates!

3/13/18, 8:02 PM to Fawn Fenton

Now we get to be just as miserable!

3/13/18, 8:02 PM to Fawn Fenton

You wouldn't have chosen them over me in the beginning,

3/13/18, 8:02 PM to Fawn Fenton

You wouldn't have!

3/13/18, 8:03 PM to Fawn Fenton

You probably would have agreed with me.

3/13/18, 8:04 PM from Fawn Fenton

**That was 13 years ago. A lot has changed.**

- 702

3/13/18, 8:04 PM to Fawn Fenton

I'm not going to tell anyone about this. Not my mom, not anyone. So please don't tell anyone I'm forced to see, like our neighbors, until I am gone forever.

3/13/18, 8:05 PM to Fawn Fenton

Once I figure out where to go and how to support myself again.

3/13/18, 8:06 PM to Fawn Fenton

You weren't supposed to leave me and cleave to your family. That is the opposite of what the Bible teaches.

3/13/18, 8:06 PM to Fawn Fenton

It was time to leave them and cleave to me.

3/13/18, 8:08 PM to Fawn Fenton

If you put anything hurtful or damaging in the divorce papers, please have that part taken out before I am served, and we can skip the whole destroying each other part.

3/13/18, 8:08 PM from Fawn Fenton

I really really tried to cleave to you, but the conflict has always been toxic to me.
I can't take any more.

3/13/18, 8:09 PM to Fawn Fenton

Just make it unreconcilable differences, and we can try to figure out terms. It will never help me give you more to have some asshole lawyer trying to beat it out of me. Then it's just a sport, and you mean a lot more to me than that.

703

3/13/18, 8:10 PM to Fawn Fenton

We were on the hardest fucking year! When you need to cleave the most, not the least!

3/13/18, 8:11 PM to Fawn Fenton

You haven't really tried to cleave to me for a long, long time.

3/13/18, 8:12 PM to Fawn Fenton

You would buy food, cook something, or try to do something that you thought that you ought to do. You have served me often, but I can't remember the last time that you cleaved to me.

3/13/18, 8:12 PM from Fawn Fenton

Ok i will call lawyer tomorrow and tell him I want to revise the petition, if you will try to work with me.

3/13/18, 8:13 PM to Fawn Fenton

Ok.. no mean shit! We don't need to destroy each other more than we already have and are.

3/13/18, 8:15 PM to Fawn Fenton

Now try to figure out how I can have a life again, and I won't even hire an attorney, if you can be fair.

3/13/18, 8:17 PM to Fawn Fenton

But I never want to hear from your attorney, negotiate with him, or talk to him. I never want to need to tell him, or anyone else my story. I'll only negotiate peacefully with you.

704

3/13/18, 8:19 PM to Fawn Fenton

If someone comes at me hard, I have nothing left that I care about, to lose. It's conflict for sport then, and still I'll never physically harm you or our pets... that was such bullshit!

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

3/13/18, 8:20 PM to Fawn Fenton

I'm the gentlest person that you've ever known with pets. I couldn't believe you would say such hurtful things about me!

3/13/18, 8:21 PM to Fawn Fenton

I am hurt... my family and my life just ended... but that never causes me to want to hurt the ones I love. I don't understand why nobody gets that.

3/13/18, 8:23 PM from Fawn Fenton

I didn't say anything, you said everything yourself. I never ever thought you might hurt me, until now; after the texts and emails, i thought you might be capable of anything.

705

3/13/18, 8:28 PM to Fawn Fenton

If you sue me for a divorce, than I must get an attorney, and regardless of what outlandish claims you make, and the shit I'm forced to resort to in order to even somewhat fairly defend myself, we all know that in the end you are going to HAVE to pay both our legal fees, because I don't have any money.

Surely it's not going to be to your benefit for me to be forced to justify why I have no job, credit, or money to the courts. So don't put me in that position!

You think up what is a FAIR offer all on your own (without dickhead attorney), then you present it yourself to me, and we discuss the pros and cons for us each.

When we have agreement (hopefully in a few weeks), then we'll go to same attorney together, even if different one, and do cheap 'no fault' divorce.

3/13/18, 8:29 PM to Fawn Fenton

Fighting in courts takes MONTHS and the only ones it benefits are the attorneys.

3/13/18, 8:30 PM to Fawn Fenton

I don't want to spend the last of our time together that way.

3/13/18, 8:30 PM to Fawn Fenton

Just try to figure out what happens to me...

3/13/18, 8:32 PM to Fawn Fenton

I can't chat anymore... crying too hard, can't breathe, need to see pets while I can, and phone battery about dead. Thanks

3/13/18, 8:33 PM from Fawn Fenton

Ok. I actually had been trying to think of a reasonable offer for you at first (before the texts) so it won't take me long to do that now.

706

3/13/18, 8:34 PM to Fawn Fenton

Just fire your attorney, have him return the rest of your retainer, and we'll get cheap $700 divorce, once we figure out how to fairly split stuff, without publicly airing dirty laundry and destroying each other. Please.

3/13/18, 8:34 PM from Fawn Fenton

Ok. Me crying too.

3/13/18, 8:35 PM to Fawn Fenton

We'll get an "us" attorney, just like this used to be an "us" house, and an "us" family.

3/13/18, 8:39 PM from Fawn Fenton

My attorney can do it. Initial retainer is non-refundable. (Two attorneys actually, partners.)

3/13/18, 8:39 PM to Fawn Fenton

I bet Ken is excited! And your mom!

3/13/18, 8:41 PM to Fawn Fenton

I don't want to speak to attorneys, go to court, or have anything damaging said about either of us.

3/13/18, 8:42 PM from Fawn Fenton

I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.

707

TNJudicial.org/e/adjrf003.pdf     Williamson County Chancery Court Tennessee (Trial Court Records)     DOC. 002 | Page 718 of 719

Case 1:23-cv-01097-PLM-RSK     ECF No: 1-26, PageID.1568     Filed 10/13/23     Page 108 of 109

3/13/18, 8:42 PM to Fawn Fenton

You and me work it out, then I don't care who writes it up, but they must change roles to be a "facilitator", rather than being your "agent" while I have no legal representation.

3/13/18, 8:43 PM to Fawn Fenton

You don't even know who I am, sadly.

3/13/18, 8:47 PM to Fawn Fenton

Only reason I deleted tax docs off your drive today, is because they were unencrypted... openly exposed... removed from our home encryption server and left out in the open.

I left everything else which appeared to be your calculations, summaries, drafts, divorce work, etc..

Not trying to remove damaging stuff, as obviously your brother has helped you, along with his email he setup for you.

I feel betrayed by him too, after what you just told me that he and your dad said about sticking it out last weekend.

3/13/18, 8:49 PM to Fawn Fenton

But more than anything, it all just broke my heart, and showed me how far off my bartomeyer is with where you are at.

3/13/18, 8:51 PM to Fawn Fenton

The exact reasons that I've been freaking out and blocking you out of the server was dead on, but sadly a couple months late. Some of those correspondences date back to January.

3/13/18, 8:51 PM from Fawn Fenton

That's been hard for me for a long time.... you always thought you knew where my heart was, but you didn't, and no matter what I said, you couldn't hear me.

- 708

3/13/18, 8:52 PM to Fawn Fenton

It broke my heart, but I knew I had to file the deed and title before you served me papers, because then you're legally paralyzed.

3/13/18, 8:53 PM from Fawn Fenton

**Filing deed and car is fine. Doesn't really change anything.**

709