*Appendix 14-1*

# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE DIVISION, AT NASHVILLE

JEFFREY RYAN FENTON,
Appellant/Ex-Husband,

v.

FAWN ███████ FENTON,
Appellee/Ex-Wife.

)
)
)
)
)
)
)

**COA #M2019-02059-COA-R3-CV**
Docket #48419B

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

# APPELLANT'S MOTION TO ESCALATE THIS CASE TO THE TENNESSEE SUPREME COURT

**I NEED HELP!!! I CAN'T DO THIS ON MY OWN, WITH MY DISABILITIES, WITHOUT COUNSEL; BASED UPON THE CORRUPT JUDICIAL POWERS I AM UP AGAINST, WITH JUDGE MICHAEL W. BINKLEY AND VIRGINIA STORY.**

**THE JUDICIAL CANONS AND THE TENNESSEE CONSTITUTION, SAY NOTHING ABOUT VALUING COURT PROCEDURES OVER THE CITIZENS OF TENNESSEE. QUITE THE OPPOSITE. I CAN'T GET ANYONE TO HELP ME. PLEASE CHECK ALL THE APPELLATE COURT ATTEMPTS I MADE. EVERYTHING FILED BY STORY AND AUSBROOKS WAS FRAUDULENT, RUBBER STAMPED BY JUDGE BINKLEY. I CAN NOT WORK WITH THIS FRAUDULENT "OP" ON ME. MY MOTHER HAS AN IMMUNITY DISORDER. THE COURT ALREADY SEIZED MY $500k BRENTWOOD HOME, FOR FREE, WITHOUT DUE PROCESS. THEY HAD THE POLICE FORCE ME OFF MY PROPERTY. THEY DENIED MY RIGHT, TO TAKE MY PERSONAL PROPERTY. IT WAS INSANELY INHUMANE! NOW I CAN'T EVEN WORK!**

**I KNOW THAT THIS ISN'T CAUTIOUSLY WORDED, TO BE UNOFFENSIVE, BUT I HAVE FILED A <u>THOUSAND PAGES</u> WITHOUT THE BENEFIT OF A <u>SINGLE WORD</u>. I AM INCLUDING MY ETHICS COMPLAINT AGAINST VIRGINIA LEE STORY, TO BETTER EXPLAIN. I WILL PROVIDE MORE INFO OVERNIGHT. PLEASE HELP!!! I SWEAR, I HAVE DEFINITIVE EVIDENCE, WITH NOT JUST ONE, BUT TWO "SMOKING GUNS" IN THIS CASE!**

**PLEASE KEEP IN MIND MY ADA REQUEST ON FILE. THIS DOCUMENT IS ONLY IN DRAFT FORM, BECAUSE I DON'T HAVE ENOUGH TIME OR THE ABILITY TO CONCISELY ARTICULATE THE DEPTH AND BREADTH OF FRAUD I HAVE EXPERIENCED.**

**MS. STORY WOULD SAY ONE THING BEFORE COURT, SOMETHING TOTALLY DIFFERENT IN COURT, AND SOMETHING COMPLETELY OPPOSITE AFTER LEAVING THE COURT. WHILE AS A PRO SE IN THE 21st JUDICIAL DISTRICT, I WAS DENIED THE ABILITY TO PARTICIPATE IN THE PROPOSED/AGREED ORDER PROCESS.**

**EVEN IF I CAN'T OUT-FIGHT TWO CORRUPT(ABLE) ATTORNEYS AND ONE CORRUPT(ABLE) JUDGE, I SHOULD STILL BE ALLOWED TO SURVIVE AND PROVIDE FOR MYSELF, AFTER THE COURT, UNJUSTLY, TOOK EVERYTHING I OWNED.**

**THERE ARE BOOKMARKS THROUGHOUT THIS DOCUMENT, WITH CHRONOLOGICAL CONVERSATIONS. SINCE I CAN'T WRITE AN "APPELLANT BRIEF", DUE TO THE ABSURD LEVEL OF FRAUD, MY GOAL HERE IS TO LINE-UP ALL CONVERSATIONS WITH MS. STORY, BOTH INSIDE AND OUTSIDE COURT, TO CLEARLY SHOW HER FOUL-PLAY.**

**THIS DOCUMENT IS NOT FINISHED, BUT IF YOU LOOK AT THE PORTION FROM THE 8/1/2019 HEARING, TO THE FRAUDULENTLY BASED "DEFAULT" JUDGMENTS, IT IS CLEAR THAT MS. STORY BROKE EVERY SINGLE OATH OF OFFICE AND A SLEW OF FEDERAL LAWS, TO LITERALLY HARM ME AS MUCH AS POSSIBLE.**

**THIS IS IMMEDIATELY DUE IN COURT, SO I AM FILING THIS WITHOUT FINISHING IT FIRST. IF NOTHING ELSE, PLEASE LISTEN TO THE AUDIO RECORDING FROM 8/29/2019, WHILE FACT CHECKING EVERYTHING THAT VIRGINIA LEE STORY AND CHANCELLOR MICHAEL W. BINKLEY SAID, WITH THE PREVIOUS HEARING AND JUDGMENT ON 8/1/2019.**

**PLEASE SEE MY APPELLATE RECORD FOR A BETTER EXPLANATION. EMERGENCY JUDGMENT NEEDED TO SET ASIDE, STRIKE, OR OVERTURN & EXPUNGE THE DEFAULT "ORDER OF PROTECTION" AND UNJUSTIFIED 5-YEAR EXTENSION, SO THAT I CAN PASS A BACKGROUND CHECK TO WORK FROM HOME. CRITICALLY NEEDED TO SUPPORT MYSELF, DURING THIS COVID PANDEMIC!**

**BY ATTORNEY'S AGREEMENT, THE "OP EXPARTE" WAS ALLOWED TO REMAIN IN PLACE, UNTIL THE DIVORCE WAS FINAL. I FORFEITED A HEARING, UNDER THE CONDITION THAT UPON THE FINALIZATION OF OUR DIVORCE, THE HEARING WAS WAIVED AND THE "OP" AS WELL AS THE "OP EXPARTE" WOULD BE IMMEDIATELY DROPPED!**

**MS. STORY REPEATEDLY SAID, THIS WAS SPECIFICALLY TO PREVENT HARMING MY EMPLOYMENT RECORD/OPPORTUNITIES, ACKNOWLEDGING THAT I NEED TO OBTAIN EMPLOYMENT A.S.A.P. BECAUSE MY WIFE COULD NO LONGER PROVIDE SUPPORT, AS PREVIOUSLY PERFORMED AND PROMISED. HAVING VOLUNTARY BEEN OUR FAMILY'S PRIMARY BREADWINNER FOR OVER A DECADE, & HAVING PREVIOUSLY PROMISED ALIMONY OF $21,000 PER YEAR FOR A DURATION OF 6-YEARS, AS "TRANSITIONAL ALIMONY".**

**TO DEPRIVE ME OF MY SHELTER (WITHOUT DUE PROCESS) AND EVERY FORM OF SUPPORT, WHILE SIGNIFICANTLY DAMAGING MY ABILITY TO WORK AND SUPPORT MYSELF; WHEN I HAVE NEVER POSED A PHYSICEAL THREAT, THAT IS CRUEL AND INHUMANE!**

1   COMES NOW the Appellant/Ex-husband, Jeffrey Ryan Fenton, representing

2   myself "Pro Se" in this matter, not being able to afford legal counsel, submitting this

3   objection to the "Appellee's Response to Appellant's Motion to Supplement and Correct

4   the Record", stating as follows:

5   First, I request any consideration which the Court is able to allow me under

6   Judicial Branch Policy 2.07 for my disabilities (filed with the COA on 7/8/2020 and

7   attached hereto separately, as instructed for confidentiality), as well as due to my poverty

8   and my forced relocation to Michigan, both subsequent to the actions of Ms. Fawn █████

9   Fenton, Attorney Virginia Lee Story, along with the rulings of the Williamson County

10  Chancery Court.

11    **OF IMEDIATE EMERGENCY NEED:** the fraudulently obtained OP Exparte',

12    with the craftiness and connections of Ms. Story (while Ms. Fenton's previous attorney

13    said it was neither legally justifiable nor ethical, since I have NEVER THREATENED TO

14    HARM HER (or anyone), no priors, had never been arrested in my life, had zero calls for

15    domestic disturbances, and had not even received a TRAFFIC CITATION during my 25-

16    years as a Tennessee Citizen! Yet, thanks to Ms. Story's coaching, Ms. Fenton's FALSE

17    testimony (which without a trial or motion for default, I was NEVER allowed to DEFEND

18    myself against (which is ILLEGAL for an OP!), while believing this matter SETTLED per

19    our agreement between Attorney's made on 8/1/2019).

20    Additionally.... Provide AFFIDAVIT about OP.

21    Regretfully, despite my attempts, I am UNABLE to WRITE a BRIEF without one

22    of two things: either COUNSEL to help me, or ENOUGH UNINTERRUPTED TIME,

23    WHILE MY INTERESTS ARE NOT THREATENED, to try again to write one. Once I get

24    anywhere near a "DEADLINE", my mind becomes a BLUR, where I can't even remember

25    why I am sitting in front of my computer, or what point I was trying to make, or what

26    information I was referencing... with twenty browser windows open, with just as many

27    folders and PDF files simultaneously open, as I research and try to put the pieces together

28    to present to the Court.

29    For a day or two BEFORE my DEADLINE (since it has such tremendous

30    implications for my life and my future), my mind becomes like standing outdoors in a

31    BLIZZARD. Trust me, I wish that it were not that way. Likewise, once I MISS a

32    DEADLINE, I have no ability to "keep trying" to turn it in "late" simply HOPING that it

33    MIGHT be accepted. I would be constantly DISTRACTED & FIXATED upon watching the

TNJudicial.org/legal/1252.pdf   Case 1:23-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1374   Filed 10/13/23   DOC. 125 | Page 5 of 296
Motion to Escalate to the Tennessee Supreme Court 11/19/2021
of 150

34  Court's website for a Judgment to be handed down, crushing my attempts once again,

35  while my mind is in a frenzy, unable to focus or concentrate upon a single line I wrote.

36  (So if the Court elects to grant me any extra "grace" or TIME, **please clearly NOTIFY**

37  **me**, so that I know, understand, and can TRY to take advantage of that, because without

38  that knowledge, in my mind, I'm already defeated, beyond being able to focus, and have

39  quit trying, while researching my next potential action of recourse.

40      I KNOW beyond a shadow of a DOUBT that both Ms. Story and the Court have

41  done me a TREMENDOUS harm & injustice here! It is my earnest BELIEF that I have

42  provided the COA with MORE than enough EVIDENCE of ERROR, ABUSE, BIAS,

43  DESCRIMINATION,  NEPITISM,  COLLUSION,  and  even  CORRUPTION  by

44  CHANCELLOR MICHAEL W. BINKLEY and ATTORNEY VIRGINIA LEE STORY, to

45  substantiate  providing  me  with  COUNSEL  as  the  MINIMUM  REASONABLE

46  ACCOMODATION  TO  AID  ME  IN  THE  RESTORATION  OF  MY  PERSON

47  CONSIDERING THE LITTERAL CRIMES WHICH I HAVE SUFFERED (AS PROVEN)

48  AT  THE  HANDS  OF  THE  COURTS  MOVE  COURT'S  MORE  UNWIELDLY,

49  UNRESTRAINED,  UNACCOUNTABLE,  CONTRAVERSIAL,  CONIVING,  AND

50  COLLUSIVE OF MEMBERS, WHICH HAS DRAWN NATIONAL SCRUTINY IN THE

51  PAST FROM TOP JUDICIAL ETHICS AUTHORITIES, DECLARING THAT SUCH

52  COLLUSION WAS A RECIPE FOR DISASTER, JUST WAITING TO HAPPEN!  While I

53  have IRREFUTABLE PROOF that it HAS HAPPENED, to ME, yet NOBODY in the

54  COURT OF APPEALS wants to take time to INVESTIGATE my CLAIMS or even WEIGH

55  MY TESTIMONY ON RECORD AND THE HUNDREDS OF PIECES OF CLEAR AND

56  CONVINCING EVIDENCE WHICH I HAVE PROVIDED TO THE COURT OF APPEALS!

---

TNJudicial.org/ls/slrf125.pdf   Case 1:23-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1375   Filed 10/13/23   DOC 125 Page 6 of 296
Motion to Escalate to the Tennessee Supreme Court (7/19/2021)
of 150

57    I believe that Closing my case without TAKING ACTION is a cowardly act of

58    disrepute, collusion, corruption, and/or cover-up making any JUDGE who elects to DO

59    SO, GUILTY at the very least as an ACCESSORY TO THE CRIMES OF JUDGE BINKLEY

60    AND ATTORNEY VIRGINIA LEE STORY!

61    <mark>and corruption, to turn away</mark> from the OBVIOUSLY INJURED PARTY without

62    protecting them, assisting them, or providing them ANY RELIEF, is in direct violation of

63    the TENNESSEE CANON OF JUDGES, as well as the CONSTITUTION OF THE STATE

64    OF TENNESSEE!

65

66    CANON CONSIDERING THE CRIMES WHICH I HAVE LITTERALLY

67    SUFFERED AT THE HAND'S OF THE COURT'S ELITE TO HELP CURE as a

68    "REASONABLE ACCOMODATION FOR MY DISABILITY" and/or as a "RULE 36:

69    RELIEF; EFFECT OF ERROR." Yet the Tennessee Court of Appeals has refused me ANY

70    assistance other than additional **TIME** (which has now run out). Per my ADA "Request

71    for Modification" form, I expected that I needed:

72    **"Procedural and Technical Flexibility, Additional TIME for Deadlines**

73    **to Self-Represent by Necessity, Communication Modifications due to COVID-**

74    **19 and Excessive Mailing Times to Michigan, Judgment Based Upon the**

75    **LAWS – not just the Technical Codes which I am Knowledgeable about, or**

76    **able to Research and Cite (ignorance about the law is no excuse for breaking**

77    **it, hence it shouldn't be for being protected by the law either). Please Judge**

78    **based upon the SPIRIT of the Law, not just the Technical Manipulation of**

79    **Words used to Express, Define, and Communicate it."**

80       Regretfully, I have not found any "Procedural and Technical Flexibility" to allow

81   me to Supplement or Correct a SINGLE detail on my Record yet (even though I was

82   denied an opportunity to participate in my own trials by phone as promised, to provide

83   any evidence beyond my "ONE-AND-DONE" filed and ignored by the Court on

84   8/29/2019, while deceptive DEFAULT JUDGMENTS were levied against me on both

85   counts instead!) I have not been allowed to include the "SMOKING GUN" Audio

86   Recording and Certified TRANSCRIPT OF EVIDENCE provided by Tennessee Licensed

87   Court Reporter Emily L. Sipe, RPR, LCR No. 608, with Harpeth Court Reporters. (Whose

88   services were PROCURED by CHANCELLOR MICHAEL W. BINKLEY HIMSELF!) I

89   cannot understand a legal or ethical reason to exclude the most self-reliant, self-

90   explanatory, and critical piece of certified, licensed, and verifiable EVIDENCE proving

91   THE JUDICIAL CORRUPTION that took place during that trial on 8/29/2019.

92       Ms. Story and Chancery Court can play games, denying that REAL EVIDENCE

93   from consideration in their files, but the TRUTH is the TRUTH, which can and will

94   NEVER change! While the TRUTH SHOWS unequivocally without me speaking a WORD,

95   that THEIR ACTIONS (Binkley/Story) in that Court Room were ILLEGAL, BULLYING,

96   COERCING, MALICIOUS, DISCRIMINATING, EXCESSIVELY BIAS, and ultimately

97   CORRUPT! Much like Judge Michael W. Binkley's benefactor who once dismissed his

98   CRIMINAL charges and EXPUNGED MICHAEL W. BINKLEY'S CRIMINAL RECORD,

99   while now they have gotten away with not only depriving me of MY PROPERTY, and MY

100   CONSTITUTIONAL RIGHTS, but MY LIFE AS WELL, without anything remotely

101   resembling an "IMPARTIAL TRIBUNAL" or "DUE PROCESS"!

---

102   Someday, that AUDIO RECORDING from the 8/29/2019 trial, which I BEGGED

103   YOU (COA JUDGE ASSIGNED TO MY CASE) TO SHARE WITH THREE COA

104   JUSTICES, so that JUST ONE CORRUPT COURT OF APPEALS JUDGE COULD NOT

105   SWEEP IT UNDER THE RUG TO PROTECT ONE OF THEIR FRIENDS, CHANCELLOR

106   MICHAEL W. BINKLEY AND/OR ATTORNEY VIRGINIA LEE STORY, but you scoffed

107   at me and REFUSED!

108   TO watch someone being MURDERED (litigiously abused beyond benefit to

109   ANYONE, purely for SPORT and DOMINATION), while refusing to offer them the

110   slightest bit of HELP, unless they are able to first WRITE A LEGAL BRIEF and beat one

111   of the Midstate's most influential, skillful, and corrupt attorneys in a JOUST in the middle

112   of the COLLESEAM, seems extremely archaic and inhumane to me! If I could beat her in

113   a JOUST, then I would have had no need for the Court of Appeals! Is there NO JUSTICE

114   for everyone who isn't ABLE to WRITE A LEGAL BRIEF? Because I have a recorded

115   conversation with Attorney JOHN COKE who admits how TECHNICALLY

116   CHALLENGING it is EVEN for a LICENSED ATTORNEY, so how are the REST of US

117   supposed to obtain JUSTICE in the State of Tennessee? Do the RICH just get to do

118   WHATEVER they want, under "color of law", or by financial and litigious BULLYING with

119   the help of their wealthy, connected, powerful, and influential FRIENDS?

120   IF that is true, then according to the Constitution of the State of Tennessee, we

121   should DISBAND and REBUILD the entire JUDICIARY from the GROUND UP! If you do

122   not SERVE the average TENNESSEE CITIZENS, then you need to quit being

123   EMPLOYED and PAID by the average TENNESSEE CITIZENS! We do not provide you

124   with SIX-FIGURE INCOMES and PRIVATE BATHROOMS in each of your offices, just so

TNJudicial.org/g/a/jd125.pdf    Motion to Escalate to the Tennessee Supreme Court 11/19/2021
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1378    Filed 10/13/23    DOC 125 | Page 9 of 296
Page 9
of 150

125    that you can LOOK DOWN at those of us who make substantially less. Nor to TREAT US

126    ONE BIT DIFFERENTLY THAN YOU WOULD TREAT ANY OF YOUR PEERS!

127    Your words only CARRY WEIGHT as long as the average CITIZENS of this Great

128    State remain BEHIND YOU, and LIFT YOU UP! While so far in my experience, despite

129    obscenely overwhelming EVIDENCE of harm, abuse, collusion, and even corruption in a

130    trial court which refuses even the simplest measures of transparency and accountability.

131    I have sought out every nook and cranny of Tennessee Legal Resources for the

132    SLIGHTEST BIT OF HELP, to CLEARLY HELP FIX A WRONG, yet I cannot find

133    JUSTICE anywhere around me, and it certainly is not LIFTING ME UP! Rather CRIMES

134    posed as Justice have robbed, raped, and held me DOWN for nearly a YEAR AND A HALF

135    NOW!

136    But does ANYBODY CARE? Or that still requires a DUAL in the COLLESEAUM

137    before any of the JUDICIAL ELITE can watch the show, and decide upon a VICTOR?

138    If you saw another JUDGE and ILLREPUTED ATTORNEY like Virginia Lee Story

139    LYNCHING AN UNKNOWN CITIZEN, WITH NO CRIMINAL RECORD, IN THE BACK

140    ALLEY BEHIND THE COURT HOUSE, don't you have a LEGAL and ETHICAL

141    OBLIGATION TO DO SOMETHING ABOUT THAT? Even if the GUY being LYNCHED

142    isn't educated, wealthy, qualified, or able to FILL OUT A LEGAL BRIEF TO ARGUE in

143    the COLLESEAM against Abusive Attorney Virginia Lee Story THAT HE WAS BEING

144    HORRIFICIABLLY ABUSED WITH UNDUE CAUSE?

145    Where does COMMON SENSE, CARE, IMPARTIAL JUSTICE, and using your

146    FIVE SENSES become more IMPORTANT or a GREATER RESPONSIBILITY than

147    rejecting every motion to supplement and correct the record, and demanding a Legal

148    Brief? That does not take a JUDGE, a first year CLERK could do EVERYTHING which I

149    have experienced so far from the great Middle Tennessee Court of Appeals!

150    While I ACTUALLY BET that a FIRST YEAR CLERK, would have taken the TIME

151    and still CARED enough about JUSTICE (before becoming jaded and indebted to the

152    "system") to LISTEN TO THE HORRIFIC AUDIO RECORDING from my trial on

153    8/29/2019, as I begged you ALL to do, while comparing every word spoken by Judge

154    Binkley and Attorney Story to the previous court Transcripts and Court Order from

155    8/1/2019, as I told you THAT ALONE WILL PROVIDE ENOUGH EVIDENCE OF FOUL

156    PLAY TO RULE A MISTRIAL ON EVERY COUNT!

157    I bet the FIRST YEAR CLERK would TAKE ACTION upon the KNOWLEDGE of

158    CRIMES, COLLUSION, and CORRUPTION taking place in Middle Tennessee

159    Courtrooms under the GUISE of JUSTICE, rather than refusing, scoffing, admonishing

160    the abused, and refusing any assistance or relief for the PARTY ILLEGALLY INJURED

161    BY THE COURT ITSELF AND THEIR CRONIES!

162    So YES, I am EXTREMELY DISAPPOINTED in the LACK of CARE for the

163    PERSON and EVEN a lack of care about JUSTICE being served, and accountability by

164    your peers, and those operating under your command, whom you REFUSE to hold

165    accountable, unless I have the SKILL, EDUCATION, MONEY, ENDURANCE, and TIME

166    to FORCE THE COA TO TAKE ACTION, after defeating my tormentor in the

167    COLLESEAM for your entertainment and leaving you no alternative but to back the last

168    man standing!

169    That is NOT called "JUSTICE" though! While there IS NO HONOR in it! HONOR

170    takes ACTION BY ITS OWN VOLITION (without demanding anything prior or in return),

171    to protect those who CAN'T PROTECT THEMSELVES from the PREDATORS in

172    SOCIETY (legal or otherwise)! Whether that be a local Ponzi scheme cheating Citizens out

173    of their hard-earned retirement funds. A dishonest attorney, who knows HOW to leverage

174    the LAW, contrary to the SPIRIT of the Law, to cause HARM rather than to PROTECT

175    the general population. Or a Trial Court Judge in Beautiful FRANKLIN TENNESSEE,

176    who you accidentally SEE setting up his GALLOWS in the back alley before presiding over

177    Court for the first half of his day, with the lynchings scheduled for later in the afternoon.

178         I'm SORRY, we still NEED that "APPELANT BRIEF" before WE HAVE THE

179    AUTHORITY (incentive, motivation, care) TO TAKE ACTION TO PROMOTE JUSTICE

180    OR PROTECT THE INNOCENT FROM GREATER UNWARRANTED HARM!

181         RULES AND PROCEDURES, yes, we have them for a REASON! But we also have

182    EXCEPTIONS for them in EVERY CASE, so that JUSTICE WILL NEVER be LOST due to

183    PROCEDURES! The Rules of Appellate Procedure have Rule #2, which I sought relief

184    under, but was denied. The Tennessee State Constitution as well as the CANON of Judges

185    in Tennessee, also BOTH have FRAMEWORK, CODE, LAWS, AND A PATH THAT

186    REGARDLESS OF ANY RULE OR PROCEDURE, THAT NONE IS MORE IMPORTANT

187    THAN JUSTICE AND ANY CAN BE DISCARDED, IGNORED, OR SKIPPED IN ANY

188    SITUATION NECESSARY TO BRING ABOUT JUSTICE AND TO ALLOW A PERSON OF

189    JUDICIAL AUTHORITY TO TAKE ACTION TO RIGHT A WRONG, TO MITIGATE

190    DAMAGES, TO PROVIDE RELIEF TO THE SUFFERING, TO HOLD ACCOUNTABLE

191    THE WILD AND UNTAMED LITIGATORS WHO ARE ABUSING THEIR POWER<

192    THEIR KNOWLEDGE, THEIR RELATIONSHIPS, AND THEIR OFFICES TO HARM

193    INNOCENT PEOPLE! That is a JUDGE whom I will respect and address as "YOUR

194  HONNOR"! **Please tell me, WHERE can I find him or her?** For I need leave

195  <mark>immediately!</mark>

196

197      If I required no LEGAL INTERVENTION to help me obtain JUSTICE, so that I can

198  merely WORK and FEED MYSELF AGAIN, after Williamson County illegally STOLD

199  EVERYTHING IN MY LIFE FROM ME, with EXCESSIVE and UNJUSTIFIED FORCE,

200  unconscionably argued for by intentionally presenting LIE AFTER LIE, which I fought to

201  CORRECT, but Chancellor Binkley did not even PRETEND to be UNBIASED anymore!

202  He certainly possessed absolutely NO OBJECTABILITY whatsoever, which is a strict

203  violation of the Judicial Canons. He didn't care at all about projecting the image of

204  impropriety and favor as he stood back leaning against his pulpit and allowed MS. STORY

205  to REQUEST/DICTATE EVERY SINGLE WORD OF THE COURT ORDER, VERBATIM,

206  without granting me ANY consideration!

207      Without even HONORING he PREVIOUS Judgment, or what was said during our

208  previous hearing on 8/1/2019. Without providing ANY ACCOUNTABILITY about the

209  CONSTANT FLOW of deceptive, fraudulent, malicious litigation which flowed from Ms.

210  Story's mouth! While pretending NOT to remember that Ms. Story's own Complaint for

211  Divorce said very clearly that

212      <mark>ALL OUR PROPERTY HAD BEEN DIVIDED....</mark>

213      While the Court of Appeals has now provided COVER for Chancellor Binkley and

214  Attorney Virginia Lee Story, and in doing so, become accomplices to their CRIMES and

215  JUDICIAL CORRUPTION!

216    had out DUE PROCESS then Chancellor Binkley's Corrupt Rulings would do just

217    fine. To me, there seems to be NOTHING of higher value to the PURPOSE of the Appellate

218    Court than to have **ALL the EVIDENCE necessary to convey a fair, accurate and**

219    **complete account of what transpired in the trial court** with respect to those issues

220    that are the bases of appeal. (RULE 24(g)) Yet my cries have fallen upon deaf ears.

I will be filing CRIMINAL CORRUPTION charges against Chancellor Michael W. Binkley, Attorney Virginia Lee Story, and possibly Attorney Mary Elizabeth Ausbrooks and Trustee Henry Edward Hildebrand, III for facilitating BANKRUPTCY FRAUD! (Which will also get me OUT of the JUDICIALLY CORRUPT State of Tennessee, to the United States Court of Appeals for the Sixth Circuit, where all indigent Pro-Se litigants are provided with FREE Counsel. That is where I HOPE to FINALLY find my first UNBIASED TRIBUNAL! Where I will seek damages as high as the Court will allow from the State of Tennessee for their DISDAIN for the Constitution of the United States of America, and the Courts being full of Corrupt unaccountable MOBSTERS rather than conscionable public servants! I will likewise seek 6 figure punitive damages by Ms. Story and Ms. Ausbrooks for deceptively conspiring to illegally DEPRIVE ME OF MY PROPERTY, without notice or an opportunity to save or redeem it. For hiding my financial investment in our home and my JOINT OWNERSHIP of that property in every way imaginable, except for whose name was on the MORTGAGES!

For LIEING and saying that OUR HOME (where the totality of my premarital 401k retirement funds, plus the proceeds from my premarital home were invested), where I spent almost a decade performing $200k of CORE IMPROVEMENTS to the property, and IF ANYONE HAD

A GREATER OWNERSHIP INTEREST IN THAT PROPERTY BETWEEN MS.
FENTON AND MYSELF, IT WAS ME!

While both Counsel colluded to LIE to both State and Federal Courts about that.
While also lying about Ms. Fenton's VOLUNTARY ROLE and COMMITMENT as our
family's PRIMARY BREADWINNER, with her MIT education and professional degree
as an Architect! Ms. Fenton spent the past decade BUILDING HER CAREER while doing
little if ANYTHING to improve our home, while I invested the majority of the past decade
of MY LIFE investing my TIME and MONEY into customizing and IMPROVIND OUR
FOREVER HOME, where we both promised we would live for the REST OF OUR
LIVES!

Now Ms. Fenton only made an investment in herself, which no one can ever
deprive her of, but through the CORRUPT actions of Attorney's Story, Attorney
Ausbrooks, possibly the negligence of Trustee Henry Edward Hildebrand III, and the
Judge who GAVE THEM FREE REIGN to do whatever they wanted, without regard for
ANY LAWS, impartiality, fairness, equality, equitability, or DUE PROCESS, Chancellor
Michael W. Binkley!

