

**F**

I don't know wtf you're talking about, "legal battle". I am not wanting anything to do with lawyers, I can't afford any more, it's a waste of time and money. Regarding leaving a few cameras and wireless etc, I guess that's fine, I don't see why not.

Fawn Fenton (mobile) • Jan 8 2019

Ok, thanks. I just checked my two tiny CC's and I am BROKE! (One was accidentally $8 over the limit... I ordered packing supplies on Amazon and accidentally charged one order to the wrong card...

I'm telling you, it is getting TIGHT over here!

I'm going to need to call my mom to borrow another grand before I can buy ANYTHING.

Between all the financial paper mess, all the divorce paper mess, all the evidence research and paper mess, and all the Social Security application and responses paper mess, my level of organization currently has never been worse. This has been an extremely overwhelming year!!!

If anything takes me off track, I'm going to crash and burn! (I just can't keep up, with all the change, and all the fighting, and all the responsibilities of taking care of myself and Tweetie, living on a budget that is $500+ in the RED each month, plus how overwhelming undoing my precious work and packing is.

I'm barely hanging on... I think I might have one clean dish left, and the dryer has been full for 2 days.

I'm trying to get the outdoor stuff done because it finally quit raining for a couple of days.

Poor Tweetie is only seeing me at bed time and when I eat every 10-12 hours.

This is a LOT of work!

Try to be a little nicer to me please! I need as little stress as possible to stay on task. When I think I need to protect myself against you more, my World comes apart at the seems right now. It is more than I can take.

I'm sorry! I honestly don't know when I can trust you and when I can't anymore!

I'm so TIRED of not being enough...



Jan 8, 2019

## 2019-01-11 OFFERING MS. FENTON REDUCED ALIMONY IF SHE IS INTERESTED IN KEEPING OUR HOME – ANY WAY I CAN HELP!

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Friday, January 11, 2019 4:18 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED? |

Ok, thank you for the info!

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Friday, January 11, 2019 3:25 PM
**To:** Fawn Fenton < ██████████ Fawn Fenton <fawn.fenton@live.com>
**Subject:** Re: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?

If their internet appraisal comes in low and they balk at the $450, tell them about the major improvements we've made, and that we can provide receipts/documentation for... their computer appraisal would know nothing about those. So they'll likely raise the value when you tell them that and maybe shoe them a few receipts.

Sent from my METICULOUS Android

---

**From:** Jeff Fenton
**Sent:** Friday, January 11, 2019 3:16:13 PM
**To:** Fawn Fenton
**Subject:** Re: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?

Damn phone...

Otherwise it will fuck up your income to debt ratio.

Maybe I'll work on taxes then.

Don't mention the tax thing to any lenders until after you find out what they can offer, tell them specifically that you are wanting to do it for "debt consolidation" to pay off your credit cards, which will help your income to debt ratio a lot.

Another consideration, second mortgages don't require a full doc loan. They often will just do an internet appraisal like on zillow. So tell them the value of the house is $450, that will help you qualify for more.

Also, Cole let us refi the second without our taxes current, with just your W-2 statements, so at the end of talking with each lender, ask if that is possible with them.

2nds will rarely pay for an appraiser to set foot on the property, so they are more flexible on the values as long as YOU look solid.

Many charge NO closing costs, or extremely low closing costs!

Just thoughts for you...

Jeff

1

Sent from my METICULOUS Android

---

**From:** Jeff Fenton
**Sent:** Friday, January 11, 2019 3:04:38 PM
**To:** Fawn Fenton
**Subject:** Re: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?

Contact MIT credit union, I remember seeing something about amortized second mortgages from them.

Don't mention to any lender the alimony or possible third mortgage, keep that between us for now. Otherwise it will fuvk

Sent from my METICULOUS Android

---

**From:** Fawn Fenton <████████████████>
**Sent:** Friday, January 11, 2019 3:00:07 PM
**To:** Jeff Fenton
**Subject:** RE: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?

Let me work on this some more. I'll call BCS and maybe a couple other banks to find out about what the terms would be to re-fi the second only.
I'll try to get back to you next week some time.
(Meanwhile, keep packing! Or if you need a packing break, work on taxes. Hehehehe.)

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Friday, January 11, 2019 3:39 AM
**To:** Fawn Fenton <fawn████████outlook.com>
**Subject:** Re: You Keeping the House? If I Accept Less Alimony? Are you INTERESTED?

This makes me HAPPY!

Here is what I recommend:

Leave the first mortgage alone, it's not worth the higher interest rates or the additional term to refinance it. (You want to retire someday!)

Refinance your second, either with Al, as he suggested before, or a different lender (with Al you can probably get more money at more favorable terms, but have him register it as a legal second mortgage, so that you can write off the interest as mortgage interest on your taxes, if he is ok with that.)

Set it up as a 30 year amortized second mortgage (if possible), you can always pay it ahead later if you have the cash flow, to shorten it.

Refinance the second for as much as you can get, and you can apply everything over the amount of your existing second, to your credit cards. If you do this, and don't change your first, (since I believe this is best for you long term), you can skip paying me anything for my equity up front, until the undetermined end when you sell the house, or after the mortgages are both paid off, you could make installments (whatever you can afford) until a set amount is reached (if I die first, or at anytime, then you owe me nothing for alimony or equity, just make sure that I didn't die owing my mom any money...) which might be $5k or less. Square that up, and I'm a happy dead person! Nothing more owed!

2

Or you could just add two more years to my alimony, making it eight years at the $1,750 per month and I'll leave it here as it sits, minus my guns, computers, personal effects, and tools... you can keep all the furniture you want except my bed and Tweetie stuff.

I'll sign a quit claim either way.

If that still won't cash flow for you, I'd rather that you pay me less each month in alimony than refi the first (like $1,600 or $1,500 per month), but compensate me for the difference by increasing the duration, so that I receive the same amount in the end. (No interest necessary.)

If you still really want to refi the first, I'll work with you any way you want. Whatever makes it work for you, but I really prefer that you leave the first alone.

If you can figure out how (technically), along with the tax implications for both of us, and makeup the difference to me (if I am taxed at a higher rate than with alimony),
then you could call the alimony a third mortgage, if that helped you write-off more from your taxes. (As long as in the end I am compensated the same, I don't care what we call it or how we structure it.) If you are ever questioned, you could just say that you are repaying me for my cash and labor in our home, instead of calling it alimony or spousal support.

Since I will remain in a lower tax bracket regardless... this might actually benefit us both tax wise. If I'm required to pay income taxes on "alimony" (which I don't know, it seems like double taxation if they tax you on it first) but not required to declare the principal portion of a loan being repaid, and if I only must declare "interest" as income for tax purposes. (You'd need to figure all that out, or ask Al, he may know.)

You could work backwards to figure everything out: so say that you are paying me $1,750 for 8 years... 6 for my alimony, the final two for my equity as it sits, then the total amount of those payments is: $168,000. (You don't need to really pay me any interest for this scenario, I only use the term to express the portion which you could payoff.)

So working backwards with an amortization calculator, figure at 15% interest for the best tax write-off for you, plus third mortgages typically are much higher risk and higher interest rates (few if any banks do them anymore, but I had one years ago.)

So using a reverse loan calculator (I'll email a link from my computer, I'm on my phone), if I'm doing this correctly, with a monthly payment of $1,750, at an interest rate of 15%, for a term of 8 years, with no deposit: that backs out to a principal loan amount of $97,518.00. Which means that the remainder of the $168,000 = $70,482 you could declare as mortgage interest over the 8 years, either amortized (which would have you paying more interest in the beginning and less at the end, which would work well on my end probably. because I plan to make less (if anything) in the beginning, and hopefully more towards the end).

You could also pay it as simple interest if you prefer, which would be an additional $8,810.25 per year in interest which you could write-off your income for each of the eight years.

Now lets say that you can only afford payments of $1,500 per month, to cashflow (keep your first, refi second. Turn alimony into third.)

So $168,000 divided by $1,500 per month, equals a term of 112 months which is 9.3333 years (instead of 96 months, which was 8 years before).

So using the reverse loan calculator (this is a rough number, because this particular calculator only accepts whole years, so it won't accept 9.3333 years, it will only accept 9 or 10, so I used 9. So there would need to be a tiny adjustment to this, but it should give us a good idea.)

3

Monthly Payment: $1,500
Interest Rate: 15%
Term of Loan: 9 years
Deposit: $0
Loan Amount: $88,629.76
$168,000 Total - $88,629.76 Principal = $79,370.24 in interest, which could again be amortized, or simple interest at $8,819 per year in additional mortgage interest which you could write-off on your taxes, for 9 years.

That way you'd owe me nothing up front, and nothing at the end.

That idea might workout pretty well for you, but you'd need to do the research and make sure that you can still write-off third mortgage interest, and the tax implications for both of us. That sounds like a good idea to me though! Run it by your dad or Al.

If you don't like any of these options, the answer is YES to all your questions below. I'll work with you on this any way which allows me to survive, while helping you keep this home.

I just ask that you please be fair with me and help me to get approximately the same amount in the end. No interest necessary.

Don't be afraid to propose anything, which would really help this make sense for you! I by FAR prefer this than us selling the place, dealing with all the time, risk, lost value, and killing you with taxes for the next decade!

I want you to be HAPPY and be REWARDED for making lots of money! Not just rewarding Uncle Sam!

I told Todd that any time Uncle Sam is getting paid more than ME, that somewhere money is being thrown directly into the trash!

There are very few things which I'll say "NO" to about this, so please figure out what you need to make this work! (Not just in the short term by refinancing your first at higher rates for a longer term, but which will BENEFIT YOU the most in the LONG term!)

Remember, you can always temporarily get a roommate to help close any temporary financial gaps, or simply to get ahead quicker!

And your pony gets to live in a GARAGE again!!!

Please let me know as soon as you decide, so I don't remove anything that you might want to keep, like the alarm, safe, or dehumidifier, etc... It is all included at that price, if you want them, while they are still here and installed.

That would change how I leave the network too, because I would leave you a much more bad ass setup!

It would sure make my packing a LOT easier!!!

I hope you can find a way to say YES! I know in my heart that you can, and everything will work out so much more prosperously for you in the end!

Of course I can't force you, or we would have gotten past this months ago, but I REALLY WANT THIS FOR YOU!!!

I don't want to feel like the guy who fucked-up your life! Especially when I KNOW that with the right choices you can still PROSPER!!!

4

The reality is, like it or not, you simply make too much money not to have some tax write-offs, and not enough money to dig yourself out for a long time, once this opportunity passes!

This house started as YOUR DREAM! LET IT END THAT WAY TOO!!! FOR YOU AND PUP PUP, AND ALL YOUR FUTURE GUESTS!

I told Rito yesterday, that your mom used to complain all the time, but now when she visits, she must sleep on your couch, between two bunny cages which smell like piss!

I told him that as much as your mom deserves that, it just breaks my heart for YOU!!!

I know how important it is to you to be ABLE to comfortably host your family!

PLUS pup pup is tired of that damn apartment living!!!

Anything I can do to help make this a reality for you, please at least ask!

🌐 Jeff

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

5



FRBP Violated: #3:19-bk-02693　　　　TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)　　　　JRF.125.1158.00

TNJudicial.org/s/a/ir1125.pdf Case 1:23-cv-01097-PLM-RSK ECF No. 1-28, PageID.1528 Filed 10/13/23 DOC:125 Page 160 of 296
Motion to Escalate to the Tennessee Supreme Court (11/18/2021)
of 145

FRBP Violated: #3:19-bk-02693
TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)
JRF.125.1160.00

## 2019-01-21 WIFE EXPLAINS HEALTH PROBLEMS ARE A RESULT OF HER EXTREME CASE OF MENOPAUSE (WHICH HAS LASTED OVER 7-YEARS). HORMONE THERAPY HAS BEEN INTERFERING WITH HER NARCOLEPSY MEDICATION (XYREM) CAUSING HER SLEEPLESS NIGHTS AND CONSTANT HEAVY NIGHT-SWEATS (NARCOLEPSY WAS WELL MANAGED FOR A DECADE PRIOR)

**2019-01-21 Fawn - Night Sweats and Narcolepsy Meds Problem (Only Seeping 1-Hour at a Time)**

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton < |
| **Sent:** | Monday, January 21, 2019 2:48 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Taking up a collection for one of our neighbors! |

The Lusky's are the couple that live at the far end of Sunnyside Court (Robert's street), they have the two dogs, Mikey (fluffy brown/beige) and Scout (larger black short-hair); they've lived in Sunnyside forever, since their house was built in the 70s.

My fawn@fentonmail email is still on the mailing list for the Sunnyside NextDoor app, but I don't always look at the posts very often, and I had not seen that one about the wreck. I sure hope Mrs. Lusky recovers ok.

I stayed home from work today. I am not sure if I am borderline getting a cold, or maybe I'm just f'd up because of lack of sleep. I have figured out that the Xyrem is directly causing the night sweats now – the larger the dose, the worse I sweat, and even a large dose won't keep me asleep for more than about 1 hour. I called my sleep doctor, and he said there isn't much else we can do, since xyrem is the only medicine available for narcolepsy. I can cut back or stop taking the xyrem in order to not have the night sweats, but then my sleep doesn't make me feel rested. I've been experimenting with low doses of xyrem…. So far it looks like if I take 1.0 grams or less, I won't sweat. (One normal dose is 4.5 grams; 2 per night = 9.0 grams is my normal prescription.) Maybe I'll try taking 1.0g every hour or so through the night, or whenever I wake up all night…. Ugh.

Looking forward to talking to Terry tomorrow. (Sure you can bring the bag of grass seed, thanks!) See you then.

From: Jeff Fenton <Jeff@Meticulous.tech>
Sent: Monday, January 21, 2019 1:10 PM
To: Fawn Fenton <
Subject: Re: Taking up a collection for one of our neighbors!

Sure.

Flipped 3 times! That's crazy!

Like I said, when I turned onto Sunny Side, tiny pieces of glass couldn't be avoided. It was clear that a wreck was there, but I had no idea it was so dramatic.

I don't think I know who she is, but that is certainly unfortunate.

I noticed the glass in the early afternoon too, which is a strange time to be drunk.

You're welcome. I didn't know if you were still on the mailing list or not.

Are the roads fine? Is it "safe" to get ice cream?

Are you all set for our appointment with Terry tomorrow morning? Do you have his Maryland Farms Address? Give yourself an extra minute or two, I had to circle the block the first time I went there, because the entrance to the building is on the side, but the name of the building is on the front.

1

**2019-01-21 Fawn - Night Sweats and Narcolepsy Meds Problem (Only Seeping 1-Hour at a Time)**

If you have any trouble, remember you can text me, and I'll text you right back. If you call this number though, it won't ring through; however, if you leave a voicemail with Google Voice, it will immediately transcribe it and send it to me.

Do you want me to bring a bag of grass seed and spreader with me, or do you want to wait until spring?

Remember, feel free to bring Terry a list of questions about me to make the most of this opportunity. I told him to disclose ANYTHING to you, and I've never had a psychotherapist who has understood me better than him. If you feel it would be beneficial to schedule another appointment next week, then just speak up and let us know, and we'll do it.

Thanks!

I hope that today is kind to you, and that you can rest well tonight.

JEFF

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

2

## 2019-01-23 MS. FENTON EXPLAINS HOW MY DISABILITY PREVENTS ME FROM MOVING FORWARD AND ACCOMPLISHING GOALS

**Jeff Fenton**

| | |
|---|---|
| **From:** | (615) 333-7377 <16158371301.16153337377.km4F34MBb9@txt.voice.google.com> |
| **Sent:** | Wednesday, January 23, 2019 4:14 PM |
| **To:** | 837.1301@gmail.com |
| **Subject:** | New text message from (615) 333-7377 |

 Voice

Hello, I pray for some peace for you today. (Regarding your text right above, I used to always think of you like you were riding a stationary exercise bicycle; peddling furiously, working so hard, but going nowhere. Sorry, not that that helps.) Anyway, my cold is much much much worse today. At least I have donuts, those sure are good and cheer me up. 🍩🍩🍩🥡😋🍩

YOUR ACCOUNT          HELP CENTER          HELP FORUM

To edit your email preferences for text messages, go to the email notification settings in your account.

**Google**

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA

1

## 2019-04-15 NOTIFY MS. FENTON ABOUT MY ROOMMATES ENABLING ME TO ASSUME FINANCIAL RESPONSIBILITY FOR MORE HOUSEHOLD EXPENSES
### SHE ACTS LIKE EVERYTHING IS NORMAL, NO MENTION OF FINANCIAL FAILURE, MORTGAGE DEFAULT, OR BANKRUPTCY

---

**Jeff Fenton**

---

**From:**    Fawn Fenton <fawn.tiffany@outlook.com>
**Sent:**    Monday, April 15, 2019 3:17 PM
**To:**    Jeff Fenton
**Subject:**    RE: Roommate, Lawyer Fees, and your Monthly $500 Support

Thanks for letting me know what's going on with you.
And thanks very much for getting the 2015 taxes done. I really appreciate that.
=)

**From:** Jeff Fenton <Jeff@Meticulous.tech>
**Sent:** Monday, April 15, 2019 1:57 PM
**To:** Fawn Fenton ▮▮▮▮▮ < ▮▮▮▮▮▮ Fawn Fenton <fawn.fenton@live.com>
**Subject:** Roommate, Lawyer Fees, and your Monthly $500 Support
**Importance:** High

Hello Fawn,

I'm glad we got the taxes done yesterday! That is a relief! Needless to say, the past week has been a week of hell for me, trying to pull together all the loose ends at the last moment. I still would like to get you the docs for 2017 as soon as I can, and at some point work on the 2016, but I expect that to be the worst year yet, and I'm unsure to tell you the truth, how to approach it.

If you find out that we don't owe for 2017, then I will feel better about 2016, but I'm not very confident about either, which is why I've been recommending that we leave the money on deposit with the IRS. i've been in a jam with them before, so I know that if my gut is right about 2016 or 2017, we'll be glad to played it safe, instead of paying them interest for those years PLUS needing for YOU to pull thousands of dollars out of thin air.

Speaking of thousands of dollars, I just want to say,  that I believe that not only how you filed our 2018 taxes was illegal, but also how you unilaterally decided to divide the return, I believe was also illegal. I don't believe that it matters what date you moved out. As long as we are legally married, and have not yet gotten legally divorced, I believe that absent a fully executed settlement which says otherwise, that I am legally entitled to HALF of ALL tax refunds, as LONG as you are CLAIMING ME AS A DEPENDANT. IF we FILE JOINTLY, then the refund is ALSO JOINT. Please feel free to call the IRS and inquire about that, but that is my understanding about the law. As I mentioned, I had to pay my ex 50%, for a year in which we were legally separated, lived at separate residences the ENTIRE TIME, but where I still filed jointly, without her having ANY income that year. I believe that if we are even legally divorced, but we are filing JOINTLY for a year when we were still married, living together or not, that we are EACH entitled to 50% of the refund.

Honestly, as with everything that you've done over the past year, what upsets me the MOST, is not the amount of money, but you PLAYING GOD, or treating me like your RETARDED CHILD, and making DECISIONS UNILATERALLY. That is what has been the most BULLYING experience of them all, since you waged your divorce war on me. Until we are legally divorced, you don't have the legal authority to make ANY decisions which involve both of us, UNILATERALLY, any more than I do, or that you want ME to start making UNILATERAL DECISIONS which affect YOUR LIFE.

Anyhow, what you paid me was wrong, and I believe illegal, but I've been so busy lately, that I didn't have time to fight with you about it.

You may have noticed that you haven't heard from me much lately, and enjoyed the reprieve, but that is because I have been so busy with so many different things. I've been working with an attorney (which needless to say, is costing me

1

---

thousands of dollars) to figure out how to deal with all the challenges which currently face me, prioritized by urgency. First the $34k BCS default judgment, which goes to trial next week. How to obtain my vocational training, whether there are state programs which may help fund that, or how to obtain those funds. Dealing with my other debtors, and whether I need to file BK, or how he advises that I deal with that. What to do about the house, whether to possibly put it in a trust, or some way which will help protect it rather than force the sale, when we get divorced. (If the sale is forced, at this point, the proceeds will no longer be split 50/50, since the default judgment to BCS will be required to be paid, and since neither of us will be able to walk with any cash, due to our creditors (which was my whole incentive for the 50/50 split), we are going to need to have our depts split proportionately, or however the court determines is fair (this is not a threat, but some of my debts, which were all marital (I owed nothing on CC when we moved to SS) will be assigned to you, unless the attorney helps me negotiate my debts down or helps me file bankruptcy, which is all under consideration, but will take a while to figure out, or we reach a fully executed settlement which states otherwise. Anyhow, my objective with this attorney, is not to face ONE of my challenges currently, but to help me come out the other side, FREE and CLEAR, with GAINFUL EMPLOYMENT, and becoming completely financially SELF-SUFFICIENT as quickly as possible! I expect that he will help with the divorce last, because of all the other urgent matters currently, and with our divorce, whether that be through mediation, arbitration, or a trial. We've spoken a little about that, but not extensively yet, since I have so much on my plate, and I've bombed him with so much information. He is a really kind, fair guy, and I've made it clear to him that I'm not looking to "milk" you or get "all that I legally can", but rather I just need a "fair" settlement so that I can survive this storm, hopefully without losing our home. But like I said, there is a lot on the table ahead of that. I just want you to understand where my time and money is going, why I still don't believe that I'll be able to obtain a job immediately, to deal with all these other major factors.

So my life has been FRANTIC lately.

Also, I've obtained a roommate who has a lease, and is helping me out with some of the bills. So thank God for that! The big bedroom didn't rent for NEAR what you thought it would, probably because my life is in chaos currently, but also I don't think the market would bear anything near a grand for renting a bedroom. I played around with the number a little on the app which I advertised it on, and when the numbers were higher, I didn't get any response at all. Anyhow, my roommate is a cool dude, and we've been getting along well for a few weeks now. At least he is slowing down my negative cash flow a little bit, through the attorney is forcing me to borrow more and more to help me through all these challenges. Needless to say, this divorce, and the timing of it, left me totally screwed in a number of ways.

The attorney also mentioned a totally different TYPE of divorce, which I never heard of before, which could keep the court out of the decision making process, I believe, but I forget the name of it. I had never heard of it before. Anyhow, I don't want you to worry about that, or to force matters more quickly, without him being able to guide us through the smartest options for US BOTH, like I said, his primary goal is to deal with my creditors, help me obtain the vocational training that I need (he mentioned a couple of programs offered by the state), he mentioned a four year bachelors degree, but I told him that I'm really only interested in programs that are 6 months to a year, and at the most, as associates which takes two years, but the shorter the better. I'm just too old for a bachelors to make sense. He understands completely and agrees.

As I said, I've made it clear to him, that despite all the bullshit between us the past two years, that you are still the person with whom I love the most in the World, and that my goal is to become completely independent, making $25-$30+ per hour again, to where I can have a lifestyle comparable to what I had at the duplex before we met. He understands that I mean you no harm, and that if you are willing to keep the financing for our home in your name, then I'm willing to keep you on the deed with me, and he said that if we setup a trust, all that can be spelled out in the trust, as well as the consequences if I fail to make payments. Again, we've only touched upon this, I'm trying to get him to work with me on the side a little bit, at a discounted rate which hopefully I can afford, so I don't expect that I'm going to get a lot of his attention, all at one time.

Like I said, I sent him a information BOMB two nights ago, which I'm sure will take him a little time to work his way through, which further added to the stress of me getting the taxes done.

2

I still need to scan the taxes, and get my butt to the post office. I recently woke up... and I just want to touch base with you and let you know what is going on, since you refuse to ever speak with me.

The bottom line is, I need for you to please continue to send me the $500 per month toward my consumables, for as far as I can see currently. Of course, as soon as I'm able to survive without those funds, it is my hope to discontinue that. My attorney thinks that it is my best interest currently to focus my time on these other matters, especially on researching education, talking to Nashville Software School, applying for a boot camp, if that feels right, try to apply for some scholarships, since it will cost $12k plus, etc.... He seems to think this will help me become independent much quicker, than a $13 per hour job stocking groceries at Kroger. Maybe that will change, but that is where things stand now.

My attorney believes that I'm entitled to more than the $500, but I'm not interested in going down that road right now, as long as you will agree to keep paying me the $500 per month, so that I can survive and work on these other initiatives to better myself.

So, I just deposited the last $250 check that you sent me, if you can please mail me a few more, I would appreciate it. I expect that things will remain as they are for at least a month.

Whatever you do, please don't default on any of your debts, including the house, because the attorney told me that our house is "safe" from BCS regarding the $34k judgment (since I was concerned), no judge will FORCE the sale to satisfy solely one of MY creditors, since it is owned by us BOTH. However, if we both defaulted upon our debts, then a Judge could force the sale, like they did my duplex, possibly at auction prices, just to payoff the creditors with judgments, without any of our other creditors getting paid, except for what little is left over. In such an event, we'd lose everything, plus you would be legally required to provide me with other living arrangements, for at least the near future, as I try to obtain the vocational training I need plus find a decent paying job which will sustain me. In such a circumstance, we would both still owe a fortune. So that is definitely NOT the route that we want to go.

Don't panic, I'm not out to "get" you, or to "get everything I can", but I do need to protect my interests, since so far I have been bullied a lot, since you refuse to communicate with me, and since every creditor and their brother are pursuing me, and somehow obtaining judgments without me even being in court. So between that and my potential BK (I still PREFER to get free of MY debts, before a divorce, if that my attorney agrees that is the best course of action), that way I can negotiate with you for the house, without $100k of debt in my name to ALSO be negotiated over.

I ultimately want what is legally FAIR, and what will help US BOTH get to where we want to be in life, without EITHER of us simply becoming homeless, with their lives in the shitter. I've made clear to my attorney your concerns about taxes, and that is another thing which we plan to look at together.

Anyhow, between cleaning out the main floor and both spare bedrooms (I carried everything into the garage at first, and had to park in the driveway), modifying my lease for this property, finding a good roommate, giving my attorney the FULL PICTURE, along with supporting documentation in a way which I HOPE was not too overwhelming, and dealing with our taxes... which I must GO right now to mail... there is more that I DON'T KNOW, than that I DO KNOW. But I have a good feeling about this guy, he seems to really want to help me. I have not bequeathed him our home or anything like that. But that is costing me a few grand at the moment, though not nearly as much as your attorney charged, while not accomplishing anything. My attorney knows, that I don't want him to help me with just ONE of these challenges, but to come out the other side of ALL of these challenges. He also knows that I'm not asking him to litigate against all of them, but simply to advise me which are WORTH litigating against, and which are not, along with what order to handle them, so that I can come out the other side and rebuild my life. I've honestly gone as FAR AS I CAN ON MY OWN KNOWLEDGE! Things are too complicated now, for me to be able to proceed on my own, without concern for hurting myself further in the near future.

I've also told my attorney, that I'm willing to do as much of the LEG WORK as possible, in all of this, as long as he advises me and oversees what I do. He seems to have a really broad knowledge of the law, practices in both criminal and civil

3

courts, and has so far even caught a few things which Judy Wells told me, which were not legally correct. So I'm impressed.

So this email is just to give you a head's up about my roommate and to request that you please continue sending me the $500 per month, until I tell you otherwise. It is also to explain to you why I can't just run and get a bottom feeding job yet, but I'm not sure what my attorney will recommend in the future. I've told him that I want all future calculations, if we can negotiate a way for me to keep our house, based upon the assumption that I will work my ass off, with a job paying $25 - $30+ per hour, plus the expectation that I will have at least one roommate until I DIE.

I believe that is realistically possible, but time will tell.

Thanks for working with me yesterday to file our taxes. I need to move my ass now to mail them.

Tell my puppy HI for me.... I've also told him that you RARELY if ever let me visit my puppy... I'm not sure if he will get involved with that, we haven't had a chance to talk about things that minor yet, but I'm hoping that you will either start sharing better, or that the law can compel you to share better. I'm willing to reciprocate by sharing Tweetie. But these unilateral decisions, which infringe upon the legal rights of the other, MUST stop. You MUST start treating me like an adult, or you will be held legally accountable.

Have a good day! (FYI... I did not proof-read... if I missaid anything, because I NEED TO GO FILE TAXES!)

**JEFF FENTON**
**METICULOUS.tech**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

4

## CUT TO THE CHASE!!!

THE REAL REASONS FOR WIFE'S BANKRUPTCY FRAUD, WHY OUR MARITAL RESIDENCE WAS NEVER SOLD AS PLANNED IN OUR "VERBAL SETTLEMENT AGREEMENT" (AFTER OUR MUTUAL NON-SUITS), THE REAL MOTIVES BEHIND THE FRAUDULENTLY OBTAINED "ORDER OF PROTECTION", AS WELL AS THE TRUTH ABOUT WIFE'S HEALTH AND CLAIMS ABOUT "EMOTIONAL ABUSE".

