

RE: TN Courts: Help Request Form - Appeal to Supreme Court (REQUEST TO ESCALATE CASE FROM APPELLATE T...

Jeff Fenton

To  Jim Hivner; Lisa Marsh; appellatecourtclerk; elaine.beeler@tncourts.gov;
    john.coke@tncourts.gov; appellatecourtclerk
Cc  Virginia Story; Kathryn Yarbrough; marybeth@rothschildbklaw.com; complaints@tbpr.org

Tue 1/19/2021 11:47 PM

APPENDIX 14-2

(i) You replied to this message on 1/20/2021 12:03 AM.
This message was sent with High importance.

2021-01-17 Michigan Unemployment Insurance EXHAUSTED - NEED IMMEDIATE RELIEF OF OP TO WORK or SUPPORT, Restitution, Damages PLEASE.pdf
295 KB

2004-02-09 WHY Fawn LOVES Jeff with Markup (Redacted).pdf
65 KB

2004-04-28 Hunts Complaint Letter (Standing-Up for Fawn).pdf

**The scanned version of this document represents
an exact copy of the original as submitted to the
Clerk's Office. The original has not been retained.**

Hello Mr. Hivner,





(To need to spend 12-16 hours everyday sifting through remnants of the life that was STOLEN from you, just to GET FREE, do you KNOW HOW INHUMANE THAT IS? I have WASTED 4,000 HOURS of my LIFE this past year, SEEKING the SMALLEST DROP of JUSTICE!)

3/13/18, 6:42 PM to Fawn Fenton

So are you blaming me in the papers, or simply seeking a fair no fault divorce?

3/13/18, 6:43 PM to Fawn Fenton

Please put yourself in my shoes, and ask how you would survive this, if you were me.

3/13/18 6:46 PM from Fawn Fenton

I know, I'm so sorry. I've tried to put up with the conflict for years, because I knew how devastated you would be if we broke up, and I didn't want to do that to you. But I just can't keep going, it's killing me inside.

3/13/18 6:49 PM from Fawn Fenton

"Irreconcilable Differences."

3/13/18 6:54 PM to Fawn Fenton

Conflict is always a choice. You can never have conflict without at least two people trying to dominate each other with their opinions.

Without two people committed to changing each other's minds, more than they are committed to the other PERSON.

You know a divorce isn't God's will for us, or the reason that he brought us together.

You want to keep all the good and throw away all the bad, when EVERYONE is a mixture of both good and bad.

That's what you could never accept. That your feelings aren't always accurate. That you are an emotional roller-coaster, especially since menopause began five years ago. You are relationally unable to commit to any path of progress, to believe there is ANY hope, to visualize and walk toward the light.

That breaks my heart! Since there isn't a dang thing that I can do about that!



Please forgive the fact that much of this was not written for "public release", it was a rough draft, choppy in places, and written for the free legal HELP website, as well as for the Board of Professional Responsibility and the Board of Judicial Conduct, whom I'll also forward this to, so please likewise download the files to have the evidence to proceed with my complaints.



Hopefully the Tennessee Supreme Court can resolve this minor issue of imminent important, without which I can't work with my mother's immunity disorder, so I need to work all day every day at somehow getting Williamson County's Noose off from Around my Neck. Some sort of "peaceful protest", political or legal action, or a cure of some sort. If this fails, then I need to escalate this to the United States Court of Appeals, because I can't wait years longer to be able to work, and I believe that I have a better shot with them than the Federal Court in Tennessee. The only down side, is that the ONLY Federal portion which has been heard so far by the Tennessee Federal Court, is Ms. Fenton's BANKRUPTCY. So my best chance is to file for Bankruptcy Fraud in the United States Court of Appeals for the Sixth Circuit. Then I believe that I'll be able to add the "Color of Law", 14th Amendment, HUD violations, ADA Exploitation and Abuse. I've spoken with the FBI, and I'm hoping to possibly have the "bad players" prosecuted under the RICO ACT, since this has created a financial burden upon another States financial resources and welfare system, totally without NEED.

I'd hate to risk the potential criminal consequences for Ms. Fenton to appeal her Bankrupcy for fraud, by not disclosing my financial interest and ownership in our HOME as well as ALL the personal property inside. While The Federal Court made judgments about MY PERSONAL PROPERTY (under horrible, manipulative faith, to supercede TN State Property Income and Assets protections, which I had properly filed).

of 74



**Fawn Fenton**
mobile

Thanks!

I was just reading about the 2018 tax code...

Have you figured out the income tax ramifications of having no mortgage interest deduction (because you will live in an apartment), plus no spousal dependant (another lost $12k write-off), plus not being able to write-off the alimony you pay me, combined with the new 2018 tax laws? (Not to mention the loss of the "business in home" and other MM write-offs)?

Seriously, I'm concerned for how you have and continue to set yourself-up for your future.

It looks to me, like you will have double the taxable income that you previously had, which won't likely change for 5-10 years, until you can afford to purchase another condo and complete paying my alimony

Have you really ran the numbers on all of this and considered for a moment if maybe there is some way for you to mitigate your tax losses?

It looks to me like you have created and are walking into the worst possible scenario tax wise, which will largely defeat much of the vocational success you've reached in recent years.

Am I missing something, misreading something, not understanding anything correctly? Have you discussed options with a CPA or even your brother, or someone with an MBA, or at least a tax professional?

I hate to see you screw yourself, especially to solely benefit Uncle Sam

Is there no better way of doing this?

Dec 22, 2018

Correct, my tax situation is going to suck for a very long time

Fawn Fenton (mobile) · Dec 22, 2018

Is there nothing we can do h

To help that?

Dec 22, 2018

Not that I know of.

Fawn Fenton (mobile) · Dec 2018

Have you talked to your brother about it or asked an accountant?

Dec 22, 2018

Yes I've talked to mark and my dad. No haven't talked to an accountant. 90k gross · 31k taxes · 21k alimony = 38k net · Plus or minus
Fawn Fenton (mobile) · Dec 22, 2018

Didn't your dad or Mark have any suggestions to bring down those insane taxes?

Dec 22, 2018

Nope. This is why I cannot afford to keep house, and need sale to help pay down debts
Fawn Fenton (mobile) · Dec 22, 2018

Yet the house would save you how much in taxes?

Debts are all from this year... how did we fall so far so fast?

Dec 22, 2018

Someday when alimony is done, I can get a job making only $43k gross and have same net of +/- $38k
Fawn Fenton (mobile) · Dec 22, 2018

That is crazy... their must be a smarter way to spend all that you've worked for?

I really don't know what is worse, trying to manipulate bankruptcy fraud to solely INJURE the highly disadvantaged, disabled, unemployed, and currently unemployable spouse, while the Bankruptcy was STAGED, having known a YEAR in advance when Ms. Fenton's employer planned to retire (as documented therein), while EVERY motion in the Chancery Court was not only fraudulent, a "DECOY DIVORCE", but also intentionally planned as three separate, but simultaneous HIGH-VALUE attacks, to specificially exploint my KNOWN and documented disabilities, which just happen to be Ms. Fenton's PET PEEVES about me. That I'm TOO SLOW, and that I am psychologically UNABLE to MULTI-TASK significant tasks. That OR the denial of taking my Personal Property, to ONLY try to DISCARD it later! That is about as UNCONSCIONABLE as it gets!

Then to slap me with DEFAULT JUDGMENTS, as if the Court finds it REASONABLE to only read PART of a SENTENCE, rather than reading the WHOLE SENTENCE in context. Therre is no means by which it was REASONABLE to assume that after working myself tirelessly to turn in about 250+ pages of EVIDENCE on 8/29/2019, that I just QUIT caring about it and decided NOT to BOTHER PARTICIPATING AND DEFENDING MYSELF in the most HIGH VALUE ACTION AGAINST MY FREEDOMS AND RIGHTS, which in all honesty, I SHOULD be provided an attorney before anyone hearing. But certainly, the Judge's CLOSE and TRUSTED friend, shouldn't be filing such UNREASONABLE AFFIDAVITS, while Judge Binkley seems to have a "meet you half-way" system with Ms. Story, for some element of "plausible deniability", but in this case, NONE OF IT IS REASONABLE AT ALL!



Just TWO 30-minute HEARINGS, without DUE PROCESS with an opportunity to SAVE MY PROPERTY INTEREST, in EITHER my income or my home. "Under Color of Law", pretending that the exact opposite of the Law happens to be legal.





I held out good for my raccoon buddy in my hand tonight, and he touched both his cold little nose and his paw to my hand.

I DID IT!!!

Apr 23 2019

**F** OMG! raccoon!!! 😊

Fawn Fenton Mobile • Apr 23 2019

Was that not COOL AS HECK? I did like you told me... Trying to keep the door barely split so he didn't come inside, while taking a video with one hand, holding out the food in the other hand, trying to focus, call to him..... And you say that I can't multi-task!

I've interacted with him a ton through the glass, and a little outdoors, but that was the first time that we touched each other. He was super gentle, with his warm soft little tongue eating out of my hand, with never the slightest nip!

Apr 23 2019

**F** Love little raccoon!! 😊

Fawn Fenton Mobile • Apr 23 2019

This is **BLATANT and CLEAR**, and every day that I can't work I get a little more of my **EVIDENCE** sorted out, and eventually it will look good enough to be published and sent to every person in State and Federal government and the Courts from Tennessee to Michigan to Washington DC!



LYNCHINGS ARE ILLEGAL NOW!

Anyhow, I understand that because of the tremendous **ROOFING DISASTER WE SUFFERED**, which took up **TWO YEARS OF OUR LIVES**, were I had to **EXPOSE** two multi-billion dollar companies and one multimillion dollar company, in an effort to **RECEIVE** the Judgment we had won over a year ealier, so **THAT** is the only thing that **ANYONE** in the **WORLD** has to **FEAR** from me, as Ms. Fenton knowns, and I believe that you all know.

But I'm busy **REDACTING** Ms. Fenton's name from documents, so that they can be published without violating your **HUMAN SHIELD**, whom I happen to love, I have forgiven completely, and I blame the "bad actors" for **BOTH** of our damages! Having illegally denied my State and Federal Constitutional Rights to be **HEARD**, to be allowed to **PARTICIPATE IN MY TRIALS**, to **RECEIVE DUE PROCESS BEFORE** any substative **LOSSES**!

# 2018-08-06 OFFERED TO GIVE MS. FENTON MY EQUITY FOR FREE!
## (Regretfully She Declined)



So for the bankruptcy fraud, from what I can see, there is the false narrative which both Story/Ausbrooks used that our Marital Residence was MS. FENTON'S. Which as you will see by the provided documentation (and could have, should have, did know). Otehrwise my name wouildn't be listed in the WRONG FIELDS of the form, with the address!

While NO SUPPORT was disclosed by Ms. Fenton/Ausbrooks, either having taken place before or to follow, as we had many times agreed and she swore she would pay (as Ms. Story has seen multiple times by now). Even if you have the influence to withhold the EVIDENCE from one court, the TRUTH is still the TRUTH, while I have 40GB to PROVE it by all media formats!

---

**From: Charles M. Duke <marty@mdukelaw.com>**
**Sent: Monday, August 5, 2019 5:39 PM**
**To: Jeff Fenton**
**Cc: Mitchell Miller <mitchell@schafferlawfirmtn.com>**
**Subject: RE: Fenton v. Fenton**

Jeff:

There is no definite date certain by which I agreed with Ms. Story to file an Answer & Counter-Complaint. However, until there is an Order entered relieving us as counsel in this matter, you should not file anything pro se.

Thanks. have a good evening.
Marty

**From: Jeff Fenton**
**Sent: Monday, August 05, 2019 5:36 PM**
**To: Charles M. Duke**
**Cc: Mitchell Miller**
**Subject: RE: Fenton v. Fenton**

Thanks Marty.

Can you simply inform me of any critical dates which I need to self-represent by, as I can not afford further representation:

For example, when did you get the ANSWER & COUNTER COMPLAINT extended to?

Any other time critical dates would be greatly appreciated.

Thanks.

## JEFF FENTON
### METICULOUS.TECH
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

The only way this could have even taken place, is corruption, deprivation of rights under color of law, and similar Federal and State Crimes!

So for the record, yes, I wanted to be DONE communicating with Ms. Story, because she has repeatedly UNCONSCIONABLY ABUSED ME, as you will see TWO SMOKING GUNS of EVIDENCE documenting! But NEVER did I want or plan to give up my RIGHT to protect myself or participate in ONGOING litigation against me! My note OFFERED to SACRIFICE the MONEY LOST IN OUR HOME AND THE ALIMONY which you all "beat the system", to criminally cheat me out of. NEVER, EVER, EVER did I offer to FORFEIT MY RIGHTS AS A UNITED STATES CITIZEN, or to allow any JUDGE who hasn't even HEARD me in the slightest, while DISCOVERY hadn't even begun yet, cast a DEFAULT JUDGMENT against me!



Incidentally, as Marty Duke had TOLD me that Ms. Story had agreed to an Extension for my Divorce Answer and Counter Compalint, as they had just taken over the case with only a COUPLE of days notice, from Attorney BRITTANY GATES, who NEGLIGENTLY FAILED TO PERFORM, day after day, promising me drafts of my Answer/Counter more times than I have fingers and toes! Until finally I was able to reach Mitchel, who I had met nearly a year elarier, but who was between firms and didn't take my call when I originally hired Ms. Gates. So with a COUPLE of DAYS, while both the Court and Ms. Story REFUSED to evem provide my Counsel a few DAYS to get familiar with the HUNDREDS OF PAGES of DISCOVERY I SENT TO THEM, while your FOUR synchonisly staged actions, manipulating both Federal and State Courts to INJURE me as MUCH AS POSSIBLE!

While NEVER in my life have I ABUSED MS. FENTON! She was in COUNSELING when I met her, we went to counseling both seperately and together multiple times throughout our marriage, we were involved in a few small church groups, home fellowships, with an unlimited amount of TRANSPARENCY and an open invitation to speak into our lives, and NEVER ONCE in my LIFE have I heard Ms. Fenton, a Counselor, a Friend, a Pastor, or a Church leader MENTION the WORD "ABUSE" related to our relationship in any way! We both brought our own BAGGAGE into the relationship, which incidentally we each still have, but the multiple ACTS of FRAUD which the Court and Counsel helped Ms. Fenton COMMIT and become a PARTY TO, is by far the HEAVIEST weight hanging around her neck, dragging down her physical health, while she has also had a horrible time with MENOPAUSE for the past 7-DOCUMENTED YEARS! While now her HORMONE THERAPY for MENOPAUSE has been seriously conflicting with her "XYREM", the mediation she successfully took for NARCOLEPSY for over a decade, (which costs insurance $11,000 per MONTH, so I'm not sure she can still even get it to help her sleep), causing her not to sleep for more than an HOUR or two at a time, while waking up to CONSTANTLY drenched sheets, as she had struggled with for YEARS prior to moving out, but to a lessor degree.



So we didn't sell the house because MS. FENTON changed her mind and refused to commit on PAPER to the $1,750 per MONTH in Alimony, for a DURATION of 6-YEARS, as we had both previously agreed in our "Settlement Agreement". Hence that whole action was abuse by process, and fraudulent. While the "NO TRESPASSING" signs, though not at all illegal, where your CHIEF (and really only) piece of proclaimed EVIDENCE, while in the documentation provided, you will see YET AGAIN MS. STORY (I know you are SLOW to care about the TRUTH, or your OATH OF OFFICE), that Ms. FENTON DESIGNED THOSE "DISTURBING" SIGNS AT HER OFFICE USING THEIR CAD SOFTWARE! While I've also included texts from Ms. Fenton's BROTHER stating how their MOTHER LIKES both the SIGNS and the CAMERAS, because they make her feel like MS. FENTON IS SAFE!

As for the OP, based upon TEXT messages and emails, that all Ms. Fenton needed to do was click "BLOCK" on her phone and email, while I obviously had some EXTREMELY LEGITIMATE REASONS FOR BEING DISTRESSED, as Ms. Fenton DEMOLISAHED MY ENTIRE LIFE UNILATERALLY, while calling HER CREDIT CARD DEBT (which was completely paid off before all of this started), which she used for HER COUNSEL REPEATEDLY in MULTIPLE COURTS and ACTIONS, while affording me no counsel at all, despite having her testimony to the opposite in an openly recorded conference we had at the beginning!

While the OP made a TON of OUTRAGEOUS claims that couldn't be FURTHER from the TRUTH! With the BLATANT ENTIRELY FALSE CLAIM that I said all the time that I was a member of the "EXTRACTION TEAM", which is a TERM that I had NEVER EVEN HEARD BEFORE, that EVERYONE who KNOWS me can testify they have NEVER heard me say, because I had never heard of it OR said it before reading it in your wild "NARRATIVE" which I compare to the "Land of OZ".



We haven't covered 1/10th of my REAL EVIDENCE yet!

Yet though you've manipulated the OP to use Ms. Fenton as a HUMAN SHIELD in an effort to protect YOURSELVES from public EXPOSURE (like I did with the bad roofing billionares), to eventually have their TOP TIER corporate attorneys CALL UPON ME to draft up a mutually agreeable settlement. While Ms. Fenton at the same time had the Davidson County Sheriff's Department LEVY FIVE of the roofing company's WORK TRUCKS, including the Owner's PERSONAL TRUCK, to be AUCTIONED off to pay our judgment! While they still had the nerve to hire some arrogant corporate bankruptcy guy to try to smash ma and pa Fenton with a "MOTION TO QUASH", claiming the trucks were the PERSONAL PROPERTY of the owner, not business property. While we had high resolution photos showing them all in their glory at the impound lot, with ladder racks, shingles, shovels, etc... in the rear beds, with logos covering every side. We pierced their veil of CORPORATE protection, and they were ordered to PAY THE ORDER or their trucks would be auctioned as planned!

