# "ORDER OF PROTECTION" AS AN ILLEGAL "PRIOR RESTRAINT"

## U.S. BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

## WILLIAMSON COUNTY CHANCERY COURT AT FRANKLIN, TENNESSEE

BK: #3:19-BK-02693 | TN: #M2019-02059-COA-R3-CV | WILCO: #48419B

APPENDIX - 15

THE FRAUDULENT DEFAULT 6-YEAR "ORDER OF PROTECTION" to violently BIND, RESTRAIN, and SILENCE me, while they carelessly TOOK everything, which I loved most in my life ........................................................................................ 1

2020-09-24 RETALIATION: "ORDER OF PROTECTION" 5-YEAR EXTENTION (out of jurisdiction, without motion, notice, or hearing) ............................................... 1

My Raccoon Buddy: Kind Communications with my ex-wife, just 3-DAYS before their Secret Bankruptcy SCAM; Orchestrated by Story/Binkley/Ausbrooks/Etc... ............ 7

Ex-wife's UNSIGNED Personal Statement about her "fear for (her) safety", included with her "Petition for an Order of Protection" at R.v1(pages 15-16) .................................. 8

Federal Rules of Civil Procedure - RULE 11 (Personal Statements with NO SIGNATURE are TRASH!) ..................................................................................................... 10

EMERGENCY: I CAN NOT WORK FROM HOME WITH FRAUDULENT "ORDER OF PROTECTION" (Can't work outside the home because of my mother's immunity disorder!) ......... 12

A 30-Page Letter I wrote to my ex-wife on 2/9/2005, before we even got married. Proving I've always been "long-winded", she knew that before marrage, and there certainly is no "Crime" or "Abuse" in exercising my 1st Amendment Right (even if I exercise it more than most) ....... 13

PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" & 5-Year Extension thereafter, without notice. This is no more than an illegal "Prior Restraint", which Judge Binkley is becoming famous for, due to his fear of public exposure of his misconduct, including the criminal activities of he and his friends ......................................... 15

CONSTITUTION ANNOTATED: Amdt5.4.4.2.1 Deprivations of Liberty ...................... 16

My Ex-wife is a Highly-Trained FIREARMS EXPERT! She is a Tennessee and NRA Licensed Handgun Instructor, with daily carry of a Glock .40 Caliber handgun and Pepper Spray. She is also certified by the NRA to teach their "Refuse to be a Victim" program, emphasizing situational awareness, basic self-defense, and the defensive deployment of Pepper Spray. She has trained with both the Mt. Juliet and the Davidson County Police Departments. She has an extensive arsenal, with two fully-loaded military grade assault rifles, an FN FAL & an AR-15, both with extensive desert training as a "Family First"

Lifetime Member, at Frontsight Firearms Training Institute, in Pahrump, Nevada. She owns approximately a half-dozen handguns, and last I knew, had about _____ 17

Ex-wife's "Self-Defense Handgun Instructor" Resume (Training superior to that received by most Law Enforcement Officers) _____ 18

Ex-wife's AR-15 with Combat Harness, Collapsable Stock, and High-End VCOG Optic _____ 20

Ex-wife graduated from the Davidon Co. Citizen's Police Academy (Photo with Major Dean) _____ 21

Ex-wife's FN-FAL 7.62 x 51mm NATO, Assault Rifle, Modified. Her same high-end VCOG Optic mounts on both of her Rifles. (This is a BIG GUN) _____ 22

Ex-wife's AMMO Inventory (over 5,000 rounds) _____ 23

Ex-wife's ammo cans, when she moved-out of our Marital Residence (5,000 Rounds Inventoried) _____ 25

Front-Sight Firearms Institute in Pahrump Nevada (Where Ex-wife and her brother have Legacy "First Family" Lifetime Memberships) _____ 26

Ex-wife Training with her FN-FAL Assault Rifle at Front Sight Firearms Institute _____ 27

Ex-wife Training with her AR-15 Assault Rifle at Front Sight Firearms Institute (Iron Sights before we purchased the VCOG Scope for her.) _____ 28

Ex-wife and her brother "Mark" (a Marine Veteran who introduced her to shooting, after her first divorce), at Front Sight Firearms Institute in Nevada _____ 29

Ex-wife taking a "Defensive Handgun" class, with her .40 Caliber Glock, at Front Sight Firearms Institute in Nevada _____ 30

Ex-wife's State Certified HANDGUN INSTRUCTOR Instructor Certificate (Tennessee) _____ 31

Ex-wife working at Front Sight Firearms Training Institute as a "Line Coach" for their " Defensive Handgun" program. Shown with her brother (Mark), and their Father (Eddie). Shooting is a family affair! _____ 32

Ex-wife's Glock Model 23, .40 Caliber Pistol (her daily carry handgun) _____ 33

Ex-wife's NRA Certified "Pistol Instructor" Credentials _____ 34

Ex-wife's Glock Model 17, 9mm Training Pistol (she uses when training new shooters) _____ 35

Ex-wife's National Rifle Association - Life Membership Certificate _____ 36

Ex-wife's Ruger SP101 .357/.38 Caliber Stainless Steel Revolver _____ 37

2018-04-22 Ex-wife Abandonded our Marital Residence with a completely unnecessary 4-

Deputy Escort. Her first attempt to falsly justify an "Order of Protection" (for purely a strategic advantage in court) with her first Attorney, W. Edward Porter IV. Fortunately Mr. Porter refused, saying it was unethical since we had no history, priors, domestics, nor physical threats of any sort. This was over a year before Attorney Story & Judge Binkley got involved. ........ 38

Ex-wife's "Dog-Walking-Gun", a North America Arms .22 Magnum Minature Revolver (small enough to wear as a necklace, put in a wallet, or carry in your pocket without detection ........ 39

**WIFE DESIGNED CUSTOM No Trespassing Signs - Using CAD and Microstation at her Work** ........ 40

Invoice for Custom No Trespassing Signs (The Sign Center) ........ 40

PROOF: Custom No Trespassing Sign ........ 41

INSTALLED: Custom No Trespassing Signs at Sunnyside ........ 42

2017-07-23 Deer Graphics for Sign Selected by Wife ........ 43

2017-07-23 Wife Emails Links to Purchase Deer Graphic she Likes ........ 44

2017-08-02 Wife Emails Sign Legal Citations ........ 45

2017-08-02 Wife Emails FINAL Sign Template ........ 47

2017-07-31 Wife Designed 35.25" x 18" Sign Template ........ 48

2017-07-31 Wife Emails CAD Master Files ........ 49

2017-08-02 Wife Designed 36.5" x 18.5" Sign Template ........ 50

2017-07-28 Wife: Wee.... AutoCAD Finally Came Up! (Wife sends CAD and Microstation Masters to Keep) ........ 51

Wife Designed 36" x 18" Sign Template ........ 52

2017-07-26 Wife Corresponded with Zach Geiser the Mid-Atlantic A&E Business Development Manager at Hikvision (Researching Our Surveillance Cameras) ........ 53

