



TNJudicial.org/c/a/id123.pdf "9-YEAR DEFAULT" ORDER W PROTECTION CLOCKTOWER 20Y SILENCED 10/13/23 DOC:123c Page 27 of 80

Case 1:23-cv-01097-PLM-RSK " ECF No. 1-32, PageID.1820 Filed 10/13/23 Page 27 of 80
of 25

# Fawn's Ammunitions: Taken During Separation

| TOTAL ESTIMATED VALUE: | **$1,993.41** |
| --- | --- |

 Fawn T. Fenton

 ▮▮▮▮▮▮▮▮▮▮▮▮

 ▮▮▮▮▮▮

| Item # | Make / Model | Item / Description | Bullet Weight (Grains) | Muzzle Velocity (FPS) | Bullet Style | Serial Number / ID Number | Date Purchased |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Federal American Eagle (XM193) | 5.56 x 45mm | 55 | 3,165 | FMJ | Case UPC: 50029465094602 | 11/7/2016 |
| 2 | Federal American Eagle (AE223) | .223 REM | 55 | 3,240 | FMJ-BT | Box UPC: 029465084820 | 2/4/2005 |
| 3 | PMC Bronze (308B) | 7.62 x 51mm (.308 WIN) | 147 | 2,780 | FMJ-BT | Case UPC: 20741569060282 | 11/8/2016 |
| 4 | Hornady TAP (#80968) | 7.62 x 51mm (.308 WIN) | 168 | 2,700 | TAP FPD | Box UPC: 090255809688 | 11/8/2016 |
| 5 | Federal American Eagle (AE40R3) | .40 S&W Target | 165 | 1,130 | FMJ | Case UPC: 50029465092813 | 11/7/2016 |
| 6 | CCI Blazer Brass (5210) A-08-K-23 | .40 S&W Target | 165 | Unknown | FMJ | Box UPC: 076683052100 | 2/4/2005 |
| 7 | Federal Premium HST LE (P40HST1) | .40 S&W Tactical | 180 | 1,010 | JHP | Box UPC: 029465094454 | 11/8/2016 |
| 8 | Federal American Eagle (AE9AP) | 9mm LUGER | 124 | 1,150 | FMJ | Box UPC: 029465088569 | 2/11/2010 |
| 9 | Federal Premium HST LE (P9HST2) | 9mm LUGER Tactical | 147 | 1,000 | JHP | Box UPC: 029465094447 | 11/8/2016 |
| 10 | Federal Classic HI-SHOK (C38J) | .38 SPECIAL +P | 125 | 950 | JSP | Box UPC: 029465092955 | Unknown |
| 11 | Miscellaneous Ammo Boxes | .40 Federal | .22 CCI | .223 Winchester | Misc | Misc | Misc | Misc | Unknown |
| **TOTALS** | **INVENTORY ITEMS: 11** | | | | | | |

**COUNTED, SIGNED-FOR, AND TAKEN BY FAWN ON 5/1/2018**



**INVENTORY DATE:**   **5/1/2018**

| | |
|---|---|
| **Insurance company:** | Donegal Insurance Group |
| **Insurance company phone:** | (800) 877-0600 |
| **Policy number:** | HOC 8115950 |
| **Insurance agent:** | Will & Anna Lima Montgomery (Montgomery & Assoc.) |
| **Insurance agent phone:** | (615) 829-8457 |
| **Insurance agent address:** | 1730 General George Patton Dr, #212, Brentwood, TN 37027 |

