## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Friday, August 30, 2019 2:48 PM |
| **To:** | Virginia Story; Heidi Macy; Kathryn Yarbrough |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | Miscommunication Yesterday |
| **Attachments:** | 2019-08-29 COURT ORDER.pdf |

Hello Ms. Story,

I just had the Clerk's and Master's Office send me a copy of the court order from yesterday.

Apparently there was a miscommunication somehow, between when you spoke about the TV and the Dehumidifier, where Chancellor Binkley understood your comments about me selling the them, to have occurred during the Restraining Order Statutory Injunction, which is not at all correct. This was months before.

It looks like that is what upset the Chancellor, and caused him to change his ruling to forbid me from taking any of my personal property with me when I move.

As I don't believe that was what you were alleging, and I know that isn't what happened, how do we get this cleared up, so that I can take my personal property with me, so that I can move to Michigan, as planned?

This seems to all be about a simple misunderstanding, more so that favoritism, as I thought. I just couldn't rationalize any other reason for such drastic changes in the order.

How do we fix this quickly so I can leave?

I've done nothing against the Statutory Injunction at all. If anything, a little bit of money could arguably be kept from my final proceeds.

Please advise, I want to get packing, but I legally can't.

Thanks.

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

TECHNICAL CONSULTING, SERVICES, A
WHEN IT'S WORTH DOING RIGHT TH

SUBMIT OR RESPOND TO A SUPPORT TICKET H
A DIVISION OF METICULOUS MARKETING LLC

> **This was BEFORE I understood about PROPOSED ORDERS and AGREED ORDERS, or had any idea that the "PREVAILING" Counsel WROTE THE COURT ORDER. Or understood that in Williamson County "PRO SE" Litigants aren't allowed to PARTICIPATE in the PROPOSED/AGREED ORDER PROCESS (as they are in some other Tennessee Judicial Districts), to submit corrections, or draft an alternative PROPOSED ORDER for the Judge to consider before ENDORSING and EXECUTING EITHER, thereby making it essentially LAW!**
>
> **Ms. Story INTENTIONALLY TOLD the OPPOSITE OF THE TRUTH in COURT (which I believe is PERJURY), while after Court she WROTE THE COURT ORDER (unbeknownst to me then), slamming me for the very fault SHE PURPOSEFULLY MISLEAD the Court about, while (at the same time) she INSISTED in emails with me, that the SAME FAULT mentioned in the Court Order (WHICH SHE WROTE), wasn't really the CAUSE of the UNREASONABLY HARSH JUDGMENT. Claiming it caused me NO PREJUDICE whatsoever!**
>
> **That's NOT just PERJURY and a violation of EVERY OATH OF OFFICE, it is also FRAUDULENT CONCEALMENT, HORRIBLY MALICIOUS LITIGATION, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, and I believe JUDICIAL COLLUSION & CORRUPTION!**

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

Smoking Gun #9 (Page 52 of 83)

## Jeff Fenton

| | |
|---|---|
| **From:** | Virginia Story <virginia@tnlaw.org> |
| **Sent:** | Friday, August 30, 2019 3:36 PM |
| **To:** | Jeff Fenton; Heidi Macy; Kathryn Yarbrough |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | RE: Miscommunication Yesterday |

Mr. Fenton,

The transcript will reflect that we had no verification of a date that you sold the property and there was no prejudice to you whatsoever as you had just mentioned this in your multiple page pleadings that you filed on the morning of the hearing 8/29/19.

You are welcome and should provide proof of when you sold the TV and dehumidifier as this will be addressed at the final hearing.

The Judge made the decision that you will take personal clothing, your jewelry and toiletries/medication only.  He went over that several times with you.

You were not able to complete certain tasks in order to have the house ready for the auctioneers and at this point we will just have to store the items that you tag that you would like.

Remember whatever the storage fee is you will most likely have to pay out of your share of the proceeds so do not tag anything that you want the auctioneer to sale please.  The more you sale the less you have to haul to Michigan.  The proceeds from the sale of the real property and the proceeds from the sale of the furniture will be deposited into the clerk's office for save keeping.

Please note that our office is closed Monday for a holiday so we appreciate your not emailing after office hours which are 8 to 5 pm.

Thanks,
Virginia



**Story**
**Abernathy**
**& Campbell**
PLLP | AN ASSOCIATION OF ATTORNEYS

*Virginia Lee Story*
*Attorney at Law*
*136 Fourth Avenue South*
*Franklin, TN 37064*
*(615) 790-1778*
*(615) 790-7468 fax*
*Virginia@tnlaw.org*

*\*\*Note\*\**   *This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of*

1

Smoking Gun 43 (Page 53 of 83)

| State of Tennessee | **Court** (Must Be Completed) **CHANCERY COURT** | **County** (Must Be Completed) **WILLIAMSON COUNTY** WILLIAMSON COUNTY CLERK & MASTER |
|---|---|---|

2019 SEP 20 PM 3:40

### Protected Income and Assets
**(Affidavit of Claim Exemptions)**

File No. **48419B**
(Must Be Completed)
FILED FOR ENTRY

Division **FRANKLIN**
(Large Counties Only)

**Plaintiff/Creditor**   **FAWN TIFFANY FENTON**
(Name: First, Middle, Last of person/company that filed lawsuit)

**Defendant/Debtor**   **JEFFREY RYAN FENTON**
(Name: First, Middle, Last of the other person)

This Protected Income and Assets form is:   ☒New/First time filed   ☐Changed/Modified

You may use this form to tell the court about any income, property, or benefits that are protected from sale or seizure (garnishment) under state or federal law. You should file this form for each judgment you have against you.

> **You may have to pay a filing fee. Can't afford the fee? Ask the court clerk for a paper called a Request to Postpone Filing Fees and Order (Uniform Civil Affidavit of Indigency). Or go on the internet to www.tncourts.gov or www.justiceforalltn.com to get the form.**

Fill out the form. Make a copy for each judgment against you **before you write in the file number and before signing the form.** Sign each copy. You can update this form if you need to protect new property. You must file an update for all unpaid judgments against you.

> **IMPORTANT! You can protect up to $10,000.00 worth of personal property (lines 1-6), and only up to $1,900 for line 7.**

Some things are automatically protected. You do not have to list them below, such as: your family's clothing and suitcases or trunks where the clothing is stored, family portraits and photographs, the family bible and schoolbooks.

