UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,                      Case No. 1:23–cv–01097–JMB–RSK

v.                                        Hon. Jane M. Beckering

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

### NOTICE OF RECEIPT OF CASE

      NOTICE is hereby given that this case has been received, and filed in this court on October 13, 2023.  It has been assigned the case number and judge set forth above.

                                          CLERK OF COURT

Dated:  October 17, 2023        By:   /s/ E. Siskind_____
                                                  Deputy Clerk