UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

    Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1097

HON. JANE M. BECKERING

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) and (b)(4) from further participation in this case. The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated: October 18, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge