UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,                    Case No. 1:23–cv–01097–PLM–RSK

    v.                            District Judge Paul L. Maloney

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

## NOTICE REGARDING REASSIGNMENT OF CASE

      NOTICE is hereby given that this case has been reassigned to District Judge Paul L. Maloney for all further proceedings pursuant to Order (3). Judge Jane M. Beckering is no longer assigned to the case.

CLERK OF COURT

Dated:  October 18, 2023     By:   /s/ E. Siskind_____
                                     Deputy Clerk