Name: _JEFFREY RYAN FENTON_

Address: _17195 SILVER PKWY #150_

_FENTON, MI 48430-3426_

Phone Number: _(810) 735-7456_  E-mail Address: _jeff.fenton@live.com_

FILED - LN
October 18, 2023 11:01 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD  SCANNED BY:___/10|18

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_JEFFREY RYAN FENTON_

PLAINTIFF(S)

v.

_VIRGINIA LEE STORY, et al._

DEFENDANT(S)

CASE NUMBER: _1:23-CV-1097_

### PRO SE APPLICATION FOR
### ELECTRONIC FILING AND SERVICE

As the (Plaintiff/Defendant) ___Plaintiff___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case. I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form. This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file and serve documents in paper.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   *Check all that apply:*

   ☒ A computer with Internet access.

   ☒ An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

Date: _10/16/2023_    Signature: _____

Jeff Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

METROPLEX MI  480

16 OCT 2023  PM 7  L

United States District Court
Western District of Michigan
113 Federal Bldg
315 W Allegan St
Lansing, MI  48933

48933-151438