UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

    Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1097

HONORABLE PAUL L. MALONEY

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Ray Kent for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated: October 19, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge