UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - LN
December 29, 2023 4:42 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / ___ SCANNED BY /4 / 12/29/23

JEFFREY RYAN FENTON
   Plaintiff,

v.

VIRGINIA LEE STORY, et al,
   Defendant(s)

Hon. Paul L. Maloney

Case No. 1:23-CV-1097

— OBJECTION TO REPORT + RECOMMENDATION —

I need more time please.

I also really critically need electronic filing and notification. I have ADHD + OCPD, letters from my doctors are on file. I did not receive the mail with the Report and Recommendation until the evening of 12/27/2023, just two days ago. I have been awake franticly working on a response for the past two days to try to keep my case from being Dismissed. I have been working on my "First Amended Complaint" 12-16 hours per day 6-days per week since I filed the case on 10/13/2023. I need another week or two to finish that so I can file it and serve everyone.

The reason I filed this case in Lansing was because I spoke with the clerk Emily on 10/11/2023, and she told me that I could file it here and if the court decided that it needed to be forwarded to another court, she said you all would forward it to the correct court while preserving my file date to protect my interests. I live in the middle between Lansing & Detroit. Due to my anxiety disorder I have not been to Detroit in years. Since Emily was the first nice person who has tried to help me, I honestly thought I might have a chance at the court protecting me and helping reach justice after 4 years of litterally being terrorized under color of law by people who litterally have no interest in law or justice.

I don't say any of this to cause the judiciary disrepute or be disrespectful. I've gone into every court believing absolutely that they would help me obtain justice, yet my life remains destroyed by fraudulent "Default" judgments, when no "Default" is supposed to stand by the federal rules when a litigant is sincerely trying to defend his case.

It is absurd that with 1,000 pages of honest sworn testimony with clear and convincing evidence that every claim against me is substantially fraudulent, while fighting well over 1200 days 12-16 hrs per day that any reasonable party would conclude that I want and have done all in my power to ~~defend~~ defend my case, I never failed to plead. I have evidence of their crimes against me far more than I have filed to date.

The TN COA should have vacated everything for VOID because I swore in testimony that Judge Binkley refused to hear my case and was bias against me, which is obvious with the evidence I provided them while I specifically pointed it out.

My father is a Lt. Cornel in the US Army and my grandpa was one of the elite 138 operation Alamo Scouts who rescued prisoners of war from behind enemy lines during WWII.

My family has earned the right to be treated with dignity and respect by our nations courts.

I need help! Both by Title-28 and Title-11 the attorneys should be sanctioned to pay for my counsel so that this can be successfully litigated. I humbly request you order counsel for me, the have stolen my

Freedom without due process or even notice by which I could attempt to defend myself against their fraudulent "Order of Protection" based on the UNSIGNED personal testimony of my ex-wife which I swear under penalty of perjury is almost exclusively false.

I've never been arrested in my adult life, I've never touched my ex-wife in anger, and I have never threatened too.

When I reported the misconduct between judge Binkley and Story to the CoA, Binkley and Story retaliated by adding 5 more years to the fraudulent order of protection without notice, motion, or cause, Nobody will even tell me based on what - 3 years after the extra 5 year retaliation and 4 years after I lived in MI and the first cast the fraudulent OP based on lies I have proven are lies on court record repeatedly.

I need help! At the very least, I need time to finish my "First Amended Complaint." Please - I've done all I can everyday... FBI, DOJ/USTP, Police Reports. I must be allowed and protected in this case.

I'm sorry about this mess. I've been awake 2 days straight trying to make this deadline.

I need electronic filing please.

IN MY ACCOMPANYING DECLARATION there is a web link to my recorded phone call for your verification of why I filed in this court. Please listen to it. I didn't do it for any improper reason or motive. Emily was very nice. I did what I was told. No offense intended. I must object to any desire to discard my case. My desire is TO LITIGATE IT HERE. If that is IMPROPER THEN Please Transfer to the proper venue. Under Penalty of Perjury I swear this is all TRUE! Thank you