UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

      Plaintiff,                Case No. 1:23–cv–01097–PLM–RSK

  v.                           Hon. Paul L. Maloney

VIRGINIA LEE STORY, et al.,

      Defendants.
_____/

## **ORDER**

     The Court GRANTS plaintiff's motion for extension of time to file objections (ECF No. 10). Plaintiff's objections to the Court's Report and Recommendation (ECF No. 8) are due no later than January 10, 2024.

     IT IS SO ORDERED.

Dated:  January 2, 2024               /s/ Ray Kent
                                      RAY KENT
                                      U.S. Magistrate Judge