**Plaintiff 00:55:** So if I wanted to file a federal lawsuit in Lansing, for example, there's a federal district court there, I could do that.

**Court clerk 01:02:** Correct, [unintelligible] the western district, if you wanted to file your case in the western half of Michigan you could do that in Lansing.

**Plaintiff 01:08:** OK, does that make a difference?...as far as like, I'm in Linden, it's like an hour away...I'm kind of in the middle, but I don't like going to Detroit.

**Court clerk 01:17:** I understand.

**Court clerk 01:20:** Where did your case arise from?

**Plaintiff 01:24:** It arose from Tennessee actually.

**Court clerk 01:26:** Oh, OK, alright, so yeah, you can file it here.

.

.

.

**Plaintiff 01:50:** Am I able to file it in Michigan?

**Court clerk 2:00:** You can definitely file it here.  If they say it should have been filed in Tennessee, we transfer it down there.

**Plaintiff 02:07:** As far as statute of limitations and everything, does the file date preserve from when I file with you?

**Court clerk 2:14:** Yes, if you file it, you know, say today, today is the date you filed the case.

Exhibit A

Initials: