# 2

I've been married three times. **First Wife:** 18-20. **Second Wife:** mid-twenties, lasted 4-years. **Third & Last Wife:** 2005-2019 (WILCO Docket #48419B). For the sake of protecting their anonymity (within this document), I will call my most recent wife by a very fond, private pet name, **"Tootie"**. (It might not sound flattering, but it originated from the greatest fondness, and was never used derogatorily!) I will refer to my second wife here, as **"Previous Wife"** or **"Prior Wife"**.

*Pastors Jon & Kitty Sterns (Franklin Vineyard), Pastors Jerry & Cindy Bryant (Nashville Vineyard), Dr. Roy Hamley (Woodmont Hills Counseling Center), and* **Tootie** *(Girlfriend Extraordinaire):*

## Greetings!

This started off as an introduction letter to the Sterns, as they've succeeded in learning very little about me thus far (which I'll credit to my avoidance) but I've come to a point where I want to move forward, and to be **unknown** has never been my desire. (Did I hear the Bryant's say "AHMEN"? LOL) It requires a certain fondness, or at least a willingness to read, in order to grow very close to me.

The biggest emotional/spiritual problem that I have struggled with this past year, is the **absolute inability to "balance accounts"** from my past. My past relationships with God, the Vineyard (Nashville), and my **Previous Wife**. For that reason I've decided to also use this letter to try to put language to some of those issues, and am hoping that this will be an instrument that will help bring about closure. Jerry & Cindy – I think that there were a lot of things that were unsaid, but understood, yet I feel that I owe you a direct explanation of why I left the church, the nature of my hurts & resentments prior to leaving, the reason that now in coming back to church I have chosen the Franklin Vineyard over Nashville, and to tell you both once again that **I love you very much and truly appreciate the investment that you made into my life.**

I've decided to do this in an open format, copied to all those mentioned above, hoping **not** to cause anyone shame, or expose anyone's nakedness, but rather because I think it is important for all those addressed to understand **My Journey**, what has brought me to this point, decisions I've made and why, and how this all has impacted me thus far. Further I don't wish to speak behind anyone's back (except **Prior Wife** for reasons that shall become obvious later on). I've included Dr. Roy Hamely in the addressing of this letter as he is a Christian Counselor who is currently working with **Tootie** and myself, both individually and as a couple, to help aid us in moving forward. I've also copied this letter to **Tootie**, though much of it may be hard for her to read as it pertains to my ex-wife **Prior Wife**; I think that it is important that as we move forward together, we both are knowledgeable about what has brought us each to this point, and the struggles that we still face (individually and together) even if those struggles do not directly involve the other.

First off, in regards to the Pastoral oversight, Counseling, and Care, I give you all complete permission to speak freely with each other about me. I am largely an open book. If you have something to say, or a burden on your heart, please don't tip-toe with me, **just say it**. I seem to possess an anointing that at some point causes even the most conservative pastor to swear, in an attempt to get through to me. So I expect this. Please feel free to cuss as you must. LOL

**Please honor my request that you treat this letter with the absolute of confidentiality.** It is intended for those who are named at top and absolutely no one else.

Confidential                            Page 1 of 30                            2/9/2005

The only REAL "evidence" in #48419B are **MY OWN WORDS**. While they refuse to even allow me to provide the CONTEXT within which they were spoken, the background and history behind them. WHY I said what I said, WHEN I said it. Or what my words were even MEANT to communicate & convey! I'm just accused of texting/emailing **TOO MUCH** (try the **"block"** button), labeling me an **"abusive stalker"**. WORDS MEAN SOMETHING! I'm NO MORE of a "STALKER", than anyone reading this is a "PEDOPHILE"! To assassinate my character while REFUSING to HEAR my TESTIMONY & DEFENSE, is an unconscionable ABUSE OF POWER, causing me to suffer "OFFICIAL OPPRESSION" for well over 2 years now!

# Contents:

(It's a bad sign when a letter has a "Table of Contents".)

