6



# Story Abernathy & Campbell
**PLLP | AN ASSOCIATION OF ATTORNEYS**

Virginia Lee Story  
virginia@tnlaw.org

Joanie L. Abernathy  
joanie@tnlaw.org

Neil Campbell  
neil@tnlaw.org

Kathryn L. Yarbrough  
kyarbrough@tnlaw.org

Of Counsel:  
James E. Story,*  
Attorney at Law

Marissa L. Walters  
Paralegal/Associate Attorney  
marissa@tnlaw.org

HISTORIC DOWNTOWN  
FRANKLIN, TENNESSEE  
136 Fourth Avenue South  
Franklin, TN  37064

OFFICE (615) 790-1778  
FAX (615) 790-7468

*Licensed in Kentucky

September 16, 2019

*Via Email*  
Mr. Jeffrey Fenton  
Email: ▇▇▇▇▇▇▇▇▇▇

*Via First Class Mail*  
▇▇▇▇▇▇▇▇▇▇

Re: *Fawn ▇▇▇ Fenton vs. Jeffrey Ryan Fenton*  
**Williamson County Chancery Court No. 48419B**

Dear Mr. Fenton:

<span style="color:red">Once Ms. Story obtained possession of my home, she reneged upon every commitment made during the 8/29/2019 hearing in Chancery Court.</span>

My client was at the house over the weekend ~~and has indicated that you left the house in a mess despite you having known since August 1, 2019 that the property would be auctioned~~. The costs for cleaning out the house and moving the items that you have tagged **per the Court Order** to storage will be in excess of **$2,000**. Please send a check payable to Fawn Fenton noted for moving and clean up to my office address. I will provide you with each invoice so you have an accounting of actual costs.

<span style="color:red">Attorney Story said in Court on 8/29 that all expenses would be paid out of the proceeds from the auction (which hadn't even taken place yet).</span>

If I do not receive a check from you in the amount of **$2,000** by **Friday, September 20, 2019**, we will have to **sell the remaining items in the house and then dispose of the items that cannot be sold**. Any proceeds from items sold will be deposited into the Clerk's office for distribution after payment of the costs.

<span style="color:red">This letter was dated and postmarked on 9/16/2019, while she is DEMANDING these funds by 9/20/2019, the day it reached Michigan.</span>

As for the items you have tagged and for which you will send the **$2,000 advance by Friday, September 20, 2019**, for the movers and clean up, please make the arrangements for a storage unit. This will need to be done by **Thursday, September 26, 2019**. Send me the name of the storage location and unit number with verification that the amount has been paid in advance so that when the movers arrive there are no snags.

<span style="color:red">Per Ms. Story's own fraudulent Ex Parte "Order of Protection", if I still had possession of my firearms, I would have GONE TO JAIL!</span>

**Finally, we did not locate any guns in the house.** Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all types, manufacturers, and models.

<span style="color:red">I see this being for absolutely NO reason other than BLOOD LUST! Wanting to forcefully TAKE and LIQUIDATE every single thing I owned!</span>

Sincerely,

*[signature]*

Virginia Lee Story  
Attorney at Law

cc: Ms. Fawn Fenton

<span style="color:red">This is how abusive, heavy-handed, and bullying Attorney Virginia Lee Story treated me throughout every action in this mass deprivation of rights and property, without so much as HEARING my DEFENSE, while Judge Michael W. Binkley enabled and empowered her every cruel, savage, inhumane, and criminal actions. While neither showed any care for the Rule of Law, their Oaths of Office, either State or Federal Constitutions, the Judicial Canons, or the Rules of Professional Conduct! Ms. Story's actions are even in violation of BASIC INTERNATIONAL HUMANITARIAN LAWS!</span>

williamsoncountyattorneys.com                              + *Rule 31 Family Law Mediator*

<span style="color:red">[Left margin vertical annotation:] In Court on 8/29/2019 (transcripts hidden in R.v4 (pages 495-523), Ms. Story INSISTED that I leave my Personal Property, at the residence for FALSE, fraudulent, and unsubstantiated reasons. Now, under false claims, having only had FIVE-DAYS NOTICE of a wrongful eviction, that SHE INSISTED upon in Court on 8/29, as I tried to meet her OUTRAGEOUS DEMANDS that I TAG every item I wanted to KEEP (nearly EVERYTHING I OWNED, which is WHY I OWNED IT). As I tried to assist my elderly disabled roommate/tenant, who ended-up HOMELESS as a result of her demands during my 8/1/2019 hearing, illegally ignoring his leasehold RIGHTS! Now Ms. Story is insatiably trying to EXTORT thousands of Dollars from my meager elderly mother, knowing that Ms. Story already TOOK my INCOME, my SHELTER, my SAVINGS, leaving me BROKE, HOMELESS, and DESTITUTE!</span>



