8

**Fawn Fenton**
(615) ███-7377 • mobile



>> Can I pickup Taco Salads and come have dinner with you?
Jan 21, 2019


Hello, thank you for the offer, but no, I am too tired and I have a headache. I'll see you tomorrow.
Fawn Fenton (mobile) • Jan 21, 2019

>> Ok... see you in the morning.
Jan 21, 2019




Terry is at 215 Centerview, suite 208, right?
(I am on potty with belly-ache right now... Going to try to get out the door soon...)
Fawn Fenton (mobile) • Jan 22, 2019

>> No, he is in Maryland Farms now:
>> 5115 Maryland Way, Suite #134, Brentwood, TN 37027
>> Inside the Chapple Building
Jan 22, 2019




Oh ok!

I might be a few minutes late... Pooper not cooperating... Cramps.... Ungh....
Fawn Fenton (mobile) • Jan 22, 2019

>> I always park in the back of the building, and enter from the back. I'm heading there now. When you get there I can come out and show you the way from the first floor lobby.
>> It would probably be quickest for you to take the back way, up Church Street, onto Maryland Way.

>> Careful I just hit a bad to ice
>> A patch of ice
Jan 22, 2019




Having terrible cramps... Can't get out of bathroom right now... This sucks, sorry!
Fawn Fenton (mobile) • Jan 22, 2019

**Fawn Fenton**
(615) ███-7377 • mobile



> If you're still on the body it's time to abort Mission and head to Terry's
> Jan 22, 2019

**F** Doubled over in pain... Can't walk yet... The enemy is attacking me with cramps...
Fawn Fenton (mobile) • Jan 22, 2019

> Dang... we're here waiting.
> Jan 22, 2019

**F** This really sucks, I don't think I'm going to make it... Curled up on floor in fetal position in pain with terrible cramps....
Fawn Fenton (mobile) • Jan 22, 2019

> I'm sorry.
> Jan 22, 2019

**F** Does Terry have another appointment at 9? I will pay him for another hour if he's available... (Cramps starting to subside a little....)
Fawn Fenton (mobile) • Jan 22, 2019

> Tuesday 11, 4, 5
> Thursday wide open except for 2. (Probably 9am, or??)
> Jan 22, 2019

**F** Do you mean Tuesday today? (Could do 11:am today)...
Fawn Fenton (mobile) • Jan 22, 2019

> Terry could do noon or 3 today.
> Jan 22, 2019

**F** Ok noon!
Fawn Fenton (mobile) • Jan 22, 2019

> Ok, see you at noon today.
> Jan 22, 2019

**F** Ok thank you!
Fawn Fenton (mobile) • Jan 22, 2019

**Fawn Fenton**
(615) ▮-7377 • mobile

> See you then!

> I'm back in my car, about to hit Kroger's quickly for Ice Cream and Kiwi Veggies, is there anything that I can pickup and bring you, to help you feel better? Drugs, over the counter meds, breakfast?
>
> I'd seriously be glad to bring you anything that will help make your morning a little better.
>
> Do you need me to take you to the doctor or hospital?
>
> I could pickup your fetal position body, wrap you up in a sheet or blanket, lay you in your hatchback or my trunk, and drive you to the ER or the clinic of your choice?

> Still at Krogers... ?
>
> Jan 22, 2019

**F** Oh hello, I was sleeping. I am mostly ok now. Definitely have a cold, though.
Fawn Fenton (mobile) • Jan 22, 2019

> Need anything from store?
>
> Jan 22, 2019

**F** No that's ok. Thank you very much for offering, though.
Fawn Fenton (mobile) • Jan 22, 2019

> I'm in the lobby on the first floor waiting on Terry and you.
>
> Jan 22, 2019

**F** Thank you again for the balloon and flowers and donuts, I really do love them and that was so thoughtful of you.
Fawn Fenton (mobile) • Jan 22, 2019

> Thank you for answering your phone when I called.
>
> Jan 22, 2019

**F** You're welcome. Thank you again for the balloon and flowers, they're brightening my kitchen.
Fawn Fenton (mobile) • Jan 22, 2019

**Fawn Fenton**
(615) ███-7377 • mobile



😢 my heart is broken for you too. I'm so, so sorry for your pain. I know you're a good person, which is why I'd hope someday we can still be friends.

Fawn Fenton (mobile) • Jan 23, 2019

> Hopefully we can!
> Jan 23, 2019

A part of my heart will always love you too.

Fawn Fenton (mobile) • Jan 23, 2019

> Goodnight Tootie! Please forgive me someday if/when you can!
> Jan 23, 2019

I am definitely working on forgiving you. You deserve forgiveness, and I hope you can heal from this huge loss. I am so sorry I was unable to communicate with you and I'm sorry for all the times I made things worse.

Fawn Fenton (mobile) • Jan 23, 2019

> Here is what I would say about myself in hinddight, "I've never know someone who worked harder, while getting nothing meaningful done."
> Jan 23, 2019

Hello, I pray for some peace for you today. (Regarding your text right above, I used to always think of you like you were riding a stationary exercise bicycle; peddling furiously, working so hard, but going nowhere. Sorry, not that that helps.) Anyway, my cold is much much much worse today. At least I have donuts, those sure are good and cheer me up. 🍩 🧁 ☕ 🍞 🥐 🍩

Fawn Fenton (mobile) • Jan 23, 2019

Thanks again for the donuts and flowers! I just ate last donut yesterday; flowers are still doing good!

Fawn Fenton (mobile) • Jan 26, 2019

Understandable that your mom wants to sympathize with you. Situation is definitely heart- breaking.

Fawn Fenton (mobile) • Jan 27, 2019

> Yeah, but not really helpful.
> Jan 27, 2019

**Fawn Fenton**
(615) ▮-7377 · mobile



 Phone is falling on my face... Nightie night...
Thank you for being kind.

Nightie night. Likewise Tootie!

Never in my life did I want it to be me against you! That was my worse nightmare!

