UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIG

**FILED - LN**
January 19, 2024 4:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /      SCANNED BY /\ / 1|\\)o|24

**JEFFREY RYAN FENTON,**

          PLAINTIFF

V.

**VIRGINIA LEE STORY** ET AL.,

          DEFENDANTS

**CASE NO. 1:23-CV-1097**

## TENNESSEE COURT MOTIONS IN CHRONOLOGICAL ORDER

Plaintiff brings this testimony pursuant to 28 U.S. Code § 1746.

I, Jeffrey Ryan Fenton, testify as follows:

1.    This federal lawsuit (Case No. 1:23-CV-1097) seeks a cure for two fraudulent predatory actions in Middle Tennessee during 2019 (four substantially fraudulent and vexatious legal attacks intertwined), allegedly on behalf of my wife (at that time), "Fawn Tiffany Fenton". (Hereinafter "Ms. Fenton", "wife", or "ex-wife".)

2.    The genesis of this complaint came colored as a domestic divorce action (with no children), executed in the Williamson County Chancery Court in the State of Tennessee. Bundled along with a completely unnecessary, strategically engineered, precisely timed, fraudulent federal bankruptcy filing, by my ex-wife, to cheat me out of my property interests, while alleviating my former ex-wife from paying the significant "transitional alimony" as we had repeatedly agreed upon.