3



# Fenton 19-02693: sale motion complaint

**Seliber, Megan (USTP)** <Megan.Seliber@usdoj.gov>
To  Jeff Fenton
Tue 3/15/2022 6:08 PM

📎 fenton 319-02693 deed.pdf
   247 KB

Mr. Fenton,

==I further investigated your complaint that you were not given notice of the motion to sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did not receive notice.== Because Judge Binkley gave your ex-wife the power to close the sale in family court, it does not appear that any objection in bankruptcy court would have been availing even if you had been given notice.  For your records, I've attached the warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further, ==I believe that because the family court had dual jurisdiction over the property, you will need to seek any further remedy in state court.==  As the property has already been sold to a third-party purchaser, it is also unclear if any remedies would be available.

This concludes my investigation into your complaint.

Best,



Megan Seliber
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN  37203
(615) 695-4060