# 12

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

| | | |
|---|---|---|
| FAWN ▌ FENTON,<br>Plaintiff/Wife, | )<br>)<br>) | 2019 OCT 21  PM 3:58 |
| vs. | )<br>) | No. 48419B    FILED FOR ENTRY _____ |
| JEFFREY RYAN FENTON,<br>Defendant/Husband. | )<br>)<br>) | |

### AFFIDAVIT OF VIRGINIA LEE STORY

RECEIVED BY
Judges' Chambers
Date: 10-22-19 ⟨w⟩

STATE OF TENNESSEE       )
COUNTY OF WILLIAMSON )

Comes now, Virginia Lee Story, attorney of record for the Petitioner, and after being first duly sworn, states as follows:

1. I am over 18 years of age and have personal knowledge of the following facts.

2. At the August 29, 2019 hearing in this matter, the Court set this matter for final hearing on October 21, 2019 in open Court with Mr. Jeffrey Fenton present in the courtroom.

3. Since the August 29, 2019 hearing, Mr. Fenton relocated to Michigan.

4. In his handwritten note, he stated that he does not want to contest the divorce and that he does not wish to communicate with Virginia Story or anyone from her firm, ever again. He states that he will never be in Tennessee again.  See attached **Exhibit 1**.

FURTHER AFFIANT SAITH NOT.

_____
**VIRGINIA LEE STORY**

SWORN to and subscribed before me this 21st day of October, 2019.

_Heidi L. Macy_
Notary Public
My Commission Expires: 6-19-22

[Seal: HEIDI L. MACY — STATE OF TENNESSEE NOTARY PUBLIC — WILLIAMSON COUNTY]

D

FAWN,

2019 OCT 21 PM 3:58

FILED FOR ENTRY ____

Thank you so much for leaving the picture here for me (your painting). It is out of no anger or resentment that I leave it behind. I just can't keep it. out of intense sadness of losing YOU!

I treasure it more than anything! (But I must...)

I hope you will keep it, and find that part of yourself again. That happy, simple playful place.

I also can't keep my wedding ring, so you are no longer bound to that pact. I just can't. It would kill me. I buried mine back where our little friends used to live. Not one came to visit during my stay here, which broke my heart. The blue ray was from Mack, the gas mask has your name on it and was sized for you, the monopod you asked for.

MY LOVE!!!
MY REGRET!
MY PRAYER!

ELECTRONICS TOYS & GIFTS

EXHIBIT 1

I am so sorry things ended this way, but I can never speak with you again. To protect my heart, not out of anger or resentment.

**MY HOPE!** BECAUSE MS. STORY LITERALLY TERRORIZED AND ABUSED ME BEYOND BENEFIT TO ANYONE!

I will never communicate with Virginia Story or anyone from her firm, ever again. Regardless of the consequences.

**MY OFFER:** IF, and ONLY IF THE TERMS OF MY OFFER ARE ACCEPTED. BUT MS. STORY STEALS EVERYTHING, WHILE SECRETLY DENYING MY TERMS!

If she will drop all charges and never contact me again, then I will likewise drop my 250 page counter motion set for october 21st.

**MY TERMS:** REQUIRED CONDITIONS. A VERY GENEROUS OFFER, BUT THEY ALWAYS WANT TO TAKE MORE BY FORCE!

I will mail you the free simple divorce papers signed — and as long as no lawyers are involved, we each walk with what we have, Assets + debts, and no alimony etc... due either ever. only if we finish non-contested together without a lawyer

*[annotation: WIFE HAS ALWAYS KNOWN THIS!! THE "DANGER GAME" IS JUST LEVERAGE, TO GET THE POLICE TO HELP, AS THEY COMMIT A CRIME!]*

as we promised each other.

I would and will never hurt you or those you love in any way. Despite what they cost me.

I will always love you. I leave only with tremendous sadness, nothing more.

*[annotation: I OFFERED: TO LET HER GET AWAY WITH EVERYTHING!! BUT HER OWN GREEDY LAWYER PUTS HER AT RISK SIMPLY FOR THE THRILL OF DOMINATING AND ABUSING ME MORE!! WHEN IS ENOUGH, ENOUGH???]*

If Ms. Story tries to use any of this against me, I will dedicate my life to fighting and appeal this to state court where the sale of our home will be found and proven to be against state laws. If I never hear from Ms Story or her staff or court, then I'm done, and I surrender all. I will always love you. I'm so sorry! JH


Please don't sell or discard any of this (except gas mask & flower vase if you want.) It was all worth MORE THAN MONEY. or it wouldn't be sitting here

It is my kiss on the cheek goodbye! Please kiss and hug my puppy for me.

