**FILED - LN**
January 19, 2024 4:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __llg /_____   SCANNED BY \_\_ / \__ \__

# *FAWN* ▮▮▮▮ *FENTON*

## VS

# *JEFFREY RYAN FENTON*

Hearing

*August 29, 2019*

**H**
**HARPETH**
**COURT REPORTERS**

(615) 933-6786
www.harpethcourtreporters.com

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



```
 1                    IN THE CHANCERY COURT FOR
                     WILLIAMSON COUNTY, TENNESSEE
 2

 3

 4     FAWN ▮▮▮▮▮▮ FENTON,              )
                                         )
 5                                       )
                          Plaintiff,     )
 6                                       )  No. 48419B
       vs.                               )
 7                                       )
       JEFFREY RYAN FENTON,              )
 8                                       )
                                         )
 9                     Defendant.        )
       - - - - - - - - - - - - - - - - - - - - - - - - -
10

11

12

13                            HEARING

14                 Before Judge Michael W. Binkley

15                        August 29, 2019

16                          11:20 a.m.

17

18

19

20

21

22

23
                            Reported by:
24                     Harpeth Court Reporters
                         Franklin, Tennessee
25                     Emily L. Sipe, RPR, LCR
```

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3            #48419B, Technical Record Volume-4, Pages 495-523
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ■■■■■ FENTON vs JEFFREY RYAN FENTON
08/29/2019

```
1    APPEARANCES:

2    For the Plaintiff:
          VIRGINIA LEE STORY
3         136 4th Avenue South
          Franklin, Tennessee  37064
4         (615) 790-1778
          Virginia@tnlaw.org
5

6    For the Defendant:
          Pro se
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

```
 1                P R O C E E D I N G S

 2        00:42.2 THE COURT:  I want that to be in the

 3    Order because it's best that we put everything in the

 4    Order.  This gentleman, he's going to share and pay

 5    one half of the per diem plus any expenses that he may

 6    incur as a result of asking for all or a portion of

 7    the transcript that will be ordered by him.  Okay?

 8                All right.  Ms. Story?

 9        01:19.4 MS. STORY:  Your Honor, the motion that

10    we are here on today is a motion for violation of the

11    order of the court that was August 14th of '19.  And

12    after the order was entered, there was a pretty scary

13    communication from Mr. Fenton.  I am not here today to

14    argue about that motion necessarily.  The more

15    pressing matter -- and that was his response, that is

16    the lengthy response we received this morning.  It

17    deals more with the issues of why he made those

18    statements and those type of things.

