

EXHIBIT #2

2020 FEB 19 PM 1:10

FILED FOR ENTRY _____

# FAWN ▆▆▆ FENTON

## vs

# JEFFREY RYAN FENTON

Hearing

August 29, 2019

**H**
HARPETH
COURT REPORTERS

(615) 933-6786
www.harpethcourtreporters.com

495