5

CLOSED, CONVERTED, MEANSYES, DISCH(D)

**U.S. Bankruptcy Court**
**MIDDLE DISTRICT OF TENNESSEE (Nashville)**
**Bankruptcy Petition #: 3:19-bk-02693**

APPENDIX 10-1

| | |
|---|---|
| | Date filed: 04/26/2019 |
| Assigned to: Charles M Walker | Date converted: 12/06/2019 |
| Chapter 7 | Date terminated: 03/01/2021 |
| Previous chapter 13 | Debtor discharged: 04/15/2020 |
| Original chapter 13 | 341 meeting: 01/06/2020 |
| Voluntary | Deadline for objecting to discharge: 03/06/2020 |
| Asset | Deadline for financial mgmt. course: 07/26/2019 |

Debtor disposition: Standard Discharge

**Debtor**
Fawn ▓▓ Fenton
Brentwood, TN 37027
DAVIDSON-TN
SSN / ITIN: xxx-xx-20▓▓

represented by **MARY ELIZABETH AUSBROOKS**
ROTHSCHILD & AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926
615-242-3996
Email: marybeth@rothschildbklaw.com

**MARY ELIZABETH AUSBROOKS**
(See above for address)

**Alexander S. Koval**
Rothschild & Ausbrooks, PLLC
1222 16th Ave. S.
Suite 12
Nashville, TN 37212
615 242 3996
Fax : 615 242 2003
*TERMINATED: 10/04/2019*

**Trustee**
**HENRY EDWARD HILDEBRAND, III**
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019
615 244-1101
*TERMINATED: 12/06/2019*

**Trustee**
**JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C. McLEMORE, PLLC
2000 RICHARD JONES RD., STE. 250
NASHVILLE, TN 37215
615 383-9495

represented by **JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C.
McLEMORE, PLLC
2000 RICHARD JONES RD., STE. 250
NASHVILLE, TN 37215
615 383-9495

Fax : 615 292-9848
Email: gmyecfkr@gmylaw.com

*U.S. Trustee*
**US TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966
615 736-2254

| Filing Date | # | Docket Text |
|---|---|---|
| 04/26/2019 | 1 (50 pgs) | Chapter 13 Voluntary Petition Individual. Fee Amount is $310.00. Separately and Contemporaneously, an Application to Pay This Filing Fee in Installments or an Application to Waive Filing Fees is being filed. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 2 (5 pgs) | Chapter 13 Plan , and Request for Valuation of Security, and Request for Assumption of Executory Contracts and Unexpired Leases. Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 4 (2 pgs) | Application to Pay Filing Fee in Installments Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 5 (4 pgs) | Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 6 (8 pgs) | Chapter 13 Calculation of Disposable Income Form 122C-2 Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 7 (1 pg) | Certificate of Credit Briefing for Debtor Filed on the behalf of: Debtor Fawn ▇ Fenton. (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 8 (7 pgs; 2 docs) | Certificate of Service mailed on 4/26/2019 *on Chapter 13 Plan*. (Attachments: # 1 Chapter 13 Plan) Filed on the behalf of: Debtor Fawn ▇ Fenton (RE: related document(s)2). (AUSBROOKS, MARY) (Entered: 04/26/2019) |
| 04/26/2019 | 9 (1 pg) | Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $310.00 (RE: Ref Doc #4), BY THE COURT: Judge Charles M. Walker (slw) (Entered: 04/26/2019) |

| | | |
|---|---|---|
| 04/29/2019 | 12<br>(2 pgs) | Meeting of Creditors Notice. . Meeting of Creditors to be held on 6/11/2019 at 11:00 AM at Customs House, 701 Broadway, Room 100, Nashville, TN 37203. Deadline to file Proof of Claim is 7/5/2019. Deadline to file Government Proof of Claim is 10/23/2019. Written objections to confirmation must be filed by 6/6/2019. Last day to Object to Confirmation 6/11/2019. Last day to File Complaint to Determine Dischargeability of Certain Debts is 8/12/2019. Confirmation hearing to be held on 7/15/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (HILDEBRAND, HENRY) (Entered: 04/29/2019) |
| 04/29/2019 | 10<br>(1 pg) | Submitted Order for Entry - Direct Pay Order (HILDEBRAND, HENRY) (Entered: 04/29/2019) |
| 04/30/2019 | 11<br>(1 pg) | Order for Direct Pay Re: First Debtor Signed on 4/30/2019. (slw) (Entered: 04/30/2019) |
| 05/01/2019 | 13<br>(2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Creditor BANK OF AMERICA, N.A.. (BROWN, NATALIE) (Entered: 05/01/2019) |
| 05/02/2019 | 14<br>(3 pgs) | BNC Certificate of Notice. (RE: related document(s)12 Meeting of Creditors Chapter 13) Notice Date 05/02/2019. (Admin.) (Entered: 05/03/2019) |
| 05/02/2019 | 15<br>(6 pgs) | BNC Certificate of Notice. (RE: related document(s)2 Chapter 13 Plan) Notice Date 05/02/2019. (Admin.) (Entered: 05/03/2019) |
| 05/02/2019 | 16<br>(2 pgs) | BNC Certificate of Notice. (RE: related document(s)11 Order for Direct Pay - BK Order) Notice Date 05/02/2019. (Admin.) (Entered: 05/03/2019) |
| 05/10/2019 | 17<br>(20 pgs; 3 docs) | Objection and Notice of: Objection to Claim 1 by Claimant The Internal Revenue Service in the amount of $15,910.36. . Filed By: MARY ELIZABETH AUSBROOKS on behalf of Fawn ▮ Fenton. If timely response hearing will be held on 6/19/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 6/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit)(AUSBROOKS, MARY) (Entered: 05/10/2019) |
| 05/23/2019 | 18<br>(3 pgs) | Objection to Confirmation of Plan . Filed By: NATALIE BROWN on behalf of BANK OF AMERICA, N.A.. The Hearing date is set for 7/15/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. (BROWN, NATALIE) (Entered: 05/23/2019) |
| 06/04/2019 | 19<br>(3 pgs) | Objection to Confirmation of Plan . The Hearing date is set for 7/15/2019 at 08:30 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Certificate of |

Case 1:23-cv-01097-PLM-RSK   ECF No. 25-5, PageID.3034   Filed 01/19/24   Page 5 of 5

Transcript of Evidence-1, Page-5 | Docket #48419B in Williamson County Chancery Court, Tennessee
Speaking: Attorney Virginia Lee Story | Presiding: Judge Michael W. Binkley | Hearing: August 1, 2019

```
 1              It was made as part of the exhibits
 2   when we filed for divorce in 2019.  Mr. Fenton was
 3   avoiding service.  We hired two different process
 4   servers to try to go out to the residence, and
 5   this is what they would encounter.  We're
 6   concerned that if a private realtor was going to
 7   list this property, that it would just be more
 8   road blocks.
 9              In 2018, when they made this
10   agreement, if she dropped the divorce he would
11   agree to put the house on the market.  It never
12   got on the market.  It was he's got to fix this,
13   he's got to fix that.  It was one excuse after
14   another, and here we are sitting a year later,
15   and now my client had to file bankruptcy.
16              She is paying the second mortgage on
17   the house.  She's paying $48,000 in credit card
18   debt, and this credit card debt is in her name,
19   but the genesis of those cards, I have a history
20   of the cards where Mr. Fenton would transfer
21   balances from his credit cards to a credit card in
22   her name, and then she became in a horrible
23   financial situation.
24              She is -- she used to make around
25   90,000 a year.  Her most recent income is 5800 a
```