6

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton |
| **Sent:** | Thursday, August 30, 2018 5:49 PM |
| **To:** | Jeff Fenton; Fawn Fenton |
| **Cc:** | Sandy Arons |
| **Subject:** | RE: Offer to settle |

Ken says he is willing to keep paying for you to be on our plan for 1 year, maybe through the end of 2019, "as long as you don't cause more problems", heh.
Beyond that, we'll have to see where things stand with you, and with my company.
(Our office lease is up in March 2020, and Ken really wants to retire, and so there's no telling what my job will be after that.)

---

**From:** Jeff Fenton
**Sent:** Thursday, August 30, 2018 2:18 PM
**To:** Fawn Fenton
**Cc:** Sandy Arons <sandyarons@getasmartdivorce.com>
**Subject:** RE: Offer to settle

As I re-read this, there is one other substantial concern that I need to address, and that is health insurance. Without health insurance, the price of my meds alone would break me each month (just like your xyrem)!

Would Ken be willing to keep me on your health plan for ONE YEAR, until I can complete my job training and can acquire a job that offers health benefits? Without this, even Cobra I would have no way to pay for, if I don't have a job. I also should maintain my counseling throughout, but that goes back to my questions about the transitional period.

1

Debtor 1  **Fawn** ▬▬ **Fenton**                     Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **7,500.00** | $ **N/A** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,654.96** | $ **N/A** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **N/A** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,654.96** | $ **N/A** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **5,845.04** | $ **N/A** |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **N/A** |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **N/A** |

| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **5,845.04** + $ **N/A** = $ **5,845.04** |
|---|---|---|---|

**11.** **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                          11. +$ **0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                12. $ **5,845.04**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:  **Employer Retiring - Closing their Firm - Known Over a Year in Advance**

Official Form 106I                  **Schedule I: Your Income**                  page 2

https://rico.jefffenton.com/evidence/2019-08-14_bankrupcy-planned-for-when-employer-retires.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

 Adkisson & Associates Architects, Inc.



FILED
WILLIAMSON COUNTY
CLERK & MASTER

2019 AUG 15  AM 10: 44

FILED FOR ENTRY_____

August 14, 2019

To all the employees of Adkisson & Associates Architects, Inc. (the "Firm")

I want to let everyone know that November 2nd of this year is my 65th birthday. As a result, I plan to begin downsizing the Film so that I can significantly reduce overhead costs prior to the end of the corporate fiscal year end on December 31, 2019.

I want to give everyone ample time to secure other employment. I will continue to pay your salary and benefits up through November 15, 2019 so long as you are working full time at the Firm. If you secure new employment prior to November 15, 2019, I will provide you with two (2) weeks severance pay from the new employment start date, but said severance pay will not extend beyond November 15, 2019.

I greatly appreciate your good work over the past years and wish you well in your future endeavors.

With many thanks,

Kenneth C. Akdisson
President

1 1 8



EXHIBIT
2

3322 West End Avenue • Suite 103 • Nashville, Tennessee 37203 • (615) 298-9829 • Fax (615) 298-5122 • www.adkissonarchitects.com

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton |
| **Sent:** | Tuesday, October 9, 2018 12:21 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Reply to your email (Missed This!) |

At this point, to be honest, I do not really even want to keep the Sunnyside house. If the house is not sold, then I will be stuck paying for the very-expensive bills that come with the house, AND I will still have a ton of credit card debt from this divorce. I am emotionally burnt out, and Ken is making zero steps towards any transition plan for the company, so in a year or two I'd really like to take a less stressful job. I need life to be simpler to help me recover emotionally and financially after all of this upheaval. But I will be trapped as long as I'm saddled with the house + alimony + credit card debt. I don't know if I can realistically handle the stress level of being forced to make a high salary only to give it all away every month for many years into the future.

---

This broke my heart. I never wanted her to be "stuck".

I wish she had just given me her equity in our home in lieu of alimony, kept the house financed in her name until someday when I was able to finance it in mine, and let me take over the bills. My mother offered to bring our mortgages current and to keep them current, as long as I could remain in my home. It would have only required about $8k to bring our mortgages current (which they secretly defaulted on, without telling me), while I lost more money than that in counsel, yet left with nothing.

