10

**WILLIAMSON COUNTY CHANCERY COURT, AT FRANKLIN, TN | DOCKET #48419B**
RE-CREATION OF EX-WIFE'S <u>UNSIGNED PERSONAL STATEMENT</u> ALLEGING FEAR & STALKING
**LOCATED IN TECHNICAL RECORD VOLUME 1, PAGE 15**
Line Numbers Added for Reference & Strike-Through for False/Fraudulent/Misleading Claims

1   My name is Fawn Fenton and I have been married to Jeff Fenton for 13 years.  Jeff and
2   I have been separated since April 22, 2018 and I have not seen him since sometime in
3   April when we met to file our taxes.  ~~Prior to that I had not seen him since December~~
4   ~~2018~~.  I filed for divorce on June 4, 2019.

5   I am in fear for my safety based on the ~~repeated harassment that has continued to occur.~~
6   ~~Over the last several weeks Jeff has sent me numerous text messages and lengthy e-~~
7   ~~mails talking about his intentions on ruining my life, causing me issues with my employer~~
8   ~~and clients at work, ruining my credit and financially ruining me.~~  As a result of Jeff's
9   ~~continued verbal and emotional abuse and deliberate non-cooperation, I have filed for~~
10  ~~bankruptcy to preserve my finances.~~ ~~Upon finding out about the bankruptcy petition, Jeff~~
11  ~~became enraged and his incessant texts and e-mails have been upsetting and vindictive.~~
12  Just as an example, from June 12 through June 16, Jeff sent me 12 e-mails all of
13  substantial length, ~~describing how he plans on ruining my life~~.  I am attaching just a
14  snapshot of my email account showing the number of e-mails sent from June 12-16.  The
15  length of the emails would be too long to attach; however, I have saved them all.  In
16  addition, Jeff continues to send me numerous text messages, some very lengthy, ~~in some~~
17  ~~of the texts he uses derogatory language, calling me a "bitch."~~  On June 14, 2019 he
18  sent me 8 text messages within in less than 40 minutes.  The next day, June 15, 2019
19  he sent me 16 text messages over the course of 4 hours, several of which were extremely
20  lenthy.  ~~I have asked Jeff on several occasions to stop e-mailing and texting me, however,~~
21  ~~he continues to repeatedly harass me~~.  At this point all of his communication to me is not
22  consensual ~~and I have relayed this to Jeff multiple times~~. On June 15, 2019 Jeff left me
23  a voicemail on my cell phone stating that if I did not call him back or respond to his emails
24  or text messages that he was going to "show up at my work or apartment to try to get
25  some information out of me."  I am fearful that he will actually show up at my work, ~~as he~~
26  ~~has done so in the past and has sabotaged my work e-mails~~. Jeff has been employed in
27  IT and is very tech savvy. In the past he was able to remotely log into my work computer
28  and delete all e-mails that had his name in them.  ~~My company has already spent a~~
29  ~~considerable amount of money hiring a new IT support team to try and close loopholes~~
30  ~~and delete Jeffs access to our system, but we are still finding settings that reference Jeffs~~
31  ~~settings or route to his e-mails.~~ ~~Jeff has also threatened to post derogatory comments~~
32  ~~anonymously on the internet about both myself and my company.~~ ~~This cyber-stalking~~
33  ~~could potentially cost me my job and career.~~ ~~I am fearful for what he may try to do now~~
34  ~~that I have filed for divorce and am not responding to his threats~~.

35  On June 16th, 2019 in one of his lengthy e-mails he stated, "I wish we would have had
36  an asteroid fall on our home and kill us (or at least me"), the day before I discovered your
37  plans to divorce me."  Jeff is a licensed gun carrier and has many weapons, and I am in
38  fear of what he may to do me if this continues.  **~~Jeff refers to himself as a part of the~~**
39  **~~"extraction team" and lives a very paranoid life~~**.  He installed extensive home
40  monitoring at our marital residence including surveillance videos and ~~audio recording~~
41  ~~systems~~.

1 5

**WILLIAMSON COUNTY CHANCERY COURT, AT FRANKLIN, TN | DOCKET #48419B**
RE-CREATION OF EX-WIFE'S <u>UNSIGNED PERSONAL STATEMENT</u> ALLEGING FEAR & STALKING
**LOCATED IN TECHNICAL RECORD VOLUME 1, PAGE 16**
Line Numbers Added for Reference & Strike-Through for False/Fraudulent/Misleading Claims

42   ~~The harassment has caused me undue emotional stress and anxiety.  I am unable to~~
43   ~~sleep well, and his harassment is causing trouble in my day to day life~~.  The continued
44   texting and e-mailing are interfering with my ability to perform my job and I fear that if
45   these things continue that I will reach a point of an emotional breakdown.

1 6

## Fawn Fenton
(615) ███ -7377 · mobile

You are WRONG about my motives for selling the house and you are WRONG about me having evil and selfish intentions to increase or decrease the sale value. As usual, you are being a dick when I don't agree with everything you want, and you resort to insulting me and verbally attacking me to try to get your way.

Fawn Fenton (mobile) · Jan 30, 2019

You just called me a dick and accused me of verbally attacking you, in the same sentence.



Jan 30, 2019

**Fawn Fenton**
(615) ▮▮-7377 · mobile



Can I pickup Taco Salads and come have dinner with you?

Jan 21, 2019



Hello, thank you for the offer, but no, I am too tired and I have a headache. I'll see you tomorrow.

Fawn Fenton (mobile) · Jan 21, 2019

Ok... see you in the morning.

Jan 21, 2019





Terry is at 215 Centerview, suite 208, right?
(I am on potty with belly-ache right now... Going to try to get out the door soon...)

Fawn Fenton (mobile) · Jan 22, 2019

No, he is in Maryland Farms now:

5115 Maryland Way, Suite #134, Brentwood, TN 37027

Inside the Chapple Building



Jan 22, 2019



Oh ok!

