**11**

**Fawn Fenton**
(615) ▮▮▮ 7377 · mobile

Did you leave me this little plant?? 



 Sorry I missed you! I was at the grocery store replenishing my junk food

Fawn Fenton (mobile) · Feb 4, 2019

Lol! I wasn't going to knock anyways. But I was a little afraid I had the wrong place... night time, raining, can't see.

So i drove back out your complex to make sure I was at the second entrance, then I looked up your address on my phone, and it said it was right. 😊

I thought that maybe you were at an AA meeting....

I like the fact that the wind doesn't blow much down in that cubby. It is pretty easy to leave stuff without worrying what will happen.

I figured you would be inside and you would find in the morning... I tried to step quiet so not to alert puppy.

It says that it's a "money tree". I figured that was what we could use right about now!



Feb 4, 2019

AA meeting... Hahaha... No, came home from work and fell asleep until about 8:pm, then got up and went to storage to drop off some of the stuff I picked up from you yesterday, then went grocery shopping.

 Yes that's funny! Money tree!

Fawn Fenton (mobile) · Feb 4, 2019

**Fawn Fenton**
(615) ███-7377 · mobile

I almost got a little bonsai fern... but it didn't have any care instructions, so I was afraid you might kill it. It was pretty too though! So many choices!

Lol@

Were you at the brentwood krogers? If so we just missed each other... I had to pickup meds, get Kiwi carrots, and reload my ice cream.

I had my adhd group tonight. Kiwi is feeling all abandoned.

Time to give her some love. Hope it makes you smile from time to time.



Feb 4, 2019

 Yep Brentwood Kroger.
Is your ADHD group helpful?
Thank you very much for the plant!!

Fawn Fenton (mobile) · Feb 4, 2019

First time I've gone to group in a long time, but I'm going to try to go every other week, then cut Terry back to twice per month, on the off weeks for the group.

That way it costs my mom half as much.

It was a good meeting.

You're welcome for the plant!

We must have literally driven past each other.

Feb 4, 2019

I wouldn't knock, just because I'm not trying to barge in on you without calling first and asking.

(Plus i have a bunch of frozen food melting in my car.)

The reason that I knocked on your birthday, is because with that bodacious baloon, I thought it had a zero percent chance of not getting fucked up with the wind, while waiting outside for you.

It's not because I wouldn't like to visit, but I don't want to intrude when I have not been invited.



Feb 5, 2019

 Thank you, I appreciate that.


Fawn Fenton (mobile) · Feb 5, 2019

**Fawn Fenton**
(615) ███-7377 · mobile

I figure it isn't instrusive if I just leave a gift outside, without knocking or invading your space.

If you disagree, just let me know.

I don't ever want to get blamed for "stalking" just because I have the impulse to buy you a small spontaneous gift. So if that bothers you, just let me know.

I was thinking of getting you a boloon and tying it around your windshield wiper, for you to find in the morning, but it's a good thing I didn't go with that plan.

(Plus they had all these valentine's day baloons, and I didn't see any which were calling out "Tootie".)

Do you take Sarah to the grocery store?

Goodnight again.

I just woke up on the couch with a pile of bird poo beside me, while Tweetie was standing on the plywood sheet leaning against the couch.

You would be proud of me, right now I'm in Brentwood getting dinner, and because I painted both back doors today, they are both open, trying to dry... I put Tweetie in her cage, just in case a raccoon got inside.

How is that for "paranoid" for you?

Both back doors, not only unlocked, but open, with no alarm armed, and no cameras out back anymore.

Feb 5, 2019





Fawn Fenton (mobile) · Feb 5, 2019

No racoons in the house when I got home.



Feb 5, 2019



Fawn Fenton (mobile) · Feb 5, 2019

You at another AA meeting tonight?

You seem to be enjoying your emojis lately.



Feb 5, 2019

**Fawn Fenton**
(615) ███ 7377 · mobile

 

You sleeping any better?

Feb 6, 2019



Nope. I just had an appointment today with my sleep doc at the Frost clinic... He is upping my Adderall prescription, but other than xyrem, there isn't much to make me sleep better.

I also have been emailing with my GYN... Going to quit the hormones for now, they have more negative side effects and aren't really helping. Going to try to let my body detox for a month or two, then might try xyrem again later.

Fawn Fenton (mobile) · Feb 6, 2019

That sucks! Uppers alone is unsustainable. Did he check your bloodpressure, since you haven't had a physical lately?



Feb 6, 2019



Yes, they take my blood pressure every time I go in. It's been normal.

Fawn Fenton (mobile) · Feb 6, 2019

So you're not taking xyrem at all right now?

Adderall has an extended release capsule also... similar to my vyvance, which is supposed to last all day.



Feb 6, 2019



No, haven't taken xyrem at all for about 2 weeks now. Very tired, sleeping only in short 1-2 hour increments, but the night sweats are much milder without the xyrem.

Fawn Fenton (mobile) · Feb 6, 2019

Hungh... i wonder what to conclude about that?

The xyrem making you sleep through the sweating, or causing the sweating, or??



Feb 6, 2019



Yeah I discussed the extended-release Adderall with my doc today... But decided to keep me on the short-acting pills for now, so I can take them when I need depending on my schedule.

Fawn Fenton (mobile) · Feb 6, 2019

**Fawn Fenton**
(615) ███ 7377 · mobile

Ok. Just thought worth mentioning. I've never taken them. I take the highest dose for Vyvance, and supplement with adderall as needed. My doc says can only do as long as bp is ok. Bp has been borderline this past year, have physical next month.



Feb 6, 2019

 My theory is that the root cause of the night sweats is menopause, but for some reason the sweating is much worse during deeper sleep. Xyrem effectively wasn't doing its job anymore... Even on strong dose of xyrem, I would wake up drenched after like 1 hour.

