# 14

# WILLIAMSON COUNTY SHERIFF'S OFFICE
## PRELIMINARY INVESTIGATIVE REPORT

**CONFIDENTIAL**  D.S.P. 102 - M

| Code Number | Reported By | Page No. | Origin | Date | Time | Case Number |
|---|---|---|---|---|---|---|
| TN0940000 | 2518 - Brady M. Cartwright | 1 | 01 - Zone 1 | 09/01/2019 | | 2023-35037 |

### COMPLAINANT
1. NAME Last, First, Middle: Fenton, Jeffery R
- Address, City, State, Zip, Date of Birth, Race W, Sex M

### VICTIM
1. Vic No 1 — NAME: Fenton, Jeffery R
- Address, City, State, Zip, Race W, Sex M, Resident Status N
- Victim Related Events: #1 checked
- Victim Injury, Relation to Acc/Susp, Justifiable Homicide

### Event 1 — Civil Matter
- Code No: M993
- (C) Completed checked
- Day of Week: SUN, Mo 09, Day 01, Yr 2019
- And: Mo 12, Day 13, Yr 2023, Time 13:36, Day of Week WED
- Criminal Activity: N
- Hate Crime Bias: 88 - None (No Bias)

### ADDRESS
1966 Sunnyside Dr, Brentwood, TN 37024-
Type Location: 11 - Government/Public Building

### ACCUSED / SUSPECT
1. ASO No 1 — NAME Last, First, Middle: BINKLEY, MICHAEL
- A / S / O / V
- Address, Occupation, Arrest Number
- City, State, Zip, SSAN
- Race W, Sex M, Date of Birth

2. ASO No 2 — NAME Last, First, Middle: STORY, VIRGINIA LEE
- A / S / O / V
- Address, Occupation, Arrest Number
- City, State, Zip, SSAN
- Race W, Sex F, Date of Birth

### OTHER
- Height, Weight, Hair Color, Eye Color, Hairstyle, Yes/No, Marks/Scars Location
- Veh No, Year, Make, Model, Type, License Number, Year, State, Teletype Number
- VIN, Owner's Name, Address

### VEHICLE / PROPERTY
- Released to Owner, Date, Stored - Name, Address, Stolen, Recovered, Involved, Other
- Type, Whole Quantity, Fractional Quantity, Measurement, Estimated Value

### DRUG

# WILLIAMSON COUNTY SHERIFF'S OFFICE
## PRELIMINARY INVESTIGATIVE REPORT

**CONFIDENTIAL**  D.S.P. 102 - M

Page No. 2

| Scene Processed By | Prints Found: ☐ Yes ■ No / Photographed: ☐ Yes ■ No | Type Evidence Taken | When Stored Initially |
|---|---|---|---|
| | | | |

### ARSON

| Loss Data | Value | Loss | Origin of Fire | Bomb Data |
|---|---|---|---|---|
| Structures | | | Incendiary ☐ | Explosive Data |
| Contents | | | Undetermined ☐ | Incendiary Device |
| Fixtures | | | Accidental ☐ | Threat |
| Vehicles | | | Suspicious ☐ | Other |
| Miscellaneous | | | | |

### PROPERTY

| Event Code | Prop. Code | Quantity | Description | Make/Model | Serial Number | P. Loss | Value | Recov. Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Jurisdiction Stolen / Jurisdiction Recovered

### DEATH

| Next of Kin Notified Name | Address | Relationship | Physician Pronouncing Death(Name) |
| Attending Physician Name | Address | Reason for Treatment | Pronounced Death-Date / Time |
| Last Person to See Subject Alive Name | Address | | Date / Time |
| Rescue Unit at Scene Name | Address | Medical Examiner | Type Death |

### Summary

On Wednesday, December 13, 2023 at approximately 1256 hours, I Deputy B. Cartwright was dispatched to make a phone call to a Mr. Jeffrey R. Fenton, in regards to a Civil Matter.

Upon making contact with Jeffrey via phone, Jeffrey advised back in 2019 he and his wife at the time were going through a bad divorce and his wife filed to get an order of protection against him. Jeffrey stated that usually in Williamson County a normal divorce is supposed to take a while some times longer than a year, however, their first court hearing Judge Binkley and Attorney Virginia Lee Story falsely granted the Order of Protection and wrongfully kicked him out of his residence located at 1986 Sunnyside Drive, Brentwood, Tennessee.

Jeffrey later advised that he has already went to TBI along with FBI on this incident in attempt to file for Official Oppression and Racketeering charges. At this time, I asked Jeffrey when he filed a

### Solvability Factors

| YES | NO | | YES | NO | | Exceptional Clearance (Status 8) |
|---|---|---|---|---|---|---|
| ☐ | ■ | a. Can a suspect be named? | ☐ | ■ | g. Was there a unique or unusual M.O. employed? | ☐ (A) Death of Offender |
| ☐ | ■ | b. Is the suspect known? | ☐ | ■ | h. Was there significant evidence? | ☐ (B) Prosecution Declined |
| ☐ | ■ | c. Can the suspect be identified? | ☐ | ■ | i. Is property traceable? | ☐ (C) Extradition Declined |
| ☐ | ■ | d. Has the suspect been seen before? | ☐ | ■ | j. Was there a minimum delay in reporting? | ☐ (D) Refuse to Cooperate |
| ☐ | ■ | e. Was there a witness to the crime? | ☐ | ■ | k. Is there a significant reason to believe crime may be solved with a reasonable amount of investigative effort? | ☐ (E) Juvenile, No Custody |
| ☐ | ■ | f. Can the suspect vehicle be identified? | | | | ■ (N) Not Applicable |

### CASE STATUS (Check One)

☐ 1 Active           ☐ 5 Inactive        ☐ 4 Closed Arrest
☐ 2 Active - TOT O/A ☐ 6 Inactive WOF    ☐ 8 Closed Exception
☐ 3 Unfounded        ☐ 7 Closed Service

Case Closed (Status 4 or 8): ☐ Juvenile  ☐ Adult
Ref. Other Case Number:
Negative File Number:

| Date/Time Notified | Date/Time Arrived at Scene | Date/Time Cleared Scene | Original Report ☐ / Supplemental Report ☐ |
|---|---|---|---|
| 12/13/2023  12:59 | 12/13/2023  13:01 | 12/13/2023  13:36 | |

| Information Copies Furnished to: | Approving Supervisor | Date | Date Report Submitted |
|---|---|---|---|
| | 2103 - Sgt. Joseph D. Slabaugh | 12/13/2023 | 12/13/2023 |

## WILLIAMSON COUNTY SHERIFF'S OFFICE

CONFIDENTIAL                    PRELIMINARY INVESTIGATIVE REPORT                    D.S.P. 102 - M
                                      NARRATIVE (CONTINUATION)

| Code Number | Reported By | Page No. | Origin | Date | Time | Case Number |
|---|---|---|---|---|---|---|
| TN0940000 | 2518 - Brady M. Cartwright | 3 | 01 - Zone 1 | 09/01/2019 | | 2023-35037 |

**Summary**

report with the TBI and FBI in which he stated it was a while ago but he stopped them due to the fact he did not want his ex-wife to suffer.

Furthermore, Jeffrey advised he filed a civil suit against several Judges, Attorney and The State. Jeffrey provided me with a file number (#1;23-CV01097-PLM-RSK). At this time, I advised Jeffrey that this incident is in fact civil; however, I would in fact document the information given on a TIBRS report under Civil. I then provided him a case number for the case and advised him if he had any other questions to contact dispatch to speak with a Deputy.

Case#2023-35037
No Guns Involved
No Drugs Involved

