UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

          Plaintiff

v.

VIRGINIA LEE STORY et al.,

          Defendants

FILED- LN
March 25, 2024 4:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  FILED BY: /s/ 3/25

CASE NO. 1:23-CV-1097

## DECLARATION REGARDING SERVICE FEES

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am a plaintiff in this case.

2. Due to the wrongful actions of the defendants—I am unable to prepay the costs of the service fees associated with these proceedings and that I am entitled to the relief requested.

3. I have not even earned one dollar over the last two tax years and do not have any financial reserve whatsoever to pay the service fees.

4. I affirm that I will reimburse the court said service of process fees no later than 30 days after any ruling or settlement in my favor, provided that the monetary sums associated with the ruling or settlement exceed the aforesaid fees. Should the monetary sums associated with the ruling or settlement be less than or equal to the aforesaid fees, I will reimburse the court the amount specified in the ruling or settlement no later than 30 days thereafter.

5. I declare under penalty of perjury that the information above is true and understand that a false statement may result in a dismissal of my claims.

Initials: _/s/_

## DECLARATION

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify as aforesaid that I verily believe the same to be true.

Executed on December 30, 2023

JEFFREY RYAN FENTON, PRO SE

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
JEFF.FENTON@LIVE.COM
(P) 615.837.1300
(F) 810.255.4438