UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED- LN
March 25, 2024 4:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod FILED BY: 3/26

JEFFREY RYAN FENTON,

PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

DEFENDANTS

CASE NO. 1:23-cv-1097

**SMALL INDIVIDUAL EXHIBITS WITH WEB URLS**

**FOR QUICK & EASY REFERENCE (SECTION 1 OF 4)**

I, Jeffrey Ryan Fenton, declare as follows:

1. My name is Jeffrey Ryan Fenton.
2. I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-cv-1097).
3. Please file this exhibit in my case, so that I can reference it in my lawsuit.
4. Per the Clerk's request last time, I did not bind it.
5. Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 3/25/2024

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
JEFF.FENTON@LIVE.COM
(P) 615.837.1300
(F) 810.255.4438

I was a LICENSED Real Estate Agent "Affiliate Broker" in the State of Tennessee for SEVENTEEN (17) Years (until long after our divorce), with access to hundreds of millions of dollars worth of inventory, without ever a single complaint or issue of any sort! Everyone who worked with me: clients, lenders, property owners, investors, inspectors, contractors, buyers, both unrepresented and with their agents, co-workers, paralegals and closing attorneys, had only the greatest of respect for me and my work.

Neither my ex-wife nor I know of anyone who gave people more for their money, or worked in their client's best interests, more than I did!

STATE OF TENNESSEE
DEPARTMENT OF
COMMERCE AND INSURANCE

JEFFREY "JEFF" RYAN FENTON
ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021
TENNESSEE REAL ESTATE COMMISSION
AFFILIATE BROKER

602860 THIS IS TO CERTIFY THAT ALL REQUIREMENTS OF THE STATE OF TENNESSEE HAVE BEEN MET

c/oJEFFREY "JEFF" RYAN FENTON
1986 SUNNYSIDE DRIVE
BRENTWOOD, TN 37027

My marketing was second to none, as were my contract skills. My attention to detail and background in both printing, graphic arts, and amateur web design, brought compliments from competing agents who were recognized as the "best" from their firms. I devoted two-weeks (80+ hours) to marketing each and every listing I had, while most agents would never dream of investing that much time. But I listed every house to SELL, and every house I did, for top-dollar with minimal time on the market, except for ONE condo, during my 17-Years.

I quit working as a full-time agent upon the realization that 60% of the business was getting the listing not selling it. While a politician I am not.

Attorney Virginia Lee Story made me out to be a "monster" in Judge Michael W. Binkley's Court, with ZERO history to substantiate ANY of it, just her WORD. She lied repeatedly about matters of Real Estate Law, Binkley never once corrected her or exercised his judicial supervisory DUTY.

11715560

# State of Tennessee

TENNESSEE REAL ESTATE COMMISSION
AFFILIATE BROKER
JEFFREY "JEFF" RYAN FENTON

*This is to certify that all requirements of the State of Tennessee have been met.*

ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021

IN-1313
DEPARTMENT OF
COMMERCE AND INSURANCE

To view more pictures of this breathtaking property, please visit our website at Brentwood21.com.
Century 21 Fine Homes & Estates
- Arden Woods -
6393 Chartwell Court
Brentwood, Tennessee
FOR SALE
Century 21
Signature Properties
(615) 837-1300
Each Office Is Independently Owned And Operated
Jeff Fenton

# License Search and Verification

**License verification is moving to License, Permit, Registration Search on August 15, 2021.**

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit to the Public Record Request form.

<< Click Here To Go Back To The Search Page

| License Details | |
|---|---|
| **License Status** | Expired |
| **License #** | 295752 |
| **License ID** | 295752 |
| **Expiration Date** | Jul 25 2021 |
| **Original Date** | Dec 9 2004 |
| **Profession Code** | 2501 |
| **Profession Name** | Real Estate Agent |
| **First Name** | JEFFREY "JEFF" |
| **Middle Name** | RYAN |
| **Last Name** | FENTON |
| **City** | BRENTWOOD |
| **State** | TN |
| **Zip Code** | 37027 |
| **Rank** | Affiliate Broker |

Department of Commerce & Insurance Administration License Roster Search https://verify.tn.gov/Details.aspx

**License Activity Description** Expired-Grace

## Continuing Education

| License ID | Course Name | Provider Name | End Date | Credit Hours |
|---|---|---|---|---|
| 295752 | TREC CORE 2015-2016(PP) | MCKISSOCK, INC | Jul 24 2015 | 6 |
| 295752 | SUCCESS IN COMM REALESTATE(CR | CCIM INSTITUTE | Jul 24 2014 | 16 |
| 295752 | 2013-2014 TREC CORE(1338) (I) | MCKISSOCK, INC | Jul 2 2013 | 6 |
| 295752 | LEINS,TAXES & FORECLOSURES(I) | MCKISSOCK, INC | Jul 2 2013 | 4 |
| 295752 | NATL MARK,NEG,CLOSE SALE (I) | MCKISSOCK, INC | Jul 2 2013 | 3 |
| 295752 | SHORT SALES (I) | MCKISSOCK, INC | Jul 2 2013 | 3 |
| 295752 | EFFECTIVE LISTING PRES (I) | MCKISSOCK, INC | Jul 3 2011 | 4 |
| 295752 | TREC CORE 11/12 (1338) (I) | MCKISSOCK, INC | Jul 1 2011 | 6 |
| 295752 | SHORT SALES (I) | MCKISSOCK, INC | Jun 29 2011 | 3 |
| 295752 | FHA 203K RENOV LOAN (CR) | REAL ESTATE LEADERSHIP SCHOOL | Apr 12 2011 | 3 |
| 295752 | CONCISE GUIDE TO RE TAX (I) | MCKISSOCK, INC | Jan 16 2009 | 4 |
| 295752 | LOAN TYPES/INSTRU OF FIN (I) | MCKISSOCK, INC | Jan 7 2009 | 3 |
| 295752 | TITLE INSURANCE/CURRENT (I) | MCKISSOCK, INC | Dec 31 2008 | 2 |
| 295752 | TAX OF R E CAPITAL GAIN (I) | MCKISSOCK, INC | Dec 30 2008 | 3 |
| 295752 | TREC CORE 07/08 (1338)(I) | MCKISSOCK, INC | Dec 29 2008 | 4 |

2 of 3 8/4/2021, 9:40 PM
https://rico.jefffenton.com/evidence/2004-12-09_through_2021-07-25_tn-real-estate-license.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Department of Commerce & Insurance Administration License Roster Search https://verify.tn.gov/Details.aspx

| | | | | |
|---|---|---|---|---|
| 295752 | APPRAISAL PROCESS AGENTS (DB) | MCKISSOCK, INC | Oct 23 2006 | 4 |
| 295752 | TREC CORE 05/06 (1338)(I) | MCKISSOCK, INC | Oct 17 2006 | 4 |
| 295752 | REALTRACS PLUS (CR) | REALTRACS SOLUTIONS (MTRMLS,INC) | Jun 5 2006 | 2 |
| 295752 | BECAUSE IT'S RIGHT THING (CR) | WILLIAMSON COUNTY ASSN. OF REALTORS | May 18 2006 | 4 |
| 295752 | WHAT YOU SAY WILL HURT U (CR) | WILLIAMSON COUNTY ASSN. OF REALTORS | May 18 2006 | 2 |
| 295752 | COURSE FOR NEW AFFILIATES(CR) | NASHVILLE SCHOOL OF REAL ESTATE | Aug 13 2004 | 30 |
| 295752 | REAL ESTATE FUNDAMENTALS (CR) | NASHVILLE SCHOOL OF REAL ESTATE | Aug 6 2004 | 60 |

3 of 3 8/4/2021, 9:40 PM
https://rico.jefffenton.com/evidence/2004-12-09_through_2021-07-25_tn-real-estate-license.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

I've been married three times. **First Wife:** 18-20. **Second Wife:** mid-twenties, lasted 4-years. **Third & Last Wife:** 2005-2019 (WILCO Docket #48419B). For the sake of protecting their anonymity (within this document), I will call my most recent wife by a very fond, private pet name, **"Tootie"**. (It might not sound flattering, but it originated from the greatest fondness, and was never used derogatorily!) I will refer to my second wife here, as **"Previous Wife"** or **"Prior Wife"**.

*Pastors Jon & Kitty Sterns (Franklin Vineyard), Pastors Jerry & Cindy Bryant (Nashville Vineyard), Dr. Roy Hamley (Woodmont Hills Counseling Center), and* **Tootie** *(Girlfriend Extraordinaire):*

## Greetings!

This started off as an introduction letter to the Sterns, as they've succeeded in learning very little about me thus far (which I'll credit to my avoidance) but I've come to a point where I want to move forward, and to be **unknown** has never been my desire. (Did I hear the Bryant's say "AHMEN"? LOL) It requires a certain fondness, or at least a willingness to read, in order to grow very close to me.

The biggest emotional/spiritual problem that I have struggled with this past year, is the **absolute inability to "balance accounts"** from my past. My past relationships with God, the Vineyard (Nashville), and my **Previous Wife**. For that reason I've decided to also use this letter to try to put language to some of those issues, and am hoping that this will be an instrument that will help bring about closure. Jerry & Cindy – I think that there were a lot of things that were unsaid, but understood, yet I feel that I owe you a direct explanation of why I left the church, the nature of my hurts & resentments prior to leaving, the reason that now in coming back to church I have chosen the Franklin Vineyard over Nashville, and to tell you both once again that **I love you very much and truly appreciate the investment that you made into my life.**

I've decided to do this in an open format, copied to all those mentioned above, hoping **not** to cause anyone shame, or expose anyone's nakedness, but rather because I think it is important for all those addressed to understand **My Journey**, what has brought me to this point, decisions I've made and why, and how this all has impacted me thus far. Further I don't wish to speak behind anyone's back (except **Prior Wife** for reasons that shall become obvious later on). I've included Dr. Roy Hamely in the addressing of this letter as he is a Christian Counselor who is currently working with **Tootie** and myself, both individually and as a couple, to help aid us in moving forward. I've also copied this letter to **Tootie**, though much of it may be hard for her to read as it pertains to my ex-wife **PriorWife**. I think that it is important that as we move forward together, we both are knowledgeable about what has brought us each to this point, and the struggles that we still face (individually and together) even if those struggles do not directly involve the other.

First off, in regards to the Pastoral oversight, Counseling, and Care, I give you all complete permission to speak freely with each other about me. I am largely an open book. If you have something to say, or a burden on your heart, please don't tip-toe with me, **just say it.** I seem to possess an anointing that at some point causes even the most conservative pastor to swear, in an attempt to get through to me. So I expect this. Please feel free to cuss as you must. LOL

**Please honor my request that you treat this letter with the absolute of confidentiality.** It is intended for those who are named at top and absolutely no one else.

Confidential Page 1 of 30 2/9/2005

https://rico.jefffenton.com/evidence/2005-02-09_thirty-page-letter-before-marriage.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

The only REAL "evidence" in #48419B are MY OWN WORDS. While they refuse to even allow me to provide the CONTEXT within which they were spoken, the background and history behind them. WHY I said what I said, WHEN I said it. Or what my words were even MEANT to communicate & convey! I'm just accused of texting/emailing TOO MUCH (try the **"block"** button), labeling me an **"abusive stalker"**. WORDS MEAN SOMETHING! **I'm NO MORE of a "STALKER", than anyone reading this is a "PEDOPHILE"!** To assassinate my character while REFUSING to HEAR my TESTIMONY & DEFENSE, is an unconscionable ABUSE OF POWER, causing me to suffer "OFFICIAL OPPRESSION" for well over 2 years now!

# Contents:

(It's a bad sign when a letter has a "Table of Contents".)

**It may be UNUSUAL to be so verbose, but everyone is different, there is certainly no crime in that!** I have been a **WRITER** who best communicates through writing since my TEENS! **That is my FIRST AMENDMENT RIGHT!** It is how I'm wired! How I personally **process life** and **communicate** most effectively. **"Tootie" knew that when we met, long before we ever got married.**

*My writing has by far attracted more women in my life than any other quality about me. Many women find my intense honesty, vulnerability, and sincerity, combined with my ability to articulate it, to be rare and something which they are attracted to, and/or can deeply RELATE with!*

**Most of my life writing has been my most applauded strength and "gift".** I've helped change policies throughout the State of Tennessee, before with this "gift". I've been thanked by governors, senators, mayors, given a special award... Often (if not USUALLY), Tootie EDITED my writing for grammar, punctuation, spelling, and overall content. Tootie showed little dislike for my writing, until she LEFT me, and it reminded her of the TRUTH, which we had both experienced together. Our promises to each other, **while I tried to persuade her onto a healthier path for herself.**

**NEVER ONCE, in 15-YEARS, had I heard the word "ABUSE"** or "Emotional Abuse" from "Tootie", until she secretly met with her first DIVORCE ATTORNEY! We walked very closely with numerous counselors, mentors, pastors, leaders in our lives, we have worked through several of our OWN issues and relational challenges. Yet NEVER ONCE was I remotely accused of "abusing" my beloved "Tootie" in ANY WAY, SHAPE or FORM! **(Such claims are no less than litigious terrorism!)**




1 Intro
2 Contents
3 Father – Adolescents – Vegas
4 Meet the Vineyard (Nashville)
5 The Sweat Shop
6 Met Prior Wife
7 Marriage
8
9 True Love
10
11 Father vs. Husband
12 Different Journeys
13
14 Love / Hate Relationship
15
16 Dear Jeff
17
18 Purging the Prior Wife Files
19
20 Divorced Previous Wife
21
22 I'm never going to know! – Seeking Counsel
23 The Prophecy
24 Why did I leave the Vineyard (Nashville)?
25 Hurts and Resentments
26 Vineyard Mass Exodus
27 In Steps Tootie
28 Tootie Meets God
29 Walking Through Doors - Conclusion


**The point of me sharing this document with the Court** is not the CONTENT, it is the VERBOSITY, the BULK OF WRITTEN CONTENT, a **THIRTY-PAGE written letter PRIOR to marriage - where there were no secrets, all the cards were ALWAYS on the table (at least from my end)!** This also shows the level of AUTHENTICITY, HONESTY, OPENNESS, TRANSPARENCY, VULNERABILITY, and the level of ACCOUNTABILITY that I've walked in for DECADES! **This is WHO I AM!** Regardless of what those with an agenda pretend or claim!

**I have a LIFETIME of EVIDENCE proving MY IDENTITY!** I belonged to writers groups at church. I founded **NashvilleChristian.com**, as I met with church leaders throughout the mid-state. Twice I was a guest on local radio programs. While I designed, administered and managed the website and fax service prior, for over a decade. I also served as Tootie's SOUND BOARD. She shared and bounced everything off of me, DAILY, while I helped her and her company in any way that I could! I communicated with Tootie probably **5-25 times per day** on average, via texts, emails and phone calls. **We were connected at the hip, and together a force to be reckoned with!** (This was as much by HER will as it was by MINE!) **We were a TEAM!**

Unfortunately, our greatest strengths are often our greatest weakness, when our lives enter into a state of trauma. (Hence, I do regret some things that I've said and done.) **Yet REALITY is NOTHING as has been fraudulently claimed, to bind and discard me, without cost or consequence.**

SOUTHLAND TITLE & ESCROW CO., INC.

