## LOCAL RULES OF PRACTICE
### TWENTY-FIRST JUDICIAL DISTRICT
### HICKMAN, LEWIS, PERRY AND WILLIAMSON COUNTIES

### RULES OF THE CIRCUIT AND CHANCERY COURTS
### FOR THE TWENTY-FIRST JUDICIAL DISTRICT
————————————

**Adopted Effective September 1, 2004**
**As Amended Through September 1, 2017**
**And Further Amended March 1, 2019**

### INTRODUCTION

**JUDGES.** The 21st Judicial District embraces Hickman, Lewis, Perry, and Williamson Counties. All Judges of the 21st Judicial District have full civil and criminal jurisdiction therein and are assigned areas of responsibility by the Presiding Judge.

**CLERKS.** Each county within the District has a Circuit Court Clerk and a Clerk and Master with powers and duties prescribed by statute for such offices generally. The Clerk and Master is also clerk of the Probate Division of the Chancery Court.

PRO SE Parties are NOT Allowed to Participate in this "Proposed Order" / "Agreed Order" / "Alternate Proposed Order" Process, in the 21st Judicial District in Tennessee (though allowed in other Tennessee Judicial Districts). Which means that your highly skilled opposing counsel, who already has a tremendous advantage over most Pro Se litigants, **literally gets to WRITE THE COURT ORDERS AGAINST YOU!** (With little IF any Accountability or Supervision!) This is DISCRIMINATION against PRO SE and financially disadvantaged people as a matter of **COURT POLICY!** By the Court's own "LOCAL RULES OF PRACTICE"! **This is completely inappropriate, fosters misconduct, and must be changed for the Court to ever claim to honestly be impartial!**

### Rule 11.    Orders and Judgments

#### Section 11.01  Preparation and Submission

Unless the court directs otherwise, attorneys for prevailing parties will prepare proposed orders for entry by the court and shall file such proposed orders not more than seven (7) days following the day on which the ruling is made by the court. If the proposed order submitted reflects that it has been approved for entry by counsel for all parties, then the court will take action promptly to enter such proposed order, or, at the court's discretion, enter the court's own order with respect to the ruling. If the proposed order does not reflect that it has been approved for entry by counsel for all parties, then the court will take no action to enter such proposed order for seven (7) days after receipt of the proposed order to afford counsel for the opposing party to submit an alternative proposed order. If the opposing party submits an alternative proposed order, the court shall undertake promptly to enter either the original proposed order, the alternative proposed order, or the court's own order with respect to the ruling. All of the time periods in this section may, for good cause, be extended by the court.

A party's approval for entry of a proposed order, which does not by its express terms state that it is an agreed order, shall not be construed as anything other than the party's agreement that the proposed order accurately reflects the court's ruling on the particular matter and shall not be construed to imply that party's agreement with or consent to the ruling set out in the proposed order.

[Adopted Effective September 1, 2004;  Amended Effective September 1, 2010;  Further Amended December 1, 2014].

## Story Abernathy & Campbell
PLLP | AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story *
virginia@tnlaw.org

Joanie L. Abernathy *
joanie@tnlaw.org

Neil Campbell *
neil@tnlaw.org

Kathryn L. Yarbrough
kyarbrough@tnlaw.org

Of Counsel:
James E. Story, *
Attorney at Law

Marissa L. Walters
Paralegal/Associate Attorney
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN  37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky

September 16, 2019

**Via Email**
Mr. Jeffrey Fenton
Email: ███████████████

**Via First Class Mail**
███████████████████████

Re:    *Fawn* ███ *Fenton vs. Jeffrey Ryan Fenton*
       **Williamson County Chancery Court No. 48419B**

Dear Mr. Fenton:

*Once Ms. Story obtained possession of my home, she reneged upon every commitment made during the 8/29/2019 hearing in Chancery Court.*

My client was at the house over the weekend and has indicated that you left the house in a mess despite you having known since August 1, 2019 that the property would be auctioned. The costs for cleaning out the house and moving the items that you have tagged per the Court Order to storage will be in excess of $2,000. Please send a check payable to Fawn Fenton noted for moving and clean up to my office address. I will provide you with each invoice so you have an accounting of actual costs.

*Attorney Story said in Court on 8/29 that all expenses would be paid out of the proceeds from the auction (which hadn't even taken place yet).*

If I do not receive a check from you in the amount of $2,000 by **Friday, September 20, 2019,** we will have to sell the remaining items in the house and then dispose of the items that cannot be sold. Any proceeds from items sold will be deposited into the Clerk's office for distribution after payment of the costs.

*This letter was dated and postmarked on 9/16/2019, while she is DEMANDING these funds by 9/20/2019, the day it reached Michigan.*

As for the items you have tagged and for which you will send the $2,000 advance by **Friday, September 20, 2019,** for the movers and clean up, please make the arrangements for a storage unit. This will need to be done by **Thursday, September 26, 2019**. Send me the name of the storage location and unit number with verification that the amount has been paid in advance so that when the movers arrive there are no snags.

*Per Ms. Story's own fraudulent Ex Parte "Order of Protection", if I still had possession of my firearms, I would have GONE TO JAIL!*

Finally, we did not locate any guns in the house. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all types, manufacturers, and models.

*I see this being for absolutely NO reason other than BLOOD LUST! Wanting to forcefully TAKE and LIQUIDATE every single thing I owned!*

Sincerely,

Virginia Lee Story
Attorney at Law

cc: Ms. Fawn Fenton

**This is how abusive, heavy-handed, and bullying Attorney Virginia Lee Story treated me** throughout every action in this mass deprivation of rights and property, without so much as HEARING my DEFENSE, while Judge Michael W. Binkley enabled and empowered her every cruel, savage, inhumane, and criminal actions. While neither showed any care for the Rule of Law, their Oaths of Office, either State or Federal Constitutions, the Judicial Canons, or the Rules of Professional Conduct! Ms. Story's actions are even in violation of BASIC INTERNATIONAL HUMANITARIAN LAWS!

