CLOSED, CONVERTED, MEANSYES, DISCH(D)

**U.S. Bankruptcy Court**
MIDDLE DISTRICT OF TENNESSEE (Nashville)
Bankruptcy Petition #: 3:19-bk-02693

APPENDIX 10-1

Date filed: 04/26/2019
Date converted: 12/06/2019
Date terminated: 03/01/2021
Debtor discharged: 04/15/2020
341 meeting: 01/06/2020
Deadline for objecting to discharge: 03/06/2020
Deadline for financial mgmt. course: 07/26/2019

Assigned to: Charles M Walker
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

Debtor disposition: Standard Discharge

**Debtor**
Fawn ▉ Fenton
▉▉▉▉▉▉▉▉▉▉
Brentwood, TN 37027
DAVIDSON-TN
SSN / ITIN: xxx-xx-20▉
▉▉▉▉▉▉▉▉▉▉

represented by **MARY ELIZABETH AUSBROOKS**
ROTHSCHILD & AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926
615-242-3996
Email: marybeth@rothschildbklaw.com

**MARY ELIZABETH AUSBROOKS**
(See above for address)

**Alexander S. Koval**
Rothschild & Ausbrooks, PLLC
1222 16th Ave. S.
Suite 12
Nashville, TN 37212
615 242 3996
Fax : 615 242 2003
*TERMINATED: 10/04/2019*

**Trustee**
**HENRY EDWARD HILDEBRAND, III**
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019
615 244-1101
*TERMINATED: 12/06/2019*

**Trustee**
**JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C. McLEMORE, PLLC
2000 RICHARD JONES RD., STE. 250
NASHVILLE, TN 37215
615 383-9495

represented by **JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C.
McLEMORE
2000 RICHA▉
250
NASHVILL▉
615 383-949▉


PLAINTIFF'S EXHIBIT A