



The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

Vol 1
Appendix 13-1

# TECHNICAL RECORD

TR-5
TE-1

NO. 48419B
COA NO. M2019-02059-COA-R3-CV

**FILED**
JUN 1 5 2020
Clerk of the Appellate Courts
Rec'd By _____

**APPPEALED FROM**
CHANCERY COURT
AT FRANKLIN TENNESSEE
MICHAEL W. BINKLEY CHANCELLOR
ELAINE B. BEELER, CHANCERY COURT CLERK

**IN THE CASE OF**
FAWN ▮▮▮▮ FENTON
VS.
JEFFREY RYAN FENTON

**TO THE**
APPEALS COURT
NASHVILLE TENNESSEE

VIRGINIA L. STORY
135 FOURTH AVE. SOUTH
FRANKLIN, TN 37064
**ATTORNEY FOR APPELLEE**

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI 48430
**PRO SE APPELLANT**

FILED 31ST DAY OF MARCH 2020.

CHANCERY COURT                               _____ CLERK
NO. 48419B             Sara B McKinney        DEP. CLERK


PLAINTIFF'S EXHIBIT B



| FILED/ENTERED DATE | INDEX | PAGE |
|---|---|---|
| 6/4/19 | COMPLAINT FOR DIVORCE | 1-4 |
| 6/4/19 | TEMPORARY RESTRAINING ORDER | 5 |
| 6/11/19 | AFFIDAVIT OF LORI POLK | 6-8 |
| 6/20/19 | PETITION FOR ORDER OF PROTECTION AND ORDER FOR HEARING | 9-29 |
| 6/20/19 | TEMPORARY ORDER OF PROTECTION | 30-32 |
| 6/20/19 | MOTION TO DEEM HUSBAND SERVED | 33-40 |
| 7/17/19 | MOTION TO SELL THE MARITAL RESIDENCE | 41-44 |
| 7/29/19 | HUSBAND'S RESPONSE TO WIFE'S MOTION TO SELL MARITAL RESIDENCE | 45-106 |
| 8/13/19 | ORDER EXTENDING EX-PARTE/TEMPORARY ORDER OF PROTECTION | 107-109 |
| 8/14/19 | EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING AND ORDER GRANTING MOTION TO SELL MARITAL RESIDENCE BY AUCTION | 110-112 |
| 8/15/19 | MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 113-118 |
| 8/29/19 | HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF HOUSE AND MOTION FOR SCHEDULING ORDER | 119-380 |
| 8/29/19 | ORDER/EXTEND ORDER OF PROTECTION, RESET MOTION, WAIVE MEDIATION, SET FINAL HEARING, ETC. | 381-383 |
| 8/29/19 | ORDER EXTENDING EX PARTE/TEMPORARY ORDER OF PROTECTION | 384-386 |
| 9/20/19 | PROTECTED INCOME AND ASSETS | 387-391 |
| 9/26/19 | MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE | 392-399 |
| 10/10/19 | NOTICE OF FILING/ORDER ENTERED BY THE U.S. BANKRUPTCY COURT | 400-402 |
| 10/10/19 | ORDER/MOTION TO SELL REMAINING CONTENTS OF THE MARITAL RESIDENCE | 403-404 |
| 10/21/19 | ORDER OF PROTECTION | 405-410 |
| 10/21/19 | AFFIDAVIT OF VIRGINIA LEE STORY | 411-415 |
| 10/28/19 | FINAL DECREE OF DIVORCE | 416-423 |
| 11/20/19 | NOTICE OF APPEAL | 424-425 |
| 2/18/20 | NOTICE OF FILING/TRANSCRIPT | 426 |
| 2/18/20 | DEFENDANT'S RESPONSE TO NOTICE OF FAILURE TO COMPLY WITH T.R.A.P. RULE 24, RESPONSE TO MOTION TO DISMISS, AND RESPONSE TO ADMINISTRATIVE ORDER BY THE COURT OF APPEALS | 427-709 |

PLAINTIFF'S EXHIBIT **B-1**