**Residential**

. LS No. **1220084**

| | | |
|---|---|---|
| Status **Closed** | Area **10** | List Price **$360,000** |
| Type **Site Built** | Er/Ea **Exc. Right to Sell** | Media |
| Address **1986 Sunnyside Dr** | City **Brentwood** | Zip **37027** |
| County **Williamson** | Sub/Dev **Sunny Side** | MLS Map |
| Lot Number | Tax ID **013J A 035.00** | Deed Book/Page **4743/715** |

Directions **FROM NASHVILLE*SOUTH ON HILLSBORO RD**, LEFT ON SUNNYSIDE DR, 1986 IS ON THE RIGHT

## General Information

| | | |
|---|---|---|
| Style **Ranch** | Stories **1.00** | Year Built **1977 / Approximate** |
| Acres **1.470** | Acreage Source | Completion |
| Total Rooms **9** | Size **150.0 x 434.0** | Assoc Fee **$ /mo** |
| Constr **All Brick / Wood** | Lot **Wooded** | Basement **Partial / Unfinished** |
| Driveway **Aggregate** | Floors **Carpet / Finished Wood / Tile /** | Garage **2 / Attached - SIDE** |
| Community Amenities | Waterfront / | Roof **Composition Shingle** |

## Rooms and Dimension Information

| | | |
|---|---|---|
| Liv **15X13 / Formal** | Rec **25X33 / Over Garage** | Bed 1 **15X13 / Full Bath** |
| Din **13X12 / Formal** | Hobby / | Bed 2 **12X11 /** |
| Kit **15X12 / Eat-In** | Other / | Bed 3 **13X13 /** |
| Den **19X13 / Fireplace** | Other / | Bed 4 **12X11 /** |

| | Bedrooms | Full Baths | Half Baths | Finished Square Feet (est) | | |
|---|---|---|---|---|---|---|
| Main | 4 | 2 | 1 | Main | 2579 | Est. SqFt. Source |
| Other | 0 | 0 | 0 | Second | | **Tax Record** |
| | | | | Third | | |
| Total | 4 | 2 | 1 | Basement | | Total 2579 |

## Office and Showing Information

Show **Call Showing Center**    Owner Name                                    Open House
Agent **John Taylor** (Ph: 615-794-0833 ext 6035)
Listing Office **Zeitlin & Co., Realtors** (Ph: (615) 794-0833)      CoList Agent  (Ph: )
Appt Phone **(615) 327-0101**    Subagency **0**                  CoList Office  (Ph: )
                                                Buyer Broker **3**        Facilitator **3**

Remarks: **ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN**

## Schools and Utilities

| | | | |
|---|---|---|---|
| Elem1 **Grassland Elementary** | Elem2 | Middle/JR **Grassland Middle School** | High **Franklin High School** |
| Water **City Water** | Sewer **Septic Tank** | Cool **Electric / Central** | Heat **Gas / Central** |

## Features

| Appliances | Interior Features | Exterior Features | Miscellaneous |
|---|---|---|---|
| Range **Cooktop / Electric** | Firepl **1** | Fence | Handicap |
| Oven **Double Oven / Electric** | Drapes | Patio/Deck **Deck** | Energy **Storm Doors / Storm Windows /** |
| | Master Bath **Sep. Shower/Tub / Ceramic** | Pool | Green Cert |
| Other **Dishwasher** | Other **Ceiling Fan / Extra Closets / Utility Connection /** | Other **Garage Door Opener** | Other **Cable TV** |

## Financing and Taxes

Acceptable Buyer Financing **FHA / Other / VA /**                        Taxes **$1,461**

## MLS Information

Photo **None**    List Date **Sep 27 2010**              Poss **Date of Deed**
Realtor Remarks: **BUYER OR BUYER AGENT TO VERIFY SCHOOL ZONING AND ANY OTHER PERTINENT INFORMATION**

## Comparable Information

| | | |
|---|---|---|
| Sales Agent **Jeff Fenton** | Co-Sales Agent | Days On Mkt **205** |
| Sales Office **Benchmark Realty, LLC** | Co-Sales Office | Presale **No** |
| Seller Participation **4000** | Closing Date **4/29/2011** | Orig. List Price **$360,000** |
| Terms **Conventional** | Pending Date **4/20/2011** | Sales Price **$350,000** |

Requested by: **Jeff Fenton**

*Information believed to be accurate but not guaranteed. Buyers should independently verify all information prior to submitting any offer to purchase*



PLAINTIFF'S EXHIBIT

C



**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Wednesday, September 24, 2014 4:24 PM |
| **To:** | Kim Hollingshead |
| **Cc:** | Fawn Fenton |
| **Subject:** | RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety? |
| **Attachments:** | Sunnyside Deed of Trust - Executed.pdf |

Hello Kim!

