

**WARRANTY DEED**

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS **$350,000.00**

_____
Affiant

Subscribed and sworn to before me, this 29th day of April, 2011.

_Angela P. Batson_
Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

> LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.
>
> Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: **1986 Sunnyside Drive, Brentwood, Tennessee  37027**

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever.  Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_Mangel Jerome Terrell_  _Colette Keyser_
Mangel Jerome Terrell                                        Colette Keyser

**PLAINTIFF'S EXHIBIT D**



STATE OF TENNESSEE
COUNTY OF WILLIAMSON

    Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

    Witness my hand and official seal at office at Brentwood, Tennessee, ==on this the 29th day of April, 2011.==

                                                    _____
                                                  Notary Public

My Commission Expires: 9/3/2012

[Notary Seal: JUDY S. WELLS, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN]

**[Handwritten annotation in red:]** This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.

**PLAINTIFF'S EXHIBIT D-1**

Book 5313 Page 454

Certificate of Authenticity

```
BK/PG:5313/452-454
       11015616
3 PGS : DEED
KAREN OWENS    214724 - 11015616
05/12/2011 - 02:16 PM
VALUE                   350000.00
MORTGAGE TAX                 0.00
TRANSFER TAX             1295.00
RECORDING FEE              15.00
DP FEE                      2.00
REGISTER'S FEE              1.00
TOTAL AMOUNT             1313.00
STATE of TENNESSEE, WILLIAMSON COUNTY
           SADIE WADE
        REGISTER OF DEEDS
```

I, __Kimberly Hollingshead__, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of __Tennessee__
County of __Williamson__

Personally appeared before me, __The Undersigned__, a notary public for this county and state, __Kim Hollingshead__ who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: __1/9/12__

[Notary Seal: THOMAS L. SEALY, NOTARY PUBLIC AT LARGE, DAVIDSON COUNTY, TENNESSEE]

PLAINTIFF'S EXHIBIT D-2