



**Elite Roofing Company**
1048 Jefferson Street
Nashville, TN 37208
615-259-0774

**Company Representative:**
Andrew Klope
aklope@eliteroofingofnashville.com

**Customer Info:**
Customer No: 1195
Fenton, Fawn
1986 Sunnyside Dr
Brentwood, TN 37027
(615) 333-7377 Cell

## HD Lifetime

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Remove Tear off, haul and dispose of comp. existing shingles - | 31.5 | SQ | $30.00 | $945.00 |
| Replace GAF HD "Timberline Cool" color "Cool Barkwood" HD shingle rfg. - w/out felt | 35 | SQ | $135.00 | $4,725.00 |
| Replace GAF Deck Armor | 4 | SQ | $213.00 | $852.00 |
| Replace Starter shingles | 258 | LF | $3.25 | $838.50 |
| Replace Timbertex | 267 | LF | $2.00 | $534.00 |
| R & R Drip edge | 260 | LF | $1.80 | $468.00 |
| R & R Timbertex Continuous ridge vent, shingle-over style | 45 | LF | $6.50 | $292.50 |
| R & R Chimney Counter flashing, large, Copper | 1 | EA | $650.00 | $650.00 |
| R & R Flashing, pipe jack | 6 | EA | $15.00 | $90.00 |
| R & R Gaf Storm Guard Leak Barrier | 1220 | LF | $2.50 | $3,050.00 |
| Install Cricket 60" wide | 1 | sft | $250.00 | $250.00 |
| RR Install Insulation baffles | 82 | lft | $8.00 | $656.00 |
| Clean & Paint Clean and Paint Existing Eave Vents | 30 | pcs | $15.00 | $450.00 |
| R & R Sheathing, plywood, 5/8", treated | 3150 | SF | $2.15 | $6,772.50 |
| Solatube Brighten Up 160 ds installed Solatube Brighten Up 160 ds, installed | 2 | 1 | $675.00 | $1,350.00 |
| Attic Access Install Louisville Ladder 22.5"x54" Aluminum attic access ladder, 350# load, includes ladder and all labor | 1 | | $635.00 | $635.00 |
| SYSTEM PLUS WARRANTY GAF SYSTEM PLUS LIFETIME WARRANTY. Covers your entire roof system Non - prorated coverage up to 50 Years Cost of installation labor included up to lifetime. | 1 | EA | $70.00 | $70.00 |
| Install Vents Install GAF Green Machine Dual Power Solar-Electric Vents | 3 | | $590.00 | $1,770.00 |
| Install Vents Install GAF Green Machine Solar Powered Vent | 1 | | $485.00 | $485.00 |
| Paint Vents Paint Solar vents to match roof | 4 | | $60.00 | $240.00 |

Total for all sections: 25,123.50

Estimate Total: **$25,123.50**

Note: Due to the change in costs to material this proposal is good for 30-days only

ACCEPTANCE OF THIS PROPOSAL: I have read this document thoroughly and find the above or attached prices and specification satisfactory. I recognize this as a legal binding contract, and I agree to pay the contract price in full on completion of the job as described unless other terms are stated. If payment is not made within time prescribed, I further agree to pay all collections cost and/ or expenses including attorney's fee. I affirm each and every term and fully expect the parties to this contract to abide by the terms here including attorney's fee.

Pay Schedule: Fifty percent (50%) is due to begin work, and the balance is due upon completion of the job. The final payment must be received within ten (10) business days of the acceptance of the certificate of [illegible] the final payment is not received within this period, an interest charge of one percent (1%) of the cont[illegible] added to the final invoice amount.

Insufficient Funds: Any customer who has a check returned for insufficient funds will be respo[illegible] in addition to a service charge of $20.00. The fees and service charge will be added to the ou[illegible]

PLAINTIFF'S EXHIBIT H-1

**Re-Roof Material Specifications for 1986 Sunnyside Drive, Brentwood:**

1.) 1.) Energy-Star Lifetime Warranty shingles:
   - Certainteed "Landmark - Solaris", Energy Star color "Dusky Clay"

2.) Underlayment:
   - Teclar "Tuffguard"

3.) Ridge / Hip / Valley membrane flashing:
   - Grace Ice & Water Shield

4.) Add cricket at back of chimney – sloped plywood, shingle over.

