

Report Generated on January 3rd, 2022



4 bd | 3 ba | 2,640 sqft

**1986 Sunnyside Dr, Brentwood, TN 37027**

**Sold: $540,000**   Sold on 02/18/20   Zestimate®: **$814,200**

## Home value



Zestimate

# $814,200

 Zestimate range
**$749,000 - $887,000**

 Last 30-day change
**+ $13,226** (+1.7%)

 Zestimate per sqft
$308

### Inside the Zestimate
The Zestimate is Zillow's best estimate of a home's value. It is based on a blend of valuation methods, each of which may produce a different estimate depending on the available data.

**ESTIMATE BASED ON**

| Comparable homes | $891,193 |
|---|---|
| Local tax assessments | $767,843 |

Local Home Values ▾         1 year   5 years   **10 years**

 This home  --





PLAINTIFF'S EXHIBIT
1




- RENTAL ZESTIMATE : $3,221/mo

Report Generated on January 3rd, 2022

Close ∧

Estimated net proceeds
**$325,558**

| | |
|---|---|
| Est. selling price of your home | $ 814,200 |
| Est. remaining mortgage ? | $ 416,931 |
| Est. prep & repair costs ? | $6,000 ∨ |
| Est. closing costs ? | $65,712 ∨ |
| Est. total selling costs (9%) | $71,712 |

All calculations are estimates and provided for informational purposes only. Actual amounts may vary.

## Comparable homes

These are recently sold homes with similar features to this home, such as bedrooms, bathrooms, location, and square footage.

**OUR NEIGHBOR'S HOUSE**



| This home | ① 1969 Sunny Side Dr | ② 2011 Sunny Side Dr | ③ 2011 |
|---|---|---|---|
| $814,200 | $820,000 | $720,000 | $720,0 |
| Sold | Sold 8 months ago | Sold 12 months ago | Sold |
| 4 beds | 3 beds | 4 beds | 4 beds |
| 3 baths | 3 baths | 3 baths | 3 baths |
| 2640 sqft | 2598 sqft | 3429 sqft | 3429 sq |
| $308 / sqft | $316 / sqft | $210 / sqft | $210 / |
| | MLS ID #2250642, Vivian Armstrong, 615-815-9132, 615-815-9132 | MLS ID #2202892, Rachel Barry Stinson, 615-397-4307, 615-200-8679 | |

PLAINTIFF'S EXHIBIT I-1



Report Generated on January 3rd, 2022





## Comparative value

Here's how this home's value estimate compares to similar homes nearby.

$450k         $650k         $850k

## Overview

ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN

## Facts and features                                                          Edit

- Singlefamily
- Built in 1977
- Forced air, electric
- Central
- 5 Parking spaces
- 1.05 Acres

## Interior details

**Bedrooms and bathrooms**
Bedrooms: 4
Bathrooms: 3
Full bathrooms: 2
1/2 bathrooms: 1

**Basement**
Basement: Unfinished

**Flooring**
Flooring: Hardwood

**Heating**
Heating features: Forced air, Electric

**Cooling**
Cooling features: Central

**Appliances**
Appliances included: Dishwasher, Garbage disposal, Microwave, Range / Oven

**Other interior features**
Total interior livable area: 2,640 sqft
Fireplace: Yes

PLAINTIFF'S EXHIBIT I-2

Report Generated on January 3rd, 2022

## Property details

**Parking**
Total spaces: 5
Parking features: Garage - Attached, Off-street, Covered

**Property**
Exterior features: Shingle, Brick, Cement / Concrete
View description: Park, Mountain

**Lot**
Lot size: 1.05 Acres

**Other property information**
Parcel number: 094013JA03500

## Construction details

**Type and style**
Home type: SingleFamily

**Material information**
Foundation: Crawl/Raised
Roof: Asphalt

**Utility**
Water information: City Water

**Condition**
Year built: 1977

## Community and Neighborhood Details

**Location**
Region: Brentwood

**Other financial information**
Annual tax amount: $2,147

**Other facts**
Basement Description: Crawl
Floor Types: Finished Wood
Oven Source: Electric
Sewer System: Septic Tank
Bedroom 1 Description: Master BR Downstairs
Construction Type: All Brick
Cooling System: Central
Garage Capacity: 2
Heating Source: Electric
Heating System: Central
Water Source: City Water
Garage Description: Attached - SIDE
Interior Other: Ceiling Fan, Storage, Wood Burning FP
Living Room Description: Fireplace
Oven Description: Double Oven
Range Description: Cooktop
Patio/Deck: Deck
Built Information: Renovated
Basement Type: Other
Kitchen Description: Eat-In
Master Bath Description: Ceramic
Dining Room Description: Separate

Range Source: Gas
Fence Type: Partial
Area: 10-Williamson County
County: Williamson County, TN
Cooling Source: Gas
Contingency Type: Inspection
Property Class: Residential
Sq. Ft. Measurement Source: Prior Appraisal
Acreage Source: Calculated from Plat
Full Baths Main: 2
New Construction: 0
Number Of Fireplaces: 1
Number Of Stories: 2.00
Half Baths Main: 1
Kitchen Dimensions: 13x11
Rec Room Dimensions: 25x20
Tax Amount: 2080
Sq. Ft. Main Floor: 2640
Mls Status: Under Contract - Showing
Standard
Contract
Listing Ty


PLAINTIFF'S EXHIBIT I-3

**Report Generated on January 3rd, 2022.**

As of the date of this report, the Owner appears to be using the Property as a Rental.

