# 2009 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

**Vanguard®**

P.O. BOX 2600 - VALLEY FORGE, PA  19482-2600

PAGE 1 of 1    1-888-285-4563

FAWN ▇▇▇ FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S name**
Vanguard Fiduciary Trust Company

**PAYER'S federal Identification number**
23-2640992

**RECIPIENT'S identification number**
▇▇▇-20▇

This information is being furnished to the Internal Revenue Service.
Department of the Treasury—Internal Revenue Service

| Plan Name / Fund Name | Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Account number / Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/SEP/SIMPLE | Box 10: State tax withheld | Box 11: State / Payer's state no. | Box 12: State distribution |
|---|---|---|---|---|---|---|---|---|---|
| ROTH IRA | | | | | | | | | |
| REIT INDEX FUND INV | 2,984.96 | | X | 88016994559 / 0.00 | J | | | | |
| TARGET RETIREMENT 2035 | 5,235.30 | | X | 88016994559 / 0.00 | J | | | | |
| DIVERSIFIED EQUITY INV | 3,924.17 | | X | 88016994559 / 0.00 | J | | | | |

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT HOUSE INVESTMENT FUND**
on 10/23/2009

**$12,144.43**



PLAINTIFF'S EXHIBIT L

Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.



**Ascend Federal Credit Union**
550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441



| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |
| SOCIAL SECURITY NUMBER | 01OCT09 FROM — 31OCT09 TO STATEMENT PERIOD |
| KN   E-STMT | |

```
              **REQUIRED CARD ACT NOTIFICATION**
              Please note that your loan payment
              will not be considered late until
              the 24th of the month. *This applies
              only to loans under an open end
              plan. *This does not apply to closed
              end Real Estate, Indirect Auto and
              Credit Card loans or loans currently
              delinquent.  *This does not apply
              to loans with payments that are due
              after the 24th of month.
```

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

```
SHARE       Your balance at the beginning of the period..............$      620.58
Suffix 0     05OCT   WITHDRAWAL E-Branch              -600.00 =             20.58
              Transfer "STD" 600.00 to share 7
OUR JOINT    20OCT   DEPOSIT                           453.02 =            473.60
REAL ESTATE   DBO Deposit Funds Transfer From 064005203
INVESTMENT   20OCT   WITHDRAWAL                       -453.02 =             20.58
HOLDING FUND  DBO Withdraw Funds For Credit Distribution
FOR OUR      23OCT   DEPOSIT    Fawn's Premarital Retirement Funds  10797.02 =   10817.60
MARITAL      31OCT   DIVIDEND through 31OCT2009 (After the 2008 Market Crisis)   3.16 =   10820.76
RESIDENCE AT: ANNUAL PERCENTAGE YIELD EARNED:   1.16% FOR A 31 DAY PERIOD
1986 SUNNYSIDE Average Daily Balance:           3232.62
DR, BRENTWOOD,
TN 37027     Your new balance on 31OCT09..............................$   10820.76
Purchase Closed Dividends Paid To You In 2009 On Suffix 0    $    42.41
on 4/29/2011
==========================================================================
AUTO        Your balance at the beginning of the period..............$     1793.13
Loan 1        4.75% ***ANNUAL PERCENTAGE RATE***
               .013014% Daily Periodic Rate
Prius Paid Off                                  **FINANCE**
from Fawn's                        (PAYMENT)**CHARGE**PRINCIPAL
Vanguard    20OCT   PAYMENT          (453.02)    6.77     446.25 =      1346.88
Retirement    DBO distribution $453.02 from account ****580...064005203
            23OCT   PAYMENT         (1347.41)    0.53    1346.88 =         0.00
Remainder   Your new balance on 31OCT09..............................$       0.00
Deposited for FINANCE CHARGES PAID IN 2009 ON LOAN 1        $    65.53
Marital Residence
==========================================================================
SHARE       No. 1002576580.  Balance at the beginning of the period.....$    10.26
DRAFT        Additions and miscellaneous withdrawals:
Suffix 7     05OCT   DEPOSIT E-Branch                  600.00
              Transfer "STD" 600.00 from share 0
             31OCT   DIVIDEND through 31OCT2009          0.23
              ANNUAL PERCENTAGE YIELD EARNED:   0.51% FOR A 31 DAY PERIOD
              Average Daily Balance:           532.84

             0 Withdrawals = 0.00  2 Deposits = 600.23  0 Drafts Cleared
             Your new balance on 31OCT09..............................$     610.49
             Dividends Paid To You In 2009 On Suffix 7    $     0.48

              To report a lost or stolen Freedom (Visa Check) Card
              after Credit Union Business Hours, call 1-800-250-9655.
==========================================================================
Your        Your total Draft balances..................................$     610.49
Financial   Your total Share balances..................................$  10,820.76
Summary     Your total Loan balances...................................$       0.00

YTD Tax     YEAR
Summary     Tota
            (May
            Tota
```

