RETIREMENT/PROPERTY INVESTMENT VALUE APPRECIATION AS OF 5/31/2023
Will Easily Reach $1,000,000 VALUE within the Next Decade as Planned, while without Interference
It would have been completely PAID-OFF within that period, with less WORK than I'm doing NOW!
CAPITAL GAINS TAX does NOT apply for a PRIMARY RESIDENCE, this would have been TAX FREE!



**STATEMENT OF CLAIM**

1986 Sunny Side Dr, Brentwood, TN 37027

4 bd | 3 ba | 2,640 sqft

Off market   Zestimate®: $884,500   Rent Zestimate®: $3,999

Est. refi payment: $5,237/mo   Refinance your loan

Home value | Owner tools | Home details | Neighborhood details

**Home value**

Zestimate
**$884,500**

Zestimate range
$814,000 - $973,000

Last 30-day change
+ $16,116 (+1.9%)

Zestimate per sqft
$335

Zestimate history & details

6:49 AM 5/31/2023

PLAINTIFF'S EXHIBIT M

N...nt, the recovery will be subject to an estimated 37% Tax Rate, placing this at roughly a 1.5
M... ...rty Loss & Claim. In addition to damages, incidental, consequential, compensatory, loss of
c... ...s of use, loss of enjoyment, loss of life, liberty, property & the pursuit of happiness. Plus legal
f... ...pounding daily), litigious TORTURE of an ADA Party, since 9/3/2019, until a cure is obtained.











I was a LICENSED Real Estate Agent "Affiliate Broker" in the State of Tennessee for SEVENTEEN (17) Years (until long after our divorce), with access to hundreds of millions of dollars worth of inventory, without ever a single complaint or issue of any sort! Everyone who worked with me: clients, lenders, property owners, investors, inspectors, contractors, buyers, both unrepresented and with their agents, co-workers, paralegals and closing attorneys, had only the greatest of respect for me and my work.

Neither my ex-wife nor I know of anyone who gave people more for their money, or worked in their client's best interests, more than I did!



STATE OF TENNESSEE
DEPARTMENT OF
COMMERCE AND INSURANCE

JEFFREY "JEFF" RYAN FENTON
ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021
TENNESSEE REAL ESTATE COMMISSION
AFFILIATE BROKER

602860    THIS IS TO CERTIFY THAT ALL REQUIREMENTS
OF THE STATE OF TENNESSEE HAVE BEEN MET

My marketing was second to none, as were my contract skills. My attention to detail and background in both printing, graphic arts, and amateur web design, brought compliments from competing agents who were recognized as the "best" from their firms. I devoted two-weeks (80+ hours) to marketing each and every listing I had, while most agents would never dream of investing that much time. But I listed every house to SELL, and every house I did, for top-dollar with minimal time on the market, except for ONE condo, during my 17-Years.

I quit working as a full-time agent upon the realization that 60% of the business was <u>getting</u> the listing not <u>selling</u> it. While a politician I am not.

Attorney Virginia Lee Story made me out to be a "monster" in Judge Michael W. Binkley's Court, with ZERO history to substantiate ANY of it, just her WORD. She lied repeatedly about matters of Real Estate Law, Binkley never once corrected her or exercised his judicial supervisory DUTY.

c/o JEFFREY "JEFF" RYAN FENTON
1986 SUNNYSIDE DRIVE
BRENTWOOD, TN 37027



# State of Tennessee

TENNESSEE REAL ESTATE COMMISSION
AFFILIATE BROKER
JEFFREY "JEFF" RYAN FENTON

11715560

*This is to certify that all requirements of the State of Tennessee have been met.*

ID NUMBER: 295752
LIC STATUS: RETIRED
EXPIRATION DATE: July 25, 2021

IN-1313
DEPARTME
COMMERCE AND



PLAINTIFF'S EXHIBIT
M-5



## QuickFacts

Brentwood city, Tennessee; Williamson County, Tennessee; Genesee County, Michigan; Fenton city, Michigan; Argentine township, Genesee County, Michigan; United States

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more*.

