UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

    DEFENDANTS

CASE NO. 1:23-CV-1097

FILED- LN
June 26, 2024 11:48 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: ODI 6/26

**DIGITAL MEDIA EXHIBITS REPLACING ECF-29, PageID.3289 & ECF-30, PageID.3290**

I, Jeffrey Ryan Fenton, declare as follows:

1. My name is Jeffrey Ryan Fenton.

2. I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-cv-1097).

3. Please file the digital media exhibits in this booklet for reference in my complaint. Each page is to be scanned separately (as usual), so that I will be able to cite each video with a unique PageID.

4. To prevent confusion, I only burned one video on each CD/DVD this time, while including a unique "Evidence Title" and a web URL for each video/disc, where I have the exact same files hosted on the Internet[1]. If the court or any party has difficulty accessing or playing the files on these discs, please download and use the exact same files available online at the URLs listed.

5. I did not understand how the court indexes and files digital media when I previously

---

[1] https://rico.jefffenton.com/discovery/5_tn-videos/
   https://rico.jefffenton.com/discovery/6_phone-calls/

Initials: _JRF_

filed my CD/DVDs in this lawsuit, in ECF No. 29, PageID.3289, and in ECF No. 30, Page ID.3290. Because of this, I do not have any means of referencing or citing the individual files burned on those two CD/DVDs.

6. With the filing of the digital media exhibits included herein, the court and all parties can completely disregard ECF No. 29, PageID.3289, and in ECF No. 30, Page ID.3290.

7. I noticed a few minor typographic errors, on a few of my disc labels, which due to time constraints, I'm not going to fix at this time, but instead I will explain below:

8. There are a few instances where, while using disc labeling software, I accidentally substituted the number "1" with the letters "i" or "L". I'm only seeing this error in the date syntax of a few **disc labels**, so hopefully it goes without saying that this was an accident, and the date was meant to be comprised of all numbers, on every disc.

9. I do not see any errors in the text printed on the individual pages, so in any conflicts between the "Evidence Title" or URL shown on the *disc labels* versus on the *printed pages*, the printed pages should control. Furthermore, the date syntax in every case should be the same, starting with a four-digit year, a hyphen then a two-digit month, a hyphen then a two-digit day[2].

10. Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed 5/19/2024

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
JEFF.FENTON@LIVE.COM
(P) 615.837.1300

---

[2] Example: "2019-08-29" (August 29th, 2019)

From:
Jeff Fenton
17195 Silver PKWY, #150
Fenton, MI 48430-3426

FROM:

JEFF FENTON
17195 SILVER PKWY, #150
FENTON, MI 48430-3426

TO:



Utility Mailer
10 1/2" x 16"

Jeff Fenton
17195 Silver PKWY, #150
Fenton, MI 48430-3426



7020 2450 0000 3671 5815



U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BUILDING
315 W. ALLEGAN ST.
LANSING, MI  48933

United States District Court
Western District of Michigan
**113 Federal Bldg**
**315 W. Allegan St**
**Lansing, MI  48933**





Retail

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
JUN 24, 2024

48933       $0.00
RDC 03      R2304E105878-35

Screened By
USMS

ReadyPost