# 1



**Elite Roofing Company**
1048 Jefferson Street
Nashville, TN 37208
615-259-0774

**Company Representative:**
Andrew Klope
aklope@eliteroofingofnashville.com

**Customer Info:**
Customer No: 1195
Fenton, Fawn
1986 Sunnyside Dr
Brentwood, TN 37027
(615) 333-7377 Cell

## HD Lifetime

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Remove Tear off, haul and dispose of comp. existing shingles - | 31.5 | SQ | $30.00 | $945.00 |
| Replace GAF HD "Timberline Cool" color "Cool Barkwood" HD shingle rfg. - w/out felt | 35 | SQ | $135.00 | $4,725.00 |
| Replace GAF Deck Armor | 4 | SQ | $213.00 | $852.00 |
| Replace Starter shingles | 258 | LF | $3.25 | $838.50 |
| Replace Timbertex | 267 | LF | $2.00 | $534.00 |
| R & R Drip edge | 260 | LF | $1.80 | $468.00 |
| R & R Timbertex Continuous ridge vent, shingle-over style | 45 | LF | $6.50 | $292.50 |
| R & R Chimney Counter flashing, large, Copper | 1 | EA | $650.00 | $650.00 |
| R & R Flashing, pipe jack | 6 | EA | $15.00 | $90.00 |
| R & R Gaf Storm Guard Leak Barrier | 1220 | LF | $2.50 | $3,050.00 |
| Install Cricket 60" wide | 1 | sft | $250.00 | $250.00 |
| RR Install Insulation baffles | 82 | lft | $8.00 | $656.00 |
| Clean & Paint Clean and Paint Existing Eave Vents | 30 | pcs | $15.00 | $450.00 |
| R & R Sheathing, plywood, 5/8", treated | 3150 | SF | $2.15 | $6,772.50 |
| Solatube Brighten Up 160 ds installed Solatube Brighten Up 160 ds, installed | 2 | 1 | $675.00 | $1,350.00 |
| Attic Access Install Louisville Ladder 22.5"x54" Aluminum attic access ladder, 350# load, includes ladder and all labor | 1 | | $635.00 | $635.00 |
| SYSTEM PLUS WARRANTY GAF SYSTEM PLUS LIFETIME WARRANTY. Covers your entire roof system Non - prorated coverage up to 50 Years Cost of installation labor included up to lifetime. | 1 | EA | $70.00 | $70.00 |
| Install Vents Install GAF Green Machine Dual Power Solar-Electric Vents | 3 | | $590.00 | $1,770.00 |
| Install Vents Install GAF Green Machine Solar Powered Vent | 1 | | $485.00 | $485.00 |
| Paint Vents Paint Solar vents to match roof | 4 | | $60.00 | $240.00 |

Total for all sections: 25,123.50

Estimate Total: **$25,123.50**

Note: Due to the change in costs to material this proposal is good for 30-days only

ACCEPTANCE OF THIS PROPOSAL: I have read this document thoroughly and find the above or attached prices and specification satisfactory. I recognize this as a legal binding contract, and I agree to pay the contract price in full on completion of the job as described unless other terms are stated. If payment is not made within time prescribed, I further agree to pay all collections cost and/ or expenses including attorney's fee. I affirm each and every term and fully expect the parties to this contract to abide by the terms here including attorney's fee.

Pay Schedule: Fifty percent (50%) is due to begin work, and the balance is due upon completion of the job. The final payment must be received within ten (10) business days of the acceptance of the certificate of completion. If the final payment is not received within this period, an interest charge of one percent (1%) of the contract amount will be added to the final invoice amount.

Insufficient Funds: Any customer who has a check returned for insufficient funds will be responsible for any bank fees in addition to a service charge of $20.00. The fees and service charge will be added to the outstanding balance.

**Re-Roof Material Specifications for 1986 Sunnyside Drive, Brentwood:**

1.) 1.) Energy-Star Lifetime Warranty shingles:
   - Certainteed "Landmark - Solaris", Energy Star color "Dusky Clay"

2.) Underlayment:
   - Teclar "Tuffguard"

3.) Ridge / Hip / Valley membrane flashing:
   - Grace Ice & Water Shield

4.) Add cricket at back of chimney – sloped plywood, shingle over.

5.) New copper roof-to-wall flashing at chimney (approx. 60"x30") tuck-pointed

6.) Ridge vents:
   - Air Vent Inc. "Hip-Ridge Vent", 12" wide – 45 linear feet

7.) Attic vents:
   a. GAF "Master Flow Green Machine" Solar Powered Roof Vent – Quantity: 1
   b. GAF "Master Flow Green Machine" Dual-Powered Roof Vent – Quantity: 3

8.) Clean existing eave vents or replace as necessary to ensure optimum air flow: paint any new vents to match existing color
   - 16"x8" louvered vents, quantity approx. 30

9.) New drip edge flashing around perimeter into gutters
   a. Preferred: Copper (please price)
   b. Alternate: Aluminum (please price)

10.) Replace all existing roof deck with new 5/8" pressure-treated plywood.

11.) Around eave line of bonus room cathedral ceiling – install insulation baffles in each rafter space to ensure ventilation flow above batts under deck.

12.) Add plastic sheet in attic at bonus room wall to separate ridge-vented attic area from power-vented attic area (approx 25 sq.ft. – staple plastic sheet to existing framing)

13.) Tube Skylights:
   - Solatube "Brighten-Up" model 160DS, 10-inch, with Natural Effect lens, and pitched flashing and flashing insulator.  Need 2 elbows each, and extension tubes. Quantity: 2

14.) Add attic access ladder in interior hallway ceiling:
   - Louisville Ladder 22.5"x54" for 7' to 8'-9" height 350lb load Model AS229GS

W. Edward Porter IV
Attorney at Law
222 Second Avenue North
Suite 210
Nashville, TN 37201

NASHVILLE TN 370

13 NOV 2018 PM 5 L



Jeffrey Ryan Fenton
1986 Sunny Side Drive
Brentwood, TN 37027

37027-540486

https://rico.jefffenton.com/evidence/2018-11-09_wifes-voluntary-non-suit-47426

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)