UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**

              PLAINTIFF

v.

**VIRGINIA LEE STORY** ET AL.,

              DEFENDANTS

CASE NO. 1:23-CV-01097

FILED - LN
July 12, 2024 12:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: diw  SCANNED BY /s/ 7/15/24

## INDIVIDUAL EMAIL COMMUNICATION EXHIBITS (WITH WEB URLS)

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-CV-01097).

2. I am a citizen of the United States of America, domiciled in Genesee County, MI.

3. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.

4. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.

5. Please file this exhibit in my lawsuit, so that I can reference it in my amended complaint.

6. Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 7/8/2024

JEFFREY RYAN FENTON

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

**From:**

Jeff Fenton
17195 Silver PKWY, #150
Fenton, MI  48430-3426



**To:**

United States District Court
Western District of Michigan
113 Federal Bldg
315 W. Allegan St
Lansing, MI  48933



FRB1 July 2022
ID: 11 x 8.5 x 5.5
OD: 11.25 x 8.75 x 6
ODCUFT: 0.341

**TO:**

United States District Court
Western District of Michigan
113 Federal Bldg
315 W. Allegan St
Lansing, MI  48933




USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

MEDIUM FLAT RATE BOX
FOR DOMESTIC AND INTERNATIONAL

FRB1 July 2022
ID: 11 x 8.5 x 5.5
OD: 11.25 x 8.75 x 6
ODCUFT: 0.341