# 1

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Friday, August 30, 2019 12:56 PM |
| **To:** | Virginia Story |
| **Subject:** | Moving to Michigan or Nashville? |

Good Morning Ms. Story,

I'm writing to clear up a little confusion regarding my crossing the Cincinnati Bridge, as well as to request your agreement on a couple of matters, so that I can move to Michigan (out by noon on the third, as requested). Otherwise, I will need to find an apartment here locally, as I am not able to move yet, under the current orders, as I understand my options currently.

My tremendous fear of heights has to do with me crossing the Cincinnati Bride at all, regardless of what sort of vehicle I'm traveling in or driving. (The vehicle being a U-Haul has zero relevance, sorry if I confused you about that point.) Even when Ms. Fenton has driven me (or anyone else for that matter) over the Cincinnati bridge (and lots of tall or long bridges around the country, Cincinnati merely being the obstacle between here and Michigan), it's highly unnerving and almost unsafe, for everyone in the vehicle. So either I need to take up residence somewhere else here in Nashville temporarily, until the house is sold (obviously outside the marital residence now), for some reason. In which case I will need my bed and a minimum amount of my furniture, my food, toiletries, etc… plus the funds for housing and to temporarily sustain me, needing some sort of interim support until the divorce is finalized, or I need to be allowed to take my stuff, including that which both Fawn and I have agreed is my furniture and my personal property (much of which I owned even before I ever met Fawn), which we already divided (as evidenced in Fawn's divorce complaint), so that I can drive to Michigan once, and I'll never need to return to Tennessee. I'm only going over that bridge once (and I still don't know how I will accomplish that, but that's my problem). But I don't expect to ever return to Nashville after that. Later in life I my change my mind, but I doubt that will be within my mother's lifetime (another 5 - 10 years, probably).

You made a statement in court yesterday, that I'm "dissipating marital property", **but that is simply not true.** Though you may argue over the television, and maybe even the dehumidifier, my mother has loaned me $20,000 to support me through this season, as well as to pay for my attorneys to date, all which I have mountains of proof (like I brought yesterday), in addition to audio and video records, where Fawn promised that she would pay for both. My lodging, food, utilities, and legal fees. The only reason why Fawn was understandably unable to pay interim support before, was because she was paying the mortgage payments for our home, as well as for her apartment.

The only reason that I'm returning to Michigan is for free temporary lodging with my mother. I otherwise have no desire to be stuck in Michigan. The economy is horrible, the weather is horrible, it will doom me to a far less advantageous future, than right where I currently am. In the previous judgment, the judge said that I could pay for my moving expenses, storage, and temporary support out of my share of the sales proceeds. Seeing however that won't be for another month or so, and I am completely broke as of now, since my roommates have been evicted (which is really why I discontinued my legal counsel with Marty & Mitchell), just as you, I really do like them both, and Mitchell was someone I had met months earlier, when he was between firms, and he is just a good all-around guy, who shoots straight and really cares (which is uncommon these days). Regretfully, once the house was gone, with Fawn being bankrupt, it made no fiscal sense to keep going tens-of-thousands of dollars in debt to retain them. I'm not representing myself because I want to, or because no-one will work with me. Attorneys are lined up all over town to take my money, and most of them will lie to me about it only costing a few thousand dollars, or just a few thousand dollars down and charging the rest to the proceeds from the sale of our home, etc… if my mom had the money to continue to loan me, and if I was willing to be so selfish as to keep borrowing it from her, but I won't.

According to the Tennessee laws, I'm supposed to be legally entitled to fair and equal treatment regardless. Even if I'm poor and I can't afford an attorney. We are not debating the deep matters of the law, here. The Judge kept insisting that I needed to know the law, but we weren't talking about the law, but rather whose testimony he listened to, considered, and believed. There was no legal code which we were arguing over. I understand what fair is, so does Ms. Fenton, surely you do as well, even if you want to keep back as much value for Ms. Fenton as possible. In Ms. Fenton's divorce complaint, she stated directly therein, that we have no marital property other than the house. She further stated that all our personal property has already been divided with the exception of a very few things. Of which the TV was the only item which I sold prior to you being hired by Ms. Fenton. **So the TV is the only thing which you could** even **consider charging me for, out of my portion of our home.**

We still haven't even spoken about debts yet, and there are plenty of marital debts in my name, which Fawn is trying to avoid bringing up. One of the marital debts charged on my credit cards was the dehumidifier purchase which was $2,100 (like I told you), which we purchased with some duct work and extra crap which we never installed or used. The dehumidifier itself was the only part which we ever used, which later I can try to find a photo to prove to you. But again, this dehumidifier was 100% charged onto my credit (AMEX), where the outstanding balance remains.

To be fair, I expect that a lot of the information which you received yesterday was "new news" to you. I believe that at this point Fawn and her family have Fawn so convinced that she is the "victim" in this marriage/divorce, that I honestly don't believe that she could tell the whole honest story, even if she had to. I'm not trying to stretch this out, make it messier, or air any unnecessary dirty laundry. At this point, I want this over more than anything. But I just can't allow my character to be assassinated, or to be granted less consideration in this divorce than Fawn is (during hearings, to consider my testimony, in financial awards of equity, or in alimony thereafter, to start rebuilding my life). This is not at all a threat, but just so that you can understand what else Fawn may not be telling you, the evidence which I brought into court yesterday, is probably 1/100[th] of the evidence which I have, to simply prove that my narrative is the TRUTH. (Nowhere do I try to blame Fawn more than I blame myself. In my narrative, there are no victims. We are both broken, and we both made horrible mistakes, which in the end, regretfully cost us both our marriage, our wealth, our home, and our retirement.) I can't believe that is a narrative which any group of my peers would not also find convincing, because it is the honest truth. The truth doesn't have me being a wonderful guy, as much as I'd like that to be the story, it's just not. However, the truth never had me being a horrible abuser either, because if that was the truth, Fawn would have left long ago, or her family would have medevacked her out of our marriage, and I'd still have my own duplex, a home which I could always afford on my own. At the same time, Fawn was no Cinderella or Snow White. We were/are both stained, by our own personal challenges, by previous relationships, and previous divorces. (For example, Fawn is still in love with her first husband, and heartbroken that he left her. Fawn was never able to love me nearly as much as she did Kris. A portion of Fawn's heart, which Kris owned, was never accessible to me.)

Since you made the judge mad at me by convincing him that I'm liquidating our "marital assets", which is not true. The only thing which Fawn even arguably has any right to is about 1/3 of the TV, while by the way, $5k of my cash, from my duplex rents, is in the equity of her car, along with its $2500 extended repair contract, which holds it's (redeemable) cash value until used – I'm sure that she left that little part out with you, as I also noticed that she failed to report it to the bankruptcy court. Altogether, Fawn only reported about half her personal property, and its value, to the bankruptcy court. (Which I can also prove.) So, because of that misleading statement, the judge has frozen all my personal property here, and I'm not leaving town without my personal property. I can't. Plus Ms. Fenton agreed with me before and again during your divorce filing that it is mine to do with as I please. (The same as the $5k gun vault, the weight bench, and the $1.2k treadmill.) If you want to start calling all of my personal property **"marital property"** now, just because you've arranged for an auctioneer to liquidate it all, to give my share of our personal property to Fawn, then we also need to empty out Fawn's storage unit, and bring back all her furniture, and put it all back inside this home, for one big sale, and then split the proceeds equally. Regardless of what Judge Binkley said, who already hated me, before he ever met me, thanks to the preemptive attacks by your office.

If we can't reach a reasonable agreement, where I can move, then I have no choice but to petition for a "change of venue" and do whatever I need to have this case taken away from Judge Binkley and the Williamson County Judicial System. Otherwise, we'll spend years in the appellate courts afterwards, for another $800.00 filing fee… I really want to go on with

https://rico.jefffenton.com/evidence/2019-08-30_emergency-attempt-to-correct-court-order.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

my life, but I can't go while you hold all my personal property hostage. I promise you that Fawn would never leave town without her personal property either.

The biggest thing that Fawn wants at any cost, is for me and my stuff to be out of this house and out of this state, forever. I am trying my best to give her that wish, but only if I can (Ms. Story) agree to allow me to take with me my personal property, while telling the Judge that it was by mutual agreement, not an act of rebellion or contempt, which I should be punished for. Otherwise, I simply cannot leave town. I will move out of our home, as I've been ordered. But then I'll need to have my mom fly down, and since I can't come near my property, I'll need to teach my mom how to use the video camera to monitor everything which is being done to my home and with my property. Then you'll see my 75-year-old mom on the evening news, replaying the court recording, as I'm being threatened with jail and denied my legal and previously agreed right to take my personal property with me, (so you can sell it and give Fawn half, without selling half of Fawn's personal property and giving me 50% of those proceeds.) This is so far from fair, I have no doubt that the local media will rally around me, if that is what you and Judge Binkley force, simply because I have no counsel to protect me. This is ludicrous! I've got some nice video clips for the media, to show Fawn lying to the police and having them surround my home, as she threatened to kick down our $1,000 door, to get five fish, which I had already volunteered to give her.

This can become as big of a circus as you all choose to make it, but I'm not going to be the person who just continues to get abused and taken advantage of, because of the financial and legal leverage which Fawn and your firm has. The one thing which trumps you all, is public opinion, and that is my court of choice. Where I can afford to tell the whole story and let the "winner" be **due to the merits of their case**, rather than if they can afford counsel, who their counsel is, who the judge is, and who is buddies with whom.

I'm not trying to make this difficult. I want to leave, regardless of what it costs me. I will meet your August third at noon deadline, with or without my personal property (like my bed). But I cannot afford to have you put my personal property into storage and then ship it to Michigan later, deducting the funds to do so, from my share of the sale proceeds. That would cost me an additional $5k. Unless Fawn offers to pay it, out of her sale proceeds. I must urgently repay my mother the $21k, which I've recently borrowed from her to simply survive and pay counsel in this worthless legal battle. Additionally, all my retirement was invested into this home, I need as much of that back as possible to have any chance, without a massive financial settlement from Fawn. So, I have no choice but to be frugal with my 50% of my equity remaining, after by court order, you liquidate my home by selling it for a fraction of what it is worth, by public auction with no minimums. I can't even imagine someone overreaching more, or oppressing another, more completely and violently, simply because **they can get away with it**.

My move to Michigan alone will cost me nearly $3k, which I'm not asking Fawn to pay for, if I can just have permission to hurry my butt off and take what I can now to Michigan and allow the auctioneer to sell the rest in the auction. Either I'm not leaving town, or once I leave, I'm not returning. I need to know today (as time is extremely limited), before I am forced to reach-out to local agencies, politicians, legislatures, the governor, and media outlets to help protect my fair and equal interests here.

Strangely, in every other person whom I've witnessed speaking with Chancellor Binkley so far, I've really liked to guy. He is kind, he goes out of his way to encourage people, and build them up, I am the only person, whom I believe because of his bias caused by your four legal filings before ever meeting me, treats me **like I'm Hannibal Lecter**. I must do everything within my legal power, to have the venue changed, to have our divorce moved out of the Williamson County Court system, or I am absolutely doomed. (Headed to jail, with never an arrest in my life, all because of the falsified testimony of others, which I can prove definitively via writing, via videos, via audio recordings, and via court transcriptions now.)

Honestly, if you have had a chance to read all of my countermotion yesterday, which I recommend, because even though Judge Binkley refused to hear it yesterday, now that I've already done the preparation work, I will bring it back as several separate motions, or an individual lawsuit for **"harassment by legal process/way of the courts"**, etc... depending upon what is recommended to me. Possibly at the State of Federal levels, since I'm moving to Michigan. In my narrative, as long winded as it was (and I know that I tend to repeat myself... I'm far from perfect, and have never trained in law), I by no means tried to blame everything on Ms. Fenton, like she did me. I was honest, which I believe that both you and any

3

reasonable person can tell, because I admit my share of wrongs equally with Ms. Fenton. I'm not by any means trying to attack, harm, or crucify her. If anything, I'm trying to help save her from herself. Which I have tried and failed at for the past year and a half. Up until right before she retained you, I told Fawn that I was trying to save the home for her to return to someday, and that she is always welcome to come home. After menopause, when she wants to again return to what was once her dream home originally, and I would rebuild the entire bonus room (at my expense) to be her bedroom of her dreams, however she chose to architecturally design it. Yeah, that might sound ridiculous to you now, but the day will come when she will regret this loss, even though she is dead-set to fight with her last breath, right at the moment. I know her better than you, and once Fawn realizes the hollow victory of losing everything, and being all alone in life again, after a few years, this choice of hers will really break her own heart. I was trying to hold on to our home for my sake, but there was never a day when I wasn't trying to defeat her in her fight today, to give her back what she has lost later in life, when her heart longs for it once again. Not that she would ever want to be my husband again, but a day will come when being roommates won't sound so intolerable, with common passions like this property, and little critters, with 2500 SqFt and only two occupants, especially considering all the money which we invested into this home, with the best HVAC we'll ever experience, designed especially for her asthma, and so much more....

Ms. Fenton and I already understand what the legal range of expectations are per Tennessee laws and local divorce precedence's. I know that I was running late like crazy yesterday just to pull myself and all my documentation together to provide to the court, probably covering way more ground than I should have attempted at one time, but you opened up each of those issues within your motion, and I feel that my character has been horribly, grievously and fraudulently represented to the court so far.

As your divorce complaint alleged, all marital property (personal property) except for a few items, was divided by Fawn and I prior to filing for the divorce. The **only exceptions** being the items on **your list**, and the few which Fawn wanted **from your walk-through.**

As I explained in great detail to you, the TV was over half mine, regardless of who purchased it, and I paid for a good deal of it. Fawn's brother's investment in the TV itself was limited to $1,000, as I reimbursed him the remainder in cash. Fawn's mother contributed the $300 for my Christmas present. And again, this was sold at a time when I required the money to eat, as I had no other means of survival. Ms. Fenton has gotten away with doing plenty of crooked things,  such as taking me off credit cards, cancelling my ATM cards, reducing credit card limits, largely by timing it so that those things did not occur while we were under the restraining order. Well, this also happened while we had no pending litigation in the courts, toward the start of this year, while we were under no restraining order. I did on more than one occasion inform Ms. Fenton that I was selling some of my stuff to simply survive. There is absolutely nothing illegal about that, regardless of how you presented it to the Judge, who already doesn't like me due to the vast volume of false narrative which he has accepted from you and Ms. Fenton as the truth.

I know a lot of people in Williamson County, who fortunately can afford to pay attorneys to protect their interests and can hopefully win. But those same people would be outraged to have been in my shoes yesterday, under threat of incarceration, being told by the courts, what Judge Binkley told me yesterday.

I know that you can "slam dunk" this purely based upon your relationships with the elite social circle of the Williamson County judicial system. Michael Greenwell, my barber of 20 years, told me to hire you a year ago, because he told me repeatedly that you are "very well connected in Williamson County", which he repeated a few times for emphasis, using air quotes for the "very well connected" portion. (Apparently you got Michael off for a DUI, many years back.) At the time, I wasn't willing to borrow money from my mother, and I believed that I could get a fair trial in Williamson County without the need for legal counsel, which is Tennessee law, though we both saw how well that works. Then I forgot your name and life went on, as **Fawn promised me not to hire legal counsel again,** agreeing to work it out fairly between ourselves. That was until the day when I received your notice in my mailbox, and something about the return address label looked familiar to me, but I couldn't quite figure it out. Then after reading Fawn's latest complaint for a divorce, at the bottom, where your signature was, I remembered your name, and what Michael had told me, knowing that I was SOL now. I called Michael to verify that I had the name correct, to which he confirmed, and I knew that I had to borrow the money from my mom to hire attorneys this time.

4

There goes the "Justice for All" initiative. Everybody knows that Nashville is a "good old boys" town. Apparently in Williamson County, relationships have even more influence.

So do I need to call the Red Cross, the ACLU, the governor, local legislatures, the Chanel 4-iTeam, and find a place to relocate to here locally (across Old Hickory Blvd.), or can you please agree (and explain was agreed to the Judge) to allow me to take my personal property with me to move to Michigan, and agree to facilitate the remainder of our divorce, either via mail, email, over the phone, or via video conference? Without requiring me to ever return to Nashville, or petition for a "change of venue", to receive some semblance of a fair outcome, for all my life's labors?

Please let me know quickly. If you will agree, I will borrow money from my mom to hire help to vacate the premises by your current deadline, of noon on 9/3. But I need to please know today if I have any reasonable chance to secure the help over the weekend, and move out on this tight of a timeline.

If not, please let me know if I can at least take my bedroom furniture, so that I can find a place to rent here locally, for the next 6 months to a year. I'll need to petition the court for support, but I'll need to petition for a change of venue first, to have even the slightest chance at fair and equitable consideration.

Your speedy reply would be greatly appreciated.

Thanks.

## Jeff Fenton
## METICULOUS.TECH
**(615) 837-1300** Office
**(615) 837-1301** Mobile
**(615) 837-1302** Fax

Technical Consulting, Services, and Solutions, When it's worth doing RIGHT the first time!

Submit or respond to a support ticket here. A Division of Meticulous Marketing LLC

## Delivered: Moving to Michigan or Nashville?

postmaster@tnlaw.org <postmaster@tnlaw.org>

Fri 8/30/2019 12:55 PM

To:Virginia Story <virginia@tnlaw.org>

📎 1 attachments (29 KB)

Moving to Michigan or Nashville? ;

## Your message has been delivered to the following recipients:

Virginia Story (virginia@tnlaw.org)

Subject: Moving to Michigan or Nashville?

**Moving to Michigan or Nashville?**

postmaster@tnlaw.org

To:Jeff Fenton

Fri 8/30/2019 12:55 PM

Moving to Michigan or Nashville?
**Outlook Item**

### Your message has been delivered to the following recipients:

Virginia Story (virginia@tnlaw.org)

Subject: Moving to Michigan or Nashville?

⬛Reply⬛Forward

postmaster@outlook.com
**Outlook Item**

## Message details

Received: from BN6PR10MB1329.namprd10.prod.outlook.com (2603:10b6:208:10c::39)
 by MN2PR10MB3856.namprd10.prod.outlook.com with HTTPS via
 MN2PR01CA0026.PROD.EXCHANGELABS.COM; Fri, 30 Aug 2019 16:55:52 +0000
ARC-Seal: i=2; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=pass;

b=VwUwVWrvcS7wmpp41Nk9JhN+pt0tAYLCu9DxP/EVTXB8JwGd/oShVSHbetlGxdsvCkIPPqGYOf/f+I
1oyeBSjm4qYs85aEoqk3mmfWeGL1+PELMBItT6zRRm/4l/OfdUS3bamgQpMgQKOYBY4A2+pKR3w5h
rj1qCOOKEg4WdXr5S2vXl/1MflKmL3uuCkknW47iV2d/cnFtFNsBd7dvr0ffLHP+gGmvrUo6ttWQi/dlzkN
oWnBMM3l7SUBBj31r1lMwepTOnF0/DS4UDvLNZKIBJBXyefbx6QPCS44ef8OJ9Il3dn3hRUqfXX1Wdb4
9fGOvu4fsZ/bQzcPhNA+WUZA==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=np+dnnVNYMii28esuX7eT+2TKBGliO9tqkRpbhcPIM4=;

b=nONHckF2uj6kgM0VfAuYfT3EcWeautTMbe8tTqW7+eu61YmTdu4ZZ2XJ1VlfC7IFbqASEzIz0o0vUFI
d00YSmic2frQ+alpeb2/FxMH21NSxcxnsjJQxC2sx6msZl84SUbl/AtX5nyKGWxc9/1GCgXhEYRQPrqdcFz
RVhl9B9RMk/JxedUAtIld25lWX3Y7eN8KdYIbQP+CCUrQcbzoF8HqxPEKkT1AxOhSG1RKuvsm40tBng1
S5wQxX44tL4pTM52GKQO/7Ygk14pgAgAJ8CVTyUutFyqDv2egDrxreM44U4drEwJRSIYWNJ5PPlp379
W3q0NQC9w19y6at0fjI+w==
ARC-Authentication-Results: i=2; mx.microsoft.com 1; spf=pass (sender ip is
 52.100.132.108) smtp.rcpttodomain=meticulous.tech
 smtp.helo=nam02-cy1-obe.outbound.protection.outlook.com; dmarc=none
 action=none header.from=tnlaw.org; dkim=pass (signature was verified)
 header.d=storyabernathy.onmicrosoft.com; arc=pass (0 oda=1 ltdi=1
 dkim=[1,1,header.d=tnlaw.org] dmarc=[1,1,header.from=tnlaw.org])
Received: from DM5PR10CA0002.namprd10.prod.outlook.com (2603:10b6:4:2::12) by
 BN6PR10MB1329.namprd10.prod.outlook.com (2603:10b6:404:44::19) with Microsoft

SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
15.20.2199.21; Fri, 30 Aug 2019 16:55:50 +0000
Received: from CO1NAM04FT040.eop-NAM04.prod.protection.outlook.com
(2a01:111:f400:7e4d::200) by DM5PR10CA0002.outlook.office365.com
(2603:10b6:4:2::12) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id 15.20.2220.16 via Frontend
Transport; Fri, 30 Aug 2019 16:55:49 +0000
Authentication-Results: spf=pass (sender IP is 52.100.132.108)
smtp.helo=NAM02-CY1-obe.outbound.protection.outlook.com; Meticulous.tech;
dkim=pass (signature was verified)
header.d=StoryAbernathy.onmicrosoft.com;Meticulous.tech; dmarc=none
action=none header.from=tnlaw.org;compauth=pass reason=130
Received-SPF: Pass (protection.outlook.com: domain of
NAM02-CY1-obe.outbound.protection.outlook.com designates 52.100.132.108 as
permitted sender) receiver=protection.outlook.com; client-ip=52.100.132.108;
helo=NAM02-CY1-obe.outbound.protection.outlook.com;
Received: from NAM02-CY1-obe.outbound.protection.outlook.com (52.100.132.108)
by CO1NAM04FT040.mail.protection.outlook.com (10.152.91.23) with Microsoft
SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id
15.20.2220.16 via Frontend Transport; Fri, 30 Aug 2019 16:55:49 +0000
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=grXjec/Aiku6jzUSPa6bsEgAIR/CSlg+HAwLsgxLO36EkjEYVvBwAihqFoqLqGTgSJGeetXdK8lT7pw21E
WKi3k3U2r2+fHEu4/x/QALOVRVkJvh/dLAIswbJEnjf3e7PnhY3EkqBcvGLft6ejcjqjMPOAJjy5v/oNBBc8rS
+YM7UoVmb1doCuOVSH4HrwSDZgN64Nz1EuwMFgLq9UBU1++GXuULcDmYAHiq/V9WIJNLato+fu
Pfuxc2z5IAb+2JiDpEBr6s8Qyzye0RB8JRj9M/v2Ddq0sdzW0JOQCOdhJSDUHDUr25ZPAieChenrJP4ULQ
rlTZMPg4xm+YdQsX0g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector9901;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
bh=np+dnnVNYMii28esuX7eT+2TKBGliO9tqkRpbhcPIM4=;

b=bYVBo7KT6EaeWOSil8oQAI2zm/htFoGRX0NKlvnl1g1YXb59jyx6HAokQPYbdVZpkarokGKbrLtsb46c
eGgFjp+1rcv3cN5/XfYmN1TTAZKbgzo3MGEefLTHJwpK6PWACTntbEZplYwsKZkfuRLxOAapJd7fWAsK
p6gpV100GUWqYV6h/Ap57qAay2nRndArbme8BRl8/8w+EayGK60qJlVW9+ABSv/mFH6WTVlQuBlWy
TXby7ZOnriCipLS/AZWwulWP3GlZSFofBdUBvOaTy28Lv5YyDoRPhFuipZdctCDLM9l5nJhU7JWWuKXnz
cDi6UohF9MLHlU3Puhy2JsqQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass; dmarc=pass
action=none header.from=tnlaw.org; dkim=pass header.d=tnlaw.org; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=StoryAbernathy.onmicrosoft.com; s=selector2-StoryAbernathy-onmicrosoft-com;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
bh=np+dnnVNYMii28esuX7eT+2TKBGliO9tqkRpbhcPIM4=;

b=J9pj6D80FFxIqlMuCawUOtLax2L4HLe+6HH6vXAl1bT0Pdrgz2Z0bnG+KnvE/LszRVPcZXlh0isYfyiE+q

Fye3CkM+j0LmoKssDx9lVpCYmtK6WninxHie7dtZorIXixNA5jgpG9pq/MUCL/iXUyⴻwoc0ENxutjepR
WLERpBP0=
MIME-Version: 1.0
From: <postmaster@tnlaw.org>
To: <Jeff@Meticulous.tech>
Date: Fri, 30 Aug 2019 16:55:47 +0000
Content-Type: multipart/report; report-type=delivery-status;
        boundary="5d5152ee-1d58-4c18-b8cf-73a7b41e5ee9"
Content-Language: en-US
Message-ID:
 <b85c7079-daed-45fb-a08b-1db425a79118@BN6PR2201MB1297.namprd22.prod.outlook.com>
In-Reply-To:

<MN2PR10MB385631FAF7FB5C03E974C7E5C7BD0@MN2PR10MB3856.namprd10.prod.outlook.com
>
References:

<MN2PR10MB385631FAF7FB5C03E974C7E5C7BD0@MN2PR10MB3856.namprd10.prod.outlook.com
>
Thread-Topic: Moving to Michigan or Nashville?
Thread-Index: AdVfRL1EPV0WC+11RPW/F+JgXlzlxAADwf1V
Subject: Delivered: Moving to Michigan or Nashville?
Auto-Submitted: auto-replied
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: BN6PR2201MB1297:|BN6PR10MB1329:
X-Microsoft-Antispam-PRVS:

<BN6PR2201MB1297606AF5A07EEF80377557B8BD0@BN6PR2201MB1297.namprd22.prod.outlook.c
om>
X-MS-Oob-TLC-OOBClassifiers: OLM:91;OLM:91;
X-Forefront-PRVS: 0145758B1D
X-Forefront-Antispam-Report-Untrusted:

SFV:NSPM;SFS:(10019020)(396003)(346002)(366004)(136003)(39840400004)(376002)(199004)(18900
3)(1930700014)(42186006)(76176011)(16586007)(486006)(102836004)(66574012)(2876002)(6694600
7)(81156014)(81166006)(66576008)(78496005)(8676002)(42882007)(6916009)(53546011)(450804000
02)(498600001)(11286001)(78352004)(1706002)(53376002)(74316002)(4743002)(71190400001)(5024
004)(476003)(19627235002)(11346002)(14444005)(446003)(316002)(16799955002)(2351001)(308640
03)(5660300002)(53936002)(31696002)(1476002)(2906002)(6346003)(53946003)(236005)(9686003)(6
306002)(52396003)(82146005)(33290500001)(562404015)(559001)(579004)(299355004);DIR:OUT;SFP:
1501;SCL:1;SRVR:BN6PR2201MB1297;H:;FPR:;SPF:None;LANG:en;PTR:InfoNoRecords;A:0;MX:0;
Received-SPF: None (protection.outlook.com: does not designate permitted
 sender hosts)
Authentication-Results-Original: spf=none (sender IP is ) smtp.mailfrom=<>;
X-MS-Exchange-SenderADCheck: 1
X-Microsoft-Antispam-Message-Info-Original:

phRkCjJEHiKTK/1j/CMRnq1nSdy8F1OCHTK20jlyfKZK5W8CD21W54Yw6FAPIuaoqXdeEgbVp6aFu/nnw C/Xh5Gn5b3bus2t1iitvAsoAJzAw5/B09a3LvoJEN5eT9+f1VEKUlWx3/AsQrB7oLD19sy78Af9NYx4l3hbQ N0ZS3cjlRTnrygMBJP3R8xP7f2ZeTK157OWN2T8rzybwR3eAi4YM9kbFX4lrCVsKpi9rqGbSJpCfS3/IKBS mfeBAzKd+yn1xAkFHPO6D2lvGPzSuGg7AcFyHIkE7slKMGms2AwM+HQWPGC7E1rPoxr2/T70NHZV/7 s/HTa8opnhIDc+12yQK0Z9UL7yb5OQwaegn5vcRCp7tvZIAW8CbtN0OnyZZghbySY5T0HGxjPxvFWjcL 2C9JJvAyFxCRdtJd5jWwE=

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BN6PR2201MB1297
Return-Path: <>
X-MS-Exchange-Organization-ExpirationStartTime: 30 Aug 2019 16:55:49.4240
 (UTC)
X-MS-Exchange-Organization-ExpirationStartTimeReason: OriginalSubmit
X-MS-Exchange-Organization-ExpirationInterval: 1:00:00:00.0000000
X-MS-Exchange-Organization-ExpirationIntervalReason: OriginalSubmit
X-MS-Exchange-Organization-Network-Message-Id:
 afce4f7b-3ddc-4d9a-0c33-08d72d6ae8f3
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: d953c009-4647-456e-8908-5a73ea376772:0
X-MS-Exchange-Organization-MessageDirectionality: Incoming
X-MS-Exchange-Transport-CrossTenantHeadersStripped:
 CO1NAM04FT040.eop-NAM04.prod.protection.outlook.com
X-MS-Exchange-Transport-CrossTenantHeadersPromoted:
 CO1NAM04FT040.eop-NAM04.prod.protection.outlook.com
X-Forefront-Antispam-Report:

CIP:52.100.132.108;IPV:NLI;CTRY:US;EFV:NLI;SFV:NSPM;SFS:(2970300002)(199004)(189003)(19307000 14)(31696002)(356004)(30864003)(7636002)(53546011)(6506007)(66574012)(102836004)(566030000 2)(58800400005)(6916009)(36736006)(8636004)(45080400002)(2876002)(78352004)(6436002)(10960 03)(25786009)(19627235002)(53376002)(246002)(104766004)(6512007)(26005)(6306002)(9686003)(1 476002)(53946003)(236005)(16586007)(42882007)(16003)(336012)(496002)(446003)(6486002)(16799 955002)(4743002)(106002)(956004)(2351001)(11346002)(486006)(476003)(14444005)(126002)(74316 002)(71190400001)(76176011)(5024004)(8676002)(82146005)(562404015)(33290500001)(579004)(55 9001)(299355004);DIR:INB;SFP:;SCL:1;SRVR:BN6PR10MB1329;H:NAM02-CY1-
obe.outbound.protection.outlook.com;FPR:;SPF:Pass;LANG:en;PTR:mail-
bgr052100132108.outbound.protection.outlook.com;A:0;MX:0;
X-MS-Exchange-Organization-AuthSource:
 CO1NAM04FT040.eop-NAM04.prod.protection.outlook.com
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Office365-Filtering-Correlation-Id: afce4f7b-3ddc-4d9a-0c33-08d72d6ae8f3
X-Microsoft-Antispam:

BCL:0;PCL:0;RULEID:(2390118)(7020095)(4652040)(5600166)(711020)(4605104)(1124261)(1420029)(80 01031)(1418099)(49563074)(71702078);SRVR:BN6PR10MB1329;
X-MS-Exchange-Organization-SCL: 1
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 30 Aug 2019 16:55:49.2508
 (UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: afce4f7b-3ddc-4d9a-0c33-08d72d6ae8f3

X-MS-Exchange-CrossTenant-Id: d953c009-4647-456e-8908-5a73ea376772

X-MS-Exchange-CrossTenant-FromEntityHeader: Internet

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BN6PR10MB1329

X-MS-Exchange-Transport-EndToEndLatency: 00:00:03.4859205

X-MS-Exchange-Processed-By-BccFoldering: 15.20.2178.000

X-Microsoft-Antispam-Mailbox-Delivery:

ucf:1;jmr:0;ex:0;auth:0;dest:C;OFR:CustomRules;ENG:(20160514016)(750127)(520011016)(944506383)(944626516);

X-Microsoft-Antispam-Message-Info:

u56WMaDwTCLKSwXRT2Yl460WS+8djM9PrlJRftrHDfVEm+ureWHiBjcy/U9+vna1TaX+FM6Bju
ZnkZWkJUJtHHLMZzox59sH6dFa0NAYS5zh6rBIGDObZDbyHS7/xwTLBP1FjCWyEFM9ZsR4kmmtyzAEk
gzb/3cUa+uUQ2ytNfAiwQDPBQN5rY2iwEH6EwUPucm++9xbSkREqvkSNSUaUKAm9FS0unqB6w7hYP
GGR8vNvlMF4jqb+pFrsOraAi9mUAgbTgCHUDdj6xXdy9KbHmRENFwcEkETyXVAzCKXKj4/y6/nKMWf6
wC5vJZ2R26GeyTeA6n1/D02zxKMFF+YD6CEskaY0Ftcv/+LfjU40dkvskEBIhV39zHLrX/Po186+GPRf+73
BtrEUctvLHN7V8vL9xUMKYJmBq0e9EODlyON8L6dWy7pBDnpMVtlmGzvgoLhvhFJqfxcBwqBaeagfZS7
Yc3+YPHtbOEU8eUJ+zNGxMs0EvBHsKlhFlGAk8ook0dJzAgn16RplPqpjScrbi7QaEc7gbAoN/OGliYML
MZR16JURF8DAQgGli4qtl94zAVD4IWmQyYNclXRGhoN+piYBlJnSCRyKgWO+A1WUbGQThCiOBcjfke
Tm9kUbrJCv4bxb/sWVJng4yawVLZ5AqyOAKlwqgGtIrJPv9Flq1JMcBy6ETqwXGun0KeVZ3mK

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Friday, August 30, 2019 2:48 PM |
| **To:** | Virginia Story; Heidi Macy; Kathryn Yarbrough |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | Miscommunication Yesterday |
| **Attachments:** | 2019-08-29 COURT ORDER.pdf |

Hello Ms. Story,

I just had the Clerk's and Master's Office send me a copy of the court order from yesterday.

Apparently there was a miscommunication somehow, between when you spoke about the TV and the Dehumidifier, where Chancellor Binkley understood your comments about me selling them to have occurred during the Restraining Order Statutory Injunction, which is not at all correct. This was months before.

It looks like that is what upset the Chancellor and caused him to change his ruling to forbid me from taking any of my personal property with me when I move.

As I don't believe that was what you were alleging, and I know that isn't what happened, how do we get this cleared up, so that I can take my personal property with me, so that I can move to Michigan, as planned?

This seems to all be about a simple misunderstanding, more so that favoritism, as I thought. I just couldn't rationalize any other reason for such drastic changes in the order.

How do we fix this quickly so I can leave?

I've done nothing against the Statutory Injunction at all. If anything, a little bit of money could arguably be kept from my final proceeds.

Please advise, I want to get packing, but I legally can't.

Thanks.

**Jeff Fenton**
**METICULOUS.TECH**
**(615) 837-1300** Office
**(615) 837-1301** Mobile
**(615) 837-1302** Fax

Technical Consulting, Services, and Solutions,
When it's worth doing RIGHT the first time!

Submit or respond to a support ticket here.

A Division of Meticulous Marketing LLC

This was before I understood that under the circumstances, it was physically impossible for the 8/29/2019 court order to include any honest good faith "miscommunications", "misunderstandings", or erroneous "interpretations" between the words spoken by Attorney Story in court on 8/29/2019 and the order issued & emailed to me the day after by the Clerk & Master's Office on 8/30/2019.

I was not yet aware that **Attorney Story** was the **author** of that **court order,** hence every word was contemplated and specifically chosen by her to state exactly what the order said, despite it being **materially misleading** and **factually false**.

In other words, the disparity between the words written in that court order and the **turth,** were intentional, calculated, strategic, and deliberate. For the exact purpose of falsifying the court records, as it did (and continues to do), to commit fraud upon that court (and the federal court who used it as a basis for their wrongful orders), by the members of those courts, for the express purpose of steeling my Brentwood home via real estate deed fraud, which was not possible in the manner executed, without the willful illegal participation by the Williamson County Chancery Court.

It was a long time before I had the opportunity to perform enough legal research to discovery local RULE 11 in Tennessee's 21st Judicial District, shown on the next page.

**LOCAL RULES OF PRACTICE**
**TWENTY-FIRST JUDICIAL DISTRICT**
**HICKMAN, LEWIS, PERRY AND WILLIAMSON COUNTIES**

---

**RULES OF THE CIRCUIT AND CHANCERY COURTS**
**FOR THE TWENTY-FIRST JUDICIAL DISTRICT**

**Adopted Effective September 1, 2004**
**As Amended Through September 1, 2017**
**And Further Amended March 1, 2019**

**INTRODUCTION**

**JUDGES.** The 21st Judicial District embraces Hickman, Lewis, Perry, and Williamson Counties. All Judges of the 21st Judicial District have full civil and criminal jurisdiction therein and are assigned areas of responsibility by the Presiding Judge.

**CLERKS.** Each county within the District has a Circuit Court Clerk and a Clerk and Master with powers and duties prescribed by statute for such offices generally. The Clerk and Master is also clerk of the Probate Division of the Chancery Court.

---

**Rule 11.    Orders and Judgments**

**Section 11.01  Preparation and Submission**

Unless the court directs otherwise, attorneys for prevailing parties will prepare proposed orders for entry by the court and shall file such proposed orders not more than seven (7) days following the day on which the ruling is made by the court. If the proposed order submitted reflects that it has been approved for entry by counsel for all parties, then the court will take action promptly to enter such proposed order, or, at the court's discretion, enter the court's own order with respect to the ruling. If the proposed order does not reflect that it has been approved for entry by counsel for all parties, then the court will take no action to enter such proposed order for seven (7) days after receipt of the proposed order to afford counsel for the opposing party to submit an alternative proposed order. If the opposing party submits an alternative proposed order, the court shall undertake promptly to enter either the original proposed order, the alternative proposed order, or the court's own order with respect to the ruling. All of the time periods in this section may, for good cause, be extended by the court.

A party's approval for entry of a proposed order, which does not by its express terms state that it is an agreed order, shall not be construed as anything other than the party's agreement that the proposed order accurately reflects the court's ruling on the particular matter and shall not be construed to imply that party's agreement with or consent to the ruling set out in the proposed order.

[Adopted Effective September 1, 2004;  Amended Effective September 1, 2010;  Further Amended December 1, 2014].

Judge
~~Chambers~~
Date 8-29-19 c/

**R.v3 (381-383)**

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

FAWN ███████ FENTON,                )
    Plaintiff/Wife,                 )
                                    )       2019 AUG 29 PM 2: 34
vs.                                 )   No. 48419B   FILED FOR ENTRY 8-29-19
                                    )
JEFFREY RYAN FENTON,                )
    Defendant/Husband.              )

## <u>ORDER FROM AUGUST 29, 2019 HEARING</u>

### <u>EX PARTE ORDER OF PROTECTION EXTENDED PENDING FINAL HEARING, RESETTING MOTION FOR VIOLATION OF ORDER OF PROTECTION, WAIVING MEDIATION AND SETTING FINAL HEARING, ORDER TO VACATE AND ORDER ALLOWING WIFE TO SIGN ALL NECESSARY CONTRACTS TO COMPLETE THE SALE OF THE MARITAL HOME AND CLOSING</u>

This matter came on to be heard on the 29th day of August, 2019 before the Honorable

Michael W. Binkley, Judge holding Court for the Chancery Court of Williamson County,

Tennessee, upon Wife's Motion for Violation of Ex Parte Order of Protection and for Date Certain

for Walk Through of House and Motion for Scheduling Order. It appearing to the Court based

upon arguments of counsel, statements of **Husband representing himself Pro Se, and the record as** ✖

**a whole** that the following shall be the Order of this Court. **FYI...** my opposing counsel (Virginia Story) **WROTE** this **"Order".** This does **NOT** match "the record as a whole". **Please compare the 8/1 & 8/29 Transcripts!**

It is therefore **ORDERED, ADJUDGED and DECREED** that the Husband was again

✖ advised of the risks of proceeding **Pro Se** and that he is required to comply with the rules just as
**No Choice! Court Deprived Husband of ALL HIS Assets & Income! Deemed "uncollectible" once house was gone!**
an attorney is required. Husband acknowledged that he understood and **wishes to proceed Pro Se.**

✖ The Motion for Violation of the Order of Protection will be continued pending further Orders of
**The "OP" meant NOTHING but LEVERAGE! ALL they wanted was MY HOUSE and ME OUT of it!**
the Court as Husband had filed a very lengthy response on the morning of the hearing being
✖ **The alleged "Order of Protection" was just used (and still is) for EXTORTION, to BIND and SILENCE me!**
August 29, 2019. The Motion for Violation of the Order of Protection will be reset with the Final

✖ Hearing in this cause set for October 21, 2019 at 9:00 a.m. The Motion for Scheduling Order and
**I understood the term "the Final Hearing in this cause" to be referring to the issues WE had DISCUSSED to date,**
to Waive Mediation in this cause is appropriate and the same is granted. **the results of our Auction & "OP".**

✖ <u>AT NO TIME did I understand this to involve the END of our DIVORCE,</u> as we hadn't even **BEGUN DISCOVERY**
yet, which I spent over an hour on the phone with my last counsel to learn how to navigate myself. (Call is recorded as
proof!) **PLUS** Attorney Story had granted my Counsel an **EXTENTION** (which I have evidence of) on filing the **"Divorce Answer and Counter Complaint",** so that she could focus on her primary agenda, **which was TAKING MY HOUSE!**

**SO much HORRIBLE FAITH**, dishonesty, deceit, bullying, legal trickery, discrimination, bias, all GAMES with NO regard for JUSTICE, that ALL PLEADINGS must do SUBSTANTIAL JUSTICE, with NO RESPECT for ANY RULE OF LAW or my LIFE!

The Ex Parte Order of Protection shall remain in full force pending further hearing in this

cause set for October 21, 2019 at 9:00 a.m. The form "Order Extending Ex Parte/Temporary Order

of Protection" shall be executed and forwarded to the appropriate authorities.

Husband signed the listing agreement for the martial home with the Auctioneer,
**FORCED TO SIGN BY JUDGE BINKLEY, UNDER THE THREAT OF INCARCERATION, without even READING IT!**
Mr. Tommy Anderson, on August 29, 2019. Wife shall be allowed to sign any further contracts
**Afterwards I NOTIFIED everyone, that I was FORCED to SIGN under DURESS. I Canceled the Listing: NULL & VOID!**
to effectuate the sale and closings of the property located at 1986 Sunnyside Drive, Franklin, TN
**YET Mr. Tommy Anderson said he was AUCTIONING MY HOME regardless! To do whatever I want! Unethical and illegal!**
37069. Husband shall vacate the martial home on or before September 3, 2019 at 12:00 noon. The
**JUST FIVE-DAYS NOTICE!**
Williamson County Sheriff's Office shall have a deputy on standby to ensure that Mr. Fenton is
**Actually 4-DEPUTIES with their hands on their GUNS, like I was a dangerous FELON! (NEVER arrested in my LIFE!)**
vacated and that he only takes with him his personal clothing, his jewelry and effects such as his

toiletries and medication. Mr. Fenton shall not remove any further furnishings or personal

property. Husband is admonished that he is under a Restraining Order pursuant to the Statutory

Injunction entered upon the filing of the Complaint for Divorce as of June 4, 2019. Mr. Fenton

filed a Notice with the Court to allow him to file pleadings Pro Se and in the pleadings filed with
**This is FALSIFYING COURT RECORDS, a FELONY in TN! I EMAILED Attorney Story the TRUTH the Night Before!**
the Court he acknowledged that he had sold a TV gifted to his Wife from her brother for $1,000
**To CORRECT her "misunderstanding", in hopes of avoiding MORE theatrical FRAUD UPON THE COURT, to DISRUPT!**
and that he had sold a commercial dehumidifier which was at the marital residence for $2,500.
**SHE smiled at me, LIED ANYWAY, to enrage the Judge, then WROTE THE FRAUD directly into the COURT RECORDS!**
These amounts will be accounted for at the Final Hearing and any other property sold will also be
**The next day, I saw the Court Order, I called the Court to try to correct. Emailed Ms. Story, then she LIED to me AGAIN!**
addressed at the Final Hearing. No further property will be removed by Mr. Fenton and he shall
**FRAUD UPON THE COURT BY OFFICER(S) OF THE COURT - Binkley signed the INCORRECT/FALSIFIED Order!**
tag all items that he would like the Court to consider to be awarded to him. Any items that he does
**PURELY to FURTHER ABUSE me, "under color of law". That's when I lost ALL Respect for Ms. Story and her CRIMES!**
not wish to retain shall be sold at auction or Wife may retain. Pursuant to the Court Order, Wife
**ACTUALLY, according to the 8/1 Court Order,**
has tagged the items that she would request to be awarded when she conducted the walk through
**This was supposed to be completed by 8/11/2019, but WASN'T until 8/23/2019. Costing me a loss of thousands of dollars!**
pursuant to the Court Order from the August 1, 2019. (Order entered by Court on August 14,
**Because the Court had evicted my TENANTS, I had no money to MOVE, so the Court allowed me to SELL what was MINE.**
2019.) The auction will take place pursuant to said Order of August 14, 2019 which is to be 45
**But my Counsel strongly urged that I NOT SELL ANYTHING until AFTER the "10-Day Walk-through." Since it was done**
days from August 1, 2019 with all proceeds to be deposited into the Clerk's office.
**So LATE, I had no TIME to SELL anything that was MINE, to fund my MOVE. When I returned, much had been STOLEN!**
**"Court Orders" (and LAWS in general) were only WEAPONS they used against ME. Ms. Story showed NO CARE for either.**

2

**R.v3 (381-383)**

All other matters are reserved pending further Orders of this Court.

**ENTERED** on this _29th_ day of _August_ 2019.

MICHAEL W. BINKLEY, JUDGE

**APPROVED FOR ENTRY:**

Michael W. Binkley
Circuit Court Judge/Chancellor
21st Judicial District, Division III

**VIRGINIA LEE STORY; BPR #11700**
Attorney for Plaintiff/Wife
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

### CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027 on this _29th_ day of August, 2019.

**VIRGINIA LEE STORY**

### CLERK'S CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was sent courtesy copy to Mr. Jeffrey Fenton, Defendant Pro Se, at 1986 Sunnyside Drive, Brentwood, TN 37027, and to Virginia Lee Story, Attorney for Wife, at their respective addresses, on this _29_ day of _August_, 2019.

**CLERK**



**FRAUD UPON THE COURT**
**(BY OFFICERS OF THE COURT)**

OFFICIAL OPPRESSION (TCA § 39-16-403), COERCION & RETALIATION (42 USC § 12203 & 12203, TCA § 39-16-507) INTERFERENCE WITH COMMERCE BY EXTORTION (18 USC § 1951 (A)(B)(2)) FRAUDS (18 USC § 1341, 1957), U.S. CONST. AMEND. XIV, 18 USC § 153, 154, 156, 241, 242, 249...

## Delivered: Miscommunication Yesterday

postmaster@tnlaw.org <postmaster@tnlaw.org>

Fri 8/30/2019 2:48 PM

To:Virginia Story <virginia@tnlaw.org>

📎 1 attachments (31 KB)

Miscommunication Yesterday;

## Your message has been delivered to the following recipients:

Virginia Story (virginia@tnlaw.org)

Subject: Miscommunication Yesterday

## Delivered: Miscommunication Yesterday

postmaster@tnlaw.org <postmaster@tnlaw.org>
Fri 8/30/2019 2:48 PM
To:Kathryn Yarbrough <kyarbrough@tnlaw.org>

📎 1 attachments (31 KB)
Miscommunication Yesterday;

## Your message has been delivered to the following recipients:

Kathryn Yarbrough (kyarbrough@tnlaw.org)

Subject: Miscommunication Yesterday

## Delivered: Miscommunication Yesterday

postmaster@tnlaw.org <postmaster@tnlaw.org>
Fri 8/30/2019 2:48 PM
To:Heidi Macy <Heidi@tnlaw.org>

📎 1 attachments (31 KB)
Miscommunication Yesterday;

## Your message has been delivered to the following recipients:

Heidi Macy (Heidi@tnlaw.org)

Subject: Miscommunication Yesterday

## Relayed: Miscommunication Yesterday

Microsoft Outlook
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@mmeticulous.onmicrosoft.com>
Fri 8/30/2019 2:48 PM

To:elaine.beeler@tncourts.gov <elaine.beeler@tncourts.gov>

📎 1 attachments (23 KB)
Miscommunication Yesterday;

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

elaine.beeler@tncourts.gov (elaine.beeler@tncourts.gov)

Subject: Miscommunication Yesterday

| State of Tennessee | **Court** (Must Be Completed) **CHANCERY COURT** | **County** (Must Be Completed) **WILLIAMSON COUNTY** |
|---|---|---|

WILLIAMSON COUNTY
CLERK & MASTER

2019 SEP 20 PM 3:40

FILED FOR ENTRY

# Protected Income and Assets
(Affidavit of Claim Exemptions)

| | |
|---|---|
| File No. | **48419B** |
| | (Must Be Completed) |
| Division | **FRANKLIN** |
| | (Large Counties Only) |

**Plaintiff/Creditor**    **FAWN** ▮▮▮ **FENTON**
(Name: First, Middle, Last of person/company that filed lawsuit)

**Defendant/Debtor**    **JEFFREY RYAN FENTON**
(Name: First, Middle, Last of the other person)

This Protected Income and Assets form is:    ☒New/First time filed    ☐Changed/Modified

You may use this form to tell the court about any income, property, or benefits that are protected from sale or seizure (garnishment) under state or federal law. You should file this form for each judgment you have against you.

**You may have to pay a filing fee. Can't afford the fee? Ask the court clerk for a paper called a Request to Postpone Filing Fees and Order (Uniform Civil Affidavit of Indigency). Or go on the internet to www.tncourts.gov or www.justiceforalltn.com to get the form.**

Fill out the form. Make a copy for each judgment against you **before you write in the file number and before signing the form.** Sign each copy. You can update this form if you need to protect new property. You must file an update for all unpaid judgments against you.

**IMPORTANT! You can protect up to $10,000.00 worth of personal property (lines 1-6), and only up to $1,900 for line 7.**

Some things are automatically protected. You do not have to list them below, such as: your family's clothing and suitcases or trunks where the clothing is stored, family portraits and photographs, the family bible and schoolbooks.

① I am the Defendant/Debtor in the court case listed above. I live in Tennessee and I claim that the following items are protected from garnishment. (TCA §§ 26-2-103 and 26-2-114). This personal property exemption right is in addition to certain items that are automatically exempt by law and do not need to be included in my $10,000 total, including funds on deposit in checking and/or savings accounts at:

▮▮▮▮▮▮▮▮▮▮

Name of Bank

consisting solely of Social Security, SSI, Unemployment, Workers Comp, AFDC/Families First, Veteran's benefits, alimony or child support, and/or state, federal or city pension.

| Item | Describe | Value: **$1,850** |
|---|---|---|
| 1.  Car, truck, or other vehicle | 2003 BUICK LESABRE (WHITE) 4D | $ 1,800 |
| | VIN: ▮▮▮▮▮▮ | |

https://rico.jefffenton.com/evidence/2019-09-18_tn-protected-income-and-asset-exemptions.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| | | |
|---|---|---|
| CAR COVER | TAN COVER MADE FOR LESABRE | $ 50.00 |
| | | |
| **2.  Furniture/Electronics** | | **$ 3,535** |
| QUEEN BED & FRAME | LYLA FOAM MATTRESS WITH DARK WOOD FRAME | $ 300 |
| SCREEN ROOM DIVIDE | BROWN WOOD 4-PANEL | $ 100 |
| MASTER CHAIR | BLUE/GRAY PLUS MICROFIBER | $ 50 |
| LINEN HAMPERS | BROWN WICKER (2) | $ 40 |
| FLOOR LAMP | BRASS (BEDROOM) | $ 25 |
| OFFICE DESK SET | 2 L-SHAPED GLASS TOP DESKS | $ 200 |
| OFFICE DESK CHAIRS | CLOTH & VINYL SWIVEL CHAIRS | $ 50 |
| FLOOR LAMPS | (2) SATIN NICKEL (OFFICE) | $ 30 |
| GRAY FILING CABINET | SHORT-MATCHES DESK (OFFICE) | $ 30 |
| FILING CABINETS | (2) HON BLACK METAL FULL-SIZE | $ 40 |
| RED SECTIONAL | 3-PIECE WITH 3-MATC PILLOWS | $ 350 |
| LARGE RUN & PADDING | BENEATH SECTIONAL IN FAM/RM | $ 100 |
| ENTERTAINMT CENTER | ESPRESSO WOOD | $ 300 |
| END TABLE | ESPRESSO WOOD w/ DRAWERS | $ 100 |
| COFFEE TABLE | ESPRESSO TRIANGULAR GLASS | $ 100 |
| FLOOR LAMP | SATIN NICKEL (FR) | $ 30 |
| LR COUCH & CHAIR | TAN PLUSH w/ TILE END TABLE & 2-TABLE TOP LAMPS | $ 200 |
| LAMP STAND | IVORY BROKEN-SLAB | $ 50 |
| BOOKSHELVES | BLACK COMPOSITE | $ 25 |
| TV-TRAY SET | (4) NATURAL WOOD COLOR | $ 25 |
| DINING ROOM SET | WOOD TABLE & 6-CHAIRS | $ 200 |
| FRAMED ARTWORK | SOAR LIKE EAGLES | $ 50 |
| FRAMED ARTWORK | BOBCAT & BIRD UP TREE (DAD) | $ 25 |
| SAMSUNG 40" TV | ON ENTERTAINMENT CENTER | $ 150 |
| MISC INPUT DEVICES | REMOTES, KEYBOARDS, MICE… | $ 65 |
| CANON CAMERA | 80D, 2 LENSES, CASE, ACCESS | $ 400 |
| MANFROTO TRIPOD | 055 XPROB TRIPOD w/ 229 HEAD | $ 150 |
| MANFROTO TRIPOD | FREE FLOATING FOR VIDEO | $ 100 |
| MOULTRIE 180I | GAME CAMERA w/ EXT BATTERY | $ 100 |
| CYBERPOWER UPS(S) | MISC UNINTERRUPTIBLE POWER SUPPLIES & SURGE PROTECTORS | $ 150 |

https://rico.jefffenton.com/evidence/2019-09-18_tn-protected-income-and-asset-exemptions.pdf       Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| 3.  Household goods | | $ 3,320 |
|---|---|---|
| DISHES, GLASSES, CROK, PANS, UTINCILS, CULTERY, FLATWARE | ASSORTED KITCHEN EQUIP FOR PREPARING, SERVING, STORING, EATING FOOD | $ 200 |
| MICROWAVE | GE (WHITE) | $ 25 |
| SERINITY PRAYER | PLAQUE OVER STOVE | $ 20 |
| SHARK VACCUUM | ROCKET DUO w/ ATTACHMENTS | $ 75 |
| CLEANING SUPPLIES | MISC BROOMS, MOPS, BUCKETS, SCRUB BRUSHES, SOAPS, DETERGENTS, CHEMICALS | $ 50 |
| TOILETRIES | PAPERS, PERSONAL HYGIENE | $ 50 |
| TOILETRIES (SURPLUS) | TOILET PAP, PAP TOWELS, KLEENEX | $ 75 |
| DEHUMIDIFIER | SANTA FE "MAX DRY" 155 | $ 1,000 |
| LAWN MOWER | HONDA HRX217HYA | $ 150 |
| GAS TRIMMER | STIHL FS250R | $ 100 |
| CHAIN SAW | STIHL MS391 | $ 200 |
| DEWALT CHOP SAW | DEWALT DW705 | $ 100 |
| DEWALT 18V KIT | KIT: DW4CPK2 WITH CORDLESS DRILL DW959, RECIP SAW DW938 | $ 100 |
| PROTECTIVE HELMET | STIHL HELMET & FACE SHIELD | $ 25 |
| ROLLING TOOL CHEST | CRAFTSMAN RED 10-DRAWER | $ 125 |
| ALL TOTES IN CRAWL SPACE & HOUSE | TOTES BOTH BLACK AND GRAY, WITH CONTENTS AND EMPTY | $ 300 |
| HAND TOOLS | ASSORTED HAND TOOLS OF ALL KINDS, SOCKETS, WRENCHES, SAWS, SHEETROCK, PAINTING, ELECTRICAL, PLUMBING, HOUSEHOLD MAINT & LT CONST | $ 350 |
| MISC BLUNT TOOLS | MISC HAMMERS, PRY BARS, SLEDGEHAMMERS, AXES, SHOVELS, RAKES, YARD HAND TOOLS | $ 125 |
| REGENT WORK LIGHTS | (3) ORANGE WORK LIGHTS | $ 50 |
| MISC POWER CORDS | EXT CORD REELS – ALL SORTS | $ 100 |
| MISC HARDWARE & ELECTRICAL SUPPLIES | CAT-5 CABLE, ELECTRICAL WIRE, LOOSE HARDWARE FITTINGS, ETC | $ 50 |
| RIGID WET/DRY VAC | RIGID 6.25 HP 16-GAL | $ 30 |
| FURNITURE DOLLYS | 2 GROUND LEVEL DOLLYS | $ 20 |
| | | |

| 4. **Bank Accounts** | Bank Name | Balance |
|---|---|---|
| NONE OTHER THAN LISTED ON PAGE-1 | N/A | N/A |
| | | |
| 5. **Other** | | **$ 1,180** |
| SENEGAL PARROT | PET BIRD NAMED "KIWI" | $ 100 |
| | | |
| 6. **Cash** | | **$ 107** |
| | | |
| 7. **Tools of the Trade (Things I need to earn a living)** | | **$1,900** |
| CABLE MODEM | MOTOROLLA (MODEL MB8600) | $ 50 |
| ROUTER & ACCESS PT | (2) ASUS (MODEL AC1900) | $ 100 |
| UNINTERRUPTIBLE POWER SUPPLY | (2) CYBERPOWER (MODEL 1500PFCLCD) | $ 100 |
| DELL 24" MONITORS | MODELS SP2309W & ST2320L | $ 100 |
| DELL OPTIPLEX 380 | DESKTOP COMPUTER (WIN-7) | $ 150 |
| DELL OPTIPLEX 755 | DESKTOP COMPUTER (WIN-XP) | $ 100 |
| HP PAVILION HPE-500Y | DESKTOP COMPUTER (WIN-10) | $ 150 |
| DVI KVMP SWITCH | ATEN CUBIQ (MODEL CS1644) | $ 50 |
| MULTIMEDIA SPEAKER | HARMAN KARDON SOUNDSTICKS | $ 50 |
| FUJITSU SCANNER | SCANSNAP IX500 DUPLEX DOC | $ 150 |
| BROTHER LABEL MKR | P-TOUCH PRO XL | $ 60 |
| WIRELESS HEADSET | PLANTRONICS (MODEL CS351N) | $ 30 |
| CORDED HEADSET | PLANTRONICS (MODEL T20RA) | $ 30 |
| DESKTOP TELEPHONE | PAN 4-LINE (MODEL KX-TG4000B) | $ 50 |
| NETWORK PRINTER | RICOH AFICIO LASER (SPC410DN) | $ 350 |
| AUSU NOTEBOOK | ASUS MODEL 305C | $ 150 |
| SHREDDER & TRASH | PAPER SHREDDER& TRASH CANS | $ 30 |
| WD PASSPORT & BOOK | USB BACKUP DRIVES | $ 100 |
| DELL POWER EDGE | SC1420 SERVER (WINDOWS 2003) | $ 100 |

② **Read below then sign**:

I declare under penalty of perjury under the laws of the State of Tennessee that:

- The information on this form is true to the best of my knowledge.

- The information I provided is a correct and complete list of all of my income and assets to be protected.

Defendant/Debtor
Signs here: ⟶ _____    Date: __9/18/2019__

Sworn to and subscribed before me this ____18ᵗʰ____ day of __September__ ,
20 _19_ .

_____

Deputy Clerk or Notary Public



**JOSHUA ORVIS**
**NOTARY PUBLIC, STATE OF MICHIGAN**
**COUNTY OF GENESEE**
**MY COMMISSION EXPIRES AUG 24, 2024**

## Certificate of Service
(How I gave this paper to the Plaintiff/Creditor)

I certify that I (**check one box**)

☐ hand delivered or

☒ mailed by first-class mail, properly addressed, a true and correct copy of this paper to the person listed below at the address below:

ATTORNEY VIRGINIA LEE STORY
_____
Name of Who You Are Giving This To (The creditor's lawyer or the creditor if no lawyer)

136 FOURTH AVENUE SOUTH, FRANKLIN, TN 37064
_____
Address of the Lawyer or the Creditor (Include City, State and Zip Code)

on _____9/19/2019_____ .        ▶ _____
(Date you mailed/hand-delivered the copy)        Sign Your Name

## IMPORTANT!

**The court and clerks are not allowed to give you legal advice, even if you don't have a lawyer. This form is a public record. It is not legal advice. The law may change and it is**

**Bring the original and 2 copies of this form to the Court Clerk to be date stamped.**
**Give the original to the Court Clerk.**
**Bring a stamped envelope addressed for each plaintiff to the Court Clerk. Mail one copy to the lawyer or if there is no lawyer, mail it to the plaintiff or company that sued you. Keep one copy for yourself.**

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, September 23, 2019 3:11 AM |
| **To:** | elaine.beeler@tncourts.gov |
| **Cc:** | lisa.marsh@tncourts.gov |
| **Subject:** | FW: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027 |
| **Attachments:** | 2019-09-19 Letter Received - Ms Story Threating to Sell and Dispose of MY Personal Property.pdf; 2019-09-18 FENTON (48419B) Exemptions - Protected Income and Assets.pdf |

# Ms. Beeler,

**Please forward this email to Chancellor Binkley.** If he doesn't have email, then please print this out and deliver it to him. I'm not sure how your communications work at the court house, but I read somewhere in the code about directly communicating with Judges, even in an ex parte capacity when needed. However, since Ms. Story is copied on this email, this should not be considered an ex parte communication.

I'd simply prefer that Chancellor Binkley have an opportunity to read my words as written by me, before Ms. Story has a chance to twist them into an even more horribly offensive lie again.

Thank you very much mam!

**Jeff Fenton**
**Docket: #48419B**

**From:** Jeff Fenton
**Sent:** Friday, September 20, 2019 4:31 AM
**To:** Virginia Story <virginia@tnlaw.org>; Tommy Anderson <tom@tommyanderson.us>; pmarlin@mcarthursanders.com; lisa.marsh@tncourts.gov
**Cc:** Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>; elaine.beeler@tncourts.gov
**Subject:** HALT: 1986 Sunnyside Drive, Brentwood, TN 37027
**Importance:** High

# Greetings Ms. Story,

My mother received your harassing and threatening letter today, trying to extort yet more money out of her, and I must say that I am shocked.

By what authority do you believe that you can sell any of my personal property?

My mother is terrified by your repetitive and immoral threats. You swear under oath to do one thing in court, that you and the auctioneers will take care of everything. Tagging property as needed and carefully moving my personal property (which I want to keep) into storage. All paid for out of the

1

proceeds from the sale (like there will be any, after the mortgages are paid). Claiming that there is nothing for me to worry about (with my anxiety disorder), I just need to leave. Ensuring the Chancellor that you are trying your best, promising that you will make this as simple of a process as possible for me. Then you do the exact opposite after the Chancellor 'trusts' your word and grants your motion. This has gone too far.

Would you like me to send you the audio recording, which the chancellor allowed me to record? It's a revelatory indictment of perjury and fraud on your part, when held side-by-side with the letter which you just sent to my mother.

**Ms. Story, to be clear, no one from your office, or acting on behalf of you or those in your employ, are ever to contact my mother again, at her most urgent request, and my demand.** Nothing is to be mailed to my mother's residence, for either her or I. No one is to call, text, email, or contact my mother via social media, or by any other means, or it will be responded to as aggravated harassment. My mother's health is not well, while your lack of moral fiber and refusal to act within the conduct becoming of your office, had my mother in the stroke unit at the University of Michigan's emergency room (in Ann Arbor) this past week. You are never, ever, to contact my mother again, by any means, for any reason.

Should you or the court need to communicate with me, or serve me any papers, you can do so at the following address, but never at my mother's home again, under any circumstances.

### Jeff Fenton
### 17195 Silver Parkway, #150
### Fenton, MI  48430

Please bear in mind, unless you pay for expedited shipping, standard mail to Michigan takes on average, about five-days.

**Furthermore, no one is to touch, move, or sell any of my personal property.** Nor will I be paying you a penny which has not been ordered by a judge. Last I checked, attorneys have absolutely no judicial authority. I honestly can't believe that you haven't been disbarred yet.

In every document which you have produced for Ms. Fenton, and in every sworn testimony which I have records of you presenting against me in court, you have horrifically twisted the facts, outright lied to the court, and/or committed perjury at least once (and usually multiple times) misleading the court, betraying their confidence and trust in you, to commit and enforce your misdeeds, while strong-arming me without just cause, because of believing your outrageous narrative of character assignation against me, which started long before I ever even knew there was litigation against me, and continues to this very day.

https://rico.jefffenton.com/evidence/2019-09-20_halt-confronting-criminal-misconduct-by-story.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

You insisted repeatedly on how urgent it was that we sell my home, and how that was all that mattered in the moment, to deny me a fair trial before liquidating my one and only asset left in this world.

Then you lied to the court and told them that I sold "marital property" and "gifts to my wife from her family" during the restraining order, knowing full-well that was false, as I had already told you.

While you insisted to the judge that I be kicked out of my own home, without any money or provision, by the sheriff's department, with only five-days' notice, while I believed that I still had weeks left in my home, and I still needed to get my roommates moved out, and I even did a half dozen loads of laundry, putting fresh linens on the beds, cut the hedges, and hauled construction and recycling debris to the dump. I gave you my combination to my $5k safe, which I could have just left locked, and no locksmith around could have opened it without destroying the safe.

I was forced by the court, at your beckoning, to leave all my office equipment there (for a couple of months), without which I can't even try to earn a living (since I do computer, web, phone, and IT work). While not being given a dollar for provision or support by my wife, who has been our primary breadwinner for the past decade, while I've managed our household. I was even forced to leave my new bed there, which my mother had just purchased for me a few months earlier (none of which was in any way, shape, or form, marital property).

I seriously considered taking my stuff and running, because the judgment was so unfair, entirely because of the slanderous deception which you spoon fed the court, but I didn't. Because I didn't want to run for the rest of my life, because of one bad attorney, and one completely unfair court ruling, by having subsequently believed her. So instead of running, I worked as fast and rampantly as I could, to get my roommates moved-out, while trying to be helpful and fair to them. Cleaning one of their bedrooms, while I ran out of time to do the second.

I was awake for three days straight (again because of you) trying to meet your ridiculous demands. Then the sheriff's department showed-up and I was still trying to tag and inventory my personal property to keep, which was almost everything, since Ms. Fenton and I had already completely divided our marital property with the exception of the house itself. Which you knew because it is stated in the beginning of your divorce complaint for her. Yet somehow you convinced the court that it is fair to sell my personal property and for that to be counted as part of the "marital estate", to then divide the funds between us. That would only be fair if Ms. Fenton brought everything back to the home out of her apartment and out of her massive storage unit, and we sold that all too in the auction. While incidentally, Ms. Fenton was allowed months to move out, at her own leisurely pace.

Plus, you convinced the court, that it made sense and was only fair if I tagged everything which I wanted to keep, "just like your client did". The only difference was that your client hadn't lived in our home for 18+ months, she had already moved everything of hers out, except for about 6-items. While I literally had **thousands of items** which I wanted to keep, since that was my home, and where I lived. (I didn't have my stuff stashed in an apartment and a storage unit, like she did.)

3

What would have instead been fair, is if I was asked to tag everything which I wanted to sell, because that would have been closer to the 6-items which your client tagged. Instead, you gave me an impossible task, with an impossible deadline, while knowing the psychological challenges which I have with time & task management, along with anxiety. After which, you reneged upon your promises to the judge in court, while violently harassing and threatening my mother and I, when I inevitably failed to please you.

So now, since Mrs. Fenton decided to intentionally default upon our mortgages without notifying me at all, and while even refusing to admit to me, when I directly asked her on several occasions, as she intentionally devalued our greatest asset, in which all my retirement funds, every penny from my previous home, and everything else which I had accumulated and earned in my entire life, was forced into default, simply so that she could force me out of our home (which we both owned equal equity in, though the financing was only in her name, since when we purchased it, the financing for my previous home was still in my name and we kept it for years as a rental, so it was just easier to finance Sunnyside in her name alone, to qualify with the income to debt ratios.

Since Mrs. Fenton betrayed me, changing the passwords so that I could no longer view our mortgage information, and changed the mailing address for those statements to her apartment, I had no legal way to have any idea that she even defaulted on a single mortgage payment, let alone that she had been defaulting upon them intentionally for months, while refusing to notify me or to even acknowledge it. That alone doesn't seem legal to me at all.

To not be required to notify someone that you are devaluing an asset which they have invested their life savings into, and that by your unilateral actions (intentional or otherwise), the most significant jointly owned asset in both of your lives, can be legally put in jeopardy and even lost, without one of the equal owners even being provided notice first, or having an opportunity to save the property.

Even if the house entered foreclosure, I would have been protected by federal foreclosure laws, and as a deeded owner, the lenders would be required to notify me and provide me with an opportunity to cure the default, months before a foreclosure auction could ever take place. Yet you've convinced the court that there's a great big bucket of money there if we sell it, while that is a lie.

The home has structural damage (which is why it is being auctioned, instead of sold on the market), because Mrs. Fenton refused to honestly disclose the damage (even though the previous owners did… then it sat on the market for a year before she fell in love with it, and we bought it). Which is why you counseled Mrs. Fenton to leverage the court to try to force me to sell it instead of her (so I couldn't cry "foul"). That way, if I did disclose the damage, it would sit on the market, sell poorly, and Mrs. Fenton would keep on blaming me for trying to devalue our home or delay the sale, while if I did lie on the property condition disclosure, then my real estate license would be at risk, as well as all my future assets, since then I would be the one financially liable to whomever purchased it, for having refused to disclose the unseen damage.

Since I didn't play ball and volunteer to commit fraud (you and Mrs. Fenton were already expecting that), so you both discarded the home with a pre-foreclosure auction which you had timed perfectly,

https://rico.jefffenton.com/evidence/2019-09-20_halt-confronting-criminal-misconduct-by-story.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

so that the court didn't have much of an option except to order the sale and to order the auction, because you strategically counseled her to default for? How many months was it, that she was able to funnel our mortgage payments to you, to pay for your services, before her bankruptcy was filed and then a month later you began to take action with your divorce motion, since she knew a year in advance that her $94k per year job was about to end as her boss retired, and that would help the entire narrative of her bankruptcy, along with her health problems (which she has managed successfully for a decade), until it came time to pay $120,000 in alimony, as we were instructed was fair by Sandy Arons during our attempt at a "collaborative divorce", so not to waste more of our equity on outrageous legal fees, when we hardly had any wealth to begin with.

Yet somehow Mrs. Fenton was able to unilaterally devalue, destroy, and discard everything which we both had made in our lives, without there being a single thing which I could do to prevent it (that's what still seems the most "wrong" to me).

Now that you've taken my house, manipulated the court into having the sheriff's department run me off, with my bag of underwear and some meds in my other hand, now you are holding my personal property hostage, and demanding that I extort more money out of my mother, as you already know that I am unemployed and broke, which I just clarified again for you in an email this past Friday, informing you that my mother refuses to loan me any more money from her social security pension (after $20k so far), living in a tiny 2-bedroom, 1-bathroom house, while you tell the court lies about my father owning a lake home in Tennessee, which I could stay at. If only a small fraction of what you say were actually true, I'd be setup pretty good right now. But regretfully, it is not.

When I was younger, I had the misfortune of bumping into a few pretty vicious criminals, but none of them held a candle to you. You have mastered the ability of having a gentle yet authoritative presence, while lying through your teeth under oath to manipulate the court, in favor of your clients (somehow without the slightest ethical concerns or conscience).

I guess that the law is like everything else… some people pursue it to learn how to enforce justice and to protect people, while others pursue the law to learn how to exploit it and break it as much as possible, without quite getting caught or punished harshly enough, for it to break their stride. Where money and wins is much more important than justice or fairness.

This whole thing is coming to a halt, until the court will allow me the opportunity and time necessary to return to Tennessee, pack-up all my stuff without pressure or coercion and to move out of my home with some dignity, before you throw away my last remaining asset in this world. Or even better yet, maybe the court will see through your games and stop liquidating and hence discarding my home before I am given an opportunity at a fair trial. So that even if our home is forced into foreclosure, I will at least have the benefit of the federal laws which protect the legal rights and interests of co-owners in the property. (Instead of believing that the court is doing me a favor, by making me homeless while giving away everything which I have ever worked for.) Sadly, I think that would take a miracle at this point.

As the Chancellor said, a good judge is one who backs his orders with power, by incarcerating those who refuse to obey them. Even when his orders were wrong in the first place, as he has publicly acknowledged that we all make mistakes, and regretfully he has been horrifically lied to, by someone whom he thought that he could trust.

All this time, I thought that justice, fairness, and protecting the people was more the role of a "judge", than a show of power by locking-up all who dared to question their orders, in a simple and pure attempt to survive the attack of a highly seasoned, skilled, known, and absolutely ruthless and unethical attorney.

All that I can hope is that Chancellor Binkley will rise to the occasion and see through your ruse.

I'll be broke and ruined either way, but if at least some justice takes place, at least I'll be allowed to get my stuff and crawl away, rather than being thrown in jail to "teach me a lesson".

I'll be writing to the Tennessee Supreme Court either way, on your behalf, Ms. Story.

So just again out of curiosity, by what judicial or executive power, did you believe that you have the legal right to decide the fate of my personal property? To order/extort $2,000 more from my mother, or to unilaterally decide to sell all my stuff, and discard what remains? Please tell me where that is found at in the law. I'd love to look-up the code.

**No one is to touch, move, pack, or sell any of my personal property.**

I will spend another weekend of my life researching which motions I need to file with which court, to try to obtain a little bit of fairness, after 25 years as a proud tax-paying Tennessee resident, without even a single traffic ticket in that time, nor an arrest of any sort, for my entire life. Hopefully someone can see past the volume of my calls and see the true distress being caused by you illegally manipulating the court to harm me more, than I've already suffered at the hands of my wife, over the past two years.

You would think with Mrs. Fenton, claiming that I'm financially destroying her and causing her to file bankruptcy, that she would be eager to participate in mediation or a collaborative divorce, to help mitigate our damages, but no, that is not the case.

Ms. Fenton will pay a whole lot of money, wasting even more, to avoid paying me that $120,000 in alimony over 6-years, and even more importantly, to save face with her highly invasive and influential family who convinced Mrs. Fenton that I'm only dead weight, and that she deserves all the proceeds of both of our lives. That is what she is fighting for the most, to save face. Regardless of what it "costs" her in the short term, to be able to look at her family, play the victim, and proclaim that she left me bare, homeless, and broke. As they applaud and help restore her comforts in life.

It costs her more just to pay you to read what I write, than to pay me what is decent and fair. That's the horrific price of pride.

You may kill me, but I won't go away, until I have more than my underwear and an umbrella. I've got nowhere to go, and no money to go there with. Nor do I have the education or skills (and maybe even the psychological ability) to make half the money that Mrs. Fenton does (or "can" when she "wants"), between now and my gravestone. Heck, I just hope to be able to repay my mom the $20k I've borrowed to try to survive this divorce.

That's a nice logo that you have for your company, I just didn't see the bundle of cash that she has hidden under her crown.

It's research time again, as my printing and binding costs increase. Hopefully I'll have something compelling into the court by Monday morning.

http://www.tncourts.gov/rules/rules-civil-procedure/6002

http://www.tncourts.gov/rules/rules-civil-procedure/902

http://www.tncourts.gov/rules/rules-civil-procedure/1606

http://www.tncourts.gov/rules/rules-civil-procedure/5608

http://www.tncourts.gov/rules/rules-civil-procedure/6504

**I wish you all a great weekend.**

Heck, I wish that I could simply go mow my mother's lawn. But every waking breath that I have, I need to learn how to "play lawyer", simply to try to keep breathing for another week (without being put in jail), by the county which I once loved and was proud to be a member of.

Sadly, now I'm a Michigan resident to stay. I'll be thinking about you this winter… maybe every winter hereafter… enjoy Williamson County, it's out of my price range now.

**Jeffrey R. Fenton**
**17195 Silver Parkway, #150**
**Fenton, MI 48430**

7

## Delivered: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

postmaster@tnlaw.org <postmaster@tnlaw.org>

Fri 9/20/2019 4:30 AM

To:Virginia Story <virginia@tnlaw.org>

📎 1 attachments (34 KB)

HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

## Your message has been delivered to the following recipients:

Virginia Story (virginia@tnlaw.org)

Subject: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

## Delivered: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

postmaster@tnlaw.org <postmaster@tnlaw.org>
Fri 9/20/2019 4:30 AM

To:Kathryn Yarbrough <kyarbrough@tnlaw.org>

📎 1 attachments (34 KB)
HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

### Your message has been delivered to the following recipients:

Kathryn Yarbrough (kyarbrough@tnlaw.org)

Subject: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

## Delivered: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

postmaster@tnlaw.org <postmaster@tnlaw.org>

Fri 9/20/2019 4:30 AM

To:Heidi Macy <Heidi@tnlaw.org>

🔗 1 attachments (34 KB)

HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

### Your message has been delivered to the following recipients:

Heidi Macy (Heidi@tnlaw.org)

Subject: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

## Relayed: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

Microsoft Outlook <postmaster@outlook.com>

Fri 9/20/2019 4:30 AM

To:Tommy Anderson <tom@tommyanderson.us>

📎  1 attachments (19 KB)

HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tommy Anderson (tom@tommyanderson.us)

Subject: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

## Relayed: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

Microsoft Outlook <postmaster@outlook.com>
Fri 9/20/2019 4:39 AM

To:pmarlin@mcarthursanders.com <pmarlin@mcarthursanders.com>

📎 1 attachments (19 KB)
HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

pmarlin@mcarthursanders.com (pmarlin@mcarthursanders.com)

Subject: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

## Relayed: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

Microsoft Outlook <postmaster@outlook.com>

Fri 9/20/2019 4:30 AM

To:lisa.marsh@tncourts.gov <lisa.marsh@tncourts.gov>;elaine.beeler@tncourts.gov <elaine.beeler@tncourts.gov>

📎 1 attachments (19 KB)

HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

lisa.marsh@tncourts.gov (lisa.marsh@tncourts.gov)

elaine.beeler@tncourts.gov (elaine.beeler@tncourts.gov)

Subject: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027



**Story Abernathy & Campbell**
PLLP | AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story '
virginia@tnlaw.org

Joanie L. Abernathy
joanie@tnlaw.org

Neil Campbell '
neil@tnlaw.org

Kathryn L. Yarbrough
kyarbrough@tnlaw.org

Of Counsel:
James E. Story,*
Attorney at Law

Marissa L. Walters
Paralegal/Associate Attorney
marissa@tnlaw.org

**HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE**
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky

September 16, 2019

*Via Email*
Mr. Jeffrey Fenton
Email: ▮▮▮▮▮▮▮▮▮▮

*Via First Class Mail*
▮▮▮▮▮▮▮▮▮▮▮▮▮

Re:   *Fawn* ▮▮▮ *Fenton vs. Jeffrey Ryan Fenton*
        *Williamson County Chancery Court No. 48419B*

Dear Mr. Fenton:

*Once Ms. Story obtained possession of my home, she reneged upon every commitment made during the 8/29/2019 hearing in Chancery Court.*

My client was at the house over the weekend and has indicated that you left the house in a mess despite you having known since August 1, 2019 that the property would be auctioned. The costs for cleaning out the house and moving the items that you have tagged per the Court Order to storage will be in excess of $2,000. Please send a check payable to Fawn Fenton noted for moving and clean up to my office address. I will provide you with each invoice so you have an accounting of actual costs.

*Attorney Story said in Court on 8/29 that all expenses would be paid out of the proceeds from the auction (which hadn't even taken place yet).*

If I do not receive a check from you in the amount of $2,000 by **Friday, September 20, 2019,** we will have to sell the remaining items in the house and then dispose of the items that cannot be sold. Any proceeds from items sold will be deposited into the Clerk's office for distribution after payment of the costs.

*This letter was dated and postmarked on 9/16/2019, while she is DEMANDING these funds by 9/20/2019, the day it reached Michigan.*

As for the items you have tagged and for which you will send the $2,000 advance by **Friday, September 20, 2019,** for the movers and clean up, please make the arrangements for a storage unit. This will need to be done by **Thursday, September 26, 2019.** Send me the name of the storage location and unit number with verification that the amount has been paid in advance so that when the movers arrive there are no snags.

*Per Ms. Story's own fraudulent Ex Parte "Order of Protection", if I still had possession of my firearms, I would have GONE TO JAIL!*

Finally, we did not locate any guns in the house. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all types, manufacturers, and models.

*I see this being for absolutely NO reason other than BLOOD LUST! Wanting to forcefully TAKE and LIQUIDATE every single thing I owned!*

Sincerely,

Virginia Lee Story
Attorney at Law

cc: Ms. Fawn Fenton

This is how abusive, heavy-handed, and bullying Attorney Virginia Lee Story treated me throughout every action in this mass deprivation of rights and property, without so much as HEARING my DEFENSE, while Judge Michael W. Binkley enabled and empowered her every cruel, savage, inhumane, and criminal actions. While neither showed any care for the Rule of Law, their Oaths of Office, either State or Federal Constitutions, the Judicial Canons, or the Rules of Professional Conduct! Ms. Story's actions are even in violation of BASIC INTERNATIONAL HUMANITARIAN LAWS!

* Rule 31 Family Law Mediator

*In Court on 8/29/2019 (transcripts hidden in R. v4 (pages 495-523), Ms. Story INSISTED that I leave my Personal Property, at the residence for FALSE, fraudulent, and unsubstantiated reasons. Now, under false claims, having only had FIVE-DAYS NOTICE of a wrongful eviction, that SHE INSISTED upon in Court on 8/29, as I tried to meet her OUTRAGEOUS DEMANDS that I TAG every item I wanted to KEEP (nearly EVERYTHING I OWNED, which is WHY I OWNED IT). As I tried to assist my elderly disabled roommate/tenant, who ended-up HOMELESS as a result of her demands (during my 8/1/2019 hearing, illegally ignoring his leasehold RIGHTS! Now Ms. Story is insatiably trying to EXTORT thousands of Dollars from my meager elderly mother, knowing that Ms. Story already TOOK my INCOME, my SHELTER, my SAVINGS, leaving me BROKE, HOMELESS, and DESTITUTE!*

| **State of Tennessee** | **Court** (Must Be Completed) **CHANCERY COURT** | **County** (Must Be Completed) **WILLIAMSON COUNTY** |
|---|---|---|

FILED
WILLIAMSON COUNTY
CLERK & MASTER

2019 SEP 20  PM 3:40

**Protected Income and Assets**

(Affidavit of Claim Exemptions)

File No. _____ **48419B**
(Must Be Completed)

FILED FOR ENTRY_____

Division _____ **FRANKLIN**
(Large Counties Only)

**Plaintiff/Creditor** _____ **FAWN** ▮▮▮▮ **FENTON**
(Name: First, Middle, Last of person/company that filed lawsuit)

**Defendant/Debtor** _____ **JEFFREY RYAN FENTON**
(Name: First, Middle, Last of the other person)

This Protected Income and Assets form is: ☒ New/First time filed ☐ Changed/Modified

You may use this form to tell the court about any income, property, or benefits that are protected from sale or seizure (garnishment) under state or federal law. You should file this form for each judgment you have against you.

> **You may have to pay a filing fee. Can't afford the fee? Ask the court clerk for a paper called a Request to Postpone Filing Fees and Order (Uniform Civil Affidavit of Indigency). Or go on the internet to www.tncourts.gov or www.justiceforalltn.com to get the form.**

Fill out the form. Make a copy for each judgment against you **before you write in the file number and before signing the form.** Sign each copy. You can update this form if you need to protect new property. You must file an update for all unpaid judgments against you.

> **IMPORTANT! You can protect up to $10,000.00 worth of personal property (lines 1-6), and only up to $1,900 for line 7.**

Some things are automatically protected. You do not have to list them below, such as: your family's clothing and suitcases or trunks where the clothing is stored, family portraits and photographs, the family bible and schoolbooks.

① I am the Defendant/Debtor in the court case listed above. I live in Tennessee and I claim that the following items are protected from garnishment. (TCA §§ 26-2-103 and 26-2-114). This personal property exemption right is in addition to certain items that are automatically exempt by law and do not need to be included in my $10,000 total, including funds on deposit in checking and/or savings accounts at:

▮▮▮▮▮▮▮▮▮▮▮▮

Name of Bank

consisting solely of Social Security, SSI, Unemployment, Workers Comp, AFDC/Families First, Veteran's benefits, alimony or child support, and/or state, federal or city pension.

| Item | Describe | Value: $1,850 |
|---|---|---|
| 1. **Car, truck, or other vehicle** | 2003 BUICK LESABRE (WHITE) 4D | $ 1,800 |
| | VIN: ▮▮▮▮▮▮▮ | 987 |

| | | | |
|---|---|---|---|
| | CAR COVER | TAN COVER MADE FOR LE _ 'RE | $ 50.00 |
| | | | |
| 2. | **Furniture/Electronics** | | **$ 3,535** |
| | QUEEN BED & FRAME | LYLA FOAM MATTRESS WITH DARK WOOD FRAME | $ 300 |
| | SCREEN ROOM DIVIDE | BROWN WOOD 4-PANEL | $ 100 |
| | MASTER CHAIR | BLUE/GRAY PLUS MICROFIBER | $ 50 |
| | LINEN HAMPERS | BROWN WICKER (2) | $ 40 |
| | FLOOR LAMP | BRASS (BEDROOM) | $ 25 |
| | OFFICE DESK SET | 2 L-SHAPED GLASS TOP DESKS | $ 200 |
| | OFFICE DESK CHAIRS | CLOTH & VINYL SWIVEL CHAIRS | $ 50 |
| | FLOOR LAMPS | (2) SATIN NICKEL (OFFICE) | $ 30 |
| | GRAY FILING CABINET | SHORT-MATCHES DESK (OFFICE) | $ 30 |
| | FILING CABINETS | (2) HON BLACK METAL FULL-SIZE | $ 40 |
| | RED SECTIONAL | 3-PIECE WITH 3-MATC PILLOWS | $ 350 |
| | LARGE RUN & PADDING | BENEATH SECTIONAL IN FAM/RM | $ 100 |
| | ENTERTAINMT CENTER | ESPRESSO WOOD | $ 300 |
| | END TABLE | ESPRESSO WOOD w/ DRAWERS | $ 100 |
| | COFFEE TABLE | ESPRESSO TRIANGULAR GLASS | $ 100 |
| | FLOOR LAMP | SATIN NICKEL (FR) | $ 30 |
| | LR COUCH & CHAIR | TAN PLUSH w/ TILE END TABLE & 2-TABLE TOP LAMPS | $ 200 |
| | LAMP STAND | IVORY BROKEN-SLAB | $ 50 |
| | BOOKSHELVES | BLACK COMPOSITE | $ 25 |
| | TV-TRAY SET | (4) NATURAL WOOD COLOR | $ 25 |
| | DINING ROOM SET | WOOD TABLE & 6-CHAIRS | $ 200 |
| | FRAMED ARTWORK | SOAR LIKE EAGLES | $ 50 |
| | FRAMED ARTWORK | BOBCAT & BIRD UP TREE (DAD) | $ 25 |
| | SAMSUNG 40" TV | ON ENTERTAINMENT CENTER | $ 150 |
| | MISC INPUT DEVICES | REMOTES, KEYBOARDS, MICE... | $ 65 |
| | CANON CAMERA | 80D, 2 LENSES, CASE, ACCESS | $ 400 |
| | MANFROTO TRIPOD | 055 XPROB TRIPOD w/ 229 HEAD | $ 150 |
| | MANFROTO TRIPOD | FREE FLOATING FOR VIDEO | $ 100 |
| | MOULTRIE 180I | GAME CAMERA w/ EXT BATTERY | $ 100 |
| | CYBERPOWER UPS(S) | MISC UNINTERRUPTIBLE POWER SUPPLIES & SURGE PROTECTORS | $ 150 |

388

https://rico.jefffenton.com/evidence/2019-09-18_tn-protected-income-and-asset-exemptions.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| 3. Household goods | | $ 3,320 |
|---|---|---|
| DISHES, GLASSES, CROK, PANS, UTINCILS, CULTERY, FLATWARE | ASSORTED KITCHEN EQUIP FOR PREPARING, SERVING, STORING, EATING FOOD | $ 200 |
| MICROWAVE | GE (WHITE) | $ 25 |
| SERINITY PRAYER | PLAQUE OVER STOVE | $ 20 |
| SHARK VACCUUM | ROCKET DUO w/ ATTACHMENTS | $ 75 |
| CLEANING SUPPLIES | MISC BROOMS, MOPS, BUCKETS, SCRUB BRUSHES, SOAPS, DETERGENTS, CHEMICALS | $ 50 |
| TOILETRIES | PAPERS, PERSONAL HYGIENE | $ 50 |
| TOILETRIES (SURPLUS) | TOILET PAP, PAP TOWELS, KLEENEX | $ 75 |
| DEHUMIDIFIER | SANTA FE "MAX DRY" 155 | $ 1,000 |
| LAWN MOWER | HONDA HRX217HYA | $ 150 |
| GAS TRIMMER | STIHL FS250R | $ 100 |
| CHAIN SAW | STIHL MS391 | $ 200 |
| DEWALT CHOP SAW | DEWALT DW705 | $ 100 |
| DEWALT 18V KIT | KIT: DW4CPK2 WITH CORDLESS DRILL DW959, RECIP SAW DW938 | $ 100 |
| PROTECTIVE HELMET | STIHL HELMET & FACE SHIELD | $ 25 |
| ROLLING TOOL CHEST | CRAFTSMAN RED 10-DRAWER | $ 125 |
| ALL TOTES IN CRAWL SPACE & HOUSE | TOTES BOTH BLACK AND GRAY, WITH CONTENTS AND EMPTY | $ 300 |
| HAND TOOLS | ASSORTED HAND TOOLS OF ALL KINDS, SOCKETS, WRENCHES, SAWS, SHEETROCK, PAINTING, ELECTRICAL, PLUMBING, HOUSEHOLD MAINT & LT CONST | $ 350 |
| MISC BLUNT TOOLS | MISC HAMMERS, PRY BARS, SLEDGEHAMMERS, AXES, SHOVELS, RAKES, YARD HAND TOOLS | $ 125 |
| REGENT WORK LIGHTS | (3) ORANGE WORK LIGHTS | $ 50 |
| MISC POWER CORDS | EXT CORD REELS – ALL SORTS | $ 100 |
| MISC HARDWARE & ELECTRICAL SUPPLIES | CAT-5 CABLE, ELECTRICAL WIRE, LOOSE HARDWARE FITTINGS, ETC | $ 50 |
| RIGID WET/DRY VAC | RIGID 6.25 HP 16-GAL | $ 30 |
| FURNITURE DOLLYS | 2 GROUND LEVEL DOLLYS | $ 20 |

589

https://rico.jefffenton.com/evidence/2019-09-18_tn-protected-income-and-asset-exemptions.pdf      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| 4. **Bank Accounts** | Bank Name | Balance |
|---|---|---|
| NONE OTHER THAN LISTED ON PAGE-1 | N/A | N/A |

| 5. **Other** | | **$ 1,180** |
|---|---|---|
| SENEGAL PARROT | PET BIRD NAMED "KIWI" | $ 100 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 6. **Cash** | | **$ 107** |
|---|---|---|

| 7. **Tools of the Trade** **(Things I need to earn a living)** | | **$1,900** |
|---|---|---|
| CABLE MODEM | MOTOROLLA (MODEL MB8600) | $ 50 |
| ROUTER & ACCESS PT | (2) ASUS (MODEL AC1900) | $ 100 |
| UNINTERRUPTIBLE POWER SUPPLY | (2) CYBERPOWER (MODEL 1500PFCLCD) | $ 100 |
| DELL 24" MONITORS | MODELS SP2309W & ST2320L | $ 100 |
| DELL OPTIPLEX 380 | DESKTOP COMPUTER (WIN-7) | $ 150 |
| DELL OPTIPLEX 755 | DESKTOP COMPUTER (WIN-XP) | $ 100 |
| HP PAVILION HPE-500Y | DESKTOP COMPUTER (WIN-10) | $ 150 |
| DVI KVMP SWITCH | ATEN CUBIQ (MODEL CS1644) | $ 50 |
| MULTIMEDIA SPEAKER | HARMAN KARDON SOUNDSTICKS | $ 50 |
| FUJITSU SCANNER | SCANSNAP IX500 DUPLEX DOC | $ 150 |
| BROTHER LABEL MKR | P-TOUCH PRO XL | $ 60 |
| WIRELESS HEADSET | PLANTRONICS (MODEL CS351N) | $ 30 |
| CORDED HEADSET | PLANTRONICS (MODEL T20RA) | $ 30 |
| DESKTOP TELEPHONE | PAN 4-LINE (MODEL KX-TG4000B) | $ 50 |
| NETWORK PRINTER | RICOH AFICIO LASER (SPC410DN) | $ 350 |
| AUSU NOTEBOOK | ASUS MODEL 305C | $ 150 |
| SHREDDER & TRASH | PAPER SHREDDER& TRASH CANS | $ 30 |
| WD PASSPORT & BOOK | USB BACKUP DRIVES | $ 100 |
| DELL POWER EDGE | SC1420 SERVER (WINDOWS 2003) | $ 100 |

https://rico.jefffenton.com/evidence/2019-09-18_tn-protected-income-and-asset-exemptions.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

② **Read below then sign:**

I declare under penalty of perjury under the laws of the State of Tennessee that:

- The information on this form is true to the best of my knowledge.
- The information I provided is a correct and complete list of all of my income and assets to be protected.

Defendant/Debtor
Signs here:▶ _____  Date: __9/18/2019__

Sworn to and subscribed before me this ___18th___ day of ___September___,
20 __19__.

_____
Deputy Clerk or Notary Public



**JOSHUA ORVIS**
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF GENESEE
MY COMMISSION EXPIRES AUG 24, 2024

---

**Certificate of Service**
(How I gave this paper to the Plaintiff/Creditor)

I certify that I (**check one box**)

☐ hand delivered or

☒ mailed by first-class mail, properly addressed, a true and correct copy of this paper to the person listed below at the address below:

ATTORNEY VIRGINIA LEE STORY
_____
Name of Who You Are Giving This To (The creditor's lawyer or the creditor if no lawyer)

136 FOURTH AVENUE SOUTH, FRANKLIN, TN 37064
_____
Address of the Lawyer or the Creditor (Include City, State and Zip Code)

on _____9/19/2019_____.       ▶ _____
   (Date you mailed/hand-delivered the copy)       Sign Your Name

**IMPORTANT!**

**The court and clerks are not allowed to give you legal advice, even if you don't have a lawyer. This form is a public record. It is not legal advice. The law may change and it is**

**Bring the original and 2 copies of this form to the Court Clerk to be date stamped. Give the original to the Court Clerk.**
**Bring a stamped envelope addressed for each plaintiff to the Court Clerk. Mail one copy to the lawyer or if there is no lawyer, mail it to the plaintiff or company that sued you. Keep one copy for yourself.**



**Story**
**Abernathy**
**& Campbell**
PLLP I AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story
virginia@tnlaw.org

Joanie L. Abernathy
joanie@tnlaw.org

Neil Campbell
neil@tnlaw.org

Kathryn L. Yarbrough
kyarbrough@tnlaw.org

Of Counsel:
James E. Story,
Attorney at Law

Marissa L. Walters
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790 1778
FAX (615) 790 7468

Licensed in Kentucky

September 26, 2019

*Via First Class Mail and E-Mail*

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

Re:  *Fawn ▆▆▆▆ Fenton vs. Jeffrey Ryan Fenton*
     *Williamson County Chancery Court No. 48419B*

Dear Mr. Fenton:

> OH WOW!!! This just doesn't STOP! Judge Michael W. Binkley refused to perform his JUDICIAL DUTY to equality, impartiality, fairness, due process, mitigating loss, and stopping CRUEL MISCONDUCT by a FRIEND! (This was a DIVORCE, can I possibly LIVE through this?)

To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence.  Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored.  **The quote is attached hereto.**  As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00.  The cost for moving the larger items and your personal items is $2,895.00.  This would include moving the items to Fox's storage facility in Nashville.  The cost to store these items in their storage facility would be approximately $495.00 per month.  Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped.  It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth.  However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan.  The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date.  We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

> Then it doesn't SOUND like you FORCED me to LEAVE my Personal Property behind so that you can SELL it for any quasi-legitimate reason, but rather just to CRUELY HARM the disabled and financially disadvantaged party, EVEN MORE! PURELY for the DOMINATING POWER-TRIP, and FUN! That's WORSE than being GREEDY! That is SICK and SADISTIC! (Yet there's more still to come...) Is there any INTEGRITY at all within the Williamson County Chancery Court??? I can't see HOW on EARTH this is remotely JUSTIFIABLE!

williamsoncountyattorneys.com                          Rule 31 Family Law Mediator

Jeffrey Fenton
**September 26, 2019**
Page 2

    **Finally, you still have not disclosed where all of your guns are located.** Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

    I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton

The most LAWLESS person I have ever met, on EITHER side of the LAW! Attorney Virginia Lee Story believes that I'll endlessly allow her to BULLY, ABUSE, ROB, RAPE, and TERRORIZE me and my family "under color of law"! SORRY! NO COURT OF LAW has the AUTHORITY or JURISDICTION for what you have DONE! EVERYTHING IS VOID IN #48419B and I'm pressing CRIMINAL CHARGES for at least a HALF-DOZEN State, Federal, and CONSTITUTIONAL FELONIES, which YOU committed along with the "help" of SEVERAL of your "FRIENDS"! You and Judge Michael W. Binkley can KILL me if you want, while the WHOLE WORLD WATCHES! I've already had extensive communications with the DOJ. I tracked down the same Nashville FBI "Special Agent" who Arrested Corrupt Nashville Judge Casey Moreland, after getting tired of being rejected by their call centers. You have MISJUDGED my courage! I will EXPOSE your crimes to every member of State and Federal Law Enforcement, local government, and Courts throughout the Country, until somebody cuts this CANCER out of the Williamson County Chancery Court! I know that I'm risking my own LIFE, but I'd rather die as a FREE man than live as your SLAVE! (Peaceful Protests!) I just hope the FBI/DOJ catches you in any further harm you try to cause me and my family, because I KNOW you will!

JUDGE MICHAEL W. BINKLEY & ATTORNEY VIRGINIA LEE STORY vs JEFFREY RYAN FENTON
WILIAMSON COUNTY CHANCRY COURT | 08/29/2019 | #48419B | M2019-02059 | R.v4 (502:20 – 503:9)

20            MS. STORY:  If he will tag the items that

21    he wants, like my client tagged the items per your

22    order, if he'll just put a tag on items he wants,

23    we'll make sure that those get stored, and then we can

24    use the proceeds from the sale.  We're going to

25    deposit those into the clerk's office.  And we can use

1    those to pay the next storage unit and then when he

2    gets ready to come here and get his things, or maybe

3    he wants to use some of his proceeds to have them

4    shipped to him...

6            So I'm trying my best to be as

7    accommodating to him...

8    this is going to be a simple process for him.

Relayed: FW: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

Microsoft Outlook <postmaster@outlook.com>
Mon 9/23/2019 3:11 AM

To:elaine.beeler@tncourts.gov <elaine.beeler@tncourts.gov>;lisa.marsh@tncourts.gov <lisa.marsh@tncourts.gov>

📎 1 attachments (19 KB)
FW: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027;

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

elaine.beeler@tncourts.gov (elaine.beeler@tncourts.gov)

lisa.marsh@tncourts.gov (lisa.marsh@tncourts.gov)

Subject: FW: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027

**Jeff Fenton**

| | |
|---|---|
| **From:** | Tommy Anderson <tom@tommyanderson.us> |
| **Sent:** | Friday, September 20, 2019 4:31 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Virginia Story; pmarlin@mcarthursanders.com; lisa.marsh@tncourts.gov; Heidi Macy; Kathryn Yarbrough; elaine.beeler@tncourts.gov |
| **Subject:** | Re: HALT: 1986 Sunnyside Drive, Brentwood, TN 37027 |

Hello All,

I have read this message and will need Jeff Fenton to sign our 1 page sales contract I will scan email on Monday September 23rd. I will need it returned prior to Sale day so Fawn can sign after Auction and I can get it to Bankers Title & Escrow the following Monday.

Sincerely,

Tommy Anderson,
Broker/Realtor/Auctioneer
HNDauctions.com

On Friday, September 20, 2019, Jeff

# Greetings Ms. Story,

My mother received your harassing

and I must say that I am shocked.

By what authority do you believe th

My mother is terrified by your repe

that you and the auctioneers will ta

my personal property (which I wan

there will be any, after the mortgage

anxiety disorder), I just need to lea

you will make this as simple of a

Chancellor 'trusts' your word and g

Would you like me to send you t

revelatory indictment of perjury an

sent to my mother.

---

**I never signed the "1 page sales contract" (above), my home was fraudulently sold anyways.**

The Chancery Court had absolutely no lawful authority or jurisdiction to hear or dispose of matters related to my marital residence, because it was already a part of a federal bankruptcy estate.

**28 U.S. CODE § 1334(E)(1):** "The **district court** in which a case under title 11 is commenced or is pending shall have **exclusive jurisdiction—of all the property**, wherever located, of the debtor **as of the commencement of such case**, and of property of the estate."

*This was and remains a case of real estate deed fraud.* I warned the court, counsel, auctioneers, and title company yet they proceeded. All Chancery Court orders in docket #48419B are VOID as a matter of law, and can never be corrected or cured. The sale of my Brentwood home based upon these orders is likewise VOID. The court has a responsibility to vacate the VOID orders and sale, for lack of jurisdiction, fraud on the court by officers of the court, bias, obstruction of justice, and unconscionable judicial and attorney misconduct by defendants Binkley and Story.

In this scam the defendants had the Chancery Court illegally exercise jurisdiction over my marital residence to strategically circumvent the Federal Rules of Bankruptcy Procedure and Bankruptcy Laws), to take my home away from me, at the very beginning of my divorce, before discovery even began, without equal or due process of law, an impartial tribunal, or notice by which I could save my property interests or at least attempt to mitigate my losses in my property interests as is required by the United States Constitution.

**F.R.B.P. Rule #7001:** The Bankruptcy Trustee was required to initiate an "Adversarial Proceeding" in federal court, because I had possession of our marital residence, yet my ex-wife's counsel had maliciously included it in her bankruptcy estate.

The Trustee was required to provide me and my two lawful tenants/roommates with **notices and hearings in federal court** (which they intentionally failed or refused to do), to determine our property interests, and whether or not the court could sell our home.

My marital residence failed to meet the requirements of 11 U.S.C. § 363(h)(3) for the court to be allowed to sell my property, so the Bankruptcy Trustee would have been ordered to remove it from my ex-wife's bankruptcy estate as a "burdensome asset" and to provide both myself and my tenants with "adequate protection" throughout my ex-wife's bankruptcy.

**11 U.S.C. § 363(h):** "Notwithstanding subsection (f) of this section, the trustee may sell both the estate's interest, under subsection (b) or ( c) of this section, and the interest of any co-owner in property in which the debtor had, at the time of the commencement of the case, an undivided interest as a tenant in common, joint tenant, or tenant by the entirety, **only if - (3) the benefit to the estate of a sale of such property free of the interests of co-owners outweighs the detriment, if any, to such co-owners.**" (This was physically impossible.)

---

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Saturday, September 21, 2019 3:33 AM |
| **To:** | Tommy Anderson; pmarlin@mcarthursanders.com |
| **Cc:** | lisa.marsh@tncourts.gov; elaine.beeler@tncourts.gov |
| **Subject:** | SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!! |

# Mr. Anderson and Mr. Marlin,

What price range do you realistically estimate that our house would sell through at? And what range would that make our net sales price?

I'm sure that Bancorp South is interested in the idea, because they will most likely get wiped-out in a foreclosure, being in second place. BUT my main concern is how much money Fawn and I can expect (if any) to put into OUR pockets, after it is all done and said?

So yes, I understand how this will benefit BCS, and how it will benefit Fawn by not being sued later by BCS, but no one has yet given me a clue how this auction, rendering me homeless, and throwing away a few HUNDRED GRAND of MY net worth, toward my quality of life now, as well as my retirement, along with nearly a decade of hard work, and my entire ROTH IRA retirement savings accounts, which were liquidated for the down payment on Sunnyside, will in ANY way benefit ME?

Without me having at least some realistic projections (that I believe are plausible), which are somewhat satisfactory to me, at least meeting the bottom-end of my basic needs, I will NEVER sign a sales contract. At the same time, let me NOTIFY you herein, that your LISTING AGREEMENT which I signed in court under extreme duress, was coerced illegally, without me EVER HAVING EVEN READ THE DOCUMENT, STILL TO THIS DAY, nor with the court allowing me the opportunity and time to do so, then and there upon demand. (I NEVER read it, because I NEVER planned to sign it, and I didn't believe that ANYONE had the authority to DEMAND that I SIGN MY NAME to something which I DO NOT AGREE WITH or CONSENT TO. Which is the entire purpose behind SIGNING any DOCUMENT.) IF the court has the authority and the desire to FORCE the sale of MY HOME, regardless of my wishes, then let the JUDGE sign the Listing Agreement HIMSELF, or to order that MY HOME be sold without my signature, leaving me out of the transaction all together. No disrespect intended to the court or the Judge, but I never expected for a Judge to coerce and yell at me to commit an illegal act, in a court room, under the threat of incarceration, ENTIRELY based upon the OUTRAGEOUS LIES of Ms. Story, which for some reason Chancellor Binkley chose to believe without question. Ms. Story could have just as well been sitting at the bench, while cracking a whip at me.

Consequentially, your LISTING AGREEMENT with my coerced signature under extreme duress, without even having been allowed time to read your document, you are HEREIN NOTIFIED is now and forever declared NULL & VOID/ CANCELLED and NEVER legally existed in the FIRST PLACE. Should you choose to move forward with this listing and auction anyways without my express permission AFTER the date of this email, coming directly from me, (by NEGOTIATION NOT FORCE), then I will be forced to pursue every legal remedy available to me, against your company, both collectively and individually, including complaints to the Real Estate Commission, and other agencies focused on professional accountability and consumer protections, along with the traditional court systems.

Anyhow, I expressly REVOKE my signature on that listing agreement, and declare it canceled, never legally executed, null and void, as I am now clearly notifying you.

While despite what lies which Ms. Story will probably tell you, **the court order DOES NOT give Fawn the AUTHORITY to sign the LISTING AGREEMENT for me** (hence the Judge yelling at me and threatening me to sign it). The court ONLY gave Fawn permission to sign any **subsequent documents for closing**, without me. (Because "logistically it could be difficult with me in Michigan" Story declared in court, while that is done in title companies EVERY DAY, across the Country. (She just wanted CONTROL over the process after I signed the listing agreement, not expecting for me to stand-up for my rights, and challenge both HER and the Judge's actions during that portion of our hearing.)

I'm not completely opposed to selling our home anymore, after being allowed to peacefully pack and MOVE all of MY PERSONAL PROPERTY to MICHIGAN, nor am I afraid in the slightest bit about our home foreclosing, because without some sort of executed settlement-agreement or MDA BEFORE the sale, I will receive EXACTLY the same amount either way. **Which is NOTHING!** So NOW is the time for them to cut a deal and be a TINY bit fair to me, if ever they want me to VOLUNTARILY SACRIFICE EVERYTING which I have worked for MY ENTIRE LIFE!

Hence as explained, my signature was coerced illegally (EVEN IF BY A TRIAL COURT JUDGE), and will NOT stand-up to both documented and recorded scrutiny, in the eyes of the Tennessee Real Estate Commission, nor in the eyes of any Appellate Court, whether on a State or Federal level, which is where this is going next, should it be sold despite my expressed demands that it NOT BE!

I wish you both the BEST in your professional futures!

Sincerely,

Jeff Fenton
1986 Sunnyside Drive
Brentwood, TN 37027

---

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Saturday, September 21, 2019 6:10 AM
**To:** Jeff Fenton
**Cc:** Pat Marlin; lisa.marsh@tncourts.gov; elaine.beeler@tncourts.gov; Virginia Story
**Subject: Re: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING:** IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!

Jeff, The Absolute Auction is next Saturday September 28th at 10am. Feel free to contact anyone you wish. Our name & reputation in Nashville and all of Williamson County is stellar.

Sincerely,
Tommy Anderson, Broker

---

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Friday, September 20, 2019 11:18:24 PM
**To:** Jeff Fenton; Fawn Fenton
**Subject:** Re: 11x17 (Ledger) & MARGIN.pdf

It all works well Jeff. My family has been having successful Real Estate Auctions for over 65 years. My dad is Clive Anderson, retired Auction license #1 in the State. Yes it will be on MLS and it is listed nationwide on Proxibid. I have filing cabinets full of closing statements for satisfied customers. We obtain near 90% of Zillow value and that of reasonable list price. I have talked to Bancorp South attorney already. It will sell well.

Sincerely,
Tommy Anderson, Broker/Realtor/Auctioneer
**HNDAUCTIONS.COM**



**Fenton 19-02693: sale motion complaint** - Message (HTML)

File    Message    Add-ins    Help    Acrobat    ♀    Tell me what you want to do

💾 Save    ↺    ↻    ↑ Previous Item    ↓ Next Item    🖨 Print Preview    ▾

## Fenton 19-02693: sale motion complaint

**SM**   Seliber, Megan (USTP) <Megan.Seliber@usdoj.gov>
To  Jeff Fenton

↩ Reply    ↩ Reply All    → Forward    ⋯

Tue 3/15/2022 6:08 PM

📄 fenton 319-02693 deed.pdf  ˅
247 KB

> This email is from the **USTP Trial Attorney in Nashville** who was **Assigned to Research my BANKRUPTCY FRAUD COMPLAINT** by Region 8 Acting United States Trustee, **Paul A. Randolph**, who is over **Tennessee and Kentucky**. Mr. Randolph is who I contacted to **REPORT BANKRUPTCY FRAUD** and to seek information to help me understand what **VIOLATIONS** were made by whom.

Mr. Fenton,

I further investigated your complaint that you were not given notice of the motion to sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did not receive notice. ~~Because Judge Binkley gave your ex-wife the power to close the sale in family court, it does not appear that any objection in bankruptcy court would have been availing even if you had been given notice.~~ For your records, I've attached the warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further, ~~I believe that because the family court had dual jurisdiction over the property~~, you will need to seek any further remedy in state court. ~~As the property has already been sold to a third-party purchaser, it is also unclear if any remedies would be available.~~

This concludes my investigation into your complaint.

Best,



**Megan Seliber**
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 695-4060

> **Ms. Seliber ACTS like she is HELPING ME, but she really isn't.** She does confirm that the Bankruptcy Court failed to provide me NOTICE about my Ex-wife's Secret Bankruptcy and the THREAT to MY HOME, but then she lies to me, provides me with misinformation, and plays the blame game, between Federal and State Courts being responsible for my damages.



**Tommy Anderson**
Broker & Auctioneer
TN Lic. #254363
Office: (615) 297-7711
Cell: (615) 969-5819
Fax: (615) 297-7184
Email: tom@tommyanderson.us

www.hndrealty.com

# EXCLUSIVE
# AUCTION LISTING

421 East Iris Drive, Suite 300
Nashville, TN 37204
Firm Lic.# 255602
**TN FL #6200**

The condition: "For so long as Mortgages are covered." was **NOT** on this CONTRACT when I signed it. (You can **SEE** that it is NOT on my Ex-wife's Contract.)
**It was ILLEGALLY added to the contract AFTER I SIGNED IT.**

I, we, Owners/Sellers, hereby authorize and give HND AUCTIONS LLC the exclusive right to sell the
____REAL____ property known as ___HOME AND LOT : 1986 SUNNYSIDE DR.___

There was no DIVORCE DECREE yet. We hadn't even begun DISCOVERY.
The Court NEVER heard my side of ANYTHING, or talked about our Divorce!

___BRENTWOOD, TN. 37027___
___SUNNYSIDE ESTATES, SECTION 3___

AS PER DIVORCE DECREE # 48A19B

___WILLIAMSON COUNTY, TN.___

**WITHIN** ___SEPTEMBER 2019___

For So long as
mortgages are covered.

THIS PROPERTY IS TO BE SOLD AT ABSOLUTE AUCTION WITH NO BID TO BE REJECTED. Seller agrees not to inflate the bid or initiate or allow initiation of any situation damaging or impeding the normal progression of bidding before or during the auction.

I, we, authorize HND AUCTIONS LLC to accept deposit on purchase price and to execute a binding contract of sale for owner(s) seller(s). It is further agreed that when property is sold, seller will furnish acceptable title insurance, deed and closing statement on all Real Estate.

___COURT AUCTION WITHOUT RESERVE___

The property to be sold on the following terms: ___ALL CASH TO SELLER TO BE APPROVED___
___BY COURT. BANK FINANCING TO PUBLIC IF ARRANGED WITH F & M BANK___
___BILLY WINFREE, 10% DOWN AT AUCTION, CLOSE WITHIN 30 DAYS OF SALE___
I, we, will pay HND AUCTIONS LLC a commission of ___SEE BELOW___ of total selling price on Real Estate
___N/A___ plus ___$3500___ for sale expense. The term "sale expense" as herein defined, shall mean: the largest portion of monies allocated herein shall be for advertising said property for sale; however, seller agrees that a portion of the sales expense may be used for other expenses directly related to the auction as deemed necessary by the Auction Company. Seller further agrees to pay the full amount of sale expense as set out above. The sale expense is still due, after advertising schedule is started, if the sale is canceled for any reason or fails to close. If seller fails to pay sale expense for 30 days from billing, seller agrees for Auction Company to place a recorded lien on the property which will show on the title until paid. The lien will bear bank rate of interest at time of recording.

HND AUCTIONS LLC will be held harmless, by the seller, for actions of companies or persons it must deal with in its normal manner of advertising, preparation and conducting the sale.

This is an exclusive right to sell. In case of sale by owner, agent, or any other party before auction advertising has begun, said Company will receive full cash commission on the whole purchase price of said property. After auction advertising has begun, the property will sell by auction method only.

Seller will be responsible for furnishing HND AUCTIONS LLC with accurate information pertaining to the sale of real property prior to advertising in order that a true and accurate presentation shall be made to the public at time of sale.

On real property auctions, Seller agrees to pay, in addition to the other sale expense, tent, set up, and survey costs if HND AUCTIONS LLC determine they are necessary for a successful sale.

Seller will furnish prior to advertising, all information which could effect the transfer of sale of this property such as information regarding all mortgages, easements, restrictions, leases, rents, separate agreements or other encumbrance.

If at any time, the Auction Co., through its brokers or legal counsel, determines that an auction sale of the above listed property is not in the best interest of any party to this agreement, this listing can be voided by the Auction Co. with no recourse from the owner/seller.

**COMMENTS:** ___A 6% BUYERS PREMIUM PAID, ADDED TO FINAL BID TO ARRIVE AT___
___CONTRACT PRICE - DIVIDED EQUALLY 3%-3% WITH MCARTHUR-SANDERS___
___REALTY, PAT MARLIN, REALTOR / AUCTIONEER___

Seller understands that there are no guarantees or warranties by HND AUCTIONS LLC to this agreement, either expressed or implied, other than those set out herein. Seller has read and received a copy of this agreement.

Ⓧ _____ Seller's initial                    DATE: _____

**SELLER(S) NAME(S) PRINT :** _FAWN ▇ FENTON_ / _JEFFRY R. FENTON_

_Atty Virginia Story_                    _Attys: Charles Duke - Mitchell Miller_

**SELLERS AUTHORIZATION** Ⓧ _____        **SELLERS AUTHORIZATION** Ⓧ _____

**MAILING ADDRESS** _____                **MAILING ADDRESS** _____

**I WAS COERCED INTO SIGNING THIS CONTRACT IN COURT ON 8/29/2019, UNDER PROTEST, AT THE THREAT OF INCARCERATION!** Without even having READ the CONTRACT! (Which I don't believe is LEGAL anywhere in the Country!) I emailed the Court, Ms. Beeler, Ms. Story, both Auctioneers, etc... afterwards and told them that **I had been forced to sign this contract under extreme duress, without even reading it!** Hence my signature was/is NULL AND VOID! Further emphasizing that this "Listing Agreement" is canceled, withdrawn, terminated, immediately!

I explained that I know "LISTING AGREEMENTS" are not binding upon a PROPERTY OWNER (except possibly for the broker's fees or losses to date), until there is a fully executed "PURCHASE AND SALE AGREEMENT", which has been acknowledged as received by all parties. Tommy Anderson told me to contact or do whatever I want. That the Auction would take place as planned, regardless. (Nobody cared that it was basically **FORGED** - they used it anyways!)

My Ex-wife was authorized to sign the CLOSING DOCUMENTS, but NOT the LISTING AGREEMENT! While TN Law says that the COURT CLERK should sign it rather than COERCING an unwilling party. I believe that triggers a "Redemption Period", they were coercing me to avoid. After reading the fraudulent Court Order written by Attorney Virginia Lee Story, she "colored" it as if I had VOLUNTARILY chosen to DISCARD my HOME and RELOCATE to MICHIGAN! **FALSE!**

https://rico.jefffenton.com/evidence/2019-10-29_1986-sunnyside-real-estate-deed-fraud.pdf        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Tommy Anderson**
**Broker & Auctioneer**
**TN Lic. #254363**

Office: (615) 297-7711
Cell: (615) 969-5819
Fax: (615) 297-7184
Email: tom@tommyanderson.us

www.hndrealty.com

# EXCLUSIVE
# AUCTION LISTING

421 East Iris Drive, Suite 300
Nashville, TN 37204
Firm Lic.# 255602
**TN FL #6200**

---

I, we, Owners/Sellers, hereby authorize and give HND AUCTIONS LLC the exclusive right to sell the _____ *REAL* _____ property known as *HOME AND LOT : 1986 SUNNYSIDE DR.*
*BRENTWOOD, TN. 37027*
*SUNNYSIDE ESTATES, SECTION 3*
*AS PER DIVORCE DECREE # 48419B*    *WILLIAMSON COUNTY, TN.*

**WITHIN** *SEPTEMBER 2019*

**THIS PROPERTY IS TO BE SOLD AT ABSOLUTE AUCTION WITH NO BID TO BE REJECTED.** Seller agrees not to inflate the bid or initiate or allow initiation of any situation damaging or impeding the normal progression of bidding before or during the auction.

I, we, authorize HND AUCTIONS LLC to accept deposit on purchase price and to execute a binding contract of sale for owner(s) seller(s). It is further agreed that when property is sold, seller will furnish acceptable title insurance, deed and closing statement on all Real Estate.

*COURT AUCTION WITHOUT RESERVE*

The property to be sold on the following terms: *ALL CASH TO SELLER TO BE APPROVED BY COURT. BANK FINANCING TO PUBLIC IF ARRANGED WITH F&M BANK BILLY WINFREE, 10% DOWN AT AUCTION, CLOSE WITHIN 30 DAYS OF SALE*
I, we, will pay HND AUCTIONS LLC a commission of *SEE BELOW* of total selling price on Real Estate
*NA* plus *$3500⁰⁰* for sale expense. The term "sale expense" as herein defined, shall mean: the largest portion of monies allocated herein shall be for advertising said property for sale; however, seller agrees that a portion of the sales expense may be used for other expenses directly related to the auction as deemed necessary by the Auction Company. Seller further agrees to pay the full amount of sale expense as set out above. The sale expense is still due, after advertising schedule is started, if the sale is canceled for any reason or fails to close. If seller fails to pay sale expense for 30 days from billing, seller agrees for Auction Company to place a recorded lien on the property which will show on the title until paid. The lien will bear bank rate of interest at time of recording.

HND AUCTIONS LLC will be held harmless, by the seller, for actions of companies or persons it must deal with in its normal manner of advertising, preparation and conducting the sale.

This is an exclusive right to sell. In case of sale by owner, agent, or any other party before auction advertising has begun, said Company will receive full cash commission on the whole purchase price of said property. After auction advertising has begun, the property will sell by auction method only.

Seller will be responsible for furnishing HND AUCTIONS LLC with accurate information pertaining to the sale of real property prior to advertising in order that a true and accurate presentation shall be made to the public at time of sale.

On real property auctions, Seller agrees to pay, in addition to the other sale expense, tent, set up, and survey costs if HND AUCTIONS LLC determine they are necessary for a successful sale.

Seller will furnish prior to advertising, all information which could effect the transfer of sale of this property such as information regarding all mortgages, easements, restrictions, leases, rents, separate agreements or other encumbrance.

If at any time, the Auction Co., through its brokers or legal counsel, determines that an auction sale of the above listed property is not in the best interest of any party to this agreement, this listing can be voided by the Auction Co. with no recourse from the owner/seller.

**COMMENTS:** *A 6% BUYERS PREMIUM PAID, ADDED TO FINAL BID TO ARRIVE AT CONTRACT PRICE - DIVIDED EQUALLY 3% - 3% WITH MCARTHUR - SANDERS REALTY, PAT MARLIN, REALTOR / AUCTIONEER*

Seller understands that there are no guarantees or warranties by HND AUCTIONS LLC to this agreement, either expressed or implied, other than those set out herein. Seller has read and received a copy of this agreement.

_____ Seller's initial         DATE:_____

**SELLER(S) NAME(S) PRINT** : *FAWN ▓ FENTON* / *JEFFRY R. FENTON*

*Atty Virginia Story*         *Attys: Charles Duke — Mitchell Miller*

**SELLERS AUTHORIZATION** Ⓥ _____         **SELLERS AUTHORIZATION** Ⓥ _____

**MAILING ADDRESS** ▓▓▓▓▓         **MAILING ADDRESS** _____

**CITY, ST, ZIP** *BRENTWOOD TN 37027*         **CITY, ST, ZIP** _____

**PHONE:** (615) ▓▓▓-7377         **PHONE:** _____

**SELLERS AUTHORIZATION** _____         **SELLERS AUTHORIZATION** _____

**MAILING ADDRESS** _____         **MAILING ADDRESS** _____

**CITY, ST, ZIP** _____         **CITY, ST, ZIP** _____

**PHONE:** _____         **PHONE:** _____

---

THIS INSTRUMENT WAS PREPARED BY

*Escrow*

Mail

Bankers Title & Escrow Corp.
5107 Maryland Way, Ste. 115
Brentwood, TN 37027
P19-10267A-BW

STATE OF TENNESSEE
COUNTY OF *Williamson*

THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER
IS GREATER, FOR THIS TRANSFER IS $ 324,360.00

SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE **29** DAY
OF *October* 2019

Notary Public

MY COMMISSION EXPIRES: *11/3/20*

(AFFIX SEAL)

*[Notary seal: SAMUEL F. ANDERSON, STATE OF TENNESSEE, NOTARY PUBLIC, DAVIDSON COUNTY]*

# WARRANTY DEED

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| GL Propenies, LLC | GL Properties, LLC | |
| 1986 Sunnyside Drive | 101 Creekside Crossing #1700195 | 013J-A-035.00-000 |
| Brentwood, TN 37027 | Brentwood, TN 37027 | |
| (CITY)        (STATE)        (ZIP) | (CITY)        (STATE)        (ZIP) | |

FOR AND CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID BY THE HEREINAFTER NAMED GRANTEES, AND OTHER GOOD AND VALUABLE CONSIDERATIONS. THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, WE, Fawn ■ Fenton

HEREINAFTER CALLED THE GRANTORS, HAVE BARGAINED AND SOLD, AND BY THESE PRESENTS DO TRANSFER AND CONVEY UNTO GL Properties, LLC, a Tennessee limited liability company

HEREINAFTER CALLED THE GRANTEES, THEIR HEIRS AND ASSIGNS, A CERTAIN TRACT OR PARCEL OF LAND IN WILLIAMSON COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS, TO-WIT:

Land in Williamson County, Tennessee, being Lot No. 29 on the Plan of Section 3, Sunny Side Estates of record in Plat Book 5, Page 67 as amended in Book 330, Page 844, in the Register's Office for Williamson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property

Said Lot No. 29 fronts 150.00 feet on the Southwesterly margin of Sunny Side Drive and extends back 433.83 feet on the Northwesterly line and 401.46 feet on the Southeasterly line to a broken line in the rear, measuring 159.22 feet thereon.

Being the same property conveyed to Jeffrey R. Fenton and wife, Fawn ■ Fenton by Warranty deed from Mangel Jerome Terrell and wife, Colette Keyser of record in Book 5313, page 452, Register's Office for Williamson County, Tennessee, dated April 29, 2011 and recorded on May 12, 2011.

Being the same property conveyed to Fawn ■ Fenton by Quitclaim deed from Jeffrey R. Fenton of record in Book 6541, page 771, Register's Office for Williamson County, Tennessee, dated August 18, 2015 and recorded on August 20, 2015.

Being the same property conveyed to Jeffrey R. Fenton and wife, Fawn ■ Fenton by Quitclaim deed from Fawn ■ Fenton of record in Book 7314, page 759, Register's Office for Williamson County, Tennessee, dated August 21, 2015 and recorded on March 13, 2018 and Scriveners Affidavit recorded in Book 7354, Page 915.  Fawn ■ Fenton was granted authority to sign this deed and convey this property without husband's signature in Orders dated August 29, 2019, and October 10, 2019, in Case No. 48419B Chancery Court of Williamson County, Tennessee.

---

Case No. 48419B in Chancery Court of Williamson County, Tennessee was entirely **"fraud on the court(s) by officers of the court(s),"** with fraudulent, forged and falsified government records, at the hands of Attorney Virginia Lee Story, under the oversight of Judge Michael Weimar Binkley.

This was illegal and constitutes **real estate deed fraud**: The chancery court unlawfully usurped—or the bankruptcy court unlawfully abdicated— jurisdiction over the marital home, in violation of **28 U.S. Code § 1334(e)(1)**, which states: **"The district court in which a case under title 11 is commenced or is pending shall have exclusive jurisdiction**—of all the property, wherever located, of the debtor as of the commencement of such case, and of property of the estate."

Binkley and Story executed this RICO conspiracy against rights and property to **rob husband** of his highly desirable **Brentwood marital residence** without equal or due process of law. The case was **"fixed"** before the divorce was filed, at least **97-days** before husband's first "hearing". The fraudulent bankruptcy was filed by wife's counsel, in collusion with Story, **39-days** before any action was filed in the state courts, giving the **federal** courts both *original* and *exclusive* jurisdiction.

The state courts were specifically **prohibited** from exercising jurisdiction over their marital residence, because it was a part of a "federal bankruptcy estate". That property was also "core" to the bankruptcy, and was in fact one of the primary reasons that Ms. Fenton's counsel filed the fraudulent bankruptcy action.

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my hand this the <u>29th day of October, 2019.</u>



Fawn ▮ Fenton

The Bankruptcy Court could not compel the sale of the marital residence, because the "benefit to the [bankruptcy] estate" could not "outweigh the detriment" to husband, as REQUIRED in 11 U.S.C. § 363(h)(3) "the benefit to the estate of a sale of such property free of the interests of co-owners outweighs the detriment, if any, to such co-owners". (Chancery liquidated it for the amount of the mortgages plus auction fees & closing costs.)

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named Fawn ▮ Fenton the bargainor, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence to be the within named bargainor, and who acknowledged that she executed the within instrument for the purposes therein contained.

Witness my hand and official seal this the <u>29th day of October, 2019.</u>

My Commission expires: ___11/3/20___        _____
                                             Notary Public

Husband was lawfully in possession of the property and had two lawful tenants/roommates, with **federally protected leasehold property interests**, which under the circumstances could **not** be lawfully severed. Per bankruptcy **Rule #7001**, the bankruptcy **Trustee** was required to provide Mr. Fenton and his two lawful tenants/roommates with "**adversarial proceedings**" (or notice by which they could initiate such) including **notices** and **hearings** in **federal bankruptcy** or **district court** (which never happened), specifically not in state court, since the marital residence was "core" to the bankruptcy action and predated any fillings in state courts. The federal courts were **required** to determine each party's lawful property interests before any property could be taken or sold in conjunction with the bankruptcy, while they were also required by the bankruptcy code to provide each of their interests with "**adequate protection**"; all which were illegally circumvented by a conspiracy with Story/Binkley, to unlawfully exercise jurisdiction and force the auction, before discovery even began, through the Chancery Court.

| | |
|---|---|
| Binkley and Story **liquidated** the property for exactly what was owed on the mortgages plus auctioning fees & closing costs. According to bankruptcy guidelines and definitions, the forced auction was of absolutely <u>ZERO</u> "**benefit to the [bankruptcy] estate**", because it failed to produce ANY proceeds toward paying Ms. Fenton's **unsecure** debts. While rendering Mr. Fenton **instantly homeless**; terminating his only stream of income in that moment (tenant rents), due to the misconduct by the courts and counsel, **leaving him no shelter or means to simply survive**. <br><br>Mr. and Ms. Fenton lost $750,000 they had invested into their beautiful Brentwood home, the sum total of both their life's savings and premarital retirement investments, the moment the **illegally** court ordered **auction** by Binkley & Story closed. |  |

**Jeff Fenton**

| | |
|---|---|
| **From:** | Seliber, Megan (USTP) <Megan.Seliber@usdoj.gov> |
| **Sent:** | Tuesday, March 15, 2022 6:08 PM |
| **To:** | Jeff Fenton |
| **Subject:** | Fenton 19-02693: sale motion complaint |
| **Attachments:** | fenton 319-02693 deed.pdf |

> IF the BANKRUPTCY COURT had OBEYED the FRBP, then the Bankruptcy Trustee would have been FORCED by the Federal Bankruptcy Court or the Federal District Court to REMOVE the Marital Residence from my Ex-wife's "BANKRUPTCY ESTATE" as a "BURDENSOME ASSET" long before I ever even MET Judge Binkley! BOTH my INTERESTS and my TENANT'S LEASEHOLD INTERESTS were PROTECTED under Federal Bankruptcy Laws!

Mr. Fenton,

I further investigated your complaint that you were not given notice of the motion to sell 1986 Sunnyside Drive as a co-owner in bankruptcy court. I confirmed that you did not receive notice. ~~Because Judge Binkley gave your ex-wife the power to close the sale in family court, it does not appear that any objection in bankruptcy court would have been availing even if you had been given notice.~~  For your records, I've attached the warranty deed and the family court order that was recorded.

Although you are welcome to seek bankruptcy counsel to investigate the matter further, ~~I believe that because the family court had dual jurisdiction over the property, you will need to seek any further remedy in state court.  As the property has already been sold to a third-party purchaser, it is also unclear if any remedies would be available~~.

This concludes my investigation into your complaint.

Best,



**Megan Seliber**
Trial Attorney, Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN  37203
(615) 695-4060

> The State Court DID NOT have DUAL JURISDICTION, that is a LIE! The Federal Court always has ORIGINAL JURISDICTION, and usually EXCLUSIVE JURISDICTION over all property, where it sits, as it sits, upon the day the BANKRUPTCY IS FILED!
>
> The State Court is actually SPECIFICALLY FORBIDDEN from taking Jurisdiction over the property because of the circumstances, and the Bankruptcy having been filed 39-DAYS before the DIVORCE!
>
> REMEDIES are ALWAYS available for RACKETEERING and FRAUD, especially with as many bad-actors, in a Conspiracy to intentionally CIRCUMVENT the FRBP and FEDERAL BANKRUPTCY LAWS via CRIMES UNDER COLOR OF LAW, without EQUAL or DUE PROCESS, in a Corrupt State Court!

> The CRIMINAL EVIDENCE of CONPIRACY AGAINST RIGHTS (AND PROPERTY) UNDER COLOR OF LAW, FRAUD UPON BOTH COURTS, HOBBS ACT EXTORTION, and a BUNCH OF FEDERAL BANKRUPTCY CRIMES is ALL in the TIME-LINE:
>
> DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when DIVORCE was FILED on 6/04/2019: 39-DAYS
>
> DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when I was SERVED DIVORCE PAPERS 6/15/2019: 50-DAYS
>
> DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when fraudulent "Order of Protection Ex Parte was Served on 6/20/2019: 55-DAYS
>
> DAYS between when BANKRUPTCY was FILED on 4/26/2019 and when I had my FIRST HEARING in CHANCERY COURT on 8/1/2019: 97-DAYS (The Bankruptcy Attorney HAD TO KNOW this far in ADVANCE, that Judge Binkley would "PLAY BALL"!)
> Otherwise the Bankruptcy Attorney would have gotten CAUGHT filing a FRAUDULENT BANKRUPTY PETITION, as would the TRUSTEE. The Bankruptcy Attorney would have been responsible for all losses, faced serious sanctions, and removal from office! She HAD TO KNOW that Judge Binkley would illegally FORCE THE AUCTION OF MY HOME, on my VERY FIRST DAY in Court, before she could WAIT for 97-DAYS for what she was REQUIRED to do within the first 14-DAYS of FILING the FRAUDULENT BANKRUPTCY!
>
> DAYS between when BANKRUPTCY WAS FILED on 4/26/2019 and when I was FORCEFULLY EVICTED from my home on 9/3/2019: 130-DAYS

**LOCAL RULES OF PRACTICE**
**TWENTY-FIRST JUDICIAL DISTRICT**
**HICKMAN, LEWIS, PERRY AND WILLIAMSON COUNTIES**

**RULES OF THE CIRCUIT AND CHANCERY COURTS**
**FOR THE TWENTY-FIRST JUDICIAL DISTRICT**

Adopted Effective September 1, 2004
As Amended Through September 1, 2017
And Further Amended March 1, 2019

## INTRODUCTION

**JUDGES.** The 21st Judicial District embraces Hickman, Lewis, Perry, and Williamson Counties. All Judges of the 21st Judicial District have full civil and criminal jurisdiction therein and are assigned areas of responsibility by the Presiding Judge.

**CLERKS.** Each county within the District has a Circuit Court Clerk and a Clerk and Master with powers and duties prescribed by statute for such offices generally. The Clerk and Master is also clerk of the Probate Division of the Chancery Court.

PRO SE Parties are NOT Allowed to Participate in this "Proposed Order" / "Agreed Order" / "Alternate Proposed Order" Process, in the 21st Judicial District in Tennessee (though allowed in other Tennessee Judicial Districts). Which means that your highly skilled opposing counsel, who already has a tremendous advantage over most Pro Se litigants, literally gets to WRITE THE COURT ORDERS AGAINST YOU! (With little IF any Accountability or Supervision!) This is DISCRIMINATION against PRO SE and financially disadvantaged people as a matter of COURT POLICY! By the Court's own "LOCAL RULES OF PRACTICE"! This is completely inappropriate, fosters misconduct, and must be changed for the Court to ever claim to honestly be impartial!

## Rule 11.   Orders and Judgments

### Section 11.01 Preparation and Submission

Unless the court directs otherwise, attorneys for prevailing parties will prepare proposed orders for entry by the court and shall file such proposed orders not more than seven (7) days following the day on which the ruling is made by the court. If the proposed order submitted reflects that it has been approved for entry by counsel for all parties, then the court will take action promptly to enter such proposed order, or, at the court's discretion, enter the court's own order with respect to the ruling. If the proposed order does not reflect that it has been approved for entry by counsel for all parties, then the court will take no action to enter such proposed order for seven (7) days after receipt of the proposed order to afford counsel for the opposing party to submit an alternative proposed order. If the opposing party submits an alternative proposed order, the court shall undertake promptly to enter either the original proposed order, the alternative proposed order, or the court's own order with respect to the ruling. All of the time periods in this section may, for good cause, be extended by the court.

A party's approval for entry of a proposed order, which does not by its express terms state that it is an agreed order, shall not be construed as anything other than the party's agreement that the proposed order accurately reflects the court's ruling on the particular matter and shall not be construed to imply that party's agreement with or consent to the ruling set out in the proposed order.

[Adopted Effective September 1, 2004; Amended Effective September 1, 2010; Further Amended December 1, 2014].

**Jeff Fenton**

| | |
|---|---|
| **From:** | Tommy Anderson <tom@tommyanderson.us> |
| **Sent:** | Saturday, September 21, 2019 6:10 AM |
| **To:** | Jeff Fenton |
| **Cc:** | Pat Marlin; lisa.marsh@tncourts.gov; elaine.beeler@tncourts.gov; Virginia Story |
| **Subject:** | Re: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!! |

Jeff,

The Absolute Auction is next Saturday September 28th at 10am. Feel free to contact anyone you wish. Our name & reputation in Nashville and all of Williamson County is stellar.

Sincerely,
Tommy Anderson, Broker

On Sat, Sep 21, 2019, 2:33 AM Jeff Fenton ████████████ wrote:

# Mr. Anderson and Mr. Marlin,

So what price range do you realistically estimate that our house would sell through at? And what range would that make our net sales price?

I'm sure that Bancorp South is interested in the idea, because they will most likely get wiped-out in a foreclosure, being in second place. BUT my main concern is how much money Fawn and I can expect (if any) to put into OUR pockets, after it is all done and said?

So yes, I understand how this will benefit BCS, and how it will benefit Fawn by not being sued later by BCS, but no one has yet given me a clue how this auction, rendering me homeless, and throwing away a few HUNDRED GRAND of MY net worth, toward my quality of life now, as well as my retirement, along with nearly a decade of hard work, and my entire ROTH IRA retirement savings accounts, which were liquidated for the down payment on Sunnyside, will in ANY way benefit ME?

Without me having at least some realistic projections (that I believe are plausible), which are somewhat satisfactory to me, at least meeting the bottom-end of my basic needs, I will NEVER sign a sales contract. At the same time, let me NOTIFY you herein, that your LISTING AGREEMENT which I signed in court under extreme duress, was coerced illegally, without me EVER HAVING EVEN READ THE DOCUMENT, STILL TO THIS DAY, nor with the court allowing me the opportunity and time to do so, then and there upon demand. (I NEVER read it, because I NEVER planned to sign it, and I didn't believe that ANYONE had the authority to DEMAND that I SIGN MY NAME to something which I DO NOT AGREE WITH or CONSENT TO. Which is the entire purpose behind SIGNING any DOCUMENT.) IF the court has the authority and the desire to FORCE the sale of MY HOME, regardless of my wishes, then let the JUDGE sign the Listing Agreement HIMSELF, or to order that MY HOME be sold without my signature, leaving me out of the transaction all together. No disrespect intended to the court or the Judge, but I never expected for a Judge to coerce and yell at me to commit an illegal act, in a court room, under the threat of incarceration, ENTIRELY based upon the OUTRAGEOUS LIES of Ms. Story

Consequentially, your LISTING AGREEMENT with my coerced signature under extreme duress, without even having been allowed time to read your document, you are HEREIN NOTIFIED is now and forever declared NULL & VOID/ CANCELLED and NEVER legally existed in the FIRST PLACE.

1

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, September 23, 2019 3:08 AM |
| **To:** | elaine.beeler@tncourts.gov |
| **Cc:** | lisa.marsh@tncourts.gov |
| **Subject:** | Miscommunication Yesterday in Court |
| **Attachments:** | 2019-08-29 COURT ORDER.pdf |

**Importance:**    High

# Ms. Beeler,

**Please forward this email to Chancellor Binkley.** If he doesn't have email, then please print this out and deliver it to him. I'm not sure how your communications work at the court house, but I read somewhere in the code about directly communicating with Judges, even in an ex parte capacity when needed. However, since Ms. Story is copied on this email, this should not be considered an ex parte communication.

I'd simply prefer that Chancellor Binkley have an opportunity to read my words as written by me, before Ms. Story has a chance to twist them into an even more horribly offensive lie again.

Thank you very much mam!

**Jeff Fenton**
**Docket: #48419B**

**From:** Jeff Fenton
**Sent:** Friday, August 30, 2019 2:48 PM
**To:** Virginia Story <virginia@tnlaw.org>; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Cc:** elaine.beeler@tncourts.gov
**Subject:** Miscommunication Yesterday

Hello Ms. Story,

I just had the Clerk's and Master's Office send me a copy of the court order from yesterday.

Apparently there was a miscommunication somehow, between when you spoke about the TV and the Dehumidifier, where Chancellor Binkley understood your comments about me selling them to have occurred during the Restraining Order Statutory Injunction, which is not at all correct. This was months before.

It looks like that is what upset the Chancellor and caused him to change his ruling to forbid me from taking any of my personal property with me when I move.

As I don't believe that was what you were alleging, and I know that isn't what happened, how do we get this cleared up, so that I can take my personal property with me, so that I can move to Michigan, as planned?

1

This seems to all be about a simple misunderstanding, more so that favoritism, as I thought. I just couldn't rationalize any other reason for such drastic changes in the order.

How do we fix this quickly so I can leave?

I've done nothing against the Statutory Injunction at all. If anything, a little bit of money could arguably be kept from my final proceeds.

Please advise, I want to get packing, but I legally can't.

Thanks.

**Jeff Fenton**
**METICULOUS.TECH**

(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

Technical Consulting, Services, and Solutions,
When it's worth doing RIGHT the first time!

Submit or respond to a support ticket here.

A Division of Meticulous Marketing LLC

---

I repeatedly tried to give Binkley, Beeler, Story and Yarbrough the "benefit of the doubt", using professional, courteous, and even extremely kind words (under the circumstances), such as "miscommunication", "misunderstanding", and "error", but no matter how soft-spoken, gratuitous and/or forgiving I was, they simply refused to operate honestly in good faith, **at any cost.**

In the end, there is not one facet of this which I don't now believe was premeditated, at the very least, by Story and Yarbrough. While I wouldn't be surprised to learn that Binkley and Beeler were in on the entire scam from the very start, it would honestly make more sense.

They certainly were all involved in felony criminal misconduct, while enabling and covering up for each other, refusing to intervene or assist the injured party, mitigate damages, or report unconscionable criminal misconduct. While violating their oaths of office and the Tennessee Supreme Court's Rules of both Professional and Judicial Conduct, along with the judicial Canons and the Federal Rules of Civil Procedure.

The only facet which is even arguable in my mind, is how much Binkley and Beeler were **knowledgeable** about the **finite details** of the crimes and the players involved.

Whether Binkley & Beeler in fact **ran the scam(s)**, since they obviously **ran the court**, versus blindly backing each other's play, at any cost. Knowing it was fraud on the court, reasonably having criminal knowledge, intent, and participation, deliberately acting in bad faith, but without knowing (or caring) about the details, as a **routine** *quid pro quo* **practice** between friends.

Personally, I believe the answer is irrelevant, because both their actions and inactions, combined with the culture of that court, empowered the obscene criminal cruelties to take place and **thrive** without being detected or discovered, while defeating every attempt I made to reach help throughout the state.

2

## Relayed: Miscommunication Yesterday in Court

Microsoft Outlook <postmaster@outlook.com>

Mon 9/23/2019 3:07 AM

To:elaine.beeler@tncourts.gov <elaine.beeler@tncourts.gov>;lisa.marsh@tncourts.gov <lisa.marsh@tncourts.gov>

📎 1 attachments (17 KB)

Miscommunication Yesterday in Court;

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

elaine.beeler@tncourts.gov (elaine.beeler@tncourts.gov)

lisa.marsh@tncourts.gov (lisa.marsh@tncourts.gov)

Subject: Miscommunication Yesterday in Court

They have both lied to me and acted abhorrently contemptuous, dishonestly, and dishonorable of the responsibilities they were entrusted with, by the people, along with the privileged offices they enjoyed. I know of no greater betrayal by local government employees than how they have **served themselves and their friends** through their powerful offices of trust, at the public's unwitting expense.

Unfortunately they enjoy enough local influence (connections/corruption/buddies), that the authorities won't even take a criminal complaint against them or investigate their heinous crimes, at least in my experience. Though I've yet to find anyone in Tennessee's judicial and law enforcement communities who act surprised when I tell them about the felony crimes committed against me by these privileged members of Tennessee's courts.

In my experience, I believe that Tennessee has a "don't ask, don't tell" culture and attitude about it's courts and specifically judicial misconduct. I believe this is also extended to tolerate and cover-up gross professional misconduct by attorneys who are close friends with local judges, willing to act in their favor, or who have access to judges which exceeds tolerances defined by the Tennessee Supreme Court's Rules of Conduct.

**FACT:** I can't find anybody, in any division of law enforcement, who shows an interest (or is honestly willing) to take a criminal report and investigate state and federal felony crimes committed by Middle Tennessee Judges, court clerks, and their buddies, regardless of their reputation, past criminal history, the disrepute of known associates, and the credence of the complaints. Even with an absurd amount of clear and convincing evidence, unless there is some disgraceful sexual component, causing the court tremendous embarrassment. It is as if every other "color of law" crime has now become tolerable, accepted, to be backed and even covered-up by other members of the court, and other courts, unless there is a paramount obscene sexual component which can not be hidden or denied.

I have found nothing but resistance and push-back to every honest effort I have made to promote transparency and accountability within the State of Tennessee's judiciary and their courts.

I believe this practice exhibits an intolerable level of **professional negligence** (by those who know the risks), while also being **fundamentally unconstitutional**. Still it remains a **fact** regardless. The current corruption and felony criminal misconduct which is **reasonably irrefutable in this case**, is also socially unsustainable, unjustifiable, and honestly uncorrectable without the judiciary's good faith, swift, and affirmative involvement in demanding, providing, and enforcing a reasonable remedy.

## Jeff Fenton

| From: | Jeff Fenton |
|---|---|
| Sent: | Monday, September 23, 2019 3:08 AM |
| To: | 'elaine.beeler@tncourts.gov' |
| Cc: | 'lisa.marsh@tncourts.gov' |
| Subject: | FW: Miscommunication Yesterday in Court (Ms. Story's Reply) |

**Importance:** High

# Ms. Beeler,

**Please forward this email to Chancellor Binkley.** If he doesn't have email, then please print this out and deliver it to him. I'm not sure how your communications work at the court house, but I read somewhere in the code about directly communicating with Judges, even in an ex parte capacity when needed. However, since Ms. Story is copied on this email, this should not be considered an ex parte communication.

I'd simply prefer that Chancellor Binkley have an opportunity to read my words as written by me, before Ms. Story has a chance to twist them into an even more horribly offensive lie again.

Thank you very much mam!

**Jeff Fenton**
**Docket: #48419B**

**From:** Virginia Story <virginia@tnlaw.org>
**Sent:** Friday, August 30, 2019 3:36 PM
**To:** Jeff Fenton; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Cc:** elaine.beeler@tncourts.gov
**Subject:** RE: Miscommunication Yesterday

Mr. Fenton,

The transcript will reflect that we had no verification of a date that you sold the property and there was no prejudice to you whatsoever as you had just mentioned this in your multiple page pleadings that you filed on the morning of the hearing 8/29/19.

You are welcome and should provide proof of when you sold the TV and dehumidifier as this will be addressed at the final hearing.

The Judge made the decision that you will take personal clothing, your jewelry and toiletries/medication only. He went over that several times with you.

You were not able to complete certain tasks in order to have the house ready for the auctioneers and at this point we will just have to store the items that you tag that you would like.

1

Remember whatever the storage fee is you will most likely have to pay out of your share of the proceeds so do not tag anything that you want the auctioneer to sale please. The more you sale the less you have to haul to Michigan. The proceeds from the sale of the real property and the proceeds from the sale of the furniture will be deposited into the clerk's office for save keeping.

Please note that our office is closed Monday for a holiday so we appreciate your not emailing after office hours which are 8 to 5 pm.

Thanks,
Virginia

Story
Abernathy
& Campbell

*Virginia Lee Story*
*Attorney at Law*
*136 Fourth Avenue South*
*Franklin, TN 37064*
*(615) 790-1778*
*(615) 790-7468 fax*
*Virginia@tnlaw.org*

*\*\*Note\*\* This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail or the information contained in it is strictly prohibited. If you have received this e-mail in error, please immediately notify the person named above at once by telephone. Thank you.*

**From:** Jeff Fenton
**Sent:** Friday, August 30, 2019 1:48 PM
**To:** Virginia Story <virginia@tnlaw.org>; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Cc:** elaine.beeler@tncourts.gov
**Subject:** Miscommunication Yesterday

Hello Ms. Story,

I just had the Clerk's and Master's Office send me a copy of the court order from yesterday.

Apparently there was a miscommunication somehow, between when you spoke about the TV and the Dehumidifier, where Chancellor Binkley understood your comments about me selling them to have occurred during the Restraining Order Statutory Injunction, which is not at all correct. This was months before.

It looks like that is what upset the Chancellor and caused him to change his ruling to forbid me from taking any of my personal property with me when I move.

As I don't believe that was what you were alleging, and I know that isn't what happened, how do we get this cleared up, so that I can take my personal property with me, so that I can move to Michigan, as planned?

This seems to all be about a simple misunderstanding, more so that favoritism, as I thought. I just couldn't rationalize any other reason for such drastic changes in the order.

2

How do we fix this quickly so I can leave?

I've done nothing against the Statutory Injunction at all. If anything, a little bit of money could arguably be kept from my final proceeds.

Please advise, I want to get packing, but I legally can't.

Thanks.

## Jeff Fenton
## METICULOUS.TECH

(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

Technical Consulting, Services, and Solutions,
When it's worth doing RIGHT the first time!

Submit or respond to a support ticket here.

A Division of Meticulous Marketing LLC

## Relayed: FW: Miscommunication Yesterday in Court (Ms. Story's Reply)

Microsoft Outlook <postmaster@outlook.com>

Mon 9/23/2019 3:07 AM

To:elaine.beeler@tncourts.gov <elaine.beeler@tncourts.gov>;lisa.marsh@tncourts.gov <lisa.marsh@tncourts.gov>

📎 1 attachments (17 KB)

FW: Miscommunication Yesterday in Court (Ms. Story's Reply);

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

elaine.beeler@tncourts.gov (elaine.beeler@tncourts.gov)

lisa.marsh@tncourts.gov (lisa.marsh@tncourts.gov)

Subject: FW: Miscommunication Yesterday in Court (Ms. Story's Reply)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Virginia Story <virginia@tnlaw.org> |
| **Sent:** | Friday, August 30, 2019 3:36 PM |
| **To:** | Jeff Fenton; Heidi Macy; Kathryn Yarbrough |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | RE: Miscommunication Yesterday |

Mr. Fenton,

The transcript will reflect that we had no verification of a date that you sold the property and there was no prejudice to you whatsoever as you had just mentioned this in your multiple page pleadings that you filed on the morning of the hearing 8/29/19.

# FALSE!

You are welcome and should provide proof of when you sold the TV and dehumidifier as this will be addressed at the final hearing.

The Judge made the decision that you will take personal clothing, your jewelry and toiletries/medication only. He went over that several times with you.

# FALSE!

You were not able to complete certain tasks in order to have the house ready for the auctioneers and at this point we will just have to store the items that you tag that you would like. **STORY trying to MANIPULATE ME to SELL as much of MY STUFF as SHE CAN!**

Remember whatever the storage fee is you will most likely have to pay out of your share of the proceeds so do not tag anything that you want the auctioneer to sale please. The more you sale the less you have to haul to Michigan. The proceeds from the sale of the real property and the proceeds from the sale of the furniture will be deposited into the clerk's office for save keeping.

Please note that our office is closed Monday for a holiday so we appreciate your not emailing after office hours which are 8 to 5 pm.

Thanks,
Virginia



*Virginia Lee Story*
*Attorney at Law*
*136 Fourth Avenue South*
*Franklin, TN 37064*
*(615) 790-1778*
*(615) 790-7468 fax*
*Virginia@tnlaw.org*

*\*\*Note\*\* This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail or the information contained in it is strictly prohibited. If you have received this e-mail in error, please immediately notify the person named above at once by telephone. Thank you.*

1

## Jeff Fenton

| | |
|---|---|
| **From:** | Lisa Marsh <Lisa.Marsh@tncourts.gov> |
| **Sent:** | Monday, September 23, 2019 1:03 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!! |

No problem at all, sir.
>>> Jeff Fenton <jeff.fenton@live.com> 9/23/2019 11:29 AM >>>

Thank you very much mam. My apologies for bombarding you with information irrelevant to you. Thanks for the referral.

Have a great week!
Jeff Fenton

---

**From:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Sent:** Monday, September 23, 2019 11:42 AM
**To:** Jeff Fenton
**Subject:** RE: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!

Mr. Fenton - I serve as the ADA contact for the Appellate Court in Davidson County and have no authority or responsibilities with respect to any other courts.

You may reach the **Tennessee Administrative Office of the Courts (AOC) at 615-741-2687**. The AOC may be able to assist you in addressing your ADA concerns with Williamson County or at least direct you to the correct person to express your concerns.

Thank you,

*Lisa Marsh*
*Chief Deputy Clerk - Middle Division*
*Tennessee Appellate Courts*
*401 7th Avenue, North*
*Nashville, TN  37219*
*Tel. 615-741-2681*
*Direct 615-741-2682 Ext. 1101*

>>> Jeff Fenton <jeff.fenton@live.com> 9/23/2019 10:22 AM >>>

Hello Ms. Marsh,

1



# Story Abernathy & Campbell

**PLLP | AN ASSOCIATION OF ATTORNEYS**

**Virginia Lee Story**
virginia@tnlaw.org

**Joanie L. Abernathy**
joanie@tnlaw.org

**Neil Campbell**
neil@tnlaw.org

**Kathryn L. Yarbrough**
kyarbrough@tnlaw.org

Of Counsel:
**James E. Story,**
Attorney at Law

**Marissa L. Walters**
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN  37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky*

September 26, 2019

***Via First Class Mail and E-Mail***

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

**Re:    *Fawn ▬▬▬ Fenton vs. Jeffrey Ryan Fenton***
**      *Williamson County Chancery Court No. 48419B***

Dear Mr. Fenton:

> OH WOW!!! This just doesn't STOP! **Judge Michael W. Binkley refused to perform his JUDICIAL DUTY** to equality, impartiality, fairness, due process, mitigating loss, and stopping CRUEL MISCONDUCT by a FRIEND! **(This was a DIVORCE, can I possibly LIVE through this?)**

    To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

    At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

> Then it doesn't SOUND like you FORCED me to LEAVE my Personal Property behind so that you can SELL it for any quasi-legitimate reason, but rather just to CRUELY HARM the disabled and financially disadvantaged party, EVEN MORE! PURELY for the DOMINATING POWER-TRIP, and FUN! That's WORSE than being GREEDY! **That is SICK and SADISTIC!** (Yet there's more still to come...) Is there any INTEGRITY at all within the Williamson County Chancery Court??? I can't see HOW on EARTH this is remotely JUSTIFIABLE!

Jeffrey Fenton
September 26, 2019
Page 2

Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton

The most LAWLESS person I have ever met, on EITHER side of the LAW! Attorney Virginia Lee Story believes that I'll endlessly allow her to BULLY, ABUSE, ROB, RAPE, and TERRORIZE me and my family "under color of law"! SORRY! NO COURT OF LAW has the AUTHORITY or JURISDICTION for what you have DONE! EVERYTHING IS VOID IN #48419B and I'm pressing CRIMINAL CHARGES for at least a HALF-DOZEN State, Federal, and CONSTITUTIONAL FELONIES, which YOU committed along with the "help" of SEVERAL of your "FRIENDS"! You and Judge Michael W. Binkley can KILL me if you want, while the WHOLE WORLD WATCHES! I've already had extensive communications with the DOJ. I tracked down the same Nashville FBI "Special Agent" who Arrested Corrupt Nashville Judge Casey Moreland, after getting tired of being rejected by their call centers. You have MISJUDGED my courage! I will EXPOSE your crimes to every member of State and Federal Law Enforcement, local government, and Courts throughout the Country, until somebody cuts this CANCER out of the Williamson County Chancery Court! I know that I'm risking my own LIFE, but I'd rather die as a FREE man than live as your SLAVE! (Peaceful Protests!) I just hope the FBI/DOJ catches you in any further harm you try to cause me and my family, because I KNOW you will!

JUDGE MICHAEL W. BINKLEY & ATTORNEY VIRGINIA LEE STORY vs JEFFREY RYAN FENTON
WILIAMSON COUNTY CHANCRY COURT | 08/29/2019 | #48419B | M2019-02059 | R.v4 (502:20 – 503:9)

```
20          MS. STORY:  If he will tag the items that
21   he wants, like my client tagged the items per your
22   order, if he'll just put a tag on items he wants,
23   we'll make sure that those get stored, and then we can
24   use the proceeds from the sale.  We're going to
25   deposit those into the clerk's office.  And we can use
1    those to pay the next storage unit and then when he
2    gets ready to come here and get his things, or maybe
3    he wants to use some of his proceeds to have them
4    shipped to him...
6            So I'm trying my best to be as
7    accommodating to him...
8    this is going to be a simple process for him.
```



## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

2019 SEP 26  PM 12: 37

FILED FOR ENTRY_____

| | |
|---|---|
| FAWN ▮▮▮▮ FENTON, | ) |
| Plaintiff/Wife, | ) |
| | ) |
| v. | )      No. 48419B |
| | ) |
| JEFFREY RYAN FENTON, | ) |
| Defendant/Husband. | ) |

### MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE

COMES NOW the Plaintiff/Wife, Fawn ▮▮▮▮ Fenton (hereinafter "Wife"), by and through her attorney of record, Virginia Lee Story, and files this Motion to Sell the Contents of Marital Residence and in support of her Motion, would state as follows:

1. This Court entered an Order on August 29, 2019, in which Husband was ordered to vacate the marital residence on or before September 3, 2019 at noon in order for the house to be prepared for auction. The Court entered an Order on August 6, 2019 to auction the property however Husband was dragging his feet in getting packed although he had over thirty (30) days and is not employed outside the home to move and pack his items.

2. As stated above, Husband had the between August 1-29 to pack and move all of the items that he wished to retain from the marital residence. However, because Husband continued to delay the process, this Court entered the August 29, 2019 Order setting Husband's move out date to September 3, 2019 and restricted what items he was able to remove from the home. Pursuant to that Order, Husband was to remove only his personal items (i.e. clothing, toiletries, jewelry and medication) and was to tag any remaining items that he wished to be awarded at the Final Hearing. However, instead of complying with the Court Order he again delayed and continued to write lengthy

1

https://rico.jefffenton.com/evidence/2019-09-26_motion-to-sell-contents-of-marital-residence.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

emails about why he could not pack his items and addressing wild animals on the property and conditions of the home that were irrelevant to the process of his packing and vacating.

3. Despite having five (5) days following the August 29, 2019 hearing to get his personal items packed and tag any other items he wished to retain, Husband left the home in a state of disarray after having to be forcibly removed by the Sheriff's Department on September 3, 2019.  Husband continued to send lengthy emails without addressing what was to be done with all the furnishings that he said that he wanted but did not tag as requested.  Wife has had to work tirelessly at the property to get it in condition for the auction on September 28, 2019.

4. Thereafter, Husband sent numerous e-mails to counsel for Wife with extensive lists of items that he wished to retain from the marital residence that he did not tag as he was ordered to do per the August 29, 2019 Order.  Furthermore, Husband had not paid the utilities at the home as he stated from the rent money he was receiving and on September 2, 2019, he notified Wife through counsel that he was in arrears utilities and that he had received a cut off notice.  Wife later learned that Husband had called all three (3) utility companies (NES Electric, Piedmont Natural Gas and HVUD water) on or before September 22, 2019 and requested that each utility in his name be shut off.  Husband did not make Wife's counsel aware that he had had these utilities shut off.  In order to have the utilities turned back on, so that the house could be ready for auction, Wife had to set up new accounts in her own name.  To date, Wife has paid $293.47 to NES to prevent the electric from being disconnected pending the closing on the home.

5. Counsel for Wife sent a letter to Husband on September 16, 2019 requesting funds to

2

help pack and move the property he tagged.  Counsel requested that a storage facility be secured if Husband wanted his items stored.  At this point, Wife has no choice but to move the items to the basement that Husband has tagged so that the house is presentable for auction.  However, after the auction on September 28, 2019, Husband needs to either send funds for the movers to move his items to storage and pay the storage facility fee or the items need to be sold or discarded.  In correspondence to Husband dated September 26, 2019, counsel for Wife provided a firm date of October 2, 2019 for Husband to produce the funds to pay for  the packing, moving and storage of the items he wishes to retain.  It is anticipated that Husband will have funds from the closing to pay for his items to be shipped to Michigan if he so chooses, but he needs to decide if he wants everything shipped or a portion thereof as soon as possible.  In the interim, Wife has lost her job and she has no funds to advance to pay the movers and does not have the funds to secure a storage unit for Husband nor would she feel comfortable signing a rental agreement for a storage facility for Husband.  Wife is amenable to managing the removal of the remaining items either by selling, donating, giving away or discarding anything remaining in the home.  Wife would keep an inventory of any items sold and deposit any funds received into the Clerk's office if the Court directs her to do so.

6.  Husband's actions have left Wife in a position to have to deal with packing, moving and storing items remaining in the marital residence so that it will show well at auction and bring in an optimal sales price.  Husband should be required to pay all of Wife's attorney's fees for having to file this Motion and deal with the aftermath of his failing to follow the Court Order.

3

7. Wife obtained a quote from Fox Moving and Storage of Nashville (attached hereto as **Exhibit 1**) for packing, storing and moving all of the items that Husband wishes to retain.  The cost of moving these items to Michigan, where Husband is currently residing, would be in excess of $6,000.00 which is not financially feasible for the parties at this time.  Further, the cost to pack, move and store the items in a storage facility in Nashville would be over $3,000.00, with a monthly storage fee of $495.00. The entire remaining contents of the home are not even valued at more than $3,000.00.

8. Wife requests that she be allowed to sell, donate, give away or discard any remaining items not tagged in the marital residence.  Any proceeds from the sale of said items will be placed in escrow with the Clerk & Masters Office for distribution at the Final Hearing of this matter which is currently scheduled for October 21, 2019.

WHEREFORE, premises considered, Wife respectfully requests that this Court grant her Motion and that she be awarded her attorney fees for having to bring this Motion.

Respectfully submitted,

**VIRGINIA LEE STORY; BPR #11700**
*Attorney for Plaintiff/Wife*
136 Fourth Avenue, South
Franklin, Tennessee  37064
(615) 790-1778
virginia@tnlaw.org

**THIS MOTION IS SET TO BE HEARD ON OCTOBER 10, 2019 AT 9:00 A.M. ON THE CHANCERY COURT MOTION DOCKET HEARD AT THE WILLIAMSON COUNTY COURTHOUSE.  IF NO WRITTEN RESPONSE TO THIS MOTION IS FILED AND SERVED IN THE TIME SET BY THE LOCAL RULES OF PRACTICE, THE MOTION MAY BE GRANTED WITHOUT A HEARING.**
**TESTIMONY EXPECTED**

4

**From:** Amanda Smith <info@foxmoving.com>
**Sent:** Monday, September 23, 2019 5:56 PM
**To:** ███████████████████
**Subject:** Your Moving Estimate!

**Fox Moving and Storage**
5030 Harding Place
Nashville, TN 37211
DOT: 1670280, MC: 613943
www.foxmoving.net
Ph: 615-770-3000
Fax: 615-835-3865
**Amanda Smith**
9/23/2019
Reference #: **1475587**

### Fox Moving and Storage - Your Moving Estimate!

Dear **Fawn Fenton:**

My name is **Amanda Smith** and I have been assigned as your Certified Moving Consultant. My email is **amanda@foxmoving.com** and my phone number is **615-770-3000.**

**Please see below for your moving estimate:**

```
Quote
Based on the information you provided, cost is as follows:
Custom Charges:
* 1/2 Roll of Shrink ......................... 1 x $60.00 ea = $60.00
* Small box / Packed ......................... 3 x $10.00 ea = $30.00
* Medium box / Packed ....................... 25 x $11.00 ea = $275.00
* Large box / Packed ......................... 1 x $12.00 ea = $12.00
* Dishpack / Packed .......................... 2 x $24.00 ea = $48.00
* Large Picture / Packed ..................... 5 x $30.00 ea = $150.00
* LG Flat screen ............................. 1 x $40.00 ea = $40.00
* Wardrobe / Packed .......................... 1 x $24.00 ea = $24.00
Miscellaneous Items:
* Relocation service 1 truck 3 men to Fox Storage .......... = $2,256.00
* Optional full value protection $1074 (not included in pric
  e) ..................................................... =
```

**Total Price: ...................... $2,895.00**
**TOTAL ESTIMATE: ................... $2,895.00**

**EXHIBIT**

| Origin | 1986 Sunnyside Drive, Brentwood, TENNESSEE 37027 **1255.94Cf - 8797Lbs** |
|---|---|
| **Destination** | 5030 Harding Place, Nashville, TENNESSEE 37211 |

| Reference # | Customer: | Move Date: |
|---|---|---|
| 1475587 | Fawn Fenton, 615-███-7377 | 9/26/2019 |

| **Garage** | | | |
|---|---|---|---|
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| PBO, Box | Qty: 11 | 47.19 Cuft | 330 Lbs |
| Box, Medium | Qty: 7 | 21 Cuft | 147 Lbs |
| Metal Shelves | Qty: 5 | 25 Cuft | 175 Lbs |
| Trash Can | Qty: 1 | 7 Cuft | 49 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| **Kitchen** | | | |
| Microwave | Qty: 1 | 4 Cuft | 28 Lbs |
| Box, Medium | Qty: 3 | 9 Cuft | 63 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| **Living Room** | | | |
| Glass top table | Qty: 1 | 5 Cuft | 35 Lbs |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Cabinet | Qty: 1 | 20 Cuft | 140 Lbs |
| Tv | Qty: 1 | 20 Cuft | 140 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| Table, end | Qty: 1 | 5 Cuft | 35 Lbs |
| Sofa | Qty: 2 | 80 Cuft | 560 Lbs |
| Sofa Section | Qty: 1 | 20 Cuft | 140 Lbs |
| Rug or Pad, Large | Qty: 1 | 10 Cuft | 70 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Dining Room** | | | |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Dining Chair | Qty: 6 | 30 Cuft | 210 Lbs |
| Dining table | Qty: 1 | 30 Cuft | 210 Lbs |
| Pedestal | Qty: 1 | 10 Cuft | 70 Lbs |
| **Bedroom** | | | |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Ottoman | Qty: 1 | 5 Cuft | 35 Lbs |
| **Office** | | | |
| Desk, Computer | Qty: 4 | 88 Cuft | 616 Lbs |
| Picture | Qty: 4 | 2.84 Cuft | 20 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, medium | Qty: 5 | 15 Cuft | 105 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |

| Printer | Qty: 1 | 4 Cuft | 28 Lbs |
|---|---|---|---|
| Printer | Qty: 1 | 6 Cuft | 60 Lbs |
| Lateral File | Qty: 1 | 20 Cuft | 140 Lbs |
| **Bedroom #2** | | | |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Box, large | Qty: 1 | 5 Cuft | 35 Lbs |
| Vacuum Cleaner | Qty: 1 | 5 Cuft | 35 Lbs |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Bathroom** | | | |
| Box, Medium | Qty: 2 | 6 Cuft | 42 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |
| **Master Bedroom** | | | |
| Box, Wardrobe Lrg | Qty: 1 | 15 Cuft | 105 Lbs |
| Box, Medium | Qty: 4 | 12 Cuft | 84 Lbs |
| Chair, Occasional | Qty: 1 | 15 Cuft | 105 Lbs |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Totes | Qty: 2 | 12 Cuft | 84 Lbs |
| Clothes Hamper | Qty: 1 | 5 Cuft | 35 Lbs |
| **Family Room** | | | |
| Bookcase | Qty: 1 | 20 Cuft | 140 Lbs |
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| Table, small | Qty: 1 | 2 Cuft | 14 Lbs |
| File Cabinet 4-5 Dr | Qty: 2 | 40 Cuft | 280 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, small | Qty: 3 | 6 Cuft | |

--

**Tommy Anderson, Broker/Realtor/Auctioneer**
**HND Realty**
**www.HNDREALTY.COM**
**(615) 969-5819**

https://rico.jefffenton.com/evidence/2019-09-26_motion-to-sell-contents-of-marital-residence.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

| | | |
|---|---|---|
| **FAWN ████████ FENTON,** | ) | |
| Plaintiff/Wife, | ) | |
| | ) | |
| **v.** | ) | **No.  48419B** |
| | ) | |
| **JEFFREY RYAN FENTON,** | ) | |
| Defendant/Husband. | ) | |

### NOTICE OF ELECTRONICALLY TRANSMITTED DOCUMENT
### PURSUANT TO T.R.C.P RULE 5.02

Pursuant to Rule 5.02(2)(a) of the Tennessee Rules of Civil Procedure, Plaintiff, Fawn ████████ Fenton, by and through her attorney of record, Virginia Lee Story, hereby serves this Notice of Electronically Transmitted Documents upon Defendant, Jeffrey Ryan Fenton as follows:

| | |
|---|---|
| **Document(s) Transmitted:** | **MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE** |
| **Number of pages:** | 8 |
| **Sender's Name and Email Address:** | Kathryn L. Yarbrough <br> kyarbrough@tnlaw.org <br> on behalf of Virginia Lee Story |
| **Name/ E-mail Address of Recipient(s):** | Jeffrey Ryan Fenton ███████████ |

*If you did not receive the above listed document(s), please notify the sender immediately to receive an electronic or physical copy of this document.*

1



# Story Abernathy & Campbell

PLLP | AN ASSOCIATION OF ATTORNEYS

| | | |
|---|---|---|
| **Virginia Lee Story**<br>virginia@tnlaw.org | **Kathryn L. Yarbrough**<br>kyarbrough@tnlaw.org | HISTORIC DOWNTOWN<br>FRANKLIN, TENNESSEE<br>136 Fourth Avenue South<br>Franklin, TN  37064 |
| **Joanie L. Abernathy**<br>joanie@tnlaw.org | Of Counsel:<br>**James E. Story,**<br>Attorney at Law | |
| **Neil Campbell**<br>neil@tnlaw.org | **Marissa L. Walters**<br>marissa@tnlaw.org | OFFICE (615) 790-1778<br>FAX (615) 790-7468 |
| | | *Licensed in Kentucky* |

September 26, 2019

*<u>Via First Class Mail and E-Mail</u>*

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

███████████

Re:    ***Fawn*** ███ ***Fenton vs. Jeffrey Ryan Fenton***
       ***Williamson County Chancery Court No. 48419B***

Dear Mr. Fenton:  OH WOW!!! This just doesn't STOP! Judge Michael W. Binkley refused to perform his JUDICIAL DUTY to equality, impartiality, fairness, due process, mitigating loss, and stopping CRUEL MISCONDUCT by a FRIEND! (This was a DIVORCE, can I possibly LIVE through this?)

   To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

   At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

   Then it doesn't SOUND like you FORCED me to LEAVE my Personal Property behind so that you can SELL it for any quasi-legitimate reason, but rather just to CRUELY HARM the disabled and financially disadvantaged party, EVEN MORE! PURELY for the DOMINATING POWER-TRIP, and FUN! That's WORSE than being GREEDY! That is SICK and SADISTIC! (Yet there's more still to come...) Is there any INTEGRITY at all within the Williamson County Chancery Court??? I can't see HOW on EARTH this is remotely JUSTIFIABLE!

williamsoncountyattorneys.com                    Rule 31 Family Law Mediator

Jeffrey Fenton
September 26, 2019
Page 2

Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton

---

The most LAWLESS person I have ever met, on EITHER side of the LAW! Attorney Virginia Lee Story believes that I'll endlessly allow her to BULLY, ABUSE, ROB, RAPE, and TERRORIZE me and my family "under color of law"! SORRY! NO COURT OF LAW has the AUTHORITY or JURISDICTION for what you have DONE! EVERYTHING IS VOID IN #48419B and I'm pressing CRIMINAL CHARGES for at least a HALF-DOZEN State, Federal, and CONSTITUTIONAL FELONIES, which YOU committed along with the "help" of SEVERAL of your "FRIENDS"! You and Judge Michael W. Binkley can KILL me if you want, while the WHOLE WORLD WATCHES! I've already had extensive communications with the DOJ. I tracked down the same Nashville FBI "Special Agent" who Arrested Corrupt Nashville Judge Casey Moreland, after getting tired of being rejected by their call centers. You have MISJUDGED my courage! I will EXPOSE your crimes to every member of State and Federal Law Enforcement, local government, and Courts throughout the Country, until somebody cuts this CANCER out of the Williamson County Chancery Court! I know that I'm risking my own LIFE, but I'd rather die as a FREE man than live as your SLAVE! (Peaceful Protests!) I just hope the FBI/DOJ catches you in any further harm you try to cause me and my family, because I KNOW you will!

---

JUDGE MICHAEL W. BINKLEY & ATTORNEY VIRGINIA LEE STORY vs JEFFREY RYAN FENTON
WILIAMSON COUNTY CHANCRY COURT | 08/29/2019 | #48419B | M2019-02059 | R.v4 (502:20 – 503:9)

| | |
|---|---|
| 20 | MS. STORY: If he will tag the items that |
| 21 | he wants, like my client tagged the items per your |
| 22 | order, if he'll just put a tag on items he wants, |
| 23 | we'll make sure that those get stored, and then we can |
| 24 | use the proceeds from the sale. We're going to |
| 25 | deposit those into the clerk's office. And we can use |
| 1 | those to pay the next storage unit and then when he |
| 2 | gets ready to come here and get his things, or maybe |
| 3 | he wants to use some of his proceeds to have them |
| 4 | shipped to him... |
| 6 | So I'm trying my best to be as |
| 7 | accommodating to him... |
| 8 | this is going to be a simple process for him. |

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
FAWN ███████ FENTON )  CHAPTER    13
███████████████ )  CASE NO:    19-02693
BRENTWOOD, TN 37027 )  JUDGE      WALKER
SSN: XXX-XX-██65 )
)
        DEBTOR )

## ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to

Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1.

There being no objections raised at the call of the docket, the Motion is found to be well taken and it is

therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood,

Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting

Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County,

Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the

liens of Bank of America, N.A. and Bancorp South.  This transaction shall be conditioned on the Debtor

providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of

the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing

account on behalf of the parties pending further orders of the Chancery Court for Williamson County,

Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.*

https://rico.jefffenton.com/evidence/2019-09-27_bk-order-to-sell-real-estate-personal-property.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

APPROVED FOR ENTRY:


*/s/ Alex Koval*
_____
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN  37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed.   The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:19-bk-02693   Doc 66   Filed 09/27/19   Entered 09/27/19 11:34:45   Desc Main
Document      Page 2 of 2

https://rico.jefffenton.com/evidence/2019-09-27_bk-order-to-sell-real-estate-personal-property.pdf      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

COPY

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

FILED
WILLIAMSON COUNTY
CLERK & MASTER

2019 OCT 10 PM 2: 34

FILED FOR ENTRY_____

| | | |
|---|---|---|
| FAWN ███████ FENTON, | ) | |
| Plaintiff/Wife, | ) | |
| | ) | |
| vs. | ) | No. 48419B |
| | ) | |
| JEFFREY RYAN FENTON, | ) | |
| Defendant/Husband. | ) | |

### NOTICE OF FILING

COMES NOW Virginia Lee Story, on behalf of Plaintiff, Fawn ███████ Fenton, as her Attorney of Record in this matter, and hereby files the attached Order Granting Expedited Motion to Sell Real Estate and Personal Property entered by the United States Bankruptcy Court for the Middle District of Tennessee on September 27, 2019.

Respectfully submitted,

**VIRGINIA LEE STORY, BPR #11700**
Attorney for Plaintiff
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the _10_ day of October, 2019.

**VIRGINIA LEE STORY**

Charles M. Walker
**U.S. Bankruptcy Judge**
Dated: 9/27/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAWN ███████ FENTON | ) | CHAPTER    13 |
| ██████████████████ | ) | CASE NO:    19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE    WALKER |
| SSN: XXX-XX-██65 | ) | |
| | ) | |
| DEBTOR | | |

## ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1. There being no objections raised at the call of the docket, the Motion is found to be well taken and it is therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood, Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County, Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the liens of Bank of America, N.A. and Bancorp South.  This transaction shall be conditioned on the Debtor providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing account on behalf of the parties pending further orders of the Chancery Court for Williamson County, Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:19-bk-02693 Doc 66 Filed 09/27/19 Entered 09/27/19 11:34:45 Desc Main
Document Page 2 of 2

https://rico.jefffenton.com/evidence/2019-09-27_bk-order-to-sell-real-and-personal-property.pdf Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Thursday, October 10, 2019 11:29 PM |
| **To:** | kim murray |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | Re: 1986 Sunnyside Drive |

Hello Ms. Murray,

I'm sorry, but I won't be able to assist you in any way with the sale of MY HOME. This entire sale was executed illegally, against my will, and without my consent! The mortgages were intentionally defaulted upon by my ex-wife (to force me out of MY HOME), without my knowledge (zero notification from Fawn that my greatest and only real asset was at risk, while even refusing to acknowledge and/or answer my direct questions regarding the status of our mortgages), as Fawn secretly defaulted upon our mortgages, redirecting those funds, while I unknowingly lost everything which I had ever earned/invested/saved, throughout my entire life.

Chancellor Binkley coerced/ordered me under extreme duress (leveraging the threat of incarceration), to sign the listing agreement, without me ever having even read the document (listing agreement), therefore rendering it legally void.

Holding a real estate license myself, in the State of Tennessee, I know that no seller is bound by a "listing agreement" and FORCED to sell their home (against their will or should they change their mind). Hence any legitimate property owner or seller, can CANCEL any LEGAL "listing agreement" for the property which THEY OWN, at ANY TIME PRIOR to the binding agreement date (when the buyer(s) have a fully executed purchase and sales agreement with the seller(s) of that property.)

I just emailed you copies of the notifications, which I provided to Tommy Anderson (real estate licensee & auctioneer), PRIOR to the auction. These were also copied to Mrs. Fenton's legal team, as well as to Ms. Elaine Beeler (Williamson Country Clerk & Master, along with the ADA Contact for Williamson County), while I also requested that Ms. Beeler provide the documents directly to Chancellor Binkley.

Mr. Anderson showed complete disregard toward MY WILL regarding the sale of MY HOME:

>>> Tommy Anderson <tom@tommyanderson.us> 9/21/2019 5:10 AM >>>
Jeff,
The Absolute Auction is next Saturday September 28th at 10am. Feel free to contact anyone you wish. Our name & reputation in Nashville and all of Williamson County is stellar.
Sincerely,
Tommy Anderson, Broker

So the "gang of thieves" stole and sold MY HOME, destroying MY ENTIRE NET WORTH, without the slightest hint of my approval or willful participation in the sale.

So the "gang of thieves" can close their illegal sale, without my participation on ANY LEVEL.

1

I don't mean to be rude in any way, I just had $200k stolen from me (by Mrs. Fenton, Ms. Story, Mr. Anderson, and the Williamson Country Chancery Courts), which was derived from the proceeds of my entire life's work, as well as all my retirement savings, which were liquidated to put towards our down payment, when Mrs. Fenton and I purchased OUR HOME, back in 2011. **Now as a result of this FORCED "sale", I am left handicapped, unemployed, possibly unemployable, and homeless!** Without Mrs. Fenton, Mr. Anderson, Ms. Story, Chancellor Binkley, or the Williamson County Court System caring AT ALL about what becomes of ME (for the rest of my life) as a result of their UNFAIR, UNETHICAL & DISCRIMINITORY EXECUTIVE ACTIONS!

I absolutely REFUSE to sign ANYTHING suggesting anything other than my absolute OBJECTION to this FORCED sale!

I reserve EVERY RIGHT to seek justice, accountability, and restitution for the crimes which were committed against me there, in Williamson County Tennessee!

Respectfully,

Jeff Fenton
1986 Sunnyside Drive
Brentwood, TN 37027

---

**From:** kim murray <kim@banktitle.com>
**Sent:** Thursday, October 10, 2019 9:59 AM
**To:** Jeff Fenton
**Subject:** 1986 Sunnyside Drive

Hello Mr. Fenton,

I am working with our attorney, Sam Anderson, in preparation for the sale of your property. I wanted to introduce myself and provide you with my contact information below.

I understand that you no longer live in Tennessee. Are you available to sign closing documents? I can email documents to you to print, or I can overnight them to you. (I will provide you with a pre-paid FedEx label to overnight the original documents to our office.) *Please Note: There will be a couple of documents that will need to sign in front of a Notary Public.*

Thank you,

Kim Murray
Bankers Title & Escrow Corporation
5107 Maryland Way, Suite 115
Brentwood, Tennessee 37027
Phone: (615)661-7711
Fax: (615)661-7701
kim@banktitle.com

https://rico.jefffenton.com/evidence/2019-10-10_notified-bankers-title-sale-illegal-unauthorized.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**BANKERS TITLE**

**WIRING FUNDS:** If you are sending funds via wire, and received wiring instructions via electronic communication, please call our office to verbally confirm that the wiring instructions are correct.  Also, please check with your financial institution on their policy for sending a wire transfer.

https://rico.jefffenton.com/evidence/2019-10-10_notified-bankers-title-sale-illegal-unauthorized.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Thursday, October 10, 2019 10:10 PM |
| **To:** | kim@banktitle.com |
| **Cc:** | elaine.beeler@tncourts.gov |
| **Subject:** | Fw: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!! |
| **Attachments:** | Williamson County Judicial Program ADA Coordinators.pdf; Tennessee Supreme Court (ADA) Administrative Policies and Procedures.pdf; policy_2-07_americans_with_disabilities_act_1.pdf; ada_request_for_modification_form.pdf; Supreme Court Decision TN v. Lane (Full Text).pdf; Americans with Disabilities Act (General Overview).pdf; Americans with Disabilities Act.pdf; Rule 10B Disqualification or Recusal of a Judge; Filing and Disposition of Motions and Appeal_ Tennessee Administrative Office of the Courts.mht; Rule 21 Change of Venue_ Tennessee Administrative Office of the Courts.mht; Rule 16_06 Sanctions_ Tennessee Administrative Office of the Courts.mht; 2018-11-01 Radnor Psychiatric - Disability Diagnosis & Ability to Work.pdf; 2019-07-19 Radnor Psychiatric - Condition Does NOT Predispose Any Violent Behavior.pdf; 2018-08-15 Radnor Psychiatric - Emotional Support Animal.pdf; 2019-07-29 Terry M Huff - NOT a Danger to Myself or Others.pdf; 2019-08-28 Terry M Huff - Letter about ADHD OCPD (SIGNED).pdf; Jeff Fenton - Mental Health Disabilities with Diagnostic Codes.pdf; Psych Central Explains - Obsessive Compulsive Personality Disorder (OCPD).pdf |

---

**From:** Jeff Fenton
**Sent:** Monday, September 23, 2019 10:22 AM
**To:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Subject:** RE: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!

Hello Ms. Marsh,

You were listed as the ADA contact further up the chain from Ms. Beeler, so I intentionally copied them to you, as I expect that I will need to escalate my case above the Williamson County Court System, in order to receive any chance at a FAIR trial. So the appellate or State courts I believe are required before escalating this to Federal Court, where we saw indictments the past couple of years for a Davidson County Judge as well as a Sheriff in another southern County for corruption. I may be wrong, but it seems that the Federal Courts are the ones who really take action against corrupt State Government officials, who show favoritism and unethical treatment of certain people groups.

Although I'm still trying to "work" with Chancellor Binkley, I don't expect that those attempts will be successful, from the stance which he has taken so far. In truth, I am terrified of facing him again, due to the hardline threatening position which he has taken with me, which may very well preclude me even returning to the State.

1

Next I plan to reach out to you, as well as the Governor, and State politicians, as well as ADA advocacy agencies, along with local media, to hopefully bring some attention and some accompanying accountability to my unfair treatment hence far. So seeing you on the list of ADA advocates for the State of Tennessee, I wanted to bring you into the loop and give you an opportunity to get up to speed, before this becomes something larger.

If you have a course of action which you feel may be more helpful for me, while operating in a pro se capacity, without being able to afford an attorney, then I'm open to any feedback which you might have. I've read the TN response to the American with Disabilities Act, along with their adoption of the Tennessee Supreme Court (ADA) Administrative Policies and Procedures (attached), as well as the right, both Federally and within the State of Tennessee for any individual to have access to a fair trial in Tennessee while acting Pro Se, and I must say, that I have in by no means been treated fairly in either regard. Nor am I going to sit idly by any longer while the Williamson County Court System dissolves everything which I have ever worked for. They already have a forced auction for my home scheduled for this Friday, where my signature on the listing agreement was coerced by Judge Binkley, while yelling at me in court, under the threat of incarceration, while having never even read the document, yet the auctioneer refuses to halt the auction. I have the entire trial audio recorded, with the permission of the Judge, and will release it publicly along with a plethora of documentation proving that there is much substance behind my claims, unless something is done internally to bring correction to this matter.

I've called the ADA line before on the bottom of Williamson County Summons's and other Court Documents, and told them about my mental handicaps, to which I was told that all their number is provided for, and the only assistance which they can provide, is to bring out a wheelchair when I arrive at the court house, to help me physically enter the building. That is not at all in line with the ADA policies set forth by the State of Tennessee.

I've attached a list of my disabilities, for you to more clearly understand my dilemma. If you are not the right person to email this to, then please inform me of who is, forwarding this email to said party, and accept my apologies for bombarding your email. Please don't simply send this to Elaine Beeler, because I have copied her throughout, and I've yet to see her get involved or offer any assistance in any way. I believe that it needs to be someone at the State level, who is in a position to enforce the treatment of pro se litigants in Williamson County, as well as litigants who have handicaps, and don't need to be yelled at and threatened, to understand and comply with the courts.

Thanks for your time, I hope that this is within the scope of your role in government.

**Jeff Fenton**
**Civil Docket: #48419B**

---

**From:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Sent:** Monday, September 23, 2019 9:36 AM
**To:** Jeff Fenton; tom@tommyanderson.us
**Cc:** pmarlin@mcarthursanders.com; Elaine Beeler <Elaine.Beeler@tncourts.gov>; virginia@tnlaw.org

2

**Subject:** Re: SUNNYSIDE LISTING AGREEMENT WAS NOT LEGALLY OBTAINED OR BINDING: IT WAS FORCED TO BE SIGNED UNDER EXTREME DURRES, WITHOUT EVEN HAVING EVER READ IT - WHICH IS ILLEGAL IN EVERY COURT OF LAW!!!

I believe the emails below were sent to me in error.

Thank you,

*Lisa Marsh*
*Chief Deputy Clerk - Middle Division*
*Tennessee Appellate Courts*
*401 7th Avenue, North*
*Nashville, TN  37219*

*Tel. 615-741-2681*

*Direct 615-741-2682 Ext. 1101*

>>> Tommy Anderson <tom@tommyanderson.us> 9/21/2019 5:10 AM >>>
Jeff,
The Absolute Auction is next Saturday September 28th at 10am. Feel free to contact anyone you wish. Our name & reputation in Nashville and all of Williamson County is stellar.
Sincerely,
Tommy Anderson, Broker

On Sat, Sep 21, 2019, 2:33 AM Jeff Fenton wrote:

# Mr. Anderson and Mr. Marlin,

So what price range do you realistically estimate that our house would sell through at? And what range would that make our net sales price?

I'm sure that Bancorp South is interested in the idea, because they will most likely get wiped-out in a foreclosure, being in second place. BUT my main concern is how much money Fawn and I can expect (if any) to put into OUR pockets, after it is all done and said?

So yes, I understand how this will benefit BCS, and how it will benefit Fawn by not being sued later by BCS, but no one has yet given me a clue how this auction, rendering me homeless, and throwing away a few HUNDRED GRAND of MY net worth, toward my quality of life now, as well as my retirement, along with nearly a decade of hard work, and my entire ROTH IRA retirement savings accounts, which were liquidated for the down payment on Sunnyside, will in ANY way benefit ME?

Without me having at least some realistic projections (that I believe are plausible), which are somewhat satisfactory to me, at least meeting the bottom-end of my basic needs, I will NEVER sign a sales contract. At the same time, let me NOTIFY you herein, that your LISTING AGREEMENT which I signed in court under extreme duress, was coerced illegally, without me EVER HAVING EVEN READ THE DOCUMENT, STILL TO THIS DAY, nor with the court allowing me the opportunity and time to do so, then and there upon demand. (I NEVER read it, because I NEVER planned to sign it, and I didn't believe that ANYONE had the authority to DEMAND that I SIGN MY NAME to something which I DO NOT AGREE WITH or CONSCENT TO. Which is the entire purpose behind SIGNING any DOCUMENT.) IF the court has the authority and the desire to FORCE the sale of MY HOME, regardless of my wishes, then let the JUDGE sign the Listing Agreement HIMSELF, or to order that MY HOME be sold without my signature, leaving me out of the transaction all together.

Consequentially, your LISTING AGREEMENT with my coerced signature under extreme duress, without even having been allowed time to read your document, you are HEREIN NOTIFIED is now and forever declared NULL & VOID/CANCELLED and NEVER legally existed in the FIRST PLACE.

3

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Sunday, December 8, 2019 2:01 AM |
| **To:** | kim murray |
| **Cc:** | sam@banktitle.com |
| **Subject:** | RE: 1986 Sunnyside Drive |

**Importance:**    High

Hello Ms. Murray & Mr. Anderson,

Please email me a scan of the fully executed settlement statement (Hud-1), for my home at 1986 Sunnyside Drive, Brentwood, TN 37027.

Your firm handled the closing this past October, and I need a copy of the document for my final records.

Thank you for your assistance with this.

Jeffrey R. Fenton

**From:** kim murray <kim@banktitle.com>
**Sent:** Thursday, October 10, 2019 10:59 AM
**To:** Jeff Fenton
**Subject:** 1986 Sunnyside Drive

Hello Mr. Fenton,

I am working with our attorney, Sam Anderson, in preparation for the sale of your property.  I wanted to introduce myself and provide you with my contact information below.

I understand that you no longer live in Tennessee.  Are you available to sign closing documents?  I can email documents to you to print, or I can overnight them to you.   (I will provide you with a pre-paid FedEx label to overnight the original documents to our office.)  *Please Note: There will be a couple of documents that will need to sign in front of a Notary Public.*

Thank you,

Kim Murray
Bankers Title & Escrow Corporation
5107 Maryland Way, Suite 115
Brentwood, Tennessee 37027
Phone: (615)661-7711
Fax: (615)661-7701
kim@banktitle.com

1



**BANKERS TITLE**

**WIRING FUNDS:  If you are sending funds via wire, and received wiring instructions via electronic communication, please call our office to verbally confirm that the wiring instructions are correct.  Also, please check with your financial institution on their policy for sending a wire transfer.**

https://rico.jefffenton.com/evidence/2019-12-08_request-hud-statement-again-from-bankers-title.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| State of Tennessee | Court (Must Be Completed) CHANCERY COURT | County (Must Be Completed) WILLIAMSON COUNTY | FILED WILLIAMSON COUNTY CLERK & MASTER |
|---|---|---|---|

**2019 SEP 20  PM 3:40**

# Protected Income and Assets
### (Affidavit of Claim Exemptions)

File No. _____ **48419B**
(Must Be Completed)

**FILED FOR ENTRY_____**

Division _____ **FRANKLIN**
(Large Counties Only)

**Plaintiff/Creditor**    **FAWN** ▮ **FENTON**
(Name: First, Middle, Last of person/company that filed lawsuit)

**Defendant/Debtor**    **JEFFREY RYAN FENTON**
(Name: First, Middle, Last of the other person)

This Protected Income and Assets form is:    ☒New/First time filed    ☐Changed/Modified

You may use this form to tell the court about any income, property, or benefits that are protected from sale or seizure (garnishment) under state or federal law. You should file this form for each judgment you have against you.

**You may have to pay a filing fee. Can't afford the fee? Ask the court clerk for a paper called a Request to Postpone Filing Fees and Order (Uniform Civil Affidavit of Indigency). Or go on the Internet to www.tncourts.gov or www.justiceforalltn.com to get the form.**

Fill out the form. Make a copy for each judgment against you **before you write in the file number and before signing the form.** Sign each copy. You can update this form if you need to protect new property. You must file an update for all unpaid judgments against you.

**IMPORTANT! You can protect up to $10,000.00 worth of personal property (lines 1-6), and only up to $1,900 for line 7.**

Some things are automatically protected. You do not have to list them below, such as: your family's clothing and suitcases or trunks where the clothing is stored, family portraits and photographs, the family bible and schoolbooks.

① I am the Defendant/Debtor in the court case listed above. I live in Tennessee and I claim that the following items are protected from garnishment. (TCA §§ 26-2-103 and 26-2-114). This personal property exemption right is in addition to certain items that are automatically exempt by law and do not need to be included in my $10,000 total, including funds on deposit in checking and/or savings accounts at:

▮▮▮▮▮▮▮▮▮

Name of Bank

consisting solely of Social Security, SSI, Unemployment, Workers Comp, AFDC/Families First, Veteran's benefits, alimony or child support, and/or state, federal or city pension.

| Item | Describe | Value: **$1,850** |
|---|---|---|
| 1.  Car, truck, or other vehicle | 2003 BUICK LESABRE (WHITE) 4D | $ 1,800 |
|  | VIN: ▮ | · - 387 |

March 2013

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

| | | |
|---|---|---|
| CAR COVER | TAN COVER MADE FOR LE_ ̄RE | $ 50.00 |
| | | |
| **2. Furniture/Electronics** | | **$ 3,535** |
| QUEEN BED & FRAME | LYLA FOAM MATTRESS WITH DARK WOOD FRAME | $ 300 |
| SCREEN ROOM DIVIDE | BROWN WOOD 4-PANEL | $ 100 |
| MASTER CHAIR | BLUE/GRAY PLUS MICROFIBER | $ 50 |
| LINEN HAMPERS | BROWN WICKER (2) | $ 40 |
| FLOOR LAMP | BRASS (BEDROOM) | $ 25 |
| OFFICE DESK SET | 2 L-SHAPED GLASS TOP DESKS | $ 200 |
| OFFICE DESK CHAIRS | CLOTH & VINYL SWIVEL CHAIRS | $ 50 |
| FLOOR LAMPS | (2) SATIN NICKEL (OFFICE) | $ 30 |
| GRAY FILING CABINET | SHORT-MATCHES DESK (OFFICE) | $ 30 |
| FILING CABINETS | (2) HON BLACK METAL FULL-SIZE | $ 40 |
| RED SECTIONAL | 3-PIECE WITH 3-MATC PILLOWS | $ 350 |
| LARGE RUN & PADDING | BENEATH SECTIONAL IN FAM/RM | $ 100 |
| ENTERTAINMT CENTER | ESPRESSO WOOD | $ 300 |
| END TABLE | ESPRESSO WOOD w/ DRAWERS | $ 100 |
| COFFEE TABLE | ESPRESSO TRIANGULAR GLASS | $ 100 |
| FLOOR LAMP | SATIN NICKEL (FR) | $ 30 |
| LR COUCH & CHAIR | TAN PLUSH w/ TILE END TABLE & 2-TABLE TOP LAMPS | $ 200 |
| LAMP STAND | IVORY BROKEN-SLAB | $ 50 |
| BOOKSHELVES | BLACK COMPOSITE | $ 25 |
| TV-TRAY SET | (4) NATURAL WOOD COLOR | $ 25 |
| DINING ROOM SET | WOOD TABLE & 6-CHAIRS | $ 200 |
| FRAMED ARTWORK | SOAR LIKE EAGLES | $ 50 |
| FRAMED ARTWORK | BOBCAT & BIRD UP TREE (DAD) | $ 25 |
| SAMSUNG 40" TV | ON ENTERTAINMENT CENTER | $ 150 |
| MISC INPUT DEVICES | REMOTES, KEYBOARDS, MICE... | $ 65 |
| CANON CAMERA | 80D, 2 LENSES, CASE, ACCESS | $ 400 |
| MANFROTO TRIPOD | 055 XPROB TRIPOD w/ 229 HEAD | $ 150 |
| MANFROTO TRIPOD | FREE FLOATING FOR VIDEO | $ 100 |
| MOULTRIE 180I | GAME CAMERA w/ EXT BATTERY | $ 100 |
| CYBERPOWER UPS(S) | MISC UNINTERRUPTIBLE POWER SUPPLIES & SURGE PROTECTORS | $ 150 |

| 3. Household goods | | $ 3,320 |
|---|---|---|
| DISHES, GLASSES, CROK, PANS, UTINCILS, CULTERY, FLATWARE | ASSORTED KITCHEN EQUIP FOR PREPARING, SERVING, STORING, EATING FOOD | $ 200 |
| MICROWAVE | GE (WHITE) | $ 25 |
| SERINITY PRAYER | PLAQUE OVER STOVE | $ 20 |
| SHARK VACCUUM | ROCKET DUO w/ ATTACHMENTS | $ 75 |
| CLEANING SUPPLIES | MISC BROOMS, MOPS, BUCKETS, SCRUB BRUSHES, SOAPS, DETERGENTS, CHEMICALS | $ 50 |
| TOILETRIES | PAPERS, PERSONAL HYGIENE | $ 50 |
| TOILETRIES (SURPLUS) | TOILET PAP, PAP TOWELS, KLEENEX | $ 75 |
| DEHUMIDIFIER | SANTA FE "MAX DRY" 155 | $ 1,000 |
| LAWN MOWER | HONDA HRX217HYA | $ 150 |
| GAS TRIMMER | STIHL FS250R | $ 100 |
| CHAIN SAW | STIHL MS391 | $ 200 |
| DEWALT CHOP SAW | DEWALT DW705 | $ 100 |
| DEWALT 18V KIT | KIT: DW4CPK2 WITH CORDLESS DRILL DW959, RECIP SAW DW938 | $ 100 |
| PROTECTIVE HELMET | STIHL HELMET & FACE SHIELD | $ 25 |
| ROLLING TOOL CHEST | CRAFTSMAN RED 10-DRAWER | $ 125 |
| ALL TOTES IN CRAWL SPACE & HOUSE | TOTES BOTH BLACK AND GRAY, WITH CONTENTS AND EMPTY | $ 300 |
| HAND TOOLS | ASSORTED HAND TOOLS OF ALL KINDS, SOCKETS, WRENCHES, SAWS, SHEETROCK, PAINTING, ELECTRICAL, PLUMBING, HOUSEHOLD MAINT & LT CONST | $ 350 |
| MISC BLUNT TOOLS | MISC HAMMERS, PRY BARS, SLEDGEHAMMERS, AXES, SHOVELS, RAKES, YARD HAND TOOLS | $ 125 |
| REGENT WORK LIGHTS | (3) ORANGE WORK LIGHTS | $ 50 |
| MISC POWER CORDS | EXT CORD REELS – ALL SORTS | $ 100 |
| MISC HARDWARE & ELECTRICAL SUPPLIES | CAT-5 CABLE, ELECTRICAL WIRE, LOOSE HARDWARE FITTINGS, ETC | $ 50 |
| RIGID WET/DRY VAC | RIGID 6.25 HP 16-GAL | $ 30 |
| FURNITURE DOLLYS | 2 GROUND LEVEL DOLLYS | $ 20 |
| | | |

389

| 4. Bank Accounts | Bank Name | Balance |
|---|---|---|
| NONE OTHER THAN LISTED ON PAGE-1 | N/A | N/A |
| | | |
| 5. Other | | $ 1,180 |
| SENEGAL PARROT | PET BIRD NAMED "KIWI" | $ 100 |
| | | |
| 6. Cash | | $ 107 |
| | | |
| 7. Tools of the Trade (Things I need to earn a living) | | $1,900 |
| CABLE MODEM | MOTOROLLA (MODEL MB8600) | $ 50 |
| ROUTER & ACCESS PT | (2) ASUS (MODEL AC1900) | $ 100 |
| UNINTERRUPTIBLE POWER SUPPLY | (2) CYBERPOWER (MODEL 1500PFCLCD) | $ 100 |
| DELL 24" MONITORS | MODELS SP2309W & ST2320L | $ 100 |
| DELL OPTIPLEX 380 | DESKTOP COMPUTER (WIN-7) | $ 150 |
| DELL OPTIPLEX 755 | DESKTOP COMPUTER (WIN-XP) | $ 100 |
| HP PAVILION HPE-500Y | DESKTOP COMPUTER (WIN-10) | $ 150 |
| DVI KVMP SWITCH | ATEN CUBIQ (MODEL CS1644) | $ 50 |
| MULTIMEDIA SPEAKER | HARMAN KARDON SOUNDSTICKS | $ 50 |
| FUJITSU SCANNER | SCANSNAP IX500 DUPLEX DOC | $ 150 |
| BROTHER LABEL MKR | P-TOUCH PRO XL | $ 60 |
| WIRELESS HEADSET | PLANTRONICS (MODEL CS351N) | $ 30 |
| CORDED HEADSET | PLANTRONICS (MODEL T20RA) | $ 30 |
| DESKTOP TELEPHONE | PAN 4-LINE (MODEL KX-TG4000B) | $ 50 |
| NETWORK PRINTER | RICOH AFICIO LASER (SPC410DN) | $ 350 |
| AUSU NOTEBOOK | ASUS MODEL 305C | $ 150 |
| SHREDDER & TRASH | PAPER SHREDDER& TRASH CANS | $ 30 |
| WD PASSPORT & BOOK | USB BACKUP DRIVES | $ 100 |
| DELL POWER EDGE | SC1420 SERVER (WINDOWS 2003) | $ 100 |

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

② **Read below then sign:**

I declare under penalty of perjury under the laws of the State of Tennessee that:

- The information on this form is true to the best of my knowledge.
- The information I provided is a correct and complete list of all of my income and assets to be protected.

Defendant/Debtor
Signs here: _____ Date: **9/18/2019**

Sworn to and subscribed before me this ___18TH___ day of ___September___,
20 __19__ .

_____
Deputy Clerk or Notary Public



**JOSHUA ORVIS**
**NOTARY PUBLIC, STATE OF MICHIGAN**
**COUNTY OF GENESEE**
**MY COMMISSION EXPIRES AUG 24, 2024**

## Certificate of Service
(How I gave this paper to the Plaintiff/Creditor)

I certify that I (**check one box**)

☐ hand delivered **or**

☑ mailed by first-class mail, properly addressed, a true and correct copy of this paper to the person listed below at the address below:

ATTORNEY VIRGINIA LEE STORY
_____
Name of Who You Are Giving This To (The creditor's lawyer or the creditor if no lawyer)

136 FOURTH AVENUE SOUTH, FRANKLIN, TN 37064
_____
Address of the Lawyer or the Creditor (Include City, State and Zip Code)

on _____9/19/2019_____ .         ▶ _____
(Date you mailed/hand-delivered the copy)       Sign Your Name

## IMPORTANT!

**The court and clerks are not allowed to give you legal advice, even if you don't have a lawyer. This form is a public record. It is not legal advice. The law may change and it is**

---

**Bring the original and 2 copies of this form to the Court Clerk to be date stamped.**
**Give the original to the Court Clerk.**
**Bring a stamped envelope addressed for each plaintiff to the Court Clerk. Mail one copy to the lawyer or if there is no lawyer, mail it to the plaintiff or company that sued you. Keep one copy for yourself.**

---

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

2019 SEP 26  PM 12: 37

FILED FOR ENTRY

| | | |
|---|---|---|
| FAWN ▆▆▆ FENTON, | ) | |
| Plaintiff/Wife, | ) | |
| | ) | |
| v. | ) | No. 48419B |
| | ) | |
| JEFFREY RYAN FENTON, | ) | |
| Defendant/Husband. | ) | |

## MOTION TO SELL REMAINING CONTENTS OF MARITAL RESIDENCE

COMES NOW the Plaintiff/Wife, Fawn ▆▆▆ Fenton (hereinafter "Wife"), by and through her attorney of record, Virginia Lee Story, and files this Motion to Sell the Contents of Marital Residence and in support of her Motion, would state as follows:

1. This Court entered an Order on August 29, 2019, in which Husband was ordered to vacate the marital residence on or before September 3, 2019 at noon in order for the house to be prepared for auction.  The Court entered an Order on August 6, 2019 to auction the property however Husband was dragging his feet in getting packed although he had over thirty (30) days and is not employed outside the home to move and pack his items.

2. As stated above, Husband had the between August 1-29 to pack and move all of the items that he wished to retain from the marital residence.  However, because Husband continued to delay the process, this Court entered the August 29, 2019 Order setting Husband's move out date to September 3, 2019 and restricted what items he was able to remove from the home.  Pursuant to that Order, Husband was to remove only his personal items (i.e. clothing, toiletries, jewelry and medication) and was to tag any remaining items that he wished to be awarded at the Final Hearing.  However, instead of complying with the Court Order he again delayed and continued to write lengthy

1

392

√ LXA ľ

emails about why he could not pack his items and addressing wild animals on the property and conditions of the home that were irrelevant to the process of his packing and vacating.

3. Despite having five (5) days following the August 29, 2019 hearing to get his personal items packed and tag any other items he wished to retain, Husband left the home in a state of disarray after having to be forcibly removed by the Sheriff's Department on September 3, 2019.  Husband continued to send lengthy emails without addressing what was to be done with all the furnishings that he said that he wanted but did not tag as requested.  Wife has had to work tirelessly at the property to get it in condition for the auction on September 28, 2019.

4. Thereafter, Husband sent numerous e-mails to counsel for Wife with extensive lists of items that he wished to retain from the marital residence that he did not tag as he was ordered to do per the August 29, 2019 Order.  Furthermore, Husband had not paid the utilities at the home as he stated from the rent money he was receiving and on September 2, 2019, he notified Wife through counsel that he was in arrears utilities and that he had received a cut off notice.  Wife later learned that Husband had called all three (3) utility companies (NES Electric, Piedmont Natural Gas and HVUD water) on or before September 22, 2019 and requested that each utility in his name be shut off. Husband did not make Wife's counsel aware that he had had these utilities shut off.  In order to have the utilities turned back on, so that the house could be ready for auction, Wife had to set up new accounts in her own name.  To date, Wife has paid $293.47 to NES to prevent the electric from being disconnected pending the closing on the home.

5. Counsel for Wife sent a letter to Husband on September 16, 2019 requesting funds to

2

393

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

help pack and move the property he tagged. Counsel requested that a storage facility be secured if Husband wanted his items stored. At this point, Wife has no choice but to move the items to the basement that Husband has tagged so that the house is presentable for auction. However, after the auction on September 28, 2019, Husband needs to either send funds for the movers to move his items to storage and pay the storage facility fee or the items need to be sold or discarded. In correspondence to Husband dated September 26, 2019, counsel for Wife provided a firm date of October 2, 2019 for Husband to produce the funds to pay for the packing, moving and storage of the items he wishes to retain. It is anticipated that Husband will have funds from the closing to pay for his items to be shipped to Michigan if he so chooses, but he needs to decide if he wants everything shipped or a portion thereof as soon as possible. In the interim, Wife has lost her job and she has no funds to advance to pay the movers and does not have the funds to secure a storage unit for Husband nor would she feel comfortable signing a rental agreement for a storage facility for Husband. Wife is amenable to managing the removal of the remaining items either by selling, donating, giving away or discarding anything remaining in the home. Wife would keep an inventory of any items sold and deposit any funds received into the Clerk's office if the Court directs her to do so.

6. Husband's actions have left Wife in a position to have to deal with packing, moving and storing items remaining in the marital residence so that it will show well at auction and bring in an optimal sales price. Husband should be required to pay all of Wife's attorney's fees for having to file this Motion and deal with the aftermath of his failing to follow the Court Order.

394

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

7. Wife obtained a quote from Fox Moving and Storage of Nashville (attached hereto as **Exhibit 1**) for packing, storing and moving all of the items that Husband wishes to retain. The cost of moving these items to Michigan, where Husband is currently residing, would be in excess of $6,000.00 which is not financially feasible for the parties at this time. Further, the cost to pack, move and store the items in a storage facility in Nashville would be over $3,000.00, with a monthly storage fee of $495.00. The entire remaining contents of the home are not even valued at more than $3,000.00.

8. Wife requests that she be allowed to sell, donate, give away or discard any remaining items not tagged in the marital residence. Any proceeds from the sale of said items will be placed in escrow with the Clerk & Masters Office for distribution at the Final Hearing of this matter which is currently scheduled for October 21, 2019.

WHEREFORE, premises considered, Wife respectfully requests that this Court grant her Motion and that she be awarded her attorney fees for having to bring this Motion.

Respectfully submitted,

**VIRGINIA LEE STORY; BPR #11700**
*Attorney for Plaintiff/Wife*
136 Fourth Avenue, South
Franklin, Tennessee 37064
(615) 790-1778
virginia@tnlaw.org

**THIS MOTION IS SET TO BE HEARD ON OCTOBER 10, 2019 AT 9:00 A.M. ON THE CHANCERY COURT MOTION DOCKET HEARD AT THE WILLIAMSON COUNTY COURTHOUSE. IF NO WRITTEN RESPONSE TO THIS MOTION IS FILED AND SERVED IN THE TIME SET BY THE LOCAL RULES OF PRACTICE, THE MOTION MAY BE GRANTED WITHOUT A HEARING.**
**TESTIMONY EXPECTED**

4

` 395

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via first-class mail and email to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430
████████████████

on this the 26th day of September 2019.

_____
**VIRGINIA LEE STORY**

5

- 396

**From:** Amanda Smith <info@foxmoving.com>
**Sent:** Monday, September 23, 2019 5:56 PM
**To:**
**Subject:** Your Moving Estimate!

WILLIAMSON COUNTY
CLERK & MASTER
2019 SEP 26  PM 12: 37
FILED FOR ENTRY_____

**Fox Moving and Storage**
5030 Harding Place
**Nashville, TN 37211**
DOT: 1670280, MC: 613943
www.foxmoving.net
Ph: 615-770-3000
Fax: 615-835-3865
**Amanda Smith**
9/23/2019
Reference #: 1475587

### Fox Moving and Storage - Your Moving Estimate!

Dear **Fawn Fenton:**

My name is **Amanda Smith** and I have been assigned as your Certified Moving Consultant. My email is **amanda@foxmoving.com** and my phone number is **615-770-3000.**

**Please see below for your moving estimate:**

```
Quote
Based on the information you provided, cost is as follows:
Custom Charges:
* 1/2 Roll of Shrink ......................... 1 x $60.00 ea = $60.00
* Small box / Packed ......................... 3 x $10.00 ea = $30.00
* Medium box / Packed ....................... 25 x $11.00 ea = $275.00
* Large box / Packed ......................... 1 x $12.00 ea = $12.00
* Dishpack / Packed .......................... 2 x $24.00 ea = $48.00
* Large Picture / Packed ..................... 5 x $30.00 ea = $150.00
* LG Flat screen ............................. 1 x $40.00 ea = $40.00
* Wardrobe / Packed .......................... 1 x $24.00 ea = $24.00
Miscellaneous Items:
* Relocation service 1 truck 3 men to Fox Storage .......... = $2,256.00
* Optional full value protection $1074 (not included in pric
  e) .................................................... =
```

**Total Price: .................... $2,895.00**
**TOTAL ESTIMATE: .................. $2,895.00**

·  ·  397


EXHIBIT

| Origin | 1986 Sunnyside Drive, Brentwood, TENNESSEE 37027<br>1255.94Cf - 8797Lbs |
|---|---|
| **Destination** | 5030 Harding Place, Nashville, TENNESSEE 37211 |

| Reference # | Customer: | Move Date: |
|---|---|---|
| 1475587 | Fawn Fenton, 615-███-7377 | 9/26/2019 |

| Garage | | | |
|---|---|---|---|
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| PBO, Box | Qty: 11 | 47.19 Cuft | 330 Lbs |
| Box, Medium | Qty: 7 | 21 Cuft | 147 Lbs |
| Metal Shelves | Qty: 5 | 25 Cuft | 175 Lbs |
| Trash Can | Qty: 1 | 7 Cuft | 49 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| **Kitchen** | | | |
| Microwave | Qty: 1 | 4 Cuft | 28 Lbs |
| Box, Medium | Qty: 3 | 9 Cuft | 63 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| **Living Room** | | | |
| Glass top table | Qty: 1 | 5 Cuft | 35 Lbs |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Cabinet | Qty: 1 | 20 Cuft | 140 Lbs |
| Tv | Qty: 1 | 20 Cuft | 140 Lbs |
| Box, Dish-Pack | Qty: 1 | 6 Cuft | 42 Lbs |
| Table, end | Qty: 1 | 5 Cuft | 35 Lbs |
| Sofa | Qty: 2 | 80 Cuft | 560 Lbs |
| Sofa Section | Qty: 1 | 20 Cuft | 140 Lbs |
| Rug or Pad, Large | Qty: 1 | 10 Cuft | 70 Lbs |
| Misc | Qty: 1 | 10 Cuft | 70 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Dining Room** | | | |
| Picture | Qty: 1 | 0.71 Cuft | 5 Lbs |
| Dining Chair | Qty: 6 | 30 Cuft | 210 Lbs |
| Dining table | Qty: 1 | 30 Cuft | 210 Lbs |
| Pedestal | Qty: 1 | 10 Cuft | 70 Lbs |
| **Bedroom** | | | |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Ottoman | Qty: 1 | 5 Cuft | 35 Lbs |
| **Office** | | | |
| Desk, Computer | Qty: 4 | 88 Cuft | 616 Lbs |
| Picture | Qty: 4 | 2.84 Cuft | 20 Lbs |
| Desk Chair | Qty: 1 | 5 Cuft | 35 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, medium | Qty: 5 | 15 Cuft | 105 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |

398

| Printer | Qty: 1 | 4 Cuft | 28 Lbs |
|---|---|---|---|
| Printer | Qty: 1 | 6 Cuft | 60 Lbs |
| Lateral File | Qty: 1 | 20 Cuft | 140 Lbs |
| **Bedroom #2** | | | |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Box, large | Qty: 1 | 5 Cuft | 35 Lbs |
| Vacuum Cleaner | Qty: 1 | 5 Cuft | 35 Lbs |
| Box, Medium | Qty: 1 | 3 Cuft | 21 Lbs |
| **Bathroom** | | | |
| Box, Medium | Qty: 2 | 6 Cuft | 42 Lbs |
| Bookshelf | Qty: 1 | 5 Cuft | 35 Lbs |
| **Master Bedroom** | | | |
| Box, Wardrobe Lrg | Qty: 1 | 15 Cuft | 105 Lbs |
| Box, Medium | Qty: 4 | 12 Cuft | 84 Lbs |
| Chair, Occasional | Qty: 1 | 15 Cuft | 105 Lbs |
| Bed, Queen | Qty: 1 | 65 Cuft | 455 Lbs |
| Lamp, Floor | Qty: 1 | 3 Cuft | 21 Lbs |
| Totes | Qty: 2 | 12 Cuft | 84 Lbs |
| Clothes Hamper | Qty: 1 | 5 Cuft | 35 Lbs |
| **Family Room** | | | |
| Bookcase | Qty: 1 | 20 Cuft | 140 Lbs |
| Totes | Qty: 11 | 66 Cuft | 462 Lbs |
| Table, small | Qty: 1 | 2 Cuft | 14 Lbs |
| File Cabinet 4-5 Dr | Qty: 2 | 40 Cuft | 280 Lbs |
| Box, medium | Qty: 1 | 3 Cuft | 21 Lbs |
| Box, small | Qty: 3 | 6 Cuft | |

**Tommy Anderson, Broker/Realtor/Auctioneer**
**HND Realty**
**www.HNDREALTY.COM**
**(615) 969-5819**

399

## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
### AT FRANKLIN

CLERK & MASTER

2019 OCT 10 PM 2: 34

FILED FOR ENTRY _____

| | | |
|---|---|---|
| FAWN ▮▮▮ FENTON, | ) | |
| Plaintiff/Wife, | ) | |
| | ) | |
| vs. | ) | No. 48419B |
| | ) | |
| JEFFREY RYAN FENTON, | ) | |
| Defendant/Husband. | ) | |

### NOTICE OF FILING

COMES NOW Virginia Lee Story, on behalf of Plaintiff, Fawn ▮▮▮ Fenton, as her

Attorney of Record in this matter, and hereby files the attached Order Granting Expedited Motion

to Sell Real Estate and Personal Property entered by the United States Bankruptcy Court for the

Middle District of Tennessee on September 27, 2019.

Respectfully submitted,

**VIRGINIA LEE STORY; BPR #11700**
Attorney for Plaintiff
136 Fourth Avenue South
Franklin, TN 37064
(615) 790-1778
virginia@tnlaw.org

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was forwarded via U.S. first-class mail to:

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

on this the ___10___ day of October, 2019.

**VIRGINIA LEE STORY**

400

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/27/2019



2019 OCT 10 PM 2:34

FILED FOR ENTRY————

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |  |  |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| FAWN ▮▮▮▮ FENTON | ) | CHAPTER | 13 |
| | ) | CASE NO: | 19-02693 |
| BRENTWOOD, TN 37027 | ) | JUDGE | WALKER |
| SSN: XXX-XX-▮65 | ) | | |
| | ) | | |
| DEBTOR | | | |

### ORDER GRANTING EXPEDITED MOTION TO SELL REAL ESTATE AND PERSONAL PROPERTY

This matter came before the Court on September 25, 2019 upon the Debtor's Expedited Motion to Sell Real Estate and Personal Property with notice given to all parties pursuant to Local Rule 9075-1. There being no objections raised at the call of the docket, the Motion is found to be well taken and it is therefore ORDERED as follows:

Debtor shall be allowed to sell real property located at 1986 Sunnyside Drive, Brentwood, Tennessee and items of personal property remaining in the house at auction pursuant to an Order Granting Motion to Sell Marital Residence by Auction entered in the Chancery Court for Williamson County, Tennessee on August 6, 2019 . The Debtor will sell the real estate under Section 363(f)(3) subject to the liens of Bank of America, N.A. and Bancorp South. This transaction shall be conditioned on the Debtor providing the auction report to the Trustee once the sale has taken place. All net proceeds from the sale of the property shall be deposited into the Chancery Court Clerk's Office and placed in an interest bearing account on behalf of the parties pending further orders of the Chancery Court for Williamson County, Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

401

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

APPROVED FOR ENTRY:

*/s/ Alex Koval*

Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

402

Case 3:19-bk-02693   Doc 66   Filed 09/27/19   Entered 09/27/19 11:34:45   Desc Main
Document   Page 2 of 2

https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## IN THE COURT OF APPEALS TENNESSEE
## AT NASHVILLE

JEFFREY RYAN FENTON,                )
  Appellant/Ex-Husband,             )
v.                                  )
                                )   Appeal No.: M2019-02059-COA-R3-CV
                                )
FAWN ▓▓▓▓▓▓ FENTON,                  )
  Appellee/Ex-Wife.                 )

### CONCISE STATEMENT OF THE ISSUES PROPOSED TO BE RAISED BY THE APPELLANT/HUSBAND THROUGH THIS APPEAL

I Jeffrey Ryan Fenton, being the Appellant/Ex-Husband in this Appeal, am representing myself "Pro Se" in this action, as I have throughout most of this divorce, not because of an egotistical belief that I will be better served, as I was chastised in Williamson County Chancery Court, but rather simply because I have no financial means with which to hire any legal counsel or representation. Hence far my need to represent myself without a legal advocate, representative, counsel, or advisor, has absolutely overtaken and terrorized every facet of my life since legal proceedings were first secretly initiated and forced upon me, repetitively now without warning, by the Appellee Ms. Fenton, who is now my ex-wife.

Ms. Fenton, in her relentless pursuit of discarding me from her life, with as little financial damage to her future (specifically in the form of "alimony"), as she and her army of strategists, financial advisors, and the most ruthlessly skilled counsel as can be afforded only by individuals backed with substantial financial resources, or a family with such financial capacity. Meanwhile Ms. Fenton has alleged a financial need to file for Federal Bankruptcy protection and relief due to only about **$50,000 of unsecured debts**, while

1

literally wasting almost twice as much in her home equity and probably a similar amount in legal fees, all to prevent (at all costs), avoiding only one nearly fatally dreaded embarrassment, amongst her prideful and powerful family: a fair & equitable divorce.

Before proceeding, I the Appellant and Ex-Husband, Jeffrey Ryan Fenton, would like to bring to the court's attention, while requesting both the Court's and the State of Tennessee's consideration and flexibility regarding the disabilities which I have been diagnosed with (listed below), that I daily continue ongoing treatment for, and struggle each day to live the best life that I can live, despite my own personal challenges, compounded by those socially forced upon me by others, both out of their ignorance and their selfishness.

**Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5)**

**Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1)**

**Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2)**

**Circadian Rhythm Sleep Disorder (CRSD) Non-24-Hour Sleep-Wake Disorder (Non-24) DSM-5 307.45 (G47.24)**

Special Note: Although "OCPD" (Obsessive-Compulsive Personality Disorder) sounds very similar to "OCD", a disorder and acronym which are much more common, "OCPD" is an entirely different disorder, with very little, if anything, in common with "OCD". Please take a moment to discover the differences, as are well described, in Exhibit-A.

2

Written by my long-term and trusted mental health professionals, Exhibit-A describes how my disabilities personally impact my ability to process information, research, and proceed in a timely fashion. Especially when my entire life hangs in the balance, while not possessing legal training or experience, nor the time to learn or a proficiency with attention to details such as legal code or local rules and regulations. While also being unable to afford any competent legal counsel. My need for technical and procedural flexibility within the Court, in an honest effort for the Court to hear the heart of my testimony, without discarding it due to some technical lack of knowledge, absence of legally savvy expertise, or misunderstandings and failures in my delivery, are absolutely essential to me having any "fair" chance at "due process" of law.

I was absolutely denied any procedural flexibility to hear or include my testimony in Williamson County Chancery Court. I was even both chastised and lightly mocked for dismissing my counsel (for lack of funds) and requesting to be heard "pro se" without all the technical expertise of a licensed lawyer, while also requesting the slightest consideration for my personal handicaps and disabilities (in addition to my "poorness").

Frustrated by the absolutely absurd, false, perverse, unethical, twisted, fraudulent, perjurious narrative provided to date by Attorney Virginia Lee Story and her client Ms. Fenton, which the Court embraced at face-value, without question, I devoted an entire week of my life, staying awake several days straight, working non-stop, to compile, explain, and present an all-in-one document titled "HUSBAND'S RESPONSE AND COUNTERMOTION TO WIFE'S MOTION FOR VIOLATION OF THE EX PARTE ORDER OF PROTECTION AND FOR DATE CERTAIN FOR WALK THROUGH OF

3

HOUSE AND MOTION FOR SCHEDULING ORDER". I filed this 63-page document with the Williamson County Chancery Court Clerk & Master on 8/29/2019 at 9:17am, along with nearly 250-pages of colorful, revealing, and often shocking exhibits, which graphically exposed, explained, displayed, and proved (beyond any reasonable doubt) the truth about what had transpired to bring about the failure of our marriage. I admitted equal error and fault to that of Ms. Fenton in the poor decisions, lack of moral fiber, failure to commit to unselfish pursuits, and eventual demise of our marriage.

A portion of the Chancery Court's Order, on the day of my exhaustive filing, states: "The Motion for Violation of the Order of Protection will be continued pending further Orders of the Court as Husband had filed a very lengthy response on the morning of the hearing being August 29, 2019."

As evident in my audio recording (created with the Court's permission) and the Transcripts from the Hearing, Ms. Story agreed to hold the October 21st Court Hearing with me over the phone. Since I was literally forced to move to Michigan to seek shelter with my mother, after the Court (at Ms. Story's request) terminated my rental income and literally forced me to become homeless, having me physically removed from my lifelong investment and my home by four deputies from the Williamson County Sherriff's Office. While also forbidding me from taking any of my personal property with me, except for a single carload of clothes, toiletries, and my medications.

Unfortunately, as with many statements, assurances, and commitments made by Attorney Story, while in Court under oath, of which I have a plethora of audio and

4

transcribed evidence to prove, Ms. Story reneged without notice upon her commitment to hold this hearing with me over the phone. Days afterwards, while believing that the situation had "corrected" itself, I received papers from the Court notifying me that Ms. Fenton had been granted a "default" divorce, with me being named "at fault". No portion of my exhaustive all-in-one 63-page testimony, with its nearly 250-pages of unquestionably revealing and substantiate exhibits were given any consideration whatsoever. My honest belief that the Court would be furious with Ms. Fenton and Ms. Story once it learned how they had intentionally deceived the Court, to manipulate the Court like a puppet, to literally cause unjustified and I believe illegal harm to myself, along with the enforcement of the Williamson County Sherriff's Office, all based upon what was clearly fraudulent testimony and assertions, which I spent a week of my life, morning, noon, and night, to "leave no stone unturned" in showing in living color, the absurd extent of their deception and obvious manipulation of money and legal leverage, to play the Court, purely to **"do their dirty work"**. Causing me unjust damages which I will never in my lifetime be able to recover from.

I honestly believed that regardless of legal technicalities, procedural norms, local rules and regulations, that once the Court honestly discovered the vivid truth (which was undeniably clear, in the 300+ page submission, that I filed with the Court on August 29th) showing how Ms. Fenton and Ms. Story had intentionally and maliciously "played" the Chancery Court, along with creditors and financial institutions, and even the Federal Bankruptcy Court, all strategically planned at great length to harm me, purely to terrorize me, to financially and legally dominate me, to repeatedly harass and abuse me by legal process, to intentionally keep me overwhelmed in a frenzy, so that I was absolutely

5

powerless to defend myself against their wave after wave of absolutely unwarranted and purely malicious legal assaults, binding me and gagging me with their falsified "Order of Protection", defaming and even destroying my character before the court, behind closed doors, before I ever even entered a court room. A robbery is a lot easier when the property owner is bound and gagged first.

Ms. Fenton with Ms. Story's assistance, connections, and power literally robbed me of everything that I had built during my lifetime, while running me off my own property, with only five days' notice, without allowing me to take with me any of my personal property, not even my very own bed (which my mother had recently purchased), executed and enforced with the muscle and firepower of the Williamson County Sheriff's Office. As one might expect, the deputies dispatched to physically remove me from my home, were nervous and jumpy, with their hands on their guns, not knowing if I was really a danger or not, thanks to the ridiculous "Order of Protection", based upon false testimony and a half dozen emails trying to determine the status of our mortgages, after learning about Ms. Fenton's secret bankruptcy filing.

So, with the strategic planning of Ms. Fenton and Ms. Story, they had manipulated the Williamson County Chancery Court, into ordering a crime to take place at my residence, causing me catastrophic and unrepairable harm, while they dispatched the Sheriff's Office to execute and oversee the operation. **Try to wrap your head around that.**

6

I honestly believed with every fiber of my being, that once the Williamson County Chancery Court took the time to read or at least casually review the 300+ pages of shocking and irrefutable evidence which I had provided to them, that they would without question squash the oppressive assault waged against me by ruthlessly unethical predators, **and rush to my aid.** Regretfully, that never happened. Regretfully, I never again heard any mention of what became of that testimony of mine. For reasons unknown, the Williamson County Chancery Court admitted receiving it, yet refused to address, comment, or act upon any portion of the evidence which I exhaustively compiled, printed, organized, bound, and submitted to them. Somehow it seemingly disappeared, as Ms. Fenton was awarded a "default" judgment, as though I never even bothered to show up at court, borrow $10k from my mother to hire short spurts of emergency legal counsel, or picked-up a pen to write a word in my own defense.

To top that off, the Williamson County Chancery Court totally unnecessarily issued a full "Order of Protection" against me, staining my name forever, continuing to unconstitutionally deny me of my inalienable rights as a law-abiding American Citizen, even knowing that the only perceived threat was (later acclaimed "unwanted") electronic communications. That there was never a single physical threat, complaint, or action of any kind. That there was absolutely no history of domestic disputes, that I have personally never been arrested during my 50-year lifetime, and that there is no claim anywhere, of me being a physically violent person.

Even more absurdly, the Williamson County Chancery Court knew that I had just been financially forced to move 600 miles away from Brentwood, for shelter and

7

assistance from my mother as a result of this Courts horrendously damaging and unfair rulings, while knowing that I am terrified to drive over the Cincinnati Bridge, so without a driver I won't be returning. Williamson County Chancery Court further ordered no means of replacement housing for me, financial or medical support, or provision by any means, though Ms. Fenton is an MIT educated licensed professional Architect, with over 20 years of experience, while I have only a high school diploma and some outdated blue-collar mechanical skills for employment, in an industry which no longer exists. Likewise, Ms. Fenton had admittedly been our family's primary "breadwinner" for over the past 12 years. (While my support was critical in building her career.)

Both my Psychiatrist and my Psychotherapist wrote letters to the Court testifying that they don't believe that I am a danger to either myself or anyone else. The excerpt below, is from the Transcript of the Williamson County Chancery Court hearing, on 8/1/2019, **where Ms. Story is explaining to the Judge why the parties have agreed that they prefer <u>not</u> to issue a full "Order of Protection" against me:**

> 16  MS. STORY: Because what we don't
> 17  want to do is have something go down on his
> 18  record that's going to affect his employability,
> 19  because he needs to get a job ASAP...

So, what has changed to justify placing something "on (my) record" that's going to "affect (my) employability", since I am still unemployed and now I'm also homeless, without having any provision, while needing meaningful employment now more than ever

8

before in my life? The only conclusion that I can draw, is that my employment, housing, healthcare, and provision are no longer deemed a concern for the State of Tennessee, since I've been physically run-off, and forced to seek shelter in the State of Michigan, where I have family, and have now been forced to join the State of Michigan's welfare programs, in an attempt to help meet my most basic physical and mental health care needs. Now it would just be nice to have my own shelter, food, fuel, insurance, vocational training, and gainful employment, without a fraudulently obtained, warrantless, "Order of Protection" to continue **to restrain me from moving forward and working toward becoming financially independent again.** This unjust assault upon my character and my person, if not removed and completely expunged from my record, can harm my employment opportunities for the rest of my life.

I'm already 50 years old, unemployed, in desperate need of vocational rehabilitation, with no means yet of obtaining that, while having been robbed of every penny of my retirement savings, and having paid very little into Social Security, for over the past decade, since Ms. Fenton was (by mutual agreement) the primary breadwinner for our family. Yet the State of Tennessee, or at least the Williamson County Chancery Court, has rationalized now that this "Order of Protection", somehow serves my ex-wife, Ms. Fenton (who has never been in any physical danger from me), more so than this same "Order of Protection" continues to defame and damage my character, my employment opportunities and potential, restricting and defining my ability (or lack thereof) to provide for myself. If only the Court had just perused the photographs in my 300+ page answer and countermotion, which I invested a week of my life to provide to them, in hopes of finally being heard. The irony and injustice just don't end for me. It is simply beyond all

9

reasonable comprehension, of what one expects from those government "servants", whom we elect **to employ to protect us**, our families, and our homes.

I have literally been deprived of my life, my liberty, my property, and my pursuit of happiness without any constitutionally demanded due process of law. Not to mention the repeated failures of the Court to make minor procedural modifications as needed to fairly hear my case, considering my well documented and clearly proclaimed disabilities and personal handicaps, which continue to plague my life.



I called the phone number for "ADA assistance", listed on the bottom of the Court Summons (shown above), asking twice very clearly for assistance from the Court regarding my disabilities, which I explained very transparently. In return, the "ADA coordinator" whom took my call, stated twice definitively, that the only assistance which the Court can offer, is to bring a wheelchair out from the Courthouse to your vehicle curbside, if you need help walking into the Courthouse.

In the "Administrative Policies And Procedures" of the Tennessee Supreme Court, Index #: 2.07, Effective: 11/14/08, Page-2, Section VI "Procedures", Subsection-A it states: "Upon request, the Tennessee Judicial Branch will provide **reasonable**

10

**modifications to its rules, policies, services, procedures, and practices** when doing so is necessary to provide effective access to a qualified individual with a disability.... Such modifications shall be designed to make each service, program, or activity, **when viewed in its entirety,** readily accessible to be usable by a qualified individual with a disability."

Somehow it appears that this mandate created by the Tennessee Supreme Court, modeled after our Federal Government, to provide an equal opportunity for a fair trial to all Tennesseans, regardless of the disabilities which they unfortunately must struggle with each day, has been reduced and interpreted by the Williamson County Court system to merely refer to assisting those with minor mobility problems, requiring just four-wheels and a little push, to step-up to equality inside their court rooms. Somehow, I had more in mind, when I called the Williamson County "ADA Coordinator" and requested assistance. Once again, it was not for a lack of trying.

I honestly believed that it would be refreshing, and lend credibility to my testimony, for the Court to read a motion which didn't just blame the other party for once. Which instead equally exposed my faults as it did those of Ms. Fenton. Which showed no partiality or favor regarding the actions and inactions which lead to the failure of our marriage. Which requested a termination of our marriage, for irreconcilable differences, as requested by Ms. Fenton, as quickly as possible, for both of our benefit. To help protect Ms. Fenton from harming herself further, in this insane quest at logically unjustifiable expenses. While requesting only the most meager financial settlement for myself, of approximately one quarter of what Ms. Fenton and I had previously discussed and agreed was fair.

11

At the same time undeniably exposing, confronting, and debunking many of Ms. Fenton's fraudulent, deceptive, unconscionable, and perjurious strategies, tactics, actions, and statements presented thus far to both the Federal Bankruptcy Court and the Williamson County Chancery Court, by herself and her legion of legal counsel and financial advisors, including the office of Attorney Virginia Lee Story. Revealing a highly intelligent, deeply strategic, meticulously planned-out and precisely executed, which passes completely unseen to the untrained eye. But to those who know the person, their past passions, endeavors, and escapes, their deeply seeded motivations, their desperation to succeed as the "victor" (at all costs), while "crushing" her "opponent" (me), in her family's sight.

I plainly exposed and explained the difficult to see and almost unbelievably plotted, fraudulent, dishonest, immoral, unethical, and substantially criminal plan to "rig" Ms. Fenton's bankruptcy, to avoid an estimated $120k to 150k+ in support payments, while being court ordered to provide me with equivalent legal representation, and future alimony. Plus Ms. Fenton's strategic bankruptcy allowed her to force me out of our home, a feat which she couldn't tackle for a year and a half, due to my sizable investment in the property, along with my joint ownership, the fact that she chose to move-out, that I had done nothing wrong which she could legally use to justify and leverage my removal. While Ms. Fenton was also stuck (actually we both were) with all the financing for our property being in solely her name.

Though I made countless offers to assume her mortgages, to give her my equity, to buy-out hers over time, many of which were extremely generous on my part, and all which ended countless times better than the bankruptcy which she finally insisted upon. After

12

Trump's new tax laws went into place, as of January 1st, 2019 (which was an absolutely critical deadline in Ms. Fenton's mind), she was never again willing to discuss or entertain me keeping the property, for any price, under any circumstances. She was only once more willing to entertain an offer I made to again give her my equity in our home, provided that she chose to live in the property, which she gleefully considered for a few days, then having lost all hope again, Ms. Fenton adamantly refused to ever consider another proposition besides us both selling our home. (That too we explored and even agreed upon, but eventually Ms. Fenton reneged upon our "Verbal Settlement Agreement" also, due again to the agreed upon alimony, which I will explain later in detail.)

Finally, cruelly, but very intelligently, Ms. Fenton realized that her quickest path to financial recovery was through filing Chapter-13 Bankruptcy. Whereby she pre-planned the secret default upon our mortgages, manipulating the Chancery Court's order to force the sale of our home (to "save us" from foreclosure, which would have actually provided me with Federal protections which I was denied, in Chancery Court). Ms. Fenton even decided to discard our equity via an auction, simply to quickly kick me out, while settling the debts with both of her Mortgagors.

How else did Ms. Fenton's planned Chapter-13 Bankruptcy benefit her, prior to filing for a divorce a second time? I will explain all of that in detail in my brief. It actually opens-up like a flower, where once you can see it, you can see nothing else but.

Also, as a result of my disabilities, is my sheer inability to successfully multi-task, as Ms. Fenton has long criticized me. The Appellee's tactics of forcefully ambushing me

13

on multiple fronts simultaneously, with highly strategic, financially and legally false, manipulative and debilitating (bullying) claims, and highly offensive assaults upon my person, my character, my contribution, my legacy, and my life, while leveraging absolutely false, fraudulent, perjuring, and perversely twisted testimony, to maximize the injury and harm caused to me and my life. Expectantly overwhelming me and leaving me in a tailspin to try to literally "save my life" from absolute ruins, with next to no resources with which to do so.

I intend to demonstrate to the Court how the Appellee and her counsel knew and strategically exploited the fact that regardless of how false their testimony was, they would win the legal battle, as long as they could simply out pace me. I also intend to demonstrate how the Williamson County Chancery Court assisted the Appellee and her counsel in their efforts to "railroad" or "steam roller" me, due to their pre-trial prejudice toward me (by the multiple false accusations and motions brought against me, before the Court had ever met me), or the Court discriminated against me, I believe due to nepotism between the Court and Attorney Story, who was allowed to dictate almost verbatim most of the rulings in this case. I also believe that I was discriminated against by the Court, out of animosity for me choosing to represent myself "pro se". First because of the failures to perform by the first attorney whom I hired, Attorney Brittany Gates (BPR #030936). I contacted her almost daily, trying to get Ms. Gates to produce my "Answer & Counter Complaint for Divorce", to which I was repeatedly told by Ms. Gates that I would receive a draft via email shortly, within a matter of hours, by the end of the day, on the following day, etc… Finally, her father-in law passed, causing Ms. Gates to travel out-of-state, at which point she informed me that she was allowed a two-week extension to submit my "Answer &

14

Counter Complaint for Divorce", due to her family emergency. When Ms. Gates continued to fail to perform, until I was literally down to only a few days prior to defaulting, out of desperation I fired Ms. Gates, borrowed another $5,000 from my mother, and hired Attorneys Duke & Miller in a last-ditch effort to save my home. To this day, I have never once received or viewed any "draft" of the "Answer & Counter Complaint for Divorce" which Ms. Gates repeatedly assured me that she was diligently working on, and that I would receive for my comments either that day or the day after. I earnestly hope that through this Appeal the Court will order Ms. Gates to directly repay my mother the $4,500 which I borrowed from my mother and paid to Ms. Gates, for services which she repeatedly failed to perform. In my experience, I found Ms. Gates to be a wonderful talker, a sympathetic listener (which earned her my trust), but impossible to extract any work product from.

Consequentially, in addition to the massive loss of both money and even more significantly the loss of time for Attorneys Duke & Miller to get up to speed, draft and file Court papers on my behalf, I was told by Attorney Duke **that Ms. Story had agreed to extend the deadline for filing my "Answer & Counter Complaint for Divorce" for an unspecified period of time,** while she refused to provide us with even a single day's extension for responding to her motion to force the sale of our marital residence (the one and only real asset we had, in which Ms. Fenton and I had invested almost everything in our lives into). Likewise, the hearing for the fraudulently obtained "Exparte' Order of Protection", Ms. Story also insisted concurrently be heard.

15

So, with only two or three days to prepare, Attorney's Duke & Miller were put into a position to fight for literally everything that **I cared most about in my life.** My home, my life's work, my only asset, and my retirement savings, along with my constitutional freedoms (specifically my first and second amendment rights, treasured by both the appellee and the appellant) as citizens of these United States of America. Based upon Ms. Fenton's previously received fraudulent testimony and lie after lie asserted by Ms. Story. The resulting prejudice and discrimination by the Court, due to my gender, my lack of employment, the traditional familial roles widely known to be expected and favored by that Court, my acclaimed disabilities, their apparent disdain thereof, combined with what I interpreted to be nepotism between the Williamson County Chancery Court System (throughout) and Ms. Story's longstanding, neighboring, and almost mentoring relationship with them. (This was further confirmed in my research by independent third parties; including past clients of Ms. Story, her legal peers and members of that same court, and even by local law enforcement officers.) I don't believe that I ever had, or especially now will ever have, the slightest chance at a fair trial in Williamson County Chancery Court, while representing myself "pro se", against the crafty, highly skilled, ethically "flexible", and locally infamous Attorney Virginia Lee Story.

There was a time when I honestly believed that despite all odds, **that the truth would win the day.** Now as I sit here in Michigan, homeless and broke, looking out the front window of my mother's tiny house, sitting beside a highway, as I watch cars speed by, day after day. Instead of my tranquil life in our beautiful Brentwood home, which I had invested my life into, surrounded by hundreds of acres of protected woodlands, crawling with nature, located at the nexus of several of the most financially affluent

16

communities and opportunities in the State of Tennessee, and even of our Country. I am forced to sadly admit, that in the Williamson County Chancery Court, in my beloved state of residence for 25 years (Tennessee), as an honest law abiding, tax paying citizen, that in the end **relationships won the day**, and the **truth was not only unsought**, **but quickly and easily buried.** It was at that point, heartbroken, that I vowed to never step foot on Tennessee soil again.

With all the beauty, the opportunities, the privileges and the power, the state carelessly stole too much from me. Regretfully now, should I ever return, I'd reasonably fear for my own safety, from the very same state and county governments which I previously employed for 25 years. I personally know of no greater injustice or collective betrayal of an individual citizen. **"Guilty until proven innocent."** But only if you can afford it. If you possess the money, relationships, and power to prove it, beyond a reasonable doubt. At the same time, you sure better hurry, because the Court can take everything which you've dedicated your life to building, in one reasonably uneventful afternoon before tea, with the entire "burden of proof" immediately shifted onto your shoulders, If you are able to survive their casual afternoon ruling.

I'm asking herein that the Court please focus more upon the **spirit of the law**, rather than the letter of the law. This is not a matter for technical craftiness, dissection, and annihilation, <u>as has been permitted thus far</u>. How can **anyone rule** on the **substance** of **my life** or **my marriage** without ever **hearing**, considering, and weighing **my side** of the story? A divorce shouldn't be a matter of a popularity contest or who plays best with others. Ms. Fenton can lie more convincingly than I can tell the truth, any day of the week.

17

Simply because she is less **abrasive**. While trying to capitalize upon recent media hype and stereotypes about "mental illness" and firearms. Why is anyone interested in my guns or taking them away? I'm 600 miles away. Unless I own a ballistic missile, I'm pretty sure that I'm no danger to anyone South of the Ohio state line.

The real danger here is what is happening to our Constitution. Courts have watered down words such as "stalking" and "harassment" to the point that anyone could be legitimately accused of either. Right now, you could claim that I'm harassing the State of Tennessee, by writing this. The problem with watering-down those terms, and making the definitions so broad, is that the **extreme emergency remedies**, like an "Order of Protection", which was created to **protect life and limb**, not to hide theft and deceit while garnering favor with the court (which ultimately "helps" to harm the life of another), are not concurrently being adjusted to compensate. We now need to have first-degree, second-degree, third-degree "stalking", so that only the "third-degree", where the dangerous psycho or pervert is actually lurching in the bushes and following someone around town, qualifies for denying any American Citizen of their constitutional rights, using one "loosey-goosey" term/definition for each attorney to manipulate and each judge to "interpret", according to how well **they like the person** standing in front of them. That is a recipe for handing "god like" powers to way too many people and is the exact opposite of what our Constitution and Bill of Rights were written **to protect us all from.**

At the very least, anyone who is to be stripped of their constitutional freedoms should at the very least be provided with legal counsel with which to defend themselves (as in any criminal case). I shouldn't need to borrow $10,000 from my mom, simply in an

https://rico.jefffenton.com/evidence/2019-12-08_tn-coa-issues-proposed-to-be-raised-in-appeal.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

attempt to defend myself against a false claim, without even starting the primary purpose of the court action (a divorce, which has never been heard).

If this case is to be remanded back to a trial court, then I earnestly request a change of venue to Davidson County, where I have lived the majority of my 25 years in Tennessee. I also request that I please be able to participate in any legal proceedings remotely, as it is very difficult for me to travel with my disabilities, not to mention the fact that I have no money to travel with, to obtain lodging, or to feed myself away from Michigan now.

I also request, that if the Court finds it appropriate to send this back to a trial court (which I sincerely hope that you won't), that Ms. Fenton be ordered to provide me with equivalent representation to hers, along with interim support to meet my basic needs. (I'm told that "support payments" come before "debt payments" in bankruptcy plans.) I have gone above and beyond to try to mitigate our losses through any sort of "collaborative" divorce process, mediation, or simply hiring a very cheap non-biased third-party attorney to amicably facilitate our divorce. Ms. Fenton abhorrently refuses anything resembling a "fair" process here, and it is not because I'm any sort of "monster".

Ms. Fenton told me that she planned to try to have mediation waived with her first divorce filing, as we regularly spent time together. Yet now she claims to not only be "afraid" for her own safety, **but for the welfare of everyone involved in the mediation process.** I simply can't express how offensively ridiculous that is. How about we do mediation via Skype and have the Sheriff's Office online to monitor? I can't believe that

19

she has gotten so far, so fast, simply by changing lawyers and deciding that it is quicker to destroy herself and rebuild, than to give me anything.

It is simply beyond the scope of "reasonable" thought, that Ms. Fenton can afford the most expensive counsel in town for herself, while seeking to be absolutely as litigious as possible, while claiming not to be able to afford any counsel for myself, as she elected to "file bankruptcy" on $50k in debt (to avoid support payments and kick me out of my home), when she made twice that annually. If she can "afford" to keep trying to "beat" me, then she can afford to provide me with counsel, to give me some chance at the smallest sliver of "equality" (now that our only asset has been liquidated). At least that is my hope.

I'm asking herein that the Court please handle our divorce with a **"Case Management"** approach, to provide a fair and holistic remedy to the sum of legal actions which she has unilaterally chosen to dissolve our union with. I ask that this please include the first filing for divorce which Ms. Fenton made on 6/29/2018, docket: 47426, with Attorney W. Edward Porter IV (#033893), along with my Pro Se Answer and Counter Complaint filed on 10/30/2018. The Voluntary Non-Suits which we both filed in November of 2018, with the Verbal Settlement Agreement which we had reached, until Ms. Fenton decided to default upon our agreement to sell our home and get divorced amicably, preferring instead to return to litigation. Ms. Fenton later admitted to me that the $1,750 per month in "Transitional Alimony", payable by her for a duration of 6-years, is what she changed her mind about, apparently finding attorney fees more favorable. Of course, also considering all the actions taken by Ms. Fenton and her Counsel, upon hiring

20

Ms. Virginia Lee Story (#11700) to re-file for a contested divorce on 6/4/2019 (docket: 48419B).

Regarding procedural technicalities, I understood the October 21st hearing to be the last of three hearings **regarding the OP**, after the Court and Ms. Story had a chance to read the 300+ pages of documentation and evidence which I filed with the Court on all the documentation which I filed with the court on 8/29/2019. As stated previously, that hearing was to take place **over the phone**, per Ms, Story on Court record, during the 8/29 hearing. I received no call.

Prior to October 21st (actually still to date), I have done everything in my power simply to keep up with the litigious ambush (trying to keep my home, transition roommates, then suddenly move to Michigan for shelter, get on Medicaid, welfare, etc…) which Ms. Story and Ms. Fenton kept steadily bombarding me with. It was my impression that Ms. Story and the Court were only concerned with the OP and the sale of our home, **until those matters were completed.** We had not even begun "discovery" yet, as my previous counsel had instructed me about. Nor had Ms. Story filed for a "Motion for Default Judgment", which I was told was required before any "default" judgments could be ordered by the Court. Yet once my home was gone, with me being financially destitute and Ms. Fenton having filed for bankruptcy, **the money was gone**, and down came the gavel to abruptly end it all.

I was planning to file my "Answer and Counter-Complaint for Divorce" next. I planned to use the same basic Counter-Complaint as I filed the time before, in docket:

21

47426, on 10/18/2018. I just needed to change my answers to correspond with Ms. Fenton's latest complaints. I'm pretty sure that Ms. Story and Ms. Fenton expected that, but they never even gave me time to come up for air. I received no advance notice about this whatsoever.

If the Court is willing, I am respectfully seeking the immediate revocation and thorough expungement of any and all traces of any "Orders of Protection" issued in my name, throughout State and Federal resources and databases, in the above referenced case.

Should the court allow, I will seek financial relief, restitution, and support for the financial damages of unjustly losing my home without being afforded any opportunity to save the sum of my entire life's savings, from the following parties for their participation, roles, neglect, misrepresentation, discrimination, actions, inactions, ethical and moral failures, greed, selfishness, harassment, harm, abuse, misuse of power, authority, and professional licenses, bad-faith, and/or malice:

- Ms. Fawn Tiffany Fenton

- Ms. Virginia Lee Story and Story Abernathy & Campbell, PLLP

- Williamson County Tennessee

- Williamson County Chancery Court

- Williamson County Sherriff's Office

- Broker & Auctioneer Tommy Anderson and HND Realty LLC

- Broker & Auctioneer Pat Marlin and McArthur Sanders Real Estate

https://rico.jefffenton.com/evidence/2019-12-08_tn-coa-issues-proposed-to-be-raised-in-appeal.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**With the Court's permission, I would like to re-write my previous answer and counter complaint (filed on 8/29/2019), not to add or subtract content, but to remove duplicity, confusion, and improve the workflow and readability. I would also like to be allowed to submit one Exhibit (EXHIBIT-B) which I did not have time to finish printing, before I had to rush off to Court for a hearing on the morning of the August 29th.**

I know that this introductory statement is long, but this is a very complicated divorce, especially for not having any children. Everything that I state I can back with piles of evidence. My psychotherapist Terry M. Huff used to focus his practice on divorce workshops and told me that this is one of the most complicated divorces which he has been involved with. Ms. Fenton and Ms. Story are trying to reduce our marriage to a narrative of me being a "lazy leach", while she is the "victim". I promise you, **that is not the truth.** We were married for 14 years, and so far, the court hasn't heard a single word (from either side**),** which dates back more than a **few months** before Ms. Fenton abruptly abandoned me, without warning or notice. Surely the other 13 years of our marriage deserve some consideration. Should you truly allow me to present my side of the story, hear, see, and weigh my evidence, yet still find that I am merely as Ms. Fenton claims, then the State of Tennessee and Ms. Fenton shall never be bothered by me again. Please, you be the judges. **I simply ask that you take the time to hear me first.**

Thank you for your consideration, and any help which you can offer.

23

Respectfully submitted,

Jeffrey Ryan Fenton (Pro Se)
17195 Silver Parkway, #150
Fenton, MI  48430

(615) 837-1300

24

This one page summary was written by husband's mother, Marsha Fenton, in an attempt to significantly shorten his response for the court.

My primary reason for submitting this Appeal is because the Williamson County Chancery Court absolutely refused to hear any portion of my testimony. I believe that most of what the court was willing to hear, took place exparte', either behind closed doors or at least beyond my presence and ability to hear, comment, object, or participate. (Because of my disability, my mother highlighted the main concerns on this one-page summary, my own writing follows.) Thank you for your consideration.

The first hearing took place on 8/1/2019:

1. I have a well-documented disability which the court refused to provide assistance for, or acknowledgement of, despite much documentation presented.  The Williamson County ADA Coordinator told me they only provide wheelchairs, for the mobility challenged.
2. The judge did not acknowledge my disability nor ask what assistance I needed.
3. Re: Order of Protection – the judge never looked at my proof (pictures and emails) that proved the complaint was false. My wife had freely returned to our home, invited me to her apartment, and had me care for our dog while she went on vacation to CA.
4. The judge never asked me the validity of any of the accusations made against me. He just approved whatever Ms. Story said – even allowing her to dictate almost verbatim most of the rulings in this case – the judge asked Ms. Story questions about how to proceed???
5. I filed a countermotion on 8/29/2019 with approx. 250 pages of evidence.
6. I was allowed no access to our marital accounts, house payments, property taxes, etc. Per OP I was not allowed to contact Ms. Fenton. I believe the OP was designed to strip me of knowledge and prevent me from reaching out for help, as she fraudulently filed bankruptcy (as I provided proof of). She made $94,000/year plus benefits, and then voluntarily refused to exclude our home.
7. The court terminated my rental income.  They gave me 5-days to get out of my home – sheriffs supervising me as if I was a criminal.  I was only allowed to take meds, toiletries, and some clothing.
8. Had the home gone into foreclosure, I would have had Federal protections as an equal property owner, which I was denied by the chancery court.  I could have continued with my roommates for a season and paid the back payments (with family help), worked (once the incessant court papers stopped appearing) and had my home - my whole life's investments.
9. The home was auctioned (3 bidders) mysteriously for just enough to pay the mortgages with nothing returned to me for all my life's work and investments.  Interestingly, just 1-month later, with only some basic cosmetic work (+/- $15k), the home is up for sale (4-days on the market, over 1000 views on Zillow already) for $300,000 more than the auctioned amount???  Who is friends with whom???
10. In a hearing on 8/1/2019, MS. Story explained to the judge that they prefer NOT to issue a full "Order of Protection" against me as it could harm my employability….
11. The next hearing for the OP was to be on 10/21/2019.  Ms. Story agreed to it being held by phone, as I was rendered homeless by the court and needed to move into my mother's basement in MI.
12. I received NO call.  In the mail, a court order said a full OP was issued (???) and my divorce was final with NO alimony and NO funds for career training (???) and I am responsible for paying Ms. Fenton's attorney fees!?  This cannot be legal!  Discovery hadn't even started, no motion for default was filed…

This is the United States of America.  ALL people are entitled to a fair hearing, regardless of poverty or disability.  Please correct this assault on me………and prevent it from happening to others in this court.

Thank you for your assistance.

**Tennessee**  ▲    ▼    Contact Us

AMERICAN**BAR**ASSOCIATION
Free Legal Answers

Home    Profile    FAQ

CIVIL/CONSTITUTIONAL RIGHTS

**During an Appeal for a Divorce/OP/Forced Sale: Can I obtain Restitution/Award for Malicious Prosecution by Opposing Counsel, County, State?**

Asked on September 9, 2020 at 9:09 AM EDT

**Legal Deadline: Sep 15, 2020 | Description:** COA Appellant Brief is Due (Hoping for Extension)

↩ 2 replies



**Jeffrey R Fenton**

MY QUESTIONS: Will I be potentially allowed to receive a financial award and/or restitution, from some/all of these OTHER parties in my case, as listed above? Or despite the actions of ALL the "bad actors", can I only receive financial damages/awards/restitution from my ex-wife?

WHAT can I do to PROTECT my ex-wife from further HARM (legally, financially, professionally), so not to help substantiate any criminal charges against her, for perjury, bankruptcy fraud, false testimony, etc... Though I have cried foul about that throughout my case, to slow the steam roller...

I hope to use those instances to help PROVE the CREDIBILITY of HER TESTIMONY CIVILLY, but I don't want any CRIMINAL charges brought against her! I especially want to have my record cleared and expunged of any "stalker" claims and Ms. Story's legal straight jacket, the fraudulent OP.

How can I help PROTECT my ex-wife from the POWERFUL FRIENDLY Court and her Counsel from "throwing her under the bus?"

Would I need to bring a separate lawsuit (which isn't financially, mentally, or emotionally an option) against the "bad actors" in my case?

It SEEMS to me, that since I suffered the LOSSES due to their harmful participation in these three related actions, that I could likewise receive a "cure" or become more "whole" (restitution, damages, award, judgment), from those same parties, through this APPEAL of those three related actions. Is that belief accurate? Is there a process for "adding" or "serving" them each? What do I need to KNOW in order to receive any relief?

Lastly, is there any way for me to seek financial relief for my EX-WIFE, from these "bad actors"? Advocating on HER behalf, within this SAME APPEAL? Due to HER significantly heightened damages, which SHE suffered as a result of having MORE POWER than she was either legally allowed or could realistically "handle", without devastating consequences. (It was like allowing a teenager to pilot the Space Shuttle!) There is a responsibility for negligence, by whomever LIFTED her into that seat!

Thank you!



**From the Volunteer Attorney 442**  ← ■ ■ ■ ■

September 23 at 4:35 PM EDT

While we do not fully understand all that occurred in connection with your divorce and possibly other proceedings, it is obvious that you have a very complicated legal history. It also appears that for at least part of the proceedings you were represented by Messrs. Miller and Duke, but with your consent, they withdrew. It does not appear that if you were unhappy with the actions of the trial judge why you have not appealed. If you are not currently represented by counsel, you are fortunate to be located in an area that has other very competent family law attorneys, some of whom may grant an initial low-cost consultation to review your complex history and give you a preliminary recommendation as to any further legal action you should take in light of the actions of the trial court and the lapse of time. Check with friends, family and colleagues for local attorney recommendations.



**From You**

September 24 at 5:


ABSOLUTELY WORTHLESS "ANSWER" WHICH CLOSED MY QUESTION! I SUSPECT BY A "FRIEND" OF "SOMEBODY" :( NO HELP TO BE FOUND!

Thank you for your r...

Actually, I do not have a complex legal history at all. I've never had a single arrest, and I knew absolutely nothing about the Judicial System other than my basic Constitutional Rights as a United States Citizen. I've had no interest in politics, being a social influencer, money, and power. I would actually make quite a happy hermit, leaving the house about once a week to procure groceries and run errands, if the World would only allow me to do that, if I could find a modest and sustainable way to work from home. But here comes the BIG IF: IF the World would respect my property lines, my property ownership, and leave me at peace without encroaching upon either my peaceful enjoyment of my property or try to seize and take away my property ownership (as unfortunately happened in this case), as a result of a failure of Williamson Counties Judicial system, to provide me with equal and due process.

✔ This question is marked as answered and is now closed.

**I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!)**

Jeff Fenton

Mon 10/5/2020 11:32 PM

To:john.coke@tncourts.gov <john.coke@tncourts.gov>
Cc:Jim.Hivner@tncourts.gov <Jim.Hivner@tncourts.gov>

📎 16 attachments (32 MB)

2020-07-08 ADA Request for Modification due to Mental Health (Under Tennessee Judicial Branch Policy 2_07).pdf; 2019-08-29 Hearing at the Old Courthouse - Michael Binkley - Virginia Story - Jeff Fenton (Audio Evidence).mp3; 2019-08-29 Hearing at the Old Courthouse - Michael Binkley - Virginia Story - Jeff Fenton (Transcripts with Times).pdf; 2019-08-29 Hearing at the Old Courthouse - FACT CHECKING EVIDENCE (Error or Crime).pdf; 2018-08-30 Tennessean Article - How Close can Judges be with Lawyers - Story Hosts Vacations with Judges.pdf; 2018-09-24 Tennessean - Binkley Story Follow-up Article.pdf; 2020-09-24 Amended Order of Protection (5-Year).pdf; Strong Man Principle.pdf; FAWNS NOT A VICTIM.pdf; judicial-oath-978-michael-binkley.pdf; 2019-10-10 VS Notice of Filing with Expedited Order to Sell Real Estate and Personal Property (Entered by US Bankruptcy Court on 09-27-2019) 1.pdf; 2019-09-26 Ms Story - Motion to Sell Contents of Marital Residence.pdf; 2019-09-19 Letter Received - Ms Story Threating to Sell and Dispose of MY Personal Property.pdf; 2018-10-27 Fenton Phone Call - Dividing Property and Amicably Selling Home.mp3; 2018-10-27 Fenton Phone Call - Dividing Property and Amicably Selling Home ~ Audio Markers.pdf; The SAME is TRUE with the almighty BINKLEY-STORY Relationship (CAREER KILLER).pdf;

Hello Mr. Coke,

Ms. Story has intentionally exploited my disabilities to harm me repeatedly, even after I've lost my home and everything by default judgments. The attached audio recording is from my 8/29/2019 hearing in Chancery Court, which Chancellor Binkley granted me permission to record.

If you will just take a few minutes and listen to the hearing, while simultaneously fact checking; almost everything they both said in court, was a lie. Simply by comparing the transcripts from both hearings, and the court orders from both hearings, they massively fail to match up. Never mind all the reasons why chancellor Binkley should never hear cases presented by Ms. Story in the first place.

I can't do this through the Tennessee legal system with how corrupt it is, without help, since everybody is related to a Binkley… you even used to be his brother's clerk.

It is not a matter of opinions, there is deeply seeded corruption in Tennessee's legal system. While they keep threatening me further. I just received a notice that the one-year "OP" based upon false testimony and a default judgment was extended for another **five-years,** intentionally exploiting my handicaps to divert me from working on my brief.

**I'm not looking for a penny, they can have everything they stole from me**… about \$250k plus damages… *all I want is all the lies about me being a "stalker" or having "abused" my wife stricken from my record, with the op dropped and expunged* so that I can pass a background check and get a low paying job in Michigan, **without having my civil liberties revoked any longer.**

Otherwise, I have no choice but to go the political and media route next.

There may have been some "gray" areas in what we discussed previously on the phone, but in the attached court evidence, there is no gray. They have litigiously abused and discriminated against me, while robbing me, incessantly!

I'm not sure if I need to contact the FBI next to report judge Michael W. Binkley's **litigious abuse**, in collusion with attorney Virginia Lee Story, in massive violation of my 14th amendment rights to *equal* and *due process*, **by an unbiased tribunal.** You told me that it is your job to protect the interests of the *State of Tennessee*, and the evidence in these transcripts is irrefutable and will definitely add to the reputation of Tennessee being one of the most legally *corrupt* states in the union.

The laws are just fine… the problem is that too many people live above the laws, with reckless abandon.

Sharon G. Lee is about the only person whom I trust within Tennessee's judicial system at the moment, but regretfully after speaking with her office today, she can't hear anything in case this escalates to the TN supreme court. I'll seek relief in federal district court first, to get the heck out of Middle Tennessee. I've done a lot of research, I thought I just didn't have a chance at an unbiased tribunal in Williamson County, but we both know that it goes a lot deeper than that.

There is no "ethics" experts beyond Tennessee's borders who would advise what happened to me on the recordings attached, or for Binkley to ever hear cases presented by Story.

I've been working over a year on this, I have so much documented verifiable evidence, but I can't fit it in a small enough space, due to my disabilities, to have a chance in appellate court. The only reason I was trying to do this through legal channels was because I once thought I would receive some financial relief for the $250k they stole from me, but I know that isn't even possible now, without more legal fees, which I can't afford.

With the evidence I'm showing you here, the court should have provided me with counsel, as "a reasonable accommodation" (for my disabilities). Especially in light of the obvious harm, which at the very least, the court's errors and negligence have caused me. Instead, they refused to even record the court transcripts correctly, to be clearly cited in my brief.

Court isn't where I'm going to find justice. I have no chance in Williamson County. Until people realize how vulnerable they are to corrupt players in our current judicial system, there is no hope. There is nobody citizens can call for protection from a corrupt judge working with a horrifically malicious attorney, like Virginia Lee Story, whom lots of people know is corrupt.

The AOC chooses to turn their heads and say there is nothing wrong with hearing malicious legal arguments by one of your best friends, while the other party has no counsel, and they go string him up in the back alley afterwards, take all his money, and call him crazy for ever trying to tell the truth to anyone!

This is your backyard, not mine. I spent twenty-five of the happiest years of my life in Middle Tennessee. I've never once been arrested or had any problems with the law or justice. Yet after just two 30-minute hearings with chancellor Michael W. Binkley, I swore to never step foot on Tennessee soil again! Unless I must to legally find justice. **That is how badly they intentionally and without restraint wounded me.**

At the very least, this needs to be transferred to the Eastern District of the Court of Appeals, but I don't even know how to do that. At least they have some reputation for prosecuting unethical members of the court.

Can you offer me any help or protection from further actions taken by judge Michael W. Binkley and attorney Virginia Lee Story to cause me further harm? They have robbed me of everything, while forcing me to abandon the state to simply survive, for a roof over my head and food to eat.

I know that your dad used to be a judge. Doesn't doing what's right incite anyone to action anymore, to risk pissing off a powerful person, in the best interests of the public?

There is a whole lot of California money in Cool Springs right now, and if they had any clue that their U.S. Constitutional rights mean **nothing** in Williamson County courts, I think some things would finally start to change around there.

The fake "op" is based upon "unwanted" emails and text messages (decided in hindsight), with **no threat.** Without there ever being any threat. Simply for legal leverage. The second most abused piece of litigation in the United States. Now that I'm 600 miles away, they still need to keep a "noose around my neck". Now for five more years… after violating me more ways than could ever be deemed remotely "legal" or even "reasonable".

They can say that black is white, and red is purple all they want, but they can't refute their own words (in my court transcripts) proving their discrimination, abuse, and collusion against me.

This is a federal case, there are no lawful grounds for their actions.

I honestly hope that you are in a position to help me. I want to move on with my life, but I never can while bad actors hold my constitutional rights hostage. Especially, when done fraudulently, with false testimony. Ms. Story and my ex-wife have lied in every single court filing. Although that requires no stretch of anyone's imagination, for some reason Tennessee never seems capable of performing their own judicial housekeeping.

Here is what it felt like for me, on 8/29/2019, as I stood inside the "Old Williamson County Courthouse" in Franklin:

As if I was an unknown prisoner of war, in a far away, foreign and hostile nation, who refused access to the United Nations, who didn't show any care for my humanitarian rights, let alone my constitutional rights, who refuses to even acknowledge the Geneva Convention. That is how I felt on 8/29/2019, as is recorded on the attached audio recording and court transcript.

Had the State been honest, they would have printed on the Tennessee Welcome Sign, "Welcome to Tennessee, you can keep your guns (probably), but you just left your Constitutional Rights at the state line!"

Never in my life did I have a clue that I was so vulnerable and in imminent danger from a court and the alleged "legal" system, without even being a criminal.

That is shameful!

I attached a PDF named, "Fawn's not a Victim". This is my ex-wife who supposedly needs an "OP" against me because of a few unwanted texts and emails, while living 600 miles away. Every firearm you see is hers, the 5,000 rounds of ammo are hers, the licenses and extensive training is hers… the entire scandal is a hoax made for prime time TV!

I really hope that you can help mitigate my losses from increasing even further in search of justice, accountability, and the restoration of my constitutional rights. I'm ready to send the evidence from my case to anybody who will publish it, because I can't live like this, while I can't obtain a legal cure without help.

Speaking about a "reasonable accommodation" for my ADA… it is not reasonable that I need to not only fight the fraudulent claims by my opposing counsel and my ex-wife, but that I must fight the crimes being committed against me, under the cloak of justice, while being executed and enforced by the Williamson County Sheriff's Office.

Every law abiding, tax paying, Williamson County resident sleeps cluelessly, not knowing they are in danger. On 8/29/2019 Judge Binkley and Virginia Story **violently** woke me up to being homeless without due process.

For every member of the Tennessee BAR who has cast eyes upon this yet fails or refuses to help, their lies culpability for further harm caused me.

**I loved Tennessee before this and hoped to die there** in my beautiful Brentwood home on Sunnyside Drive, backed up to hundreds of acres of protected woodlands, with Owls Hill Nature Sanctuary directly across the street, until I met Binkley and Story.

Now I live in a 700 SqFt basement in Michigan!

Thanks…
Jeff Fenton

4:53    Story: "He said that he was moving September 1st, that is Sunday." **(BOLD face LIE, I NEVER said that!)**

5:00    Jeff:    "that was my tenants move out by then."

5:04    Story: "That is not true, he says he had 45-days AFTER September 1st to move, but that wouldn't even make sense." **(Which is NOT what I said or MEANT!)**

**According to the Judgment on 8/1/2019 (included in "FACT CHECKING EVIDENCE" attachment):**
- My Tenant's had 30-days, from 8/1, to move-out.
- The AUCTION was set to take place within 45-days, from 8/1.
- So there should have been approximately 15-DAYS where I would live in MY HOME BY MYSELF, between the date that my Tenant's were forced to vacate, until the AUCTION was scheduled to take place.
- NEVER did the Court Order on 8/1/2019 require me to vacate my home prior to the sale.
- I was SUPPOSED to be allowed to remain in my HOME, until the SALES proceeds provided me with another place to LIVE!

I had hoped to voluntarily leave a day before the sale, simply so that I wouldn't need to be present during auction, not because I was required to move by any specific date. *(According to the 8/1/2018 Court Order (TR v1, Pages 110-112) ATTACHED.)*

5:28    Story: "So he's got to be out for them to get this place ready to go." **(THIS IS NEW INFORMATION)**

5:38    Story: "I have seen correspondence where he said September 1st **(BOLD face LIE, I NEVER said that!)**, now he is saying he can't, so I would suggest September 3rd, which is next Tuesday, and"

5:50    Story: "I would like the Order to reflect, that the Williamson County Sheriff's Department will accompany him, and at this point, off the property."

6:00    Story: "I don't think that he needs to take any property."

https://rico.jefffenton.com/evidence/2020-10-05_report-ada-abuse-misconduct-to-coke-hivner.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

6:04    Story: "What he did your honor, we in this response he filed, they had a tv... a sony tv... he now tells me in this response, that he sold it for $1,000. (The TV was MARITAL PROPERTY, but it was "negotiable" (as proven in the attached phone call with Fawn), yet NOTHING HAPPENED DURING THE STATUORY INJUNCTION, WHICH STORY KNEW (see my email with her afterwards), yet she INTENTIONALLY DECEIVED THE JUDGE TO HARM ME! **That is TEXT BOOK PERJURY!**)

JUST FYI... in the END, I retrieved the TV and LEFT it as a GIFT for Ms. Fenton, not because I had any LEGAL duty to do so, but simply as a KISS ON THE CHEEK! *(PHOTO)*

6:21    Story: "and then the other thing, there was a dehumidifier in the basement, that was like a $2500 - $3500 dehumidifier for moisture, he sold that." (I had Ms. Fenton's PERMISSION TO TAKE THE DEHUMIDIFIER, WHICH WAS A FREE-STANDING UNIT THAT WAS NEVER ATTACHED TO THE HOUSE, hence it remained PERSONAL PROPERTY. While Ms. Fenton and I had previously DECIDED that I was to keep it to take to my MOTHER'S house! (Proven in the 2018-10-27 Fenton Phone Call – attached.) Plus, the unit was paid for using MY CREDIT, for which I STILL OWE some of the DEBT!)

Even if Ms. Story HAD no knowledge of this, she was still INTENTIONALLY DECEIVING THE COURT, because it was NOT on Ms. Fenton's LIST of personal property which she wanted, PLUS MS. Story already acknowledged at the TOP of **Wife's Petition for Divorce**, that **"IV. Plaintiff would show that the parties have no assets other than personal property which has been divided with the exception of a few items. Husband and Wife have lived separately since April 2018."** WHICH I CONSTANTLY reminded Ms. Story about, yet she didn't care, while SOMEHOW all the Personal Property remaining in OUR HOME (ALL ADMITTEDLY MINE - EXCEPT FOR ABOUT 6-ITEMS) was somehow CONVERTED back into MARITAL PROPERTY, and ordered to be AUCTIONED WITH THE HOME as part of the MARITAL ESTATE. (This was PURE LEGAL BULLYING!)

6:33    Story: "So if you let him, take anything out, at this point, it is going to be sold, and he's dissipating marital assets, which would be in violation of the restraining order." **(Pure PERJURY for reasons stated above!)**

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300

Relayed: I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!)

Microsoft Outlook <postmaster@outlook.com>

Mon 10/5/2020 11:13 PM

To:john.coke@tncourts.gov <john.coke@tncourts.gov>

📎 1 attachments (28 KB)

I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!) ;

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

john.coke@tncourts.gov (john.coke@tncourts.gov)

Subject: I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!)

**Relayed: I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!)**

Microsoft Outlook <postmaster@outlook.com>
Mon 10/5/2020 11:33 PM

To:john.coke@tncourts.gov <john.coke@tncourts.gov>;Jim.Hivner@tncourts.gov <Jim.Hivner@tncourts.gov>

📎 1 attachments (27 KB)

I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!) ;

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

john.coke@tncourts.gov (john.coke@tncourts.gov)

Jim.Hivner@tncourts.gov (Jim.Hivner@tncourts.gov)

Subject: I'm at fear for my SAFETY and that of my MOTHER (who has an immune disorder) from the unaccountable actions of Judge Michael W. Binkley and Attorney Virginia Lee Story (Definitive Evidence Attached - Listen and Fact Check PLEASE!)

**Jeff Fenton**

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Wednesday, October 7, 2020 1:59 PM |
| **To:** | Tommy Anderson; pmarlin@mcarthursanders.com |
| **Cc:** | sam@banktitle.com; kim murray |
| **Subject:** | 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION) |
| **Attachments:** | 2018-08-30 Tennessean Article - How Close can Judges be with Lawyers - Story Hosts Vacations with Judges.pdf; 2018-09-24 Tennessean - Judge Binkley says Nothings Wrong with Boat Trips he Takes with Lawyers (Ms Story).pdf |

Hello Mr. Anderson and Mr. Marlin,

Will you please send me a copy of the fully executed HUD-1 Settlement statement, for the auction/sale of my home at 1986 Sunnyside Drive, Brentwood, TN 37027? Along with a copy of the fully executed Listing Agreement? (Chancery Court says that they have neither of these on file, so I need to obtain them from one of you.)

I need those documents for my records. I also believe that I saw a charge which was $1500 higher than I expected on a preliminary HUD, but it wasn't executed yet, and I know how often last minute corrections get made to the HUD, so without the fully executed final document, I need verification.

Additionally, can you please provide me with information about what happened to the items listed below, which mysteriously disappeared between the time when I turned over possession of my home to you and when I returned to pickup my stuff. I had about $10,000 worth of MY personal property disappear. Some of it I had specified was ok to sell, but I never received any information or itemization about any of it selling, nor a penny of the proceeds from any sale. According to Chancellor Binkley's Court Order, all of the proceeds from both the home and any personal property sold were supposed to be deposited with the Williamson County Chancery Court Clerk and Master's Office, though they told me that they don't have any records of ever receiving any monies related to the sale of our home or any part of our estate.

Some of it I had specifically notified you not to sell, and one piece of furniture was even tagged with one of my stickers saying "HUSBAND KEEPS" with a catalog number on it. Since per the court order on 8/29/2019 by Chancellor Binkley, nothing would be sold that I wanted to keep, stating furthermore that any monies received for anything sold would be deposited with the Williamson County Chancery Clerk and Master's Office, to be held by the court until our divorce was finalized. That raises some significant concerns about theft and the potential for unethical actions by one of the parties entrusted with access to our home, from the time when I was forced to leave by court order until I was allowed to retrun to pickup what was left of my personal property. The parties whom were responsible for the property and the contents thereof, during this period were yourselves and Ms. Story. Ms Fenton may have also had access, but should not have removed anything beyond what she had listed and provided me notice of through Ms. Story, in addition to the pool table and ping-pong table.

1

One item which went missing was my $5k Fort Knox Gun Vault, which was bolted through the floor, and someone took slate pieces from inside our garage to wedge beneath the wood steps on our deck to remove. Having had this safe moved twice in the past, I know that only a properly equipped professional could have moved such an item. Not seeing any signs of forced entry, surely you know what became of my Fort Knox Gun Vault. If not, that certainly brings the integrity of your company(s) into question, while adding criminal theft charges to the list of crimes which took place during the forced sale of my home.

### The following items, which I owned, went missing from my home during the "auctioning" period:

- Brand New Treadmill ($1,200 unit used less than a dozen times)
- Heavy-Duty Reclining Weight Bench & Leg Press, with Safety Catches, Two Full-Size 45lb Olympic Bars, Olympic Curl Bar, and Set of Olympic Dumbbells. Along with approximately 300lbs of Olympic Weights and Weight Rack
- Tan Sofa in the front Living Room
- Large matching Tan Chair (or Love Seat) in the front Living Room
- End Table with Tile top and Wood Frame
- Four-Leaf Solid Wood Bedroom Privacy Screen – tagged as "HUSBAND KEEPS". Cataloged as "Item #007". (Which I had purchased within the prior 2-3 months, and certainly could never have been claimed as "marital property".)
- Fort Knox Guardian Gun Vault:  Regarding the Gun Vault, this is a high-end gun vault, not something you can find at Bass Pro Shops or Academy Sports. It has twice as much steel in it, hence it weighs twice as much (and costs twice as much). The brand is Fort Knox (Guardian Series) https://www.ftknox.com/vaults/guardian-vault/. They are only available by special order, through a safe company. I recommend "The Safe House", if you need to move it. The vault had every upgrade available, at the time of purchase. It retails for around $5k, weighs 1,200 lbs, and is bolted to the floor. (Surely no one "walked-off" with this without being noticed!)
- I have the serial numbers for the Gun Vault along with extensive photographic evidence of each item, should that be required.

I want to give you an opportunity to answer for what happened to these items, before I start making accusations publicly or legally. I will need a response within the week though, due to my current deadlines set by the Tennessee Court of Appeals. If you have any knowledge about what became of any of these, if Ms. Fenton or Ms. Story took or sold them, if you took or sold them, if you have any knowledge about what any of them were sold for or to whom, as well as what became of those funds, I would greatly appreciate you providing me with that information.

Please send me this information as soon as you can, I've been asking you for nearly a year now (for the fully executed HUD-1) without a response from you. I can think of no other reasons than professional negligence, theft, collusion, or some other sort of foul-play to deny me this information about what happened with my own property, while in your care.

https://rico.jefffenton.com/evidence/2020-10-07_requested-hud-docs-from-auctioneers-title-co.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

As this case is currently being looked at by the Tennessee Court of Appeals, including the potential charges of collusion, bias, discrimination, abuse of process, error, perjury by Ms. Story, violation of the Americans with Disabilities Act by both the court and Ms. Story, along with the Tennessee counterpart for that act. Further violating my 14th Amendment Constitutional Rights to Equal and Due Process by a fair and unbiased tribunal, along with a slew of Federal charges, despite what either of those parties have told you, you all have a legal and ethical obligation to me, as licensed professional brokers, auctioneers, attorney(s), and paralegal, hired to sell my home, to provide me with the information requested.

Furthermore, your loyalties to Ms. Story in this matter over myself, while selling my home, from which you were both paid very well for very little work, brings up serious concerns about your complicity in the illegal charges against her. Including any potential collusion charges, in addition to having stalked and harassed me (and my mother) at the bequest of Ms. Story, playing the role of an "enforcer" when you had no legal right. Williamson County Sherriff's Office is fully capable of enforcing any legal actions necessary.

Despite whatever Ms. Story or Judge Binkley have told you in an effort to deny me any information which I am legally entitled to, or your loyalties to them for future work, the exposure of this case is about to go public with official charges filed with both the TBI and the FBI, seeking Federal indictments to hold those parties accountable for refusing to live under the same laws which they have been entrusted to defend, serve under, and administer.

I know, I'm just a little tiny fish in the pond, which nobody cares about. However, as a result of having lost everything in my life within just two 30-minute trials, which I have full legal documentation, audio recordings, and transcripts of, along with the subsequent court orders, it is extremely simple to prove the laws which were broken here. It is not a matter of "my word" against "Ms. Story's word" or even against "Judge Binkley's word". My entire case can be proven with just a few documents, which are all in their own words. By comparing their own court orders and legally recorded court testimony, between the two hearings. They not only fail to match-up, but they reveal significant error, bias, discrimination, perjury by Ms. Story, and the list goes on… including the federally unconstitutional violations of my rights as well as the ADA laws, which will get this case out of the Middle Tennessee Court System (nationally renowned for corruption) and into Federal District Court if need be to find justice! While not only proving the failure to show care or consideration for the ADA laws, but for intentionally exploiting, targeting, harming, and abusing me in the exact areas of my disabilities.

Should you continue to deny me this information, then I will be forced to expose and include you both, along with Bank Title (whom I've twice requested the documents myself without response), in any charges made, whether to state or federal government agencies, and/or the media, who have already published pieces in the past about the unethical compromise to the public which the "Binkley/Story Effect" has.

All that I want is what I am legally due. I regret that it requires this sort of demanding tone in order to receive the slightest ethical consideration. If none of you can provide me with this information, regarding the sale of my home, despite your professional licenses, your oaths of office, and your responsibilities and obligations therein, then I believe that your actions are corrupt, complicit in crime, while the public needs to know, along with you each deserving the ethical, financial, criminal penalties which you each incur.

Sincerely,

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426

**Phone:** (615) 837-1300

---

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Wednesday, October 9, 2019 6:41:54 PM
**To:** Jeff Fenton <jeff.fenton@live.com>
**Subject:** Re: Closing | Utilities | Fully-Executed Settlement Statement

Yes Fawn received all electronics and got them in her possession. I will have title company send you everything upon closing completion.
Sincerely,


**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 1:54 PM
**To:** Virginia Story <virginia@tnlaw.org>
**Cc:** Jeff Fenton <Jeff@Meticulous.tech>; Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Subject:** Re: Fenton v. Fenton

Jeff will be out by tonight. I just went by & met him & his mother at Sunny Side.
Tommy

On Sunday, October 6, 2019, Tommy Anderson <tom@tommyanderson.us> wrote:

Jeff my friend,
I will be coming by today after my son's bball game. I hope to see you gone by then, or other measures, not to your liking will be enforced. Time to move on.
Tommy Anderson

On Saturday, October 5, 2019, Tommy Anderson <tom@tommyanderson.us> wrote:

Thank you Jeff for leaving with your possesions today. We drove by & you were headed out the driveway.
Sincerely,
Tommy Anderson

On Saturday, October 5, 2019, Tommy Anderson <tom@tommyanderson.us> wrote:

Jeff,

4

Checking in to see if you will be vacated 1986 Sunny Side by 5pm today Saturday October 5, 2019.
Sincerely,
Tommy Anderson

On Friday, October 4, 2019, Virginia Story <virginia@tnlaw.org> wrote:

Jeff,

Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.

Thanks,

Virginia



Story
Abernathy
& Campbell
PLLP : AN ASSOCIATION OF ATTORNEYS

*Virginia Lee Story*

*Attorney at Law*

*136 Fourth Avenue South*

*Franklin, TN 37064*

*(615) 790-1778*

*(615) 790-7468 fax*

*Virginia@tnlaw.org*

*\*\*Note\*\*    This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail or the information contained in it is strictly prohibited. If you have received this e-mail in error, please immediately notify the person named above at once by telephone. Thank you.*

5

## Relayed: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

Microsoft Outlook <postmaster@outlook.com>
Wed 10/7/2020 1:59 PM
To:Tommy Anderson <tom@tommyanderson.us>

📎 1 attachments (25 KB)
1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION) ;

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tommy Anderson (tom@tommyanderson.us)

Subject: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

**Relayed: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)**

Microsoft Outlook <postmaster@outlook.com>
Wed 10/7/2020 1:59 PM
To:pmarlin@mcarthursanders.com <pmarlin@mcarthursanders.com>

📎 1 attachments (25 KB)
1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION) ;

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

pmarlin@mcarthursanders.com (pmarlin@mcarthursanders.com)

Subject: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

## Delivered: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

postmaster@banktitle.com <postmaster@banktitle.com>

Wed 10/7/2020 1:59 PM

To:sam@banktitle.com <sam@banktitle.com>

📎 1 attachments (56 KB)

1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION) ;

### Your message has been delivered to the following recipients:

sam@banktitle.com (sam@banktitle.com)

Subject: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

## Delivered: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

postmaster@banktitle.com <postmaster@banktitle.com>
Wed 10/7/2020 1:59 PM
To:kim murray <kim@banktitle.com>

📎 1 attachments (56 KB)
1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION) ;

## Your message has been delivered to the following recipients:

kim murray (kim@banktitle.com)

Subject: 1986 Sunnyside Drive, Brentwood, Tennessee, 37027 (SOLD BY AUCTION)

Emails show Williamson County judge, lawyer planned vacation together

# Tennessean.

**WILLIAMSON**

# How close can judges be with lawyers? Emails including Williamson Co. judge raise questions

**Elaina Sauber** The Tennessean
Published 5:00 a.m. CT Aug. 30, 2018

Williamson County Judge Michael Binkley sent an email to his wife in April 2016 to let her know a weekend lake trip organized for several judges and attorneys had been rescheduled to ensure the couple could attend.

"Looks like they made the lake party the second weekend so that you and I could be there. Very nice!! Put it on your calendar," Binkley wrote.

But the attorney who invited Binkley also had an active case before the judge in circuit court.

Three days before Binkley sent that email, the plaintiffs in a case he was overseeing, Sam and Shannon Clemmons, filed a motion asking the judge to recuse himself. Binkley later denied the motion.

One of the defense attorneys in the Clemmons' case, Virginia Story, invited Binkley, as well as his brother, Davidson County Judge Joe Binkley, on weekend trips in August 2015 and August 2016 featuring a houseboat, a lake house and dinners, according to emails obtained by USA TODAY NETWORK - Tennessee.

The Tennessee Administrative Office of the Courts refused to provide any emails about the trips, which were sent to or from judges' government-issued email addresses, claiming that the emails were not subject to inspection. This was in spite of the fact that the administrative office had previously produced some of those emails to another public records requester. The administrative office was specifically asked for those already-produced emails, but refused.

The lake trip emails sparked questions by the Clemmonses about whether judges can remain fair and impartial when presiding over cases while simultaneously vacationing with

https://rico.jefffenton.com/evidence/2020-10-07_requested-hud-docs-from-auctioneers-title-co.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Emails show Williamson County judge, lawyer planned vacation together

attorneys in those cases.

Attorney James Oglesby, who said he's attended the trips in past years, said they are held at Center Hill Lake, and confirmed Story — the defense attorney in the Clemmons' case — hosts them.

The emails didn't raise concerns for the Tennessee Board of Judicial Conduct, which is the state's sole authority for investigating and reprimanding sitting judges who violate judicial conduct rules.

In a letter sent to the Clemmonses in March, responding to their 144-page complaint about Binkley, board chair and Judge Chris Craft noted that proof of a judge's ethics violation must be "clear and convincing."

"The investigative panel did not feel such a burden could be met in this case," Craft wrote.

The complaint was dismissed.

Binkley did not return a request for comment.

## 'You're going to get yourself into trouble'

It's unrealistic to expect a person to relinquish all their personal relationships with fellow attorneys once they become a judge, said Charles Geyh, an Indiana University law professor and expert in legal and judicial ethics.

But judges should be careful, Geyh said, if activities go beyond a casual lunch or social event.

Judges should never preside over cases when they're close friends with any of the attorneys involved, Geyh said.

"You start vacationing with people, and you're going to get yourself into trouble," he said. "It's not cool if it reaches the point of creating the perception that there are lawyers who have special access (to the judge)."

Tennessee judges must recuse themselves from presiding over cases in which their impartiality might "reasonably" be questioned, according to the state code of judicial conduct.

"People with whom you socialize actively, vacation with, enter business relationships with - there's nothing wrong with continuing to do that after (you become) a judge," Geyh said. "You just can't hear cases in which those lawyers make appearances before you."

Emails show Williamson County judge, lawyer planned vacation together

## 'Just something you do'

It's unclear how many attorneys and judges were invited to or attended the boating trips in 2015 and 2016. One email from Story about the 2015 trip was sent to Michael Binkley, Joe Binkley, Williamson County Judge Joseph Woodruff, and more than a dozen Williamson County attorneys.

Some attorneys who were included in the emails and contacted by The Tennessean for comment said they didn't think judges and attorneys vacationing together was an issue.

"I don't think it's any business the public needs to have. It's just something you do," said Lori Thomas Reid, a Franklin family law attorney who was included on one of the emails.

Attorney Michael Fort said the trips are harmless and likened them to events held by the Tennessee Bar Association or American Inns of Court, an organization comprised of local chapters of lawyers, judges and other legal professionals.

"I don't understand the concern about it," he said.

It's common for lawyers' families to accompany them on the trips, Fort said.

"It's not a place for conversation on cases. You've got kids running around and swimming and (water) skiing," he said. "It's a place to let that guard down a little bit and personalize everybody."

Oglesby echoed those sentiments, saying the trips are "purely a social thing."

Story did not return a call for comment.

## Judges required to report some gifts

When a judge won't recuse themselves from a case, it's rare for higher courts to overrule them, said Richard Flamm, a California-based attorney who has published books on judicial and lawyer disqualification.

"When it comes to disqualifying judges, there never seems to be enough of a reason," Flamm said. "There's very little case law you can find when moving to disqualify a judge."

It's unclear whether attorneys paid for any of Judge Michael Binkley's expenses on the 2016 lake trip. If they did, that could prove problematic.

Emails show Williamson County judge, lawyer planned vacation together

"If the attorney inviting the judge is paying for the lodging and the judge's meals, then the judge is accepting gifts of more than ordinary social hospitality," Flamm said. "That's improper."

Tennessee judges are required to report to the Administrative Office of the Courts certain gifts they receive from outside parties, including attorneys.

For example, a judge must report gifts valued at more than $250. A judge must also report money received from "extrajudicial activities," such as giving a lecture or speech.

Binkley reported that he didn't receive any gifts in 2016 or 2017, according to public compensation reports filed with the Administrative Office of the Courts.

Rule 10 of the Code of Judicial Conduct says judges may accept "ordinary social hospitality," but does not elaborate on what that includes.

In other states, judges cannot accept gifts or go on paid trips with attorneys who are involved in a case over which those judges are presiding.

Louisiana judge Robin Free accepted an all-expenses-paid trip on a private jet to a Texas ranch in 2010 that was organized and paid for by attorneys with a personal injury case before the judge at the time.

Four years later, the Louisiana Supreme Court determined Free had violated its code of judicial conduct, and suspended him for 30 days without pay and imposed a $7,000 fine, according to Reveal News, with the Center for Investigative Reporting.

In May, county court judge Maria Ortiz in Miami, Fla., agreed to pay a $5,000 fine for failing to report free hotel stays and gifts she and her husband received, according to the Miami Herald. Florida judges are required to report all gifts that could give the public reason to question their impartiality.

*Reach Elaina Sauber at esauber@tennessean.com, 615-571-1172 or follow @ElainaSauber on Twitter.*

# THE TENNESSEAN

**WILLIAMSON**

# Williamson County judge says there's nothing wrong with boat trips he takes with lawyers



**Elaina Sauber**
The Tennessean

Published 6:00 a.m. CT Sept. 24, 2018

A Williamson County judge said he isn't doing anything wrong when he takes boat trips with lawyers, and he denied an attorney's emergency motion for time to try to learn more about the trips.

Judge Michael Binkley confirmed in emails obtained by the USA TODAY NETWORK - Tennessee that he would attend a three-day lake trip in 2016 with several attorneys, including one who had an active case before him at the time.

**More:** How close can judges be with lawyers? Emails including Williamson Co. judge raise questions

"If the public is as smart as everybody says they are, most people who have any common sense are going to say, 'What is wrong with judges and lawyers having fun together?' Nothing," Binkley said during an open court hearing on Aug. 30, the same day the USA TODAY NETWORK - Tennessee published a story about the Center Hill Lake trips.

Binkley, who didn't respond to a request for comment before that story published, said at the hearing he looks forward to the boat trips each year.

Virginia Story, the attorney who invited Binkley on the trip in 2016, had an active case before the judge in circuit court, which sparked questions about whether judges can remain fair and impartial when presiding over cases while simultaneously vacationing with attorneys in those cases.

Judge says nothing wrong with boat trips he takes with lawyers

Story, who attended the hearing where Binkley discussed the trips, said they were "benign."

"They are absolutely a blast," Binkley said. "I am with my friends, who are lawyers. Some family members are there. We all, I think would agree 110 percent, have some of the best times we've ever had. It is so much fun.

"I pay for my own gas. I pay for my — whatever I pay for," Binkley said.

Binkley addressed the trips after attorney Connie Reguli filed an emergency motion to suspend the proceedings in a case involving her client, Sam Clemmons, until they could complete an open records request into the emails to learn the extent of the trips.

The judge denied that motion.

He stressed that there's nothing wrong with lawyers and judges having a good time outside of work, "as long as you're not doing anything improper."

"People can assume whatever they want to. That's their business. But we're not so stupid, irresponsible or violating rules and getting special treatment out on a lake house boat, where you're all sitting around having a good time," Binkley said.

Story, who represents the defendants in Clemmons' case, said the trips at Center Hill Lake are only one day, despite emails that show the trips spanned three days, from Friday through Sunday.

"I don't know of any other profession that has to (argue against) each other every day in court and be adversaries, and fight for your clients zealously, but then we expect them to go out and go to bar functions and seminars, and sit across the aisle from each other and be friends," Story said.

"There's no way you can do that unless you have a mutual respect for each other. Respect for the way that you represent your client, and respect for the way that you carry on your family life."

*Reach Elaina Sauber at esauber@tennessean.com, 615-571-1172 or follow @ElainaSauber on Twitter.*



ATTORNEY LOGIN

**Board of Professional Responsibility**
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

**The Board of Professional Responsibility is operating remotely.**

**For informal ethics inquiries, please enter your inquiry online using the informal inquiry form.**
**Ethics Counsel will be receiving informal ethics inquiries online only.**

# The Board of Professional Responsibility will be closed on Thursday, December 31 and Friday, January 1.

Your complaint has been successfully submitted. Please note that your complaint cannot be processed until documents reflecting the attorney's representation and/or documents supporting your complaint are received by the Board within the next 30 days.

// **For The Public** // File a Complaint

Attorneys who violate the Rules of Professional Conduct are subject to discipline, which could mean suspension of the right to practice law, or even disbarment.

All lawyers, however, are not of equal abilities. Some are more capable than others and sometimes they make mistakes. A lawyer may lose the trust and confidence of a client for various reasons. In some cases this may result from unethical conduct. In other cases, grounds for discipline may not exist because the lawyer may not have violated the Rules of Professional Conduct.

Disciplining a lawyer requires evidence - proof of misconduct - to justify disciplinary action. Likewise, the action of the lawyer must constitute misconduct. An honest disagreement about how a case should have been handled does not constitute misconduct, even if the outcome of the case is disappointing.

A mistake alone does not constitute misconduct. Like all others, lawyers make mistakes. If a mistake causes a loss, the client may be able to recover the loss in a law suit against the lawyer. But a mistake or error in judgment by itself is not misconduct.

If you have a problem of inadequate communication - lack of sufficient agreement or some misunderstanding - it may be the problem can best be resolved by a frank talk with the lawyer. The Board's Consumer Assistance Program may also be helpful in resolving misunderstandings with your attorney.

If your efforts have not satisfactorily resolved your concerns, complete and submit the **"Online Complaint Form"** below. Alternatively, CLICK HERE to print a blank copy of the complaint form.

- **For alleged ethical violations of a serious nature, check, "I am submitting this form as a formal complaint."**
- **For concerns which do not rise to the level of serious ethical violations, check, "I am submitting this form as an informal request for assistance."**

# Complaint Form

## Q Lookup Lawyer

Type any part of the name or BPR number (minimum 3 characters)

Date of first contact with Lawyer

yyyy/mm/dd

Date of last contact with Lawyer

yyyy/mm/dd

https://rico.jefffenton.com/evidence/2020-12-29_tnsc-bpr-complaint-against-story-binkley-etc.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Board of Professional Responsibility

### of the Supreme Court of Tennessee

## CONSUMER ASSISTANCE PROGRAM

Beverly P. Sharpe, Counsel
Director of Consumer Assistance

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
TELEPHONE: (615) 361-7500
FAX: (615) 367-2480
E-MAIL: cap@tbpr.org
WEBSITE: www.tbpr.org

January 29, 2021

Jeffrey Fenton
17195 Silver Pkwy #150
Fenton, MI 48430-3496

RE:    Complaint Number: 66373c-6
       Attorney: Virginia Lee Story

Dear Mr Fenton,

We reviewed your letter and materials about the opposing counsel. We are sorry to hear of the difficulties you have experienced.

You said your divorce was handled unfairly and based on misinformation. You have recently filed an appeal. If the appeal decision by the court indicates that the opposing counsel acted improperly, please send us a copy of the decision and a letter of explanation to review for possible attorney ethical violations. Our office is not a court with the authority to change any order or decision of a court, including any Order of Protection or divorce decree. We are not permitted to represent individuals and so cannot assist with your appeal.

You mentioned crimes. Our office does not prosecute crime. Any crime should be discussed with law enforcement or the local district attorney's office where the crime occurred. If any attorney is indicted for crime or fraud is found by any court, please write us with that information for our further review.

You appear to need prompt legal advice. Please see the enclosures in searching for representation, for sources of free or low cost legal services or self-help information. We hope this information is helpful. Please reference your CAP number above when writing our office about this attorney. Thank you for your assistance.

Sincerely,

Beverly P. Sharpe, Counsel
Director of Consumer Assistance

Enclosure:    Lawyer Referral Services Brochure
              TALS Brochure

BPS mt



# CONSUMER ASSISTANCE PROGRAM

## BOARD OF PROFESSIONAL RESPONSIBILITY

**of the**

### SUPREME COURT OF TENNESSEE

## LAWYER REFERRAL SERVICES

Our office is not permitted to refer, recommend, appoint or assign attorneys. We have no authority to give specific legal advice or represent individuals. Please seek independent legal advice promptly to avoid missing any deadlines.

To assist you in locating an attorney, a list of Lawyer Referral Services (LRS) in Tennessee is provided. Generally, a half hour appointment is set to consult with the lawyer for a small fee, not the usual hourly rate, before hiring the attorney. To avoid misunderstandings when hiring any attorney, obtain a written fee agreement at the first conference.

**Chattanooga Bar Association**
801 Broad St Ste 420
Chattanooga, TN 37402
Phone: (423)756-3222
Website: www.chattbar.org
Serving: Hamilton, Bradley, Rhea
Counties and Southeast Tennessee

**Nashville Bar Association**
150 Fourth Ave N Ste 1050
Nashville, TN 37219
Phone: (615)242-6546
(888)577-1939 (toll free)
Website: www.nashvillelawyerreferral.org
Serving: Davidson County and Middle
Tennessee

**Knoxville Bar Association**
PO Box 2027
Knoxville, TN 37901-2027
Phone: (865)522-6522
Website: www.knoxbar.org
Serving: Knox County and East Tennessee

**Memphis Bar Association**
145 Court Ave Ste 301
Memphis, TN 38103
**Directory only**, not referral
Phone: (901)527-3573
Website: www.memphisbar.org
Serving: Memphis & Midsouth Tennessee

**Other resources to find qualified attorneys or legal assistance:**
www.tba.org/info/find-an-attorney
www.justiceforalltn.com
www.HELP4TN.org   1-844-Help4TN (1-844-435-7486)
www.lawsearchpro.com

Martindale-Hubbell www.martindale.com 1-800-526-4902 is not a "Referral Service" but is an Online Attorney Directory to assist in locating an attorney. Search for an attorney by location and type of practice. If you do not have access to a computer, a printed directory can usually be found at local public libraries in the reference section.

Revised 2020



# CONSUMER ASSISTANCE PROGRAM

## BOARD OF PROFESSIONAL RESPONSIBILITY

of the

### SUPREME COURT OF TENNESSEE

## TENNESSEE ALLIANCE FOR LEGAL SERVICES
www.tals.org

## Help4TN

**A toll-free phone line offering free legal information and referrals to assist Tennesseans in finding resources to deal with civil legal issues.**

- By telephone, dial 1-844-HELP4TN (1-844-435-7486)
- Talk to an experienced Tennessee attorney for free legal advice and referrals.

**A web portal designed to provide Tennesseans with a broad range of legal and social services resources in a one-stop venue.**

- Visit the website www.help4tn.org
- Email legal questions, see court forms, watch videos about legal issues and more.

## Free Legal Answers

**Users are provided online advice and counsel about civil legal issues from a volunteer attorney at no cost. An easy–to-use, web-based pro bono clinic for low-income persons. Users can post questions about their civil legal needs and receive basic legal information and advice from attorneys.**

- See if you quality by visiting www.tn.freelegalanswers.org
- Sign in to ask a legal question on the website
- An attorney will reply to you on the website
- You'll receive an email when your question is answered

## Justice For All - A Tennessee Supreme Court Initiative

**Users who cannot afford a lawyer and need legal help in civil cases, may find a lawyer or agency to help with all or part of a civil legal issue, or find information to better understand what is needed to represent yourself in civil legal matter.**

- Visit the website www.justiceforalltn.com

## Jeff Fenton

| | |
|---|---|
| **From:** | Jeff Fenton |
| **Sent:** | Monday, February 22, 2021 8:04 AM |
| **To:** | Sandy Garrett |
| **Subject:** | RE: Virginia Lee Story | PLEASE DO NOT FORWARD TO CAP | Batch 1 of 2 |
| **Attachments:** | 2019-08-22 SMOKING GUN #1 - FACT CHECKING PROOF of PERJURY (compare with audio).pdf; APPLICABLE - RULES OF PROFESSIONAL CONDUCT.pdf; 2020-12-29 Narrative of BPR Complaint against Attorney Virginia Lee Story.txt |

**Importance:**     High

Hello Ms. Garrett,

I'm extremely disappointed that though I selected on your website the check-box specifing "I AM SUBMITTING THIS FORM AS A FORMAL COMPLAINT" (not an "Informal Request for Assistance"), that my complaint was still forwarded to your CAP Division (Consumer Assistance Program).

Regardless of what their last names are, if they refuse to live and function under the RULE OF LAW, then they have no place in being trusted "Members of the Court", or certainly in administering justice! I've never even been arrested, and I lost everything in my life, including my $500k Brentwood home (now worth over $800k), for ZERO dollars. While being rendered literally homeless and destitute, without so much as DUE PROCESS! All in just 30 minutes of the Court's time!

While Chancellor Binkley didn't question a WORD spoken by Attorney Story, while I was deprived of my rights, my beautiful Brentwood home, and all of my real property, "under color of law"! **There was no truth to be found in any of it!**

I completely understand the scope of the work and professional responsibility held by the "Board of Professional Responsibility". From what I understand, no court can discipline, suspend, and disbar an attorney for misconduct, except for your organization! Which is exactly why I have gone through great efforts to contact you and provide you with nearly 500 pages of documented evidence of grossly unethical behavior and misconduct on the part of Attorney Virginia Lee Story, as well as a number of other members of the Tennessee BAR.

As stated on your website:

> "Attorneys who violate the Rules of Professional Conduct are subject to discipline, which could mean suspension of the right to practice law, or even disbarment."

This is exactly what I expected in contacting your organization, my other needs will be sought elsewhere. It has been a tremendous undertaking, to even attempt to challenge these high profile individuals, who live as though they are "ABOVE THE LAW". Which I expect is some of the apprehensions in your BOARD holding them "Accountable" to the Tennessee Rules of Professional Conduct, but that is exactly what I need from you please!

As also instructed on your website:

## **For alleged ethical violations of a serious nature, check, <u>"I am submitting this form as a formal complaint."</u>**

Hence on my complaint form, I specifically selected **"I am submitting this form as a formal complaint."** (Not to be forwarded to CAP, with a few meaningless fliers mailed to me, marking my complaint "no further action" until a court of law rules.)

**Please remove this case from the CAP division.** All that they did was mail me several pages on free legal services within the State of Tennessee, all of which I exhausted over a year ago.

I understand the roles of the DA, the AG, the FBI, the TBI, the COA, the AOC, and the Supreme Court. I also understand the role of the BJC, where I've spoken with Shane A. Hutton, "Assistant Disciplinary Counsel" in regards to my complaint against Judge Michael W. Binkley. As for my ETHICAL COMPLAINTS regarding LAWYERS within the State of Tennessee, I am told that the BPR is the one and only entity, board, authority, appointed, funded, and responsible for that! Which is exactly why I filed my complaint form on your website, and hope that your organization will immediately launch an investigation into the mountain of horrendous, abusive, cruel, and downright inhumane ethical violations which I have and shall continue to provide you with evidence of, in my case alone.

Below are a few of the brazen violations by Attorney Virginia Lee Story during my case:

- Rule 1.2 - SCOPE OF REPRESENTATION
- Rule 1.6 - CONFIDENTIALITY OF INFORMATION
- Rule 3.3 - Candor Toward the Tribunal
- Rule 3.4 - Fairness to Opposing Party and Counsel
- Rule 3.5 - Impartiality and Decorum of The Tribunal
- Rule 4.1 - Truthfulness in Statements to Others
- Rule 8.3 - REPORTING PROFESSIONAL MISCONDUCT
- Rule 8.4 – MISCONDUCT

### That is what happens when CORRUPT BUDDIES are allowed to continue to operate <u>above the law</u>!

Please do your very best to ensure that adequate (impartial) resources are allocated to investigating my claims and taking ACTION to **hold Attorney Virginia Lee Story accountable** for her disrespect of EVERY rule of professional conduct, having violated EVERY pledge in her Oath of Office, having intentionally worked in direct opposition to both the Constitution of the State of Tennessee, along with the Constitution of the United States of America! She showed me nothing except for an insatiable lust for power by which to further harm me! Even after I was forced to relocate 600 miles away, to simply obtain replacement shelter and provision!

I am not crazy, and I can (and have) provided you with more EVIDENCE than probably anyone typically provides to your agency.

This involves Federal and State Fraud committed seperately, by Attorney Ausbrooks in Federal Bankruptcy Court, and Attorney Virginia Lee Story committing every other sort of Fraud in Chancery Court, while her good buddy, Judge Michael W. Binkley "rubber stamped" everything!

It is an abomination to Justice, and should be shameful and reprehensible to every Tennessee Citizen, especially those employed in a profession devoted to law, integrity, honesty, or justice!

Thank you for any real help you are able to provide.

Again, I understand the scope of your organization's authority and responsibilities. There is no need to "set my expectations" to not receive direct help. I'm seeking my legal cure elsewhere. **But I'm expecting you to prevent this from ever happening again to somebody else!**

In hopes of increasing the transparency, accountability, and integrity of Tennessee's legal system, to match the growth and need of Tennessee's economy.

Respectfully,

## Jeff Fenton

17195 Silver Parkway # 150
Fenton, MI 48430-3426
**Phone:** (615) 837-1300
**Fax:** (810) 255-4438



## FAWN ▆▆▆ FENTON v. JEFFREY RYAN FENTON

M2019-02059-COA-R3-CV



| Case Overview | Case Milestones | Parties | Document History | Record Information |

### Case Overview

| Inter. Case No. | Style | Trial Court | Trial Court Judge | Trial Court No. |
|---|---|---|---|---|
| | FAWN ▆▆▆ FENTON v. JEFFREY RYAN FENTON | Williamson County Chancery Court | Binkley, Michael | 48419B |

### Case Milestones

| Description | Date |
|---|---|
| Appeal Filed | 11/20/2019 |
| Record Filed | 06/15/2020 |
| Appellant(s) Briefing Complete | |
| Appellee(s) Briefing Complete | |
| Oral Argument/Submission | |
| Panel | |
| Decision Date | 11/19/2020 |
| Decision Type | Order |
| Disposition | Dismissing Appeal (Involuntary) |
| Appeal to S. Ct. Date | 03/11/2021 |
| Closed Date | 04/09/2021 |

### Parties

| Names | Role | Counsel |
|---|---|---|
| Fenton, Jeffrey Ryan | Appellant/Defendant | Pro Se |
| Fenton, Fawn ▆▆ | Appellee/Plaintiff | Story, Virginia Lee |

### Case History

4/20/2021 TN Courts

| Date | Event | Filer | PDF |
|------|-------|-------|-----|
| 03/11/2021 | Action-Case Appealed to Supreme Court | | |
| 11/19/2020 | Case Dispositional Decision-Dismissing Appeal (Involuntary) | | PDF |
| 11/16/2020 | Action-New Pending Matter | | |
| 10/30/2020 | Response-to Motion | Fenton, Fawn (Appellee/Plaintiff) | PDF |
| 10/27/2020 | Order (Other)-Miscellaneous Granted | | PDF |
| 10/20/2020 | Action-New Pending Matter | | |
| 10/16/2020 | Filing-Miscellaneous | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | PDF |
| 10/16/2020 | Motion for Extension to File-Brief | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | PDF |
| 09/15/2020 | Order Related to Extension-Granted | | PDF |
| 09/11/2020 | Motion for Extension to File-Brief | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | PDF |
| 07/10/2020 | Order Related to Extension-Granted | | PDF |
| 07/09/2020 | Motion for Extension to File-Brief | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | PDF |
| 06/26/2020 | Notice (Outgoing)-Miscellaneous | | |
| 06/15/2020 | Appellate Record-Original Filed | | |
| 04/07/2020 | Appellate Record-Original Received | | |
| 02/24/2020 | Notice (Incoming)-Correspondence Received | Williamson County Chancery Court (Trial Court Clerk) | |
| 02/24/2020 | Order (Other)-Miscellaneous Granted | | PDF |
| 02/19/2020 | Filing-Miscellaneous | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | PDF |
| 02/14/2020 | Notice (Incoming)-Miscellaneous Court Forms | Fenton, Fawn (Appellee/Plaintiff) | |
| 02/05/2020 | Motion-to Dismiss | Fenton, Fawn (Appellee/Plaintiff) | PDF |
| 02/05/2020 | Notice (Outgoing)-Reminder | | |
| 02/03/2020 | Administrative Order-Transcript Not Filed | | PDF |
| 01/31/2020 | Notice (Incoming)-Letter From Clerk - No Transcript/Stmt. Filed | Williamson County Chancery Court (Trial Court Clerk) | |
| 12/11/2019 | Notice (Incoming)-Miscellaneous Court Forms | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | |
| 11/21/2019 | Order-Proceed as a Pauper Granted | | PDF |
| 11/20/2019 | Motion-Proceed as a Poor Person | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | |
| 11/20/2019 | Notice (Incoming)-Correspondence Received | Williamson County Chancery Court (Trial Court Clerk) | |
| 11/20/2019 | Initiating Document-TRAP 3 Notice of Appeal Filed | Fenton, Jeffrey Ryan, Pro Se (Appellant/Defendant) | PDF |

**NOTE: The case history section will include a column that will allow for the display of permitted documents in a PDF format.

**Record Information**

| Volume Type | Volumes | Record Type |
|---|---|---|
| Technical Record | 5 | Original |
| Transcript of Evidence | 1 | Original |

Administrative Office of the Courts
511 Union Street, Suite 600
Nashville, TN 37219
(615) 741-2687 | (800) 448-7970

© 2011 Tennessee Courts System

## FENTON INFORMATION REQUIRED: M2019-02059-COA-R3-CV | WILLIAMSON COUNTY CHANCERY COURT #48419B

Jeff Fenton

Fri 3/17/2023 10:17 AM

To:Jim.Hivner@tncourts.gov <Jim.Hivner@tncourts.gov>;john.coke@tncourts.gov <john.coke@tncourts.gov>
Cc:appellatecourtclerk@tncourts.gov <appellatecourtclerk@tncourts.gov>;Lisa Marsh <Lisa.Marsh@tncourts.gov>

📎 8 attachments (20 MB)

2020-10-16 AFFIDAVIT of Jeffrey R Fenton - Authenticity of Audio (SENT).pdf; 2020-07-08 ADA Request for Modification due to Mental Health (Under Tennessee Judicial Branch Policy 2_07).pdf; 2020-10-16 EMERGENCY MOTION Notifying of Exigent Circumstances (SENT).pdf; USCOURTS-tnmd-3_15-cv-00127-1 (PRO SE Default Judgment) with Markup.pdf; T.C.A. § 39-16-403 Official Oppression - Markup (A-2b).pdf; Tennessee Court Clerk Guidelines (with markup).pdf; 2020-10-28 Motion to Supplement and Correct the Record.pdf; Cruel and Inhumane - (Binkley, Beeler, Story) Markup (A-2B).pdf;

Hello Mr. Hivner!

Congratulations on the promotion Mr. Coke!

**I need a file stamped first page of the following documents which I filed through you:**

- **2020-10-16 Affidavit of Jeffrey R. Fenton – "Authenticity of Audio"**, which I emailed to you on 10/16/2020, at the same time as I emailed you the "EMERGENCY MOTION Notifying of Exigent Circumstances.
- **2020-10-28 Motion to Supplement and Correct the Record**

My understanding is that all fillings are to be time stamped "filed" within 24 hours of receipt, regardless of how the judge chooses to rule on the matter. So, I need a file stamped copy of the "RECEIVED" Affidavit and Motion proving that I submitted them to the court please.

Also, I should have received (but never did) a fully executed copy of each of my ADA Requests for Modification due to Mental Health (Under Tennessee Judicial Branch Policy 2_07). One for each filing. Showing it time stamped filed/received with each filing, while also notifying me about what accommodations each Judge approved or alternates suggested per the fully executed forms. (Please send me all three fully executed pages for each filing, so that I can try to understand what transpired):

- GRANTED
- OFFER OF REASONABLE ALTERNATE MODIFICATION
- The request for modification is DENIED because:
    - The application is not a qualified individual with a disability.
    - The requested modification would fundamentally alter the nature of the judicial program, service or activity.
    - The requested modification would create an undue financial or administrative burden.
    - The applicant refused to comply with the Policy.
    - The Applicant's failure to comply with the Policy makes impossible or impracticable the ability to provide the requested Modification.
- (Specify)_____
- DATE: _____
- Local Judicial Program ADA Coordinator: _____

With the next page including:

- APPEALS:
- PRESIDING JUDGE REVIEW
- ADMINISTRATIVE OFFICE OF THE COURTS REVIEW

With all dates and signatures for each of my filings, executed. As I understand they are determined individually by the Presiding Judge who reviews each filing.

with an OP obtained under False Testimony, then TOOK and DESTROYED everything of substance, which I have ever owned, in just two months.

8.    To substantiate my claims about legal inequality and unfairness: During my trial on August 29th, 2019, at "The Old Courthouse" in Franklin, as is recorded in VOLUME-4 of my Technical Record, Page-516, Line-6, the Judge told me, "Fair is something you do in the fall."

Despite my many requests that the Court Differentiate this as a "Transcript of Evidence", it remains buried in my Technical Record, even though the Judge procured the Court Reporter himself. The remainder of that same transcript clearly reveals how open, objective, and impartial, the Court remained, amidst my Testimony versus Ms. Story's. I beg you look and see for yourself! Your intervention is requested and seriously needed!

Documentation provided by my Psychiatrist and my Psychotherapist is included to prove that I have the disabilities listed, as well as a real need for the modifications sought herein.

My request for a 60-Day extension, for filing my Brief, will follow; but for the sake of TIME, since I am so SLOW at this, I am sending this Request for Modification separately. Thank you!

I hereby certify that the above information is true and correct to the best of my knowledge.

Date:  7/8/2020                              (Signature of Applicant)

G The request for modification is GRANTED.

G OFFER OF REASONABLE ALTERNATE MODIFICATION _____

G The request for modification is DENIED because:
    ___ the applicant is not a qualified individual with a disability
    ___ the requested modification would fundamentally alter the nature of the judicial program, service or activity
    ___ the requested modification would create an undue financial or administrative burden
    ___ the applicant refused to comply with the Policy
    ___ the applicant's failure to comply with the Policy makes impossible or impracticable the ability to provide the requested Modification

(Specify) _____    ____  ____    _____

DATE: _____          _____
                                Local Judicial Program ADA Coordinator

**APPEALS**

G   Presiding Judge Review requested.  (Specify reason and the remedy you want):

_____

_____

DATE:_____

_____
(Signature of Person Requesting Review)

**PRESIDING JUDGE REVIEW**

I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

_____

_____

_____

DATE:_____

_____
PRESIDING JUDGE

G   Administrative Office of the Courts Review requested.  (Specify reason and the remedy you want):_____

_____

_____

DATE:_____

_____
(Signature of Person Requesting Review)

**ADMINISTRATIVE OFFICE OF THE COURTS REVIEW**

I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

_____

_____

_____

DATE:_____

_____
AOC DIRECTOR

---

**Also, please do not destroy any documentation, and please instruct the trial court not to either. I** no longer communicate with the Trial Court due to the harsh, bias, collusive, discriminatory, threatening, and retaliatory behavior which they have exhibited against me (all with records). From Clerk and Master Beeler to Judge Michael W. Binkley, to their close family friend of over 40—years across the street, Attorney Virginia Lee Story, who unbeknownst to me wrote my court orders, directly falsifying and coloring them feloniously packed with fraud! (All which you have evidence of on file, yet the truth and evidence have been unfortunately irrelevant to date.)

Please also ensure that this does not get turned into a collection agency or recall it and remove any negative marks on my credit, as this action by Binkle/Story/Ausbrooks/etc... was entirely **Predatory Litigation**, as I have unfortunately had to learn, and due to my disabilities and the fact that it is ME against over a dozen powerful members of the Courts, while everything done to date lacks one good-faith, honest, action in either State or Federal Courts, which I have evidence of. There is no sense in destroying me more than they have already done.

I'm being forced to learn a LOT of law just to be treated as a HUMAN and allowed to proceed with my life without interference, extortion, threats, coercion, but I'm narrowing down my remaining tasks for the next step in litigation. Hopefully when this is all over, there will be greater protection for those in my demographic throughout the State of Tennessee.

Thank you, sirs!
Jeff Fenton

**From:** Jim Hivner <Jim.Hivner@tncourts.gov>
**Sent:** Monday, January 4, 2021 1:51 PM
**To:** Jeff Fenton
**Cc:** Lisa Marsh <Lisa.Marsh@tncourts.gov>
**Subject:** Re: Which COA Judge was Assigned to my Case and which Panel is he/she on?

Mr. Fenton:

The Order dismissing your appeal was approved by the following panel of judges: Judge Frank Clement, Judge Andy Bennett and Judge Neal McBrayer.

Jim Hivner

# James M. Hivner

Clerk of the Appellate Courts
State of Tennessee
Supreme Court Building
401 7th Ave. North
Nashville, TN 37219-1407
(615) 741-2681

## Relayed: FENTON INFORMATION REQUIRED: M2019-02059-COA-R3-CV | WILLIAMSON COUNTY CHANCERY COURT #48419B

Microsoft Outlook

<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@mmeticulous.onmicrosoft.com>

Fri 3/17/2023 10:20 AM

To:Jim.Hivner@tncourts.gov <Jim.Hivner@tncourts.gov>;john.coke@tncourts.gov <john.coke@tncourts.gov>;
appellatecourtclerk@tncourts.gov <appellatecourtclerk@tncourts.gov>;Lisa Marsh <Lisa.Marsh@tncourts.gov>

📎 1 attachments (45 KB)

FENTON INFORMATION REQUIRED: M2019-02059-COA-R3-CV | WILLIAMSON COUNTY CHANCERY COURT #48419B;

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Jim.Hivner@tncourts.gov (Jim.Hivner@tncourts.gov)

john.coke@tncourts.gov (john.coke@tncourts.gov)

appellatecourtclerk@tncourts.gov (appellatecourtclerk@tncourts.gov)

Lisa Marsh (Lisa.Marsh@tncourts.gov)

Subject: FENTON INFORMATION REQUIRED: M2019-02059-COA-R3-CV | WILLIAMSON COUNTY CHANCERY COURT #48419B

# Fax Confirmation Report

Sent via www.fax.plus



**FAX.PLUS**

**Date:** Jul 08, 2020 (Wed)
**Time:** 04:00:30 PM (UTC-04:00)

**From:** +1 810-255-4438 (Jeff Fenton)
**To:** +1 615-532-8757

**Pages Sent:** 13
**Duration:** 4 min, 42 sec

**Status: Successfully Sent**

**First Page Thumbnail**





Validate the authenticity of this page by scanning the following QR code:



## TENNESSEE APPELLATE COURTS
## UNIFORM FACSIMILE FILING COVER SHEET

TO (COURT CLERK):       **IN THE COURT OF APPEALS OF TENNESSEE**

WITH (COURT):           **MIDDLE TENNESSEE DIVISION (AT NASHVILLE)**

CLERK'S FAX NUMBER:     **(615) 532-8757**

CASE NAME:              **JEFFREY RYAN FENTON v FAWN ▮▮▮▮▮ FENTON**

DOCKET NUMBER:          **M2019-02059-COA-R3-CV**

TITLE OF DOCUMENT:      **(ADA) REQUEST FOR MODIFICATION**

FROM (SENDER):          **JEFFREY RYAN FENTON**

SENDER'S ADDRESS:       **17195 SILVER PARKWAY, #150**

                        **FENTON, MICHIGAN  48430-3426**

SENDER'S VOICE TELEPHONE NUMBER:   **(615) 837-1300**

SENDER'S FAX TELEPHONE NUMBER:     **(810) 255-4438**

DATE:  **07/08/2020**        TOTAL PAGES, INCLUDING COVER PAGE:    **13**

FILING INSTRUCTIONS/COMMENTS (attach additional sheet if necessary):

**PLEASE FILE AND RESPOND ELECTRONICALLY, EITHER VIA EMAIL TO ▮▮▮▮▮▮▮▮▮ OR VIA FAX TO (810) 255-4438. MY FAX IS A DEDICATED LINE SETUP SOLELY FOR COMMUNICATING WITH THE COURT, NO COVER PAGE OR SPECIAL INSTRUCTIONS REQUIRED.**

**THANK YOU!**
**JEFF FENTON**

## REQUEST FOR MODIFICATION
### Applicant requests accommodation under Tennessee Judicial Branch Policy 2.07

#### Applicant Information

Applicant is: ____ Witness _____ Juror ____ Attorney **X** Party _____ Other (Specify Nature of Interest):_____

Name: **JEFFREY RYAN FENTON**

Telephone: **(615) 837-1300**

Address: **17195 Silver Parkway, #150**

**Fenton, MI 48430-3426**

Court: **COURT OF APPEALS OF TENNESSEE MIDDLE DIVISION (AT NASHVILLE)**

Judge:_____

Case No.: **M2019-02059-COA-R3-CV**

1. Type of proceeding. _____ Criminal **X** Civil

2. Proceedings to be covered (e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing, motion hearing, trial): **Appeal of Forced Sale of Home, Divorce Judgment, Stalking Charge, and Order of Protection**

3. Dates modification needed (specify): **Currently – Throughout Appeal**

4. Disability necessitating modification (specify): **Obsessive-Compulsive Personality Disorder (OCPD) DSM-5 301.4 (F60.5), Attention-Deficit Hyperactivity Disorder (ADHD) DSM-5 314.01 (F90.2), Generalized Anxiety Disorder (GAD) DSM-5 300.02 (F41.1), Circadian Rhythm Sleep Disorder (CRSD) Non-24-Hour Sleep-Wake Disorder (Non-24) DSM-5 307.45 (G47.24), Poverty, Forced Geographic Distance from Court**

5. Type of modification requested (specify): **Procedural and Technical Flexibility, Additional TIME for Deadlines to Self-Represent by Necessity, Communication Modifications due to COVID-19 and Excessive Mailing Times to Michigan, Judgment Based Upon the LAWS – not just the Technical Codes which I am Knowledgeable about, or able to Research and Cite (ignorance about the law is no excuse for breaking it, hence it shouldn't be for being protected by the law either). Please Judge based upon the SPIRIT of the Law, not just the Technical Manipulation of Words used to Express, Define, and Communicate it. Thank you!**

6. Special requests or anticipated problems (specify): **Additional TIME and Patience please. By disorder I'm a Perfectionist who has a nearly impossible time Focusing and Remaining On Task, especially when of Significant Consequence. Yet I can't afford to hire anyone to help Represent me. I also request that all Court Communications please be sent to me Electronically, via Email or Fax (I setup a dedicated fax number for the court), because it often takes a WEEK to receive Mail here in Michigan, plus in-house handling times. My Email is** [redacted] **and my dedicated fax number for the court is (810) 255-4438.**

7. Significant problem and request for Court Oversight, Accountability, Advocacy, and Assistance: **I strongly believe that the narrative driving the basis for ALL the actions levied against me so far by the opposing counsel (Ms. Story) has been largely FALSE, Intentionally Deceptive, Bombarding me from every angle simultaneously, specifically to Exploit my Known Disabilities, to Strategically Devastate me, using HARRASSMENT BY LEGAL PROCESS (malicious litigation). Combined with Ms. Story's Reputation, Resources, and Relationships, I don't believe that I ever had a chance at a Fair Trial. Ms. Story BOUND me**

with an <u>OP obtained under False Testimony</u>, then <u>TOOK</u> and <u>DESTROYED</u> everything of substance, which I have ever owned, in just two months.

8.      To substantiate my claims about legal inequality and unfairness: <u>**During my trial on August 29th, 2019, at "The Old Courthouse" in Franklin, as is recorded in VOLUME-4 of my Technical Record, Page-516, Line-6, the Judge told me, "Fair is something you do in the fall."**</u>

<u>**Despite my many requests that the Court Differentiate this as a "Transcript of Evidence", it remains buried in my Technical Record, even though the Judge procured the Court Reporter himself. The remainder of that same transcript clearly reveals how open, objective, and impartial, the Court remained, amidst my Testimony versus Ms. Story's. I beg you look and see for yourself! Your intervention is requested and seriously needed!**</u>

Documentation provided by my Psychiatrist and my Psychotherapist is included to prove that I have the disabilities listed, as well as a real need for the modifications sought herein.

My request for a 60-Day extension, for filing my Brief, will follow; but for the sake of TIME, since I am so SLOW at this, I am sending this Request for Modification separately. Thank you!

I hereby certify that the above information is true and correct to the best of my knowledge.

Date:  __7/8/2020__                           _____
                                                              (Signature of Applicant)

_____

G The request for modification is **GRANTED.**

G **OFFER OF REASONABLE ALTERNATE MODIFICATION** _____

_____

G The request for modification is **DENIED** because:

_____ the applicant is not a qualified individual with a disability

_____ the requested modification would fundamentally alter the nature of the judicial program, service or activity

_____ the requested modification would create an undue financial or administrative burden

_____ the applicant refused to comply with the Policy

_____ the applicant's failure to comply with the Policy makes impossible or impracticable the ability to provide the requested Modification

(Specify)_____

DATE: _____          _____
                                                                        Local Judicial Program ADA Coordinator

## APPEALS

G    Presiding Judge Review requested.  (Specify reason and the remedy you want): _____

_____

_____

DATE:_____        _____
                                       **(Signature of Person Requesting Review)**

### PRESIDING JUDGE REVIEW

    I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

_____

_____

_____

_____

DATE:_____        _____
                                       **PRESIDING JUDGE**

G    Administrative Office of the Courts Review requested.  (Specify reason and the remedy you want):_____

_____

_____

DATE:_____        _____
                                       **(Signature of Person Requesting Review)**

### ADMINISTRATIVE OFFICE OF THE COURTS REVIEW

    I have reviewed the original request for modification, the offer of alternate modification OR the denial of modification and the reason for the denial, and the reason that this review has been requested and find as follows:

_____

_____

_____

_____

DATE:_____        _____
                                       **AOC DIRECTOR**