## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**

        PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**

        DEFENDANTS

**CASE NO. 1:23-CV-01097**

FILED - LN
July 12, 2024 12:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pmw / _____ SCANNED BY: jf 7/15/24

### EXHIBIT: IMPORTANT RELATED ISSUES – TENNESSEE SUPREME COURT

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-CV-01097).

2. I am a citizen of the United States of America, domiciled in Genesee County, MI.

3. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.

4. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.

5. Please file this exhibit in my lawsuit, so that I can reference it in my amended complaint.

6. Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 7/7/2024

*(signature)*

**JEFFREY RYAN FENTON**

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

**From:**

Jeff Fenton
17195 Silver PKWY, #150
Fenton, MI 48430-3426

TO:

United States District Court
Western District of Michigan
113 Federal Bldg
315 W. Allegan St
Lansing, MI 48933



United States District Court
Western District of Michigan
113 Federal Bldg
315 W. Allegan St
Lansing, MI 48933

MEDIUM FLAT RATE BOX
FOR DOMESTIC AND INTERNATIONAL

USPS.COM/PICKUP

FRB1 July 2022
ID: 11 x 8.5 x 5.5
OD: 11.25 x 8.75 x 6
ODCUFT: 0.341

PS00011000000