UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

          PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

          DEFENDANTS

CASE NO. 1:23-CV-01097

**FILED - LN**
August 19, 2024 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /____    SCANNED BY: /____

## MOTION TO EXTEND SERVICE DEADLINE[1]
### EXPEDITED CONSIDERATION REQUESTED

On July 8, 2024, this court ordered "that plaintiff shall serve defendants by no later than August 22, 2024."[2] Plaintiff moves the court for a short additional extension. As grounds therefore, Plaintiff's printer is broken and needs to be repaired before Plaintiff can print the relevant documents to serve defendants. The parts are on order and are due to arrive by August 19, 2024. See exhibit "A." Assuming the parts arrive as scheduled and are not delayed and that there are no defects in them, i.e., they function properly, Plaintiff still needs time to personally complete the repair. Moreover, in order to avoid further damage to his printer, Plaintiff cannot run it around the clock to meet the August 22, 2024, deadline; otherwise, he will be back to where he is now without a functioning printer—and incur an additional financial burden.

As an indigent litigant, Plaintiff still has received no help from the court regarding service of process and thus is forced to effectuate service on the defendants alone. In order to

---

[1] Citations to the court record in this lawsuit will be notated without the case name or number, using the starting ECF Number, followed by both the beginning and ending Page ID, which is abbreviated as "PID."

[2] ECF No. 55, PageID.4378-4384

economically do so within his means, he must print all required pages himself since outsourcing the job would be cost prohibitive because doing so would be many times more expensive. Thus, meeting the deadline will not likely be feasible for all intents and purposes. Lastly, Plaintiff needs time after repair and printing to deliver the pages to the process server so that service can then be attempted.

## CONCLUSION

Due to circumstances beyond Plaintiff's control additional time is needed to serve defendants. In the interest of justice, an additional thirty (30) days is requested to deposit in the U.S. mail via certified/registered delivery the initial paperwork pursuant to Mich. Ct. R. 2.105.

**EXECUTED ON AUGUST 14, 2024**

*[Signature]*

JEFFREY RYAN FENTON, *PRO SE*

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300