# 1

