UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY RYAN FENTON,<br><br>   PLAINTIFF<br>v.<br><br>VIRGINIA LEE STORY ET AL.,<br><br>   DEFENDANTS | CASE NO. 1:23-CV-01097<br><br>**FILED - LN**<br>August 19, 2024 1:07 PM<br>CLERK OF COURT<br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN<br>BY: piw / _____ SCANNED BY: _____ |

**EXHIBITS: AUCTION WARRANTY DEED & ADA REQUEST FOR MODIFICATION**

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the plaintiff in this federal lawsuit (Case No. 1:23-CV-01097).

2. I am a citizen of the United States of America.

3. I was born in Washington State during 1969.

4. I am domiciled in Genesee County, Michigan.

5. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.

6. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.

7. Please file these exhibits in my lawsuit, so that I can reference them as needed in my amended complaint and supporting documents.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 8/17/2024

*[signature]*

**JEFFREY RYAN FENTON**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300