## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**

PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**

DEFENDANTS

**CASE NO. 1:23-CV-01097**

**FILED - LN**
August 19, 2024 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___ pm / ___    SCANNED BY ___

### DIGITAL MEDIA EXHIBIT: SLAM THE GAVEL PODCAST VIDEO
### (MP4 on DVD, Season 5, Episode 145)

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the plaintiff in this federal lawsuit (Case No. 1:23-CV-01097).

2. I am a citizen of the United States of America.

3. I was born in Washington State during 1969.

4. I am domiciled in Genesee County, Michigan.

5. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.

6. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.

7. Please file this exhibit in my lawsuit, so that I can reference it in my amended complaints.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 8/15/2024

**JEFFREY RYAN FENTON**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300