UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED - LN
August 19, 2024 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: DIW /_____  SCANNED BY: /_____

JEFFREY RYAN FENTON,

    PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

    DEFENDANTS

CASE NO. 1:23-CV-01097

*PLAINTIFF FLASH DRIVE-1*

| | |
|---|---|
| Evidence Title: | 1-23-cv-01097_plaintiff-flash-drive-1.zip |
| Internet URL: | https://rico.jefffenton.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1.zip |
| Related Document: | https://rico.jefffenton.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1-info.pdf |
| Web Docket Login: | https://rico.jefffenton.com/1-23-cv-01097/ |

In addition to Plaintiff's First Amended Complaint in this lawsuit (expected to be completed soon), all of the documents previously filed in ECF 1 through ECF 59 of this lawsuit have been purchased through PACER and will be furnished, referenced, and cited using the digital PDF files scanned by this court using the ECF numbers and PageIDs assigned by this court to each page filed.

Printing and serving all of these documents could cost in excess of $42,000, which is far beyond any amount Plaintiff can borrow or to which he has access prior to receiving some level of preliminary restitution and justice from the defendants for the financial crimes which they have committed against him.

Despite multiple requests, this court has refused to assist Plaintiff with the costs of printing and service. He therefore has no choice but to proceed with serving his lawsuit using a hybrid mixture of printed and digital documents and delivery mediums. He has invested extraordinary efforts into doing so in the most logical, intuitive, familiar, and cost-effective yet functional way. This approach was taken since the court failed to provide him with ECF privileges or other accommodations by which he could serve his lawsuit.

Attached is a SanDisk Ultra Flair USB 3.0 Flash Drive, filed with this court and to be served to each defendant, containing the official PDF scans created by the court, of every document filed in this lawsuit in ECF 1 through ECF 59. Similarly, all the digital media exhibits filed to date in this lawsuit are also provided on these flash drives.

Plaintiff has built a website replicating PACER's electronic docket used by the federal courts to organize, display, and distribute the original source PDF documents, exactly as scanned by this court. That site and the login credentials are as follows:

- Web Docket Login: https://rico.jefffenton.com/1-23-cv-01097/
- Username: 1-23-cv-01097
- Password: 1-23-cv-01097
- Bulk Download Options: https://rico.jefffenton.com/1-23-cv-01097/download.htm

Instructional Video:

https://rico.jefffenton.com/youtube/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4

For convenience and redundancy, the files located at the above website are also provided to each defendant free of charge on the attached SanDisk Ultra Flair USB 3.0 Flash Drive.

Furthermore, Plaintiff setup two URL redirects whereby the defendants can simply type a URL into the web browser of a computer with internet access, and they will have the opportunity to download this entire lawsuit in a compressed ZIP file from Microsoft's OneDrive cloud. This bypasses Plaintiff's website and the need for login credentials. In fact, it doesn't even require a Microsoft account.

Directly Download this Entire Lawsuit (3gb Zip):   **https://doc-service.jefffenton.com**

Directly Download this Entire Lawsuit with Digital Media Exhibits (18gb Zip): **https://full-service.jefffenton.com**

Executed 8/15/2024

**JEFFREY RYAN FENTON**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

