# 1



## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 1:23-CV-01097**

| | |
|---|---|
| **Evidence Title:** | 1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 |
| **Internet URL:** | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 |
| **YouTube Redirect:** | https://rico.jefffenton.com/youtube/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 |
| **Web Docket Login:** | https://rico.jefffenton.com/1-23-cv-01097/ |

**Description:** This is an in-depth video demonstration of the electronic document organization and delivery system created by plaintiff in an attempt to have some means of serving this lawsuit physically within his reach. This system includes a USB flash drive, provided to each defendant, along with a Pacer style website docket, linked to every document filed in this lawsuit, exactly as scanned in by the court, purchased through Pacer, provided to each defendant free of charge.

Web Docket Login: **https://rico.jefffenton.com/1-23-cv-01097/**    Username: **1-23-cv-01097**    Password: **1-23-cv-01097**

https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-website-instructional-video-pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)