

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 330 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

August 23, 2024

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

Re:  1:23-cv-1097 Fenton v. Story et al

Dear Mr. Fenton:

Enclosed is a copy of the first page of your amended complaint with the correct filed date of August 21, 2024. Due to a clerical error, the filed stamp originally placed on the amended complaint was dated August 16, 2024.

Sincerely,

CLERK OF COURT

/s/ Jodi

By: Deputy Clerk