
United States District Court
Western District of Michigan
Case 1:23-cv-01097-PLM-RSK
FENTON v. STORY et al.
Evidence Title:
"1-23-cv-01097_plaintiff-flash-drive-1.zip"