UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

v

VIRGINIA LEE STORY, et al.,

    Defendants.

Case No.  1:23-CV-01097

Hon. Paul L. Maloney

**Motion for extension of time of Defendants Roy Patrick Marlin and McArthur Sanders Real Estate to respond to Plaintiff's First Amended Complaint**

---

Defendants Roy Patrick Marlin and McArthur Sanders Real Estate move for the entry of an order extending by 21 days the time period within which they are required to respond to Plaintiff's First Amended Complaint, for the reasons set forth in the accompanying supporting Brief.

Respectfully submitted,

Dated: September 13, 2024

 */s/ Sandra J. Densham*
Sandra J. Densham (P69397)
PLUNKETT COONEY
Attorneys for Defendants Marlin and McArthur Sanders Real Estate
333 Bridge Street NW, Suite 530
Grand Rapids, MI  49504
Direct: (616) 752-4627
sdensham@plunkettcooney.com

Open.P0903.P0903.35167769-1