UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

v

VIRGINIA LEE STORY, et al.,

    Defendants.

Case No. 1:23-CV-01097

Hon. Paul L. Maloney

**Order granting Motion of Defendants Roy Patrick Marlin and McArthur Sanders Real Estate for an extension of time to respond to Plaintiff's First Amended Complaint**

---

This matter having come before the Court on the motion of Defendants Roy Patrick Marlin and McArthur Sanders Real Estate for an extension of time to respond to Plaintiff's First Amended Complaint;

**IT IS ORDERED** that Defendants' motion is granted, and the time within which they are required to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to October 8, 2024.

    **IT IS SO ORDERED.**

                                          /s/ Paul L. Maloney
                                          PAUL L. MALONEY
                                          United States District Judge

Dated:  September 18, 2024

Open.P0903.P0903.35172437-1