


FILED - GR
September 23, 2024 11:35 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: JW / 9-23

Monday Sept. 16th, 2024

Clerk of Court,

Response to lawsuit 1:23-cv-1097.
I have received —

Thomas E. Anderson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

DEFENDANTS

CASE NO. 1:23-CV-1097



FILED- LN
March 25, 2024 4:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  FILED BY: ____ 3/26

Answer

## DECLARATION OF IRREFUTABLE PROOF OF A CRIMINAL CONSPIRACY SPANNING STATE AND FEDERAL COURTS (REV.3/13/24)

Plaintiff brings this testimony pursuant to 28 U.S. Code § 1746.

I, Jeffrey Ryan Fenton, declare under oath as follows:

I.    References in this document to Ms. Fawn Fenton are hereinafter "Ms. Fenton," "wife," and/or "ex-wife."

II.   No matter what any defendant named in this complaint claims, the evidence of the conspiracy against rights and property[1], under the color of law, office, and official right, by bad actors working in both Tennessee's State and Federal Courts concurrently[2], can be definitively proven beyond any "reasonable" margin of "error", by applying the F.R.B.P., Title-28, Title-11, and Title-18 law[3], to the below (1) to (8) facts which are irrefutably encapsulated in the Court

---

[1] https://rico.jefffenton.com/evidence/2019-10-29_tn-wilco-deed-fraud-ada-financial-exploitation.pdf

[2] https://rico.jefffenton.com/evidence/2019_precipitating-tennessee-courts-parties-and-actions.pdf

[3] https://rico.jefffenton.com/evidence/2019-04-26_conspiracy-against-rights-under-color-of-law.pdf   (Case 1:23-cv-01097-PLM-RSK, ECF No. 1-34, PageID.1874-1924)

Page 1 of 8

Initials: ____

Thomas Edward Anderson
215 Glenstone Circle
Brentwood, TN. 37027

NASHVILLE TN 370
17 SEP 2024  PM 4  L



CLERK OF COURT
399 FEDERAL BUILDING
110 MICHIGAN ST. N.W.
Grand Rapids, Michigan 49503

Case # 1:23-cv-1097

49503-230099