# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,                    Case No: 1:23-cv-01097-PLM-RSK

     Plaintiff,                         Hon. Paul L. Maloney

v.

CADENCE BANK, et. al.,

     Defendants.

_____

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CADENCE BANK

Defendant Cadence Bank ("Cadence"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7 .1, files its Corporate Disclosure Statement as follows:

Defendant Cadence Bank discloses that it is a publicly traded company with no corporate parent. The Vanguard Group, Inc. owns 10% or more of Cadence Bank's stock.

Respectfully submitted,


Dated: September 24, 2024                 /s/  Michael L. Gutierrez
                                          Michael L. Gutierrez (P79440)
                                          BUTZEL LONG, P.C.
                                          Attorneys for Defendant Cadence Bank
                                          300 Ottawa Avenue, NW, Suite 620
                                          Grand Rapids, MI 49503
                                          (616) 988-5600
                                          gutierrez@butzel.com