# License Search and Verification

CORRECT Thomas Anderson

We are upgrading verifty.tn.gov to Public Search. Please visit us here: https://search.cloud.commerce.tn.gov/

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit to the Public Record Request form.

<< Click Here To Go Back To The Search Page

| License Details | |
|---|---|
| License Status | Active |
| License # | 254363 |
| License ID | 254363 |
| Expiration Date | Jun 24 2025 |
| Original Date | May 13 1994 |
| Profession Code | 2501 |
| Profession Name | Real Estate Agent |
| First Name | THOMAS "TOMMY" |
| Middle Name | E. |
| Last Name | ANDERSON |
| City | BRENTWOOD |
| State | TN |
| Zip Code | 37027 |
| Rank | Real Estate Broker |

PLAINTIFF'S EXHIBIT B