

```
        UNITED STATES
        POSTAL SERVICE.
              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777
08/23/2024                    04:29 PM
----------------------------------------
Product           Qty   Unit    Price
                        Price
----------------------------------------
Priority Mail®     1            $14.25
  Brentwood, TN 37027
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                $12.75
    Recipient name
      THOMAS ANDERSON
    Tracking #:
      70203160000230014896
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 06
Total                           $31.10

----------------------------------------
Grand Total:                    $62.20
----------------------------------------
Credit Card Remit               $62.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 513292
  Transaction #: 665
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5522121-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Brentwood, TN 37027

Certified Mail Fee  $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $12.75
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $
Postage  $14.25
Total Postage and Fees  $31.10

Postmark Here  AUG 23 2024
LINDEN, MI 48451  0451  6
08/23/2024  USPS

7020 3160 0002 3001 4896

**THOMAS ANDERSON**
**1187 OLD HICKORY BLVD STE 125**
**BRENTWOOD TN 37027-4248**

---

USPS TRACKING #
NASHVILLE TN 370
9590 9402 8627 3244 0682 06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**THOMAS ANDERSON**
**1187 OLD HICKORY BLVD STE 125**
**BRENTWOOD TN 37027-4248**

9590 9402 8627 3244 0682 06

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4896

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Thomas Anderson*    ☐ Agent
                       ☒ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Thomas Anderson                Aug 26, 24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**PLAINTIFF'S EXHIBIT C-3**