ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...



# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

70203160000230014896

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:16 pm on August 26, 2024 in BRENTWOOD, TN 37027.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room
BRENTWOOD, TN 37027
August 26, 2024, 2:16 pm

### Out for Delivery
BRENTWOOD, TN 37027
August 26, 2024, 6:23 am

### Arrived at Post Office
BRENTWOOD, TN 37027
August 26, 2024, 6:12 am

### In Transit to Next Facility
August 25, 2024

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 24, 2024, 6:17 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 1:15 am



PLAINTIFF'S EXHIBIT C-4