DEFENDANT: THOMAS ANDERSON                                                         RECEIVED SERVICE: 8/26/2024

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 23, 2024, 11:19 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 23, 2024, 5:04 pm

**Departed Post Office**
LINDEN, MI 48451
August 23, 2024, 5:02 pm

**USPS in possession of item**
LINDEN, MI 48451
August 23, 2024, 4:20 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

| Postal Product: | Features: | See tracking for related item: |
| --- | --- | --- |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068206 (/go/TrackConfirmAction?tLabels=9590940286273244068206) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.



PLAINTIFF'S EXHIBIT
C-5

RICO SERVICE: SHIPPED via USPS on 08/23/2024 at 4:29 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)