**PLAINTIFF'S EXHIBIT B-2**

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residing at 437 Battle Avenue, Franklin, TN 37064-3709.
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.S. citizen residing and domiciled at 120 Meadows Road, White House, TN 37188-9500.
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at 281 Paragon Mills Road, Nashville, TN 37211-4034.
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at 217 Lauderdale Road, Nashville, TN 37205-1821.
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at 1925B Warfield Drive, Nashville, TN 37215-3422.
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at 947 Russell Street, Nashville, TN 37206-3714.
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at 6586 Eudailey-Covington Road, College Grove, TN 37046-9106.
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at 4509 Beacon Drive, Nashville, TN 37215-4003.
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at 8019 Sara Jane Lane, Bartlett, TN 38133-2814.
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at 4324 Barnes Cove Drive, Nashville, TN 37211-7150.
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at 2021 Hunterwood Drive, Brentwood, TN 37027-5421.
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at 220 Wilsonia Avenue, Nashville, TN 37205-2819.
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at 1116 Mistletoe Circle, Hermitage, TN 37076-4712.
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at 9034 Meadowlawn Drive, Brentwood, TN 37027-5223.
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").