## Mortgage - 9135

### Loan Summary
| | |
|---|---|
| Loan type: | 30 Years Conventional |
| Current rate: | 4.875% |
| Current principal balance: | $242,186.53 |

More loan information ››

### Account Services
Online payment options
Homeowners insurance
Property tax information

More services ››

### Payment Due
| | |
|---|---|
| **Payment amount due:** | **$1,804.78** |
| Next payment due: | 01/01/2019 |
| Late charge date: | 01/16/2019 |
| Payment breakdown | as of 12/2018 |

**Make Payment**

## Tax Information

**Mortgage - 9135**
**1986 SUNNYSIDE DRIVE**

### Current Information

Our records indicate that your account has an escrow account. If you receive a copy of your Real Estate tax bill, please keep it for your records as Core Logic Tax Services LLC receives this information directly from the Taxing Authority.

| | |
|---|---|
| Tax authority: | WILLIAMSON COUNTY |
| Parcel number: | 013J A 03500 000000 |
| Phone number: | 615-790-5709 |
| Next due date: | 12/01/2019 |
| Projected amount due: | $2080.00 |
| Frequency: | Annually |
| Due dates: | 12/01 |
| Delinquent dates: | 2/28 |

| Payment Date | Payment Amount |
|---|---|
| 12/10/2018 | $2,080.00 |
| 12/01/2017 | $2,080.00 |
| 12/08/2016 | $2,080.00 |



PLAINTIFF'S EXHIBIT F