☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BANK OF AMERICA, N.A.<br>CUSTOMER SERVICE<br>PO BOX 31785<br>TAMPA, FL 33631-3785  800-669-6607 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br><br>**2018**<br><br>Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|
| | **1** Mortgage interest received from payer(s)/borrower(s)*<br>$ 11,961.41 | | **Copy B<br>For Payer/Borrower** |
| RECIPIENT'S/LENDER'S TIN<br>94-1687665 | PAYER'S/BORROWER'S TIN<br>XXX-XX-2065 | **2** Outstanding mortgage principal as of 1/1/2018<br>$ 248,006.48 | **3** Mortgage origination date<br>04/29/2011 | The information in boxes 1 through 9 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a non-deductible item. |
| | | **4** Refund of overpaid interest<br>$ 0.00 | **5** Mortgage insurance premiums<br>$ 0.00 |
| PAYER'S/BORROWER'S name<br>FAWN FENTON | | **6** Points paid on purchase of principal residence<br>$ 0.00 | |
| Street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>▓▓▓▓▓▓▓▓<br>BRENTWOOD TN 37027-4628 | | **7** ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | |
| | | **8** Address or description of property securing mortgage (see instructions)<br><br>1986 SUNNYSIDE DRIVE<br>BRENTWOOD, TN 37027-5404 | |
| **9** Number of properties securing the mortgage | **10** Other | | |
| Account number (see instructions)<br>231099135 | | | |

Form **1098**     (Keep for your records)     irs.gov/Form1098     Department of the Treasury - Internal Revenue Service

