CORRECTED (if checked)

| | | |
|---|---|---|
| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BANK OF AMERICA, N.A.<br>CUSTOMER SERVICE<br>PO BOX 31785<br>TAMPA, FL 33631-3785  800-669-6607 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br>**2017**<br>Form **1098**<br><br>Mortgage Interest Statement |

1 Mortgage interest received from payer(s)/borrower(s)* $ 12,237.80

**Copy B For Payer/Borrower**

| | |
|---|---|
| RECIPIENT'S/LENDER'S federal identification number<br>94-1687665 | PAYER'S/BORROWER'S taxpayer identification no.<br>XXX-XX-2065 |

2 Outstanding mortgage principal as of 1/1/2017  $ 253,550.04

3 Mortgage origination date  April 29, 2011

4 Refund of overpaid interest  $ 0.00

5 Mortgage insurance premiums  $ 0.00

PAYER'S/BORROWER'S name

FAWN FENTON

6 Points paid on purchase of principal residence  $ 0.00

Street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

1986 Sunny Side Dr
Brentwood TN 37027-5404

7 Is address of property securing mortgage same as PAYER'S/BORROWER'S address? If "Yes," box is checked. If "No," see box 8 or 9, below  ☐

8 Address of property securing mortgage
1986 SUNNYSIDE DRIVE
BRENTWOOD, TN 37027-5404

10 Number of mortgaged properties

11 Other

9 If property securing mortgage has no address, below is the description of the property

Account number (see instructions)
231099135

The information in boxes 1 through 10 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a non-deductible item.

Form **1098**     (Keep for your records)     irs.gov/form1098     Department of the Treasury - Internal Revenue Service

**PLAINTIFF'S EXHIBIT F-6**