|  | WARRANTY DEED | STATE OF TENNESSEE<br>COUNTY OF WILLIAMSON<br>THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS<br>GREATER, FOR THIS TRANSFER IS **$350,000.00**<br><br>_/s/_<br>Affiant<br><br>Subscribed and sworn to before me, this 29th day of April, 2011.<br><br>_Angela B. Batson_<br>Notary Public<br><br>MY COMMISSION EXPIRES:<br>(AFFIX SEAL) |
|---|---|---|

[Notary Seal: ANGELA G. BATSON, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires January 6, 2014]

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ■ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN  37027 | Birmingham, AL  35203 |  |
| (CITY)   (STATE)   (ZIP) | (CITY)   (STATE)   (ZIP) |  |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ■ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: **1986 Sunnyside Drive, Brentwood, Tennessee 37027**

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_/s/ Mangel Jerome Terrell_                                   _/s/ Colette Keyser_
Mangel Jerome Terrell                                                Colette Keyser

**PLAINTIFF'S EXHIBIT G-3**