Book 5313 Page 454

**Certificate of Authenticity**

BK/PG: 5313/452-454
11015616

| 3 PGS : DEED | |
| --- | --- |
| KAREN OWENS | 214724 - 11015616 |
| 05/12/2011 - 02:16 PM | |
| VALUE | 350000.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 1295.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 1.00 |
| TOTAL AMOUNT | 1313.00 |
| STATE of TENNESSEE, WILLIAMSON COUNTY | |
| SADIE WADE | |
| REGISTER OF DEEDS | |

I, Kimberly Hollingshead, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of Tennessee
County of Williamson

Personally appeared before me, the Undersigned, a notary public for this county and state, Kim Hollingshead who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: 1/9/12

[Notary Seal: THOMAS L. SEALY, NOTARY PUBLIC AT LARGE, DAVIDSON COUNTY, TENNESSEE]

**PLAINTIFF'S EXHIBIT G-5**