IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
Fawn ▮ Fenton ) CHAPTER 13
) CASE NO: 19-02693
Brentwood, TN 37027 ) JUDGE WALKER
SSN: XXX-XX-2065 )
)
Debtor

### CERTIFICATE OF SERVICE

I certify that on this 26TH day of April, 2019, I served a copy of the foregoing Chapter 13 Plan in the following manner:

**Email by Electronic Case Noticing to:**

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

**By U.S. Postal Service, Certified Mail to:**

**By U.S. Postal Service, postage prepaid to:**

BanCorp South
Attn: Officer Manager or Agent
914 Murfreesboro Road
Franklin TN 37067-0000

Bank of America, NA
Attn: Officer Manager or Agent
4909 Savarese Circle
Tampa FL 33634-0000

Toyota Motor Credit Co.
Attn Officer Manager or Agent
5005 N River Blvd. NE
Cedar Rapids IA 52411-6634



PLAINTIFF'S EXHIBIT H

Case 3:19-bk-02693    Doc 8    Filed 04/26/19    Entered 04/26/19 13:57:22    Desc Main Document    Page 1 of 2