UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

v.

CADENCE BANK, et. al.,

    Defendants.

Case No: 1:23-cv-01097-PLM-RSK

Hon. Paul L. Maloney

_____

**ORDER EXTENDING DEFENDANT CADENCE BANK'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF 66) PURSUANT TO RULE 6(b)(1)**

Upon consideration of Plaintiff and Defendant Cadence Bank's stipulation to extend Defendant Cadence Bank's time to answer or otherwise respond to Plaintiff's Amended Complaint (ECF 66) pursuant to Rule 6(b)(1), the Court finds that good cause exists under Rule 6(b)(1) to extend the time for Defendant Cadence Bank to answer or otherwise respond to Plaintiff's Amended Complaint.

The Court hereby orders that the time for Defendant Cadence Bank to answer or otherwise respond to Plaintiff's Amended Complaint is extended until 21 days from the earlier of: (i) the date the Court enters an order transferring this case; or (ii) the date the Court adjudicates the objections to the Notice of Intent to Transfer (ECF 72).

Dated: September 27, 2024

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge