AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan   ▾

**FILED- LN**

September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: 400 9 30

JEFFREY RYAN FENTON

_____
*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kathryn Lynn Yarbrough
408 Preakness Drive
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: _____5/23/2024_____

*CLERK OF COURT*

*Paula J. Wade*
_____
*Signature of Clerk or Deputy Clerk*

DEFENDANT: KATHRYN YARBROUGH          SECOND SERVICE ATTEMPT          RECEIVED SERVICE: 9/06/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          KATHRYN LYNN YARBROUGH

was received by me on *(date)*          8/21/2024          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant KATHRYN LYNN YARBROUGH was served via certified U.S. mail with restricted delivery, using tracking number 70203160000230014698 on September 6, 2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  9/26/2024                    *Marsha Ann Fenton*
                                   *Server's signature*

                                   Marsha Ann Fenton
                                   *Printed name and title*

                                   17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                   *Server's address*

Additional information regarding attempted service, etc:

The first service attempt was sent via USPS, with tracking number 70203160000230014902 on August 24, 2024 at 11:25 AM with certified restricted delivery to defendant Yarbrough's long-term and last known place of employment, working with defendant Story at 136 4th Avenue South, Franklin, TN 37064-2622. This was attempted prior to her home address because it was believed to be more convenient for her in the afternoons, since her home is in a different town based upon the information on hand. (Additional information continued on the next page.)

DEFENDANT: KATHRYN YARBROUGH              SECOND SERVICE ATTEMPT                    RECEIVED SERVICE: 9/06/2024

## PROOF OF SERVICE—ADDITIONAL INFORMATION (CONTINUED)

According to the email tracking notifications provided by the USPS, service was delivered to the front desk of Story and Abernathy, PLLP on August 26, 2024, at 11:08 AM.  Although the final tracking manifest provided by the USPS website contradicts that claim, instead showing that the package was "forwarded" from the office of Story and Abernathy on August 26th at 11:12 AM.

Ultimately this package appears to have been sent in circles, passing through the USPS Nashville Distribution Center four separate times, on 8/26, 8/29, 8/31, and on 9/4, while it was sent to the Franklin Post Office on at least two different occasions, on 8/26 and on 9/3/2024, before being returned in Michigan on September 9th, 2024.

Upon return of the package, it was stamped "ATTEMPTED - NOT KNOWN, UNABLE TO FORWARD, RETURN TO SENDER", all of which seem odd, for the following reasons:

1) Service to defendant Yarbrough was attempted at the same time as defendant Story's service was successful, so the mail carrier was at the right office location.

2) This was believed to have been the place of employment for defendant Yarbrough for over a decade, so for it to be stamped as "NOT KNOWN" seems strange.

3) Lastly, it was stamped "UNABLE TO FORWARD", yet it was unsuccessfully forwarded several times, according to the shipping manifest and email notices.

Eventually this was returned to me in Michigan, but since I had been monitoring the tracking online, Jeff decided to initiate a second service attempt at defendant Yarbrough's home, while due to time concerns for completing service we did not wait until we received this package back.  Instead, another lawsuit service package was produced and service was attempted a second time to defendant Yarbrough, this time at her home address.  This attempt too had some peculiarities, but appears to have been ultimately successful.

DEFENDANT: KATHRYN YARBROUGH        SECOND SERVICE ATTEMPT        RECEIVED SERVICE: 9/06/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                                01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®       1                          $14.25
  Thompsons Station, TN 37179
  Weight: 3 lb 12.00 oz
  Expected Delivery Date
    Fri 09/06/2024
  Insurance                                      $0.00
    Up to $100.00 included
  Restricted Del                                 $12.75
    Recipient name
      KATHRYN L YARBROUGH
    Tracking #:
      70203160000230014698
  Return Receipt                                 $4.10
    Tracking #:
    9590 9402 8627 3244 0684 80
Total                                            $31.10

----
Grand Total:                                     $85.40
----
Credit Card Remit                                $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Thompsons Station TN 37179

OFFICIAL USE

| Certified Mail Fee | $4.10 | |
|---|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☒ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $12.75 | Postmark |
| ☒ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | SEP 04 2024 |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $14.25 | 09/04/2024 |
| Total Postage and Fees | | |
| $ | $31.10 | |

Sent To
**KATHRYN YARBROUGH**
Street and Apt. No., or PO Box No.
**408 PREAKNESS DR**
City, State, ZIP+4®
**THOMPSONS STATION, TN 37179-5238**

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**USPS TRACKING #**



9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**
**408 PREAKNESS DR**
**THOMPSONS STATION, TN 37179-5238**



9590 9402 8627 3244 0684 80

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature                     ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted
☒ Certified Mail Restricted Delivery     Delivery
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                           Restricted Delivery
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH          SECOND SERVICE ATTEMPT          RECEIVED SERVICE: 9/06/2024



This was returned by the USPS exactly as shown, but folded in half and stapled together.

