# EXHIBIT -A



DEFENDANT: MICHAEL W. BINKLEY



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                                02:51 PM

```
Product          Qty    Unit      Price
                        Price
----------------------------------------
Priority Mail®    1               $14.25
  Franklin, TN 37069
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                       $0.00
    Up to $100.00 included
  Restricted Del                  $12.75
    Recipient name
      MICHAEL W BINKLEY
    Tracking #:
      70203160000230014711
  Return Receipt                  $4.10
    Tracking #:
      9590 9402 8627 3244 0685 03
Total                             $31.10
----------------------------------------
Grand Total:                      $31.10

Credit Card Remit                 $31.10
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 313215
  Transaction #: 660
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37069

| | |
|---|---|
| Certified Mail Fee | |
| $ | $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☑ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | $14.25 |
| Total Postage and Fees | |
| $ | $31.10 |

LINDEN, MI 48451
0451
6
AUG 4 2024
Postmark Here
08/23/2024
USPS

**MICHAEL W. BINKLEY**
**1109 SNEED GLEN DR**
**FRANKLIN, TN 37069-7057**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**
**1109 SNEED GLEN DR**
**FRANKLIN, TN 37069-7057**

9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*

7020 3160 0002 3001 4711

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☒ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®      1                          $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                    $0.00
    Up to $100.00 included
  Restricted Del                              $12.75
    Recipient name
      ELAINE B BEELER
    Tracking #:
      70203160000230014704
  Return Receipt                              $4.10
    Tracking #:
      9590 9402 8627 3244 0684 97
Total                                         $31.10

Grand Total:                                 $147.60

Credit Card Remit                            $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37064    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

0451        06

LINDEN, MI 48451
Postmark Here
AUG 24 2024
08/24/2024

Sent To  **ELAINE B. BEELER**
Street and Apt. No.  **437 BATTLE AVE**
City, State, ZIP+4  **FRANKLIN, TN 37064-3709**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See reverse for instructions

---

USPS TRACKING #

NASHVILLE TN 370
26 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery                  ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



DEFENDANT: VIRGINIA LEE STORY                                    RECEIVED SERVICE: 8/26/2024



```
UNITED STATES
POSTAL SERVICE.

        LINDEN
      215 S MAIN ST
  LINDEN, MI 48451-9998
     (800)275-8777
08/24/2024                 11:25 AM

Product            Qty    Unit    Price
                          Price

Priority Mail®      1              $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                        $0.00
  Up to $100.00 included
  Restricted Del                  $12.75
    Recipient name
    VIRGINIA L STORY
    Tracking #:
    70203160000230014919
  Return Receipt                   $4.10
    Tracking #:
    9590 9402 8627 3244 0682 20
Total                             $31.10

Grand Total:                     $147.60

Credit Card Remit                $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

Certified Mail Fee    $4.10
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $___
☐ Return Receipt (electronic)    $___
☑ Certified Mail Restricted Delivery $10.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $___
Postage    $14.25
Total Postage and Fees   $31.10

AUG 24 2024   Postmark Here
USPS   08/24/2024

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN   37064-2622**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

USPS TRACKING #



9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service   • Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

<span style="color:red">"Restricted Delivery" but <u>not</u> signed by DEFENDANT as required.</span>

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN   37064-2622**

9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kim Rudel_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8/26/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



DEFENDANT: KATHRYN YARBROUGH    SECOND SERVICE ATTEMPT    RECEIVED SERVICE: 9/06/2024

---

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                          01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                    $14.25
   Thompsons Station, TN 37179
   Weight: 3 lb 12.00 oz
   Expected Delivery Date
      Fri 09/06/2024
   Insurance                              $0.00
      Up to $100.00 included
   Restricted Del                        $12.75
      Recipient name
         KATHRYN L. YARBROUGH
      Tracking #:
      → 70203160000230014698
   Return Receipt                         $4.10
      Tracking #:
      9590 9402 8627 3244 0684 80
Total                                    $31.10

---
Grand Total:                             $85.40

Credit Card Remit                        $85.40
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 214054
   Transaction #: 241
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required

---
UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Thompsons Station, TN 37179        OFFICIAL USE

Certified Mail Fee          $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $12.75
☐ Return Receipt (electronic)     $0.00
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage                      $14.25
Total Postage and Fees
$31.10

Postmark Here
SEP 04 2024
09/04/2024

Sent To  **KATHRYN YARBROUGH**
Street  **408 PREAKNESS DR**
City  **THOMPSONS STATION, TN 37179-5238**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**USPS TRACKING #**