They thrived on abusing me together as if it was a SPORT for them! Ms. Story
would put forth a deceptive or misleading AFIDAVIT, taking it a little further than
HALFWAY, for the slightest excuse of "plausible deniability", then Chancellor Michael
W. Binkley grabbed the ball from Ms. Story and SLAM-DUNKED IT! Taking it from a
deceptive and indecent statement and proposition, to a CORRUPT and ILLEGAL

ACTION, with the FULL FORCE OF THE COURT AND THE WILLIAMSON COUNNTY SHERIFS DEPARTMENT BEHIND HIM TO ENFORCE CHANCELLOR BINKLEY'S ILLEGAL ORDERS!

221    I look forward to the day when they WAKE-UP and realize that they GOT just a bit
222    too GREEDY, while they profited very little off of it, once the sense of power, domination,
223    and the adrenaline rush has long since gone, realizing once HUMILITY comes to visit,
224    that they also LOST THEIR HUMANITY somewhere along the way, as they STOLE the
225    LIFE of this little NOBODY, just for their perverted SPORT... with their legacy's ending
226    very similar to that of Judge Binkley's personal benefactor, Casey Moreland! While the
227    Federal Government comes in and FORCES some transparency, accountability, and
228    equality in Tennessee Courts STATEWIDE. While RESTORING the BALANCE of LADY
229    JUSTICE. The one thing which Tennessee seems literally INCAPABLE OF DOING ON
230    THEIR OWN! There are TOO MANY CORRUPT JUDGES in Tennessee, for any of them
231    to hold another "ACCOUNTABLE"! Tennessee NEEDS FEDERAL HELP to CLEAN
232    HOUSE JUDICIALLY IN THIS STATE! Which is horribly sad, yet HISTORICALLY
233    TRUE!

234    All that I've wanted is MY FREEDOM, so that I can get a job, provide for myself,
235    not be a burden upon my mother after she has found herself taking me back in to provide
236    me shelter at FIFY years of AGE! Where without my mother's intervention, JUDGE
237    BINKLEY, ATTORNEYS AUSBROOKS AND STORY HAD SIMPLY PLANNED TO TAKE
238    AND SELL ALL OF MY PROPERTY, WHILE GIVING THE PROCEEDS TO MY WIFE TO
239    PAYOFF HER DEBTS (abandoning $90,000 worth of TRULY MARITAL DEBTS IN MY
240    NAME), while FORCING me to become HOMELESS!

241    EVEN destitute third-word Countries have more HUMANITY and CARE running
242    though their veins than that!

243    I never had a clue that I was living in a hostile and corrupt state, where my LEGAL
244    RIGHTS (even by that State's definition) were absolutely IMPOTENT in the exercise and
245    administration of JUSTICE in her Courts!

246    I thought that Tennessee was a RED blood run State for the PEOPLE, who had a
247    heritage of rebellion and FREEDOM! Not where WAR LORDS ran different sections, very
248    similar to those in AFGANISTAN! I'd never even heard of or thought of the word
249    "PLANTATION LAW" until after I spent two 30-minute sessions in Chancellor Michael
250    W. Binkley's Court Room, facing against Attorney Virginia Lee Story.

It took me a WHILE to know anything MORE than that I had been harshly
discriminated against, and treated absolutely UNCONSTITUTIONALLY! I still didn't
know about the publicly exposed (yet still not corrected) BINKLEY/STORY relationship,
or how "proposed orders" versus "agreed orders" worked, or that the Orders were actually
drafted by the COUNSEL who WON each hearing, or that the Court kept NO RECORDS
of what transpires in each hearing, or that they provide and offer NO AUDIO
RECORDINGS of hearings, for transparency and accountability.

In Michigan, you can obtain not only an audio recording, but a VIDEO recording
of any Civil hearing for only a few dollars. Burned on a DVD, available after the hearing
and archived for any future requests.

I have a gut feeling that would hamper the CASH flowing through the Williamson County

Courthouse, not to mention affecting some of the pleasures and privileges of corrupt Justices there.

If NOT for CORRUPTION, then WHY intentionally PREVENT TRANSPARENCY AND

ACCOUNTABILITY in the WEALTHIEST COURT ROOM in the STATE OF TENNESSEE!

Somebody must pay to keep that Plantation running!

251    I have a feeling that some of Williamson County's newer residents from the WEST

252    COAST, will be shocked and DEMAND reform when they learn how the PLANTATION is

253    REALLY RUN THERE! It is time for Tennessee to MOVE PAST the days of the

254    BINKLEY'S and the STORY'S, to practice REAL LAW! For the benefit of the majority of

255    the CITIZENS in Tennessee, not just an elitist group of smiling affluent criminals who do

256    most of their business behind closed doors, on the phone, or via email. Making a short

257    "appearance" inside a Court Room each day, AFTER having already DECIDED most

258    cases!

259    What I have experienced so far, is an absolute ABOMINATION OF THE LAW! The

260    TERRIFYING THOUGHT is that both BINKLEY and STORY do nearly HALF OF THEIR

261    WORK IN CRIMINAL COURTS! While I already KNOW how CORRUPTIBLE they both

262    are! I believe that HONESTLY INVESTIGATING THE EVIDENCE WHICH I'VE

263    PRESENTED IN MY CASE, would not only exonerate me, but possibly cause the Courts

264    to need to re-examine YEARS WORTH OF JUDGMENTS AND CRIMINAL SENTENCES,

265    because I promise you, they could have just as easily have thrown me in prison, just to

266    SILENCE me about THEIR CORRUPTION! That was one of the reasons why I sought

267    SANCTUARY in MICHIGAN, because just as with the individual who exposed Casey

268   Moreland, they did so anonymously, for FEAR OF THEIR SAFETY, from RETALIATION

269   and criminal HARM!

270        These are GANGSTERS wearing ROBES and carrying INK PENS who can steal the

271   proceeds of a person's ENTIRE LIFE in less than an HOUR! **With NO LEGITIMATE**

272   **GROUNDS!** While accusing you of being some menace to society and branding you a

273   criminal, a stalker, or putting an Order of Protection against you without even a trial, like

274   they did ME, even though that is ILLEGAL! They DON'T CARE, AND WITHOUT YEARS

275   OF WORK AND EXPENSES TO REPEAL THEIR CRIMINAL JUDGMENTS, nobody

276   within the State of Tennessee is going to MAKE THEM CARE or HOLD THEM

277   ACCOUNTABLE!

278        So, with ONE erratic, discriminatory, unfair, biased, unethical, collusive,

279   opinionated, or simply erroneous Judgment, **I have been DEEMED GUILTY UNTIL**

280   **PROVEN INNOCENT** (while never having been arrested once in my life, unlike the

281   Judge who unjustly condemns me), and even the MICHIGAN SUPREME COURT could

282   not remove the CORRUPT and all so obviously BIAS, UNFAIR, AND UNWARRANTED

283   JUDGMENT AGAINST ME!

284        Either a higher Court in Tennessee MUST CORRECT THE CORRUPT RULING,

285   which is very unlikely, because just like organized crime, **it discredits and**

286   **undermines the institution, not to mention the potential retaliation from the**

287   **other family.** The only other cure is a FEDERAL COURTS, which is what I shall seek

288   next after pressing criminal charges through the FBI, just so that I can TRY to REMOVE

289   JUDGE BINKLEY'S ILLEGAL NOOSE FROM AROUND MY NECK, SO THAT I CAN GET

290   A CRAPPY JOB, while living in a crappy State, after having had everything beautiful in

TNJudicial.org/c/a/jrf125.pdf    Case 1:25-cv-01097-PLM-RSK   ECF No: 1-27,   PageID.1388   Filed 10/13/23   DOC. 125 J Page 19 of 296

Motion to Escalate to the Tennessee Supreme Court (11/19/2021)   Page 19 of 150

291    my life systematically STOLEN FROM ME by the GARGOILS OF JUSTICE! Attorney

292    Virginia Lee Story, and Judge Michael W. Binkley! What I have come to refer to as the

293    "BINKLEY/STORY EFFECT"! It is time to BENCH them BOTH for the common GOOD

294    of Middle Tennessee's CITIZENS who deserve JUSTICE, HONESTY, TRANSPARENCY,

295    AND ACCOUNTABILITY in their GOVERNMENT and COURTS!

**TE-1 (2)**

16· · · · · · · MS. STORY:  Because what we don't[1]

17· ·want to do is have something go down on his

18· ·record that's going to affect his employability,

19· ·because he needs to get a job ASAP,

11· ·We believe that house should sell in

12· ·the neighborhood of 414,000 we hope.  It's a great

13· ·location.  People want to get in Brentwood, to get

14· ·into Brentwood in that zip code.  Those schools

15· ·for that kind of price is wonderful.  This thing

16· ·could sell immediately if you had a good marketer

---

[1] WHY did the VALUE of protecting MY RECORD, to ensure not to hinder my EMPLOYABILITY, change as soon as I had been forced out of my home, and driven from the State of Tennessee? After I was no longer an "ALIMONY" concern for Wife?

Why has my employability been harshly limited now when I did nothing "wrong"?

The opposing Counsel and Court have shown absolutely no CARE for whether I have any vocational training, whether I am employable, have any shelter, food, healthcare, or any provision of any sort! After having liquidated my home, in which I had invested the totality of my life's savings, including my premarital retirement funds, and proceeds from my premarital home, without providing me a single dollar!

Instead, the Court and opposing Counsel, made it literally as DIFFICULT for me to SURVIVE, as was within their POWER! This is totally unjustified and unnecessary legal abuse and inhumane CRUELTY!

17· ·to get that thing on the market and get it sold.

<mark>18· ·Mr. Fenton and Mrs. Fenton had</mark>

<mark>19· ·agreed last year that they would do that.  She</mark>

<mark>20· ·then dropped the divorce.  They were going to try</mark>

<mark>21· ·to get it on the market.  The problem with the</mark>

If Ms. Story is asserting that I am EQUALLY qualified and able to defend myself against her knowledge, experience, and relationships, because I have had a few months to "study", surely that isn't the basis of her argument.

My struggle is not simply TIME, I have learned HOW to file A COUPLE OF SPECIFIC STYLES OR TYPES of LEGAL FORMS, while still LACKING THE EXPERTISE and knowledge about HOW TO PROPERLY DRAFT A BRIEF! Regardless, I am doing my best, and I am NOT asking for any MORE TIME!

Furthermore, regarding Ms. Story's erroneous claim, "This is yet another attempt by the Appellant to prolong this litigation and run up fees for Appellee."

## <u>TABLE OF CONTENTS</u>

IN THE COURT OF APPEALS OF TENNESSEE MIDDLE DIVISION, AT NASHVILLE ..... 1
TABLE OF CONTENTS ................................................................................ 20
REAL MOTIVES FOR WIFE'S SECRET DIVORCE ................................................. 26
POTENTIAL PARTIES TO THIS CASE ............................................................... 28
THERE ARE TWO "SMOKING GUNS" IN THIS CASE! ........................................... 29
TIMELINE OF EVENTS AND COMMUNICATIONS (THE SECOND SMOKING GUN!)HUSBAND'S PREMARITAL LIFE ............................................................... 37
    2001-05-17 HUSBAND'S PREMARITAL HOME/DUPLEX 772 & 774 Huntington Parkway, Nashville .. 37

MARRIED LIFE – OUR JOURNEY TOGETHER .................................................................. 45

   2004-02-09 WHY Fawn LOVES Jeff ........................................................................ 45

   2011 PURCHASED OUR MARITAL RESIDENCE 1986 Sunnyside Drive, Brentwood, TN 37027 .......... 47

   2014-11-09 ADD Life Insurance on Wife, in the Amount Due on Marital Residence Mortgages, to Prevent Husband from Ever Becoming Homeless IF Something Tragically Happened to Wife, After Duplex was Forfeited .................................................................................. 64

   2017-04-06 Fawn's $10k (13%) Raise that JEFF Negotiated for Her ................................. 67

   2017-04-27 Jeff CHOSE to TERMINATE Adkisson IT Contract Story NARRATIVE was FALSE Again that I did Damage and was FIRED! .................................................................... 77

   2017-08-28 CUSTOM "NO TRESPASSING" SIGNS DESIGNED BY WIFE AT HER WORK, USING THEIR CAD SOFTWARE! THIS WAS MS. STORY'S CHIEF "EVIDENCE" TO ASSASSINATE MY CHARACTER WRONGFULLY ATTRIBUTED TO ME, COURT CALLS "DISTURBING" (THEY LIED AGAIN TO "MONSTRATIZE" ME!).......................................................................... 80

   2017-09-13 MS. FENTON'S MOTHER LIKES THE SIGNS & CAMERAS FOR HER SAFETY, ACCORDING TO TEXTS WITH HER BROTHER ..................................................................... 95

HUSBAND'S COLLABORATIVE DIVORCE ATTEMPTS SANDY ARONS, MBA, CERTIFIED DIVORCE FINANCIAL ANALYST, CERTIFIED FINANCIAL DIVORCE SPECIALIST, ACCREDITED FINANCIAL COUNSELOR & MEDIATOR ................................. 98

   2018-07-12 SANDY ARONS, MBA, CERTIFIED DIVORCE FINANCIAL ANALYST, CERTIFIED FINANCIAL DIVORCE PRACTITIONER, SPECIALIST, FINANCIAL COUNSELOR & MEDIATOR.................................. 98

   2018-06-17 UNILATERAL "MARITAL" DEBTS = WASTED WEALTH................................. 102

   2018-08-06 I OFFERED TO GIVE MS. FENTON MY EQUITY FOR FREE! (Regretfully She Declined)... 104

   2018-08-30 WIFE'S MDA SETTLEMENT OFFER TO HUSBAND THROUGH "COLLABORATIVE DIVORCE" via SANDY ARONS (Unfortunately, she almost Immediately Rescinded this Offer) ......................... 105

   2018-08-30 WIFE'S BUDGET FOR MY EXPENSES TO KEEP OUR MARITAL RESIDENCE, BASED UPON HER PROPOSED MDA ABOVE ........................................................................ 111

   2018-08-30 WIFE'S NOTICE THAT HER FIRM WILL CLOSE IN ONE YEAR, WHEN THE OFFICE LEASE EXPIRES, AND OWNER RETIRES ..................................................................... 120

   2018-09-19 WIFE RESCINDS HER 8/30/2019 MDA "SETTLEMENT OFFER" TO DIVORCE AMICABLY "UNCONTESTED", AFTER CONSULTING 3-ATTORNEYS ON MATTER (END OF HER WILLINGNESS).. 121

   2018-10-06 MS. FENTON INSISTS THAT SHE NO LONGER HAS ANY INCENTIVE TO SETTLE (after speaking with attorneys about settlement) ............................................................ 123

   2018-10-09 MS. FENTON CONTINUES TO REFUSE ANY SETTLEMENT ATTEMPT OR OFFER – EVEN WITH MORE FAVORABLE TERMS.................................................................... 124

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1021.00

TNJudicial.org/o/afr/f125.pdf — Motion to Escalate to the Tennessee Supreme Court (4/19/2021) — DOC: 125 | Page 22 of 296

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1391    Filed 10/13/23    Page 22 of 150

2018-10-15 MARITAL DEBTS Payoff Calculations by Ms. Fenton (INSISTING on Paying-Off OUR DEBTS in MY NAME at only 50%) ..................................................................... 125

2018-08-27 OUR REAL "MARITAL" DEBTS ..................................................................... 127

HUSBAND & WIFE'S "VERBAL SETTLEMENT AGREEMENT" ...................................... 129

2018-10-27 TERMS OF OUR "VERBAL SETTLEMENT AGREEMENT" .................................... 129

*2018-12-22 CONSEQUENCE OF NEW TAX LAWS WITH MS. FENTON'S TOTAL REFUSAL AT EVERY ATTEMPT OF TAX PLANNING I TRIED THIS WAS THE MOMENT THAT I KNEW SHE WOULD NEVER PAY THE "ALIMONY" of $1,750 PER MONTH FOR 6-YEARS AS PROMISED! ..................... 131

MOTION TO SELL THE MARITAL RESIDENCE FILED IN BAD FAITH BY ATTORNEY STORY on 7/17/2019 R.v1 (41-44) to INTENTIONALLY EXPLOIT HUSBAND'S DISCLOSED ADA DISABILITIES (ADHD & OCPD) I AM EXTREMELY SLOW, STRUGGLE FOCUSSING, AND CAN'T MULTI-TASK (PET-PEEVES OF WIFE). UNABLE TO DEFEND MYSELF AGAINST MULTIPLE SIMULTANEOUS HIGH-VALUE SURPRISE ATTACKS, WHILE EXHAUSTING ALL FUNDS I COULD BORROW FOR DEFENSE BEFORE THE DIVORCE EVEN BEGAN! ........................................................................................................... 136

2019-01-04 MS. FENTON DEFAULTED ON OUR "VERBAL SETTLEMENT AGREEMENT" to AVOID PAYING ME ALIMONY AS AGREED at 22.5% of Her Gross Income for HALF the TERM of Marriage $1,750 PER MONTH for 6-YEARS Repeatedly PROMISED by Ms. Fenton ......................................... 145

2019-01-11 OFFERING MS. FENTON REDUCED ALIMONY IF SHE IS INTERESTED IN KEEPING OUR HOME – ANY WAY I CAN HELP! ........................................................................... 153

2019-01-21 WIFE EXPLAINS HEALTH PROBLEMS ARE A RESULT OF HER EXTREME CASE OF MENOPAUSE (WHICH HAS LASTED OVER 7-YEARS). HORMONE THERAPY HAS BEEN INTERFERING WITH HER NARCOLEPSY MEDICATION (XYREM) CAUSING HER SLEEPLESS NIGHTS AND CONSTANT HEAVY NIGHT-SWEATS  (NARCOLEPSY WAS WELL MANAGED FOR A DECADE PRIOR) .................. 161

2019-01-23 MS. FENTON EXPLAINS HOW MY DISABILITY PREVENTS ME FROM MOVING FORWARD AND ACCOMPLISHING GOALS ................................................................................ 163

2019-04-15 NOTIFY MS. FENTON ABOUT MY ROOMMATES ENABLING ME TO ASSUME FINANCIAL RESPONSIBILITY FOR MORE HOUSEHOLD EXPENSES SHE ACTS LIKE EVERYTHING IS NORMAL, NO MENTION OF  FINANCIAL FAILURE, MORTGAGE DEFAULT, OR BANKRUPTCY ................................ 164

CUT TO THE CHASE!!! THE REAL REASONS for Wife's Bankruptcy Fraud, WHY OUR MARITAL RESIDENCE WAS never SOLD as planned in OUR "VERBAL SETTLEMENT AGREEMENT" (after our MUTUAL NON-SUITS), the REAL MOTIVES behind the fraudulently obtained "ORDER OF PROTECTION", as well as the TRUTH about Wife's HEALTH and claims about "EMOTIONAL ABUSE". .......................................................................................... 168

WIFE'S SECRET CONTESTED DIVORCE #2 (DOCKET #48419B) "TOTAL
ANNIHILATION" WITH DIVORCE ATTORNEY VIRGINIA LEE STORY (#11700),
DIVORCE ATTORNEY KATHRYN L. YARBROUGH (#32789), BANKRUPTCY ATTORNEY
MARY BETH AUSBROOKS (#018097), BANKRUPTCY ATTORNEY ALEX KOVAL
(#029541)  TIMED AND COORDINATED WITH MS. FENTON'S BANKRUPTCY CASE: 3:19-
BK-02693  (FILED CHAPTER-13, CONVERTED TO CHAPTER-7 ON 12/6/19 WITH
ADKISSON RETIREMENT) ................................................................. 170

SOLE PURPOSE OF "ORDER OF PROTECTION" APPLIED FOR UNDER FALSE TESTIMONY WITH
"FRIENDLY" JUDGE FOR TEXTS! ................................................................. 170

2019-08-01 Fenton v Fenton - Trial Transcript by Susan Murillo ................................... 172

2019-08-05 Email Asking Marty WHEN I can File my DIVORCE ANSWER AND COUNTER COMPLAINT
FOR DIVORCE ................................................................................. 174

2019-08-06 Email Asking Marty (AGAIN) about HOW and WHEN I CAN FILE an ANSWER AND
COUNTERCOMPLAINT FOR DIVORCE ................................................................. 175

2019-08-14 ADKISSON LETTER ABOUT OWNER'S RETIREMENT AND DOWNSIZING FIRM, PRESENTED
BY MS. STORY, AS EXPECTED ................................................................. 176

2019-08-23 Letter from Virginia Story About Walk-Through Ms. Fenton's Personal Property as All
Marked ....................................................................................... 176

2019-08-28 Pre-Trial "Pro Se" Email to Touch Base with Attorney Story .......................... 178

2019-08-29 CORRECTED PAGE ONE OF MY "ONE-AND-DONE" FILED IN CHANCERY ON 8/29/2019,
ADDRESSING EVERY ACTION TO DATE, INCLUDING MY DIVORCE ANSWER AND COUNTER-
COMPLAINT, BUT I FORGOT TO LABEL THAT CORRECTLY. MS. STORY HAD AGREED TO EXTENSION
WITH MY PREVIOUS COUNSEL CHARLES MARTY DUKE. THIS WAS LITERALLY THE SOONEST I WAS
ALLOWED TO FILE IT PRO SE, AS ATTORNEY HAD TO WITHDRAW ................................... 187

2019-08-29 Fenton v Fenton - Trial Transcript by Emily Sipe with Harpeth Court Reporters ......... 188

2019-08-30 Email to Ms. Story Regarding Urgent Concerns and Misunderstandings from Court the
Day Before ................................................................................... 203

2019-08-30 Ms. Story's Reply to My Urgent Concerns and Misunderstandings from Court the Day
Before ....................................................................................... 204

2019-09-16 Letter from Virginia Lee Story Claiming False Damages and Demanding $2,000
Immediate Payment for Storage - Threatening to Otherwise SELL and DISPOSE of MY Personal
Property ..................................................................................... 205

2019-09-18 Protected Income and Assets for Jeffrey Ryan Fenton #48419B (Affidavit of Claim
Exemptions) ................................................................................. 211

2019-09-23 COERCED Listing Signature Under THREAT of Incarceration EMERGENCY Email to ALL
Parties: NEVER Read Contract — ILLEGAL AGREEMENT NULL/VOID/CANCELLED!  HALT AUCTION! 216

2019-09-25 Ms. Story's Secret Weapon to Supersede Tennessee State Laws with Federal, to SELL and DISCARD MY "PROTECTED INCOME & ASSETS" THIS IS PROOF OF STRATEGICALLY MANIPULATING MS. FENTON'S BANKRUPTCY SPECIFICALLY TO HARM ME MORE – SERIOUS FEDERAL CRIMES VIA ADA, FED & BK LAWS ............................................................................................................................................ 220

2019-09-26 Letter from Virginia Lee Story Valuing MY Personal Property at $3,000 Claiming that it is not "Financially Responsible" to Keep & Move WARNING ABOUT MOTION SHE IS FILING TO SELL & GET RID OF ALL MY PERSONAL PROPERTY REMAINING IN MY HOME – WHICH SHE FORCED ME TO VACATE WITHOUT UNLESS I PAY HER for Packing, Storage, and Moving (AGAIN: THE POLAR OPPOSITE WHAT SHE PROMISED IN COURT) ............................................................................................................................ 223

2019-09-26 MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE Filed by Attorney Virginia Lee Story .......................................................................................................................... 228

2019-09-26 Email to Ms. Story Pleading to Allow me to Come Pickup MY PERSONAL PROPERTY Rather than her Discarding It .......................................................................................................... 237

2019-10-08 HAVING BEEN RENDERED LITERALLY HOMELESS BY THE COURT, UNDER FORCED EVICTION BY WCSO AT MS. STORY'S REQUEST AND JUDGE BINKLEY'S HARSH AND UNEXPLAINED ORDER, CLAIMING THAT I'M REPRESENTING THAT I KNOW THE ENTIRE LAW, SINCE FINANCIALLY FORCED TO REPRESENT MYSELF "PRO SE". HE SAID HE WASN'T WASTING 4-HOURS TO TRY TO BE NICE TO ME AND EXPLAIN THE REASON FOR HIS ORDER (TRIAL WAS ONLY 30-MINUTES, OF WHICH I ONLY SPOKE 7.1 MIN!) ............................................................................................................. 245

2019-12-05 Ms. Fenton Filed Bankruptcy on Ms. Story for $11,514.50! WHOSE INTERESTS ARE MS. STORY REALLY REPRESENTING? ............................................................................................................ 246

2020-05-05 Email to Ms. Story Offering to Forfeit MY Appeal for FREE BY PURELY RESTORING MY NAME, MY REPUTATION, and MY CONSTITUTIONAL RIGHTS AS A UNITED STATES CITIZEN .......... 251

TENNESSEE COURT OF APPEALS, MIDDLE DIVISION (NASHVILLE)......................... 255

2020-10-16 EMERGENCY MOTION EMAIL TO APPELLATE COURT CLERK TO SHARE DIRECTLY WITH COURT JUSTICES ............................................................................................................................ 255

2021-01-04 COA PANEL WHO DISMISSED MY APPEAL .............................................................. 264

CONCLUSION or SUMMARY OF FACTS ............................................................................. 265

SIGNIFICANT CONSTITUTIONAL & FEDERAL RIGHTS DENIED ......................................... 286

ARGUMENT .......................................................................................................................... 290

MS. FENTON'S ATTORNEY'S FEES ...................................................................................... 290

DECLARATION ..................................................................................................................... 293

CERTIFICATE OF SERVICE ................................................................................................. 294

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1025.00

# REAL MOTIVES FOR WIFE'S SECRET DIVORCE

296      Any discussion about the precipitating events which REALLY led to our Divorce,

297   which does NOT mention/discuss/include the following SIGNIFICANT MARITAL

298   STRESSORS, has no relevance in what REALLY happened! Hence, I call the synchronized

299   narrative and fraudulent actions of Attorney Virginia Lee Story, Attorney Kathryn Lynn

300   Yarbrough, Attorney Mary Beth Ausbrooks, Attorney Alex Koval, a "DECOY DIVORCE".

301      The TRUTH is that we BOTH could have won cases for "fault" against the other.

302   Ms. Fenton did her homework and knew that whichever party filed first and BLAMED the

303   other party, would have an advantage in the divorce proceedings. I knew that too, but I

304   never wanted to waste our equity in Court. Nor did I want to pay people who charged

305   TWENTY-FIVE TIMES as much as I can currently earn per hour, to FIGHT with each

306   other! I wanted a resolution which would honestly serve US BOTH best in moving forward

307   with our lives. Regretfully, we didn't both feel that way.

308      BRIEFLY, here are the REAL devastation which were suffered by our family,

309   leading to the financial failure, stress, and voiced REASONS why Ms. Fenton unilaterally

310   chose to secretly divorce me. I would have by far preferred to work through any

311   differences, or even to get divorced and remain "roommates", as we could have saved our

312   beautiful home, while it was a once in a lifetime opportunity for us. I believe that we still

313   have more in common than apart, but either the differences grew overwhelming for her,

314   she grew ashamed of having me as her husband, in the sight of her mighty family, as they

315   openly questioned what I "contribute" to our marriage and to Ms. Fenton's life, while Ms.

316   Fenton said that they never would be satisfied, even if I were a doctor.

317      Without further ado:

318          The ROOFING DAMAGE Explained in

# <u>POTENTIAL PARTIES TO THIS CASE</u>

To be clear, I believe to be legally due approximately **$250,000** from Ms. Fenton, without any punitive damages. While I have suffered a host of nearly unfathomable damages either caused by or in conjunction with actions or work done by the following parties:

- ➤ Attorney Virginia Lee Story (Story, Abernathy, & Campbell, PLLP)

- ➤ Attorney Kathryn Lynn Yarbrough (Story, Abernathy, & Campbell, PLLP)

- ➤ Paralegal Heidi Macy (Story, Abernathy, & Campbell, PLLP)

- ➤ Judge Michael W. Binkley (Williamson County Chancery Court)

- ➤ Clerk & Master Elaine Beaty Beeler (Williamson County Chancery Court)

- ➤ Attorney Mary Beth Ausbrooks (ROTHSCHILD & AUSBROOKS, PLLC)

- ➤ Attorney Alex Koval (ROTHSCHILD & AUSBROOKS, PLLC)

- ➤ Attorney Henry Edward Hildebrand, III (Office of the Chapter 13 Trustee)

- ➤ Judge Charles M. Walker (U.S. Bankruptcy Court for the Middle District of TN)

- ➤ Attorney Brittany Gates (Gates Law)

- ➤ Attorney Sam Anderson (Bankers Title & Escrow)

- ➤ Paralegal Kim Murray (Bankers Title & Escrow)

- ➤ Broker & Auctioneer Tommy Anderson (HND Auctions, LLC)

- ➤ Broker & Auctioneer Pat Marlin (McArthur Sanders Real Estate)

- ➤ Judge Frank Clement (Tennessee Court of Appeals, Middle Division)

- ➤ Judge Andy Bennett (Tennessee Court of Appeals, Middle Division)

- ➤ Judge Neal McBrayer (Tennessee Court of Appeals, Middle Division)

Collectively, truth be told, in an honestly "fair" and "equal" settlement, absent of all bias, relationships, and external influences, I believe to be due at least **$500,000** when combining that which I believe Ms. Fenton intentionally cheated me out of, along with the immediate damages suffered, combined with the punitive damages due by the "bad actors" who participated in my immediate and absolute demise with zero provision or path for my survival.