649

650    **These are the "GOTCHA MOMENTS",** the MILESTONES which scream the

651    TRUTH to any unbiased party, AFTER they realize the Complexity, Depth, Strategy, and

652    Deviousness of the TRUTH! As well as how many parties participated to PULL THIS OFF!

653    I believe that this SCAM would literally be IMPOSSIBLE (at the 100% success rate

654    experienced) without at LEAST the following:

655    • One Chapter-13 Bankruptcy Trustee, who was at least "negligent".

656    • One CORRUPT(able) Bankruptcy Attorney.

657    • One CORRUPT(able) Divorce Attorney.

658    • One CORRUPT(able) Williamson County Chancery Court Judge (who

659    would at the very least, "turn his head" to allow them to "get away with it")!

660    This is where FICTION becomes more BELIEVABLE than the TRUTH (which they

661    intentionally exploited)! So "DUE DILLIGENCE" in this case requires LISTENING to the

662    AUDIO from the 8/29/2019 HEARING, at the OLD Williamson County Chancery

663    Courthouse in Franklin, Tennessee, while "FACT CHECKING" every word spoken by

664    Judge Michael W. Binkley and Attorney Virginia Lee Story.

665    PLEASE "FACT CHECK" the testimony and dialog from Binkley/Story dialog from

666    the testimony of AUDIO RECORDING from 8/29 with the following documentation ON

667    COURT RECORD:

668    TRANSCRIPTS OF EVIDENCE and subsequent COURT ORDER from the

669    8/1/2019 hearing within that SAME COURT from the 8/1/with the (With the transcripts

670    and subsequent Court Order from that same Court – BEFORE I COULD NO LONGER

671    AFFORD COUNSEL!) It is only a quick 30-minute recording. To do any LESS while

672    disregarding this EVIDENCE (again), is to be an ACCESSORY TO THEIR STATE AND

673    FEDERAL CRIMES, and an ABOMINATION TO JUSTICE!

674

## WIFE'S SECRET CONTESTED DIVORCE #2 (DOCKET #48419B)

"TOTAL ANNIHILATION" WITH DIVORCE ATTORNEY VIRGINIA LEE STORY (#11700),
DIVORCE ATTORNEY KATHRYN L. YARBROUGH (#32789), BANKRUPTCY ATTORNEY MARY
BETH AUSBROOKS (#018097), BANKRUPTCY ATTORNEY ALEX KOVAL (#029541)
TIMED AND COORDINATED WITH MS. FENTON'S BANKRUPTCY CASE: 3:19-BK-02693
(FILED CHAPTER-13, CONVERTED TO CHAPTER-7 ON 12/6/19 WITH ADKISSON RETIREMENT)

### SOLE PURPOSE OF "ORDER OF PROTECTION" APPLIED FOR UNDER FALSE TESTIMONY WITH "FRIENDLY" JUDGE FOR TEXTS!

---

*The Ancient Paths*

Parents are responsible for the protection of their children. Unborn and small children are unable and not equipped to defend themselves against the schemes of the devil. As a result, God appointed agents to protect them and care for them. Again these agents are called parents. One day some years ago, the Lord opened up to me what I have since come to refer to as the STRONG MAN PRINCIPLE.

*"Or how can anyone enter the strong man's house and carry off his property unless he first binds the strong man? And then he will plunder his house."*    (Matthew 12:29)

In this passage, Jesus is explaining how to expel demonic spirits. He says that there are different ranking spirits with which to deal. If you want to be rid of all the lower ranking spirits, you must first find their "chief," bind him, and then you can eliminate the others. The "chief" is called the strong man.

As I was studying this passage, one day the Lord spoke to me that the principle works exactly the same when the kingdom of darkness is attempting to invade your house. In the Greek language, the word translated "house" is the word "OIKOS." This word in this context is not referring to the physical dwelling place, but rather to the family. OIKOS literally means: "the descendants thereof."

So when the enemy (the devil and demonic spirits) comes to plunder your house (OIKOS), he is

56

---

### God's Blessing Through Cultural Traditions

after your family. His purpose is to devastate and destroy your marriage, children, and grandchildren. In order to do so, he must first bind the strong man. Who is the strong man of your house? The husband is the strong man to the wife, and both parents are strongmen to the children. Thus, in the areas of life in which the enemy can bind the parents, he has access to the children.

57

## 2019-08-01 Fenton v Fenton - Trial Transcript by Susan Murillo

**TR.v4 (526) & TE-1 (3)**

·3· · · · · · · ·MS. STORY:  Your Honor, with your

·4· ·permission what we would like to do is leave the

·5· ·ex parte order of protection in place.

·6· ·THE COURT:  All right.

·7· ·MS. STORY:  That has given relief to

·8· ·these parties not being able to contact each

·9· ·other.

10· ·THE COURT:  Okay.

11· ·MS. STORY:  And put as part of that,

12· ·that she does not contact him, he does not contact

13· ·her, which the ex parte already has him restrained

14· ·and enjoined from any contact whatsoever.

15· ·THE COURT:  All right.

16· ·**MS. STORY:  Because what we don't**

17· ·**want to do is have something go down on his**

18· ·**record that's going to affect his employability,**

19· ·**because he needs to get a job ASAP,** so as long as

20· ·we have the protection, the order of protection

21· ·under the ex parte, we are good with that.

22· ·THE COURT:  Okay.

23· ·MR. DUKE:  Thank you, your Honor.

**TR.v4 (527) & TE-1 (4)**

18· · · · · · · ·Mr. Fenton and Mrs. Fenton had

19· ·agreed last year that they would do that.  She

20· ·then dropped the divorce.  They were going to try

21· ·to get it on the market.  The problem with the

22· ·private realtor is that Mr. Fenton posts these

> THE "ORDER OF PROTECTION" WAS **NEVER** A CONCERN, IT WAS A **TOOL**. THE ONLY REAL CONCERN WAS EVICTING ME AND **SELLING MY HOME!**

23· ·kind of documents that are -- this is the do not

24· ·enter my property, and I'll hand you a copy of

25· ·that.

**TR.v4 (528) & TE-1 (5)**

·9· · · · · · · · In 2018, when they made this

10· ·agreement, if she dropped the divorce he would

11· ·agree to put the house on the market. It never

12· ·got on the market. It was he's got to fix this,

13· ·he's got to fix that. It was one excuse after

14· ·another, and here we are sitting a year later,

15· ·and now my client had to file bankruptcy.

16· ·She is paying the second mortgage on

17· ·the house. She's paying $48,000 in credit card

18· ·debt, and this credit card debt is in her name,

19· ·but the genesis of those cards, I have a history

20· ·of the cards where Mr. Fenton would transfer

21· ·balances from his credit cards to a credit card in

22· ·her name, and then she became in a horrible

23· ·financial situation.

---

**MS. FENTON WANTED TO SELL OUR HOME OUTSIDE THE COURT** SO THAT SHE WOULDN'T BE REQUIRED TO PAY "HER SHARE" OF THE **$90k OF REAL MARITAL DEBT IN MY NAME!** WHILE SHE PLAYED HER BANKRUPTCY FRAUD GAME TO FORCE ME OUT OF MY HOME AND PREVENT ME FROM COLLECTING ALIMONY! **SINCE SHE KNEW A YEAR IN ADVANCE WHEN HER BOSS WAS PLANNING TO RETIRE!**

**THE SIGNS WERE NEVER A PROBLEM!** (REMEMBER: despite Ms. Story's awful "NARRATIVE", Ms. FENTON DESIGNED THE SIGNS AT WORK HERSELF ON CAD!

IF THE HOUSE WAS ON THE MARKET, THE SIGNS WOULD HAVE BEEN REMOVED FIRST, AND THE FLOOR WOULD EVEN BE SWEPT AND MOPPED! **I'VE SOLD PLENTY OF HOMES BEFORE!** How INSULTING!

MS. FENTON REPEATEDLY REFUSED TO SIGN ANY LITTLE PIECE OF PAPER WHICH PROMISED ME THE **$1,750 PER MONTH IN ALIMONY, FOR THE DURATION OF 6-YEARS** WHICH SHE REPEATEDLY VERBALLY PROMISED AND OUR AGREEMENT WAS CONTINGENT UPON! I NEVER OFFERED TO RENDER MYSELF HOMELESS! MS. FENTON LIED, SHE CHEATED, AND THEN SHE STOLE, WHILE MS. STORY HELD HER HAND AND GUIDED HER THROUGH MULTIPLE LAYERS OF FRAUD!

**SEE THE PAGES BELOW FOR SOME TRUTH!**

## 2019-08-05 Email Asking Marty WHEN I can File my DIVORCE ANSWER AND COUNTER COMPLAINT FOR DIVORCE

**From:** Charles M. Duke <marty@mdukelaw.com>
**Sent:** Monday, August 5, 2019 5:39 PM
**To:** Jeff Fenton <Jeff@Meticulous.tech>
**Cc:** Mitchell Miller <mitchell@schafferlawfirmtn.com>
**Subject:** RE: Fenton v. Fenton

Jeff:

There is no definite date certain by which I agreed with Ms. Story to file an Answer & Counter-Complaint. However, until there is an Order entered relieving us as counsel in this matter, you should not file anything pro se.

Thanks. have a good evening.
Marty

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Monday, August 05, 2019 5:36 PM
**To:** Charles M. Duke
**Cc:** Mitchell Miller
**Subject:** RE: Fenton v. Fenton

Thanks Marty.

Can you simply inform me of any critical dates which I need to self-represent by, as I can not afford further representation:

For example, when did you get the ANSWER & COUNTER COMPLAINT extended to?

Any other time critical dates would be greatly appreciated.

Thanks.

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!
SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.
A DIVISION OF METICULOUS MARKETING LLC

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.125.1174.00

## 2019-08-06 Email Asking Marty (AGAIN) about HOW and WHEN I CAN FILE an ANSWER AND COUNTERCOMPLAINT FOR DIVORCE

**Jeff Fenton**

| | |
|---|---|
| **From:** | Charles M. Duke <marty@mdukelaw.com> |
| **Sent:** | Tuesday, August 6, 2019 5:14 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Mitchell Miller (mitchell@schafferlawfirmtn.com) |
| **Subject:** | RE: Fenton v. Fenton |

Jeff:

I will clarify all this with Ms. Story as far as how she would like for communication to flow while we await the 29th. I will advise what I hear in response. In the interim, Mitchell and I are still your counsel of record, so she cannot take any adverse action against you without providing us notice, and us having the opportunity to respond on your behalf.

Thanks.
Marty

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Tuesday, August 06, 2019 2:11 PM
**To:** Charles M. Duke
**Cc:** Mitchell Miller (mitchell@schafferlawfirmtn.com)
**Subject:** RE: Fenton v. Fenton

Marty,

One quick question regarding you withdrawing from counsel, and me not supposed to contact Ms. Story directly until after your withdrawal from council has been approved by the court, and the potential deadline for my Answer and Counter Complaint:

SO even though the Answer & Counter Complaint are currently over a month overdue from the original due date, I should wait until after 8/29 to ask Ms. Story what my deadline is for having it completed and filed with the court? Is that correct? (So it would be technically two months late by then.)

I'm fine with that, if that is the proper procedure, I just don't want to get caught with Ms. Story filing for a default judgment on me.

Can you please let her know that service by standard mail (not certified) is best for me. The Post Office will not deliver certified mail to my home, because of the No Trespassing signs (and it is up a BIG hill). If she mails me standard post, I will send her an email within a day each time that I receive a letter from her, so that she will have a legal confirmation of receipt.

If that doesn't work for her, she can send certified mail to my PO Box, but I only check it about once per month, but if she emails me and notifies me that I need to check it, then I will.

My PO Box is:

Jeff Fenton
P.O. Box 159200
Nashville, TN 37215

1

## 2019-08-14 ADKISSON LETTER ABOUT OWNER'S RETIREMENT AND DOWNSIZING FIRM, PRESENTED BY MS. STORY, AS EXPECTED

 **Adkisson & Associates Architects, Inc.**

2019 AUG 15  AM 10: 44

FILED FOR ENTRY_____

August 14, 2019

To all the employees of Adkisson & Associates Architects, Inc. (the **"Firm"**)

I want to let everyone know that November 2nd of this year is my 65th birthday. As a result, I plan to begin downsizing the Firm so that I can significantly reduce overhead costs prior to the end of the corporate fiscal year end on December 31, 2019.

I want to give everyone ample time to secure other employment. I will continue to pay your salary and benefits up through November 15, 2019 so long as you are working full time at the Firm. If you secure new employment prior to November 15, 2019, I will provide you with two (2) weeks severance pay from the new employment start date, but said severance pay will not extend beyond November 15, 2019.

I greatly appreciate your good work over the past years and wish you well in your future endeavors.

With many thanks,

Kenneth C. Adkisson
President

**EXHIBIT**

2

3322 West End Avenue • Suite 103 • Nashville, Tennessee 37203 • (615) 298-9829 • Fax (615) 298-5122 • www.adkissonarchitects.com

## 2019-08-23 Letter from Virginia Story About Walk-Through Ms. Fenton's Personal Property as All Marked



**Story Abernathy & Campbell**
PLLP I AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story '
virginia@tnlaw.org

Joanie L. Abernathy
joanie@tnlaw.org

Neil Campbell '
neil@tnlaw.org

Kathryn L. Yarbrough
kyarbrough@tnlaw.org

Of Counsel:
James E. Story,*
Attorney at Law

Marissa L. Walters
Paralegal/Associate Attorney
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky

August 23, 2019

*Via email & first-class mail*

Charles M. Duke
1200 Villa Place, Suite 201
Nashville, TN 37212

Mitchell Miller
1200 Villa Place, Suite 200
Nashville, TN 37212

Re:   ***Fawn ▮▮▮▮ Fenton vs. Jeffrey Ryan Fenton***
***Williamson County Chancery Court No. 48419B***

Dear Marty and Mitchell:

Thank you for helping to get the walk-through scheduled. I am hopeful that we can get Mr. Fenton's signature on the listing agreement ASAP so that we can move forward with the auction process as efficiently as possible.

My client put yellow post-it notes on the items that she would like to take from the residence. The only item that was not previously listed and that she tagged was the "gear clock" that is hanging on the brick over the fireplace. Additionally, she noticed that the Sony Bravia 55" TV, sound bar and subwoofer that she requested to take was missing from the residence. This was a gift from her brother. Please ask Mr. Fenton about the location of the TV. In the event that Mr. Fenton has sold the TV, sound bar and subwoofer, we would ask that he provide proof of the sale and documentation as to how much he received.

My client also noted that the dehumidifier equipment that the parties purchased for under the house was also missing. This was purchased a few years ago in order to reduce humidity in the crawlspace. It was a commercial-grade unit and costed several thousand dollars. Please ask Mr. Fenton what he did with this equipment and again, if he sold the equipment, we would ask that he provide proof of the sale and documentation as to how much he received.

Additionally, my client would like to have the pistol (Glock 9mm, model G-17), the brown blanket with the horse image (this was hers before the marriage), decorative plate in the kitchen with the snakes painted on it (this was hers before the marriage), and the small painting of the Parthenon currently hanging over the laundry closet (this was a gift to her from her family).

williamsoncountyattorneys.com            ' *Rule 31 Family Law Mediator*

Charles M. Duke
Mitchell Miller
August 23, 2019
Page 2

The only item that Ms. Fenton took with her yesterday afternoon was a blue pet-carrier. She will need to rent a truck or U-Haul in order to move the larger items. She would like to do this all in one trip sometime in mid-September. Hopefully, scheduling that will be easier as I understand that Mr. Fenton will be relocating to Michigan by September 1, 2019.

I will be drafting an MDA with the above items and division of proceeds of the equity from the home after payment of the marital debt for your review so hopefully Mr. Fenton will not have to return to Tennessee. As always, if you have any questions or concerns regarding the above, please feel free to contact me.

Sincerely,

Virginia Lee Story
Attorney at Law

cc: Ms. Fawn Fenton

## 2019-08-28 Pre-Trial "Pro Se" Email to Touch Base with Attorney Story

From: Jeff Fenton <jeff.fenton@live.com>
**Sent: Wednesday, August 28, 2019 9:30 PM**
To: Virginia Story virginia@tnlaw.org
Cc: Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>; Mitchell Miller (mitchell@schafferlawfirmtn.com) <mitchell@schafferlawfirmtn.com>; Charles M. Duke <marty@mdukelaw.com>; elaine.beeler@tncourts.gov

Subject: RE: Fenton vs. Fenton; Williamson County Chancery Court No. 48419B

**Hello Ms. Story,**

My apologies, but I recently finished writing my response. It is 50 pages long, and I still need to do a final proof read tonight, to make sure that my paragraphs line up with yours, make labels for all my exhibits, and make sure that my paragraph numbers and exhibit lettering matches up between the documents.

I called the Clerk & Master's office a few hours ago, and they said that someone is usually there at 7:30am to time stamp, and accept court filings, and they said that will still give them time for a clerk to deliver them to Chancellor Binkley before his hearings start.

My question is, for hand-delivering your copy tomorrow, would you like for me to bring that over to your office, or just provide it to you in the court room? If you would like me to bring it to your office, I probably can't be there before 8am, because I have a lot for the Clerk & Master to timestamp. I'm not really sure how long it will take them. My question is, what time is someone available in your office for me to provide it to them? And what time is Ms. Fenton meeting at your office, because I don't want to cross paths and violate my Temp OP? If for some reason I can't get there before you have Ms. Fenton scheduled to arrive, please just come up to me in the court room, whenever you peek inside, and I'll hand it all to you. (I've only seen you once, I'm not sure if I will recognize you, but I should be easy to spot, with the donkey I have carrying all my documents.

I apologize for not getting it to you sooner, and I totally understand if we need to postpone or reschedule. It was physically the fastest which I could get it done. Please let me know how you prefer to receive the docs tomorrow morning.

I understand that it is totally up to Chancellor Binkley's discretion whether or not to accept/consider it all. I also understand that it is pretty likely that he may want to delay ruling on your motions until he has had a chance to at least peruse some of my responses, **to at least consider my position, experience, and perspective, before making such major rulings in my life.**

I understand that the sale of the house is the most time sensitive matter, so I believe that we can probably get that part out of the way tomorrow, as I'm not trying to delay or derail that initiative. (I will need a small extension though in order to vacate in time, for Ms. Fenton to be able to get her stuff after I am gone, and then for Ms. Fenton to facilitate the Auction, which I am fine with, but only providing that I've moved out first.) I'm sure that during your walk-through, Ms. Fenton was pleased and CONVINCED that I am finally MOVING for SURE. I have been working as hard as I can at vacating the property, except that this legal work has hijacked all my time and focus this past week. As Ms. Fenton will attest, with my ADHD and my OCPD, I can honestly only focus on one major project or task at a time. I can do that one task or project well, but I can not multi-task significant or critical projects. My brain isn't wired that way. It is all one project, or another, but never both. So either I can perform a ton of legal research and try to figure out how to "play lawyer", or I can MOVE, but I am absolutely incapable of doing both concurrently. Although my move is really important, **there is nothing currently more critical to MY future, than addressing any legal challenges which you initiate**, so please just be aware, that whenever you do, you've just extended the amount of time which I will need to vacate the house by another week or two. **I understand that a lawyer can do in a few hours what it takes me a week to do,** but at nearly $20k in legal fees so far (largely of my mother's money), there is no way that I can afford retaining legal counsel any longer, or that I could even justify doing so, simply to wrestle over breadcrumbs. Yet the legal outcome is still critical to me, so I will represent myself to the best of my ability, taking as long or as little time as that requires.

I'm not arguing to keep or remain in the house, at all. I've accepted the move to Michigan, it is only this legal work which is slowing down my move at this point. As Ms. Fenton has probably told you, I'm afraid of heights, and I am absolutely terrified of driving over the Cincinnati bridge. I haven't driven over it myself in over a decade, and the last time that I did, I had a massive anxiety attack and nearly passed out, while driving a U-Haul to bring my grandfather's pool table down to

Tennessee (which now I'm going to lose). Ms. Fenton was with me, and surely she can attest that once I cross it (somehow) to move up to Michigan, my legal business here needs to be wrapped-up, so that I won't be required to return. I'll speak with Chancellor Binkley tomorrow to explore my options.

The biggest challenge should this require me to remain here, either because I have not had time to focus on packing and moving, or because of further litigation, is that there is no realistic way for me to vacate the premises for the sale, and it won't be very slightly with boxes stacked everywhere and furniture broke down, to sell while I'm here. Plus I would need additional funds from Ms. Fenton to pay for my utilities and my food (approximately $1400 per month total), the same as my tenants were paying me, prior to you having them evicted. After transferring the utilities into my name, and since Ms. Fenton is not paying me ANY support currently, I can't survive here for any less than $1400 per month, unless Ms. Fenton transfers the utilities back into her name, in which case I could make it on a little less. This is just the bare essentials of course.

I checked on Pacer and saw that there has been a lot of activity, with many new documents since the last time that I checked. For the purpose of freeing up my time to finish getting my documents together for court tomorrow, rather than getting sidetracked catching up on reading Ms. Fenton's bankruptcy documents, can you please tell me where matters stand regarding the date which the mortgage companies are requiring the home to be sold by? Last time I read through the documents, her bankruptcy plan had been rejected as of that time, because the banks wanted a hard sell-by date. I know that Ms. Fenton's bankruptcy proposal states six months, which neither of the mortgage companies seem to object to, but they require a hard date to know when that will be by, prior to accepting her plan. If you can let me know how long she has, that will help me prepare for the discussion tomorrow with Chancellor Binkley, as well as know at what point I can trust that the litigation is over, so that I can break down my computer network and focus completely on packing. (I have a complex computer network, all my data is stored on a separate server, once I break-down my network, I won't be able to respond to any litigation or find any documents, for probably two months, when I have it all set back up in Michigan. Hence, I need to make sure that it is "safe" to break it down, before I begin doing so.) Knowing Ms. Fenton's updated deadline with the mortgage companies, **and if you plan on further litigation, would be helpful in**

determining when I can get serious about packing, which will have a direct impact upon when I can vacate by. I'd like this all to be done as quickly as possible, but I'm not going to get caught "with my pants down". We will need to have some sort of agreement, court order, or understanding, before I can proceed.

Anyhow, I just want you to be aware of the real challenges, despite what litigation is filed. I can only physically move so quickly and do so many things at once. I want to help you and Ms. Fenton get what you want, I'm not trying to be an obstructionist in any way, but I will need a bit of a cease-fire in order for me to be able to do that, while representing myself, combined with the challenges of my disabilities.

Marty emailed me a couple of questions that you have about a few items of personal property, from your walk-through.

**As for the items which Ms. Fenton pointed out inside the home, which she wants, I'm fine with ALL of that.**

The Glock 9mm Model-17 pistol, Ms. Fenton took with her when she moved out. If she can't find it, please suggest that she check both of her rifle cases, especially the bottom tier of her newest double rifle case. I know that she filled those spaces up with stuff when moving out, so it could easily be lost in one of those. I specifically remember her taking it though, and since I've had to clear all the guns out of our home due to the OP, I know that it's not accidentally sitting somewhere in the gun vault or around our home. I also know that my friend who is storing my guns, checked them each in, and there was only one Glock, that being my .40 caliber.

The first time that Marty forwarded a question from you regarding the 9mm Glock, it looked as though Ms. Fenton wants the RECEIPT, not that she is missing the gun itself. So I'm unclear which it is at this point, but I don't have the gun, I specifically remember Ms. Fenton taking it with her, and I searched all over for the receipt, and I can't find that anywhere either. So I'm sorry not to able to help in either of those regards. I would if I could. Firearms are a part of the legacy of both of our lives, I would never try to cheat her on such a thing.

**As for her interest/concerns regarding the TV and the Dehumidifier:**

First of all, the TV/Sound Bar was MOSTLY a gift from Ms. Fenton's family (we contributed around $400 towards them, between a marital property check which Fawn wrote, to help pay for the soundbar, and some cash of mine leftover from my Duplex rents, because I wanted an upgraded model TV from the one which Ms. Fenton's brother Mark was offering to purchase us for Christmas.) Mark had a hard budget in his mind of paying $1,000, so I paid Mark the difference to purchase a better TV, which later on Mark also liked better, so when he returned to LA, he purchased the model which I selected for himself also.

**So the "gift" portion of the TV, made it 50/50 marital property, despite whose family provided the gift, as it was given to us both equally, but the non-marital cash which I chipped in for the upgrade, actually made that TV more mine than Ms. Fentons.** (Mark later gave Ms. Fenton a $2,500 rifle for her Christmas present, independent of me.)

**As for the soundbar, that was primarily a gift to ME from Ms. Fenton's mother (Diane).** Diane always likes to give extravagant gifts (my family never had the money for that), but Diane usually has no clue what to get me, and I am pretty picky, so honestly I am hard to purchase for. So on a couple of occasions, like when we were talking about a new iPhone that was released and I mentioned me planning to upgrade, Diane jumped on the opportunity to purchase it for me for Christmas, even though Christmas was months away, simply because it was within her price point, and she had the opportunity to know exactly what I wanted. (Instead of sending me cash or buying me something which I didn't want, which we also did a number of times.)

The Soundbar with the TV was the exact same thing. After purchasing the TV at Best Buy, Mark kept looking at the TV A/V equipment they had on sale, and found a TV/Soundbar combo, where you could purchase a decent soundbar also made by Sony, for a couple hundred dollars off, if you purchased it in conjunction with the TV we had purchased the day earlier. Mark got all excited about this combo, and got me interested in it, **then Diane asked if that was what I would like for Christmas, and if so she would chip in a few hundred dollars,** if Ms. Fenton and I paid the rest (which I think was about $225 out of our pocket.) So Mark, Diane, Ms. Fenton, and I all went back to Best Buy (after dining out together), had them return the TV from the day before, then repurchased the combo with the soundbar, Mark's contribution remained the same, Diane chipped

in I think around $300, and I believe that we contributed around $225 (of marital funds) to complete the purchase.

So though there was around $225 of "marital property" money in that purchase, **it was primarily purchased as a Christmas present for ME**, from Diane. (Ms. Fenton got a load of other stuff from Diane for Christmas, as always.)

**Anyway, the bottom line is, regardless of whose family GAVE the gift, it was "marital property", and more-so MINE than Ms. Fenton.**

Ms. Fenton and I did discuss her potentially getting the TV, in different discussions we had about settlement offers and property divisions, but as we all know, none of those agreements were fully executed (which my $20k in legal fees currently attests to).

Ms. Fenton knew that we reduced her temporary support from for my consumables from $1000 per month to $500 per month, before the end of last year, thinking that I was moving to Michigan to live with my mother. However after Ms. Fenton refused to put our verbal settlement agreement into writing, halting my move to Michigan, she never increased my temporary support back up to the $1,000 per month which I truly need (at a minimum) to meet my basic needs here. Consequentially, Ms. Fenton knew that I had a negative cash-flow of about $500 per month, for around six months, before I finally got roommates to cure both my negative cash flow, as well as Ms. Fenton's. (Ms. Fenton told me that she had a negative cash-flow at that time, of between $400 - $500 per month.) Of the $1,400 per month of rents which I received, I told Ms. Fenton that she could discontinue paying me $500 per month for my consumables (which should have made her cash-flow right there.), plus I also transferred all the utilities for our home into my name, even though Ms. Fenton had agreed via email, that I didn't need to, since saving the $500 per month was plenty acceptable for her, for the time-being. Yet I felt bad, having a TINY bit of cash in my pocket for once, and I transferred all the utilities into my name(which is approximately $400 per month during the summer), even not needing to do so per Ms. Fenton.

**At that point, of my $1,400 per month in rents, Ms. Fenton was receiving $900 per month in financial relief, and should have been financially in the black by $400 - $500 per month.**

TNJudicial/oals/a/jrf125.pdf    Motion to Escalate to the Tennessee Supreme Court (1/19/2021)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-28, PageID.1593    Filed 10/13/23    DOC 125-1    Page 185 of 296
of 145    Page 34

(Which is why I'm pretty darn sure that her bankruptcy is a scam, as her father also tried to get us to do that, leaving $100k of debt in MY name.)

**Anyhow, I sold the TV for $1k cash, before I got roommates, just to meet my basic needs, due to my monthly shortfall.** Marty mentioned you wanting to see a receipt for that, but I don't have one. I've never kept receipts for personal property which I've SOLD, only for that which I've PURCHASED. The only exception is firearms, which I always keep a paper record of, just in case the firearm is used in a crime later on, so that "the paper trail doesn't stop at ME", which I read about somewhere.

**When I sold the TV, we didn't have any pending litigation, we weren't under any restraining orders, so it was all perfectly legal.** It was just a quick cash item to sell, to help me buy food, meds, and gas. **The idea being to simply exchange what I have for what I needed to survive. Which was the same idea later with getting roommates. I exchanged bedrooms and space which I had, for the money which both Ms. Fenton and I needed, to cash-flow ever month.** Unlike Ms. Fenton, I do not possess credit lines with thousands of dollars of credit, to take up the slack when I don't cash-flow. I've borrowed way more money from my mother than I'll ever be comfortable with, but there were seasons when I absolutely refused to borrow any more from her, and I told Ms. Fenton that was one of those seasons, when I would instead sell whatever I needed to survive.