While I already had the PEOPLE VOLUNTEERING TO PAY THE MONEY FOR THEM, the whole "motion to quash" was because the OWNER did not want for him and his wwife to be required to sign HOLD HARMLESS agreements against Ms. Fenton and myself, as I had negotiated! But after that stunt in Court, everything was finally DONE within 24-hours. But it COMPLETELY CONSUMED TWO YEARS OF OUR LIVES! Whle though we were compensated for our judgment, interest, plus $10k if I could take down the YouTube Channel and the WordPress Blog which told their WHOLE UNETHICAL STORY IN GRAPHIC DETAIL! (95% of the FIRT FOUR PAGES OF GOOGLE GRAPHIC! Very similar to all the EVIDENCE I have in this case, which you like to strong arm and usurp "under color of law". But whether in the State of Tennessee, the Sixth Circuit Court of Appeals, or through political and public efforts to exercise my FIRST AMENDMENT RIGHTS to SPEAK THE TRUTH, as damaging to you as you ALLOWED THE TRUTH TO BECOME! While also having the protection of Tennessee's ANTI-SLAPP law.

You can not (for long) "LEGALLY" deny a man public redress of HONEST and incidentally CRIMINAL actions taken to forcefully deprive him of EVERYTHING in his life, while even being INHUMANE ENOUGH to KEEP A NOOSE around his neck, preventing him from even working for $10 - $15 from HOME to help pay for his most basic LIVING EXPENSES! That is not only INHUMANE, and a violation of EVERY Oath of OFFICE, Code of Conduct, Judicial Canons, State and Federal Constitutions and Laws, but it is also HIGHLY DISCRIMINATORY because NEVER IN A MILLION YEARS would Chancellor Michael W. Binkley have allowed a WOMAN to be treated as I HAVE been treated by the Court! As much as we all like to defend women, that is now known as GENDER DISCRIMINATION! Not to mention the INSANE amount of ADA abuse, harrassment, exploitation which you have committed.

As even the BIBLE says, that what is DONE IN SECRET, shall be BROUGHT INTO THE LIGHT! While this is 100% IRREFUATABLE EVIDENCE WHY their should be INCREASED TRANSPARENCY AND ACCOUNTABILITY in EVERY COURT ROOM, CIVIL OR OTHERWISE! Why do you think it is, that the WEALTHIEST COUNTY in the State of Tennessee, keeps NO RECORDS or even cheap audio recordings of their Civil Hearings for TRANSPARENCY and protection of the PEOPLE, from EXACTLY this sort of collusion and corruption"?

This is also DEFINITIVE PROOF that NO JUDGE should hear an ARGUMENT by any attorney whom they are "FRIENDS" with! THERE CAN BE NO JUSTICE IN A COURT OF "FRIENDS!" (This case was just TWO fquick trials, a very complicated marriage and subsequent divorce, none of which you addressed at all, opting instead fot the "DECOY DIVORCE"!) SO as they say with EVERY case of malicious litigation and judicial corruption, this is a "CASE WITHIN A CASE". The inside case of my marital relationship is hardly worth rehashing. All that is there is more LOSS for BOTH of us! But the CASE of how the Court and Counsel unconscionably violated a multitude of State and Federal laws, Constitutional and otherwise, along with oaths of office, and every level of ETHICAL CARE or the furthest thought of "IMPARTIALITY". EQUAL AND DUE PROCESS, or even providing a means for ME TO SURVIVE THIS DIVORCE WITHOUT BECOMING LITTERALLY HOMELESS HAD MY MOTHER NOT INTERVENIED AT THE AGE OF 51, which I had a beautfful $500k HOME which I had my LIFE, my PRE-MARITAL 401k RETIREMENT SAVINGS, and around $20k leveraged from the EQUITY of my PER-MARITAL DUPLEX AND HOME to invest in our MARITAL RESIDENCE!

If it looks like a duck, if it quaks like a duck....

This is SO outrageously ABSURD to even PRETEND has been done by anything OTHER than "CLOSE TRUSTING FRIENDS"! You just made the PERFECT ARGUMENT for why the State of Tennessee MUST erect PROTECTIONS for the Citizens of Tennessee, between those who DECIDE the laws, and those who ARGUE the laws in their courts!

You got GREEDY! Mean, cruel, unconscionable, and inhame....

I hope that you are disbarred and find yourself in a cell beside Casey Moreland! Because that "patriarchial old guard", which the State of Tennessee claims it is trying to move away from, which I now refer to as "PLANTATION LAW", is an ABOMINATION of JUSTICE!

I hope that the State or Federal Courts, or public outcry, holds you fully accountable, so that you can FEEL what I FELT at your abusive HANDS!



Anyway, Cherio!

Whether in State or Federal Court, in Tennessee or afar, as long as you and Judge Binkley keep a NOOSE around my neck, ALL that I LITTERALLY CAN DO IS FIGHT TO EXPOSE YOUR CORRUPTION, to work toward common sense legal reform throughout the State of Tennessee, like NOT allowing your ADVERSARIAL COUNSEL to write-up COURT ORDERS against a Pro Se litigant, without allowing them to even participate in the PROPOSED/AGREED Court Order Process, as is allowed in some more ETHICAL Judicial Districts in Tennessee!



(RIGHT BEFORE THE STORM CAME THROUGH.... TWO HARD YEARS OF FIGHTING, TO GET FIXED AND PARTIALLY COMPENSATED.)

Based upon the EVIDENCE from this CASE (the external case of malicious litigation and judicial corruption), I see the FOLLOWING changes as JUSTIFIED AND NECESSARY! Actually, I see no reason other than CORRUPTION to NOT implement these changes, which I am suggesting to the Supreme Court:

- Be friends with whomever you want, but NO-ONE should be allowed to hear an ARGUMENT by a "FRIEND"! Although Judge Binkley claims that he can "separate" or compartmentalize opposing interests in his mind, he in fact did NOT do that! I can see NO JUSTIFICATION for the State of Tennessee to keep "playing with fire" on this issue! Without an IMPARTIAL TRIBUNAL, the entire JUDICIAL SYSTEM IS OF NO VALUE TO THE CITIZENS OF TENNESSEE! It becomes a powerful EVIL POWER yielded bny the slect few, who were SELECTED to SERVE the PEOPLE!

- It is TIME to quit asking a MAN if he can FLY, when by the simple NATURE OF HUMANITY, none of us can FLY! Judges are not "SUPER HUMANS"! While if they TELL US that they ARE, we need to send them in for psychological evaluations, question their motives for such irrationalness, caring more for their own recreation than their service to our State and Country! That is a clear violation of the Judicial Canons, and I don't know WHY it hasn't been FIXED YET! But now I belive you pushed it into the ABSURD CLARITY!

- The Williamson County Chancery Court told me on a recorded phone conversation that the ONLY reason there is the ADA line at the bottom of Court summonses, is in case someone needs a WHEELCHAIR brought out CURBSIDE to help a person get from their vehicle into the building! Insisting that beyond that, no other ADA allowances or exceptions are granted. That is in start violation of Tennessee's 2.07 ADA Administrative Order, along with the American with Disabilities Act!

- Chancery told me in the same recorded phone call, that their aren't any forms or information available for Pro Se parties. Recomming repeatedly that I hire an attorney instead, while I think that is a wonderful idea, but my ex-wife secretly blocked me out of all of our active MARITAL income and credit lines!

- I belive that the LITTERATURE, SIGNAGE, ABOUT JUSTICE FOR ALL, TNCOURTS.GOV, and ADA FORMS should be UNIFOR IN EVERY COURT HOUSE IN THE STATE OF TENNESSEE!

- I furthermore, do not belive that JUDICIAL DISTRICTS should be ALLOWED to make ANY "RULES" which could in turn DISCRIMINATE against a people group! Whether that is "socioeconomic" (it seems that I've read that term somewhere), due to disabililty, or just because they don't want to lose their LIFE'S SAVINGS to someone who earns 25x per hour MORE than they do!

- I came up with a little tag line, **"Where THRANSPARENCY and ACCOUNTABILITY are stifled, CORRUPTION THRIVES!"** If I have my way, you have created your own worst nughtmare, by IMPROVING the JUDICIAL INTEGRITY of the STATE OF TENNESSEE!

- That along with the tagline, "THEIR CAN BE NO JUSTICE IN A COURT OF "FRIENDS"!"

- Catchy, eh?

- Ok, I've got to get this on it's way. Please forgive the magnitude of my overwhelmdness, but then I have disabilities, which have been INTENTIONALLY EXPLOITED by MULTIPLE COMPROMISED MEMBERS of high repute, power, and authority. I may be expected to write a BRIEF and stand up against another MAN or WOMAN, but surely I'm afforded SOME PROTECTIONS FROM CORRUPTION under the Laws of this great land!

- Let's finish this up HERE, FAIRLY AND JUSTLY, NEVER AGAIN INSIDE A WILLIAMSON COUNTY COURT ROOM! If this must get escalated to Federal District Court for bankruptcy fraud, for your OTHER crimes against me under "COLOR OF LAW" then you will really make youself out to be a rank member of the Court, working in the EXACT OPPOSITE OF YOUR OWN CLIENT'S INTERESTS, strictly to ABUSE the disadvantaged and disabled party you caused unconscionable abuse and harrassment to!

# DUE TO COVID-19
## I NEED to get a JOB from HOME
## Because of my Mother's Health
## Which I CAN'T DO with this STUPID OP!
## Please have the OP REMOVED and
## EXPUNGED or Start Sending Me
## SUPPORT PLEASE!

## ASTHMA, ALLERGY AND IMMUNOLOGY CENTER

S. Anne, M.D.    R. Botta, M.D.    I. Badr, M.D.    R. Mahajan, M.D.    H. Azzam, M.D.

**Patient Name:** Marsha Fenton
**Visit Date:** 7/2/2020

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM



# THE UNIVERSAL DECLARATION OF Human Rights

*WHEREAS* recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

*WHEREAS* disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

*WHEREAS* it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

*WHEREAS* it is essential to promote the development of friendly relations among nations,

*WHEREAS* the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have

determined to promote social progress and better standards of life in larger freedom,

*WHEREAS* Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

*WHEREAS* a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

*NOW, THEREFORE THE GENERAL ASSEMBLY* proclaims this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

TNJudicial Copy/c/e/ir122.pdf    SEEKING HELP-TNSC, COA AOC, BPR , FBI, DOJ USTP
Case 1:23-cv-01097-PLM-RSK    ECF No: 1-29,  PageID.1681    Filed 10/13/23    Page 17
of 74    DOC: 124 | Page 17 of 129

# UNITED NATIONS

Thanks you!

**Jeff Fenton**

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300
**Fax:** (810) 255-4438

# Jeff Fenton

| | |
|---|---|
| **From:** | Jim Hivner <Jim.Hivner@tncourts.gov> |
| **Sent:** | Wednesday, February 17, 2021 1:11 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Lisa Marsh |
| **Subject:** | Re: FW: NO: M2019-02059-COA-R3-CV | Please File Attached "Request for Modification" (per Judicial Branch Policy 2.07) and Fax or Email Time-Stamped First-Page for Confirmation (ATTACHMENTS #1) (BATCH-13) |

| | |
|---|---|
| **Follow Up Flag:** | Read |
| **Flag Status:** | Flagged |

Mr. Fenton:

The Supreme Court has access to all documents filed in the Court of Appeals. The Court generally does not review other documents not included in the record. You do not need to email all of these documents to us.

Jim Hivner

# I'M REQUESTING "IMMUNITY" FOR WIFE PLEASE! FROM CIVIL AND CRIMINAL CHARGES!

She could have never even harmed HERSELF as much without the powerful, corrupt, elite "FRIENDS" which empowered her FAR beyond the reach of any LAW!

While I'm pretty darn sure that this entire scam was the "BRAIN CHILD" of Attorney Virginia Lee Story!

(BATCH-13)

I need to take a break for about an hour, then I will look around some more... I've been at this for a few days now, trying to get my best piece of work back togther that crashed. But it won't be recoverable soon, the entire documet structure for about 600 pages fell apart.

In the next filing you can see that I restructured things, to be an approximately 50 page "application", then about a "50" page adhoc "appellant brief" (the best I can do), with the rest of the EVIDENCE chronologically organized into APPPENDIXES, so I don't quuite so absurdly break the document barrier.

Going on break now... thanks for both of your help!

1

By the way, I meant to clarify, in that email where I first appeal to the SC on the 19th, about half way through I changed from speaking "first person" from YOU Mr. Hivner, to speaking "first person" to Ms. Story.

No where was that clear, except in my tone and claims, so I just want to clarify that I wasn't intending to attack either of you at all! I didnb't really "catch it" at the time, and I didn't want you to think that I was screaming at either of you. My appologies for any confusion I caused there.

I know that you both are "stuck in the middle" of this whole ordeal. I appreciate your patience, tollerance, and help.

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300
**Fax:** (810) 255-4438

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Friday, October 16, 2020 4:01 PM |
| **To:** | appellatecourtclerk |
| **Cc:** | Lisa Marsh |
| **Subject:** | RE: M2019-02059-COA-R3-CV \| FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON \| 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances \| 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-5.75) |
| **Importance:** | High |

I only provide all that Fraud stuff about Fawn, to hopefully convince the Court that she lied, and that I'm not the person that they made me out to be.

If you are able to grant me my wish of restoration and expungment without this going any further, then you can skip adding any of that to the record which will unnecessarily expose her privacy or mistakes in life. I know that she has paid the "price" for her bad choices. I have no wish at all for her to be harmed further by the law or anyone else. So only post it to my record if I need to keep on fighting legally to clear my own name. Otherwise you can throw it all in the trash.

I wish I had enough time to reformat that one affidavidt… my mom spell checked it for me last night, and when she did she broke the page formatting for all the tabs… and I just didn't have enough time to fix it all.

Otherwise I prefer a cleaner product.

I believe that is it for tonight… I've been awake a long time. I'm going to bed now.

Thank you.

## JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

**From:** Jeff Fenton
**Sent:** Friday, October 16, 2020 3:52 PM
**To:** appellatecourtclerk <appellatecourtclerk@tncourts.gov>
**Cc:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Subject:** RE: M2019-02059-COA-R3-CV \| FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON \| 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances \| 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-5.5)
**Importance:** High

Here's what I'm going to miss the most about our house and Tennessee, besides our family... we called them our "yard pets". They came and ate on our rear deck everynight. I put out their food and called them, and they arrived within five minute.

Some things in life money just can't buy you.

- [https://www.youtube.com/channel/UCJuPUE8indVoWyEiFWdl6Jg?view_as=subscriber](https://www.youtube.com/channel/UCJuPUE8indVoWyEiFWdl6Jg?view_as=subscriber)

Thanks for any help you can provide ending this chapter so I can move on.

## JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

**From:** Jeff Fenton █████████████
**Sent:** Friday, October 16, 2020 3:47 PM
**To:** appellatecourtclerk <[appellatecourtclerk@tncourts.gov](mailto:appellatecourtclerk@tncourts.gov)>
**Cc:** Lisa Marsh <[Lisa.Marsh@tncourts.gov](mailto:Lisa.Marsh@tncourts.gov)>
**Subject:** RE: M2019-02059-COA-R3-CV | FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-5)
**Importance:** High

Batch Five...

## JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

**From:** Jeff Fenton █████████████
**Sent:** Friday, October 16, 2020 3:43 PM
**To:** appellatecourtclerk <[appellatecourtclerk@tncourts.gov](mailto:appellatecourtclerk@tncourts.gov)>
**Cc:** Lisa Marsh <[Lisa.Marsh@tncourts.gov](mailto:Lisa.Marsh@tncourts.gov)>
**Subject:** RE: M2019-02059-COA-R3-CV | FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-4)
**Importance:** High

Batch Four...

## JEFF FENTON

TNJudicial.org/cfa/rf124.pdf     SEEKING HELP-TNSC, COA&OCC-BPR-FBI, DOJ-USTP     DOC.124 Page 22

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

**From:** Jeff Fenton
**Sent:** Friday, October 16, 2020 3:37 PM
**To:** appellatecourtclerk <appellatecourtclerk@tncourts.gov>
**Cc:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Subject:** RE: M2019-02059-COA-R3-CV | FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (BATCH-3)
**Importance:** High

Batch Three…

# JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

**From:** Jeff Fenton
**Sent:** Friday, October 16, 2020 3:26 PM
**To:** appellatecourtclerk <appellatecourtclerk@tncourts.gov>
**Cc:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Subject:** RE: M2019-02059-COA-R3-CV | FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio
**Importance:** High

Batch Two…

# JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

**From:** Jeff Fenton
**Sent:** Friday, October 16, 2020 3:20 PM
**To:** appellatecourtclerk <appellatecourtclerk@tncourts.gov>
**Cc:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Subject:** M2019-02059-COA-R3-CV | FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON | 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances | 2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio
**Importance:** High

Hello Justices,

Please find attached my "2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio", which covers the authenticity of the transcripts for the 8/31/2019 hearing, both the audio Version and the

3

Transcribed with TIME MARKERS every paragraph to sync with the audio. Also find attached the "2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances". These both cover a broad spectrum, which I believe completely, irrefutably, disprove ALL THREE ACTIONS by the Trial Court.