TN Supreme majority: Police can ignore 'notrespassing' signs (Humphrey on the Hill) ........ 56

STATE OF TENNESSEE V. JAMES ROBERT CHRISTENSEN, JR. (Sharon G. Lee) ........ 58

**2020-09-11 COA: Motion for Extention and Counsel (Informed Court about Foul-Play by Binkley & Story during 8/29/2019 Hearing - Asked Court to Compare 8/1 & 8/29 Transcripts, while Fact Checking Claims of LAW, and Consistency with the Record (COA: No Response about Foul-Play)** ........ 66

2020-09-15 COA ORDER: Denied Counsel (30-Day Extention Granted) ........ 69

**The "ORDER of PROTECTION" was purely a TOOL to help BIND, SILENCE, and**

**DISCARD me** ........................................................................................... 70

   No one shall be subjected to torture or cruel, inhuman, degrading treatment or punishment ........ 70

   Change.org: Petition by a Tennessee lady to, "Stop False Allegations to get Order of
   Protections in Tennessee (commonly referred to as "the Nuclear Bomb of Divorce Litigation")
   and Hold False Accusers Accountable" ........................................................... 71

   Tenn. Code § 39-16-403 (Official Oppression) Using an Illegal, Unjustified, Unheard, Out of
   Jurisdiction, "Order of Protection", based upon a highly Fraudulent Affidavit the JUDGE
   ordered the Counsel to write ..................................................................... 74

   18 U.S.C. § 1951 (Hobbs Act) EXTORTION UNDER COLOR OF OFFICIAL RIGHT ........... 75

   42 U.S.C. § 12202 NO State Immunity for ADA Violations,  §12203 Prohibition Against
   Retaliation and Coercion, Interference, Coercion, or Intimidation ................................ 76

## PRIOR-RESTRAINT WITHOUT MOTION, NOTICE OR HEARING

## Order of Protection
### ☒ Amended Order
☐ Petitioner is under 18

Case # (the clerk fills this in): 48419 B

CLERK & MASTER

2020 SEP 24 AM 10: 09

FILED FOR ENTRY 9-24-20

In the _Chancery_ Court of _Williamson_ County, TN 9-24-20

**Petitioner** (person needing protection)

_Fawn_                    _Tiffany_                    _Fenton_
first                        middle                        last

### Petitioner's Children under 18 Protected by this Order:

Name, Age, Relationship to Respondent           Name, Age, Relationship to Respondent

1. _____           3. _____

2. _____           4. _____

---

**Respondent's Information** (person you want to be protected from):

_Jeffrey_          _Ryan_          _Fenton_          _10/5/69_
first              middle          last              date of birth (MM/DD/YYYY)

street address          _None_          city          _m l_          state    zip

Respondent's Employer: _None_
                        Employer's name                    Employer's phone #

### Describe Respondent:

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
|---|---|---|---|---|---|---|
| ☒ Male ☐ Female | ☒ White ☐ Asian ☐ Black ☐ Hispanic ☐ Other: ___ | ☒ Black ☐ Grey ☐ Blond ☐ Bald ☐ Brown ☐ Other: ___ | ☒ Brown ☐ Hazel ☐ Blue ☐ Green ☐ Grey ☐ Other: ___ | Height _5.9_ | Weight _240_ | |
| | | | | Social Sec. # (If known) | (Provided to Clerk's office if known) **Do not list here. XXXXX** | |
| | | | | Scars/Special Features | | |
| | | | | Phone Number | | |

### Petitioner's relationship to the Respondent (Check all that apply):

☒ We are married or used to be married.          ☐ We live together or used to live together.
☐ We have a child together.                       ☐ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. (Specify): _____
☐ We are the children of a person whose relationship is described above (Specify): _____
☒ The Respondent has stalked me.          ☐ The Respondent has sexually assaulted me.
☐ Other: _____

**Findings About Abuse:**

1. The Court has jurisdiction over the parties and this case. The Respondent was given reasonable notice of the hearing and an opportunity to be heard.

**Warning!**
☐ Weapon involved
☐ Has or owns a weapon

2. Based on the information in the *Petition,* and the hearing held, the court finds that the Respondent:
☑ Did the things listed in the Petition and the court adopts these as facts and incorporates them by reference, AND/OR

☐ Did the following things:

_____

_____

_____

AND there is credible evidence that Respondent is a threat to the safety of the Petitioner and ☐ Petitioner's Minor Children.

3. Respondent has specifically: *(check all that apply):*

☑ Abused/Threatened to Abuse

☐ Sexually Assaulted
☑ Stalked
the ☑ Petitioner AND ☐

**FALSE: I NEVER ABUSED OR STALKED MY EX-WIFE! THIS IS ADA RETALIATION & INTERFERENCE WITH HOBB'S ACT EXTORTION OF MY SILENCE ABOUT THE MISCONDUCT AND CRIMES COMMITTED BY THE COURT & COUNSEL!**

**Findings about the minor children of the parties:** *(check one):*

n/a ☐ The Court has jurisdiction over custody for the child(ren) of the parties because his/her/their home state is Tennessee.

☐ The Court has temporary emergency jurisdiction over custody for the children of the parties listed above because they are in Tennessee now, and they (or the Petitioner) were at risk. (If another state has jurisdiction over child custody under UCCJEA, this Court's temporary jurisdiction will end on _____ or when the other state's Court makes an order.)

**Findings About Firearms:**

**The Respondent** *(check all that apply):*

☐ Has no firearms

☑ Has firearms that he/she must give to someone else who is allowed to have them (TCA § 36-3-625).

☐ Has firearms that are registered under the National Firearms Act and must be either transferred to a responsible third party, or locked in a safe or other secure container to which the Respondent does not have access. A state or federal agency must give its approval before the firearms are turned in.

☐ Has a federal firearms license (FFL) or is a responsible party under an FFL, and has firearms under that FFL that qualify as business inventory, and *(check one):*

☐ There is **no** responsible party listed on the FFL other than the Respondent in this case. The Respondent must turn in or transfer all firearms inventory under his/her control to a separate FFL holder who is legally allowed to have firearms.
☐ There **is** another responsible party listed on the FFL other than the Respondent in this case. This Order does not require the Respondent to turn in or transfer the firearms inventory.