| Where Purchased | Quantity Purchased | Purchase Price | Price per Round | Date Counted | Quantity Counted | Estimated Current Value | Notes |
|---|---|---|---|---|---|---|---|
| SportsmansGuide.com | 1,000 | $372.38 | $0.37 | 5/1/2018 | 1,000 | $372.38 | 2x 500 Round Cases (25 Boxes of 20 Rounds Each) |
| AmmoMan.com | 1,000 | $219.00 | $0.22 | 5/1/2018 | 780 | $170.82 | 39 Boxes of 20 Rounds |
| SportsmansGuide.com | 1,000 | $645.98 | $0.65 | 5/1/2018 | 1,000 | $645.98 | 2x 500 Round Cases (25 Boxes of 20 Rounds Each) |
| SportsmansGuide.com | 100 | $132.95 | $1.33 | 5/1/2018 | 100 | $132.95 | 5 Boxes of 20 Rounds |
| SportsmansGuide.com | 1,000 | $326.78 | $0.33 | 5/1/2018 | 300 | $98.03 | 6 Boxes of 50 Rounds Each |
| AmmoMan.com | 1,000 | $179.00 | $0.18 | 5/1/2018 | 700 | $125.30 | 14 Boxes of 50 Rounds |
| AmmoMan.com | 300 | $234.00 | $0.78 | 5/1/2018 | 50 | $39.00 | 1 Box of 50 Rounds |
| AmmoMan.com | 1,000 | $289.00 | $0.29 | 5/1/2018 | 550 | $158.95 | 11 Boxes of 50 Rounds |
| AmmoMan.com | 100 | $90.00 | $0.90 | 5/1/2018 | 100 | $90.00 | 2 Boxes of 50 Rounds |
| Unknown | 500 | $125.00 | $0.25 | 5/1/2018 | 380 | $95.00 | 19 Boxes of 20 Rounds (Guessed at Pricing) |
| Unknown | 220 | $65.00 | $0.30 | 5/1/2018 | 220 | $65.00 | Fed = 50 Rounds  \| CCI = 150 Rounds \| Win = 20 Rds |
| | | $2,679.09 | | | 5,180 | $1,993.41 | |

TNJudicial.org/ca/jrf123.pdf





# Front Sight's 23 Year Anniversary!

## 2019 Schedule of Courses

**Front Sight Offers You the World's Premier Facility and the Finest Instructional Staff in the Industry for Self Defense Training and Recreation!**

*Spend an exciting weekend at Front Sight and leave with the skills to safely protect yourself and your family.*

*Firearms, Edged Weapons, and Empty Hand Defense courses taught by personable, real-world instructors who will dramatically elevate your skills and bring out the best in you... Guaranteed!*

*All courses open to private citizens and law enforcement alike.*



**FRONT SIGHT**
FIREARMS TRAINING INSTITUTE

**Las Vegas, Nevada   1.800.987.7719   www.frontsight.com**



FRBP Violated: #3:19-bk-02693





JRF.123.1033.00

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)

FRBP Violated: #3:19-bk-02693



# STATE CERTIFIED
# HANDGUN INSTRUCTOR

Awarded to

*Fawn T. Fenton*

ID # ____197____ / ____30____ / ____1220____

*Presented by*
**Tennessee Department of Safety**

Issued ____5/8/12____  Expires____8/15/15____

**Program Director**                    **Commissioner**

SF-1106





TNJudicial.org/ca/jrf123.pdf    "RESULT" OF NY PROHIBITION AGAINST "NAY SILENCED"    DOC: 123 | Page 38 of 50

## Thank you for your efforts in promoting the safe and responsible use of firearms

- Each team instructor gets full credit for the course when you team teach.
- Remember to report your courses within 10 days of completion at nrainstructors.org.

**National Rifle Association Credentials**
**FAWN T. FENTON**

*Instructor*
Certified Pistol

**New ID Card Enclosed**

FAWN T. FENTON
1986 SUNNY SIDE DR
BRENTWOOD, TN 37027-5404

Edward J. Land, Jr., Secretary

NRA # 137202242
**Expires: 8/31/2016**

Not valid for conducting NRA Law Enforcement or NRA Security Officer Training Courses.

Detach card and carry in wallet. This appointment is valid until the date shown. Prior to the expiration date on this card you will be given an opportunity to renew. Be sure to return the renewal application promptly when it comes.