① I am the Defendant/Debtor in the court case listed above. I live in Tennessee and I claim that the following items are protected from garnishment. **(TCA §§ 26-2-103 and 26-2-114)**. This personal property exemption right is in addition to certain items that are automatically exempt by law and do not need to be included in my $10,000 total, including funds on deposit in checking and/or savings accounts at:

▆▆▆▆▆▆▆▆▆▆

Name of Bank

consisting solely of Social Security, SSI, Unemployment, Workers Comp, AFDC/Families First, Veteran's benefits, alimony or child support, and/or state, federal or city pension.

| Item | Describe | Value: **$1,850** |
|---|---|---|
| **1. Car, truck, or other vehicle** | 2003 BUICK LESABRE (WHITE) 4D | $ 1,800 |
| | VIN: 1G4HR54K43U236502 | |

| CAR COVER | TAN COVER MADE FOR LESABRE | $ 50.00 |
|---|---|---|
|  |  |  |
| **2.  Furniture/Electronics** |  | **$ 3,535** |
| QUEEN BED & FRAME | LYLA FOAM MATTRESS WITH DARK WOOD FRAME | $ 300 |
| SCREEN ROOM DIVIDE | BROWN WOOD 4-PANEL | $ 100 |
| MASTER CHAIR | BLUE/GRAY PLUS MICROFIBER | $ 50 |
| LINEN HAMPERS | BROWN WICKER (2) | $ 40 |
| FLOOR LAMP | BRASS (BEDROOM) | $ 25 |
| OFFICE DESK SET | 2 L-SHAPED GLASS TOP DESKS | $ 200 |
| OFFICE DESK CHAIRS | CLOTH & VINYL SWIVEL CHAIRS | $ 50 |
| FLOOR LAMPS | (2) SATIN NICKEL (OFFICE) | $ 30 |
| GRAY FILING CABINET | SHORT-MATCHES DESK (OFFICE) | $ 30 |
| FILING CABINETS | (2) HON BLACK METAL FULL-SIZE | $ 40 |
| RED SECTIONAL | 3-PIECE WITH 3-MATC PILLOWS | $ 350 |
| LARGE RUN & PADDING | BENEATH SECTIONAL IN FAM/RM | $ 100 |
| ENTERTAINMT CENTER | ESPRESSO WOOD | $ 300 |
| END TABLE | ESPRESSO WOOD w/ DRAWERS | $ 100 |
| COFFEE TABLE | ESPRESSO TRIANGULAR GLASS | $ 100 |
| FLOOR LAMP | SATIN NICKEL (FR) | $ 30 |
| LR COUCH & CHAIR | TAN PLUSH w/ TILE END TABLE & 2-TABLE TOP LAMPS | $ 200 |
| LAMP STAND | IVORY BROKEN-SLAB | $ 50 |
| BOOKSHELVES | BLACK COMPOSITE | $ 25 |
| TV-TRAY SET | (4) NATURAL WOOD COLOR | $ 25 |
| DINING ROOM SET | WOOD TABLE & 6-CHAIRS | $ 200 |
| FRAMED ARTWORK | SOAR LIKE EAGLES | $ 50 |
| FRAMED ARTWORK | BOBCAT & BIRD UP TREE (DAD) | $ 25 |
| SAMSUNG 40" TV | ON ENTERTAINMENT CENTER | $ 150 |
| MISC INPUT DEVICES | REMOTES, KEYBOARDS, MICE… | $ 65 |
| CANON CAMERA | 80D, 2 LENSES, CASE, ACCESS | $ 400 |
| MANFROTO TRIPOD | 055 XPROB TRIPOD w/ 229 HEAD | $ 150 |
| MANFROTO TRIPOD | FREE FLOATING FOR VIDEO | $ 100 |
| MOULTRIE 180I | GAME CAMERA w/ EXT BATTERY | $ 100 |
| CYBERPOWER UPS(S) | MISC UNINTERRUPTIBLE POWER SUPPLIES & SURGE PROTECTORS | $ 150 |

| 3. **Household goods** | | **$ 3,320** |
|---|---|---|
| DISHES, GLASSES, CROK, PANS, UTINCILS, CULTERY, FLATWARE | ASSORTED KITCHEN EQUIP FOR PREPARING, SERVING, STORING, EATING FOOD | $ 200 |
| MICROWAVE | GE (WHITE) | $ 25 |
| SERINITY PRAYER | PLAQUE OVER STOVE | $ 20 |
| SHARK VACCUUM | ROCKET DUO w/ ATTACHMENTS | $ 75 |
| CLEANING SUPPLIES | MISC BROOMS, MOPS, BUCKETS, SCRUB BRUSHES, SOAPS, DETERGENTS, CHEMICALS | $ 50 |
| TOILETRIES | PAPERS, PERSONAL HYGIENE | $ 50 |
| TOILETRIES (SURPLUS) | TOILET PAP, PAP TOWELS, KLEENEX | $ 75 |
| **DEHUMIDIFIER** | **SANTA FE "MAX DRY" 155** | **$ 1,000** |
| LAWN MOWER | HONDA HRX217HYA | $ 150 |
| GAS TRIMMER | STIHL FS250R | $ 100 |
| CHAIN SAW | STIHL MS391 | $ 200 |
| DEWALT CHOP SAW | DEWALT DW705 | $ 100 |
| DEWALT 18V KIT | KIT: DW4CPK2 WITH CORDLESS DRILL DW959, RECIP SAW DW938 | $ 100 |
| PROTECTIVE HELMET | STIHL HELMET & FACE SHIELD | $ 25 |
| ROLLING TOOL CHEST | CRAFTSMAN RED 10-DRAWER | $ 125 |
| ALL TOTES IN CRAWL SPACE & HOUSE | TOTES BOTH BLACK AND GRAY, WITH CONTENTS AND EMPTY | $ 300 |
| HAND TOOLS | ASSORTED HAND TOOLS OF ALL KINDS, SOCKETS, WRENCHES, SAWS, SHEETROCK, PAINTING, ELECTRICAL, PLUMBING, HOUSEHOLD MAINT & LT CONST | $ 350 |
| MISC BLUNT TOOLS | MISC HAMMERS, PRY BARS, SLEDGEHAMMERS, AXES, SHOVELS, RAKES, YARD HAND TOOLS | $ 125 |
| REGENT WORK LIGHTS | (3) ORANGE WORK LIGHTS | $ 50 |
| MISC POWER CORDS | EXT CORD REELS – ALL SORTS | $ 100 |
| MISC HARDWARE & ELECTRICAL SUPPLIES | CAT-5 CABLE, ELECTRICAL WIRE, LOOSE HARDWARE FITTINGS, ETC | $ 50 |
| RIGID WET/DRY VAC | RIGID 6.25 HP 16-GAL | $ 30 |
| FURNITURE DOLLYS | 2 GROUND LEVEL DOLLYS | $ 20 |
| | | |