It may be UNUSUAL to be so verbose, but everyone is different, there is certainly no crime in that! I have been a WRITER who best communicates through writing since my TEENS! That is my FIRST AMENDMENT RIGHT! It is how I'm wired! How I personally process life and communicate most effectively. "Tootie" knew that when we met, long before we ever got married.

*My writing has by far attracted more women in my life than any other quality about me. Many women find my intense honesty, vulnerability, and sincerity, combined with my ability to articulate it, to be rare and something which they are attracted to, and/or can deeply RELATE with!*

Most of my life writing has been my most applauded strength and "gift". I've helped change policies throughout the State of Tennessee, before with this "gift". I've been thanked by governors, senators, mayors, given a special award... Often (if not USUALLY), Tootie EDITED my writing for grammar, punctuation, spelling, and overall content. Tootie showed little dislike for my writing, until she LEFT me, and it reminded her of the TRUTH, which we had both experienced together. Our promises to each other, while I tried to persuade her onto a healthier path for herself.

NEVER ONCE, in 15-YEARS, had I heard the word "ABUSE" or "Emotional Abuse" from "Tootie", until she secretly met with her first DIVORCE ATTORNEY! We walked very closely with numerous counselors, mentors, pastors, leaders in our lives, we have worked through several of our OWN issues and relational challenges. Yet NEVER ONCE was I remotely accused of "abusing" my beloved "Tootie" in ANY WAY, SHAPE or FORM! (Such claims are no less than litigious terrorism!)

| # | |
|---|---|
| 1 | Intro |
| 2 | Contents |
| 3 | Father – Adolescents – Vegas |
| 4 | Meet the Vineyard (Nashville) |
| 5 | The Sweat Shop |
| 6 | Met Prior Wife |
| 7 | Marriage ▓▓▓ |
| 8 | ▓▓▓ |
| 9 | True Love |
| 10 | ▓▓▓ |
| 11 | Father vs. Husband |
| 12 | Different Journeys |
| 13 | ▓▓▓ |
| 14 | Love / Hate Relationship |
| 15 | ▓▓▓ |
| 16 | Dear Jeff |
| 17 | ▓▓▓ |
| 18 | Purging the Prior Wife Files |
| 19 | ▓▓▓ |
| 20 | Divorced Previous Wife |
| 21 | ▓▓▓ |
| 22 | I'm never going to know! – Seeking Counsel |
| 23 | The Prophecy |
| 24 | Why did I leave the Vineyard (Nashville)? |
| 25 | Hurts and Resentments |
| 26 | Vineyard Mass Exodus |
| 27 | In Steps Tootie |
| 28 | Tootie Meets God |
| 29 | Walking Through Doors - Conclusion |

The point of me sharing this document with the Court is not the CONTENT, it is the VERBOSITY, the BULK OF WRITTEN CONTENT, a THIRTY-PAGE written letter PRIOR to marriage - where there were no secrets, all the cards were ALWAYS on the table (at least from my end)! This also shows the level of AUTHENTICITY, HONESTY, OPENNESS, TRANSPARENCY, VULNERABILITY, and the level of ACCOUNTABILITY that I've walked in for DECADES! This is WHO I AM! Regardless of what those with an agenda pretend or claim!

I have a LIFETIME of EVIDENCE proving MY IDENTITY! I belonged to writers groups at church. I founded **NashvilleChristian.com**, as I met with church leaders throughout the mid-state. Twice I was a guest on local radio programs. While I designed, administered and managed the website and fax service prior, for over a decade. I also served as Tootie's SOUND BOARD. She shared and bounced everything off of me, DAILY, while I helped her and her company in any way that I could! I communicated with Tootie probably **5-25 times per day** on average, via texts, emails and phone calls. **We were connected at the hip, and together a force to be reckoned with!** (This was as much by HER will as it was by MINE!) **We were a TEAM!**

Unfortunately, our greatest strengths are often our greatest weakness, when our lives enter into a state of trauma. (Hence, I do regret some things that I've said and done.) Yet REALITY is NOTHING as has been fraudulently claimed, to bind and discard me, without cost or consequence.