**Story Abernathy & Campbell**
PLLP | AN ASSOCIATION OF ATTORNEYS

**Virginia Lee Story**
virginia@tnlaw.org

**Joanie L. Abernathy**
joanie@tnlaw.org

**Neil Campbell**
neil@tnlaw.org

**Kathryn L. Yarbrough**
kyarbrough@tnlaw.org

Of Counsel:
**James E. Story,**
Attorney at Law

**Marissa L. Walters**
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

Licensed in Kentucky

September 26, 2019

<u>*Via First Class Mail and E-Mail*</u>

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

Re: ***Fawn [redacted] Fenton vs. Jeffrey Ryan Fenton***
***Williamson County Chancery Court No. 48419B***

Dear Mr. Fenton:

> OH WOW!!! This just doesn't STOP! Judge Michael W. Binkley refused to perform his JUDICIAL DUTY to equality, impartiality, fairness, due process, mitigating loss, and stopping CRUEL MISCONDUCT by a FRIEND! (This was a DIVORCE, can I possibly LIVE through this?)

To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

> Then it doesn't SOUND like you FORCED me to LEAVE my Personal Property behind so that you can SELL it for any quasi-legitimate reason, but rather just to CRUELY HARM the disabled and financially disadvantaged party, EVEN MORE! PURELY for the DOMINATING POWER-TRIP, and FUN! That's WORSE than being GREEDY! **That is SICK and SADISTIC!** (Yet there's more still to come...) Is there any INTEGRITY at all within the Williamson County Chancery Court??? I can't see HOW on EARTH this is remotely JUSTIFIABLE!

Jeffrey Fenton
**September 26, 2019**
Page 2

==Finally, you still have not disclosed where all of your guns are located.== Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

*Virginia Lee Story*
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton

---

The most LAWLESS person I have ever met, on EITHER side of the LAW! Attorney Virginia Lee Story believes that I'll endlessly allow her to BULLY, ABUSE, ROB, RAPE, and TERRORIZE me and my family "under color of law"! SORRY! NO COURT OF LAW has the AUTHORITY or JURISDICTION for what you have DONE! EVERYTHING IS VOID IN #48419B and I'm pressing CRIMINAL CHARGES for at least a HALF-DOZEN State, Federal, and CONSTITUTIONAL FELONIES, which YOU committed along with the "help" of SEVERAL of your "FRIENDS"! You and Judge Michael W. Binkley can KILL me if you want, while the WHOLE WORLD WATCHES! I've already had extensive communications with the DOJ. I tracked down the same Nashville FBI "Special Agent" who Arrested Corrupt Nashville Judge Casey Moreland, after getting tired of being rejected by their call centers. You have MISJUDGED my courage! I will EXPOSE your crimes to every member of State and Federal Law Enforcement, local government, and Courts throughout the Country, until somebody cuts this CANCER out of the Williamson County Chancery Court! I know that I'm risking my own LIFE, but I'd rather die as a FREE man than live as your SLAVE! (Peaceful Protests!) I just hope the FBI/DOJ catches you in any further harm you try to cause me and my family, because I KNOW you will!

---

**JUDGE MICHAEL W. BINKLEY & ATTORNEY VIRGINIA LEE STORY vs JEFFREY RYAN FENTON**
**WILIAMSON COUNTY CHANCRY COURT | 08/29/2019 | #48419B | M2019-02059 | R.v4 (502:20 – 503:9)**

```
20            MS. STORY:  If he will tag the items that
21   he wants, like my client tagged the items per your
22   order, if he'll just put a tag on items he wants,
23   we'll make sure that those get stored, and then we can
24   use the proceeds from the sale.  We're going to
25   deposit those into the clerk's office.  And we can use
 1   those to pay the next storage unit and then when he
 2   gets ready to come here and get his things, or maybe
 3   he wants to use some of his proceeds to have them
 4   shipped to him...
 6            So I'm trying my best to be as
 7   accommodating to him...
 8   this is going to be a simple process for him.
```

williamsoncountyattorneys.com              Rule 31 Family Law Mediator