Non-Contested, Joint, No Assets or Debts, Divorce papers to be mailed to you within 2 weeks. It might take me a week to get to MI and unload this crap.

**MY TERMS REPEATED:** TO MAKE ABSOLUTELY SURE THERE WERE NO MISUNDERSTANDINGS, QUESTIONS, OR CONFUSION, WHICH COULD FORCE US BOTH THROUGH MORE TOTALLY UNNECESSARY PAIN! WITHOUT BENEFIT TO ANYONE, EXCEPT FOR TO A SADIST!

**MORE** TOTALLY UNNECESSARY PEACEFUL REASSURANCE, TO REMOVE ANY POSSIBLE LINGERING THOUGHT, EVEN IF FROM HER OWN FAKE STORY!

I will never be in Tennessee Again. You never have ANYTHING TO FEAR FROM ME!

Love,

Goodbye FAWN!

FAWN ███ FENTON vs JEFFREY RYAN FENTON
08/29/2019

**DESPITE MS. STORY'S PROMISE IN COURT ON 8/29/2019, TO HOLD COURT OVER THE PHONE - THEY REFUSED WITHOUT NOTICE!**

1   MS. STORY: ==Since he probably will be==
2   ==moving to Michigan, I would be amenable to him==
3   ==attending the final hearing by telephone if he doesn't==
4   ==want to drive back.== And I can tell you, I will try to
5   accommodate him in any way I can.
6   THE COURT: ~~I know you will.  You already~~
7   ~~have~~.
8   MS. STORY: And, also, the order probably
9   needs to say that Ms. Fenton can execute any other
10  documents that need to be executed because he might
11  not be here to sign anything, that Mr. Anderson might
12  need signed.  So I would like to be able to put that
13  in the Order.
14  THE COURT: All right.  <u>Then if you'll</u>
15  <u>prepare the Order, that'll take care of us</u>.  That's
16  what we're doing.  That's the Order of the Court.
17  Thank you very much.
18  (Proceedings were adjourned at 11:44 a.m.)
19
20
21
22
23
24
25

(615) 933-6786
www.harpethcourtreporters.com                    24

**2019-10-07 GIFTS LEFT AT OUR HOME FOR MS. FENTON WITH NOTE**



## 2019-10-09 EMAIL FROM AUCTIONEER CONFIRMING MS. FENTON RECEIVED THE GIFTS, RATHER THAN SOMEONE ELSE TAKING,

AUCTIONEER PROMISED ME A HUD-1 "SETTLEMENT STATEMENT" WHICH I NEVER GOT

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Wednesday, October 9, 2019 6:42 PM
**To:** Jeff Fenton
**Subject:** Re: Closing | Utilities | Fully-Executed Settlement Statement
**Attachments:** image001.gif

Yes Fawn received all electronics and got them in her possession. I will have title company send you everything upon closing completion.
Sincerely,
Tommy Anderson

On Wed, Oct 9, 2019, 5:38 PM Jeff Fenton <jeff.fenton@live.com> wrote:

Hello Tommy,

Please let me know once the closing is completed, so that I can disconnect the utilities. They are all currently being billed to me, on my credit, and I need to minimize accruing debt, especially with zero proceeds from the sale, with which to pay any of my debts or expenses, while remaining unemployed.

Also, did you inform Fawn about the TV and Camera equipment at the house for her? Do you know if she has obtained that yet, or what her plan is? (I just want to ensure that Fawn gets the equipment, rather than the new buyer... he already got a good enough deal!)

Finally, I would like a scan of the fully executed HUD-1, emailed to me please, upon closing.

Thank you, sir.

Jeff Fenton

1986 Sunnyside Drive

Brentwood, TN 37027

1

# Tenn. R. Sup. Ct. 1.0

## Rule 1.0 - TERMINOLOGY

(a) "Belief" or "believes" denotes that the person involved actually supposed the fact in question to be true. A person's belief may be inferred from circumstances.

(b) "Confirmed in writing," when used in reference to the informed consent of a person, denotes informed consent that is given in writing by the person or a writing that a lawyer promptly transmits to the person confirming an oral informed consent. See paragraph (e) for the definition of "informed consent." If it is not feasible to obtain or transmit the writing at the time the person gives informed consent, then the lawyer must obtain or transmit it within a reasonable time thereafter.

(c) "Firm" or "law firm" denotes a lawyer or lawyers in a law partnership, professional corporation, sole proprietorship or other association authorized to practice law; or lawyers employed in a legal services organization or the legal department of a corporation, government agency, or other organization.