19        02:05.7 But the more pressing issue, Your Honor,

20    was the deadlines for getting this house sold.  So

21    having leased the property, 1986 Sunnyside Drive in

22    Brentwood, you ordered that it be sold by auction.

23    You ordered the attorneys to select an auctioneer,

24    which we did, and we got a referral from the chancery

25    court clerk's office.  And it ended up it was Pat
```

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1    Marlin, who was actually a Realtor, but he does
2    auctions and he used the services of Clyde Anderson.
3    You know Clyde.  He had done auctions for many years
4    around here.  And his son, Tommy Anderson, is now in
5    the business.  So Mr. Anderson went out to the
6    property with Ms. Fenton, Mr. Fenton.  We had some
7    difficulty with the scheduling date, but we were able
8    to get into the house.  And Mr. Anderson, Mr. Duke,
9    who was Mr. Fenton's previous lawyer, and Ms. Yarbro
10   from my office went to the property.  Ms. Fenton
11   tagged the items like your Order told her to, and it
12   was our understanding that Mr. Fenton would be out of
13   the house by September 1.  He said he was going to
14   Michigan and that's where his, I think, his mother
15   lives.  I ~~think~~ _know_ his father has a lake home in
16   Tennessee.  That's where we thought maybe it would be
17   more logical for him to go, but that is up to him
18   where he wants to go.

19       03:49. | What is obvious, Your Honor, is you're
20   going to have to set a date for him to be out.  The
21   order said it would be auctioned 45 days from
22   August 1st, and so that would be -- this is in your
23   order of August the 16th.  It would be 45 days from
24   the date of August 1st, the marital residence would be
25   sold by auction.  And I have the auction contract here

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1   for Mr. Fenton to sign, and I'm asking him to do that

2   today.  If for any reason he refuses to sign, I'm

3   asking the court to put in the order that Ms. Fenton

4   have the authority to execute any and all documents

5   necessary for Mr. Anderson to get his property sold.

6       *04:45.4* The other thing I think is important,

7   Your Honor is --

8       *04:48.5* THE COURT:  What do you suggest as a

9   deadline again?

10      *04:49.8* MS. STORY:  It was in the Order already.

11  It was September 15th.  He said that he was moving

12  September 1st.  That is Sunday.

13      *04:59.8* MR. FENTON:  That was my tenants move out

14  by then, and then I had 45 days was for me.

15      *05:05.4* MS. STORY:  That is not true.  He said

16  that he had 45 days after September 1st to move, but

17  that wouldn't even make sense.

18      *05:12.0* THE COURT:  Okay.  Well, what does the

19  Court Order say?  Because I'm going to stick with

20  that.

21      *05:15.6* MS. STORY:  The Court Order says, "The

22  motion to sell marital residence by auction is granted

23  and the same shall be auctioned within 45 days from

24  the date of August 1st."

25      *05:27.9* THE COURT:  Okay.

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ███████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1    05:29.5  MS. STORY:  So he's got to be out for

2    them to get this place ready to go.

3    05:34.1  THE COURT:  All right.  What date do you

4    suggest?

5    05:36.7  MS. STORY:  I have seen correspondence

6    where he said September 1st.  Now he's saying he

7    can't.  So I would suggest September 3rd, which is

8    next Tuesday.  And I would like the Order to reflect

9    that the Williamson County sheriff's department will

10   accompany him.  And at this point --

11   05:58.5  THE COURT:  You mean off the property?

12   06:00.5  MS. STORY:  Off the property.  And I

13   don't think he needs to take any property.

14   06:04.4  What he did, Your Honor, in this response

15   he filed, they had a TV that -- a Sony TV, a big

16   screen, that my client's brother had given her.  He

17   now tells me in this response that he sold it for

18   $1,000.  And then the other thing, there was a

19   dehumidifier in the basement that was like a $2,500 to

20   3,500 dehumidifier for moisture.  He sold that.  So if

21   you let him take anything out at this point it's going

22   to be sold and he's dissipating marital assets, which

23   would be in violation of the restraining order.

24   06:45.5  And at this point Mr. Anderson, he can

25   tag everything, they can video everything.  We will

*They can video all the property*

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1   not disturb anything.  If we have to use proceeds to

2   get a storage unit, we will do that for Mr. Fenton's

3   belongings.  Mr. Fenton, in his response says he has a

4   fear of heights.  And so driving to Michigan, he has

5   to drive over the Cincinnati bridge.

6        *07:12.5* MR. FENTON:  Yeah.  That's really hard

7   for me.

8        *07:14.4* MS. STORY:  And so he says he can't drive

9   a U-Haul over it.  So if we can just let him take his

10  clothing, his jewelry, his personal effects, whatever

11  he needs that he can pack in his car, and not have to

12  drive a U-Haul of furniture at this point, that might

13  be the best thing to do.

14       *07:33.1* MR. FENTON:  Where is my furniture going

15  then?

16       *07:36.1* THE COURT:  Wait a minute.  We're doing

17  this one at a time.  *Laughter*

18       *07:39.3* MR. FENTON:  I'm sorry.

19       *07:41.5* THE COURT:  Go ahead.

20       *07:42.1* MS. STORY:  If he will tag the items that

21  he wants, like my client tagged the items per your

22  order, if he'll just put a tag on items he wants,

23  we'll make sure that those get stored, and then we can

24  use the proceeds from the sale.  We're going to

25  deposit those into the clerk's office.  And we can use

1   those to pay the next storage unit and then when he

2   gets ready to come here and get his things, or maybe

3   he wants to use some of his proceeds to have them

4   shipped to him since he, you know, does have a fear of

5   driving the U-Haul.

6       08:16.4 So I'm trying my best to be as

7   accommodating to him and considering his condition

8   that, you know, this is going to be a simple process

9   for him.  He can take his clothes, his personal

10  property, be out September 3rd.  We will tag

11  everything, take care of it.  Mr. Anderson is not

12  going to destroy property.  That's all I'm asking for.