BUT Attorney Virginia Lee Story said NO, "It is already too far along in the bankruptcy."

That's RACKETEERING! And it's not only unconstitutional, but it's unethical and inhumane!

It is also a flagrant violation of the Federal Rules of Bankruptcy Procedure and multiple sections of Federal Bankruptcy Laws. (Committed by the people trusted to uphold and administer those laws.)

Our beautiful Brentwood home is worth over **$900k** today! While we only owed **$300k** on it! These reckless monsters liquidated our home for precisely what was owed on the mortgages, without a penny to either of our benefit.

There was literally no risk greater than the damages my wife allowed her attorneys to cause. She never needed to file for bankruptcy. She only received **$44k** in alleged "bankruptcy relief", while I have no doubt that her legal fees were higher! We lost **$250k** the day our home auctioned, and another **$350k** in appreciation since! All this damage could have been avoided! But it required conscionable counsel to have advised her in her darkest hours, of depression and doubt.

Instead she mistakenly had hired career criminals who prance around the Williamson County legal landscape as if they are gods, who bow before absolutely no laws. The State of Tennessee should have put these gangsters out of business a decade ago, but in their negligence and refusal to prioritize judicial integrity over the recreational activities of the judiciary, the state had shown their priorities. Which are repugnant and a violation of each sworn officer's Oath of Office!

Instead she allowed her counsel to pull a massive RICO bankruptcy fraud scam. We both lost everything, while destroying both of our credit, illegally evicting my tenants and myself from my own home without due process, leaving me with zero income or shelter within the State of Tennessee, discarding me without care or consideration, like yesterdays trash.

I PRAY FOR JUSTICE!

I demand the arrest of corrupt former Williamson County Judge, Michael Weimar Binkley and Attorney Virginia Lee Story.

The public welfare requiring it!

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:19-BK-02693 |
| | § | |
| FAWN TIFFANY FENTON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

John C. McLemore, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,250.00 | Assets Exempt: | $11,000.00 |
| Total Distributions to Claimants: | $3,028.98 | Claims Discharged Without Payment: | $55,593.59 |
| | | ATTORNEY STORY: — | $11,514.50 |
| Total Expenses of Administration: | $1,371.02 | (SEE PAGE-4) | $44,079.09 |

3)      Total gross receipts of $4,400.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $11,672.82 | $308,190.92 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,371.02 | $1,371.02 | $1,371.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |
| **Total Disbursements** | $71,518.28 | $346,886.79 | $36,685.87 | $4,400.00 |

4). This case was originally filed under chapter 0 on 04/26/2019. The case was converted to one under Chapter 7 on 12/06/2019. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2021                By:    /s/ John C. McLemore
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: JTDKBRFU2H3033495 | 1129-000 | $4,400.00 |
| **TOTAL GROSS RECEIPTS** | | $4,400.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BancorpSouth Bank | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 |
| 7 | Toyota Motor Credit Corporation | 4210-000 | $11,672.82 | $12,600.00 | $0.00 | $0.00 |
| 8 | Specialized Loan Servicing LLC | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $11,672.82 | $308,190.92 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. McLemore, Trustee | 2100-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| John C. McLemore, Trustee | 2200-000 | NA | $83.69 | $83.69 | $83.69 |
| Pinnacle Bank | 2600-000 | NA | $6.33 | $6.33 | $6.33 |
| U.S. Bankruptcy Court Clerk | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,371.02 | $1,371.02 | $1,371.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | IRS Insolvency | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | 7100-000 | $12,900.65 | $12,900.65 | $12,900.65 | $1,106.50 |
| 3 | Ascend Federal Credit Union | 7100-000 | $4,212.89 | $5,000.00 | $2,990.00 | $256.45 |
| 4 | American Express National Bank | 7100-000 | $9,518.02 | $9,518.02 | $9,518.02 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $9,906.18 | $9,906.18 | $9,906.18 | $849.66 |
| | BanCorp South | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $11,793.22 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Specialized Loan Servicing, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Virginia Lee Story | 7100-000 | $11,514.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:    1          Exhibit 8