I might be a few minutes late... Pooper not cooperating... Cramps.... Ungh....

Fawn Fenton (mobile) · Jan 22, 2019

I always park in the back of the building, and enter from the back. I'm heading there now. When you get there I can come out and show you the way from the first floor lobby.

It would probably be quickest for you to take the back way, up Church Street, onto Maryland Way.

Careful I just hit a bad to ice

A patch of ice



Jan 22, 2019



Having terrible cramps... Can't get out of bathroom right now... This sucks, sorry!

Fawn Fenton (mobile) · Jan 22, 2019

**Fawn Fenton**
(615) ▮▮-7377 · mobile



If you're still on the body it's time to abort Mission and head to Terry's


Jan 22, 2019



Doubled over in pain... Can't walk yet... The enemy is attacking me with cramps...

Fawn Fenton (mobile) · Jan 22, 2019

Dang... we're here waiting.

Jan 22, 2019

This really sucks, I don't think I'm going to make it... Curled up on floor in fetal position in pain with terrible cramps....

Fawn Fenton (mobile) · Jan 22, 2019



I'm sorry.


Jan 22, 2019

Does Terry have another appointment at 9? I will pay him for another hour if he's available... (Cramps starting to subside a little....)

Fawn Fenton (mobile) · Jan 22, 2019

Tuesday 11, 4, 5
Thursday wide open except for 2. (Probably 9am, or??)


Jan 22, 2019

Do you mean Tuesday today? (Could do 11:am today)...

Fawn Fenton (mobile) · Jan 22, 2019

Terry could do noon or 3 today.


Jan 22, 2019

Ok noon!


Fawn Fenton (mobile) · Jan 22, 2019

Ok, see you at noon today.



Jan 22, 2019

Ok thank you!


Fawn Fenton (mobile) · Jan 22, 2019

**Fawn Fenton**
(615) ███-7377 · mobile

See you then!

I'm back in my car, about to hit Kroger's quickly for Ice Cream and Kiwi Veggies, is there anything that I can pickup and bring you, to help you feel better? Drugs, over the counter meds, breakfast?

I'd seriously be glad to bring you anything that will help make your morning a little better.

Do you need me to take you to the doctor or hospital?

I could pickup your fetal position body, wrap you up in a sheet or blanket, lay you in your hatchback or my trunk, and drive you to the ER or the clinic of your choice?

Still at Krogers... ? 

Jan 22, 2019

Oh hello, I was sleeping. I am mostly ok now. Definitely have a cold, though.

Fawn Fenton (mobile) · Jan 22, 2019

Need anything from store? 

Jan 22, 2019

No that's ok. Thank you very much for offering, though.

Fawn Fenton (mobile) · Jan 22, 2019

I'm in the lobby on the first floor waiting on Terry and you. 

Jan 22, 2019

Thank you again for the balloon and flowers and donuts, I really do love them and that was so thoughtful of you.

Fawn Fenton (mobile) · Jan 22, 2019

Thank you for answering your phone when I called. 

Jan 22, 2019

You're welcome. Thank you again for the balloon and flowers, they're brightening my kitchen.

Fawn Fenton (mobile) · Jan 22, 2019



**Fawn Fenton**
(615) ████-7377 · mobile



😢 my heart is broken for you too. I'm so, so sorry for your pain. I know you're a good person, which is why I'd hope someday we can still be friends.

Fawn Fenton (mobile) · Jan 23, 2019

Hopefully we can!

Jan 23, 2019

A part of my heart will always love you too.

Fawn Fenton (mobile) · Jan 23, 2019

Goodnight Tootie! Please forgive me someday if/when you can!

Jan 23, 2019

I am definitely working on forgiving you. You deserve forgiveness , and I hope you can heal from this huge loss. I am so sorry I was unable to communicate with you and I'm sorry for all the times I made things worse.

Fawn Fenton (mobile) · Jan 23, 2019

Here is what I would say about myself in hinddight,  "I've never know someone who worked harder, while getting nothing meaningful done."

Jan 23, 2019

Hello, I pray for some peace for you today. (Regarding your text right above, I used to always think of you like you were riding a stationary exercise bicycle; peddling furiously, working so hard, but going nowhere. Sorry, not that that helps.) Anyway, my cold is much much much worse today. At least I have donuts, those sure are good and cheer me up. 🍩 🧁 🍪 🥛 🧀 🍩

Fawn Fenton (mobile) · Jan 23, 2019

Thanks again for the donuts and flowers! I just ate last donut yesterday; flowers are still doing good!

Fawn Fenton (mobile) · Jan 26, 2019

Understandable that your mom wants to sympathize with you. Situation is definitely heart- breaking.

Fawn Fenton (mobile) · Jan 27, 2019

Yeah, but not really helpful.

Jan 27, 2019

**Fawn Fenton**
(615) ███-7377 · mobile

📞   ⋮



Phone is falling on my face... Nightie night...
Thank you for being kind.

Fawn Fenton (mobile) · Jan 27, 2019

Nightie night. Likewise Tootie!

Never in my life did I want it to be me against you! That was my worse nightmare!



Jan 27, 2019

## Jeff Fenton

| | |
|---|---|
| **From:** | Ken Adkisson <kadkisson@adkissonarchitects.com> |
| **Sent:** | Thursday, April 27, 2017 4:01 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Fawn Fenton; Loretta |
| **Subject:** | RE: IT & Web Work |

Thank you Jeff, we certainly appreciated your efforts. Good luck in the future.