Fawn Fenton (mobile) · Feb 6, 2019

Hungh... that makes sense. Too bad there isn't a test or a single doc who can diagnose this stuff. Same with so much of healthcare, relies on client feedback and educated self-diagnosis.

Was why I gave up on shrinks in my 20s.



Feb 6, 2019

 The sweats have been terrible... On the xyrem, I would totally drench my clothes and all bed sheets about every 1 to 2 hours. Would wake up soaked, change all clothes and strip bed and change all sheets... Go back to sleep, and then wake up sopping wet again like another hour later. Could go through this like 4x per night. Wet clothes and linens hanging up everywhere.

Fawn Fenton (mobile) · Feb 6, 2019

Until our roof catastrophe, and I could no longer walk Sarah without having an anxiety attack. That's when I decided to see a shrink again.

I put food in corner to avoid rain... i see raccoon butt now.

That sounds pretty awful! Was Sarah like wtf mommie?



Feb 6, 2019

 So NOT taking the xyrem, I usually only have one episode of sweating per night, towards early morning, like between 3:am - 5:am. And it's less sweating... Still have to change clothes and sheets, but it's not as bad. And for most of the night I can at least be comfortable, even if I'm not sleeping well.

 Raccoon butt!!! 

Fawn Fenton (mobile) · Feb 6, 2019

**Fawn Fenton**
(615) ■■-7377 · mobile

> Birdie is almose always drenched in the morning... even when I'm not sweaty. I think that wherever she clings to me, it creates extra heat between her body and mine, but she still wants to be completely under the covers.

> That sounds like a rough compromise. 

Feb 6, 2019

Dang, poor birdie drenched with Daddy funk

Yup, there is no good solution right now. My sleep is trashed either way. ==Menopause sucks ass.==

Fawn Fenton (mobile) · Feb 6, 2019

> So you can't get away with just changing your big towel? You need to change the sheets too?

> Have you tried a lighter blanket or comforter? So less hot, before wet, so not to get chills? 

Feb 6, 2019

My sleep doc says "well, at least it's temporary", and I said yeah, I might get better in another 6 to 8 years....

Fawn Fenton (mobile) · Feb 6, 2019

> I agree with that assessment! Terry said his wife was batshit crazy during menopause... lucky they didn't get divorced.

> Lol! Fuck... that's something to look forward to. 

Feb 6, 2019

==Right, sometimes I soak through towel to sheet below, and always soak the sheet on top of my body also. I have been putting 2-3 layers of sheets, and rotating them so some are hanging up to dry while others are on the bed.==

Fawn Fenton (mobile) · Feb 6, 2019

> ==I think we need special institutions you can drop your wife off at for a decade, not allow her to use any sharp objects or credit cards, and an orderly comes in hourly and changes your sheets.== 

Feb 6, 2019

==That sounds kind of good right now.==

Fawn Fenton (mobile) · Feb 6, 2019

https://rico.jefffenton.com/evidence/2019-02-05_menopause-narcolepsy-night-sweats-not-stalker.pdf  Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Fawn Fenton**
(615) ■■■-7377 · mobile



Lol!

Feb 6, 2019



Gotta go for a bit... Cute-cute wants cuddles....

Fawn Fenton (mobile) · Feb 6, 2019

Goodnight! Nice chatting. I'll keep praying that your symptoms will get better. My mom is praying for you too.

Go ask cute-cute how something so cute can smell like piss all the time...



Feb 6, 2019





Fawn Fenton (mobile) · Feb 6, 2019

There's no better place to take a nap!

His butt is a little shaggy.

He is cute... looking a little older, but aren't we all.



Feb 6, 2019

https://rico.jefffenton.com/evidence/2019-02-05_menopause-narcolepsy-night-sweats-not-stalker.pdf  Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)





FAWN'S MOTHER'S HOME - $4,000,000 (P.I.F.) Inheritance Split Between Fawn and her Brother

**MY MOTHER'S 780 SqFt HOME, I AM NOW FORCED TO LIVE IN THE BASEMENT OF, IN MICHIGAN, ACROSS FROM THE COUNTY WAREHOUSE & SALT REPOSITORY, UNTIL I CAN GET FREE FROM WILLIAMSON COUNTY'S UNJUST NOOSE, THEY PUT AROUND MY NECK, SOMEHOW OBTAIN VOCATIONAL TRAINING, AND START ALL OVER IN LIFE IN MY MID-FIFTIES**



JEFF'S MOTHER'S HOME - 780SqFt $125,000 (P.I.F.) Inheritance Split Between Jeff and Four Sisters

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Tuesday, November 12, 2019 7:28 AM |
| **To:** | Virginia Story |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | Best & Final Settlement Offer |
| **Importance:** | High |

Hello Ms. Story,

If you and Mrs. Fenton are interested in a "settlement", so that we can both mitigate our losses (finally) and go on with our lives, I am momentarily agreeable, before I am forced to waste more time, energy, and money on filing for an appeal in Tennessee. I suspect the 30-day deadline is what you have been waiting for, before apprising me of your legal fees.