59660

**** REAL ESTATE CLOSING ****

59660

Buyer/Borrower: Gartee
Seller: Fenton
Lender: Regions Bank DBA Regions Mortgage 0896573804
Property: 2121 Highway 12 South #139/Ashland City /
Settlement Date: October 29, 2007 Closer/Responsible Party: Donna
Disbursement Date: October 29, 2007
Check Amount: $ 21,680.85
Pay To: Fawn [redacted] Fenton
For:

Southland Title & Escrow Co., Inc.

FIRST TENNESSEE

ALL THINGS FINANCIAL sm

170 08358 05203 7302 #00084
PD 10/29/2007 CD 10/29/2007 10:58:14
DDA Deposit
102196610 $21,680.85

Please visit www.ftb.com/teller today.

FIRST TENNESSEE

**FINAL PROCEEDS FROM THE SALE OF MS. FENTON'S PREMARITAL CONDO**

| | |
|---|---|
| $21,681 | RECEIVED AT CLOSING |
| - $5,000 | IMPROVEMENTS & HOLDING |
| -$11,660 | REPAY FAWN'S MOTHER |
| - $1,000 | TITHES |
| **$4,021** | **MARITAL BENEFIT OF CONDO** |

OMB NO. 2502-0265

A.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

# SETTLEMENT STATEMENT

B. TYPE OF LOAN:

1. ☐ FHA 2. ☐ FmHA 3. ☐ CONV. UNINS. 4. ☒ VA 5. ☐ CONV. INS.

6. FILE NUMBER: 07-10-013

7. LOAN NUMBER: 0896573804

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0 3/98 (GARTEE 07-10-013.PFD/07-10-013/15)

D. NAME AND ADDRESS OF BORROWER:
[redacted] Gartee
2121 Highway 12 South #139
Ashland City, TN 37015

E. NAME AND ADDRESS OF SELLER:
Fawn [redacted] Fenton

F. NAME AND ADDRESS OF LENDER:
Regions Bank
DBA Regions Mortgage
2050 Parkway Office Circle
Birmingham, AL 35244

G. PROPERTY LOCATION:
2121 Highway 12 South #139
Ashland City, TN 37015
Cheatham County, Tennessee
Unit 139 Hickory Hills Ph 3

H. SETTLEMENT AGENT: Southland Title & Escrow Co. Inc. 62-1632932
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

PLACE OF SETTLEMENT
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

I. SETTLEMENT DATE:
October 29, 2007

| J. SUMMARY OF BORROWER'S TRANSACTION | |
|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | |
| 101. Contract Sales Price | 104,000.00 |
| 102. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 4,487.65 |
| 104. Nov. HOA Dues to Hickory Hills Condos. | 100.00 |
| 105. HOA Transfer Fee to Hickory Hills Condos. | 35.00 |
| *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes 10/29/07 to 01/01/08 | 24.02 |
| 107. County Taxes 10/29/07 to 01/01/08 | 136.59 |
| 108. Assessments to | |
| 109. HOA Dues 10/29/07 to 11/01/07 | 9.68 |
| 110. | |
| 111. | |
| 112. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 108,792.94 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | |
| 201. Deposit or earnest money | 1,000.00 |
| 202. Principal Amount of New Loan(s) | 107,432.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | |
| 211. County Taxes to | |
| 212. Assessments to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 108,432.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 108,792.94 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 108,432.00) |
| *303. CASH ( X FROM) ( TO) BORROWER* | 360.94 |

| K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|
| **400. GROSS AMOUNT DUE TO SELLER:** | |
| 401. Contract Sales Price | 104,000.00 |
| 402. Personal Property | |
| 403. | |
| 404. | |
| 405. | |
| *Adjustments For Items Paid By Seller in advance* | |
| 406. City/Town Taxes 10/29/07 to 01/01/08 | 24.02 |
| 407. County Taxes 10/29/07 to 01/01/08 | 136.59 |
| 408. Assessments to | |
| 409. HOA Dues 10/29/07 to 11/01/07 | 9.68 |
| 410. | |
| 411. | |
| 412. | |
| *420. GROSS AMOUNT DUE TO SELLER* | 104,170.29 |
| **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 501. Excess Deposit (See Instructions) | |
| 502. Settlement Charges to Seller (Line 1400) | 1,111.79 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first Mortgage to Wash. Mutual/#84619060 | 74,811.42 |
| 505. Payoff of second Mortgage to First TN/#44583703969 | 5,650.23 |
| 506. | |
| 507. (Deposit disb. as proceeds) | |
| 508. | |
| 509. | |
| *Adjustments For Items Unpaid By Seller* | |
| 510. City/Town Taxes to | |
| 511. County Taxes to | |
| 512. Assessments to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. 2007 City Taxes to Ashland City Tax Dept. | 137.00 |
| 518. 2007 County Taxes to Cheatham Co. Trustee | 779.00 |
| 519. | |
| *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 82,489.44 |
| **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 601. Gross Amount Due To Seller (Line 420) | 104,170.29 |
| 602. Less Reductions Due Seller (Line 520) | ( 82,489.44) |
| *603. CASH ( X TO) ( FROM) SELLER* | 21,680.85 |

HUD-1 (3-86) RESPA, HB4305.2

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 104,000.00 @ 0.4000 % 416.00 | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $416.00 to Century 21 Signature Properties | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | 416.00 |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803.Appraisal Fee to Realty Services POC B $350 | -350.00 | |
| 804.Credit Report to Equifax Mtg Svs. | 15.00 | |
| 805.Lender's Inspection Fee to | | |
| 806.Appraisal to Baggett & Associates | 325.00 | |
| 807.VA Funding Fee to Dept. of Veteran Affairs | 3,432.00 | |
| 808.Flood Det. to First Am. Flood Data | 3.00 | |
| 809.Flood Life of Loan to First Am. Flood Data | 4.50 | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 10/29/07 to 11/01/07 @ $ 19.130000/day ( 3 days 6.5000%) | 57.39 | |
| 902.Mortgage Insurance Premium months | | |
| 903. Hazard Insurance Premium 1.0 years | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003.City/Town Taxes 2.000 months @ $ 11.42 per month | 22.84 | |
| 1004.County Taxes 2.000 months @ $ 64.92 per month | 129.84 | |
| 1005.Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008.Aggregate Adjustment months @ $ per month | 0.00 | |
| **1100. TITLE CHARGES** | | |
| 1101.Settlement or Closing Fee to Southland Title & Escrow Co. Inc. | | 195.00 |
| 1102.Abstract or Title Search to | | |
| 1103.Title Examination to Southland Title & Escrow Co. Inc. | 200.00 | |
| 1104.Title Insurance Binder to | | |
| 1105.Document Preparation to Southland Title & Escrow Co. Inc. | | 95.00 |
| 1106.Notary Fees to | | |
| 1107.Attorney's Fees to | | |
| *(includes above item numbers: )* | | |
| 1108.Title Insurance to Southland Title & Escrow/ChicagoTitle Company Rei.Cr.$95.86 | | 351.79 |
| *(includes above item numbers: )* | | |
| 1109. Lender's Coverage $ 107,432.00 47.25 | | |
| 1110. Owner's Coverage $ 104,000.00 304.54 | | |
| 1111. Southland Title & Escrow Co. Inc. | | |
| 1112. Southland Title & Escrow Co. Inc. | | |
| 1113.Express Payoffs to Southland Title & Escrow/Federal Express | | 30.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ 12.00; Mortgage $ 112.00; Releases $ | 124.00 | |
| 1202. City/County Tax/Stamps; Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps 385.80; Mortgage 122.33 | 508.13 | |
| 1204.Release Processing Fees to Southland Title & Escrow Co. Inc. | | 24.00 |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301.Survey to | | |
| 1302.Pest Inspection to All-American Pest Control POC:S65.00 | | |
| 1303.Certificate of Ins. to EOI Direct Order #361041 | 15.95 | |
| 1304. | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 4,487.65 | 1,111.79 |

( 07-10-013 / 07-10-013 / 15 )

## BUYER / SELLER CERTIFICATION

**Borrower:** [redacted] Gartee
**Seller:** Fawn [redacted] Fenton
**Lender:** Regions Bank DBA Regions Mortgage
**Settlement Agent:** Southland Title & Escrow Co. Inc. (615)370-5170
**Place of Settlement:** 7101 Executive Center Drive, Suite 151 Brentwood, TN 37027
**Settlement Date:** October 29, 2007
**Property Location:** 2121 Highway 12 South #139 Ashland City, TN 37015 Cheatham County, Tennessee Unit 139 Hickory Hills Ph 3

---

The Buyer and Seller this date have checked, reviewed and approved the figures appearing on the Disclosure/Settlement Statement (Statement of Actual Costs), consisting of two (2) pages. Buyer acknowledges receipt of the payment of the loan proceeds in full, and Seller acknowledges payment in full of the proceeds due Seller from the settlement.

The Buyer and Seller understand that the tax prorations shown on the Settlement Statement are Based on the prior tax periods rate(s). The Buyer and Seller agree to adjust the tax prorations shown on the Settlement Statement when the actual advalorem tax bill is rendered. Seller agrees to forward the next tax bill to Buyer immediately upon receipt of the bill from the tax office. Buyer understands that the next tax bill (even though in the name of the Seller) is the responsibility of the Buyer.

Seller understands that the payoff figure(s) shown on the first page of the Settlement Statement are figures supplied to the Settlement Agent by the Seller's lender(s) and is/are subject to confirmation upon tender of payment. If the payoff figure(s) are inaccurate, Seller agrees to immediately pay any shortage(s) that may exist.

As part of the consideration of this sale, the contract between the parties is by reference incorporated herein and made a part hereof; the terms and conditions contained therein shall survive the closing and shall not merge upon the delivery of the warranty deed.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

[redacted] Gartee

Fawn [redacted] Fenton

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Southland Title & Escrow Co. Inc.
Settlement Agent

**WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 & Section 1010.**

(GARTEE 07-10-013.PFD/07-10-013/16)

Fawn Borrowed for First Divorce

Fawns Mom Loan

| Date | Num | Transaction | Increase | C | Decrease | Balance |
|---|---|---|---|---|---|---|
| 12/1/2005 | | Opening Balance<br>cat: [Fawns Mom Loan] | 11,490.00 | | | -11,490.00 |
| 12/9/2007 | 1693 | Diane [redacted] **Fawn's Mom**<br>cat: [3072 - FTB Joint Checking (6610)] | | | 11,660.00 | 170.00 |

# Supplemental Personal Tax Report

1/1/2007 Through 12/31/2007 (Cash Basis)

10/2/2008 

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 10/10/2007 | 3072 - FTB Joint Checking (6610) | Nashville Zoo At Grassmere | Annual Safari Membership | -125.00 |
| **TOTAL Animal Related** | | | | **-1,190.00** |
| | | | | |
| **Charity-Non Cash** | | | | |
| 2/10/2007 | 8963 - Fawn FTB Checking (8088) | Michaels | Art Supplies for Zoo | -18.80 |
| **TOTAL Charity-Non Cash** | | | | **-18.80** |
| | | | | |
| **Church Tithes & Offerings** | | | | |
| 1/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Karen Ray - Tithe on Sale | -200.00 |
| 1/3/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Garry - Tithe on Sale | -210.00 |
| 1/7/2007 | 8963 - Fawn FTB Checking (8088) | New Song Christian Fellowship | | -200.00 |
| 2/4/2007 | 8963 - Fawn FTB Checking (8088) | New Song Christian Fellowship | | -200.00 |
| 3/4/2007 | 8963 - Fawn FTB Checking (8088) | New Song Christian Fellowship | | -200.00 |
| 3/18/2007 | Fawn Ascend Checking (7) | New Song Christian Fellowship | Montgomery - Tithe on Proceeds | -1,000.00 |
| 4/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 4/15/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 5/5/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 5/20/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 6/3/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 6/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 7/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 8/1/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Sproul - Tithe on Purchase | -243.00 |
| 8/4/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -356.00 |
| 8/19/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -178.00 |
| 9/9/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 9/15/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | 2007 Harvest Project Offering - PIF | -300.00 |
| 9/15/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Chartwell - Tithe on Sale | -1,200.00 |
| 9/16/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 9/30/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 10/21/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 11/4/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 11/18/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 12/2/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 12/16/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | | -195.00 |
| 12/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Tithe on A/H Year End Bonus | -300.00 |
| 12/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | Tithe on 12/31 A/H Paycheck | -195.00 |
| 12/23/2007 | 3072 - FTB Joint Checking (6610) | New Song Christian Fellowship | 2121 Highway 12 South #139 - Tithe on Proceeds | -1,000.00 |
| **TOTAL Church Tithes & Offerings** | | | | **-8,588.00** |

# Condo Sale - Income & Expense Report

1/1/2001 Through 12/31/2007 (Cash Basis)

10/2/2008 

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| **INCOME** | | | | |
| **-Condo In-** | | | | |
| 10/29/2007 | Condo | Property Sold | Gross Amount Due to Seller | 104,170.29 |
| **TOTAL -Condo In-** | | | | **104,170.29** |
| **TOTAL INCOME** | | | | **104,170.29** |
| **EXPENSES** | | | | |
| **-C-** | | | | |
| **Acquisition** | | | | |
| 4/11/2001 | Condo | Property Purchased | Gross Amount Due from Borrower | -84,228.86 |
| 5/6/2002 | Condo | Refinance Expense @ Divorce | Based off of Good Faith Estimate | -1,406.00 |
| **TOTAL Acquisition** | | | | **-85,634.86** |
| **Advertising** | | | | |
| 7/3/2007 | 3072 - FTB Joint Checking (6610) | The Sign Center | For Sale Sign | -60.09 |
| 8/27/2007 | 3953 - Ascend Visa (Fawn-90) | Target | Staging Materials | -49.44 |
| 8/28/2007 | 3072 - FTB Joint Checking (6610) | Cheatham County Register | Master Deed | -6.75 |
| 8/28/2007 | 3953 - Ascend Visa (Fawn-90) | Lowe's | Staging - Lamp | -43.67 |
| 8/28/2007 | 3953 - Ascend Visa (Fawn-90) | Michaels Arts And Crafts Store | Staging - Tree | -32.76 |
| 8/29/2007 | 3953 - Ascend Visa (Fawn-90) | Jo-Ann Fabric And Craft Stores | Staging Materials | -46.68 |
| 8/29/2007 | 3953 - Ascend Visa (Fawn-90) | Michaels Arts And Crafts Store | Staging Materials | -12.53 |
| 8/30/2007 | 3953 - Ascend Visa (Fawn-90) | Wal-Mart | Staging - Rug | -26.19 |
| **TOTAL Advertising** | | | | **-278.11** |
| **Cleaning & Maintenance** | | | | |
| 7/17/2007 | Condo HELOC | Cheatham Co. Floor Covering & Paint | Paint | -148.36 |
| 7/21/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Spackling & Paper Towel | -11.85 |
| 7/21/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Caulk | -7.62 |
| 7/27/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Paint Tray Liners | -4.34 |
| 7/27/2007 | 3072 - FTB Joint Checking (6610) | Cheatham Co. Floor Covering & Paint | Paint | -62.56 |
| 7/30/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Paint Supplies | -42.97 |
| 8/5/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Toilet Parts | -84.08 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Trim Pry Bar | -15.25 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Tile Scraper | 26.79 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Tile Scraper & Gloves | -26.79 |