*In Court on 8/29/2019 (transcripts hidden in R.v4 (pages 495-523), Ms. Story INSISTED that I leave my Personal Property, at the residence for FALSE, fraudulent, and unsubstantiated reasons. Now, under false claims, having only had FIVE-DAYS NOTICE of a wrongful eviction, that SHE INSISTED upon in Court on 8/29, as I tried to meet her OUTRAGEOUS DEMANDS that I TAG every item I wanted to KEEP (nearly EVERYTHING I OWNED, which is WHY I OWNED IT). As I tried to assist my elderly disabled roommate/tenant, who ended-up HOMELESS as a result of her demands during my 8/1/2019 hearing, illegally ignoring his leasehold RIGHTS! Now Ms. Story is insatiably trying to EXTORT thousands of Dollars from my meager elderly mother, knowing that Ms. Story already TOOK my INCOME, my SHELTER, my SAVINGS, leaving me BROKE, HOMELESS, and DESTITUTE!*

https://rico.jefffenton.com/evidence/2019-09-16_story-letter-demanding-two-grand-for-storage.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



# Story Abernathy & Campbell

PLLP | AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story
virginia@tnlaw.org

Joanie L. Abernathy
joanie@tnlaw.org

Neil Campbell
neil@tnlaw.org

Kathryn L. Yarbrough
kyarbrough@tnlaw.org

Of Counsel:
James E. Story,
Attorney at Law

Marissa L. Walters
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN  37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky*

September 26, 2019

*Via First Class Mail and E-Mail*

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

⬛⬛⬛⬛⬛

**Re:** *Fawn ⬛⬛⬛ Fenton vs. Jeffrey Ryan Fenton*
*Williamson County Chancery Court No. 48419B*

Dear Mr. Fenton:

> OH WOW!!! This just doesn't STOP! Judge Michael W. Binkley refused to perform his JUDICIAL DUTY to equality, impartiality, fairness, due process, mitigating loss, and stopping CRUEL MISCONDUCT by a FRIEND! (This was a DIVORCE, can I possibly LIVE through this?)

To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence.  Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored.  **The quote is attached hereto.**  As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00.  The cost for moving the larger items and your personal items is $2,895.00.  This would include moving the items to Fox's storage facility in Nashville.  The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped.  It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth.  However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan.  The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date.  We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

> Then it doesn't SOUND like you FORCED me to LEAVE my Personal Property behind so that you can SELL it for any quasi-legitimate reason, but rather just to CRUELY HARM the disabled and financially disadvantaged party, EVEN MORE! PURELY for the DOMINATING POWER-TRIP, and FUN! That's WORSE than being GREEDY! **That is SICK and SADISTIC!** (Yet there's more still to come...) Is there any INTEGRITY at all within the Williamson County Chancery Court??? I can't see HOW on EARTH this is remotely JUSTIFIABLE!

Jeffrey Fenton
September 26, 2019
Page 2

Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc:  Ms. Fawn Fenton

The most LAWLESS person I have ever met, on EITHER side of the LAW! Attorney Virginia Lee Story believes that I'll endlessly allow her to BULLY, ABUSE, ROB, RAPE, and TERRORIZE me and my family "under color of law"! SORRY! NO COURT OF LAW has the AUTHORITY or JURISDICTION for what you have DONE! EVERYTHING IS VOID IN #48419B and I'm pressing CRIMINAL CHARGES for at least a HALF-DOZEN State, Federal, and CONSTITUTIONAL FELONIES, which YOU committed along with the "help" of SEVERAL of your "FRIENDS"! You and Judge Michael W. Binkley can KILL me if you want, while the WHOLE WORLD WATCHES! I've already had extensive communications with the DOJ. I tracked down the same Nashville FBI "Special Agent" who Arrested Corrupt Nashville Judge Casey Moreland, after getting tired of being rejected by their call centers. You have MISJUDGED my courage! I will EXPOSE your crimes to every member of State and Federal Law Enforcement, local government, and Courts throughout the Country, until somebody cuts this CANCER out of the Williamson County Chancery Court! I know that I'm risking my own LIFE, but I'd rather die as a FREE man than live as your SLAVE! (Peaceful Protests!) I just hope the FBI/DOJ catches you in any further harm you try to cause me and my family, because I KNOW you will!

---

JUDGE MICHAEL W. BINKLEY & ATTORNEY VIRGINIA LEE STORY vs JEFFREY RYAN FENTON
WILIAMSON COUNTY CHANCRY COURT | 08/29/2019 | #48419B | M2019-02059 | R.v4 (502:20 – 503:9)

| | |
|---|---|
| 20 | MS. STORY: If he will tag the items that |
| 21 | he wants, like my client tagged the items per your |
| 22 | order, if he'll just put a tag on items he wants, |
| 23 | we'll make sure that those get stored, and then we can |
| 24 | use the proceeds from the sale. We're going to |
| 25 | deposit those into the clerk's office. And we can use |
| 1 | those to pay the next storage unit and then when he |
| 2 | gets ready to come here and get his things, or maybe |
| 3 | he wants to use some of his proceeds to have them |
| 4 | shipped to him... |
| 6 | So I'm trying my best to be as |
| 7 | accommodating to him... |
| 8 | this is going to be a simple process for him. |

# Jeff Fenton

| | |
|---|---|
| **From:** | Tommy Anderson <tom@tommyanderson.us> |
| **Sent:** | Wednesday, October 2, 2019 3:01 PM |
| **To:** | Jeff Fenton; Fawn Fenton; Virginia Story |
| **Subject:** | 1986 Sunny Side |

Jeff,

Curious if you are in Tennessee gathering your personal property this week.
Sincerely,

Tommy Anderson

***Tommy Anderson, Broker/Realtor/Auctioneer***
*-****HND Realty***
   ***www.HNDREALTY.COM***
   ***(615) 969-5819***

1

## Jeff Fenton

**From:** Virginia Story <virginia@tnlaw.org>
**Sent:** Friday, October 4, 2019 2:14 PM
**To:** Jeff Fenton
**Cc:** Heidi Macy; Kathryn Yarbrough; Tommy Anderson
**Subject:** RE: Fenton v. Fenton

**Categories:** 5-Email: Present to Court

Jeff,

Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.

Thanks,
Virginia



*Virginia Lee Story*
*Attorney at Law*
*136 Fourth Avenue South*
*Franklin, TN 37064*
*(615) 790-1778*
*(615) 790-7468 fax*
*Virginia@tnlaw.org*

*\*\*Note\*\*  This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail or the information contained in it is strictly prohibited. If you have received this e-mail in error, please immediately notify the person named above at once by telephone. Thank you.*

**From:** Jeff Fenton
**Sent:** Saturday, September 28, 2019 1:52 PM
**To:** Virginia Story <virginia@tnlaw.org>; elaine.beeler@tncourts.gov
**Cc:** Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Subject:** RE: Fenton v. Fenton
**Importance:** High

Hello Ms. Story,

YES!

1

## Jeff Fenton

| | |
|---|---|
| **From:** | Tommy Anderson <tom@tommyanderson.us> |
| **Sent:** | Saturday, October 5, 2019 5:15 PM |
| **To:** | Virginia Story |
| **Cc:** | Jeff Fenton; Heidi Macy; Kathryn Yarbrough |
| **Subject:** | Re: Fenton v. Fenton |

Jeff,

Checking in to see if you will be vacated 1986 Sunny Side by 5pm today Saturday October 5, 2019.
Sincerely,

Tommy Anderson


On Friday, October 4, 2019, Virginia Story <virginia@tnlaw.org> wrote:


Jeff,


Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.