It has been a while!

It has been recommended to Fawn and I, for liability purposes, that we hold title to our home as **"Tenancy by the Entirety"**.

I know very little about this, but here is an explanation that I found online:

> **Tenancy by the Entirety**: a special form of joint tenancy when the joint tenants are husband and wife -- with each owning one-half.  Neither spouse can sell the property without the consent of the other. Words in the deed such as "Bill and Mary, husband and wife as tenancy in the entirety" establish title in tenancy by the entireties.  This form of ownership is not available in all states. (http://jtlehmanlaw.com/lawyer/Nashville-TN_fq314.htm)

Can you please tell me how our title is held currently at 1986 Sunnyside Drive, Brentwood, 37027? (You facilitated our closing.) I have a copy of our Deed of Trust (attached), but I can't figure out if this is titled as "Tenants in Common", "Joint Tenancy", or "Tenancy by the Entirety".

Is there a document that you can provide me which shows exactly how our property is titled?

Thanks for your help with this!

## Jeff Fenton

**Meticulous Marketing LLC**
(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

**When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.



PLAINTIFF'S EXHIBIT
**C-1**

1

**Jeff Fenton**

| | |
|---|---|
| **From:** | Kim Hollingshead <Kim@TouchstoneTitleTN.com> |
| **Sent:** | Wednesday, September 24, 2014 4:42 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Fawn Fenton |
| **Subject:** | RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety? |

And wife

**Subject:** RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety?

Can you please explain to me how "Tenancy by the Entirety" is specified/differentiated on this document?

Thanks again!

**Jeff Fenton**

**From:** Kim Hollingshead
**Sent:** Wednesday, September 24, 2014 3:31 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnyside Drive, Brentwood | Tenancy by the Entirety?

Jeff, please see attached. Title is currently vested as Tenancy by the Entirety.

*Kimberly K. Hollingshead, Esq.*

President
Touchstone Title& Escrow, LLC
318 Seaboard Lane, Suite 114
Franklin, TN 37067
Office: (615) 371-2299
Email: Kim@TouchstoneTitleTN.com
Website:  www.TouchstoneTitleTN.com
*****************************************************

*Our number one goal is to ensure that you are satisfied with our services. If you have any questions or concerns on this closing, or have suggestions on how we can make your next interaction with us even better, please e-mail me.*

**NOTICE:** YOU ARE NOT AUTHORIZED TO FORWARD THIS EMAIL TO ANYONE.  This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee.  If the reader of this message is not the ̶ notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly pro ̶ waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contain ̶ have received this message in error, please notify the sender immediately by telephone (615-371-2299) or by electronic ma ̶ delete this message and all copies and backups thereof.  Thank you.

PLAINTIFF'S
EXHIBIT
**C-2**

1



## 31.1  TENANCY BY THE ENTIRETY

When real property is acquired by individuals who are husband and wife at the time of the conveyance, then title is jointly held as an indivisible whole with right of survivorship unless the granting instrument expressly states that title is not to be held as a Tenancy by the Entirety. Upon divorce, a Tenancy by the Entirety is destroyed and absent some decree by the Divorce Court, the interest of the former spouses is converted into a Tenancy in Common with each owning a one-half interest.

## 31.2  TENANTS IN COMMON

When real property is acquired by two or more individuals who are not married at the time of the conveyance, or a Tenancy by the Entirety is destroyed through a divorce, title is held as Tenants in Common. In cases where the property is owned by Tenants in Common, each owner has a certain defined share in the property. Unless the instrument states otherwise, when there are two owners, each will automatically be presumed to own one-half each; if three, a third each, and so on. However, the shares between Tenants in Common do not need to be equal. The parties can decide what share of the property belongs to each owner. For example, if two individuals named Sam and Mark buy a property together, but if Sam contributes more to the purchase price than Mark, this could be reflected in the respective shares each acquires in the property. The deed into these individuals could state that Sam receives 70% interest in the property and Mark is entitled to 30%. The important point is that each of the Tenants in Common owners always owns his or her share of the property, and is only entitled to that same percentage of the sale proceeds. For example, if Sam dies, then his share of the property will be administrated as part of Sam's estate. Mark will continue to own his 30% after Sam's death. Unlike in a Joint Tenancy with a Right of Survivorship, it does not automatically pass to Mark.

When property is held as Tenants in Common, each of the individuals have a right to enter the common estate and take possession of the whole, subject to the equal right of the co-tenants to share in possession of the whole; and one co tenant's occupation or possession of the property can never be deemed adverse to the other co-tenants.

Copyright 2012 Tennessee Land Title Association

Page 324

**PLAINTIFF'S EXHIBIT**
**C-3**