5.) New copper roof-to-wall flashing at chimney (approx. 60"x30") tuck-pointed

6.) Ridge vents:
   - Air Vent Inc. "Hip-Ridge Vent", 12" wide – 45 linear feet

7.) Attic vents:
   a. GAF "Master Flow Green Machine" Solar Powered Roof Vent – Quantity: 1
   b. GAF "Master Flow Green Machine" Dual-Powered Roof Vent – Quantity: 3

8.) Clean existing eave vents or replace as necessary to ensure optimum air flow: paint any new vents to match existing color
   - 16"x8" louvered vents, quantity approx. 30

9.) New drip edge flashing around perimeter into gutters
   a. Preferred: Copper (please price)
   b. Alternate: Aluminum (please price)

10.) Replace all existing roof deck with new 5/8" pressure-treated plywood.

11.) Around eave line of bonus room cathedral ceiling – install insulation baffles in each rafter space to ensure ventilation flow above batts under deck.

12.) Add plastic sheet in attic at bonus room wall to separate ridge-vented attic area from power-vented attic area (approx 25 sq.ft. – staple plastic sheet to existing framing)

13.) Tube Skylights:
   - Solatube "Brighten-Up" model 160DS, 10-inch, with Natural Effect lens, and pitched flashing and flashing insulator. Need 2 elbows each, and extension tubes. Quantity: 2

14.) Add attic access ladder in interior hallway ceiling:
   - Louisville Ladder 22.5"x54" for 7' to 8'-9" height 350lb load Model AS229GS



PLAINTIFF'S EXHIBIT H-2



1986 SUNNYSIDE DRIVE - ROOF PLAN   SCALE: 1" = 10'-0"

PLAINTIFF'S EXHIBIT H-3

**PLAINTIFF'S EXHIBIT H-4**






Groove

October 3, 2011

# PHASE I

Attn: Jeff Fenton
    615-837-1301
    jeff@fentonmail.com

Re: Proposed Job Scope for 1986 Sunnyside Drive
    Brentwood, TN 37027

### JOB SCOPE AND CONTRACT WITH ACCEPTED TERMS AND LIMITIATIONS

This is a proposed job scope for the property located at 1986 Sunnyside Drive, Brentwood, TN 37027. This scope is based on the limited investigation preformed by Donald Knarr of Groove Mold Remediation Services on Monday, April 11, 2011. Heavy to Sporadic mold growth was observed from one end of crawlspace to the other. At this time the types and quantities of mold are not known.

It is the suggestion of Groove Mold that the following crawlspace cleaning service conducted:

1. I see a potential problem with your drainage. I would contact Scott Walter with Vintage (838-0015)
2. I see a potential problem with you HVAC ductwork. I would contact Larry Claud with Innovative Heating and Air (708-7755)
3. A vortex fan will be put in the crawlspace during the cleaning process and vented to the outside.
4. All insulation is to be bagged and removed from the crawlspace.
5. The infected area in the crawlspace will be cleaned by the following method;
    a. Hand Sanding Wire Brushing
    b. HEPA Vacuuming
    c. wet wiping with Penta 900-P
    d. HEPA Vacuuming
6. Independent mold inspector should inspect work and do post testing to confirm that crawlspace is clean. <u>Customer's responsibility</u>

This scope of work is expressly limited to the items listed below. Furthermore, a work authorization will accompany this scope and be an integral part of this agreement. Groove must have all of the documentation signed and approved before work will begin. Work will proceed in a timely manner.
<u>Time</u>

- Crawlspace cleaning will be completed in 3 days,
- A start date will be given when this scope is approved
- Groove must be granted full access to the site during normal working hours
- Additional work beyond the scope of work may add substantial time and cost t[o]