Though it seems strange to pay $540k to purchase a home for a RENTAL. Based upon my 17-Years as a Licensed Tennessee Real Estate Agent, I believe that the Owner is doing this, to "HOLD" the property. Essentially for free, while paying down the debt. As the VALUE of this property exponentially INCREASES over the next 10-15 years.



Due to the LOCATION, the massive growth of the Greater Nashville Area, along with the unique characteristics of this property, I had estimated that it would be worth a MILLION DOLLARS and that we would have it completely paid-off within that time period. (Our Retirement "Nest Egg".)

So far the property has been outperforming even my investment expectations. Between 2/18/2020 & 1/3/2022, it appreciated another $300k in VALUE. WORTH over $800k, while we only owed $300k.

Which is the RETURN on our Pre-Marital Retirement Funds, INVESTED in Williamson County Real Estate!

STOLEN: "Under Color of Law" by Judge Michael W. Binkley, Attorney Virginia Lee Story, Attorney Mary Beth Ausbrooks, with the help of a HALF-DOZEN of their POWERFUL FRIENDS and ASSOCIATES!

OUR COURT ORDERED AUCTION
After WE INVESTED $200k MORE
PLUS 9-Years of Hard Work!

We INSTANTLY LOST about $250k the DAY that our home AUCTIONED!

## Price history

| Date | Event | Price | |
|---|---|---|---|
| 2/18/2020 | Sold | $540,000 (-10%) | $205/sqft |
| | Source: Public Record Report | | |
| 1/13/2020 | Price change | $599,990 (-3.2%) | $227/sqft |
| | Source: Benchmark Realty, LLC Report | | |
| 12/27/2019 | Price change | $619,900 (-3.1%) | $235/sqft |
| | Source: Benchmark Realty, LLC Report | | |
| 12/5/2019 | Listed for sale | $639,900 (+97.3%) | $242/sqft |
| | Source: Benchmark Realty, LLC Report | | |
| 10/30/2019 | Sold | $324,359 (-7.3%) | $123/sqft |
| 5/12/2011 | Sold | $350,000 | $133/sqft |
| | Source: Public Record Report | | |
| 4/22/2011 | Listing removed | $360,000 | $136/sqft |
| | Source: Zeitlin & Co., Realtors Report | | |
| 9/30/2010 | Listed for sale | $360,000 (+42.3%) | $136/sqft |
| | Source: Zeitlin & Co., Realtors Report | | |
| 7/13/2005 | Sold | $253,000 (+11%) | $96/sqft |
| | Source: Public Record Report | | |
| 8/10/1998 | Sold | $228,000 | $86/sqft |
| | Source: Public Record Report | | |

Auction Investor Resold 4-Months Later On the Market for a $200,000 Profit! (arrow to 2/18/2020 $540,000)

Our Initial Purchase. Home Needed Massive Core Improvements for Health & Safety! (arrow to 5/12/2011 $350,000)

## Public tax history

| Year | Property Taxes | Tax Assessment |
|---|---|---|
| 2020 | $2,147 | $96,725 |
| 2019 | $2,147 (+3.2%) | $96,725 |
| 2018 | $2,080 | $96,725 |
| 2017 | $2,080 | $96,725 |
| 2016 | -- | $96,725 (+23.7%) |
| 2015 | -- | $78,175 |
| 2014 | -- | $78, |
| 2013 | -- | $78, |
| 2012 | -- | $78, |
| 2011 | -- | $78, |

**PLAINTIFF'S EXHIBIT I-4**

Report Generated on January 3rd, 2022

| Year | | |
|---|---|---|
| 2007 | $1,462 | $63,278 |
| 2006 | $1,462 (+9.8%) | $63,278 (+35%) |
| 2005 | $1,331 | $46,873 |

**SURROUNDED BY HUNDREDS OF ACRES OF PROTECTED WOODLANDS!**

## Neighborhood: 37027



### Nearby homes



$540,000 — 4 bd, 3 ba, 2.6k sqft — 1986 Sunny Side Dr, Brentwood, TN 370... — Sold

$728,100 — -- bd, 2 ba, 80 sqft — 1980 Sunny Side Dr, Brentwood, TN 370... — Off Market

MLS ID #2103371

## Nearby schools in Brentwood

Elementary: Grassland Elementary
Middle: Grassland Middle School
High: Franklin High School

### GreatSchools rating

**7/10** — **Grassland Elementary** — Grades: K-5  Distance: 0.8 mi

**9/10** — **Grassland Middle School** — Grades: 6-8  Distance: 0.9 mi

**9/10** — **Franklin High School** — Grades: 8-12  Distance: 5 mi

Report Generated on January 3rd, 2022



PLAINTIFF'S EXHIBIT I-5