<div style="border:1px solid red; padding:6px;">
**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**
</div>

**PLAINTIFF'S EXHIBIT L-1**



**2010 Form 1099-R**
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

1-800-662-2739
PAGE 2 OF 3

**Vanguard**
P.O. BOX 2600 · VALLEY FORGE, PA 19482-2600

PAYER'S name
Vanguard Fiduciary Trust Company

JEFFREY RYAN FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

PAYER'S federal identification number
23-2640992

RECIPIENT'S identification number
XXX-XX-5069

This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

Plan Name

Fund Name | Account number

| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State/Payer's state no. | Box 12: State distribution |
|---|---|---|---|---|---|---|---|---|
| ROTH IRA | | | | | | | | |
| STRATEGIC EQUITY FUND | | | 09984339759 | | | | | |
| 8,023.32 | | X | 0.00 | J | | | | |
| REIT INDEX FUND INV | | | 09984339759 | | | | | |
| 9,758.76 | | X | 0.00 | J | | | | |

**JEFF'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT HOUSE INVESTMENT FUND**
on 4/25/2010

**$17,782.08**

Form 1099-R
OMB No. 1545-0119

**PLAINTIFF'S EXHIBIT L-2**

Copy B  Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.
2-3

01035809



https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



## Confirmation

> ⓘ  Confirmation number W206391261
> Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 4:02 a.m., Eastern time.

Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| E-mail address | Business@FentonMail.com |

### Fund information

| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | Strategic Equity Fund (VSEQX) |
| Fund & account | 0114-09984339759 |

### Method and amount

| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Restrictions

| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus.  You can review our redemption policies. 06/25/2010.

### Bank instructions

| Routing number | 264181626 |
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings   (JOINT HOUSE INVESTMENT FUND) |

**PLAINTIFF'S EXHIBIT L-3**

https://personal.vanguard.com/us/TransRedemptionConfirmation_nw                    4/24/2010

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| Bank account registration | Jeffrey R Fenton |
| --- | --- |
| | Fawn Fenton |

**Withholding information**

| Federal withholding | Do not withhold |
| --- | --- |

© 1995–2010 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | Feedback | Enhanced Support

**PLAINTIFF'S EXHIBIT L-4**




## Confirmation

 **Confirmation number W206391736**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 3:58 a.m., Eastern time.

Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| | |
|---|---|
| E-mail address | Business@FentonMail.com |

### Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | REIT Index Fund Inv (VGSIX) |
| Fund & account | 0123-09984339759 |

### Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Fee information

| | |
|---|---|
| Redemption fee | $0.00 |

### Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.



| | |
|---|---|
| Routing number | 264181626 |

https://personal.vanguard.com/us/TransRedemptionConfirmation_nw                                              4/24/2010

|  |  |
|---|---|
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings  (JOINT HOUSE INVESTMENT FUND) |
| Bank account registration | Jeffrey R Fenton |
|  | Fawn Fenton |

### Withholding information

| Federal withholding | Do not withhold |
|---|---|

© 1995–2010  The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [•] Feedback | Enhanced Support

**PLAINTIFF'S EXHIBIT L-6**

https://personal.vanguard.com/us/TransRedemptionConfirmation_nw                          4/24/2010

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Ascend Federal Credit Union**
550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |
| SOCIAL SECURITY NUMBER | 01APR10 FROM — 30APR10 TO STATEMENT PERIOD |
| KN  E-STMT | |

MORTGAGE SPECIAL!