### Table

| All Topics | Brentwood city, Tennessee ✓ | Williamson County, Tennessee | Genesee County, Michigan | Fenton city, Michigan ✗ | Argentine township, Genesee County, Michigan | United States |
|---|---|---|---|---|---|---|
| Population Estimates, July 1, 2022, (V2022) | NA | NA | NA | NA | NA | 333,287,557 |
| **PEOPLE** | | | | | | |
| **Population** | | | | | | |
| Population Estimates, July 1, 2022, (V2022) | NA | NA | NA | NA | NA | 333,287,557 |
| Population Estimates, July 1, 2021, (V2021) | 45,491 | 255,735 | 404,208 | 11,989 | 7,031 | 332,031,554 |
| Population estimates base, April 1, 2020, (V2022) | NA | NA | NA | NA | NA | 331,449,520 |
| Population estimates base, April 1, 2020, (V2021) | 45,377 | 247,726 | 406,211 | 12,048 | 7,076 | 331,449,520 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | NA | NA | NA | NA | NA | 0.6% |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2021, (V2021) | 0.3% | 3.2% | -0.5% | -0.5% | -0.6% | 0.2% |
| Population, Census, April 1, 2020 | 45,373 | 247,726 | 406,211 | 12,050 | 7,091 | 331,449,281 |
| Population, Census, April 1, 2010 | 37,060 | 183,182 | 425,790 | 11,756 | 6,913 | 308,745,538 |
| **Age and Sex** | | | | | | |
| Persons under 5 years, percent | 3.7% | 5.4% | 5.7% | 5.8% | 3.2% | 5.7% |
| Persons under 18 years, percent | 28.8% | 26.2% | 22.3% | 23.2% | 18.5% | 22.2% |
| Persons 65 years and over, percent | 14.1% | 14.1% | 18.2% | 16.4% | 16.9% | 16.8% |
| Female persons, percent | 49.1% | 50.6% | 51.5% | 55.6% | 47.1% | 50.5% |
| **Race and Hispanic Origin** | | | | | | |
| White alone, percent | 85.8% | 88.0% | 75.0% | 93.0% | 97.2% | 75.8% |
| Black or African American alone, percent (a) | 3.1% | 4.4% | 20.3% | 1.6% | 0.3% | 13.6% |
| American Indian and Alaska Native alone, percent (a) | 0.0% | 0.3% | 0.6% | 0.0% | 0.0% | 1.3% |
| Asian alone, percent (a) | 7.7% | 5.4% | 1.1% | 0.5% | 0.5% | 6.1% |

**PLAINTIFF'S EXHIBIT M-7**

| All Topics | Brentwood city, Tennessee ✓ | Williamson County, Tennessee | Genesee County, Michigan | Fenton city, Michigan ✗ | Argentine township, Genesee County, Michigan | |
|---|---|---|---|---|---|---|
| Native Hawaiian and Other Pacific Islander alone, percent (a) | 0.0% | 0.1% | Z | 0.0% | | |
| Two or More Races, percent | 3.0% | 1.9% | 3.1% | 4.7% | | |
| Hispanic or Latino, percent (b) | 3.5% | 5.2% | 3.9% | 5.1% | 2.1% | 18.9% |
| White alone, not Hispanic or Latino, percent | 83.6% | 83.3% | 71.8% | 89.5% | 96.7% | 59.3% |
| **Population Characteristics** | | | | | | |
| Veterans, 2017-2021 | 1,577 | 9,735 | 22,795 | 703 | 427 | 17,431,290 |
| Foreign born persons, percent, 2017-2021 | 8.6% | 7.8% | 2.8% | 1.7% | 2.5% | 13.6% |
| **Housing** | | | | | | |
| Housing units, July 1, 2021, (V2021) | X | 94,657 | 183,563 | X | X | 142,153,010 |
| Owner-occupied housing unit rate, 2017-2021 | 90.8% | 80.3% | 70.5% | 61.4% | 93.9% | 64.6% |
| Median value of owner-occupied housing units, 2017-2021 | $711,900 | $497,500 | $133,700 | $168,800 | $240,900 | $244,900 |
| Median selected monthly owner costs -with a mortgage, 2017-2021 | $2,986 | $2,306 | $1,272 | $1,364 | $1,648 | $1,697 |
| Median selected monthly owner costs -without a mortgage, 2017-2021 | $766 | $608 | $504 | $583 | $593 | $538 |
| Median gross rent, 2017-2021 | $2,124 | $1,670 | $829 | $1,116 | $880 | $1,163 |
| Building permits, 2021 | X | 2,980 | 510 | X | X | 1,736,982 |
| **Families & Living Arrangements** | | | | | | |
| Households, 2017-2021 | 14,550 | 85,311 | 164,905 | 5,025 | 2,657 | 124,010,992 |
| Persons per household, 2017-2021 | 3.04 | 2.84 | 2.43 | 2.34 | 2.63 | 2.60 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2017-2021 | 91.2% | 86.0% | 87.9% | 84.4% | 92.0% | 86.6% |
| Language other than English spoken at home, percent of persons age 5 years+, 2017-2021 | 10.1% | 8.9% | 3.9% | 3.0% | 2.4% | 21.7% |
| **Computer and Internet Use** | | | | | | |
| Households with a computer, percent, 2017-2021 | 97.9% | 97.7% | 90.8% | 94.5% | 96.9% | 93.1% |
| Households with a broadband Internet subscription, percent, 2017-2021 | 97.1% | 95.0% | 83.7% | 90.8% | 91.8% | 87.0% |
| **Education** | | | | | | |
| High school graduate or higher, percent of persons age 25 years+, 2017-2021 | 98.3% | 95.8% | 91.2% | 96.7% | 95.6% | 88.9% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2017-2021 | 75.6% | 61.9% | 22.2% | 29.2% | 28.1% | 33.7% |
| **Health** | | | | | | |
| With a disability, under age 65 years, percent, 2017-2021 | 3.0% | 4.3% | 13.7% | 8.8% | 9.5% | 8.7% |
| Persons without health insurance, under age 65 years, percent | 3.1% | 7.1% | 6.2% | 8.9% | 10.0% | 9.8% |
| **Economy** | | | | | | |
| In civilian labor force, total, percent of population age 16 years+, 2017-2021 | 64.5% | 68.4% | 57.9% | 66.7% | 61.9% | 63.1% |
| In civilian labor force, female, percent of population age 16 years+, 2017-2021 | 56.3% | 60.5% | 54.3% | 59.7% | 60.8% | 58.7% |