No information was provided except what you can see here.

I interpret this to be saying that the green card fell off the package inside the delivering mail carrier's vehicle, so they had the addressee sign for the package electronically (or by some other means), which they printed out on this white piece of paper, in place of the green card. Then the best I can figure, the mail carrier must have found the green card later in their vehicle, since it was attached as shown, so they stapled this singed proof of delivery to the green card and returned stapled together.

*(handwritten note)* looks like the green card became unattached before delivery

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH    SECOND SERVICE ATTEMPT    RECEIVED SERVICE: 9/06/2024

Help

UNITED STATES
POSTAL SERVICE®

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 21, 2024 |

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7020 3160 0002 3001 4698

**This item was delivered on 09/06/2024 at 11:28:00**

< Return to Tracking Number View

| Signature | |
|-----------|--|
| Address | **408 PREAKNESS DR, THOMPSONS STATION, TN 37179** |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.3.3-69ff40aa

*looks like the green card became unattached before delivery*

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH         SECOND SERVICE ATTEMPT         RECEIVED SERVICE: 9/06/2024

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M…

# USPS Tracking®

FAQs ›



Tracking Number:                                                          Remove ✕

## 70203160000230014698

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:28 am on September 6, 2024 in THOMPSONS STATION, TN 37179.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
THOMPSONS STATION, TN 37179
September 6, 2024, 11:28 am

**Out for Delivery**
THOMPSONS STATION, TN 37179
September 6, 2024, 7:26 am

**Arrived at Post Office**
THOMPSONS STATION, TN 37179
September 6, 2024, 7:15 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 4:10 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 5, 2024, 4:10 pm

**In Transit to Next Facility**
September 5, 2024, 12:58 pm

Feedback

DEFENDANT: KATHRYN YARBROUGH                    SECOND SERVICE ATTEMPT                    RECEIVED SERVICE: 9/06/2024



**In Transit to Next Facility**
September 5, 2024, 9:15 am

**Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
September 5, 2024, 5:38 am

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 4, 2024, 9:51 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 4, 2024, 2:27 pm

**USPS in possession of item**
LINDEN, MI 48451
September 4, 2024, 1:42 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌃

| Postal Product: | Features: | See tracking for related item: |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068480 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | TrackConfirmAction?tLabels=9590940286273244068480) |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH        FIRST SERVICE ATTEMPT        SERVICE REFUSED & RETURNED







**First Service Attempt** for Kathryn Lynnn Yarbrough, at her last known place of employment, defendant Story's Law Firm located at 136 4th Avenue South, Franklin, TN 37064-2622.

Oddly after attempting delivery, this package was stamped as "NOT KNOWN", which seems suspect for a law firm where she worked for over a decade.

This package was also forwarded multiple times to different addresses, then eventually returned by the Post Office.

Service was next attempted at Ms. Yarbrough's home. Defendant Story's office was attempted first, because that was thought to be more convenient for her in the afternoons, since her home is in a different town, based upon the information at hand.

DEFENDANT: KATHRYN YARBROUGH                    FIRST SERVICE ATTEMPT                    SERVICE REFUSED & RETURNED



PRIORITY MAIL

U.S. POSTAGE PAID
PM /
LINDEN, MI 48451
AUG 24, 2024
$31.10
R2304E105878-08

Retail

37064

RDC 03

CERTIFIED MAIL

7000 3160 0002 3001 4902

for domestic use.

FROM:

17195 SILVER PKWY
PMB #150
FENTON, MI  48430-3426

08/28/24

*RFE*

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

-R-T-S-  37064-RFS-1N

TO:

KATHRYN LYNN YARBROUGH
STORY AND ABERNATHY, PLLP
136 4TH AVE S
FRANKLIN, TN
37064-2622

D.C
9/9 mm

Customer: ALL MAILBOX HOLDERS

Location: Shelf
Package Type: Package
Received On: 9/9/2024

150

7020316D0023D014902

You received a package via USPS on 9/9/2024.
It was received in the following condition:
Good. Please bring this slip to an associate to
pickup your item as soon as possible to avoid
storage fees.