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**
**408 PREAKNESS DR**
**THOMPSONS STATION, TN 37179-5238**

9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4698

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature              ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®              ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery          ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MARY BETH AUSBROOKS

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                      $14.25
Goodlettsville, TN 37072
Weight: 3 lb 10.30 oz
Expected Delivery Date
    Mon 08/26/2024
Insurance                                      $0.00
    Up to $100.00 included
Restricted Del                                 $12.75
    Recipient name
        MARY B AUSBROOKS
    Tracking #:
        70202450000036715204
Return Receipt                                 $4.10
    Tracking #:
        9590 9402 8627 3244 0678 10
Total                                          $31.10

Grand Total:                                   $147.60

Credit Card Remit                              $147.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 014252
    Transaction #: 185
    AID: A0000000031010           Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Goodlettsville, TN 37072

Certified Mail Fee          $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required      $0.00
☐ Adult Signature Restricted Delivery $
Postage                         $14.25
Total Postage and Fees

Postmark Here
AUG 24 2024
08/24/2024

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**



USPS TRACKING #

NASHVILLE TN 370

9590 9402 8627 3244 0678 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**



9590 9402 8627 3244 0678 10

7020 2450 0000 3671 5204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Judy Dobbins*          ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
   *Judy DOBBINS*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**"Restricted Delivery" but not signed by DEFENDANT as required.**

DEFENDANT: ALEXANDER S. KOVAL



RECEIVED SERVICE: 8/26/2024

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

| Certified Mail Fee | | |
|---|---|---|
| | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☒ Return Receipt (hardcopy) | $ | $12.75 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☒ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $14.25 | |
| Total Postage and Fees | | |
| $ | | |

Postmark Here
AUG 24 2024
08/24/2024

**ALEXANDER KOVAL**
**281 PARAGON MILLS RD**
**NASHVILLE, TN 37211-4034**

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: HENRY EDWARD HILDEBRAND III





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

```
Product          Qty   Unit    Price
                       Price

Priority Mail®    1            $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.90 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                    $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      CHARLES M WALKER
    Tracking #:
    70203160000230014889
  Return Receipt                $4.10
    Tracking #:
    9590 9402 8627 3244 0681 83
Total                         $31.10
--------------------------------------
Grand Total:                 $200.20
--------------------------------------
Credit Card Remit            $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville TN 37215    OFFICIAL USE

Certified Mail Fee    $4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $12.75    Postmark
☒ Certified Mail Restricted Delivery  $0.00    Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $

Postage    $14.25

Total Postage and Fees    $31.10

7020 3160 0002 3001 4889



**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN   37215-3422**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

USPS TRACKING #

NASHVILLE TN 370

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

"Restricted Delivery" but not signed by DEFENDANT as required.

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN   37215-3422**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Julunkell / C__    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Shleena walker

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery    Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

DEFENDANT: SAMUEL F. ANDERSON



RECEIVED SERVICE: 8/26/2024







**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN    37215-4003**

D. Is delivery address different from item 1? ☐ Yes
   IF YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

9590 9402 8627 3244 0684 42

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4759

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Memphis, TN 38133

| Certified Mail Fee | |
|---|---|
| $ | $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $12.75 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $16.95 |
| Total Postage and Fees | |
| $ | $33.80 |

0431

Postmark Here

08/24/2024

**JAMES MICHAEL HIVNER**
**8019 SARA JANE LN**
**BARTLETT, TN    38133-2814**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

<div style="color:blue; font-weight:bold; text-align:center;">
This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery
</div>

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



```
UNITED STATES
POSTAL SERVICE.

          LINDEN
        215 S MAIN ST
     LINDEN, MI 48451-9998
        (800)275-8777

08/28/2024                    04:09 PM
-------------------------------------------
Product         Qty   Unit    Price
                      Price
-------------------------------------------
Priority Mail®    1            $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                    $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      ANDY D BENNETT
    Tracking #:
      70202450000036715150
  Return Receipt               $4.10
    Tracking #:
      9590 9402 8627 3244 0682 99
Total                          $31.10
-------------------------------------------
Grand Total:                  $303.60
-------------------------------------------
Credit Card Remit             $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee    $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $12.75
☒ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery  $
Postage    $14.25
Total Postage and Fees
$

Postmark
Here
AUG 28 2024
08/28/2024
USPS

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN  37076-4712**

PS Form ... Instructions

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                                  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN  37076-4712**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**