## THERE ARE TWO "SMOKING GUNS" IN THIS CASE!

319  By FAR the QUICKEST and EASIEST way to realize that there is at the very least
320  Litigious and Judicial "FOUL-PLAY" in this case, by Judge Michael W. Binkley and
321  Attorney Virginia Lee Story (whose relationship has been publicly scrutinized in the press
322  more than once – with VALID concerns, even if unactionable at that time). This time is
323  DIFFERENT!

324  It is my steadfast belief, that to HONESTLY and OPENLY explore either of these
325  "TWO SMOKING GUNS" and to either REFUSE or FAIL to assist the "disadvantaged",
326  "disabled", and unfathomably injured party, due almost entirely to the clear and evident
327  failures of the Middle Tennessee Judicial System, and members of their Courts, is to
328  become an accessory to the State and Federal crimes revealed therein. Including but not
329  limited to horrendously Malicious Litigation, combined with the Federal Crimes of
330  Collusion, Obstruction of Justice, "Under Color of Law" Violations, and/or outright
331  Corruption.

332  Before even beginning with the ADA and FED violations of financial exploitation
333  of an ADA party, by DEPRIVING him of his only INCOME, his only SHELTER, his only
334  real ASSET, within which Husband had invested the TOTALITY of HIS pre-marital
335  RETIREMENT FUNDS, believing with WIFE that after the market crash of 2008 that

---

{ Page **29** of **295** }

336     once BOTH their premarital retirement funds regained 75% of their pre-crash value they

337     would pull them out and INVEST IN A PROPERTY IN WILLIAMSON COUNTY, believing

338     that would HOLD VALUE and protect their RETIREMENT SAVINGS BETTER than

339     blindly trusting Mutual Funds which we had no control over!

340         Expecting the VALUE of our property to at least DOUBLE still within our

341     LIFETIMES, as it is in a rare and highly desired location, while simultaneously being

342     surrounded by HUNDREDS OF ACRES OF PROTECTED WOODLANDS, near the END

343     of a dead-end street, a very private valley, protected from the lights and sounds of the city,

344     as well as from severe weather, which was one of Husband's greatest fears. While being

345     as QUIET as a CAMPGROUND at night, and full of wildlife, which they both LOVED!

346     (There are MANY qualities about this property, which MONEY WON'T BE ABLE TO BUY

347     for much longer in such an IDEAL LOCATION to fantastic vocational opportunities,

348     wonderful communities, and some of the most sought-after schools in the State of

349     Tennessee, located on EVERY DIRECTION from our PROPERTY! Yet in less than 30-

350     minutes, without the slightest of equal or due process, notice or opportunity to save or

351     redeem his property interests, or to at the very least mitigate his losses, it was all carelessly

352     TAKEN from him, due largely to staged circumstances by Wife and multiple members of

353     Counsel, who strategically synchronized secret unconscionable (and highly illegal) attacks

354     to render husband powerless, as they gaged and bound him, and physically removed him

355     from his property, selling it at auction, without one cent returned to husband for all his

356     life's work, premarital retirement, the life that he had, any place to go or LIVE, rendering

357     him literally HOMELESS from a HALF MILLION DOLLAR HOME HE INVESTED

358    EVERYTHING HE HAD INTO PURCHASING, IMPROVING, AND ENJOYING, as the

359    couple vowed to life there together for the REST OF THEIR LIVES!

360            heinously targeting and strategically attacking his areas of greatest KNOWN

361    disability and vulnerability, solely to cause him unfathomable distress, to provoke him to

362    "act out" (to manufacture "evidence" to use against him), while also completely

363    overwhelming his KNOWN inability to MULTI-TASK, and the SLOWNESS with which he

364    CAN respond to even the most elementary of challenges, let alone multiple secretly

365    synchronized assaults against the highest-value targets in his life, further knowing that

366    due to Wife's earlier actions of secretly cutting-off Husband's access to all marital funds

367    and active credit lines (while still calling HER unilateral debts to fund HER COUNSEL

368    "marital debts", as she repeatedly STRONG-ARMED him). Leveraging Husband's

369    financial disadvantages of not being able to afford anywhere near comparable counsel, as

370    the totality of funds which Husband could borrow for Counsel were exhausted on a forced

371    sale of his home and a fraudulently obtained Order of Protection, leveraging

372    "connections" and FALSE testimony, before the only LEGITIMATE action of the

373    DIVORCE even began to be addressed. To later deny Husband, under false pretenses, the

374    opportunity to even participate in that, is simply beyond words.

375            Then they had then the Court and Counsel even had the audacity and inhumanness

376    to order the Husband to pay for Wife's LEGAL FEES to unconscionably and illegally

377    deprive and destroy everything of meaning in Husband's life, while Husband couldn't

378    even afford Counsel for himself!

379            Wife probably spent over $100k on ATTORNEY'S FEES, simply to leave Husband

380    HOMELESS and PENNILESS, while this Court chose to empower her and pave the way,

TNJudicial.org/o/a/jsf125.pdf Motion to Escalate to the Tennessee Supreme Court 4/19/2021 of 150

381    while somehow believing that was what Husband DESERVED! While neither hearing a

382    WORD of Husband's testimony, or CARING to, based entirely upon the maliciously

383    fraudulent testimony of the Court's close and trusted friend, Wife Counsel, along with the

384    coached false testimony of Wife, with no regard for what had transpired during the PAST

385    YEAR of actions working toward a divorce, both with a Collaborative Divorce

386    professional, as well as with Wife's first attorney which SHE CHOSE TO UNSUIT for HER

387    OWN PROFIT. This was no trial or hearing, it was an ASSIGNATION by close friends,

388    "under color of law", where little if anything that happened, was actually ETHICAL, FAIR,

389    or LEGAL!

390        On this day, "lady justice" wore no blindfold, held only one side of the scale in her

391    hand, with a pistol pointed straight at the Husband with her other hand! JUSTICE had

392    never been further away, and hasn't been found since! Though Husband has spent

393    literally 4,000 HOURS since that day, trying to FREE HIMSELF from simply the NOOSE

394    they put around his neck, while not begging for even a DIME, just his FREEDOM to

395    MOVE FORWARD and SURVIVE, UNTETHERED!

396        Yet NO ONE to date CARES!

397        That is WHY we need some COMMON-SENSE JUDICIAL REFORM in the State

398    of Tennessee, which all begins by INCREASING TRANSPARENCY, ACCOUNTABILITY,

399    and SEVERING THE "BUDDY SYSTEM"!

400        Although I still can't "beat" Ms. Story in a GLADIATOR style BATTLE TO THE

401    DEATH inside the COLISEUM, for the royalty's entertainment, as in Roman times. I still

402    should be afforded some level of JUSTICE as a former Tax Paying CITIZEN of the Great

403    State of Tennessee!

404    What I CAN DO (as I did with the Appellate Court, without an ounce of their care

405    or consideration), as they demanded that I take position to battle in the COLISEUM.

406    (Despite witnessing a man drowning in legal corruption, as esteemed members of the

407    Court jumped on my shoulders and forced my head under water, to which the esteemed

408    Appellate Court "Justices" pretended not to see anything and kept walking). Is I can

409    provide you with TWO "SMOKING GUNS" of IRREFUTABLE EVIDENCE! Along with

410    DETAILED COMMON-SENSE MEASURES which the Court could EASILY

411    IMPLEMENT, with next to no cost, to greatly IMPROVE the quality and access to

412    JUSTICE throughout the State of Tennessee.

413    Measures who would help SAVE someone like me, or the tens of thousands who

414    are not as smart, confident, meticulous, who haven't the EVIDENCE, the CLARITY OF

415    CASE (just TWO 30-MINUTE TRIALS with 7.1 MINUTES of my TESTIMONY to PROVE

416    the PERFECT STORM of BAD POLICY, DISCRIMINATORY PRACTICES afforded each

417    Judisial Districty to "decide" on their own, and clearly COMPROMISED

418    RELAIONSHIPS, which never should have been allowed in the first place!

419    It's common sense! Where there is LIGHT, crime scrambles. That is known in

420    every parking lot, storefront, bank, place of business, yet failes to be applied or enforced

421    in some of our Courts. Judisial Districts shouldn't have the OPTION to "discriminate"

422    against the disabled or the financially disadvantaged! At the very least, INFORMATION

423    should be UNIFORM throughout every Clerk's office. NO Pro Se party should have the

424    COURT ORDERS drafted by their ADVERSARIAL COUNSEL, especially while being

425    denied the opportunity to even participate in the PROPOSED ORDER/AGREED ORDER

426    process. ESPECIALLY while the Opposing Counsel is one of the most aggressive, ruthless,

427  uncompromising, manipulative attorneys in the district, who ALSO happens to be a

428  lifelong CLOSE FAMILY MEMBER of the JUDGE!

429      This isn't ROCKET SCIENCE, it is using just a little bit of elementary school

430  "common sense", care, preservation, and protection. Protecting the Judiciary from the

431  flaws of their own inevitable HUMANITY, likewise, protects EVERY TENNESSEE

432  CITIZEN living within their jurisdiction! To fail to take such COMMONSENSE measures,

433  needs to be fully disclosed to CITIZENS immediately, so that they can properly redress

434  the situation with their local representatives, before their LIVES depend upon it! I had

435  NO CLUE that I would find such an abyss between my known Constitutional Rights as a

436  United States Citizen, my basic understanding of the legislative laws of the land (which

437  were correct), and what I would experience in a Court room under the "Color of Law", in

438  the declared SERVICE UNDER and ADMINISTRATION of those laws.

439      I am envied by NONE that I know of!

440      "connected'p is or who are" an irrefutable amount of EVIDENCE, while all that she

441  can claim is "that can't be considered, it wasn't even provided to the Trial Court", but that

442  was simply because they DENIED ME THE OPPORTUNITY TO PARTICIPATE IN MY

443  OWN TRIAL, by deceptive, false, and secretive means, once again, with NO NOTICE! I

444  don't believe that ANY IMPARTIAL PARTY, especially one who READ and

445  CONSIDERED the approximately 250 pages of my testimony that I filed on 8/29/2019,

446  would find their conclusions "REASONABLE"! (I would think that SHOULD trigger a

447  MISTRIAL right there, and be the end of the story, in a Court of JUSTICE!)

448      and her client, called that JUSTICE! I know of no greater crime short of

449  MURDERING a man!

450       As with most cases of Malicious Litigation, Abuse of Process, Harassment by Legal

451   Process, and Judicial Corruption, this is "A CASE WITHIN A CASE".

452       Probably truth be told, this is "a case within a case, within a case", but there is no

453   need to complicate things further, without adding legal or monetary value.

454

455       I see the following case hierarchy:

456       The Bankruptcy Fraud, Malicious Litigation and Judicial Corruption of our

457   Divorce (with the strategically forced-sale of OUR JOINTLY DEEDED, INVESTED IN,

458   and OWNED MARITAL RESIDENCE – while lying about MY EQUAL PROPERTY

459   INTEREST, concealing my financial investment in both the initial purchase and

460   continued improvements, as well as nearly a decade of my LABOR vastly improving the

461   CORE of OUR HOME and JOINT PROPERTY, which neither of us could have ever

462   afforded to purchase on our OWN. It required the liquidation and investment of BOTH of

463   our pre-marital 401k retirement plans to fund the initial PURCHASE of our HOME! After

464   the 2008 market crash, we decided that our RETIREMENT FUNDS would be more

465   WISELY INVESTED in the purchase of a significantly nicer MARITAL RESIDENCE,

466   strategically located in an area where money will soon no longer be able to purchase a

467   property so centrally and ideally located, while also being backed-up to HUNDREDS OF

468   ACRES OF PROTECTED WOODLANDS, at the END of a located in the cherished

469

470       I litterally just had to take a XANAX in an attempt to lower my blood pressure, to

471   help prevent me from having a STROKE by needing to CONTINUE sharing the SAME

472   TESTIMONY which every Tennessee Court has so far REFUSED to hear! Whether due to

473   corruption, collusion, or just plain laziness. My EVIDENCE screams for itself, if ever it

474   meets a truly conscionable and unbiased tribunal, JUSTICE will no longer be "optional"!

475     an unbiased I have been forced to RELIVE my NIGHTMARE HUNDREDS OF

476   TIMES, in an effort to get someone beyond my friends and family to HEAR IT ONCE!

477

478     I honestly wish I would have just published it from the beginning, rather than

479   wasting a day or a dollar in Court! I LITTERALLY could not have POSSIBLY fared any

480   worse had I GONE FISHING and DEFAULTED upon every account, prior to ever having

481   hired an attorney. I honestly believe that I would be BETTER OFF NOW, had I gone that

482   route, because at least I wouldn't have scarted the hornets into chasing me incessantly

483   without care, mercy, or even an ounce of humanity!

484

485

486

487     telling the SAME STORY AGAIN

488   , located

489     purchased on our OWNor maintained without  which we both ere we both

490   financial investment interest lying about my OWNERSHIP share ) of

491

492     Regarding the INTERNAL CASE of the Divorce between myself and Ms. Fenton,

493

494     litigiously annihilated party (that being me, as will become evident), NOT more

495   than  have been publicly scrutinized more than once is to LISTEN to the

---

( **Page 36 of 295** )

# TIMELINE OF EVENTS AND COMMUNICATIONS
## (THE SECOND SMOKING GUN!) HUSBAND'S PREMARITAL LIFE

### 2001-05-17 HUSBAND'S PREMARITAL HOME/DUPLEX
### 772 & 774 Huntington Parkway, Nashville



FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1037.00



**Material information**
Foundation: Slab
Roof: Asphalt

**Notable dates**
Major remodel year: 1972

**Building details**

**Management**
Pets allowed: No
Rent control: No

**Other building information**
Structure type: Split-level

**Community and Neighborhood Details**

**Location**

**Region: Nashville**

**HOA and financial details**

**Other financial information**
Tax assessed value: $248,500

Annual tax amount: $3,136

**Other**

**Other facts**
Built Information: Existing
Cooling Source: Electric
Electric Meter: Individual
Garage Description: Parking Space
Listing Status: Active
Sale Includes: Appliances
Sewer System: Sewer
Water Meter: Master
Water Source: City Water
Heating Source: Electric
Heating System: Central

Laundry: Individual
Listing Type: Exc. Right to Sell
Property Sub-Type: Duplex
County: Davidson County
Electricity Paid By: Other
Water Paid By: Other
Construction Type: Partial Brick
Area: 01-Davidson County
Contingency Type: Inspection
Property Class: Multi-Family
Sq.Ft. Measurement Source: Tax
Record

**Price and tax history**

**Price history**

| DATE | EVENT | PRICE | |
|---|---|---|---|
| 11/14/2016 | Sold | $250,000 (+4.2%) | ⌄ |
| Source: Public Record | | | |
| 11/11/2016 | Listing removed | $239,900 | ⌄ |
| Source: Worth Properties LLC | | | |
| 10/26/2016 | Listed for sale | $239,900 (+49.9%) | ⌄ |
| Source: Worth Properties LLC | | | |
| 8/2/2016 | Sold | $160,000 (+24.1%) | ⌄ |
| Source: Public Record | | | |
| 5/17/2001 | Sold | $128,900 (+9.7%) | ⌄ |
| Source: Public Record | | | |
| 6/18/1996 | Sold | $117,500 | ⌄ |
| Source: Public Record | | | |

**Public tax history**

| YEAR | PROPERTY TAXES | TAX ASSESSMENT |
|---|---|---|
| 2019 | $3,136 | $99,400 |

JEFF'S PREMARITAL HOME / DUPLEX near "Nipper's Corner" at 772 & 774 Huntington Parkway



**Material information**
Foundation: Slab
Roof: Asphalt

**Notable dates**
Major remodel year: 1972

### Building details

**Management**
Pets allowed: No
Rent control: No

**Other building information**
Structure type: Split-level

### Community and Neighborhood Details

**Location**

**Region: Nashville**

### HOA and financial details

**Other financial information**
Tax assessed value: $248,500

Annual tax amount: $3,136

### Other

**Other facts**
Built Information: Existing
Cooling Source: Electric
Electric Meter: Individual
Garage Description: Parking Space
Listing Status: Active
Sale Includes: Appliances
Sewer System: Sewer
Water Meter: Master
Water Source: City Water
Heating Source: Electric
Heating System: Central

Laundry: Individual
Listing Type: Exc. Right to Sell
Property Sub-Type: Duplex
County: Davidson County
Electricity Paid By: Other
Water Paid By: Other
Construction Type: Partial Brick
Area: 01-Davidson County
Contingency Type: Inspection
Property Class: Multi-Family
Sq.Ft. Measurement Source: Tax
Record

### Price and tax history

**Price history**

| DATE | EVENT | PRICE | |
|------|-------|-------|---|
| 11/14/2016 Sold Source: Public Record | | $250,000 (+4.2%) | ⌄ |
| 11/11/2016 Listing removed Source: Worth Properties LLC | | $239,900 | ⌄ |
| 10/26/2016 Listed for sale Source: Worth Properties LLC | | $239,900 (+49.9%) | ⌄ |
| 8/2/2016 Sold Source: Public Record | | $160,000 (+24.1%) | ⌄ |
| 5/17/2001 Sold Source: Public Record | | $128,900 (+9.7%) | ⌄ |
| 6/18/1996 Sold Source: Public Record | | $117,500 | ⌄ |

**Public tax history**

| YEAR | PROPERTY TAXES | TAX ASSESSMENT |
|------|----------------|----------------|
| 2019 | $3,136 | $99,400 |

JEFF'S PREMARITAL HOME / DUPLEX near "Nipper's Corner" at 772 & 774 Huntington Parkway

| 2018 | $3,136 | $99,400 |
| 2017 | $3,136 | $99,400 (+117.9%) |

⌄ See complete tax history

## Neighborhood: McMurray - Huntingdon

**Neighborhood stats**

- Home values in McMurray - Huntingdon have risen 5.1% (↑) over the past 12 months.

- Zillow predicts the home values in McMurray - Huntingdon will increase 3.4% (↑) in the next year.

- This home is valued 33% higher (↑) than the median home in McMurray - Huntingdon.

- The median Zestimate® for this neighborhood is $284,781.

## Nearby schools in Nashville

**GreatSchools rating**

 **Granbery Elementary School**
Grades: K-4  Distance: **0.8 mi**

 **William Henry Oliver Middle School**
Grades: 5-8  Distance: **2.7 mi**

 **John Overton Comp High School**
Grades: 9-12  Distance: **2.4 mi**

Tennessee • Nashville • 37211 • McMurray - Huntingdon • 772 Huntingdon Pkwy

   © 2006-2020 Zillow

    

**JEFF'S PREMARITAL HOME / DUPLEX near "Nipper's Corner" at 772 & 774 Huntington Parkway**

FRBP Violated: #3:19-bk-02693            TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)            JRF.125.1040.00

## 772 DUPLEX RENTAL FLOORPLAN & FLYER



Jeff Fenton
Property Owner
& Licensed Agent

Office: (615) 837-1300
Mobile: (615) 837-1301
Fax: (615) 837-1302

Information is deemed reliable but not guaranteed. Property is completely unfurnished, washer & dryer are not provided.

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.125.1041.00



## - Nipper's Corner -
## 772 Huntington Parkway
### Nashville, Tennessee

772 BASEMENT

774 BASEMENT

772 Laundry Room

Basement Stairs

Storm Shelter

View Virtual Tour at:
www.FentonRents.com
Copyright © 2011 Meticulous Marketing LLC.
All Rights Reserved.

## Basement Floor Plan

**Jeff Fenton**
Property Owner
& Licensed Agent

Office: (615) 837-1300
**Mobile: (615) 837-1301**
Fax: (615) 837-1302

Information is deemed reliable but not guaranteed. Property is completely unfurnished, washer & dryer are not provided.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1042.00

TNJudicial.org/s/a/jrf125.pdf — Motion to Escalate to the Tennessee Supreme Court (11/9/2021) — DOC: 125 | Page 43 of 296

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1412    Filed 10/13/23    Page 43 of 150

## 774 DUPLEX RENTAL FLOORPLAN & FLYER



- Nipper's Corner -
774 Huntington Parkway
Nashville, Tennessee

Main Floor Plan

**Jeff Fenton**
Property Owner
& Licensed Agent

Office: (615) 837-1300
Mobile: **(615) 837-1301**
Fax: (615) 837-1302

Information is deemed reliable but not guaranteed. Property is completely unfurnished, washer & dryer are not provided.

TNJudicial.org/c/a/jrf125.pdf — Motion to Escalate to the Tennessee Supreme Court (1/19/2021) — DOC: 125 | Page 44 of 296

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27,  PageID.1413    Filed 10/13/23    Page 44 of 150

# - Nipper's Corner -
## 774 Huntington Parkway
### Nashville, Tennessee



Laundry Room

19' x 20'
Basement Office
or Rec Room
(mostly finished)

772 BASEMENT

Basement Stairs

774 BASEMENT

View Virtual Tour at:
www.FentonRoots.com
Copyright © 2012 Meticulous Marketing LLC.
All Rights Reserved.

## Basement Floor Plan

**Jeff Fenton**
Property Owner
& Licensed Agent

Office: (615) 837-1300
**Mobile: (615) 837-1301**
Fax: (615) 837-1302

Information is deemed reliable but not guaranteed. Property is completely unfurnished, washer & dryer are not provided.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1044.00

# MARRIED LIFE – OUR JOURNEY TOGETHER

## 2004-02-09 WHY Fawn LOVES Jeff

Jeff,

Because....

• You are compassionate. You truly understand people, and care about people's feelings. And when you care, it is completely sincere.

• You are truthful and honest. Even if you do something dishonest, you know the difference, and you are still honest with yourself about your choice. You do not run away from or deny truths that you do not like or of which you are afraid, and you acknowledge the truth, even when it hurts to do so. And even when some people will only admit the truth privately to themselves, you are not afraid to speak the truth out loud. You have incredible integrity.

• You are brave. You have been through so much pain and confusion in your short life, and yet you continue to live the best life that you can. You inspire me to be brave and keep trying, too.

• You are loyal. With me as your girlfriend, you have never shown any desire to betray me or do anything that might hurt me emotionally in any way. With your friends and family, you are always there for them, and through all of your difficult times, you have kept in touch with those who have earned your trust.

• You are intelligent! Your command of technical knowledge, from machinery and electronics to vocabulary and sentence structure, never ceases to amaze me. You easily learn new things, and once you understand a concept, you can put that idea to use in a variety of different ways – you use your knowledge creatively as well as well as routinely. And you are not intimidated by things you do not already know – you take on new knowledge with a contagious excitement.

• You are tolerant and understanding. Even when you don't understand or agree with something, you are willing to live-and-let-live. You don't throw hate or anger around without good reasons, and you are willing to put minor differences aside for the overall good of your relationships.

• You are strong, and you have determination. You don't let others run over you, or influence you away from what you believe. You know how to work hard to achieve a goal, and you never give up easily, even through the toughest of times.

• You are generous. If someone truly needs something from you, you give it without hesitation or questions or remorse. You willingly sacrifice your own needs to fulfill someone else's needs, and many times you don't even realize what you've done.

And because...

• You have not asked me to change my hair, or my clothes, ⬛⬛⬛⬛⬛⬛⬛⬛ or my fingernails, or to wear makeup, or to change other external things. You have not asked me to change my personality – to be more cheerful, or more funny, or more confident... or less moody, or less needy, or less emotional, or whatever. You accept me as I am, and make me feel like a good person.

• You talk to me. You tell me about your day, or about something you did, or about an idea you had, and you share your thoughts with me, sincerely and with humor! It makes me feel like I am an important part of your life, and I feel included.

• You listen to me. No matter how boring my chatter is, or what else you'd rather be doing at that moment, if I start to tell you something, you listen and respond to what I say. Your acknowledgement of my words and thoughts encourages me to open my life and heart to you and gives me confidence in myself and the future.



• We get along! Neither of us like to yell or argue, neither of us wants undue drama or animation in our daily lives. We have similar values of what is important, what is luxury, and what is waste; we have similar tastes in material things such as clothes and décor; we have similar lifestyles of rest, work, play, and sleep. Agreeing on a course of action for any decision never seems to be difficult, and we can mentally relax around each other.

Because of all these things and more,

I love you.