**As for the dehumidifier**, it is a commercial unit, which I love, but it didn't cost nearly as much as Ms. Fenton told you. I saw the receipt for it the other day, as I was sifting through my scanned receipts, and the dehumidifier itself was **$2,100**, when it was new, about **5 years ago**. Ms. Fenton **had already told me** when I was moving to Michigan previously, **that I could take it with me to use in my mother's small damp basement**, since that was now going to be **MY BEDROOM!** Furthermore, the dehumidifier was completely purchased on MY CREDIT card, so if Ms. Fenton would like to split the approximately $100k of MARITAL DEBT, which WE abandoned in my name (thanks father-in-law), though creditors and judgments are still chasing me, then I will be happy to call it "marital property". Otherwise, that dehumidifier was MINE.

Additionally, the dehumidifier was a free-standing unit. It was never plumbed-in, nor was it ever directly wired-in, nor attached to any duct work. Hence it never became an "appurtenance", converted from "personal property" into part of the "real property". So I was free to do with it, whatever I wanted.

Either way, I sold it to my mom for $1,000. I don't believe that any of our personal property (except firearms) will retain more value than 50% of it's initial cost, when reselling it. (Especially at an auction!)

By the way, did the auctioneer provide you with an estimate, of what he believes our home might auction for? I have a lot of experience in real estate, but none in regards to auctions, except for one foreclosure auction, where I lost $90k in equity, when my duplex foreclosed, was purchased, and resold just three months later (investing less than $5k in improvements) for a $90k profit! That hurt us both!

**Thank you. I'll see you tomorrow in court. Have a great night!**

Jeffrey R. Fenton (Pro Se)
1986 Sunnyside Drive
Brentwood, TN 37027
(615) 837-1300

Docket No: 48419B
Fenton v. Fenton

-----Original Message-----

From: Jeff Fenton <jeff.fenton@live.com>
**Sent: Monday, August 26, 2019 4:19 PM**
To: elaine.beeler@tncourts.gov; Virginia Story virginia@tnlaw.org
Cc: Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>; Mitchell Miller (mitchell@schafferlawfirmtn.com) <mitchell@schafferlawfirmtn.com>; Charles M. Duke <marty@mdukelaw.com>

TNJudicial.org/s/a/jrf125.pdf    Motion to Escalate to the Tennessee Supreme Court (11/9/2021)    Filed 10/13/23   Page 36
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-28, PageID.1595    Filed 10/13/23    DOC 125-1 Page 187 of 296
of 145

Subject: RE: Fenton vs. Fenton; Williamson County Chancery Court No. 48419B

**Hello Ms. Beeler and Ms. Story,**

I writing to inform you that I'm nearly finished with my response to the attached Motion. I know that it is due today, but I have approximately 250 pages of exhibits, which has taken a lot longer than expected to compile, organize, and print three copies of. My goal is to have it to you first thing in the morning, **I will also bring my ADA certifications, in hopes that Chancellor Binkley will make an exception and include my responses on the 29th.**

Being Pro Se for the first time in this capacity, a lot of this takes me a lot longer to figure out, to create and format the forms correctly, while taking the time to address each of the concerns raised in the Motion, to the best of my ability.

I understand it will be entirely at Chancellor Binkley's discretion whether to include my responses, but **I have been working on this for three days straight, without any sleep, and I physically couldn't get it to you any quicker.**

Hopefully, I can finish this up and be in both of your offices, bright and early tomorrow morning. I'm writing simply to let you know that I am working diligently on my responses, that I'm not ignoring my duty or being flip about it. I was simply unable to meet the deadline, with all the recent changes in my life.

**Thank you and I wish you both a wonderful evening.**

Jeffrey R. Fenton (Pro Se)
1986 Sunnyside Drive
Brentwood, TN 37027
(615) 837-1300

Docket No: 48419B
Fenton v. Fenton

## 2019-08-29 CORRECTED PAGE ONE OF MY "ONE-AND-DONE" FILED IN CHANCERY ON 8/29/2019, ADDRESSING EVERY ACTION TO DATE, INCLUDING MY DIVORCE ANSWER AND COUNTER-COMPLAINT, BUT I FORGOT TO LABEL THAT CORRECTLY. MS. STORY HAD AGREED TO EXTENSION WITH MY PREVIOUS COUNSEL CHARLES MARTY DUKE. THIS WAS LITERALLY THE SOONEST I WAS ALLOWED TO FILE IT PRO SE, AS ATTORNEY HAD TO WITHDRAW

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE AT FRANKLIN**

| | | |
|---|---|---|
| FAWN TIFFANY FENTON, | ) | |
| Plaintiff/Wife, | ) | |
| | ) | Docket No: 48419B |
| v. | ) | |
| | ) | |
| JEFFREY RYAN FENTON, | ) | |
| Defendant/Husband. | ) | |

**HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION, AND IN OBJECTION TO ORDER GRANTING MOTION TO SELL THE MARITAL RESIDENCE, AND HUSBAND'S ANSWER AND COUNTER-COMPLAINT TO WIFE'S COMPLAINT FOR DIVORCE, HEREAFTER REFERRED TO AS HUSBAND'S "ONE-AND-DONE"**

COMES NOW the Defendant/Husband, Jeffrey Ryan Fenton, for his response to the Wife's Motions, along with Husband's Countermotions, addressing all allegations to date, stating as follows:

First Husband would like to bring to the court's attention, the disabilities with which he has been diagnosed, and continues ongoing treatment for. If not properly understood, one could easily draw incorrect conclusions, specifically about Husband's communications, in how he speaks and even more so, his excessive use of words when writing. Please see Exhibit-A for a thorough explanation regarding this, from both Terry M. Huff (LCSW), Husband's Psychotherapist, and Dr. Richard E. Rochester (M.D.), Husband's Psychiatrist.

**Husband suffers from the following handicaps:**

Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5)

Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1)

Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2)

1

## 2019-08-29 Fenton v Fenton - Trial Transcript by Emily Sipe with Harpeth Court Reporters

**TR.v4 (498)**

·9· · · · · · · · MS. STORY:· Your Honor, the motion that

10· ·we are here on today is a motion for violation of the

11· ·order of the court that was August 14th of '19.· And

12· ·after the order was entered, there was a pretty scary

13· ·communication from Mr. Fenton.· I am not here today to

14· ·argue about that motion necessarily.· The more

15· ·pressing matter -- and that was his response, that is

16· ·the lengthy response we received this morning.· It

17· ·deals more with the issues of why he made those

18· ·statements and those type of things.

19· · · · · · · · But the more pressing issue, Your Honor,

20· ·was the deadlines for getting this house sold.· So

21· ·having leased the property, 1986 Sunnyside Drive in

22· ·Brentwood, you ordered that it be sold by auction.

**TR.v4 (499)**

11· ·tagged the items like your Order told her to, and it

12· ·was our understanding that Mr. Fenton would be out of

13· ·the house by September 1.· He said he was going to

14· ·Michigan and that's where his, I think, his mother

15· ·lives.· I think his father has a lake home in

> THE "ORDER OF PROTECTION" WAS **NEVER** A CONCERN, IT WAS A **TOOL**. THE ONLY REAL CONCERN WAS EVICTING ME AND **SELLING MY HOME!**

> **NEVER IN MY LIFE** HAVE I MENTIONED TO **ANYONE** THE IDEA OF ME MOVING BY **SEPTEMBER FIRST!**
>
> This is an entirely FALSE NARRATIVE again.

> My father does NOT own a LAKE HOME. Furthermore, Ms. Fenton KNOWS that we don't get along well, and that I could NEVER live at his home. As my father SAID in his LETTER BELOW:

It's not all me, I have 4-sisters
who haven't even spoken
to him in 25-years

Daniel Fenton

36 Thames Court

Crossville, Tn. 38558

To Whom It May Concern,

This letter is confirmation that Jeffery R. Fenton is welcome to visit for a
couple days but would not be permitted to stay with my wife and I for any
extended period of time.  We are not compatable for any visit more than a
couple days.

Sincerely,

Daniel Fenton

*If you need confirmation, call me in
Tennessee at 931 337-6170*

1

16· ·Tennessee.· That's where we thought maybe it would be

17· ·more logical for him to go, but that is up to him

18· ·where he wants to go.


**TR.v4 (500)**

10· · · · · · · ·MS. STORY:· It was in the Order already.

11· ·It was September 15th.· He said that he was moving

12· ·September 1st.· That is Sunday.


**TR.v4 (501)**

·3· · · · · · · ·THE COURT:· All right.· What date do you

·4· ·suggest?

·5· · · · · · · ·MS. STORY:· I have seen correspondence

·6· ·where he said September 1st.· Now he's saying he

·7· ·can't.· So I would suggest September 3rd, which is

·8· ·next Tuesday.· And I would like the Order to reflect

·9· ·that the Williamson County sheriff's department will

10· ·accompany him.· And at this point --

11· · · · · · · ·THE COURT:· You mean off the property?

12· · · · · · · ·MS. STORY:· Off the property.· And I

13· ·don't think he needs to take any property.

14· · · · · · · ·What he did, Your Honor, in this response

15· ·he filed, they had a TV that -- a Sony TV, a big

16· ·screen, that my client's brother had given her.· He

> **NEVER HAVE I MENTIONED MOVING SEPTEMBER FIRST!**
>
> Ms. Story is giving me just **5-DAYS NOTICE** that I am EVICTED and MUST MOVE 600 MILES AWAY TO SURVIVE! With ZERO replacement provision!

{ Page 190 of 295 }

17· ·now tells me in this response that he sold it for

18· ·$1,000.· And then the other thing, there was a

19· ·dehumidifier in the basement that was like a $2,500 to

20· ·3,500 dehumidifier for moisture.· He sold that.· So if

21· ·you let him take anything out at this point it's going

22· ·to be sold and he's dissipating marital assets, which

23· ·would be in violation of the restraining order.

24· · · · · · · · And at this point Mr. Anderson, he can

25· ·tag everything, they can video everything.· We will

**TR.v4 (502)**

·1· ·not disturb anything.· If we have to use proceeds to

·2· ·get a storage unit, we will do that for Mr. Fenton's

·3· ·belongings.· Mr. Fenton, in his response says he has a

·4· ·fear of heights.· And so driving to Michigan, he has

·5· ·to drive over the Cincinnati bridge.

·6· · · · · · · · MR. FENTON:· Yeah.· That's really hard

·7· ·for me.

·8· · · · · · · · MS. STORY:· And so he says he can't drive

·9· ·a U-Haul over it.· So if we can just let him take his

10· ·clothing, his jewelry, his personal effects, whatever

11· ·he needs that he can pack in his car, and not have to

12· ·drive a U-Haul of furniture at this point, that might

13· ·be the best thing to do.

**I just emailed** Ms. Story the TRUTH about the **TV** and **DEHUMIDIFIER** the NIGHT BEFORE, in the email above, "2019-08-28 Pre-Trial "Pro Se" Email to Touch Base with Attorney Story".

**Nowhere is it even mentioned in my Court Filing as she claimed!**

MS. STORY TOTALLY MISLEAD THE COURT, CAUSING ME TREMENDOUS HARM, WITH ZERO ADDED VALUE FOR HER OR MS. FENTON, UNLESS SHE PLANNED TO DEPRIVE ME OF MY PERSONAL PROPERTY ALSO, WHILE SELLING IT FOR THE BENEFIT OF HER AND MS. FENTON. **WHICH UNBELIEVABLY SHE LATER ATTEMPTED,** as shown further below.

TNJudicial.Org/e/airfil?3.3df Case 1:23-cv-01097-PLM-RSK Motion to Escalate to the Tennessee Supreme Court 1/19/2024 ECF No. 1-28, PageID.1561 Filed 10/13/23 DOC 125 LPage 193 of 296

of 145

14· · · · · · · · MR. FENTON:· Where is my furniture going

15· ·then?

16· · · · · · · · THE COURT:· Wait a minute.· We're doing

17· ·this one at a time.

18· · · · · · · · MR. FENTON:· I'm sorry.

19· · · · · · · · THE COURT:· Go ahead.

20· · · · · · · · MS. STORY:· If he will tag the items that

21· ·he wants, like my client tagged the items per your

22· ·order, if he'll just put a tag on items he wants,

23· ·we'll make sure that those get stored, and then we can

24· ·use the proceeds from the sale.· We're going to

25· ·deposit those into the clerk's office.· And we can use

**TR.v4 (503)**

·1· ·those to pay the next storage unit and then when he

·2· ·gets ready to come here and get his things, or maybe

·3· ·he wants to use some of his proceeds to have them

·4· ·shipped to him since he, you know, does have a fear of

·5· ·driving the U-Haul.

·6· · · · · · · · So I'm trying my best to be as

·7· ·accommodating to him and considering his condition

·8· ·that, you know, this is going to be a simple process

·9· ·for him.· He can take his clothes, his personal

10· ·property, be out September 3rd.· **We will tag**

As "fair" as this might SOUND, Ms. Fenton only needed to "TAG" less than a DOZEN items of hers remaining at the property since she MOVED a YEAR ago!

While in stark contrast, I had THOUSANDS of ITEMS of MINE at the property **SINCE I STILL LIVED THERE.** I OWN MY STUFF, because I WANT MY STUFF, and I'd like to KEEP MY STUFF! (To me, this was an INSANE, unfair, and impossible proposition!)

Plus, despite Ms. Story's PROMISE IN COURT, after I was evicted from MY HOME, and had traveled to MICHIGAN for basic shelter and food, Ms. Story REFUSED to have MY PERSONAL PROPERTY, stored and preserved in any way. She demanded that I pay her **$2,000** IMMEDIATELY, (while knowing they left me penniless), threatening to SELL or DISCARD of ALL MY PERSONAL PROPERTY otherwise! (Obtaining a FEDERAL Court Order from the Bankruptcy Court to **SUPERSEDE my $10k of "protected income and assets"** properly filed and served per TN Laws!)

11· **everything, take care of it.**· Mr. Anderson is not

12· ·going to destroy property.· That's all I'm asking for.

13· **And if he would sign the listing agreement today** and

14· ·we put in the order that it be -- that she have the

15· ·authority to sign any other necessary documents in

16· ·case he does go to Michigan.· It would be a little

17· ·bit, logistically, difficult to do that.

18· · · · · · · THE COURT:· What do you want me to do

19· ·with this violation of the Order?

20· · · · · · · MS. STORY:· **Just continue it.· We can**

21· **just reset that portion of the motion.**· He just filed

22· ·a response today.· **I'm fine to --** the ex parte remains

23· ·in effect anyway under the Order of the Court, **and I**

24· **have not seen any further violations of that Order.**

> THE "ORDER OF PROTECTION" WAS **NEVER** A CONCERN, IT WAS A **TOOL**. THE ONLY REAL CONCERN WAS EVICTING ME AND **SELLING MY HOME!**

**TR.v4 (504)**

22· · · · · · · THE COURT:· Now, let me just tell you

23· ·this -- and I just want to be clear about this. I

24· ·don't want to get into an emotional discussion about

25· ·what I will do and what I won't do.· Let me just tell

**TR.v4 (505)**

·1· ·you how it, works.· Once I put a Court order down, I

·2· ·really expect people to obey it.

{ Page **193** of **295** }

·3· · · · · · · · MR. FENTON:· Yes.

·4· · · · · · · · THE COURT:· **And so the only way a judge**

·5· **·can enforce a Court order if someone refuses to do it,**

·6· ·and we're seeing it more and more, people are doing

·7· ·what they want to do and not really paying attention

·8· ·to a Court order.· **And I'm taking the time to tell you**

·9· **·this because I don't want you and me to have problems**

10· **·with this.**

11· · · · · · · · MR. FENTON:· No.

12· · · · · · · · THE COURT:· **And let me tell you, my**

13· **·personal feeling is, as a judge, a judge who does not**

14· **·back up his or her Court order is worthless.**

15· · · · · · · · Now, if you have a reasonable excuse for

16· ·disobeying an order, I will certainly hear it.· And

17· **·the last thing I want to do is put someone in jail for**

18· **·violating an order.**

19· · · · · · · · MR. FENTON:· Yes.· And that's the last

20· ·thing I want, too.

21· · · · · · · · THE COURT:· **Sure.· Right.· And so you and**

22· **·I have an understanding.**· And so you don't know me but

23· ·I do mean what I say.

24· · · · · · · · MR. FENTON:· I believe that.

25· · · · · · · · THE COURT:· Okay.· Good.· And so we can

TR.v4 (506)

·1· ·dispense with the rest of that.

·2· · · · · · · MR. FENTON:· **And just as a question, were**

·3· ·**we saying that I disobeyed the Court order?**· Because I

·4· ·had --

·5· · · · · · · THE COURT:· **No, no, we don't have**

·6· ·**anything like that really in front of us but --**

·7· · · · · · · MR. FENTON:· Okay.

·8· · · · · · · THE COURT:· But let me tell you what I'm

·9· ·going to do here because we have to get moving.

10· · · · · · · ==MR. FENTON:· **Right.· Can I still tell a**==

11· ·==**little bit of my side before you rule on all of that?**==

12· · · · · · · THE COURT:· **Briefly.**

13· · · · · · · **MR. FENTON:**· Okay.· So basically on my

14· ·side, ==**the narrative that has been brought to the Court**==

15· ·==**so far is completely fraudulent about my person, about**==

16· ·==**who I am, about me being violent.· All of this stuff.**==

17· ·**The documentation that I provided you with shows that**

18· ·my wife is a highly skilled handgun instructor who

19· ·owns assault weapons, has 5,000 rounds of ammunition

20· ·under her bed.· I mean, she is trained by the NRA,

21· ·certified by the State of Tennessee to do rape

22· ·prevention, pepper spray, everything.· ==**So the whole**==

23· ·==**guise of feeling physically endangered was not** -- she==

On the AUDIO Recording from this trial, you can HEAR Judge Binkley hesitating "Ahhhh…." as if not planning to allow me to testify AT ALL in the trial. He finally said "BRIEFLY." Allowing me to speak for 7.1 Minutes, before he cut me off. He discarded everything I said though as not being relevant to the agenda that day in Court. (Though it was the pretense under which the hearing was called.)

Until after I was evicted and my home was sold, no one showed any interest in talking about our divorce or the quality of our marriage at all.

24· **tried to do that with her first attorney --**

25· · · · · · · THE COURT:· We're not dealing with that

**TR.v4 (507)**

·1· ·today.

·2· · · · · · · MR. FENTON:· I know.· **But that's**

·3· **basically the tone under which everything else is laid**

·4· **and that's --**

·5· · · · · · · THE COURT:· I practiced law for 35 years.

·6· ·Long, hard years in the trenches.

·7· · · · · · · MR. FENTON:· Right.

·8· · · · · · · THE COURT:· **I am trained to separate**

·9· **things in my mind that are important --**

10· · · · · · · MR. FENTON:· Okay.

11· · · · · · · THE COURT:· -- and things that are

12· ·unimportant.· And I'm not trying to be rude to you,

13· ·but you've got to trust me here.· If you were a

14· ·lawyer, I would be telling you the same thing. I

15· ·would be saying, **"Lawyer, that's not relevant to me**

16· **right now."**

17· · · · · · · MR. FENTON:· Right.

18· · · · · · · THE COURT:· **I don't really care about all**

19· **that.· That's for another day.**· But let me just tell

20· ·you this.

21· · · · · · · · MR. FENTON:· Okay.

22· · · · · · · · THE COURT:· These are real easy issues.

23· ·I have got to put an order down for you to be out of

24· ·that house.

25· · · · · · · · MR. FENTON:· I understand that.

**TR.v4 (508)**

·1· · · · · · · · THE COURT:· **On September 3rd.**

·2· · · · · · · · MR. FENTON:· **Can I speak a little more**

·3· ·**first?**

·4· · · · · · · · THE COURT:· **No.**

**TR.v4 (511)**

·3· · · · · · · · MR. FENTON:· But I wanted to take them

·4· ·with me so I'm only going over the bridge one time.

·5· ·That's what I was saying.

·6· · · · · · · · THE COURT:· **Well, I know that you would**

·7· ·**like to do that but we're not doing that.· Okay?**

·8· ·**That's not the fair way to do it.· And I'm not going**

·9· ·**to sit here and explain to you why it's not because**

10· ·**it's part of the law** that you assume when you stand up

11· ·**and start representing yourself.· Assume that you**

12· ·**know.**

{ Page **197** of **295** }

**TR.v4 (512)**

17 · · · · · · · MR. FENTON: Okay. I'm sorry. I would

18 · rather stay in the house during the auction with that

19 · being the case. But the only reason I was going to

20 · leave ahead of time --

21 · · · · · · · THE COURT: **You're not going to stay in**

22 · **the house.**

23 · · · · · · · MR. FENTON: I'm not going to stay in the

24 · house?

25 · · · · · · · THE COURT: **No, sir. You're going to**

**TR.v4 (513)**

· 1 · **leave by September 3rd noon, and you've got to be out**

· 2 · **of there or the** sheriff will escort you off the

· 3 · property.

· 4 · · · · · · · MR. FENTON: So have I done wrong to

· 5 · receive that kind of treatment, Your Honor? I mean,

· 6 · my wife had two months to move out.

· 7 · · · · · · · THE COURT: **Sir, we have already talked**

· 8 · **about all that.** We had a previous hearing. We have a

· 9 · previous Court Order. You're representing yourself.

10 · **You're assuming to know everything we've already**

11 · **talked about. I'm not going to go over it with you**

18 · · · · · · · MR. FENTON: On the last Court Order you

To this day I still have no idea WHY he was "PUNISHING" me so harshly, except for Ms. Story's alarming complaints, demanding that I was **"dissipating marital assets"**, which Ms. Story knew was NOT TRUE BEFORE Court, while she insisted that wasn't the REASON for the harsh judgment AFTER Court. I see no other explanation in either of the Court Orders or the Transcripts to justify this.

I honestly could not make ANY SENSE out of this, until I discovered and read the two articles in the Tennessean, revealing the close, long-term trusting friendships between Ms. Story and the Binkley family.

I can only conclude that it must have been either error or bias (Ms. Story was given the "benefit of the doubt" over me, even if unconsciously, due to their close and trusting friendship), although I do not believe that Ms. Story was operating in GOOD FAITH at any point.

19· said that I could take my stuff with me after the

20· ten-day walkthrough.· That's what your last Court

21· Order said, and I would like to be able to do that.


**TR.v4 (514)**

·2· · · · · · · THE COURT:· Do you understand that?· Your

·3· personal items, sir.· You're not stupid.· Listen,

·4· please.· Your personal items are your clothes, your

·5· personal jewelry, and that's it.

·6· · · · · · · MR. FENTON:· My bed or my furniture?

·7· · · · · · · THE COURT:· No, sir.· I'm going to say it

·8· for the third time.· No furniture, no furnishings, no

·9· nothing.

10· · · · · · · MR. FENTON:· That's not what you said in

11· the last order.

12· · · · · · · THE COURT:· Sir, you're not paying

13· attention.· You're not listening to what has happened.

14· You're not paying attention to anything.· And I'm not

15· going to spend three or four hours here at the -- just

16· trying to be nice to you and go through everything

17· again.· I'm just not going to do that.· You're

18· expected to know all of this.

19· · · · · · · Now, you're choosing to represent

20· yourself.· There's not a thing that I can do about

21· ·that.


**TR.v4 (515)**

25· ...And then I don't want you coming in


**TR.v4 (516)**

·1· ·and say, Judge, I didn't really understand that.

·2· · · · · · · Because I've been down this road with

·3· ·folks who represent themselves.· They don't get it.

·4· ·They don't understand, and then they whine and

·5· ·bellyache and come back and say that just wasn't fair.

·6· ·==Fair is something you do in the fall.==


**TR.v4 (517)**

·2· · · · · · · THE COURT:· All right.· What else,

·3· ·Ms. Story?

·4· · · · · · · MS. STORY:· That'll do it.· We can

·5· ·account for the items he sold at a later time and

·6· ·address that.

·7· · · · · · · MR. FENTON:· Can I make a comment about

·8· ·those, Your Honor?

·9· · · · · · · THE COURT:· No.

10· · · · · · · MR. FENTON:· That is before this was in

11· ·Court.

**TR.v4 (518)**

·1· · · · · · · · MS. STORY:· Since he probably will be

·2· ·moving to Michigan, I would be amenable to him

·3· ·attending the final hearing by telephone if he doesn't

·4· ·want to drive back.· And I can tell you, I will try to

·5· ·accommodate him in any way I can.

·6· · · · · · · · THE COURT:· I know you will.· You already

·7· ·have.

14· · · · · · · · THE COURT:· All right.· **Then if you'll**

15· ·**prepare the Order**, that'll take care of us.

Regretfully Ms. Story never provided me with an opportunity to participate via telephone as she promised here in Court either. Apparently, she justified that by a series of erroneous claims, less than truthful motions, and a misleading affidavit, denying me any opportunity to participate.

Consequentially, default judgments were ordered against me on every count!

Before we even BEGAN DISCOVERY, without even filing a "Motion for Default Judgment" as I thought was mandatory, to provide me with any notice or warning about the catastrophic damages to MY PERSON which followed.

I've now lost an entire YEAR of my LIFE, while having also lost every penny I had ever earned, invested, or saved, while I believe I was denied ANY "equal and due process", along with an opportunity to be HEARD by an impartial tribunal.

F-AWN[REDACTED] FENTON vs JEFFREY RYAN FENTON
00/29/2019

1       MS. STORY:  Since he probably will be
2  moving to Michigan, I would be amenable to him
3  attending the final hearing by telephone if he doesn't
4  want to drive back.  And I can tell you, I will try to
5  accommodate him in any way I can.
6           THE COURT:  I know you will.  You already
7  have.
8           MS. STORY:  And, also, the order probably
9  needs to say that Ms. Fenton can execute any other
10 documents that need to be executed because he might
11 not be here to sign anything, that Mr. Anderson might
12 need signed.  So I would like to be able to put that
13 in the Order.
14          THE COURT:  All right.  Then if you'll
15 prepare the Order, that'll take care of us.  That's
16 what we're doing.  That's the Order of the Court.
17 Thank you very much.
18          (Proceedings were adjourned at 11:44 a.m.)
19
20
21
22
23
24
25

(615) 933-6786
www.harpethcourtreporters.com          · 518          24

## 2019-08-30 Email to Ms. Story Regarding Urgent Concerns and Misunderstandings from Court the Day Before

From: Jeff Fenton Jeff@Meticulous.tech
Sent: Friday, August 30, 2019 1:48 PM
To: Virginia Story <virginia@tnlaw.org>; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough kyarbrough@tnlaw.org
Cc: elaine.beeler@tncourts.gov

Subject: Miscommunication Yesterday

**Hello Ms. Story,**

I just had the Clerk's and Master's Office send me a copy of the court order from yesterday.

==Apparently there was a miscommunication somehow, between when you spoke about the TV and the Dehumidifier, where Chancellor Binkley understood your comments about me selling the them, to have occurred during the Restraining Order Statutory Injunction, which is not at all correct. This was months before.==

It looks like that is what **upset** the Chancellor, and caused him to **change his ruling to forbid me from taking any of my personal property with me** when I move.

==As I don't believe that was what you were alleging, and I know that isn't what happened, how do we get this cleared up,== so that I can take my personal property with me, so that I can move to Michigan, as planned?

==This seems to all be about a simple misunderstanding,== more so that favoritism, as I thought. I ==just couldn't rationalize any other reason for such drastic changes in the order.==

How do we fix this quickly so I can leave?

==I've done nothing against the Statutory Injunction at all.== If anything, a little bit of money could arguably be kept from my final proceeds.

==Please advise, I want to get packing, but I legally can't.==

Thanks.

**Jeff Fenton**

### 2019-08-30 Ms. Story's Reply to My Urgent Concerns and Misunderstandings from Court the Day Before

From: Virginia Story virginia@tnlaw.org
Sent: Friday, August 30, 2019 3:36 PM
To: Jeff Fenton <Jeff@Meticulous.tech>; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough kyarbrough@tnlaw.org
Cc: elaine.beeler@tncourts.gov

Subject: RE: Miscommunication Yesterday

Mr. Fenton,

The transcript will reflect that we had no verification of a date that you sold the property and there was no prejudice to you whatsoever as you had just mentioned this in your multiple page pleadings that you filed on the morning of the hearing 8/29/19.

You are welcome and should provide proof of when you sold the TV and dehumidifier as this will be addressed at the final hearing.

The Judge made the decision that you will take personal clothing, your jewelry and toiletries/medication only.  He went over that several times with you.

You were not able to complete certain tasks in order to have the house ready for the auctioneers and at this point we will just have to store the items that you tag that you would like.