Money is no longer my goal… I'm simply unable to seek financial restitution without legal Counsel. Likewise, with as hard as I have worked, and I have worked probably 16 hours per day on this for LITERALLY MONTHS, I'm just not capable of narrowing down

- DOCUMENTED DIVORCE EVIDENCE,
- 36.6 GB of Data
- 24,020 FILES
- 2,001 FOLDERS

I could create a storyboard website or blog, write a book or a miniseries, but there is no way I can fit this much evidence that EVERY ACTION TAKEN AGAINST ME HAS BEEN FRAUDULENT, IN BAD FAITH in a legal document like a BRIEF, without at least a few more months to work EVERYDAY on it, or if you were to provide me with competent Counsel. I thought that I could do it, and I believe that you will find that I have done a LOT of work, but the entire Narrative of Ms. Story is FALSE. As you will also find if ANYONE ever reads my "ONE AND DONE" filed on 8/29/2019: TRv1-3, Pages 119-380.

I'm attacheding a copy of my "TECHNICAL RECORDS Glossary.xlsx" Spreadsheet Also, if anyone there can help me and might find that useful.

The reason I need such an excesive amount of stuff attached to my record, is because Ms. Story totally exploited my disabilities, with basically a "decoy" divorce, because it was far cheaper and more effective than telling the TRUTH about anything!

As such, I am missing a LOT of significant  PROOF that Ms. Story and Judge Binkley didn't treat me ethically or legally.

I understand how powerful they both are, which is why I KNOW that I have no hopes of receiving any financial restitution from them, without Counsel and another five years of my life to devote to this.

I just want all the LIES removed, no record as an ABUSER, as a STALKER, a simple non-contested divorce with no alimony due either party, ever! With any of the bogus legal fees for Ms. Story or Ms. Fenton charged back to Ms. Fenton. While I'm not even seekig restitution for my legal fees, if you could please just order Williamson County Court to pay the fees for this appeal, both their fees and yours. I believe there is more than adequate fault they have significant exposure here.

I also need the Order of Protection both terminated and expunged from existence, so that it won't keep hurtiing my already terrible vocational opportunites please.

If you all can accomplish that, without the need for me to write a Brief, or their reply brief, or anything else, then I will be satisifed with that, and move on with my life!

I know that legally I'm due probably a mid-six figure judgment, but I also know that I'll never get it! So at age 51, I just want to have my NAME, my REPUTATION, and my CONSTITUTIONAL RIGHTS restored as though none of this craziness took place!

If that is not possible, then please provide me with legal counsel, because surely anyone who listens to the audio recording of the hearing on 8/29/2019 WHILE FACT CHECKING EVERYTHING STORY/BINKLEY say with the previous judgment and both sets of transcripts, NOTHING lines up! They just relentlessly BULLIED me darn near to death!

If you can't either provide the simple cure requested above, or provide me with legal counsel to draft my brief, along with the time for them to do so, knowing there is a LOT of Discovery in this case, which without seeing it is really overwhelming and surpasses most peoples ability to BELIEVE. That is why the AUDIO TRANSCRIPTS, along with the documented PROOF I'm sending you here and in several subsequent emails (due to file size), asking that you please supplement my record with each. Whle PLEASE recording the 8/29/2019 TRANSCRIPTS OF EVIDENCE as TRANSCRIPTS OF EVIDENCE instead of leaving it burried in my Technical Record as Williamson County did it. I spent $500 and I couldn't tell you all the work I went through to try to do that correctly 15 differerent ways, buty Williamson County REFUSED to file that as a Transcript of Evidence. Now that I'm supplying you with the AUDIO RECORDING (which Judge Binkley gave me permission to record) as well as the written transcripts, with time markers written throughout the transcripts the top left of each paragraph, it is SO EASY TO VERIFY, it is much more reliable than a single media format! While the AUDIO format is essential to know the TONE, FORCE, and ways which we all communicated, to be able to separate out what was clearly abusive.

As stated, I'm about to send you probably close to a dozen emails of files, asking that you PLEASE add them to my record so that it contains an element of TRUTH!

If you want to SEAL all the records when this is over, to protect us ALL from embarrasement, I am fine with that. I just don't want the Court hiding their faults, burried in the technical records instead of as a transcript of evidence, while exposing all of our dirty laundry.

Also, if none of these solutions will work for you, then please transfer this appeal to the Eastern Tennessee Court of Appeals. I'm hoping they will have less conflicts of interests relationally, but I really don't know. I just read that they are quite vigelant at prosecuting bad Judicial actors. Plus I really like that one Suppreme Court lady from over there… Sharon G. Lee. I have a tremendous amount of respect for her, putting the US Constitution above both TN law, and the people who administrate those laws. I really like this opinioin of hers: https://www.tncourts.gov/sites/default/files/christensenj.opn .dis .pdf (It was the article that the language on our No Trespassing Signs were based upon.)

5

I'm planning to live with my mother now for the rest of her life, so as much as I hate Michigan, I expect to live out the rest of my life here. While though I absolutely loved Tennessee and Williamson County, living in Middle Tennessee for 25 years, I will never step foot on Tennessee Soill again, unless I must to seek the restitution of my NAME and RIGHTS. I lost too much way too quickly, while finding that without $$ I had no voice at all!

Please don't take that personally. I loved the people there, but in 7.1 minutes of my testimony, with only TWO short 30—minute court hearings, I lost everything that I loved in my LIFE! Then I was chased out nearly at gun point, which Virginia Story went to Federal Court to obtain an order to sell my personal property, which she made me leave there, in an attempt to supercede Tennessee State law. She wanted to deny me my $10k personal property exemption, and tried to extort $2k from my mother for puffed up storage charges, or said that she would sell or discard of my stuff. I don't mean to be rude, but that woman belongs behind bars! I've dealt with alol sorts of people in my life, but I've never dealth with anyone as absent of a soul as her, on either side of the law.

Since I'm NOT seeking money, since you will SEE and HEAR I have been terribly violated by Ms. Story under the pretense of law, I don't see why their would be any need for her to have an opportunity to write a brief, or to drag this out further. She is the one who deserves to be charged with crimes. She is the one who would owe me hundreds of thousands of dollars, but I know that I'll never get it, so I'll just be better off to let go of any money!

Additionally, my ex-wife is broken and destitute from this all. She is currently unemployeed and bankrupt. I know that she will recover, but she won't even try until after this action is over with, for fear that she will be forced to pay me alimony, and I'd rather just close that door and assure her that she is free to try to live the best life that she can.

So I'm hoping that this once the COA can make an exception for all of our best interests. There just isn't anyleft left to gain, without either myself or Ms. Fenton losing MORE, both of which are unacceptable consequences to me. Please don't allow them to file charges against Ms. Fenton, because she could have never done MOST of this without POWERFUL: PEOOPLE who could lift her OVER the laws.

If anything bad will happen to Ms. Fenton, then I will need to battle this out with the Courts to try to protect her, from the bigger bullies on the playground. Otherwise, I just need my life back please!

Please let me know any questions or concerns you have.

Thank you for considering my request.

Everything to follow in the next two days will be in regards to this action, requesting to be supplemented to my record please.

Again, I do ask that this all be looked at and considered by THREE of the JUSTICES at the Appellate Level, so that one judge alone who is buddies with either party can't just sweep this under the rug. I

6

know that we'd like to think that isn't the sort of World we live in, and I know nothing about any of you personally, I just know how Nashville works.

For anyone who is concerned that I might been a nut case, then listen to the audio first please! Plus, though the court heard me speak a whole 7.1 minutes to decide that I'm a danger to society, my psychiatrist and my psychotherapists, have literally spent HUNDREDS of hours with me, and believe exactly the opposite, as the documention which you hjave in my ADA mod request shows... which I will attach here again.

Both are LIFE LONG Brentwood residents. Terry Huff my Psychotherapist's family has been living in Williamson County since the 1800s! His parents founded Agape, Huff Groccery in Brentwood, and were tremendously respected and wonderful people, as is Terry. He would never attest to anyone being "safe" who is dangerous, for any amount of money. He won't even accept a free book without buying it!

As for my Psychiatrist Dr. Richard Rochester, besides being an expert in his field, he grew up in the shadow of US District Middle Tennessee Judge Thomas Wiseman, trying to live up to his standards, since they were his wife's parents.

I may have any voice, power, or money here, but these people are all SALT OF THE EARTH, and their voices echo that I AM NOT DANGEROUS TO MS FENTON OR ANYONE ELSE! Terry Huff has even met with both me and Ms. Fenton together, way more recently than Ms. Story's claim of us not communicating in her OP application, so Terry knows about some of Ms. Fenton's challenges too, and has watched the dynamic between us, and knows that my heart only hurts for her! If I could give her everything we had together back and just walk away empty handed, I wouild in a heartbeat, but I wanted my "legal share", which ended up not being something Ms. Fenton was willing to part with, so we lost everything. I wish I had a clue earlier, so that at least I could have left her in a better place than I found her in, 15-years ago. But regretfully I don't have that power.

Please let me know when you all decide, how I should proceed. If you can't cure my name, reputation and civil rights without me writing a BRIEF, I will waste months more of my life on it, but I've already been in this basement in Michigan for a year, and would like to get to have some good memories with my mother while she is still able to get around and about.

Thank you for your consideration.
Jeff Fenton

7

| 8/29/2019 | 9:17 AM | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 63-PAGES (Primary) TR. v1 (page 119) through TR.v2 (page 181) v1: 124 through v2: 32 | TR. v1-v3 (p119 - 380) | v1: 124-155 v2: 2-151 v3: 2-80 | Court started at 9am... texted M stayed up several nights in a row p Exhibit-B, had to run out the door minutes AFTER court started, then where I handed Virginia Story Copi copies of my signed and stamped r |

# JEFF FENTON

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

FILED
04/07/2021
Clerk of the
Appellate Courts

IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

**FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON**

**Chancery Court for Williamson County
No. 48419B**

---

**No. M2019-02059-SC-R11-CV**

---

**ORDER**

Upon consideration of the application for permission to appeal of Jeffrey Ryan Fenton and the record before us, the application is denied.

PER CURIAM

FILED
11/19/2020
Clerk of the
Appellate Courts

# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

## FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON

### Chancery Court for Williamson County
### No. 48419B

---

### No. M2019-02059-COA-R3-CV

---

### ORDER

The record on appeal was filed on June 15, 2020. Under Tenn. R. App. P. 29(a), the appellant's brief was originally due on July 15, 2020. On July 10, 2020, this Court granted the appellant an extension of time within which to file his brief through September 15, 2020. On September 15, 2020, this Court granted the appellant an additional extension of time through October 15, 2020, but admonished the appellant that no further extensions would be granted absent a showing of exigent circumstances. Rather than file a brief, the appellant filed a motion on October 16, 2020, requesting yet another, indefinite extension of time.

On October 27, 2020, this Court granted the appellant "one final opportunity to file a brief" and directed the appellant to file a brief on or before November 9, 2020. Our order provided that failure to file a brief by November 9, 2020, could result in dismissal of the appeal without further notice. As of the date of this order, the appellant has still not filed a brief.

It is, therefore, ordered that this appeal is dismissed. The appellant is taxed with the costs for which execution may issue.

PER CURIAM



Supreme Court – Middle Division
Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681

Jeffrey Ryan Fenton
17195 Silver Parkway, #150
Fenton MI 48430

Re: M2019-02059-SC-R11-CV - FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON

Notice: Mandate - Issued

Attached to this cover letter, please find the referenced notice issued in the above case. If you
have any questions, please feel free to call our office at the number provided.

cc:    Jeffrey Ryan Fenton
       Virginia Lee Story

# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE

## FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON

### Williamson County Chancery Court
### 48419B

### No. M2019-02059-SC-R11-CV

**Date Printed: 04/09/2021**                    **Notice / Filed Date: 04/09/2021**

---

### NOTICE - Mandate - Issued

---

The Appellate Court Clerk's office has issued the Court of Appeals mandate in its entirety to the trial court clerk in the above-styled appeal. The mandate consists of certified copies of the judgment, any order as to costs, and a copy of the opinion. This action signifies the end of the appeal.

The Appellate Court Clerk's office will not accept any filing from any parties or their counsel after issuance of mandate except those requesting recall of the mandate, those related to withdrawing the record or portions thereof, and those related to the assessment of costs.

James M. Hivner
Clerk of the Appellate Courts

M2019-02059-SC-R11-CV: Case Statement



**APPELLATE COURT COST CENTER**

**STATEMENT**

Arcade Station
P. O. Box 198781
Nashville TN 37219-8781
Telephone: (615)253-5105
Tax ID#: 62-6001445

STATEMENT DATE: APRIL 12, 2021

**FOR:** Jeffrey Ryan Fenton
17195 Silver Parkway, #150
Fenton MI 48430

**CASE NO.:** M2019-02059-SC-R11-CV
**STYLE:** FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON

## Outstanding Invoices

| INVOICE DATE | INVOICE NUMBER | INVOICE TYPE | INVOICE STATUS | INVOICED AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 03/11/2021 | 184291 | State Litigation Tax | Open | $13.75 | $13.75 |
| 01/19/2021 | 184292 | Filing Fee | Open | $350.00 | $350.00 |
| | | | **TOTAL** | **$363.75** | **$363.75** |

## Payments on the Above Invoices

| PAYMENT DATE | RECEIPT NUMBER | PAID BY | PAYMENT METHOD | ON INVOICE (S) | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| No records were found. | | | | | |
| | | | | **TOTAL PAID** | **$0. 00** |

**Make all checks payable to Appellate Court Cost Center**

M2019-02059-COA-R3-CV: Case Statement



**APPELLATE COURT COST CENTER**

Arcade Station
P. O. Box 198781
Nashville TN 37219-8781
Telephone: (615)253-5105
Tax ID#: 62-6001445

# STATEMENT

STATEMENT DATE: APRIL 12, 2021

**FOR:** Jeffrey Ryan Fenton
17195 Silver Parkway, #150
Fenton MI 48430

**CASE NO.:** M2019-02059-COA-R3-CV
**STYLE:** FAWN TIFFANY FENTON v. JEFFREY RYAN FENTON

**Trial Court No:** 48419B

## Outstanding Invoices

| INVOICE DATE | INVOICE NUMBER | INVOICE TYPE | INVOICE STATUS | INVOICED AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/20/2019 | 173099 | State Litigation Tax | Open | $13.75 | $13.75 |
| 11/20/2019 | 173100 | Filing Fee | Open | $550.00 | $550.00 |
| | | | **TOTAL** | **$563.75** | **$563.75** |

## Payments on the Above Invoices

| PAYMENT DATE | RECEIPT NUMBER | PAID BY | PAYMENT METHOD | ON INVOICE (S) | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| No records were found. | | | | | |
| | | | | **TOTAL PAID** | **$0.00** |

## Make all checks payable to Appellate Court Cost Center

# Jeff Fenton

| | |
|---|---|
| **From:** | Sandy Garrett <sgarrett@tbpr.org> |
| **Sent:** | Wednesday, May 10, 2023 10:52 AM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: FENTON CASE: The Most High-Value Evidence to Date (Please Prioritize this over Everything Else I have Sent You) |

Mr. Fenton: I have reviewed the attachments sent to me which you state are " the most high-value evidence to date", however, these documents on their face do not support a finding of a violation of the Rules of Professional Conduct. I understand that you are dissatisfied with your divorce and the accompanying bankruptcy yet you have not provided the Board of Professional Responsibility with any Order or finding by any Court of misconduct or fraud.

Sandy Garrett
**Chief Disciplinary Counsel**
Board of Professional Responsibility
 of the Supreme Court of Tennessee
10 Cadillac Drive, Suite 220
Brentwood, TN 37027
Phone: 1-615-361-7500, ext. 211 or 1-800-486-5714
Fax: 1-615-367-2480
Email: sgarrett@tbpr.org

1

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Friday, May 5, 2023 10:36 AM |
| **To:** | Sandy Garrett |
| **Subject:** | FW: FENTON CASE: The Most High-Value Evidence to Date (Please Prioritize this over Everything Else I have Sent You) |
| **Attachments:** | FBI Special Agent - Mark Shafer - Criminal Complaint against Casey Moreland with Contact Info RED (A-2b).pdf; Paul A. Randolph - Department of Justice - US Trustee Program - Region 8 (A-2b).pdf; 2022-01-03 1986 Sunnyside Drive, Brentwood, TN 37027 (OUR RETIREMENT STOLEN) A-1b.pdf; 2019-07-12 TREC Real Estate License - Retired (Expires 7-25-2021) with Chartwell (A-2b).pdf; POTENTIAL PARTIES TO THE FENTON CASE (Final) A-2b.pdf; » DOJ - Fenton 19-02693 Fraud Referral with Coerced and then Tampered with Listing Agreements (RED).pdf |
| **Importance:** | High |

Hello Ms. Garrett,



Actually, Sandy Sharpe with the BPR had both transcripts, detailed instructions, along with roughly 500-pages of clear and convincing evidence, shortly after my complaint was filed. Here is a screenshot where it shows the documents received by Ms. Sharpe on 3/4/2021: (If you would like a full size image to see more clearly, just let me know. I reduced it to 75% purely to minimize the size of this email.