07/01/19
Form #OP2018-7

**PERSPECTIVE:** For those unfamiliar with this case, this was a "DIVORCE" with no children. Judge Michael W. Binkley and his Undisclosed "Close Family Friend", Attorney Virginia Lee Story, only spent TWO 30-MINUTE "hearings" to FORCEFULLY STEAL MY BRENTWOOD HOME (worth $900k currently, with mortgages of only $300k), without a penny to Myself or my Ex-wife. While there were NO ARRESTS, NO ASSAULTS, NO DOMESTICS, NO PHYSICAL THREATS, NO STALKING, NO SUPPORTING HISTORY, NO REASONABLE THREAT OF DANGER OF ANY SORT, while the Opposing Party is the one who committed MULTIPLE GROSS FELONIES AGAINST ME, with the CRIMINAL GUIDANCE and ASSISTANCE of at least TWO JUDGES, and a HALF-DOZEN Attorneys, with at least as many Compromised and Corrupt Powerful MEMBERS OF THE COURT who have helped to COVER-THIS-UP, and DENY ME ANY ASSISTANCE since. Knowing that I can't even WORK to SUPPORT MYSELF to simply try to SURVIVE, in the condition which the State of Tennessee literally DISCARDED ME IN!

### The Court orders Respondent to:
- ☑ Obey all orders on this form.
- ☑ Not abuse or threaten to abuse Petitioner or Petitioner's minor children.
- ☑ Not stalk or threaten to stalk Petitioner or Petitioner's minor children.

### Other Orders to the Respondent *(Check all that apply):*
☐ **No Contact**
You must not come about the Petitioner (including coming by or to a shared residence) for any purpose and must not contact ☐ Petitioner AND ☐ Petitioner's children, either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact.

☑ **Stay Away**
You must stay away from the ☐ Petitioner's home  ☐ Petitioner's workplace  ☐ Children's home and workplace.

☑ **Personal Conduct –**
  ☑ You must not cause intentional damage to the Petitioner's (or Petitioner's children's) property or interfere with the utilities at their home(s).

  ☑ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children.

☑ **Counseling/Substance Abuse Programs**
You must go to the following program(s) and give the court proof that you have gone, participated and have made progress in this program *(contact information):* _____

My ex-wife wanted this fraudulent "Order of Protection" to help her gain possession of our HOME, and to have me forcefully REMOVED from it, so that she could LIQUIDATE it and DISBURSE the funds without a single penny to ME.

That was the PERFECT CRIME that Attorney Virginia Lee Story orchestrated and led her through, and my ex-wife got away with it. I completely forgave my ex-wife four-years ago, because I know what a desperate and vulnerable place she was in emotionally and physically, at that time. Rather than providing an ethical guiding hand to my ex-wife, through one of the toughest seasons of her life, Attorney Virginia Lee Story and a several of her "friends" instead exploited my ex-wife's desperation and vulnerability to steal the sum wealth of BOTH of our lives.

This "Order of Protection" isn't to protect my Ex-wife as it states (it endangers my ex-wife with potential Federal criminal charges, because of my need to constantly seek Federal assistance to get FREE.)  This fraudulent "Order of Protection" is SOLELY to protect Judge Michael W. Binkley & Attorney Virginia Lee Story from being EXPOSED IN THE MEDIA for their crimes against me and my family!

**This is a Court Order.**

☐ **Child Support** $ _____ / each _____ (month/week, etc) beginning _____ (date).

    ☐ This is the guideline amount. See the attached DHS *Child Support Worksheet*.
    ☐ This is **not** the guideline amount and is a deviation from the guideline amount. The Court has considered the best interest of each child in this case, and finds that guideline support would be unjust or inappropriate in this case.
    ☐ Other: _____

**Payment method:**

    ☐ Pay the Petitioner directly by the _____ day of each month. (the court finds that this does not endanger the Petitioner or the Petitioner's minor children and it is not a violation to send payment only with no notes or comments to the Petitioner)
    ☐ Take payment to this Court Clerk's Office. You will also have to pay a clerk fee of _____ % on

Since "they" KNOW that in the past, I have very successfully exposed professional negligence and fraud against our family on the Internet, they also know that EXPOSING the TRUTH on the Internet is the ONLY "threat" that I am to anybody! But that specific threat happens to be their greatest fear!

By labeling my Ex-wife a "victim" of domestic abuse (which is untried, unheard, and false), by Fraudulent "DEFAULT" Judgments, there are strict laws protecting "victims" from having their court documents published online. (These same documents could easily expose this entire RICO scam!)

On 3/21/2021 the KnoxNews ran a story with a video clip of Judge Michael W. Binkley chastising and threatening attorneys, the press, and the people, stating, "What people are doing to judges, making up stuff, putting it in the media when it's totally false..." Further stating, "If your client is part of that kind of stuff, turn them in. Don't be part of the problem... don't be a chicken, because that's all it is... you're part of the problem if you don't do something about it." Indicating that there would be pre-emptive consequences for those who might speak-up.

That is EXACTLY what this outrageous, out of jurisdiction, bad-faith, untried, unheard, "DEFAULT" Order of Protection is, without MOTION or NOTICE where I could even ATTEMPT to DEFEND myself. While this was allegedly for LONG but NON-THREATENING emails and text messages, which Attorney Story decided that my Ex-wife is no longer CONSENSUAL to receiving, the day after I learned about the AMBUSH the Chancery and Bankruptcy Courts had conspired together against me.

Judge Michael W. Binkley and Attorney Virginia Lee Story are literally using my Ex-wife as a HUMAN SHIELD, to protect THEMSELVES from being exposed for an absurd amount of Attorney and Judicial Misconduct, including their roles in Bankruptcy Fraud, Deprivation of Rights and Property under Color of Law, Hobb's Act Extortion, ADA Coercion, Retaliation, Interference, Official Oppression, Etc!

All which I reported to the Court of Appeals as I cried-out for HELP, but instead they helped Binkley and Story to COVER-IT-UP, and denied me any assistance! This has unfortunately been the position of EVERY SINGLE DIVISION of the Tennessee Courts and Supervisory Boards, to date.

☐ **Orders to the Respondent about Firearms:**
    • You must not have, or attempt to have, receive or attempt to receive or in any other way get any firearm while this or any later protective order is in effect.

**This is a Court Order.**

TNJudicial.org/e/a/id123.pdf — "9-YEAR 'DEFAULT' ORDER of PROTECTION to ENFORCE MY SILENCE! 10/13/23 DOS_123 (pg 9 of 80

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-31, PageID.1802   Filed 10/13/23   Page 9 of 24

- You must transfer all firearms in your possession within 48 hours to any person who is legally allowed to have them.
- You must fill out and file a *Firearms Declaration* within 1 business day of transferring your firearms. You may take more than 1 business day to file this form **only** if the Court gave you a later deadline. (You can get the *Firearms Declaration* form from the Court Clerk's Office or at *www.tncourts.gov.)*
- If a state or federal agency approves it, your weapons that are registered under the National Firearms Act must be either transferred to a responsible third party, or placed in a locked safe or other secure container to which you do not have access.
- If your *Firearms Declaration* shows that you have a federal firearms license (FFL), and that you are the **only** responsible party listed on that FFL, you must transfer all firearms inventory under your control to a separate FFL holder or another responsible party.