8/6/2013 15:12:04

**New ID Card Enclosed**

o

TNJudicial.org/Ca/jrf123.pdf　Case 1:23-cv-01097-PLM-RSK　ECF No. 1-32, PageID.1832　Filed 10/13/23　Page 15　DOC: 123 | Page 39 of 80

SPECIAL "DEFAULT" ORDER OF PROTECTION (NO EXTRAORDINARY SIBLING) of 25





# National Rifle Association of America

## Certificate of Membership

*This certifies that*

### Fawn Fenton

*has fulfilled the requirements of a*

### Life Member

*as set forth in the bylaws of the Association*

*Date* **April 26, 2012** *National Rifle Association* _____
<span>Executive Vice-President</span>



TNJudicial.org/ca/jrf123.pdf    "DEFAULT" ORDER of PROTECTION (i.e. EXTORTION by SILENCE)    DOC: 123 | Page 42 of 80

**OPERATIONS REPORT**

| 1. AGENCY | 2. PERSON RECEIVING COMPLAINT | 3. DATE/TIME RECEIVED 04/22/2018 | 24 HR. 21:29 CLOCK | 5. TIME ARRIVED 21:38 | 7. CASE NUMBER |
|---|---|---|---|---|---|
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 2265 - Dep. Warren P. Cagle | 4. TIME DISPATCHED 21:29 | | 6. TIME COMPLETED 22:25 | 2018-9643 |

| 8. NATURE OF INCIDENT | DOMESTIC-VERBAL - Event #1804060888 |
|---|---|

| 9. LOCATION OF INCIDENT | 1986 Sunnyside Drive, Brentwood, TN 37027 | LOCATION CODE 01 | REPORTING ZONE 1 | DISPATCH ZONE/SECTION 1 |
|---|---|---|---|---|
| | | PATROL ZONE/GRID 1 | | OTHER ZONE/BEAT |

| 10. VICTIM COMPLAINANT ACCUSED VEHICLE | Fenton, Fawn Tiffany - 1986 Sunnyside Drive, Brentwood, TN 37027 |
|---|---|

**11. ACTION TAKEN**

On 04/22/2018, at approximately 2138 hours I arrived at 1986 Sunnyside Drive, Brentwood, Tennessee, in reference to a Verbal Domestic call. Once on scene, I made contact with the complainant, Mrs. Fawn Tiffany Fenton . Mrs. Fenton she had informed me her husband, Mr. Jeffery R. Fenton  that she wanted a divorce. This led to a verbal dispute between Mr. And Mrs. Fenton. Mrs. Fenton felt unsafe as the argument escalated and contacted law enforcement. I spoke to both parties involved and concluded that the dispute was verbal only. Mrs. Fenton voluntarily elected to gather some belongings and go stay with a friend for a few days.

FAWN CAME BACK TO THE HOUSE THE NEXT DAY, BY HERSELF, TO PICK-UP BUNNY HAY + WOOD CHIPS, PERFECTLY CALM, WHICH SHE COULD HAVE PURCHASED FROM ANY PET SUPPLY STORE FOR $15.00. I CALMLY HELPED HER CARRY IT TO THE CAR, ASSISTING WITH ANYTHING ELSE SHE WANTED TO TAKE. THERE WAS NO FRICTION BETWEEN US, HER MIND WAS OBVIOUSLY MADE UP, I UNDERSTOOD AND ACCEPTED IT. I HELPED FAWN AS MUCH AS POSSIBLE, FOR THE MONTHS TO COME, AS SHE SLOWLY MOVED.

| 12. CLASSIFICATION | | 13. HOW RECEIVED | 14. DISPOSITION | 15. OFFICER ASSIGNED 2265 - Dep. Warren P. Cagle | 17. DATE PRINTED |
|---|---|---|---|---|---|
| ☑ General Police | ☐ Crime | ☐ Phone | ☐ Pending | | MO    DAY    YR |
| ☐ Traffic | ☐ Special Activity | ☐ On-View | ☑ Complete | 16. OFFICER SIGNATURE | |
| ☐ Emergency | ☐ Technical Service | ☐ Walk-In ☑ Radio | ☐ See Inv. Report | | 05 / 02 / 2018 |

"PLAN "DEFAULT" DENIER OF PROTECTION (HU EXTORT ANY SILENCE)



# Invoice



**The Sign Center**
7107 Crossroads Blvd., Suite 104
Brentwood, TN  37027
ph.:  615-377-0148
fax:. 615-377-4742
email:  Dave@TheSignCenterUSA.com