March 2013                    Protected Income and Assets                    Page **3** of **5**
TENNESSEE: WM2919-02099 COA-R3-CV (WLCO: 148419B)
Approved by the Tennessee Supreme Court

| 4.  **Bank Accounts** | **Bank Name** | **Balance** |
|---|---|---|
| NONE OTHER THAN LISTED ON PAGE-1 | N/A | N/A |
| | | |
| 5.  **Other** | | **$ 1,180** |
| SENEGAL PARROT | PET BIRD NAMED "KIWI" | $ 100 |
| ███████ | ███████████ | ███ |
| ███████████ | ███████████ | ███ |
| █████████ | █████████ | ███ |
| ████████ | █████████ | ███ |
| SUREFIRE FLASHLIGHT | MODEL G2 CENTURION LED LGT | $ 30 |
| | | |
| 6.  **Cash** | | **$ 107** |
| | | |
| 7.  **Tools of the Trade (Things I need to earn a living)** | | **$1,900** |
| CABLE MODEM | MOTOROLLA (MODEL MB8600) | $ 50 |
| ROUTER & ACCESS PT | (2) ASUS (MODEL AC1900) | $ 100 |
| UNINTERRUPTIBLE POWER SUPPLY | (2) CYBERPOWER (MODEL 1500PFCLCD) | $ 100 |
| DELL 24" MONITORS | MODELS SP2309W & ST2320L | $ 100 |
| DELL OPTIPLEX 380 | DESKTOP COMPUTER (WIN-7) | $ 150 |
| DELL OPTIPLEX 755 | DESKTOP COMPUTER (WIN-XP) | $ 100 |
| HP PAVILION HPE-500Y | DESKTOP COMPUTER (WIN-10) | $ 150 |
| DVI KVMP SWITCH | ATEN CUBIQ (MODEL CS1644) | $ 50 |
| MULTIMEDIA SPEAKER | HARMAN KARDON SOUNDSTICKS | $ 50 |
| FUJITSU SCANNER | SCANSNAP IX500 DUPLEX DOC | $ 150 |
| BROTHER LABEL MKR | P-TOUCH PRO XL | $ 60 |
| WIRELESS HEADSET | PLANTRONICS (MODEL CS351N) | $ 30 |
| CORDED HEADSET | PLANTRONICS (MODEL T20RA) | $ 30 |
| DESKTOP TELEPHONE | PAN 4-LINE (MODEL KX-TG4000B) | $ 50 |
| NETWORK PRINTER | RICOH AFICIO LASER (SPC410DN) | $ 350 |
| AUSU NOTEBOOK | ASUS MODEL 305C | $ 150 |
| SHREDDER & TRASH | PAPER SHREDDER& TRASH CANS | $ 30 |
| WD PASSPORT & BOOK | USB BACKUP DRIVES | $ 100 |
| DELL POWER EDGE | SC1420 SERVER (WINDOWS 2003) | $ 100 |

March 2013          Protected Income and Assets                    Page **4** of **5**
TENNESSEE WM2019-02099 COA-R3-CV (WILCO. #48419B)
Approved by the Tennessee Supreme Court

② **Read below then sign**:

I declare under penalty of perjury under the laws of the State of Tennessee that:

- The information on this form is true to the best of my knowledge.
- The information I provided is a correct and complete list of all of my income and assets to be protected.

Defendant/Debtor
Signs here: ╱╱╱╱╱                          Date: **9/18/2019**

Sworn to and subscribed before me this _____ 18ᵗʰ _____ day of September _____,
20 19.

_____
**Deputy Clerk or Notary Public**



JOSHUA ORVIS
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF GENESEE
MY COMMISSION EXPIRES AUG 24, 2024

## Certificate of Service
(How I gave this paper to the Plaintiff/Creditor)

I certify that I (**check one box**)

☐ hand delivered **or**

☒ mailed by first-class mail, properly addressed, a true and correct copy of this paper to the person listed below at the address below:

**ATTORNEY VIRGINIA LEE STORY**

_____
Name of Who You Are Giving This To (The creditor's lawyer or the creditor if no lawyer)

**136 FOURTH AVENUE SOUTH, FRANKLIN, TN 37064**

_____
Address of the Lawyer or the Creditor (Include City, State and Zip Code)

on _____ **9/19/2019** _____.            ▶ _____
(Date you mailed/hand-delivered the copy)        **Sign Your Name**

## IMPORTANT!

**The court and clerks are not allowed to give you legal advice, even if you don't have a lawyer. This form is a public record.  It is not legal advice.  The law may change and it is**

> **Bring the original and 2 copies of this form to the Court Clerk to be date stamped.**
> **Give the original to the Court Clerk.**
> **Bring a stamped envelope addressed for each plaintiff to the Court Clerk.  Mail one copy to the lawyer or if there is no lawyer, mail it to the plaintiff or company that sued you.  Keep one copy for yourself.**

March 2013                     Protected Income and Assets                     Page 5 of 5
                        Approved by the Tennessee Supreme Court
                 TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)



## Story
## Abernathy
## & Campbell

PLLP | AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story
virginia@tnlaw.org

Joanie L. Abernathy
joanie@tnlaw.org

Neil Campbell
neil@tnlaw.org

Kathryn L. Yarbrough
ky.arbrough@tnlaw.org

Of Counsel:
James E. Story,
Attorney at Law

Marissa L. Walters
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

September 26, 2019

*Via First Class Mail and E-Mail*

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430
Jeff@meticulous.tech

    Re:    *Fawn Tiffany Fenton vs. Jeffrey Ryan Fenton*
              *Williamson County Chancery Court No. 48419B*

Dear Mr. Fenton:

       To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

       At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

williamsoncountyattorneys.com

Rule 31 Family Law Mediator

Jeffrey Fenton
September 26, 2019
Page 2

Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton

---

**I NEVER HEARD OR SAW ANYTHING ELSE ABOUT A "MDA" (MARITAL DISOLUTION AGREEMENT). I BELIEVE THAT CHANCELLOR MICHAEL W. BINKLEY AND ATTORNEY VIRGINIA LEE STORY, DECIDED IN AN EXPARTE' COMMUNICATION, NOT TO EVEN BOTHER OFFERING ME AN MDA, SINCE I NO LONGER HAD COUNSEL TO "PROTECT" ME. CHOSING INSTEAD TO TAG-TEAM ME, DEPRIVE ME OF ALL MY PROPERTY AND RIGHTS, "UNDER THE COLOR OF LAW", WHILE HAVING THE WILLIAMSON COUNTY SHERIFF'S OFFICE CHASE ME OUT OF MY HOME, AND SUBSEQUENTLY MIDDLE TENNESSEE, WITH NO WHERE ELSE FOR ME TO GO!**

**I BELIEVE THAT THEY CALCULATED THAT ONCE MY HOME AND MY MONEY WAS ALL GONE, THEN I WOULD NEVER BOTHER TO RETURN. ESPECIALLY SINCE I WAS ALL BUT GUARANTEED TO NEVER FIND ANY MERCY OR JUSTICE IN THAT COURT, NO MATTER HOW MUCH EVIDENCE I PROVIDED! THEY REFUSED TO EVEN HEAR MY SIDE!**

**THAT WAS WHY I HOPED TO SETTLE THIS OUT OF COURT WITH MY WIFE. SINCE SHE HAD ALREADY FORCEFULLY TAKEN, LIQUIDATED, AND DISBURSED THE WHOLE OF OUR PROPERTY, SAVINGS, AND OUR FINANCIAL INVESTMENTS, DEPRIVING ME OF EVERYTHING WE HAD BUILT TOGETHER AND EVEN SAVED FOR RETIREMENT BEFORE MEETING.**