(d) "Fraud" or "fraudulent" denotes an intentionally false or misleading statement of material fact, an intentional omission from a statement of fact of such additional information as would be necessary to make the statements made not materially misleading, and such other conduct by a person intended to deceive a person or tribunal with respect to a material issue in a proceeding or other matter.

(e) "Informed consent" denotes the agreement by a person to a proposed course of conduct after the lawyer has communicated adequate information and explanation about the material risks of and reasonably available alternatives to the proposed course of conduct.

(f) "Knowingly," "known," or "knows" denotes actual awareness of the fact in question. A person's knowledge may be inferred from circumstances.

(g) "Partner" denotes a partner in a law firm organized as a partnership or professional limited liability partnership, a shareholder in a law firm organized as a professional corporation, a member in a law firm organized as a professional limited liability company, or a sole practitioner who employs other lawyers or nonlawyers in connection with his or her practice.

(h) "Reasonable" or "reasonably," when used in relation to conduct by a lawyer, denotes the conduct of a reasonably prudent and competent lawyer.

(i) "Reasonable belief" or "reasonably believes" when used in reference to a lawyer, denotes that the lawyer believes the matter in question and that the circumstances are such that the belief is reasonable.

(j) "Reasonably should know," when used in reference to a lawyer, denotes that a lawyer of reasonable prudence and competence would ascertain the matter in question.

(k) "Screening" and "screened" denote the isolation of a lawyer from any participation in a matter through the timely imposition of procedures within a firm that are reasonably adequate under the circumstances to protect information that the isolated lawyer is obligated to protect under these Rules or other law.

(l) "Substantial" or "substantially," when used in reference to degree or extent, denotes a material matter of clear and weighty importance.



## Tenn. R. Sup. Ct. 3.3

Rule 3.3 - Candor Toward the Tribunal

BY LAW, any STATEMENTS or AFFIDAVITS written by a Lawyer, especially in an EX PARTE HEARING against a PRO SE LITIGANT, which FAILS to include ALL the MATERIAL FACTS KNOWN TO THE LAWYER, that will enable the tribunal to make an informed decision, whether or not the facts are adverse, constitute "FRAUD UPON THE COURT, BY OFFICER(S) OF THE COURT!"

**(a)** A lawyer shall not knowingly:

   **(1)** make a false statement of fact or law to a tribunal; or

   **(2)** fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel; or

   **(3)** in an ex parte proceeding, fail to inform the tribunal of all material facts known to the lawyer that will enable the tribunal to make an informed decision, whether or not the facts are adverse.

**(b)** A lawyer shall not offer evidence the lawyer knows to be false, except that a lawyer who represents a defendant in a criminal proceeding, and who has been denied permission to withdraw from the defendant's representation after compliance with paragraph (f), may allow the client to testify by way of an undirected narrative or take such other action as is necessary to honor the defendant's constitutional rights in connection with the proceeding.

**(c)** A lawyer shall not affirm the validity of, or otherwise use, any evidence the lawyer knows to be false.

**(d)** A lawyer may refuse to offer or use evidence, other than the testimony of a client who is a defendant in a criminal matter, that the lawyer reasonably believes is false, misleading, fraudulent or illegally obtained.

**(e)** If a lawyer knows that the lawyer's client intends to perpetrate a fraud upon the tribunal or otherwise commit an offense against the administration of justice in connection with the proceeding, including improper conduct toward a juror or a member of the jury pool, or comes to know, prior to the conclusion of the proceeding, that the client has, during the course of the lawyer's representation, perpetrated such a crime or fraud, the lawyer shall advise the client to refrain from, or to disclose or otherwise rectify, the crime or fraud and shall discuss with the client the consequences of the client's failure to do so.

**(f)** If a lawyer, after discussion with the client as required by paragraph (e), knows that the client still intends to perpetrate the crime or fraud, or refuses or is unable to disclose or otherwise rectify the crime or fraud, the lawyer shall seek permission of the tribunal to withdraw from the representation of the client and shall inform the tribunal, without further disclosure of information protected by RPC 1.6, that the lawyer's request to withdraw is required by the Rules of Professional Conduct.

**(g)** A lawyer who, prior to conclusion of the proceeding, comes to know that the lawyer has offered false tangible or documentary evidence shall withdraw or disaffirm such evidence without further disclosure of information protected by RPC 1.6.

**(h)** A lawyer who, prior to the conclusion of the proceeding, comes to know that a person other than the client has perpetrated a fraud upon the tribunal or otherwise committed an offense against the administration of justice in connection with the proceeding, and in which the lawyer's client was not implicated, shall promptly report the improper conduct to the

1