13  And if he would sign the listing agreement today and

14  we put in the order that it be -- that she have the

15  authority to sign any other necessary documents in

16  case he does go to Michigan.  It would be a little

17  bit, logistically, difficult to do that.

18      08:56.6 THE COURT:  What do you want me to do

19  with this violation of the Order?

20      08:59.8 MS. STORY:  Just continue it.  We can

21  just reset that portion of the motion.  He just filed

22  a response today.  I'm fine to -- the ex parte remains

23  in effect anyway under the Order of the Court, and I

24  have not seen any further violations of that Order.

25  The selling of the marital property is a concern to me

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1    but I can deal with that at final hearing.  One of the

2    things, too, is you might want to waive mediation in

3    this case.  I have requested in my motion that

4    mediation be waived.  There is an Order of Protection

5    where they are not to be around each other.  It would

6    be difficult for a mediator to accommodate that.  And

7    I think that it really is just settling personal

8    property.  They don't have any -- and then whatever

9    comes from the proceeds.  They have no children.

10        *09: 45*  THE COURT:  That's granted.

11        *09:48.2*  Okay, sir, let me talk to you about one

12   thing.  We're narrowing the issues before the Court

13   today.

14        *09:56.6* MR. FENTON:  Okay.

15        *09:57.5* THE COURT:  We're not going to be talking

16   about the violation of the Order of Protection.

17   That's going to be reset.  So all of these documents

18   you have don't apply to today.

19        *10:06.5* MR. FENTON:  Well, the back portion of

20   them does talk about the marital residence but there

21   is a lot of it about what you're saying, yes.

22        *10: 13.5* THE COURT:  Now, let me just ~~tell you~~ *say*

23   this -- and I just want to be clear about this.  I

24   don't want to get into an emotional discussion about

25   what I will do and what I won't do.  Let me just tell

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1   you how it, works.  Once I put a Court order down, I
2   really expect people to obey it.
3       *10:34.4* MR. FENTON:  Yes.
4               THE COURT:  And so the only way a judge
5   can enforce a Court order if someone refuses to do it,
6   and we're seeing it more and more, people are doing
7   what they want to do and not really paying attention
8   to a Court order.  And I'm taking the time to tell you
9   this because I don't want you and me to have problems
10  with this.
11      *10:55.3* MR. FENTON:  No.
12      *10:56.5* THE COURT:  And let me tell you, my
13  personal feeling is, as a judge, a judge who does not
14  back up his or her Court order is worthless.
15      *11:06.2* Now, if you have a reasonable excuse for
16  disobeying an order, I will certainly hear it.  And
17  the last thing I want to do is put someone in jail for
18  violating an order.
19      *11:18.4* MR. FENTON:  Yes.  And that's the last
20  thing I want, too.
21      *11:20.6* THE COURT:  Sure.  Right.  And so you and
22  I have an understanding.  And so you don't know me but
23  I do mean what I say.
24      *11:26.8* MR. FENTON:  I believe that.
25      *11:28.7* THE COURT:  Okay.  Good.  And so we can

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ▮▮▮▮ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1  dispense with the rest of that.

2  **11:32.1**  MR. FENTON:  And just as a question, were

3  we saying that I disobeyed ~~the~~ a Court order?  Because I

4  had ~~a~~ tried ...

5  **11:38.9**  THE COURT:  No, no, we don't have

6  anything like that really in front of us but --

7  **11:43.5**  MR. FENTON:  Okay.

8  **11:44.9**  THE COURT:  But let me tell you what I'm

9  going to do here because we have to get moving.

10  **11:48.9**  MR. FENTON:  Right.  Can I still tell a

11  little bit of my side before you rule on all of that?
     **11:52.9**  THE COURT  AH...

12  **11:56.6**  THE COURT:  Briefly.

13  **11:58.0**  MR. FENTON:  Okay.  So basically on my

14  side, the narrative that has been brought to the Court

15  so far is completely fraudulent about my person, about

16  who I am, about me being violent.  All of this stuff.

17  The documentation that I provided you with shows that

18  my wife is a highly skilled handgun instructor who

19  owns assault weapons, has 5,000 rounds of ammunition

20  under her bed.  I mean, she is trained by the NRA,

21  certified by the State of Tennessee to do rape

22  prevention, pepper spray, everything.  So the whole

23  guise of feeling physically endangered was not -- she

24  tried to do that with her first attorney --she called the
                                                        police....

25  **12:43.1**  THE COURT:  We're not dealing with that
                  (interrupted)

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1  today.

2  *12:44.2* MR. FENTON:  I know.  But that's

3  basically the tone under which everything else is laid

4  and that's --

5  *12:50.2* THE COURT:  I practiced law for 35 years.

6  Long, hard years in the trenches.

7  *12:55.1* MR. FENTON:  Right.

8  *12:55.7* THE COURT:  I am trained to separate

9  things in my mind that are important --

10  *12:58.4* MR. FENTON:  Okay.

11  THE COURT:  -- and things that are

12  unimportant.  And I'm not trying to be rude to you,

13  but you've got to trust me here.  If you were a

14  lawyer, I would be telling you the same thing.  I

15  would be saying, "Lawyer, that's not relevant to me

16  right now."

17  *13:15.1* MR. FENTON:  Right.

18  *13:14.0* THE COURT:  I don't really care about all

19  that.  That's for another day.  But let me just tell

20  you this.

21  *13:18.4* MR. FENTON:  Okay.

22  *13:19.6* THE COURT:  These are real easy issues.

23  I have got to put an order down for you to be out of

24  that house.

25  *13:27.6* MR. FENTON:  I understand that.

(615) 933-6786
www.harpethcourtreporters.com                    12

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ███████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1    *13:28.7*    THE COURT:  On September 3rd.

2    *13:30.0*    MR. FENTON:  Can I speak a little more

3    first?

4    *13:31.8*    THE COURT:  No*pe, no, no, no ....*

5    *13:33.6*    MR. FENTON:  I can't be out that quick,

6    Your Honor.  Everything that I own is left in personal

7    property.  To say that I just take my clothes and lose