| Case No.: | 19-02693-CW3-7 |
|---|---|
| Case Name: | FENTON, FAWN TIFFANY |
| For the Period Ending: | 1/9/2021 |

| Trustee Name: | John C. McLemore |
|---|---|
| Date Filed (f) or Converted (c): | 12/06/2019 (c) |
| §341(a) Meeting Date: | 01/06/2020 |
| Claims Bar Date: | 05/04/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: JTDKBRFU2H3033495 | $14,500.00 | $6,188.16 | | $4,400.00 | FA |
| 2 | Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items | $1,420.00 | $0.00 | | $0.00 | FA |
| 3 | TV, Tablet | $575.00 | $0.00 | | $0.00 | FA |
| 4 | Breyer Horses | $450.00 | $0.00 | | $0.00 | FA |
| 5 | AR15, FN-FAL, Glock 23, Rugger SP101 | $2,750.00 | $50.00 | | $0.00 | FA |
| 6 | Clothing/Shoes/Purse | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Ring $1500 and Costume jewelry | $1,200.00 | $300.00 | | $0.00 | FA |
| Asset Notes: | Jeweler said worth $300.  Burdensome Asset. | | | | | |
| 8 | Dog, 2 Bunnies, Fish | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $435.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Aquarium located at 102 Plum Nelly Circle | $425.00 | $0.00 | | $0.00 | FA |
| 11 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Checking First Farmers & Merchants | $1,349.36 | $0.00 | | $0.00 | FA |
| 13 | Checking Ascend Federal CU | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings First Farmers & Merchants | $1,350.65 | $0.00 | | $0.00 | FA |
| 15 | Savings Ascend Federal CU | $272.60 | $0.00 | | $0.00 | FA |
| 16 | Checking MIT FCU                    (u) | $255.00 | $0.00 | | $0.00 | FA |
| 17 | Savings MIT FCU                     (u) | $200.55 | $0.00 | | $0.00 | FA |
| 18 | Cellphone, Laptop                   (u) | $550.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

|  | $26,433.16 | $6,538.16 | | $4,400.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
07/21/2020    Filed Amended Claims Recommendation.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2                Exhibit 8

| Case No.: | 19-02693-CW3-7 | | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN TIFFANY | | | Date Filed (f) or Converted to (c): | 12/06/2019 (c) |
| For the Period Ending: | 1/9/2021 | | | §341(a) Meeting Date: | 01/06/2020 |
| | | | | Claims Bar Date: | 05/04/2020 |

| 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|

| | |
|---|---|
| 07/07/2020 | PC with Virginia Story 615-790-1778 who represents the Debtor in her Williamson County Divorce (Judge Binkley) |
| 07/02/2020 | PC from Jeff Fenton??  Debtor's former husband talked with him for more than 30 minutes. |
| 05/27/2020 | Filed Mt to Allow/Disallow Claims. |
| 05/13/2020 | Email to Jodie Thresher re: claims. |
| 04/15/2020 | Fawn Fenton picked up her ring. |
| 04/01/2020 | Email to Jody Thresher and Mary Beth Ausbrooks about Debtor's ring |
| 03/19/2020 | Filed Report of Sale. |
| 03/19/2020 | Jeweler said diamond ring and wedding band was worth $300.  Burdensome asset.  Will return ring to Debtor. |
| 02/19/2020 | Gave diamond ring and wedding band to Bobby Colson who will get a valuation. |
| 02/10/2020 | Filed Mt to Sell Equity in Vehicle to Debtor for $4,400. |
| 02/03/2020 | Claims bar 5/4/2020. |
| 01/30/2020 | Debtor wants to buy equity in vehicle |
| 01/30/2020 | Email to Jodie Thresher about wedding ring. |
| 01/28/2020 | Calculation of value of equity in 2017 Toyota Prius |
| 01/20/2020 | PC with Paul Spina counsel for Toyota Motor Credit. |
| 01/08/2020 | Email from Jodie Thresher, Debtor's attorney - Just wanted to give you a heads up that we will be filing an Amended Schedule A/B and C on this case. |
| 01/07/2020 | Email to Mary Beth - John told Ms. Fenton yesterday that he would like an independent valuation of her 2017 Toyota Prius.  See attached instructions to forward to your client. |