Ken Adkisson, President
**Adkisson & Associates, Architects, Inc.**
3322 West End Ave., Suite 103
Nashville, Tennessee 37203
(615) 298-9829
kadkisson@adkissonarchitects.com

---

**From:** Jeff Fenton
**Sent:** Thursday, April 27, 2017 2:50 PM
**To:** Ken Adkisson
**Cc:** Fawn Fenton; Loretta
**Subject:** IT & Web Work
**Importance:** High

Hello Ken,

It doesn't look like this relationship is going to work out anymore. Fawn tells me that you have a new IT guy that you want to try, and really I've reached my limit of what I'm willing to put up with, for what I'm being paid.

One thing that I just won't tolerate is **people taking bad about me behind my back**, while I'm honestly trying to HELP them by extending the life of their equipment, considering every EXPENSE and every DECISION as if it were my OWN money and equipment, while working on nights and weekends so not to disturb the workflow of your office, etc… Every other tech guy you will pay $$ plus you will pay your drafters to stand around the office with their thumbs up their butts while he works on their computers. When was the last time that your office had any DOWN-TIME due to mechanical failures?

When was the last time that you had to kick-out thousands of dollars unexpectedly because of surprise system failures? I believe that you have FORGOTTEN how GOOD you have had it (technologically), for the past few years!

The problem with anticipating and meeting people's needs BEFORE there is a CRISIS, is they frequently fail to RECOGNIZE or APPRECIATE the WORK that I did to make that possible! I used to think that you could see it, and recognized that it was a "win/win" relationship between us, but not anymore.

1

How would you FEEL **if I talked bad to Fawn about your WIFE all day?** I'm not going to play that game.

Since you can no longer realize the VALUE which I bring to your organization **on my own**, I'm out!

If you are agreeable, I will refund your $2,500 deposit for your website rebuild, minus any reimbursable expenses (very minor), and a few office tech expenses which I have not yet billed you for. Then you can go hire ANYONE that you want to build your website, **it will be OFF MY PLATE!** I wish that it hadn't taken me so long to reach this conclusion, your website rebuild was the LAST web project that I've accepted (I've been turning people down for two years), because of how much TIME and coordination they require with clients to complete, yet I never seemed to be able to find TIME to rebuild your site, so I failed. I'd rather accept that and move forward, than continue to make empty promises and waste more of my TIME and YOURS.

Likewise, I'd like to end ALL of MY business with your company. I don't want Fawn to be stuck in the middle anymore. So if you need IT help, even if it is the smallest question that Fawn knows that I can answer in two minutes, please don't ask Fawn or anyone else to call me. I'm DONE! I will even refuse to help my loving wife, with any problems which she encounters in YOUR OFFICE.

I've provided detailed NOTES about most of the work that I performed inside the [IT] folder on your Server's desktop, so that someone could easily follow behind me. If they can't find the information they need there, then I'm sorry, they'll need to figure it out the same way that I did. I've tried to be very open and to document my work, but it all takes TIME, which costs more money… and no one is perfect. I'm not interested in being your on-call knowledgebase for any price. That's someone else's problem now!

Please hire a local website / hosting company / registrar / and administrator whom you personally TRUST (they can easily steal your digital assets, domain names, etc… if they are not TRUSTWORTHY.) I would like to get all of your digital assets (website/domain names/etc…) off of my servers and out of my accounts as soon as possible. It's not an emergency, I think that probably a month should be a reasonable amount of time for you to have that work completed, if not then please two months at the most. I will pro-rate and refund any unused hosting time once it is all completed. (Please make sure that the people you HIRE are COMPETENT to do all the work on their OWN. At your direction, I will provide them with the server address and credentials that they need to remove your website from my server, as well as to port your domain names from my registrar's reseller account to their own. I will not be responsible in assisting ANYONE with the migration of your website and domain names, the changing or setup of your DNS to work with the new host or to continue to work with your existing email accounts, or to ensure that your web assets are transferred properly and WORK on the new server space, or the domains with the new registrar, EXCEPT TO THE EXTENT THAT I RELASE THEM FREELY. (You should be careful, a lot of people/companies will hold your website and domain names HOSTAGE, I don't play that game!)

2

I recommend that you ensure that your new webhost/registrar is a MICROSOFT PARTNER, familiar with Office-365, so that they can take over the "DELEGATED ADMINISTRATION" for your Office-365 account, and prevent any disruptions in your email flow after moving your domain names or site out of my accounts. I will not have ANY responsibility to FIX someone else's screw-ups! My responsibility shall be limited to maintaining your service until I've surrendered your credentials, and to release your web assets forthwith. Beyond that, all that I can recommend, is that you hire COMPETANT and EXPERIENCED people! (The slightest screw-up and your whole office's email could stop working for days, as they try to isolate and fix the problem. IF that happens, it will be beyond the scope of my responsibility!) Once ANYONE else has credentials to access or move your digital assets, they ALONE are responsible for anything and everything that happens there forward.

I will hold $500 from the deposit of your refund to charge you for any of my time/mileage required to return your assets (both digital and physical) and complete this transition. From this point forward, all my TIME will be billed at my normal rate of $45 per hour, as by this notice our service agreement is now officially terminated. Upon final completion, I will return to you any remaining funds or bill you for any overages.

I will be returning to your office ALL of your DISASTER RECOVERY DRIVES from my fire vault, which you should pay to keep off-site in a safe deposit box again, in case of an emergency. Should you ever need to restore any of those images, you will need to hire a tech who is competent with partition and full-disk CLONING, using software such as Clonezilla, NovaBackup, Acronis True Image, and Windows 7 Backup Images.

For a few years I believed that this relationship was mutually beneficial, I regret that it did not end better, but I prefer to accept the reality than to continue with the current tension.

I hope for nothing but the best for you and your business in all your future endeavors.