In order for me to "settle" and voluntarily walk away from MY LIFE and this marriage with no home, no vocational training, no employment or sustainable employability, no health insurance, no healthcare, with no current or future provision, while also struggling with my disabilities which you and the court have so far seriously discriminated against (at the very least), I require a couple of concessions/considerations/conditions, which will be of absolutely no consequence, bearing, or cost upon Mrs. Fenton's life, career, finances, or future. Especially since I hope to never step on Tennessee soil again, unless you force me to come appeal, to have ANY chance at surviving MYSELF. While everyone knows how ridiculous, unfair, and impossible it is, that I ever pay Fawn's legal expenses (for a battle which SHE insisted upon), while I tried throughout to mitigate our losses with a collaborative divorce. (Though my side of the story has never yet been heard.) But as you know, Fawn had no interest in a "fair" or "equitable" divorce, so SHE chose instead to spend all of our equity on legal fees, and to even file bankruptcy, to simply avoid paying me $140k+/- in alimony over the next 6-7 years, along with buying-out my equity, retirement, and life savings in our home, of $50k - $75k. As she also refused to allow me to assume our mortgages (previously in her name), and keep our home, while also offering to eventually buy-out her equity, and to secure her interest throughout with a trust or by keeping her name on the deed. All which she refused, and as I'm researching (all day, every day, currently) there were many sensible ways to mitigate our losses, including Federal programs and laws which might have allowed me to assume our mortgages in my own name, since the "due on sale clauses" don't look as though they would have applied in our circumstances.

- https://www.nolo.com/legal-encyclopedia/summary-tennessees-foreclosure-laws.html
- https://www.nolo.com/legal-encyclopedia/tennessees-hardest-hit-program.html
- https://www.law.cornell.edu/uscode/text/12/1701j-3
- https://law.justia.com/codes/tennessee/2018/title-36/chapter-4/section-36-4-121/
- So essentially, the entire forced foreclosure/auction/sale, which bankrupted us both, was avoidable, malicious, and unnecessary.

At the end of the day, we are both financially devastated currently. We ALL know that Fawn will "bounce back" the quickest and make at least 2-3x what I will ever make, for the rest of my life. (With very little SS for me or anything else…) While I'm still stuck with $100k of marital debts in my name (which I can actually document and prove were marital), while I'm fighting to save my credit and to try not to file bankruptcy, if I can at all avoid it. But we all know, that your legal fees would simply leave me no choice but to file bankruptcy (while I've had essentially no representation through either of Fawn's divorce filings, despite her promises). Either way, we all know, that you'll never receive a dime from me, and obviously I won't from Fawn either, unless we both waste more of our lives on this battle, which just isn't worth it to me, unless I'm simply left no choice.

No matter what, I still love Fawn, and I don't want to see her hurt herself more, just to keep up this fight for fairness or justice which I'll never receive. (At least not in Williamson County, and possibly not in Tennessee at all.) It is also impossible for me to obtain any work or to focus on anything else with my disabilities, while needing to constantly perform legal research and try to figure out how to prevent you from taking more and more of my life away. I'd rather just try to walk-forward empty handed, at 50-years old, with no career, no retirement, no education, or professional training, but I can't without you taking your foot off my throat first.

Here is what I need from you (and Fawn) to SETTLE and never see or hear from me again:
- OP withdrawn, dropped, and expunged.
- Fawn is responsible for her own legal fees, and any outstanding fees due the court.
- I owe her/you/the court nothing, with her owing me nothing. A clean break!
- Both completed this week, before I'm forced to appeal.

I already have my order of indigency signed by Williamson County Chancery. If I must keep up this fight simply to walk away without any strings attached, then I'm going to do everything legally within my power to advocate for what I am honestly legally due, not what you and Fawn are trying to dump me with. This is a one-time offer, which is extremely time sensitive. As soon as one of the organizations, offices, or dignitaries which me and my mom are reaching out to daily, offers to back me in the pursuit of real justice, or I am forced to expend more time by filing my own appeal, then this offer will never be on the table again.

It was my belief that Mrs. Fenton had already accepted it, after what I left at the house for her, since I volunteered everything that she had ever asked for. Obviously, by your actions since, I misunderstood. It was also my understanding that you were going to call me on the 21st to hold our hearing OVER THE PHONE, as you previously promised in court. But then a lot of things which you've promised and swore to in court, have not turned out to be real or to happen as you've promised.

You've also apparently had a number of exparte' communications with the judge, not to mention trying to use the auctioneer (and the sheriff's office) as your enforcement guy(s), beating on my own door while me and my mom were trying to move my stuff. Somehow, I never received a motion for default judgment, or even any notice about our "final" hearing. We hadn't even begun discovery yet!

(But the assets were gone.) So many unethical things have happened throughout this case, it could carry on and consume all of our lives for a couple more years, but I don't see that benefitting anyone besides you ($$).

Please make sure to present this offer today to Mrs. Fenton, as you are legally bound as her agent, to act in HER best interest, and to fully disclose every offer, rather than seeking out your own vengeance. Otherwise, we could both end-up suing you in the end, for malicious litigation, to recover some of our family's losses.

Opportunities pass… As with everything that we've lost so far, once it is gone, there is no getting it back. You can't get blood out of a turnip, no matter how hard you try!

You can keep legally dominating me if that is what you prefer, but eventually the Governor or someone in the Tennessee or Federal legislature or judicial systems will step-in, and there will be no "rewind" at that point. There is no more that can be taken from me, there is nothing more which you or Mrs. Fenton can gain. Yet pride and greed caused the fall of mankind, and many an overachiever since, to discover humility again.

I will continue each day as though Mrs. Fenton and you have rejected my offer, and I will not be tricked into holding-off (from filing an appeal) at the last moment, to "trust" you or her. We've been down that road before… and many others which the court has yet to hear about (that I have well documented and can actually PROVE, contrary to your allegations). Certainly there is a narrative other than what you have presented, that has yet to be heard in any capacity by the court, in the legal actions which I'd prefer to bring to a close, but I can and will give no more. Need I go line-by-line with what you have presented thus far to the court and disprove most of it. Your only advantages are speed and might, but if I have TIME to catch up, I will deliver the TRUTH!

It's your/her call. (Any hostile actions by you or the court, will result in this offer being immediately and forever revoked.)