# Condo Sale - Income & Expense Report

1/1/2001 Through 12/31/2007 (Cash Basis)

10/2/2008

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | Kroger | Tin Foil for Painting | -5.01 |
| 8/7/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | Locks Changed | -50.00 |
| 8/7/2007 | Store Credits | The Home Depot | Return - Tile Scraper | 5.57 |
| 8/7/2007 | Store Credits | The Home Depot | Tile Scraper & Gloves | -16.48 |
| 8/7/2007 | Condo HELOC | Cheatham Co. Floor Covering & Paint | New Carpet | -2,000.00 |
| 8/9/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Floor Stripper | -12.50 |
| 8/11/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Sink Faucet | -107.07 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Quarter Round Trim | -74.75 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Quarter Round Trim | -63.63 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Quarter Round Trim | 60.92 |
| 8/12/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Quarter Round Trim | 56.25 |
| 8/12/2007 | Store Credits | The Home Depot | Tile Samples | -2.08 |
| 8/12/2007 | Store Credits | The Home Depot | Quarter Round Trim | -3.49 |
| 8/14/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Floor Bully Scrapper | -32.50 |
| 8/14/2007 | Condo HELOC | Floorz | New Vinyl Flooring | -1,119.00 |
| 8/18/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Shoe Molding | -7.87 |
| 8/18/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Shoe Molding | -80.95 |
| 8/20/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Anderson Storm Door for Front | -278.00 |
| 8/21/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Window Screens | -59.43 |
| 8/25/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Return - Floor Bully Scrapper | 32.50 |
| 8/25/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Hardware, Blinds, Etc... | -97.70 |
| 8/25/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Returns - Hardware | 11.87 |
| 8/25/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Trim & Weather Seal | -21.05 |
| 8/26/2007 | 3953 - Ascend Visa (Fawn-90) | Lowe's | Plumbing Supplies | -31.14 |
| 8/27/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Plumbing Supplies | -49.38 |
| 8/27/2007 | 3953 - Ascend Visa (Fawn-90) | Lowe's | Returns - Plumbing | 18.68 |
| 8/28/2007 | 3072 - FTB Joint Checking (6610) | Midway Supply Company | Copper Fitting | -3.61 |
| 8/31/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Hot Water Heater Repair Supplies | -56.21 |
| 9/3/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Vaccuum Bags | -5.40 |
| 9/3/2007 | 3953 - Ascend Visa (Fawn-90) | The Home Depot | Return - Damaged Blinds | 17.44 |
| 9/5/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Replace - Damaged Blinds | -19.00 |
| 9/6/2007 | 3072 - FTB Joint Checking (6610) | Nippers Corner Cleaners | Press Shower Curtain | -10.92 |
| 9/19/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Hardware | -2.14 |
| 9/20/2007 | 3072 - FTB Joint Checking (6610) | Lowe's | Door Strikes & Mineral Spirits | -18.12 |
| 10/1/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Plumbing Hardware - Toilet | -8.28 |
| 10/1/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Plumbing Hardware - Toilet | -10.51 |
| 10/11/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Plumbing Hardware - Toilet | -45.35 |
| 10/25/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | 2" Test Plug (Plumbing) | -3.06 |

# Condo Sale - Income & Expense Report

1/1/2001 Through 12/31/2007 (Cash Basis)

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 10/25/2007 | 3072 - FTB Joint Checking (6610) | Tusculum Ace Hardware | Weather Seal for Front Door | -21.84 |
| 10/26/2007 | 3072 - FTB Joint Checking (6610) | Terry Blanks A/C & HTG. | Fireplace Inspection & Letter for VA | -100.00 |
| 10/27/2007 | 3072 - FTB Joint Checking (6610) | Kevin Williams | Plumbing Inspection - Steam from Drain | -50.00 |
| 11/13/2007 | 3072 - FTB Joint Checking (6610) | Deposit | Tim Burrows - Damage Reimbursement | 100.00 |
| 11/13/2007 | 3072 - FTB Joint Checking (6610) | Wal-Mart | Return - Plumbing Hardware | 31.05 |
| 12/7/2007 | 3072 - FTB Joint Checking (6610) | The Home Depot | Condo Plumbing Returns | 3.59 |
| 12/7/2007 | Store Credits | The Home Depot | Leaf Bags | -10.36 |
| 12/7/2007 | Store Credits | The Home Depot | Return Materials | 42.77 |
| **TOTAL Cleaning & Maintenance** | | | | **-4,473.22** |
| **Hazard Insurance** | | | | |
| 7/23/2007 | 3072 - FTB Joint Checking (6610) | State Farm Insurance | | -48.24 |
| **TOTAL Hazard Insurance** | | | | **-48.24** |
| **HOA Dues** | | | | |
| 8/2/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | | -100.00 |
| 9/1/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | | -100.00 |
| 10/1/2007 | 3072 - FTB Joint Checking (6610) | Hickory Hills Homeowners Assoc. | | -100.00 |
| **TOTAL HOA Dues** | | | | **-300.00** |
| **Legal & Professional** | | | | |
| 10/10/2007 | 3072 - FTB Joint Checking (6610) | Credentials Verification Service | Rental Screen - Rachel Williams | -30.00 |
| **TOTAL Legal & Professional** | | | | **-30.00** |
| **Other Expenses** | | | | |
| 10/11/2007 | 3072 - FTB Joint Checking (6610) | All American Pest Control | Condo Termite Letter | -65.00 |
| **TOTAL Other Expenses** | | | | **-65.00** |
| **Other Interest** | | | | |
| 8/7/2007 | Condo HELOC | Finance Charges | HELOC | -8.08 |
| 9/7/2007 | Condo HELOC | Finance Charges | HELOC | -30.10 |
| **TOTAL Other Interest** | | | | **-38.18** |
| **Selling** | | | | |
| 10/28/2007 | Condo | Southland Title & Escrow | Settlement Charges to Seller | -1,111.79 |
| **TOTAL Selling** | | | | **-1,111.79** |
| **Taxes** | | | | |

# Condo Sale - Income & Expense Report

1/1/2001 Through 12/31/2007 (Cash Basis)

| Date | Account | Description | Memo | Amount |
|---|---|---|---|---|
| 11/13/2007 | 3072 - FTB Joint Checking (6610) | Southland Title & Escrow | 2007 County Tax Overage Refund | 89.89 |
| **TOTAL Taxes** | | | | **89.89** |
| **Utilities** | | | | |
| 7/17/2007 | Condo HELOC | Ashland City Water & Sewer | Service Connection Charge | -50.00 |
| 8/15/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -15.92 |
| 8/15/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -79.55 |
| 9/11/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -15.58 |
| 9/20/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -61.02 |
| 10/10/2007 | 3072 - FTB Joint Checking (6610) | Piedmont Natural Gas | Vacancy Period | -10.50 |
| 10/11/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -17.67 |
| 10/12/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -26.10 |
| 10/30/2007 | 3072 - FTB Joint Checking (6610) | Piedmont Natural Gas | Vacancy Period | -10.00 |
| 11/20/2007 | 3072 - FTB Joint Checking (6610) | Piedmont Natural Gas | Vacancy Period | -26.00 |
| 11/20/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -55.60 |
| 11/20/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -17.06 |
| 12/4/2007 | 3072 - FTB Joint Checking (6610) | Ashland City Water & Sewer | Vacancy Period | -14.54 |
| 12/20/2007 | 3072 - FTB Joint Checking (6610) | Cumberland Electric Membership Corp. | Vacancy Period | -26.10 |
| **SUBTOTAL Utilities** | | | | **-425.64** |
| **Cell Phone** | | | | |
| 7/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -13.47 |
| 8/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -13.63 |
| 9/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -13.47 |
| 10/26/2007 | 3072 - FTB Joint Checking (6610) | AT&T (Mobile) | Fawn - Mobile Voice | -14.58 |
| **TOTAL Cell Phone** | | | | **-55.15** |
| **TOTAL Utilities** | | | | **-480.79** |
| **TOTAL -C-** | | | | **-92,370.30** |
| **TOTAL EXPENSES** | | | | **-92,370.30** |
| **OVERALL TOTAL** | | | | **11,799.99** |

Advertising: $278.11
Cleaning & Maintenance (new floors): $4,473.22
Utilities: $425.64
Subtotal: $5,176.97 (rounded down)
Pre-sales Improvements & Holding Costs: $5,000



Residential . LS No. 1220084
Status Closed | Area 10 | List Price $360,000
Type Site Built | Er/Ea Exc. Right to Sell | Media
Address 1986 Sunnyside Dr | City Brentwood | Zip 37027
County Williamson | Sub/Dev Sunny Side | MLS Map
Lot Number | Tax ID 013J A 035.00 | Deed Book/Page 4743/715

Directions FROM NASHVILLE*SOUTH ON HILLSBORO RD, LEFT ON SUNNYSIDE DR, 1986 IS ON THE RIGHT

### General Information

Style Ranch | Stories 1.00 | Year Built 1977 / Approximate
Acres 1.470 | Acreage Source | Completion
Total Rooms 9 | Size 150.0 x 434.0 | Assoc Fee $ /mo
Constr All Brick / Wood | Lot Wooded | Basement Partial / Unfinished
Driveway Aggregate | Floors Carpet / Finished Wood / Tile / | Garage 2 / Attached - SIDE
Community Amenities | Waterfront / | Roof Composition Shingle

### Rooms and Dimension Information

Liv 15X13 / Formal | Rec 25X33 / Over Garage | Bed 1 15X13 / Full Bath
Din 13X12 / Formal | Hobby / | Bed 2 12X11 /
Kit 15X12 / Eat-In | Other / | Bed 3 13X13 /
Den 19X13 / Fireplace | Other / | Bed 4 12X11 /

| | Bedrooms | Full Baths | Half Baths | Finished Square Feet (est) | | |
|---|---|---|---|---|---|---|
| Main | 4 | 2 | 1 | Main | 2579 | Est. SqFt. Source |
| Other | 0 | 0 | 0 | Second | | Tax Record |
| | | | | Third | | |
| Total | 4 | 2 | 1 | Basement | Total | 2579 |

### Office and Showing Information

Show Call Showing Center | Owner Name | Open House
Agent John Taylor (Ph: 615-794-0833 ext 6035) | CoList Agent (Ph: )
Listing Office Zeitlin & Co., Realtors (Ph: (615) 794-0833) | CoList Office (Ph: )
Appt Phone (615) 327-0101 | Subagency 0 | Buyer Broker 3 | Facilitator 3
Remarks: ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN

### Schools and Utilities

Elem1 Grassland Elementary | Elem2 | Middle/JR Grassland Middle School | High Franklin High School
Water City Water | Sewer Septic Tank | Cool Electric / Central | Heat Gas / Central

### Features

| Appliances | Interior Features | Exterior Features | Miscellaneous |
|---|---|---|---|
| Range Cooktop / Electric | Firepl 1 | Fence | Handicap |
| Oven Double Oven / Electric | Drapes | Patio/Deck Deck | Energy Storm Doors / Storm Windows / |
| | Master Bath Sep. Shower/Tub / Ceramic | Pool | Green Cert |
| Other Dishwasher | Other Ceiling Fan / Extra Closets / Utility Connection / | Other Garage Door Opener | Other Cable TV |

### Financing and Taxes

Acceptable Buyer Financing FHA / Other / VA / | Taxes $1,461

### MLS Information

Photo None | List Date Sep 27 2010 | Poss Date of Deed
Realtor Remarks: BUYER OR BUYER AGENT TO VERIFY SCHOOL ZONING AND ANY OTHER PERTINENT INFORMATION

### Comparable Information

Sales Agent Jeff Fenton | Co-Sales Agent | Days On Mkt 205
Sales Office Benchmark Realty, LLC | Co-Sales Office | Presale No
Seller Participation 4000 | Closing Date 4/29/2011 | Orig. List Price $360,000
Terms Conventional | Pending Date 4/20/2011 | Sales Price $350,000

Requested by: Jeff Fenton

*Information believed to be accurate but not guaranteed. Buyers should independently verify all information prior to submitting any offer to purchase.*

RealTracs Solutions ®
Report Date: 4/29/2011

**Jeff Fenton**

**From:** Jeff Fenton
**Sent:** Wednesday, September 24, 2014 4:24 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?
**Attachments:** Sunnyside Deed of Trust - Executed.pdf

Hello Kim!

It has been a while!

It has been recommended to Fawn and I, for liability purposes, that we hold title to our home as **"Tenancy by the Entirety"**.

I know very little about this, but here is an explanation that I found online:

> **Tenancy by the Entirety**: a special form of joint tenancy when the joint tenants are husband and wife -- with each owning one-half. Neither spouse can sell the property without the consent of the other. Words in the deed such as "Bill and Mary, husband and wife as tenancy in the entirety" establish title in tenancy by the entireties. This form of ownership is not available in all states. (http://jtlehmanlaw.com/lawyer/Nashville-TN_fq314.htm)

Can you please tell me how our title is held currently at 1986 Sunnyside Drive, Brentwood, 37027? (You facilitated our closing.) I have a copy of our Deed of Trust (attached), but I can't figure out if this is titled as "Tenants in Common", "Joint Tenancy", or "Tenancy by the Entirety".

Is there a document that you can provide me which shows exactly how our property is titled?

Thanks for your help with this!

**Jeff Fenton**
**Meticulous Marketing LLC**
(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

**When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.

**Jeff Fenton**

**From:** Kim Hollingshead <Kim@TouchstoneTitleTN.com>
**Sent:** Wednesday, September 24, 2014 4:42 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

And wife

---

**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Can you please explain to me how "Tenancy by the Entirety" is specified/differentiated on this document?

Thanks again!

**Jeff Fenton**

---

**From:** Kim Hollingshead
**Sent:** Wednesday, September 24, 2014 3:31 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Jeff, please see attached. Title is currently vested as Tenancy by the Entirety.

*Kimberly K. Hollingshead, Esq.*

President
Touchstone Title& Escrow, LLC
318 Seaboard Lane, Suite 114
Franklin TN 37067
Office. (615) 371-2299
Email: Kim@TouchstoneTitleTN.com
Website: www.TouchstoneTitleTN.com
*************************************************

*Our number one goal is to ensure that you are satisfied with our services. If you have any questions or concerns on this closing, or have suggestions on how we can make your next interaction with us even better, please e-mail me*

**NOTICE:** YOU ARE NOT AUTHORIZED TO FORWARD THIS EMAIL TO ANYONE. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. It is not our intention to waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contained on the following pages. If you have received this message in error, please notify the sender immediately by telephone (615-371-2299) or by electronic mail (kim@touchstonetitletn.com), and delete this message and all copies and backups thereof. Thank you.