Thanks,

Virginia




Virginia Lee Story

Attorney at Law

136 Fourth Avenue South

Franklin, TN 37064

(615) 790-1778

1

## Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 12:24 PM
**To:** Virginia Story
**Cc:** Jeff Fenton; Heidi Macy; Kathryn Yarbrough
**Subject:** Re: Fenton v. Fenton

Jeff my friend,

I will be coming by today after my son's bball game. I hope to see you gone by then, or other measures, not to your liking will be enforced. Time to move on.

Tommy Anderson

On Friday, October 4, 2019, Virginia Story <virginia@tnlaw.org> wrote:

Jeff,

Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.

Thanks,

Virginia

Story
Abernathy
& Campbell

1

## Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 1:54 PM
**To:** Virginia Story
**Cc:** Jeff Fenton; Heidi Macy; Kathryn Yarbrough
**Subject:** Re: Fenton v. Fenton

**Categories:** 5-Email: Present to Court

Jeff will be out by tonight. I just went by & met him & his mother at Sunny Side.

Tommy

> On Sunday, October 6, 2019, Tommy Anderson <tom@tommyanderson.us> wrote:
>
> Jeff my friend,
>
> I will be coming by today after my son's bball game. I hope to see you gone by then, or other measures, not to your liking will be enforced. Time to move on.
>
> Tommy Anderson

1

**Jeff Fenton**

| | |
|---|---|
| From: | Tommy Anderson <tom@tommyanderson.us> |
| Sent: | Sunday, October 6, 2019 6:35 PM |
| To: | Virginia Story |
| Cc: | Jeff Fenton; Heidi Macy; Kathryn Yarbrough |
| Subject: | Re: Fenton v. Fenton |

> THE CLOSING FOR OUR HOME WASN'T FOR THREE MORE WEEKS, ON 10/29/2019, SO WHY WERE WE BULLIED SO MUCH? ATTORNEY STORY HAD NO LEGAL AUTHORITY! THEY HAD MONTHS WITH THE HOUSE BY THEMSELVES (WHILE MY STUFF WAS STOLEN)! WHY WAS I ONLY ALLOWED 5-DAYS WITH MY ELDERLY MOTHER TO BOTH PACK AND MOVE MY 2,500 SQFT HOME? WHO MADE STORY GOD? AND THE AUCTIONEER HER ENFORCER, I PAID? A GANG OF LAWLESS THIEVES & THUGS!

Thank you Jeff for leaving with your possesions today. We drove by & you were headed out the driveway.

Sincerely,
Tommy Anderson



**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**AT FRANKLIN**

|  |  |  |
|---|---|---|
| FAWN ████ FENTON, | ) | 2019 OCT 10  AM 9: 56 |
| Plaintiff/Wife, | ) | |
| | ) | FILED FOR ENTRY 10-10-19 |
| vs. | ) | No. 48419B |
| | ) | |
| JEFFREY RYAN FENTON, | ) | |
| Defendant/Husband. | ) | COPY |

**ORDER**

This matter came on to be heard on the 10th day of October, 2019 before the Honorable Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County, Tennessee, upon Wife's Motion to Sell Remaining Contents of Marital Residence. It appearing to the Court based upon statements of counsel and the record as a whole that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that Husband came to the home during the week of October 7, 2019 with a U-Haul truck and removed the items that he ~~wanted~~ **COULD**. ~~The remaining items were Wife's and/or items to donate.~~ All property has now been removed so that the closing may take place on October 15, 2019. The auction brought sufficient funds to pay the costs of the sale and both first and second mortgages however there will not be anything proceeds remaining to disburse between the parties.

It is further **ORDERED, ADJUDGED and DECREED** that Wife is hereby granted authority to sign the deed conveying the property located at 1986 Sunnyside Drive, Brentwood, TN 37027, and another other necessary documents, to effectuate the payoff of the mortgages and for closing without Husband's signature.

All other matters are reserved pending further Orders of this Court.

**ENTERED** on this __10__ day of __Oct__ , 2019.

ALL actions taken against me (in EVERY "Hearing"), were primarily "FRAUD UPON THE COURT(s) by OFFICERS OF THE COURT(s)". Through a complex "Conspiracy Against my Rights and my Property, Under Color of Law, Office, and Official Right", spanning BOTH State and Federal Courts in tandem. Strategically planned in advance and executed illegally in horrible-faith, to intentionally CIRCUMVENT my Federal Rights under the Federal Rules of Bankruptcy Procedure (ex-wife fraudulently filed in secret - with the help of multiple corrupt Attorneys & Judge(s)). The Court & Counsel committed roughly a dozen Title 18 Crimes Against me, about 50-100 Violations of Tennessee's Rules of Judicial & Professional Conduct, plus approximately a dozen Tennessee State Crimes (primarily felonies), viscously destroying me beyond benefit to ANY party! Repeatedly denying me ANY "ADA Accommodations", as they targeted, attacked, and overwhelmed my known disabilities!

NOT ONE legal, lawful, honest, honorable, equal, equitable, fair, impartial, good-faith, or humane action took place between EITHER the Williamson County Chancery Court in Docket #48419B, OR the United States Bankruptcy Court for the Middle District of Tennessee in Case 3:19-bk-02693. NOT ONE!

_____
MICHAEL W. BINKLEY, JUDGE

**APPROVED FOR ENTRY:**

_____
**VIRGINIA LEE STORY; BPR #11700**
Attorney for Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

Unknown to me, and undisclosed by any party, my abusive, vexatious, unethical, opposing counsel, Attorney Virginia Lee Story (I believe the "mastermind" of this entire scam), is a close "FAMILY FRIEND" and vacationing/partying buddy of Presiding Judge Michael W. Binkley. Repeatedly exposed by the Tennessean Newspaper and admitted, while claiming their friendship does not jeopardize impartiality.

This NEGLIGENTLY DENIES the LAWS of HUMANITY, where the KNOWN and TRUSTED PARTY will always have an advantage over the UNKNOWN PARTY!

SEE: https://www.facebook.com/judgebinkley to discover the tip of the iceburg!

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the ___10___ day of October, 2019.

_____
**VIRGINIA LEE STORY**

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the ___10___ day of October, 2019.

_____
**CLERK**

There went $250,000 of OUR EQUITY, our life's savings, our premarital retirement funds, and the proceeds of a DECADE of MY HARD and painstaking LABOR! As of the DAY the ILLEGALLY FORCED AUCTION took place! While the property has appreciated roughly $100k per YEAR since! It was worth $800k in 2022, while we only owed $300k on the mortgages! Yet the Court and Counsel left us without a PENNY toward our relocation, survival, or retirement! ABSOLUTELY NOTHING!

PARTIES LIKELY INVOLVED IN CRIMES & MISCONDUCT IN THIS CASE: 2-Judges, 7-Attorneys, 2-Paralegals, and 2-Brokers (to START).

ENDING with the Involvement, Discrimination, Collusion, Conspiracy, and/or the Refusal to Assist by a Total of 5-Judges, 11-Attorneys, 2-Paralegals, and 2-Brokers. While you can add a USTP Trial Attorney to that also now, who threatened that my ex-wife will be in danger, if I expose all these POWERFUL CRIMINALS, who are committing crimes against humanity!

**IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**AT FRANKLIN**

|                                        |     |
|----------------------------------------|-----|
| FAWN ███████ FENTON,                   |  )  |
|  Plaintiff/Wife,                       |  )  |
|                                        |  )  |
| vs.                                    |  )  |
|                                        |  )  |
| JEFFREY RYAN FENTON,                   |  )  |
|  Defendant/Husband.                    |  )  |

2019 OCT 21  PM 3: 58

FILED FOR ENTRY————

No.  48419B

**AFFIDAVIT OF VIRGINIA LEE STORY**

RECEIVED BY
Judges' Chambers
Date: 10-22-19 ab)

**STATE OF TENNESSEE**        )
**COUNTY OF WILLIAMSON**     )

Comes now, Virginia Lee Story, attorney of record for the Petitioner, and after being first duly sworn, states as follows:

1.  I am over 18 years of age and have personal knowledge of the following facts.

2.  At the August 29, 2019 hearing in this matter, the Court set this matter for final hearing on October 21, 2019 in open Court with Mr. Jeffrey Fenton present in the courtroom.

3.  Since the August 29, 2019 hearing, Mr. Fenton relocated to Michigan.

4.  In his handwritten note, he stated that he does not want to contest the divorce and that he does not wish to communicate with Virginia Story or anyone from her firm, ever again. He states that he will never be in Tennessee again.  See attached **Exhibit 1.**

FURTHER AFFIANT SAITH NOT.

**VIRGINIA LEE STORY**

SWORN to and subscribed before me this 21ˢᵗ day of October, 2019.

Notary Public
My Commission Expires: 6-19-22

HEIDI L. MACY
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY



I am so sorry things ended this way,
but I can never speak with you again. To
protect my heart, not out of anger or resentment

**MY HOPE!**
BECAUSE MS. STORY LITERALLY TERRORIZED AND ABUSED ME BEYOND BENEFIT TO ANYONE!

I will never communicate with Virginia
Story or anyone from her firm, ever again.
Regardless of the consequences.

**MY OFFER:**
IF , and ONLY IF THE TERMS OF MY OFFER ARE ACCEPTED. BUT MS. STORY STEALS EVERYTHING, WHILE SECRETLY DENYING MY TERMS!

If she will drop all charges and never
contact me again, then I will likewise
drop my 250 page counter motion set

**MY TERMS:**
REQUIRED CONDITIONS. A VERY GENEROUS OFFER, BUT THEY ALWAYS WANT TO TAKE MORE BY FORCE!

for october 21ST.

I will mail you the free simple
divorce papers signed — and as long as
no lawyers are involved, we each walk with
what we have, Assets + debts, and no
alimony etc... due either ever. only if we
finish non-contested together without a lawyer

as we promised each other.

*WIFE HAS ALWAYS KNOWN THIS!! THE "DANGER GAME" IS JUST LEVERAGE, TO GET THE POLICE TO HELP, AS THEY COMMIT A CRIME!!*

I would and will never hurt you or those you love in any way. Despite what they cost me.

I will always love you. I leave only with teremendous sadness, nothing more.

*I OFFERED: TO LET HER GET AWAY WITH EVERYTHING! BUT HER OWN GREEDY LAWYER PUTS HER AT RISK SIMPLY FOR THE THRILL OF DOMINATING AND ABUSING ME MORE!! WHEN IS ENOUGH, ENOUGH???*

If Ms. Story tries to use any of this against me, I will dedicate my life to fighting and appeal this to state court where the sale of our home will be found and proven to be against state laws. If I never hear from Ms Story or her staff or court, Then I'm done, and I surrender all. I will always love you. I'm so sorry! JF



FAWN ███████ FENTON vs JEFFREY RYAN FENTON
08/29/2019

1        MS. STORY:  Since he probably will be

2   moving to Michigan, I would be amenable to him

3   attending the final hearing by telephone if he doesn't

4   want to drive back.  And I can tell you, I will try to

5   accommodate him in any way I can.

6        THE COURT:  I know you will.  You already

7   have.

8        MS. STORY:  And, also, the order probably

9   needs to say that Ms. Fenton can execute any other

10   documents that need to be executed because he might

11   not be here to sign anything, that Mr. Anderson might

12   need signed.  So I would like to be able to put that

13   in the Order.

14        THE COURT:  All right.  Then if you'll

15   prepare the Order, that'll take care of us.  That's

16   what we're doing.  That's the Order of the Court.

17   Thank you very much.

18        (Proceedings were adjourned at 11:44 a.m.)

19

20

21

22

23

24

25

DESPITE MS. STORY'S PROMISE IN COURT ON 8/29/2019, TO HOLD COURT OVER THE PHONE - THEY REFUSED WITHOUT NOTICE!

https://rico.jefffenton.com/evidence/2019-10-21_fraudulent-final-affidavit-by-virginia-story.pdf        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**2019-10-07 GIFTS LEFT AT OUR HOME FOR MS. FENTON WITH NOTE**



# 2019-10-09 EMAIL FROM AUCTIONEER CONFIRMING MS. FENTON RECEIVED THE GIFTS, RATHER THAN SOMEONE ELSE TAKING,

AUCTIONEER PROMISED ME A HUD-1 "SETTLEMENT STATEMENT" WHICH I NEVER GOT

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Wednesday, October 9, 2019 6:42 PM
**To:** Jeff Fenton
**Subject:** Re: Closing | Utilities | Fully-Executed Settlement Statement
**Attachments:** image001.gif

Yes Fawn received all electronics and got them in her possession. I will have title company send you everything upon closing completion.
Sincerely,
Tommy Anderson

On Wed, Oct 9, 2019, 5:38 PM Jeff Fenton <jeff.fenton@live.com> wrote:

Hello Tommy,

Please let me know once the closing is completed, so that I can disconnect the utilities. They are all currently being billed to me, on my credit, and I need to minimize accruing debt, especially with zero proceeds from the sale, with which to pay any of my debts or expenses, while remaining unemployed.

Also, did you inform Fawn about the TV and Camera equipment at the house for her? Do you know if she has obtained that yet, or what her plan is? (I just want to ensure that Fawn gets the equipment, rather than the new buyer… he already got a good enough deal!)

Finally, I would like a scan of the fully executed HUD-1, emailed to me please, upon closing.

Thank you, sir.

Jeff Fenton

1986 Sunnyside Drive

Brentwood, TN 37027

1

# Tenn. R. Sup. Ct. 1.0

Rule 1.0 - TERMINOLOGY

**(a)** "Belief" or "believes" denotes that the person involved actually supposed the fact in question to be true. A person's belief may be inferred from circumstances.