2964 Sidco Drive,    Suite 110    Nashville, TN 37204 P.615.292.1444  F.615.29[...]



PLAINTIFF'S EXHIBIT H-6

### Limitations

- Scope is only for listed work and valid for 30 days from the date printed on the top of the first page.
- Any change in work must be in writing prior to work being done
- Duct system is not included. A cleaning of the system is recommended. A thorough inspection of the ductwork should be conducted to make sure that the lines are properly connected and sealed.
- Any hidden items not visible at the time of the quote will be charged an amount in accordance with our standard rate schedule
- Due to the age of the HVAC ductwork, the HVAC will need to be shut down during remediation
- Due to nature of the job, Groove Mold can not be held accountable for any damage to any wiring or plumbing during the remediation process.  All precautions will be taken to minimize any damages from occurring but Groove Mold will not be held responsible for any damages or cost that come from any damage that is occurred to wiring or plumbing while doing remediation work in the crawlspace.

### Payment

- A deposit of $ 1,400 is due at signing
- Groove Mold does except credit cards with a 2% increase in final pricing.
- The remaining balance will be due immediately following the post-remediation sampling (if conducted)and mold levels have been returned to acceptable levels
- Additional work is to be performed under the original work authorization

### Goal

To create an environment that is less conducive for mold growth (excluding any unforeseeable moisture or water intrusions, i.e., extensive Relative Humidity, pipe breaks, or acts of God).

By eliminating excessive moisture in the crawlspace through a proper moisture barrier and proper crawlspace ventilation, we will be creating an environment that is less conducive for mold growth.  Since mold in ubiquitous it is impossible to eliminate mold completely. Creating an environment that is dry with proper airflow and ventilation is paramount to preventing future mold growth within a structure. Customer understands that when trying to prevent mold in the crawlspace there is no one single product or machine that can do this.  It is a well balanced attack of preventing water evaporation from occurring, controlling excessively high relative humidity and establishing proper airflow that will keep the crawlspace dry and in essence starves the mold and prevents it from growing.

### Price

| | |
|---|---|
| Insulation Removal and Disposal (1,825 square feet x $0.35) | $   638.75 |
| Crawlspace Cleaning (1,825 square feet x $1.75) | $3,193.75 |

2964 Sidco Drive,    Suite 110    Nashville, TN 37204 P.615.292.1444   F.615.29[...]

**PLAINTIFF'S EXHIBIT H-7**

In signing I, having the legal right and/or ability to contract work for, 1986 Sunnybrook Drive, Brentwood, TN 37027 and agree to the above described work to be completed.

| JEFF FENTON | [Signature] | 10/4/2011 |
|---|---|---|
| (Printed Name) | (Signature) | (Date) |

| Justin Kreutzer | [Signature] | 10/11/11 |
|---|---|---|
| (Groove Representative) | (Signature) | (Date) |

Page 3 of 3

2964 Sidco Drive,    Suite 110    Nashville, TN 37204  P.615.292.1444    F.615.292.11[  ]


PLAINTIFF'S EXHIBIT H-8

# SUNNYSIDE

**PLAINTIFF'S EXHIBIT H-9**

**GPH Electric, Inc.**
1538 Richlawn Drive
Brentwood, TN 37027

# Invoice

Phone: 615-504-5619    Fax: 615-507-1419    License #: 51582

| Bill To | Date | Invoice # |
|---|---|---|
| Fenton / Jeff<br>1986 Sunnyside Drive<br>Brentwood<br>Tennessee<br>37027 | 9/16/2011 | 2024 |

**Job Location**

| P.O. No. | Terms | Project | | |
|---|---|---|---|---|
| | | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Supply and install a new 40 circuit panel, indoor top of the line Cutler hamer type CH & a 200amp rated feed through main outdoor raintite panel and ground rod | 2,350.00 | 2,350.00 |
| 1 | Permit | 100.00 | 100.00 |
| 1 | 200amp rated surge protector for power, cable and telephone | 295.00 | 295.00 |
| 1 | Change out the feeder wire to 4/0 200 amp 95' | 900.00 | 900.00 |
| | 1986 Sunny Side Drive, Brentwood, Williamson county 37027 | 0.00 | 0.00 |
| | Computer Sales Tax | 9.25% | 0.00 |