Now through May 31 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 1-800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

```
SHARE       Your balance at the beginning of the period...........$    12049.92
Suffix 0    28APR   DEPOSIT-ACH-A-INVEST
            VGI-REIT IX IN (INVESTMENT)       9758.76  =   21808.68
OUR JOINT   (MY Premarital Retirement Funds — After the 2008 Market Crisis)
REAL ESTATE 28APR   DEPOSIT-ACH-INVESTMENT
INVESTMENT  VGI-STR EQUITY (INVESTMENT)       8023.32  =   29832.00
HOLDING FUND 30APR  DIVIDEND through 30APR2010           11.93  =   29843.93
            ANNUAL PERCENTAGE YIELD EARNED:   1.05% FOR A 30 DAY PERIOD
FOR OUR     Average Daily Balance:            13828.13
MARITAL
RESIDENCE AT: Your new balance on 30APR10......................$    29843.93

1986 SUNNYSIDE                     | Total for     | Total        |
DR, BRENTWOOD,                     | this period   | year-to-date |
TN 37027    TOTAL OVERDRAFT ITEM FEES      0.00           0.00
            TOTAL RETURNED ITEM FEES       0.00           0.00
Purchase Closed
on 4/29/2011 Dividends Paid To You In 2010 On Suffix 0     $      46.01
============================================================================
SHARE       No. 1002576580.  Balance at the beginning of the period.....$  611.75
DRAFT       Additions and miscellaneous withdrawals:
Suffix 7    30APR   DIVIDEND through 30APR2010             0.20
            ANNUAL PERCENTAGE YIELD EARNED:   0.40% FOR A 30 DAY PERIOD
            Average Daily Balance:            611.75

            0 Withdrawals = 0.00  1 Deposits = 0.20  0 Drafts Cleared
            Your new balance on 30APR10......................$      611.95

                                   | Total for     | Total        |
                                   | this period   | year-to-date |
            TOTAL OVERDRAFT ITEM FEES      0.00           0.00
            TOTAL RETURNED ITEM FEES       0.00           0.00

            Dividends Paid To You In 2010 On Suffix 7     $       0.95

            To report a lost or stolen Freedom (Visa Check) Card
            after Credit Union Business Hours, call 1-800-250-9655.
============================================================================
Your       Your total Draft balances........................$      611.95
Financial  Your total Share balances........................$   29,843.93
Summary

YTD Tax    YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary    Total non-IRA dividends earned
           (May be reported to IRS as interest for this calendar year)..$   46.96
```

---

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!



PLAINTIFF'S EXHIBIT L-7



**BancorpSouth**
Member FDIC

```
Account Number      00161000417291
Credit Limit           $30,000.00
Available Credit           $70.62
Maturity Date          03/17/2016
```

```
Account Statement
Statement Closing Date    02/01/2011
Previous Balance         $20,745.24
Payments                     $65.86
Itemized Advances         $9,250.00
Net Adjustments               $0.00
Fees/Late Charges             $0.00
FINANCE CHARGE              $77.27
New Balance              $30,006.65
Minimum Payment Due         $77.27
Payment Due Date         02/26/2011
```


RETURN

JEFFREY R FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

# EQUITY CREDIT LINE

**Transactions**

| Trans | Post | Description | | | Amount | Ending Principal Balance |
|---|---|---|---|---|---|---|
| 01/21/11 | 01/21/11 | EQUITY CR LINE | CHK# | 1061 | $9,250.00 | $29,929.38 |
| 01/26/11 | 01/26/11 | PAYMENT - THANK YOU | | | $65.86- | $29,929.38 |

> **HUSBAND'S PREMARITAL RETIREMENT INVESTED IN SUNNYSIDE: $17,782.08**
> **HUSBAND'S EQUITY FROM PREMARITAL DUPLEX INVESTED IN SUNNYSIDE: $9,250**
>
> **HUSBAND'S TOTAL PREMARITAL ASSETS INVESTED IN PURCHASE OF MARITAL RESIDENCE AT 1986 SUNNYSIDE DRIVE, BRENTWOOD, TN 37027**
> **$27,032.08**

**Finance Charges**

| | Daily Periodic Rate | Periodic Finance Charges | Nominal Annual Percentage Rate |
|---|---|---|---|
| Cash | 0.01027397% | $77.27 | 3.75% |
| Annual Percentage Rate | 3.75% | Total Periodic Finance Charges | $77.27 |

IF YOU HAVE QUESTIONS, PLEASE DIAL 1-888-797-7711
FROM 7:00AM - 8:00PM (CT) MONDAY THROUGH FRIDAY AND ON SATURDAY, FROM 7:00AM - 5:00PM (CT).