**PLAINTIFF'S EXHIBIT M-8**

| | Brentwood city, Tennessee | Williamson County, Tennessee | Genesee County, Michigan | Fenton city, Michigan | Argentine township, Genesee County, Michigan | |
|---|---|---|---|---|---|---|
| Total accommodation and food services sales, 2017 ($1,000) (c) | 192,505 | 808,891 | 707,341 | 75,425 | | |
| Total health care and social assistance receipts/revenue, 2017 ($1,000) (c) | 968,503 | 2,141,352 | 3,165,657 | 70,669 | | |
| Total transportation and warehousing receipts/revenue, 2017 ($1,000) (c) | 182,711 | 414,318 | 457,204 | 3,356 | NA | 895,225,411 |
| Total retail sales, 2017 ($1,000) (c) | 1,259,796 | 4,563,108 | 8,429,666 | 574,399 | 17,170 | 4,949,601,481 |
| Total retail sales per capita, 2017 (c) | $29,498 | $20,157 | $20,678 | $50,791 | $2,613 | $15,224 |
| **Transportation** | | | | | | |
| Mean travel time to work (minutes), workers age 16 years+, 2017-2021 | 26.0 | 27.8 | 26.6 | 30.7 | 38.5 | 26.8 |
| **Income & Poverty** | | | | | | |
| Median household income (in 2021 dollars), 2017-2021 | $165,948 | $116,492 | $54,052 | $70,745 | $86,239 | $69,021 |
| Per capita income in past 12 months (in 2021 dollars), 2017-2021 | $76,194 | $56,545 | $30,561 | $37,049 | $38,043 | $37,638 |
| Persons in poverty, percent | 2.6% | 4.0% | 16.3% | 9.7% | 5.8% | 11.6% |
| **BUSINESSES** | | | | | | |
| **Businesses** | | | | | | |
| Total employer establishments, 2020 | X | 7,696 | 7,528 | X | X | 8,000,178 |
| Total employment, 2020 | X | 134,020 | 119,084 | X | X | 134,163,349 |
| Total annual payroll, 2020 ($1,000) | X | 9,105,963 | 5,137,721 | X | X | 7,564,809,878 |
| Total employment, percent change, 2019-2020 | X | 1.0% | -1.2% | X | X | 0.9% |
| Total nonemployer establishments, 2019 | X | 30,877 | 28,457 | X | X | 27,104,006 |
| All employer firms, Reference year 2017 | 1,693 | 5,634 | 5,970 | 511 | S | 5,744,643 |
| Men-owned employer firms, Reference year 2017 | 880 | 3,185 | 3,738 | S | S | 3,480,438 |
| Women-owned employer firms, Reference year 2017 | 310 | 1,020 | 1,050 | 76 | S | 1,134,549 |
| Minority-owned employer firms, Reference year 2017 | 169 | 551 | 499 | S | S | 1,014,958 |
| Nonminority-owned employer firms, Reference year 2017 | 1,167 | 4,202 | 4,799 | S | S | 4,371,152 |
| Veteran-owned employer firms, Reference year 2017 | 75 | 284 | 275 | S | S | 351,237 |
| Nonveteran-owned employer firms, Reference year 2017 | 1,254 | 4,310 | 4,961 | S | S | 4,968,606 |
| **GEOGRAPHY** | | | | | | |
| **Geography** | | | | | | |
| Population per square mile, 2020 | 1,103.7 | 425.0 | 637.8 | 1,811.8 | 204.6 | 93.8 |
| Population per square mile, 2010 | 899.9 | 314.4 | 668.5 | 1,760.5 | 199.5 | 87.4 |
| Land area in square miles, 2020 | 41.11 | 582.86 | 636.94 | 6.65 | 34.66 | 3,533,038.28 |
| Land area in square miles, 2010 | 41.18 | 582.60 | 636.98 | 6.68 | 34.65 | 3,531,905.43 |
| FIPS Code | 4708280 | 47187 | 26049 | 2627760 | 2604903420 | 1 |