Please sign below in presence of an associate

Customer Signature _____

Print Name _____    Today's Date _____

UNITED STATES
POSTAL SERVICE

VISIT US AT USPS.com

DEFENDANT: KATHRYN YARBROUGH          FIRST SERVICE ATTEMPT          SERVICE REFUSED & RETURNED

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®

FAQs >



Tracking Number:

Remove ✕

## 70203160000230014902

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:04 pm on September 9, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
FENTON, MI 48430
September 9, 2024, 2:04 pm

**Redelivery Scheduled for Next Business Day**
FENTON, MI 48430
September 7, 2024, 3:15 pm

**Arrived at Post Office**
FENTON, MI 48430
September 7, 2024, 6:55 am

**Arrived at USPS Facility**
FENTON, MI 48430
September 7, 2024, 6:07 am

**Departed USPS Facility**
FLINT, MI 48502
September 7, 2024, 5:24 am

**Arrived at USPS Facility**
FLINT, MI 48502
September 7, 2024, 4:37 am

Feedback

DEFENDANT: KATHRYN YARBROUGH      FIRST SERVICE ATTEMPT      SERVICE REFUSED & RETURNED

**Departed USPS Regional Facility**

DETROIT MI DISTRIBUTION CENTER
September 7, 2024, 3:15 am

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
September 7, 2024, 2:12 am

**In Transit to Next Facility**

September 6, 2024

**Arrived at USPS Regional Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2024, 6:04 pm

**Arrived at USPS Facility**

INDIANAPOLIS, IN 46219
September 5, 2024, 12:51 pm

**In Transit to Next Facility**

September 5, 2024, 8:35 am

**Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 5, 2024, 5:49 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 4, 2024, 9:20 pm

**Processing at USPS Facility**

FRANKLIN, TN 37064
September 4, 2024, 3:21 pm

**Arrived at USPS Facility**

FRANKLIN, TN 37064
September 3, 2024, 1:34 am

**In Transit to Next Facility**

September 1, 2024, 6:18 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 31, 2024, 8:28 pm

Feedback

DEFENDANT: KATHRYN YARBROUGH        FIRST SERVICE ATTEMPT        SERVICE REFUSED & RETURNED

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
August 30, 2024, 6:07 pm

**In Transit to Next Facility**
August 30, 2024, 3:42 pm

**Departed USPS Facility**
INDIANAPOLIS, IN 46219
August 30, 2024, 1:25 pm

**Arrived at USPS Facility**
INDIANAPOLIS, IN 46219
August 29, 2024, 5:47 pm

**In Transit to Next Facility**
August 29, 2024, 4:32 pm

**In Transit to Next Facility**
August 29, 2024, 8:31 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:53 am

**Forwarded**
FRANKLIN, TN
August 26, 2024, 11:12 am



**Out for Delivery**
FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Arrived at Post Office**
FRANKLIN, TN 37064
August 26, 2024, 5:47 am

**Arrived at USPS Regional Destination Facility**



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:44 pm

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 11:20 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                                              ⌄

**USPS Tracking Plus®**                                                               ⌄

**Product Information**                                                               ⌃

| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery  Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244068213 (/go/ TrackConfirmAction? tLabels=9590940286273244068213) |

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

DEFENDANT: KATHRYN YARBROUGH          FIRST SERVICE ATTEMPT                SERVICE REFUSED & RETURNED

 Outlook

---

USPS® Expected Delivery by Monday, August 26, 2024 arriving by 9:00pm 70203160000230014902

---

**From** auto-reply@usps.com <auto-reply@usps.com>
**Date** Mon 8/26/2024 5:24 AM
**To**    marsha.



Hello **Marsha Fenton**,

Your item arrived at our NASHVILLE TN DISTRIBUTION CENTER destination facility on August 26, 2024 at 12:04 am. The item is currently in transit to the destination.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

**Expected Delivery By**

**Mon**

**26**
Aug

**By 9:00pm**



---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH          FIRST SERVICE ATTEMPT          SERVICE REFUSED & RETURNED

 Outlook

---

USPS® Expected Delivery on Monday, August 26, 2024 Between 10:30am and 2:30pm 70203160000230014902

---

**From** auto-reply@usps.com <auto-reply@usps.com>
**Date** Mon 8/26/2024 8:11 AM
**To** marsha.⬛⬛⬛⬛⬛⬛⬛⬛⬛

Hello **Marsha Fenton**,

Your item is out for delivery on August 26, 2024 at 6:10 am in FRANKLIN, TN 37064.