9590 9402 8627 3244 0682 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



**UNITED STATES POSTAL SERVICE**

```
                LINDEN
            215 S MAIN ST
        LINDEN, MI 48451-9998
            (800)275-8777

08/28/2024                     04:09 PM
--------------------------------------
Product         Qty   Unit      Price
                      Price
--------------------------------------

Priority Mail®    1            $14.25
   Nashville, TN 37205
   Weight: 3 lb 11.40 oz
   Expected Delivery Date
      Fri 08/30/2024
   Insurance                    $0.00
      Up to $100.00 included
   Restricted Del              $12.75
      Recipient name
         FRANK G CLEMENT
      Tracking #:
         70202450000036715167
   Return Receipt               $4.10
      Tracking #:
         9590 9402 8627 3244 0682 82
Total                          $31.10

--------------------------------------
Grand Total:                  $303.60

Credit Card Remit             $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $_____
☒ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required           $_____
☐ Adult Signature Restricted Delivery $_____

Postmark
AUG 28 2024
USPS

Postage          $14.25

Total Postage and Fees
$31.10

08/28/2024

**FRANK GOAD CLEMENT JR.**
**220 WILSONIA AVE**
**NASHVILLE, TN   37205-2819**

See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**

**220 WILSONIA AVE**

**NASHVILLE, TN    37205-2819**



9590 9402 8627 3244 0682 82

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $14.25 |

Brentwood, TN 37027
Weight: 3 lb 11.00 oz
Expected Delivery Date
Fri 08/30/2024
Insurance                              $0.00
Up to $100.00 included
Restricted Del                        $12.75
Recipient name
WILLIAM N MCBRAYER
Tracking #:
70202450000036715136
Return Receipt                         $4.10
Tracking #:
9590 9402 8627 3244 0682 75
Total                                 $31.10

Grand Total:                         $303.60

Credit Card Remit                    $303.60
Card Name: VISA
Account #: XXXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ $12.75
☐ Return Receipt (electronic)       $
☒ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage                             $14.25

Total Postage and Fees             $31.10

Postmark
AUG 28 2024
08/28/2024
USPS

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**

7020 2450 0000 3671 5136

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN  37027-5223**



9590 9402 8627 3244 0682 75

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5136

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:           ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEFENDANT: TENNESSEE SUPREME COURT    JUSTICE SHARON G. LEE    RECEIVED SERVICE: 9/12/2024



## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                    02:07 PM

```
Product          Qty   Unit    Price
                       Price
------------------------------------
Priority Mail®    1            $18.85
  Knoxville, TN 37919
  Weight: 9 lb 2.2 oz
  Expected Delivery Date
    Thu 09/12/2024
  Insurance                     $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      SHARRON G LEE
    Tracking #:
      70202450000036716188
  Return Receipt                $4.10
    Tracking #:
      9590 9402 8418 3156 9888 87
Total                          $35.70
------------------------------------
Grand Total:                   $35.70
------------------------------------
Credit Card Remit              $35.70
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 310170
  Transaction #: 818
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5548556-2
Clerk: 6
```

---

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee     $4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $1.25
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage     $18.85

Total Postage and Fees     $35.70

LINDEN, MI 48451
Postmark Here
SEP 10 2024
09/10/2024

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

7020 2450 0000 3671 6188

See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

9590 9402 8418 3156 9888 87

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: SANDRA JANE LEACH GARRETT

RECEIVED SERVICE: 9/20/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/18/2024                        09:10 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®          1                    $14.25
  Brentwood, TN 37027
  Weight: 3 lb 14.90 oz
  Expected Delivery Date
    Fri 09/20/2024
  Insurance                              $0.00
    Up to $100.00 included
  Restricted Del                        $12.75
    Recipient name
      SANDRA J GARRETT
    Tracking #:
      70202450000036716232
  Return Receipt                          $4.10
    Tracking #:
      9590 9402 8627 3244 0676 12
Total                                    $31.10

Grand Total:                            $142.60

Credit Card Remit                       $142.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 808101
  Transaction #: 341
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Brentwood, TN 37027        OFFICIAL USE

Certified Mail Fee                              0151
$                                              06
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $4.10
☐ Return Receipt (electronic)      $12.75
☑ Certified Mail Restricted Delivery $0.00    Postmark Here
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $
Postage                            $14.25      SEP 18 2024
$                                              09/18/2024
Total Postage and Fees
$31.10

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**        Instructions

---

USPS TRACKING #

9590 9402 8627 3244 0676 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

9590 9402 8627 3244 0676 12

Article Number (Transfer from service label)
7020 2450 0000 3671 6232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Molly Lewis          ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Molly Lewis
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
☑ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



**"Restricted Delivery" but not signed by DEFENDANT as required.**

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE    D.A. STACEY EDMONSON    RECEIVED SERVICE: 9/07/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024                                    04:25 PM