## 2011 PURCHASED OUR MARITAL RESIDENCE
## 1986 Sunnyside Drive, Brentwood, TN 37027

ListingDetailReportHeader                                                      Page 1 of 1

| | | |
|---|---|---|
| Residential | MLS No. 1220084 | |
| Status Closed | Area 10 | List Price $360,000 |
| Type Site Built | Er/Ea Exc. Right to Sell | Media |
| Address 1986 Sunnyside Dr | City Brentwood | Zip 37027 |
| County Williamson | Sub/Dev Sunny Side | MLS Map |
| Lot Number | Tax ID 013J A 035.00 | Deed Book/Page 4743/715 |

Directions FROM NASHVILLE*SOUTH ON HILLSBORO RD, LEFT ON SUNNYSIDE DR, 1986 IS ON THE RIGHT

### General Information

| | | |
|---|---|---|
| Style Ranch | Stories 1.00 | Year Built 1977 / Approximate |
| Acres 1.470 | Acreage Source | Completion |
| Total Rooms 9 | Size 150.0 x 434.0 | Assoc Fee $ /mo |
| Constr All Brick / Wood | Lot Wooded | Basement Partial / Unfinished |
| Driveway Aggregate | Floors Carpet / Finished Wood / Tile / | Garage 2 / Attached - SIDE |
| Community Amenities | Waterfront / | Roof Composition Shingle |

### Rooms and Dimension Information

| | | |
|---|---|---|
| Liv 15X13 / Formal | Rec 25X33 / Over Garage | Bed 1 15X13 / Full Bath |
| Din 13X12 / Formal | Hobby / | Bed 2 12X11 / |
| Kit 15X12 / Eat-In | Other / | Bed 3 13X13 / |
| Den 19X13 / Fireplace | Other / | Bed 4 12X11 / |

| | Bedrooms | Full Baths | Half Baths | Finished Square Feet (est) | |
|---|---|---|---|---|---|
| Main | 4 | 2 | 1 | Main 2579 | Est. SqFt. Source |
| Other | 0 | 0 | 0 | Second | Tax Record |
| | | | | Third | |
| Total | 4 | 2 | 1 | Basement | Total 2579 |

### Office and Showing Information

Show Call Showing Center    Owner Name    Open House
Agent John Taylor (Ph: 615-794-0833 ext 6035)
Listing Office Zeitlin & Co., Realtors (Ph: 615) 794-0833)    CoList Agent (Ph: )
Appt Phone (615) 327-0101    Subagency 0    CoList Office (Ph: )
    Buyer Broker 3    Facilitator 3
Remarks: ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN

### Schools and Utilities

| | | | |
|---|---|---|---|
| Elem1 Grassland Elementary | Elem2 | Middle/JR Grassland Middle School | High Franklin High School |
| Water City Water | Sewer Septic Tank | Cool Electric / Central | Heat Gas / Central |

### Features

| Appliances | Interior Features | Exterior Features | Miscellaneous |
|---|---|---|---|
| Range Cooktop / Electric | Firepl 1 | Fence | Handicap |
| Oven Double Oven / Electric | Drapes | Patio/Deck Deck | Energy Storm Doors / Storm Windows / |
| | Master Bath Sep. Shower/Tub / Ceramic | Pool | Green Cert |
| Other Dishwasher | Other Ceiling Fan / Extra Closets / Utility Connection / | Other Garage Door Opener | Other Cable TV |

### Financing and Taxes

Acceptable Buyer Financing FHA / Other / VA /    Taxes $1,461

### MLS Information

Photo None    List Date Sep 27 2010    Poss Date of Deed
Realtor Remarks: BUYER OR BUYER AGENT TO VERIFY SCHOOL ZONING AND ANY OTHER PERTINENT INFORMATION

### Comparable Information

| | | |
|---|---|---|
| Sales Agent Jeff Fenton | Co-Sales Agent | Days On Mkt 205 |
| Sales Office Benchmark Realty, LLC | Co-Sales Office | Presale No |
| Seller Participation 4000 | Closing Date 4/29/2011 | Orig. List Price $360,000 |
| Terms Conventional | Pending Date 4/20/2011 | Sales Price $350,000 |

Requested by: Jeff Fenton

*Information believed to be accurate but not guaranteed. Buyers should independently verify all information prior to submitting any offer to purchase.*

RealTracs Solutions®
Report Date: 4/29/2011

http://www.realtracs.net/Search/ListingDetailReportHeader.aspx?ReportID=1&ListingID=141028...    4/29/2011

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.125.1047.00

## REALTY COMMISSION CHECK TOWARD IMPROVEMENTS

Touchstone Title, LLC

File: 1041
Buyer: Fawn T. Fenton
Seller: Mangel Jerome Terrell; Colette Keyser
Property Address: 1986, Sunnyside Dr., Brentwood, TN 37027
(702-1) Selling broker commission - $10,500.00

Pinnacle National Bank
Brentwood, TN 37027

1270

Date
4/29/2011

Payable To: Benchmark Realty, LLC

---

THE FACE OF THIS DOCUMENT CONTAINS A VOID PANTOGRAPH. ADDITIONAL SECURITY FEATURES DETAILED ON BACK

Touchstone Title, LLC
Escrow Account
7127 Crossroads, Suite 105, Brentwood, TN 37027
(615)371-2299

Pinnacle National Bank
Brentwood, TN 37027

1270

File: 1041

Date
4/29/2011

Pay Ten Thousand Five Hundred Dollars and No Cents

$10,500.00

TO
THE
ORDER
OF

Benchmark Realty, LLC
7127 Crossroads Boulevard
Suite 102
Brentwood, TN 37027

Void after 90 days

Angela G. Benson

⑈1270⑈ ⑆064008637⑆ 5360998⑈

---

*Direct Deposit*

4/29/2011

Jeffrey R. Fenton                                                                 **10,105.00

Ten Thousand One Hundred Five and 00/100***********************************************************

Jeffrey R. Fenton
P. O. Box 111777
Nashville, TN  37222

Commission:  1986 Sunnyside Dr. Closing

Jeffrey R. Fenton                    Commission:  1986 Sunnyside Dr. Closing    4/29/2011              10,105.00
                                     Gross Commission: $10,500.00
                                     Less Closing Fee:  $   395.00

Pinnacle Bank - Oper    Commission: 1986 Sunnyside Dr. Closing                                          10,105.00

Jeffrey R. Fenton                    Commission:  1986 Sunnyside Dr. Closing    4/29/2011              10,105.00
                                     Gross Commission: $10,500.00
                                     Less Closing Fee:  $   395.00

Pinnacle Bank - Oper    Commission: 1986 Sunnyside Dr. Closing                                          10,105.00

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV  (WILCO: 48419B)          JRF.125.1049.00

| Transaction Submission Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Generated: | 4/29/2011 6:57:01 PM | | | | | | | |
| User: | Benchmark Realty, LLC - Donna Brown | | | | | | | |
| ODFI: | 064008637 - Pinnacle National Bank | | | | | | | |

| Category: | Commission Check | | |
|---|---|---|---|
| Customer ID | 1204664119 | Comp Entry Desc: | Commission |
| Customer Name | Benchmark Realty | Comp Disc Data: | |

Trans Collection Submitted: 4/29/2011 6:57:00 PM

| Individual Name | Individual ID | Prenote | Debit | Credit | Eff Date | R/T Num | Type | Acct Number |
|---|---|---|---|---|---|---|---|---|
| Fenton Jeff | Fenton Jeff | No | 0.00 | 10,105.00 | 4/29/2011 | 064005203 | DDA | 102196610 |
| | Subtotal: | | 0.00 | 10,105.00 | | | | |
| | Transaction Count: | | 0 | 1 | | | | |
| | Prenote Count: | | 0 | 0 | | | | |
| | Transaction Subtotal: | | 0 | 1 | | | | |

Totals For All Transactions

| | Debit | Credit |
|---|---|---|
| Total: | 0.00 | 10,105.00 |
| Transaction Count: | 0 | 1 |
| Prenote Count: | 0 | 0 |
| Transaction Total: | 0 | 1 |

TNJudicial.org/cs/rf125.pdf — Motion to Escalate to the Tennessee Supreme Court 11/19/2021
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1420   Filed 10/13/23   Page 51 of 296
of 150

## TENANCY BY THE ENTIRETY ON MARITAL RESIDENCE

**Jeff Fenton**

| | |
|---|---|
| From: | Kim Hollingshead [Kim@TouchstoneTitleTN.com] |
| Sent: | Wednesday, September 24, 2014 3:42 PM |
| To: | Jeff Fenton |
| Cc: | Fawn Fenton |
| Subject: | RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety? |

==And wife==

**From:** Jeff Fenton [mailto:Jeff@MeticulousMarketing.com]
**Sent:** Wednesday, September 24, 2014 3:41 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Thanks for the lightening fast response with the Deed Kim!

Can you please explain to me how "Tenancy by the Entirety" is specified/differentiated on this document?

Thanks again!

### Jeff Fenton
**Meticulous Marketing LLC**
(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

**When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.

**From:** Kim Hollingshead [mailto:Kim@TouchstoneTitleTN.com]
**Sent:** Wednesday, September 24, 2014 3:31 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

==Jeff, please see attached.  Title is currently vested as Tenancy by the Entirety.==

*Kimberly K. Hollingshead, Esq.*
President
Touchstone Title& Escrow  LLC
1  Seaboard Lane  Suite 1 4
Franklin  TN 370 7

1

TNJudicial.org/cfasf125.pdf    Motion to Escalate to the Tennessee Supreme Court 10/19/2021    Page 52
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1421    Filed 10/13/23    DOC 125-1 Page 52 of 296
of 150

Office (615) 371-2299
Email: Kim@TouchstoneTitleTN.com
Website www.TouchstoneTitleTN.com
*****************************************

*Our number one goal is to ensure that you are satisfied with our services. If you have any questions or concerns on this closing or suggestions on how we can make your next interaction with us even better please e-mail me*

**NOTICE: YOU ARE NOT AUTHORIZED TO FORWARD THIS EMAIL TO ANYONE.** This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. It is not our intention to waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contained on the following pages. If you have received this message in error, please notify the sender immediately by telephone (615-371-2299) or by electronic mail (kim@touchstonetitletn.com), and delete this message and all copies and backups thereof. Thank you.

**From:** Jeff Fenton [mailto:Jeff@MeticulousMarketing.com]
**Sent:** Wednesday, September 24, 2014 3:24 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety?
**Importance:** High

Hello Kim!

It has been a while!

It has been recommended to Fawn and I, for liability purposes, that we hold title to our home as **"Tenancy by the Entirety"**.

I know very little about this, but here is an explanation that I found online:

> **Tenancy by the Entirety:** a special form of joint tenancy when the joint tenants are husband and wife -- with each owning one-half. Neither spouse can sell the property without the consent of the other. Words in the deed such as "Bill and Mary, husband and wife as tenancy in the entirety" establish title in tenancy by the entireties. This form of ownership is not available in all states. (http://jtlehmanlaw.com/lawyer/Nashville-TN_fg314.htm)

Can you please tell me how our title is held currently at 1986 Sunnyside Drive, Brentwood, 37027? (You facilitated our closing.) I have a copy of our Deed of Trust (attached), but I can't figure out if this is titled as "Tenants in Common", "Joint Tenancy", or "Tenancy by the Entirety".

Is there a document that you can provide me which shows exactly how our property is titled?

Thanks for your help with this!

**Jeff Fenton**
**Meticulous Marketing LLC**
(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

**When it's worth doing RIGHT the first time!**

2

follows:

## 31.1  TENANCY BY THE ENTIRETY

When real property is acquired by individuals who are husband and wife at the time of the conveyance, then title is jointly held as an indivisible whole with right of survivorship unless the granting instrument expressly states that the title is not to be held as a Tenancy by the Entirety. Upon divorce, a Tenancy by the Entirety is destroyed and absent some decree by the Divorce Court, the interest of the former spouses is converted into a Tenancy in Common with each owning a one-half interest.

## 31.2  TENANTS IN COMMON

When real property is acquired by two or more individuals who are not married at the time of the conveyance, or a Tenancy by the Entirety is destroyed through a divorce,  title is held as Tenants in Common. In cases where the property is owned by Tenants in Common, each owner has a certain defined share in the property. Unless the instrument states otherwise, when there are two owners, each will automatically be presumed to own one-half each; if three, a third each, and so on. However, the shares between Tenants in Common do not need to be equal. The parties can decide what share of the property belongs to each owner. For example, if two individuals named Sam and Mark buy a property together, but if Sam contributes more to the purchase price than Mark, this could be reflected in the respective shares each acquires in the property. The deed into these individuals could state that Sam receives 70% interest in the property and Mark is entitled to 30%. The important point is that each of the Tenants in Common owners always owns his or her share of the property, and is only entitled to that same percentage of the sale proceeds. For example, if Sam dies, then his share of the property will be administrated as part of Sam's estate. Mark will continue to own his 30% after Sam's death. Unlike in a Joint Tenancy with a Right of Survivorship, it does not automatically pass to Mark.

When property is held as Tenants in Common, each of the individuals  have a right to enter the common estate and take possession of the whole, subject to the equal right of the co-tenants to share in possession of the whole; and one co tenant's occupation or possession of the property can never be deemed adverse to the other co-tenants.

Copyright 2012 Tennessee Land Title Association No reprints authorized        Page 324

TNJudicial.org/c/a/jrf125.pdf — Motion to Escalate to the Tennessee Supreme Court 1/19/2021 — Filed 10/13/23 DOC 125-I Page 54 of 296

Case 1:23-cv-01097-PLM-RSK — ECF No. 1-27, PageID.1423 — Filed 10/13/23 — Page 54 of 150

# WARANTY DEED for MARITAL RESIDENCE

|  |  |
|---|---|
| **WARRANTY DEED**<br><br>*(Notary seal: ANGELA G. BATSON, STATE OF TENNESSEE, NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires January 6, 2014)* | STATE OF TENNESSEE<br>COUNTY OF WILLIAMSON<br>THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS **$350,000.00**<br><br>Affiant<br><br>Subscribed and sworn to before me, this 29th day of April, 2011.<br><br>*Angela G. Batson*<br>Notary Public<br><br>MY COMMISSION EXPIRES:<br>(AFFIX SEAL) |

THIS INSTRUMENT WAS PREPARED BY:
**Southland Title & Escrow Co., Inc.**
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ▇ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 |  |
| (CITY)  (STATE)  (ZIP) | (CITY)  (STATE)  (ZIP) |  |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ▇ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____          _____
Mangel Jerome Terrell                                      Colette Keyser

---

{ **Page 54 of 295** }

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

      Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

      Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

_____
Notary Public

My Commission Expires: 9/3/2012

*[Notary seal: JUDY S. WELLS, STATE OF TENNESSEE, NOTARY PUBLIC, DAVIDSON COUNTY, TENN]*

*This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.*

**Book 5313 Page 452**



**WARRANTY DEED**

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $350,000.00

Affiant

Subscribed and sworn to before me, this 29th day of April 2011.

Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
**Southland Title & Escrow Co., Inc.**
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn█ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn█ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____
Mangel Jerome Terrell

_____
Colette Keyser

Book 5313 Page 453

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

Notary Public

My Commission Expires:  9/3/2012

JUDY S. WELLS
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY, TENN

Book 5313 Page 454

Certificate of Authenticity

**BK/PG:5313/452-454**
**11015616**

| 3 PGS : DEED | |
|---|---|
| KAREN OWENS 214724 - 11015616 | |
| 05/12/2011 - 02:16 PM | |
| VALUE | 350000.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 1295.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 1.00 |
| TOTAL AMOUNT | 1313.00 |
| STATE of TENNESSEE, WILLIAMSON COUNTY | |

SADIE WADE
REGISTER OF DEEDS

I, _Kimberly Hollingshead_, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of _Tennessee_

County of _Williamson_

Personally appeared before me, _the Undersigned_, a notary public for this county and state, _Kim Hollingshead_ who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: _1/9/12_

THOMAS L. SEALY
NOTARY
PUBLIC
AT
LARGE
DAVIDSON COUNTY, TENNESSEE

# DEED OF TRUST for MARITAL RESIDENCE

WHEN RECORDED, MAIL TO:
RENASANT BANK c/o NATIONWIDE TITLE CLEARING, INC ATTN: FINAL DOCS UNIT
2100 ALT 19 NORTH
PALM HARBOR, FLORIDA 34683

This instrument was prepared by:
RENASANT BANK
2200 ABBOTT MARTIN RD. STE. 103
NASHVILLE, TENNESSEE 37215
615-463-1505

Maximum principal indebtedness for Tennessee recording tax purposes is $280,000.00.

_____ (Space Above This Line For Recording Data) _____

## DEED OF TRUST

MIN: 100319257110400017

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated April 29, 2011, together with all Riders to this document.

(B) "Borrower" is FAWN FENTON AND HUSBAND JEFFREY R. FENTON. Borrower is the trustor under this Security Instrument.

(C) "Lender" is RENASANT BANK. Lender is A MISSISSIPPI CORPORATION, organized and existing under the laws of MISSISSIPPI.
Lender's address is 2200 ABBOTT MARTIN RD. STE. 103, NASHVILLE, TENNESSEE 37215.

(D) "Trustee" is R. RICK HART a resident of DAVIDSON County, Tennessee.

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

TENNESSEE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT with MERSForm 3043 1/01
IDS, Inc.
Page 1 of 12
Borrower(s) Initials

TNJudicial.org/c/a/jrf125.pdf    Motion to Escalate to the Tennessee Supreme Court 4/19/2021
Case 1:25-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1429    Filed 10/13/23    DOC 125-1 Page 60 of 296
of 150

## EXHIBIT "A"
## LEGAL DESCRIPTION

File No.: 1041

Land in Williamson County, Tennessee, being Lot 29, PLAN OF SECTION 3, SUNNY SIDE ESTATES, as shown on plat of record in Plat Book 5, Page 67, in the Register's Office, Williamson County, Tennessee, to which plat reference is hereby made for a more particular description of said property.

File No.: 1041
TN Exhibit A Legal Description

Page 1 of 1

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1060.00

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

IN WITNESS WHEREOF, Borrower has executed this Security Instrument.

Witnesses:

_____ (Seal)
FAWN FENTON                 -Borrower

_____ (Seal)
JEFFREY FENTON              -Borrower

STATE OF TENNESSEE, Williamson          County ss:

On this 29th day of April 2011, before me personally appeared FAWN FENTON and JEFFREY FENTON to me known to be the person(s) described in and who executed the foregoing instrument, and who acknowledged the execution of the same to be his/her/their free act and deed. Witness my hand and official seal.

My Commission Expires:

Notary Public

TENNESSEE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT with MERS Form 3043  1/01
IDS, Inc.                                                        Page 12 of 12

TNJudicial.org/clasif/125.pdf    Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1431    Filed 10/13/23    DOC 125   Page 62 of 296

Motion to Escalate to the Tennessee Supreme Court 4/29/2021
of 150



BANCORPSOUTH BANK
5217 MARYLAND WAY
BRENTWOOD, TN 37027

**LIEN AFFIDAVIT**
(1-4 Family Real Estate no Transfer of Ownership)

**DATE:** 04/29/2011
**BORROWER(S):** FAWN T FENTON and JEFFREY FENTON

**PROPERTY ADDRESS:**
1986 SUNNYSIDE DRIVE
BRENTWOOD TN 37027
WILLIAMSON County

**Credit Limit/Note Amt: $** 50000.00
(Maximum Allowed For This Program $250,000)

**Account #** 161000725759

I/WE ("Borrower") are the owner of the Property and there is no lien on the property listed above
("Property") nor has any lien upon the property been given or executed or contracted or agreed to be given
or executed by the undersigned borrowers(s) ("Borrower") to any person except for (1) the liens disclosed
below or (2) liens which will be discharged from the proceeds of the subject loan ("Loan").

First Lien: Renasant                        Loan Amount: $ 280,000.00

*Superior Lien(s) and all unverified loans with initial terms greater than 72 months indicated on Credit
Bureau Report
*Superior Lien(s) refer to any lien in a position prior to our intended lien.

Superior Lien:                              Loan Amount: $

Superior Lien:                              Loan Amount: $

(list any additional liens on separate pages)

List all liens for which the subject Loan proceeds will be used to discharge (if applicable).

Lien:                                       Loan Amount: $

Lien:                                       Loan Amount: $

The undersigned hereby acknowledges(s) that this affidavit is executed for the purpose of inducing the
lender named above to make the Loan and that the Lender will rely upon this affidavit in making the Loan
and the information is correct and complete.

BORROWER(S):
Signature: _____  Date: 4/29/11
FAWN T FENTON

Signature: _____  Date: 4/29/11
JEFFREY FENTON

Signature: _____  Date: _____

Signature: _____  Date: _____

Sworn to, by the above named borrower(s), on this 29th day of April 20 11
Before me, a Notary Public for the County/Parish of Williamson and the state of Tennessee
My Commission Expires _____
(Notary Seal)

[Notary seal: KIMBERLY HOLLINGSHEAD, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY, My Commission Expires January 2015]

Notary Signature _____

QFB v 3.0.1 4/4/2011  I004283740
0016I000725759448801LIENAFF

llenaff pg1  11/2005

## 2014-11-09 ADD Life Insurance on Wife, in the Amount Due on Marital Residence Mortgages, to Prevent Husband from Ever Becoming Homeless IF Something Tragically Happened to Wife, After Duplex was Forfeited

**Ascend**
Federal Credit Union

# Activation Form

*Accidental Death and Dismemberment Insurance Underwritten by Monumental Life Insurance Company, Cedar Rapids, Iowa*

## Fawn Fenton

### 1986 Sunny Side Dr, Brentwood, TN 37027-5404

800029337329 FENTO3 FVPZ258 S E

**Please respond within 14 days**

☑ **YES**, I'd like to activate the $1,000 of no-cost insurance coverage, paid by Ascend Federal Credit Union by signing below and mailing this form.

**Also, please increase my coverage. I am eligible for up to $300,000 protection.**
Yours starting at $1.00 a month per $10,000 of additional coverage for you or $1.50 a month to protect your family, too.

**Please select your coverage amount. Acceptance guaranteed up to $300,000.**
(Check one box only):

☑ **$300,000 (Recommended)**   ☐ $100,000
☐ $150,000                     ☐ $50,000

**Choose Family or Single Coverage:**
When neither box is selected, you will receive single coverage. Please check one:

☐ **Family** (Covers you, your spouse and eligible children)
☑ **Single** (Covers you alone)

**Beneficiary** (please print clearly): JEFFREY R. FENTON

**Relationship to you:** HUSBAND

**PLEASE DO NOT SEND MONEY. Simply sign and mail this form today.**
I hereby activate the Accidental Death and Dismemberment Insurance underwritten by Monumental Life Insurance Company. If selecting additional insurance, I authorize my premium to be billed quarterly and remitted to the insurance company from my account. Coverage begins on the effective date stated on the Certificate of Insurance provided the first premium is paid. All coverage amounts reduce to 50% at age 70. I acknowledge that I have received, read and understand all insurance disclosures on the reverse side of this form.

A 0010 0165 19333 V001 004*wn6.24*h1I 1 V99.25

**Signature:** *Fawn Fenton*          **Date** 11/9/2014

Must be signed by one of the addressees above.
For joint accounts, signer will be the primary insured. Must be age 18 or older.

AD1100GEM (Rev. 10/09)
Doug Smith, Licensed Insurance Agent #910348

**Monumental life** INSURANCE COMPANY
*a Transamerica company*

ACP1U1T1242
W-84930-A
R4/14
© 2007 Affinion Group
F-TA10867

**Thank you for returning your completed Activation Form promptly.**
**Your Certificate of Insurance will be delivered to the verified address above.**

TNJudicial.org/cja/jrf125.pdf — Motion to Escalate to the Tennessee Supreme Court 4/19/2021 Filed 10/13/23 DOC 125-1 Page 65 of 296

Case 1:23-cv-01097-PLM-RSK ECF No. 1-27, PageID.1435 Filed 10/13/23 Page 64 of 150

## Get This Valuable Protection With No Medical Exam! You Are Guaranteed Acceptance For This Accidental Death and Dismemberment Insurance

**When Your Coverage Goes Into Effect**

Basic and additional Accidental Death and Dismemberment coverage will become effective on the first day of the month on the next available quarterly effective date following receipt of your activation form. Your effective date will be shown in your certificate. Additional coverage is contingent upon our receipt of the first premium prior to the due date and during the insured's lifetime.

**Charge Authorization**

I hereby activate the Accidental Death and Dismemberment Insurance underwritten by Monumental Life Insurance Company. If selecting additional Insurance, I authorize my premium to be billed quarterly and remitted to the insurance company from my account. Coverage begins on the effective date stated on the Certificate of Insurance provided the first premium is paid. All coverage amounts reduce to 50% at age 70. I acknowledge that I have received, read and understand all insurance disclosures on the reverse side of this form. Each person participating in the plan will receive a certificate of insurance describing the exact coverage and benefits provided.

### Rate Schedule

| Benefit Amount: | $300,000 | $150,000 | $100,000 | $50,000 |
|---|---|---|---|---|
| Monthly Cost (Charged quarterly to your account): | | | | |
| Single Coverage: | $30.00 | $15.00 | $10.00 | $5.00 |
| Family Coverage: | $45.00 | $22.50 | $15.00 | $7.50 |
| **COVERS YOU AND/OR YOUR FAMILY FOR:** | | | | |
| Common Carrier Accidental Death | $600,000 | $300,000 | $200,000 | $100,000 |
| Other Accidental Death | $300,000 | $150,000 | $100,000 | $50,000 |

All coverage amounts reduce to 50% at age 70. This reduction also applies even if you have attained the age of 70 when you first obtain coverage. See Family Coverage provision for complete Family plan details.

Rates may be changed on a class basis. We will provide written notice at least 31 days prior to any change.

*P84930A (R 4/14)* *PCII01T1135000Z*

*Questions? Call Monumental Life's Plan Administrator at 1-855-416-7385*
*Monday – Friday, 7:00 a.m. to 8:00 p.m., CST • Saturday, 8:30 a.m. to 5:00 p.m., CST*

Doug Smith, Licensed Insurance Agent #910348

Compensation associated with this insurance program may be paid to sponsoring entities.

Affinion Benefits Group, LLC is compensated for the placement of insurance and for the services it provides to customers on behalf of the insurance company, in addition to other compensation it may receive.

Policy Form AD100000M
The Plan Administrator is Affinion Benefits Group, LLC.

Underwritten by: Monumental Life Insurance Company



*a Transamerica company*

## Important Information About Your Coverage

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

**Ascend**
Federal Credit Union

520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| SOCIAL SECURITY NUMBER | 01MAR15 FROM | 31MAR15 TO |
|---|---|---|
| 8  E-STMT | | STATEMENT PERIOD |

FAWN FENTON
1986 SUNNY SIDE DR
BRENTWOOD TN 37027

**Help Your Kids Get Wild about Saving**

Now through April 30, open a
youth account for your child and
let her register to win prizes!
Follow us on social media for
giveaways all month long.  Call
800-342-3086 for complete details

NOTICE: See reverse side for important information

**SAVINGS Suffix 0**

Your balance at the beginning of the period................$    25.40

Your new balance on 31MAR15.................................$    25.40

|  | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2015 On Suffix 0      $    0.01

**CHECKING Suffix 7**

No. 1002576580.  Balance at the beginning of the period.....$   250.70
Additions and miscellaneous withdrawals:
04MAR  WITHDRAWAL-ACH-A-BEN-CON              -90.00
  AD&D855-416-7385 (INS PREM)

1 Withdrawals = 90.00  0 Deposits = 0.00  0 Checks Cleared
Your new balance on 31MAR15.................................$   160.70

|  | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

To report a lost or stolen Freedom (Visa Check) Card
after Credit Union Business Hours, call 1-800-250-9655.

**Your Financial Summary**

Your total Checking balances.................................$   160.70
Your total Savings balances.................................$    25.40

**YTD Tax Summary**

YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$    0.01

*ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

TNJudicial.Org/c/a/int123.pdf — Motion to Escalate to the Tennessee Supreme Court (1/19/2021) — DOC: 125 | Page 67 of 296

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1435   Filed 10/13/23   Page 66 of 150

## 2017-04-06 Fawn's $10k (13%) Raise that JEFF Negotiated for Her

**March 22, 2017**

FAWN,

**PAYROLL INFORMATION**

| | | |
|---|---|---|
| 2017 Semi-WEEKLY PAY | | $ 3,326.89 |
| MONTHLY PAY | X2 | 6,653.78 |
| 2017 YEARLY PAY now | X12 | $79,845.36 |
| 5% RAISE 02/15/16 yearly | | -0.00- |  (Last raise 02/15/16) |
| 2017 YEARLY PAY new | | $79,845.36 |
| CHRISTMAS BONUS 2016 | | 6,216.00 |  (after tax $4,000.00) |
| INSURANCE BENEFITS | | 20,455.32 |

**TOTAL PACKAGE**          **$106,516.68**

| | | | |
|---|---|---|---|
| New | Semi-Weekly pay amount | $ 3,326.89 | (starts 02/15/16) |
| | Monthly pay amount | 6,653.78 | |
| | Yearly pay amount | $79,845.36 | |

Thank you,


Loretta Hall
LH Accounting

TNJudicial.org/admin1223.df   MotDesk Escalate to the Tennessee Supreme Court 9/9/2021   Filed 10/13/23   DOP: 125 | Page 68 of 296

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-21, PageID.1436   Filed 10/13/23   Page 67 of 150

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Tuesday, March 28, 2017 11:50 PM |
| **To:** | Ken Adkisson |
| **Cc:** | Loretta Hall |
| **Subject:** | FW: Attached Image FYI |
| **Attachments:** | 3197_001.pdf |
| **Importance:** | High |

Ken,

**I'm sorry, but this is insulting!** To spend $12k on furniture and not even give a 5% Cost of Living increase to the BACKBONE of your entire company, is a pretty massive slap in the face! Especially after the year that you just had and the size of some of the contracts currently in your office.

Insurance costs **always go up!** We all have this wrestling match every year. An increase of only $1,000 per month for the **entire office**, is a lot less than what we anticipated for this year or experienced in years past. **It is the cost of doing business.** Is it WORTH it to have your own firm or not?

We can't budget bills with Christmas bonuses!

Fawn really should be receiving MONTHLY bonuses by now, depending upon the work in the office, or a Partner as you have mentioned to her in the past. At this point, neither of us expect either, but if you're going to keep her limited to her salary, please have the decency to at least match inflation each year with her raises!

Fawn is what holds your company TOGETHER and makes your life WORK!

There are too many Architecture firms in Nashville right now, seeking highly qualified staff, to treat her like she is the absolute last consideration in your budget!

I'm not telling Fawn that I sent this to you, but I'm hoping that you'll make this RIGHT.

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

1

**Jeff Fenton**

| | |
|---|---|
| **From:** | Ken Adkisson <kadkisson@adkissonarchitects.com> |
| **Sent:** | Wednesday, March 29, 2017 10:17 AM |
| **To:** | Jeff Fenton |
| **Cc:** | Fawn Fenton; Loretta Hall |
| **Subject:** | Re: Attached Image FYI |

Thanks for all your input and opinions.Fawn and I will continue to develop a compensation package that she is comfortable with.