Remember whatever the storage fee is you will most likely have to pay out of your share of the proceeds so do not tag anything that you want the auctioneer to sale please.  The more you sale the less you have to haul to Michigan.  The proceeds from the sale of the real property and the proceeds from the sale of the furniture will be deposited into the clerk's office for save keeping.

TNJudicial.org/c/a/jrf1253.pdf   Motion to Escalate to the Tennessee Supreme Court (7/19/2021)   DOC.125 - Page 206 of 296

Please note that our office is closed Monday for a holiday so we appreciate your not emailing after office hours which are 8 to 5 pm.

Thanks,

**Virginia**

### 2019-09-16 Letter from Virginia Lee Story Claiming False Damages and Demanding $2,000 Immediate Payment for Storage - Threatening to Otherwise SELL and DISPOSE of MY Personal Property

**Story Abernathy & Campbell, PLLP**
**AN ASSOCIATION OF ATTORNEYS**
**Virginia Lee Story**
virginia@tnlaw.org

September 16, 2019

Re: Fawn ███ Fenton ys. Jeffrey Ryan Fenton
Williamson County Chancery Court No. 48419B

**Dear Mr. Fenton:**

My client was at the house over the weekend and has indicated that you left the house in a mess despite you having known since August I, 2019 that the property would be auctioned. The costs for cleaning out the house and moving the items that you have tagged per the Court Order to storage will be in excess of $2,000. Please send a check payable to Fawn Fenton noted for moving and clean up to my office address. I will provide you with each invoice, so you have an accounting of actual costs.

**If I do not receive a check from you in the amount of $2,000 by Friday, September 20, 2019, we will have to sell the remaining items in the house and then dispose of the items that cannot be sold.** Any proceeds from items sold will be deposited into the Clerk's office for distribution after payment of the costs.

{ Page **205** of **295** }

**As for the items you have tagged and for which you will send the $2,000 advance by Friday, September 20, 2019 for the movers and clean up, please make the arrangements for a storage unit.** This will need to be done by Thursday, September 26, 2019. Send me the name of the storage location and unit number with verification that the amount has been paid in advance so that when the movers arrive there are no snags.

**Finally, we did not locate any guns in the house.** Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all types, manufacturers, and models.

**Virginia Lee Story**

Attorney at Law

cc: Ms. Fawn Fenton

## ARGUMENT: Regarding Ms. Story's 9/16 Letter

675    Ms. Story wrote this letter on September 16th, I received it in the mail on the 19th,

676    the demanded funds were DUE TO HER the very next day, or she threatened to SELL and

677    DISPOSE of ALL MY PERSONAL PROPERTY, which SHE demanded in Court on 8/29

678    that I be forced to LEAVE BEHIND while vacating, as the WCSO escorted me out of my

679    home and off my property, under the false allegations by Ms. Story about me "Dissipating

680    Marital Assets". (Which was literally IMPOSSIBLE according to SECTION-IV of Ms.

681    Fenton's COMPLAINT FOR DIVORCE as previously cited.)

> **IV.**
>
> Plaintiff would show that the parties have no assets other than personal property which has been divided with the exception of a few items.  Husband and Wife have lived separately since April 2018.

{ **Page 206** of **295** }

682    This is CONTRARY to EVERYTHING which Ms. Story swore to in Court on

683    8/29/2019 before Chancellor Binkley and myself, while I was only given FIVE DAYS

684    notice to vacate everything in MY LIFE, leaving me homeless and destitute. STILL, I spent

685    literally DAYS cleaning and preparing our home without sleeping for the FIVE-DAYS

686    between my hearing on 8/29 and my eviction on 9/3. As such, the home was NOT AT ALL

687    in the horrid conditions which Ms. Story claimed. The laundry (bed linens and towels)

688    left around in piles was all CLEAN, I simply ran out of TIME before FOLDING it all and

689    putting it away!

690    **NONE** of this would have been left in this condition, had Ms. Story not chosen to

691    strategically and carelessly terrorize my life with her false, misleading, and I believe

692    malicious claims and subsequent requests in Court on 8/29/2019. There is NO MEANS

693    by which I can interpret ANY of this as having been done in GOOD FAITH by Ms. Story,

694    or having shown me ANY "HONESTY, FAIRNESS, INTEGRITY, and/or CIVILITY" as her

695    OATH of office requires.

696    Since Ms. Story KNEW that Ms. Fenton had VOLUNTARILY been our family's

697    ONLY wage earner for the past couple of years, in addition to being our primary

698    Breadwinner for at least the decade prior. Also knowing that I had been cut off from all

699    OUR FINANCIAL accounts, both asset and debt accounts, a YEAR PRIOR by Ms. Fenton

700    without ANY NOTICE, the very same NIGHT as Ms. Fenton ABRUPTLY ABANDONDED

701    ME on 4/22/2018. Ms. Story was also intimately familiar with how as a result of her

702    heavy-handed and unfair legal actions against me (as I can only see them), I had been

703    forcibly rendered homeless, without a PENNY of savings, provision, or support.

{ Page **207** of **295** }



704   As such, I can only logically interpret this action by Ms. Story to have been solely

705   to INJURE me further, while I believe also attempting to **EXTORT $2,000 from MY**

706   **MOTHER!** (Who is a person of very meager means, having raised FIVE children,

707   primarily alone, on a Nurse's salary, while working 12-hour shifts!)

708         I was quite convinced that I had been legally harassed and abused by Ms. Story in

709   Tennessee, as I had cried out to the Court (in my "ONE AND DONE" filed on 8/29/2019,

710   along with multiple emails to Ms. Beeler and others) for help and protection from Ms.

711  Story as well as Ms. Fenton's FALSE TESTIMONY, upon which some of Ms. Story's most

712  damaging actions were based. I begged the Court to please restrain Ms. Story to operating

713  within the Code of Conduct for Attorneys, as a Member of the Court, that she please be

714  required to adhere to her OATH of office, yet no one even ACKNOWLEDGED my cries

715  for help, while it only seemed to further fuel Ms. Story's rage and wrath toward me. The

716  Court continued to grant Ms. Story's EVERY REQUEST since I had begun representing

717  myself "Pro Se", no longer being able to afford Counsel.

718       As a final note, in this letter Ms. Story stated: *"Finally, we did not locate any guns*

719  *in the house. Please advise where they are located with the contact information"*.

720       **Ms. Story had an Exparte' ORDER OF PROTECTION against me for a**

721  **couple of MONTHS prior! IF I HAD THE GUNS THERE, I WOULD HAVE**

722  **GONE TO JAIL!** I see her ONLY interest in MY guns, as with her interest in ALL of MY

723  PERSONAL PROPERTY (as shall later be SHOWN), to be purely for the purpose of her

724  OBTAINING MY STUFF TO SELL for the benefit of someone OTHER than me! (ELSE

725  SOLELY TO FURTHER ABUSE ME, TO DEMONSTRATE HER POWER OVER ME.)

726       I hope that the Court is beginning to understand WHY I am so UPSET, and grants

727  me some flexibility regarding the harshness of my language, given the obvious damages

728  which I have had wrongly forced upon me, requiring me to CONTINUE fighting to THIS

729  DAY, simply to SURVIVE!

730       As unbelievably unethical and inhumane as I perceived this to be, it is NOTHING

731  compared to what was yet to FOLLOW, from Attorney Virginia Lee Story.

732       I NEVER expected to "WIN" in Court against Attorney Virginia Lee Story, but I

733  DID honestly believe that I would be treated more humanely than by far I experienced!

734          (ORIGINAL EMAILS IN THEIR NATIVE FORMAT, ARE ALL AVIALABLE

735     UPON REQUEST)

736

## 2019-09-18 Protected Income and Assets for Jeffrey Ryan Fenton #48419B (Affidavit of Claim Exemptions)

| State of Tennessee | Court (Must Be Completed) CHANCERY COURT | County (Must Be Completed) WILLIAMSON COUNTY |
|---|---|---|

**Protected Income and Assets**
(Affidavit of Claim Exemptions)

File No. **48419B**
(Must Be Completed)

Division **FRANKLIN**
(Large Counties Only)

2019 SEP 20 PM 3:40
FILED FOR ENTRY

Plaintiff/Creditor **FAWN ████ FENTON**
(Name: First, Middle, Last of person/company that filed lawsuit)

Defendant/Debtor **JEFFREY RYAN FENTON**
(Name: First, Middle, Last of the other person)

This Protected Income and Assets form is: ☒New/First time filed ☐Changed/Modified

You may use this form to tell the court about any income, property, or benefits that are protected from sale or seizure (garnishment) under state or federal law. You should file this form for each judgment you have against you.

**You may have to pay a filing fee. Can't afford the fee? Ask the court clerk for a paper called a Request to Postpone Filing Fees and Order (Uniform Civil Affidavit of Indigency).** Or go on the internet to www.tncourts.gov or www.justiceforalltn.com to get the form.

Fill out the form. Make a copy for each judgment against you **before you write in the file number and before signing the form.** Sign each copy. You can update this form if you need to protect new property. You must file an update for all unpaid judgments against you.

**IMPORTANT! You can protect up to $10,000.00 worth of personal property (lines 1-6), and only up to $1,900 for line 7.**

Some things are automatically protected. You do not have to list them below, such as: your family's clothing and suitcases or trunks where the clothing is stored, family portraits and photographs, the family bible and schoolbooks.

① I am the Defendant/Debtor in the court case listed above. I live in Tennessee and I claim that the following items are protected from garnishment. (TCA §§ 26-2-103 and 26-2-114). This personal property exemption right is in addition to certain items that are automatically exempt by law and do not need to be included in my $10,000 total, including funds on deposit in checking and/or savings accounts at:

**USAA FEDERAL SAVINGS BANK**
Name of Bank

consisting solely of Social Security, SSI, Unemployment, Workers Comp, AFDC/Families First, Veteran's benefits, alimony or child support, and/or state, federal or city pension.

| Item | Describe | Value: $1,850 |
|---|---|---|
| 1. Car, truck, or other vehicle | 2003 BUICK LESABRE (WHITE) 4D | $ 1,800 |
| | VIN: 1G4HR54K43U236502 | |

| March 2013 | Protected Income and Assets Approved by the Tennessee Supreme Court | Page 1 of 5 |
|---|---|---|

TNJudicial Courts /lf/125.pdf    Motion to Escalate to the Tennessee Supreme Court (4/19/2021)
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-28, PageID.1581    Filed 10/13/23    DOC 125 Page 213 of 296    Page 62
of 145

| CAR COVER | TAN COVER MADE FOR LESABRE | $ 50.00 |
|---|---|---|
|  |  |  |
| **2. Furniture/Electronics** |  | **$ 3,535** |
| QUEEN BED & FRAME | LYLA FOAM MATTRESS WITH DARK WOOD FRAME | $ 300 |
| SCREEN ROOM DIVIDE | BROWN WOOD 4-PANEL | $ 100 |
| MASTER CHAIR | BLUE/GRAY PLUS MICROFIBER | $ 50 |
| LINEN HAMPERS | BROWN WICKER (2) | $ 40 |
| FLOOR LAMP | BRASS (BEDROOM) | $ 25 |
| OFFICE DESK SET | 2 L-SHAPED GLASS TOP DESKS | $ 200 |
| OFFICE DESK CHAIRS | CLOTH & VINYL SWIVEL CHAIRS | $ 50 |
| FLOOR LAMPS | (2) SATIN NICKEL (OFFICE) | $ 30 |
| GRAY FILING CABINET | SHORT-MATCHES DESK (OFFICE) | $ 30 |
| FILING CABINETS | (2) HON BLACK METAL FULL-SIZE | $ 40 |
| RED SECTIONAL | 3-PIECE WITH 3-MATC PILLOWS | $ 350 |
| LARGE RUN & PADDING | BENEATH SECTIONAL IN FAM/RM | $ 100 |
| ENTERTAINMT CENTER | ESPRESSO WOOD | $ 300 |
| END TABLE | ESPRESSO WOOD w/ DRAWERS | $ 100 |
| COFFEE TABLE | ESPRESSO TRIANGULAR GLASS | $ 100 |
| FLOOR LAMP | SATIN NICKEL (FR) | $ 30 |
| LR COUCH & CHAIR | TAN PLUSH w/ TILE END TABLE & 2-TABLE TOP LAMPS | $ 200 |
| LAMP STAND | IVORY BROKEN-SLAB | $ 50 |
| BOOKSHELVES | BLACK COMPOSITE | $ 25 |
| TV-TRAY SET | (4) NATURAL WOOD COLOR | $ 25 |
| DINING ROOM SET | WOOD TABLE & 6-CHAIRS | $ 200 |
| FRAMED ARTWORK | SOAR LIKE EAGLES | $ 50 |
| FRAMED ARTWORK | BOBCAT & BIRD UP TREE (DAD) | $ 25 |
| SAMSUNG 40" TV | ON ENTERTAINMENT CENTER | $ 150 |
| MISC INPUT DEVICES | REMOTES, KEYBOARDS, MICE... | $ 65 |
| CANON CAMERA | 80D, 2 LENSES, CASE, ACCESS | $ 400 |
| MANFROTO TRIPOD | 055 XPROB TRIPOD w/ 229 HEAD | $ 150 |
| MANFROTO TRIPOD | FREE FLOATING FOR VIDEO | $ 100 |
| MOULTRIE 180I | GAME CAMERA w/ EXT BATTERY | $ 100 |
| CYBERPOWER UPS(S) | MISC UNINTERRUPTIBLE POWER SUPPLIES & SURGE PROTECTORS | $ 150 |

| 3. Household goods | | $ 3,320 |
|---|---|---|
| DISHES, GLASSES, CROK, PANS, UTINCILS, CULTERY, FLATWARE | ASSORTED KITCHEN EQUIP FOR PREPARING, SERVING, STORING, EATING FOOD | $ 200 |
| MICROWAVE | GE (WHITE) | $ 25 |
| SERINITY PRAYER | PLAQUE OVER STOVE | $ 20 |
| SHARK VACCUUM | ROCKET DUO w/ ATTACHMENTS | $ 75 |
| CLEANING SUPPLIES | MISC BROOMS, MOPS, BUCKETS, SCRUB BRUSHES, SOAPS, DETERGENTS, CHEMICALS | $ 50 |
| TOILETRIES | PAPERS, PERSONAL HYGIENE | $ 50 |
| TOILETRIES (SURPLUS) | TOILET PAP, PAP TOWELS, KLEENEX | $ 75 |
| DEHUMIDIFIER | SANTA FE "MAX DRY" 155 | $ 1,000 |
| LAWN MOWER | HONDA HRX217HYA | $ 150 |
| GAS TRIMMER | STIHL FS250R | $ 100 |
| CHAIN SAW | STIHL MS391 | $ 200 |
| DEWALT CHOP SAW | DEWALT DW705 | $ 100 |
| DEWALT 18V KIT | KIT: DW4CPK2 WITH CORDLESS DRILL DW959, RECIP SAW DW938 | $ 100 |
| PROTECTIVE HELMET | STIHL HELMET & FACE SHIELD | $ 25 |
| ROLLING TOOL CHEST | CRAFTSMAN RED 10-DRAWER | $ 125 |
| ALL TOTES IN CRAWL SPACE & HOUSE | TOTES BOTH BLACK AND GRAY, WITH CONTENTS AND EMPTY | $ 300 |
| HAND TOOLS | ASSORTED HAND TOOLS OF ALL KINDS, SOCKETS, WRENCHES, SAWS, SHEETROCK, PAINTING, ELECTRICAL, PLUMBING, HOUSEHOLD MAINT & LT CONST | $ 350 |
| MISC BLUNT TOOLS | MISC HAMMERS, PRY BARS, SLEDGEHAMMERS, AXES, SHOVELS, RAKES, YARD HAND TOOLS | $ 125 |
| REGENT WORK LIGHTS | (3) ORANGE WORK LIGHTS | $ 50 |
| MISC POWER CORDS | EXT CORD REELS – ALL SORTS | $ 100 |
| MISC HARDWARE & ELECTRICAL SUPPLIES | CAT-5 CABLE, ELECTRICAL WIRE, LOOSE HARDWARE FITTINGS, ETC | $ 50 |
| RIGID WET/DRY VAC | RIGID 6.25 HP 16-GAL | $ 30 |
| FURNITURE DOLLYS | 2 GROUND LEVEL DOLLYS | $ 20 |
| | | |

March 2013          Protected Income and Assets          Page 3 of 5
Approved by the Tennessee Supreme Court

| 4. **Bank Accounts** | Bank Name | Balance |
|---|---|---|
| NONE OTHER THAN LISTED ON PAGE-1 | N/A | N/A |
|  |  |  |
| 5. **Other** |  | **$ 1,180** |
| SENEGAL PARROT | PET BIRD NAMED "KIWI" | $ 100 |
|  |  |  |
|  |  |  |
| 6. **Cash** |  | **$ 107** |
|  |  |  |
| 7. **Tools of the Trade** (Things I need to earn a living) |  | **$1,900** |
| CABLE MODEM | MOTOROLLA (MODEL MB8600) | $ 50 |
| ROUTER & ACCESS PT | (2) ASUS (MODEL AC1900) | $ 100 |
| UNINTERRUPTIBLE POWER SUPPLY | (2) CYBERPOWER (MODEL 1500PFCLCD) | $ 100 |
| DELL 24" MONITORS | MODELS SP2309W & ST2320L | $ 100 |
| DELL OPTIPLEX 380 | DESKTOP COMPUTER (WIN-7) | $ 150 |
| DELL OPTIPLEX 755 | DESKTOP COMPUTER (WIN-XP) | $ 100 |
| HP PAVILION HPE-500Y | DESKTOP COMPUTER (WIN-10) | $ 150 |
| DVI KVMP SWITCH | ATEN CUBIQ (MODEL CS1644) | $ 50 |
| MULTIMEDIA SPEAKER | HARMAN KARDON SOUNDSTICKS | $ 50 |
| FUJITSU SCANNER | SCANSNAP IX500 DUPLEX DOC | $ 150 |
| BROTHER LABEL MKR | P-TOUCH PRO XL | $ 60 |
| WIRELESS HEADSET | PLANTRONICS (MODEL CS351N) | $ 30 |
| CORDED HEADSET | PLANTRONICS (MODEL T20RA) | $ 30 |
| DESKTOP TELEPHONE | PAN 4-LINE (MODEL KX-TG4000B) | $ 50 |
| NETWORK PRINTER | RICOH AFICIO LASER (SPC410DN) | $ 350 |
| AUSU NOTEBOOK | ASUS MODEL 305C | $ 150 |
| SHREDDER & TRASH | PAPER SHREDDER& TRASH CANS | $ 30 |
| WD PASSPORT & BOOK | USB BACKUP DRIVES | $ 100 |
| DELL POWER EDGE | SC1420 SERVER (WINDOWS 2003) | $ 100 |

March 2013                Protected Income and Assets                Page 4 of 5
Approved by the Tennessee Supreme Court

② **Read below then sign:**

I declare under penalty of perjury under the laws of the State of Tennessee that:

- The information on this form is true to the best of my knowledge.
- The information I provided is a correct and complete list of all of my income and assets to be protected.

Defendant/Debtor
Signs here: _____   Date: __9/18/2019__

Sworn to and subscribed before me this ___18th___ day of __September__, 20 __19__

_____
Deputy Clerk or Notary Public



**JOSHUA ORVIS**
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF GENESEE
MY COMMISSION EXPIRES AUG 24, 2024

## Certificate of Service
(How I gave this paper to the Plaintiff/Creditor)

I certify that I **(check one box)**

   □ hand delivered **or**

   ☒ mailed by first-class mail, properly addressed, a true and correct copy of this paper to the person listed below at the address below:

ATTORNEY VIRGINIA LEE STORY
_____
Name of Who You Are Giving This To (The creditor's lawyer or the creditor if no lawyer)

136 FOURTH AVENUE SOUTH, FRANKLIN, TN 37064
_____
Address of the Lawyer or the Creditor (Include City, State and Zip Code)

on _____9/19/2019_____.        ▶ Sign Your Name _____
   (Date you mailed/hand-delivered the copy)

### IMPORTANT!

**The court and clerks are not allowed to give you legal advice, even if you don't have a lawyer. This form is a public record. It is not legal advice. The law may change and it is**

---

**Bring the original and 2 copies of this form to the Court Clerk to be date stamped. Give the original to the Court Clerk.**
**Bring a stamped envelope addressed for each plaintiff to the Court Clerk. Mail one copy to the lawyer or if there is no lawyer, mail it to the plaintiff or company that sued you. Keep one copy for yourself.**

---

March 2013          Protected Income and Assets          Page 5 of 5
            Approved by the Tennessee Supreme Court

## 2019-09-23 COERCED Listing Signature Under THREAT of Incarceration EMERGENCY Email to ALL Parties: NEVER Read Contract – ILLEGAL AGREEMENT NULL/VOID/CANCELLED! HALT AUCTION!

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton <jeff.fenton@live.com> |
| **Sent:** | Monday, September 23, 2019 3:11 AM |
| **To:** | elaine.beeler@tncourts.gov; lisa.marsh@tncourts.gov |
| **Cc:** | Virginia Story; Heidi Macy; Kathryn Yarbrough |
| **Subject:** | FW: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURESS, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!! |
| **Importance:** | High |

### Ms. Beeler,

**Please forward this email to Chancellor Binkley.** If he doesn't have email, then please print this out and deliver it to him. I'm not sure how your communications work at the court house, but I read somewhere in the code about directly communicating with Judges, even in an ex parte capacity when needed. However, since Ms. Story is copied on this email, this should not be considered an ex parte communication.

I'd simply prefer that Chancellor Binkley have an opportunity to read my words as written by me, before Ms. Story has a chance to twist them into an even more horribly offensive lie again.

Thank you very much mam!

**Jeff Fenton**
**Docket: #48419B**

From: Jeff Fenton <jeff.fenton@live.com>
Sent: Saturday, September 21, 2019 3:33 AM
To: Tommy Anderson <tom@tommyanderson.us>; pmarlin@mcarthursanders.com
Cc: lisa.marsh@tncourts.gov; elaine.beeler@tncourts.gov
Subject: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!
Importance: High

### Mr. Anderson and Mr. Marlin,

So what price range do you realistically estimate that our house would sell through at? And what range would that make our net sales price?

I'm sure that Bancorp South is interested in the idea, because they will most likely get wiped-out in a foreclosure, being in second place. BUT my main concern is how much money Fawn and I can expect (if any) to put into OUR pockets, after it is all done and said?

Fawn and I already defaulted upon MY DUPLEX years ago, to prevent paying Bancorp South a balloon payment of $30k, on what was then known as their 125% second mortgage HELOC product, which they

1

discontinued after the housing bubble burst, so that I couldn't refinance or replay the loan, without leveraging our Sunnyside home WITH FAWN'S HELP, which she was ABSOLUTELY NOT willing to do. Even though we had leveraged MY DUPLEX for over $20k, to put INTO Sunnyside earlier, when we invested $100k of improvements into Sunnyside within the FIRST YEAR that we owned it.

So I'm pretty familiar with the foreclosure process. ████████████████████████████████████

████████████████████████████████████ Fawn's father has spent his entire life in real estate, he has owned his own brokerage, and also spent decades working the financial end of the business. (While her brother is also an MBA.) ████████████████████████████████████

██████████ (Where she can earn $100k per year, with a degree from MIT, while only having $50k in revolving debt, but somehow she CAN'T AFFORD to pay her bills, BUT she can afford a NEVER ENDING attack by the MOST EXPENSIVE ATTORNEY in town! Eventually, that is going to begin garnering attention, no matter how duped people are by Fawn and Ms. Story's LIES, or how compassionately they can FEEL FAWN'S PAIN, without realizing that it is almost ENTIRELY SELF-INFLICTED, trying to get away from absolutely EVERY FINANCIAL OBLIGATION TO ME, while I played a CRUCIAL ROLE IN BUILDING HER ENTIRE CAREER!

So finally MY Duplex was sold at a Foreclosure Auction, for $160k! Then, because of a decade worth of improvements, hard work, and money which I had put into the property, it was sold on the market **THREE MONTHS LATER** for $250k!

**We handed some lucky investor a $90k dollar profit (in THREE MONTHS) for buying MY DUPLEX** at a foreclosure auction (to save Fawn from another $30k of debt, in HER NAME, while all of our MONEY and DEBTS were treated JOINTLY, regardless of whose name they were legally in). As some investor spent less than $5k in improvements, because I had already spent a decade rebuilding the home from the ground up, with quality components you only find in nice custom homes, not in construction grade rentals. While I received absolutely nothing from the foreclosure auction, and the second to BCS was never paid at all.

Meanwhile, BCS never sent me a single statement, they never told me that I still owed them a dime, nor did they report any further active debts on my credit report, for THREE YEARS! After which, as my credit score improved this past year, out of the blue, BCS had their attorney SUE ME for not repaying the second mortgage, and WON a $34k judgment against me... even though they left $90k of MY EQUITY on the table, as a result of preferring a foreclosure auction than the risk of buying out the first and selling the property on the market. (That sounds like their POOR business decision, not MINE, so why do I still owe them? And since they had a security interest in MY DUPLEX, but it is GONE now, WHY are they legally able to perform a "swap of collateral" and now have a $34k LEIN against our current home on SUNNYSIDE? **That's messed-up more ways than I can articulate!** All while the VP for the Maryland Farms Bancorp South Branch had been to my home, and KNEW that ALL my money and VALUE was IN MY DUPLEX (not in my person), and that I HAD no other assets, until Sunnyside came along.

So yes, I understand how this will benefit BCS, and how it will benefit Fawn by not being sued later by BCS, **but no one has yet given me a clue how this auction, rendering me homeless, and throwing away a few HUNDRED GRAND of MY net worth,** toward my quality of life now, as well as my retirement, along with nearly a decade of hard work, and my entire ROTH IRA retirement savings accounts, which were liquidated for the down payment on Sunnyside, will in ANY way benefit ME?

I will always love Fawn, despite how she has unilaterally destroyed both of our lives (largely thanks to menopause, and the hatred which her family holds for me). While I still feel her pain, and I have spent more diligence trying to convince Fawn of financial, housing, and tax strategies where SHE can ENJOY the prosperity and rewards of her career, with a much brighter future to look forward to, than she has dogmatically pursued without the slightest regard for the consequences. Which has BY FAR superseded any of my concerns for my own welfare, through this divorce. As Fawn has publicly mocked me, turned our friends and even MY NEIGHBORS against me, judging me harshly without even being able to SEE a single WRONG of her own. The TRUTH is, that no matter how badly I FEEL for Fawn, I have absolutely NO POWER to STOP

2

her from continuing to HURT US BOTH MORE! (My own attorney felt sorry for Fawn, even though he recognizes her complete SCAM against me. Because he earnestly believes that Fawn is in a NOSE DIVE, initiated by her choosing, regardless of the costs, but which she can no longer control.) That breaks my heart! Yet I can't protect her anymore, since her life's mission has become to destroy me. That was the worst part about the divorce, I had spent the past 15 years, protecting Fawn every way that I possibly could, even publicly inviting the blame for things which were HER fault, simply to protect her emotions (pride), to protect her career, and to protect her person. Then one day she woke-up and started believing that all the lies which we had told the World, about how every failure had been MY FAULT (since it is MUCH LESS IMPORTANT to ME, what other people think about me – as you can clearly SEE here) that somehow that fabricated narrative formed to PROTECT her, was ALL TRUE! That I was some kind of MONSTER and that she was the poor helpless VICTIM. Then her family started reinforcing those insane thoughts, and cheering her on towards dumping her "dead weight" (me)!

Then I was faced with the most heart-breaking reality, that I can't both PROTECT Fawn (as my heart desires, and had been MY MISSION since I met her), while DEFENDING myself against her ruthless unannounced attacks, at the same time. I either chose to die and walk off into the woods with nothing (which I can't bring myself to do), or she continues like the Tasmanian Devil in the cartoons, devaluing and destroying both of our lives, like a whirlwind, while trying to scare me off or snuff me out, without ever picturing a World where we could BOTH live through this, and rebuild our lives, to BOTH thrive again one day. Now, too much has been destroyed for me to ever realistically recover, but there is still the hope that one day she will find her way back home! To where her heart longs to be! Yet I can never play a role, be involved, or even know if she is ever fortunate enough to succeed in that. I truly hope and pray that she does though!