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.124.1035.00

2023 NEW LINK: https://1drv.ms/u/s!AlWyAYYGDEXagYMz5mxcUDdnhoLssw?e=I2xWTA

TO DOWNLOAD TRANSCRIPTS ALONG WITH AUDIO RECORDED WITH JUDGE BINKLEY'S PERMISSION IN ADVANCE ON 8/29/2019, which is important as it shows THE TONE by which I am COERCED, DEGRADED, and MOCKED, while Binkley and Story literally "TAG-TEAMED", and Binkely ordered every WORD said by STORY, even though her claims do NOT match the transcript from 8/1/20219, nor her original divorce complaint where she admitted that we had lived apart for a year and already split almost ALL of our personal property. HENCE there was no MARITAL ASSETS to DISSIPATE and she did this PURELY to obstruct the Tribunal/Administration of Justice, while writing FRAUD UPON THE COURT directly into the Court Order, making it sound like I had voluntarily chosen to relocate to Michigan, which was the FURTHEST thing from the TRUTH! They COERCED my signature on the Listing Agreement under the threat of Incarceration, after which I notified everyone and told them that it was signed under extreme duress, without even having a chance to read it in Court, making it NULL and VOID. While I know the Real Estate Laws, no Listing Agreement is BINDING until there is a PURCHASE AND SALE AGREEMENT with a BINDING SIGNATE DATE which has been received by ALL PARTIES! Yet they committed REAL ESTATE DEED FRAUD and used my coerced signature anyway. (While the Auctioneers, the closing company, Story, Beeler, all refused to give me a FULLY executed copy of my HUD-1 Settlement Statement so that I could SEE what my home sold for, and where the funds went!      Add text here

In over three years, that is just a fraction of the information which I have been wrongfully denied by Attorney Story and every professional involved. Finally the DOJ USTP gave me a copy of the Warranty Deed, which proved that they essentially used my forged and coerced signature, after I was extremely clear with everyone including the Court and Judge Binkey, that this transaction was illegal and I fervently refused to consent. (Judge Binkley never had JURISDICTION to hear the deprivation of my property, because the Bankruptcy was filed LONG before the Divorce, and according to the Federal Rules of Bankruptcy Procedure, the STATE is specifically forbidden under the circumstances of taking jurisdiction over my home. This was all a SCAM! The bankruptcy Court was required to dispose of the matter within 14-minutes of the bankruptcy filing, but instead they waited 97-DAYS until the first day that I wanted to run Chancery Court, someone knowing that Judge Michael W. Binkley would illegally take my home that very first day, months before he ever met me, without a care in the world whether I could even SURVIVE as a result.

I still don't know if you're just running me in circles again to waste my time and exhaust me, or if you will allocate some resources to viewing the transcripts impartially, removing all the alleged "merits" as they are almost purely FRAUD UPON THE COURT in the first place, while the Administration of Justice and Ms. Story's adherence to the Rules of Professional Conduct should not be altered.

The markup I provided you with Willful and Wanton Violations of Judicial and Professional Conduct has the specific pages highlighted which I believe were each and all violated somewhere during the case. While the bunny was one of my pets which I lost during this scam, that I tried to use as a mental health break to retain my sanity amidst over three years of litigious torture, for no reason other than to TORTURE ME and to illegally protect the Court and the Counsel, while endangering my ex-wife, violating Story's fiduciary agreement with her, to protect my ex-wife's interests over her own. By forcing me to see help with Federal Law enforcement, which puts everyone in jeopardy, simply because they wanted that 6-year out of jurisdiction, bad faith, PRIOR RESTRAINT as Judge Binkley is KNOWN FOR. NOT TO PROTECT MY EX as I can repeatedly PROVE, but to protect Judge Binkley and Attorney Story for having their own CRIMES EXPOSED! It is a sick and twisted game to destroy a man's life, then stand on his neck to prevent him from even trying to get up and someone struggle to survive. When despite Story's almost exclusively Fraudulent Narrative, I had done NOTHING WRONG to even begin to deserve to have my character assassinated before I entered the Court. As I said, I was a licensed realtor for 17-YEARS, with access to hundreds of millions of dollars' worth of Real Estate, without a single professional impropriety of any sort, while I can provide references who will insist that this is the most outrageously damning mischaracterization of my person they ever hear of. Testimonies by some of the finest FAMILIES in Middle Tennessee!

It was ALL A LIE and a SCAM! (And even if it wasn't, Binkey and Story DISQUALIFIED THEMSELVES roughly a DOZEN TIMES! By ABSURD BIAS, MISCITED LAWS, ILLEGAL ORDERS, using the Williamson County Sherriff's Office to both EXECUTE and ENFORCE A FELONY EVICTION which Story DEMANDED UPON, while I have emails with her both before and after, showing that she did that COMPLETELY INTENTIONALLY. While I still didn't know that she was the one writing the false court orders against me. She intentionally exploited my disabilities and BULLIED THE LIFE OUT OF ME! Which I repeatedly reported to EVERY COURT, but nobody did a thing about. That was why I had hoped to end thigs with my ex-wife amicably, because the property and money was already gone, and I KNEW that Judge Binkley and Clerk & Master Beeler were allowing STORY TO strategically target my disabilities, intentionally attack, overwhelm, and exploit them for an unconscionable strategic advantage. Far more than needed, for the literal thrill of hurting me WORSE! (While I have LOADS of evidence that is true, as well as my elderly mother's testimony as she threatened us and sent the auctioneer to my home to physically intimidate us to get out.

I believe this will be a RICO case by the time it is over! If not, conspiracy against rights, under color of law, office, and official right, along with Hobbs act Extortion of both my home and my silence thereafter, along with Fraud Upon both Courts by Officers of Both Courts while working in tandem in horrible faith, while violating the ADA which strips all State immunity, with coercion, threats, retaliation, and interference, which continues each and every day of my life until this matter is cured! While I will seek restitution not from my exwife, but the horde of Counsel who refused to do one honest, good faith thing, while I gave those

transcripts and audio recording to John Coke, Jim Hivner, and all three COA Judges, betting them just to listen, and FACT CHECK every word spoken with the LAW and the RECORD to date. Yet EVERYONE either refused to do that, or did so, without ever saying one word either FOR or against BINKLEY!

THREE YEARS being forcibly HOMELESS from what was a beautiful half-million-dollar home, we would have paid off in 15—years when we retired. Our MILLION-dollar retirement investment, worth well over $800k a year ago! While only $300k were owed on mortgages, and neither my exwife nor I received a PENNY for our premarital retirement investments invested in the property after losing over 50% of their value after the 2008 Financial Market Crisis.

They not only STOLE my retirement and HOME which I had spent nearly a decade customizing to be PERFECT FOR my exwife and I, to spend the rest of our lives in, but the entirely of BOTH of our premarital retirement funds as well, used as the downpayment for the purchase of the property, after which we put another $200k of core health improvements into the property because of my ex-wife's asthma, and it had a horrible mold and dangerous electrical problems.

While Story said they wanted to skip mediation, not only for the safety of my ex-wife, but for the SAFETY OF EVERYONE INVOLVED IN THE MEDIATION PROCESS without an arrest in my life! Binkley had a supervisory duty to not allow her to cast such BIAS across the Court. A duty to maintain a fair atmosphere so I would even have a voice to testify for myself. But Attorney Virginia Lee Story refused to operate under ANY rule of Law, state or Federal, the judicial canons, Constitutions, and 50-100 violations of the Rules of Professional Conduct. Yet as long as her name isn't Manookian, she can get away with whatever she wants!

She was required to remove any false or manufactured articles of EVIDENCE in the trial Court through the Appeals Process, and though I provided them with 500+ Pages showing that EVERYTHING she had submitted was a fraudulent claim of evidence and testimony, she REMOVED NOTHING! Or they would have NO CASE LEFT! It was the most criminal act I have seen in my life on either side of the law, and they will be held legally accountable and known for what they truly are!

Don't worry, I have plenty of evidence of the scam between the State and Federal Courts, you don't even need to worry about that. Your sole concern is the enormous amount of VIOLATIONS of the Rules of Professional Conduct by Attorney Virginia Lee Story.

Here is the easiest way to access my transcripts, without me needing to do a lot of extra work. (Due to my disabilities, I am EXTREMELY SLOW.) The files are too large to email.

Explicit instructions are below. The only thing which has changed is the URL to download and access the files as security protocols force this change periodically.

4

Please read the email below your own, which I wrote to FBI Special Agent Mark Schafer (who I researched and found had written one of the criminal complaints against Casey Moreland, so I started calling around and seeking him out). after I was able to track him down through the Memphis branch of the FBI, I had their control center put me on hold, as they contacted Mr. Schafer to see if he would take a call from me, he kindly consented, and we spoke for about an hour and I've been providing him with information since.

Likewise, I also contacted the Acting United States Trustee for Region 8, over Kentucky and Tennessee and stent him a load of documentation. He assigned a local Trial Attorney by the name of Megan Seliber to investigate my fraud complaint, (who I've since learned has been involved in ROCOish deals with Binkley before, between the BK Court and Chancery. I've been hearing that they've got a little money making system going on there in Williamson County Chancery Court!

Ms. Seliber confirmed that I was NEVER PROVIDED NOTICE per the FRBP 7001, but then she tried to say it wouldn't make any difference and that she thought that the state had dual jurisdiction, which is all a bold face LIE, and I'll show you why in the next page.,

So, throughout Ms. Story's ENTIRE TESTIMONY, she makes FALSE CLAIMS OF LAW, landlord tenant law, contract law, real estate deed law, and Binkley just nodded his head up and down, grunting sounds of approval, letting her claim whatever she wanted.

I have 50GB of exhaustive evidence proving every part, from the transfer of my premarital IRA ROTH which was used as a downpayment on the purchase of the house, and was about 2/3 compared to my ex-wife's 1/3.

Ms Story speaks throughout in a way that absolutely DESTROYS MY CHARACTER by telling the most ABSURD LIES, which again, she has see evidence that they are all LIES, but then she knew that, since she fabricated the entire fraudulent narrative! While every WOIRD that came out of Story's MOUTH was taken by Binkley as if it was gospel TRUTH! While it was the most grotesque lies I've ever heard!

Even the personal statement which Story coached my exwife to write in support of her request for an OP Experte, so they could bind and gag me as they stole everything I had, was NOT SIGNED, which by the Federal Rules of Evidence makes it TRASH! While that while that was the fraudulent basis of the entire OP. Nothing would have EVER passed CROSS EXAMINATION, so they made sure that nothing ever had to FACE CROSS EXAMINATION!

---

Mr. Fenton: Your email below dated May 2, 2023 states that two transcripts you sent to the Board of Professional Responsibility reflect Virginia Story's misconduct yet this office has never received any court transcripts but instead audio and written transcripts from the Clerk and Master's office. Additionally, your email to me states " Please leave me alone and do not contact me again." If you wish to pursue your complaint against Virginia Story, please provide the Board of Professional Responsibility with pleadings, orders, transcripts or other court filings supporting your complaint as Beverly Sharpe requested in her March 3, 2021 email to you.

Sandy Garrett
Chief Disciplinary Counsel
Board of Professional Responsibility
 of the Supreme Court of Tennessee
10 Cadillac Drive, Suite 220
Brentwood, TN 37027
Phone: 1-615-361-7500, ext. 211 or 1-800-486-5714
Fax: 1-615-367-2480
Email: sgarrett@tbpr.org

**From:** Jeff Fenton
**Sent:** Thursday, December 16, 2021 12:17 PM
**To:** Mark Shafer <mshafer@fbi.gov>
**Subject:** FENTON CASE: The Most High-Value Evidence to Date (Please Prioritize this over Everything Else I have Sent You)
**Importance:** High



Hello Mr. Shafer,

I know that I've sent you a TON of content, dialog, and evidence. I don't know of any other way to convince you or anyone else that several highly respected powerful members of the Tennessee Bar unreasonably participated in a highly technical and synchronized "conspiracy against my rights" and my property. Along with a bunch of other violations of constitutional, federal, and state laws, and the judicial canons.



6

Much of what I've sent you is to convince you that I'm telling the TRUTH, despite the LIES sounding so much more "reasonable", on the surface.

Of everything that I've sent you, if you could please set everything to the side momentarily, ignore every word of my emails, and focus solely on downloading the OneDrive attachment to focus on downloading and looking through my "Smoking Gun #1" booklet, while listening to the Audio Transcript from 8/29/2019 trial and comparing it (along with the time marked certified transcripts from that hearing) with the provided 8/1/2019 Transcripts of Evidence and both subsequent Court Orders, while questioning/fact checking every Word spoken by Binkley & Story (with the court stamped documented provided herein), I believe that if you never read another email by me or anything previously sent, this would SHOW you where some key Federal Crimes took place against me.



Before I loose your attention, as I know the domestic is overwhelming, please take time to download the OneDrive Zip file (above or below):

## https://1drv.ms/u/s!AlWyAYYGDEXagYI8t3BylXSIyFvWZg?e=EthrpS

This is the Best and Most Critical Evidence to Date!



There is more, and I'm still working on trying to separate the criminal from the domestic to make it a simpler task for law enforcement. I was just lambasted, fighting for my life and everything that I loved, while it was forcibly taken away within two months, just two 30-minute hearings, where I only got to speak for 7.1 minutes. (Which you can hear the audio of in the transcripts available at this link.)

It has taken me a long time to not only survive their cruelty, but to try to keep up with appellate deadlines, performing legal research, while the overwhelming burden of proof lied upon me to persuade any court or judicial oversight committee to help me, which after two years and well over 7,000 hours of work, you are the only person so far to take me seriously or care. So I certainly appreciate that.

This is the most important, convincing, concise, evidence I have to date. I would have sent it to you immediately, before the rest, but I didn't have it ready, while I'm still not satisfied with my "Smoking Gun #1" booklet, and I could probably spend months more working on it, I've tried to do a table of contents, which is complicated and time consuming for PDF documents... anyway, I finally just sent it to you before my window of opportunity closes.

SO I would appreciate it, if regarding all the stuff I've sent you, and even the emails, if you would temporarily set them aside to dowload and explore the contents of this zip file. I believe it will show you more in less time than anything else I have provided you. While I believe it contains all the evidence required to substantiate some Federal Criminal Charges (along with others), though there are more, which I shall continue to work on documenting, but will take me some time. The files I've provided in this ZIP download are definitely where I believe that you want to invest your time currently.

If you have some apprehension about downloading files from my Microsoft 365 OneDrive Account (or anywhere online), or if the FBI has some policy about that or preferred means of secure file transfer, I'd be more than happy to burn them on a DVD and mail it to you, if you will provide me with an address to mail it to.

I honestly want to help simplify this and help you get to the meat and potatoes with as little man hours as possible, because I think it is important for others in Middle Tennessee, I believe that their actions in my case can only be justified by admitting some lessor crime, but I see no way out of it without criminal admittance by Binkley and Story. I know that this information shows Story's complicity more so than Binkley, but Binkley unreasonably allowed her to do all of this, he empowered her, and allowed her to run the Court on 8/29, while my final default judgments (which I don't have documented much here, but I am working on that), Binkley sacrificed his slight veil of "plausible deniability" and OWNED the wholy unreasonable "Fraud Upon the Court", deprivation of my rights, and just plain cruelty, not giving a thought to the consequences for me. SO in the end, I see no way out for either one, or for Ausbrooks, or for Tommy Anderson, while Beeler may wiggle and dodge a little, she clearly helped in the cover-up and blocked my access to the Court, while their buddies in the COA, I believe are equally guilty in the cover up, or accessories after the fact. Walking by someone clearly drowning, without extending a hand.

8

I just want to make the best use of your time, and I believe that the files in this DOWNLOAD are it for now. Please let me know if you want me to mail you a DVD with the files, or transfer them by any more secure way for you.

Thank you very much for your help! Seriously!

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (810) 375-7456
**Fax:** (810) 255-4438

---

**From:** Mark Shafer mshafer@fbi.gov
**Sent:** Monday, December 13, 2021 3:13 PM
**To:** Jeff Fenton jeff.fenton@live.com
**Subject:** Re: FENTON CASE QUESTION

I am in receipt of emails. It will take me awhile to plow through the voluminous information. I will reach out when I need context or additional information or have question.
Thank you



Board of Professional Responsibility

**Board of Professional Responsibility**
of the Supreme Court of Tennessee

ATTORNEY LOGIN

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

**The Board of Professional Responsibility is operating remotely.**

**For informal ethics inquiries, please enter your inquiry online using the informal inquiry form.**
**Ethics Counsel will be receiving informal ethics inquiries online only.**  ⓘ

**The Board of Professional Responsibility will be closed on Thursday, December 31 and Friday, January 1.**  ⓘ

Your complaint has been successfully submitted. Please note that your complaint cannot be processed until documents reflecting the attorney's representation and/or documents supporting your complaint are received by the Board within the next 30 days.  ✅

// For The Public // File a Complaint

Attorneys who violate the Rules of Professional Conduct are subject to discipline, which could mean suspension of the right to practice law, or even disbarment.

All lawyers, however, are not of equal abilities. Some are more capable than others and sometimes they make mistakes. A lawyer may lose the trust and confidence of a client for various reasons. In some cases this may result from unethical conduct. In other cases, grounds for discipline may not exist because the lawyer may not have violated the Rules of Professional Conduct.