☑ **Costs, fees and litigation taxes**

> **THIS FRAUDULENT "ORDER OF PROTECTION" IS THE ONLY WAY WHICH A CORRUPT JUDGE COULD KEEP A NOOSE AROUND MY NECK FROM 600-MILES AWAY, WITHOUT DUE PROCESS! THREATENING MY LIFE, MY SAFETY, AND MY FREEDOM FOR AN OUTRAGEOUS SIX-YEARS. WHERE I CAN BE ARRESTED WITHOUT WARRANT OR NOTICE 24/7/365, ANYWHERE WITHIN THE UNITED STATES OF AMERICA. REQUIRING LESS FOUL-PLAY THAN I HAVE ALREADY EXPERIENCED BY JUDGE MICHAEL W. BINKLEY AND ATTORNEY STORY. ALL WITHOUT HEARING, MOTION, OR NOTICE! ABSURD, INHUMANE, ADA INTERFERENCE AND UNCONSTITUTIONAL RETALIATION & EXTORTION!**
>
> **THIS IS THE EQUIVALENT OF JUDGE MICHAEL W. BINKLEY HOLDING A <u>GUN</u> UP TO MY <u>HEAD</u>, AND WHISPERING INTO MY EAR, "GO AHEAD, TELL ON ME!" I DEMAND A FULL CRIMINAL INVESTIGATION!**

**THIS ORDER TAKES EFFECT IMMEDIATELY UPON SIGNING.**

This Order starts today, *(date):* 9-24-20 . This Order ends *(date):* 9-24-2025

☐ In 1 year. (The Petitioner may ask to extend the Order) ☒ In 5 years (1ˢᵗ violation of current PO)
☐ In 10 years (2ⁿᵈ or more violation of current PO)

Date: 9/24/70   Time: 10:08   ☐ a.m.   ☐ p.m.   Signature of Judge or Chancellor

| Certificate of Service – Respondent *(check one):* | Certificate of Service – Petitioner *(check one):* |
|---|---|
| ☐ Signed by Respondent: _____ | ☐ Signed by Petitioner: _____ |
| ☐ Signed by Respondent's counsel: _____ | ☐ Signed by Petitioner's counsel: _____ |
| ☐ Hand delivered to Respondent. | ☒ Hand delivered to Petitioner. |
| ☐ Hand delivered to Respondent's counsel. | ☐ Hand delivered to Petitioner's counsel. |
| ☒ U.S. mail, prepaid postage to Respondent's last known address | ☐ U.S. mail, prepaid postage to Petitioner's last known address. |
| ☐ U.S. mail, prepaid postage to Respondent's counsel's last known address | ☐ U.S. mail, prepaid postage to Petitioner's counsel's last known address. |
| ☐ Reasonable attempts to find the Respondent's address were made, but there is no known address at this time. | ☐ Reasonable attempts to find the Petitioner's address were made, but there is no known address at this time. |
| Signature of Server: Debra Stevens | Signature of Server: Debra Stevens |
| Server's title *(check one):* ☐ Clerk ☒ Deputy Clerk 9-24-20 ☐ Authorized Officer ☐ Attorney | Server's title *(check one):* ☐ Clerk ☒ Deputy Clerk ☐ Authorized Officer ☐ Attorney |
| Service was made on: Date: _____ Time: _____  ☐ a.m. ☐ p.m. | Service was made on: Date: 9-24-20 Time: 10:08  ☐ a.m ☐ p.m. |

☐ The Clerk certifies a copy of this Order was forwarded to 911, local law enforcement, and any court in which the respondent and petitioner are parties to an action.

**This is a Court Order.**

07/01/19
Form #OP2018-7

Order of Protection

page 5 OF 6

## Warnings to Respondent:

### This Order is valid everywhere in the U.S.
If you travel to another state, territory or tribal land, with the intention of disobeying this Order, you can be charged with a federal crime. The courts of any U.S. state, the District of Columbia, all tribal lands, and U.S. territories, must enforce this Order, even if the Order is not registered. (18 U.S.C. §§ 2262, 2265)

### No Guns, Firearms
You must not have any firearm while this Order is in effect. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any firearm or ammunition.

You must legally transfer, sell, or turn in any firearm that you have within 48 hours.  Transfers are only legal if the person you transfer to is allowed to have firearms. You may get your firearms back when the Order of protection ends.

### You will face separate charges if you disobey this Order
You may face separate, criminal contempt charges and/or civil penalties if:

- You disobey this Order on purpose (TCA § 36-3-610).

  The penalty for each violation is **up to 10 days in jail and a $10 or $50 fine** (TCA § 29-9-103).

- You may also have to pay a civil penalty of up to $50 for each violation (TCA § 36-3-610).

You may face separate, Class A misdemeanor charges if:

- You violate this Order (Public Chapter No. 422, effective July 1, 2019).

  A violation is punishable by **up to 11 months and 29 days in jail and a fine of not less than $100 nor more than $2500 for each violation.**

- You do not transfer your firearm(s) legally by the deadline (TCA § 36-3-625).

- You have a firearm while the Order is in effect (TCA § 39-13-113(h)(1)).

  The penalty for each violation is **up to 11 months and 29 days in jail and a fine of up to $2,500** (TCA § 40-35-111(e)(1)). There may be other charges if domestic violence is involved.

- You do not transfer, sell, or turn in any firearm. You may face Class A misdemeanor charges <u>and</u> you may also be charged with a federal crime. (TCA §§ 39-13-113(h)(1), 39-17-1307; 18 U.S.C. § 922(g)(8)).

You may face separate, Class C felony charges if:

- You hurt or try to hurt anyone while this Order, probation, or diversion while in effect; you may face charges for aggravated assault (TCA §§ 36-3-610, 39-13-102(c)).

  The penalty for each violation is **not less than 3 years nor more than 15 years and a fine of up to $10,000** (TCA § 40-35-111(b)(3)).

### Only the Court can change this Order:
Neither you nor the Petitioner can agree to change this Order. Even if the Petitioner attempts to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be jailed for **up to 11 months and 29 days and fined up to $2,500**.

> **To the Petitioner:**
> You may ask any government agency or utility provider to keep private any information that could be used to locate you, such as addresses, phone numbers, and/or social security number. To do so, give a copy of this Protective Order to the Records Department of the agency or utility.*(TCA § 10-7-504(a)(15-16))*

TNJudicial.org/e/a/sf123.pdf    5-YEAR "DEFAULT" ORDER of PROTECTION, TO EXTORT MY SILENCE!

Case 1:23-cv-01097-PLM-RSK   ECF No: 1-31, PageID.1804   Filed 10/13/23   DOC 123, Page 11   Page 11 of 80 of 24



Then "THEY" later converted the "Ex Parte" into a FULL **"ORDER OF PROTECTION"**, though still posing absolutely **NO threat to WIFE!** Carelessly destroying my ability to pass preemployment background checks, while needing a JOB more than ever, to simply SURVIVE their CRUEL and INHUMANE ORDERS!