Since 1987

**Invoice:**   **37535**

| Description: | **custom routed shape Trespassing sign** | | | |
| Customer: | Jeff Fenton | | ph: | |
| | **Fenton, Jeff** | | | |
| Salesperson: | | | email: | |

| Product | Font | Qty | Sides | Height | Width | Unit Cost | Item Total |
|---|---|---|---|---|---|---|---|
| 1  **ALUM .080 (Pre Cut)** | | **2** | 1 | 36 | 24 | $217.50 | $435.00 |
| **Color:** custom on custom | | | | | | | |
| **Description:** Aluminum (.080) Sign | | | | | | | |
| **Text:** | | | | | | | |

Payments Received (thank you)

| Date | Amount | Payment Method | Tracking Number |
|---|---|---|---|
| 8/28/2017  4:44:04PM | $275.24 | Cash | |
| 8/3/2017  3:22:37PM | $200.00 | Cash | |
| Total Payments: | $475.24 | | |

> WIFE did the DESIGN Work for these Signs at her Work, using their CAD Architectural Software. Then I helped her with the graphics. This was a JOINT PROJECT, Installed around 8/28/2017. Costing over $500 with Hardware. There was NO PLANS for a DIVORCE when these Signs were Designed, Purchased, & installed! These Signs looked NICE! WIFE Moved out on April 22nd 2018, 16 MONTHS LATER. It had NOTHING to do with these signs!

Other Payments: _____
Form of Payment / Amount / Initials

**Notes:**

| Ordered: | 8/3/2017  3:16:38PM |
| PickedUp: | 8/28/2017  4:34:16PM |
| Printed: | 8/28/2017  4:44:45PM |
| Status: | Closed |

| Line Item Total: | $435.00 |
|---|---|
| Subtotal: | $435.00 |
| Taxes: | $40.24 |
| Total: | $475.24 |
| Total Payments: | $475.24 |
| Balance Due: | $0.00 |

ATTN: Jeff Fenton
Fenton, Jeff
7101 Executive Center Dr.
Suite 147
Brentwood, TN  37027

Payment due upon completion of order.

**Received/Accepted By:**   /   /

**Almost Professional. Everytime. Guaranteed.**

TN Judicial. DESIGNED primarily by WIFE at WORK! NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court:




TN Judicial org/e/a/jrf123.pdf — 8 YEAR "DEFAULT" ORDER of PROTECTION (TO EXTORT MY SILENCE!)

Case 1:23-cv-01097-PLM-RSK    ECF No. 1-32, PageID.1839    Filed 10/13/23    Page 46 of 80
of 25    DOC 123 pg age 46 of 80

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!











NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton |
| **Sent:** | Sunday, July 23, 2017 7:51 PM |
| **To:** | Fawn Fenton; Jeff Fenton |
| **Subject:** | deer graphics for sign |

http://www.canstockphoto.com/deer-family-9892059.html

http://www.canstockphoto.com/whitetail-deer-silhouettes-4347808.html

Sent from Mail for Windows 10

1

TN Judicial org/c/a/jrf123.pdf                9 YEAR "DEFAULT" ORDER of PROTECTION (TO EXTORT MY SILENCE) 10/13/23    DOC.123.175

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@ ██ architects.com> |
| **Sent:** | Wednesday, August 2, 2017 11:11 AM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: TN Code (Combining Lines) |

Thanks!

**From:** Jeff Fenton
**Sent:** Wednesday, August 02, 2017 9:59 AM
**To:** Fawn Fenton <ffenton@ ██ architects.com>; Fawn Fenton
**Subject:** RE: TN Code (Combining Lines)

http://www.tennesseedefenselitigation.com/BlogEntry.aspx?id=37

T.C.A. §§ 39-14-405--39-14-407

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,**
**WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

**SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.**

**A DIVISION OF METICULOUS MARKETING LLC**

**From:** Jeff Fenton
**Sent:** Wednesday, August 02, 2017 9:43 AM
**To:** Fawn Fenton <ffenton@ ██ architects.com>
**Subject:** RE: TN Code (Combining Lines)

Looks like it would be like this: T.C.A. §§ 39-14-405 to 39-14-407

Based on this example: N.D.C.C. §§ 11-01-09, 11-01-11, 11-01-15 to 11-01-19.

From this webpage: https://www.ndcourts.gov/court/citation/III.A.htm

**JEFF FENTON**
**METICULOUS.TECH**

1

FRBP Violated: #3:19-bk-02693          TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: 48419B)          JRF.123.1049.00