**TO SEEK ANY LEGAL RESOLUTION, MEANT THAT EITHER HER OR I (OR BOTH) WOULD LOSE MORE, WITH LITTERALLY NOTHING FOR EITHER TO GAIN WITHOUT HURTING THE OTHER. WHICH WERE ALL UNACCEPTABLE OPTIONS TO ME. SO I BECAME WILLING TO FORFEIT ALL THE MONEY, IF WE COULD END THIS THE WAY WE BEGAN, BY OURSELVES, USING FREE COURT FORMS, DROPPING THE BLAME AND THE POWER GAMES, TO PEACEFULLY PART WITHOUT MORE DAMAGES.**

**I LEFT MY "PEACE OFFERING", WHICH THEY TOOK, WITHOUT ACCEPTING THE TERMS OF MY OFFER. WHILE INJURING ME FURTHER BECAUSE THEY COULD, DESPITE EVERY OATH OF OFFICE, LAWS, CIVIL RIGHTS, AND CONSTITUTIONS BY OUR STATE AND OUR COUNTRY!**

**IT WAS ALL ABOUT POWER AND DOMINANCE! PURELY MASOCHISTIC!**

**FOR THIS REASON I MUST SPEAK-UP, LEST ANOTHER PERSON EXPERIENCE WHAT I DID, IN WILLIAMSON COUNTY CHANCERY COURT, UNDER THE PERVERTED PRETENSE OF "JUSTICE"!**

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

FAWN TIFFANY FENTON,                    )
    Plaintiff/Wife,                     )
                                        )
v.                                      )          No. 48419B
                                        )
JEFFREY RYAN FENTON,                    )
    Defendant/Husband.                  )

NOTICE OF ELECTRONICALLY TRANSMITTED DOCUMENT
PURSUANT TO T.R.C.P RULE 5.02

      Pursuant to Rule 5.02(2)(a) of the Tennessee Rules of Civil Procedure, Plaintiff, Fawn Tiffany Fenton, by and through her attorney of record, Virginia Lee Story, hereby serves this Notice of Electronically Transmitted Documents upon Defendant, Jeffrey Ryan Fenton as follows:

| | |
|---|---|
| **Document(s) Transmitted:** | **MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE** |
| **Number of pages:** | 8 |
| **Sender's Name and Email Address:** | Kathryn L. Yarbrough kyarbrough@tnlaw.org on behalf of Virginia Lee Story |
| **Name/ E-mail Address of Recipient(s):** | Jeffrey Ryan Fenton Jeff@meticulous.tech |

*If you did not receive the above listed document(s), please notify the sender immediately to receive an electronic or physical copy of this document.*

1

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
FAWN TIFFANY FENTON                       )        CHAPTER    13
                                          )        CASE NO:   19-02693
BRENTWOOD, TN 37027                       )        JUDGE      WALKER
SSN: XXX-XX-2065                          )
                                          )

        DEBTOR

## ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

        This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to

Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1.

There being no objections raised at the call of the docket, the Motion is found to be well taken and it is

therefore ORDERED as follows:

        Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood,

Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting

Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County,

Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the

liens of Bank of America, N.A. and Bancorp South.  This transaction shall be conditioned on the Debtor

providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of

the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing

account on behalf of the parties pending further orders of the Chancery Court for Williamson County,

Tennessee.

        IT IS SO ORDERED.

                                        *THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
                                        AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

/s/ Alex Koval

Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN  37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

---

**2019-09-25 Ms. Story's Secret Weapon to
Supersede Tennessee State Laws with Federal Laws to,
SELL and DISCARD MY "PROTECTED INCOME & ASSETS"!**

**THIS IS PROOF OF STRATEGICALLY MANIPULATING
WIFE'S BANKRUPTCY, SPECIFICALLY TO HARM ME MORE!**

**THIS PROVES SEVERAL SERIOUS FEDERAL CRIMES COMMITTED BY
ATTORNEY VIRGINIA LEE STORY, VIA ADA, FED & BK LAWS!**

**I LEFT MY "PEACE OFFERING" (BELOW), WHICH THEY TOOK,
WITHOUT ACCEPTING THE TERMS OF MY OFFER.
WHILE INJURING ME FURTHER BECAUSE THEY COULD,
DESPITE EVERY OATH OF OFFICE, LAWS, CIVIL RIGHTS, AND
CONSTITUTIONS BY OUR STATE AND OUR COUNTRY!**

**IT WAS ALL ABOUT POWER AND DOMINANCE!
PURELY MASOCHISTIC!**

**AN ABOMINATION OF "JUSTICE"!**

---

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

FAWN TIFFANY FENTON,            )
    Plaintiff/Wife,            )
                     )                    2019 OCT 21  PM 3: 58
                     )
vs.            )            FILED FOR E...            No. **48419B**
                     )
JEFFREY RYAN FENTON,            )
    Defendant/Husband.            )

## AFFIDAVIT OF VIRGINIA LEE STORY

RECEIVED BY
Judges' Chambers
Date: 10-22-19

STATE OF TENNESSEE            )
COUNTY OF WILLIAMSON            )

    Comes now, Virginia Lee Story, attorney of record for the Petitioner, and after being first duly sworn, states as follows:

    1.    I am over 18 years of age and have personal knowledge of the following facts.

    2.    At the August 29, 2019 hearing in this matter, the Court set this matter for final hearing on October 21, 2019 in open Court with Mr. Jeffrey Fenton present in the courtroom.

    3.    Since the August 29, 2019 hearing, Mr. Fenton relocated to Michigan.

    4.    In his handwritten note, he stated that he does not want to contest the divorce and that he does not wish to communicate with Virginia Story or anyone from her firm, ever again. He states that he will never be in Tennessee again. See attached **Exhibit 1.**

    FURTHER AFFIANT SAITH NOT.

**VIRGINIA LEE STORY**

SWORN to and subscribed before me this 21st day of October, 2019.

Heidi L. Macy
Notary Public
My Commission Expires: 6-19-22



2019 OCT 21 PM 3:58

FILED FOR ENTRY_____

Fawn,

Thank you so much for leaving the picture here for me (your painting). It is out of no anger or resentment that I leave it behind, I just can't keep it. out of intense sadness of losing YOU!

I hope you will keep it, and find that part of yourself again. That happy, simple playful place.

I also can't keep my wedding ring, so you are no longer bound to that past. I just can't. It would kill me. I buried mine back where our little friends used to live. Not one came to visit during my stay here, which broke my heart.

The blue ray was from Mack, the gas mask has your name on it and was sized for you, the mono pod you asked for.