8    everything I've owned all my life is not fair.  That

9    is not at all fair.  And I don't mean to be hard.  I'm

10   willing to do things as quick as possible, but I

11   cannot possibly move out without a two-week's time to

12   do it.  And I need to have some time where I know that

13   there is not going to be anymore litigation for a

14   while because I can't -- with the ADHD -- and one of

15   the things I provided you is something from my

16   psychiatrist on the different disorders I have, but I

17   cannot physically do -- be a lawyer, play a lawyer,

18   and packing at the same time.  For example, ~~that's --~~ *I spent the last week ...*

19   *14:17.5* THE COURT:  Sir, I respect that.  But we

20   all have burdens.

21   *14:21.8* MR. FENTON:  Well --

22   *14:21.9* THE COURT:  Let me talk.  We all have

23   burdens.  Everybody in this room has things going on

24   in their lives to one extent or another, just like you

25   do.

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1        *14:31.6*  MR. FENTON:  Right.

2        *14:32.8*  THE COURT:  I can't make excuses for

3    that.  Listen to what I'm saying.  I don't want you

4    and I to get crossways with each other.  We have to

5    get a date set.  I'm not going to make it two weeks.

6        *14:46*  MR. FENTON:  Well, originally we had said

7    the 45th, and that's when I understood that date that

8    I had to be out.  And I never communicated with her

9    anything other than that.  You had said 30 days for my

10   roommates and that's what I always thought it was.

11   And originally my understanding was I was staying

12   there while I was selling the property so I could stay

13   there till closing.  Now, I understand that's not my

14   preference and I understand it's not their preference.

15   I'm willing to do that different, but I need to

16   have -- I have 3,000 square feet of stuff.

17       *15:16.9*  THE COURT:  What about another day in

18   September?  The first week in September?

19       *15:23.0*  MS. STORY:  And, again, we're not going

20   to dispose of any of his personal items.

21       *15:26.8*  THE COURT:  They're not taking anything

22   out of there.  Do you understand that, sir?

23       *15:28.6*  MR. FENTON:  My understanding is --

24       *15:29.5*  THE COURT:  Whoa, whoa.

25       *15:30.5*  MR. FENTON:  No, I don't understand.

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1    15:32.2  THE COURT:  Your personal property.  Your

2    clothes.  Personal property being like your watch.

3    15:39.2  MR. FENTON:  Furniture.  That's all.

4    15:39.7  THE COURT:  No.

5    15:40.1  MR. FENTON:  We already agreed when me
                          what was left at
6    and my wife split it up that↑the house was mine.  What
                          what's
7    she came and tagged is↑hers.

8    15:47.5  THE COURT:  This isn't working.  What you

9    want to do is be a lawyer.

10   15:55.8 MR. FENTON:  No, I don't.  I can't afford

11   a lawyer.

12   15:58.7  THE COURT:  I'm talking right now.  This

13   is not a barroom.  I have to maintain order.

14   16:06.2 MR. FENTON:  Uh-huh.

15   16:06.9 THE COURT:  I don't want you to get your

16   feelings hurt, but if you get your feelings hurt,

17   that's your business.  I have got to maintain the

18   integrity of this hearing.  You need to quit

19   interrupting me.  And I'm going to make a ruling and

20   you're going to have to stick with it.

21   16:20.4  MR. FENTON:  Yeah.

22   16:22.4  THE COURT:  All right?  You are going to

23   have to.

24            We are not touching any of the furniture

25   and furnishings.  You are to tag the items that you
     16:28.9   MR. FENTON - So what happens...

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1    would like to have.  Go buy some little tags, you

2    know.

3        16:37.6  MR. FENTON:  But I wanted to take them

4    with me so I'm only going over the bridge one time.

5    That's what I was saying.

6        16:42.8  THE COURT:  Well, I know that you would

7    like to do that but we're not doing that.  Okay?

8    That's not the fair way to do it.  And I'm not going

9    to sit here and explain to you why it's not because

10   it's part of the law that you assume when you stand up

11   and start representing yourself.  Assume that you

12   know.

13       16:57.1  MR. FENTON:  Okay.  Then I would

14   rather ̶ stay in the house while it's on auction

15       16:58.3  THE COURT:  I can't talk while you're

16   talking.

17       17:05.1  MR. FENTON:  Okay.  I'm sorry.  I would

18   rather stay in the house during the auction with that

19   being the case.  But the only reason I was going to

20   leave ahead of time ̶or̶ is because

21       17:10.6  THE COURT:  You're not going to stay in

22   the house.

23       17:12.1  MR. FENTON:  I'm not going to stay in the

24   house?

25       17:13.3  THE COURT:  No, sir.  You're going to

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1  leave by September 3rd noon, and you've got to be out
2  of there or the sheriff will escort you off the
3  property.
4  17:20.6  MR. FENTON:  So what have I done wrong to
5  receive that kind of treatment, Your Honor?  I mean,
6  my wife had two months to move out. I mean we made a bunch of trips
7  17:30.1  THE COURT:  Sir, we have already talked
8  about all that.  We had a previous hearing.  We have a
9  previous Court Order.  You're representing yourself.
10 You're assumed to know everything we've already
11 talked about.  I'm not going to go over it with you
12 and spend four hours --
13 17:42.9 MR. FENTON:  I understand.
14 17:43.9 THE COURT:  Excuse me.  Trying to be nice
15 to you when you are presumed to know and understand
16 what we have already done.  I'm trying my best to be
17 patient with you and you're trying my patience.  I'm
18 just letting you know.
19 17:59.1  MR. FENTON:  I'm not trying to -- my last
20 counsel had told me --
21 18:01.9  THE COURT:  Sir, I'm not interested in
22 what your counsel told you.  I'm sorry.  It's not
23 important to me at this point.
24          Now, let's go back to what I was saying.
25 I want you out of the house by 12 noon September 3rd.

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1   If you're not out, the sheriff will escort you off the

2   property.  Do you understand that?

3      18:21.4 MR. FENTON:  Yeah.

4      18:22.2 THE COURT:  Number two, you are not to

5   take with you any furniture, any furnishings, anything