Initial Projected Date Of Final Report (TFR):                Current Projected Date Of Final Report (TFR):

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 19-02693-CW3-7 | | | **Trustee Name:** | John C. McLemore | |
| **Case Name:** | FENTON, FAWN TIFFANY | | | **Bank Name:** | Pinnacle Bank | |
| **Primary Taxpayer ID #:** | **-***4153 | | | **Checking Acct #:** | ******0194 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 4/26/2019 | | | **Blanket bond (per case limit):** | $720,000.00 | |
| **For Period Ending:** | 1/9/2021 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2020 | (1) | Diane D. Winters  Ex-wife's Mom Paid To Keep New Prius! | Equity in 2017 Toyota Prius per 2-10-2020 Motion to Sell [Dkt. No. 99] | 1129-000 | $4,400.00 | | $4,400.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $77.00 | $4,323.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($77.00) | $4,400.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.33 | $4,393.67 |
| 09/03/2020 | 3001 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Docket No. 99) | 2700-000 | | $181.00 | $4,212.67 |
| 12/12/2020 | 3002 | John C. McLemore | Trustee Compensation | 2100-000 | | $1,100.00 | $3,112.67 |
| 12/12/2020 | 3003 | John C. McLemore | Trustee Expenses | 2200-000 | | $83.69 | $3,028.98 |
| 12/12/2020 | 3004 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $1,106.50 | $1,922.48 |
| 12/12/2020 | 3005 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $256.45 | $1,666.03 |
| 12/12/2020 | 3006 | American Express National Bank | Final Distribution | 7100-000 | | $816.37 | $849.66 |
| 12/12/2020 | 3007 | Capital One Bank (USA), N.A. | Final Distribution | 7100-000 | | $849.66 | $0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $4,400.00 | $4,400.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $4,400.00 | $4,400.00 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $4,400.00 | $4,400.00 | |

| For the period of 4/26/2019 to 1/9/2021 | | For the entire history of the account between 02/03/2020 to 1/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,400.00 | Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 | Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,400.00 | Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 | Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2          Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-02693-CW3-7 | Trustee Name: John C. McLemore |
| Case Name: | FENTON, FAWN TIFFANY | Bank Name: Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4153 | Checking Acct #: ******0194 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 4/26/2019 | Blanket bond (per case limit): $720,000.00 |
| For Period Ending: | 1/9/2021 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $4,400.00 | $4,400.00 | $0.00 |

| For the period of 4/26/2019 to 1/9/2021 | | For the entire history of the case between 12/06/2019 to 1/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,400.00 | Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 | Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,400.00 | Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 | Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

## Jeff Fenton

**From:** Seliber, Megan (USTP) <Megan.Seliber@usdoj.gov>
**Sent:** Tuesday, March 15, 2022 6:08 PM
**To:** Jeff Fenton
**Subject:** Fenton 19-02693: sale motion complaint
**Attachments:** fenton 319-02693 deed.pdf

Mr. Fenton,

I further investigated your complaint that you were not given notice of the motion to sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did not receive notice. Because Judge Binkley gave your ex-wife the power to close the sale in family court, it does not appear that any objection in bankruptcy court would have been availing even if you had been given notice. For your records, I've attached the warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further, I believe that because the family court had dual jurisdiction over the property, you will need to seek any further remedy in state court. As the property has already been sold to a third-party purchaser, it is also unclear if any remedies would be available.

This concludes my investigation into your complaint.

Best,



**Megan Seliber**
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 695-4060

1

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.