Sincerely,

(On the bright side, this should be my last LONG email! ☺)

**JEFF FENTON**
**METICULOUS.tech**
(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS, WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

3

### PRIOR-RESTRAINT WITHOUT MOTION, NOTICE OR HEARING

## Order of Protection
☒ **Amended Order**
☐ Petitioner is under 18

Case # *(the clerk fills this in)*: **4 8419 B**

2020 SEP 24  AM 10: 09

In the *Chancery* Court of *Williamson* County, TN. **9 - 24 - 20**
FILED FOR ENTRY

**Petitioner** *(person needing protection)*

*Fawn* ▓▓▓▓▓ *Fenton*
first       middle       last

## Petitioner's Children under 18 Protected by this Order:

Name, Age, Relationship to Respondent      Name, Age, Relationship to Respondent

1. _____
2. _____
3. _____
4. _____

---

**Respondent's Information** *(person you want to be protected from)*:

*Jeffrey*     *Ryan*     *Fenton*     *10/5/69*
first      middle      last      date of birth (MM/DD/YYYY)

▓▓▓▓▓▓▓▓      *M I*
street address      city      state    zip

Respondent's Employer: *None*
      Employer's name       Employer's phone #

### Describe Respondent:

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
|---|---|---|---|---|---|---|
| ☒ Male ☐ Female | ☐ White ☐ Asian ☐ Black ☐ Hispanic ☐ Other: ___ | ☒ Black ☒ Grey ☐ Blond ☐ Bald ☐ Brown ☐ Other: ___ | ☒ Brown ☐ Hazel ☐ Blue ☐ Green ☐ Grey ☐ Other: ___ | Height | 5,9 | Weight 240 |
| | | | | Social Sec. # (If known) | (Provided to Clerk's office if known) **Do not list it here. XXXXX** | |
| | | | | Scars/Special Features | | |
| | | | | Phone Number | ▓▓▓▓▓▓ | |

### Petitioner's relationship to the Respondent *(Check all that apply)*:

☒ We are married or used to be married.     ☐ We live together or used to live together.
☐ We have a child together.     ☐ We are dating, used to date, or have had sex.
☐ We are relatives, related by adoption, or are/were in-laws. *(Specify)*: _____
☐ We are the children of a person whose relationship is described above *(Specify)*: _____
☒ The Respondent has stalked me.     ☐ The Respondent has sexually assaulted me.
☐ Other: _____

---

**This is a Court Order.**

**Findings About Abuse:**

*Warning!*
☐ Weapon involved
☐ Has or owns a weapon

1. The Court has jurisdiction over the parties and this case. The Respondent was given reasonable notice of the hearing and an opportunity to be heard.

2. Based on the information in the *Petition,* and the hearing held, the court finds that the Respondent:
☑ Did the things listed in the Petition and the court adopts these as facts and incorporates them by reference, AND/OR

☐ Did the following things:

_____

_____

_____

AND there is credible evidence that Respondent is a threat to the safety of the Petitioner and ☐ Petitioner's Minor Children.

*3.* Respondent has specifically: *(check all that apply):*

☐ Abused/Threatened to Abuse

☐ Sexually Assaulted

☐ Stalked

the ☑ Petitioner AND ☐

> **FALSE:** I NEVER ABUSED OR STALKED my EX-WIFE! THIS IS ADA RETALIATION & INTERFERENCE WITH HOBB'S ACT EXTORTION OF MY SILENCE ABOUT THE MISCONDUCT AND CRIMES COMMITTED BY THE COURT & COUNSEL!

**Findings about the minor children of the parties:** *(check one):*

n/a ☐ The Court has jurisdiction over custody for the child(ren) of the parties because his/her/their home state is Tennessee.

☐ The Court has temporary emergency jurisdiction over custody for the children of the parties listed above because they are in Tennessee now, and they (or the Petitioner) were at risk. (If another state has jurisdiction over child custody under UCCJEA, this Court's temporary jurisdiction will end on _____ or when the other state's Court makes an order.)

**Findings About Firearms:**

**The Respondent** *(check all that apply):*

☐ Has no firearms

☑ Has firearms that he/she must give to someone else who is allowed to have them (TCA § 36-3-625).

☐ Has firearms that are registered under the National Firearms Act and must be either transferred to a responsible third party, or locked in a safe or other secure container to which the Respondent does not have access. A state or federal agency must give its approval before the firearms are turned in.

☐ Has a federal firearms license (FFL) or is a responsible party under an FFL, and has firearms under that FFL that qualify as business inventory, and *(check one):*

  ☐ There is **no** responsible party listed on the FFL other than the Respondent in this case. The Respondent must turn in or transfer all firearms inventory under his/her control to a separate FFL holder who is legally allowed to have firearms.
  ☐ There **is** another responsible party listed on the FFL other than the Respondent in this case. This Order does not require the Respondent to turn in or transfer the firearms inventory.

**This is a Court Order.**

07/01/19
Form #OP2018-7

Order of Protection

page 2 OF 6

**PERSPECTIVE:** For those unfamiliar with this case, this was a "DIVORCE" with no children. Judge Michael W. Binkley and his Undisclosed "Close Family Friend", Attorney Virginia Lee Story, only spent TWO 30-MINUTE "hearings" to FORCEFULLY STEAL MY BRENTWOOD HOME (worth $900k currently, with mortgages of only $300k), without a PENNY to Myself or my Ex-wife. While there were NO ARRESTS, NO ASSAULTS, NO DOMESTICS, NO PHYSICAL THREATS, NO STALKING, NO SUPPORTING HISTORY, NO REASONABLE THREAT OF DANGER OF ANY SORT, while the Opposing Party is the one who committed MULTIPLE GROSS FELONIES AGAINST ME, with the CRIMINAL GUIDANCE and ASSISTANCE of at least TWO JUDGES, and a HALF-DOZEN Attorneys, with at least as many Compromised and Corrupt Powerful MEMBERS OF THE COURT who have helped to COVER-THIS-UP, and DENY ME ANY ASSISTANCE since. Knowing that I can't even WORK to SUPPORT MYSELF to simply try to SURVIVE, in the condition which the State of Tennessee literally DISCARDED ME IN!