I've been advised not to even make this offer to you/her, as it is so horribly unfair. (Yeah, I know, Chancellor Binkley said, "the fair is something you go to in the fall", while surprisingly a lot of the state and federal legal language uses that exact term!) Yet for me to "get" anything, is for Fawn to "lose" something, which she is willing to literally kill herself to avoid. That just hurts my heart more! I don't want to continue this fight with you, when me and Mrs. Fenton are the only ones whom it can ever harm.

Yet I can only walk away, if she'll let go, with no-strings attached.

Please advise.

Jeff Fenton

## Procedural due process

Procedural due process requires government officials to follow fair procedures before depriving a person of life, liberty, or property.[25] 657 When the government seeks to deprive a person of one of those interests, procedural due process requires the government to afford the person, at minimum, notice, an opportunity to be heard, and a decision made by a neutral decisionmaker.

This protection extends to all government proceedings that can result in an individual's deprivation, whether civil or criminal in nature, from parole violation hearings to administrative hearings regarding government benefits and entitlements to full-blown criminal trials. The article "Some Kind of Hearing" written by Judge Henry Friendly created a list of basic due process rights "that remains highly influential, as to both content and relative priority".[26] These rights, which apply equally to civil due process and criminal due process, are:[26]

1. An unbiased tribunal.
2. Notice of the proposed action and the grounds asserted for it.
3. Opportunity to present reasons why the proposed action should not be taken.
4. The right to present evidence, including the right to call witnesses.
5. The right to know opposing evidence.
6. The right to cross-examine adverse witnesses.
7. A decision based exclusively on the evidence presented.
8. Opportunity to be represented by counsel.
9. Requirement that the tribunal prepares a record of the evidence presented.
10. Requirement that the tribunal prepares written findings of fact and reasons for its decision.

Civil procedural due process

Procedural due process is essentially based on the concept of "fundamental fairness". For example, in 1934, the United States Supreme Court held that due process is violated "if a practice or rule offends some principle of justice so rooted in the traditions and conscience of our people as to be ranked as fundamental".[27] As construed by the courts, it includes an individual's right to be adequately notified of charges or proceedings, the opportunity to be heard at these proceedings, and that the person or panel making the final decision over the proceedings be impartial in regards to the matter before them.[28]

To put it more simply, where an individual is facing a deprivation of life, liberty, or property, procedural due process mandates that he or she is entitled to adequate notice, a hearing, and a neutral judge.

The Supreme Court has formulated a balancing test to determine the rigor with which the requirements of procedural due process should be applied to a particular deprivation, for the obvious reason that mandating such requirements in the most expansive way for even the most minor deprivations would bring the machinery of government to a halt. The Court set out the test as follows: "[I]dentification of the specific dictates of due process generally requires consideration of three distinct factors: first, the private interest that will be affected by the official action; second, the risk of an erroneous deprivation of such interest through the procedures used, and the probable value, if any, of additional or substitute procedural safeguards; and, finally, the Government's interest, including the function involved and the fiscal and administrative burdens that the additional or substitute procedural requirement would entail."[29]

Procedural due process has also been an important factor in the development of the law of personal jurisdiction, in the sense that it is inherently unfair for the judicial machinery of a state to take away the property of a person who has no connection to it whatsoever. A significant portion of U.S. constitutional law is therefore directed to what kinds of connections to a state are enough for that state's assertion of jurisdiction over a nonresident to comport with procedural due process.

The requirement of a neutral judge has introduced a constitutional dimension to the question of whether a judge should recuse himself or herself from a case. Specifically, the Supreme Court has ruled that in certain circumstances, the due process clause of the Fourteenth Amendment requires a judge to recuse himself on account of a potential or actual conflict of interest. For example, in *Caperton v. A. T. Massey Coal Co.* (2009), the Court ruled that a justice of the Supreme Court of Appeals of West Virginia could not participate in a case involving a major donor to his election to that court.[30]

4

**Jeff Fenton**

| | |
|---|---|
| **From:** | Mary Beth Ausbrooks <marybeth@rothschildbklaw.com> |
| **Sent:** | Wednesday, January 27, 2021 11:53 AM |
| **To:** | Jeff Fenton; Jim Hivner; Lisa Marsh; appellatecourtclerk; elaine.beeler@tncourts.gov; john.coke@tncourts.gov |
| **Cc:** | Virginia Story; Kathryn Yarbrough; complaints@tbpr.org |
| **Subject:** | RE: TN Courts: Help Request Form - Appeal to Supreme Court (REQUEST TO ESCALATE CASE FROM APPELLATE TO SUPREME COURT) |

My representation was limited to the bankruptcy filing of Fawn Fenton, and that representation is complete.  I am not involved in any of this.  Please remove me from the emails.

Mary Beth Ausbrooks
Attorney at Law
Board Certified Consumer Bankruptcy Specialist
Fellow, American College of Bankruptcy
Rothschild & Ausbrooks, PLLC
1222 16th Ave. So., Ste. 12
Nashville, TN 37212
(615) 242-3996
Fax: (615) 690-3119

**From:** Jeff Fenton
**Sent:** Wednesday, January 27, 2021 10:40 AM
**To:** Jim Hivner <Jim.Hivner@tncourts.gov>; Lisa Marsh <Lisa.Marsh@tncourts.gov>; appellatecourtclerk <appellatecourtclerk@tncourts.gov>; elaine.beeler@tncourts.gov; john.coke@tncourts.gov
**Cc:** Virginia Story <virginia@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>; Mary Beth Ausbrooks <marybeth@rothschildbklaw.com>; complaints@tbpr.org
**Subject:** RE: TN Courts: Help Request Form - Appeal to Supreme Court (REQUEST TO ESCALATE CASE FROM APPELLATE TO SUPREME COURT)

Hello Mr. Hivner and Everyone Else,

I've significantly consolidated and updated my filing to the Tennessee Supreme Court and the Tennessee Board of Professional Responsibility.