## 31.1 TENANCY BY THE ENTIRETY

When real property is acquired by individuals who are husband and wife at the time of the conveyance, then title is jointly held as an indivisible whole with right of survivorship unless the granting instrument expressly states that title is not to be held as a Tenancy by the Entirety. Upon divorce, a Tenancy by the Entirety is destroyed and absent some decree by the Divorce Court, the interest of the former spouses is converted into a Tenancy in Common with each owning a one-half interest.

## 31.2 TENANTS IN COMMON

When real property is acquired by two or more individuals who are not married at the time of the conveyance, or a Tenancy by the Entirety is destroyed through a divorce, title is held as Tenants in Common. In cases where the property is owned by Tenants in Common, each owner has a certain defined share in the property. Unless the instrument states otherwise, when there are two owners, each will automatically be presumed to own one-half each; if three, a third each, and so on. However, the shares between Tenants in Common do not need to be equal. The parties can decide what share of the property belongs to each owner. For example, if two individuals named Sam and Mark buy a property together, but if Sam contributes more to the purchase price than Mark, this could be reflected in the respective shares each acquires in the property. The deed into these individuals could state that Sam receives 70% interest in the property and Mark is entitled to 30%. The important point is that each of the Tenants in Common owners always owns his or her share of the property, and is only entitled to that same percentage of the sale proceeds. For example, if Sam dies, then his share of the property will be administrated as part of Sam's estate. Mark will continue to own his 30% after Sam's death. Unlike in a Joint Tenancy with a Right of Survivorship, it does not automatically pass to Mark.

When property is held as Tenants in Common, each of the individuals have a right to enter the common estate and take possession of the whole, subject to the equal right of the co-tenants to share in possession of the whole; and one co tenant's occupation or possession of the property can never be deemed adverse to the other co-tenants.

Copyright 2012 Tennessee Land Title Association

**Tennessee Law Course**
**Property Law**

I. Concurrent Ownership in Tennessee

Tennessee law recognizes three (3) forms of concurrent ownership: tenancy by the entirety; joint tenancy with right of survivorship; and tenancy in common. As discussed below, although common law joint tenancy has been abolished in Tennessee, a joint tenancy may still be created as a matter of contract.

A. Tenancy by Entirety

1. While the tenancy in common and joint tenancy with right of survivorship are available in most jurisdictions, tenancy by entirety is recognized in about half of the states. See Joseph William Singer, Property (Aspen Student Treatise Series, 5th Edition), page 360.

2. Ownership as Tenancy by Entirety is only available to married couples. Under Tennessee law, a married couple can own property (both real and personal property) as tenants by the entirety. *See Bryant v. Bryant*, 522 S.W.3d 392, 400 (Tenn. 2017) (citing *Griffin v. Prince*, 632 S.W.2d 532, 534-35 (Tenn. 1982); Tenn. Code Ann. §§ 36-3-505, 31-1-108).

3. A conveyance (in which the 5 unities exist – interest, title, time, possession, and person) to a married couple results in tenancy by the entireties, unless the instrument expressly states that the married couple take ownership by a different form. See *Bryant v. Bryant*, 522 S.W.3d 392, 400 (Tenn. 2017)

4. Characteristics of the Tenancy by Entirety

a) Tenancy by the entirety is based on the concept that those who are married are not separate persons; rather, they "are but one person." *Tindell v. Tindell*, 37 S.W. 1105, 1106 (Tenn. Ct. App. 1896) (quoting *Den v. Hardenbergh*, 10 N.J.L. 42, 45 (1828)); *see Taul v. Campbell*, 15 Tenn. (7 Yer.) 319, 333, 15 Tenn. 318 (1835) (noting that a husband and wife "take but one estate, as a corporation would take, being by the common law deemed but one person").

b) Co-tenants in a tenancy by the entirety do not hold their interest by moieties (by parts), they hold by the entirety: "Each is not seised of an undivided moiety, but both are . . . seised of the whole. They are seised, not *per my et per tout* [by the half and by the whole], but solely and simply *per tout* [by the whole]." *Tindell*, 37 S.W. at 1106 (quoting *Den*, 10 N.J.L. at 45).

c) Accordingly, "When property is held in a tenancy by the entirety, upon the death of one spouse, the survivor continues to own the whole in fee simple," *Bryant* at 400, and the laws of descent and distribution do not apply. *Grahl v. Davis*, 971 S.W.2d 373, 378 (Tenn. 1998) (citing *Sloan v. Jones*, 192 Tenn. 400, 241 S.W.2d 506, 509 (Tenn. 1951)).

d) Because spouses in a tenancy by the entirety are treated as one person, when the property is real estate, a spouse in such a tenancy cannot sever it

unilaterally by transferring a portion of the property without the assent of the other spouse – doing so would destroy the other spouse's ownership interest in the whole. See Bryant 522 S.W.3d 392, 401 (citing *Tindell*, 37 S.W. at 1106). *But see* In re Estate of Fletcher 538 S.W.3d 444 (Tenn. 2017), which held that when funds are withdrawn from a bank account held by a married couple as tenants by the entirety, such funds cease to be entireties property.

e) This means that a deed of trust/mortgage signed by one spouse only does not create an encumbrance on the real property except as to the signer's right of survivorship. A judgment lien does not become a lien on the real property (even when recorded as required under Tennessee law). Under Tennessee law, however, a creditor of one spouse may get a lien on the survivorship interest of such debtor -spouse. See *In re Walls*, 45 Bankr. 145 (Bankr. E.D. Tenn. 1984).

# 2009 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

**Vanguard**®

P.O. BOX 2600 - VALLEY FORGE, PA 19482-2600

PAGE 1 of 1

1-888-285-4563

FAWN [redacted] FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S name**
Vanguard Fiduciary Trust Company

**PAYER'S federal Identification number**
23-2640992

**RECIPIENT'S identification number**
[redacted]-20[redacted]

**This information is being furnished to the Internal Revenue Service.**
**Department of the Treasury—Internal Revenue Service**

| Plan Name / Fund Name / Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Account number / Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State / Payer's state no. | Box 12: State distribution |
|---|---|---|---|---|---|---|---|---|
| ROTH IRA | | | | | | | | |
| REIT INDEX FUND INV | | | 88016994559 | | | | | |
| 2,984.96 | | X | 0.00 | J | | | | |
| TARGET RETIREMENT 2035 | | | 88016994559 | | | | | |
| 5,235.30 | | X | 0.00 | J | | | | |
| DIVERSIFIED EQUITY INV | | | 88016994559 | | | | | |
| 3,924.17 | | X | 0.00 | J | | | | |

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
**(After 2007–2008 Financial Crisis)**
**DEPOSITED IN ASCEND JOINT HOUSE INVESTMENT FUND on 10/23/2009**

**$12,144.43**

Form 1099-R
OMB No. 1545-0119

**Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.**



OCTOBER 13, 2009

**Vanguard REIT Index Fund**
**Investor Shares**

VFTC - CUSTODIAN ROTH IRA

FAWN [redacted] FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

| ACCOUNT VALUE |
|---|
| $.00 |

**CHECK CONFIRMATION**

FUND NUMBER 123
ACCOUNT NUMBER 88016994559
CHECK NUMBER 15490981

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 220.781 |
| 10/13 | Early roth distribution | -2,984.96 | 13.52 | -220.781 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|
| | 96.44 | | | | | | 96.44 |

2607

Detach this confirmation and retain for your records before cashing or depositing check.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

**REDEMPTION CHECK**

**Vanguard REIT Index Fund**
**Investor Shares**

| Check Number | Date Of Check | |
|---|---|---|
| 15490981 | 10/13/2009 | 88016994559 |

| Dollars | Cents |
|---|---|
| ********2,984 | 96 |

Please cash this check within six (6) months

Pay To The Order Of
FAWN [redacted] FENTON

60-162
433

PAYABLE AT
PNCBANK
PNC BANK, National Association
JEANNETTE, PA

Authorized Signature

Vanguard®

⑈0015490981⑈ ⑆043301627⑆ 1002419133⑈



OCTOBER 13, 2009

**Vanguard Target Retirement 2035 Fund**

VFTC - CUSTODIAN ROTH IRA

FAWN [redacted] FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

| ACCOUNT VALUE |
|---|
| $.00 |

**CHECK CONFIRMATION**

FUND NUMBER 305
ACCOUNT NUMBER 88016994559
CHECK NUMBER 15491088

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 456.037 |
| 10/13 | Early roth distribution | -5,235.30 | 11.48 | -456.037 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|

2714

Detach this confirmation and retain for your records before cashing or depositing check.

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND**

**REDEMPTION CHECK**

**Vanguard Target Retirement 2035 Fund**

| Check Number | Date Of Check | |
|---|---|---|
| 15491088 | 10/13/2009 | 88016994559 |

| Dollars | Cents |
|---|---|
| ********5,235 | 30 |

Please cash this check within six (6) months.

Pay To The Order Of
FAWN [redacted] FENTON

60-162
433

PAYABLE AT
PNCBANK
PNC BANK, National Association
JEANNETTE, PA

Richard D. Carpenter
Authorized Signature

Vanguard®

⑈0015491088⑈ ⑆043301627⑆ 1002419133⑈

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Vanguard**

OCTOBER 13, 2009

**Vanguard Diversified Equity Fund**
**Investor Shares**

VFTC - CUSTODIAN ROTH IRA

FAWN [redacted] FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

2933

| ACCOUNT VALUE |
|---|
| $.00 |

**CHECK CONFIRMATION**

FUND NUMBER 608
ACCOUNT NUMBER 88016994559
CHECK NUMBER 15491307

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 228.548 |
| 10/13 | Early roth distribution | -3,924.17 | 17.17 | -228.548 | |

| PAID THIS CALENDAR YEAR | Income Dividends | + | Short-term Gains | + | Long-term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|

2933

Detach this confirmation and retain for your records before cashing or depositing check.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

**REDEMPTION CHECK**

**Vanguard Diversified Equity Fund**
**Investor Shares**

| Check Number | Date Of Check | |
|---|---|---|
| 15491307 | 10/13/2009 | 88016994559 |

| Dollars | Cents |
|---|---|
| ********3,924 | 17 |

Please cash this check within six (6) months.

Pay To The Order Of
FAWN [redacted] FENTON

60-182
433

PAYABLE AT
**PNCBANK**
PNC BANK, National Association
JEANNETTE, PA

Richard D. Carpenter
Authorized Signature

**Vanguard®**

⑈0015491307⑈ ⑆043301627⑆ 1002419133⑈

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

Deposit Slip Copy

Ascend
Federal Credit Union
Raising Possibilities

ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA
TN 37388

ACCT: 2576580
FAWN FENTON

| ACCOUNT-SF | AMOUNT | SEQ | |
|---|---|---|---|
| TO AUTO | | | |
| 2576580-L1 | 1347.41 | 181 | ← amount put towards Prius |
| BALANCE: | 0.00 | | ← current car loan resulting balance |
| PREVIOUS: | 1346.88 | | |
| PRINCIPAL: | 1346.88 | | } ← amount owed on car to date |
| INTEREST: | 0.53 | | |
| CARRYOVER: | 10797.02 | | ← remainder of Vanguard checks |
| TO SHARE | | | |
| 2576580-S0 | 10797.02 | 182 | ← Vanguard checks remainder deposit to Savings |
| BALANCE: | 10817.60 | | ← current resulting savings balance |
| PREVIOUS: | 20.58 | | |
| AVAILABLE: | 10812.60 | | |
| CHECKS: | 12144.43 | | ← Total Vanguard checks |

7092588 23 OCT 09 11:54AM
BR 8 TLR 754

IMPORTANT NOTICE

REMINDER: Ascend Federal Credit Union does not guarantee funds for checks drawn on other financial institutions. Please remember that even after funds have been made available to you, and you have withdrawn the funds, you are still responsible for checks you deposit or cash that are returned to us unpaid for any other problems involving your transaction.

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
**(After 2007–2008 Financial Crisis)**
**DEPOSITED IN ASCEND JOINT**
**HOUSE INVESTMENT FUND**
**on 10/23/2009**

**$12,144.43**



550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| | 2576580 | 1 |
| | 01OCT09 | 31OCT09 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN E-STMT

**REQUIRED CARD ACT NOTIFICATION** Please note that your loan payment will not be considered late until the 24th of the month. *This applies only to loans under an open end plan. *This does not apply to closed end Real Estate, Indirect Auto and Credit Card loans or loans currently delinquent. *This does not apply to loans with payments that are due after the 24th of month.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

SHARE Suffix 0
**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period.................$      620.58
 05OCT  WITHDRAWAL E-Branch                    -600.00 =      20.58
   Transfer "STD" 600.00 to share 7
 20OCT  DEPOSIT                                  453.02 =     473.60
   DBO Deposit Funds Transfer From 064005203
 20OCT  WITHDRAWAL                              -453.02 =      20.58
   DBO Withdraw Funds For Credit Distribution
 23OCT  DEPOSIT      Fawn's Premarital Retirement Funds 10797.02 =   10817.60
 31OCT  DIVIDEND through 31OCT2009 (After the 2008 Market Crisis)  3.16 =  10820.76
   ANNUAL PERCENTAGE YIELD EARNED:    1.16% FOR A 31 DAY PERIOD
   Average Daily Balance:           3232.62

Your new balance on 31OCT09.................................$    10820.76
Dividends Paid To You In 2009 On Suffix 0         $      42.41
```

AUTO Loan 1
**Prius Paid Off from Fawn's Vanguard Retirement**

**Remainder Deposited for Marital Residence**

```
Your balance at the beginning of the period.................$     1793.13
      4.75% ***ANNUAL PERCENTAGE RATE***
      .013014% Daily Periodic Rate
                                    **FINANCE**
                           (PAYMENT)**CHARGE**PRINCIPAL
 20OCT  PAYMENT             (453.02)    6.77    446.25 =     1346.88
   DBO distribution $453.02 from account ****580...064005203
 23OCT  PAYMENT            (1347.41)    0.53   1346.88 =        0.00
Your new balance on 31OCT09.................................$        0.00
FINANCE CHARGES PAID IN 2009 ON LOAN 1             $      65.53
```

SHARE DRAFT Suffix 7

```
No. 1002576580.  Balance at the beginning of the period.....$      10.26
Additions and miscellaneous withdrawals:
 05OCT  DEPOSIT E-Branch                           600.00
   Transfer "STD" 600.00 from share 0
 31OCT  DIVIDEND through 31OCT2009                   0.23
   ANNUAL PERCENTAGE YIELD EARNED:    0.51% FOR A 31 DAY PERIOD
   Average Daily Balance:            532.84

0 Withdrawals = 0.00   2 Deposits = 600.23   0 Drafts Cleared
Your new balance on 31OCT09.................................$     610.49
Dividends Paid To You In 2009 On Suffix 7          $      0.48

  To report a lost or stolen Freedom (Visa Check) Card
  after Credit Union Business Hours, call 1-800-250-9655.
```

Your Financial Summary