**(b)** "Confirmed in writing," when used in reference to the informed consent of a person, denotes informed consent that is given in writing by the person or a writing that a lawyer promptly transmits to the person confirming an oral informed consent. See paragraph (e) for the definition of "informed consent." If it is not feasible to obtain or transmit the writing at the time the person gives informed consent, then the lawyer must obtain or transmit it within a reasonable time thereafter.

**(c)** "Firm" or "law firm" denotes a lawyer or lawyers in a law partnership, professional corporation, sole proprietorship or other association authorized to practice law; or lawyers employed in a legal services organization or the legal department of a corporation, government agency, or other organization.

**(d)** "Fraud" or "fraudulent" denotes an intentionally false or misleading statement of material fact, an intentional omission from a statement of fact of such additional information as would be necessary to make the statements made not materially misleading, and such other conduct by a person intended to deceive a person or tribunal with respect to a material issue in a proceeding or other matter.

**(e)** "Informed consent" denotes the agreement by a person to a proposed course of conduct after the lawyer has communicated adequate information and explanation about the material risks of and reasonably available alternatives to the proposed course of conduct.

**(f)** "Knowingly," "known," or "knows" denotes actual awareness of the fact in question. A person's knowledge may be inferred from circumstances.

**(g)** "Partner" denotes a partner in a law firm organized as a partnership or professional limited liability partnership, a shareholder in a law firm organized as a professional corporation, a member in a law firm organized as a professional limited liability company, or a sole practitioner who employs other lawyers or nonlawyers in connection with his or her practice.

**(h)** "Reasonable" or "reasonably," when used in relation to conduct by a lawyer, denotes the conduct of a reasonably prudent and competent lawyer.

**(i)** "Reasonable belief" or "reasonably believes" when used in reference to a lawyer, denotes that the lawyer believes the matter in question and that the circumstances are such that the belief is reasonable.

**(j)** "Reasonably should know," when used in reference to a lawyer, denotes that a lawyer of reasonable prudence and competence would ascertain the matter in question.

**(k)** "Screening" and "screened" denote the isolation of a lawyer from any participation in a matter through the timely imposition of procedures within a firm that are reasonably adequate under the circumstances to protect information that the isolated lawyer is obligated to protect under these Rules or other law.

**(l)** "Substantial" or "substantially," when used in reference to degree or extent, denotes a material matter of clear and weighty importance.



## Tenn. R. Sup. Ct. 3.3

### Rule 3.3 - Candor Toward the Tribunal

> BY LAW, any STATEMENTS or AFFIDAVITS written by a Lawyer, especially in an EX PARTE HEARING against a PRO SE LITIGANT, which FAILS to include ALL the MATERIAL FACTS KNOWN TO THE LAWYER, that will enable the tribunal to make an informed decision, whether or not the facts are adverse, constitute "FRAUD UPON THE COURT, BY OFFICER(S) OF THE COURT!"

**(a)** A lawyer shall not knowingly:

  **(1)** make a false statement of fact or law to a tribunal; or

  **(2)** fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel; or

  **(3)** in an ex parte proceeding, fail to inform the tribunal of all material facts known to the lawyer that will enable the tribunal to make an informed decision, whether or not the facts are adverse.

**(b)** A lawyer shall not offer evidence the lawyer knows to be false, except that a lawyer who represents a defendant in a criminal proceeding, and who has been denied permission to withdraw from the defendant's representation after compliance with paragraph (f), may allow the client to testify by way of an undirected narrative or take such other action as is necessary to honor the defendant's constitutional rights in connection with the proceeding.

**(c)** A lawyer shall not affirm the validity of, or otherwise use, any evidence the lawyer knows to be false.

**(d)** A lawyer may refuse to offer or use evidence, other than the testimony of a client who is a defendant in a criminal matter, that the lawyer reasonably believes is false, misleading, fraudulent or illegally obtained.

**(e)** If a lawyer knows that the lawyer's client intends to perpetrate a fraud upon the tribunal or otherwise commit an offense against the administration of justice in connection with the proceeding, including improper conduct toward a juror or a member of the jury pool, or comes to know, prior to the conclusion of the proceeding, that the client has, during the course of the lawyer's representation, perpetrated such a crime or fraud, the lawyer shall advise the client to refrain from, or to disclose or otherwise rectify, the crime or fraud and shall discuss with the client the consequences of the client's failure to do so.

**(f)** If a lawyer, after discussion with the client as required by paragraph (e), knows that the client still intends to perpetrate the crime or fraud, or refuses or is unable to disclose or otherwise rectify the crime or fraud, the lawyer shall seek permission of the tribunal to withdraw from the representation of the client and shall inform the tribunal, without further disclosure of information protected by RPC 1.6, that the lawyer's request to withdraw is required by the Rules of Professional Conduct.

**(g)** A lawyer who, prior to conclusion of the proceeding, comes to know that the lawyer has offered false tangible or documentary evidence shall withdraw or disaffirm such evidence without further disclosure of information protected by RPC 1.6.

**(h)** A lawyer who, prior to the conclusion of the proceeding, comes to know that a person other than the client has perpetrated a fraud upon the tribunal or otherwise committed an offense against the administration of justice in connection with the proceeding, and in which the lawyer's client was not implicated, shall promptly report the improper conduct to the

1

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

FAWN ████████ FENTON,      )
    Plaintiff/Wife,      )
                )
vs.      )      **No. 48419B**
                )
**JEFFREY RYAN FENTON,**      )
    Defendant/Husband.      )

2019 OCT 21  PM 3: 56

FILED FOR ENTRY 10/28/19

RECEIVED BY
Judges' Chambers
Date: 10-22-19 (2)

### FINAL DECREE OF DIVORCE

THIS CAUSE came on to be heard on the 21st day of October, 2019 before the Honorable

Michael W. Binkley, Judge, holding Court for the Chancery Court for Williamson County,

Tennessee, upon the Complaint for Divorce filed by Wife on June 4, 2019 of which Husband was

served on June 20, 2019. Husband has not filed an Answer and has had two attorneys both of

whom have withdrawn. The last attorneys, Marty Duke and Mitchell Miller, withdrew on

August 29, 2019 while Mr. Fenton was in open Court and Mr. Fenton stated that he wished to

proceed *Pro Se*. The Court informed Mr. Fenton of self-representation and Mr. Fenton confirmed

that this is how he wished to proceed. The Court set a Final Hearing date in the Order entered on

August 29, 2019. The Court finds, based upon the undisputed testimony of Wife, a witness for

Wife as to the grounds for the divorce, the exhibits introduced in this cause, and the record as a

whole, that the following shall be the Order of this Court.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Wife, **FAWN**

████████ **FENTON,** shall be granted an absolute divorce on the grounds of inappropriate

conduct. The parties' real property located at 1986 Sunnyside Drive, Brentwood, TN 37027 has a

contract pending for sale. Attached is the closing statement and print out from the Bankruptcy

Court as to the outstanding debt (**Exhibit 1**). There are no proceeds remaining to disburse. If for

any reason the property does not close under the current contract, then Wife shall be granted all

1

416

WE HAD NOT EVEN BEGUN DISCOVERY YET! MS. STORY HAD GRANTED EXTENSIONS BY AGREEMENT BETWEEN ATTORNEYS FOR DIVORCE ANSWER & COUNTER COMPLAINT TO BE DUE - WHILE SHE PRIORITIZED THE FORCED DEPRIVATION OF MY HOME, AUCTIONING MY BEAUTIFUL $500k BRENTWOOD HOME FOR $0! RENDERING ME HOMELESS! FORCED TO RELOCATE TO SURVIVE!

right, title and interest in and to said real property and shall take all necessary steps to ensure that Husband's name is not associated with the property or the debt. Wife may sign any and all documents to close the property if a subsequent buyer is obtained and any proceeds shall be awarded to Wife free and clear of claims of Husband. The parties have divided all personal property. Each party is awarded all personal property in their respective possession. Wife is in Bankruptcy which addresses her debt allocation and she will be responsible for all her indebtedness holding Husband harmless for the same.