*Paid in full*
*GP Harvey*

**PLAINTIFF'S EXHIBIT H-10**

**Total** $3,645.00



# Proposal

1854 BAKER ROAD
GOODLETTSVILLE, TN. 37072
708-7755

| SUBMITTED TO: | | Date: | 10/12/11 |
|---|---|---|---|
| Name: **JEFF FENTON** | | Job Name: | **GREENSPEED INFINITY** |
| Address: **1986 SUNNYSIDE DR** | | Address: | **1986 SUNNYSIDE DR- 37027** |
| City, State, Zip: **BRENTWOOD, TN 37027** | | Phone No.: | **837-1301** |

*We hereby submit specifications and estimates for:*

**INSTALL CARRIER 4 TON INFINITY 25VNA048A003 / FE4ANB006T00 18.3 SEER / 12.5 HSPF**

**GREENSPEED HEAT PUMP SYSTEM WITH 3 ZONES.**

**MAIN FLOOR AREA, CRAWLSPACE, AND BONUS ROOM AND GARAGE, WITH GARAGE HAVING**

**INDEPENDENT DAMPER CONTROLLED BY ON / OFF SWITCH. PROPOSAL ALSO INCLUDES**

**NEW DUCT SYSTEM, ALL PIPING AND CONTROL WIRING AND INFINITY CONTROLS.**

**ELECTRICAIN TO PROVIDE CIRCUIT FOR 15 KW FAN/COIL & RECEPTACAL & LIGHT.**

**ALSO INCLUDES CARRRIER GAPABXCC2420 AIR PURIFIER & UVLCC2LP1020 DUAL UV LIGHT.**

**ONE YEAR WARRANTY ON LABOR**

**TEN YEAR WARRANTY ON PARTS AND COMPRESSORS**

*We hereby propose to furnish labor and materials - complete in accordance with the above specifications, for the sum of:*

**TWENTY SIX THOUSAND ONE HUNDRED EIGHTY & 00/100**     dollars   (   **$26,180.00**   )

with payment to be made as follows: **ON COMPLETION**

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature:   *LARRY CLAUD*

NOTE: This proposal may be withdrawn by us if not accepted within **30** Days

## Acceptance of Proposal

The above prices, specification and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Accepted:                         Signature: _____

                                  Signature: _____ [signature] _____

**PLAINTIFF'S EXHIBIT H-11**



**PLAINTIFF'S EXHIBIT H-13**

**SPECIAL NOTE:**
SOIL IS LOOSE AND UNSTABLE, PLEASE SET ALL POSTS AT LEAST 2 FEET DEEP AND THOROUGHLY SECURE IN CONCRETE.

**CHAIN LINK FENCE:**
- 9 GAUGE OD, +/-2" DIAMOND WIRE MESH FABRIC
- COATING: BLACK VINYL
- HEIGHT: 60" (5 FEET)
- INCLUDE BOTTOM TENSION WIRE
- WIRE SELVAGE: KNUCKLE-TWIST (TWIST ON TOP, KNUCKLE ON BOTTOM)

**ALUMINUM FENCE:**
- RADIANCE ALUMINUM FENCE STYLE RAST-110 (STAGGERED SPEAR TOP DESIGN)
- ELITE FENCE PRODUCTS, STYLE EFS-15
  (ALL ALUMINUM FENCE MATERIALS TO BE FROM THE SAME MANUFACTURER - VERIFY FINAL DECISION WITH OWNER.)
- HEIGHT: 60" (5 FEET)
- PICKETS: 5/8" SQUARE
- FINISH: BLACK POWDER COATED
- LINE POSTS: 2"x2" x 0.080" WALL
- TERMINAL POSTS: 2"x2" x 0.125" WALL (EXCEPT AT DOUBLE GATES)
- ALL GATES TO HAVE WELDED U-FRAME DESIGN
- GATE SWING DIRECTIONS TO BE AS SHOWN ON DRAWING
- GATE LOCKS PROVIDED BY OWNER, INSTALLED BY GATE CONTRACTOR.