PAYMENT WILL BE MADE BY AUTODEBIT FROM ACH ACCOUNT 102196610

```
BANCORPSOUTH
P O BOX 4360
TUPELO, MS 38803-4360
```

```
Account Number      00161000417291
New Balance             $30,006.65
Minimum Payment Due         $77.27
Payment Due Date         02/26/2011
```

Amount enclosed   $

*To ensure proper credit, please return this portion with your payment. Please write your account number on your check made payable to BancorpSouth. All payments must be made in U.S. Funds.*

```
BANCORPSOUTH
P O BOX 2520
TUPELO MS 38803-2520
```


PLAINTIFF'S EXHIBIT L-8

B 0000:   00161000417291

```
ASCEND FEDERAL CREDIT
UNION P.O. BOX 1210
TULLAHOMA, TN 37388
```

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |
| [SOCIAL SECURITY NO. redacted] | 01JAN11 – 31JAN11 |
| RN   E-STMT | FROM   TO   STATEMENT PERIOD |

```
FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222
```

Get Financial Focus!
Paying high interest on revolving
debt? Get a great rate during
Ascend's Easy Equity promotion.
Call 800-342-3086 or visit
ascendfcu.org for details.

```
SHARE      Your balance at the beginning of the period................$   32076.91
Suffix 0   20JAN                     DEPOSIT              9250.00 =        41326.91
           22JAN*                    DEPOSIT               750.00 =        42076.91
           31JAN   DIVIDEND through 31JAN2011               19.82 =DAY     42096.73
              ANNUAL PERCENTAGE YIELD            0.65% FOR A 31   PERIOD
              EARNED:Average Daily Balance:     35899.49

           Your new balance on 31JAN11............................$        42096.73
           --------------------------------------------------------------------
           |                                      | Total for  |   Total        |
           |                                      |this period|year-to-date|
           --------------------------------------------------------------------
           |TOTAL OVERDRAFT ITEM                  |    0.00    |    0.00   |
           |TOTAL FEES RETURNED ITEM FEES         |    0.00    |    0.00   |
           --------------------------------------------------------------------
           Dividends Paid To You In 2011 On Suffix 0     $      19.82
===========================================================================
SHARE      No. 10025765800.   Balance at the beginning of the period.....$    609.82
DRAFT      Additions and miscellaneous withdrawals:
Suffix 7   31JAN   DIVIDEND through 31JAN2011                    0.08
              ANNUAL PERCENTAGE YIELD            0.15% FOR A 31 DAY PERIOD
              EARNED:Average Daily Balance:      609.82

           0 Withdrawals = 0.00   1 Deposits = 0.08   0 Drafts Cleared
           Your new balance on 31JAN11............................$          609.90
           --------------------------------------------------------------------
           |                                      | Total for  |   Total        |
           |                                      |this period|year-to-date|
           --------------------------------------------------------------------
           |TOTAL OVERDRAFT ITEM FEES             |    0.00    |    0.00   |
           |TOTAL RETURNED ITEM FEES              |    0.00    |    0.00   |
           --------------------------------------------------------------------
           Dividends Paid To You In 2011 On Suffix 7     $       0.08

             To report a lost or stolen Freedom (Visa Check) Card
             after Credit Union Business Hours, call 1-800-250-9655.
===========================================================================
Your       Your     total     Draft..........................................$    609.90
Financial  balances Your total Share..........................................$ 42,096.73
Summary    balances

YTD Tax    YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary    Total non-IRA dividends earned
           (May be reported to IRS as interest for this calendar year)..$       19.90

Previous   PRIOR YEAR SUMMARY FOR TAX PURPOSES:
Year       Total non-IRA dividends earned
Summary    (May be reported to IRS interest for 2010).................$      219.95
           1099 OID dividends will be reported for 2010................$        0.00
```



PLAINTIFF'S EXHIBIT L-9



**Ascend Federal Credit Union**
520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |
| SOCIAL SECURITY NUMBER | FROM 01MAR11 — TO 31MAR11 STATEMENT PERIOD |

KN   E-STMT

The Best Financing for Your Home!