USPS expects to deliver your package today between 10:30am and 2:30pm.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

**Out for Delivery**



**Between 10:30am and 2:30pm**



---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH         FIRST SERVICE ATTEMPT         SERVICE REFUSED & RETURNED

 Outlook

---

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70203160000230014902**

---

**From** auto-reply@usps.com <auto-reply@usps.com>
**Date** Mon 8/26/2024 12:12 PM
**To** marsha ███████████████

**COMPLETED**



Hello **Marsha Fenton**,

Your item was delivered to the front desk, reception area, or mail room at 11:08 am on August 26, 2024 in FRANKLIN, TN 37064.

Tracking Number:
**70203160000230014902**



**Delivered, Front Desk/Reception/Mail Room**

**Tracking & Delivery Options**

**My Account**

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH                    FIRST SERVICE ATTEMPT                    SERVICE REFUSED & RETURNED

 Outlook

---

**USPS® In Transit to Next Facility 70203160000230014902**

---

**From** auto-reply@usps.com <auto-reply@usps.com>
**Date** Thu 8/29/2024 10:45 AM
**To**   marsha





Hello **Marsha Fenton**,

Your package is moving within the USPS network and is on track to be delivered to its final destination. As of August 29, 2024 at 8:31 am, it is currently in transit to the next facility.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

**Tracking & Delivery Options**

**My Account**

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

 Outlook

---

**USPS® In Transit to Next Facility 70203160000230014902**

---

**From** auto-reply@usps.com <auto-reply@usps.com>
**Date** Fri 8/30/2024 4:58 PM
**To**   marsha. ███████████████



Hello **Marsha Fenton**,

Your package is moving within the USPS network and is on track to be delivered to its final destination. As of August 30, 2024 at 3:42 pm, it is currently in transit to the next facility.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

| Tracking & Delivery Options |
|---|

**My Account**

DEFENDANT: KATHRYN YARBROUGH            FIRST SERVICE ATTEMPT                      SERVICE REFUSED & RETURNED

 Outlook

---

**USPS® Arrived at USPS Regional Destination Facility 70203160000230014902**

---

**From** auto-reply@usps.com <auto-reply@usps.com>

**Date** Sun 9/1/2024 3:12 AM

**To** marsha. ███████████



Hello **Marsha Fenton**,

Your item arrived at our NASHVILLE TN DISTRIBUTION CENTER destination facility on August 31, 2024 at 8:28 pm. The item is currently in transit to the destination.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

| Tracking & Delivery Options |
|---|

**My Account**

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM            Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH          FIRST SERVICE ATTEMPT          SERVICE REFUSED & RETURNED

 Outlook

---

**USPS® In Transit to Next Facility 70203160000230014902**

---

**From** auto-reply@usps.com <auto-reply@usps.com>
**Date** Sun 9/1/2024 7:57 AM
**To** marsha



Hello **Marsha Fenton**,

Your package is moving within the USPS network and is on track to be delivered to its final destination. As of September 1, 2024 at 6:18 am, it is currently in transit to the next facility.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

**Tracking & Delivery Options**

**My Account**

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH          FIRST SERVICE ATTEMPT          SERVICE REFUSED & RETURNED

 Outlook

---

**USPS® Arrived at USPS Regional Destination Facility 70203160000230014902**

---

**From** auto-reply@usps.com <auto-reply@usps.com>

**Date** Wed 9/4/2024 10:27 PM

**To** marsha. ████████████████

Hello **Marsha Fenton**,

Your item arrived at our NASHVILLE TN DISTRIBUTION CENTER destination facility on September 4, 2024 at 9:20 pm. The item is currently in transit to the destination.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number:
**70203160000230014902**

| Tracking & Delivery Options |
|:---:|

**My Account**

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



*Retail*

**U.S. POSTAGE PAID**
PM
LINDEN, MI 48451
SEP 27, 2024

48933

**$14.70**

S2324P501528-6

RDC 03

FROM:

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

TO:

**USDC WESTERN DISTRICT OF MICHIGAN**

**113 FEDERAL BLDG**
**315 W ALLEGAN ST RM 113**
**LANSING, MI        48933-1514**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

CERTIFIED MAIL



**PRESS FIRMLY TO SEAL**

7020 2450 0000 3671 6388

This package is made from post-consumer waste. Please recycle - again.



**UNITED STATES POSTAL SERVICE**®

**PRIORI MAIL**

- ■ Expected delivery date specified for domestic use.
- ■ Domestic shipments include $100 of insurance (restrictions apply).*
- ■ USPS Tracking® service included for domestic and many international
- ■ Limited international insurance.**
- ■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of c

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Pack
scan the QR c



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2



USPS.COM/PI