```
Product              Qty   Unit    Price
                           Price
------------------------------------------
Priority Mail®         1            $14.25
    Franklin, TN 37064
    Weight: 3 lb 14.10 oz
    Expected Delivery Date
        Sat 09/07/2024
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.85
        Tracking #:
        70202450000036716126
    Return Receipt                   $4.10
        Tracking #:
        9590 9402 8627 3244 0675 13
    Total                           $23.20
------------------------------------------
Grand Total:                       $142.05
------------------------------------------
Credit Card Remit                  $142.05
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 515052
    Transaction #: 785
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $4.85 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☒ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | SEP - 5 2024 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $14.25 | |
| Total Postage and Fees | |



**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**USPS TRACKING #**

9590 9402 8627 3244 0675 13

| First-Class Mail |
|---|
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**



9590 9402 8627 3244 0675 13

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☑ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE          JEFF WHIDBY (CLERK)          RECEIVED SERVICE: 9/09/2024

```
          UNITED STATES
          POSTAL SERVICE.

              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777
09/05/2024                        04:25 PM
-------------------------------------------
Product          Qty   Unit      Price
                       Price
-------------------------------------------
Priority Mail®    1             $14.25
    Franklin, TN 37064
    Weight: 3 lb 14.60 oz
    Expected Delivery Date
       Sat 09/07/2024
Insurance                        $0.00
    Up to $100.00 included
Certified Mail®                  $4.85
    Tracking #:
       70202450000036716133
Return Receipt                   $4.10
    Tracking #:
       9590 9402 8418 3156 9889 62
Total                           $23.20

-------------------------------------------
Grand Total:                   $142.05

Credit Card Remit              $142.05
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 515052
    Transaction #: 785
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
-------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   $4.85
Extra Services & Fees (check box, add fee as appropriate)
  ☒ Return Receipt (hardcopy)         $
  ☐ Return Receipt (electronic)       $
  ☒ Certified Mail Restricted Delivery $
  ☐ Adult Signature Required          $
  ☐ Adult Signature Restricted Delivery $
Postage   $14.25
Total Postage and Fees
$

Postmark
Here

SEP - 5 2024
09/05/2024

LINDEN, MI 48451

**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN  37064-3700**

---

USPS TRACKING #

9590 9402 8418 3156 9889 62

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN   37064-3700**

9590 9402 8418 3156 9889 62

7020 2450 0000 3671 6133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: STATE OF TENNESSEE                TREASURER DAVID H. LILLARD, JR                RECEIVED SERVICE: 9/9/2024







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**TREASURER DAVID H. LILLARD, JR.**
**TENNESSEE STATE CAPITOL**
**600 MARTIN LUTHER KING JR. BLVD.**
**NASHVILLE, TN  37243-0225**

9590 9402 8627 3244 0675 44

2. _____
7020 3160 0002 3001 7279

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☒ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| STORY AND ABERNATHY, PLLP | 8/24/2024 at 11:25 AM | 70203160000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 70203160000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH | 8/24/2024 at 11:25 AM | 70203160000230014902 | | 9590940286273244068213 | ☐ | ☐ | ☐ |
| — KATHRYN YARBROUGH (2ND ATTEMPT @ HOME) | 9/04/2024 at 1:45 PM | 70203160000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☑ | ☑ | ☐ |
| CHANCERY COURT FOR WILLIAMSON COUNTY TN | 8/28/2024 at 4:09 PM | 70202450000036715105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » MICHAEL WEIMAR BINKLEY | 8/23/2024 at 2:51 PM | 70203160000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☑ | ☐ | ☐ |
| » ELAINE BEATY BEELER | 8/24/2024 at 11:25 AM | 70203160000230014704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☐ | ☐ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/28/2024 at 4:09 PM | 70202450000036715132 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| ROTHSCHILD & AUSBROOKS, PLLC | 8/24/2024 at 11:14 AM | 70202450000036715211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☑ |
| » MARY ELIZABETH MANEY AUSBROOKS | 8/24/2024 at 11:25 AM | 70202450000036715204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☐ |
| » ALEXANDER SERGEY KOVAL | 8/24/2024 at 10:59 AM | 70203160000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☐ | ☐ | ☐ |