Sent from my iPhone

On Mar 29, 2017, at 9:09 AM, Jeff Fenton <Jeff@Meticulous.tech> wrote:

> I've known several small companies who pay annual bonuses in the $20k - $30k range for their top tier staff.
>
> I'm not trying to belittle the Christmas bonus that you sometimes offer, I'm just saying that isn't unusual amongst top ranking professionals in my experience.
>
> Thanks.
>
> Jeff Fenton
> METICULOUS.tech
>
> Sent by my iPhone
>
> **From:** Ken Adkisson <kadkisson@adkissonarchitects.com>
> **Sent:** Wednesday, March 29, 2017 7:38:42 AM
> **To:** Jeff Fenton
> **Cc:** Fawn Fenton
> **Subject:** Re: Attached Image FYI
>
> Jeff, pls calm down. Fawn and I have not settled on a raise until we see what the new health insurance premiums will be. This is her suggestion. Pls remember that in addition to a $6,000.00 year end bonus, I'm paying for 100% of your health care. I doubt very few companies do that.
>
> Sent from my iPhone

1

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@adkissonarchitects.com> |
| **Sent:** | Wednesday, March 29, 2017 10:39 AM |
| **To:** | Loretta; Jeff Fenton |
| **Cc:** | Ken Adkisson |
| **Subject:** | RE: Attached Image FYI |

Ok all of you, we are done talking about this for now.
No more input needed.
Thanks,
Fawn

**From:** Loretta [mailto:lhallaccounting@yahoo.com]
**Sent:** Wednesday, March 29, 2017 9:35 AM
**To:** Jeff Fenton <jeff@meticulous.tech>
**Cc:** Ken Adkisson <kadkisson@adkissonarchitects.com>; Fawn Fenton <ffenton@adkissonarchitects.com>
**Subject:** Re: Attached Image FYI

Jeff,

Just FYI.
In the other companies that I am working with NONE of them paid full coverage for employee insurance. As a matter of fact Bubba work for Ford for 30 years, has been retired for 10. The company totally paid his insurance until 5 years ago. Times have changed. Large and small companies have found it hard to survive with with the rising cost of Insurance. Not only has healthcare insurance went through the roof, but the companies are also faced with liability insurance rising, workmens comp insurance, umbrella insurances, etc........

From the email that Ken sent I did not see where an amount had been decided for raise or insurance deduction. The last that was discussed: was that the amount of salary would be addressed after insurance amounts were determined for this year.

We also have to keep in mind that in the past when jobs were few and money was low, salary was not adjusted. So are employees willing to adjust back if times get slim. ???

As far as furniture for the office. Adkisson has not bought new furniture in YEARS. This is an item that can be depreciated on taxes. Hopefully our NEW President will work for the companies to give them additional tax relief that was taken away by Obama.

In my opinion the compensation package should be decided between the employer and the employee.

Have a wonderful day!
Loretta

1

## Jeff Fenton

| From: | Jeff Fenton |
|---|---|
| Sent: | Wednesday, April 5, 2017 1:23 PM |
| To: | Ken Adkisson; Loretta |
| Cc: | Fawn Fenton (ffenton@adkissonarchitects.com) |
| Subject: | Two Alternate Pay Structures which I Believe would be FAIR and Successful for Your Firm \| Assets & Tax Benefits: Stuff vs. PEOPLE |
| Attachments: | 3197_001.pdf |
| Importance: | High |

Hello Ken & Loretta,

Prompted by Loretta's email last Wednesday, I've invested some time contemplating different compensation structures and decided to share TWO with you here, both which I believe would be fair, equitable, and rewarding for both you and Fawn, while providing your company with an "emergency relief valve" if times got tough, as Loretta mentioned.

I do believe that Loretta made some good points in her email, but I also believe that some of her comments regarding the tax benefits of purchasing furniture over increasing salaries are mistaken, misleading, or incorrect.

Since I find myself working on my Schedule 'C' today for the IRS (which I am very familiar with for small business taxes), I decided to chime back in and share my thoughts, hoping that they be heard, so that no one be unnecessarily confused about this issue.

As for the depreciation and tax benefits of purchasing the new FURNITURE, I'm versed enough in tax code to understand that there is NO TAX benefit for writing off furniture which EXCEEDS the TAX BENEFITS of writing off employee SALARIES and BONUSES! Salaries and bonuses can be 100% WRITTEN-OFF in the SAME tax year, provided that you have enough income. IF at the end of the year, your business is operating at a loss, because of not enough income, then whatever portion of your operational expenses (salaries, bonuses, business interest, etc...) can be HELD OVER and written-off in subsequent tax years (much the same as "depreciation"). The TAX BENEFITS of investing in your PEOPLE always exceeds investing in your STUFF, as long as your income can support it! Likewise, if you want, you can FINANCE employee salaries and bonuses and WRITE-OFF the INTEREST from your line-of-credit (as long as you keep the line-of-credit purely for business expenses), exactly the same as you plan to write-off the INTEREST by financing the FURNITURE! Both expenses go on the exact same line of your Schedule-C: "Other Interest", and there is absolutely no TAX BENEFIT to financing STUFF over PEOPLE or PEOPLE over STUFF. The TAX BENEFITS for BOTH are IDENTICAL! It is simply a matter of which YOU PREFER to INVEST IN!

In reference to Loretta's question **"We also have to keep in mind that in the past when jobs were few and money was low, salary was not adjusted. So are employees willing to adjust back if times get slim. ???"**, I believe that the

1

FRBP Violated: #3:19-bk-02693

answer to that question relies upon ONE simple factor: **How much Ken is willing to "share the wealth" when business is good!**

**For the sake of illustrating this, I will just guess at some round numbers here, which sound fair to me:**
- If **Ken** had a base salary (without benefits/insurance/etc…) of **$200k** per year.
- If **Fawn** had a base salary (without benefits/insurance/etc…) of **$125k** per year.
- If there were financial transparency between them, and Fawn was invited to weigh-in on significant financial decisions which could affect BOTH of their salaries.
- THEN I think that it would be ABSOLUTELY FAIR, if when business was down, that BOTH Ken and Fawn took temporary pay cuts, of EQUAL PROPORTION to their annual salaries.
  - For example, if it was a slow month, Fawn and Ken could both take a **25%** or even a **50%** cut off of their base salaries, to help keep the firm afloat.
  - Likewise, if the company caught back up, they could each receive bonuses to personally catch back up, which again should be EQUALLY PROPORTIONED to their annual salaries.
  - So hypothetically, in that scenario, **Ken's Annual Salary** would divide out to approximately **$16,700 per month,** and **Fawn's Annual Salary** would divide out to approximately **$10,400 per month**.
  - So if business was down and they each took a 25% pay cut for a couple of months, Ken would make around $12,500 and Fawn would make around $7,800 per month temporarily.
  - Similarly, if business was really bad and they needed to take a 50% pay cut for a month or two: Ken would make around $8,300 and Fawn would make around $5,200 per month temporarily.
  - **I think that Fawn would be very pleased with this arrangement,** I don't think that you'd hear any complaining out of her, provided there were financial transparency and she could see what to expect, when, and why.

If cash flow is a concern, then to keep operational costs down, another option would be to use a lower SALARY structure for BOTH, driven by monthly or quarterly BONUSES, equally proportionate again to their base salaries.

**Below I will illustrate this pay structure, again guessing at round numbers which sound fair to me:**
- If **Ken** had a base salary (without benefits/insurance/etc…) of **$150k** per year.
- If **Fawn** had a base salary (without benefits/insurance/etc…) of **$100k** per year.
- If there were financial transparency between them, and Fawn was invited to weigh-in on significant financial decisions that could affect BOTH of their salaries.
- THEN I think that it would be ABSOLUTELY FAIR, if when business was down, that BOTH Ken and Fawn took temporary pay cuts, of EQUAL PROPORTION to their annual salaries.

2

- o So hypothetically, in this scenario, **Ken's Annual Salary** would divide out to approximately **$12,500 per month**, and **Fawn's Annual Salary** would divide out to approximately **$8,300 per month**.
- o So with the sum of their two annual salaries being $250k per year, the **RATIO for COMPENSATION** here would be **60% for KEN**, and **40% for FAWN**.
- o So then based upon some metrics for how much funding should be kept in the corporate bank account and when there is "excess" because business is booming (and you are both working a lot harder as a result), then you could figure out some calculation for MONTHLY or QUARTERLY BONUSES for both KEN and FAWN.
- o In this scenario, say there is $30,000 "extra" to be distributed between you as a BONUS, then Ken would receive a bonus of $18,000 (in addition to his salary that month) and Fawn would receive a bonus of $12,000 (in addition to her salary that month).
- o Likewise in this scenario, since Ken is fairly "sharing the wealth" during the "good/busy" times, if for some reason business took a downturn, then it is only FAIR that Fawn would share the burden by taking a temporary pay cut with Ken, once again EQUALLY PROPORTIONED to their annual salaries, so as to distribute the burden FAIRLY.
- o So if business was slow and they each took a 25% pay cut for a couple of months, Ken would make around $9,375 and Fawn would make around $6,225 per month temporarily.
- o If deeper cuts were necessary, as long as they remain equally proportioned to their annual salaries, I don't believe that Fawn would have any problem with it.
- o To me this seems like a significantly more FAIR compensation plan, for what Fawn brings to Adkisson & Associates, rewarding her appropriately for when she must work much harder, while protecting the company from higher committed salaries.
- o However, to choose NOT to "share the wealth" during the good times (except for a small bonus at Christmas… maybe), but to consider asking employees to take a pay cut during the hard times, I find completely unfair, unrealistic, and to be honest, quite offensive.

Ultimately I agree that it is up to FAWN to negotiate for a more fair and favorable compensation package from Ken. When society talks about women making less money than men in the workforce, I believe that this is the primary reason WHY: because women typically aren't very aggressive negotiators, so they are often taken advantage of by their employers and paid LESS than they are WORTH. That upsets me, I want to stand-up for Fawn, speak the TRUTH, and DEFEND her, but at the end of the day, if Fawn doesn't demand more, and Ken can get away with paying less, the odds are that he will continue to do so.

Regarding what both Ken and Loretta have pointed out, about Ken being one of the only companies left today, who provides 100% employer paid health care, as I stated to Ken earlier, both Fawn and I recognize that and appreciate it. With that being said, we also recognize that this company paid expense/employee benefit is part of Fawn's "compensation package", which she negotiated for at her time of hiring. This is not and was never offered as a "gift", or just some "kind gesture", but is a

3

portion of Fawn's COMPENSATION, for which she has agreed to be employed by Adkisson/Harrison, and now Adkisson Architects.

Personally, I believe that is the main reason why Loretta provides each staff member with the attached annual financial summary, so that each employee can clearly SEE, be reminded, and understand how much they are COSTING the company; to help make an $80k per year salary feel more like a $100k per year salary, again because of the enormous health care expenses.

I have no argument about how INSANELY health care costs have risen for the past several years, but I can't change that either. From my understanding, larger companies survive it better than smaller firms, simply because of the greater diversity of age between their employees, whereas Ken's company is the wort possible demographic regarding health care costs (Everyone insured is old, overweight, and sickly – myself included ☺.) Insurance for your firm was actually CHEAPER when Tyler was employed, simply because he brought down the AVERAGE AGE for your small group plan.)

At the end of the day, $80k is still all that we can budget our bills on (with absolutely no provisions for retirement). It is NOT a very substantial increase since Fawn was HIRED, though her responsibilities have increased 10-fold. Over the past decade, Fawn has faithfully served Ken's company, through the company's UPS and DOWNS, even when Adkisson Architects looked destined to fold, yet she refused to abandon Ken to save her own neck, but risked everything to hang-on! Even now, when I show Fawn advertisements for BETTER opportunities with larger firms, and I encourage her to take the NEXT STEP toward advancing her career, although Fawn can clearly "read the writing on the wall" and she agrees with my conclusions, Fawn's largest concern by FAR, is what will happen to Ken? The office? Bob and Don who couldn't get a job drafting anywhere else? (Because they only know how to use Microstation, which is NOT the industry standard for drafting.) Fawn keeps putting on the "OWNER'S HAT" and CARING about the COMPANY, but when it's time for her bi-monthly paycheck, the company sees her as just another employee, and compensates her accordingly.

So WHY do I MENTION this when Fawn has so far chosen not to confront Ken about it? Because I believe that there is still HOPE and an OPPORTUNITY HERE for GROWTH and PROSPERITY, for both KEN and FAWN, IF Ken is willing to explore some significant changes. On the other hand, it is my belief that Fawn has already given-up, and believes that her employment opportunities have already "topped-out" here with Ken, and that she'll NEED to move-on in order to move-up. The timing of which I'm not sure of, and I wish I could influence more significantly.

**If nothing else, I'm hoping that this will serve as a "head's-up" for Ken,** so that he can either ponder changing or prepare for the inevitable, so that when Fawn is frustrated enough and ready, she won't feel a huge "transitional obligation" to Ken and his firm, as she moves on to explore greener pastures.

Respectfully,

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1074.00

**JEFF FENTON**

**METICULOUS.tech**

(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS, WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

5

April 6, 2017

FAWN,

PAYROLL INFORMATION

| | | |
|---|---|---|
| 2017 Semi-WEEKLY PAY | | $ 3,326.89 |
| MONTHLY PAY | X2 | 6,653.78 |
| 2017 YEARLY PAY now | X12 | $79,845.36 |
| 13% RAISE 04/06/17 yearly | | $10,154.64 | (Last raise 02/15/16) |
| 2017 YEARLY PAY new | | $90,000.00 |
| CHRISTMAS BONUS 2016 | | 6,216.00 | (after tax $4,000.00) |
| INSURANCE BENEFITS | | 20,455.32 |

TOTAL PACKAGE          $116,671.32

| New | Semi-Weekly pay amount | $ 3,750.00 | (starts 04/15/17) |
|---|---|---|---|
| | Monthly pay amount | 7,500.00 |
| | Yearly pay amount | $ 90,00.00 |

Thank you,


Loretta Hall
LH Accounting

## 2017-04-27 Jeff CHOSE to TERMINATE Adkisson IT Contract
## Story NARRATIVE was FALSE Again that I did Damage and was FIRED!

**Jeff Fenton**

| | |
|---|---|
| **From:** | Ken Adkisson <kadkisson@adkissonarchitects.com> |
| **Sent:** | Thursday, April 27, 2017 4:01 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Fawn Fenton; Loretta |
| **Subject:** | RE: IT & Web Work |

Thank you Jeff, we certainly appreciated your efforts. Good luck in the future.

Ken Adkisson, President
**Adkisson & Associates, Architects, Inc.**
3322 West End Ave., Suite 103
Nashville, Tennessee 37203
(615) 298-9829
*kadkisson@adkissonarchitects.com*

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Thursday, April 27, 2017 2:50 PM
**To:** Ken Adkisson
**Cc:** Fawn Fenton; Loretta
**Subject:** IT & Web Work
**Importance:** High

Hello Ken,

It doesn't look like this relationship is going to work out anymore. Fawn tells me that you have a new IT guy that you want to try, and really I've reached my limit of what I'm willing to put up with, for what I'm being paid.

One thing that I just won't tolerate is **people taking bad about me behind my back**, while I'm honestly trying to HELP them by extending the life of their equipment, considering every EXPENSE and every DECISION as if it were my OWN money and equipment, while working on nights and weekends so not to disturb the workflow of your office, etc… Every other tech guy you will pay $$ plus you will pay your drafters to stand around the office with their thumbs up their butts while he works on their computers. When was the last time that your office had any DOWN-TIME due to mechanical failures?

When was the last time that you had to kick-out thousands of dollars unexpectedly because of surprise system failures? I believe that you have FORGOTTEN how GOOD you have had it (technologically), for the past few years!

The problem with anticipating and meeting people's needs BEFORE there is a CRISIS, is they frequently fail to RECOGNIZE or APPRECIATE the WORK that I did to make that possible! I used to think that you could see it, and recognized that it was a "win/win" relationship between us, but not anymore.

1

How would you FEEL **if I talked bad to Fawn about your WIFE all day?** I'm not going to play that game.

Since you can no longer realize the VALUE which I bring to your organization **on my own,** I'm out!

If you are agreeable, I will refund your $2,500 deposit for your website rebuild, minus any reimbursable expenses (very minor), and a few office tech expenses which I have not yet billed you for. Then you can go hire ANYONE that you want to build your website, **it will be OFF MY PLATE!** I wish that it hadn't taken me so long to reach this conclusion, your website rebuild was the LAST web project that I've accepted (I've been turning people down for two years), because of how much TIME and coordination they require with clients to complete, yet I never seemed to be able to find TIME to rebuild your site, so I failed. I'd rather accept that and move forward, than continue to make empty promises and waste more of my TIME and YOURS.

**Likewise, I'd like to end ALL of MY business with your company. I don't want Fawn to be stuck in the middle anymore.** So if you need IT help, even if it is the smallest question that Fawn knows that I can answer in two minutes, please don't ask Fawn or anyone else to call me. I'm DONE! I will even refuse to help my loving wife, with any problems which she encounters in YOUR OFFICE.

**I've provided detailed NOTES about most of the work that I performed inside the [IT] folder on your Server's desktop, so that someone could easily follow behind me.** If they can't find the information they need there, then I'm sorry, they'll need to figure it out the same way that I did. I've tried to be very open and to document my work, but it all takes TIME, which costs more money… and no one is perfect. I'm not interested in being your on-call knowledgebase for any price. That's someone else's problem now!

Please hire a local website / hosting company / registrar / and administrator whom you personally TRUST (they can easily steal your digital assets, domain names, etc… if they are not TRUSTWORTHY.) **I would like to get all of your digital assets (website/domain names/etc…) off of my servers and out of my accounts as soon as possible. It's not an emergency, I think that probably a month should be a reasonable amount of time for you to have that work completed, if not then please two months at the most.** I will pro-rate and refund any unused hosting time once it is all completed. (Please make sure that the people you HIRE are COMPETENT to do all the work on their OWN. At your direction, I will provide them with the server address and credentials that they need to remove your website from my server, as well as to port your domain names from my registrar's reseller account to their own. I will not be responsible in assisting ANYONE with the migration of your website and domain names, the changing or setup of your DNS to work with the new host or to continue to work with your existing email accounts, or to ensure that your web assets are transferred properly and WORK on the new server space, or the domains with the new registrar, EXCEPT TO THE EXTENT THAT I RELASE THEM FREELY. (You should be careful, a lot of people/companies will hold your website and domain names HOSTAGE, I don't play that game!)

2

I recommend that you ensure that your new webhost/registrar is a MICROSOFT PARTNER, familiar with Office-365, so that they can take over the "DELEGATED ADMINISTRATION" for your Office-365 account, and prevent any disruptions in your email flow after moving your domain names or site out of my accounts. I will not have ANY responsibility to FIX someone else's screw-ups! My responsibility shall be limited to maintaining your service until I've surrendered your credentials, and to release your web assets forthwith. Beyond that, all that I can recommend, is that you hire COMPETANT and EXPERIENCED people! (The slightest screw-up and your whole office's email could stop working for days, as they try to isolate and fix the problem. IF that happens, it will be beyond the scope of my responsibility!) Once ANYONE else has credentials to access or move your digital assets, they ALONE are responsible for anything and everything that happens there forward.

I will hold $500 from the deposit of your refund to charge you for any of my time/mileage required to return your assets (both digital and physical) and complete this transition. From this point forward, all my TIME will be billed at my normal rate of $45 per hour, as by this notice our service agreement is now officially terminated. Upon final completion, I will return to you any remaining funds or bill you for any overages.

I will be returning to your office ALL of your DISASTER RECOVERY DRIVES from my fire vault, which you should pay to keep off-site in a safe deposit box again, in case of an emergency. Should you ever need to restore any of those images, you will need to hire a tech who is competent with partition and full-disk CLONING, using software such as Clonezilla, NovaBackup, Acronis True Image, and Windows 7 Backup Images.

For a few years I believed that this relationship was mutually beneficial, I regret that it did not end better, but I prefer to accept the reality than to continue with the current tension.

I hope for nothing but the best for you and your business in all your future endeavors.

Sincerely,

(On the bright side, this should be my last LONG email! ☺)

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

3

## 2017-08-28 CUSTOM "NO TRESPASSING" SIGNS DESIGNED BY WIFE AT HER WORK, USING THEIR CAD SOFTWARE! THIS WAS MS. STORY'S CHIEF "EVIDENCE" TO ASSASSINATE MY CHARACTER WRONGFULLY ATTRIBUTED TO ME, COURT CALLS "DISTURBING" (THEY LIED AGAIN TO "MONSTRATIZE" ME!)



CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.125.1080.00



**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@adkissonarchitects.com> |
| **Sent:** | Wednesday, August 2, 2017 6:13 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Very Minor Change in Dimensional PDF WITH BLEED |
| **Attachments:** | Jeffy Sign_Bleed Dimensions.pdf |

Ok here it is

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Tuesday, August 01, 2017 10:50 PM
**To:** Fawn Fenton <ffenton@adkissonarchitects.com>; Fawn Fenton <fawn@fentonmail.com>
**Subject:** Very Minor Change in Dimensional PDF WITH BLEED

Hello Lovie,

Can you please make just one minor change for me of the ONE dimensional PDF, which includes the BLEED?

I'd like to change the LABEL on the bottom of the page:
- FROM: "DIMENSIONS OF PRINT COPY WITH BLEED"
- TO: "DIMENSIONS OF OVERPRINT COPY WITH ¼" BLEED"

Exactly as quoted above please! I know that I gave you the wording last time, but in working on this I've remembered that the term "overprint" is what is commonly referred to as the copy WITH Bleed, and that it would be helpful to specify the exact amount of bleed used throughout.

That is the ONLY change. Please just the highlighted text above (without the highlight), replacing the label at the bottom of the sheet.

Everything else is PERFECT!

THANKS LOVIE!!!

**JEFF FENTON**
**METICULOUS.tech**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

1

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

**Jeff Fenton**

| | |
|---|---|
| From: | Fawn Fenton |
| Sent: | Sunday, July 23, 2017 7:51 PM |
| To: | Fawn Fenton; Jeff Fenton |
| Subject: | deer graphics for sign |

http://www.canstockphoto.com/deer-family-9892059.html

http://www.canstockphoto.com/whitetail-deer-silhouettes-4347808.html

Sent from Mail for Windows 10

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

1

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.125.1083.00

TNJudicial.Org/cdr/1223.pdf   Case 1:23-cv-01097-PLM-RSK   Motion to Escalate to the Tennessee Supreme Court 14/19/2024   ECF No. 1-27, PageID.1452   Filed 10/13/23   DOC-125   Page 85 of 296

Page 84 of 296

of 150



CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software



CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.125.1085.00

TNJudicial.org/allfil29.pdf    Case 3:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1454    Filed 10/13/23    DOC 125 J Page 86 of 296
Motion to Escalate to the Tennessee Supreme Court, 1/19/2021
Page 85 of 150

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@adkissonarchitects.com> |
| **Sent:** | Friday, July 28, 2017 3:30 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Sign! |
| **Attachments:** | Jeffy Sign2.dgn |

Here's the Microstation file, just in case.

From: Jeff Fenton [mailto:Jeff@Meticulous.tech]
Sent: Friday, July 28, 2017 2:24 PM
To: Fawn Fenton <ffenton@adkissonarchitects.com>
Subject: RE: Sign!

Cool! So that is the v2000, right?

Can you send me the microstation master just to have, or have changes been made in the AutoCad
version, where it is now the working master?

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

From: Fawn Fenton [mailto:ffenton@adkissonarchitects.com]
Sent: Friday, July 28, 2017 2:21 PM
To: Jeff Fenton <Jeff@Meticulous.tech>
Subject: Sign!

Whee.... Autocad finally came up!
I changed the layer names to be descriptive of exactly what they are. I added a layer for the 1/4" outside bleed lines. Let
me know if this isn't what you wanted.

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

1



CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

DIMENSIONS OF FINISHED SIGN (METAL PLATE)

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1087.00

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@adkissonarchitects.com> |
| **Sent:** | Monday, July 31, 2017 9:11 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Sign PDFs |
| **Attachments:** | Jeffy Sign_Master.dgn |

CAD File Master.....

**From:** Fawn Fenton
**Sent:** Monday, July 31, 2017 8:06 PM
**To:** 'Jeff Fenton' <Jeff@Meticulous.tech>
**Subject:** RE: Sign PDFs

Again...

**From:** Fawn Fenton
**Sent:** Monday, July 31, 2017 7:47 PM
**To:** 'Jeff Fenton' <Jeff@Meticulous.tech>
**Subject:** RE: Sign PDFs

Revised again....

**From:** Fawn Fenton
**Sent:** Monday, July 31, 2017 7:41 PM
**To:** 'Jeff Fenton' <Jeff@Meticulous.tech>
**Subject:** Sign PDFs

Revised PDFs....

1

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1088.00



**DIMENSIONS OF OVERPRINT COPY WITH 1/4" BLEED**

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1089.00

**Jeff Fenton**

| | |
|---|---|
| From: | Fawn Fenton <ffenton@adkissonarchitects.com> |
| Sent: | Wednesday, August 2, 2017 11:11 AM |
| To: | Jeff Fenton |
| Subject: | RE: TN Code (Combining Lines) |

Thanks!

From: Jeff Fenton [mailto:Jeff@Meticulous.tech]
Sent: Wednesday, August 02, 2017 9:59 AM
To: Fawn Fenton <ffenton@adkissonarchitects.com>; Fawn Fenton <fawn@fentonmail.com>
Subject: RE: TN Code (Combining Lines)

http://www.tennesseedefenselitigation.com/BlogEntry.aspx?id=37

T.C.A. §§ 39-14-405--39-14-407

**JEFF FENTON**
**METICULOUS.tech**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

From: Jeff Fenton
Sent: Wednesday, August 02, 2017 9:43 AM
To: Fawn Fenton <ffenton@adkissonarchitects.com>
Subject: RE: TN Code (Combining Lines)

Looks like it would be like this: T.C.A. §§ 39-14-405 to 39-14-407

Based on this example: N.D.C.C. §§ 11-01-09, 11-01-11, 11-01-15 to 11-01-19.

From this webpage: https://www.ndcourts.gov/court/citation/III.A.htm

**JEFF FENTON**
**METICULOUS.tech**

1

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

**From:** Fawn Fenton [mailto:ffenton@adkissonarchitects.com]
**Sent:** Wednesday, August 02, 2017 9:29 AM
**To:** Jeff Fenton <Jeff@Meticulous.tech>
**Subject:** RE: TN Code (Combining Lines)

I have spent 10-15 minutes searching online, and I still don't know the answer to this... I will have to look at it later this afternoon.
Sorry!

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Wednesday, August 02, 2017 9:07 AM
**To:** Fawn Fenton <ffenton@adkissonarchitects.com>; Fawn Fenton <fawn@fentonmail.com>
**Subject:** TN Code (Combining Lines)

Lovie,

How would this be expressed:

- T.C.A. § 39-14-405
- PLUS
- T.C.A. § 39-14-406

How would that be combined and denoted?

T.C.A. § 39-14-405, 406?

I need the line to be a little longer to justify with all the other lower lines. ☺

Gracias!

**JEFF FENTON**
**METICULOUS.tech**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

2

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@adkissonarchitects.com> |
| **Sent:** | Wednesday, July 26, 2017 6:48 PM |
| **To:** | Jeff Fenton |
| **Subject:** | FW: Hikvision Video Surveillance | Scheduling a Lunch & Learn |

Heh, FYI....

**From:** Zach Geiser [mailto:Zach.Geiser@hikvision.com]
**Sent:** Wednesday, July 26, 2017 12:27 PM
**To:** Fawn Fenton <ffenton@adkissonarchitects.com>
**Subject:** RE: Hikvision Video Surveillance | Scheduling a Lunch & Learn

Hi Fawn,
Not a problem and thank you for the information. If the high school would like to look into Hikvision solutions, please feel free to pass my information along. On average we are able to save 30% on cost in comparison to our competitors, which is often key in being able to provide quality systems to education projects as they tend to have tighter budgets. We also have 3-5yr warranties, and have a product failure rate less than 1%.

If I can be of any help on future projects, please do not hesitate to reach out as I am happy to consult with you. I will also be sure to get you're A&E online portal registration approved so that you have access to the resources there.

Have a great day!

Best Regards,

*Zach* Geiser
Business Development Associate
A&E Program, Mid-Atlantic
NJ • PA • MD • DE • DC • VA • WV • TN • KY
☎ 609.235.2624
✉ zach.geiser@hikvision.com

## **HIK**VISION U.S.A

www.hikvision.com
Follow Hikvision USA and Canada on **Facebook**, **Twitter**, **YouTube**, and **LinkedIn**!

**View and Download the 2017 Spring/Summer PQG**

**Read the cybersecurity interview conducted by SSI Magazine with the President of Hikvision, Jeffery He:**

DISCLAIMER:
This e-mail and its attachments contain confidential information from Hikvision that is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it.

1

**From:** Fawn Fenton [mailto:ffenton@adkissonarchitects.com]
**Sent:** Monday, July 24, 2017 6:04 PM
**To:** Zach.Geiser
**Subject:** RE: Hikvision Video Surveillance | Scheduling a Lunch & Learn

Hi Zack,

Thanks for following up. My apologies for not getting back to you earlier; I am working on a project where the client had decided they wanted a video surveillance system (at a new restroom/concessions/meeting building of a high school track and football field that we are building), and I had started researching possible systems; however, the school decided they will provide the security system under a separate contract themselves, so that is not in my scope of work now. I will certainly let you know if we come across another opportunity in the future; I have always heard good things about HikVision's systems.

We are a small architectural office, and we do not normally entertain lunch-n-learns; myself and Ken Adkisson are the only two licensed architects, and we typically pursue education on separate paths. In any case, I am glad to have your contact information now, and will keep you on file if we can use your services on a future project.

Best wishes,

Fawn Fenton
**Adkisson & Associates, Architects, Inc.**
3322 West End Ave., Suite 103
Nashville, Tennessee 37203
(615) 298-9829
ffenton@adkissonarchitects.com

**From:** Zach.Geiser [mailto:Zach.Geiser@hikvision.com]
**Sent:** Monday, July 24, 2017 3:11 PM
**To:** Fawn Fenton <ffenton@adkissonarchitects.com>
**Subject:** Hikvision Video Surveillance | Scheduling a Lunch & Learn

Hi Fawn,

My name is Zach Geiser, and I am the Mid-Atlantic A&E Business Development Manager at Hikvision – world's largest video surveillance manufacturer.

I will be in the Tennessee region either the last week in August, or 1st week in September, and I am curious if might we be able to arrange a Lunch N' Learn with the electrical engineering, technology integration, or security design team sometime within that timeframe? Our objective would be to introduce Hikvision at a high level, review our latest products and technologies, as well review our recently implemented A&E program / online portal. I would greatly appreciate the opportunity, and would be great to learn how I can best be a resource to Adkisson& Assoc. on projects with a CCTV element moving forward. My goal is to make the design/specification process as easy as possible, as Hikvision would love to be considered as an approved equal manufacturer / the basis of on various projects whenever possible!

Thank you for your time & assistance - I look forward to your feedback and the prospect of meeting you in person! Feel free to let me know any available dates you might have from **August 28th to September 8th**, and I will be happy to pencil in the date and send over a meeting invitation.

Have a great day!

Best Regards,

2

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Adkisson's CAD Architectural Software

*Zach* Geiser
Business Development Associate
A&E Program, Mid-Atlantic
NJ • PA • MD • DE • DC • VA • WV • TN • KY
☎ 609.235.2624
✉ zach.geiser@hikvision.com

**HIK**VISION® U.S.A

www.hikvision.com
Follow Hikvision USA and Canada on Facebook, Twitter, YouTube, and LinkedIn!

**View and Download the 2017 Spring/Summer PQG**

**Read the cybersecurity interview conducted by SSI Magazine with the President of Hikvision, Jeffery He:**

DISCLAIMER:
This e-mail and its attachments contain confidential information from Hikvision that is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it.

CUSTOM "No Trespassing" Signs - DESIGNED BY FAWN at Work on Addisson's CAD Architectural Software

3

## 2017-09-13 MS. FENTON'S MOTHER LIKES THE SIGNS & CAMERAS FOR HER SAFETY, ACCORDING TO TEXTS WITH HER BROTHER

9/13/17, 12:30 PM to Mark ▮

> Don't waste your time on the "house rules" revision, I don't think we will post them. Thanks

9/13/17, 8:47 PM from Mark ▮

My mom forwarded your letter to me. She read it multiple times. Trying to absorb it, not sure what to believe.

But I will tell you, good job. It's a good letter. Now is a great time to back off and shut up! ☐ let it sink in and focus on your actions. Don't say anything else that might fuck it up.

9/13/17, 10:19 PM to Mark ▮

> Thanks! Fawn said Amen!

9/13/17, 10:21 PM to Mark ▮

> I shared with Fawn that I told you about Bk and foreclosure and weren't judgmental, I also shared some of the emails I sent you, which I CC'd you on, so you'd know I shared it.
>
> Thanks again for your help! 🙂

9/14/1/, 12:53 PM from Mark ▮

Sure thing Jeff, I hear you. I'll probably reach out to Fawn soon to catch up.

Also, my mom told me that one positive aspects that she likes about you is your safety. She likes the cameras, the signs, etc! She said it gives her confidence that Fawn is safe at home.



FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.125.1096.00

### WIFE'S SECRET CONTESTED DIVORCE #1 (DOCKET #47426)
#### DIVORCE ATTORNEY W. EDWARD PORTER IV (#033893)

496     **ADD MY COUNTER COMPLAINT**

497

498

TNJudicial.org/e/a/jrf125.pdf — Motion to Escalate to the Tennessee Supreme Court 1/19/2024 — Filed 10/13/23 — DOC 125 Page 98 of 296

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1466    Filed 10/13/23    Page 97 of 150

## HUSBAND'S COLLABORATIVE DIVORCE ATTEMPTS
### SANDY ARONS, MBA, CERTIFIED DIVORCE FINANCIAL ANALYST, CERTIFIED FINANCIAL DIVORCE SPECIALIST, ACCREDITED FINANCIAL COUNSELOR & MEDIATOR

### 2018-07-12 SANDY ARONS, MBA, CERTIFIED DIVORCE FINANCIAL ANALYST, CERTIFIED FINANCIAL DIVORCE PRACTITIONER, SPECIALIST, FINANCIAL COUNSELOR & MEDIATOR

# *A*rons & *A*ssociates
## DIVORCE PLANNING

*Understand the numbers.
Secure your future.*

### SANDY ARONS, MBA
Certified Divorce Financial Analyst
Certified Financial Divorce Practitioner
Certified Financial Divorce Specialist
Financial Counselor & Mediator

1932 Bristol Court
Brentwood, TN 37027

615-376-8204
615-376-8121  fax

www.getasmartdivorce.com
sandyarons@getasmartdivorce.com

# MISSION STATEMENT

To provide financial consulting services which help clients reach a fair divorce settlement and:

- Avoid unnecessary legal fees
- Reduce conflict
- Minimize the negative impact on your children and family

TNJudicial.org/o/a/jrf125.pdf   Case 1:23-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1468   Filed 10/13/23   DOC 125   Page 100 of 296

Motion to Escalate to the Tennessee Supreme Court (8/19/2021)   Page 99 of 150





---

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Sunday, June 17, 2018 1:28 AM |
| **To:** | Fawn Fenton |
| **Cc:** | Fawn Fenton ( ███████████ ) |
| **Subject:** | RE: Most recent list of bills (HOW IT ALL ADDS UP) |
| **Importance:** | High |

Fawn,

So according to YOUR calculations, you pay $1,282.00 per month for your apartment, which adds up to **$17,948.00** over the term of your 14 month lease, without adding a single dollar's VALUE to our estate.

Additionally, you spent north of **$12,000.00** for your vacation to Vegas with your brother, plus your attorney's legal retainer, all charged on credit. (I don't know the exact numbers, because you refuse to show me our financial documents.) This entire expense was also completely CONSUMABLE, without adding a single dollar's VALUE to our estate.

Now because of your growing credit card debt, you have monthly debt payments of $400++ per month, to sustain that, which adds up to **$5,600.00** over the 14 month term of your lease. (This is probably guessing LOW, with what your additional debt service will end up being.) Again, this is without adding a single dollar's VALUE to our estate!

Plus the costs of your MOVE and new stuff needed by both of us, to sustain ourselves, with what the other has taken, which will probably be a couple of grand, but I'll call it **$1,452.00** for the sake of using ROUND numbers. (All this will be "duplicates" If/when we get back together, so though we are adding some STUFF, we are really not benefitting the VALUE of OUR ESTATE!)

| | |
|---|---|
| **$17,948.00** | **Apartment** |
| **$12,000.00** | **Front Sight & Fawn's Attorney** |
| **$ 5,600.00** | **Additional Debt Service** |
| **$ 1,452.00** | **Moving Expenses & Replacement STUFF** |
| **$37,000.00** | **LOST WEALTH BY FAWN IN 2018 (so far)! ALL CONSUMABLE EXPENSES!** |

This is a TOTAL of $37,000 that you've spent (or committed to spend), since your mental break down, just a couple months ago! Of this ENTIRE $37,000, I'd estimate that our estate will only increase in VALUE by about $500, due to the small amount of duplicate STUFF that we are purchasing, to replace what the other took. **So that is a NET LOSS OF $36,500** THIS YEAR, before we even START the second-half of our year.

In comparison, I'm spending $2k - $3k, along with investing my LABORS, to prepare OUR HOME for one of two things:
1. Us to be able to co-exist more PRIVATELY (per your request), with separate secure bedrooms and a/v ACCOUNTABILITY and PROTECTION for what is SAID and DONE within our home and on our property.
2. To rent out two of our bedrooms, adding necessities such as privacy shades and bedroom door locks, while PROTECTING OUR PROPERTY with minor security add-ons (like crawl space locks and water proof storage containers for our stuff stored in the crawl space – to empty the bedrooms to rent.)

1

    a. The primary intent of #2, is to make our home more AFFORDABLE for ME to SUSTAIN WITHOUT YOU, should you choose never to return to me.

    b. The secondary intent of #2, is to PROTECT OUR INVESTMENT, while inviting strangers to live with me, inside our home, to lessen the financial burden.

Regardless whether situation #1 or situation #2 comes to pass, **all the money which I AM SPENDING is being 100% INVESTED INTO OUR PROPERTY**, updating our door hardware from the 80's brass to the modern satin-nickel, to MATCH other improvements already made throughout our home. Every dollar that I'm spending will AT LEAST add a dollar in VALUE to OUR HOME and OUR ESTATE. NOT one dollar of this is a CONSUMABLE EXPENSE or a LOSS!

Unless you CHOOSE for things to become more litigious between us, in order to ensure that I am treated FAIRLY, I have yet to WASTE a single dollar due to your mental break-down, threats of divorce, and the fallout and desertion which you have forced upon me.

I don't see how in the WORLD, you can be in any way CRITICAL, about ANY financial choice that I've made without you, over the PAST DECADE! Anything that you want to call "waste" or "unnecessary" (NOW in RETROSPECT), you've trumped 20 times over, within just the past few months! (You WASTED more on our ROOF RE-DESIGN, with the "special heat deflecting shingles" at 4x the cost, and I KNOWINGLY let you do it, because it seemed to be YOUR HEART'S DESIRE! Any IMPROVEMENT which you want to call "wasteful" on my part, is YOUR OFFENDED OPINION IN HINDSIGHT, which will be SERIOUSLY contested!)

I want to be TREATED with the financial RESPECT and TRUST that I HAVE EARNED!!! I am sick of being DEMEANED by your EGO! I demand to be treated as an EQUAL!!!

## JEFF FENTON
### METICULOUS.tech
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

From: Fawn Fenton <fawn.fenton@live.com>
Sent: Thursday, June 14, 2018 1:16 PM
To: Jeff Fenton <Jeff@Meticulous.tech>
Subject: Most recent list of bills

The group at the top is paid by my first-of-the-month paycheck
The group at the bottom is paid by my middle-of-the-month paycheck

2

## 2018-08-06 I OFFERED TO GIVE MS. FENTON MY EQUITY FOR FREE!
### (Regretfully She Declined)



## 2018-08-30 WIFE'S MDA SETTLEMENT OFFER TO HUSBAND
## THROUGH "COLLABORATIVE DIVORCE" via SANDY ARONS
### (Unfortunately, she almost Immediately Rescinded this Offer)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Friday, September 14, 2018 4:39 PM |
| **To:** | Jeff Fenton |
| **Subject:** | Offer to settle |
| **Attachments:** | Offer to Jeff to settle_9-14-18.docx |

Hello,

Attached is my offer to you for settling this divorce as uncontested.

Please consider agreeing to these provisions with minimal changes; this is the absolute most I can offer you.

This writing is not how the final agreement would look, though – we would need to have it reviewed by an attorney (Tommy White, who Sandy recommended, would be good), and we would need to discuss it with a tax professional (Phyllis Ellis?) to make sure the intents are actually doable, and to look for future unintended consequences.

I got your voicemail about BCBST also... I will call and look into that.

Note the timelines I've written in here for signing and filing this with the courts... talking to Sandy (and she talked to Tommy White) they said if we don't get this filed by early October, then it's unlikely to be finalized by the end of the year. We do have some footwork to do (legal, tax, health-care) to check everything, so we need to get going.

Let me know what you think.

Thanks,

Fawn

1

==Fenton Marital Dissolution Agreement==
==Proposed terms as of September 14, 2018, for review.==

*THIS AGREEMENT IS BETWEEN Fawn ██████ Fenton [wife] and Jeffrey Ryan Fenton [husband], executed in Williamson County, Tennessee.*

*The parties desire to enter into an agreement concerning their rights and obligations arising out of their marriage so that it may be dissolved without a contest. There are irreconcilable differences between them.*

*Each party is aware that a Complaint for Divorce is pending in the court and county noted above.*

*The parties agree by signing this Agreement that they waive service of legal process upon each other. They acknowledge that the filing of an Answer to a Complaint for Divorce will not be required.*

*This Agreement shall be included by either party as a part of a Final Decree of Divorce. Each party has read it in its entirety, agrees that it is fair, and has voluntarily signed it. Husband and wife also agree to sign any further documents that may reasonably be necessary to carry out its intent.*

1. ==This offer is only good if we successfully sign this into a Marital Dissolution Agreement Contract as soon as possible AND the divorce Final Order is entered by the court before December 31, 2018.== The financial tax incentives integral to this offer will not apply in 2019, and this Agreement is void if the divorce is not final in 2018.

2. Since we cannot re-finance the Sunnyside mortgages at this time, we must finalize the divorce this year, and simply remain joint owners of the house. (I'm not sure if the deed stays as-is, or if we re-do it as "tenants in common"; need to verify and research tax/income implications. We may want to do a Trust.)

3. We will not transfer any personal debts; the credit card debts in Jeff's name remain solely Jeff's responsibility, and the credit card debts in Fawn's name remain solely Fawn's responsibility. Each party shall hold the other party harmless from any collection actions or other consequences relating to these debts.

4. Jeff may continue to live at the Sunnyside house, as long as the terms of this Agreement continue to be met. Jeff can get roommates and make minor modifications, as long as no actions decrease the value of the property. Jeff will take care of the property and pay for any and all other expenses associated with the Sunnyside house and property, except where specifically noted otherwise below.

5. If this Agreement is signed by both Jeff and Fawn before 5:00 pm on Friday, September 28, 2018, and we are able to submit the completed forms for a "no-fault" divorce based on "irreconcilable differences" to the Williamson County Courts by Friday, October 5, 2018, then Fawn agrees to continue to make the mortgage and utility payments for the Sunnyside house until the end of December, 2018.
    a. Specifically, Fawn will continue to pay:
        i. BofA first mortgage
        ii. Bancorp South second mortgage
        iii. NES Electric

      iv.  Piedmont Gas
      v.  Alarm monitoring service (currently charged to Fawn's credit card)
      vi.  HVUD Water
      vii.  Waste Industries trash pickup service
      viii.  Progressive car insurance (current joint policy)

  b.  And Fawn will give Jeff a personal or cashier's check for $1,000.00 on the first of each month to help pay for Jeff's living expenses (specifically on October 1st, November 1st, and December 1st.)

  c.  The Chase credit card with the $1,000 limit currently in use will be closed.

6.  Starting on January 1, 2019, Fawn will pay Jeff Alimony each month in an amount equal to the minimum payments due on the Sunnyside first and second mortgages. Currently the payments are $1,804.78 and $252.10 for a total of $2,056.88 each month; Fawn would send Jeff a payment for this amount, as Alimony, at least five business days before the mortgage payments are due. The Alimony funds will be deposited into Jeff's personal checking account, and then Jeff is obligated to directly make the payments to the respective financial institutions for both mortgages.

  a.  If the mortgage payments adjust up or down due to factors beyond our control (such as interest rate changes, escrow changes, insurance changes, etc.), then Fawn's Alimony payment to Jeff will adjust up or down accordingly, keeping the Alimony payments equal to the minimum payments on both mortgages as currently financed.

  b.  If Jeff fails to make the mortgage payments on time each month: the first time Jeff misses or is late on a mortgage payment, Fawn will file a written notice with the Court that Jeff has violated the terms of this Agreement. The second time Jeff misses or is late on a mortgage payment, it will be considered an inexcusable breach of contract, and Fawn will file a motion for Jeff to be held in contempt of court.

7.  Starting on January 1, 2019, Jeff is responsible for ALL other expenses related to living at Sunnyside.

  a.  Jeff will pay for all other household bills, including, but not limited to, the following:
      i.  NES Electric
      ii.  Piedmont Gas
      iii.  Alarm monitoring service(s)
      iv.  Comcast/Xfinity
      v.  HVUD Water
      vi.  Waste Industries or other trash pickup service
      vii.  Quarterly Pest Control and Annual Termite Contract

  b.  Jeff will be fully responsible for the full cost of any repairs to the home (not improvements or upgrades, but only unforeseen repairs to something that breaks or fails and is integral to the value of the real property). Jeff will pay for all minor repairs and maintenance (costing approximately $100 or less) out of his own funds. For repairs costing more than this, Fawn has the option to LOAN Jeff money for the repair, and then Jeff must make defined minimum monthly principal and interest payments back to Fawn until the loan is repaid in full. *(We might need to define these terms more specifically. If the money comes from a credit card or other financial institution loan that Fawn uses in order to loan the money to Jeff, then the minimum payments from Jeff would equal whatever the lender charges Fawn. However if Fawn has cash on hand to loan Jeff, then Jeff needs to repay Fawn in monthly payments including a pre-determined X% interest.)*

  c.  Jeff pays for all of his own living expenses, including food, pet care, counseling and medications, automobile expenses, etc. with no additional assistance from Fawn.

8. Fawn agrees to pay Jeff Alimony per section 5 above for a total of 6 years (72 months) beginning on January 1, 2019. After this period Alimony will be considered complete, and Fawn will not owe Jeff any further financial support. Beginning January 1, 2026, Jeff will take over all mortgage payments for Sunnyside out of his own resources, and Fawn will make no further payments to Jeff, even if the mortgages are still in Fawn's name.
   a. If Jeff ever misses or is late on a mortgage payment, at any point in the future while the mortgage is still in Fawn's name, then the provisions of 6.b. above will apply.
   b. If Fawn experiences a significant reduction of her income during the 6 year alimony term through no fault of her own; she may negotiate with Jeff and/or apply to the court for a reduction in the monthly alimony payments, either for a temporary time, or permanently, depending on reasons and circumstances.

9. Jeff must catch up and file the back taxes for 2015, 2016, and 2017.
   a. Jeff must file taxes for year 2015 by April 1st, 2019. He must use his normal diligence to try to maximize the married-filing-jointly tax return (if due) or minimize what we would owe (if that's the case). If Jeff successfully files these taxes by April 1st, then Fawn will pay for all professional tax consultant fees.
      i. If Jeff fails to have 2015 tax year documents accurately sent in by April 1, 2019, then Fawn will file the taxes using only her W2 and basic known deductions before April 15, and Jeff must sign the simplified married-filing-jointly return without including his own itemizations. Jeff will also be responsible to pay for all professional tax consultant fees.
   b. Jeff must file taxes for BOTH years 2016 and 2017 by October 1st, 2019. He must use his normal diligence to try to maximize the married-filing-jointly tax return (if due) or minimize what we would owe (if that's the case). If Jeff successfully files these taxes by October 1st, then Fawn will pay for all professional tax consultant fees.
      i. If Jeff fails to have both 2016 and 2017 tax year documents accurately sent in by October 1, 2019, then Fawn will file the taxes using only her W2's and basic known deductions before October 15, and Jeff must sign the simplified married-filing-jointly returns without including his own itemizations. Jeff will also be responsible to pay for all professional tax consultant fees.
   c. Fawn will file the tax return for year 2018, as married-filing-jointly, using only her W2 income and basic known deductions, and Jeff must sign the return forms without including his own itemizations. Fawn will pay for all professional tax consultant fees for filing year 2018.
   d. Jeff and Fawn agree to leave any refunds from years 2015, 2016, and 2017 deposited with the IRS until it is clear whether the filings result in a refund due or taxes owed after all years up to 2018 taxes are complete. Fawn will receive all of the net refund, or will pay all of the taxes due, resulting from the completion of these years tax filings.

10. After all tax returns through 2018 are complete (all of the "married-filing-jointly" years), Fawn will have the option at any time within the 6-year Alimony period to re-finance the Sunnyside mortgages. She can choose any new mortgage arrangement that has reasonable interest rates and payments, as long as all of the property financing remains only in Fawn's name. At Fawn's option, new financing may or may not include a HELOC, home equity loan, or cash-out mortgage if Fawn wishes to cash-out a portion of, or all of, her share of the house equity.

11. Jeff agrees to diligently try to repair his credit rating, and to increase his income, with the goal of refinancing the Sunnyside property mortgage(s) into solely Jeff's name as soon as possible.

    a. When Jeff is able to obtain a mortgage to take all of the Sunnyside financing into solely his name, AND through this mortgage Jeff is able to cash-out and pay to Fawn ALL of her equity in the home with interest as described in section 12 below, then Fawn agrees to sign a quit-claim to remove herself from the deed to the property, so that Jeff will then have sole ownership of the residence and Fawn will have no further interest in the property.

12. As part of this Agreement, both parties agree that Fawn's share of the Sunnyside property's equity will be set at $60,000.00 as of January 1, 2019. Thereafter, for as long as Jeff lives in the house, and the mortgages are in Fawn's name, Fawn's equity will be considered an "investment", and the parties agree that Fawn's equity will increase at a rate of 4% annually.

    a. At any time in the future, when Jeff is able to refinance the Sunnyside mortgages into solely his name, he will be required to "buy out" Fawn's equity in the property, for the amount of her investment that she is due with interest, calculated at that time. Fawn's equity shall not be linked to, or dependent on, an appraised value of the property at any time.

    b. Fawn agrees to continue to hold the mortgage(s) for Sunnyside in her name after January 1, 2026, when Jeff assumes responsibility for the mortgage payments, for as long as Jeff is unable to qualify for a sufficient replacement mortgage in his own name with reasonable financing terms. Fawn's equity will continue to increase with interest for as long as this arrangement continues.

    c. (However, we need to talk to Phillis about tax implications; there is something about co-owned property that is not divided within 6 years of a divorce having taxable gains...)

    d. If Fawn refinances the mortgages in her name at any point and cashes-out only a portion of her equity, then only the equity remaining associated with the house will continue to earn interest per this agreement.

    e. If Jeff does not obtain a mortgage so that all of the Sunnyside property financing is solely in Jeff's name within 10 years, then beginning on January 1, 2030, any equity that Fawn has not cashed out through refinancing will continue to accrue interest at 5% annually.

    f. If at any time, both parties agree to sell the house, then out of the NET proceeds after the sale, Fawn would be due her equity plus interest per the terms above, as calculated at the sale closing date. Jeff would retain all remaining proceeds after that.

13. Jeff will not sell any personal property before the divorce is final. Jeff must allow Fawn to remove all of her personal belongings out of Sunnyside before or by the time the divorce is final. Both need to finish dividing personal property items as soon as practical.

14. Jeff must give Fawn all of her personal digital data that are still on Jeff's computers before or by the time the divorce is final, including a complete copy of the family photo album, copies of all years back taxes, and any folders where Fawn has saved data in the past. Jeff must give this to Fawn on one or more external WD hard drives. Jeff must delete off of his computers anything that is or was considered solely Fawn's data. Jeff also must give Fawn all data and external hard drives relating to Fawn's company, Adkisson Architects, and retain no copies of that data.

15. Since Jeff is currently covered by health insurance through Fawn's employer, Jeff may apply to the Tennessee Division of Insurance to continue on this health insurance plan under COBRA, following those requirements. To assist Jeff the first year, Fawn's employer has generously offered to continue to pay in full for Jeff's health insurance premiums, each month through December 2019. If Jeff wishes to stay on this health insurance plan for up to 36 months as COBRA allows, then starting in January 2020, Jeff will need to make the remaining monthly premium payments out of his own

resources, either by paying his portion to Fawn's employer, or by paying his portion directly to the health insurance provider, (allowed arrangements will be verified with all parties).

a. After the 36-month COBRA eligibility period, Jeff will be removed from the health insurance plan provided by Fawn's employer, and Jeff will be responsible for obtaining his own health insurance coverage separately, without Fawn's assistance.

b. If Fawn's employer terminates the current group health Insurance plan for any reason, at any time, then both Fawn and Jeff will be responsible to obtain their own health insurance coverage independently, with no assistance from or obligation to the other. Fawn's employer is under no obligation to continue paying for group coverage if he determines that it is not advantageous to his company, regardless of the time frame following this divorce.

16. Both parties will draw up new, individual Last Wills as soon as possible, and the current wills in place will become void when the new wills are filed with the court. In the new wills, each party will stipulate that upon his or her own death, that full ownership of the Sunnyside real estate will be transferred solely to the other party. Any division of equity in place prior to the one party's death will become void, with all equity then belonging to the surviving owner.

17. If either party incurs debts or obligations in the future such that a third party (unforeseen at this time) puts a lien on the Sunnyside property, or causes the Sunnyside property to be foreclosed or sold at auction for any reason, then that party will be responsible for all costs and losses associated with the Sunnyside property. The blameless party will be entitled to petition the court for full recovery of the value of his/her equity, investment, or share from the offending party.

*The parties waive any other claims that they may have against each other. Any previous verbal or written agreements or promises between the parties are superseded entirely by this Agreement.*

*No alternation or modification of this Agreement shall be valid unless in writing and signed by both parties and filed with the Court.*

*It Is understood and agreed between the parties that this Agreement Is entered into without any undue influence, duress, fraud, coercion, or misrepresentation, or for any reason not herein stated. The provisions In this Agreement and their legal effect are fully known by each of the parties, and each party acknowledges that this Agreement is fair and equitable and that it is being entered into voluntarily and that each party has either been advised by legal counsel or has been advised to seek legal counsel and has either conferred with legal counsel or has had the opportunity to do so before signing this.*

*In the event any provision of the Agreement shall be held invalid by a Court of competent jurisdiction, such individual provision shall not affect the other provisions of this Agreement, said provisions being severable.*

## 2018-08-30 WIFE'S BUDGET FOR MY EXPENSES TO KEEP OUR MARITAL RESIDENCE, BASED UPON HER PROPOSED MDA ABOVE

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Thursday, August 30, 2018 11:43 AM |
| **To:** | Jeff Fenton |
| **Subject:** | Your questions on my proposal |
| **Categories:** | 4-Email: Important Information |

Hello,

Responding to a couple of your texts...

Yes, I had sent the first draft of this to Sandy on Monday. She had some suggestions, and so I made some changes on Tuesday and set the offer to you on Wednesday. Sandy thinks this is a very good offer, feel free to talk to her about it.

I have not figured your future taxes in any way. But based on the calculations below, you only need about $20K in income annually for this to work, and the house mortgage interest writeoff is about $12K, so your tax obligations would be pretty minimal, if you had to pay anything at all.

I did figure the following for your monthly cash-flow:

**If Jeff lives at Sunnyside**

*Monthly Expenses:*

| | | |
|---|---|---|
| Quarterly Pest Control ($60 qtr.) | $ | 20.00 |
| Piedmont Gas | $ | 30.00 |
| GeoAlarm & Monitronics | $ | 17.00 |
| NES Electric | $ | 280.00 |
| Comcast | $ | 50.00 |
| HVUD - Sunnyside Water | $ | 24.00 |
| Waste Industries ($69 quarterly) | $ | 23.00 |
| (Allot for Annual Expenses below) | $ | 79.00 |

| | | |
|---|---|---|
| **Total SunnySide Other Bills** | **$** | **523.00** |

| Jeff Annual Expenses: | Yearly: | | Monthly: | |
|---|---|---|---|---|
| Tweetie annual exam | $ | 200.00 | $ | 16.67 |
| Amazon Prime | $ | 120.00 | $ | 10.00 |
| Termite Contract | $ | 195.00 | $ | 16.25 |
| Buick LeSabre Tag Registration | $ | 125.00 | $ | 10.42 |
| Tax Return Professional | $ | 300.00 | $ | 25.00 |
| | $ | 940.00 | $ | 78.33 |

**Jeff Other Living Expenses**

| | | |
|---|---|---|
| Food - Groceries | $ | 550.00 |
| Personal Care (Haircuts) | $ | 35.00 |
| Toiletries | $ | 30.00 |
| Pet Food/Supplies | $ | 20.00 |

1

| | | |
|---|---|---|
| Home Maintenance Misc. | $ | 50.00 |
| Counseling with Terry Huff | $ | 200.00 |
| Automobile Gas | $ | 90.00 |
| Car Insurance | $ | 150.00 |
| **Jeff Other Living Expenses** | $ | 1,125.00 |

Jeff pays these:

| | | |
|---|---|---|
| Sunnyside Expenses | $ | 523.00 |
| Jeff Living Exenses | $ | 1,125.00 |
| Jeff Needs Monthly: | $ | 1,648.00 |
| Rent large bedroom | $ | 800.00 |
| Rent corner bedroom | $ | 600.00 |
| | $ | 1,400.00 |
| need income from somewhere: | $ | 248.00 |

2



FRBP Violated: #3:19-bk-02693        TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)        JRF.125.1114.00





499

## 2018-08-30 WIFE'S NOTICE THAT HER FIRM WILL CLOSE IN ONE YEAR, WHEN THE OFFICE LEASE EXPIRES, AND OWNER RETIRES

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Thursday, August 30, 2018 5:49 PM |
| **To:** | Jeff Fenton; Fawn Fenton |
| **Cc:** | Sandy Arons |
| **Subject:** | RE: Offer to settle |

Ken says he is willing to keep paying for you to be on our plan for 1 year, maybe through the end of 2019, "as long as you don't cause more problems", heh.
Beyond that, we'll have to see where things stand with you, and with my company.
(Our office lease is up in March 2020, and Ken really wants to retire, and so there's no telling what my job will be after that.)

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Thursday, August 30, 2018 2:18 PM
**To:** Fawn Fenton <                         Fawn Fenton <fawn.fenton@live.com>
**Cc:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Subject:** RE: Offer to settle

As I re-read this, there is one other substantial concern that I need to address, and that is health insurance. Without health insurance, the price of my meds alone would break me each month (just like your xyrem)!

Would Ken be willing to keep me on your health plan for ONE YEAR, until I can complete my job training and can acquire a job that offers health benefits? Without this, even Cobra I would have no way to pay for, if I don't have a job. I also should maintain my counseling throughout, but that goes back to my questions about the transitional period.

> WE ACTUALLY FIGURED OUT THAT KEN ADKISSON MOST LIKELY PLANNED TO RETIRE WHEN THEIR OFFICE LEASE EXPIRED OR WAS UP FOR RENEWAL, BACK WHEN I CANCELLED MY IT CONTRACT. BECAUSE ADKISSON ENTERED A THREE-YEAR CONTRACT WITH THEIR NEW IT COMPANY, WHICH ENDED WITHIN MONTHS OF THEIR OFFICE LEASE. PLUS ADKISSON HAD ALREADY PURCHASED A RETIREMENT HOME IN FLORIDA, AND WAS COMMUTING BACK AND FORTH.

1

## 2018-09-19 WIFE RESCINDS HER 8/30/2019 MDA "SETTLEMENT OFFER" TO DIVORCE AMICABLY "UNCONTESTED", AFTER CONSULTING 3-ATTORNEYS ON MATTER (END OF HER WILLINGNESS)

### Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton < ████████ |
| **Sent:** | Wednesday, September 19, 2018 12:35 PM |
| **To:** | Jeff Fenton; Sandy Arons |
| **Subject:** | RE: Unbiased Legal Counsel & Representation |

This is the first any of us has heard of you needing to hire a different attorney.
I had no idea Tommy would react to your email that way. In yesterday morning's phonecall, Tommy informed me that to his knowledge, many lawyers will not contract to represent two people on opposite sides of the table to be a "neutral third party"; he says that's what mediation/mediators are for. I didn't know that about attorneys generally... I asked him if he would be willing to do that for us, and he said no, he wouldn't do that for anyone; he only wants to represent one side. He said we'd probably have to call many lawyers before (and if) we found one who would be willing to work with us together to negotiate this agreement. So that was news to me, it never occurred to me that attorneys would have that "principal" across the board.

I sent my attorney the draft of our contract to review also, and he just told me he thinks this agreement is totally nuts; it's too complicated and is not at all in my best interest, and there are a thousand ways this could go wrong in the future, and he says he will not write it or facilitate it. He says if we do successfully write up an agreement for both of us to sign, we will have to do our best to format it with the structure and language that the courts expect to see for an MDA, and then I will have to file it myself, appending it to my file that is already active at the Williamson County courts, and I will have to get the court clerks to help me request a court date for a judge to look at the contract. My attorney also says, that even though we might both have agreed to this contract and both voluntarily signed it, the judge could still think it is too unequal or complicated and strike it down. My attorney says the judges will refuse to finalize a divorce degree if they personally do not like/agree with the MDA.

And... Judy Wells just called me back a minute ago, and she says the major flaw with our agreement plan, is that she says you will not be able to write off the mortgage interest on the house, even if the mortgage payments are drafted from your own bank account. Since I am the only one on the mortgage financing, the lender (BofA) puts ONLY my name on the mortgage interest statement tax document at the end of each year. Even though your name is on the deed, I am the only one allowed to deduct the mortgage interest from taxable income. So that sucks... I'll have to re-think the financial repercussions of this whole deal now.

And you are right, we are totally running out of time. I don't have a crystal ball, but let's see what else we can find out within the next week or two. We can't sign an agreement without fact-checking everything anyway, and I still intend to get some additional professional opinions on all of the terms we're considering, trying to reduce the number of legal and financial unintended consequences, and looking for options we haven't thought of so far.

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Wednesday, September 19, 2018 10:23 AM
**To:** Fawn Fenton < ████████        Sandy Arons <sandyarons@getasmartdivorce.com>
**Subject:** Re: Unbiased Legal Counsel & Representation

I'm tired of you "shouding" all over me. This is the first I've heard, since you began working with Sandy, of me needing to find/hire another attorney.

You seem to get off on your claims that an attorney has been repeatedly offered to me, while the only reason I have not yet hired one, is because Sandy does not speak well of them, and to save YOU the expense. I thought that the solution was all lined up, a regular part of her workflow.

1

Regardless, how am I supposed to access the funds needed, to hire an attorney on short notice? Your bullshit answer of summoning the funds through the courts, will no longer work on a restricted timeline, especially without the funds in hand to pay for their time to do so.

You originally told me that when I had $2k in hand, which I instead spent on counseling with Terry Huff, with your assurance that in doing so you would postpone filing for a divorce until AFTER your 14-month term of your apartment lease.

I need some CASH in hand to proceed please!

You are so belittling that it just kills me!

Jeff Fenton
METICULOUS.tech

Sent by my iPhone

2

## 2018-10-06 MS. FENTON INSISTS THAT SHE NO LONGER HAS ANY INCENTIVE TO SETTLE (after speaking with attorneys about settlement)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Saturday, October 6, 2018 7:18 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Your Files from our Server | Please Make me a Fair Offer to Settle |

Ok thank you for working on giving me some more data. When you send me the link to download your zip file, I'll save it on the "Slave" drive. I agree you should not delete or reformat the "Master" drive, hopefully I can get it from you eventually.

I do not believe there is any settlement offer that we can agree to. We are still way too far apart on the terms, and plus, it is now well into October, and there is zero chance that our divorce will final by the end of this year. So I do not really have any incentive now to settle with you. Even if we had more time, I cannot afford any scenario where I pay for all of the Sunnyside bills AND give you cash in addition. Plus, any scenario which does not involve selling or drastically re-fi'ing the house does not give me any cash to pay down my credit cards. And plus, I do not want to be tied to you and the house for the rest of my life. We are nowhere close to a settlement that I am willing to live with long term.

I am not trying to "go to war" with you. You are the only one thinking that. All I want is to be divorced from you and to move on with my life. I do not wish you any ill. I was never, and am not now, trying or wanting to "take" anything from you.

Since I believe there is no settlement we will both voluntarily agree to, we must let the court decide the terms of our divorce. So that's the path we're going down now.

Thanks,
Fawn

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Saturday, October 6, 2018 12:26 PM
**To:** Fawn Fenton <fawn.fenton@live.com>; Fawn Fenton ( <
**Subject:** Your Files from our Server | Please Make me a Fair Offer to Settle
**Importance:** High

Hello Fawn,

I spent a couple of days this week, perfecting your MASTER drive with the entire VAULT, both mine and yours, along with much of the BACKUP partition data (everything that had to do with you), but now you're taking us back to war again, and to be honest, I just can't trust you with all my stuff at this time.

SO, I spent the entire night, hand-picking out the parts which I believe you primarily want, including your entire FAWN directory, your POD backup, your exported emails (PST files, MSG files, PDF files), and everything that I copied via TeamViewer during the accidental "Divorce Discovery".

I also hand-picked a lot of data out of the "Digital Filing Cabinet" for you. All the documentation on all three Prius' you've owned. Your personal writing. Marriage counseling and Life Languages info, etc...

1

TNJudicial Ors./c/a/...1123 pdf      Motion to Escalate to the Tennessee Supreme Court (11/19/2021)      DOC: 125 | Page 124 of 296

Case 1:23-cv-01097-PLM-RSK   ECF No. 127,   PageID.1492   Filed 10/13/23   Page 123 of 150

## 2018-10-09 MS. FENTON CONTINUES TO REFUSE ANY SETTLEMENT ATTEMPT OR OFFER – EVEN WITH MORE FAVORABLE TERMS

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Tuesday, October 9, 2018 2:20 AM |
| **To:** | Jeff Fenton |
| **Subject:** | Re: Reply to your email |

Just read more of your texts...

I am not motivated to try to settle with you because there is no guarantee our case would final by the end of this year. The time has gotten too short. Even if we turned in a complete MDA tomorrow, there are only like 4 available court dates between now and the end of the year. So if we come to any agreement, it will need to be favorable to me even if it finals in 2019 and I don't have the alimony tax write-off.

Please do not "strip" anything out of the house or sell anything. I will file to have you held in contempt of court.

I do not believe the house would be auctioned instead of just sold on the market normally. I will not spend money "fixing it up for sale"... it needs to be fully remodeled anyway, and will easily sell for its location alone. It will be fine as-is. I will make sure the judge is aware of your threats to deliberately sabotage the listing by claiming various "defects" are worse than they actually are, and I would expect the judge's order to sell the house to include your non-interference.

As for relocating you, I'm still trying to figure out/understand options, but basically you are an intelligent adult with a number of in-demand skills, so I am expecting the judge to order you to get a job and contribute to your own support. But that bridge would be crossed a little later anyway, so again, right now I am not feeling the need to succumb to your pressure to settle.

All that said, though, I am willing to give it one more try with a day with Sandy, just to say we tried.


Sent from Samsung Galaxy smartphone.


-------- Original message --------
From: Fawn Fenton <
Date: 10/8/18 18:44 (GMT-06:00)
To: Jeff Fenton <Jeff@Meticulous.tech>
Subject: Re: Reply to your email

If I keep the house:
- I cannot re-fi it until taxes are caught up. (You said you need to do 2015, and then I can do 2016-18 because your business stuff will be negligible, right?)
- So any re-fi with cash out would have to wait a little while, and we'd have to agree on how to split whatever cash out I could afford with the new mortgage.
- you'd need to quit-claim the house over to me. No joint ownership going forward.
- one of us can live in my apartment for the remainder of the lease, but I can't afford to give you much (if any) cash or alimony as long as I'm paying for both residences.
- I could pay you alimony between $1200 - $1500 per month at most, after I am no longer paying for the apartment also.
- No long-term deals other than alimony for 6 years. I don't want to be connected to you going forward.

What do you think?

1

## 2018-10-15 MARITAL DEBTS Payoff Calculations by Ms. Fenton
## (INSISTING on Paying-Off OUR DEBTS in MY NAME at only 50%)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < ███████████ |
| **Sent:** | Monday, October 15, 2018 4:51 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: House Sale Calculations/Realistic Hopes for Credit Card Payoffs |

Some figures I have been working with:

Fawn's credit card debt:

| | | Min. Pmt. | | Cur. Bal. |
|---|---|---|---|---|
| **Fawn Credit Card Expenses** | | | | |
| BofA Rewards | | $ - | $ | - |
| BofA Platinum | | $ 121.00 | $ | 7,798.00 |
| Capital One | | $ 84.00 | $ | 6,618.00 |
| American Express | | $ 82.00 | $ | 8,282.00 |
| Ascend FCU Credit | | $ 332.00 | $ | 16,557.00 |
| Chase Card (only Jeff uses) | | $ 25.00 | $ | 950.00 |
| **Fawn Credit Card Expenses** | | **$ 644.00** | **$** | **40,205.00** |

| **Defaulted Credit Cards** | | full amt. | 50% |
|---|---|---|---|
| First Nat. Bank Omaha | -2365 | $ (19,064.39) | $ (9,532.20) |
| Chase | -2671 | $ (7,238.94) | $ (3,619.47) |
| BofA | -7524 | $ (11,199.28) | $ (5,599.64) |
| American Express | -2005 | $ (10,625.59) | $ (5,312.80) |
| Ascend FCU | -9090 | $ (10,279.82) | $ (5,139.91) |
| BancorpSouth | -7291 | $ (30,323.81) | $ (15,161.91) |
| **Total in Jeff's Name (all)** | | **$ (88,731.83)** | **$ (44,365.92)** |

In my opinion, it would be insane to pay off the full amount of the defaulted debts, and I won't agree to any plan that does that. You or we must negotiate them down to at least half, and make them report as paid in full.

Various scenarios I had for selling the house:

**If We Sell House (Scenario 1):**

| | | |
|---|---|---|
| Assumed Sales Price: | $ 425,000.00 | better case |
| Pay off 1st Mortgage: | $ (245,000.00) | |
| Pay off 2nd Mortgage: | $ (55,000.00) | |
| Pay Real Estate Commissions: | $ (25,500.00) | 6% |
| Net From Sale: | $ 99,500.00 | |
| Pay off Jeff's debts in full | $ (88,730.00) | this would be dumb |
| Left for Fawn | $ 10,770.00 | |
| Fawn's debts | $ (40,000.00) | |
| | | still left for Fawn to |
| Remaining: | $ (29,230.00) | pay herself |

1

**If We Sell House (Scenario 2):**

| | | |
|---|---|---|
| Assumed Sales Price: | $ 400,000.00 | worse case |
| Pay off 1st Mortgage: | $ (245,000.00) | |
| Pay off 2nd Mortgage: | $ (55,000.00) | |
| Pay Real Estate Commissions: | $ (24,000.00) | 6% |
| Net From Sale: | $ 76,000.00 | |
| Pay off Jeff's debts (negotiated) | $ (44,400.00) | assume at 50% settled |
| Left for Fawn | $ 31,600.00 | |
| Fawn's debts | $ (40,000.00) | |
| Remaining: | $ (8,400.00) | still left for Fawn to pay herself |

**If We Sell House (Scenario 3):**

| | | |
|---|---|---|
| Assumed Sales Price: | $ 400,000.00 | worse case |
| Pay off 1st Mortgage: | $ (245,000.00) | |
| Pay off 2nd Mortgage: | $ (55,000.00) | |
| Pay Real Estate Commissions: | $ (24,000.00) | 6% |
| Net From Sale: | $ 76,000.00 | |
| Pay off Jeff's debts (at 50%) | $ (29,200.00) | but do not pay BCS debt at all |
| Left for Fawn | $ 46,800.00 | |
| Pay off Fawn's debts | $ (40,000.00) | |
| Remaining Equity to split: | $ 6,800.00 | |
| Split 50/50, each gets: | $ 3,400.00 | |

From what Brendan told us about re-fi'ing the house now before I have alimony coming out of my income:

| | |
|---|---|
| Assumed house value | $ 425,000.00 |
| Maximum single mortgage 80% | $ 340,000.00 |
| Monthly payments new mort: | $ 2,203.00 |
| | |
| Pay off first mortgage | $ 244,000.00 |
| Pay off 2nd mortgage | $ 55,000.00 |
| Re-Fi closing costs: | $ 5,950.00 |
| Then cash out would be: | $ 35,050.00 |
| | |
| Put this towards Fawns CC debt | $ (40,000.00) |
| Fawn would still owe: | $ (4,950.00) |

There are a lot of different ways to look at this, but none are great.

From: Jeff Fenton <Jeff@Meticulous.tech>
Sent: Monday, October 15, 2018 2:53 PM

2

## 2018-08-27 OUR REAL "MARITAL" DEBTS

**Property Statement report for Fawn and Jeff Fenton**
as of 8/27/18

| | | | | Title H/W/J |
|---|---|---|---:|:---:|
| **Real Estate** | | | | |
| 1986 Sunny Side Dr. Brentwood | | | | |
| Estimated Current Value | | $ | 425,000.00 | J |
| 1st Mortgage | BofA -9135 | $ | 244,158.00 | W |
| 2nd Mortgage | BCS | $ | 55,000.00 | W |
| Estimated Equity | | $ | 125,842.00 | J |
| | | | | |
| **Cash Accounts** | | | | |
| First Farmers & Merchants Bank | Checking | $ | 2,312.95 | W |
| First Farmers & Merchants Bank | Savings | $ | 500.17 | W |
| Ascend Federal Credit Union | Checking | $ | 930.21 | W |
| Ascend Federal Credit Union | Savings | $ | 155.56 | W |
| MIT Federal Credit Union | Checking | $ | 105.00 | W |
| MIT Federal Credit Union | Savings | $ | 105.29 | W |
| Total cash (Fawn) | | $ | 4,109.18 | W |
| | | | | |
| Jeff has NO bank accounts in his name - only old Business Account | | | | |
| | | | | |
| Jeff's Fifth-Third Bank Account | MM (Business Checking) | $ | 302.72 | H |
| | | | | |
| **Personal Items** | | | | |
| Furniture and Furnishings | (guess) | $ | 20,000.00 | J |
| | | | | |
| 2017 Toyota Prius | (KBB 15,050 w/$2,150 Service Contr: | $ | 22,150.00 | W |
| Loan Outstanding | Toyota Financial (VIN: JTDKBRFU2H3 | $ | 15,300.00 | W |
| Net Prius Equity | | $ | 6,850.00 | W |
| | | | | |
| 2003 Buick LeSabre | (KBB Current Value) | $ | 1,734.00 | J |
| paid for (no liens.) | VIN: 1G4HR54K43U236502 | | | |
| | | | | |
| (Neither of us has any retirement accounts.) | | $ | - | |
| | | | | |
| Total Assets: | | $ | 158,837.90 | J |
| | | | | |
| **Debts:** | | | | |
| 2015 Back Taxes | | $ | - | J |
| 2016 Back Taxes | | $ | - | J |
| 2017 Back Taxes | | $ | - | J |
| 2018 potential taxes | | $ | - | J |
| | | | | |
| Current Credit Cards | | | | |
| BofA Rewards | -XX19 | $ | (5,705.98) | W |
| BofA Platinum | -XX62 | $ | (6,982.28) | W |
| Capital One | -XX67 | $ | (6,207.36) | W |
| Ascend FCU | -XX90 | $ | (11,618.28) | W |
| American Express | -XX06 | $ | (6,700.00) | W |

| | | | | |
|---|---|---|---|---|
| (New Chase in progress) | -6282 | $ | - | W |
| **Total Unsecured Debt in Fawn's Name** | | $ | **(37,213.90)** | W |
| **Defaulted Credit Cards** | | | | |
| First Nat. Bank Omaha | -XX65 | $ | (19,064.39) | H |
| Chase | -XX71 | $ | (7,238.94) | H |
| BofA | -XX24 | $ | (11,199.28) | H |
| American Express | -XX05 | $ | (10,625.59) | H |
| Ascend FCU | -XX90 | $ | (10,279.82) | H |
| BancorpSouth | -XX91 | $ | (30,323.81) | H |
| First Tennessee Line of Credit | -XX10 | $ | (602.28) | H |
| **Total Unsecured Debt in Jeff's Name** | | $ | **(89,334.11)** | H |
| | **Total Debts:** | $ | **(126,548.01)** | J |
| | **Total Assets** | $ | **158,837.90** | |
| | **Total Debts** | $ | **(126,548.01)** | |
| | **Net Property** | $ | **32,289.89** | |

**Ms. FENTON CHOSE to NON-SUIT** her FIRST DIVORCE COMPLAINT, because HER OWN NARRATIVE had her backed into a Corner! Here are some of the primary reasons (all to HER OWN BENEFIT, not MINE as Ms. Story has falsely accused in Court):

1. I had filed a massive Counter-Complaint, which presented some difficult and ugly TRUTHS, which she had yet to answer for.
2. She admitted to being our family's primary breadwinner in her first complaint.
3. She acknowledged that she planned to pay ALIMONY in her first divorce complaint. (As well as for my Legal Counsel.)
4. In her first complaint, Ms. Fenton acknowledged her joint ownership of the $90,000 of TRULY MARITAL DEBTS, which she abandoned in MY NAME. Along with her responsibility and intentions to PAYOFF THOSE DEBTS.
5. She acknowledged my psychological disabilities, and though she lied and portrayed me as a MONSTER again, she made me into a MONSTER who couldn't reasonably be expected to support himself. Further indebting herself to providing me long-term support.
6. She wanted to sell our home OUTSIDE the oversight of the COURT, so that she could EVADE paying the MARITAL DEBTS in MY NAME
7. There weren't any LIES denying our JOINT AND EQUAL INVESTMENT AND OWNERSHIP IN OUR HOME, as came later.

# HUSBAND & WIFE'S "VERBAL SETTLEMENT AGREEMENT"

## <u>2018-10-27 TERMS OF OUR "VERBAL SETTLEMENT AGREEMENT"</u>

**2018-10-27 Fawn Outlining her Understanding & Consent to our Verbal Settlement Agreement**

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < ████████ |
| **Sent:** | Saturday, October 27, 2018 5:31 PM |
| **To:** | Jeff Fenton |
| **Subject:** | Your texts re: settling |

I am reading your texts coming in now that you've been writing today.
Overall I think I am agreeable to this, but I want to try to make sure we're on the same page.

The basic idea is that I withdraw the complaint, so there is no divorce action pending, and we let things sit until after we've sold the house and divided money and stuff on our own. Then we can easily file an uncontested divorce and probably wouldn't even have to go to court. Right? I agree, the less the court has to get into our finances and personal business, the better.

This would all be informal between us, right? No long-ass legalese contracts between us? I would MUCH prefer that. I have no desire to "screw you over" in any way, I do not want either of us to go through any more pain than necessary at this point. (FYI, I am putting numbers on these points below just to organize events in my brain; I am not trying to make this look like a contract or something.)

1.) So I would withdraw the divorce complaint on Monday, and verify with the court clerk that that stops or lifts the temporary restraining order, so we can move/sell stuff at will after that. (Or, I will find out if there are any other actions I need to take to put the divorce on hold in order for us to have the freedom to do whatever we want with the "marital stuff".)

2.) At that point, we would take some time to sell and store some of our stuff, right? Can we say the goal would be to have our activities done so that the house could be listed in 2 or 3 months maximum? This is the time-frame which worries me, since you always need way more time than a regular person to do things. I would be worried that you would ask for another month... and then another month.... And I wouldn't want it to drag out, because my expenses are increasing for as long as this continues, and plus we want to list it by spring. Can we say we'd have our "stuff" situated such that the house could be listed by the end of January or 1st of February? (And if you want to uninstall the security system and take it with you, I'm fine with that.)

3.) Then we would meet at Judy's and you would sign a quit-claim, and your reason is because you do not want to have to be involved in the sale of the house, right? So you could just turn your back on it and not have to watch, and I will deal with all of the sale activities? We might want to instead keep you on the deed, but you sign a POA so that I can do all of the sale transactions without you. I am thinking that would allow Judy's office to write each of us a check directly to split the proceeds of the sale (at the end). Otherwise, if I was the only person listed as an "owner" of the house, then all of the proceeds would go into my name, and it might be more difficult to give you half. We don't want it to be looked at by the IRS as a "gift" or some other taxable event. If we are (were) both owners, and we each take some of the proceeds, then none of that would be taxable.

4.) So when our stuff is satisfactorily stored or moved (just for putting the house up for sale)... I would get the fish tank cleaned up and out of there to storage, and I would get my stuff out to the greatest extent possible. And then the real estate agent could list it for sale... And you would take off to Michigan. So maybe we could have it put on the market by early February?

5.) That seems good because then it would be listed for sale during the spring, and hopefully we would get a good offer by April or May, and close in May or June at the latest. (While it's on the market, we could finish getting the rest of our stuff out of there also.) The proceeds could go into an account held by Judy's office, and then we could split it 50/50, and Judy's office could write us each individual checks. (Maybe we should ask Judy... I wonder if you should "gift" your ownership of the house to your mom or something.... So that your mom and I are officially on the deed as the joint owners of the house.... Then Judy could write the final checks directly to me and your mom, and that way there would be no record of you ever having received money out of the sale of the house, so that if you proceed with your BK, that doesn't come into question....?)

1

TNJudicial Case #123-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1498   Filed 10/13/23   DOC. 125 | Page 130 of 296
Rpt to Escalate to the Tennessee Supreme Court (10/9/2021)
of 150
Page 129

> **2018-10-27 Fawn Outlining her Understanding & Consent to our Verbal Settlement Agreement**

6.) Between now and when we each get our half of the proceeds from the house, I would just give you $500 per month ($250 out of first paycheck and $250 out of 2nd paycheck, ok?)

7.) Then after everything from the sale is done and we have no more joint anything, hypothetically in June or so, we would just fill out the standard forms for an uncontested divorce, and turn those in to the court, no lawyers involved.

8.) I would then agree to give you $1,750 per month for 6 years in alimony, roughly June 2019 through June 2025. The divorce should record as final a month or two later.

9.) Oh, and I would still ask Ken to keep you on our health insurance through the end of 2019.

Does that all sound like an accurate summary of what you would be agreeable to?

I am good with this plan, if you are.

Thank you for reconsidering everything.

The ONLY reason why we NEVER listed our HOME for SALE as stated and planned in our "Verbal Settlement Agreement", was because Ms. Fenton DEFAULTED ON IT! While she REFUSED to even say WHY for MONTHS! In the end, she admitted to the obvious, that she did not want to COMMIT in WRITING to paying me the **$1,750 per month** in ALIMONY, for a duration of 6-YEARS, as was a CRITICAL TERM of our "VERBAL SETTLEMENT AGREEMENT", and me MOVING in general, so that I could AFFORD somewhere to MOVE TO! Ms. Fenton KNEW this very well, and had repeatedly VERBALLY agreed, but when it came time to put HER OWN WORDS IN WRITING (no attorneys required, just a simple NOTE signed between us), Ms. Fenton REFUSED to PERFORM, as she waited for KEN ADKISSON'S RETIREMENT to grow nearer.

I had NEVER offered to become HOMELESS for the sake of selling our Marital Residence or getting a divorce. I was willing to DOWNSIZE significantly but being unemployed and requiring meaningful vocational training BEFORE I could get a job earning half what I got paid 15-years ago, I KNEW that I needed some TIME and ample PROVISION (as Promised) before I could CONSIDER voluntarily sacrificing both MY HOME as well as the ONLY LEVERAGE I HAD throughout the divorce. While Ms. Fenton had ALL THE MONEY, CREDIT, AND LEGIONS OF LAWYERS.

There were NO LEGAL grounds for KICKING ME OUT of MY OWN HOME! I had done NOTHING WRONG! This was the WHOLE reason WHY Ms. Fenton hired Attorney Virginia Lee Story, and eventually staged her BANKRUPTCY. Because consumer protection LAWS and my RIGHTS as a UNITED STATES CITIZEN as well as A CITIZEN OF THE GREAT STATE OF TENNESSEE (both in good standing), were of NO CONSEQUENCE to those who can operate ABOVE THE LAW as MS. STORY UNCONSCIONABLY DID!

{ Page **130** of **295** }

### *2018-12-22 CONSEQUENCE OF NEW TAX LAWS WITH MS. FENTON'S TOTAL REFUSAL AT EVERY ATTEMPT OF TAX PLANNING I TRIED THIS WAS THE MOMENT THAT I KNEW SHE WOULD NEVER PAY THE "ALIMONY" of $1,750 PER MONTH FOR 6-YEARS AS PROMISED!



**Fawn Fenton**
(615) 333-7377 · mobile

Thanks!

I was just reading about the 2018 tax code...

Have you figured out the income tax ramifications of having no mortgage interest deduction (because you will live in an apartment), plus no spousal dependant (another lost $12k write-off), plus not being able to write-off the alimony you pay me, combined with the new 2018 tax laws? (Not to mention the loss of the "business in home" and other MM write-offs)?

Seriously, I'm concerned for how you have and continue to set yourself-up for your future.

It looks to me, like you will have double the taxable income that you previously had, which won't likely change for 5-10 years, until you can afford to purchase another condo and complete paying my alimony.

Have you really ran the numbers on all of this and considered for a moment if maybe there is some way for you to mitigate your tax losses?

It looks to me like you have created and are walking into the worst possible scenario tax wise, which will largely defeat much of the vocational success you've reached in recent years.

Am I missing something, misreading something, not understanding anything correctly? Have you discussed options with a CPA or even your brother, or someone with an MBA, or at least a tax professional?

I hate to see you screw yourself, especially to solely benefit Uncle Sam.

Is there no better way of doing this?

Dec 22, 2018

Correct, my tax situation is going to suck for a very long time.

Fawn Fenton (mobile) · Dec 22, 2018



Is there nothing we can do h

To help that?

Dec 22, 2018

Not that I know of.

Fawn Fenton (mobile) · Dec 22, 2018

??? The Moment I KNEW!

Have you talked to your brother about it or asked an accountant?

Dec 22, 2018

Yes I've talked to mark and my dad. No haven't talked to an accountant. 90k gross - 31k taxes - 21k alimony = 38k net. Plus or minus.

Fawn Fenton (mobile) · Dec 22, 2018

No Incentive to Earn!

Goodbye Alimony!

Didn't your dad or Mark have any suggestions to bring down those insane taxes?

Dec 22, 2018

Nope. This is why I cannot afford to keep house, and need sale to help pay down debts.

Fawn Fenton (mobile) · Dec 22, 2018

Bye!

Yet the house would save you how much in taxes?

Debts are all from this year... how did we fall so far so fast?

Dec 22, 2018

Someday when alimony is done, I can get a job making only $43k gross and have same net of +/- $38k.

Fawn Fenton (mobile) · Dec 22, 2018

The Goal!

That is crazy... their must be a smarter way to spend all that you've worked for.

So back to the house, how much does the mortgage interest take off your taxes?

Your dad and Mark didn't have any suggestions to help you pay less in taxes?

Hello?

If you kept house, you would have a massive tax write-off, plus if you got one female roommate, you would be earning equity, have money to slowly

Dec 22, 2018

Mortgage interest is about $12k.

Fawn Fenton (mobile) · Dec 22, 2018



FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1134.00



TNJudicialConduct.#123.pdf   Case 1:23-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1504   Filed 10/13/23   DOC 125 | Page 136 of 296
Motion to Escalate to the Tennessee Supreme Court (6/19/2021)   Page 135
of 150

**MOTION TO SELL THE MARITAL RESIDENCE FILED IN BAD FAITH BY ATTORNEY STORY on 7/17/2019 R.v1 (41-44) to INTENTIONALLY EXPLOIT HUSBAND'S DISCLOSED ADA DISABILITIES (ADHD & OCPD) I AM EXTREMELY SLOW, STRUGGLE FOCUSSING, AND CAN'T MULTI-TASK (PET-PEEVES OF WIFE). UNABLE TO DEFEND MYSELF AGAINST MULTIPLE SIMULTANEOUS HIGH-VALUE SURPRISE ATTACKS, WHILE EXHAUSTING ALL FUNDS I COULD BORROW FOR DEFENSE BEFORE THE DIVORCE EVEN BEGAN!**

9. Wife tried to convince Husband to put the house in the market in the fall of 2018 as finances were getting tighter, however, Husband would not agree on anything and Wife believes that Husband will again try and do whatever he can in order to stall this process.

## ARGUMENT: WHY I CAN NOT WRITE A LEGAL BRIEF

500   Attorney Virginia Lee Story presented the Court with a completely false and
501   fraudulent narrative, taken at FACE VALUE as the TRUTH without question by the close
502   and trusting Judge Binkley, with ZERO OBJECTIVITY! While this along with EVERY
503   ACTION FILED by Appellee and her Counsel were highly engineered, strategically staged,
504   and fraudulently employed **(DECOY DIVORCE)** actions for completely ulterior
505   motives!

506   **This is why I can't write a LEGAL BRIEF!** It is not about a QUESTION of
507   Law, or some PORTION of the testimony, which was incorrect, an error, or malicious,
508   rather every filing in the ENTIRE DIVORCE, by ATTORNEY VIRGINIA LEE STORY (in
509   conjunction with the planned and staged BANKRUPTCY FRAUD and missed
510   MORTGAGE PAYMENTS to "force the hand of the court", was all planned in advance,

511    since we BOTH knew a YEAR IN ADVANCE when Ms. Fenton's Employer was planning

512    to RETIRE!

513        We both KNEW that she was going to do this (take a professional nosedive, when

514    her boss retired, so that I could "win" 22.5% of ZERO GROSS INCOME instead of

515    $94,000 per year! The ONLY part which I didn't know a YEAR in advance, was her plans

516    to force our home into default, FILE BANKRUPTCY, and completely FORFEIT our

517    HOME in that BANKRUPTCY!

518        Once I realized that, Attorney Story was ready and served me with an ORDER OF

519    PROTECTION the very NEXT DAY! (Without INCIDENT by MYSELF!) Except sending

520    NON-MALICIOUS and NON-THREATENING text messages and emails to Ms. Fenton,

521    while trying to persuade her to TELL ME what was going on, and whether or not our

522    HOME was in JEOPARDY, because beside having every penny I every had invested into

523    our home, I also had two roommates whom I had entered a ONE YEAR LEASE WITH,

524    who were both VERY CONCERNED once I was secretly bombarded with the intentional

525    mortgage default, the fraudulent bankruptcy, and the bombardment by Ms. Story with

526    three consecutive actions to maliciously BIND AND GAG ME, while preventing me from

527    even speaking with the lenders or trying to SAVE MY PROPERTY.

528        I have no words for how UNETHICAL, FRAUDULENT, and ILLEGAL the entire

529    ordeal was! While it took far more legal knowledge, POWER, and connections to move

530    and manipulate ABOVE THE LAW, both in State and Federal Courts simultaneously, to

531    pull this off! I believe that this entire scam was the "brainchild" of Attorney Virginia Lee

532    Story! That she and the other "bad actors", caused us BOTH harm beyond words! Harm

---

{ Page **137** of **295** }

533    even for Ms. Fenton which I could have MITIGATED to some extent, had I been JUSTLY

534    afforded my Constitutional Rights as a United States Citizen in good standing!

535        When the COA refused to offer me the slightest assistance, despite the Tennessee

536    Constitution, the United States Constitution, the Judicial Canons, and the Rules of

537    Professional Conduct, despite the MAGNITUDE of clear, convincing, overwhelming

538    EVIDENCE that I provided them with, while Ms. Story's only argument was that they

539    couldn't consider that, because I hadn't turned it into the Trial Court, while I was

540    strategically and maliciously DENIED the opportunity, by what I believe were CORRUPT

541    criminal actions from participating in ANY TRIALS or to DEFEND MYSELF in any way!

542    Regardless of what I was promised in Court.

543        I am so OVERWHELMED at the demand that I write a BRIEF in order to be

544    afforded ANY PROTECTIONS under the Law! Especially in light of the POWERFUL BAD

545    PLAYERS who caused me catastrophic harm which I will never be able to recover from in

546    my lifetime. Demanding that I write a BRIEF, is like asking me to fit a CITY the SIZE OF

547    DETROIT, into ONE CITY BLOCK! Or asking me to write a doctoral dissertation on why

548    ELVES are no taller than 3 Feet, when ELVES DON'T EXIST! Or to DRAW a MAP back

549    to KANSAS from the LAND OF OZ! It is beyond OVERWHELMING! The entire ordeal

550    should have been ordered a MISTRIAL by the Appellate Court, as there is no FACTUAL

551    basis in ANY ACTION! While it was ALL done entirely in BAD FAITH!

552        Yes, the DIVORCE is still necessary, and I am agreeable to a divorce of

553    unreconcilable differences (as she even requested in her divorce complaint), but I NEVER

554    ABUSED MY WIFE IN MY LIFE! Or if I have, it was certainly unintentional, an isolated

555    incidence, not a recurring theme throughout our marriage, and it was definitely not nearly

556   as vile and revolting as what she has maliciously done, since she seized all of our financial

557   assets and abandoned me, doing everything in her power, to avoid providing me with ANY

558   stability, any INFORMATION about her random surprise litigious attacks from month to

559   month, no agreed cease fire (except that which she violated in the end), no stable

560   opportunity for vocational training, or any means by which to have ANY hope at

561   employment beyond working at McDonalds!

562        Yes, I am "smart" enough for many tasks, I am a DIY guy, I don't pay people to do

563   work I can figure out how to perform myself. But it took me FOUR-DAYS to INSTALL our

564   last HOT WATER HEATER (I'd never done GAS before), but once it was installed, I had

565   poured a custom concrete pad, put a drain pan under it, put a water sensor in the drain

566   pan (wirelessly communicating with our alarm system), while having installed it FAR

567   BETTER than anyone else would have ever taken the TIME to perform the work, while

568   also saving us about $1,000 in labor. Still, although that was "worth" MY TIME to benefit

569   our FAMILY, it isn't worth ANY EMPLOYERS TIME TO PAY ME HOURLY! (Ms. Fenton

570   had to literally shower at our neighbor's house for a couple of days!)

571        As for her claims that I'm a "computer genius", that also is just an alimony dodge.

572   My biggest VOCATIONAL FAILURE in life is having too many interests, never obtaining

573   vocational training or any sort of professional education, and DILUTING MY VALUE by

574   being a "Jack of All Trades and Master of NONE"! I can do a LITTLE bit of EVERYTHING,

575   but I haven't spent enough time or have enough experience in any specific discipline, to

576   be worth ANY REAL MONEY TO ANYONE!

577        Except years ago as a "Lead Pressman", printing FedEx envelopes, making $24 per

578   hour before I met Ms. Fenton. While that entire industry (manufacturing printing) has

579   since GONE overseas! I NEED to be RETRAINED for a CURRENT GAINFUL

580   VOCATIONAL TRADE, which is in DEMAND! Yet both NOW and FIVE YEARS AGO, Ms.

581   Fenton doesn't want to waste a penny or a minute on my vocational training, and now she

582   doesn't need to, despite the fact that every attorney said I was DUE vocational training to

583   help me transition back into the workforce.

584       I figure that Ms. Fenton paid $100k in legal fees, to leave me without a PENNY! I

585   largely blame her wealthy (as in Saudi Oil Tycoon "wealthy"), proud, and condescending

586   family, who I was never good enough for. Somehow, they infiltrated her mind, changed

587   her whole World View to theirs, and convinced Ms. Fenton that she is an "abused"

588   "victim". Ms. Fenton was in COUNSELING for her OWN BENEFIT before I even met her.

589   We went to several different counselors throughout the duration of our marriage. We

590   participated in several small group and church fellowships which were extremely

591   transparent, while inviting people to speak into our lives. Yet NEVER ONCE in my 15-

592   YEARS with Ms. Fenton, had I EVER heard the term "ABUSIVE" or "EMOTIONALLY

593   ABUSIVE", until AFTER she hired a DIVORCE ATTORNEY and abandoned me! One of

594   Ms. Fenton's favorite sayings used to be, "That's what the FBI calls a CLUE!"

595       I got the contract with Fawn's OFFICE only because I knew how badly they were

596   getting ripped-off by their previous company, I knew enough to handle an office with five

597   computers and an outdated server (the same version I have at home), while I didn't need

598   any certification, resume of past clients, etc... in order to get the job. Now that is almost

599   ALL the work that I've done in IT, and even before the divorce Ms. Fenton refused to give

600   me a letter of recommendation because she was mad at me for confronting her boss to

601   give her a (highly deserved) raise, while I CHOSE to terminate my contract with her firm.

602   I saw it as being "just enough work to keep me from doing something really productive",

603   so I wanted to obtain vocational training to get a REAL job in computers! (I typically made

604   less than $10k per year helping her firm, while that just wasn't enough to be satisfied.)

605

606      (in on computers – everything is so specialized these days) to can't do ANYTHING

607      If I had the ability to make any REAL MONEY on computers, I would have been

608   GONE long, long ago! I've spent 4,000 HOURS trying to simply get FREE of the

609   CHARACTER ASSIGNATION which took place in Williamson County Chancery Court,

610   without even the realistic HOPE of recovering any of my MONEY for the approximately

611   $250k I was strategically ROBBED. If I had ANY skills or ability for gainful employment,

612   I would be making the MONEY and paying someone to take this to Federal Court and

613   have the entire case overturned for being a massive collusion of FRAUD! Yet like always,

614   all that I have is my OWN TIME, and my ability to research and learn, while this year long

615   involuntary "legal internship" merely in an attempt to LIVE THROUGH THIS ABUSIVE

616   DIVORCE, has robbed me of so much more than just money! It robs me of everyday that

617   I COULD spend with my elderly mother while she is still healthy enough to get around! It

618   robs me of the SECURITY of knowing that I WON'T be ARRESTED randomly WITHOUT

619   WARRANT, due to any fraudulent claim by my ex-wife, Attorney Story, or Judge Binkley,

620   as they have repeatedly DEMONSTRATED to me that TRUTH, HONESTY, CARE, and

621   HONOR are NOT amongst them when it comes to how they treat me! Far beyond the

622   point of benefitting any party! I honestly believe that some of what Ms. Story has done to

623   me is void of all conscience, and downright sadistic, as I will SHOW you later in this

624   document! Simply to ABUSE me to the greatest extent possible from 600 miles away!

625    For years I've said that "MY TIME IS WORTH MORE TO ME, THAN IT IS TO

626    ANYONE ELSE!" That's not to say that I didn't WORK! I've WORKED HARDER THAN

627    MOST PEOPLE, THAT I KNOW! Even Ms. Fenton would agree with that if she were

628    HONEST!

629

630    ime of opportunity at Vocational training, or A to me since she left, any more than

631    she has maliciously abused me through ceasing all of our assets and abandoning me! She

632    also knew that I had reached the point where I could claim HER FAULT in our divorce,

633    because

634    was a FRAUD! A DECOY from what REALLY HAPPENED! Because what really

635    happened would cost a FORTUNE to litigate, while showing there was NO VICTIM in this

636    divorce, but rather we had a bunch of GREAT YEARS, we bought a new house, we suffered

637    HORRENDOUS ROOFING DAMAGE which cost us TWO YEARS of constant fighting to

638    save our lives, fix our home, win a judgment, try to collect that judgment, while forcing

639    Husband to sacrifice his business contract with AT&T, to devote ALL my time to

640    mitigating our damages, as we were hemoraging far more money each month than I

641    EARNED!

642    ithout and wouldn't yield near the return that their Litigiously Abusive completely

643    fraudulent narrative did, which they were able to completely establish in the mind of the

644    Court, with the insidious claims about the "Disturbing" no Trespassing signs, and the

645    request for an Order of Protection leveraging even MORE LIES, to portray me as a

646    MONSTER, while the "Disturbing" no Trespassing signs were DESIGNED by MS.

647    FENTON at her OFFICE using her employers CAD SOFTWARE!

TNJudicial.org/cla/Jr123.pdf    Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27; PageID.1511    Filed 10/13/23    DOC. 125 | Page 143 of 296
Motion to Escalate to the Tennessee Supreme Court (1/19/2021)    Page 142
of 150

648

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1143.00

# REPORTING ELDER ABUSE AND NEGLECT

## According to the National Center on Elder Abuse, only 1 in 14 cases of elder abuse ever come to the attention of authorities.

Tennessee is a mandatory reporting state. If you see abuse — or even suspect that an adult is being abused, neglected or exploited — you must report it. Call the Tennessee Department of Human Services Adult Protective Services unit, toll-free at **888-277-8366**.

### WHO SHOULD I TELL?

If the abuse is happening now, call 911.

If you suspect elder or adult abuse, call Adult Protective Services at **888-277-8366**.

If the abuse is physical, call Tennessee Domestic Violence Hotline at **800-356-6767**.

### WARNING SIGNS OF PHYSICAL ABUSE

Bruising, especially in the torso or head; frequent injuries from accidents; broken eyeglasses or frames; caregiver's refusal to allow visitors alone with the older person.

### WARNING SIGNS OF EMOTIONAL ABUSE

Isolation of the older person or refusing to allow visits alone with the senior; observed threatening or belittling of the older person by the caregiver.

### WARNING SIGNS OF NEGLECT

Unusual weight loss; malnutrition; dehydration; untreated physical problems; unsafe and unsanitary living conditions such as dirt, vermin, soiled clothes and bedding; inappropriate clothing for the weather; desertion or abandonment of the older person in a public place.

### WARNING SIGNS OF FINANCIAL EXPLOITATION

Significant withdrawals from the vulnerable adult's accounts; sudden changes in their financial circumstances; valuable items or cash missing from their home; increase in junk mail soliciting purchases or payments for sweepstakes money; neglect of the victim, such as no food in the home; and maintenance and repairs of the home are ignored.



502 Deaderick Street | Nashville, Tennessee 37243 | www.tn.gov/aging | Main Office 615-741-2056
Information and Assistance 866-836-6678 | SHIP Medicare Counseling 877-801-0044

TNJudicialConduct1123.pdf          Case 1:23-cv-01097-PLM-RSK    ECF No. 1-27, PageID.1513    Filed 10/13/23    DOC 125 Page 145 of 296
Motion to Escalate to the Tennessee Supreme Court (1/19/2021)
of 150

## 2019-01-04 MS. FENTON DEFAULTED ON OUR "VERBAL SETTLEMENT AGREEMENT" to AVOID PAYING ME ALIMONY AS AGREED at 22.5% of Her Gross Income for HALF the TERM of Marriage $1,750 PER MONTH for 6-YEARS Repeatedly PROMISED by Ms. Fenton







TNJudicial Conduct 1.23.pdf · Motion to Escalate to the Tennessee Supreme Court (1/19/2021)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1514   Filed 10/13/23   Page 145 of 150
DOC-125 | Page 146 of 296

**Fawn Fenton**
(615) ███-7███ · mobile

I've spent the past two years trying to teach you and your family that we are conjoined, legally and spiritually, and no one can hurt one without hurting the other.

You've ran up over $40k in debt in your own name in the past year trying to prove me wrong, and you've set yourself up for the a financial and tax nightmare for the next decade, and you STILL can't SEE It!

That's just SAD!

At what point do you start to question your logic and that of the council you have received, over this past year?

What does it take?

I told you BEFORE we bought this house, that if we buy this house you are choosing to be an architect for the rest of your life, or we simply couldn't afford it.

I didn't push you either way, but stated it mater of factly, which you acknowledged.

Then I ASKED YOU for YOUR CHOICE, and you said that YOU wanted to purchase this home and that you agreed to maintain a high paying job as an architect for the rest of your life.

100% Your Choice, NOT Mine!

You KNOW that I was against this house, since the first time that we saw it, until I lived in it for about a year, when I finally fell in love with this home, this property, this street, our neighborhood, and the natural safety from storms which this valley provides!

Try WORKING WITH ME AGAIN, it would AMAZE you at what we can DO TOGETHER!

If you continue to choose to work against me, the same principal works in reverse, we have the ability to stand-up to whatever the other one can dish out, wasting hordes of TIME and MONEY.

Since the very beginning of discovering that you want a divorce regardless of anything else, I gave tried REPEATEDLY to get you to WORK WITH me on it, to mitigate our damages. You refused every step until after your attorney's retainer was used up, and you had a massive list of complaints against you, to legally answer for.

Lets stop fighting and trying to control each other, to see IF we can do one last thing TOGETHER RIGHT, before we lose what little bit we have left.

Yes, I know your motives, both with this sale and with the alimony. Both will be addressed as promised, or neither will.

Likewise I think that you know my motives in this sale and with the alimony, to try to rebuild myself and a small portion of what I've lost (and survive in the meantime).

Neither of us can get everything that we want, or we wouldn't even be here.

We are HERE because it appeared to be the financially wisest decision for both of us.

So lets make use of that, offer each other a sense of security and safety throughout this process, and not get so greedy that the entire thing blows up in our faces.



We CAN do this! But NEITHER of us is savvy enough to rip the other one off, so lets have some empathy and compassion for each other and try to END WELL!

I would gladly trade you positions in life, can you say the same thing to me?



Jan 4, 2019

F

Can I come over this afternoon to get the TV?

Fawn Fenton (mobile) · Jan 5 2019

No, not until we are back in agreement again. If you plan to stab me in the back again, with more games, then you are not welcome on this property in any capacity without my express concent.

I still don't want lawyers, but if it comes down to hiring representation and going through the courts, or you screwing me on our agreed upon alimony, taking a much lower paying job to avoid taxes and force me to fight all over for alimony, as seems your current plan, then I need a court order preventing you from doing that.

I was trusting YOUR WORD to sign a legally binding alimony agreement, written without lawyers, but legally binding all the same.

You consented to that, after which I am willing to hold up my end of the bargain. Without that equitable security in my hand, anyone can see your scheme to screw me once again, you abandoned our home, I will not strengthen your legal position by doing likewise, moving out of state, and mooching off my family.

It is not my wish to litigate, but the alimony is worth far more to me than the proceeds from the sale of our home, so if litigation is required for you to be FAIR and pay me as promised, then we
Should do that now while you still have your job at Adkisson.

You are ALWAYS looking for a way to screw me over!

Don't worry, I will commit my every free moment to finding the recording where you promised to sign an alimony agreement before I had you a POA to sell our home. Again, it is all these games you play and your constant lying, which continues to keep me from moving forward and drags this process out!



Jan 5, 2019

TNJudicia.pdf/a/if123.pdf   Motion to Escalate to the Tennessee Supreme Court (11/19/2021)   DOC-125 | Page 148 of 296



**F**   I am NEVER trying to screw you over. You are paranoid.

Fawn Fenton (mobile) • Jan 5 2019

==Then KEEP YOUR PROMISES!==

I have a plethora of audio and video footage proving beyond a shadow of a doubt, that you have repeatedly lied to me, the police, your attorney, and even Sandy for your own gain.

My doctors have been able to stabilize me on my meds now, and I've had TIME to accept your betrayal of our marriage vows along with your agenda, at ALL costs. A great deal of that I am powerless over, regardless of how unfair that is. Yet I do have certain legal rights to protect me and my livlyhood against portions of your agenda, which I have every intention of exercising, whether that be through the court system or simply by working TOGETHER between US.

I'm not going to fall for ==the same tricks you used on me last time:== your not ==going to be able to bait me, shock me, terrorize me, or anything else to derive== an inappropriate answer or reaction from me (or a "rant" as you like to call it).

I've learned a lot by watching you, so I shall employ your own strategies of silence despite accusations, and being "too busy" to reply.

Silence does not mean that you are correct, silence means that I see no value in arguing with you.

There is nothing more to discuss. I will call Judy Monday morning and explain the situation to her.

==If you sign a legally binding alimony agreement prior to either of us taking legal== ==action or harassing the other further, I will begin packing in earnest,== and hope to be out of here by the first week in March (I told you that I needed 3 months from the time I received back the non-suit papers, which you just finally emailed me right before Christmas).

As a result of your actions here, that clock has since stopped, and my attention will be diverted from packing toward legal research and self-preservation, as I know now that you enjoy providing ZERO warning before taking an action against me, so I must prepare for every plausible scenario.

==You are breaking your promise, which this deal was contingent upon.== Until such a time as your promise is kept, without legal involvement, my focus and herein stated intentions shall not change.

As I said before, It is your choice FIRST, whether or not to keep your promise and put your promises regarding alimony in writing, in a legally binding and enforceable format. Then it is my choice, depending upon what happens between now and then, ==as to whether or not you have done so in good faith,== and weather or not I can TRUST you to act in BOTH of our best interests, without relying on the court system to ensure that I am not taken advantage of any further.

==Please let me know what you decide. Until I hear otherwise, knowing you, I will== ==assume the worst== and continue to protect my interests, and you are NOT

TNJudicial.org/c/a/jf125.pdf   Case 1:23-cv-01097-PLM-RSK   ECF No. 1-27, PageID.1517   Filed 10/13/23   DOC-125 | Page 149 of 296

Motion to Escalate to the Tennessee Supreme Court (1/19/2021)   Page 148
of 150

allowed on this property in any capacity, since it no longer is you residence, and by abandoning me and our home, you have forfeited that right, for as long as I continue to reside here. It shall be considered criminal trespassing should you violate you request to terrorize me further.

In as much as you enjoy having your "safe place" at your apartment, which I have NEVER visited uninvited, I too want to enjoy my "safe place" without you EVER visiting uninvited. Especially with my anxiety disorder, you KNOW how critical this is for me!

Thank you.



Jan 5, 2019

What "promise" are you accusing me of breaking now? Did you see in your email where I forwarded you our original conversation on you moving out and selling the house?

Fawn Fenton (mobile) • Jan 5 2019

A side contract, not filed with the court, but is legally sound and actionable (if needed), defining your financial commitment to pay me TRANSITIONAL alimony, at the amounts and terms previously agreed.

That happens before I provide you with any POA, or grant you access to this property. (To which you told me recently, "just draw it up, and I will sign it.") I EXPECT that! Not before I pack, as I am already packing, but before I provide you with a POA or officially move out.

That is critical to me, PRIOR to turning this property over to you.

Don't worry, I'm more dedicated to packing now than ever before. I personally want NOTHING to do with you after I leave. Just your alimony as agreed, and nothing else! With the alimony, I will rebuild my own life. Not anything near as nice as the life that we shared, but the life that you have chosen for me, regretfully beyond my control.

But without legal assurance in writing that you will keep your promises regarding my alimony, and that you will maintain a job which enables you to continue to do so after Adkisson is over, I have nowhere to go, and no money to go there with!

You keep your promise, or you keep ME!

**KNOWN A YEAR IN ADVANCE!**
**This was the WHOLE Problem!**

You are no friend, we will never be friends again. I can't trust you with the smallest detail.

I'm researching Body Cams tonight, to wear whenever I am in your presence.

If you prefer to hire a lawyer again, than keep your word, I'll invite the person who serves me in for a drink, but know that I will have a motion ready to file the very next day for you to pay my legal fees as multiply promised.

Also know that I won't be interested in a "payday" anymore, but to repay all my creditors, so I can get some vocational training, work, and live without looking over my shoulder anymore!

In court I will also seek "transitional alimony", so you can't just decide to screw me more by taking a low paying job, because you have failed to make any tax smart choices to set yourself up for the future.

I've tried repeatedly to help you, even at my own significant expense, yet you have refused, without any discussion even. (Which tells me that you're planning to downsize your entire lifestyle, or some family money is waiting in the wings for you.)

Regardless, if this ends up back in the courts jurisdiction, because you refuse to play fair, I'm pretty confident that it will financially be to my long-term advantage.

It's your choice for now, and then mine!

Jan 6, 2019

What happened? Why did you suddenly decide I am trying to get out of paying your alimony? (Which isn't true, I have always intended to pay you as we discussed.) Your mood swings are so weird. I thought, based upon our emails, that we were not going to harrass each other with legal contracts. As I said, the terms of your alimony will be immortalized in the final divorce filing, which we will do after the house sells. I don't understand why you are suddenly freaking out for no reason.

Fawn Fenton (mobile) · Jan 6, 2019

You agreed to put it writing before I leave, now you are pretending you never agreed to that and refusing.

As long as you keep your promise and sign the document I draft detailing the terms which we've already informally agreed to, then there should be no change in plans.

If you deny me that security which you promised, then that changes everything.

Our "final divorce filing" might be AFTER you change jobs, and I don't trust you not to try to renegotiate or subsequently reduce my agreed upon alimony.

Hence, I need your assurance in writing, BEFORE I do you the favor of trusting you with the last bit of wealth that I have left in this World, after 2018's Cyclone Tootie!

We alreadt talked through this and you gave your verbal consent. Now we just need to follow-through and DO it.

No lawyers or courts ever need to be involved, unless you default. But I'm not releasing this property without you doing what you promised and signing a side-contract assuring me of exactly what my alimony will be, along with the duration, and starting upon sale.

That was "the deal", that is still "the deal". If your intentions are as you claim, this should be of absolutely no concern to you. When you start breaking commitments and withdrawing my last bit of security, you send off alarm bells, especially after what you have put me through over this past year.

As I've said 20 times now, IF you do as promised, and provide me with legally tangible written security regarding my alimony (which we can draft, no attorney's need to be involved), then I will keep my end of the promise too.

End of discussion.

If you care to carry on further, then you are confirming my concerns that you plan to betray me again.

No more words need to be said. You just need to follow-through with your ACTIONS, then I will too.

As previously stated, in the meantime, I AM packing as quickly as I can, while fulfilling the rest of the responsibilities that I have in life, like caring for Tweetie's special needs in this season, etc...

Enough said!

Jan 6, 2019

So "are we good" to proceed, where I can keep focusing on packing and breaking down my office, or do I need to focus my time on another legal battle with you?

I can't do both, so I need to know. I won't break down my office until you assure me that we are on the same page still, working TOGETHER, rather than pursuing legal action again.

For now I'm operating in "good faith" that we are still transparently and honestly WORKING TOGETHER. As you know, I have plenty to pack, which is my main focus now, rather than fixing stuff with the $300 in supplies I told you I got at Home Depot.

Rather than spending another $50 at Porter Paints to try to get an exact match for our soffit color (we have 3 different formulas all saying they are for exterior paint), I will just use the newest, and if you can tell any color difference from the ground, you can just have your handyman touch it up after I'm gone.

However, regarding my office, it will primarily stay intact, until I have your assurance that we are STILL on the SAME TEAM, proceeding as previously planned (together), without further legal disputes between us.

Please confirm.

Your refusal to communicate would confirm the opposite again, which would result in me needing to divert from packing to prepare for another surprise attack from you legally.

Thanks.
Jeff

Jan 7, 2019