So while she has the six figure income which I helped her to reach and maintain, I've sacrificed my career, with us BOTH KNOWING and AGREEING that hers as a LICENSED ARCHITECT, has WAY MORE earning potential than mine. As a result, we BOTH DECIDED TOGETHER, that Fawn's primary role was to MAKE THE MONEY, while my primary role was to MAKE THE MONEY WORK FOR US! While I also filled EVERY GAP in our lives, supporting her both at home and at work, while entirely managing our household. Revolving my life around hers, and pursuing some small business ventures in my "spare" time. I WORKED CONSTANTLY! Yet now that PRINTING is no longer a significant industry in Nashville (where I once made $24 per hour, 15 YEARS AGO!), I'd be lucky to earn $25 - $30k per year now (with merely a high-school diploma and some self-taught but SLOW skills – due to my handicaps). ████████████████████
████████████████████████████████████████

Without me having at least some realistic projections (that I believe are plausible), which are somewhat satisfactory to me, at least meeting the bottom-end of my basic needs, I will NEVER sign a sales contract. At the same time, let me NOTIFY you herein, that your LISTING AGREEMENT which I signed in court under extreme duress, was coerced illegally, without me EVER HAVING EVEN READ THE DOCUMENT, STILL TO THIS DAY, nor with the court allowing me the opportunity and time to do so, then and there upon demand. (I NEVER read it, because I NEVER planned to sign it, and I didn't believe that ANYONE had the authority to DEMAND that I SIGN MY NAME to something which I DO NOT AGREE WITH or CONSCENT TO! Which is the entire purpose behind SIGNING any DOCUMENT!) IF the court has the authority and the desire to FORCE the sale of MY HOME, regardless of my wishes, then let the JUDGE sign the Listing Agreement HIMSELF, or to order that MY HOME be sold without my signature, leaving me out of the transaction all together! No disrespect intended to the court or the Judge, but I never expected for a Judge to coerce and yell at me to commit an illegal act, in a court room, under the threat of incarceration, ENTIRELY based upon the OUTRAGEOUS LIES of Ms. Story, which for some reason Chancellor Binkley chose to believe without question. Ms. Story could have just as well been sitting at the bench, while cracking a whip at me!

Consequentially, your LISTING AGREEMENT with my coerced signature under extreme duress, without even having been allowed time to read your document, you are HEREIN NOTIFIED is now and forever declared NULL/VOID/CANCELLED and NEVER legally existed in the FIRST PLACE! Should you choose to move forward with this listing and auction anyways without my express permission AFTER the date of this email, coming directly from me, (by NEGOTIATION NOT FORCE), then I will be forced to pursue every legal remedy available to me, against your company, both collectively and individually, including complaints to the Real

3

Estate Commission, and other agencies focused on professional accountability and consumer protections, along with the traditional court systems.

I honestly don't know either of you, nor do I wish either of you any harm. You have simply been solicited by Ms. Story, into a huge war zone, where her and Ms. Fenton are in the process of committing a FRAUD which has been so skillfully and ruthlessly planned and executed, that it is not even noticeable to the unsuspecting eye, where a great deal of education and argument is required simply to begin to SEE THE SCAM which they have collectively waged against me here.

While most people are too afraid of Ms. Story to confront her as I am (which shall only escalate, drawing in larger and larger audiences, until FAIRNESS is found), the consequence of taking EVERYTHING which someone has, and leaving them homeless, broke, and abused, is that person can confront ANYONE in a LEGAL manner (civil suits are irrelevant, since I am "uncollectable"), unless I commit a criminal act and am incarcerated (while Ms. Story has committed at least TEN criminal acts, maybe even a HUNDRED, to each ONE of mine) than there is HONESTLY NOTHING WHICH SHE CAN DO TO HURT ME MORE, THAN SHE IS, HAS, AND OTHERWISE WOULD REGARDLESS! That is the price of GREED! To take SO MUCH from someone, that there is LITERALLY NOTHING LEFT TO THREATEN TO TAKE FROM THEM!

Anyhow, I expressly REVOKE my signature on that listing agreement, and declare it cancelled, never legally executed, null and void, as I am now clearly notifying you.

While despite what lies which Ms. Story will probably tell you, the court order DOES NOT give Fawn the AUTHORITY to sign the LISTING AGREEMENT for me (hence the Judge yelling at me and threatening me to sign it). The court ONLY gave Fawn permission to sign any subsequent documents for closing, without me. (Because "logistically it could be difficult with me in Michigan" she declared in court, while that is done in title companies EVERY DAY, across the Country! (She just wanted CONTROL over the process after I signed the listing agreement, not expecting for me to stand-up for my rights, and challenge both HER and the Judge's actions during that portion of our hearing.)

I'm not completely opposed to selling our home anymore, after being allowed to peacefully pack and MOVE all of MY PERSONAL PROPERTY to MICHIGAN, nor am I afraid in the slightest bit about our home foreclosing (like Fawn let MY HOME), because without some sort of executed settlement-agreement or MDA BEFORE the sale, I will receive EXACTLY the same amount either way. Which is NOTHING! So NOW is the time for them to cut a deal and be a TINY bit fair to me, if ever they want me to VOLUNTARILY SACRIFICE EVERYTING which I have worked for MY ENTIRE LIFE!

Doesn't that sound reasonable and FAIR?

So please tell me, with a range of firmer numbers, HOW MUCH can I realistically EXPECT to walk with, if I ever allow you to AUCTION MY HOME?

While asking you now for the third time, you don't seem to want to offer me any projections, instead of an apology afterwards.

Hence as explained, my signature was coerced illegally (EVEN IF BY A TRIAL COURT JUDGE), and will NOT stand-up to both documented and recorded scrutiny, in the eyes of the Tennessee Real Estate Commission, nor in the eyes of any Appellate Court, whether on a State or Federal level, which is where this is going next, should it be sold despite my expressed demands that it NOT BE!

I HOPE that you will value the future of your professions and your business, more than this opportunity to make a quick buck. I'm sorry that you've been "strung-along" by Ms. Story, but believe me, I played absolutely NO ROLE in that.

I wish you both the BEST in your professional futures!

Sincerely,

Jeff Fenton
1986 Sunnyside Drive
Brentwood, TN 37027

## 2019-09-25 Ms. Story's Secret Weapon to Supersede Tennessee State Laws with Federal, to SELL and DISCARD MY "PROTECTED INCOME & ASSETS"

### THIS IS PROOF OF STRATEGICALLY MANIPULATING MS. FENTON'S BANKRUPTCY
SPECIFICALLY TO HARM ME MORE – SERIOUS FEDERAL CRIMES VIA ADA, FED & BK LAWS

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | | |
|---|---|---|---|
| | ) | | |
| FAWN ████ FENTON | ) | CHAPTER | 13 |
| 102 █████ | ) | CASE NO: | 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE | WALKER |
| SSN: XXX-XX-2065 | ) | | |
| | ) | | |
| DEBTOR | | | |

#### ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to

Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1.

There being no objections raised at the call of the docket, the Motion is found to be well taken and it is

therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood,

Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting

Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County,

Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the

liens of Bank of America, N.A. and Bancorp South. This transaction shall be conditioned on the Debtor

providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of

the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing

account on behalf of the parties pending further orders of the Chancery Court for Williamson County,

Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY*
*AS INDICATED AT THE TOP OF THE FIRST PAGE.*

Case 3:19-bk-02693    Doc 66    Filed 09/27/19    Entered 09/27/19 11:34:45    Desc Main
Document    Page 1 of 2

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1221.00

APPROVED FOR ENTRY:

/s/ Alex Koval
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:19-bk-02693   Doc 66   Filed 09/27/19   Entered 09/27/19 11:34:45   Desc Main
Document   Page 2 of 2

737    ROTHSCHILD & AUSBROOKSIS IS ALSO LIABLE FOR INTENTIONALLY

738    MANIPULATING THE BANKRUPTCY (BK & ADA CRIME) FAILING TO DISCLOSE MY

739 INVESTMENT IN HOME, DENYING ME NOTICE, HIDING FINANCIAL SUPPORT

740 WHICH I CONTINUED TO RECEIVE FROM MS. FENTON AFTER BK FILE DATE.

741

742

# <u>2019-09-26 Letter from Virginia Lee Story Valuing MY Personal Property at $3,000 Claiming that it is not "Financially Responsible" to Keep & Move</u>

**WARNING ABOUT MOTION SHE IS FILING TO SELL & GET RID OF ALL MY PERSONAL PROPERTY REMAINING IN MY HOME – WHICH SHE FORCED ME TO VACATE WITHOUT UNLESS I PAY HER FOR PACKING, STORAGE, AND MOVING (AGAIN: THE POLAR OPPOSITE WHAT SHE PROMISED IN COURT)**



**Story Abernathy & Campbell**
PLLP | AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story
virginia@mlaw.org

Joanie L. Abernathy
joanie@mlaw.org

Neil Campbell
neil@mlaw.org

Kathryn L. Yarbrough
kyarbrough@mlaw.org

Of Counsel:
James E. Story,
Attorney at Law

Marissa L. Walters
marissa@mlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

Licensed in Kentucky

September 26, 2019

*Via First Class Mail and E-Mail*

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430
Jeff@meticulous.tech

Re:     *Fawn Tiffany Fenton vs. Jeffrey Ryan Fenton*
        *Williamson County Chancery Court No. 48419B*

Dear Mr. Fenton:

To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

williamsoncountyattorneys.com

Rule 31 Family Law Mediator

Jeffrey Fenton
September 26, 2019
Page 2

Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton

williamsoncountyattorneys.com                    Rule 31 Family Law Mediator

**From:** Amanda Smith <info@foxmoving.com>
**Sent:** Monday, September 23, 2019 5:56 PM
**To:** █████████████████
**Subject:** Your Moving Estimate!

**Fox Moving and Storage**
5030 Harding Place
Nashville, TN 37211
DOT: 1670280, MC: 613943
www.foxmoving.net
Ph: 615-770-3000
Fax: 615-835-3865
**Amanda Smith**
9/23/2019
Reference #: **1475587**

### Fox Moving and Storage - Your Moving Estimate!

Dear **Fawn Fenton**:

My name is **Amanda Smith** and I have been assigned as your Certified Moving Consultant.
My email is amanda@foxmoving.com and my phone number is **615-770-3000.**

**Please see below for your moving estimate:**

```
Quote
Based on the information you provided, cost is as follows:
Custom Charges:
* 1/2 Roll of Shrink ......................... 1 x $60.00 ea = $60.00
* Small box / Packed ......................... 3 x $10.00 ea = $30.00
* Medium box / Packed ....................... 25 x $11.00 ea = $275.00
* Large box / Packed ......................... 1 x $12.00 ea = $12.00
* Dishpack / Packed .......................... 2 x $24.00 ea = $48.00
* Large Picture / Packed ..................... 5 x $30.00 ea = $150.00
* LG Flat screen ............................. 1 x $40.00 ea = $40.00
* Wardrobe / Packed .......................... 1 x $24.00 ea = $24.00
Miscellaneous Items:
* Relocation service 1 truck 3 men to Fox Storage .......... = $2,256.00
* Optional full value protection $1074 (not included in pric
  e) ......................................................... =
```

**Total Price: ...................... $2,895.00**
**TOTAL ESTIMATE: ................... $2,895.00**

| Origin | 1986 Sunnyside Drive, Brentwood, TENNESSEE 37027 |
|---|---|
| | 1255.94Cf - 8797Lbs |
| Destination | 5030 Harding Place, Nashville, TENNESSEE 37211 |

| Reference # | Customer: | | Move Date: |
|---|---|---|---|
| 1475587 | Fawn Fenton, 615-333-7377 | | 9/26/2019 |

| **Garage** | | | |
|---|---|---|---|
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| PBO, Box | Qty: 11 | 47.19 Cuft | 330 Lbs |
| Box, Medium | Qty: 7 | 21 Cuft | 147 Lbs |
| Metal Shelves | Qty: 5 | 25 Cuft | 175 Lbs |
| Trash Can | Qty: 1 | 7 Cuft | 49 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| **Kitchen** | | | |
| Microwave | Qty: 1 | 4 Cuft | 28 Lbs |
| Box, Medium | Qty: 3 | 9 Cuft | 63 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| **Living Room** | | | |
| Glass top table | Qty: 1 | 5 Cuft | 35 Lbs |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Cabinet | Qty: 1 | 20 Cuft | 140 Lbs |
| Tv | Qty: 1 | 20 Cuft | 140 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| Table, end | Qty: 1 | 5 Cuft | 35 Lbs |
| Sofa | Qty: 2 | 80 Cuft | 560 Lbs |
| Sofa Section | Qty: 1 | 20 Cuft | 140 Lbs |
| Rug or Pad, Large | Qty: 1 | 10 Cuft | 70 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Dining Room** | | | |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Dining Chair | Qty: 6 | 30 Cuft | 210 Lbs |
| Dining table | Qty: 1 | 30 Cuft | 210 Lbs |
| Pedestal | Qty: 1 | 10 Cuft | 70 Lbs |
| **Bedroom** | | | |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Ottoman | Qty: 1 | 5 Cuft | 35 Lbs |
| **Office** | | | |
| Desk, Computer | Qty: 4 | 88 Cuft | 616 Lbs |
| Picture | Qty: 4 | 2.84 Cuft | 20 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, medium | Qty: 5 | 15 Cuft | 105 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1227.00

TNJudicial.org/c/c/jrf.1228.pdf    Motion to Escalate to the Tennessee Supreme Court (04/49/2021)    DOC 125 | Page 228 of 296

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-26, PageID.1596   Filed 10/13/23   Page 77 of 145

| Printer | Qty: 1 | 4 Cuft | 28 Lbs |
|---|---|---|---|
| Printer | Qty: 1 | 6 Cuft | 60 Lbs |
| Lateral File | Qty: 1 | 20 Cuft | 140 Lbs |
| **Bedroom #2** | | | |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Box, large | Qty: 1 | 5 Cuft | 35 Lbs |
| Vacuum Cleaner | Qty: 1 | 5 Cuft | 35 Lbs |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Bathroom** | | | |
| Box, Medium | Qty: 2 | 6 Cuft | 42 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |
| **Master Bedroom** | | | |
| Box, Wardrobe Lrg | Qty: 1 | 15 Cuft | 105 Lbs |
| Box, Medium | Qty: 4 | 12 Cuft | 84 Lbs |
| Chair, Occasional | Qty: 1 | 15 Cuft | 105 Lbs |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Totes | Qty: 2 | 12 Cuft | 84 Lbs |
| Clothes Hamper | Qty: 1 | 5 Cuft | 35 Lbs |
| **Family Room** | | | |
| Bookcase | Qty: 1 | 20 Cuft | 140 Lbs |
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| Table, small | Qty: 1 | 2 Cuft | 14 Lbs |
| File Cabinet 4-5 Dr | Qty: 2 | 40 Cuft | 280 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, small | Qty: 3 | 6 Cuft | |

--
***Tommy Anderson, Broker/Realtor/Auctioneer***
***HND Realty***
***www.HNDREALTY.COM***
***(615) 969-5819***

## 2019-09-26 MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE Filed by Attorney Virginia Lee Story

COPY

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

2019 SEP 26  PM 12: 37

FAWN ▮▮▮▮ FENTON,          )
   Plaintiff/Wife,              )
                 )          FILED FOR ENTRY_____.
                 )
v.                               )          No. 48419B
                 )
JEFFREY RYAN FENTON,      )
   Defendant/Husband.        )

### MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE

COMES NOW the Plaintiff/Wife, Fawn ▮▮▮▮ Fenton (hereinafter "Wife"), by and through her attorney of record, Virginia Lee Story, and files this Motion to Sell the Contents of Marital Residence and in support of her Motion, would state as follows:

1. This Court entered an Order on August 29, 2019, in which Husband was ordered to vacate the marital residence on or before September 3, 2019 at noon in order for the house to be prepared for auction. The Court entered an Order on August 6, 2019 to auction the property however Husband was dragging his feet in getting packed although he had over thirty (30) days and is not employed outside the home to move and pack his items.

2. As stated above, Husband had between August 1-29 to pack and move all of the items that he wished to retain from the marital residence. However, because Husband continued to delay the process, this Court entered the August 29, 2019 Order setting Husband's move out date to September 3, 2019 and restricted what items he was able to remove from the home. Pursuant to that Order, Husband was to remove only his personal items (i.e. clothing, toiletries, jewelry and medication) and was to tag any remaining items that he wished to be awarded at the Final Hearing. However, instead of complying with the Court Order he again delayed and continued to write lengthy

1

emails about why he could not pack his items and addressing wild animals on the property and conditions of the home that were irrelevant to the process of his packing and vacating.

3. Despite having five (5) days following the August 29, 2019 hearing to get his personal items packed and tag any other items he wished to retain, Husband left the home in a state of disarray after having to be forcibly removed by the Sheriff's Department on September 3, 2019. Husband continued to send lengthy emails without addressing what was to be done with all the furnishings that he said that he wanted but did not tag as requested. Wife has had to work tirelessly at the property to get it in condition for the auction on September 28, 2019.

4. Thereafter, Husband sent numerous e-mails to counsel for Wife with extensive lists of items that he wished to retain from the marital residence that he did not tag as he was ordered to do per the August 29, 2019 Order. Furthermore, Husband had not paid the utilities at the home as he stated from the rent money he was receiving and on September 2, 2019, he notified Wife through counsel that he was in arrears utilities and that he had received a cut off notice. Wife later learned that Husband had called all three (3) utility companies (NES Electric, Piedmont Natural Gas and HVUD water) on or before September 22, 2019 and requested that each utility in his name be shut off. Husband did not make Wife's counsel aware that he had these utilities shut off. In order to have the utilities turned back on, so that the house could be ready for auction, Wife had to set up new accounts in her own name. To date, Wife has paid $293.47 to NES to prevent the electric from being disconnected pending the closing on the home.

5. Counsel for Wife sent a letter to Husband on September 16, 2019 requesting funds to

2

help pack and move the property he tagged. Counsel requested that a storage facility be secured if Husband wanted his items stored. At this point, Wife has no choice but to move the items to the basement that Husband has tagged so that the house is presentable for auction. However, after the auction on September 28, 2019, Husband needs to either send funds for the movers to move his items to storage and pay the storage facility fee or the items need to be sold or discarded. In correspondence to Husband dated September 26, 2019, counsel for Wife provided a firm date of October 2, 2019 for Husband to produce the funds to pay for the packing, moving and storage of the items he wishes to retain. It is anticipated that Husband will have funds from the closing to pay for his items to be shipped to Michigan if he so chooses, but he needs to decide if he wants everything shipped or a portion thereof as soon as possible. In the interim, Wife has lost her job and she has no funds to advance to pay the movers and does not have the funds to secure a storage unit for Husband nor would she feel comfortable signing a rental agreement for a storage facility for Husband. Wife is amenable to managing the removal of the remaining items either by selling, donating, giving away or discarding anything remaining in the home. Wife would keep an inventory of any items sold and deposit any funds received into the Clerk's office if the Court directs her to do so.

6.  Husband's actions have left Wife in a position to have to deal with packing, moving and storing items remaining in the marital residence so that it will show well at auction and bring in an optimal sales price. Husband should be required to pay all of Wife's attorney's fees for having to file this Motion and deal with the aftermath of his failing to follow the Court Order.

3

7. Wife obtained a quote from Fox Moving and Storage of Nashville (attached hereto as **Exhibit 1**) for packing, storing and moving all of the items that Husband wishes to retain. The cost of moving these items to Michigan, where Husband is currently residing, would be in excess of $6,000.00 which is not financially feasible for the parties at this time. Further, the cost to pack, move and store the items in a storage facility in Nashville would be over $3,000.00, with a monthly storage fee of $495.00. The entire remaining contents of the home are not even valued at more than $3,000.00.

8. Wife requests that she be allowed to sell, donate, give away or discard any remaining items not tagged in the marital residence. Any proceeds from the sale of said items will be placed in escrow with the Clerk & Masters Office for distribution at the Final Hearing of this matter which is currently scheduled for October 21, 2019.

WHEREFORE, premises considered, Wife respectfully requests that this Court grant her Motion and that she be awarded her attorney fees for having to bring this Motion.

Respectfully submitted,

**VIRGINIA LEE STORY; BPR #11700**
*Attorney for Plaintiff/Wife*
136 Fourth Avenue, South
Franklin, Tennessee 37064
(615) 790-1778
virginia@tnlaw.org

**THIS MOTION IS SET TO BE HEARD ON OCTOBER 10, 2019 AT 9:00 A.M. ON THE CHANCERY COURT MOTION DOCKET HEARD AT THE WILLIAMSON COUNTY COURTHOUSE. IF NO WRITTEN RESPONSE TO THIS MOTION IS FILED AND SERVED IN THE TIME SET BY THE LOCAL RULES OF PRACTICE, THE MOTION MAY BE GRANTED WITHOUT A HEARING.
TESTIMONY EXPECTED**

4

FRBP Violated: #3:19-bk-02693     TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)     JRF.125.1232.00

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing was forwarded via first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430
Jeff@meticulous.tech

on this the 26th day of September 2019.

**VIRGINIA LEE STORY**

5

**From:** Amanda Smith <info@foxmoving.com>
**Sent:** Monday, September 23, 2019 5:56 PM
**To:**
**Subject:** Your Moving Estimate!

**Fox Moving and Storage**
5030 Harding Place
Nashville, TN 37211
DOT: 1670280, MC: 613943
www.foxmoving.net
Ph: 615-770-3000
Fax: 615-835-3865
**Amanda Smith**
9/23/2019
Reference #: **1475587**

### Fox Moving and Storage - Your Moving Estimate!

Dear **Fawn Fenton:**

My name is **Amanda Smith** and I have been assigned as your Certified Moving Consultant.
My email is **amanda@foxmoving.com** and my phone number is **615-770-3000.**

**Please see below for your moving estimate:**

```
Quote
Based on the information you provided, cost is as follows:
Custom Charges:
* 1/2 Roll of Shrink ........................  1 x $60.00 ea = $60.00
* Small box / Packed .......................  3 x $10.00 ea = $30.00
* Medium box / Packed ...................... 25 x $11.00 ea = $275.00
* Large box / Packed .......................  1 x $12.00 ea = $12.00
* Dishpack / Packed ........................  2 x $24.00 ea = $48.00
* Large Picture / Packed ...................  5 x $30.00 ea = $150.00
* LG Flat screen ...........................  1 x $40.00 ea = $40.00
* Wardrobe / Packed ........................  1 x $24.00 ea = $24.00
Miscellaneous Items:
* Relocation service 1 truck 3 men to Fox Storage .......... = $2,256.00
* Optional full value protection $1074 (not included in pric
  e) ...................................................... =
```

**Total Price: ................... $2,895.00**
**TOTAL ESTIMATE: ................ $2,895.00**



FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1234.00

| Origin | 1986 Sunnyside Drive, Brentwood, TENNESSEE 37027 |
|---|---|
|  | **1255.94Cf - 8797Lbs** |
| **Destination** | 5030 Harding Place, Nashville, TENNESSEE 37211 |

| Reference # | Customer: | | Move Date: |
|---|---|---|---|
| 1475587 | Fawn Fenton, 615-333-7377 | | 9/26/2019 |

| Garage | | | |
|---|---|---|---|
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| PBO, Box | Qty: 11 | 47.19 Cuft | 330 Lbs |
| Box, Medium | Qty: 7 | 21 Cuft | 147 Lbs |
| Metal Shelves | Qty: 5 | 25 Cuft | 175 Lbs |
| Trash Can | Qty: 1 | 7 Cuft | 49 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| **Kitchen** | | | |
| Microwave | Qty: 1 | 4 Cuft | 28 Lbs |
| Box, Medium | Qty: 3 | 9 Cuft | 63 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| **Living Room** | | | |
| Glass top table | Qty: 1 | 5 Cuft | 35 Lbs |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Cabinet | Qty: 1 | 20 Cuft | 140 Lbs |
| Tv | Qty: 1 | 20 Cuft | 140 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| Table, end | Qty: 1 | 5 Cuft | 35 Lbs |
| Sofa | Qty: 2 | 80 Cuft | 560 Lbs |
| Sofa Section | Qty: 1 | 20 Cuft | 140 Lbs |
| Rug or Pad, Large | Qty: 1 | 10 Cuft | 70 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Dining Room** | | | |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Dining Chair | Qty: 6 | 30 Cuft | 210 Lbs |
| Dining table | Qty: 1 | 30 Cuft | 210 Lbs |
| Pedestal | Qty: 1 | 10 Cuft | 70 Lbs |
| **Bedroom** | | | |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Ottoman | Qty: 1 | 5 Cuft | 35 Lbs |
| **Office** | | | |
| Desk, Computer | Qty: 4 | 88 Cuft | 616 Lbs |
| Picture | Qty: 4 | 2.84 Cuft | 20 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, medium | Qty: 5 | 15 Cuft | 105 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |

| Printer | Qty: 1 | 4 Cuft | 28 Lbs |
|---|---|---|---|
| Printer | Qty: 1 | 6 Cuft | 60 Lbs |
| Lateral File | Qty: 1 | 20 Cuft | 140 Lbs |
| **Bedroom #2** | | | |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Box, large | Qty: 1 | 5 Cuft | 35 Lbs |
| Vacuum Cleaner | Qty: 1 | 5 Cuft | 35 Lbs |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Bathroom** | | | |
| Box, Medium | Qty: 2 | 6 Cuft | 42 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |
| **Master Bedroom** | | | |
| Box, Wardrobe Lrg | Qty: 1 | 15 Cuft | 105 Lbs |
| Box, Medium | Qty: 4 | 12 Cuft | 84 Lbs |
| Chair, Occasional | Qty: 1 | 15 Cuft | 105 Lbs |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Totes | Qty: 2 | 12 Cuft | 84 Lbs |
| Clothes Hamper | Qty: 1 | 5 Cuft | 35 Lbs |
| **Family Room** | | | |
| Bookcase | Qty: 1 | 20 Cuft | 140 Lbs |
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| Table, small | Qty: 1 | 2 Cuft | 14 Lbs |
| File Cabinet 4-5 Dr | Qty: 2 | 40 Cuft | 280 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, small | Qty: 3 | 6 Cuft | |

*Tommy Anderson, Broker/Realtor/Auctioneer*
*HND Realty*
*www.HNDREALTY.COM*
*(615) 969-5819*

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

| | |
|---|---|
| **FAWN TIFFANY FENTON,** | ) |
| Plaintiff/Wife, | ) |
| | ) |
| v. | )    **No. 48419B** |
| | ) |
| **JEFFREY RYAN FENTON,** | ) |
| Defendant/Husband. | ) |

### NOTICE OF ELECTRONICALLY TRANSMITTED DOCUMENT
### PURSUANT TO T.R.C.P RULE 5.02

Pursuant to Rule 5.02(2)(a) of the Tennessee Rules of Civil Procedure, Plaintiff, Fawn ████ Fenton, by and through her attorney of record, Virginia Lee Story, hereby serves this Notice of Electronically Transmitted Documents upon Defendant, Jeffrey Ryan Fenton as follows:

| | |
|---|---|
| **Document(s) Transmitted:** | **MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE** |
| | |
| **Number of pages:** | 8 |
| | |
| **Sender's Name and Email Address:** | |
| | Kathryn L. Yarbrough |
| | kyarbrough@tnlaw.org |
| | on behalf of Virginia Lee Story |
| | |
| **Name/ E-mail Address of Recipient(s):** | |
| | Jeffrey Ryan Fenton |
| | Jeff@meticulous.tech |

*If you did not receive the above listed document(s), please notify the sender immediately to receive an electronic or physical copy of this document.*

1

## 2019-09-26 Email to Ms. Story Pleading to Allow me to Come Pickup MY PERSONAL PROPERTY Rather than her Discarding It

743   From: Jeff Fenton

744   Sent: Thursday, September 26, 2019 9:18 PM

745   To: Virginia Story <virginia@tnlaw.org>; elaine.beeler@tncourts.gov

746   Cc: Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>

747   Subject: RE: Fenton v. Fenton

748   Importance: High


749        Ms. Story,

750        Of course, I have many corrections to make to your letter and your subsequent

751   motion which you sent me, but I will wait to address those in my response and

752   counterclaim to the court.

753        Has the date of this auction been changed to sometime in October now, rather than

754   this Friday? I am confused, can you please clarify?

755        Also, are you willing to hold this trial over the phone, with me remaining in

756   Michigan, as you promised previously in court, for our October 21st hearing? That way I

757   won't be forced to drive over the Cincinnati bridge again, as you know how much that

758   terrifies me.

759        The only exception which I hope to make, will be to pack, pickup, and move my

760   personal property back to Michigan, as I am legally entitled, and have been previously

761   promised. Although the property is worth much more to me than your estimates, although

762   I need much of it in order to be able to earn a living, as I believe that a remote job over the

763   computer while taking tech classes online to improve my vocational certifications, will be

764   my most realistic and advantageous means of supporting myself in this season, which is

765 exactly what most of my office and phone equipment was previously used for, which

766 would be helpful to already have here, to help pay for my meds, counseling, and food, all

767 which my mother can no longer cash-flow monthly while paying. (She informed me that

768 her father had left her some bonds, which matured every month or two, supplementing

769 her income for some time. Regretfully, the bonds are all gone now, so she is now stuck

770 with a balance on her credit card (she doesn't believe in accruing debt except for a house

771 or vehicle purchase, hence she only has one card), which now (due to my expenses) is

772 accruing interest for the first time in years.

773      I applied for a job at an orchard today, paying $10 per hour for seasonal help, but

774 they said they believe the position has already been filled. Unless you have a college degree

775 or work in a skilled trade around here, most of the work is low paying retail positions,

776 which simply can't support me. I still keep applying for them, having no other alternatives

777 currently.

778      The best opportunities which I've seen so far, using the skills and equipment which

779 I already own, is working "remotely" (simultaneously online and over the phone), which

780 I have previously been successful with. That is what much of my equipment in my office

781 was from, as well as the wiring, connectors, electronic components, and tools (which are

782 mainly located in the garage and crawl space, inside the storage bins). So I really need all

783 that equipment back, as well as my bedroom furniture, and most of the rest of my personal

784 property. I guess that I could let go of the pool table, the ping pong table, Ms. Fenton's old

785 bed, the blue couch in the bonus room, as well as the weight set. Of course I must lose my

786 $5k Fort Knox gun vault, since it weighs 1,200 lbs, and I simply can't afford to move it.

TNJudicial.org/o/a/jrf125.pdf    Motion to Escalate to the Tennessee Supreme Court (H9/2021)    Filed 10/13/23    DOC 125   Page 240 of 296

Case 1:23-cv-01097-PLM-RSK    ECF No.: 1-28,   PageID.1608    Filed 10/13/23    Page 89 of 145

787    As for the rest, regardless of what they are "worth" at garage sale or auction prices,

788    they are worth a lot more to me and are absolutely vital to me being able to support myself

789    and to ever even hope of living independently again. (Unless Mrs. Fenton would prefer to

790    buy me all new stuff, with her proceeds from the sale, because it's not worth either of your

791    time or trouble to simply allow me to come get my stuff.) I wish that I had been allowed

792    to take all my personal property with me when I vacated the property. All my friends and

793    family are astounded that you and the court insisted that I not even take my own personal

794    property, which admittedly by Mrs. Fenton are clearly mine and not "marital property",

795    any more than her stuff inside her apartment and her storage space. Much of my stuff at

796    the house, I owned before meeting Mrs. Fenton, and some (like my brand new bed), my

797    mother purchased for me only a few months ago, at a cost of around $1,500. As for a

798    substantial amount of my "other" stuff, it is needed for different occupations which I've

799    had through the years, without which I can't even attempt to earn a living here. I thought

800    that Tennessee laws prohibited the courts or anyone from taking away the tools of a

801    person's trade, as well as the $10k worth of personal property exemptions, which I've

802    already sent you a court stamped list of. I really don't even understand how this can legally

803    even be the matter of a motion. I'm going to return to Nashville at least one more time

804    either way, so why would I not be allowed a week to pack up my stuff and move it myself,

805    without any of the crazy costs which you quoted for hiring professionals to pack, store,

806    and move everything?

807    Just as a logical rule of survival, when I have no income, and I have no job, I

808    don't/can't pay others to perform work, which I am completely capable of doing myself.

809   Sure, I might dread crossing over the Cincinnati bridge, but I would only need to

810   do that once (while driving), as I could take public transportation down there, then rent

811   a one way U-Haul to drive home, which is exactly what I have been planning, since being

812   forced to vacate prior to moving, so you could facilitate the auction. It is only a one-day

813   drive, only five minutes of which terrifies me. Even if I have $50k in proceeds which are

814   mine, as a result of auctioning my home (which I doubt that I'll realistically receive a third

815   of), I would never pay someone $5k for work which I could perform in a week or two! That

816   is more money than I can make in TWO or THREE MONTHS of hard labor! Sure, when

817   you make the "big bucks" like you and Mrs. Fenton, you can hire companies to do the

818   more difficult and less enjoyable tasks in life (if you choose), but at my pay grade, I can't

819   afford to hire anyone to do anything, which I can physically do myself. Heck, even Mrs.

820   Fenton moved most of her personal property herself, renting a U-Haul van once or twice,

821   while taking a bunch of trips in her car, as I helped her pack and load most of it. She only

822   hired two-guys on one occasion, for a couple of hours, paying less than $200 I believe.

823   The prices which you are quoting are simply beyond the means and lifestyle which

824   we have shared together. We even did most of our own "work" when we moved to

825   Sunnyside from my Duplex. Outsourcing a move all the way back to Michigan, is simply

826   out of the question.

827   So what I desperately need to know, is how soon can I travel back and have one

828   week alone on my property, inside my home, to pack and move my stuff, without ever

829   costing you, Mrs. Fenton, or my share of the sales proceeds, anything?

830   I need every possible penny of my sales proceeds to first pay back my mother the

831   $20k which she has loaned me to merely survive the past year and a half, with only partial

TNJudicial.org/e/adrf125.pdf   Motion to Escalate to the Tennessee Supreme Court 6/10/2021
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-26, PageID.1610   Filed 10/13/23   DOC 125   Page 242 of 296
of 145

832  financial support from Mrs. Fenton, as I tried to research and defend myself (after she

833  reneged upon hiring legal for me, as she had promised), while I also tried endlessly to

834  negotiate a settlement with her, which seemed to change the course of my life daily, while

835  I prepared and tried to get roommates to alleviate our expenses, to reduce our debts,

836  which Mrs. Fenton agreed to originally but then without warning, had me served legal

837  papers which prevented. As I also sought a lot more counseling, adjusting my meds, and

838  mental health care for my handicaps, which were seriously exacerbated (beyond words)

839  by Mrs. Fenton's secretly planned and executed divorce, which caught me completely by

840  surprise, devastating nearly everything which I have worked for in my life to date. (Except

841  for that little bit of my Personal Property which for some reason you are holding hostage.)

842  It is worth nothing to you, it is worth everything (that I have left) to me. Yet so far I have

843  been forced to leave it there. Other than to harm me, I can't think of any reason for such

844  a request by you or such an order (though the Chancellor had received some

845  misinformation, and I believe that he misunderstood what I had really done). Either way,

846  I was assured in court, that I could return to get my personal property, after the auction,

847  while waiting the 30 days for the closing.

848      The sooner that I'm allowed to come right after the auction, to pack and move my

849  stuff, the more likely not to interfere with a quick closing, should the buyer be financially

850  able.

851      So please advise me when the auction is currently scheduled for, and what needs

852  to be done so that I am permitted to come pack and move my stuff, as I have been

853  promised and am legally entitled, without suffering further financial harm.

854  Even if I'm fortunate enough to receive the $20k from the sale proceeds, to repay

855 my mother, that doesn't repay me one cent of my nearly $50k of personal monies, which

856 I invested both into the down payment, during the purchase of Sunnyside, nor the nearly

857 $100k of improvements, we put into the home within the first year. Most of those funds

858 came from my pre-marital retirement funds, and my pre-marital equity in my duplex,

859 along with my real estate commissions, and later more money taken out of my duplex

860 again. Without receiving as much of that money back as possible (beyond the $20k which

861 I owe my mom for consumables, since Mrs. Fenton abandoned me), I will have absolutely

862 NOTHING saved towards a health emergency or any sort of retirement, I won't have a

863 penny to one day put towards a down payment upon another (much more modest) home,

864 I won't have anything to help fund my vocational rehabilitation, or even any practical

865 means of paying for mental health care or health insurance, probably for years yet to

866 come.

867  This relatively small amount of money may be trivial to you and Mrs. Fenton, but

868 unless I receive some significant vocational rehabilitation and transitional alimony

869 payments from her, for years to come, then this money is absolutely CRITICAL to my very

870 survival! I CAN'T afford to waste a single penny of it, on work which I can and am

871 physically able to do myself.

872  So please, inform me as to when the auction is scheduled, as I will need as much

873 time to plan my trip as possible, as well as what needs to be done to allow my access inside

874 my home, for at least a solid week, between the time of the auction and the closing within

875 thirty days. I can't afford to take a moment of this time for granted, and from what you

876 state regarding Mrs. Fenton's finances, she can't afford to waste a bit of this opportunity

877   either, for me to come there, pack, and MOVE without fees for third party services, which

878   neither of us can afford, or would ever be reasonable, provided that I am ready and able

879   to come perform the work today.

880        Not one moment should be taken for granted, in case the purchaser becomes

881   capable of closing quicker. Any additional loss forced by another party, in addition to the

882   absolutely unfathomable and unrecoverable loss, which I am already suffering, with the

883   loss of my home, along with everything (both pre-marital and marital) which I have

884   invested into it, I certainly hope that the court would force the obstructive party to pay for

885   and/or reimburse.

886        Thanks to the completely unilateral choices and decisions of Mrs. Fenton, these

887   funds are literally the life-blood of a homeless man now!

888        Please inform me how and when I can come get MY STUFF.

889        Sincerely,

890        Jeffrey Ryan Fenton

891        Docket: #48419B


892   From: Kathryn Yarbrough <kyarbrough@tnlaw.org>

893   Sent: Thursday, September 26, 2019 2:11 PM

894   To: Jeff Fenton Jeff@Meticulous.tech

895   Cc: Virginia Story <virginia@tnlaw.org>; Heidi Macy <Heidi@tnlaw.org>

896        Subject: Fenton v. Fenton

897        Mr. Fenton,

898        Attached please find correspondence which is also being sent to you via US Mail.

{ **Page 243 of 295** }

899    Kathryn L. Yarbrough

900    Story, Abernathy, & Campbell, PLLP

901    136 Fourth Avenue South

902    Franklin, TN 37064

903    615-790-1778

904    kyarbrough@tnlaw.org

**<u>2019-10-08 HAVING BEEN RENDERED LITERALLY HOMELESS BY THE COURT, UNDER FORCED EVICTION BY WCSO AT MS. STORY'S REQUEST AND JUDGE BINKLEY'S HARSH AND UNEXPLAINED ORDER, CLAIMING THAT I'M REPRESENTING THAT I KNOW THE ENTIRE LAW, SINCE FINANCIALLY FORCED TO REPRESENT MYSELF "PRO SE". HE SAID HE WASN'T WASTING 4-HOURS TO TRY TO BE NICE TO ME AND EXPLAIN THE REASON FOR HIS ORDER (TRIAL WAS ONLY 30-MINUTES, OF WHICH I ONLY SPOKE 7.1 MIN!)</u>**

905

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1246.00

### 2019-12-05 Ms. Fenton Filed Bankruptcy on Ms. Story for $11,514.50!
### WHOSE INTERESTS ARE MS. STORY REALLY REPRESENTING?

906      Although Ms. Fenton and Ms. Story KNOW without question the CRIMES which

907   they have both committed against me, while also KNOWING without doubt that I have

908   and can produce IRREFUTABLE EVIDENCE (if fully "equally" considered, whether in

909   this Court, Federal Court, or in the 6th Circuit Federal Court of Appeals), despite the

910   massive disparity between us. Ms. Story is banking on her likely success at disproving the

911   validity of the LAW and the equal protections therein, knowing sadly that which is far

912   more powerful than the LAW, is those whom we TRUST to "serve under" and "administer"

913   the LAW for the benefit of ALL PEOPLE in the State of Tennessee!

914      There can be no "rule" or "procedure" or "timeline" which is of greater VALUE to

915   the INTEGRITY of the State of Tennessee's JUDICIAL SYSTEM, than to INQUISITIVELY

916   ALLOW and even ASSIST in the UNCOVERING of the TRUTH! Despite the POWER of

917   those who wish to silence and hide the TRUTH, for their ill-gotten gains. Otherwise, the

918   "Judicial System" ceases to contain relevance, value, and PROTECTION for the vast

919   majority of PEOPLE residing in the State of Tennessee!

920      **Ms. Fenton filed for bankruptcy on a debt of $11,514.50 owed to**

921   **Attorney Virginia Lee Story on 12/05/2019.** I do NOT believe that Ms. Story is still

922   acting ON BEHALF and at the continued REQUESTS of Ms. Fenton! I believe that

923   Attorney Virginia Lee Story is acting ON HER OWN BEHALF, without regard or care for

924   the costs, financial or otherwise. Whether to herself or to Ms. Fenton, purely to

925   demonstrate her POWER and PUNISH ME for daring to EXPOSE the litigious abuse

926   which I believe to have suffered as a result of Ms. Story's LESS THAN "honest, fair, and

927  integritous" actions throughout this case. I believe for no other purpose than to financially

928  and litigiously DOMINATE and further ABUSE me. Each day causing me exponentially

929  greater harm, HOLDING MY FREEDOM HOSTAGE, for SPORT! Refusing to RELEASE

930  ME to move forward in my life!

| 4.9 | **Virginia Lee Story** | Last 4 digits of account number | | $11,514.50 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **Attn: Officer Manager or Agent** | When was the debt incurred? | | |
| | **136 Fourth Ave. South** | | | |
| | **Franklin, TN 37064** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | Who incurred the debt? Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ☐ Yes | ■ Other. Specify  **Attorney Fees - Divorce Proceeding** | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case 3:19-bk-02693    Doc 75    Filed 12/05/19    Entered 12/05/19 11:41:48    Desc Main
Document      Page 22 of 52

931  **I BEG THE COURT TO PLEASE require Ms. Story to obtain and produce**

932  **an UPDATED SIGNED REPRESENTATION CONTRACT with Ms. Fenton,**

933  **proving that her actions continue to represent the REQUESTS of MS. FENTON, and Ms.**

934  **Fenton's BEST INTERESTS, rather than Ms. Story's.** Furthermore, I PRAY that the Court

935  PLEASE require MS. STORY to PRODUCE a signed LETTER from Ms. Fenton, proving

936  that it is BY **HER** EXPRESS REQUEST that the Court has EXTENDED the "Order of

937  Protection" against me, for another **5-YEARS**.

938  This action is OUT OF CHARACTER and simply illogical for Ms. Fenton, as there

939  is ZERO benefit to her, while it absolutely GUARANTEES that I CAN NOT MOVE

940  FORWARD UNTIL CURED! Despite the tremendous losses suffered by us BOTH as a

941  result of this divorce, **I do NOT believe that Ms. Fenton would be a PARTY to**

{ Page 247 of 295 }

942    **such furtherance of totally nonproductive and worthless harm, while**

943    **increasing the risks of her own exposure.** The ONLY thing that the "Order of

944    Protection" is factually based upon are a handful of distressed text messages after

945    discovering the catastrophic loss of everything in my life, while yet never once uttering

946    the slightest threat to her person, the sanctity of her home, or jeopardizing her safety!

947    While I have repeatedly offered to substitute a mutual lifetime "hold harmless" agreement

948    to protect every REAL interest and potential concern in her LIFE, for the rest of her LIFE!

949    　　　To leave Ms. Fenton EXPOSED to the REAL legal consequences of her actions

950    against me, through the bankruptcy, the forced sale of our home, complete deprivation of

951    all support, while being our family's voluntary primary breadwinner for over a decade,

952    and our family's ONLY breadwinner (by HER choice) for the final couple of years of our

953    marriage, all without NOTICE, is legally AGAINST HER BEST INTERESTS! There is NO

954    WAY that can possibly benefit her! While leaving me no course for cure other than to

955    expose her honestly ill sought actions, needing to reveal the true motives behind them.

956    Placing her in a position of possibly becoming legally and even criminally held

957    accountable for what she HAS done, simply so that I can obtain the restoration of MY

958    FREEDOM to move forward!

959    　　　I have no DESIRE to do that! I have NO AGENDA for seeking restitution or

960    damages from Ms. Fenton unless I am FORCED to satisfy the $75,000 minimum to

961    escalate this case to Federal Court. (Working my way over to the United States Court of

962    Appeals for the Sixth Circuit, to hopefully find an "impartial tribunal" who will END this

963    madness!) Though that would probably TAKE TWO MORE YEARS of MY LIFE! All

964    because I am DUE (if nothing else) to have my NAME, my REPUTATION, and MY

965  RIGHTS AS A UNITED STATES CITIZEN RESTORED, whether Tennessee refuses to

966  recognize and correct that or not!

967      While the justification for escalating this case to a Federal Court includes the

968  violation of my 14th Amendment Rights to Equal and Due Process, prior to the deprivation

969  of both my "property interest" in my only INCOME stream, that being my rental income,

970  which I don't believe could be legally terminated without meaningful provision to replace

971  it, without displacing ME.

972      Likewise, the violation of my Constitutional 14th Amendment Rights as a United

973  States Citizen to Equal and Due Process, PRIOR to the deprivation of my "property

974  interest" in my HOME, and the totality of my life's savings, without NOTICE adequate to

975  provide me with an opportunity to SAVE my property interest, or to at the very least allow

976  me to mitigate my losses in that property. All which I believe were intentionally deprived!

977      At the same time, I have suffered an obscene amount of strategically targeted

978  damages, intentionally exploiting my KNOWN and fully disclosed disabilities, purely for

979  financial and legal leverage to cheat me out of an "equitable" divorce.

980      This is a severe violation of the Americans with Disabilities Act of 1990, along with

981  Tennessee's corresponding laws. Bringing with it not only Federal oversight, but steep

982  penalties to anyone found responsible for harm.

983      As Ms. Fenton, her bankruptcy attorney Ms. Ausbrooks, and Ms. Story have

984  strategically withheld any information during the bankruptcy filing about both MY

985  INVESTMENT IN AND EQUAL OWNERSHIP OF OUR JOINTLY DEEDED HOME, AS

986  WELL AS INTENTIONALLY "MISSING" EVERY DISCLOSURE REQUIRED ON HER

987    BANKRUPTCY FORMS FOR ANY SUPPORT OBLIGATIONS WHICH MS. FENTON

988    HAD, AND CONTINUED TO PAY AFTER THE DATE OF HER BANKRUPTCY FILING!

989        DENYING me ANY path and means to live through this divorce while remaining

990    in Middle Tennessee, where I had lived the past 25-years of my life without incident.

991    Instead, being forced into the streets penniless, from a beautiful half-million-dollar

992    Brentwood home, where my life savings and the past decade of my work were

993    painstakingly invested, without so much as a warning, notice, or acknowledgment about

994    Ms. Fenton's pending financial failure, despite the fact that we were still communicating

995    on GOOD TERMS the time when Ms. Fenton secretly FILED BANKRUPTCY. (While the

996    last I knew, Ms. Fenton also wanted to REMAIN FRIENDS with me after our divorce,

997    having attended Counseling with me just a few months prior, for EXACTLY that purpose!)

998        Bringing us to another legal justification for escalating this case to Federal Court,

999    the multiple levels and acts of Bankruptcy Fraud committed by Ms. Fenton (and I believe

1000    her Counsel), which I can exhaustively PROVE! (I don't WANT to do that, but if I am

1001    FORCED merely to SURVIVE and FREE myself from Ms. Story & Chancellor Binkley's

1002    NOOSE, then I have no choice.) Upon which Ms. Fenton could face a damaging amount

1003    of legal exposure and financial expense, without adding one iota of benefit to her life by

1004    choosing that unnecessary path. **Forcing me to continue fighting to simply GET**

1005    **FREE, so that I can MOVE FORWARD with MY LIFE again!** (While I am still

1006    penniless, without provision or vocational training, and needing to start life over from

1007    ground zero. SO, POSTPONING a CURE and RECOVERY is absolutely NOT MY GOAL,

1008    nor in my best interests!)

---

{ **Page 250 of 295** }

1009          The ONLY party whom I believe to have MOTIVE is Attorney Virginia Lee Story!

1010    As "outlandish" or possibly "disrespectful" as that may sound, from my experiences with

1011    Ms. Story to date (as is clearly EVIDENT in our communications HERE to follow), as well

1012    as in the conversations I have had with others in the Nashville legal community, I'd be

1013    willing to wager that an anonymous poll would prove 40% or higher believing that my

1014    conclusions are "REALISTICALLY PLAUSIBLE". **Hence I BEG the Court for**

1015    **verification of Ms. Fenton's express continued participation before costing**

1016    **us both greater LOSS** with absolutely nothing FINANCIAL for either one of us to gain,

1017    unless the "bad actors" are held accountable for paying restitution and punitive damages

1018    to BOTH of us.

### 2020-05-05 Email to Ms. Story Offering to Forfeit MY Appeal for FREE BY PURELY RESTORING MY NAME, MY REPUTATION, and MY CONSTITUTIONAL RIGHTS AS A UNITED STATES CITIZEN

1019    From: Jeff Fenton <jeff.fenton@live.com>

1020    Sent: Tuesday, May 5, 2020 1:09 PM

1021    To: Virginia Story <virginia@tnlaw.org>; Heidi Macy <Heidi@tnlaw.org>; Kathryn

1022    Yarbrough kyarbrough@tnlaw.org

1023    Cc: Deborah.Rubenstein@tncourts.gov; john.coke@tncourts.gov

1024    Subject: Affidavit | FINAL OFFER TO CANCEL APPEAL: PRIOR to Writing my BRIEF,

1025    I'm willing to forfeit my $250k, but my name must be CLEARED for ANY AGREEMENT

1026    to drop my Appeal

1027    Hello Ms. Story,

1028          After receiving the Technical Record from the Chancery Court to the COA, I

1029    discovered that on 10/21/2019 you filed the attached **affidavit (which I never**

---

{ Page **251** of **295** }

1030 **received notice of)**, including something which I wrote, during the most emotionally

1031 devastating time of my life, after suffering an unfathomable loss, of almost everything

1032 which I held dear to my heart.

1033      The one part which you failed to point out, or which the court failed to take into

1034 consideration, besides my emotional frailty at the time of writing, was **the very clearly**

1035 **stated STIPULATION** that my offer was only valid "IF SHE WILL DROP ALL

1036 CHARGES" and if we filed for a CHEAP UNCONTESTED NO FAULT DIVORCE, just

1037 between Ms. Fenton and myself, using the State's free forms online. As with MANY offers

1038 which I've made to resolve matters with Ms. Fenton, she REFUSED TO ACCEPT MY

1039 OFFER, hence I absolutely needed to DEFEND MYSELF against the false charges

1040 presented in our CONTESTED DIVORCE action, which she hired you to litigate.

1041      **"ALL CHARGES" of course refers to the Order of Protection which was**

1042 **illegally obtained against me** (I believe and intend to prove), based upon extremely

1043 exaggerated and out-right FRAUDULENT accusations made against my person, my

1044 character, while massively misrepresenting my actions.

1045      As with EVERY GENEROUS OFFER I have previously made to Ms. Fenton, to gift

1046 my equity in our home to her, to accept reduced alimony payments to help her afford

1047 keeping our home for herself, to loan her my share of our equity to help her purchase

1048 another home or a condo for herself (instead of being stuck in an apartment with no tax

1049 benefits), to my repeated OFFERS to drop this appeal (accepting the approximately

1050 $250k loss which I was cheated out of) IF ONLY you and Ms. Fenton will have the

1051 fraudulently obtained OP dropped and expunged from my record. **Yet neither you nor**

1052 **Ms. Fenton have ever accepted a single one of my generous offers!**

1053     A contract is a "meeting of the minds", an agreement between two consenting

1054     parties, who have acknowledged acceptance to each other, thus forming an "agreement",

1055     also referred to as a "contract". As much as I have repeatedly OFFERRED Ms. Fenton the

1056     OPPORTUNITY to carelessly DISCARD me, and walk-away from our divorce, without

1057     care or cost for replacing my home, my pre-marital retirement savings, or the

1058     approximately $125k in alimony which we were professionally advised that I am due, nor

1059     her proportionate payment of the nearly $90k of REAL MARITAL DEBTS which she left

1060     in my name. Ms. Fenton has REFUSED to ACCEPT any and every OFFER which I have

1061     made to MITIGATE our damages and END THIS!

1062     One person can only make "OFFERS" (propositions), they cannot legally form a

1063     "contract", without a second party who COMMITS IN "AGREEMENT" to the original

1064     party's "OFFER(S)".

1065     So sadly, we have NO AGREEMENTS or CONTRACTS between us, except for a

1066     "Verbal Settlement Agreement" which Ms. Fenton chose to default upon, while hiring you

1067     instead, to TAKE everything from me. We also still have our "Marital Contract", which is

1068     currently upon appeal, along with the house liquidation, the OP, the restoration of my

1069     name, and FAIR compensation for my LOSSES as a direct result of Ms. Fenton's

1070     UNILATERAL actions throughout our divorce.

1071     **The unfortunate reality for me, is that I still LOVE Ms. Fenton, and I**

1072     **have spent the past 15-years of my life PROTECTING HER**, even sometimes at

1073     my own tremendous expense! There is nothing which has caused me more emotional

1074     turmoil in my life than being forced to choose between FIGHTING Ms. Fenton in court or

1075     LOSING everything which I've built, over my lifetime.

TNJudicialComplaint123.pdf    Case 1:23-cv-01097-PLM-RSK    Motion to Escalate to the Tennessee Supreme Court (1/19/2021)    ECF No. 1-25, PageID.1623    Filed 10/13/23    DOC 125    Page 104   255 of 296

of 145

1076    I KNOW that what Ms. Fenton has done, and what you have helped her to do, is

1077    WRONG, unethical, unfair, in bad faith, and probably illegal (potentially on both State

1078    and Federal levels). But I don't want to be FORCED to expose her, causing her even more

1079    harm than her unilateral decisions to destroy everything that we BOTH had built in our

1080    lives, along with everything connecting us, regardless of what is FAIR or WRONG.

1081    **I want for Ms. Fenton to be able to GO ON WITH HER LIFE**

1082    **UNTETHERED, while I would like to do the SAME THING!** As I said, I'm willing

1083    to FORFEIT MONEY to give Ms. Fenton the opportunity to BE FREE, to START OVER

1084    without the toxic CONSEQUENCES for her harmful actions, and I'm willing to do that at

1085    a loss of approximately **$250k**, which I'll NEVER be able to come close to replacing!

1086    ($125k alimony, $75k home equity, $50k-$75k in proportionate marital debt repayment,

1087    for REAL marital debts dumped in my name, now with outstanding collection judgments

1088    against ME.)

# TENNESSEE COURT OF APPEALS, MIDDLE DIVISION (NASHVILLE)

## 2020-10-16 EMERGENCY MOTION EMAIL TO APPELLATE COURT CLERK TO SHARE DIRECTLY WITH COURT JUSTICES

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton <jeff.fenton@live.com> |
| **Sent:** | Friday, October 16, 2020 3:20 PM |
| **To:** | appellatecourtclerk |
| **Cc:** | Lisa Marsh |
| **Subject:** | M2019-02059-COA-R3-CV | FAWN ████ FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio |
| **Attachments:** | Richard Rochester Psychiatrist son-in-law of late Judge Thomas Wiseman and wife Emily Matlack Wiseman (of Oak Hill).pdf; Terry Huff Psychotherapist - Parents Glenn and Honor Huff (Founders of Agape & Huff Groccery - Uncle Mutt Huff (WILCO Sheriff for 12 Years) WILCO  1800s.pdf; Strong Man Principle.pdf; TECHNICAL RECORDS Glossary.xlsx; 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances.pdf; 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio.pdf; 24,220 PIECES OF DIVORCE EVIDENCE (36 GB).pdf; 2020-07-08 ADA Request for Modification due to Mental Health (Under Tennessee Judicial Branch Policy 2_07).pdf; 2020-10-15 AFFIDAVIT OF MARSHA ANN FENTON (Mother).pdf; 2020-10-15 FATHER Dan Fenton - Letter Verifing that I could NOT Live with Him (Despite Story's Claims).pdf; Jeffs Mothers Home in Michigan (125k - 780 SqFt).pdf; Fawns Mothers Home in California (FOUR Million Dollars).pdf; M2019-02059 Transcript of Evidence-2 (original).pdf; M2019-02059 Transcript of Evidence-2a (with audio times).pdf |
| **Importance:** | High |

Hello Justices,

Please find attached my **"2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio",** which covers the authenticity of the transcripts for the 8/31/2019 hearing, both the audio Version and the Transcribed with TIME MARKERS every paragraph to sync with the audio. Also find attached the "2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances". These both cover a broad spectrum, which I believe completely, irrefutably, disprove ALL THREE ACTIONS by the Trial Court.

Money is no longer my goal... I'm simply unable to seek financial restitution without legal Counsel. Likewise, with as hard as I have worked, and I have worked probably 16 hours per day on this for LITERALLY MONTHS, I'm just not capable of narrowing down

- DOCUMENTED DIVORCE EVIDENCE,
- 36.6 GB of Data
- 24,020 FILES
- 2,001 FOLDERS

I could create a storyboard website or blog, write a book or a miniseries, but there is no way I can fit this much evidence that EVERY ACTION TAKEN AGAINST ME HAS BEEN FRAUDULENT, IN BAD FAITH in a legal document like a BRIEF, without at least a few more months to work EVERYDAY on it, or if you were to provide me with competent Counsel. I thought that I could do it, and I believe that

1

you will find that I have done a LOT of work, but the entire Narrative of Ms. Story is FALSE. As you will also find if ANYONE ever reads my "ONE AND DONE" filed on 8/29/2019: TRv1-3, Pages 119-380.

I'm attaching a copy of my "TECHNICAL RECORDS Glossary.xlsx" Spreadsheet Also, if anyone there can help me and might find that useful.

The reason I need such an excesive amount of stuff attached to my record, is because Ms. Story totally exploited my disabilities, with basically a "decoy" divorce, because it was far cheaper and more effective than telling the TRUTH about anything!

As such, I am missing a LOT of significant PROOF that Ms. Story and Judge Binkley didn't treat me ethically or legally.

I understand how powerful they both are, which is why I KNOW that I have no hopes of receiving any financial restitution from them, without Counsel and another five years of my life to devote to this.

I just want all the LIES removed, no record as an ABUSER, as a STALKER, a simple non-contested divorce with no alimony due either party, ever! With any of the bogus legal fees for Ms. Story or Ms. Fenton charged back to Ms. Fenton. While I'm not even seekig restitution for my legal fees, if you could please just order Williamson County Court to pay the fees for this appeal, both their fees and yours. I believe there is more than adequate fault they have significant exposure here.

I also need the Order of Protection both terminated and expunged from existence, so that it won't keep hurtiing my already terrible vocational opportunites please.

If you all can accomplish that, without the need for me to write a Brief, or their reply brief, or anything else, then I will be satisfied with that, and move on with my life!

I know that legally I'm due probably a mid-six figure judgment, but I also know that I'll never get it! So at age 51, I just want to have my NAME, my REPUTATION, and my CONSTITUTIONAL RIGHTS restored as though none of this craziness took place!

If that is not possible, then please provide me with legal counsel, because surely anyone who listens to the audio recording of the hearing on 8/29/2019 WHILE FACT CHECKING EVERYTHING STORY/BINKLEY say with the previous judgment and both sets of transcripts, NOTHING lines up! They just relentlessly BULLIED me darn near to death!

If you can't either provide the simple cure requested above, or provide me with legal counsel to draft my brief, along with the time for them to do so, knowing there is a LOT of Discovery in this case, which without seeing it is really overwhelming and surpasses most peoples ability to BELIEVE. That is why the AUDIO TRANSCRIPTS, along with the documented PROOF I'm sending you here and in several subsequent emails (due to file size), asking that you please supplement my record with each. Whle

2

PLEASE recording the 8/29/2019 TRANSCRIPTS OF EVIDENCE as TRANSCRIPTS OF EVIDENCE instead of leaving it burried in my Technical Record as Williamson County did it. I spent $500 and I couldn't tell you all the work I went through to try to do that correctly 15 differerent ways, buty Williamson County REFUSED to file that as a Transcript of Evidence. Now that I'm supplying you with the AUDIO RECORDING (which Judge Binkley gave me permission to record) as well as the written transcripts, with time markers written throughout the transcripts the top left of each paragraph, it is SO EASY TO VERIFY, it is much more reliable than a single media format! While the AUDIO format is essential to know the TONE, FORCE, and ways which we all communicated, to be able to separate out what was clearly abusive.

As stated, I'm about to send you probably close to a dozen emails of files, asking that you PLEASE add them to my record so that it contains an element of TRUTH!

If you want to SEAL all the records when this is over, to protect us ALL from embarrasement, I am fine with that. I just don't want the Court hiding their faults, burried in the technical records instead of as a transcript of evidence, while exposing all of our dirty laundry.

Also, if none of these solutions will work for you, then please transfer this appeal to the Eastern Tennessee Court of Appeals. I'm hoping they will have less conflicts of interests relationally, but I really don't know. I just read that they are quite vigelant at prosecuting bad Judicial actors. Plus I really like that one Supreme Court lady from over there… Sharon G. Lee. I have a tremendous amount of respect for her, putting both the US Constitution above both TN law, and the people who administrate those laws. I really like this opinioin of hers: https://www.tncourts.gov/sites/default/files/christensenj.opn_.dis_.pdf (It was the article that the language on our No Trespassing Signs were based upon.)

I'm planning to live with my mother now for the rest of her life, so as much as I hate Michigan, I expect to live out the rest of my life here. While though I absolutely loved Tennessee and Williamson County, living in Middle Tennessee for 25 years, I will never step foot on Tennessee Soil again, unless I must to seek the restitution of my NAME and RIGHTS. I lost too much way too quickly, while finding that without $$ I had no voice at all!

Please don't take that personally. I loved the people there, but in 7.1 minutes of my testimony, with only TWO short 30—minute court hearings, I lost everything that I loved in my LIFE! Then I was chased out nearly at gun point, which Virginia Story went to Federal Court to obtain an order to sell my personal property, which she made me leave there, in an attempt to supercede Tennessee State law. She wanted to deny me my $10k personal property exemption, and tried to extort $2k from my mother for puffed up storage charges, or said that she would sell or discard of my stuff. I don't mean to be rude, but that woman belongs behind bars! I've dealt with alol sorts of people in my life, but I've never dealth with anyone as absent of a soul as her, on either side of the law.

Since I'm NOT seeking money, since you will SEE and HEAR I have been terribly violated by Ms. Story under the pretense of law, I don't see why their would be any need for her to have an opportunity to

3

TNJudicialConduct123.pdf    Case 1:23-cv-01097-PLM-RSK    ECF No. 1-28, PageID.1621    Filed 10/13/23    Page 259 of 296
MRSK to Essdent to The Tennessee Supreme Court 2/19/2021    DOC 125    Page 108
of 145

write a brief, or to drag this out further. She is the one who deserves to be charged with crimes. She is the one who would owe me hundreds of thousands of dollars, but I know that I'll never get it, so I'll just be better off to let go of any money!

Additionally, my ex-wife is broken and destitute from this all. She is currently unemployeed and bankrupt. I know that she will recover, but she won't even try until after this action is over with, for fear that she will be forced to pay me alimony, and I'd rather just close that door and assure her that she is free to try to live the best life that she can.

So I'm hoping that this once the COA can make an exception for all of our best interests. There just isn't anyleft left to gain, without either myself or Ms. Fenton losing MORE, both of which are unacceptable consequences to me. Please don't allow them to file charges against Ms. Fenton, because she could have never done MOST of this without POWERFUL: PEOOPLE who could lift her OVER the laws.

If anything bad will happen to Ms. Fenton, then I will need to battle this out with the Courts to try to protect her, from the bigger bullies on the playground. Otherwise, I just need my life back please!

Please let me know any questions or concerns you have.

Thank you for considering my request.

Everything to follow in the next two days will be in regards to this action, requesting to be supplemented to my record please.

Again, I do ask that this all be looked at and considered by THREE of the JUSTICES at the Appellate Level, so that one judge alone who is buddies with either party can't just sweep this under the rug. I know that we'd like to think that isn't the sort of World we live in, and I know nothing about any of you personally, I just know how Nashville works.

For anyone who is concerned that I might been a nut case, then listen to the audio first please! Plus, though the court heard me speak a whole 7.1 minutes to decide that I'm a danger to society, my psychiatrist and my psychotherapsts, have literally spent HUNDREDS of hours with me, and believe exactly the opposite, as the documentation which you hjave in my ADA mod request shows... which I will attach here again.

Both are LIFE LONG Brentwood residents. Terry Huff my Psychotherapist's family has been living in Williamson County since the 1800s! His parents founded Agape, Huff Groccery in Brentwood, and were tremendously respected and wonderful people, as is Terry. He would never attest to anyone being "safe" who is dangerous, for any amount of money. He won't even accept a free book without buying it!

4

TNJudicial.org/c/a/jf/123.pdf · · Motion to Escalate to the Tennessee Supreme Court (10/9/2021) · · DOC 125 · Page 260 of 296

Case 1:23-cv-01097-PLM-RSK · ECF No. 1-28, PageID.1628 · · Filed 10/13/23 · · Page 109 of 145

As for my Psychiatrist Dr. Richard Rochester, besides being an expert in his field, he grew up in the shadow of US District Middle Tennessee Judge Thomas Wiseman, trying to live up to his standards, since they were his wife's parents.

I may have any voice, power, or money here, but these people are all SALT OF THE EARTH, and their voices echo that I AM NOT DANGEROUS TO MS FENTON OR ANYONE ELSE! Terry Huff has even met with both me and Ms. Fenton together, way more recently than Ms. Story's claim of us not communicating in her OP application, so Terry knows about some of Ms. Fenton's challenges too, and has watched the dynamic between us, and knows that my heart only hurts for her! If I could give her everything we had together back and just walk away empty handed, I would in a heartbeat, but I wanted my "legal share", which ended up not being something Ms. Fenton was willing to part with, so we lost everything. I wish I had a clue earlier, so that at least I could have left her in a better place than I found her in, 15-years ago. But regretfully I don't have that power.

Please let me know when you all decide, how I should proceed. If you can't cure my name, reputation and civil rights without me writing a BRIEF, I will waste months more of my life on it, but I've already been in this basement in Michigan for a year, and would like to get to have some good memories with my mother while she is still able to get around and about.

Thank you for your consideration.
Jeff Fenton

| Date | Time | Description | | | | |
|------|------|-------------|---|---|---|---|
| 8/29/2019 | 9:17 AM | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 63-PAGES (Primary) TR. v1 (page 119) through TR.v2 (page 181) v1: 124 through v2: 32 | TR. v1-v3 (p119 - 380) | v1: 124-155 v2: 2-151 v3: 2-80 | Court started at 9am... texted Mitc stayed up several nights in a row pre Exhibit-B, had to run out the door to minutes AFTER court started, then ru where I handed Virginia Story Copies copies of my signed and stamped req |

**JEFF FENTON**

17195 Silver Parkway # 150
Fenton, MI 48430-3426

Phone: (615) 837-1300

5

**jeff.fenton@live.com**

| | |
|---|---|
| From: | Jeff Fenton <jeff.fenton@live.com> |
| Sent: | Friday, October 16, 2020 3:26 PM |
| To: | appellatecourtclerk |
| Cc: | Lisa Marsh |
| Subject: | RE: M2019-02059-COA-R3-CV | FAWN ███████ FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio |
| Attachments: | M2019-02059 Transcript of Evidence-2b (audio recording).mp3; M2019-02059 Trial Testimony Verification (FACT CHECKING).pdf; 2018-10-27 Fenton Phone Call - Dividing Property and Amicably Selling Home.mp3; 2018-10-27 Fenton Phone Call - Dividing Property and Amicably Selling Home ~ Audio Markers.pdf; 2018-10-15 WILCO Clerk and Master - ADA Coordinator - Phone Call (mobility help only).mp3; FAWNS NOT A VICTIM.pdf |
| Importance: | High |

Batch Two...

**JEFF FENTON**

17195 Silver Parkway # 150
Fenton, MI 48430-3426
Phone: (615) 837-1300

1

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton <jeff.fenton@live.com> |
| **Sent:** | Friday, October 16, 2020 3:37 PM |
| **To:** | appellatecourtclerk |
| **Cc:** | Lisa Marsh |
| **Subject:** | RE: M2019-02059-COA-R3-CV | FAWN ███████ FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-3) |
| **Attachments:** | EXHIBIT-B.pdf; 2019-08-29 HUSBAND's ONE AND DONE (MODIFIED PAGE-1) *Page-1* Only (Initialed).pdf; FAWN DESIGNED CUSTOM No Trespassing Signs - Using CAD and Microstation at her Work.pdf; 2018-09-14 Arons and Associates - FENTON Marital Disolution Agreement - Fawn's Proposed Terms before Her Attorneys Reviewed.pdf; 2018-09-17 Arons and Associates - Fawn Discusses Planned Meetings with Tommy White - Judy Wells - Phyllis Ellis.pdf; 2018-09-19 Arons and Associates - Fawn's Attorney Refused to Draft MDA and Tommy White Advised Against (Court would Reject).pdf; 2018-10-06 No Incentive to Settle.pdf; 2019-03-23 Fawn - Text Messages (2018 Taxes Illegally Filed without Me).pdf; 2019-04-26 Quick Easy Proof of Bankruptcy Fraud.pdf; ATTORNEYS - ANSWER AND COUNTER COMPLAINT EXTENSIONS.pdf; Sandy Arons - Divorce Planning (Business Card).pdf |
| **Importance:** | High |

Batch Three...

**JEFF FENTON**

17195 Silver Parkway # 150
Fenton, MI 48430-3426

Phone: (615) 837-1300

1

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton <jeff.fenton@live.com> |
| **Sent:** | Friday, October 16, 2020 3:43 PM |
| **To:** | appellatecourtclerk |
| **Cc:** | Lisa Marsh |
| **Subject:** | RE: M2019-02059-COA-R3-CV | FAWN ▮▮▮▮▮ FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-4) |
| **Attachments:** | 2019-04-26 FRAUD PICTURE BOOK.pdf; 2019-03-23 Fawn - Text Messages (2018 Taxes Illegally Filed without Me).pdf; 2019-04-26 Quick Easy Proof of Bankruptcy Fraud.pdf; 2019-04-26 THE FRAUD PACKAGE.pdf; FAWN REFUSED to Honor our Agreement to Sell our Home NOT Me.pdf; FAWNS ALIMONY DODGE & BANKRUPTCY FRAUD TO DISCARD ME.pdf |
| **Importance:** | High |

Batch Four...

## JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300

1

As for my Psychiatrist Dr. Richard Rochester, besides being an expert in his field, he grew up in the shadow of US District Middle Tennessee Judge Thomas Wiseman, trying to live up to his standards, since they were his wife's parents.

I may have any voice, power, or money here, but these people are all SALT OF THE EARTH, and their voices echo that I AM NOT DANGEROUS TO MS FENTON OR ANYONE ELSE! Terry Huff has even met with both me and Ms. Fenton together, way more recently than Ms. Story's claim of us not communicating in her OP application, so Terry knows about some of Ms. Fenton's challenges too, and has watched the dynamic between us, and knows that my heart only hurts for her! If I could give her everything we had together back and just walk away empty handed, I would in a heartbeat, but I wanted my "legal share", which ended up not being something Ms. Fenton was willing to part with, so we lost everything. I wish I had a clue earlier, so that at least I could have left her in a better place than I found her in, 15-years ago. But regretfully I don't have that power.

Please let me know when you all decide, how I should proceed. If you can't cure my name, reputation and civil rights without me writing a BRIEF, I will waste months more of my life on it, but I've already been in this basement in Michigan for a year, and would like to get to have some good memories with my mother while she is still able to get around and about.

Thank you for your consideration.
Jeff Fenton

| 8/29/2019 | 9:17 AM | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 63-PAGES (Primary) TR. v1 (page 119) through TR.v2 (page 181)  v1: 124 through v2: 32 | TR. v1-v3 (p119 - 380) | v1: 124-155  v2: 2-151  v3: 2-80 | Court started at 9am... texted Mitc stayed up several nights in a row prep Exhibit-B, had to run out the door to minutes AFTER court started, then ru where I handed Virginia Story Copies copies of my signed and stamped req |

**JEFF FENTON**

17195 Silver Parkway # 150
Fenton, MI 48430-3426
Phone: (615) 837-1300

5

## 2021-01-04 COA PANEL WHO DISMISSED MY APPEAL

**jeff.fenton@live.com**

| | |
|---|---|
| **From:** | Jim Hivner <Jim.Hivner@tncourts.gov> |
| **Sent:** | Monday, January 4, 2021 1:51 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Lisa Marsh |
| **Subject:** | Re: Which COA Judge was Assigned to my Case and which Panel is he/she on? |

| | |
|---|---|
| **Follow Up Flag:** | Read |
| **Flag Status:** | Flagged |

Mr. Fenton:

The Order dismissing your appeal was approved by the following panel of judges:  Judge Frank Clement, Judge Andy Bennett and Judge Neal McBrayer.

Jim Hivner

# James M. Hivner

Clerk of the Appellate Courts

State of Tennessee

Supreme Court Building

401 7th Ave. North

Nashville, TN 37219-1407

(615) 741-2681

Hello Mr. Hivner and Ms. Marsh,

Last week I spoke at length with Shane Hutton with the Tennessee Board of Judicial Conduct, and he advised me to contact you to find out **which Panel the Judge was on who handled my case with the COA** (rejected every request except for to extend TIME), as well as **the name of that Judge**, so that I can file a formal complaint (and possibly Federal criminal charges) against him/her for violating the Judicial Canons of Tennessee (for prioritizing PROCEDURE over JUSTICE and the CARE of the PERSON). as well as the Constition of the State of Tennessee.

In my opinion, the Judge walked by someone clearly **DROWNING in Judicial Corruption**, while I presented an absurd amount of crystal clear EVIDENCE, while rather than TAKE ACTION and HELP the unjustly injured party as his/her oath of Office commands, along with the Canons and Tennessee Constitution, **the Judge CHOSE rather to LOOK AWAY and KEEP WALKING, pretending not to see anything out of the ordinary at all.**

1

## CONCLUSION or SUMMARY OF FACTS

1089    IF you slowly walk through every communication once I started representing

1090    myself PRO SE (from my email to Ms. Story on **8/28/2019** through the Letter from Ms.

1091    Story on **9/26/2019**), where Ms. Story Insists:

---

1092    "At this point, it is our position that moving the items to Michigan is not

1093    financially responsible but that is up to you... It is our position and that of Mr.

1094    Anderson's that the entire value of the remaining contents of the home is only

1095    approximately $3,000, therefore the costs to move and store these items far

1096    outweighs their worth."

---

1097    AFTER Ms. Story had already tried to EXTORT **$2,000** from my MOTHER in her

1098    letter dated 9/16/2019.

1099    WHILE Manipulating Ms. Fenton's BANKRUPTCY FRAUD to CAUSE ME

1100    FURTHER DAMAGE WITHOUT ANY GAIN TO ANY PARTY, by planning to use the

1101    FEDERAL BANKRUPTCY COURT ORDER TO SUPERSEDE MY PROTECTED INCOME

1102    AND ASSETS PER TENNESSEE STATE LAW.

1103    There is absolutely NO MEANS BY WHICH ANYONE CAN DEEM MS. STORY'S

1104    ACTIONS TOWARD ME TO HAVE TAKEN PLACE HONESTLY, IN GOOD FAITH,

1105    WITH FAIRNESS, INTEGRITY, AND CIVILITY, WITH ANY MOTIVES OTHER THAN

1106    TO STEAL MY PROPERTY OR TO AT LEAST DEPRIVE ME OF MY PROPERTY,

1107    WITHOUT BENEFIT TO ANYONE, PURELY TO FURTHER LITIGIOUSLY HARRASS,

1108    ABUSE, AND HARM ME, FOR NOTHING OTHER THAN HER PERVERTED

1109    PLEASURE!

1110

1111     I move for the DIVORCE DECREE and the

1112

1113     she insists that it would be "IRRESPONSIBLE" to , you will see IRREFUTABLE

1114     PROOF that Attorney Virginia Lee Story UNCONSCIONABLY violated her OATH OF

1115     OFFICE and INTENTIONALLY CAUSED ME (the clearly disadvantaged and disabled

1116     spouse, now literally HOMELESS, without a penny of my life's savings, retirement,

1117     without alimony or support of any kind) AS MUCH HARM AND ABUSE AS SHE

1118     PHYSICALLY COULD, FAR BEYOND THE POINT OF BENEFITTING HER CLIENT,

1119     HERSELF, HER ASSOCIATES, OR ANY OTHER PARTY, PURELY FOR THE HIGH OF

1120     DOMINATING  AND PUNISHING ME WITH HER UNETHICAL AND ILLEGAL

1121     POWER TO OPERATE ABOVE THE LAW! (THIS IS A FEDERAL CRIME, and PROOF

1122     THAT EVERY ACTION IN THIS CASE SHOULD BE OVERTURNED PERMANENTLY,

1123     WITH EVERY WORD SHE SPOKE AGAINST ME STRICKEN FROM THE RECORD, AS

1124     SHE HAS PROVEN HER UNCONSCIONABLE MALICE TOWARDS ME RIGHT HERE!

1125     I CAN NOT DEFEND MYSELF AGAINST ATTORNEY VIRGINIA LEE STORY OR

1126     JUDGE MICHAEL W. BINKLEY IN A STATE WHICH REFUSES TO USE COMMON

1127     SENSE, HONESTY, AND FAIRNESS TO HOLD THEM ACCOUNTABLE FOR THEIR

1128     ACTIONS (criminal or otherwise)!

1129     This is ALL manipulated via BAD FAITH, ULTERIOR MOTIVES, and BLOOD

1130     LUST! If the State of Tennessee is NOT willing to make the following SIMPLE and FREE

1131     CHANGES to MITIGATE THE SLIGHTEST AMOUNT OF PERMANENT DAMAGE

1132     WHICH HAS BEEN CAUSED TO ME AS A RESULT OF.... A blinding rage of judicial

TNJudicial.org/s/a/inf125.pdf          Motion to Escalate to the Tennessee Supreme Court (4/19/2021)          DOC.125, Page 268 of 296

1133    perversion, then I will bring this case to our NATION, file Federal Criminal Corruption

1134    Charges against Chancellor Michael W. Binkley, putting him directly beside his personal

1135    benefactor, former Nashville Judge Casey Moreland, along with corrupt Attorney Virginia

1136    Lee Story, Attorney Mary Beth Ausbrooks, and others who have assisted them in

1137    depriving me of my property and my rights which I was BORN WITH in this wonderful

1138    Country! (All while denying me DUE OR EQUAL PROCESS and refusing to even HEAR

1139    my testimony, while never have I yet stepped before an IMPARTIAL TRIBUNAL!

1140         It is my sincere belief that the anonymous Appellate Judge who was assigned my

1141    case, is also part of this obscene JUDICIAL CORRUPTION! While I'd be willing to bet my

1142    reputation on the hunch that he/she is a close friend of one or both parties, Binkley/Story.

1143    So to throw my case out because I am NOT ABLE to STAND-UP TO A CORRUPT COURT,

1144    TWO HIGHLY SKILLED CORRUPT ATTORNEYS, A CORRUPT JUDGE, AND A

1145    CORRUPT APPELLATE JUDGE WHO HELPS IN THE COVER-UP, is far BEYOND the

1146    burden of PROOF that I as an everyday TENNESSEE CITIZEN should ever be required

1147    to defend, while those living off our tax dollars have not lifted ONE FINGER to SEEK or

1148    PROMOTE JUSTICE in this case!

1149         The Appellate Court will probably throw this away as they have my every request

1150    for assistance, protection, help from these POWERFUL, TRUSTED, but CORRUPT

1151    individuals, who respect and serve under NO LAW except that which comes from their

1152    own mouth. That is CRIMINAL! And certainly, deserves no title of RESPECT or HONOR!

1153    Yet I will publish every CRY which I have made for HELP which you have IGNORED! I

1154    will publish the 40GB of REAL EVIDENCE which I possess and have sent you

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1268.00

1155    overwhelming PROOF of how JUDICIALLY ASSAULTED I have been by YOUR

1156    FRIENDS AND COLLEGUES!

1157

1158    While the WORST part is that EVERY ONE OF YOU KNOW THAT I AM

1159    SPEAKING THE TRUTH HERE, even if you believe a bit exaggerated or dramatic, none

1160    of you have a doubt about the collusion between Chancellor Michael W. Binkley and

1161    Attorney Virginia Lee Story, or at the very least the likelihood of such. Yet you are still

1162    AFRAID of the CONSEQUENCES of standing-up to the two of them! Now consider the

1163    consequences of EVERY POLITICIAN, every member of our State and Federal

1164    legislatures, every Judge on every County, State, and Federal bench from here to

1165    Washington DC, learning that each of you by name are at the very least GUILTY as

1166    ACCESSOREIS to this CRIME, where with your passivity, you STOOD BACK AND

1167    WATCHED while I was being MURDERED by your colleagues, drowning in a lake of

1168    unconscionable judicial corruption, with Attorney Virginia Lee Story stomping up and

1169    down on my shoulders, while Chancellor Michael W. Binkley held my head under water.

1170    As ALL that I BEGGED FOR was to be allowed to LEAVE YOUR STATE and SEEK

1171    REFUGE 600 MILES AWAY IN MICHIGAN, without ANYONE in Tennessee KEEPING

1172    A NOOSE AROUND MY NECK ANY LONGER!

1173    So that THOUGH you have ROBBED and RAPED ME, at least I can MOVE

1174    FORWARD and TRY TO enjoy the years I have left with MY MOTHER, and obtain some

1175    sort of EMPLOYMENT AGAIN, WHICH IS NOT POSSIBLE AS LONG AS THIS

1176    ABSOLUTELY ABSURD AND FRAUDULENT ORDER OF PROTECTION IS HANGING

1177    AROUND MY NECK!

1178        The REASON Judge Binkley and Attorney Story WANT TO KEEP THE

1179    FRAUDULENT OP stating that it's purpose is to protect my EX-WIFE, is for their own

1180    FEAR that I WILL EXPOSE THEIR CRIMES TO THE WORLD, as I have before brought

1181    multi-million dollar companies to their knees for harming my family! Their FEAR (and

1182    rightfully so), is that the first THREE PAGES OF GOOGLE for any of their names, Binkley,

1183    Story, Chancery Court, Williamson County, Tennessee Justice, will populate with

1184    GRAPHIC DETAILS OF THEIR CORRUPTION, thousands of photographs and videos

1185    showing all the WORK and customization that I had sown into BOTH of my Tennessee

1186    homes, yet they clenched away as though I OWNED no interest in ANYTHING, without

1187    so much as DUE PROCESS!

1188        So far EVERY ACTION filed by Ms. STORY against me, is based upon LIES, and I

1189    will go LINE BY LINE and PUBLISH THE TRUTH CALLING HER OUT FOR EACH AND

1190    EVERY LIE! She stood in Court and even made completely FALSE statements about

1191    LAW, saying that surely a property can't remain encumbered by a LEASEHOLD

1192    INTEREST, when that is EXACTLY what happens with a LEASEHOLD INTEREST! You

1193    MUST DISLOSE THE LEASE prior to sale, and the new owners must HONOR THE

1194    LEASE THROUGHOUT THE DURATION, except if very precise circumstances take

1195    place, whereby the tenants are still guaranteed a 90-day notice by FEDERAL LAW!

1196        The Federal "Protecting Tenants at Foreclosure Act" – PTFA (12 U.S.C. § 5201 and

1197    following) provides protections to bona fide tenants who have a lease as well as those who

1198    don't, like month-to-month renters. In most cases, tenants who enter a lease before the

1199    notice of foreclosure **may stay in the home until the end of the lease term.** But if

1200    the buyer who purchased the property at the foreclosure sale **intends to move into the**

1201    **home**, that buyer may terminate the tenants' lease after giving **90 days' notice**. (But an

1202    INVESTOR, who wants to "flip" the property, MUST BY FEDERAL LAW ALLOW THE

1203    TENANTS TO REMAIN UNTIL THE END OF THEIR LEASE, PROVIDED THEY

1204    MAINTAIN THE ORIGINAL TERMS AND PAYMENTS TO THE NEW OWNER!

1205    Somehow Chancellor Michael W. Binkley and Attorney Virginia Lee Story acted as

1206    though they know nothing about such LAWS, or even Tennessee's "Landlord and Tenant

1207    Act", and tossed the tenant's into the street! Even though one of them was 62 years old,

1208    and had some sort of medical condition like dialysis, where he left a bunch of odd needles

1209    with tubing connected, and was angry because he had nowhere to move for TWO MORE

1210    WEEKS until his next rental was available, and he had no money for temporary

1211    accommodations at a motel or weekly, so he told me that he would going to be forced to

1212    become HOMELESS for the next TWO WEEKS, living out of his TINY LITTLE CAR!

1213    If this ever makes it to Federal Court, I'm going to seek $20k for each of my tenant's

1214    whose HUMANITY was not considered, and whose rights were not just violated, but

1215    ignored and pretended not to exist. As Attorney Virginia Lee Story stood in Chancellor

1216    Michael W. Binkley's Court Room on 8/1/2019 and said that in essence black was white

1217    and white was black, and Chancellor Binkley just sat there looking intently and trustingly

1218    upon her, nodding his head, making sounds of agreement. While it was all COMPLETELY

1219    THE OPPOSITE OF BOTH STATE AND FEDERAL LAWS! At what point does this

1220    become ABSURED enough to TAKE ACTION even if I'm INCAPABLE OF WRITING A

1221    LEGAL BRIEF, TO FIGHT IT OUT WITH MS. STORY like gladiators in an ancient

1222    Colosseum?

1223      I read the Tennessee Constitution, and I must tell you, I saw no mention of

1224      REQUIRED PROCEDURES PRIOR TO OBTAINING JUSTICE! I haven't had time yet to

1225      read the ENTIRE judicial CANNON, but even in the first couple of Canons, JUDGE

1226      BINKLEY SHOULD HAVE RECUSED HIMSELF FROM THIS CASE FOR THE

1227      APPEARANCE OF INPROPRIETY DUE TO HIS CLOSE RELATIONSHIP WITH MS.

1228      STORY! Likewise, CHANCELLOR BINKLEY HAS A RESPONSIBILITY NO HOLD MS.

1229      STORY ACCOUNTABLE TO THE LAW, not to just grin and nod while she spoke the exact

1230      opposite of the Law. Furthermore, upon my complaints to the Court about the

1231      MALICIOUS AND ABUSIVE LITIGATION by Ms. Story, Judge Binkley SHOULD HAVE

1232      HALTED PROCEEDINGS AND HELD A HEARING TO EXPLORE MY ACCUSATIONS

1233      TO DETERMINE IF MS. STORY WAS USING AN UNNECESSARILY HEAVY HAND,

1234      BEING MORE LITIGIOUS THAN NECESSARY, ACTING UNFAIRLY, LIEING ABOUT

1235      EVERY SINGLE ACTION WHICH SHE BROUGHT TO COURT TO AMBUSH ME WITH,

1236      while INTENTIONALLY EXPLOITING MY KNOWN AND FULLY DISCLOSED

1237      DISABILITIES! First for LEVERAGE to BIND AND GAG ME, while RENDERING ME

1238      POWERLESS TO DEFEND MYSELF, then just for FUN, to PUNISH ME FOR CALLING

1239      HER A THIEF!

1240      My case is a SUPER SIMPLE case for the COURT to INVESTIGATE for

1241      CORRUPTION or FOUL-PLAY by MEMBERS OF THE COURT (only TWO 30-minute

1242      hearings, where I was ONLY allowed to SPEAK for 7.1 MINUTES, while I have detailed

1243      RECORDS, every communication, I have no secrets and am willing to turn over every

1244      communication with each and every party, not even needing any protections for

1245      "attorney/client privilege" (as long as an UNBIASED party is investigating to seek the

1246    TRUTH), along with 40GB of SUPPORTING EVIDENCE! Evidence which will PROVE

1247    (even if it takes until my dying breathe, while she stands on my chest), that she is every

1248    bit as CORRUPT as I have said that she is, and a whole lot more!

1249    Now, my MARRIAGE and DIVORCE was COMPLICATED, which is why nothing

1250    that Ms. Story filed with the Court had ANYTHING to do with what really happened in

1251    either my marriage or my divorce! Instead, she went for the sensational "DECOY

1252    DIVORCE" which made me a MONSTER, my ex-wife a VICTIM OF "EMOTIONAL

1253    ABUSE" (when that TERM was never once uttered or heard during our 15-years together,

1254    in counseling, church, or anywhere else!) That was a TERM which my ex-wife LEARNED

1255    from ATTORNEYS after she secretly unilaterally decided that she wanted to KEEP

1256    EVERYTHING and DISCARD ME! (That was how it started, but in the end regretfully she

1257    burned everything, just so that she could STILL DISCARD ME.)

1258    Our "Collaborative Divorce" professional "Sandy Arons" told that term can be

1259    especially troublesome in a divorce, depending upon the weight the JUDGE gives it,

1260    because it can be used to "justify" a lot of otherwise irresponsible and erratic behavior.

1261    (Like taking on a second residence, when you can't afford it, and there is no need to, you

1262    are one of two people living peacefully in a 2,500 Sq.Ft. home, and surely with some

1263    boundaries set you can continue to peacefully reside there until a wise exit strategy is

1264    worked out, without catapulting the family into debt, and eroding our equity in our

1265    home.)

1266    I asked Sandy Arons how does a Judge KNOW if someone is LYING about whether

1267    or not they have been "abused". She told me that most Judge's have seen it all and KNOW

1268    that if a couple have remained together for 15-years as we had, while complaints about

1269    abuse only came after the divorce was announced, then Judge's can see through that!

1270       Not Chancellor Michael W. Binkley though, instead he PILED ON TOP OF IT,

1271    asking if Ms. Fenton could be an "INNOCENT SPOUSE" in her problems with the IRS,

1272    when we NEVER had any PROBLEMS WITH THE IRS, until MS. FENTON erratically

1273    locked me out of all our finances, and decided that she was smarter than me and would

1274    handle all of our finances and taxes herself. Then the IRS came after her.... For reasons

1275    that she is still to PROUD to tell me. I promise you; it wasn't from any FINANCIAL

1276    WRONGS ON MY PART!

1277       While Ms. Story responded to the Judge, that Ms. Fenton would PROBABLY

1278    qualify under the "INNOCENT SPOUSE" rules of the IRS, but that she just wanted to

1279    move forward, because this was such a toxic marriage.

1280       Actually, it WASN'T A TOXIC MARRIAGE, IT WAS A TOXIC DIVORCE! Because

1281    Ms. Fenton learned that she was responsible for paying me approximately $20k per year

1282    in alimony for a duration of 6-years, then since she dragged her feet screwing around with

1283    her first attorney, rather than participating in a COLLABORATIVE DIVORCE as it is

1284    intended, Ms. Fenton MISSED the deadline to allow us to complete the divorce by the end

1285    of 2018, which meant that thanks to Trump's new tax laws at the start of 2019, that she

1286    could NO LONGER WRITE-OFF ALIMONY AS A TAX DEDUCTION! (She would have

1287    been "grandfathered" for all six years, if we completed the divorce within 2018.)

1288       Then came the REALIZATION on the next two pages, and I knew that Ms. Fenton

1289    was planning to SABOTAGE any chances I had at alimony.

1290    In ADDITION to that bit of info, Ms. Fenton also KNEW and TOLD me in a text a

1291    YEAR EARLIER, that her BOSS and owner of their firm was planning to RETIRE when

1292    their office Lease was up in May of 2020. So I knew that Ms. Fenton was going to take a

1293    professional NOSE DIVE somewhere around the SAME time that her boss had planned

1294    to retire.

1295    So MY GOAL was to get roommates, try to get some vocational training and a JOB

1296    to come as close to cash flowing the home on my own, BEFORE MS. FENTON

1297    INTENTIONALLY SELF-DESTRUCTED to DOGE paying me any alimony!

1298    The ONLY thing that I didn't see coming a YEAR IN ADVANCE, was Ms. Fenton's

1299    decision to FILE FOR BANKRUPTCY! I knew that she was willing to sacrifice MY

1300    CREDIT, but I honestly never expected for her to sacrifice her OWN CREDIT. That was

1301    where she caught me OFF GUARD!

1302    So a highly paid MIT scholar and licensed architect, with roughly $100k per year

1303    income, filed for bankruptcy on what amounted to a little more than $40k worth of

1304    unsecured debts, while specifically requesting her in bankruptcy filing to forfeit OUR

1305    JOINTLY DEEDED AND INVESTED HOME (with my premarital retirement, proceeds

1306    from my premarital home, my life's savings and every penny since, combined with nearly

1307    a decade of CORE IMPROVEMENTS (about $200k worth in all), which I will show mind

1308    blowing PICTURES OF so that people can no longer DISCOUNT my INVESTMENT into

1309    our marital home!

1310    While YES, she has had narcolepsy since I've known her, and it has been well

1311    managed with medication for the past decade. But what REALLY turned-up the

1312    temperature on EVERYTHING in our lives, was when Ms. Fenton came down with an

1313    early and SEVERE case of MENOPAUSE, which I have several emails and texts where she

1314    describes in great detail how that has destroyed her ability to SLEEP as well as her quality

1315    of life.

1316          The MENOPAUSE problems began about five years before she left me, while I

1317    credit it for about 25% of the ANGST between us and as a major contributory factor to our

1318    divorce. But after Ms. Fenton moved out, to her apartment, the menopause got so bad

1319    that she began HORMONE THERAPY, and that was when the hormone therapy

1320    CONFLICTED with her medication for NARCOLEPSY, thereby making EVERY NIGHT

1321    OF SLEEP SINCE, horrific, as she describes in great detail in some of the texts she sent

1322    me, as recently as a month or two prior to hiring Ms. Story to ACCUSE ME and MY

1323    EMOTIONAL ABUSE as the source of her health problems, her inability to sleep, and her

1324    physical frailty.

1325          I believe that another SIGNIFICANT COMPONENT, is ALL THE FRAUDULENT

1326    ACTIONS that she has taken to DESTROY EVERYTHING that we BOTH HAD EVER

1327    OWNED OR BUILT TOGETHER, combined with the fear and anxiety, that she could go

1328    to prison or lose her professional license for bankruptcy fraud, as that was a TOTAL

1329    SETUP, to simply STEAL MY HOME AWAY FROM ME, since it was JOINTLY DEEDED,

1330    but the mortgages were in her name. I made endless offers for a peaceful resolution to

1331    migrate our home for either of our use, but none of them left me penniless and homeless,

1332    so NONE of them were GOOD ENOUGH! She got excited about a few offers, where I tried

1333    to give her my equity, but then depression would set back in and she would bounce back

1334    that she couldn't afford the house on her own while paying my alimony. I offered

1335    repeatedly to LOWER the alimony payments, because I wanted so badly for her to keep

---

{ Page **275** of **295** }

1336  what started off as "the house of HER DREAMS", but she would get excited then crash

1337  with depression and hopelessness again (her lifelong demons, since her preteen years).

1338  Around January of 2019 I invited her to a counseling appointment with me,

1339  because SHE WANTED TO REMAIN FRIENDS, but I didn't see HOW THAT WAS

1340  POSSIBLE under the circumstances, regardless of how badly I wanted it to be possible.

1341  So I offered to allow Ms. Fenton to come see my Counselor, and a signed a release for my

1342  Counselor to tell Ms. Fenton ANYTHING THAT SHE WANTED TO KNOW ABOUT ME,

1343  to answer her EVERY QUESTION! Ms. Fenton JUMPED at the opportunity to attend

1344  Counseling with me, when I offered it to her. Regretfully, in the end, Ms. Fenton was angry

1345  and yelling at my Counselor that I KEEP WORRYING ABOUT HER, AND TRYING TO

1346  MAKE A MORE ADVANTAGEOUS PATH FOR HER in our divorce... offering her our

1347  home, or my equity in our home to help buy her a condo, instead of leaving her in a dead

1348  end apartment where she had no tax write-offs, and made too much money not to have

1349  any tax write-offs. I still didn't understand just how dramatically, or permanently, she

1350  PLANNED to "crash and burn". I was trying to give her some INCENTIVE to continue to

1351  pursue and grow in her career. She told my Counselor how absurd she thought that it was

1352  that I had no job or anywhere to go, but I was still more concerned about her quality of

1353  life after our divorce was final. I SO WANTED to leave her in a better place than I found

1354  her in! But she wouldn't let me! She yelled at my Counselor that I needed to "quit worring

1355  about her and start worrying about myself!"

1356  I had spent the past 15-years fighting every battle that I could for her, which were

1357  most of her battles. I had publicly taken the blame for things she or we had done wrong.

1358  Her PRIDE is another stronghold in her life, so it is CRITICAL to her that people think

{ Page **276** of 295 }

1359   the best of her. While I don't put much stock in what people think about ME, so I would

1360   carry her shame and blame wherever I could. In the end, it unintentionally made me the

1361   perfect pansy, while she was the one person that I never thought once about protecting

1362   myself from, prior to her secret divorce.

1363        Everything I had in life were invested into HER and OUR HOME, and now I have

1364   lost both. Then came Attorney Virginia Lee Story who demonized me before I ever entered

1365   Court, made outrageous claims about my person and spoke about me as if I was a monster,

1366   and within that first trial on 8/1/2019, Chancellor Binkley replied: **"WHO WILL**

1367   **CONTROL MR. FENTON"** tried to rwhat was going <mark>to was yelled at my counselor that</mark>

1368   <mark>I n</mark>

1369

1370        and State benches how it could come Binkley in Tennessee I have YET to meet an

1371   impartial tribunal

1372        which I was denying me the legal rights I was BORN WITH in this wonderful

1373   Country! of on my "bad actors" list those who have worked with her to deprive me of my

1374   rights, and apparently Attorney mentor and   and bring back with me some JUSTICE to

1375   help protect other disabled AND Pro Se litigants within Williamson County! If you can

1376   listen to an attorney and a Judge BASH on somebody, threaten them, harass and abuse

1377   them right in the Court Room, while everything they say is the OPPOSITE of what was

1378   said in the previous hearing where I had Counsel, then frankly you are a part of the

1379   problem, not part of the solution, and all the more reason that a FEDERAL

1380   INTERVENTION IS REQUIRED!

It is NOT "my word" against "theirs", I have provided you with audio recordings, transcripts, and mountains of EVIDENCE, all of which has not motivated a single hair to REACH OUT AND HELP THE INJURED PARTY!

If for no other reason, I can GUARANTEE that Attorney Virginia Lee Story had exparte' communications with Chancellor Binkley regarding my case, because whenever I called Ms. Story's OFFICE TO TALK WITH HER, she had her staff tell me that Judge Binkley expressly instructed her NOT TO SPEAK WITH ME OVER THE PHONE, to only communicate with me via email. While I PROMISE YOU, that was NEVER SAID IN A COURT ROOM WHICH I WAS IN AT THE TIME, nor will you find it on any of the Court Transcripts!

Any person who is willing to walk past a drowning man, obviously held down by the forces of SECRECY, INEQUALITY, DECEIT, PERVERTED APPLICATIONS OF LAW, DARKNESS, needs to be removed from power so that someone with the MORAL FIBER to INJUSTICE, in Williamson County

CONTINUE TO FII am not seeking another extension to correlate with the Supplementation and Correction of the Record, but would like that information on Record to reference as it should be and was meant to be, before I was violently torn from my home with only three-days' notice, under the false allegations of Appellee's Counsel in Court on 8/29/2019, that otherwise I would **"dissipate marital assets".** Although I had reached-out to Ms. Story the day BEFORE trial, simply to touch-base, to advise her regarding the progress on my ONE AND DONE filing, to

{ Page **278** of **295** }

determine when, where, and how she preferred that I provide her a copy, to ensure that I didn't accidentally cross paths with Ms. Fenton, violating the OP Exparte' in place. The language, tone and flow of my email were genuinely kind, courteous, respectful, and inviting. (I started off being really NICE!)

In that email I had already exhaustively explained the TRUTH about the concerns she had expressed to my prior Counsel, Charles M. (Marty) Duke, regarding MY "dehumidifier" and OUR MARITAL Sony Bravia 55" TV. Unfortunately, to my tremendous harm, Ms. Story still chose to mislead the Court about both the following day, during my 8/29 trial.

Which in my understanding of the Court Order it appears to me that I was harshly punished by Chancellor Binkley during the 8/29/2019 hearing in reaction to Ms. Story's incorrect and misleading claims about the "dehumidifier" and "TV". Further stating that I was "Dissipating Marital Assets", which clearly wasn't true, as there was no more PERSONAL PROPERTY which remained at the residence to be divided. As we had been separated for a YEAR already, Ms. Fenton had long ago taken most of her Personal Property, having both filled-up her apartment plus one or two storage units with HER share of what was previously our personal property. That matter was completely settled, as is specifically stated on Page-2 of Ms. Fenton's "COMPLAINT FOR DIVORCE", drafted and filed by Ms. Story's office. After which, for some reason, MY PERSONAL PROPERTY kept being treated as if it were OUR MARITAL PROPERTY or "ESTATE". However, if that were the case, then Ms. Fenton would need to first return all HER

PERSONAL PROPERTY (from her apartment and storage unit(s)) in order for that to ever be FAIR.

The image above is from Technical Record Volume-1, Page-2. I reminded Ms. Story numerous times about this, appearing to be some "sleight-of-hand" to me, confused and upset by the repeated threats of "converting" MY personal property, without including any of Ms. Fenton's personal property, as part of our "MARITAL ESTATE".

---

**IV.**

Plaintiff would show that the parties have no assets other than personal property which has been divided with the exception of a few items. Husband and Wife have lived separately since April 2018.

---

My understanding from the 8/1/2019 Court Order (TR.v1 (110-112)), as explained to me by my temporary Counsel Attorney Mitchell Miller, the Order allowed me to both TAKE my personal property with me and/or to SELL it to meet my immediate NEEDS. It was the only means granted by the Court to satisfy the financial shortfall suffered because of the Court abruptly terminating my rental income, which was my only means of support at that time.

However, at the 8/29/2019 hearing, where I could no longer afford Counsel to represent me, having already lost my home by Court Order while learning that Appellee had already secretly filed for bankruptcy, thwarting my hope of receiving any promised alimony from her. I simply had no financial means, prospects, or leverage left, no remaining assets or support moving forward, from which I could reasonably expect to be able to continue paying Counsel.

---

{ **Page 280 of 295** }

As such, while knowing how detrimental that would prove to me, I could find no alternative other than representing myself "Pro Se" during the 8/29/2019 hearing, and through every action to follow. At which point, during my hearing on 8/29/2019, it appeared to me, that every provision and protection which I was afforded during my 8/1/2019 trial, instantly and irrevocably vanished.

As a result of Ms. Story's alarmist claims, testimony, and requests in Court, all within less than 30-minutes, I left the "Old Williamson County Courthouse" in Franklin Tennessee, with my forced eviction from my home FIVE DAYS later on 9/3/2019, while DENYING me the right to take ANY of MY personal property with me, while requiring me to "TAG" every item (of MINE) which I HOPED to KEEP (literally being THOUSANDS OF ITEMS, nearly EVERYTHING THAT I OWNED, which is WHY I OWNED IT), as Ms. Story demanded, since that was what the Court Required of Ms. Fenton. But Ms. Fenton owned less than a DOZEN items remaining at the property, needing to be "TAGGED". (Hence I believe that was a proverbial death sentence for me, which was literally impossible for me to complete, along with everything else required for me to be able to immediately and unexpectedly move 600-miles away to seek shelter with my mother, in the unfinished BASEMENT of her 780 SqFt Home in MICHIGAN.)

While at Ms. Story's urgent request, the Court Ordered the WCSO to physically escort me out of my home and off of my property, on Tuesday September 3rd, at 12 NOON, (with only FIVE DAYS NOTICE, contrary to Ms. Story's incorrect claims that I had thirty plus days of notice) while checking to ensure that I didn't remove anything from MY HOME other than a carload of my clothes, my toiletries, and my medications, as ordered by the Court.

When the four WCSO Deputies arrived on Tuesday September 3rd at Noon, I had been awake SINCE COURT on 8/29/2019, frantically trying to TAG all MY STUFF which I WISHED to KEEP, while THREE of those days were spent assisting my roommates with moving OUT and moving furniture, while one of my roommates (Jesse), a gentleman of 62 years of age, I discovered has serious medical problems, which I was previously unaware of. As a result of the 8/1/2019 Court Order, Jesse was forced to become HOMELESS, living in his tiny car for a week or two, until his replacement rental would be ready. Jesse complained that he did not have the money for a weekly motel or other temporary shelter (nor did I), that he simply had NO WHERE TO GO. I allowed him to remain in my home until my very LAST day, but I could not CLEAN the dishes, the kitchen, his sheets, or his bedroom until he vacated the premises.

I felt horrible, having promised him in his 1-YEAR lease that he would never have less than a 90-day notice. Although the Court was informed of Jesse's and Chris's leasehold interests, having wanted my tenants to vacate within TEN days at first, thirty days was the absolute most notice which the Court would allow.

Despite my compassion and desire to show more care for Jesse, I was finally forced to demand that he leave, threatening to otherwise carry his personal effects out to the driveway myself. Jesse left behind a bunch of medical IV type equipment in his closet, which I had never seen before. I felt even worse, regarding his situation, but I was in no position to save myself, let alone to help Jesse.

Incidentally, this was against FEDERAL LAWS also. Although Ms. Story made one untrue claim after another, the reality is that it only takes ONE OWNER OF A PROPERTY, THE ONE WHO

CURRENTLY HAS POSSESSION, to enter a legally binding Lease Agreement. (I spoke with Real Estate Attorney Judy Wells prior.) While if a home is SOLD or enters FORECLOSURE while a LEASE is still active, that TENANT IS FEDERALLY PROTECTED FOR A MINIMUM OF 90-DAYS OR THE REMAINING DURATION OF THEIR LEASE, WHICHEVER IS GREATER!

Finally, I only had 24-HOURS remaining in MY HOME BY MYSELF to CLEAN-UP after they left, while still having hundreds if not thousands of items yet to be "TAGGED".

In an attempt to try to help stage the property better, I had Chris (my more robust 55-year old roommate) help me carry one of the beds into the bedroom where I thought it would look best. At the very end I RUSHED and WASHED ALL THE SHEETS, TOWELS, DISHES, AND LINENS, but I simply ran out of TIME before folding it all, putting it all away, and making all the BEDS. Since Chris vacated a day earlier, I was able to clean his bedroom, but I simply did not have TIME to clean Jesse's bedroom, though I did wash his sheets and pile them on his bed. Having a little more time with my own bedroom, I made sure that my new bed was neatly made with fresh sheets.

All to later learn that my efforts were for nothing, as horrible accusations were made about the condition which I left our home in, without the slightest consideration for my real challenges as I attempted the literally impossible task requested by Ms. Story and Ordered by the Court. Requiring that I "TAG" every item which I hoped to keep! While vacating my home and the State of Tennessee, where I had 25-years' worth of relationships to say "goodbye" to, while only having TIME for a couple. I believe that was a completely unreasonable request and order, as I HAD NEVER OFFERED TO FORFEIT ANYTHING WHICH I OWNED! There was NO NEED for

FRBP Violated: #3:19-bk-02693    TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)    JRF.125.1284.00

me to "TAG" anything! (Which I voiced to Ms. Story, without any indication that she cared, as she refused to relinquish any demands.)

That language was entirely created and driven by Attorney Virginia Lee Story. It all seemed so violently assaultive, unfair, unnecessary, and unreasonable to me, since Ms. Fenton had MONTHS to move out, as I had gently assisted her day after day, with a carload at a time, or at whatever pace she chose. In contrast, I was forbidden from even taking my brand-new BED, which my mother had purchased for me just a couple of months prior, clearly never being "marital property" of any sort! While again, the issue of DIVIDING OUR PERSONAL PROPERTY was settled on PAGE-2 of Ms. Fenton's COMPLAINT FOR DIVORCE! So, by what justification was all this damage caused to me and Jesse?

Rather than "rant" about who did what when and what that revealed their real MOTIVES to be,

along with citing each instance of subsequent harm I suffered, I believe that it will be easier for

you to understand (and less offensive), if I simply SHOW YOU. Although this is a lot of material,

I know of no better way to EXPOSE the TRUTH, than to SEQUENTIALLY SHOW my

communications with Ms. Story below, both in COURT as well as via email, often immediately

before or after Court. While I believe that the "in court" and the "outside court" narratives are



almost polar opposites. But please do not take my word for it, it is a quick read, and the "STORY"

speaks for itself (please determine which of us operated in "good faith" throughout, even if not

always politely):

1381

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.125.1286.00

# SIGNIFICANT CONSTITUTIONAL & FEDERAL RIGHTS DENIED

## AMENDMENT XIV

*Passed by Congress June 13, 1866. Ratified July 9, 1868.*

**Note:** Article I, section 2, of the Constitution was modified by section 2 of the 14th amendment.

### Section 1.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### Section 2.

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age,* and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

### Section 3.

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

### Section 4.

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

### Section 5.

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

*Changed by section 1 of the 26th amendment.*

TNJudicial.org/e/aljrf025.pdf   Motion to Escalate to the Tennessee Supreme Court (7/19/2021)
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-28, PageID.1057   Filed 10/13/23   Page 138 of 296
of 145

# Comptroller's Handbook

## Consumer Compliance

# Protecting Tenants at Foreclosure Act

Version 1.0, March 2020



Office of the
Comptroller of the Currency

# DUE TO COVID-19
## I NEED to get a JOB from HOME
## Because of my Mother's Health
## Which I CAN'T DO with this STUPID OP!
## Please have the OP REMOVED and
## EXPUNGED or Start Sending Me
## SUPPORT PLEASE!

### ASTHMA, ALLERGY AND IMMUNOLOGY CENTER

S. Anne, M.D.    R. Botta, M.D.    I. Badr, M.D.    R. Mahajan, M.D.    H. Azzam, M.D.

**Patient Name:** Marsha Fenton
**Visit Date:** 7/2/2020

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM

{ Page **289** of **295** }

# ARGUMENT

## MS. FENTON'S ATTORNEY'S FEES

1382      Followed by the "Conclusion" that the costs be taxed to the Appellant and "Appellee

1383    awarded her attorney's fees." So far every Court action to date has "awarded" the Appellee

1384    her attorney's fees, yet I have never seen a single bill for Ms. Story's services, or for the

1385    rest of Ms. Fenton's legal entourage, while abandoning me with nearly $100k of truly

1386    MARITAL DEBTS in my name, refusing me funds previously promised by Ms. Fenton for

1387    EQUIVELANT COUNSEL to represent ME (as I have PROOF PROMISED)! As further

1388    evident in this brief email to me by Ms. Story on this topic:

---

*On Nov 12, 2019, at 9:03 AM, Virginia Story <virginia@tnlaw.org> wrote:*

**Mr. Fenton,**

*We did not request an award of attorneys fees. Please refer to the Final Decree sent to you there is no Judgement against you for fees.*

**Ms. Fenton will pay her fees.**

*Thanks,*

*Virginia*

---

1389       I suspect this is because "they" don't even want me to KNOW how many tens-of-

1390 thousands or hundreds-of-thousands of dollars Appellee's wealthy disgruntled family

1391 spent to abruptly DISCARD me penniless and homeless, without ANY financial

1392 responsibility or care for my basic minimum necessities, such as replacement shelter

1393 (after having TAKEN MY HOME BY FORCE – WITHOUT DUE PROCESS), refusing me

1394 the slightest bit of vocational training, support for food, healthcare, continued

1395 medications, car insurance and gas as I try to transition back into having an hourly job

1396 again for the first time in nearly 15-years.

1397       After Appellee unilaterally chose to voluntarily forfeit OUR HOME, in which I had

1398 invested the totality of my life's work, earnings, and even my premarital retirement

1399 savings. While Appellee intentionally DENIED ME ANY legal or ethical NOTICE, while

1400 even refusing to acknowledge or answer my direct questions regarding the matter (which

1401 is how I KNOW it was "intentional"). Appellee, along with her teams of counsel,

1402 specifically sought to deprive me of ANY OPPORTUNITY to attempt to save my

---

1403   PROPERTY INTEREST, or even to allow me to mitigate my losses, as is demanded in the

1404   14th Amendment for EVERY United States Citizen!

1405        At 50 years of age, both Ms. Fenton and the State of Tennessee OWED me more

1406   than being dumped off the side of a cliff into the trash, with absolutely no opportunity to

1407   obtain vocational training and transition back into the workforce, to support myself again.

1408   ➤ This is a BASIC inalienable RIGHT as a HUMAN BEING, as defined by the

1409      **UNIVERSAL DECLARATION OF HUMAN RIGHTS**, honored even by

1410      POOR THIRD-WORLD COUNTRIES, in Article 25:

1411   ➤ Everyone has the right to a standard of living adequate for the health and well-

1412      being of himself and of his family, including food, clothing, housing and

1413      medical care and necessary social services, and the right to security in the event

1414      of unemployment, sickness, disability, widowhood, old age or other lack of

1415      livelihood in circumstances beyond his control.

1416   ➤ EVEN THE LEAST OF THE NATIONS GLOBALLY GRANT IT'S PEOPLE THIS

1417      BASIC RIGHT TO AID SURVIVAL DURING AN EMERGENCY **BEYOND**

1418      **ONE'S CONTROL,** which is EXACTLY what I experienced in Brentwood

1419      Tennessee! **An EMERGENCY WHERE I NEEDED AID TO SURVIVE,**

1420      **DUE TO CONDITIONS FORCED UPON ME, WHICH WERE WHOLLY**

1421      **BEYOND MY CONTROL!**

# DECLARATION

I, <u>JEFFREY RYAN FENTON</u>, declare under penalty of perjury that the foregoing is true

[Insert Appellant/Appellee or counsel]

and correct to the best of my knowledge.

Respectfully submitted on: __1/19/2021__

[Signature of Appellant/Appellee or counsel]

<u>JEFFREY RYAN FENTON (pro se)</u>
17195 Silver Parkway, #150
Fenton, MI, 48430
jeff.fenton@live.com
(P) 615.837.1300
(F) 810.255.4438

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was forwarded either via U.S. mail, faxed, emailed, hand-delivered, and/or shipped by courier to:

Virginia L. Story
136 4th Ave. South
Franklin, TN 37064
Fax: (615) 790-7468
Email: virginia@tnlaw.org

Clerk & Master
P.O. Box 1666
Franklin, TN 37065-1666
Fax: (615) 790-5626
Email: elaine.beeler@tncourts.gov

Court of Appeals
100 Supreme Court Building
401 Seventh Avenue North
Nashville, TN 37219-1407
Fax: (615) 532-8757
Email: appellatecourtclerk@tncourts.gov

Forwarding Date: 1/20/2021

JEFFREY RYAN FENTON (pro se)