Disciplining a lawyer requires evidence - proof of misconduct - to justify disciplinary action.  Likewise, the action of the lawyer must constitute misconduct. An honest disagreement about how a case should have been handled does not constitute misconduct, even if the outcome of the case is disappointing.

A mistake alone does not constitute misconduct. Like all others, lawyers make mistakes. If a mistake causes a loss, the client may be able to recover the loss in a law suit against the lawyer. But a mistake or error in judgment by itself is not misconduct.

If you have a problem of inadequate communication - lack of sufficient agreement or some misunderstanding - it may be the problem can best be resolved by a frank talk with the lawyer.  The Board's Consumer Assistance Program may also be helpful in resolving misunderstandings with your attorney.

If your efforts have not satisfactorily resolved your concerns, complete and submit the **"Online Complaint Form"** below.  Alternatively, CLICK HERE to print a blank copy of the complaint form.

- **For alleged ethical violations of a serious nature, check, "I am submitting this form as a formal complaint."**
- **For concerns which do not rise to the level of serious ethical violations, check, "I am submitting this form as an informal request for assistance."**

# Complaint Form

## 🔍 Lookup Lawyer

Type any part of the name or BPR number (minimum 3 characters)

**Date of first contact with Lawyer**

yyyy/mm/dd

**Date of last contact with Lawyer**

yyyy/mm/dd

FRBP Violated: #3:19-bk-02693      TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)      JRF.124.1044.00

# Board of Professional Responsibility

### of the Supreme Court of Tennessee

## CONSUMER ASSISTANCE PROGRAM

**Beverly P. Sharpe, Counsel**
**Director of Consumer Assistance**

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
TELEPHONE: (615) 361-7500
FAX: (615) 367-2480
E-MAIL: cap@tbpr.org
WEBSITE: www.tbpr.org

January 29, 2021

Jeffrey Fenton
17195 Silver Pkwy #150
Fenton, MI 48430-3496

RE:     **Complaint Number: 66373c-6**
        **Attorney: Virginia Lee Story**

Dear Mr Fenton,

We reviewed your letter and materials about the opposing counsel. We are sorry to hear of the difficulties you have experienced.

You said your divorce was handled unfairly and based on misinformation. You have recently filed an appeal. If the appeal decision by the court indicates that the opposing counsel acted improperly, please send us a copy of the decision and a letter of explanation to review for possible attorney ethical violations. Our office is not a court with the authority to change any order or decision of a court, including any Order of Protection or divorce decree. We are not permitted to represent individuals and so cannot assist with your appeal.

You mentioned crimes. Our office does not prosecute crime. Any crime should be discussed with law enforcement or the local district attorney's office where the crime occurred. If any attorney is indicted for crime or fraud is found by any court, please write us with that information for our further review.

You appear to need prompt legal advice. Please see the enclosures in searching for representation, for sources of free or low cost legal services or self-help information. We hope this information is helpful. Please reference your CAP number above when writing our office about this attorney. Thank you for your assistance.

Sincerely,

Beverly P. Sharpe, Counsel
Director of Consumer Assistance

Enclosure:     **Lawyer Referral Services Brochure**
               **TALS Brochure**

RPS:ml



# CONSUMER ASSISTANCE PROGRAM

## BOARD OF PROFESSIONAL RESPONSIBILITY

of the

### SUPREME COURT OF TENNESSEE

## LAWYER REFERRAL SERVICES

Our office is not permitted to refer, recommend, appoint or assign attorneys. We have no authority to give specific legal advice or represent individuals. Please seek independent legal advice promptly to avoid missing any deadlines.

To assist you in locating an attorney, a list of Lawyer Referral Services (LRS) in Tennessee is provided. Generally, a half hour appointment is set to consult with the lawyer for a small fee, not the usual hourly rate, before hiring the attorney. To avoid misunderstandings when hiring any attorney, obtain a written fee agreement at the first conference.

**Chattanooga Bar Association**
801 Broad St Ste 420
Chattanooga, TN 37402
Phone: (423)756-3222
Website: www.chattbar.org
Serving: Hamilton, Bradley, Rhea
Counties and Southeast Tennessee

**Knoxville Bar Association**
PO Box 2027
Knoxville, TN 37901-2027
Phone: (865)522-6522
Website: www.knoxbar.org
Serving: Knox County and East Tennessee

**Nashville Bar Association**
150 Fourth Ave N Ste 1050
Nashville, TN 37219
Phone: (615)242-6546
(888)577-1939 (toll free)
Website: www.nashvillelawyerreferral.org
Serving: Davidson County and Middle
Tennessee

**Memphis Bar Association**
145 Court Ave Ste 301
Memphis, TN 38103
**Directory only**, not referral
Phone: (901)527-3573
Website: www.memphisbar.org
Serving: Memphis & Midsouth Tennessee

**Other resources to find qualified attorneys or legal assistance:**
www.tba.org/info/find-an-attorney
www.justiceforalltn.com
www.HELP4TN.org   1-844-Help4TN (1-844-435-7486)
www.lawsearchpro.com

Martindale-Hubbell www.martindale.com 1-800-526-4902 is not a "Referral Service" but is an Online Attorney Directory to assist in locating an attorney. Search for an attorney by location and type of practice. If you do not have access to a computer, a printed directory can usually be found at local public libraries in the reference section.

Revised 2020

TNJudicial.org/e/a/rf124.pdf  SEEKING HELP TNSC, COA/OOC-BPR, FBI, DOJ-USTP
Case 1:23-cv-01097-PLM-RSK   ECF No. 1-29, PageID.1711   Filed 10/13/23   DOC 124 Page 47 of 129
of 74



# CONSUMER ASSISTANCE PROGRAM
## BOARD OF PROFESSIONAL RESPONSIBILITY
### of the
#### SUPREME COURT OF TENNESSEE

# TENNESSEE ALLIANCE FOR LEGAL SERVICES
### www.tals.org

## Help4TN

**A toll-free phone line offering free legal information and referrals to assist Tennesseans in finding resources to deal with civil legal issues.**

- By telephone, dial 1-844-HELP4TN (1-844-435-7486)
- Talk to an experienced Tennessee attorney for free legal advice and referrals.

**A web portal designed to provide Tennesseans with a broad range of legal and social services resources in a one-stop venue.**

- Visit the website www.help4tn.org
- Email legal questions, see court forms, watch videos about legal issues and more.

## Free Legal Answers

**Users are provided online advice and counsel about civil legal issues from a volunteer attorney at no cost. An easy–to-use, web-based pro bono clinic for low-income persons. Users can post questions about their civil legal needs and receive basic legal information and advice from attorneys.**

- See if you quality by visiting www.tn.freelegalanswers.org
- Sign in to ask a legal question on the website
- An attorney will reply to you on the website
- You'll receive an email when your question is answered

## Justice For All - A Tennessee Supreme Court Initiative

**Users who cannot afford a lawyer and need legal help in civil cases, may find a lawyer or agency to help with all or part of a civil legal issue, or find information to better understand what is needed to represent yourself in civil legal matter.**

- Visit the website www.justiceforalltn.com

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, February 22, 2021 8:04 AM |
| **To:** | Sandy Garrett |
| **Subject:** | RE: Virginia Lee Story \| PLEASE DO NOT FORWARD TO CAP \| Batch 1 of 2 |
| **Attachments:** | 2019-08-29 SMOKING GUN #1 - FACT CHECKING PROOF of PERJURY (compare with audio).pdf; APPLICABLE - RULES OF PROFESSIONAL CONDUCT.pdf; 2020-12-29 Narrative of BPR Complaint against Attorney Virginia Lee Story.txt |

**Importance:** High

Hello Ms. Garrett,

I'm extremely disappointed that though I selected on your website the check-box specifing "I AM SUBMITTING THIS FORM AS A FORMAL COMPLAINT" (not an "Informal Request for Assistance"), that my complaint was still forwarded to your CAP Division (Consumer Assistance Program).

Regardless of what their last names are, if they refuse to live and function under the RULE OF LAW, then they have no place in being trusted "Members of the Court", or certainly in administering justice! I've never even been arrested, and I lost everything in my life, including my $500k Brentwood home (now worth over $800k), for ZERO dollars. While being rendered literally homeless and destitute, without so much as DUE PROCESS! All in just 30 minutes of the Court's time!

While Chancellor Binkley didn't question a WORD spoken by Attorney Story, while I was deprived of my rights, my beautiful Brentwood home, and all of my real property, "under color of law"! **There was no truth to be found in any of it!**

I completely understand the scope of the work and professional responsibility held by the "Board of Professional Responsibility". From what I understand, no court can discipline, suspend, and disbar an attorney for misconduct, except for your organization! Which is exactly why I have gone through great efforts to contact you and provide you with nearly 500 pages of documented evidence of grossly unethical behavior and misconduct on the part of Attorney Virginia Lee Story, as well as a number of other members of the Tennessee BAR.

**As stated on your website:**

> "Attorneys who violate the Rules of Professional Conduct are subject to discipline, which could mean suspension of the right to practice law, or even disbarment."

This is exactly what I expected in contacting your organization, my other needs will be sought elsewhere. It has been a tremendous undertaking, to even attempt to challenge these high profile individuals, who live as though they are "ABOVE THE LAW". Which I expect is some of the apprehensions in your BOARD holding them "Accountable" to the Tennessee Rules of Professional Conduct, but that is exactly what I need from you please!

As also instructed on your website:

## For alleged ethical violations of a serious nature, check, "I am submitting this form as a formal complaint."

Hence on my complaint form, I specifically selected "I am submitting this form as a formal complaint." (Not to be forwarded to CAP, with a few meaningless fliers mailed to me, marking my complaint "no further action" until a court of law rules.)

Please remove this case from the CAP division. All that they did was mail me several pages on free legal services within the State of Tennessee, all of which I exhausted over a year ago.

I understand the roles of the DA, the AG, the FBI, the TBI, the COA, the AOC, and the Supreme Court. I also understand the role of the BJC, where I've spoken with Shane A. Hutton, "Assistant Disciplinary Counsel" in regards to my complaint against Judge Michael W. Binkley. As for my ETHICAL COMPLAINTS regarding LAWYERS within the State of Tennessee, I am told that the BPR is the one and only entity, board, authority, appointed, funded, and responsible for that! Which is exactly why I filed my complaint form on your website, and hope that your organization will immediately launch an investigation into the mountain of horrendous, abusive, cruel, and downright inhumane ethical violations which I have and shall continue to provide you with evidence of, in my case alone.

Below are a few of the brazen violations by Attorney Virginia Lee Story during my case:

- Rule 1.2 - SCOPE OF REPRESENTATION
- Rule 1.6 - CONFIDENTIALITY OF INFORMATION
- Rule 3.3 - Candor Toward the Tribunal
- Rule 3.4 - Fairness to Opposing Party and Counsel
- Rule 3.5 - Impartiality and Decorum of The Tribunal
- Rule 4.1 - Truthfulness in Statements to Others
- Rule 8.3 - REPORTING PROFESSIONAL MISCONDUCT
- Rule 8.4 – MISCONDUCT

That is what happens when CORRUPT BUDDIES are allowed to continue to operate above the law!

Please do your very best to ensure that adequate (impartial) resources are allocated to investigating my claims and taking ACTION to hold Attorney Virginia Lee Story accountable for her disrespect of EVERY rule of professional conduct, having violated EVERY pledge in her Oath of Office, having intentionally worked in direct opposition to both the Constitution of the State of Tennessee, along with the Constitution of the United States of America! She showed me nothing except for an insatiable lust for power by which to further harm me! Even after I was forced to relocate 600 miles away, to simply obtain replacement shelter and provision!

I am not crazy, and I can (and have) provided you with more EVIDENCE than probably anyone typically provides to your agency.

This involves Federal and State Fraud committed seperately, by Attorney Ausbrooks in Federal Bankruptcy Court, and Attorney Virginia Lee Story committing every other sort of Fraud in Chancery Court, while her good buddy, Judge Michael W. Binkley "rubber stamped" everything!

It is an abomination to Justice, and should be shameful and reprehensible to every Tennessee Citizen, especially those employed in a profession devoted to law, integrity, honesty, or justice!

Thank you for any real help you are able to provide.

Again, I understand the scope of your organization's authority and responsibilities. There is no need to "set my expectations" to not receive direct help. I'm seeking my legal cure elsewhere. **But I'm expecting you to prevent this from ever happening again to somebody else!**

In hopes of increasing the transparency, accountability, and integrity of Tennessee's legal system, to match the growth and need of Tennessee's economy.

Respectfully,

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300
**Fax:** (810) 255-4438

## Jeff Fenton

| | |
|---|---|
| **From:** | Consumer Assistance - Board of Professional.. <cap@tbpr.org> |
| **Sent:** | Wednesday, March 3, 2021 5:06 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Consumer Assistance - Board of Professional.. |
| **Subject:** | FW: Virginia Lee Story | PLEASE DO NOT FORWARD TO CAP | Batch 1 of 2 |

Mr. Fenton,

**Society's commitment to institutional justice requires that JUDGES be solicitous of the RIGHTS of persons who come before the court.**
*\*Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286*

Our last letter asked you to send us the results of your appeal. However, I am reviewing the emails you recently sent to Ms. Garrett.

I will need additional information from you after my review is finished.

Your complaint could end up as a formal complaint, but Ms. Garrett has asked me to gather more information first as a preliminary step.

I will be back in touch with you.

Thank you for your assistance.

  

**From:** Sandy Garrett <sgarrett@tbpr.org>
**Sent:** Wednesday, March 3, 2021 4:00 PM
**To:** Jeff Fenton
**Cc:** Beverly Sharpe <bsharpe@tbpr.org>
**Subject:** RE: Virginia Lee Story | PLEASE DO NOT FORWARD TO CAP | Batch 1 of 2

Dear Mr. Fenton: It is my understanding that Beverly Sharpe sent you a letter requesting additional information but we have not received your response. Please respond to Ms. Sharpe's request for information and provide Ms. Sharpe with succinct facts reflecting Virginia Story's misconduct. Your cooperation is appreciated.

Sandy Garrett
Chief Disciplinary Counsel
Board of Professional Responsibility
 of the Supreme Court of Tennessee
10 Cadillac Drive, Suite 220
Brentwood, TN 37027
Phone: 1-615-361-7500, ext. 211 or 1-800-486-5714
Fax: 1-615-367-2480
Email: sgarrett@tbpr.org

  





You are here: Home >

print

# JOHN COKE NAMED GENERAL COUNSEL OF THE ADMINISTRATIVE OFFICE OF THE COURTS

July 14, 2022

The Tennessee Administrative Office of the Courts has named Attorney John Coke general counsel. Coke has served as assistant general counsel since 2016 and took on the new role effective July 1.



"Over the past six years, John has provided trusted and valuable legal advice on a variety of issues ranging from legislative fiscal impact statements to contracts to compliance as well as working directly with judges on leases, designations, disability access and the civil pattern jury instructions," said AOC Director Michelle J. Long. "John has provided leadership on key projects impacting the AOC and the judiciary. I am pleased to have him join our executive leadership team as general counsel."

The AOC general counsel heads the legal service and judicial development team, oversees administrative functions and judicial conferences, and supports trial and appellate judges across the state.

"I am honored and grateful for the opportunity to accept the role as the new general counsel for the AOC. I appreciate the support of the AOC and confidence in me for this position. I look forward to representing, leading, and adding value to the legal services division team, the AOC and the judiciary in this role," Coke said. "I will do my best to excel, learn, and grow in efforts to continue the successes of our agency and the Tennessee judiciary."

Before joining the AOC, Coke twice worked as a judicial law clerk for Judge Joe Binkley, Jr. in the 20th Judicial District (Davidson County). He also served as a judicial law clerk for Judge Hamilton Gayden, also of the 20th Judicial District. Earlier in his career, Coke spent two years in private practice where he focused on civil litigation.

Coke is a graduate of the Cumberland School of Law, Samford University and the University of Colorado.

Prior to attending law school, Coke worked in Washington, D.C., as a legislative assistant to former Senator Pat Roberts (R-KS) and former Senator Ben Nighthorse (R-CO). During that time, he focused on the following issues areas: judiciary, telecommunications, small business, housing, science and technology, foreign affairs, and military and defense.

Former AOC General Counsel Rachel Harmon was promoted to Deputy Director in March 2022.

# John Coke

General Counsel at the Administrative Office of the Courts
Nashville, Tennessee, United States

## Contact

www.linkedin.com/in/john-coke-b884a156 (LinkedIn)

## Top Skills
Civil Litigation
Legal Research
Personal Injury

## Languages
English

## Experience

**Tennessee Supreme Court/Administrative Office of the Courts**
General Counsel
July 2022 - Present (6 months)
Nashville, Tennessee, United States

**Tennessee Supreme Court / Administrative Office of the Courts**
Assistant General Counsel
September 2016 - July 2022 (5 years 11 months)
Nashville Area, TN

**Attorney**
Staff Attorney for Judge Joe P. Binkley, Jr.
July 2014 - September 2016 (2 years 3 months)
Nashville, TN

**Howell & Fisher, PLLC**
Attorney
August 2012 - July 2014 (2 years)

**Judge Joe P. Binkley, Jr.**
Legal Clerk
August 2010 - July 2012 (2 years)

**Senator Pat Roberts**
Legislative Aide
January 2005 - August 2006 (1 year 8 months)

**Senator Ben Nighthorse Campbell**
Legislative Aide
August 2001 - December 2004 (3 years 5 months)

## Education

**Samford University, Cumberland School of Law**
Doctor of Law (JD), Law · (2007 - 2010)

**University of Colorado at Boulder**
Bachelor of Science (BS), Political Science and Government (1996 - 2000)

## Jeff Fenton

| From: | Jeff Fenton |
|---|---|
| Sent: | Monday, October 5, 2020 11:12 PM |
| To: | john.coke@tncourts.gov |
| Subject: | I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!) |
| Attachments: | 2020-07-08 ADA Request for Modification due to Mental Health (Under Tennessee Judicial Branch Policy 2_07).pdf; 2019-08-29 Hearing at the Old Courthouse - Michael Binkley - Virginia Story - Jeff Fenton (Audio Evidence).mp3; 2019-08-29 Hearing at the Old Courthouse - Michael Binkley - Virginia Story - Jeff Fenton (Transcripts with Times).pdf; 2019-08-29 Hearing at the Old Courthouse - FACT CHECKING EVIDENCE (Error or Crime).pdf; 2018-08-30 Tennessean Article - How Close can Judges be with Lawyers - Story Hosts Vacations with Judges.pdf; 2018-09-24 Tennessean - Binkley Story Follow-up Article.pdf; 2020-09-24 Amended Order of Protection (5-Year).pdf; Strong Man Principle.pdf; FAWNS NOT A VICTIM.pdf |
| Importance: | High |

Hello Mr. Coke,

Ms. Story has INTENTIONALLY exploited my disabilities to HARM me repeatedly, even after I've lost my home and everything by a DEFAULT JUDGMENT while I was told in the attached audio recording which Chancellor Binkley gave me permission to record.

IF you will just take a few minutes and LISTEN to the hearing, while simultaneously FACT CHECKING, almost everything they BOTH say is a LIE! Simply by holding up the transcripts from both hearings, and the court orders from both hearings. They MASSIVELY FAIL TO MATCH UP! Never mind all the reasons WHY Chancellor Binkley never should hear cases presented by Ms. Story anyways!

I can't do this through the legal system with how corrupt it is, without help, and everbody is related to a Binkley… you even used to be his brother's clerk!

It is not a matter of opinions, there is deeply seeded corruption in Tennessee's legal system. While they keep threatending me further, I just received a notice that the 1 year OP based upon false testimony and a default judgment was extended to FIVE years, again, intentionally exploiting my handicaps to DIVERT me from working on my BRIEF!

I'm not looking for a penny, they can have everything they stole from me… about $250k plus damages… all I want is all the LIES about me being a "STALKER" or having "ABUSED" my wife stricken from my record, with the OP dropped and EXPUNGED so that I can pass a background check and get a low paying JOB in Michigan when I can, without having my CIVIL liberties revoked anylonger!

Otherwise, I have no choice but to go political and media route.

There may have been some "gray" area in what we discussed before, but in the attached COURT EVIDENCE, there is NO GRAY! They have litigiously abused and discriminated against me, while robbing me, inscesantly!

I'm not sure if I need to contact the FBI next to report Judge Michael W. Binkley's litigious abuse, in collusion with Attorney Virginia Lee Story, in massive violation of my 14th Amendment rights to EQUAL and DUE Process, by an UNBIASED TRIBUNAL, but you told me that it is YOUR JOB to protect the interests of the State of Tennessee, and this PROOF is irrefutable and will definitely add to the reputation of Tennessee being one of the most legally corrupt states in the union.

The LAWS are just fine… the problem is that too many people live ABOVE the LAWS, with wreckless abandon!

Sharon G. Lee is about the only person whom I trust within Tennessee's Judicial system at the moment, but regretfully after speaking with her office today, she can't hear anything in case this escalates to the TN Supreme court, which I promise it won't, I'll seek relief in Federal District Court first, to get the heck out of Middle Tennessee. I've done a lot of research, I thought I just didn't have a chance at an unbiased tribunal in Williamson County, but we both know that it goes a lot deeper than that!

There is no "ethics" experts beyond Tennessee's borders who would advise what happened to me on the recordings attached. Or for Binkley to even hear cases presented by Story, EVER!

I've been working over a year on this, I have so much documented verifiable EVIDENCE, I simply can't fit it in a small enough space due to my disabiliities, to have a chance in appellate court, while the only reason I was trying to do this through legal channels was because I once thought I would receive some financial relief for the $250k they stole from me, but I know that isn't even possible now, without more legal fees which I can't afford.

With the evidence I'm showing you here, the Court SHOULD HAVE provided me with COUNSEL, either as a REASONABLE ACCOMODATION in light of the OBVIOUS HARM which at the very least their ERRORS and NEGLIGENCE caused me. Instead, they refuses to even allow the PLAIN EVIDENCE attached to my RECORD to CITE in my BRIEF!

Court isn't where I'm going to find Justice… I have no chance in Williamson County without PEOPLE seeing how vulnerable they ALL are to the current Judicial system is, with nobody anyone can call for PROTECTION from the JUDGE and the horrificially malicious attorney (Virginia Lee Story) whom everyone knows is corrupt! But the ADA wants to turn their head and say there is nothing wrong with hearing malicious legal arguments by one of your best friends, while the other party has no counsel, and then we go string him up in the back alley, take all his money, and call him crazy for every telling the TRUTH to anyone!

This is your backyard, not mine! I spent 25 of the happiest years of my life in Middle Tennessee, I've never once been arrested, and had no problems with the law or justice ever, while after just TWO 30-minute hearings with Chancellor Michael W. Binkley, I swore to never step foot of Tennessee SOIL again! Unless I must to legally find Justice! That is HOW BADLY they INTENTIONALLY and without restraint WOUNDED me!

At the very least, this needs to be transferred to the EASTERN DISTRICT of the Court of Appeals, but I don't even know how to do that. At least they have some reputation for prosecuting unethical members of the Court...

Can you offer me any HELP, or at least any PROTECTION from further actions taken by Judge Michael W. Binkley and Attorney Virginia Lee Story to cause me further HARM, after I have been robbed of everything, while being forced to abandon the state to merely have a roof over my head and food to eat.

Or does this just become another viral YouTube expose on corrupt Justice in Middle Tennessee, while I work for years at trying to garner the support for some Federal relief?

I know that your dad used to be a Judge. Doesn't doing what's RIGHT incite anyone to ACTION anymore, to risk pissing off a powerful person, in the best interests of the PUBLIC?

There is a whole lot of California money in Cool Springs right now, and if they had any clue that their US CONSTITUTIONAL rightst mean NOTHING in Williamson County Courts, I think some things would finally start to change around there!

The FAKE OP is based upon afterwards decided "unwanted" emails and text messages, with NO THREAT, with nevery any threat, simply for legal leverage, the #2 legal abuse in the United States! Now that I'm 600 miles away, they still need to keep a noose around my neck! Now for FIVE more years... AFTER violating me WAY more ways than will ever be LEGAL!

They can say that black is white, and red is purple all they want, but they can't refute their own words proving their discrimination, abuse, and collusion against me!

This is a FEDERAL CASE! There is NO LEGAL grounds for their actions, whatsoever!

I honestly hope that you are in a possition to help. I want to move on with my life, but I never will while anyone refuses to restore my CONSTITUTIONAL rights of citizenship to me! Especially, when they are WRONG and Ms. Story and my ex-wife LIED in EVERY SINGLE COURT FILING! (Which is the stretch of no one's imagination, yet for some reason Tennessee never does it's own Judicial houskeeping...

Here is what it felt like for ME on 8/29/2019 as I stood inside the "OLD Williamson County Courthouse" in Franklin:

As if I was an unknown prisoner of war, in a far away, foreign and hostile nation, who refused access to the United Nations, who didn't show any care for my humanitarian rights, let alone my constitutional rights, who refuses to even acknowledge the Geneva Convention! That is how I felt on 8/29/2019, as is recorded on the attached audio transcription!

I wish they had printed that on the Tennessee WELCOM sign... "Welcome to Tennessee, you can keep your guns PROBABLY, but you just left your CONSTITUTIONAL RIGHTS at the State line!"

Never in my life did I believe that I was in such DANGER to a Court and a "Legal" system, without being a CRIMINAL!

That is SHAMEFUL!

I attached a PDF called "FAWS NOT A VICTIM". This is my ex-wife who supposedly needs an OP against me from a few unwanted texts and emails, while living 600 miles away! Every firearm you see is HERS, the 5,000 rounds of ammo, are HERS, the licenses and extensive training is HERS... the entire SCANDAL is a HOAX made for PRIME TIME!

I really hope that you can help mitigate my losses from increasing yet FURTHER in search of justics, accountability, and the RESTORATION of my CONSTITUTIONAL RIGHTS!

I'm ready to send this all to anybody who will publish it, because I can't obtain a legal cure without help!

Speaking about a "reasonable accomodation" for my ADA... it is NOT reasonable that I need to not only fight a few FRAUDULENT claims by my oposing counsel and my ex-wife, but that I must FIGHT the CRIMES being committed under the cloak of justice, while being enforced by the freaking police department! All while every Williamson County tax paying law abiding Citizen sleeps cluelessly, until Judge Binkley and Virginia Story violently woke me UP on 8/29/2019!

For every member of the TENNESSEE BAR who has cast eyes upon this yet FAILS to HELP, their lies Culpability for further harm caused!

I LOVED TENNESSE BEFORE THIS, AND HOPED TO DIE THERE IN MY BEAUTIFUL BRENTWOOD HOME ON SUNNYSIDE DRIVE, BACKED UP TO HUNDREDS OF ACRES OF PROTECTED WOODLANDS, WITH OWLS CREEK NATURE SANCTUARY DIRECTLY ACROSS THE STREET!

Now I live in a 700 SqFt BASEMENT IN MICHIGAN!

Thanks...
Jeff Fenton

4

4:53    Story: "He said that he was moving September 1st, that is Sunday." **(BOLD face LIE, I NEVER said that!)**

5:00    Jeff:    "that was my tenants move out by then."

5:04    Story: "That is not true, he says he had 45-days AFTER September 1st to move, but that wouldn't even make sense." **(Which is NOT what I said or MEANT!)**

> **According to the Judgment on 8/1/2019 (included in "FACT CHECKING EVIDENCE" attachment):**
> - My Tenant's had 30-days, from 8/1, to move-out.
> - The AUCTION was set to take place within 45-days, from 8/1.
> - So there should have been approximately 15-DAYS where I would live in MY HOME BY MYSELF, between the date that my Tenant's were forced to vacate, until the AUCTION was scheduled to take place.
> - NEVER did the Court Order on 8/1/2019 require me to vacate my home prior to the sale.
> - I was SUPPOSED to be allowed to remain in my HOME, until the SALES proceeds provided me with another place to LIVE!
>
> I had hoped to voluntarily leave a day before the sale, simply so that I wouldn't need to be present during auction, not because I was required to move by any specific date. *(According to the 8/1/2018 Court Order (TR v1, Pages 110-112) ATTACHED.)*

5:28    Story: "So he's got to be out for them to get this place ready to go." **(THIS IS NEW INFORMATION)**

5:38    Story: "I have seen correspondence where he said September 1st **(BOLD face LIE, I NEVER said that!)**, now he is saying he can't, so I would suggest September 3rd, which is next Tuesday, and"

5:50    Story: "I would like the Order to reflect, that the Williamson County Sheriff's Department will accompany him, and at this point, off the property."

6:00    Story: "I don't think that he needs to take any property."

6:04    Story: "What he did your honor, we in this response he filed, they had a tv... a sony tv... he now tells me in this response, that he sold it for $1,000. (The TV was MARITAL PROPERTY, but it was "negotiable" (as proven in the attached phone call with Fawn), yet NOTHING HAPPENED DURING THE STATUORY INJUNCTION, WHICH STORY KNEW (see my email with her afterwards), yet

5

she INTENTIONALLY DECEIVED THE JUDGE TO HARM ME! **That is TEXT BOOK PERJURY!)**

JUST FYI... in the END, I retrieved the TV and LEFT it as a GIFT for Ms. Fenton, not because I had any LEGAL duty to do so, but simply as a KISS ON THE CHEEK! *(PHOTO)*

6:21  Story: "and then the other thing, there was a dehumidifier in the basement, that was like a $2500 - $3500 dehumidifier for moisture, he sold that." (I had Ms. Fenton's PERMISSION TO TAKE THE DEHUMIDIFIER, WHICH WAS A FREE-STANDING UNIT THAT WAS NEVER ATTACHED TO THE HOUSE, hence it remained PERSONAL PROPERTY. While Ms. Fenton and I had previously DECIDED that I was to keep it to take to my MOTHER'S house! (Proven in the 2018-10-27 Fenton Phone Call – attached.) Plus, the unit was paid for using MY CREDIT, for which I STILL OWE some of the DEBT!)

Even if Ms. Story HAD no knowledge of this, she was still INTENTIONALLY DECEIVING THE COURT, because it was NOT on Ms. Fenton's LIST of personal property which she wanted, PLUS MS. Story already acknowledged at the TOP of **Wife's Petition for Divorce**, that **"IV. Plaintiff would show that the parties have no assets other than personal property which has been divided with the exception of a few items. Husband and Wife have lived separately since April 2018."** WHICH I CONSTANTLY reminded Ms. Story about, yet she didn't care, while SOMEHOW all the Personal Property remaining in OUR HOME (ALL ADMITTEDLY MINE - EXCEPT FOR ABOUT 6-ITEMS) was somehow CONVERTED back into MARITAL PROPERTY, and ordered to be AUCTIONED WITH THE HOME as part of the MARITAL ESTATE. (This was PURE LEGAL BULLYING!)

6:33  Story: "So if you let him, take anything out, at this point, it is going to be sold, and he's dissipating marital assets, which would be in violation of the restraining order." **(Pure PERJURY for reasons stated above!)**

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300



**Tennessee**     ▾   Contact Us    AMERICAN BAR ASSOCIATION — Free Legal Answers

Home   Profile   FAQ

**?**   CIVIL/CONSTITUTIONAL RIGHTS
**During an Appeal for a Divorce/OP/Forced Sale: Can I obtain Restitution/Award for Malicious Prosecution by Oposing Counsel, County, State?**
Asked on September 9, 2020 at 9:09 AM EDT

Legal Deadline: Sep 15, 2020 | Description: COA Appellant Brief is Due (Hoping for Extension)

↰ 2 replies



MY QUESTIONS: Will I be potentially allowed to receive a financial award and/or restitution, from some/all of these OTHER parties in my case, as listed above? Or despite the actions of ALL the "bad actors", can I only receive financial damages/awards/restitution from my ex-wife?

WHAT can I do to PROTECT my ex-wife from further HARM (legally, financially, professionally), so not to help substantiate any criminal charges against her, for perjury, bankruptcy fraud, false testimony, etc... Though I have cried foul about that throughout my case, to slow the steam roller...

Jeffrey R Fenton

I hope to use those instances to help PROVE the CREDIBILITY of HER TESTIMONY civilly, but I don't want any CRIMINAL charges brought against her! I especially want to have my record cleared and expunged of any "stalker" claims and Ms. Story's legal straight jacket, the fraudulent OP.

How can I help PROTECT my ex-wife from the POWERFUL FRIENDLY Court and her Counsel from "throwing her under the bus?"

Would I need to bring a separate lawsuit (which isn't financially, mentally, or emotionally an option) against the "bad actors" in my case?

It SEEMS to me, that since I suffered the LOSSES due to their harmful participation in these three related actions, that I could likewise receive a "cure" or become more "whole" (restitution, damages, award, judgment), from those same parties, through this APPEAL of those three related actions. Is that belief accurate? Is there a process for "adding" or "serving" them each? What do I need to KNOW in order to receive any relief?

Lastly, is there any way for me to seek financial relief for my EX-WIFE, from these "bad actors"? Advocating on HER behalf, within this SAME APPEAL? Due to HER significantly heightened damages, which SHE suffered as a result of having MORE POWER than she was either legally allowed or could realistically "handle", without devastating consequences. (It was like allowing a teenager to pilot the Space Shuttle!) There is a responsibility for negligence, by whomever LIFTED her into that seat!

Thank you!



**From the Volunteer Attorney 442** ◀ ▬ ▬ ▬ ▬

September 23 at 4:35 PM EDT

While we do not fully understand all that occurred in connection with your divorce and possibly other proceedings, it is obvious that you have a very complicated legal history. It also appears that for at least part of the proceedings you were represented by Messrs. Miller and Duke, but with your consent, they withdrew. It does not appear that if you were unhappy with the actions of the trial judge why you have not appealed. If you are not currently represented by counsel, you are fortunate to be located in an area that has other very competent family law attorneys, some of whom may grant an initial low-cost consultation to review your complex history and give you a preliminary recommendation as to any further legal action you should take in light of the actions of the trial court and the lapse of time. Check with friends, family and colleagues for local attorney recommendations.

 **From You**   *ABSOLUTELY WORTHLESS "ANSWER" WHICH CLOSED MY QUESTION! I SUSPECT BY A "FRIEND" OF "SOMEBODY" :( NO HELP TO BE FOUND!*
September 24 at 5:
Thank you for your re

Actually, I do not have a complex legal history at all. I've never had a single arrest, and I knew absolutely nothing about the Judicial System other than my basic Constitutional Rights as a common US Citizen. I've had no interest in politics, being a social influencer, money, and power. I would actually make quite a happy hermit, leaving the house about once a week to procure groceries and run errands, if the World would only allow me to do that, if I could find a modest and sustainable way to work from home. But here comes the BIG IF: IF the World would respect my property lines, my property ownership, and leave me at peace without encroaching upon either my peaceful enjoyment of my property or try to seize and take away my property ownership (as unfortunately happened in this case), as a result of a failure of Williamson Counties Judicial system, to provide me with equal and due process.

 ✔ This question is marked as answered and is now closed.

TNJudicial.org/c/a/jrf124.pdf    SEEKING HELP: TNSC, COA, AOC, BPR, FBI, DOJ-USTP    Page 61
Case 1:23-cv-01097-PLM-RSK    ECF No. 1-29, PageID.1725    Filed 10/13/23    Page 61 of 129
of 74

Hello,

This SOUNDS "domestic", but it is NOT in the end. Despite my losses, my grievance is NOT with my ex-wife, nor do I seek restitution or support from her. I actually feel SORRY for her, because some very POWERFUL, CONNECTED, "bad actors" (at least in this case), carelessly and unconscionably ENABLED and EMPOWERED my ex-wife, during a massive midlife melt-down, to do FAR MORE DEVESTATING DAMAGE to BOTH MYSELF AND HERSELF, which I don't believe that either of us will ever fully recover from! At least, in my case, I am guaranteed NEVER to enjoy even a remotely similar standard of living to what WE jointly had together, or to even what I had ALONE, FIVE years PRIOR to ever MEETING my ex-wife!

I was legally STRONG ARMED, maliciously, and violently abused, harassed, and violated REPEATEDLY by Attorney Virginia Lee Story. While she INTENTIONALLY exploited and targeted my KNOWN, well documented, and fully disclosed psychological disabilities, to cause me far greater harm, beyond the financial benefits of herself or my ex-wife, simply for SPORT! TO teach me a LESSON for ever accusing her of being a part of a "GANG OF THIEVES!" Yet that is exactly what I experienced. I believe that I was tried, convicted, and sentenced, before I ever FIRST walked into Williamson County Chancery Court! Ms. Story has a penchant for power and deception beyond anyone whom I have EVER encountered, on EITHER side of the "LAW"!

Ms. Virginia Lee Story acted completely AMBIVELANT to the LAW, as if the LAW was absolutely IRRELEVANT, as if it didn't even APPLY to her, as if the LAW SERVES MS STORY, rather than Ms. Story serving the LAW! As if the LAW were merely a WEAPON by which Ms. Story could unethically, deceptively, illegitimately, and unlimitedly BIND, overpower, harass, injure, damage, harm, TAKE BY FORCE, and to ultimately destroy others! Just like she did to ME!

Ms. Story BOUND me with an OP obtained under the FALSE testimony of my ex-wife. While NEVER a single arrest, accusation, complaint, or THREAT in my 50-year old LIFE! Then Ms. Story leveraged the Court to FORCE the sale of beautiful $500k Brentwood HOME (jointly deeded), without allowing me ANY OPPORTUNITY for DUE PROCESS, to try to SAVE MY PROPERTY, BEFORE the Court DEPRIVED me of it, or to attempt to MITIGATE my losses in ANY way!

Our home was the sum of BOTH our life's savings. Including the investment of BOTH of our PRE-MARITAL 401k retirement plans, combined with the proceeds of both of our

premarital HOMES. Without either my ex-wife or myself receiving a single PENNY of compensation in return! Consequentially rendering me literally homeless, without the slightest of CARE by either the Court or Ms. Story; unemployed, currently unemployable (in desperate need of vocational training), without any health insurance, shelter, or a penny for provision! (I'm currently staying with family of very modest means.)

Worse yet, I was forcibly removed from my home, with only FOUR DAYS NOTICE from the Court, by the Williamson County Sheriff's Office, while I was DENIED in Court the opportunity to even take my PERSONAL PROPERTY with me! (LIKE MY BED!)

Thanks now to the OP, the LEO have no idea that it is completely BOGUS, so FOUR Deputies arrived at my house simultaneously, with their hands on their guns, as if I was a DANGEROUS FELLON! I hollered at the first officer (nicely), to indicate which side of the house and door to come to, when I saw him approaching with his hand in the "ready position" on his firearm, I told the Deputy, "You're not going to need your gun." To which the Deputy replied, "Are you SURE?" That is what ABUSE OF PROCESS looks like! It literally endangers my LIFE with a COMPLETE misrepresentation of my character, confusing LEO anywhere about whether or not I am a DANGER to themselves or to the public, while FALSELY testifying as to my past actions, harm, or threats caused.

All subsequent to the intentionally deceptive, malicious, fraudulent, perjurious "narrative" and testimony of Ms. Virginia Lee Story, while testifying under oath, beneath the mighty wing of a VERY CLOSE AND POWERFUL FAMILY FRIEND, of the TRUSTING and UNQUESTIONING eyes and gavel of the Williamson County Chancery Court! Ms. Story got her EVERY request, verbatim!

After which, Ms. Story was allowed to type up HER "proposed order" without any accountability, since Pro Se litigants aren't permitted the same RIGHTS to preview, verify, request corrections to, or submit an Alternate Proposed Order, for the Courts consideration, before endorsing any. Though in OTHER (more FAIR, I think) Tennessee Judicial districts, Pro Se litigants ARE allowed the same RIGHTS as Counsel, to approve a PROPOSED ORDER before it is ACCEPTED, AGREED, and ENDORSED. Some even require that an Order denote when it is NOT approved or agreed, whenever one party disputes that the Verbal Order of the Court matches the Proposed Written Order, distinguishing it from an AGREED ORDER, even after execution.

As compared to when my ex-wife and I attempted a "Collaborative Divorce", Ms. Virginia Lee Story, robbed me of $250,000! Sadly, my ex-wife hasn't a penny left to her name either. We are BOTH bankrupt, unemployed, ravaged, and completely BROKE!

As a United States Citizen (in good standing), I was legally endowed SOME opportunity for DUE PROCESS (14th Amendment), yet I was repeatedly, erroneously, fraudulently DENIED! The Court REFUSED to HEAR, consider, or WEIGH my TESTIMONY! As they discriminated against me due to my disclosed psychological disabilities, accusing me of things which I have never said nor done. Compounded by gender discrimination, respecting only MEN as the PROVIDERS, while my MIT educated, high earning, professionally employed ex-wife had VOLUNTARILY been our family's PRIMARY BREADWINNER for over a decade (despite Ms. Story's LIES). Compounded even further by discrimination due to my poverty (thanks to my ex-wife's abandonment), and my subsequent inability to afford legal COUNSEL to represent myself, while the Court showed absolute contempt for Pro-Se litigants!

To add insult to injury, some crucial EVIDENCE in my favor, has mysteriously "disappeared" between the WILCO Chancery Clerk and the COA, showing instead the BLANK back sides of pages, as if they perfectly scanned/copied everything AGAINST me, but "accidentally" scanned/copied the blank backs of the pages that HELPED prove my innocence! (Suspicious eh?)

I can literally, irrefutably, PROVE that Ms. Virginia Lee Story is guilty of multiple counts of PERJURY! I understand that being charged with the crime of perjury is unusual in CIVIL Courts, since it requires the PROOF of INTENT. Yet I can CLEARLY, UNQUESTIONABLY, and IRREFUTABLY DO SO, in MULTIPLE INSTANCES! (However, getting anyone to ACT upon and ENFORCE clear, concise, thoroughly documented, irrefutable PROOF, may be an entirely different STORY!)

I have an APPEAL currently pending in the Nashville COA. Appealing the FORCED SALE OF MY HOME, the DEFAULT OP ORDERED, and the DEFAULT DIVORCE JUDGMENT, all previously ruled in favor of my ex-wife. However, my ex-wife is NOW broke, unemployed, and bankrupt. She is mentally and emotionally devastated! I honestly believe that despite her initial LIES and fraudulent actions/schemes/testimony, that she found herself STUCK at some point. After which the tremendous WEIGHT of the potential legal consequences (possible multiple felonies), compounded by the enormous financial loss which we BOTH suffered, further compounded by her guilty conscience and her own personal struggles with depression, menopause, and hopelessness… I don't want to do ANYTHING (or to allow the LAW or anyone else to do anything) which HARMS MY EX-WIFE! Despite this horrible travesty, I still and will always LOVE HER! I'm not seeking ANY future "alimony" or financial restitution to be paid by my ex-wife! At the same time, I want to PROTECT her to whatever extent

possible, from the Court and Ms. Story "throwing her under the bus", as a scapegoat for their own negligent and/or malicious roles.

Sure, if it hadn't been for my ex-wife's initial desire to dodge alimony and force me out of our jointly deeded home, none of this would have happened.

Similarly, if EQUAL and DUE PROCESS had taken place, then I could have had the opportunity to experience an open and unbiased Court, where I was honestly treated EQUALLY with my ex-wife. Then I WOULD HAVE BEEN CONSTITUTIONALLY EMPOWERED TO PREVENT MUCH OF THE DAMAGES, which regretfully we BOTH suffered!

Since on my "STATEMENT of the ISSUES PROPOSED to BE RAISED", I included:

> "Should the court allow, I will seek financial relief, restitution, and support for the financial damages of unjustly losing my home without being afforded ANY opportunity to save the sum of my entire life's savings, from the following parties for their participation, roles, neglect, misrepresentation, discrimination, actions, inactions, ethical and moral failures, greed, selfishness, harassment, harm, abuse, misuse of power, authority, and professional licenses, bad-faith, and/or malice:
>
> • My Ex-Wife (I want to remove her now.)
> • Ms. Virginia Lee Story and Story Abernathy & Campbell, PLLP (I want her to PAY for my college and my retirement!!!)
> • Williamson County Tennessee
> • Williamson County Chancery Court
> • Williamson County Sherriff's Office
> • Broker & Auctioneer…(Who also "ironically" had ethics violations related to Agency, to represent MY best interest, ABOVE and beyond their OWN, while also some "Listing Agreement" violations of TN RE laws.)
> • Broker & Auctioneer…"

SO FINALLY, TO MY QUESTONS: Will I be potentially allowed to receive a financial award and/or restitution, from some/all of these OTHER parties in my case, as listed above? Or despite the actions of ALL the "bad actors", can I only receive financial damages/awards/restitution from my ex-wife?

WHAT can I do to PROTECT my ex-wife from further HARM (legally, financially, professionally), so not to help substantiate any criminal charges against her, for perjury,

bankruptcy fraud, false testimony, etc... Though I have cried foul about that throughout my case, to slow the steam roller... without change.

I hope to use those instances to help DISPROVE the CREDIBILITY of HER TESTIMONY CIVILLY, but I don't want any CRIMINAL charges brought against her! I especially want to have my record cleared and expunged of any "stalker" claims and Ms. Story's legal straight jacket: the fraudulently obtained OP.

How can I help PROTECT my ex-wife from the POWERFUL FRIENDLY Court and her Counsel from "throwing her under the bus?"

Would I need to bring a separate lawsuit (which isn't financially, mentally, or emotionally an option) against the "bad actors" in my case?

It SEEMS to me, that since I suffered the LOSSES due to their harmful participation in these three related actions, that I could likewise receive a "cure" or become more "whole" (restitution, damages, award, judgment), from those same parties, through this APPEAL of those three related actions. Is that belief accurate? Is there a process for "adding" or "serving" them each? What do I need to KNOW in order to receive any relief?

Lastly, is there any way for me to seek financial relief for my EX-WIFE, from these "bad actors"? Advocating on HER behalf, within this SAME APPEAL? Due to HER significantly heightened damages, which SHE suffered as a result of having MORE POWER than she was either legally allowed or could realistically "handle", without devastating consequences. (It was like allowing a teenager to pilot the Space Shuttle!) There is a responsibility for negligence, by whomever LIFTED her into that seat!

Thank you very much for any help provided!

TN...

## Contact

www.linkedin.com/in/jim-
hivner-51137928 (LinkedIn)

## Top Skills

Legal Research
Litigation
Appeals

# Jim Hivner

Clerk of the Appellate Courts at Supreme Court of Tennessee
Nashville, Tennessee, United States

## Summary

Experienced Court Clerk with a demonstrated history of working in
the legal services industry. Skilled in Torts, Trial Practice, Tax Law,
Family Law, and Trusts. Strong legal professional with a Master of
Laws (LL.M.) focused in Taxation from University of Alabama.

## Experience

Supreme Court of Tennessee
Clerk of the Appellate Courts
June 2014 - Present (8 years 5 months)
Nashville, TN

Shelby County Chancery Court
Chief Administrative Officer
March 2012 - June 2014 (2 years 4 months)

Glankler Brown, PLLC
Attorney
August 2001 - March 2012 (10 years 8 months)

## Education

University of Alabama
Master of Laws (LL.M.), Taxation · (1994 - 1996)

University of Alabama
Doctor of Law (J.D.) · (1990 - 1992)

University of Tennessee-Knoxville
Bachelor of Science (BS), Accounting · (1984 - 1988)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jim Hivner <Jim.Hivner@tncourts.gov> |
| **Sent:** | Monday, January 4, 2021 1:51 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Lisa Marsh |
| **Subject:** | Re: Which COA Judge was Assigned to my Case and which Panel is he/she on? |

| | |
|---|---|
| **Follow Up Flag:** | Read |
| **Flag Status:** | Flagged |

Mr. Fenton:

The Order dismissing your appeal was approved by the following panel of judges:  Judge Frank Clement, Judge Andy Bennett and Judge Neal McBrayer.

Jim Hivner

# James M. Hivner

Clerk of the Appellate Courts
State of Tennessee
Supreme Court Building
401 7th Ave. North
Nashville, TN 37219-1407
(615) 741-2681

Hello Mr. Hivner and Ms. Marsh,

Last week I spoke at length with Shane Hutton with the Tennessee Board of Judicial Conduct, and he advised me to contact you to find out **which Panel the Judge was on who handled my case with the COA** (rejected every request except for to extend TIME), as well as **the name of that Judge**, so that I can file a formal complaint (and possibly Federal criminal charges) against him/her for violating the Judicial Canons of Tennessee (for prioritizing PROCEDURE over JUSTICE and the CARE of the PERSON). as well as the Constition of the State of Tennessee.

In my opinion, the Judge walked by someone clearly **DROWNING in Judicial Corruption**, while I presented an absurd amount of crystal clear EVIDENCE, while rather than TAKE ACTION and HELP the unjustly injured party as his/her oath of Office commands, along with the Canons and Tennessee Constitution, **the Judge CHOSE rather to LOOK AWAY and KEEP WALKING, pretending not to see anything out of the ordinary at all.**

1

In the end, rather than aid the unjustly injured party, the COA Judge aided in the "COVER-UP" (I suspect for his/her friends, whether Binkley or Story, as Middle Tennessee is regretfully known for), while pretending to humor me with extensions, but not allowing me to add one word to my Record, nor ordering a mistrial (which should have been AUTOMATIC after listening to the AUDIO recording of the ABUSE which took place in the 8/29/2019 hearing at Williamson Chancery). There is NO DOUBT that I was denied DUE PROCESS and even denied the opportunity to TESTIFY in my own defense, on EVERY COUNT, with the fraudulently cast "DEFAULT JUDGMENTS" against me. Besides my plainly written NOTE/LETTER/OFFER I left Ms. Fenton to sacrifice the $250k that she, Attorney Story, Judge Binkley, and Attorney Ausbrooks illegally colluded and STOLE from me, falsifying Court records both in Federal Bankruptcy Court and in the State Chancery Court simultaneously, without anything remotely resembling DUE PROCESS, care, equitability, and certainly NOT by an "unbiased tribunal", IF they would have simply dropped the BOGUS charges of being an "ABUSER", completed the divorce AMICABLY as "UNRECONCILABLE DIFFERENCES", and NOT pursue the BOGUS ORDER OF PROTECTION against me (to attempt to use Ms. Fenton as a "Human Shield", to try to HIDE THEIR CRIMES behind), with intimidation tactics, coshersion, extortion tactics, holding my CIVIL RIGHTS hostage, with a NOOSE AROUND MY NECK, threatening me not to EXPOSE their UNCIONSCIONABLE ACTS, "under color of law", while being an ABOMINATION to JUSTICE! That won't work. They've left me no choice but to continue to escalate this matter, and call attention to their crimes in Court and surrounding my case, as every single action pursued by Ms. Story was FALSE, in bad faith, and merely abuse by process. The only thing legit, was that we did need the divorce, per my wife, but the rest was all a criminial enterprise of schemes to cheat me out of every penny I had, my home, the promised $21k alimony for 6-years, and Ms. Fenton's OBLIGATION to pay her "equitable share" of ($90,000) OUR REAL MARITAL DEBTS which she abaondonded in my name.

Ms. Story repeatedly said they wanted to avoid putting the OP on me, because **I NEEDED to get a JOB ASAP** (besides, the OP was based upon FALSE TESTIMONY, DECEIPT, and still relied upon me being capable of throwing ASTROIDS to even begin to justify it, so it was absolutely ABSURD from the beginning! Yet as soon as I was no longer "an alimony concern" for Ms. Fenton (because of the bad faith DEFAUT JUDGMENTS), and I crossed state lines so not to be on Tennessee's welfare system, they "slapped me in the back of the head" with an unwarranted OP while denying me the opportunity to even participate in my own hearing! (While the "agreeement between lawyers" said that there WOULD BE NO OP, or hearing, as long as I allowed the EXPARTE' to remain in place until the divorce was finalized. Ms. Story showed no care or INTEREST for ANYTHING except for having me FORCEFULLY EVICTED (while denying my ability to take my PERSONAL PROPERTY), followed-by SEIZING and illegally SELLING MY HOME! Which she DID! Quicker than ANY LAW on ANY CONTINENT would ALLOW HER TO! As for the "agreement between lawyers" for dropping the OP upon the divorce, SO NOT TO HURT MY EMPLOYMENT OPPORTUNITIES (because as Ms. Storty REPEATEDLY said, I need to get a JOB ASAP! AND I STILL DO!), is just one more agreement they corruptly "forgot" to honor or "renigged upon", in absurdly bad faith. If honestly anyone cared about JUSTICE, they would have read my testimony I filed in court on 8/29/2019, which still to this day I'm unsure if ANYONE has read. My ignorred filed TESTIMONY from 8/29 (my "ONE AND DONE") told the TRUTH about EVERYTHING! It EXPOSED MOST OF Ms. STORY'S LIES AND BAD FAITH (which is WHY I don't

2

believe that Williamson Chancery or Judge Michael W. Binkley want to ACKNOWLEDGE or CONSIDER it!

Yet WHAT do they EXPECT for me to DO, if they are not even allowing me to OBTAIN A JOB TO PROVIDE FOR MYSELF, after they illegally STOLE everything else from me, while REFUSING me DUE PROCESS? There is no way to call this "ERROR" or simply "NEGLIGENCE" anymore. This is COLLUSION, CORRUPTION, OBSTRUCTION OF JUSTICE, and INTENTIONALLY EXPLOITING & HARMING AN ADA PARTY above and beyond ALL REASON! (Disrespecful of ANY laws, made to protect HUMANITY!)

I find it ironic, that between Ms. Fenton, her bankruptcy attorney, her divorce attorney (Ms. Story), and Judge Binkley, I'm the ONLY (PERSON who has acted in 100% GOOD FAITH and NOT TOLD A SINGLE LIE TO DATE), yet because of Binkley's relationship with Ms. Story, even knowing how manipulative and dishonest as she can be, Judge Binkley took EVERY WORD SHE SPOKE at 100% face value, as TRUTH, without any objectability or allowing me to testify otherwise, and when I interrupted and objected anyway or tried to correct her, nothing I said was given any merit.

I have no doubt that Attorney Virginia Lee Story is guilty of…. Several fellonies, including breaking every vow of her oath of office, manipulating federal bankrupty fraud to further harm me (for sport), beyond what anyone could even benefit from, obstruction of justice, and the list goes on.

I believe that Judge Michael W. Binkley is either guilty of gross negligence, collusion, nepitism, extreme bias, gender discrimination, disability discrimination, as well as socioeconomic discrimination (in direct violation with the Canons), as well as not recusing himself when Ms. Story was the opposing Counsel, which against the Canons, presents a tremendous credibility problem, and cause for CONCERN about FAIRNESS and BIAS (for obvious reason – this is the PERFECT CASE TO FOREVER END THAT PRACTICE) with them being close friends, and the bias if not corruption which resulted from that.

There was no part of this which was not abusive, it appears to be that old "patriarchial" "plantation law" which Tennessee claims to be trying to STEP AWAY FROM.

Everyone there was a criminal except for me, while I was the party assaulted, defamed, robbed, and then bound and gagged, so not to cry foul, as they KNOW that I have 40GB of EVIDENCE of their Judicial Corruption and Obstruction to Justice, which speaks for itself.

That Audio tape of the 8/29/2019 hearing is ONE "smoking gun", but there is a second "smoking gun" which is even MORE incriminating for Ms. Story. That is what I was working on and discovered when I thought it was too late on my "brief". I made a chronological linear path of every communication I had with Attorney Virginia Lee Story, both before Court, during Court, and after Court. Including her aggressive demands that I be forced to vacate by police escourt, while denying me the ability to even take my personal property with me, promising in Court that they would safely STORY and SHIP my personal property to me after the sale of our home, and hold the final hearing over the phone (she told

3

my Counsel Marty Duke that she would bring an MDA to court that day, on the 29th, but I have a gut feeling that Judge Binkley may have strayed her away from that for a more favorable manipulated default judgment, without ever even providing me with a chance at the phone hearing, or a simple MOTION FOR DEFAULT JUDGMENT. Instead (even before the sale) Ms. Story changed her whole story-line, now deeming it "financially irresponsible" to ship my personal property to Michigan, because she had it all valued by her buddy, then tried to extort $2,000 from my mother to pay for storage, and to have it packed and moved there, while she had fraudulent created this whole situation, because on two separate occasions she testified that it was all MINE (as it was).

Yet about $10,000 worth of MY PERSONAL PROPERTY went mysteriously MISSING while I was ordered GONE until the auction was completed. Which to date, no one will give me any information regarding my $10k of personal property, OR will even provide me with a fully executed HUD-1 SETTLEMENT STATEMENT proving the final sale and expenses from selling our HOME, while I believe to have seen on a preliminary HUD an undislcosed $5k ADVERTISING FEE to Ms. Story's buddies who AUCTIONED OUR PROPERTY, while both they and the closing company have REFUSED to provide me with a SETTLEMENT STATEMENT, which is UNCONSCIONABLE for anyone selling and making money off the sale of MY HOME!

It is SO FREAKING DEEP IN COLLUSION AND CORRUPTION! I need to go to Kentucky and bring back the LAW!

So when you LINE all of those conversations up chronologically, you can see me having conversations with Ms. Story immediately before court, where she told me one thing prior, then she swore the exact opposite in court, then after court, she lied again and gave me a bogus reason for the harsh Judgment, when unbeknowst to me at that time, she had just DRAFTED the judgment herself! Yet she STILL lied to me about the reasoning for it. While Judge Binkley REFUSED to tell me in Court WHY he made such an outrageously harsh judgment, after making fun of me a bit for being pro se, and being disabled, he then told me that I was SUPPOSED to KNOW everything about the law, since I was representing myself pro se, so he wasn't going to WASTE FOUR HOURS of his time "trying to be nice to me" to explain to me WHY he had came down on me with a ridiculously harsh judgment, which completely contradicted everything done in our first hearing, when I had counsel to protect me. (Incidently, the entire hearing took less than 30-minutes, so I don't believe there was ever a 4-HOUR concern. I just don't think that Judge Binkley KNEW a justifiable REASON for coming down on me with such a harsh judgment, and if he presented it, I could have corrected his "error", so he just refused to comment, being what I believe that he and Ms. Story had agreed to prior to Court, which I credit for being WHY Ms. Story never brought me an MDA that day in Court, as she had told my prior Counsel, Marty Duke that she would.

Anyhow, when all of these conversations with Ms. Story are stacked up, chronologically, it shows extremely vividly how excessively abusive and in bad faith she acted (saying one thing in court, and the exact opposite outside of court). To the point of intentionally exploiting my disabilities, for not just a strategic advantage, but for FUN, even when it served NO ONE anything at all! When it didn't benefit her client, any of her associates, it certainly didn't serve the law by any means, and it didn't put one

4

penny in her pocket either. It was MERELY FOR ABUSE for HER ENTERTAINMENT, for DOMINATION and to excert wholly illegal powers allowed her by Judge Binkley to harm me!

When all lined up, with the TIMING of each, it proves also that she manipulated the Federal Bankrupty Fraud to FURTHER injure me! In an attempt to DENY me my $10,000 worth of personal property EXEMPTIONS, per TENNESSEE STATE LAW, which I had properly filed and served her, while she did everything in her power to SELL AND DISCARD my personal property as her letters continually threatened, as absolutely QUICKLY AS POSSIBLE. If I was ONE DAY LATER on RUSHING TO TN to get what I could of my Personal Property (after begging her for the opportunity), she had coluded with the Bankruptcy Attorney and obtained a FEDERAL Court Order to sell or discard ALL MY PERSONAL PROPERTY, without anyone ever telling the Bankruptcy Court that all the PERSONAL PROPERTY was OWNED BY ME, else they would need to NOTIFY OR SERVE ME BY LAW before any judgments could be made about MY PROPERTY!

That is one of the same scams they played on me with the Fraudulent Bankruptcy filing, they did not inform the bankruptcy court of my investment in or ownership of OUR HOME. While they also fraudulently failed to dislocse any SUPPORT which Ms. Fenton had paid for me for a DECADE and even continued to pay AFTER the date of Ms. Fenton's SECRET bankruptcy filing!

So all together, the Judicial Corruption/Obstuction of Justice required two CORRUPT ATTORNEYS, Attorney Mary Beth Ausbrooks (bankruptcy fraud) and Attorney Virginia Lee Story (every other kind of fraud, bad faith, perjury, abuse by process, intentional ADA exploitation and abuse, collusion, and corruption – the "RING LEADER" I believe), and at least one Corrupt JUDGE who would allow Ms. Story to do whatever she wanted, without regard for the LAW, equality, fairness, justice, which was Michael W. Binkley. One corrupt COA Judge who refused to AID the obviously INJURED PARTY, DESPITE THE MOUNTAINS OF EVIDENCE OF LEGAL ABUSE AND BAD FAITH (at least), unless I could write a LEGAL BRIEF, which even John Coke admitted was extremely complex and why people go to school for several years and why they call it a "legal practice" because there is a LOT TO LEARN. (Not to mention that writing a BRIEF to include all this ABSURD CORRUPTION was like trying to "FIT A CITY THE SIZE OF DETROIT, INTO ONE CITY BLOCK", which is completely OVERWHELMING TO ME! So to require me to be able to combat Ms. Story (a corrupt Court, a couple of high power corrupt attorneys, while even Ms. Beeler, the Clerk of the Court refused any ADA assistance and now yells at me on the phone, and denies to provide me with ANY INFORMATION regarding the actions which the court continues to take or has taken against me, without me first providing a SIGNED FREEDOM FOR INFORMATION ACT REQUEST, expecting at least a TWO WEEK delay for delivery. Where they will EMAIL everyone else in town any MOTIONS and JUDGMENTS INVOLVING THEM, but now WILCO Chancery is FURTHER DISCRIMINATING against me, REFUSING to assist me in ANY COMMON CAPACITY! To try to COVER-UP what Judge Binkley and Virginia Story have ILLEGALLY DONE! While Ms. Beeler has MORE EVIDENCE than she ever wanted to see PROVING THEIR CRIMES AGAINST ME, so now she is irritated with ME, when I've never been anything but POLITE to her, but I believe that she resents being put in such a COMPROMISING POSITION by Judge Binkley and Attorney Story. For the COA to refuse me ANY HELP, JUSTICE, or RELIEF, despite me presenting IRREFUTABLE EVIDENCE of HARM by the Trial

5

Court, I believe is a violation of the Judicial Canons, as well as a government "Cover-Up" to illegally protect Binkley/Story/Ausbrooks (which I belivee constitutes "Obstruction of Justice" by the COA.)

TNJudicial.org/cla/jrf124.pdf    Case 1:23-cv-01097-PLM-RSK    SEEKING HELP: TNSC, COA, AOC, BPR, FBI, DOJ, USTP    ECF No. 1-29; PageID.1737    Filed 10/13/23    DOC 124 Page 73 of 129

of 74

# POTENTIAL PARTIES TO THIS CASE

To be clear, I believe to be legally due approximately **$250,000** from Ms. Fenton, without any punitive damages. While I have suffered a host of nearly unfathomable damages either caused by or in conjunction with actions or work done by the following parties:

> ➤ Attorney Virginia Lee Story (Story, Abernathy, & Campbell, PLLP)
>
> ➤ Attorney Kathryn Lynn Yarbrough (Story, Abernathy, & Campbell, PLLP)
>
> ➤ Paralegal Heidi Macy (Story, Abernathy, & Campbell, PLLP)
>
> ➤ Judge Michael W. Binkley (Williamson County Chancery Court)
>
> ➤ Clerk & Master Elaine Beaty Beeler (Williamson County Chancery Court)
>
> ➤ Attorney Mary Beth Ausbrooks (ROTHSCHILD & AUSBROOKS, PLLC)
>
> ➤ Attorney Alex Koval (ROTHSCHILD & AUSBROOKS, PLLC)
>
> ➤ Attorney Henry Edward Hildebrand, III (Office of the Chapter 13 Trustee)
>
> ➤ Judge Charles M. Walker (U.S. Bankruptcy Court for the Middle District of TN)
>
> ➤ Attorney Sam Anderson (Bankers Title & Escrow)
>
> ➤ Paralegal Kim Murray (Bankers Title & Escrow)
>
> ➤ Broker & Auctioneer Tommy Anderson (HND Auctions, LLC)
>
> ➤ Broker & Auctioneer Pat Marlin (McArthur Sanders Real Estate)

Collectively, truth be told, in an honestly "fair" and "equal" settlement, absent of all bias, relationships, and influence, I believe to be due at least **$500,000** when combining that which I believe Ms. Fenton intentionally cheated me out of, along with the immediate damages suffered,

I can't get a JOB now because of COVID and my mother's immunity disorder, while I have a previous employer offering me work from HOME, but I must be able to pass an extensive BACKGROUND CHECK FIRST! So Judge Michael W. Binkley / Attorney Virginia Lee Story/ Attorney Kathryn Lynn Yarbrough / Attorney Mary Beth Ausbrooks / Attorney Henry Edward Hildebrand, III (negligent Bankruptcy Attorney who failed to CHECK the DEED and PROVIDE ME NOTICE (even though Ms. Fenton and Ms. Austrooks intentionally HID and WITHHELD that information), it still was DISCOVERABLE. The klan has not only denied me my property, shelter, rental income, every form of provision, but they have also corruptly rendered it IMPOSSIBLE for me to SUPPORT MYSELF, which is simply **CRUEL AND INHUMANE!** I am moving forward with Federal corruption charges against

every party involved, **as Judge Michael W. Binkley moves forward in the footsteps of his mentour and personal benefactor, former Nashville Judge Casey Moreland. (That is EXACTLY what I see in this CASE! "A case-within-a-case, as are most cases of malicious litigation and judicial corruption.")** Since they unjustly REFUSE to allow me to SURVIVE their ABSURD ABUSE "under color of law", I have no choice but to seek Federal Protection from OUTSIDE the State of Tennessee, in hopes of finding an "unbiased tribunal" SOMEWHERE! Either someone needs to start paying punitive damages or support, or they must allow me to OBTAIN A JOB, which I can't DO with the current PANDEMIC with their FRAUDULENT OP! So the ONLY chance I have to SURVIVE is to give this case as MUCH EXPOSURE as possible, to every law enforcement, accountability organization, ada, civil rights watchdogs, politicians and judges from Tennessee to Washington DC, as well as alerting the public about the "perfect storm" of bad policies, intentionally next to NO TRANSPARENCY, and so far no State Accountability to speak of. Without it taking YEARS of my life to simply get the most OBVIOUS self-substantiating CRIMES against me withdrawn and expunged so that I can simply GET A JOB to support myself! During the pandemic health crisis of our lifetime, I additionally have a whole COURT of CORRUPTION holding me down, for FEAR that I might EXPOSE their CRIMES against me! While due to their CHOICE to continue to FRAUDULENTLY HOLD ME DOWN, I have NO CHOICE but to do so!

If I can get the attention of the iTeam, other investigative media outlet, or Southern Poverty Law, the NRA, ADA or Civil Rights organization…. This will be an embarrasment which will rock the entire State of Tennessee Judicial System, and hopefully END several bad, discriminatory, unethical policies or like the Story sponsored vacations with the Binkley Family and other local Judges and key decion makers…. That is the OLD SOUTH…. refusing to ACKNOWLEDGE or COMPLY with the UNITED STATES CONSTITUTION, or to act ethically, transparently, responsibly (as most of our Country would DEEM simply "COMMON SENSE"), with quck checks and balances for accessible expedited accountability, without needing to spend YEARS unjustly JUDGED, as "GUILTY until PROVEN INNOCENT!" Illegally depriving a man of his FREEDOM of LIFE, LIBERTY, and the PURSUIT OF HAPPINESS! (Years lost which can never be gotten back, where monetary damages are but a stipend which can never restore what was unjustly TAKEN.) While clearly continuing to operate Tennessee's Judiciary System in the OLD patriarchial system of WHO KNOWS WHO, or as I call it, "PLANTATION JUSTICE", which is a FAR CRY from what all these Williamson County investors expect, having come from States which have far more transparent and accountable judicial systems, which automatically makes them less partial, and more difficult for judicial corruption to thrive. Where EQUALITY in Court means something different than here, something which is MUCH CLOSER to real "EQUALITY". Where the CONSTITUTION OF THE UNITED STATES OF AMERICA is honored and respected as the SUPREME LAW OF THE LAND, not just in written word, but in ADMINISTRATIVE PRACTICE as well!

With a deceptivly incomplete affidavidt provided my Attorney Virginia Lee Story, to DENY me participation in my OWN divorce hearing and Fraudulent OP (after promising me in Court that we would hold the hearing over the phone), after I took the TIME to draft a 250-PAGE RESPONSE, EXPOSING SOME OF THE CRIMES OF Ms. FENTON and Ms. STORY AGAINST ME, it is BEYOND UNREASONABLE to ARGUE that I took the TIME to DO ALL THAT WORK to COMPILE and