All via a FRAUDULENT AFFIDAVIT and "DEFAULT JUDGMENTS", while DEPRIVING me of ALL RIGHTS to participate in MY HEARINGS!

Further followed by an outrageous, crippling, **FIVE-YEAR EXTENSION**, without even mailing me a NOTICE or a MOTION! (Still to DATE!)

There is NOTHING "LEGAL" about this! It is ALL about POWER, BIAS, DISCRIMINATION, COLLUSION, CONTROL, DOMINANCE & ABUSE!

**I thought that "Lady Justice" held SCALES while wearing a BLINDFOLD?**

**Apparently not in Williamson County Tennessee!**

**I LOVED MIDDLE TENNESSEE!** I was a hard working, honest, tax paying resident for **25-YEARS!** Until the day that I first met **Judge Michael W. Binkley** and his close personal friend, **Attorney Virginia Lee Story!**

Regretfully now, I hope to NEVER step on Tennessee soil again, ever!

**3-DAYS BEFORE** Wife secretly filed for **Ch-13 BANKRUPTCY** (requesting to voluntarily forfeit/auction **OUR HOME**), without even mentioning a WORD to me!

I accidentally discovered this (from her attorney) on 6/14/2019. FIVE DAYS LATER, Wife applied for a FRAUDULENT "OP" under FALSE TESTIMONY!

**I have NEVER threatened to harm her, or laid a single finger on her in anger! EVER! (While I have ZERO Arrests, Complaints, Priors, NOTHING!)**

**Even though WIFE is a HIGHLY TRAINED and HEAVILY EQUIPPED firearms and self-defense EXPERT!**

She is a Licensed TN HANDGUN INSTRUCTOR, with serious military assault rifles, and over 5,000 Rnds. of ammo when she left!

Yet somehow she obtained an OP "Ex Parte" from **Judge Michael W. Binkley**, who just "happens" to be CLOSE PERSONAL FRIENDS with Wife's divorce attorney, **Virginia Lee Story**.

**Welcome back to the OLD SOUTH!** Let's all practice saying **"YES MASTER"!**

I held out good for my raccoon buddy in my hand tonight, and he touched both his cold little nose and his paw to my hand.

https://1drv.ms/v/s!AlWyAYYGDEXasH4MLLYxg0ct2nKs

I DID IT!!! 

Apr 23, 2019

 OMG! raccoon!!! 😃

Fawn Fenton (mobile) · Apr 23, 2019 

Was that not COOL AS HECK? I did like you told me... Trying to keep the door barely split so he didn't come inside, while taking a video with one hand, holding out the food in the other hand, trying to focus, call to him..... And you say that I can't multi-task!

I've interacted with him a ton through the glass, and a little outdoors, but that was the first time that we touched each other. He was super gentle, with his warm soft little tongue eating out of my hand, with never the slightest nip! 

Apr 23, 2019

 Love little raccoon!! 😊

Fawn Fenton (mobile) · Apr 23, 2019 

**WILLIAMSON COUNTY CHANCERY COURT, AT FRANKLIN, TN | DOCKET #48419B**
RE-CREATION OF EX-WIFE'S <u>UNSIGNED PERSONAL STATEMENT</u> ALLEGING FEAR & STALKING
**LOCATED IN TECHNICAL RECORD VOLUME 1, PAGE 15**
Line Numbers Added for Reference & Strike-Through for False/Fraudulent/Misleading Claims

1   My name is Fawn Fenton and I have been married to Jeff Fenton for 13 years.  Jeff and
2   I have been separated since April 22, 2018 and I have not seen him since sometime in
3   April when we met to file our taxes.  ~~Prior to that I had not seen him since December~~
4   ~~2018~~. I filed for divorce on June 4, 2019.

5   I am in fear for my safety based on the ~~repeated harassment that has continued to occur~~.
6   ~~Over the last several weeks Jeff has sent me numerous text messages and lengthy e-~~
7   ~~mails talking about his intentions on ruining my life, causing me issues with my employer~~
8   ~~and clients at work, ruining my credit and financially ruining me~~.  ~~As a result of Jeff's~~
9   ~~continued verbal and emotional abuse and deliberate non-cooperation, I have filed for~~
10  ~~bankruptcy to preserve my finances~~. ~~Upon finding out about the bankruptcy petition, Jeff~~
11  ~~became enraged and his incessant texts and e-mails have been upsetting and vindictive~~.
12  Just as an example, from June 12 through June 16, Jeff sent me 12 e-mails all of
13  substantial length, ~~describing how he plans on ruining my life~~.  I am attaching just a
14  snapshot of my email account showing the number of e-mails sent from June 12-16. The
15  length of the emails would be too long to attach; however, I have saved them all.  In
16  addition, Jeff continues to send me numerous text messages, some very lengthy, ~~in some~~
17  ~~of the texts he uses derogatory language, calling me a "bitch"~~." On June 14, 2019 he
18  sent me 8 text messages within in less than 40 minutes.  The next day, June 15, 2019
19  he sent me 16 text messages over the course of 4 hours, several of which were extremely
20  lenthy.  ~~I have asked Jeff on several occasions to stop e-mailing and texting me, however,~~
21  ~~he continues to repeatedly harass me~~.  At this point all of his communication to me is not
22  consensual ~~and I have relayed this to Jeff multiple times~~. On June 15, 2019 Jeff left me
23  a voicemail on my cell phone stating that if I did not call him back or respond to his emails
24  or text messages that he was going to "show up at my work or apartment to try to get
25  some information out of me." I am fearful that he will actually show up at my work, ~~as he~~
26  ~~has done so in the past and has sabotaged my work e-mails~~. Jeff has been employed in
27  IT and is very tech savvy. In the past he was able to remotely log into my work computer
28  and delete all e-mails that had his name in them.  ~~My company has already spent a~~
29  ~~considerable amount of money hiring a new IT support team to try and close loopholes~~
30  ~~and delete Jeffs access to our system, but we are still finding settings that reference Jeffs~~
31  ~~settings or route to his e-mails.  Jeff has also threatened to post derogatory comments~~
32  ~~anonymously on the internet about both myself and my company.  This cyber stalking~~
33  ~~could potentially cost me my job and career.  I am fearful for what he may try to do now~~
34  ~~that I have filed for divorce and am not responding to his threats~~.

35  On June 16th, 2019 in one of his lengthy e-mails he stated, "I wish we would have had
36  an asteroid fall on our home and kill us (or at least me"), the day before I discovered your
37  plans to divorce me." Jeff is a licensed gun carrier and has many weapons, and I am in
38  fear of what he may to do me if this continues. **~~Jeff refers to himself as a part of the~~**
39  **~~"extraction team" and lives a very paranoid life~~**.  He installed extensive home
40  monitoring at our marital residence including surveillance videos and ~~audio recording~~
41  ~~systems~~.

1 5

**WILLIAMSON COUNTY CHANCERY COURT, AT FRANKLIN, TN | DOCKET #48419B**
RE-CREATION OF EX-WIFE'S <u>UNSIGNED PERSONAL STATEMENT</u> ALLEGING FEAR & STALKING
**LOCATED IN TECHNICAL RECORD VOLUME 1, PAGE 16**
Line Numbers Added for Reference & Strike-Through for False/Fraudulent/Misleading Claims

42  ~~The harassment has caused me undue emotional stress and anxiety.  I am unable to~~
43  ~~sleep well, and his harassment is causing trouble in my day-to-day life~~.  The continued
44  texting and e-mailing are interfering with my ability to perform my job and I fear that if
45  these things continue that I will reach a point of an emotional breakdown.

16

17          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 11**

(e) JUDGMENT. In pleading a judgment or decision of a domestic or foreign court, a judicial or quasi-judicial tribunal, or a board or officer, it suffices to plead the judgment or decision without showing jurisdiction to render it.

(f) TIME AND PLACE. An allegation of time or place is material when testing the sufficiency of a pleading.

(g) SPECIAL DAMAGES. If an item of special damage is claimed, it must be specifically stated.

(h) ADMIRALTY OR MARITIME CLAIM.

(1) *How Designated.* If a claim for relief is within the admiralty or maritime jurisdiction and also within the court's subject-matter jurisdiction on some other ground, the pleading may designate the claim as an admiralty or maritime claim for purposes of Rules 14(c), 38(e), and 82 and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A claim cognizable only in the admiralty or maritime jurisdiction is an admiralty or maritime claim for those purposes, whether or not so designated.

(2) *Designation for Appeal.* A case that includes an admiralty or maritime claim within this subdivision (h) is an admiralty case within 28 U.S.C. §1292(a)(3).

(As amended Feb. 28, 1966, eff. July 1, 1966; Dec. 4, 1967, eff. July 1, 1968; Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 11, 1997, eff. Dec. 1, 1997; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 10. Form of Pleadings

(a) CAPTION; NAMES OF PARTIES. Every pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties; the title of other pleadings, after naming the first party on each side, may refer generally to other parties.

(b) PARAGRAPHS; SEPARATE STATEMENTS. A party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances. A later pleading may refer by number to a paragraph in an earlier pleading. If doing so would promote clarity, each claim founded on a separate transaction or occurrence—and each defense other than a denial—must be stated in a separate count or defense.

(c) ADOPTION BY REFERENCE; EXHIBITS. A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion. A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions

(a) SIGNATURE. Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission

**Rule 11**          FEDERAL RULES OF CIVIL PROCEDURE          18

is promptly corrected after being called to the attorney's or party's attention.

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

(c) SANCTIONS.

(1) *In General.* If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.

(2) *Motion for Sanctions.* A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion.

(3) *On the Court's Initiative.* On its own, the court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not violated Rule 11(b).

(4) *Nature of a Sanction.* A sanction imposed under this rule must be limited to what suffices to deter repetition of the conduct or comparable conduct by others similarly situated. The sanction may include nonmonetary directives; an order to pay a penalty into court; or, if imposed on motion and warranted for effective deterrence, an order directing payment to the movant of part or all of the reasonable attorney's fees and other expenses directly resulting from the violation.

(5) *Limitations on Monetary Sanctions.* The court must not impose a monetary sanction:

(A) against a represented party for violating Rule 11(b)(2); or

# DUE TO COVID-19
## I NEED to get a JOB from HOME
## Because of my Mother's Health
## Which I CAN'T DO with this STUPID OP!
## Please have the OP REMOVED and
## EXPUNGED or Start Sending Me
## SUPPORT PLEASE!

### *ASTHMA, ALLERGY AND IMMUNOLOGY CENTER*

| S. Anne, M.D. | R. Botta, M.D. | I. Badr, M.D. | R. Mahajan, M.D. | H. Azzam, M.D. |

**Patient Name:** Marsha Fenton
**Visit Date:** 7/2/2020

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM

I've been married three times. **First Wife:** 18-20. **Second Wife:** mid-twenties, lasted 4-years. **Third & Last Wife:** 2005-2019 (WILCO Docket #48419B). For the sake of protecting their anonymity (within this document), I will call my most recent wife by a very fond, private pet name, **"Tootie"**. (It might not sound flattering, but it originated from the greatest fondness, and was never used derogatorily!) I will refer to my second wife here, as **"Previous Wife"** or **"Prior Wife"**.

> *Pastors Jon & Kitty Sterns (Franklin Vineyard), Pastors Jerry & Cindy Bryant (Nashville Vineyard), Dr. Roy Hamley (Woodmont Hills Counseling Center), and* <span>Tootie</span>
> *(Girlfriend Extraordinaire):*

## Greetings!

This started off as an introduction letter to the Sterns, as they've succeeded in learning very little about me thus far (which I'll credit to my avoidance) but I've come to a point where I want to move forward, and to be **unknown** has never been my desire. (Did I hear the Bryant's say "AHMEN"? LOL) It requires a certain fondness, or at least a willingness to read, in order to grow very close to me.

The biggest emotional/spiritual problem that I have struggled with this past year, is the **absolute inability to "balance accounts"** from my past. My past relationships with God, the Vineyard (Nashville), and my <span>Previous Wife</span>. For that reason I've decided to also use this letter to try to put language to some of those issues, and am hoping that this will be an instrument that will help bring about closure. Jerry & Cindy – I think that there were a lot of things that were unsaid, but understood, yet I feel that I owe you a direct explanation of why I left the church, the nature of my hurts & resentments prior to leaving, the reason that now in coming back to church I have chosen the Franklin Vineyard over Nashville, and to tell you both once again that **I love you very much and truly appreciate the investment that you made into my life.**

I've decided to do this in an open format, copied to all those mentioned above, hoping **not** to cause anyone shame, or expose anyone's nakedness, but rather because I think it is important for all those addressed to understand **My Journey**, what has brought me to this point, decisions I've made and why, and how this all has impacted me thus far. Further I don't wish to speak behind anyone's back (except <span>Prior Wife</span> for reasons that shall become obvious later on). I've included Dr. Roy Hamely in the addressing of this letter as he is a Christian Counselor who is currently working with <span>Tootie</span> and myself, both individually and as a couple, to help aid us in moving forward. I've also copied this letter to <span>Tootie</span>, though much of it may be hard for her to read as it pertains to my ex-wife <span>Prior Wife</span>. I think that it is important that as we move forward together, we both are knowledgeable about what has brought us each to this point, and the struggles that we still face (individually and together) even if those struggles do not directly involve the other.

First off, in regards to the Pastoral oversight, Counseling, and Care, I give you all complete permission to speak freely with each other about me. I am largely an open book. If you have something to say, or a burden on your heart, please don't tip-toe with me, **just say it.** I seem to possess an anointing that at some point causes even the most conservative pastor to swear, in an attempt to get through to me. So I expect this. Please feel free to cuss as you must. LOL

**Please honor my request that you treat this letter with the absolute of confidentiality.** It is intended for those who are named at top and absolutely no one else.

The only REAL "evidence" in #48419B are **MY OWN WORDS**. While they refuse to even allow me to provide the CONTEXT within which they were spoken, the motivation and history behind them. WHY I said what I said, WHEN I said it. Or what my words were even MEANT to communicate & convey! I'm just accused of texting/emailing **TOO MUCH** (try the **"block"** button), labeling me an **"abusive stalker"**. <u>WORDS</u> <u>MEAN</u> SOMETHING! **I'm** <u>NO</u> <u>MORE</u> of a **"STALKER"**, <u>than</u> <u>anyone</u> <u>reading</u> <u>this</u> <u>is</u> a **"PEDOPHILE"!** To assassinate my character while REFUSING to HEAR my TESTIMONY & DEFENSE, is an unconscionable ABUSE OF POWER, causing me to suffer "OFFICIAL OPPRESSION" for well over 2 years now!

# Contents:

(It's a bad sign when a letter has a "Table of Contents".)

1  Intro
2  Contents
3  Father – Adolescents – Vegas
4  Meet the Vineyard (Nashville)
5  The Sweat Shop
6  Met Prior Wife
7  Marriage ▮
8  ▮
9  True Love
10  ▮
11  Father vs. Husband
12  Different Journeys
13  ▮
14  Love / Hate Relationship
15  ▮
16  Dear Jeff
17  ▮
18  Purging the Prior Wife Files
19  ▮
20  Divorced ▮ Previous Wife
21  ▮
22  I'm never going to know! – Seeking Counsel
23  The Prophecy
24  Why did I leave the Vineyard (Nashville)?
25  Hurts and Resentments
26  Vineyard Mass Exodus
27  In Steps Tootie
28  Tootie Meets God
29  Walking Through Doors - Conclusion

It may be <u>UNUSUAL</u> to be so **verbose**, but everyone is different, <u>there is certainly no crime in that</u>! I have been a **WRITER** who best communicates through writing since my TEENS! **That is my FIRST AMENDMENT RIGHT!** It is how I'm wired! How I personally **process life** and **communicate** most effectively. **"Tootie"** knew that when we met, long before we ever got married.

*My writing has by far attracted more women in my life than any other quality about me. Many women find my intense honesty, vulnerability, and sincerity, combined with my ability to articulate it, to be rare and something which they are attracted to, and/or can deeply RELATE with!*

Most of my life writing has been my most applauded strength and **"gift"**. I've helped change policies throughout the State of Tennessee, before with this **"gift"**. I've been thanked by governors, senators, mayors, given a special award... Often (if not USUALLY), Tootie EDITED my writing for grammar, punctuation, spelling, and overall content. Tootie showed little dislike for my writing, until she LEFT me, and it reminded her of the TRUTH, which we had both experienced together. Our promises to each other, **while I tried to persuade her onto a healthier path for herself**.

**NEVER ONCE, in 15-YEARS, had I heard the word "ABUSE"** or "Emotional Abuse" from "Tootie", <u>until</u> <u>she</u> <u>secretly</u> <u>met</u> <u>with</u> <u>her</u> <u>first</u> <u>DIVORCE ATTORNEY!</u> We walked very closely with numerous counselors, mentors, pastors, leaders in our lives, we have worked through several of our OWN issues and relational challenges. Yet NEVER ONCE was I remotely accused of "abusing" my beloved "Tootie" in ANY WAY, SHAPE or FORM! **(Such claims are no less than litigious terrorism!)**

**The point of me sharing this document with the Court** is not the CONTENT, it is the VERBOSITY, the BULK OF WRITTEN CONTENT, a **THIRTY-PAGE written letter PRIOR to marriage** - where there were no secrets, all the cards were ALWAYS on the table (at least from my end)! This also shows the level of AUTHENTICITY, HONESTY, OPENNESS, TRANSPARENCY, VULNERABILITY, and the level of ACCOUNTABILITY that I've walked in for DECADES! **This is WHO I AM!** <u>Regardless of what those with an agenda pretend or claim!</u>

I have a LIFETIME of EVIDENCE proving MY IDENTITY! I belonged to writers groups at church. I founded **NashvilleChristian.com**, as I met with church leaders throughout the mid-state. Twice I was a guest on local radio programs. While I designed, administered and managed the website and fax service prior, for over a decade. I also served as Tootie's SOUND BOARD. She shared and bounced everything off of me, DAILY, while I helped her and her company in any way that I could! I communicated with Tootie probably **5-25 times per day** on average, via texts, emails and phone calls. We **were connected at the hip, and together a force to be reckoned with!** (This was as much by HER will as it was by MINE!) **We were a TEAM!**

Unfortunately, our greatest strengths are often our greatest weakness, when our lives enter into a state of trauma. (Hence, I do regret some things that I've said and done.) **Yet REALITY is NOTHING as has been fraudulently claimed, to bind and discard me, without cost or consequence.**

TNJudicial.org/s/a/jrf123.pdf    "5-YEAR "DEFAULT" ORDER of PROTECTION (TO EXTORT MY SILENCE!)    JRF.123.1019.00    Page 19 of 80

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-51, PageID.1812    Filed 10/13/23    Page 19 of 24

**PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" ORDERED BY WILLIAMSON CHANCERY ON 10/21/2019 AND THEN EXTENDED FOR FIVE-MORE YEARS, WITHOUT NOTICE or MOTION! I HAVE NEVER EVEN BEEN ALLOWED TO PARTICIPATE IN A HEARING TO DEFEND MYSELF! DESPITE PROMISES ON COURT RECORD 8/29/2019, TO ALLOW ME TO PARTICIPATE BY PHONE, KNOWING CHANCERY HAD FORCEFULLY RENDERED ME HOMELESS AND I NEEDED TO IMMEDIATELY RELOCATE TO MICHIGAN, HAVING NO OTHER PROVISION FOR SHELTER, FOOD, OR SURVIVAL IN TENNESSEE! WHILE ONCE THE FRAUD AND FALSE TESTIMONY USED TO MANIPULATE THE COURT IS REMOVED, THE ONLY REMAINING "GROUNDS" ARE ELECTRONIC COMMUNICATIONS WITH NO PHYSICAL THREATS OR DANGER!**



**TEXT MESSAGES FROM WIFE'S INITIAL "DIVORCE ANNOUNCEMENT" TO ME, ON MARCH 13TH, 2018.**

**WIFE'S "FEAR" WAS ENTIRELY BASED UPON HER BELIEF ABOUT WHAT WAS "UNDERSTANDABLE" IN HER OPINION! NOT ANYTHING I EVER DID!!!**

**WHAT WIFE NEEDED WAS MENTAL AND PHYSICAL HELP FOR MENOPAUSE, NARCOLEPSY, AND CHRONIC DEPRESSION. WHAT SHE GOT INSTEAD WAS HELP COMMITTING MULTIPLE COUNTS OF FRAUD, WHICH COMPOUNDED HER STRESS & QUICKLY DETERIORATED HER HEALTH EVEN MORE!**

3/13/18, 7:58 PM from Fawn Fenton

I thought you would hate me for this, and you would make me as miserable as possible to get back at me.

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

**#1**

3/13/18, 8:42 PM from Fawn Fenton

I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.

Regardless of what people can "GET AWAY WITH" legally, it is CRUEL, INHUMANE, and down right UN-AMERICAN to DEPRIVE a person of their CONSTITUTIONAL RIGHTS and/or Hinder their most Basic Need and Ability to SUPPORT Themselves and their Family, by ANY legal means available to anyone else.

Based entirely upon someone else's unfounded concerns due to the Damages which THEY SECRETLY PLANNED TO CAUSE, with NO HISTORY of Violence, Arrests, or SERIOUS RISK of PHYSICAL DANGER, short of charging the individual with a CRIME and providing them with FULL EQUAL AND DUE PROCESS OF LAW!

The DEPRIVATION OF RIGHTS for Convenience and Arbitrary Power is "ABSURD, SLAVISH, AND DESTRUCTIVE OF THE GOOD AND HAPPINESS OF MANKIND." (Article I, Section 2) of the CONSTITUTION OF THE STATE OF TENNESSEE!

**THIS WAS A WHOLE YEAR BEFORE ATTORNEY STORY WAS HIRED, WITHOUT A SINGLE "INCIDENT", "THREAT" OR "DANGER" OF ANY SORT! WIFE INVITED ME OVER WHEN I BROUGHT HER GIFTS, SHE WANTED TO REMAIN FRIENDS AFTER DIVORCE!**

**I PRAY THAT THE WILLIAMSON COUNTY CHANCERY COURT OPERATE FAIRLY, WITH THE WELLBEING OF ALL CITIZENS TREATED EQUALLY, AS REQUIRED IN THE CONSTITUTION OF THE GREAT STATE OF TENNESSEE. THAT MY FREEDOM, MY NAME, AND MY REPUTATION, BE RESTORED, HAVING COMMITTED NO CRIME. SO THAT I CAN PASS A BACKGROUND CHECK AND GET A JOB TO SUPPORT MYSELF, AS I DESPERATELY NEED, OR THAT A FULL CRIMINAL INVESTIGATION BE LAUNCHED INTO THE DEPRIVATION OF BOTH MY RIGHTS AND MY PROPERTY!**

TNJudicial.org/c/a/jrf123.pdf   3-YEAR "DEFAULT" ORDER of PROTECTION (To EXTORT MY SILENCE)   Page 20 of 24

# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

## Amdt5.4.4.2.1 Deprivations of Liberty

Fifth Amendment:

> *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

With respect to liberty interests, the Court has followed a similarly meandering path. Although the traditional concept of liberty was freedom from physical restraint, the Court has expanded the concept to include various other protected interests, some statutorily created and some not.[1] Thus, in *Ingraham v. Wright,*[2] the Court unanimously agreed that school children had a liberty interest in freedom from wrongfully or excessively administered corporal punishment, whether or not such interest was protected by statute. "The liberty preserved from deprivation without due process included the right 'generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men.' . . . Among the historic liberties so protected was a right to be free from, and to obtain judicial relief for, unjustified intrusions on personal security."[3]

The Court also appeared to have expanded the notion of "liberty" to include the right to be free of official stigmatization, and found that such threatened stigmatization could in and of itself require due process.[4] Thus, in *Wisconsin v. Constantineau,*[5] the Court invalidated a statutory scheme in which persons could be labeled "excessive drinkers," without any opportunity for a hearing and rebuttal, and could then be barred from places where alcohol was served.

Case 1:23-cv-01097-PLM-RSK   ECF No. 1-51, PageID.1814   Filed 10/13/23   Page 21 of 24



NOT EVERY FEMALE IS FRAIL, WEAK, DEFENSELESS, AND AFRAID; EVEN IF THEY CLAIM TO BE, FOR A STRATEGIC ADVANTAGE DURING A DIVORCE.

# FAWN T. FENTON

1986 Sunny Side Drive, Brentwood, Tennessee 37027
Email: fawn.fenton@live.com
Tel: (615) 333-7377

---

*Self-Defense Handgun Instructor*

## CERTIFICATIONS & AFFILIATIONS

- **NRA Certified Basic Pistol Instructor**
- **Tennessee Department of Safety Concealed Carry Instructor**
- **Front Sight Firearms Training Institute Handgun Instructor, Pahrump, NV**
- **CCWP Instructor at The Range Incorporated, Centerville, TN**
- Nashville Police Department, Citizens Police Academy, Spring 2009
- Mount Juliet Police Department, Citizens Police Academy, Spring 2004
- Member of the NRA since 2004, Life Member since 2012
- Certified Trainer with NRA "Refuse to Be a Victim" Program
- Member of the United States Practical Shooting Association since 2003

---

## TRAINING

- Front Sight Firearms Training Institute, 4-Day Practical Rifle (FN-FAL & AR15), January 2018
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, March 2013
- Front Sight Firearms Training Institute, 4-Day Armorers Class – AR15, March 2010
- Front Sight Firearms Training Institute, 4-Day Line Coach – Defensive Handgun, March 2010
- Front Sight Firearms Training Institute, 4-Day Instructor Development, February 2009
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AR-15), February 2008
- Front Sight Firearms Training Institute, Handgun Master Prep, January 2007
- HGR Firearms NRA Basic Pistol Instructor Certification Course, June 2006
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, January 2006
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AK-47), January 2005
- Tactical Response, 2-Day Fighting Pistol, May 2004
- Vanderbilt Rape Aggression Defense Systems, December 2003
- The Range Incorporated, Advanced Handgun II, November 2003

TNJudicial.org/s/jsf123.pdf   Case 1:23-cv-01097-PLM-RSK   "5-YEAR 'DEFAULT' ORDER OF PROTECTION TO ENFORCE MY SILENCE"   ECF No. 1-31,   PageID.1816   Filed 10/13/23   DOC.123   Page 23 of 80

of 24

- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2003
- The Range Incorporated, Advanced Handgun I, April 2003
- The Range Incorporated, State Concealed Carry Course, February 2003
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2002

---

## REFERENCES

**JOHN HUTCHERSON** ■ Owner, The Range Inc. Instructor, DCSO Correctional Officer
T: (615) 662-6815, Nashville, TN   therange@bellsouth.net

**RICK MORELLO** ■ Front Sight Firearms Operations Manager, Instructor
T: (800) 987-7719, Pahrump, NV   morello@frontsight.com

MARK DAVENPORT ■ Brother, U.S. Marine Veteran
T: (949) 565-6204, Lake Forest, CA   mark.davenport@live.com