I treasure it more (But than anything i just)

EXHIBIT 1

**2019-10-07 GIFTS LEFT AT OUR HOME FOR MS. FENTON WITH NOTE**



TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

I am so sorry things ended this way, but I can never speak with you again. To protect my heart, not out of anger or resentment.

**MY HOPE!! BECAUSE MS. STORY LITERALLY TERRORIZED AND ABUSED ME BEYOND BENEFIT TO ANYONE!!**

I will never communicate with Virginia Story or anyone from her firm, ever again. Regardless of the consequences.

**MY OFFER: IF , and ONLY IF THE TERMS OF MY OFFER ARE ACCEPTED; BUT MS. STORY STEALS EVERYTHING, WHILE SECRETLY DENYING MY TERMS!!**

If she will drop all charges and never contact me again, then I will likewise drop my 250 page counter motion set for october 21ST.

**MY TERMS: REQUIRED CONDITIONS; A VERY GENEROUS OFFER, BUT THEY ALWAYS WANT TO TAKE MORE BY FORCE!!**

I will mail you the free simple divorce papers signed — and as long as no lawyers are involved, we each walk with what we have, Assets + debts, and no alimony etc ... due either ever. only if we finish non-contested together without a lawyer

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

as we promised each other.

*WIFE HAS ALWAYS KNOWN THIS! THE "DANGER GAME" IS JUST LEVERAGE, TO GET THE POLICE TO HELP, AS THEY COMMIT A CRIME!*

I would and will never hurt you or those you love in any way. Despite what they cost me.

I will always love you. I leave only with tremendous sadness, nothing more.

*I OFFERED: TO LET HER GET AWAY WITH EVERYTHING! BUT HER OWN GREEDY LAWYER PUTS HER AT RISK SIMPLY FOR THE THRILL OF DOMINATING AND ABUSING ME MORE! WHEN IS ENOUGH, ENOUGH???*

If Ms. Story tries to use any of this against me, I will dedicate my life to fighting and appeal this to state court where the sale of our home will be found and proven to be against state laws. If I never hear from Ms Story or her staff or court, then I'm done, and I surrender all. I will always love you. I'm so sorry!

Please don't sell or discard any of this
(except gas mask + flower vase if you want.)
It was all worth MORE THAN MONEY.
or it wouldn't be sitting here

It is my kiss on the
cheek goodbye! Please
kiss and hug my
puppy for me.

Non-Contested, No Assets or Debts,
Joint

Divorce papers to be mailed to you

within 2 weeks. It might take

me a week to get to MI and

unload this crap.

**MY TERMS REPEATED:**
TO MAKE ABSOLUTELY SURE
THERE WERE NO MISUNDERSTANDINGS,
QUESTIONS, OR CONFUSION, WHICH COULD FORCE
US BOTH THROUGH MORE TOTALLY UNNECESSARY PAIN!
WITHOUT BENEFIT TO ANYONE, EXCEPT FOR TO A SADIST!

**MORE**
TOTALLY UNNECESSARY
PEACEFUL REASSURANCE,
TO REMOVE ANY POSSIBLE
LINGERING THOUGHT, EVEN IF
FROM HER OWN FAKE STORY!

I will never be in Tennessee

Again. You never have ANYTHING

To FEAR FROM ME!

Love,

Goodbye FAWN!

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

# 2019-10-09 EMAIL FROM AUCTIONEER CONFIRMING MS. FENTON RECEIVED THE GIFTS, RATHER THAN SOMEONE ELSE TAKING,
### AUCTIONEER PROMISED ME A HUD-1 "SETTLEMENT STATEMENT" WHICH I NEVER GOT

---

## jeff.fenton@live.com

| | |
|---|---|
| **From:** | Tommy Anderson <tom@tommyanderson.us> |
| **Sent:** | Wednesday, October 9, 2019 6:42 PM |
| **To:** | Jeff Fenton |
| **Subject:** | Re: Closing | Utilities | Fully-Executed Settlement Statement |
| **Attachments:** | image001.gif |

Yes Fawn received all electronics and got them in her possession. I will have title company send you everything upon closing completion.
Sincerely,
Tommy Anderson

On Wed, Oct 9, 2019, 5:38 PM Jeff Fenton <jeff.fenton@live.com> wrote:

Hello Tommy,

Please let me know once the closing is completed, so that I can disconnect the utilities. They are all currently being billed to me, on my credit, and I need to minimize accruing debt, especially with zero proceeds from the sale, with which to pay any of my debts or expenses, while remaining unemployed.

Also, did you inform Fawn about the TV and Camera equipment at the house for her? Do you know if she has obtained that yet, or what her plan is? (I just want to ensure that Fawn gets the equipment, rather than the new buyer... he already got a good enough deal!)

Finally, I would like a scan of the fully executed HUD-1, emailed to me please, upon closing.

Thank you, sir.

Jeff Fenton

1986 Sunnyside Drive

Brentwood, TN 37027

1

FAWN TIFFANY FENTON vs JEFFREY RYAN FENTON
08/29/2019

1      MS. STORY:  Since he probably will be

2   moving to Michigan, I would be amenable to him

3   attending the final hearing by telephone if he doesn't

4   want to drive back.  And I can tell you, I will try to

5   accommodate him in any way I can.

6      THE COURT:  I know you will.  You already

7   have.

8      MS. STORY:  And, also, the order probably

9   needs to say that Ms. Fenton can execute any other

10  documents that need to be executed because he might

11  not be here to sign anything, that Mr. Anderson might

12  need signed.  So I would like to be able to put that

13  in the Order.

14      THE COURT:  All right.  Then if you'll

15  prepare the Order, that'll take care of us.  That's

16  what we're doing.  That's the Order of the Court.

17  Thank you very much.

18      (Proceedings were adjourned at 11:44 a.m.)

19

20

21

22

23

24

25

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

DESPITE MS. STORY'S PROMISE IN COURT ON 8/29/2019, TO HOLD COURT OVER THE PHONE - THEY REFUSED WITHOUT NOTICE!

WE HAD NOT EVEN BEGUN DISCOVERY YET! MS. STORY HAD GRANTED EXTENSIONS BY AGREEMENT BETWEEN ATTORNEYS
FOR DIVORCE ANSWER & COUNTER COMPLAINT TO BE DUE - WHILE SHE PRIORITIZED THE FORCED DEPRIVATION OF MY HOME,
AUCTIONING MY BEAUTIFUL $500k BRENTWOOD HOME FOR $0! RENDERING ME HOMELESS! FORCED TO RELOCATE TO SURVIVE!

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**AT FRANKLIN**

FAWN TIFFANY FENTON,          )
    Plaintiff/Wife,          )
               )
               )
vs.          )          **No. 48419B**
               )
JEFFREY RYAN FENTON,          )
    Defendant/Husband.          )

2019 OCT 21  PH 3: 56

FILED FOR ENTRY 10/28/19

RECEIVED BY
Judges' Chambers
Date: 10-22-19 /s/

### **FINAL DECREE OF DIVORCE**

THIS CAUSE came on to be heard on the 21st day of October, 2019 before the Honorable

Michael W. Binkley, Judge, holding Court for the Chancery Court for Williamson County,

Tennessee, upon the Complaint for Divorce filed by Wife on June 4, 2019 of which Husband was

served on June 20, 2019. Husband has not filed an Answer and has had two attorneys both of

whom have withdrawn. The last attorneys, Marty Duke and Mitchell Miller, withdrew on

August 29, 2019 while Mr. Fenton was in open Court and Mr. Fenton stated that he wished to

proceed *Pro Se*. The Court informed Mr. Fenton of self-representation and Mr. Fenton confirmed

that this is how he wished to proceed. The Court set a Final Hearing date in the Order entered on

August 29, 2019. The Court finds, based upon the undisputed testimony of Wife, a witness for

Wife as to the grounds for the divorce, the exhibits introduced in this cause, and the record as a

whole, that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Wife, **FAWN**

**TIFFANY FENTON**, shall be granted an absolute divorce on the grounds of inappropriate

conduct. The parties' real property located at 1986 Sunnyside Drive, Brentwood, TN 37027 has a

contract pending for sale. Attached is the closing statement and print out from the Bankruptcy

Court as to the outstanding debt **(Exhibit 1)**. There are no proceeds remaining to disburse. If for

any reason the property does not close under the current contract, then Wife shall be granted all

TAKING MY HOME without DUE PROCESS! Chasing me out with the WCSO! Leaving
me without food or shelter! Denying my 250-PAGES of TESTIMONY with CLEAR
PROOF the CHARGES were ALL FRAUDULENT! While $10k of my PERSONAL
PROPERTY WAS STOLEN! As they Ordered a FRAUDULENT "OP" Against ME!
BREAKING EVERY SINGLE OATH OF OFFICE - I've NEVER even been ARRESTED!

WE HAD NOT EVEN BEGUN DISCOVERY YET! MS. STORY HAD GRANTED EXTENSIONS BY AGREEMENT BETWEEN ATTORNEYS FOR DIVORCE ANSWER & COUNTER COMPLAINT TO BE DUE - WHILE SHE PRIORITIZED THE FORCED DEPRIVATION OF MY HOME, AUCTIONING MY BEAUTIFUL $500k BRENTWOOD HOME FOR $0! RENDERING ME HOMELESS! FORCED TO RELOCATE TO SURVIVE!

right, title and interest in and to said real property and shall take all necessary steps to ensure that Husband's name is not associated with the property or the debt. Wife may sign any and all documents to close the property if a subsequent buyer is obtained and any proceeds shall be awarded to Wife free and clear of claims of Husband. The parties have divided all personal property. Each party is awarded all personal property in their respective possession. Wife is in Bankruptcy which addresses her debt allocation and she will be responsible for all her indebtedness holding Husband harmless for the same.

It is further **ORDERED, ADJUDGED and DECREED** that Wife shall be solely responsible for all indebtedness in her name or incurred by her including her Bankruptcy. Husband shall be solely responsible for any and all debts in his name or that he has incurred holding Wife harmless for same. If Husband does not pay the creditors and they seek payments from Wife and she is forced to pay the same, then Wife shall be awarded a Judgment for any amounts she has to pay for which execution may issue.

Additionally, neither party shall contract any indebtedness on the credit of the other from and after the date of execution of this Agreement.

It is further **ORDERED, ADJUDGED and DECREED** that each party shall be awarded any banking, investment or retirement accounts in their respective names free and clear from the other party. All joint accounts have been closed. All right, title and interest of either party in and to any account or account balance awarded to the other party shall be, and is hereby, divested out of that party and vested absolutely in the other party.

It is further **ORDERED, ADJUDGED and DECREED** that the parties will file 2016 and 2019 taxes separately. Each party shall assume sole and separate responsibility for paying any taxes, penalties and/or interest which may hereafter be finally determined to be due as a result of

TAKING MY HOME without DUE PROCESS! Chasing me out with the WCSO! Leaving me without food or shelter! Denying my 250-PAGES of TESTIMONY with CLEAR PROOF the CHARGES were ALL FRAUDULENT! WHILE $10k of my PERSONAL PROPERTY WAS STOLEN! As they Ordered a FRAUDULENT "OP" Against ME! BREAKING EVERY SINGLE OATH OF OFFICE - I've NEVER even been ARRESTED!

7

TENNESSEE: #M2019-02059-COA-R3-CV (WILCO: #48419B)

WE HAD NOT EVEN BEGUN DISCOVERY YETI MS. STORY HAD GRANTED EXTENSIONS BY AGREEMENT BETWEEN ATTORNEYS
FOR DIVORCE ANSWER & COUNTER COMPLAINT TO BE DUE - WHILE SHE PRIORITIZED THE FORCED DEPRIVATION OF MY HOME,
AUCTIONING MY BEAUTIFUL $500k BRENTWOOD HOME FOR $0! RENDERING ME HOMELESS! FORCED TO RELOCATE TO SURVIVE!

income earned and/or received by that party or losses or deductions taken with respect to that party's income during any year for which the parties file, or have filed, joint income tax returns. Further, each party shall hold the other party harmless from any liability for such incomes taxes, penalties and/or interest as may hereinafter be finally determined to be due as a result of that party's misreporting of previous income.

It is further **ORDERED, ADJUDGED and DECREED** that Wife shall be awarded the 2017 Toyota Prius (VIN: JTDKBRFU2H3033495) titled in Wife's name free and clear of any claim by Husband. All right, title, and interest of Husband in and to said vehicle shall be, and is hereby, divested out of him and vested absolutely in Wife. Wife shall be, and is hereby, solely and separately responsible for any debt or liability associated with this vehicle as of the date of execution of this Agreement and shall indemnify and hold Husband harmless therefor. Each party shall be responsible for their own car expenses and insurance.

Husband shall be awarded the 2003 Buick LeSabre (VIN: 1G4HR54K43U236502) titled in Husband's name free and clear of any claim by Wife. All right, title and interest of Wife in and to said vehicle shall be, and is hereby, divested out of her and vested absolutely in Husband. Husband shall be, and is hereby, solely and separately responsible for any debt or liability associated with this vehicle as of the date of execution of this Agreement and shall indemnify and hold Wife harmless therefor. Husband shall be responsible for liability insurance on the 2003 Buick LeSabre and further agrees to remove Wife's name from any insurance policy regarding the same.

It is further **ORDERED, ADJUDGED and DECREED** that Wife is awarded a Judgment against Husband for all court costs incurred for which execution may issue. Attorney for Wife shall file her Affidavit for the Court of the communication from Husband that he did not wish to

TAKING MY HOME without DUE PROCESS! Chasing me out with the WCSO! Leaving me without food or shelter! Denying my 250-PAGES of TESTIMONY with CLEAR PROOF the CHARGES were ALL FRAUDULENT! WHILE $10k of my PERSONAL PROPERTY WAS STOLEN! As they Ordered a FRAUDULENT "OP" Against ME! BREAKING EVERY SINGLE OATH OF OFFICE - I've NEVER even been ARRESTED!

118

contest the divorce and that he was present in Court on August 29, 2019 when the Final Hearing
was set to be heard.

ENTERED this _24th_ day of _October_ 2019.

**MICHAEL W. BINKLEY, JUDGE**
Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**APPROVED FOR ENTRY:**

**VIRGINIA LEE STORY; BPR #11700**
Attorney for Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via U.S. mail to **Jeffrey Ryan Fenton**, Husband *Pro Se*, at 17195 Silver Parkway, #150, Fenton, MI 48430 this _21st_ day of October, 2019.

**VIRGINIA LEE STORY**

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to **Virginia Lee Story**, Attorney for Wife, at the above address, and to **Jeffrey Ryan Fenton**, Husband *Pro Se*, at 17195 Silver Parkway, #150, Fenton, MI 48430 this _30th_ day of _Nov_____, 2019.

CLERK

> TAKING MY HOME without DUE PROCESS! Chasing me out with the WCSO! Leaving me without food or shelter! Denying my 250-PAGES of TESTIMONY with CLEAR PROOF the CHARGES were ALL FRAUDULENT! WHILE $10k of my PERSONAL PROPERTY WAS STOLEN! As they Ordered a FRAUDULENT "OP" Against ME! BREAKING EVERY SINGLE OATH OF OFFICE - I've NEVER even been ARRESTED! NO NOTICE or WARNING! NO "MOTION FOR DEFAULT JUDGMENT"! OUTRAGEOUS!

4

41.9

IT IS COMPLETELY UNREASONABLE TO VIEW MY NOTE, LEFT FOR WIFE, AND CONCLUDE THAT I FORFEIT MY CASE, WITHOUT THE ACTIONS BEING DROPPED! AS IS CLEARLY STATED! ESPECIALLY SINCE I HAD FILED A 250-PAGE REPONSE, YET TO BE HEARD! 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law, 18 U.S.C. § 241 - Conspiracy Against Rights, 18 U.S.C. Chapter 96—Racketeer Influenced and Corrupt Organizations, 42 U.S.C. § 3631 - Criminal Interference with Right to Fair Housing, 42 U.S.C. § 14141 - Pattern and Practice

**From:** Charles M. Duke <marty@mdukelaw.com>
**Sent:** Monday, August 5, 2019 5:39 PM
**To:** Jeff Fenton <Jeff@Meticulous.tech>
**Cc:** Mitchell Miller <mitchell@schafferlawfirmtn.com>
**Subject:** RE: Fenton v. Fenton

Jeff:

There is no definite date certain by which I agreed with Ms. Story to file an Answer & Counter-Complaint. However, until there is an Order entered relieving us as counsel in this matter, you should not file anything pro se.

Thanks. have a good evening.
Marty

**From:** Jeff Fenton [mailto:Jeff@Meticulous.tech]
**Sent:** Monday, August 05, 2019 5:36 PM
**To:** Charles M. Duke
**Cc:** Mitchell Miller
**Subject:** RE: Fenton v. Fenton

Thanks Marty.

Can you simply inform me of any critical dates which I need to self-represent by, as I can not afford further representation:

For example, when did you get the ANSWER & COUNTER COMPLAINT extended to?

Any other time critical dates would be greatly appreciated.

Thanks.

### JEFF FENTON
### METICULOUS.tech
(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING **RIGHT** THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

*(vertical left margin text:)* PROOF THAT I NEVER "DEFAULTED" ON FILING MY "DIVORCE ANSWER & COUNTER COMPLAINT" AS THEY FRAUDULENTLY ACTED!

ON 8/29/2019, I INCLUDED A MAKESHIFT "DIVORCE ANSWER & COUNTER COMPLAINT", ANSWERING EVERY COMPLAINT TO DATE!
The TITLE of the DOCUMENT is INCOMPLETE. But by LAW, the CONTENTS and RELIEF REQUESTED define a document, over the TITLE.

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN**

FAWN TIFFANY FENTON,                    )
    Plaintiff/Wife,                          )
                    )          Docket No: 48419B
v.                                      )
                    )
JEFFREY RYAN FENTON,                    )
    Defendant/Husband.                       )

### HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION, AND IN OBJECTION TO ORDER GRANTING MOTION TO SELL THE MARITAL RESIDENCE, AND HUSBAND'S ANSWER AND COUNTER-COMPLAINT TO WIFE'S COMPLAINT FOR DIVORCE, HEREAFTER REFERRED TO AS HUSBAND'S "ONE-AND-DONE"

COMES NOW the Defendant/Husband, Jeffrey Ryan Fenton, for his response to

the Wife's Motions, along with Husband's Countermotions, addressing all allegations to

date, stating as follows:

First Husband would like to bring to the court's attention, the disabilities with which he

has been diagnosed, and continues ongoing treatment for. If not properly understood, one

could easily draw incorrect conclusions, specifically about Husband's communications, in

how he speaks and even more so, his excessive use of words when writing. Please see

Exhibit-A for a thorough explanation regarding this, from both Terry M. Huff (LCSW),

Husband's Psychotherapist, and Dr. Richard E. Rochester (M.D.), Husband's Psychiatrist.

**Husband suffers from the following handicaps:**

Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5)

Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1)

Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2)

1

**I DID this to PROTECT MYSELF from
ANY SCAM - Answering Every False Claim
I had TIME to, on the very FIRST DAY I was
"ALLOWED" to file anything "PRO-SE"!
(I don't think they EVER EVEN READ IT!)**

# DUE TO COVID-19

# I NEED to get a JOB from HOME
# Because of my Mother's Health
# Which I CAN'T DO with this STUPID OP!
# Please have the OP REMOVED and
# EXPUNGED or Start Sending Me
# SUPPORT PLEASE!

---

### *ASTHMA, ALLERGY AND IMMUNOLOGY CENTER*

S. Anne, M.D.    R. Botta, M.D.    I. Badr, M.D.    R. Mahajan, M.D.    H. Azzam, M.D.

**Patient Name:** Marsha Fenton
**Visit Date:** 7/2/2020

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM

*The Ancient Paths*

Parents are responsible for the protection of their children. Unborn and small children are unable and not equipped to defend themselves against the schemes of the devil. As a result, God appointed agents to protect them and care for them. Again these agents are called parents. One day some years ago, the Lord opened up to me what I have since come to refer to as the STRONG MAN PRINCIPLE.

> *"Or how can anyone enter the strong man's house and carry off his property unless he first binds the strong man? And then he will plunder his house."* (Matthew 12:29)

In this passage, Jesus is explaining how to expel demonic spirits. He says that there are different ranking spirits with which to deal. If you want to be rid of all the lower ranking spirits, you must first find their "chief," bind him, and then you can eliminate the others. The "chief" is called the strong man.

As I was studying this passage, one day the Lord spoke to me that the principle works exactly the same when the kingdom of darkness is attempting to invade your house. In the Greek language, the word translated "house" is the word "OIKOS." This word in this context is not referring to the physical dwelling place, but rather to the family. OIKOS literally means: "the descendants thereof."

*So when the enemy (the devil and demonic spirits) comes to plunder your house (OIKOS), he is*

56

*God's Blessing Through Cultural Traditions*

after your family.   His purpose is to devastate and destroy your marriage, children, and grandchildren.  In order to do so, he must first bind the strong man.  Who is the strong man of your house?  ==The husband is the strong man to the wife, and both parents are strongmen to the children.==  Thus, in the areas of life in which the enemy can bind the parents, he has access to the children.

**57**

# Tennessean.

# How close can judges be with lawyers? Emails including Williamson Co. judge raise questions

**Elaina Sauber** The Tennessean
Published 5:00 a.m. CT Aug. 30, 2018

Williamson County Judge Michael Binkley sent an email to his wife in April 2016 to let her know a weekend lake trip organized for several judges and attorneys had been rescheduled to ensure the couple could attend.

"Looks like they made the lake party the second weekend so that you and I could be there. Very nice!! Put it on your calendar," Binkley wrote.

But the attorney who invited Binkley also had an active case before the judge in circuit court.

Three days before Binkley sent that email, the plaintiffs in a case he was overseeing, Sam and Shannon Clemmons, filed a motion asking the judge to recuse himself. Binkley later denied the motion.

One of the defense attorneys in the Clemmons' case, Virginia Story, invited Binkley, as well as his brother, Davidson County Judge Joe Binkley, on weekend trips in August 2015 and August 2016 featuring a houseboat, a lake house and dinners, according to emails obtained by USA TODAY NETWORK - Tennessee.

The Tennessee Administrative Office of the Courts refused to provide any emails about the trips, which were sent to or from judges' government-issued email addresses, claiming that the emails were not subject to inspection. This was in spite of the fact that the administrative office had previously produced some of those emails to another public records requester. The administrative office was specifically asked for those already-produced emails, but refused.

The lake trip emails sparked questions by the Clemmonses about whether judges can remain fair and impartial when presiding over cases while simultaneously vacationing with

attorneys in those cases.

Attorney James Oglesby, who said he's attended the trips in past years, said ==they are held at Center Hill Lake, and confirmed Story — the defense attorney in the Clemmons' case — hosts them.==

The emails didn't raise concerns for the Tennessee Board of Judicial Conduct, which is the state's sole authority for investigating and reprimanding sitting judges who violate judicial conduct rules.

In a letter sent to the Clemmonses in March, responding to their ==144-page complaint about Binkley,== board chair and Judge Chris Craft noted that proof of a judge's ethics violation must be =="clear and convincing."==

"The investigative panel did not feel such a burden could be met in this case," Craft wrote.

The complaint was dismissed.

==Binkley did not return a request for comment.==

## 'You're going to get yourself into trouble'

It's unrealistic to expect a person to relinquish all their personal relationships with fellow attorneys once they become a judge, said Charles Geyh, an Indiana University law professor and expert in legal and judicial ethics.

But judges should be careful, Geyh said, if activities go beyond a casual lunch or social event.

==Judges should never preside over cases when they're close friends with any of the attorneys involved, Geyh said.==

"You start vacationing with people, and you're going to get yourself into trouble," he said. =="It's not cool if it reaches the point of creating the perception that there are lawyers who have special access (to the judge)."==

Tennessee judges must recuse themselves from presiding over cases in which their impartiality might "reasonably" be questioned, according to the state code of judicial conduct.

"People with whom you socialize actively, vacation with, enter business relationships with - there's nothing wrong with continuing to do that after (you become) a judge," Geyh said. =="You just can't hear cases in which those lawyers make appearances before you."==

## 'Just something you do'

It's unclear how many attorneys and judges were invited to or attended the boating trips in 2015 and 2016. One email from Story about the 2015 trip was sent to Michael Binkley, Joe Binkley, Williamson County Judge Joseph Woodruff, and more than a dozen Williamson County attorneys.

Some attorneys who were included in the emails and contacted by The Tennessean for comment said they didn't think judges and attorneys vacationing together was an issue.

"I don't think it's any business the public needs to have. It's just something you do," said Lori Thomas Reid, a Franklin family law attorney who was included on one of the emails.

Attorney Michael Fort said the trips are harmless and likened them to events held by the Tennessee Bar Association or American Inns of Court, an organization comprised of local chapters of lawyers, judges and other legal professionals.

"I don't understand the concern about it," he said.

It's common for lawyers' families to accompany them on the trips, Fort said.

"It's not a place for conversation on cases. You've got kids running around and swimming and (water) skiing," he said. "It's a place to let that guard down a little bit and personalize everybody."

Oglesby echoed those sentiments, saying the trips are "purely a social thing."

Story did not return a call for comment.

## Judges required to report some gifts

When a judge won't recuse themselves from a case, it's rare for higher courts to overrule them, said Richard Flamm, a California-based attorney who has published books on judicial and lawyer disqualification.

"When it comes to disqualifying judges, there never seems to be enough of a reason," Flamm said. "There's very little case law you can find when moving to disqualify a judge."

It's unclear whether attorneys paid for any of Judge Michael Binkley's expenses on the 2016 lake trip. If they did, that could prove problematic.

"If the attorney inviting the judge is paying for the lodging and the judge's meals, then the judge is accepting gifts of more than ordinary social hospitality," Flamm said. "That's improper."

Tennessee judges are required to report to the Administrative Office of the Courts certain gifts they receive from outside parties, including attorneys.

For example, a judge must report gifts valued at more than $250. A judge must also report money received from "extrajudicial activities," such as giving a lecture or speech.

Binkley reported that he didn't receive any gifts in 2016 or 2017, according to public compensation reports filed with the Administrative Office of the Courts.

Rule 10 of the Code of Judicial Conduct says judges may accept "ordinary social hospitality," but does not elaborate on what that includes.

In other states, judges cannot accept gifts or go on paid trips with attorneys who are involved in a case over which those judges are presiding.

Louisiana judge Robin Free accepted an all-expenses-paid trip on a private jet to a Texas ranch in 2010 that was organized and paid for by attorneys with a personal injury case before the judge at the time.

Four years later, the Louisiana Supreme Court determined Free had violated its code of judicial conduct, and suspended him for 30 days without pay and imposed a $7,000 fine, according to Reveal News, with the Center for Investigative Reporting.

In May, county court judge Maria Ortiz in Miami, Fla., agreed to pay a $5,000 fine for failing to report free hotel stays and gifts she and her husband received, according to the Miami Herald. Florida judges are required to report all gifts that could give the public reason to question their impartiality.

*Reach Elaina Sauber at esauber@tennessean.com, 615-571-1172 or follow @ElainaSauber on Twitter.*