6   like that.  All of that is going to remain in the home

7   for now.  You are to tag the items that you would like

8   to have.  That doesn't mean you're going to get them,

9   but that you -- may I finish, please?

10      18:42  MR. FENTON:  Uh-huh.

11      18:43.6 THE COURT:  Is that a yes?

12      18:44.1 MR. FENTON:  Yes, sir.

13      18:45.3 THE COURT:  You are to tag the items that

14   you would like to have.

15      18:48.8 MR. FENTON:  Uh-huh.

16      18:51.8 THE COURT:  In addition, you're to sign

17   this contract today.

18      18:59.6 MR. FENTON:  On the last Court Order you

19   said that I could take my stuff with me after the

20   ten-day walkthrough.  That's what your last Court

21   Order said, and I would like to be able to do that.

22      19:11.3  THE COURT:  The day that you leave or

23   that you have -- you have between now and

24   September 3rd to get your personal items and you out

25   of there.

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ▮▮▮▮ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1      *19:21.2* MR. FENTON:  Yeah.

2      *19:23.0* THE COURT:  Do you understand that?  Your
       *19:25.2 MR FENTON: My furniture, too?*

3  personal items, sir.  You're not stupid.  Listen,

4  please.  Your personal items are your clothes, your

5  personal jewelry, and that's it.

6      *19:36.9* MR. FENTON:  My bed or my furniture?

7      *19:38.9* THE COURT:  No, sir.  I'm going to say it

8  for the third time.  No furniture, no furnishings, no

9  nothing.

10     *19:46.7* MR. FENTON:  That's not what you said in

11  the last order.

12     *19:49.3* THE COURT:  Sir, you're not paying

13  attention.  You're not listening to what has happened.

14  You're not paying attention to anything.  And I'm not

15  going to spend three or four hours here at the -- just

16  trying to be nice to you and go through everything

17  again.  I'm just not going to do that.  You're

18  expected to know all of this.

19              Now, you're choosing to represent

20  yourself.  There's not a thing that I can do about

21  that.

22     *20:14.1* MR. FENTON:  I -- *don't have any other money.*

23     *20:17.1* THE COURT:  Excuse me.  I'm talking.

24              When you choose to represent yourself,

25  you take it upon yourself to know all of the rules,

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ███████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1   the law, everything.

2       20:31.1 Now, that doesn't sound fair but that's

3   part of why we have to do it.  We can't sit here and

4   be your lawyer for you and start explaining things to

5   you.

6       20:38.8 MR. FENTON:  Okay.

7       20:39.2 THE COURT:  I will try to be as

8   accommodating and as nice to you as I possibly can.  I

9   don't think you're accepting that very well.

10      20:47.1  MR. FENTON:  I'm not trying to be

11  stubborn.

12      20:49.4 THE COURT:  You're trying to fuss with me

13  and argue with me and that's not what we're going to

14  do today.

15      20:53.1  MR. FENTON:  I'm not trying to fuss and

16  argue with you.  It's not what I understood your last

17  order to be. and it wasn't....

18      21:01.5 THE COURT:  I'm going to go over it one

19  more time. and then this is the last time.

20      21:04.3  MR. FENTON:  I heard you, Your Honor, you don't

21      21:54.4 THE COURT:  No.  I don't want there to be    have to

22  any misunderstanding because you have interrupted me

23  several times.

24      21:09.8  MR. FENTON:  Can I say one thing?

25      21:13.1   THE COURT:  No.  Listen.  Don't try my

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN███████FENTON vs JEFFREY RYAN FENTON
08/29/2019

1  patience.

2      21:17.2 MR. FENTON:  I'm not trying to.

3      21:18.5 THE COURT:  Yeah, you are.

4      21:19.3 MR. FENTON:  No, I'm not.

5      21:20.5 THE COURT:  Well, quit being rude.  This

6  is what we're doing.  You're going to sign this

7  contract now.  Give it to him, Ms. Story.

8      21:45.1 You are to be out of the house.  Do not

9  take any furniture, furnishings, or anything.  But

10 you're to be out September 3rd at noon.  The only

11 thing you can take with you -- I'm saying this for the

12 fourth time because I don't want there to be a

13 misunderstanding.  This is going to be a court order.

14 Now, items that you would like to have, that doesn't

15 mean you're going to get them, tag them.  Put a tag on

16 them.  Go to the 5 and 10 store, get some red tags,

17 whatever, and say I want this.  Post it.  Or just put

18 "H" on it, or something like that.  Just commonsense.

19     22:22.2 Wait a minute.  I'm not through.

20     22:26.5 There will be a deputy there to make sure

21 that you followed the Court Order and do what you're

22 supposed to do.  That means -- let me finish.  You

23 keep wanting to interrupt.  You're not listening to

24 what I'm saying.  You're thinking about what you're

25 going to tell me.  And then I don't want you coming in

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ███████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1    and say, Judge, I didn't really understand that.

2    *22:53.6*  Because I've been down this road with

3    folks who represent themselves.  They don't get it.

4    They don't understand, and then they whine and

5    bellyache and come back and say that just wasn't fair.

*23:04.8* 6    Fair is something you do in the fall.  This is a

7    courtroom.  You are expected to know the rules.  I am

8    trying to be as cordial and as nice to you as I can

     *MR. FENTON: Thank you*

9    but you're not letting me.  All right.

10    *23:21.4* You signed the agreement, you understand

11    that you're to be out September 3rd at 12 noon, no

12    later.  Not one minute later.  You're to tag the items

13    that you would like to have before you leave.  Do you

14    understand that?

15    *23:35.4* MR. FENTON:  Yes, sir.

16    *23:38.7* THE COURT:  Do not, in the meantime, move

17    anything else out of that house.  Do not sell

18    anything.  Do you understand me?

19    *23:45.6* MR. FENTON:  Uh-huh.

20    *23:47.3* THE COURT:  Is that a yes?

21    *23:47.9* MR. FENTON:  Yes.  Yes, Your Honor.

22         THE COURT:  Well, "uh-huh" doesn't --

23    *23:50.2* MR. FENTON:  I'm sorry.  Yes, Your Honor.

24    *23:51.9* THE COURT:  We're not in the bar.  We're

25    in the courtroom.

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN ████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

```
1        23:53.3  MR. FENTON:  Okay.

2        23:57.9  THE COURT:  All right.  What else,

3    Ms. Story?

4        23:58.1  MS. STORY:  That'll do it.  We can

5    account for the items he sold at a later time and

6    address that.

7        24:03.3  MR. FENTON:  Can I make a comment about

8    those, Your Honor?

9        24:05.2  THE COURT:  No.

10       24:05.3  MR. FENTON:  That is before this was in

11   Court.

12       24:09.4  THE COURT:  No, sir.  I'm sorry.  I've

13   got to have a tight rein on this case.  I knew that

14   there were going to be problems at the beginning and

15   I'm going to keep a tight rein and whatever I need to

16   do to maintain the integrity of these Orders to

17   maintain the integrity of this lawsuit, and for you to

18   understand what your role is as a litigant

19   representing themselves.  I'm going to have to keep a

20   tight rein on you.  I would love to be nice --

21       24:35.3  MR. FENTON:  I'm not -- I just want it to be FAIR.

22       24:38.8  THE COURT:  Let me finish.  Let me

23   finish.

24       24:40.6  That would be much easier but you won't

25   let me do it.  So anything else, Ms. Story?
```

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

1    *24:45.4* MS. STORY:  Since he probably will be

2    moving to Michigan, I would be amenable to him

3    attending the final hearing by telephone if he doesn't

4    want to drive back.  And I can tell you, I will try to

5    accommodate him in any way I can.

6    *25:02.5* THE COURT:  I know you will.  You already

7    have.

8    *25:06.3* MS. STORY:  And, also, the order probably

9    needs to say that Ms. Fenton can execute any other

10   documents that need to be executed because he might

11   not be here to sign anything, that Mr. Anderson might

12   need signed.  So I would like to be able to put that

13   in the Order.

14   *25:20.6* THE COURT:  All right.  Then if you'll

15   prepare the Order, that'll take care of us.  That's

16   what we're doing.  That's the Order of the Court.

17   Thank you very much.

18   *25:24* (Proceedings were adjourned at 11:44 a.m.)

19

20

21

22

23

24

25

FAWN ███████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

```
1              REPORTER'S CERTIFICATE

2         I, Emily L. Sipe, Court Reporter and Notary

3    Public, do hereby certify that I recorded to the best

4    of my skill and ability by machine shorthand all the

5    proceedings in the foregoing transcript, and that said

6    transcript is a true, accurate, and complete

7    transcript to the best of my ability.

8         I further certify that I am not an attorney

9    or counsel of any of the parties, nor a relative or

10   employee of any attorney or counsel connected with the

11   action, nor financially interested in the action.

12    SIGNED this 18th day of September 2019.

13

14                        Emily L. Sipe

15          -------------------------------

16              Emily L. Sipe, RPR, LCR
                Tennessee LCR No. 608
17              Expires:  6/30/2020

18

19

20

21

22

23

24

25
```

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**$**

$1,000 6:18
$2,500 6:19

**1**

1 4:13
10 21:16
11:44 24:18
12 17:25 22:11
14th 3:11
15th 5:11
16th 4:23
19 3:11
1986 3:21
1st 4:22,24 5:12, 16,24 6:6

**3**

3,000 14:16
3,500 6:20
30 14:9
35 12:5
3rd 6:7 8:10 13:1 17:1,25 18:24 21:10 22:11

**4**

45 4:21,23 5:14, 16,23
45th 14:7

**5**

5 21:16
5,000 11:19

**A**

a.m. 24:18
accepting 20:9
accommodate 9:6 24:5
accommodating 8:7 20:8
accompany 6:10
account 23:5
addition 18:16
address 23:6
ADHD 13:14
adjourned 24:18
afford 15:10
agreed 15:5
agreement 8:13 22:10
ahead 7:19 16:20
amenable 24:2
ammunition 11:19
Anderson 4:2,4, 5,8 5:5 6:24 8:11 24:11
anymore 13:13
apply 9:18
argue 3:14 20:13, 16
assault 11:19
assets 6:22
assume 16:10,11
assuming 17:10
attending 24:3
attention 10:7 19:13,14
attorney 11:24
attorneys 3:23

**B**

back 9:19 10:14 17:24 22:5 24:4
bar 22:24
barroom 15:13
basement 6:19
basically 11:13 12:3
bed 11:20 19:6
beginning 23:14
bellyache 22:5
belongings 7:3
big 6:15
bit 8:17 11:11
Brentwood 3:22
bridge 7:5 16:4
Briefly 11:12
brother 6:16
brought 11:14
burdens 13:20, 23
business 4:5 15:17
buy 16:1

**C**

car 7:11

**care** 8:11 12:18 24:15
case 8:16 9:3 16:19 23:13
certified 11:21
chancery 3:24
children 9:9
choose 19:24
choosing 19:19
Cincinnati 7:5
clear 9:23
clerk's 3:25 7:25
client 7:21
client's 6:16
closing 14:13
clothes 8:9 13:7 15:2 19:4
clothing 7:10
Clyde 4:2,3
comment 23:7
commonsense 21:18
communicated 14:8
communication 3:13
completely 11:15
concern 8:25
condition 8:7
continue 8:20
contract 4:25 18:17 21:7
cordial 22:8
correspondence 6:5
counsel 17:20, 22
County 6:9

**court** 3:2,11,25 5:3,8,18,19,21,25 6:3,11 7:16,19 8:18,23 9:10,12, 15,22 10:1,4,5,8, 12,14,21,25 11:3, 5,8,12,14,25 12:5,8,11,18,22 13:1,4,19,22 14:2,17,21,24 15:1,4,8,12,15,22 16:6,15,21,25 17:7,9,14,21 18:4,11,13,16,18, 20,22 19:2,7,12, 23 20:7,12,18,21, 25 21:3,5,13,21 22:16,20,22,24 23:2,9,11,12,22 24:6,14,16
courtroom 22:7, 25
crossways 14:4

**D**

date 4:7,20,24 5:24 6:3 14:5,7
day 12:19 14:17 18:22
days 4:21,23 5:14,16,23 14:9
deadline 5:9
deadlines 3:20
deal 9:1
dealing 11:25
deals 3:17
dehumidifier 6:19,20
department 6:9
deposit 7:25
deputy 21:20
destroy 8:12
diem 3:5
difficult 8:17 9:6

(615) 933-6786
www.harpethcourtreporters.com

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| | | | | |
|---|---|---|---|---|
| **difficulty** 4:7 | 22:7 | **furnishings** 15:25 18:5 19:8 21:9 | **hurt** 15:16 | **lawsuit** 23:17 |
| **discussion** 9:24 | **expenses** 3:5 | | | **lawyer** 4:9 12:14, 15 13:17 15:9,11 20:4 |
| **disobeyed** 11:3 | **explain** 16:9 | **furniture** 7:12,14 15:3,24 18:5 19:6,8 21:9 | **I** | |
| **disobeying** 10:16 | **explaining** 20:4 | | **important** 5:6 12:9 17:23 | **leased** 3:21 |
| **disorders** 13:16 | **extent** 13:24 | **fuss** 20:12,15 | **incur** 3:6 | **leave** 16:20 17:1 18:22 22:13 |
| **dispense** 11:1 | | **G** | **instructor** 11:18 | **left** 13:6 |
| **dispose** 14:20 | **F** | | **integrity** 15:18 23:16,17 | **lengthy** 3:16 |
| **dissipating** 6:22 | **fair** 13:8,9 16:8 20:2 22:5,6 | **gentleman** 3:4 | **interested** 17:21 | **letting** 17:18 22:9 |
| **disturb** 7:1 | **fall** 22:6 | **Give** 21:7 | **interrupt** 21:23 | **life** 13:8 |
| **documentation** 11:17 | **father** 4:15 | **Good** 10:25 | **interrupted** 20:22 | **Listen** 14:3 19:3 20:25 |
| **documents** 5:4 8:15 9:17 24:10 | **fear** 7:4 8:4 | **granted** 5:22 9:10 | **interrupting** 15:19 | **listening** 19:13 21:23 |
| **drive** 3:21 7:5,8, 12 24:4 | **feeling** 10:13 11:23 | **guise** 11:23 | **issue** 3:19 | **listing** 8:13 |
| **driving** 7:4 8:5 | **feelings** 15:16 | **H** | **issues** 3:17 9:12 12:22 | **litigant** 23:18 |
| **Duke** 4:8 | **feet** 14:16 | | **items** 4:11 7:20, 21,22 14:20 15:25 18:7,13,24 19:3,4 21:14 22:12 23:5 | **litigation** 13:13 |
| | **Fenton** 3:13 4:6, 10,12 5:1,3,13 7:3,6,14,18 9:14, 19 10:3,11,19,24 11:2,7,10,13 12:2,7,10,17,21, 25 13:2,5,21 14:1,6,23,25 15:3,5,10,14,21 16:3,13,17,23 17:4,13,19 18:3, 10,12,15,18 19:1, 6,10,22 20:6,10, 15,20,24 21:2,4 22:15,19,21,23 23:1,7,10,21 24:9 | **half** 3:5 | | **lives** 4:15 13:24 |
| **E** | | **handgun** 11:18 | | **logical** 4:17 |
| **easier** 23:24 | | **happened** 19:13 | | **logistically** 8:17 |
| **easy** 12:22 | | **hard** 7:6 12:6 13:9 | **J** | **Long** 12:6 |
| **effect** 8:23 | | **he'll** 7:22 | **jail** 10:17 | **lose** 13:7 |
| **effects** 7:10 | | **hear** 10:16 | **jewelry** 7:10 19:5 | **lot** 9:21 |
| **emotional** 9:24 | | **heard** 20:20 | **judge** 10:4,13 22:1 | **love** 23:20 |
| **endangered** 11:23 | | **hearing** 9:1 15:18 17:8 24:3 | | **M** |
| **ended** 3:25 | | **heights** 7:4 | **K** | **made** 3:17 |
| **enforce** 10:5 | **Fenton's** 4:9 7:2 | **highly** 11:18 | **kind** 17:5 | **maintain** 15:13, 17 23:16,17 |
| **entered** 3:12 | **filed** 6:15 8:21 | **home** 4:15 18:6 | **knew** 23:13 | **make** 5:17 7:23 14:2,5 15:19 21:20 23:7 |
| **escort** 17:2 18:1 | **final** 9:1 24:3 | **Honor** 3:9,19 4:19 5:7 6:14 13:6 17:5 22:21, 23 23:8 | | |
| **excuse** 10:15 17:14 19:23 | **fine** 8:22 | | **L** | **marital** 4:24 5:22 6:22 8:25 9:20 |
| **excuses** 14:2 | **finish** 18:9 21:22 23:22,23 | **hours** 17:12 19:15 | **laid** 12:3 | **Marlin** 4:1 |
| **execute** 5:4 24:9 | **folks** 22:3 | **house** 3:20 4:8, 13 12:24 15:6 16:18,22,24 17:25 21:8 22:17 | **lake** 4:15 | **matter** 3:15 |
| **executed** 24:10 | **fourth** 21:12 | | **law** 12:5 16:10 20:1 | **means** 21:22 |
| **expect** 10:2 | **fraudulent** 11:15 | | | |
| **expected** 19:18 | **front** 11:6 | | | |

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

meantime 22:16

mediation 9:2,4

mediator 9:6

Michigan 4:14
7:4 8:16 24:2

mind 12:9

mine 15:6

minute 7:16
21:19 22:12

misunderstanding 20:22 21:13

moisture 6:20

months 17:6

morning 3:16

mother 4:14

motion 3:9,10,14
5:22 8:21 9:3

move 5:13,16
13:11 17:6 22:16

moving 5:11
11:9 24:2

**N**

narrative 11:14

narrowing 9:12

necessarily 3:14

nice 17:14 19:16
20:8 22:8 23:20

noon 17:1,25
21:10 22:11

NRA 11:20

Number 18:4

**O**

obey 10:2

obvious 4:19

office 3:25 4:10
7:25

order 3:3,4,11,12
4:11,21,23 5:3,
10,19,21 6:8,23
7:22 8:14,19,23,
24 9:4,16 10:1,5,
8,14,16,18 11:3
12:23 15:13 17:9
18:18,21 19:11
20:17 21:13,21
24:8,13,15,16

ordered 3:7,22,
23

Orders 23:16

originally 14:6,
11

owned 13:8

owns 11:19

**P**

pack 7:11

packing 13:18

part 16:10 20:3

parte 8:22

Pat 3:25

patience 17:17
21:1

patient 17:17

pay 3:4 8:1

paying 10:7
19:12,14

people 10:2,6

pepper 11:22

person 11:15

personal 7:10
8:9 9:7 10:13
13:6 14:20 15:1,2
18:24 19:3,4,5

physically 11:23
13:17

place 6:2

play 13:17

point 6:10,21,24
7:12 17:23

portion 3:6 8:21
9:19

possibly 13:11
20:8

Post 21:17

practiced 12:5

preference
14:14

prepare 24:15

pressing 3:15,19

presumed 17:15

pretty 3:12

prevention
11:22

previous 4:9
17:8,9

problems 10:9
23:14

proceedings
24:18

proceeds 7:1,24
8:3 9:9

process 8:8

property 3:21
4:6,10 5:5 6:11,
12,13 8:10,12,25
9:8 13:7 14:12
15:1,2 17:3 18:2

Protection 9:4,
16

provided 11:17
13:15

psychiatrist
13:16

put 3:3 5:3 7:22
8:14 10:1,17
12:23 21:15,17
24:12

**Q**

question 11:2

quick 13:5,10

quit 15:18 21:5

**R**

rape 11:21

ready 6:2 8:2

real 12:22

Realtor 4:1

reason 5:2 16:19

reasonable
10:15

receive 17:5

received 3:16

red 21:16

referral 3:24

reflect 6:8

refuses 5:2 10:5

rein 23:13,15,20

relevant 12:15

remain 18:6

remains 8:22

represent 19:19,
24 22:3

representing
16:11 17:9 23:19

requested 9:3

reset 8:21 9:17

residence 4:24
5:22 9:20

respect 13:19

response 3:15,
16 6:14,17 7:3
8:22

rest 11:1

restraining 6:23

result 3:6

road 22:2

role 23:18

room 13:23

roommates
14:10

rounds 11:19

rude 12:12 21:5

rule 11:11

rules 19:25 22:7

ruling 15:19

**S**

sale 7:24

scary 3:12

scheduling 4:7

screen 6:16

select 3:23

sell 5:22 22:17

selling 8:25
14:12

sense 5:17

separate 12:8

September 4:13
5:11,12,16 6:6,7
8:10 13:1 14:18
17:1,25 18:24
21:10 22:11

services 4:2

set 4:20 14:5

settling 9:7

share 3:4

sheriff 17:2 18:1

sheriff's 6:9

shipped 8:4

shows 11:17

side 11:11,14

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK   ECF No. 23,  PageID.2892   Filed 01/19/24   Page 30 of 30
FAWN ████ FENTON vs JEFFREY RYAN FENTON
08/29/2019
Index: sign..years

| | | | | |
|---|---|---|---|---|
| sign 5:1,2 8:13, 15 18:16 21:6 24:11 | stubborn 20:11 | thought 4:16 14:10 | understanding 4:12 10:22 14:11, 23 | **Y** |
| signed 22:10 24:12 | stuff 11:16 14:16 18:19 | tight 23:13,15,20 | understood 14:7 20:16 | Yarbro 4:9 |
| simple 8:8 | stupid 19:3 | till 14:13 | unimportant 12:12 | years 4:3 12:5,6 |
| sir 9:11 13:19 14:22 16:25 17:7, 21 18:12 19:3,7, 12 22:15 23:12 | suggest 5:8 6:4, 7 | time 7:17 10:8 13:11,12,18 16:4, 20 19:8 20:19 21:12 23:5 | unit 7:2 8:1 | |
| | Sunday 5:12 | | | |
| sit 16:9 20:3 | Sunnyside 3:21 | times 20:23 | **V** | |
| skilled 11:18 | supposed 21:22 | today 3:10,13 5:2 8:13,22 9:13,18 12:1 18:17 20:14 | video 6:25 | |
| sold 3:20,22 4:25 5:5 6:17,20,22 23:5 | **T** | told 4:11 17:20, 22 | violating 10:18 | |
| | tag 6:25 7:20,22 8:10 15:25 18:7, 13 21:15 22:12 | Tommy 4:4 | violation 3:10 6:23 8:19 9:16 | |
| son 4:4 | | tone 12:3 | violations 8:24 | |
| Sony 6:15 | tagged 4:11 7:21 15:7 | touching 15:24 | violent 11:16 | |
| sound 20:2 | tags 16:1 21:16 | trained 11:20 12:8 | **W** | |
| speak 13:2 | taking 10:8 14:21 | transcript 3:7 | | |
| spend 17:12 19:15 | talk 9:11,20 13:22 16:15 | treatment 17:5 | Wait 7:16 21:19 | |
| split 15:6 | talked 17:7,11 | trenches 12:6 | waive 9:2 | |
| spray 11:22 | talking 9:15 15:12 16:16 19:23 | true 5:15 | waived 9:4 | |
| square 14:16 | | trust 12:13 | walkthrough 18:20 | |
| stand 16:10 | telephone 24:3 | Tuesday 6:8 | wanted 16:3 | |
| start 16:11 20:4 | telling 12:14 | TV 6:15 | wanting 21:23 | |
| State 11:21 | tells 6:17 | two-week's 13:11 | watch 15:2 | |
| statements 3:18 | ten-day 18:20 | type 3:18 | weapons 11:19 | |
| stay 14:12 16:18, 21,23 | tenants 5:13 | | week 14:18 | |
| staying 14:11 | Tennessee 4:16 11:21 | **U** | weeks 14:5 | |
| stick 5:19 15:20 | that'll 23:4 24:15 | U-HAUL 7:9,12 8:5 | whine 22:4 | |
| storage 7:2 8:1 | thing 5:6 6:18 7:13 9:12 10:17, 20 12:14 19:20 20:24 21:11 | uh-huh 15:14 18:10,15 22:19, 22 | whoa 14:24 | |
| store 21:16 | | | wife 11:18 15:6 17:6 | |
| stored 7:23 | | understand 12:25 14:13,14, 22,25 17:13,15 18:2 19:2 22:1,4, 10,14,18 23:18 | Williamson 6:9 | |
| Story 3:8,9 5:10, 15,21 6:1,5,12 7:8,20 8:20 14:19 21:7 23:3,4,25 24:1,8 | things 3:18 8:2 9:2 12:9,11 13:10,15,23 20:4 | | working 15:8 | |
| | thinking 21:24 | | works 10:1 | |
| | | | worthless 10:14 | |
| | | | wrong 17:4 | |

https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf

#48419B, Technical Record Volume-4, Pages 495-523
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)