**RECEIVED**
APR 07 2020
By

Vol 1
Appendix
13-1

# TECHNICAL RECORD

TR-5
TE-1

NO. 48419B

COA NO. M2019-02059-COA-R3-CV

**FILED**
JUN 15 2020
Clerk of the Appellate Courts
Rec'd By _____

**APPPEALED FROM**
CHANCERY COURT
AT FRANKLIN TENNESSEE
MICHAEL W. BINKLEY CHANCELLOR
ELAINE B. BEELER, CHANCERY COURT CLERK

**IN THE CASE OF**
FAWN ███ FENTON
VS.
JEFFREY RYAN FENTON

**TO THE**
APPEALS COURT
NASHVILLE TENNESSEE

VIRGINIA L. STORY
135 FOURTH AVE. SOUTH
FRANKLIN, TN 37064
**ATTORNEY FOR APPELLEE**

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI 48430
**PRO SE APPELLANT**

FILED 31ST DAY OF MARCH 2020.

CHANCERY COURT
NO. 48419B

*Sara B McKinney*

CLERK
DEP. CLERK

# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

### FAWN ███████ FENTON v. JEFFREY RYAN FENTON

**Chancery Court for Williamson County**
**No. 48419b**
**COA NO. M2019-02059-COA-R3-CV**

## CERTIFICATE OF APPELLATE RECORD

I, Elaine B. Beeler, Clerk and Master, Williamson County Chancery Court,

Franklin, Tennessee, do hereby certify that the following items herewith transmitted to

the Court of Appeals are original or true and correct copies of all or the designated papers

on file in my office in the captioned case.

1.      Technical record attached to this certificate consisting of 709 pages
        contained in five volumes.

2.      One volume of transcripts filed in my office on February 18, 2020, and
        authenticated by the Trial Judge or automatically authenticated under
        T.R.A.P. Rule 24(f).

                1 Volume - Hearing Date August 1, 2019

3.      No exhibits are included in the  record.

4.      No sealed documents and/or exhibits are included in the record.

5.      No depositions are included in the record.

6.      No exhibits and/or documents of unusual bulk or weight have been
        retained in my office.

This the 31st day of March, 2020.

(SEAL)

Elaine B. Beeler
Clerk and Master
Williamson County Chancery Court
Franklin, Tennessee

| FILED/ENTERED DATE | INDEX | PAGE |
|---|---|---|
| 6/4/19 | COMPLAINT FOR DIVORCE | 1-4 |
| 6/4/19 | TEMPORARY RESTRAINING ORDER | 5 |
| 6/11/19 | AFFIDAVIT OF LORI POLK | 6-8 |
| 6/20/19 | PETITION FOR ORDER OF PROTECTION AND ORDER FOR HEARING | 9-29 |
| 6/20/19 | TEMPORARY ORDER OF PROTECTION | 30-32 |
| 6/20/19 | MOTION TO DEEM HUSBAND SERVED | 33-40 |
| 7/17/19 | MOTION TO SELL THE MARITAL RESIDENCE | 41-44 |
| 7/29/19 | HUSBAND'S RESPONSE TO WIFE'S MOTION TO SELL MARITAL RESIDENCE | 45-106 |
| 8/13/19 | ORDER EXTENDING EX-PARTE/TEMPORARY ORDER OF PROTECTION | 107-109 |
| 8/14/19 | EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING AND ORDER GRANTING MOTION TO SELL MARITAL RESIDENCE BY AUCTION | 110-112 |
| 8/15/19 | MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 113-118 |
| 8/29/19 | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 119-380 |
| 8/29/19 | ORDER/EXTEND ORDER OF PROTECTION, RESET MOTION, WAIVE MEDIATION, SET FINAL HEARING, ETC. | 381-383 |
| 8/29/19 | ORDER EXTENDING EX PARTE/TEMPORARY ORDER OF PROTECTION | 384-386 |
| 9/20/19 | PROTECTED INCOME AND ASSETS | 387-391 |
| 9/26/19 | MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE | 392-399 |
| 10/10/19 | NOTICE OF FILING/ORDER ENTERED BY THE U.S. BANKRUPTCY COURT | 400-402 |
| 10/10/19 | ORDER/MOTION TO SELL REMAINING CONTENTS OF THE MARITAL RESIDENCE | 403-404 |
| 10/21/19 | ORDER OF PROTECTION | 405-410 |
| 10/21/19 | AFFIDAVIT OF VIRGINIA LEE STORY | 411-415 |
| 10/28/19 | FINAL DECREE OF DIVORCE | 416-423 |
| 11/20/19 | NOTICE OF APPEAL | 424-425 |
| 2/18/20 | NOTICE OF FILING/TRANSCRIPT | 426 |
| 2/18/20 | DEFENDANT'S RESPONSE TO NOTICE OF FAILURE TO COMPLY WITH T.R.A.P. RULE 24, RESPONSE TO MOTION TO DISMISS, AND RESPONSE TO ADMINISTRATIVE ORDER BY THE COURT OF APPEALS | 427-709 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Fawn ▓▓ | Fenton | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**1986 Sunny Side Drive**
Street address, if available, or other description

**Brentwood**    **TN**    **37027-0000**
City    State    ZIP Code

**Williamson**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Separated Spouse is on Deed only**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $425,000.00 | $425,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entireties**

WE OWNED OUR PROPERTY as ONE INDIVIDUAL (MARRIED ENTITY)!

☐ Check if this is community property (see instructions)

FALSE!!!

*[Handwritten annotation:]* This is the only page I've seen that is MOSTLY correct, except for this "Fraud On the Court, by Officer(s) of the Court" claim that I had NO financial investment or interest in our Marital Residence, when I contributed far more to it, at purchase and through improvements, than Ms. Fenton ever did! That is Bankruptcy FRAUD by Attorney Ausbrooks!

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................=>**

$425,000.00

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** First Name | **Fenton** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2017 Toyota Prius 23,000 miles VIN:** ▮▮▮▮▮▮ Line from *Schedule A/B*: **3.1** | $16,375.00 | ■ ☐ | $3,775.00 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **AR15, FN-FAL, Glock 23, Rugger SP101** Line from *Schedule A/B*: **10.1** | $2,700.00 | ■ ☐ | $2,700.00 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Clothing/Shoes/Purse** Line from *Schedule A/B*: **11.1** | $500.00 | ■ ☐ | 100% 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-104 |
| **Cash** Line from *Schedule A/B*: **16.1** | $50.00 | ■ ☐ | $50.00 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Checking: First Farmers & Merchants** Line from *Schedule A/B*: **17.1** | $2,000.00 | ■ ☐ | $2,000.00 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Fawn** ▇▇▇ **Fenton**                                        Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: First Farmers & Merchants**<br>Line from *Schedule A/B*: **17.3** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Savings: Ascend Federal CU**<br>Line from *Schedule A/B*: **17.4** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Federal: 2017 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $1,533.50 | ■ $525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | Fawn | Fenton | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1 BanCorp South** | **Describe the property that secures the claim:** | **$53,967.42** | **$425,000.00** | **$0.00** |

Creditor's Name

**2.1 BanCorp South**

Attn: Officer Manager or Agent
914 Murfreesboro Road
Franklin, TN 37067

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
1986 Sunny Side Drive Brentwood, TN 37027  Williamson County
**Separated Spouse is on Deed only**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  **Home Equity L**

Last 4 digits of account number _____

Attorney Ausbrooks failed to list me here as having any FINANCIAL investment and interest in OUR EQUALLY Deeded Marital Property. Although the loans were in Ms. Fenton's name, since our previous residence was still financed in my name (making the income to debt ratios easier, to qualify for more favorable interest rates), every dollar, asset, and debt we had, while we were married, we owned a joint and equal interest in! There was NO differentiation between his/hers money, property, or debt obligations. While I was also required to sign as a BORROWER at closing for both of these loans/mortgages, to subject my interest in the property to the repayment of these notes. This is clearly "Fraud On the Court by Officer(s) of the Court!" by Ausbrooks.

| **2.2 Bank of America, NA** | **Describe the property that secures the claim:** | **$240,182.77** | **$425,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2.2 Bank of America, NA**

Attn: Officer Manager or Agent
4909 Savarese Circle
Tampa, FL 33634

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
1986 Sunny Side Drive Brentwood, TN 37027  Williamson County
**Separated Spouse is on Deed only**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **First Mortgage**

Last 4 digits of account number _____

Furthermore, Ms. Ausbrooks "erroneously" lists the information about me existing, in the PROPERTY ADDRESS BOX, while failing to check the boxes to indicate that I have any financial responsibility for these loans, that I have any financial investment or interest in this property, or that my financial interest is subject to these mortgages and notes being paid as promised. While I was provided absolutely NO NOTICE that my ex-wife was secretly filing for bankruptcy, or that she had specifically REQUESTED to unnecessarily forfeit OUR Marital Residence, and that the whole of ALL my investments in life, were being defaulted on and about to be LOST!

Debtor 1  **Fawn** ▮▮▮ **Fenton**
    First Name      Middle Name      Last Name

Case number (if known) _____

| 2.3 | **Toyota Motor Credit Co.** | Describe the property that secures the claim: | $12,600.00 | $16,375.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn Officer Manager or Agent**
**5005 N River Blvd. NE**
**Cedar Rapids, IA**
**52411-6634**
Number, Street, City, State & Zip Code

**2017 Toyota Prius 23,000 miles**
**VIN:** ▮▮▮▮▮▮▮

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)   PMSI

Date debt was incurred  **09/15/2016**    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $306,750.19 |
|---|
| $306,750.19 |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify your case:**

| Debtor 1 | Fawn | Fenton | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **IRS Insolvency** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Attn: Officer Manager or Agent** | When was the debt incurred? _____ | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Notice** | | | |

**Part 2:**  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                27180                Best Case Bankruptcy

Debtor 1  **Fawn** ███ **Fenton** _____    Case number (if known) _____

| 4.1 | **American Express** | Last 4 digits of account number _____ | **$9,518.02** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent
PO Box 981537
El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card** _____

---

| 4.2 | **Ascend Federal Credit Union** | Last 4 digits of account number _____ | **$17,811.23** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent
PO Box 1210
Tullahoma, TN 37388**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card** _____

---

| 4.3 | **Bank of America** | Last 4 digits of account number _____ | **$11,793.22** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent
PO Box 982238
El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card** _____

---

Debtor 1  Fawn ▬▬ Fenton _____    Case number (if known) _____

| 4.4 | **Capital One Bank USA NA** | Last 4 digits of account number ___ ___ ___ ___ | | **$9,818.83** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 30281**
**Salt Lake City, UT 84130-0281**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Flexible Spending Account**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.5 | **Chase Card** | Last 4 digits of account number ___ ___ ___ ___ | | **$0.00** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 15298**
**Wilmington, DE 19850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**IRS Insolvency**
**801 Broadway Room 285**
**MDP 146**
**Nashville, TN 37203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name and Address
**US Attorney General**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| **6a.** **Domestic support obligations** | | 6a. $ | **0.00** |
| **Total** | | | |

Debtor 1  **Fawn** ▓▓▓ **Fenton** _____    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **claims from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | Total Claim | |
|---|---|---|---|---|---|
| | 6f. | **Student loans** | 6f. | $ | 0.00 |
| **Total claims from Part 2** | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 48,941.30 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 48,941.30 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fawn** ▬▬ **Fenton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** <br> Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|
| 2.1 ▬▬▬▬▬ <br> **c/o Brookside Properties, Inc.** <br> **2002 Richard Jones Road, Suite 200-C** <br> **Nashville, TN 37215** | **Assume Residential Lease** <br> **Ends 08/2020** |

**Fill in this information to identify your case:**

| Debtor 1 | Fawn | Fenton |
|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | |
|---|---|---|
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)    _____

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: **Your Codebtors**

12/15

**Codebtors are people or entities who are also liable for any debts you may have.** Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

    1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

    ■ No
    ☐ **Yes**

    2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ■ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor <u>if your spouse is filing with you.</u> **List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** <u>Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.</u>

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | _____ | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number        Street | |
| | City        State        ZIP Code | |

| 3.2 | _____ | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number        Street | |
| | City        State        ZIP Code | |

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main
Document      Page 25 of 50

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Fawn** ▮▮▮ **Fenton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Architect** | |
| Employer's name | | ▮▮▮▮ **Associates, Architects, Inc.** | |
| Employer's address | | **3322 West End Ave.**<br>**Suite 103**<br>**Nashville, TN 37203** | |
| How long employed there? | | **August 2006** | |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ **7,500.00** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. $ **7,500.00** | $ **N/A** |

Debtor 1    **Fawn** ▮▮▮ **Fenton**                                    Case number *(if known)* _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $   7,500.00 | $   N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $   1,654.96 | $   N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $   0.00 | $   N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $   0.00 | $   N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $   0.00 | $   N/A |
| 5e. **Insurance** | 5e. | $   0.00 | $   N/A |
| 5f. **Domestic support obligations** | 5f. | $   0.00 | $   N/A |
| 5g. **Union dues** | 5g. | $   0.00 | $   N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $   0.00 | + $   N/A |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $   1,654.96 | $   N/A |
| 7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $   5,845.04 | $   N/A |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   0.00 | $   N/A |
| 8b. **Interest and dividends** | 8b. | $   0.00 | $   N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   0.00 | $   N/A |
| 8d. **Unemployment compensation** | 8d. | $   0.00 | $   N/A |
| 8e. **Social Security** | 8e. | $   0.00 | $   N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $   0.00 | $   N/A |
| 8g. **Pension or retirement income** | 8g. | $   0.00 | $   N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $   0.00 | + $   N/A |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $   0.00 | $   N/A |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   5,845.04 | + $ | N/A | = $ | 5,845.04 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                         11. +$   0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

| 12. | $   5,845.04 |
|---|---|
| | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

■   No.

☐   Yes. Explain:    **They knew a year in advance, when Ken Adkisson planned to retire, within only a few months.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fawn** ▮ **Fenton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,229.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 15.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Case 3:19-bk-02693    Doc 1    Filed 04/26/19    Entered 04/26/19 13:28:31    Desc Main Document    Page 28 of 50

Debtor    **Fawn ▆▆ Fenton** _____    Case number    _____

☐  plan confirmation.
☑  other:  **Entry of Discharge** _____

**Part 9:** **Nonstandard Plan Provisions**

*Nonstandard provisions are required to be set forth below.*

**These plan provisions will be effective only if the applicable box in § 1.3 is checked.**

**Adequate Protection Payments:**
**Toyota Motor Credit Co. @ $25.00**

**Debtor moves for permission to sell real property located at 1986 Sunny Side Drive Brentwood, TN 37027  Williamson County, within 180 days of confirmation with no payments being made in the interim.  The liens of Bank of America, NA and BanCorp South shall be satisfied in full and all remaining proceeds after Debtor's homestead exemption and costs of sale shall be paid to the Chapter 13 Trustee for the benefit of the estate.**

**Confirmation of this Plan imposes upon any claimholder treated under § 3.1 and, holding as collateral, the residence of the Debtor(s), the obligation to: (i) Apply the payments received from the Trustee on pre-confirmation arrearages only to such arrearages. For purposes of this plan, the "pre-confirmation" arrears shall include all sums designated as pre-petition arrears in the allowed Proof of Claim plus any post-petition pre-confirmation payments due under the underlying mortgage debt not specified in the allowed Proof of Claim. (ii) Deem the mortgage obligation as current at confirmation such that future payments, if made pursuant to the plan, shall not be subject to late fees, penalties or other charges.**

**The Trustee may adjust the post-petition regular payments noted above and payments to the plan in paragraph 3 upon filing notice of such adjustment to debtor, debtor's attorney, creditor, and the U.S. Trustee where, and to the extent the underlying contract provides for modification.**

**The Trustee is authorized to pay any post-petition fees, expenses, and charges, notice of which is filed pursuant to Rule 3002.1, F.R.B.P. and as to which no objection is raised, at the same disbursement level as the arrears claim noted above.**

**Part 10:**  **Signatures:**

X  **/s/ Mary Beth Ausbrooks** _____    Date  **April 26, 2019** _____
**Mary Beth Ausbrooks**
**Signature of Attorney for Debtor(s)**

X  **/s/ Fawn ▆▆ Fenton** _____    Date  **April 26, 2019** _____
**Fawn ▆▆ Fenton**

X  _____    Date  _____

**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

**By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the form required under the Local Rules for the Bankruptcy Court for the Middle District of Tennessee, other than any nonstandard provisions included in Part 9.**