## The Court orders Respondent to:

☑ Obey all orders on this form.
☑ Not abuse or threaten to abuse Petitioner or Petitioner's minor children.
☑ Not stalk or threaten to stalk Petitioner or Petitioner's minor children.

## Other Orders to the Respondent *(Check all that apply):*

☑ **No Contact**
You must not come about the Petitioner (including coming by or to a shared residence) for any purpose and must not contact ☐ Petitioner AND ☐ Petitioner's children, either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact.

☑ **Stay Away**
You must stay away from the ☐ Petitioner's home  ☐ Petitioner's workplace  ☐ Children's home and workplace.

☑ **Personal Conduct –**
☑ You must not cause intentional damage to the Petitioner's (or Petitioner's children's) property or interfere with the utilities at their home(s).

☑ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children.

☑ **Counseling/Substance Abuse Programs**
You must go to the following program(s) and give the court proof that you have gone, participated and have made progress in this program *(contact information):* _____

My ex-wife wanted this fraudulent "Order of Protection" to help her gain possession of our HOME, and to have me forcefully REMOVED from it, so that she could LIQUIDATE it and DISBURSE the funds without a single penny to ME.

That was the PERFECT CRIME that Attorney Virginia Lee Story orchestrated and led her through, and my ex-wife got away with it. I completely forgave my ex-wife four-years ago, because I know what a desperate and vulnerable place she was in emotionally and physically, at that time. Rather than providing an ethical guiding hand to my ex-wife, through one of the toughest seasons of her life, Attorney Virginia Lee Story and a several of her "friends" instead exploited my ex-wife's desperation and vulnerability to steal the sum wealth of BOTH of our lives.

This "Order of Protection" isn't to protect my Ex-wife as it states (it endangers my ex-wife with potential Federal criminal charges, because of my need to constantly seek Federal assistance to get FREE.) This fraudulent "Order of Protection" is SOLELY to protect Judge Michael W. Binkley & Attorney Virginia Lee Story from being EXPOSED IN THE MEDIA for their crimes against me and my family!

**This is a Court Order.**

07/01/19
Form #OP2018-7

☐ **Child Support** $ ____/ each _____ (month/week, etc) beginning _____ (date).

    ☐ This is the guideline amount. See the attached DHS *Child Support Worksheet.*

    ☐ This is **not** the guideline amount and is a deviation from the guideline amount. The Court has considered the best interest of each child in this case, and finds that guideline support would be unjust or inappropriate in this case.

    ☐ Other: _____

**Payment method:**

    ☐ Pay the Petitioner directly by the _____ day of each month. (the court finds that this does not endanger the Petitioner or the Petitioner's minor children and it is not a violation to send payment only with no notes or comments to the Petitioner)

    ☐ Take payment to this Court Clerk's Office. You will also have to pay a clerk fee of _____% on

---

Since "they" KNOW that in the past, I have very successfully exposed professional negligence and fraud against our family on the Internet, they also know that EXPOSING the TRUTH on the Internet is the ONLY "threat" that I am to anybody! But that specific threat happens to be their greatest fear!

By labeling my Ex-wife a "victim" of domestic abuse (which is untried, unheard, and false), by Fraudulent "DEFAULT" Judgments, there are strict laws protecting "victims" from having their court documents published online. (These same documents could easily expose this entire RICO scam!)

On 3/21/2021 the KnoxNews ran a story with a video clip of Judge Michael W. Binkley chastising and threatening attorneys, the press, and the people, stating, "What people are doing to judges, making up stuff, putting it in the media when it's totally false..." Further stating, "If your client is part of that kind of stuff, turn them in. Don't be part of the problem... don't be a chicken, because that's all it is... you're part of the problem if you don't do something about it." Indicating that there would be pre-emptive consequences for those who might speak-up.

That is EXACTLY what this outrageous, out of jurisdiction, bad-faith, untried, unheard, "DEFAULT" Order of Protection is, without MOTION or NOTICE where I could even ATTEMPT to DEFEND myself. While this was allegedly for LONG but NON-THREATENING emails and text messages, which Attorney Story decided that my Ex-wife is no longer CONSENSUAL to receiving, the day after I learned about the AMBUSH the Chancery and Bankruptcy Courts had conspired together against me.

Judge Michael W. Binkley and Attorney Virginia Lee Story are literally using my Ex-wife as a HUMAN SHIELD, to protect THEMSELVES from being exposed for an absurd amount of Attorney and Judicial Misconduct, including their roles in Bankruptcy Fraud, Deprivation of Rights and Property under Color of Law, Hobb's Act Extortion, ADA Coercion, Retaliation, Interference, Official Oppression, Etc!

All which I reported to the Court of Appeals as I cried-out for HELP, but instead they helped Binkley and Story to COVER-IT-UP, and denied me any assistance! This has unfortunately been the position of EVERY SINGLE DIVISION of the Tennessee Courts and Supervisory Boards, to date.

---

☐ **Orders to the Respondent about Firearms:**

    • You must not have, or attempt to have, receive or attempt to receive or in any other way get any firearm while this or any later protective order is in effect.

**This is a Court Order.**

- You must transfer all firearms in your possession within 48 hours to any person who is legally allowed to have them.
- You must fill out and file a *Firearms Declaration* within 1 business day of transferring your firearms. You may take more than 1 business day to file this form **only** if the Court gave you a later deadline. (You can get the *Firearms Declaration* form from the Court Clerk's Office or at *www.tncourts.gov*.)
- If a state or federal agency approves it, your weapons that are registered under the National Firearms Act must be either transferred to a responsible third party, or placed in a locked safe or other secure container to which you do not have access.
- If your *Firearms Declaration* shows that you have a federal firearms license (FFL), and that you are the **only** responsible party listed on that FFL, you must transfer all firearms inventory under your control to a separate FFL holder or another responsible party.

☑ Costs, fees and litigation taxes

THIS FRAUDULENT "ORDER OF PROTECTION" IS THE ONLY WAY WHICH A CORRUPT JUDGE COULD KEEP A NOOSE AROUND MY NECK FROM 600-MILES AWAY, WITHOUT DUE PROCESS! THREATENING MY LIFE, MY SAFETY, AND MY FREEDOM FOR AN OUTRAGEOUS SIX-YEARS. WHERE I CAN BE ARRESTED WITHOUT WARRANT OR NOTICE 24/7/365, ANYWHERE WITHIN THE UNITED STATES OF AMERICA. REQUIRING LESS FOUL-PLAY THAN I HAVE ALREADY EXPERIENCED BY JUDGE MICHAEL W. BINKLEY AND ATTORNEY STORY. ALL WITHOUT HEARING, MOTION, OR NOTICE! ABSURD, INHUMANE, ADA INTERFERENCE AND UNCONSTITUTIONAL Retaliation & Extortion!

THIS IS THE EQUIVALENT OF JUDGE MICHAEL W. BINKLEY HOLDING A <u>GUN</u> UP TO MY <u>HEAD</u>, AND WHISPERING INTO MY EAR, "<u>GO AHEAD, TELL ON ME</u>!" I DEMAND A FULL CRIMINAL INVESTIGATION!

### THIS ORDER TAKES EFFECT IMMEDIATELY UPON SIGNING.

This Order starts today, *(date):* 9-24-20 . This Order ends *(date):* 9-24-2025

☐ In 1 year. (The Petitioner may ask to extend the Order)  ☑ In 5 years (1st violation of current PO)
☐ In 10 years (2nd or more violation of current PO)

Date: 9/24/70  Time: 10:08  ☑ a.m.  ☐ p.m.   *Signature of Judge or Chancellor*

| Certificate of Service – Respondent *(check one):* | Certificate of Service – Petitioner *(check one):* |
|---|---|
| ☐ Signed by Respondent: _____ | ☐ Signed by Petitioner: _____ |
| ☐ Signed by Respondent's counsel: _____ | ☐ Signed by Petitioner's counsel: _____ |
| ☐ Hand delivered to Respondent. | ☒ Hand delivered to Petitioner. |
| ☐ Hand delivered to Respondent's counsel. | ☐ Hand delivered to Petitioner's counsel. |
| ☒ U.S. mail, prepaid postage to Respondent's last known address | ☐ U.S. mail, prepaid postage to Petitioner's last known address. |
| ☐ U.S. mail, prepaid postage to Respondent's counsel's last known address | ☐ U.S. mail, prepaid postage to Petitioner's counsel's last known address. |
| ☐ Reasonable attempts to find the Respondent's address were made, but there is no known address at this time. | ☐ Reasonable attempts to find the Petitioner's address were made, but there is no known address at this time. |
| Signature of Server: Debra Stevens | Signature of Server: Debra Stevens |
| Server's title *(check one):* ☐ Clerk ☒ Deputy Clerk   9-24-20 ☐ Authorized Officer ☐ Attorney | Server's title *(check one):* ☐ Clerk ☒ Deputy Clerk ☐ Authorized Officer ☐ Attorney |
| Service was made on: Date: _____ Time: _____ ☐ a.m. ☐ p.m. | Service was made on: Date: 9-24-20 Time: 10:02 ☑ a.m ☐ p.m. |

☐ The Clerk certifies a copy of this Order was forwarded to 911, local law enforcement, and any court in which the respondent and petitioner are parties to an action.

**This is a Court Order.**

# DUE TO COVID-19
## I NEED to get a JOB from HOME Because of my Mother's Health Which I CAN'T DO with this STUPID OP! Please have the OP REMOVED and EXPUNGED or Start Sending Me SUPPORT PLEASE!

### ASTHMA, ALLERGY AND IMMUNOLOGY CENTER

S. Anne, M.D.    R. Botta, M.D.    I. Badr, M.D.    R. Mahajan, M.D.    H. Azzam, M.D.

**Patient Name:** Marsha Fenton
**Visit Date:** 7/2/2020

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM



NOT EVERY FEMALE IS FRAIL, WEAK, DEFENSELESS, AND AFRAID; EVEN IF THEY CLAIM TO BE, FOR A STRATEGIC ADVANTAGE DURING A DIVORCE.

# F A W N  F E N T O N

1986 Sunny Side Drive, Brentwood, Tennessee 37027

Tel: (615) ▓ 7377

---

*Self-Defense Handgun Instructor*

## CERTIFICATIONS & AFFILIATIONS

- **NRA Certified Basic Pistol Instructor**
- **Tennessee Department of Safety Concealed Carry Instructor**
- **Front Sight Firearms Training Institute Handgun Instructor, Pahrump, NV**
- **CCWP Instructor at The Range Incorporated, Centerville, TN**
- Nashville Police Department, Citizens Police Academy, Spring 2009
- Mount Juliet Police Department, Citizens Police Academy, Spring 2004
- Member of the NRA since 2004, Life Member since 2012
- Certified Trainer with NRA "Refuse to Be a Victim" Program
- Member of the United States Practical Shooting Association since 2003

---

## TRAINING

- Front Sight Firearms Training Institute, 4-Day Practical Rifle (FN-FAL & AR15), January 2018
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, March 2013
- Front Sight Firearms Training Institute, 4-Day Armorers Class – AR15, March 2010
- Front Sight Firearms Training Institute, 4-Day Line Coach – Defensive Handgun, March 2010
- Front Sight Firearms Training Institute, 4-Day Instructor Development, February 2009
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AR-15), February 2008
- Front Sight Firearms Training Institute, Handgun Master Prep, January 2007
- HGR Firearms NRA Basic Pistol Instructor Certification Course, June 2006
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, January 2006
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AK-47), January 2005
- Tactical Response, 2-Day Fighting Pistol, May 2004
- Vanderbilt Rape Aggression Defense Systems, December 2003
- The Range Incorporated, Advanced Handgun II, November 2003

- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2003
- The Range Incorporated, Advanced Handgun I, April 2003
- The Range Incorporated, State Concealed Carry Course, February 2003
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2002

---

**REFERENCES**

JOHN HUTCHERSON ▪ Owner, The Range Inc. Instructor, DCSO Correctional Officer
T: (615) 662-6815, Nashville, TN   therange@bellsouth.net

RICK MORELLO ▪ Front Sight Firearms Operations Manager, Instructor
T: (800) 987-7719, Pahrump, NV   morello@frontsight.com

MARK DAVENPORT ▪ Brother, U.S. Marine Veteran
T: (949) ███-6204, Lake Forest, CA   ████████████████

PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" ORDERED BY WILLIAMSON CHANCERY ON 10/21/2019 AND THEN EXTENDED FOR FIVE-MORE YEARS, WITHOUT NOTICE OF MOTION! I HAVE NEVER EVEN BEEN ALLOWED TO PARTICIPATE IN A HEARING TO DEFEND MYSELF! DESPITE PROMISES ON COURT RECORD 8/29/2019, TO ALLOW ME TO PARTICIPATE BY PHONE, KNOWING CHANCERY HAD FORCEFULLY RENDERED ME HOMELESS AND I NEEDED TO IMMEDIATELY RELOCATE TO MICHIGAN, HAVING NO OTHER PROVISION FOR SHELTER, FOOD, OR SURVIVAL IN TENNESSEE! WHILE ONCE THE FRAUD AND FALSE TESTIMONY USED TO MANIPULATE THE COURT IS REMOVED, THE ONLY REMAINING "GROUNDS" ARE ELECTRONIC COMMUNICATIONS WITH NO PHYSICAL THREATS OR DANGER!



**TEXT MESSAGES FROM WIFE'S INITIAL "DIVORCE ANNOUNCEMENT" TO ME, ON MARCH 13TH, 2018.**

WIFE'S "FEAR" WAS ENTIRELY BASED UPON HER BELIEF ABOUT WHAT WAS "UNDERSTANDABLE" IN HER OPINION! NOT ANYTHING I EVER DID!!!

WHAT WIFE NEEDED WAS MENTAL AND PHYSICAL HELP FOR MENOPAUSE, NARCOLEPSY, AND CHRONIC DEPRESSION. WHAT SHE GOT INSTEAD WAS HELP COMMITTING MULTIPLE COUNTS OF FRAUD, WHICH COMPOUNDED HER STRESS & QUICKLY DETERIORATED HER HEALTH EVEN MORE!

3/13/18, 7:53 PM from Fawn Fenton

I thought you would hate me for this, and you would make me as miserable as possible to get back at me.

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

**#1**

3/13/18, 8:42 PM from Fawn Fenton

I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.

Regardless of what people can "GET AWAY WITH" legally, it is CRUEL, INHUMANE, and down right UN-AMERICAN to DEPRIVE a person of their CONSTITUTIONAL RIGHTS and/or Hinder their most Basic Need and Ability to SUPPORT Themselves and their Family, by ANY legal means available to anyone else.

Based entirely upon someone else's unfounded concerns due to the Damages which THEY SECRETLY PLANNED TO CAUSE, with NO HISTORY of Violence, Arrests, or SERIOUS RISK of PHYSICAL DANGER, short of charging the individual with a CRIME and providing them with FULL EQUAL AND DUE PROCESS OF LAW!

The DEPRIVATION OF RIGHTS for Convenience and Arbitrary Power is "ABSURD, SLAVISH, AND DESTRUCTIVE OF THE GOOD AND HAPPINESS OF MANKIND." (Article I, Section 2) of the CONSTITUTION OF THE STATE OF TENNESSEE!

THIS WAS A WHOLE YEAR BEFORE ATTORNEY STORY WAS HIRED, WITHOUT A SINGLE "INCIDENT", "THREAT" OR "DANGER" OF ANY SORT! WIFE INVITED ME OVER I BROUGHT HER GIFTS, SHE WANTED TO REMAIN FRIENDS AFTER DIVORCE!

I PRAY THAT THE WILLIAMSON COUNTY CHANCERY COURT OPERATE FAIRLY, WITH THE WELLBEING OF ALL CITIZENS TREATED EQUALLY, AS REQUIRED IN THE CONSTITUTION OF THE GREAT STATE OF TENNESSEE. THAT MY FREEDOM, MY NAME, AND MY REPUTATION, BE RESTORED, HAVING COMMITTED NO CRIME. SO THAT I CAN PASS A BACKGROUND CHECK AND GET A JOB TO SUPPORT MYSELF, AS I DESPERATELY NEED, OR THAT A FULL CRIMINAL INVESTIGATION BE LAUNCHED INTO THE DEPRIVATION OF BOTH MY RIGHTS AND MY PROPERTY!



Then "THEY" later converted the "Ex Parte" into a FULL **"ORDER OF PROTECTION"**, though still posing **absolutely NO threat to WIFE!** Carelessly destroying my ability to pass preemployment background checks, while needing a JOB more than ever, to simply SURVIVE their CRUEL and INHUMANE ORDERS!

All via a FRAUDULENT AFFIDAVIT and "DEFAULT JUDGMENTS", while DEPRIVING me of ALL RIGHTS to participate in MY HEARINGS!

Further followed by an outrageous, crippling, **FIVE-YEAR EXTENSION**, without even mailing me a NOTICE or a MOTION! (Still to DATE!)

There is NOTHING "LEGAL" about this! It is ALL about POWER, BIAS, DISCRIMINATION, COLLUSION, CONTROL, DOMINANCE & ABUSE!

**I thought that "Lady Justice" held SCALES while wearing a BLINDFOLD?**

**Apparently not in Williamson County Tennessee!**

**I LOVED MIDDLE TENNESSEE!** I was a hard working, honest, tax paying resident for **25-YEARS!** Until the day that I first met **Judge Michael W. Binkley** and his close personal friend, **Attorney Virginia Lee Story!**

Regretfully now, I hope to NEVER step on Tennessee soil again. ever!

**3-DAYS BEFORE** Wife secretly filed for **Ch-13 BANKRUPTCY** (requesting to voluntarily forfeit/auction **OUR HOME**), without even mentioning a WORD to me!

I accidentally discovered this (from her attorney) on 6/14/2019. FIVE DAYS LATER, Wife applied for a FRAUDULENT "OP" under FALSE TESTIMONY!

**I have NEVER threatened to harm her, or laid a single finger on her in anger! EVER! (While I have ZERO Arrests, Complaints, Priors, NOTHING!)**

**Even though WIFE is a HIGHLY TRAINED and HEAVILY EQUIPPED firearms and self-defense EXPERT!**

She is a Licensed TN HANDGUN INSTRUCTOR, with serious military assault rifles, and over 5,000 Rnds. of ammo when she left!

Yet somehow she obtained an OP "Ex Parte" from **Judge Michael W. Binkley**, who just "happens" to be CLOSE PERSONAL FRIENDS with Wife's divorce attorney, **Virginia Lee Story**.

**Welcome back to the OLD SOUTH!** Let's all practice saying **"YES MASTER"!**

---

I held out good for my raccoon buddy in my hand tonight, and he touched both his cold little nose and his paw to my hand.

https://1drv.ms/v/s!AlWyAYYGDEXasH4MLLYxg0ct2nKs

I DID IT!!! 

Apr 23, 2019

**F** OMG! raccoon!!! 😃

Fawn Fenton (mobile) ·  Apr 23, 2019

Was that not COOL AS HECK? I did like you told me... Trying to keep the door barely split so he didn't come inside, while taking a video with one hand, holding out the food in the other hand, trying to focus, call to him..... And you say that I can't multi-task!

I've interacted with him a ton through the glass, and a little outdoors, but that was the first time that we touched each other. He was super gentle, with his warm soft little tongue eating out of my hand, with never the slightest nip! 

Apr 23, 2019

**F** Love little raccoon!! 😃

Fawn Fenton (mobile) · Apr 23, 2019

I was a LICENSED Real Estate Agent "Affiliate Broker" in the State of Tennessee for SEVENTEEN (17) Years (until long after our divorce), with access to hundreds of millions of dollars worth of inventory, without ever a single complaint or issue of any sort! Everyone who worked with me: clients, lenders, property owners, investors, inspectors, contractors, buyers, both unrepresented and with their agents, co-workers, paralegals and closing attorneys, had only the greatest of respect for me and my work.

Neither my ex-wife nor I know of anyone  who gave people more for their money, or worked in their client's best interests, more than I did!

c/oJEFFREY "JEFF" RYAN FENTON
1986 SUNNYSIDE DRIVE
BRENTWOOD, TN 37027




STATE OF TENNESSEE
DEPARTMENT OF
COMMERCE AND INSURANCE

JEFFREY "JEFF" RYAN FENTON
ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021
TENNESSEE REAL ESTATE COMMISSION
AFFILIATE BROKER

602860     THIS IS TO CERTIFY THAT ALL REQUIREMENTS
OF THE STATE OF TENNESSEE HAVE BEEN MET

My marketing was second to none, as were my contract skills. My attention to detail and background in both printing, graphic arts, and amateur web design, brought compliments from competing agents who were recognized as the "best" from their firms. I devoted two-weeks (80+ hours) to marketing each and every listing I had, while most agents would never dream of investing that much time. But I listed every house to SELL, and every house I did, for top-dollar with minimal time on the market, except for ONE condo, during my 17-Years.

I quit working as a full-time agent upon the realization that 60% of the business was getting the listing not selling it. While a politician I am not.

Attorney Virginia Lee Story made me out to be a "monster" in Judge Michael W. Binkley's Court, with ZERO history to substantiate ANY of it, just her WORD. She lied repeatedly about matters of Real Estate Law, Binkley never once corrected her or exercised his judicial supervisory DUTY.

---

# State of Tennessee

11715560

**TENNESSEE REAL ESTATE COMMISSION**

**AFFILIATE BROKER**

**JEFFREY "JEFF" RYAN FENTON**

*This is to certify that all requirements of the State of Tennessee have been met.*



ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021

IN-1313
DEPARTMENT OF
COMMERCE AND INSURANCE

# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

## Amdt5.4.4.2.1 Deprivations of Liberty

Fifth Amendment:

> *No person shall be* held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, *nor be deprived of life, liberty, or property, without due process of law;* nor shall private property be taken for public use, without just compensation.

With respect to liberty interests, the Court has followed a similarly meandering path. Although the traditional concept of liberty was freedom from physical restraint, the Court has expanded the concept to include various other protected interests, some statutorily created and some not.[1] Thus, in *Ingraham v. Wright*,[2] the Court unanimously agreed that school children had a liberty interest in freedom from wrongfully or excessively administered corporal punishment, whether or not such interest was protected by statute. "The liberty preserved from deprivation without due process included the right 'generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men.' . . . Among the historic liberties so protected was a right to be free from, and to obtain judicial relief for, unjustified intrusions on personal security."[3]

The Court also appeared to have expanded the notion of "liberty" to include the right to be free of official stigmatization, and found that such threatened stigmatization could in and of itself require due process.[4] Thus, in *Wisconsin v. Constantineau*,[5] the Court invalidated a statutory scheme in which persons could be labeled "excessive drinkers," without any opportunity for a hearing and rebuttal, and could then be barred from places where alcohol was served. The Court, without discussing the source of the entitlement, noted that the governmental action impugned the individual's reputation, honor, and integrity.[6]