Please download the latest package with one of the links below.

PLEASE USE THIS UPDATED LINK:
https://1drv.ms/u/s!AlWyAYYGDEXa6lFyKIV2wOy_ya-Q?e=rJXI

1

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, February 22, 2021 8:04 AM |
| **To:** | Sandy Garrett |
| **Subject:** | RE: Virginia Lee Story \| PLEASE DO NOT FORWARD TO CAP \| Batch 1 of 2 |
| **Attachments:** | 2019-08-29 SMOKING GUN #1 - FACT CHECKING PROOF of PERJURY (compare with audio).pdf; APPLICABLE - RULES OF PROFESSIONAL CONDUCT.pdf; 2020-12-29 Narrative of BPR Complaint against Attorney Virginia Lee Story.txt |

**Importance:**    High

Hello Ms. Garrett,

I'm extremely disappointed that though I selected on your website the check-box specifing "I AM SUBMITTING THIS FORM AS A FORMAL COMPLAINT" (not an "Informal Request for Assistance"), that my complaint was still forwarded to your CAP Division (Consumer Assistance Program).

Regardless of what their last names are, if they refuse to live and function under the RULE OF LAW, then they have no place in being trusted "Members of the Court", or certainly in administering justice! I've never even been arrested, and I lost everything in my life, including my $500k Brentwood home (now worth over $800k), for ZERO dollars. While being rendered literally homeless and destitute, without so much as DUE PROCESS! All in just 30 minutes of the Court's time!

While Chancellor Binkley didn't question a WORD spoken by Attorney Story, while I was deprived of my rights, my beautiful Brentwood home, and all of my real property, "under color of law"! There was no truth to be found in any of it!

I completely understand the scope of the work and professional responsibility held by the "Board of Professional Responsibility". From what I understand, no court can discipline, suspend, and disbar an attorney for misconduct, except for your organization! Which is exactly why I have gone through great efforts to contact you and provide you with nearly 500 pages of documented evidence of grossly unethical behavior and misconduct on the part of Attorney Virginia Lee Story, as well as a number of other members of the Tennessee BAR.

As stated on your website:

> "Attorneys who violate the Rules of Professional Conduct are subject to discipline, which could mean suspension of the right to practice law, or even disbarment."

This is exactly what I expected in contacting your organization, my other needs will be sought elsewhere. It has been a tremendous undertaking, to even attempt to challenge these high profile individuals, who live as though they are "ABOVE THE LAW". Which I expect is some of the apprehensions in your BOARD holding them "Accountable" to the Tennessee Rules of Professional Conduct, but that is exactly what I need from you please!

As also instructed on your website:

**For alleged ethical violations of a serious nature, check, "I am submitting this form as a formal complaint."**

Hence on my complaint form, I specifically selected **"I am submitting this form as a formal complaint."** (Not to be forwarded to CAP, with a few meaningless fliers mailed to me, marking my complaint "no further action" until a court of law rules.)

Please remove this case from the CAP division. All that they did was mail me several pages on free legal services within the State of Tennessee, all of which I exhausted over a year ago.

I understand the roles of the DA, the AG, the FBI, the TBI, the COA, the AOC, and the Supreme Court. I also understand the role of the BJC, where I've spoken with Shane A. Hutton, "Assistant Disciplinary Counsel" in regards to my complaint against Judge Michael W. Binkley. As for my  ETHICAL COMPLAINTS regarding LAWYERS within the State of Tennessee, I am told that the BPR is the one and only entity, board, authority, appointed, funded, and responsible for that! Which is exactly why I filed my complaint form on your website, and hope that your organization will immediately launch an investigation into the mountain of horrendous, abusive, cruel, and downright inhumane ethical violations which I have and shall continue to provide you with evidence of, in my case alone.

Below are a few of the brazen violations by Attorney Virginia Lee Story during my case:

- Rule 1.2 - SCOPE OF REPRESENTATION
- Rule 1.6 - CONFIDENTIALITY OF INFORMATION
- Rule 3.3 - Candor Toward the Tribunal
- Rule 3.4 - Fairness to Opposing Party and Counsel
- Rule 3.5 - Impartiality and Decorum of The Tribunal
- Rule 4.1 - Truthfulness in Statements to Others
- Rule 8.3 - REPORTING PROFESSIONAL MISCONDUCT
- Rule 8.4 – MISCONDUCT

That is what happens when CORRUPT BUDDIES are allowed to continue to operate above the law!

Please do your very best to ensure that adequate (impartial) resources are allocated to investigating my claims and taking ACTION to **hold Attorney Virginia Lee Story accountable** for her disrespect of EVERY rule of professional conduct, having violated EVERY pledge in her Oath of Office, having intentionally worked in direct opposition to both the Constitution of the State of Tennessee, along with the Constitution of the United States of America! She showed me nothing except for an insatiable lust for power by which to further harm me! Even after I was forced to relocate 600 miles away, to simply obtain replacement shelter and provision!

I am not crazy, and I can (and have) provided you with more EVIDENCE than probably anyone typically provides to your agency.

This involves Federal and State Fraud committed seperately, by Attorney Ausbrooks in Federal Bankruptcy Court, and Attorney Virginia Lee Story committing every other sort of Fraud in Chancery Court, while her good buddy, Judge Michael W. Binkley "rubber stamped" everything!

It is an abomination to Justice, and should be shameful and reprehensible to every Tennessee Citizen, especially those employed in a profession devoted to law, integrity, honesty, or justice!

Thank you for any real help you are able to provide.

Again, I understand the scope of your organization's authority and responsibilities. There is no need to "set my expectations" to not receive direct help. I'm seeking my legal cure elsewhere. **But I'm expecting you to prevent this from ever happening again to somebody else!**

In hopes of increasing the transparency, accountability, and integrity of Tennessee's legal system, to match the growth and need of Tennessee's economy.

Respectfully,

**Jeff Fenton**

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300
**Fax:** (810) 255-4438

**Jeff Fenton**

| | |
|---|---|
| **From:** | Consumer Assistance - Board of Professional.. <cap@tbpr.org> |
| **Sent:** | Wednesday, March 3, 2021 5:06 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Consumer Assistance - Board of Professional.. |
| **Subject:** | FW: Virginia Lee Story | PLEASE DO NOT FORWARD TO CAP | Batch 1 of 2 |

**Society's commitment to institutional justice requires that JUDGES be solicitous of the RIGHTS of persons who come before the court.**
*Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286*

Mr. Fenton,

Our last letter asked you to send us the results of your appeal. However, I am reviewing the emails you recently sent to Ms. Garrett.
I will need additional information from you after my review is finished.

Your complaint could end up as a formal complaint, but Ms. Garrett has asked me to gather more information first as a preliminary step.
I will be back in touch with you.

Thank you for your assistance.







**From:** Sandy Garrett <sgarrett@tbpr.org>
**Sent:** Wednesday, March 3, 2021 4:00 PM
**To:** Jeff Fenton
**Cc:** Beverly Sharpe <bsharpe@tbpr.org>
**Subject:** RE: Virginia Lee Story | PLEASE DO NOT FORWARD TO CAP | Batch 1 of 2

Dear Mr. Fenton: It is my understanding that Beverly Sharpe sent you a letter requesting additional information but we have not received your response. Please respond to Ms. Sharpe's request for information and provide Ms. Sharpe with succinct facts reflecting Virginia Story's misconduct. Your cooperation is appreciated.

Sandy Garrett
Chief Disciplinary Counsel
Board of Professional Responsibility
 of the Supreme Court of Tennessee
10 Cadillac Drive, Suite 220
Brentwood, TN  37027
Phone:  1-615-361-7500, ext. 211 or 1-800-486-5714
Fax:  1-615-367-2480
Email:  sgarrett@tbpr.org







Emails show Williamson County judge, lawyer planned vacation together

IT'S NOT ABOUT MONEY OR DISCUSSING ACTIVE CASES, IT IS ABOUT THE **FLAWS OF HUMANITY,** THE UNCONSCIOUS STRINGS OF THE HEART, THE **FACT THAT THE KNOWN AND TRUSTED PARTY WILL ALWAYS HAVE AN ADVANTAGE OVER THE UNKNOWN,** ESPECIALLY WHEN THERE'S A LARGE DISPARITY BETWEEN CLAIMS!

# Tennessean.

---

<u>WILLIAMSON</u>

# How close can judges be with lawyers? Emails including Williamson Co. judge raise questions

**Elaina Sauber** The Tennessean
Published 5:00 a.m. CT Aug. 30, 2018

Williamson County Judge Michael Binkley sent an email to his wife in April 2016 to let her know a weekend lake trip organized for several judges and attorneys had been rescheduled to ensure the couple could attend.

"Looks like they made the lake party the second weekend so that you and I could be there. Very nice!! Put it on your calendar," Binkley wrote.

But the attorney who invited Binkley also had an active case before the judge in circuit court.

Three days before Binkley sent that email, the plaintiffs in a case he was overseeing, Sam and Shannon Clemmons, filed a motion asking the judge to recuse himself. Binkley later denied the motion.

One of the defense attorneys in the Clemmons' case, Virginia Story, invited Binkley, as well as his brother, Davidson County Judge Joe Binkley, on weekend trips in August 2015 and August 2016 featuring a houseboat, a lake house and dinners, according to emails obtained by USA TODAY NETWORK - Tennessee.

The Tennessee Administrative Office of the Courts refused to provide any emails about the trips, which were sent to or from judges' government-issued email addresses, claiming that the emails were not subject to inspection. This was in spite of the fact that the administrative office had previously produced some of those emails to another public records requester. The administrative office was specifically asked for those already-produced emails, but refused.

The lake trip emails sparked questions by the Clemmonses about whether judges can remain fair and impartial when presiding over cases while simultaneously vacationing with

Emails show Williamson County judge, lawyer planned vacation together

attorneys in those cases.

Attorney James Oglesby, who said he's attended the trips in past years, said they are held at Center Hill Lake, and confirmed Story — the defense attorney in the Clemmons' case — hosts them.

The emails didn't raise concerns for the Tennessee Board of Judicial Conduct, which is the state's sole authority for investigating and reprimanding sitting judges who violate judicial conduct rules.

In a letter sent to the Clemmonses in March, responding to their 144-page complaint about Binkley, board chair and Judge Chris Craft noted that proof of a judge's ethics violation must be "clear and convincing."

"The investigative panel did not feel such a burden could be met in this case," Craft wrote.

The complaint was dismissed.

Binkley did not return a request for comment.

> WHENEVER YOU SEE AN ALLEGED "**PUBLIC SERVANT**", **REFUSING TO COMMENT**, IT IS THE SAME AS "PLEADING-THE-FIFTH", IN CIVIL COURT. IT MEANS THEY ARE PROBABLY GUILTY!

## 'You're going to get yourself into trouble'

It's unrealistic to expect a person to relinquish all their personal relationships with fellow attorneys once they become a judge, said Charles Geyh, an Indiana University law professor and expert in legal and judicial ethics.

But judges should be careful, Geyh said, if activities go beyond a casual lunch or social event.

Judges should never preside over cases when they're close friends with any of the attorneys involved, Geyh said.

"You start vacationing with people, and you're going to get yourself into trouble," he said. "It's not cool if it reaches the point of creating the perception that there are lawyers who have special access (to the judge)."

Tennessee judges must recuse themselves from presiding over cases in which their impartiality might "reasonably" be questioned, according to the state code of judicial conduct.

"People with whom you socialize actively, vacation with, enter business relationships with - there's nothing wrong with continuing to do that after (you become) a judge," Geyh said. "You just can't hear cases in which those lawyers make appearances before you."

Emails show Williamson County judge, lawyer planned vacation together

## 'Just something you do'

It's unclear how many attorneys and judges were invited to or attended the boating trips in 2015 and 2016. One email from Story about the 2015 trip was sent to Michael Binkley, Joe Binkley, Williamson County Judge Joseph Woodruff, and more than a dozen Williamson County attorneys.

Some attorneys who were included in the emails and contacted by The Tennessean for comment said they didn't think judges and attorneys vacationing together was an issue.

"I don't think it's any business the public needs to have. It's just something you do," said Lori Thomas Reid, a Franklin family law attorney who was included on one of the emails.

Attorney Michael Fort said the trips are harmless and likened them to events held by the Tennessee Bar Association or American Inns of Court, an organization comprised of local chapters of lawyers, judges and other legal professionals.

"I don't understand the concern about it," he said.

It's common for lawyers' families to accompany them on the trips, Fort said.

"It's not a place for conversation on cases. You've got kids running around and swimming and (water) skiing," he said. "It's a place to let that guard down a little bit and personalize everybody."

Oglesby echoed those sentiments, saying the trips are "purely a social thing."

Story did not return a call for comment.

## Judges required to report some gifts

When a judge won't recuse themselves from a case, it's rare for higher courts to overrule them, said Richard Flamm, a California-based attorney who has published books on judicial and lawyer disqualification.

"When it comes to disqualifying judges, there never seems to be enough of a reason," Flamm said. "There's very little case law you can find when moving to disqualify a judge."

It's unclear whether attorneys paid for any of Judge Michael Binkley's expenses on the 2016 lake trip. If they did, that could prove problematic.

> THE STATE OF TENNESSEE HAS NO LEGAL AUTHORITY OR JURISDICTION TO FORCE THE PEOPLE TO SUBMIT & PARTICIPATE IN A SYSTEMICALLY BIAS, PARTIAL, AND CORRUPT COURT SYSTEM! WE ARE AMERICAN CITIZENS!

Emails show Williamson County judge, lawyer planned vacation together

"If the attorney inviting the judge is paying for the lodging and the judge's meals, then the judge is accepting gifts of more than ordinary social hospitality," Flamm said. "That's improper."

Tennessee judges are required to report to the Administrative Office of the Courts certain gifts they receive from outside parties, including attorneys.

For example, a judge must report gifts valued at more than $250. A judge must also report money received from "extrajudicial activities," such as giving a lecture or speech.

Binkley reported that he didn't receive any gifts in 2016 or 2017, according to public compensation reports filed with the Administrative Office of the Courts.

Rule 10 of the Code of Judicial Conduct says judges may accept "ordinary social hospitality," but does not elaborate on what that includes.

In other states, judges cannot accept gifts or go on paid trips with attorneys who are involved in a case over which those judges are presiding.

Louisiana judge Robin Free accepted an all-expenses-paid trip on a private jet to a Texas ranch in 2010 that was organized and paid for by attorneys with a personal injury case before the judge at the time.

Four years later, the Louisiana Supreme Court determined Free had violated its code of judicial conduct, and suspended him for 30 days without pay and imposed a $7,000 fine, according to Reveal News, with the Center for Investigative Reporting.

In May, county court judge Maria Ortiz in Miami, Fla., agreed to pay a $5,000 fine for failing to report free hotel stays and gifts she and her husband received, according to the Miami Herald. Florida judges are required to report all gifts that could give the public reason to question their impartiality.

*Reach Elaina Sauber at esauber@tennessean.com, 615-571-1172 or follow @ElainaSauber on Twitter.*

IF THE TENNESSEE BOARD OF JUDICIAL CONDUCT HAD USED A TINY BIT OF "6TH GRADE COMMON SENSE", OR SHOWED THE SLIGHTEST BIT OF CARE OR KNOWLEDGE ABOUT HISTORY, THE WORLD OVER, THROUGHOUT THOUSANDS OF YEARS, AND FIXED THIS ETHICALLY IN 2018, IT WOULD HAVE SAVED YEARS OF MY LIFE, AND WELL OVER A MILLION DOLLARS OF LOSSES IN MY LIFE ALONE! WHILE I KNOW THAT MANY OTHER PEOPLE AND FAMILIES HAVE LIKEWISE SUFFERED GREATLY FROM THIS PROFESSIONAL NEGLIGENCE (BORDERING UPON TREASON). REFUSING TO PRIORITIZE PROTECTING THE JUDICIAL INTEGRITY OF THE STATE OF TENNESSEE, OVER THE PLEASURES OF PLAYING "COURT" WITH THEIR FRIENDS! (ASK A HOMELESS PERSON, THEY'LL SHOW MORE ETHICAL FORTITUDE & "COMMON SENSE" THAN THE ELITE JUDICIARY HAS IN THIS AREA!)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, February 22, 2021 8:04 AM |
| **To:** | Sandy Garrett |
| **Subject:** | RE: Virginia Lee Story | PLEASE DO NOT FORWARD TO CAP | Batch 1 of 2 |
| **Attachments:** | 2019-08-29 SMOKING GUN #1 - FACT CHECKING PROOF of PERJURY (compare with audio).pdf; APPLICABLE - RULES OF PROFESSIONAL CONDUCT.pdf; 2020-12-29 Narrative of BPR Complaint against Attorney Virginia Lee Story.txt |

**Importance:**    High

Hello Ms. Garrett,

I'm extremely disappointed that though I selected on your website the check-box specifing "I AM SUBMITTING THIS FORM AS A FORMAL COMPLAINT" (not an "Informal Request for Assistance"), that my complaint was still forwarded to your CAP Division (Consumer Assistance Program).

Regardless of what their last names are, if they refuse to live and function under the RULE OF LAW, then they have no place in being trusted "Members of the Court", or certainly in administering justice! I've never even been arrested, and I lost everything in my life, including my $500k Brentwood home (now worth over $800k), for ZERO dollars. While being rendered literally homeless and destitute, without so much as DUE PROCESS! All in just 30 minutes of the Court's time!

While Chancellor Binkley didn't question a WORD spoken by Attorney Story,  while  I  was deprived of my rights, my beautiful Brentwood home, and all of my real property, "under color of law"! **There was no truth to be found in any of it!**

I completely understand the scope of the work and professional responsibility held by the "Board of Professional Responsibility". From what I understand, no court can discipline, suspend, and disbar an attorney for misconduct, except for your organization! Which is exactly why I have gone through great efforts to contact you and provide you with nearly 500 pages of documented evidence of grossly unethical behavior and misconduct on the part of Attorney Virginia Lee Story, as well as a number of other members of the Tennessee BAR.

As stated on your website:

> "Attorneys who violate the Rules of Professional Conduct are subject to discipline, which could mean suspension of the right to practice law, or even disbarment."

This is exactly what I expected in contacting your organization, my other needs will be sought elsewhere. It has been a tremendous undertaking, to even attempt to challenge these high profile individuals, who live as though they are "ABOVE THE LAW". Which I expect is some of the apprehensions in your BOARD holding them "Accountable" to the Tennessee Rules of Professional Conduct, but that is exactly what I need from you please!

## NOTICE OF JUDICIAL VACANCY

**Circuit Court, Division III**
**21st Judicial District**
**Williamson County**

Pursuant to Tenn. Code Annotated § 17-4-308(d), notice is hereby given that the Trial Court Vacancy Commission will meet in the 21st Judicial District to initiate the process of filling the vacancy in the Circuit Court, Division III, occurring on September 30, 2023, following the retirement of Judge Michael W. Binkley on September 29, 2023. The Commission will meet Thursday, August 31st in the Mayor and Aldermen Board Room in the Franklin City Hall located at 109 3rd Ave S., Franklin, TN 37064, at 9:00 a.m. CDT.

Applicants must be an attorney licensed in Tennessee who is at least 30 years of age, a resident of the state for five years, and must reside in the Judicial District. The Commission is committed to encouraging a diverse judiciary and welcomes all qualified attorneys to apply.

For an applicant to be considered for the judicial vacancy, the Administrative Office of the Courts must receive a completed application **by Wednesday, July 26, 2023 at 12:00 p.m. CST**. The application and instructions are available at http://www.tncourts.gov/administration/judicial-resources. A completed application includes: (1) the original signed (unbound) application; **and** (2) a digital copy of the application. The Commission encourages applicants to submit applications as soon as possible and communicate with the Administrative Office of the Courts to schedule hand-delivery or provide delivery tracking information for the original application to help ensure timely receipt by the deadline.

Any member of the public may attend the public hearing to express, orally or in writing, objections concerning applicant(s) for the judicial vacancy.

If you require an accommodation and/or have special needs because of a qualified disability, have questions about the Commission, or need to schedule hand-delivery or provide delivery tracking information for an application, please contact John Jefferson at the Administrative Office of the Courts at John.Jefferson@tncourts.gov or 615-741-2687.

This the 6th day of July, 2023.

# Williamson County Judge Michael Binkley to retire a year after reelection

Asked why he would retire a year after winning an eight-year term: 'Why not?'

BY MATT MASTERS
JUL 12, 2023

Williamson County Circuit Judge Michael W. Binkley will retire in September despite having been reelected to the bench just shy of one year ago.



Binkley, 72, is set to retire on Sept. 29, after serving 11 years on the bench and a 35-year career as a trial lawyer in private practice.

When asked why he would retire after campaigning for and winning re-election to the eight-year term in 2022, Binkley responded, "Why not?," adding that he has other things that he wants to do with his life.

Judge Michael Binkley addresses supporters at Franklin's Puckett's Grocery and Restaurant during a reelection campaign kick-off event for himself and fellow sitting Judges James Woodruff and Deanna Johnson.

Matt Masters

"I have thoroughly enjoyed being a trial judge for the last 11 years," Binkley told *Post* sister publication *The News*. "I have really enjoyed serving the judiciary as well as serving the citizens of Williamson County. I have been honored to hold this position, and I've really enjoyed it. Going forward, I look forward to opportunities in my life, inside the law and, mostly, outside of the law."

In 2021, Binkley told voters and supporters that the role of judge "gives me the opportunity

to do the right thing each and every time, and it's worked for me, and that's exactly what I intend to continue to do."

Binkley's time on the bench has not been without controversy after he was caught in a prostitution sting in 2010, two years before he became judge. Fallout from that incident has played out in the courts and through ethics complaints.

Binkley has also been the subject of the "Investigate Michael W. Binkley Circuit Court Judge" Facebook page, which was created in 2017.

According to the Tennessee Administrative Office of the Courts, applications to fill the judicial vacancy will be accepted until July 26, and on Aug. 31, the Trial Court Vacancy Commission will hold a public meeting in Franklin to discuss the vacancy and applicants.

A replacement will then be appointed by Gov. Bill Lee. The appointee will serve until the next general election, when voters will elect a replacement.

Qualified applicants must be licensed attorneys who are at least 30 years old who have been residents of the state for five years and are residents of the 21st Judicial District.

*This story was first published by our sister publication* The News.

Matt Masters