```
Your total Draft balances...................................$     610.49
Your total Share balances...................................$ 10,820.76
Your total Loan balances....................................$      0.00
```

YTD Tax Summary

YEAR
Tota
(May
Tota

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO

# 2010 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

1-800-662-2739

PAGE 2 OF 3

**Vanguard**

P.O. BOX 2600 · VALLEY FORGE, PA 19482-2600

**PAYER'S name**
**Vanguard Fiduciary Trust Company**

JEFFREY RYAN FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S federal identification number**

23-2640992

**RECIPIENT'S identification number**

XXX-XX-5069

This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

Plan Name

| Fund Name | | | Account number | | | | | |
|---|---|---|---|---|---|---|---|---|
| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State/Payer's state no. | Box 12: State distribution |
| ROTH IRA | | | | | | | | |
| STRATEGIC EQUITY FUND | | | 09984339759 | | | | | |
| 8,023.32 | | X | 0.00 | J | | | | |
| REIT INDEX FUND INV | | | 09984339759 | | | | | |
| 9,758.76 | | X | 0.00 | J | | | | |

**JEFF'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT**
HOUSE INVESTMENT FUND
on 4/25/2010

**$17,782.08**

**Form 1099-R**
**OMB No. 1545-0119**

**Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.**
2-3

01035809



 Vanguard - Confirmation Page 1 of 2

# Confirmation

 **Confirmation number W206391261**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 4:02 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| | |
|---|---|
| E-mail address | Business@FentonMail.com |

## Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | Strategic Equity Fund (VSEQX) |
| Fund & account | 0114-09984339759 |

## Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

## Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

## Bank instructions

| | |
|---|---|
| Routing number | 264181626 |
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings (JOINT HOUSE INVESTMENT FUND) |

https://personal.vanguard.com/us/TransRedemptionConfirmation_nw 4/24/2010

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| Bank account registration | Jeffrey R Fenton |
| --- | --- |
| | Fawn Fenton |

## Withholding information

| Federal withholding | Do not withhold |
| --- | --- |

© 1995–2010 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [+] Feedback | Enhanced Support

 Vanguard

# Confirmation

**Confirmation number W206391736**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 3:58 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| | |
|---|---|
| E-mail address | Business@FentonMail.com |

## Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | REIT Index Fund Inv (VGSIX) |
| Fund & account | 0123-09984339759 |

## Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

## Fee information

| | |
|---|---|
| Redemption fee | $0.00 |

## Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

## Bank instructions

| | |
|---|---|
| Routing number | 264181626 |

| | |
|---|---|
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings (JOINT HOUSE INVESTMENT FUND) |
| Bank account registration | Jeffrey R Fenton |
| | Fawn Fenton |

## Withholding information

| | |
|---|---|
| Federal withholding | Do not withhold |

© 1995–2010 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [+] Feedback | Enhanced Support



550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| 2576580 | | 1 |
| | 01APR10 | 30APR10 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN E-STMT

MORTGAGE SPECIAL!

Now through May 31 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 1-800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

SHARE
Suffix 0

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND**

**FOR OUR MARITAL RESIDENCE AT:**

**1986 SUNNYSIDE DR, BRENTWOOD, TN 37027**

**Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period.................$    12049.92
 28APR  DEPOSIT-ACH-A-INVEST                        9758.76 =    21808.68
   VGI-REIT IX IN (INVESTMENT)
 28APR  DEPOSIT-ACH-INVESTMENT                      8023.32 =    29832.00
   VGI-STR EQUITY (INVESTMENT)
 30APR  DIVIDEND through 30APR2010                    11.93 =    29843.93
   ANNUAL PERCENTAGE YIELD EARNED:    1.05% FOR A 30 DAY PERIOD
   Average Daily Balance:           13828.13

Your new balance on 30APR10.................................$    29843.93
```

**MY Premarital Retirement Funds (After the 2008 Market Crisis)**

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2010 On Suffix 0 $ 46.01

SHARE
DRAFT
Suffix 7

```
No. 1002576580.  Balance at the beginning of the period.....$      611.75
Additions and miscellaneous withdrawals:
 30APR  DIVIDEND through 30APR2010                     0.20
   ANNUAL PERCENTAGE YIELD EARNED:    0.40% FOR A 30 DAY PERIOD
   Average Daily Balance:             611.75

0 Withdrawals = 0.00   1 Deposits = 0.20   0 Drafts Cleared
Your new balance on 30APR10.................................$      611.95
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2010 On Suffix 7 $ 0.95

To report a lost or stolen Freedom (Visa Check) Card after Credit Union Business Hours, call 1-800-250-9655.

Your Financial Summary

Your total Draft balances.....................................$ 611.95
Your total Share balances.....................................$ 29,843.93

YTD Tax Summary

YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 46.96

*ASTERISK NEXT TO

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**


*BBAB*P050
BancorpSouth
Member FDIC

| | |
|---|---|
| Account Number | 00161000417291 |
| Credit Limit | $30,000.00 |
| Available Credit | $70.62 |
| Maturity Date | 03/17/2016 |

*Account Statement*

| | |
|---|---|
| *Statement Closing Date* | 02/01/2011 |
| Previous Balance | $20,745.24 |
| Payments | $65.86 |
| Itemized Advances | $9,250.00 |
| Net Adjustments | $0.00 |
| Fees/Late Charges | $0.00 |
| FINANCE CHARGE | $77.27 |
| New Balance | $30,006.65 |
| Minimum Payment Due | $77.27 |
| Payment Due Date | 02/26/2011 |

JEFFREY R FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

# EQUITY CREDIT LINE

*Transactions*

| *Trans* | *Post* | *Description* | | | *Amount* | *Ending Principal Balance* |
|---|---|---|---|---|---|---|
| 01/21/11 | 01/21/11 | EQUITY CR LINE | CHK# | 1061 | $9,250.00 | $29,929.38 |
| 01/26/11 | 01/26/11 | PAYMENT - THANK YOU | | | $65.86- | $29,929.38 |

**HUSBAND'S PREMARITAL RETIREMENT INVESTED IN SUNNYSIDE: $17,782.08**

**HUSBAND'S EQUITY FROM PREMARITAL DUPLEX INVESTED IN SUNNYSIDE: $9,250**

**HUSBAND'S TOTAL PREMARITAL ASSETS INVESTED IN PURCHASE OF MARITAL RESIDENCE AT 1986 SUNNYSIDE DRIVE, BRENTWOOD, TN 37027**

**$27,032.08**

*Finance Charges*

| | Daily Periodic Rate | Periodic Finance Charges | Nominal Annual Percentage Rate |
|---|---|---|---|
| Cash | 0.01027397% | $77.27 | 3.75% |

| | | | |
|---|---|---|---|
| *Annual Percentage Rate* | 3.75% | *Total Periodic Finance Charges* | $77.27 |

IF YOU HAVE QUESTIONS, PLEASE DIAL 1-888-797-7711
FROM 7:00AM - 8:00PM (CT) MONDAY THROUGH FRIDAY AND ON SATURDAY, FROM 7:00AM - 5:00PM (CT).

PAYMENT WILL BE MADE BY AUTODEBIT FROM ACH ACCOUNT 102196610

BANCORPSOUTH
P O BOX 4360
TUPELO, MS 38803-4360

| | |
|---|---|
| Account Number | 00161000417291 |
| New Balance | $30,006.65 |
| Minimum Payment Due | $77.27 |
| Payment Due Date | 02/26/2011 |
| Amount enclosed | $ |

*To ensure proper credit, please return this portion with your payment. Please write your account number on your check made payable to BancorpSouth. All payments must be made in U.S. Funds.*

BANCORPSOUTH
P O BOX 2520
TUPELO MS 38803-2520

⑆5998⑈0000⑆ ⑈00161000417291⑈



| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| SOCIAL SECURITY NO. | FROM | TO |
|---|---|---|
| [redacted] | 01JAN11 | 31JAN11 |

STATEMENT PERIOD

KN E-STMT

ASCEND FEDERAL CREDIT UNION
P.O. BOX 1210
TULLAHOMA, TN 37388

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

Get Financial Focus!
Paying high interest on revolving debt? Get a great rate during Ascend's Easy Equity promotion. Call 800-342-3086 or visit ascendfcu.org for details.

**SHARE Suffix 0**

Your balance at the beginning of the period................$ 32076.91

| | | | |
|---|---|---|---|
| 20JAN | DEPOSIT | 9250.00 = | 41326.91 |
| 22JAN* | DEPOSIT | 750.00 = | 42076.91 |
| 31JAN | DIVIDEND through 31JAN2011 | 19.82 =DAY | 42096.73 |

ANNUAL PERCENTAGE YIELD 0.65% FOR A 31 PERIOD
EARNED:Average Daily Balance: 35899.49

Your new balance on 31JAN11...............................$ 42096.73

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM | 0.00 | 0.00 |
| TOTAL FEES RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0 $ 19.82

**SHARE DRAFT Suffix 7**

No. 1002576580. Balance at the beginning of the period.....$ 609.82
Additions and miscellaneous withdrawals:
31JAN DIVIDEND through 31JAN2011 0.08
ANNUAL PERCENTAGE YIELD 0.15% FOR A 31 DAY PERIOD
EARNED:Average Daily Balance: 609.82

0 Withdrawals = 0.00 1 Deposits = 0.08 0 Drafts Cleared
Your new balance on 31JAN11...............................$ 609.90

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7 $ 0.08

To report a lost or stolen Freedom (Visa Check) Card after Credit Union Business Hours, call 1-800-250-9655.

**Your Financial Summary**

Your total Draft balances.................................$ 609.90
Your total Share balances.................................$ 42,096.73

**YTD Tax Summary**

YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 19.90

**Previous Year Summary**

PRIOR YEAR SUMMARY FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS interest for 2010)..................$ 219.95
1099 OID dividends will be reported for 2010................$ 0.00



520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| SOCIAL SECURITY NUMBER | FROM | TO |
|---|---|---|
| | 01MAR11 | 31MAR11 |
| | STATEMENT PERIOD | |

KN E-STMT

The Best Financing for Your Home!

From April 15 to June 10 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

SHARE
Suffix 0

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period.................$    42117.72
 12MAR* DEPOSIT                                   2885.00 =    45002.72
 31MAR  DIVIDEND through 31MAR2011                  22.41 =    45025.13
   ANNUAL PERCENTAGE YIELD EARNED:    0.60% FOR A 31 DAY PERIOD
   Average Daily Balance:            43979.01

Your new balance on 31MAR11.................................$    45025.13
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0 $ 63.22

SHARE
DRAFT
Suffix 7

```
No. 1002576580.  Balance at the beginning of the period.....$      609.97
Additions and miscellaneous withdrawals:
 31MAR  DIVIDEND through 31MAR2011                     0.05
   ANNUAL PERCENTAGE YIELD EARNED:    0.10% FOR A 31 DAY PERIOD
   Average Daily Balance:             609.97

0 Withdrawals = 0.00   1 Deposits = 0.05   0 Drafts Cleared
Your new balance on 31MAR11.................................$      610.02
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7 $ 0.20

To report a lost or stolen Freedom (Visa Check) Card after Credit Union Business Hours, call 1-800-250-9655.

Your Financial Summary

```
Your total Draft balances...................................$    610.02
Your total Share balances...................................$ 45,025.13
```

YTD Tax Summary

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$     63.42
```

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO

Page 1 of 1

**Transaction Result Page**

Apr. 05, 2011 14:09
POST DATE: Apr. 05, 2011 The transfer of 5,000.00 from *0 : HOUSE SAVINGS*
To *7 : TENANT DEPOSITS*
was successful.

**Please refer to the following reference information if you have any questions about this transaction.**

e-branch Apr. 05, 2011 14:09 Ref: 365729

---

The following information reflects changes to the accounts or loans involved in this transaction

**0 : HOUSE SAVINGS**

| | |
|---|---|
| Previous Available Balance | 45,020.13 |
| Previous Balance | 45,025.13 |
| New Available Balance | 40,020.13 |
| New Balance | 40,025.13 |

**7 : TENANT DEPOSITS**

| | |
|---|---|
| Previous Available Balance | 610.02 |
| Previous Balance | 610.02 |
| New Available Balance | 5,610.02 |
| New Balance | 5,610.02 |

https://www.ascendfcu.org/onlineserv/HB/Transfer.cgi?state=post&key=&sourceRef=D0&destinat... 4/5/2011

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FAWN FENTON CELL 308-4350
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE, TN 37222

2016
87-8162/2641

APRIL 3, 2011 DATE

PAY TO THE ORDER OF ZEITLIN & CO REALTORS $ 5000.00

FIVE THOUSAND ——— ONLY ——— DOLLARS

Security Features Details on Back

AEDC FEDERAL CREDIT UNION
Nashville, Tennessee 37214

FOR 1986 SUNNYSIDE EARNEST MONEY

[signature] MP

⑆264181626⑆ 1002576580O⑈ 2016

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | CHK AMT | END BAL |
|---|---|---|---|---|---|---|
| 28APR11 | 723-176 | Cashier's Check Sal | 2576580-0 | | 34500.00 | |

Payee: TOUCHSTONE TITLE AND ESCROW LLC

| S(0) | SD(7) | |
|---|---|---|
| 5525.13 | 610.02 | |
| Loan(1) | Loan(85) | Loan(90) |
| 0.00 | 0.00 | 0.00 |

CHECK NO : 219813

TOUCHSTONE TITLE AND ESCROW LLC***

Ascend
Federal Credit Union

DETACH THIS PORTION BEFORE DEPOSITING

WARNING: THIS CHECK IS PROTECTED BY SECURITY FEATURES. DETAILS ON BACK.

Ascend Federal Credit Union
Raising Possibilities

520 Airpark Drive P.O. Box 1210
Tullahoma, Tennessee 37388
(931) 455-5441

28APR11 87-8162 2641 CHECK NO : 219813

AMOUNT
$ **34500.00

PAY THE SUM OF THIRTY FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

VOID AFTER 90 DAYS

PAY TO THE ORDER OF TOUCHSTONE TITLE AND ESCROW LLC***

AUTHORIZED SIGNATURE

2nd SIGNATURE REQUIRED FOR CHECKS OVER $5,000

Remitter: FAWN FENTON

CASHIER'S CHECK

⑈002198 13⑈ ⑆264181626⑆ 6462261831⑈

## The Brand Promise

Our brand promise is to educate and help you become an effective financial steward. We deliver this promise by asking you questions and offering our full, undivided attention to understand your current life situation and future plans before offering solutions.

Our tagline is "Raising Possibilities." All that we do to define and differentiate ourselves from other financial institutions derives from this. We want to help you recognize and raise all the possibilities as we assist you with personal financial solutions.

Raising Possibilities



Ascend Federal Credit Union
520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | | PAGE |
|---|---|---|
| 2576580 | | 1 |
| | 01APR11 | 30APR11 |
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN E-STMT

The Best Financing for Your Home!

From April 15 to June 10 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

SHARE Suffix 0

OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011

After Purchase

Your balance at the beginning of the period.................$ 45025.13
05APR WITHDRAWAL E-Branch -5000.00 = 40025.13
Transfer "STD" 5,000.00 to share 7
28APR WITHDRAWAL -34500.00 = 5525.13
30APR DIVIDEND through 30APR2011 18.37 = 5543.50
ANNUAL PERCENTAGE YIELD EARNED: 0.60% FOR A 30 DAY PERIOD
Average Daily Balance: 37241.80

Your new balance on 30APR11.................................$ 5543.50

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0 $ 81.59

SHARE DRAFT Suffix 7

No. 1002576580. Balance at the beginning of the period.....$ 610.02
Additions and miscellaneous withdrawals:
05APR DEPOSIT E-Branch 5000.00
Transfer "STD" 5,000.00 from share 0
30APR DIVIDEND through 30APR2011 0.08
ANNUAL PERCENTAGE YIELD EARNED: 0.10% FOR A 30 DAY PERIOD
Average Daily Balance: 943.35

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 2016 | 5000.00 | 07APR | | | |

(* next to number indicates skipped numbers)

1 Withdrawals = 5000.00 2 Deposits = 5000.08 1 Drafts Cleared
Your new balance on 30APR11.................................$ 610.10

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7 $ 0.28

To report a lost or stolen Freedom (Visa Check) Card after Credit Union Business Hours, call 1-800-250-9655.

Your Financial Summary

Your total Draft balances...................................$ 610.10
Your total Share balances...................................$ 5,543.50

YTD Tax Summary

YEAR
Tota
(May

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT TO

# FIRST TENNESSEE

**JEFFREY R FENTON**
**FAWN █ FENTON**
**PRIORITY CHOICES CHECKING**
**Account Number: 0000000000102196610** **For the Period: 04/08/2011 - 05/06/2011**

| | |
|---|---|
| Beginning Balance | $3,005.73 |
| Deposits | + $20,079.18 |
| Withdrawals | - $6,178.71 |
| Ending Balance | = $16,906.20 |

### 5 Deposits Totaling $20,079.18

| Date | Amount | Description |
|---|---|---|
| 4/18/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $10,105.00 | DEPOSIT -Benchmark Realty Commission Fenton Jeff |
| 5/5/11 | $775.00 | DEPOSIT |
| 5/5/11 | $5,000.00 | DEPOSIT |

### 81 Account Transactions Totaling $6,178.71

**Checks**

| Date | Amount | Description |
|---|---|---|
| 4/12/11 | $320.00 | 000001904 |
| 4/14/11 | $85.00 | 000001893 |
| 4/18/11 | $100.00 | 000001895 |
| 4/19/11 | $149.14 | 000001905 |
| 4/19/11 | $131.50 | 000001894 |
| 4/21/11 | $159.01 | 000001906 |
| 5/2/11 | $480.00 | 000001907 |
| 5/3/11 | $85.00 | 000001908 |

**Other Withdrawals**

| Date | Amount | Description | Card # |
|---|---|---|---|
| 4/8/11 | $14.25 | WITHDRAWAL -BK OF AMER VI/MC ONLINE PMT CKF113652653POS | |
| 4/11/11 | $7.86 | PURCHASE - SONIC DRIVE IN FRANKLIN TN DATE 04/07REF 244273310977200396 | 9465 |
| 4/11/11 | $26.43 | WITHDRAWAL -ATT Payment 468900001EPAYR | 9465 |
| 4/11/11 | $44.95 | PURCHASE - WWW.1AND1.COM 877-4612631 PA DATE 04/06REF 244129010977000003 | |
| 4/11/11 | $83.01 | POS DB KROGER 9040 04/08 5713 EDMONDSON P NASHVILLE TN | 4556 |
| | | | 4556 |
| | | | 4556 |
| | | | 9465 |

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

| | | | |
|---|---|---|---|
| 4/12/11 | $13.50 | POS DB CVS 06434 9040 04/12<br>06434-- COOKEVILLLE TN | 4556 |
| 4/12/11 | $16.57 | POS DB WHOLE FOOD 9040 04/11<br>4039 HILLSBORO R NASHVILLE TN | 4556 |
| 4/12/11 | $24.24 | PURCHASE - KROGER #537<br>NASHVILLE TN<br>DATE 04/10REF 24445711100300 2573 | 9465 |
| 4/12/11 | $25.62 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/08REF 24316051099548 7120 | 4556 |
| 4/12/11 | $46.16 | PURCHASE - LOGANS #489<br>NASHVILLE TN<br>DATE 04/09REF 24445001100300 2573 | 9465 |
| 4/13/11 | $5.23 | PURCHASE - SCHLOTZSKY'S 1<br>NASHVILLE TN<br>DATE 04/11REF 24231681102200 0000 | 9465 |
| 4/13/11 | $14.17 | POS DB SOU MICHAE 9040 04/12<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 4/13/11 | $77.00 | WITHDRAWAL -1ST NATL BK OMAH<br>CR CRD PMT 3D0C5F5113EFCD | 4556 |
| 4/14/11 | $21.83 | POS DB PETSMART I 9040 04/13<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 4/14/11 | $22.82 | PURCHASE - LOGANS #489<br>NASHVILLE TN<br>DATE 04/11REF 24445001102200 0899 | 4556 |
| 4/14/11 | $85.00 | POS DB WALGREEN C 9040 04/13<br>WEST END & 31ST NASHVILLE TN | 4556 |
| 4/14/11 | $199.19 | POS DB WAL WAL-MA 9040 04/13<br>3717 WAL-SAMS NASHVILLE TN | 4556 |
| 4/15/11 | $6.54 | PURCHASE - SCHLOTZSKY'S 1<br>NASHVILLE TN<br>DATE 04/13REF 24231681104200 0000 | 9465 |
| 4/18/11 | $5.59 | POS DB USPS 47615 9040 04/18<br>USPS 4761580291 NASHVILLE TN | 4556 |
| 4/18/11 | $38.00 | WITHDRAWAL -COMPASSION INT'L<br>DONATIONS 1301489 | 4556 |
| 4/18/11 | $49.34 | POS DB KROGER 9040 04/15<br>5713 EDMONDSON P NASHVILLE TN | 4556 |
| 4/19/11 | $4.84 | PURCHASE - KROGER #537<br>NASHVILLE TN<br>DATE 04/17REF 24445711107300 2846 | 9465 |
| 4/19/11 | $10.90 | PURCHASE - LOWES #02725*<br>NASHVILLE TN<br>DATE 04/17REF 24692161107000 7404 | 9465 |
| 4/19/11 | $20.18 | PURCHASE - LOWES #02725*<br>NASHVILLE TN<br>DATE 04/17REF 24692161107000 7404 | 9465 |
| 4/19/11 | $26.70 | PURCHASE - CASA FIESTA ME<br>ANTIOCH TN<br>DATE 04/17REF 24013391107010 1093 | 9465 |
| 4/19/11 | $33.50 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/15REF 24316051106548 7170 | 4556 |
| 4/19/11 | $53.95 | PURCHASE - KROGER #537<br>NASHVILLE TN | 9465 |

| | | | |
|---|---|---|---|
| | | DATE 04/17REF 24445711073002846 | |
| 4/20/11 | $50.53 | POS DB KROGER 9040 04/19<br>5713 EDMONDSON P NASHVILLE TN | 4556 |
| 4/21/11 | $19.12 | PURCHASE - EVERGREEN EXPR<br>NASHVILLE TN<br>DATE 04/19REF 24275391109000190 | 4556 |
| 4/21/11 | $22.82 | PURCHASE - LOGANS #489<br>NASHVILLE TN<br>DATE 04/18REF 24445001109200093 7 | 4556 |
| 4/21/11 | $37.49 | PURCHASE - BOOKSFREE.COM<br>703-748-2390 VA<br>DATE 04/18REF 24223691109702477 2 | 4556 |
| 4/21/11 | $186.78 | WITHDRAWAL -Comcast - Nashvi<br>CABLE SVC 40521808 | 4556 |
| 4/22/11 | $7.64 | PURCHASE - BAJA FRESH 101<br>NASHVILLE TN<br>DATE 04/19REF 24323011110545242 0 | 4556 |
| 4/22/11 | $20.00 | PURCHASE - ASPCA-PS<br>800-628-0028 MD<br>DATE 04/19REF 24388941110670339 1 | 4556 |
| 4/22/11 | $45.93 | POS DB PETSMART I 9040 04/21<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 4/22/11 | $210.00 | CHECKING 170 100409362 | 4556 |
| 4/25/11 | $4.36 | POS DB PETSMART I 9040 04/24<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 4/25/11 | $16.38 | PURCHASE - BAR-B-CUTIE<br>NASHVILLE TN<br>DATE 04/21REF 24210731112206887 3 | 9465 |
| 4/25/11 | $61.90 | POS DB KROGER 9040 04/23<br>5713 EDMONDSON P NASHVILLE TN | 4556 |
| 4/25/11 | $106.48 | WITHDRAWAL -AT&T<br>PAYMENT 545007448097TNK | 4556 |
| 4/25/11 | $161.15 | WITHDRAWAL -N E S<br>NEAT 05542180263302 | 4556 |
| 4/26/11 | $13.09 | PURCHASE - SCHLOTZSKY'S 1<br>NASHVILLE TN<br>DATE 04/22REF 24231681113200000 0 | 9465 |
| 4/26/11 | $16.75 | PURCHASE - TACOS Y MARISC<br>NASHVILLE TN<br>DATE 04/23REF 24431051114200791 0 | 9465 |
| 4/26/11 | $21.31 | PURCHASE - KROGER #537<br>NASHVILLE TN<br>DATE 04/24REF 24445711114300230 2 | 9465 |
| 4/26/11 | $22.58 | POS DB WALGREEN C 9040 04/26<br>WEST END & 31ST NASHVILLE TN | 4556 |
| 4/27/11 | $13.96 | PURCHASE - QDOBA #273<br>BRENTWOOD TN<br>DATE 04/25REF 24435651116206399 0 | 4556 |
| 4/27/11 | $22.89 | POS DB PUBLIX SUP 9040 04/26<br>15544 OLD HICKOR NASHVILLE TN | 4556 |
| 4/27/11 | $23.92 | PURCHASE - RAFFERTY'S #72<br>NASHVILLE TN<br>DATE 04/24REF 24761971115274721 0 | 9465 |
| 4/27/11 | $32.15 | POS DB KROGER 9040 04/26<br>5713 EDMONDSON P NASHVILLE TN | 4556 |

| | | | |
|---|---|---|---|
| 4/27/11 | $95.32 | WITHDRAWAL -BANCORPSOUTH<br>ICPAYMENT 000161000417291 | 4556 |
| 4/27/11 | $425.00 | WITHDRAWAL -SETTLEMENTONE<br>ACH 041811 62745 | 4556 |
| 4/28/11 | $29.78 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/25REF 243160511165486310 | 4556 |
| 4/28/11 | $87.25 | NOPIN PMTPULSE 9040 04/27<br>ORCC RALEIGH NC | |
| 4/29/11 | $13.31 | POS DB WHOLE FOOD 9040 04/28<br>4039 HILLSBORO R NASHVILLE TN | 4556 |
| 5/2/11 | $5.95 | PURCHASE - EVERGREEN EXPR<br>NASHVILLE TN<br>DATE 04/28REF 242753911189000199 | 4556 |
| 5/3/11 | $2.69 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/29REF 243160511205487430 | 9465 |
| 5/3/11 | $13.96 | PURCHASE - QDOBA #273<br>BRENTWOOD TN<br>DATE 05/01REF 244356511222063990 | 4556 |
| 5/3/11 | $15.48 | PURCHASE - SONIC DRIVE IN<br>FRANKLIN TN<br>DATE 04/29REF 244273311197200439 | 9465 |
| 5/3/11 | $20.40 | PURCHASE - CANTON CHINESE<br>FRANKLIN TN<br>DATE 04/30REF 240710511213301004 | 9465 |
| 5/3/11 | $54.53 | POS DB PETSMART I 9040 05/02<br>719 THOMPSON LN NASHVILLE TN | 4556 |
| 5/3/11 | $59.30 | PURCHASE - SHELL OIL 5752<br>NASHVILLE TN<br>DATE 04/29REF 243160511205487440 | 9465 |
| 5/3/11 | $93.33 | WITHDRAWAL -MTN LAUREL ASSC<br>INS PREM 12170434 ,Fawn | 9465 |
| 5/4/11 | $7.64 | PURCHASE - BAJA FRESH 101<br>NASHVILLE TN<br>DATE 04/29REF 243230111225452520 | 4556 |
| 5/4/11 | $77.30 | POS DB KROGER 9040 05/03<br>2131 ABBOTT MART NASHVILLE TN | 4556 |
| 5/5/11 | $210.00 | CHECKING 170 100409362 | 4556 |
| 5/6/11 | $22.82 | PURCHASE - LOGANS #489<br>NASHVILLE TN<br>DATE 05/03REF 244450011243001921 | 4556 |
| 5/6/11 | $29.41 | PURCHASE - SHELL OIL 5754<br>NASHVILLE TN<br>DATE 05/03REF 243160511245487710 | 4556 |
| 5/6/11 | $57.88 | WITHDRAWAL -METRO WATER<br>UT BILL 005611510147562 | 4556 |
| 5/6/11 | $72.34 | WITHDRAWAL -Benchmark Realty<br>Agent Fee Fenton Jeff | 4556 |
| 5/6/11 | $1,149.37 | WITHDRAWAL -WF HOME MTG<br>AUTO PAY 0373217686 | 4556 |

**First Banking Reserve Summary**

| | |
|---|---|
| Previous Reserve In Use | $0.00 |
| Periodic Interest Rate | 1.5 % |
| Payments on Reserve | $0.00 |

| | |
|---|---|
| Annual Percentage Rate | 18.0 % |
| Reserve Transactions | $0.00 |
| Approved Reserve | $1,000.00 |
| Finance Charge | $0.00 |
| Available Reserve | $1,000.00 |
| New Reserve In Use | $0.00 |
| Average Daily Reserve In Use Subject To FINANCE CHARGE | $0.00 |

## Daily Balance Account Summary

| Date | Balance | Reserve In Use |
|---|---|---|
| 04/07/11 | $3,005.73 | $0.00 |
| 04/08/11 | $2,991.48 | $0.00 |
| 04/11/11 | $2,829.23 | $0.00 |
| 04/12/11 | $2,351.74 | $0.00 |
| 04/13/11 | $2,255.34 | $0.00 |
| 04/14/11 | $1,841.50 | $0.00 |
| 04/15/11 | $1,834.96 | $0.00 |
| 04/18/11 | $3,741.62 | $0.00 |
| 04/19/11 | $3,310.91 | $0.00 |
| 04/20/11 | $3,260.38 | $0.00 |
| 04/21/11 | $2,835.16 | $0.00 |
| 04/22/11 | $2,551.59 | $0.00 |
| 04/25/11 | $2,201.32 | $0.00 |
| 04/26/11 | $2,127.59 | $0.00 |
| 04/27/11 | $1,514.35 | $0.00 |
| 04/28/11 | $1,397.32 | $0.00 |
| 04/29/11 | $1,384.01 | $0.00 |
| 05/02/11 | $13,102.65 | $0.00 |
| 05/03/11 | $12,757.96 | $0.00 |
| 05/04/11 | $12,673.02 | $0.00 |
| 05/05/11 | $18,238.02 | $0.00 |
| 05/06/11 | $16,906.20 | $0.00 |

INQUIRY INFORMATION
ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND FIRST CHECK TRANSACTIONS SHOULD BE DIRECTED TO (615)748-8380.
TO REPORT A LOST/STOLEN FIRST CHECK CARD: CALL (615)748-8380 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO (615)734-6000.
YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, FIRST CHECK TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK N.A. NASHVILLE
P.O. BOX 28100
NASHVILLE, TN 37202

INQUIRY INFORMATION
DIRECT INQUIRIES CONCERNING ERRORS FOR FIRST BANKING RESERVE TO:
FIRST TENNESSEE BANK
ATTENTION: FIRST BANKING SUPERVISOR
P. O. BOX 28100
NASHVILLE, TN. 37202

A MESSAGE FOR YOU
PROTECTING YOUR FINANCIAL INFORMATION IS VERY IMPORTANT TO US. OUR FRAUD DETECTION SYSTEM USES STATE-OF-THE-ART TECHNOLOGIES TO MONITOR SUSPICIOUS ACTIVITY AND PROTECT YOU 24 HOURS A DAY. IN ADDITION TO EVERYTHING WE DO TO PROTECT YOUR ACCOUNTS, YOU SHOULD ALSO CAREFULLY REVIEW YOUR CHECKING ACCOUNT STATEMENT EACH MONTH. REMEMBER, THE "LIABILITY FOR UNAUTHORIZED TRANSACTIONS" PROVISION IN YOUR DEBIT CARDHOLDER AGREEMENT EXPLAINS HOW TO LIMIT YOUR LIABILITY FOR UNAUTHORIZED TRANSACTIONS RESULTING FROM FRAUDULENT USE OF YOUR DEBIT CARD. IF YOU'RE EVER CONCERNED THAT YOU MIGHT BE A VICTIM OF FRAUD OR IDENTITY THEFT, CALL US. WE'RE AVAILABLE 24 HOURS A DAY AT THE CUSTOMER SERVICE NUMBER SHOWN ABOVE.

## Check Images

Your image cannot be displayed at this time. Please allow 24 hours for your request to be processed, and log back in to see your statement.

CK: 1904 REF: 92140424 DT: 4/12/11 AMT: $320.00

CK: 000001906 REF: null DT: 4/16/12 AMT: $159.01

CK: 1893 REF: 34330854 DT: 4/14/11 AMT: $85.00

CK: 1895 REF: 29599248 DT: 4/18/11 AMT: $100.00

CK: 1905 REF: 93587543 DT: 4/19/11 AMT: $149.14

CK: 1894 REF: 92856740 DT: 4/19/11 AMT: $131.50

CK: 1907 REF: 92052170 DT: 5/2/11 AMT: $480.00

CK: 1908 REF: 92321004 DT: 5/3/11 AMT: $85.00

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!



# WARRANTY DEED

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS **$350,000.00**

Affiant

Subscribed and sworn to before me, this 29th day of April 2011.

Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ▇ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ▇ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

Mangel Jerome Terrell

Colette Keyser

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

Notary Public

My Commission Expires: 9/3/2012

JUDY S. WELLS STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY, TENN

This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.

Book 5313 Page 452

# WARRANTY DEED

ANGELA G. BATSON STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY
My Commission Expires January 6, 2014

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $350,000.00

Affiant

Subscribed and sworn to before me, this 29th day of April 2011.

Angela G. Batson
Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ■ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ■ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

Mangel Jerome Terrell

Colette Keyser

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

Notary Public

My Commission Expires: 9/3/2012

JUDY S. WELLS STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY, TENN

Book 5313 Page 454

BK/PG: 5313/452-454
11015616

| | |
|---|---|
| 3 PGS : DEED | |
| KAREN OWENS 214724 - 11015616 | |
| 05/12/2011 - 02:16 PM | |
| VALUE | 350000.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 1295.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 1.00 |
| TOTAL AMOUNT | 1313.00 |

STATE of TENNESSEE, WILLIAMSON COUNTY
SADIE WADE
REGISTER OF DEEDS

Certificate of Authenticity

I, Kimberly Hollingshead, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

Signature

State of Tennessee

County of Williamson

Personally appeared before me, The Undersigned, a notary public for this county and state, Kim Hollingshead who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

Thomas L. Sealy

Notary's Signature

My Commission Expires: 1/9/12.

THOMAS L. SEALY
NOTARY PUBLIC AT LARGE
DAVIDSON COUNTY, TENNESSEE



# Williamson County Property Tax Notice

**Karen Paris .** Williamson County Trustee
1320 W Main St. Franklin TN 37064
615-790-5709

## 2019

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |

Taxes are due by 02/28/2020

Property Address

Sunnyside Dr 1986

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

OR CURRENT RESIDENT

☐ INDICATE ADDRESS CHANGE ON REVERSE SIDE

Fenton Jeffrey R Fenton Fawn █
1986 Sunnyside Dr

Brentwood, TN 370270000

**Karen Paris, TRUSTEE**
1320 W Main St. Suite 203
FRANKLIN TN 37064

# Williamson County Property Tax Notice

**Karen Paris** Williamson County Trustee 1320 W Main St. Suite. Franklin TN 37064 615-790-5709

## 2019

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

*Please return the top portion with your payment in the enclosed reply envelope.*

To pay your property taxes make checks payable to :
**WILLIAMSON COUNTY TRUSTEE**
(Your cancelled check serves as your receipt)

**Your payment options are:**

- At our office: 1320 W. Main St. Suite 203; Franklin, TN
- At participating local banks
- On-line with credit card of electronic check* at **our website www.WilliamsonPropertyTax.com**

***The vendor charges the following processing fees: $2.00 per transaction for e-check payments, and a 2.5% plus $0.30 per transaction for credit/debit card payments.**

Scan to pay!

**To avoid interest, taxes must be paid by February 28, 2020.**

**Beginning March 1, 2020 interest will be added to delinquent taxes at the rate of 1.5% per month.**

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |

Property Address

Sunnyside Dr 1986

Classification

Real Property

Subdivision

Sunnyside Est Sec 3

| Lot | Acres | EQ Factor |
|---|---|---|
| 0029 | 0.00 | 0.0000 |

Additional Description

| | |
|---|---|
| Appraised value | $386,900 |
| Assessment | 25% |
| Assessed value | $96,725 |
| Interest | $0.00 |
| County taxes | $2,147.00 |
| 9th FSSD taxes | $0.00 |
| City taxes | $0.00 |
| Total due | $0.00 |

Williamson County Trustee
1320 W Main St Suite 203
Franklin, TN 37064
(615) 790-5709

Office Hours:
Monday thru Friday
8:00 am- 4:30 pm

completion of the job as described unless other terms are stated. If payment is not made within time prescribed, I further agree to pay all collections cost and/ or expenses including attorney's fee. I affirm each and every term and fully expect the parties to this contract to abide by the terms here including attorney's fee.

Pay Schedule: Fifty percent (50%) is due to begin work, and the balance is due upon completion of the job. The final payment must be received within ten (10) business days of the acceptance of the certificate of completion. If the final payment is not received within this period, an interest charge of one percent (1%) of the contract amount will be added to the final invoice amount.

Insufficient Funds: Any customer who has a check returned for insufficient funds will be responsible for any bank fees in addition to a service charge of $20.00. The fees and service charge will be added to the outstanding balance.

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

A BOUNDARY SURVEY OF LOT 29
ON THE PLAN OF SUNNY SIDE ESTATES
SECTION 3, PLAT BOOK 5, PAGE 67
BRENTWOOD, WILLIAMSON COUNTY, TN
MAY 4, 2011
B2L
www.b2lhps.com
1198 OLD PINNACLE RD.
JOELTON, TN 37080
PHONE: (615) 946-8650
E-MAIL: b2lhps@gmail.com
VACINITY MAP
(NOT TO SCALE)
MURRAY LN.
SNEED RD.
HILLSBORO RD.
SUNNY SIDE DR.
SITE
BEECH CREEK RD.
MANLEY LN.
N
W
E
S
B2L
0'
50'
100'
150'
1" = 50'
LEGEND
These standard symbols will be found in the drawing.
IRON PIN (SET)
MAGNETIC NAIL (SET)
WATER METER
SUNNY SIDE DRIVE
50' R.O.W.
NAIL SET IN CONC. DITCH
S 47°41'25" E
150.00'
CONCRETE DR.
100'
HOUSE OVER SETBACK LINE
94.99'
39.32'
41.54'
RES.
DECK
27.83'
25.16'
100' MINIMUM BUILDING SETBACK LINE
28
29
30
N 41°39'41" E
433.84'
S 40°46'13" W
401.46'
10' PUBLIC UTILITY AND DRAINAGE EASEMENT
AREA
63968.4 Sq. Feet +/-
1.47 Acres +/-
N 59°39'42" W
74.01'
N 59°17'41" W
85.22'
IPS
JP MORGAN CHASE BANK NA TR PROPERTY
JEFFREY A. LEOPARD
TN RLS #2415
REVISION TABLE
ORDERED BY: JEFF FENTON
PROPERTY ADDRESS: 1986 SUNNY SIDE DR. BRENTWOOD, TN 37027
OWNER: MANGEL JEROME TERRELL & COLETTE KEYSER 1986 SUNNYSIDE DR. BRENTWOOD, TN 37027
DEED REFERENCE: DB 4743, PG 715, R.O.W.C.T.
PLAT REFERENCE: PB 5, PG 67, R.O.W.C.T.
TAX MAP: 013N GRP: A PARCEL: 03500
WILLIAMSON COUNTY, BRENTWOOD, TN
DRAWING SCALE: 1"=50
PROJ. # 0057
DRAWN BY: JL
DATE: MAY 9, 2011
CHECKED BY: BB
DATE: MAY 9, 2011
FIELD CREW: BB,CB,JL
DATE: MAY 6, 2011

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



1986 SUNNYSIDE DRIVE - ROOF PLAN   SCALE: 1" = 10'-0"



CATHEDRAL CLG AREA BELOW
EXISTING EAVE VENTS - VERIFY LOCATIONS, CLEAN OR REPLACE
NEW DUAL-POWERED ATTIC VENT
BATHROOM EXHAUST FANS
Hip 2
Hip 1
Ridge 1
Valley 1
ADD NEW CRICKET BEHIND CHIMNEY & NEW FLASHING
VENT STACK FROM KITCHEN SINK DRAIN
THESE DASHED LINES REPRESENT ICE & WATER SHIELD
NEW SOLAR-ONLY ATTIC VENT
NEW DUAL-POWERED ATTIC VENT
RANGE HOOD EXHAUST VENT
VENT STACK FROM RESTROOMS
SOLAR-TUBE SKYLIGHTS
Hip 3
Hip 6
Ridge 2
Ridge 3
Ridge 4
EXISTING STATIC ROOF VENTS TO BE REMOVED
EAVE INSULATION BAFFLES THIS AREA
NEW RIDGE/HIP VENT
Hip 4
Valley 2
Hip 5
VENT STACK FROM GAS WATER HEATER
ELECTRICAL SERVICE CONDUIT
VENT STACK & EXHAUST FAN FROM RESTROOM BELOW
1986 SUNNYSIDE DRIVE - ROOF PLAN

SARAH CAGE
SAFE
KING
SARAH
OTTOMAN
GRAY
LAMP
DRESSER
OFFICE SUPPLIES
WOOD FILES
PRINT.
PRINT.
CUTE
NOAH
POOEY
RED TOOLS
BENCH w/ PET SUPPLIES
FARM BOOKS
DESK
STOR.
JEFF'S TOOLS
COATS
TABLE
TABLE
TABLE
FARM BOOKS
DESK
BLACK FILES
BLACK FILES
CRAFTS/ STOR.
TABLE
JEFF BOOKS
BIRD
TABLE

G r o o v e

October 3, 2011

# PHASE I

Attn: Jeff Fenton
615-837-1301
jeff@fentonmail.com

Re: Proposed Job Scope for 1986 Sunnyside Drive
Brentwood, TN 37027

**JOB SCOPE AND CONTRACT WITH ACCEPTED TERMS AND LIMITIATIONS**

This is a proposed job scope for the property located at 1986 Sunnyside Drive, Brentwood, TN 37027. This scope is based on the limited investigation preformed by Donald Knarr of Groove Mold Remediation Services on Monday, April 11, 2011. Heavy to Sporadic mold growth was observed from one end of crawlspace to the other. At this time the types and quantities of mold are not known.

It is the suggestion of Groove Mold that the following crawlspace cleaning service conducted:

1. I see a potential problem with your drainage. I would contact Scott Walter with Vintage (838-0015)
2. I see a potential problem with you HVAC ductwork. I would contact Larry Claud with Innovative Heating and Air (708-7755)
3. A vortex fan will be put in the crawlspace during the cleaning process and vented to the outside.
4. All insulation is to be bagged and removed from the crawlspace.
5. The infected area in the crawlspace will be cleaned by the following method;
   a. Hand Sanding Wire Brushing
   b. HEPA Vacuuming
   c. wet wiping with Penta 900-P
   d. HEPA Vacuuming
6. Independent mold inspector should inspect work and do post testing to confirm that crawlspace is clean. Customer's responsibility

This scope of work is expressly limited to the items listed below. Furthermore, a work authorization will accompany this scope and be an integral part of this agreement. Groove must have all of the documentation signed and approved before work will begin. Work will proceed in a timely manner.

**Time**

- Crawlspace cleaning will be completed in 3 days,
- A start date will be given when this scope is approved
- Groove must be granted full access to the site during normal working hours
- Additional work beyond the scope of work may add substantial time and cost to the project

**Limitations**

- Scope is only for listed work and valid for 30 days from the date printed on the top of the first page.
- Any change in work must be in writing prior to work being done
- Duct system is not included. A cleaning of the system is recommended. A thorough inspection of the ductwork should be conducted to make sure that the lines are properly connected and sealed.
- Any hidden items not visible at the time of the quote will be charged an amount in accordance with our standard rate schedule
- Due to the age of the HVAC ductwork, the HVAC will need to be shut down during remediation
- Due to nature of the job, Groove Mold can not be held accountable for any damage to any wiring or plumbing during the remediation process. All precautions will be taken to minimize any damages from occurring but Groove Mold will not be held responsible for any damages or cost that come from any damage that is occurred to wiring or plumbing while doing remediation work in the crawlspace.

**Payment**

- A deposit of $ 1,400 is due at signing
- Groove Mold does except credit cards with a 2% increase in final pricing.
- The remaining balance will be due immediately following the post-remediation sampling (if conducted)and mold levels have been returned to acceptable levels
- Additional work is to be performed under the original work authorization

**Goal**

To create an environment that is less conducive for mold growth (excluding any unforeseeable moisture or water intrusions, i.e., extensive Relative Humidity, pipe breaks, or acts of God).

By eliminating excessive moisture in the crawlspace through a proper moisture barrier and proper crawlspace ventilation, we will be creating an environment that is less conducive for mold growth. Since mold in ubiquitous it is impossible to eliminate mold completely. Creating an environment that is dry with proper airflow and ventilation is paramount to preventing future mold growth within a structure. Customer understands that when trying to prevent mold in the crawlspace there is no one single product or machine that can do this. It is a well balanced attack of preventing water evaporation from occurring, controlling excessively high relative humidity and establishing proper airflow that will keep the crawlspace dry and in essence starves the mold and prevents it from growing.

**Price**

| | |
|---|---|
| Insulation Removal and Disposal (1,825 square feet x $0.35) | $ 638.75 |
| Crawlspace Cleaning (1,825 square feet x $1.75) | $3,193.75 |

**In signing I, having the legal right and/or ability to contract work for, 1986 Sunnybrook Drive, Brentwood, TN 37027 and agree to the above described work to be completed.**

| JEFF FENTON | [signature] | 10/4/2011 |
|---|---|---|
| **(Printed Name)** | **(Signature)** | **(Date)** |
| Justin Kreutzer | [signature] | 10/11/11 |
| **(Groove Representative)** | **(Signature)** | **(Date)** |

**2964 Sidco Drive, Suite 110 Nashville, TN 37204 P.615.292.1444 F.615.292.1119**

SUNNY SIDE
FLAMMABLE
KEEP FIRE AWAY

**GPH Electric, Inc.**
1538 Richlawn Drive
Brentwood, TN 37027

# Invoice

Phone: 615-504-5619 Fax: 615-507-1419 License #: 51582

| Bill To | Date | Invoice # |
|---|---|---|
| Fenton / Jeff<br>1986 Sunnyside Drive<br>Brentwood<br>Tennessee<br>37027 | 9/16/2011 | 2024 |

| Job Location |
|---|
| |

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Supply and install a new 40 circuit panel, indoor top of the line Cutler hamer type CH & a 200amp rated feed through main outdoor raintite panel and ground rod | 2,350.00 | 2,350.00 |
| 1 | Permit | 100.00 | 100.00 |
| 1 | 200amp rated surge protector for power,cable and telephone | 295.00 | 295.00 |
| 1 | Change out the feeder wire to 4/0 200 amp 95' | 900.00 | 900.00 |
| | 1986 Sunny Side Drive, Brentwood, Williamson county37027 | 0.00 | 0.00 |
| | Computer Sales Tax | 9.25% | 0.00 |
| | | **Total** | $3,645.00 |

Paid in full
G P Harvey



# Proposal

1854 BAKER ROAD
GOODLETTSVILLE , TN. 37072
708-7755

SUBMITTED TO: Date: 10/12/11

Name: JEFF FENTON Job Name: GREENSPEED INFINITY

Address: 1986 SUNNYSIDE DR Address: 1986 SUNNYSIDE DR- 37027

City, State, Zip: BRENTWOOD, TN 37027 Phone No.: 837-1301

*We hereby submit specifications and estimates for:*

**INSTALL CARRIER 4 TON INFINITY 25VNA048A003 / FE4ANB006T00 18.3 SEER / 12.5 HSPF**

**GREENSPEED HEAT PUMP SYSTEM WITH 3 ZONES.**

**MAIN FLOOR AREA, CRAWLSPACE, AND BONUS ROOM AND GARAGE, WITH GARAGE HAVING**

**INDEPENDENT DAMPER CONTROLLED BY ON / OFF SWITCH. PROPOSAL ALSO INCLUDES**

**NEW DUCT SYSTEM, ALL PIPING AND CONTROL WIRING AND INFINITY CONTROLS.**

**ELECTRICAIN TO PROVIDE CIRCUIT FOR 15 KW FAN/COIL & RECEPTACAL & LIGHT.**

**ALSO INCLUDES CARRRIER GAPABXCC2420 AIR PURIFIER & UVLCC2LP1020 DUAL UV LIGHT.**

**ONE YEAR WARRANTY ON LABOR**

**TEN YEAR WARRANTY ON PARTS AND COMPRESSORS**

*We hereby propose to furnish labor and materials - complete in accordance with the above specifications, for the sum of:*

**TWENTY SIX THOUSAND ONE HUNDRED EIGHTY & 00/100** dollars ( **$26,180.00** )

*with payment to be made as follows:* **ON COMPLETION**

*All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.*

*Authorized Signature:* LARRY CLAUD

*NOTE: This proposal may be withdrawn by us if not accepted withi* 30 *Days*

## Acceptance of Proposal

*The above prices, specification and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.*

**Accepted:** Signature:

Date: 10/13/2011 Signature: [signature]



FENTON BASEMENT DUCT RE-WORK PLAN
1986 SUNNYSIDE DRIVE, BRENTWOOD, TENNESSEE 37027
DATE - SEPTEMBER 26, 2011
SHEET
M-2
BASEMENT DUCT RE-WORK PLAN





SPECIAL NOTE:
SOIL IS LOOSE AND UNSTABLE, PLEASE SET ALL POSTS AT LEAST 2 FEET DEEP AND THOROUGHLY SECURE IN CONCRETE.
CHAIN LINK FENCE:
- 9 GAUGE OD, +/-2" DIAMOND WIRE MESH FABRIC
- COATING: BLACK VINYL
- HEIGHT: 60" (5 FEET)
- INCLUDE BOTTOM TENSION WIRE
- WIRE SELVAGE: KNUCKLE-TWIST (TWIST ON TOP, KNUCKLE ON BOTTOM)
ALUMINUM FENCE:
- RADIANCE ALUMINUM FENCE STYLE RAST-110(STAGGERED SPEAR TOP DESIGN)
- ELITE FENCE PRODUCTS, STYLE EFS-15
(ALL ALUMINUM FENCE MATERIALS TO BE FROM THE SAME MANUFACTURER - VERIFY FINAL DECISION WITH OWNER.)
- HEIGHT: 60" (5 FEET)
- PICKETS: 5/8" SQUARE
- FINISH: BLACK POWDER COATED
- LINE POSTS: 2"x2" x 0.080" WALL
- TERMINAL POSTS: 2"x2" x 0.125" WALL (EXCEPT AT DOUBLE GATES)
- ALL GATES TO HAVE WELDED U-FRAME DESIGN
- GATE SWING DIRECTIONS TO BE AS SHOWN ON DRAWING
- GATE LOCKS PROVIDED BY OWNER, INSTALLED BY GATE CONTRACTOR.
4 FT. @ 135 DEGREES
4 FT. @ 135 DEGREES
103 FEET
60" HIGH CHAIN LINK FENCE, BLACK VINYL COATED.
ON EXISTING PROPERTY LINE
PAIR OF SWING GATES WITH FLAT-TOP STAGGERED SPEAR DESIGN, INSTALL D&D TECH. LOKKLATCH DELUXE WITH EXTERNAL ACCESS BUTTON KIT (A), AND D&D 24" LOKKBOLT CANE BOLT ON INACTIVE LEAF (B); PROVIDE IN-GROUND PIPE FOR CANE BOLT SLEEVE. USE 2-1/2" OR 4" POSTS AT THESE GATE LEAVES PER MFR'S RECOMMENDATIONS.
3'-6" GATE WITH FLAT-TOP STAGGERED SPEAR DESIGN, INSTALL D&D TECHNOLOGIES LOKKLATCH DELUXE WITH EXTERNAL ACCESS BUTTON KIT.
3'-6" GATE WITH ARCH-TOP STAGGERED SPEAR DESIGN, INSTALL LOCKEY ADD-A-BOLT GATE KIT GB210 WITH KEYLESS DEADBOLT (OR SIMILAR DEADBOLT SELECTED BY OWNER) AND PROVIDE SEPARATE LEVER LATCHSET 'NWGL01' BRASS-HANDLE GATE LATCH OR EQUIVALENT DOUBLE-SIDED NON-LOCKING LATCHSET, AND PROVIDE SELF-CLOSING HINGES ON THIS GATE ONLY.
60" HIGH CHAIN LINK FENCE, BLACK VINYL COATED.
100 FEET
ON EXISTING PROPERTY LINE
60" TALL ALUMINUM FENCE AND GATES
+/-41 FEET
+/-2'-0"
+/-3'-0"
DISCUSS WITH OWNER WHETHER TO TURN CORNER WITH A SECTION OF ALUMINUM FENCE BEFORE STARTING THE CHAIN LINK FENCE, TO INCREASE ALUMINUM FENCE STRUCTURAL STABILITY.
EXISTING RETAINING WALL TO REMAIN
EXISTING DRIVEWAY TO REMAIN
10'-6"
NEW 60" ALUM. FENCE ADJACENT TO EXISTING RETAINING WALL
COORDINATE BOTTOM OF FENCE PICKETS TO ALLOW EXISTING DOWNSPOUT LEADER THROUGH AT THIS CORNER.
+/- 20'-0"
+/-8'-6"
12'-0"
6'-0"
B
A
60" TALL ALUMINUM FENCE
+/- 26'-6"
DISCUSS WITH OWNER WHETHER TO TURN CORNER WITH A SECTION OF ALUMINUM FENCE BEFORE STARTING THE CHAIN LINK FENCE, TO INCREASE ALUMINUM FENCE STRUCTURAL STABILITY.
PROVIDED BY OWNER, INSTALLED BY GATE CONTRACTOR:
- (2) D&D TECHNOLOGIES LOKKLATCH DELUXE GATE LATCHES WITH EXTERNAL ACCESS BUTTON KITS
- (1) D&D TECHNOLOGIES LOKKBOLT 24" DROP BOLT
- (1) LOCKEY ADD-A-BOLT GATE KIT GB210 WITH KEYLESS DEADBOLT (OR SIMILAR).
ALL OTHER MATERIALS AND HARDWARE TO BE PROVIDED AND INSTALLED BY GATE CONTRACTOR.
S
N
NEW FENCE PLAN FOR 1986 SUNNYSIDE DRIVE
OWNERS: JEFF AND FAWN FENTON
DATE: MARCH 15, 2015

THE TENNESSEAN

NEWS

# Judge Casey Moreland reprimanded by state judicial board

**Tony Gonzalez** tgonzalez@tennessean.com
Published 10:49 a.m. CT Oct. 23, 2014 | **Updated 3:13 p.m. CT Oct. 24, 2014**

In a rare public rebuke to a sitting judge, the state board that investigates judicial misconduct has reprimanded Davidson County Judge Casey Moreland for his intervention in a June domestic violence case.

The judge's actions led to what police said was a Nashville woman being beaten and choked unconscious just a few hours after another attack by the same man.

In a three-page letter, the Tennessee Board of Judicial Conduct said Moreland violated three judicial canons and "detrimentally affected the integrity of the Judiciary."

Moreland called Judicial Commissioner Steve Holzapfel on June 8 to share information about prominent real estate developer David Chase, who had been charged with domestic assault.

Moreland had spoken with Chase's defense attorney — a personal friend. The judge's subsequent phone call led Holzapfel to free Chase from jail before a 12-hour domestic violence "cooling off" period.

Police said Chase attacked his girlfriend again.

The case rocked Nashville's criminal justice community and triggered reforms, both because of the close friendship between the judge and defense attorney Bryan Lewis, and in the way that the case illustrated a report critical of judges waiving the cooling-off period.

Designed to protect victims at a dangerous time, the 12-hour hold became mandatory in Davidson County after the Chase case. One of three designated domestic violence judges can still approve an early release, but only after a prosecutor, suspect and victim have a chance to be heard.

State lawmakers said they would introduce a bill to make holds mandatory.

On Thursday Moreland referred questions to his attorney, Ed Yarbrough.

"As far as we're concerned this is the final chapter in this episode," he said. "Judge Moreland indicated early on that he realized he had made a mistake, and he still feels that way.

"While not the most lenient punishment they can impose, (this) certainly is better than some of the alternatives."

The board found Moreland erred in three ways. It concluded that he did not comply with the law, did not promote confidence in the judiciary and abused the prestige of his office.

The finding that Moreland abused his powers could set a precedent in Tennessee, Yarbrough said.

"Most judges and lawyers did not understand, until now, that a judge should not talk to the commissioner in the way that it was done in this case," he said.

He said judges and commissioners communicate often. But the conduct board's reprimand could put a stop to situations in which a judge — who holds a higher office — influences a commissioner.

The Board of Judicial Conduct typically cannot disclose investigations or discipline. But by issuing a public reprimand of Moreland, the board chose one of its most severe options, though they stopped short of imposing any specific requirements on him. The board has taken such action only three other times this year and four times in 2013.

The board can't remove Moreland from the bench. Such action would have to come from the legislature and is reserved for the most severe misbehavior.

Despite widespread criticism, Moreland was re-elected as a general sessions judge in August without opposition. His re-election followed calls for his resignation by senators and a Metro councilwoman. The Metro Police chief and domestic violence advocates blasted the judge.

Moreland, a native Nashvillian, was first appointed to the bench by the Metro Council in 1995. He handled a majority of the more than 97,000 criminal cases that came through the General Sessions court in 2013.

## Charges still pending

The case against Chase, meanwhile, has become something of an escalating legal duel between the developer and ex-girlfriend Lauren Aletia Bull, with her prevailing on most of the points of conflict.

The man and woman each requested an order of protection. Judge Gale Robinson ruled in favor of Bull, requiring that Chase stay away from her for at least a year.

Police said Chase dragged the woman out of his apartment by her ponytail in the early morning of June 8. He was arrested and then released from jail hours later, returned home and broke Bull's phone and choked her until she lost consciousness, police said.

Chase faces charges of domestic assault, aggravated assault by strangulation, vandalism and interference with an emergency call. He is no longer represented by Lewis.

Chase's court filings have challenged police and accused the woman of making false statements and of attacking and stalking him.

But his legal trouble has mounted.

Separately in September, a different judge tripled Chase's bond on a DUI charge from 2012 after prosecutors said he violated the conditions of his bond for the third time by drinking heavily one day. He was wearing a court-ordered monitoring device at the time.

Chase was also indicted on DUI and implied consent charges stemming from a February arrest.

That same week, he stepped away from leading the Virgin Hotel construction project on Music Row.

Facing eight counts across the three cases, Chase is due in court later this month and again in November.

*Reach Tony Gonzalez at 615-259-8089 and on Twitter @tgonzalez.*

**NOTE:** Judge Casey Moreland's attorney, **Ed Yarbrough**, is the same attorney who later represented Judge Michael Binkley when he was arrested "during a prostitution sting on Dickerson Road in 2010."

An article by the Nashville Scene dated February 1, 2017, states, "According to the complaint, the charges against Binkley "were dismissed and expunged by Judge Casey Moreland on the very same day in a highly unusual manner, both in timing and procedure. Since that time, Attorney Lewis has boasted to a number of individuals that Judge Binkley 'owes' Attorney Lewis and Judge Moreland for 'fixing' the prostitution charges against Judge Binkley."