It is further **ORDERED, ADJUDGED and DECREED** that Wife shall be solely responsible for all indebtedness in her name or incurred by her including her Bankruptcy. Husband shall be solely responsible for any and all debts in his name or that he has incurred holding Wife harmless for same. If Husband does not pay the creditors and they seek payments from Wife and she is forced to pay the same, then Wife shall be awarded a Judgment for any amounts she has to pay for which execution may issue.

Additionally, neither party shall contract any indebtedness on the credit of the other from and after the date of execution of this Agreement.

It is further **ORDERED, ADJUDGED and DECREED** that each party shall be awarded any banking, investment or retirement accounts in their respective names free and clear from the other party. All joint accounts have been closed. All right, title and interest of either party in and to any account or account balance awarded to the other party shall be, and is hereby, divested out of that party and vested absolutely in the other party.

It is further **ORDERED, ADJUDGED and DECREED** that the parties will file 2016 and 2019 taxes separately. Each party shall assume sole and separate responsibility for paying any taxes, penalties and/or interest which may hereafter be finally determined to be due as a result of

417

income earned and/or received by that party or losses or deductions taken with respect to that party's income during any year for which the parties file, or have filed, joint income tax returns. Further, each party shall hold the other party harmless from any liability for such incomes taxes, penalties and/or interest as may hereinafter be finally determined to be due as a result of that party's misreporting of previous income.

It is further **ORDERED, ADJUDGED and DECREED** that Wife shall be awarded the 2017 Toyota Prius (VIN: ███████████) titled in Wife's name free and clear of any claim by Husband. All right, title, and interest of Husband in and to said vehicle shall be, and is hereby, divested out of him and vested absolutely in Wife. Wife shall be, and is hereby, solely and separately responsible for any debt or liability associated with this vehicle as of the date of execution of this Agreement and shall indemnify and hold Husband harmless therefor. Each party shall be responsible for their own car expenses and insurance.

Husband shall be awarded the 2003 Buick LeSabre (VIN: ███████████) titled in Husband's name free and clear of any claim by Wife. All right, title and interest of Wife in and to said vehicle shall be, and is hereby, divested out of her and vested absolutely in Husband. Husband shall be, and is hereby, solely and separately responsible for any debt or liability associated with this vehicle as of the date of execution of this Agreement and shall indemnify and hold Wife harmless therefor. Husband shall be responsible for liability insurance on the 2003 Buick LeSabre and further agrees to remove Wife's name from any insurance policy regarding the same.

It is further **ORDERED, ADJUDGED and DECREED** that Wife is awarded a Judgment against Husband for all court costs incurred for which execution may issue. Attorney for Wife shall file her Affidavit for the Court of the communication from Husband that he did not wish to

3

418

contest the divorce and that he was present in Court on August 29, 2019 when the Final Hearing

was set to be heard.

ENTERED this _24th_ day of _October_ 2019.

_____
MICHAEL W. BINKLEY, JUDGE
Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**APPROVED FOR ENTRY:**

_____
VIRGINIA LEE STORY; BPR #11700
Attorney for Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via U.S. mail to **Jeffrey Ryan Fenton**, Husband *Pro Se*, at 17195 Silver Parkway, #150, Fenton, MI 48430 this 21st day of October, 2019.

_____
VIRGINIA LEE STORY

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to **Virginia Lee Story**, Attorney for Wife, at the above address, and to **Jeffrey Ryan Fenton**, Husband *Pro Se*, at 17195 Silver Parkway, #150, Fenton, MI 48430 this 30th day of Nov , 2019.

_____
CLERK

**TAKING MY HOME without DUE PROCESS! Chasing me out with the WCSO! Leaving me without food or shelter! Denying my 250-PAGES of TESTIMONY with CLEAR PROOF the CHARGES were ALL FRAUDULENT! WHILE $10k of my PERSONAL PROPERTY WAS STOLEN! As they Ordered a FRAUDULENT "OP" Against ME! BREAKING EVERY SINGLE OATH OF OFFICE - I've NEVER even been ARRESTED! NO NOTICE or WARNING! NO "MOTION FOR DEFAULT JUDGMENT"! OUTRAGEOUS!**

4

41.9

**IT IS COMPLETELY UNREASONABLE TO VIEW MY NOTE LEFT WIFE AND CONCLUDE I FORFEIT CASE - WITHOUT ACTIONS BEING DROPPED, AS IS CLEARLY STATED! ALSO THAT I WOULD FILE A 250-PAGE REPONSE TO BE HEARD! 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law, 18 U.S.C. § 241 - Conspiracy Against Rights, 18 U.S.C. Chapter 96—Racketeer Influenced and Corrupt Organizations, 42 U.S.C. § 3631 - Criminal Interference with Right to Fair Housing, 42 U.S.C. § 14141 - Pattern and Practice**

**From:** Charles M. Duke <marty@mdukelaw.com>
**Sent:** Monday, August 5, 2019 5:39 PM
**To:** Jeff Fenton
**Cc:** Mitchell Miller <mitchell@schafferlawfirmtn.com>
**Subject:** RE: Fenton v. Fenton

Jeff:

There is no definite date certain by which I agreed with Ms. Story to file an Answer & Counter-Complaint. However, until there is an Order entered relieving us as counsel in this matter, you should not file anything pro se.

Thanks. have a good evening.
Marty

**From:** Jeff Fenton
**Sent:** Monday, August 05, 2019 5:36 PM
**To:** Charles M. Duke
**Cc:** Mitchell Miller
**Subject:** RE: Fenton v. Fenton

Thanks Marty.

Can you simply inform me of any critical dates which I need to self-represent by, as I can not afford further representation:

For example, when did you get the ANSWER & COUNTER COMPLAINT extended to?

Any other time critical dates would be greatly appreciated.

Thanks.

**JEFF FENTON**
**METICULOUS.TECH**
(615) 837-1300 OFFICE
(615) 837-1301 MOBILE
(615) 837-1302 FAX

TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

PROOF THAT I NEVER "DEFAULTED" ON FILING MY "DIVORCE ANSWER & COUNTER COMPLAINT" AS THEY FRAUDULENTLY ACTED!



Fenton 19-02693: sale motion complaint  -  Message (HTML)

File    Message    Add-ins    Help    Acrobat    ♀    Tell me what you want to do

💾 Save    ↺ Undo    ↻ Redo    ↑ Previous Item    ↓ Next Item    🗐 Print Preview    ▽

### Fenton 19-02693: sale motion complaint

**SM**    Seliber, Megan (USTP) <Megan.Seliber@usdoj.gov>    ↩ Reply    ↩ Reply All    → Forward    •••
To  Jeff Fenton                                                                          Tue 3/15/2022 6:08 PM

📄 fenton 319-02693 deed.pdf ⌄
   247 KB

> This email is from the **USTP Trial Attorney in Nashville** who was **Assigned to
> Research my BANKRUPTCY FRAUD COMPLAINT** by Region 8 Acting United
> States Trustee, **Paul A. Randolph, who is over Tennessee and Kentucky.** Mr.
> Randolph is who I contacted to **REPORT BANKRUPTCY FRAUD** and **to seek
> information to help me understand what VIOLATIONS were made by whom.**

Mr. Fenton,

I further investigated your complaint that you were not given notice of the motion to
sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did
not receive notice. ~~Because Judge Binkley gave your ex-wife the power to close the sale
in family court, it does not appear that any objection in bankruptcy court would have
been availing even if you had been given notice.~~  For your records, I've attached the
warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further,
~~I believe that because the family court had dual jurisdiction over the property,~~ you will
need to seek any further remedy in state court.  ~~As the property has already been sold to
a third-party purchaser, it is also unclear if any remedies would be available.~~

This concludes my investigation into your complaint.

Best,



**Megan Seliber**
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 695-4060

> Ms. Seliber ACTS like she is HELPING ME, but she really isn't. She does confirm that the
> Bankruptcy Court failed to provide me NOTICE about my Ex-wife's Secret Bankruptcy and the
> THREAT to MY HOME, but then she lies to me, provides me with misinformation, and plays
> the blame game, between Federal and State Courts being responsible for my damages.

| THIS INSTRUMENT WAS PREPARED BY | STATE OF TENNESSEE |
|---|---|
| Bankers Title & Escrow Corp.<br>5107 Maryland Way, Ste. 115<br>Brentwood, TN 37027<br>P19-10267A-BW | COUNTY OF _Williamson_<br>THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER<br>IS GREATER, FOR THIS TRANSFER IS $ 324,360.00<br><br>SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE 29 DAY<br>OF _October_ 2019<br><br>MY COMMISSION EXPIRES: 11/3/20<br>Notary Public |

*Samuel F. Anderson — State of Tennessee Notary Public, Davidson County (seal)*

# WARRANTY DEED

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| GL Properties, LLC | GL Properties, LLC | |
| 1986 Sunnyside Drive | 101 Creekside Crossing 01700195 | 013J-A-035.00-000 |
| Brentwood, TN 37027 | Brentwood, TN 37027 | |
| (CITY)      (STATE)      (ZIP) | (CITY)      (STATE)      (ZIP) | |

FOR AND CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID BY THE HEREINAFTER NAMED GRANTEES, AND OTHER GOOD AND VALUABLE CONSIDERATIONS, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, WE, Fawn ■ Fenton

HEREINAFTER CALLED THE GRANTORS, HAVE BARGAINED AND SOLD, AND BY THESE PRESENTS DO TRANSFER AND CONVEY UNTO GL Properties, LLC, a Tennessee limited liability company

HEREINAFTER CALLED THE GRANTEES, THEIR HEIRS AND ASSIGNS, A CERTAIN TRACT OR PARCEL OF LAND IN WILLIAMSON COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS, TO-WIT:

> Land in Williamson County, Tennessee, being Lot No. 29 on the Plan of Section 3, Sunny Side Estates of record in Plat Book 5, Page 67 as amended in Book 330, Page 844, in the Register's Office for Williamson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property

> Said Lot No. 29 fronts 150.00 feet on the Southwesterly margin of Sunny Side Drive and extends back 433.83 feet on the Northwesterly line and 401.46 feet on the Southeasterly line to a broken line in the rear, measuring 159.22 feet thereon.

> Being the same property conveyed to Jeffrey R. Fenton and wife, Fawn ■ Fenton by Warranty deed from Mangel Jerome Terrell and wife, Colette Keyser of record in Book 5313, page 452, Register's Office for Williamson County, Tennessee, dated April 29, 2011 and recorded on May 12, 2011.

> Being the same property conveyed to Fawn ■ Fenton by Quitclaim deed from Jeffrey R. Fenton of record in Book 6541, page 771, Register's Office for Williamson County, Tennessee, dated August 18, 2015 and recorded on August 20, 2015.

> Being the same property conveyed to Jeffrey R. Fenton and wife, Fawn ■ Fenton by Quitclaim deed from Fawn ■ Fenton of record in Book 7314, page 759, Register's Office for Williamson County, Tennessee, dated August 21, 2015 and recorded on March 13, 2018 and Scriveners Affidavit recorded in Book 7354, Page 915. Fawn ■ Fenton was granted authority to sign this deed and convey this property without husband's signature in Orders dated August 29, 2019, and October 10, 2019, in Case No. 48419B Chancery Court of Williamson County, Tennessee.

---

Case No. 48419B in Chancery Court of Williamson County, Tennessee was entirely **"fraud on the court(s) by officers of the court(s),"** with fraudulent, forged and falsified government records, at the hands of Attorney Virginia Lee Story, under the oversight of Judge Michael Weimar Binkley.

This was illegal and constitutes **real estate fraud:** The chancery court unlawfully usurped—or the bankruptcy court unlawfully abdicated— jurisdiction over the marital home, in violation of **28 U.S. Code § 1334(e)(1),** which states: **"The district court in which a case under title 11 is commenced or is pending shall have exclusive jurisdiction—of all the property, wherever located, of the debtor as of the commencement of such case, and of property of the estate."**

Binkley and Story executed this RICO conspiracy against rights and property to **rob husband** of his highly desirable **Brentwood marital residence** without equal or due process of law. The case was **"fixed"** before the divorce was filed, at least **97-days** before husband's first "hearing". The fraudulent bankruptcy was filed by wife's counsel, in collusion with Story, **39-days** before any action was filed in the state courts, giving the federal courts both *original* and *exclusive* jurisdiction.

The state courts were specifically **prohibited** from exercising jurisdiction over their marital residence, because it was a part of a "federal bankruptcy estate". That property was also "core" to the bankruptcy, and was in fact one of the primary reasons that Ms. Fenton's counsel filed the fraudulent bankruptcy action.

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my hand this the <u>29th day of October, 2019.</u>



Fawn  Fenton

---

The Bankruptcy Court could not compel the sale of the marital residence, because the "benefit to the [bankruptcy] estate" **could not** "outweigh the detriment" to husband, as REQUIRED in 11 U.S.C. § 363(h)(3) "the benefit to the estate of a sale of such property free of the interests of co-owners outweighs the detriment, if any, to such co-owners". (Chancery liquidated it for the amount of the mortgages plus auction fees & closing costs.)

---

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named Fawn  Fenton the bargainor, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence to be the within named bargainor, and who acknowledged that she executed the within instrument for the purposes therein contained.

Witness my hand and official seal this the <u>29th day of October, 2019.</u>

My Commission expires: _____11/3/20_____          _____
                                                                                        Notary Public

---

Husband was lawfully in possession of the property and had two lawful tenants/roommates, with federally protected leasehold property interests, which under the circumstances could not be lawfully severed. Per bankruptcy Rule #7001, the bankruptcy Trustee was required to provide Mr. Fenton and his two lawful tenants/roommates with "adversarial proceedings" (or notice by which they could initiate such) including notices and hearings in federal bankruptcy or district court (which never happened), specifically not in state court, since the marital residence was "core" to the bankruptcy action and predated any fillings in state courts. The federal courts were required to determine each party's lawful property interests before any property could be taken or sold in conjunction with the bankruptcy, while they were also required by the bankruptcy code to provide each of their interests with "adequate protection"; all which were illegally circumvented by a conspiracy with Story/Binkley, to unlawfully exercise jurisdiction and force the auction, before discovery even began, through the Chancery Court.

---

Binkley and Story **liquidated** the property for exactly what was owed on the mortgages plus auctioning fees & closing costs. According to bankruptcy guidelines and definitions, the forced auction was of absolutely ZERO "benefit to the [bankruptcy] estate", because it failed to produce ANY proceeds toward paying Ms. Fenton's **unsecure debts**. While rendering Mr. Fenton **instantly homeless**, terminating his only stream of income in that moment (tenant rents), due to the misconduct by the courts and counsel, **leaving him no shelter or means to simply survive**.

Mr. and Ms. Fenton lost $250,000 they had invested into their beautiful **Brentwood** home, the sum total of both their life's savings and premarital retirement investments, the moment the **illegally** court ordered **auction** by Binkley & Story closed.



BK: 7790 PG: 959-960
19045384
3 PGS.AL-DEED
625604
10/30/2019 - 09:50 AM
BATCH                                    625604
MORTGAGE TAX                       0.00
TRANSFER TAX                    1200.13
RECORDING FEE                      10.00
DP FEE                                      2.00
REGISTER'S FEE                       1.00
TOTAL AMOUNT                   1213.13
STATE OF TENNESSEE, WILLIAMSON COUNTY
SHERRY ANDERSON

All other matters are reserved pending further Orders of this Court.

ENTERED on this 29ᵗʰ day of August 2019.

MICHAEL W. BINKLEY, JUDGE

APPROVED FOR ENTRY:

Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

VIRGINIA LEE STORY; BPR #11700
Attorney for Plaintiff/Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this 29ᵗʰ day of August, 2019.

VIRGINIA LEE STORY

## CLERK'S CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at their respective addresses, on this 21 day of August, 2019.

CLERK



BK: 7790 PG: 956-958
19045383
3 PGS:AL-ORDER
625604
10/30/2019 - 09:50 AM
BATCH                    625604
MORTGAGE TAX               0.00
TRANSFER TAX               0.00
RECORDING FEE             15.00
DP FEE                     2.00
REGISTER'S FEE             0.00
TOTAL AMOUNT              17.00
STATE OF TENNESSEE, WILLIAMSON COUNTY
SHERRY ANDERSON
REGISTER OF DEEDS

3

RECEIVED BY
Judge Chambers
Date 8-29-19ca

**R.v3 (381-383)**

### IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

| | | |
|---|---|---|
| **FAWN ▭ FENTON,** | ) | 2019 AUG 29 PM 2: 34 |
| Plaintiff/Wife, | ) | |
| | ) | FILED FOR ENTRY 8-29-19 |
| **vs.** | ) | **No. 48419B** |
| | ) | |
| **JEFFREY RYAN FENTON,** | ) | |
| Defendant/Husband. | ) | |

<u>**ORDER FROM AUGUST 29, 2019 HEARING**</u>

<u>**EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING,
RESETTING MOTION FOR VIOLATION OF ORDER OF PROTECTION, WAIVING
MEDIATION AND SETTING FINAL HEARING, ORDER TO VACATE AND ORDER
ALLOWING WIFE TO SIGN ALL NECESSARY CONTRACTS TO COMPLETE THE
SALE OF THE MARITAL HOME AND CLOSING**</u>

This matter came on to be heard on the 29th day of August, 2019 before the Honorable

Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County,

Tennessee, upon Wife's Motion for Violation of Ex Parte Order of Protection and for Date Certain

for Walk Through of House and Motion for Scheduling Order.  It appearing to the Court based

upon arguments of counsel, statements of Husband representing himself Pro Se, and the record as

a whole that the following shall be the Order of this Court.

FYI... my opposing counsel (Virginia Story) WROTE this "Order". This does NOT match "the record as a whole". Please compare the 8/1 & 8/29 Transcripts!

It is therefore **ORDERED, ADJUDGED and DECREED** that the Husband was again

advised of the risks of proceeding Pro Se and that he is required to comply with the rules just as

<u>No Choice! Court Deprived Husband of ALL HIS Assets & Income! Deemed "uncollectible" once house was gone!</u>

an attorney is required.  Husband acknowledged that he understood and wishes to proceed Pro Se.

The Motion for Violation of the Order of Protection will be continued pending further Orders of

The "OP" meant NOTHING but LEVERAGE! ALL they wanted was MY HOUSE and ME OUT of it!

the Court as Husband had filed a very lengthy response on the morning of the hearing being

The alleged "Order of Protection" was just used (and still is) for EXTORTION, to BIND and SILENCE me!

August 29, 2019.  The Motion for Violation of the Order of Protection will be reset with the Final

Hearing in this cause set for October 21, 2019 at 9:00 a.m.  The Motion for Scheduling Order and

I understood the term "the Final Hearing in this cause" to be referring to the issues WE had DISCUSSED to date,

to Waive Mediation in this cause is appropriate and the same is granted.  the results of our Auction & "OP".

<u>AT NO TIME did I understand this to involve the END of our DIVORCE</u>, as we hadn't even BEGUN DISCOVERY
yet, which I spent over an hour on the phone with my last counsel to learn how to navigate myself. (Call is recorded as
proof!) PLUS Attorney Story had granted my Counsel an EXTENTION (which I have evidence of) on filing the "Divorce
Answer and Counter Complaint", so that she could focus on her primary agenda, **which was TAKING MY HOUSE!**