4 FT. @ 135 DEGREES

4 FT. @ 135 DEGREES

60" HIGH CHAIN LINK FENCE, BLACK VINYL COATED.

100 FEET ON EXISTING PROPERTY LINE

103 FEET ON EXISTING PROPERTY LINE

60" HIGH CHAIN LINK FENCE, BLACK VINYL COATED.

PAIR OF SWING GATES WITH FLAT-TOP STAGGERED SPEAR DESIGN, INSTALL D&D TECH. LOKKLATCH DELUXE WITH EXTERNAL ACCESS BUTTON KIT (A), AND D&D 24" LOKKBOLT CANE BOLT ON INACTIVE LEAF (B); PROVIDE IN-GROUND PIPE FOR CANE BOLT SLEEVE. USE 2-1/2" OR 4" POSTS AT THESE GATE LEAVES PER MFR'S RECOMMENDATIONS.

3'-6" GATE WITH FLAT-TOP STAGGERED SPEAR DESIGN, INSTALL D&D TECHNOLOGIES LOKKLATCH DELUXE WITH EXTERNAL ACCESS BUTTON KIT.

3'-6" GATE WITH ARCH-TOP STAGGERED SPEAR DESIGN, INSTALL LOCKEY ADD-A-BOLT GATE KIT GB210 WITH KEYLESS DEADBOLT (OR SIMILAR DEADBOLT SELECTED BY OWNER) AND PROVIDE SEPARATE LEVER LATCHSET 'NWGL01' BRASS-HANDLE GATE LATCH OR EQUIVALENT DOUBLE-SIDED NON-LOCKING LATCHSET, AND PROVIDE SELF-CLOSING HINGES ON THIS GATE ONLY.

60" TALL ALUMINUM FENCE AND GATES +/-41 FEET

EXISTING DRIVEWAY TO REMAIN

NEW 60" ALUM. FENCE ADJACENT TO EXISTING RETAINING WALL

COORDINATE BOTTOM OF FENCE PICKETS TO ALLOW EXISTING DOWNSPOUT LEADER THROUGH AT THIS CORNER.

EXISTING RETAINING WALL TO REMAIN

DISCUSS WITH OWNER WHETHER TO TURN CORNER WITH A SECTION OF ALUMINUM FENCE BEFORE STARTING THE CHAIN LINK FENCE, TO INCREASE ALUMINUM FENCE STRUCTURAL STABILITY.

DISCUSS WITH OWNER WHETHER TO TURN CORNER WITH A SECTION OF ALUMINUM FENCE BEFORE STARTING THE CHAIN LINK FENCE, TO INCREASE ALUMINUM FENCE STRUCTURAL STABILITY.

60" TALL ALUMINUM FENCE

12'-0"   +/-8'-6"   6'-0"
+/-20'-0"
+/- 26'-6"
+/-3'-0"
+/-2'-0"
10'-6"

**PROVIDED BY OWNER, INSTALLED BY GATE CONTRACTOR:**
- (2) D&D TECHNOLOGIES LOKKLATCH DELUXE GATE LATCHES WITH EXTERNAL ACCESS BUTTON KITS
- (1) D&D TECHNOLOGIES LOKKBOLT 24" DROP BOLT
- (1) LOCKEY ADD-A-BOLT GATE KIT GB210 WITH KEYLESS DEADBOLT (OR SIMILAR).

ALL OTHER MATERIALS AND HARDWARE TO BE PROVIDED AND INSTALLED BY GATE CONTRACTOR.

**PLAINTIFF'S EXHIBIT H-14**

**NEW FENCE PLAN FOR 1986 SUNNYSIDE DRIVE**
OWNERS: JEFF AND FAWN FENTON          DATE: MARCH 15, 2015

https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)