From April 15 to June 10 or until allocated funds are depleted, Ascend is offering a great mortgage special.  Visit ascendfcu.org or call 800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

```
SHARE        Your balance at the beginning of the period................$    42117.72
Suffix 0     12MAR* DEPOSIT                              2885.00 =           45002.72
             31MAR  DIVIDEND through 31MAR2011             22.41 =           45025.13
OUR JOINT       ANNUAL PERCENTAGE YIELD EARNED:    0.60% FOR A 31 DAY PERIOD
REAL ESTATE     Average Daily Balance:              43979.01
INVESTMENT
HOLDING FUND Your new balance on 31MAR11...............................$    45025.13
FOR OUR      ------------------------------------------------------------------------
MARITAL                                              | Total for    | Total          |
RESIDENCE AT:                                        | this period  | year-to-date   |
1986 SUNNYSIDE ----------------------------------------------------------------------
DR, BRENTWOOD,|TOTAL OVERDRAFT ITEM FEES             |    0.00      |    0.00        |
TN 37027     |TOTAL RETURNED ITEM FEES              |    0.00      |    0.00        |
Purchase Closed ------------------------------------------------------------------------
on 4/29/2011 Dividends Paid To You In 2011 On Suffix 0       $        63.22

==========================================================================================
SHARE        No. 1002576580.  Balance at the beginning of the period.....$      609.97
DRAFT        Additions and miscellaneous withdrawals:
Suffix 7     31MAR  DIVIDEND through 31MAR2011                    0.05
                ANNUAL PERCENTAGE YIELD EARNED:    0.10% FOR A 31 DAY PERIOD
                Average Daily Balance:              609.97

             0 Withdrawals = 0.00  1 Deposits = 0.05  0 Drafts Cleared
             Your new balance on 31MAR11...............................$      610.02
             ------------------------------------------------------------------------
                                                     | Total for    | Total          |
                                                     | this period  | year-to-date   |
             ------------------------------------------------------------------------
             |TOTAL OVERDRAFT ITEM FEES              |    0.00      |    0.00        |
             |TOTAL RETURNED ITEM FEES               |    0.00      |    0.00        |
             ------------------------------------------------------------------------
             Dividends Paid To You In 2011 On Suffix 7       $         0.20

             To report a lost or stolen Freedom (Visa Check) Card
             after Credit Union Business Hours, call 1-800-250-9655.

==========================================================================================
Your         Your total Draft balances..................................$      610.02
Financial    Your total Share balances..................................$   45,025.13
Summary

YTD Tax      YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary      Total non-IRA dividends earned
             (May be reported to IRS as interest for this calendar year)..$       63.42
```

---

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

**PLAINTIFF'S EXHIBIT L-10**

### Transaction Result Page

Apr. 05, 2011 14:09
POST DATE: Apr. 05, 2011 The transfer of 5,000.00 from *0 : HOUSE SAVINGS*
To *7 : TENANT DEPOSITS*
was successful.

**Please refer to the following reference information if you have any questions about this transaction.**

e-branch Apr. 05, 2011 14:09 Ref: 365729

The following information reflects changes to the accounts or loans involved in this transaction

| 0 : HOUSE SAVINGS | | 7 : TENANT DEPOSITS | |
|---|---|---|---|
| Previous Available Balance | 45,020.13 | Previous Available Balance | 610.02 |
| Previous Balance | 45,025.13 | Previous Balance | 610.02 |
| New Available Balance | 40,020.13 | New Available Balance | 5,610.02 |
| New Balance | 40,025.13 | New Balance | 5,610.02 |



PLAINTIFF'S EXHIBIT L-11

https://www.ascendfcu.org/onlineserv/HB/Transfer.cgi?state=post&key=&sourceRef=D0&destinat...   4/5/2011



```
FAWN FENTON CELL 308-4350                                    2016
JEFFREY R FENTON                                             87-8162/2641
P.O. BOX 111777
NASHVILLE, TN  37222                    APRIL 3, 2011

PAY TO THE   ZEITLIN & CO REALTORS              | $ 5000.00
ORDER OF
    FIVE THOUSAND ———————— ONLY ——————————    DOLLARS

    AEDC FEDERAL
    CREDIT UNION
    Nashville, Tennessee 37214

FOR 1986 SUNNYSIDE EARNEST MONEY     Fawn Fenton

⑆264181626⑆    10025765800⑈  2016
```

**PLAINTIFF'S EXHIBIT L-12**

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | CHK AMT | END BAL |
|---|---|---|---|---|---|---|
| 28APR11 | 723-176 | Cashier's Check Sal | 2576580-0 | | 34500.00 | |

Payee: TOUCHSTONE TITLE AND ESCROW LLC

```
      S(0)        SD(7)
    5525.13      610.02
    Loan(1)     Loan(85)    Loan(90)
      0.00        0.00        0.00
```

CHECK NO: 219813

TOUCHSTONE TITLE AND ESCROW LLC***



Ascend
Federal Credit Union

DETACH THIS PORTION BEFORE DEPOSITING

**WARNING: THIS CHECK IS PROTECTED BY SECURITY FEATURES. DETAILS ON BACK.**

Ascend
Federal Credit Union
Raising Possibilities

520 Airpark Drive P.O. Box 1210
Tullahoma, Tennessee 37388
(931) 455-5441

28APR11   87-8162 / 2641   CHECK NO: 219813

AMOUNT
$ **34500.00

VOID AFTER 90 DAYS

PAY THE SUM OF: THIRTY FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

PAY TO THE ORDER OF: TOUCHSTONE TITLE AND ESCROW LLC***

Remitter: FAWN FENTON

AUTHORIZED SIGNATURE
2nd SIGNATURE REQUIRED FOR CHECKS OVER $5,000

**CASHIER'S CHECK**

⑃00219813⑃ ⑉264181626⑉: 646226183⑃

### The Brand Promise

Our brand promise is to educate and help you become an effective financial steward. We deliver this promise by asking you questions and offering our full, undivided attention to understand your current life situation and future plans before offering solutions.

Our tagline is "Raising Possibilities." All that we do to define and differentiate ourselves from other financial institutions derives from this. We want to help you recognize and raise all the possibilities as we assist you with personal financial solutions.

Raising Possibilities

**PLAINTIFF'S EXHIBIT L-13**




520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

```
                                       ACCOUNT NUMBER        PAGE
                                          2576580              1

                                                  01APR11    30APR11
                                       SOCIAL SECURITY   FROM        TO
                                          NUMBER         STATEMENT PERIOD
                                          KN   E-STMT
```

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

```
The Best Financing for Your Home!

From April 15 to June 10 or until
 allocated funds are depleted,
   Ascend is offering a great
   mortgage special.  Visit
      ascendfcu.org or call
   800-342-3086 for details.
```

NOTICE: See reverse side for important information

```
SHARE      Your balance at the beginning of the period..............$    45025.13
Suffix 0    05APR   WITHDRAWAL E-Branch                   -5000.00  =    40025.13
              Transfer "STD" 5,000.00 to share 7
OUR JOINT   28APR   WITHDRAWAL                           -34500.00  =     5525.13
REAL ESTATE 30APR   DIVIDEND through 30APR2011               18.37  =     5543.50
INVESTMENT    ANNUAL PERCENTAGE YIELD EARNED:   0.60% FOR A 30 DAY PERIOD
HOLDING FUND  Average Daily Balance:         37241.80
FOR OUR
MARITAL    Your new balance on 30APR11..............................$     5543.50
RESIDENCE AT: ------------------------------------------------------------------
1986 SUNNYSIDE                         | Total for   | Total
DR, BRENTWOOD,                         |this period  |year-to-date|
TN 37027    ------------------------------------------------------------------
Purchase Closed
on 4/29/2011 |TOTAL OVERDRAFT ITEM FEES |    0.00     |    0.00    |
             |TOTAL RETURNED ITEM FEES  |    0.00     |    0.00    |
After Purchase -----------------------------------------------------------------
           Dividends Paid To You In 2011 On Suffix 0    $     81.59
==================================================================================
SHARE      No. 1002576580.  Balance at the beginning of the period.....$    610.02
DRAFT      Additions and miscellaneous withdrawals:
Suffix 7    05APR   DEPOSIT E-Branch                        5000.00
              Transfer "STD" 5,000.00 from share 0
            30APR   DIVIDEND through 30APR2011                 0.08
              ANNUAL PERCENTAGE YIELD EARNED:   0.10% FOR A 30 DAY PERIOD
              Average Daily Balance:           943.35

Drafts          ITEM------AMOUNT----DATE----------ITEM------AMOUNT----DATE
            2016     5000.00    07APR
                (* next to number indicates skipped numbers)

           1 Withdrawals = 5000.00  2 Deposits = 5000.08  1 Drafts Cleared
           Your new balance on 30APR11..............................$      610.10
           ------------------------------------------------------------------
                                       | Total for   | Total
                                       |this period  |year-to-date|
           ------------------------------------------------------------------
           |TOTAL OVERDRAFT ITEM FEES  |    0.00     |    0.00    |
           |TOTAL RETURNED ITEM FEES   |    0.00     |    0.00    |
           ------------------------------------------------------------------
           Dividends Paid To You In 2011 On Suffix 7    $      0.28

           To report a lost or stolen Freedom (Visa Check) Card
            after Credit Union Business Hours, call 1-800-250-9655.
==================================================================================
Your       Your total Draft balances................................$      610.10
Financial  Your total Share balances................................$    5,543.50
Summary

YTD Tax    YEAR
Summary    Tota
           (May
```

**PLAINTIFF'S EXHIBIT L-14**

> **We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)
>
> **ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc… which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**JEFFREY R FENTON**
**FAWN ■FENTON**
PRIORITY CHOICES CHECKING
Account Number: 00000000000102196610        For the Period: 04/08/2011 - 05/06/2011

| | |
|---|---|
| Beginning Balance | $3,005.73 |
| Deposits | + $20,079.18 |
| Withdrawals | − $6,178.71 |
| Ending Balance | = $16,906.20 |

**5 Deposits Totaling $20,079.18**

| Date | Amount | Description | |
|---|---|---|---|
| 4/18/11 | $2,099.59 | DEPOSIT | |
| 5/2/11 | $2,099.59 | DEPOSIT | |
| 5/2/11 | $10,105.00 | DEPOSIT | -Benchmark Realty Commission  Fenton Jeff |
| 5/5/11 | $775.00 | DEPOSIT | |
| 5/5/11 | $5,000.00 | DEPOSIT | |

**81 Account Transactions Totaling $6,178.71**

**Checks**

| Date | Amount | Description |
|---|---|---|
| 4/12/11 | $320.00 | 000001904 |
| 4/14/11 | $85.00 | 000001893 |
| 4/18/11 | $100.00 | 000001895 |
| 4/19/11 | $149.14 | 000001905 |
| 4/19/11 | $131.50 | 000001894 |
| 4/21/11 | $159.01 | 000001906 |
| 5/2/11 | $480.00 | 000001907 |
| 5/3/11 | $85.00 | 000001908 |

**Other Withdrawals**

| Date | Amount | Description | Card # |
|---|---|---|---|
| 4/8/11 | $14.25 | WITHDRAWAL -BK OF AMER VI/MC ONLINE PMT   CKF113652653POS | |
| 4/11/11 | $7.86 | PURCHASE    - SONIC DRIVE IN   FRANKLIN    TN   DATE 04/07REF  244273310977200396 | 9465 |
| 4/11/11 | $26.43 | WITHDRAWAL -ATT Payment     468900001EPAYR | 9465 |
| 4/11/11 | $44.95 | PURCHASE    - WWW.1AND1.COM 877-4612631   PA DATE 04/06REF  244129010977000003 | |
| 4/11/11 | $83.01 | POS DB   KROGER     9040 04/08 5713 EDMONDSON P NASHVILLE   TN | 4556 |
| | | | 4556 |
| | | | 4556 |

> We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)
>
> ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!



PLAINTIFF'S EXHIBIT L-15