| HOSTETTLER, NEUHOFF & DAVIS, LLC | 8/24/2024 at 2:06 PM | 70203160000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☑ |
| » THOMAS E. ANDERSON | 8/23/2024 at 4:29 PM | 70203160000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| MCARTHUR SANDERS REAL ESTATE | 8/24/2024 at 2:06 PM | 70202450000036715198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☑ | ☐ | ☐ |
| » ROY PATRICK MARLIN | 8/24/2024 at 10:59 AM | 70203160000230014780 | 8/26/2024 (unknown) | 9590940286273244068411 | ☑ | ☑ | ☑ |
| — ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 9/04/2024 at 1:45 PM | 70203160000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☑ | ☑ |
| BANKERS TITLE & ESCROW CORPORATION | 8/24/2024 at 2:06 PM | 70202450000036715945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON | 8/24/2024 at 10:59 AM | 70203160000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| BK: HENRY EDWARD HILDEBRAND III, | 8/24/2024 at 10:59 AM | 70203160000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 70203160000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☑ | ☐ |
| BANK OF AMERICA N.A. | 9/18/2024 at 9:10 AM | 70202450000036716195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 9/04/2024 at 10:06 AM | 70203160000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☐ | ☐ | ☐ |
| — RUBIN LUBLIN TN, PLLC  (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 70202450000036715129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| CADENCE BANK | 9/03/2024 at 2:20 PM | 70203160000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 70203160000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 8/28/2024 at 4:09 PM | 70202450000036715143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| TENNESSEE COURT OF APPEALS MIDDLE DIVISION | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940284183156988917 | ☑ | ☑ | ☑ |
| » JAMES MICHAEL HIVNER | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☐ | ☐ | ☐ |
| » FRANK GOAD CLEMENT JR. | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☐ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| SUPREME COURT OF THE STATE OF TENNESSEE | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| TNSC - ADMINISTRATIVE OFFICE OF THE COURTS | 8/28/2024 at 4:09 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☑ | ☑ |
| » JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715181 | | 9590940286273244068251 | ☐ | ☐ | ☐ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☑ | ☐ |
| TNSC - BOARD OF PROFESSIONAL RESPONSIBILITY | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☑ | ☑ |
| SANDRA JANE LEACH GARRETT | 8/23/2024 at 4:29 PM | 70203160000230014797 | | 9590940286273244068404 | ☐ | ☐ | ☐ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☑ | ☑ | ☐ |

| STATE OF TENNESSEE (OFFICIALS SERVED BELOW): | | | | | | | |
|---|---|---|---|---|---|---|---|
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | 70202450000036715099 | 9/11/2024 at 1:34 PM | 9590940286273244068343 | ☑ | ☑ | ☑ |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716201 | 9/20/2024 at 3:43 PM | 9590940286273244067582 | ☐ | ☐ | ☐ |
| » TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 70202450000036715853 | 9/06/2024 at 7:37 AM | 9590940286273244067773 | ☑ | ☑ | ☑ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716218 | 9/20/2024 at 7:14 AM | 9590940286273244067599 | ☑ | ☑ | ☑ |
| » TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 70202450000036716119 | 9/09/2024 at 12:40 PM | 9590940286273244067537 | ☑ | ☑ | ☑ |
| » TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 70203160000230017279 | 9/09/2024 at 12:40 PM | 9590940286273244067544 | ☐ | ☐ | ☐ |
| » TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 70203160000230014988 | 8/29/2024 at 11:48 PM | 9590940286273244068169 | ☐ | ☐ | ☐ |
| » TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 70202450000036716188 | 9/12/2024 at 2:41 PM | 9590940284183156988887 | ☐ | ☐ | ☐ |
| COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW): | | | | | ☐ | ☐ | ☐ |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 70203160000230014971 | 8/30/2024 at 10:52 AM | 9590940286273244067841 | ☑ | ☑ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716225 | 9/20/2024 at 11:47 AM | 9590940286273244067605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 70202450000036716133 | 9/09/2024 at 2:38 PM | 9590940284183156988962 | ☑ | ☐ | ☐ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 70202450000036716126 | 9/07/2024 at 12:01 PM | 9590940286273244067513 | ☑ | ☐ | ☐ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 70202450000036716140 | 9/09/2024 at 2:35 PM | 9590940284183156988955 | ☑ | ☑ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 70202450000036716249 | 9/20/2024 at 12:28 PM | 9590940286273244067629 | ☑ | ☑ | ☑ |

49— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED

For a list of documents & media in each lawsuit service package, please see https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf