# EXHIBIT -A





**U,S, Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37069

Certified Mail Fee
$ $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☒ Return Receipt (electronic)          $ $12.75
☒ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $14.25

Total Postage and Fees
$ $31.10

AUG 2024

08/23/2024
USPS

**MICHAEL W. BINKLEY**
**1109 SNEED GLEN DR**
**FRANKLIN, TN 37069-7057**

7020 3160 0002 3001 4711

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                    02:51 PM

Product          Qty    Unit    Price
                        Price

Priority Mail®    1            $14.25
  Franklin, TN 37069
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
  Mon 08/26/2024
Insurance                      $0.00
  Up to $100.00 included
Restricted Del                 $12.75
  Recipient name
    MICHAEL W BINKLEY
  Tracking #:
    70203160000230014711
Return Receipt                 $4.10
  Tracking #:
    9590 9402 8627 3244 0685 03
Total                          $31.10

Grand Total:                   $31.10

Credit Card Remit              $31.10
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 313215
  Transaction #: 660
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

─────────────────────

TE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**
**1109 SNEED GLEN DR**
**FRANKLIN, TN 37069-7057**



9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*

7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                11:25 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®          1                    $14.25
    Franklin, TN 37064
    Weight: 3 lb 10.80 oz
    Expected Delivery Date
    Mon 08/26/2024
    Insurance                               $0.00
        Up to $100.00 included
    Restricted Del                          $12.75
        Recipient name
            ELAINE B BEELER
        Tracking #:
        ➜ 70203160000230014704
    Return Receipt                          $4.10
        Tracking #:
        9590 9402 8627 3244 0684 97
Total                                       $31.10

Grand Total:                                $147.60

Credit Card Remit                           $147.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 014252
    Transaction #: 185
    AID: A0000000031010           Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Franklin, TN 37064                    OFFICIAL USE

| Certified Mail Fee | | 0451 |
|---|---|---|
| | $4.10 | 06 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☒ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☒ Certified Mail Restricted Delivery | $10.00 | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |

Postage      $14.25

Total Postage and Fees
$31.10

Sent     ELAINE B. BEELER
Street   437 BATTLE AVE
City     FRANKLIN, TN 37064-3709

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

AUG 24 2024 08/24/2024

---

USPS TRACKING #

NASHVILLE TN 370
26 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI      48430-3426**



---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

9590 9402 8627 3244 0684 97

2. Article Number *(Transfer from service label)*

7020 3160 0002 3001 4704

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    | C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: VIRGINIA LEE STORY

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                        $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                            $0.00
    Up to $100.00 included
  Restricted Del                      $12.75
    Recipient name
      VIRGINIA L STORY
    Tracking #:
      70203160000230014919
  Return Receipt                       $4.10
    Tracking #:
      9590 9402 8627 3244 0682 20
Total                                         $31.10

Grand Total:                                 $147.60

Credit Card Remit                            $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| Certified Mail Fee | $4.10 | 06 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $____ | Postmark |
| ☑ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $____ | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $14.25 | |
| Total Postage and Fees | $11.10 | |

Sent To: **VIRGINIA LEE STORY**
Street and Apt. No.: **136 4TH AVE S**
City, State, ZIP+4®: **FRANKLIN, TN  37064-2622**

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions



USPS TRACKING #

9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

"Restricted Delivery" but **not** signed by DEFENDANT as required.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN    37064-2622**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kim Rydel_                    ☐ Agent
                                 ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                 8/26/2024
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH                SECOND SERVICE ATTEMPT                RECEIVED SERVICE: 9/06/2024





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**
**408 PREAKNESS DR**
**THOMPSONS STATION, TN 37179-5238**

9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MARY BETH AUSBROOKS      RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024      11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Goodlettsville, TN 37072 | | | |
| Weight: 3 lb 10.30 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| MARY B AUSBROOKS | | | |
| Tracking #: | | | |
| 70202450000036715204 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0678 10 | | | |
| Total | | | $31.10 |

Grand Total:      $147.60

Credit Card Remit      $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

GOODLETTSVILLE, TN 37072

Certified Mail Fee    $4.10

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $____
☐ Return Receipt (electronic)    $____
☑ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery $____

Postage    $14.25

Total Postage and Fees

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

7020 2450 0000 3671 5204

---

USPS TRACKING #

NASHVILLE TN 370 ... 4 L

9590 9402 8627 3244 0678 10

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**"Restricted Delivery" but _not_ signed by DEFENDANT as required.**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**



9590 9402 8627 3244 0678 10

7020 2450 0000 3671 5204

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Judy Dobbins_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Judy DOBBINS_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
Mon 08/26/2024

Insurance $0.00
Up to $100.00 included
Restricted Del $12.75
Recipient name
CHARLES M WALKER
Tracking #:
70203160000230014889
Return Receipt $4.10
Tracking #:
9590 9402 8627 3244 0681 83
Total $31.10

Grand Total: $200.20

Credit Card Remit $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37215

OFFICIAL USE

Certified Mail Fee $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $11.10
☐ Return Receipt (electronic) $12.75
☐ Certified Mail Restricted Delivery $0.0
☐ Adult Signature Required $0.0
☐ Adult Signature Restricted Delivery $

Postage $14.25

Total Postage and Fees $31.10

**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN 37215-3422**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8627 3244 0681 83

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---



"Restricted Delivery" but **not** signed by DEFENDANT as required.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN 37215-3422**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Suleena Walker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Suleena Walker

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37215

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.10 | 06 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☒ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $4.75 | Postmark |
| ☒ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | AUG 24 2024 |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $14.25 | |
| $ | | 08/24/2024 |
| Total Postage and Fees | | |
| $ $31.10 | | |

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN 37215-4003**

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 3001 4759

---

Page numbers/receipt from USPS:

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                10:59 AM

Product          Qty   Unit    Price
                       Price

Priority Mail®    1            $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                    $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      SAMUEL F ANDERSON
    Tracking #:
      70203160000230014759
  Return Receipt               $4.10
    Tracking #:
      9590 9402 8627 3244 0684 42
Total                          $31.10

Grand Total:                   $120.30

Credit Card Remit              $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**COMPLETE THIS SECTION ON DELIVERY**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

| A. Signature | |
|---|---|
| X | ☐ Agent |
| | ☐ Addressee |
| B. Received by *(Printed Name)* | C. Date of Delivery |

1. Article Addressed to:

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN 37215-4003**

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No



**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

9590 9402 8627 3244 0684 42

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                02:06 PM

----------------------------------------
Product              Qty    Unit     Price
                            Price
----------------------------------------

Priority Mail®        1              $16.95
  Memphis, TN 38133
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
     Tue 08/27/2024
  Insurance                          $0.00
     Up to $100.00 Included
  Restricted Del                    $12.75
     Recipient name
        JAMES M HIVNER
     Tracking #:
  → 70203160000230014834
  Return Receipt                     $4.10
     Tracking #:
        9590 9402 8627 3244 0683 81
Total                               $33.80

----------------------------------------
Grand Total:                       $200.20
----------------------------------------
Credit Card Remit                  $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com™*.

Memphis, TN 38135

OFFICIAL USE

Certified Mail Fee                              0431
$                          $4.10
Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $12.75
☒ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage         $16.95
$
Total Postage and Fees
$33.80

                                        Postmark
                                        Here

                                        08/24/2024

**JAMES MICHAEL HIVNER**

**8019 SARA JANE LN**

**BARTLETT, TN    38133-2814**

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                                04:09 PM
--------------------------------------------
Product          Qty   Unit      Price
                       Price
--------------------------------------------

Priority Mail®    1              $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                 $12.75
    Recipient name
      ANDY D BENNETT
    Tracking #:
      70202450000036715150
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 99
Total                            $31.10
--------------------------------------------
Grand Total:                     $303.60
--------------------------------------------
Credit Card Remit                $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)   $
☒ Certified Mail Restricted Delivery  $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage        $14.25

Total Postage and Fees
$31.10

Postmark
Here
AUG 28 2024
08/28/2024

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN   37076-4712**

7020 2450 0000 3671 5150

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN   37076-4712**

9590 9402 8627 3244 0682 99

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☒ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                          Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt



---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                           04:09 PM

---

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

---

Priority Mail®        1              $14.25
    Nashville, TN 37205
    Weight: 3 lb 11.40 oz
    Expected Delivery Date
        Fri 08/30/2024
    Insurance                        $0.00
        Up to $100.00 included
    Restricted Del                  $12.75
        Recipient name
            FRANK G CLEMENT
        Tracking #:
            70202450000036715167
    Return Receipt                   $4.10
        Tracking #:
            9590 9402 8627 3244 0682 82
Total                               $31.10

---

Grand Total:                       $303.60

---

Credit Card Remit                  $303.60
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 518290
    Transaction #: 717
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required

---

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage         $14.25

Total Postage and Fees
$31.10

7020 2450 0000 3671 5167

Postmark
AUG 28 2024

USPS

**FRANK GOAD CLEMENT JR.**
**220 WILSONIA AVE**
**NASHVILLE, TN  37205-2819**

See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: <br><br> **FRANK GOAD CLEMENT JR.** <br> **220 WILSONIA AVE** <br> **NASHVILLE, TN   37205-2819** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> **This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery** |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0682 82

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☑ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: WILLIAM NEAL MCBRAYER                                                    RECEIVED SERVICE: 8/31/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                                    04:09 PM
- - - - - - - - - - - - - - - - - - - - - - - -
Product           Qty    Unit    Price
                          Price
- - - - - - - - - - - - - - - - - - - - - - - -

Priority Mail®      1              $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                        $0.00
    Up to $100.00 included
  Restricted Del                  $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
      70202450000036715136
  Return Receipt                   $4.10
    Tracking #:
      9590 9402 8627 3244 0682 75
Total                             $31.10
- - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                     $303.60

Credit Card Remit                $303.60
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 518290
    Transaction #: 717
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
 ☑ Return Receipt (hardcopy)      $
 ☐ Return Receipt (electronic)    $
 ☑ Certified Mail Restricted Delivery  $
 ☐ Adult Signature Required       $
 ☐ Adult Signature Restricted Delivery $
Postage                           $14.25
$
Total Postage and Fees
$

Postmark
AUG 28 2024

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**

7020 2450 0000 3671 5136

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**

9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☐ Agent
                                      ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

---



```
            UNITED STATES
            POSTAL SERVICE.

               LINDEN
            215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777

09/10/2024                        02:07 PM
-------------------------------------------
Product          Qty    Unit      Price
                        Price
-------------------------------------------
Priority Mail®    1               $18.85
   Knoxville, TN 37919
   Weight: 9 lb 2.2 oz
   Expected Delivery Date
      Thu 09/12/2024
   Insurance                      $0.00
      Up to $100.00 included
   Restricted Del                 $12.75
      Recipient name
         SHARRON G LEE
      Tracking #:
         70202450000036716188
   Return Receipt                 $4.10
      Tracking #:
         9590 9402 8418 3156 9888 87
Total                             $35.70
-------------------------------------------
Grand Total:                      $35.70
-------------------------------------------
Credit Card Remit                 $35.70
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 310170
   Transaction #: 818
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
-------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☑ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage    $18.35

Total Postage and Fees
$

Postmark Here
SEP 10 2024
09/10/2024
LINDEN, MI 48451

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

7020 2450 0000 3671 6188

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**



9590 9402 8418 3156 9888 87

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 6188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                         ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/18/2024                                    09:10 AM
--------------------------------------------
Product          Qty    Unit    Price
                        Price
--------------------------------------------
Priority Mail®    1              $14.25
  Brentwood, TN 37027
  Weight: 3 lb 14.90 oz
  Expected Delivery Date
    Fri 09/20/2024
  Insurance                       $0.00
    Up to $100.00 included
  Restricted Del                 $12.75
    Recipient name
      SANDRA J GARRETT
    Tracking #:
      70202450000036716232
  Return Receipt                  $4.10
    Tracking #:
      9590 9402 8627 3244 0676 12
  Total                          $31.10
--------------------------------------------
Grand Total:                    $142.60
--------------------------------------------
Credit Card Remit               $142.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 808101
  Transaction #: 341
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____        Postmark
☑ Certified Mail Restricted Delivery $0.00         Here
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $_____
Postage    $14.25                              SEP 18 2024
$_____                                         09.18.2024
Total Postage and Fees
$_____

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

---

USPS TRACKING #

9590 9402 8627 3244 0676 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service    • Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

9590 9402 8627 3244 0676 12

Article Number (Transfer from service label)
7020 2450 0000 3671 6232

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Molly Levis                     ☐ Agent
                                  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
Molly Le(N)

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☑ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

**"Restricted Delivery" but not signed by DEFENDANT as required.**



# UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024                          04:25 PM
---------------------------------------------
Product          Qty   Unit    Price
                        Price
---------------------------------------------
Priority Mail®    1             $14.25
   Franklin, TN 37064
   Weight: 3 lb 14.10 oz
   Expected Delivery Date
      Sat 09/07/2024
   Insurance                    $0.00
      Up to $100.00 included
   Certified Mail®              $4.85
      Tracking #:
      70202450000036716126
   Return Receipt               $4.10
      Tracking #:
      9590 9402 8627 3244 0675 13
Total                          $23.20
---------------------------------------------
Grand Total:                   $142.05

Credit Card Remit              $142.05
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 515052
   Transaction #: 785
   AID: A0000000031010     Chip
   AL: VISA CREDIT
   PIN: Not Required
---------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $4.85
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☑ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage   $14.25
Total Postage and Fees
$

Postmark
SEP - 5 2024
09/05/2024
USPS

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**

7020 2450 0000 3671 6126

USPS TRACKING #

9590 9402 8627 3244 0675 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**

9590 9402 8627 3244 0675 13

7020 2450 0000 3671 6126

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☑ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☑ Certified Mail®                ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery      Delivery
☐ Collect on Delivery            ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation
☐ Insured Mail                       Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024                          04:25 PM
------------------------------------------
Product          Qty    Unit    Price
                        Price
------------------------------------------

Priority Mail®    1              $14.25
    Franklin, TN 37064
    Weight: 3 lb 14.60 oz
    Expected Delivery Date
        Sat 09/07/2024
    Insurance                    $0.00
        Up to $100.00 included
    Certified Mail®              $4.85
        Tracking #:
        70202450000036716133
    Return Receipt              $4.10
        Tracking #:
        9590 9402 8418 3156 9889 62
Total                           $23.20
------------------------------------------
Grand Total:                   $142.05
------------------------------------------
Credit Card Remit              $142.05
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 515052
    Transaction #: 785
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee    $4.55

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☒ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____
Postage          $14.25

Total Postage and Fees
$_____

JEFF WHIDBY
WILLIAMSON COUNTY CLERK
1320 W MAIN ST STE 125
FRANKLIN, TN  37064-3700



Postmark Here
SEP - 5 2024
09/05/2024

7020 2450 0000 3671 6133

---

**USPS TRACKING #**

9590 9402 8418 3156 9889 62

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN   37064-3700**

9590 9402 8418 3156 9889 62

7020 2450 0000 3671 6133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☒ Adult Signature              ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®              ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery          ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

```
                LINDEN
             215 S MAIN ST
          LINDEN, MI 48451-9998
             (800)275-8777

09/05/2024                        04:25 PM
-------------------------------------------
Product          Qty   Unit    Price
                       Price
-------------------------------------------
Priority Mail®    1             $15.20
  Nashville, TN 37243
  Weight: 4 lb 1.40 oz
  Expected Delivery Date
    Sat 09/07/2024
  Insurance                     $0.00
    Up to $100.00 included
  Certified Mail®               $4.85
    Tracking #:
      70203160000230017279
  Return Receipt                $4.10
    Tracking #:
      9590 9402 8627 3244 0675 44
Total                          $24.15
-------------------------------------------

-------------------------------------------
Grand Total:                   $142.05
-------------------------------------------
Credit Card Remit              $142.05
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 515052
  Transaction #: 785
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
-------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3001 0002 3160 7279

For delivery information, visit our website at *www.usps.com* .

Na ▢ OFFICIAL USE

Certified Mail Fee    $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☑ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage    $15.20

Total Postage and Fees
$ $24.15

LINDEN MI 48451
SEP Postmark Here 2024
USPS

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225

PS Form 3800, See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**TREASURER DAVID H. LILLARD, JR.**
**TENNESSEE STATE CAPITOL**
**600 MARTIN LUTHER KING JR. BLVD.**
**NASHVILLE, TN 37243-0225**

9590 9402 8627 3244 0675 44

2.  
7020 3160 0002 3001 7279

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                 ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **STORY AND ABERNATHY, PLLP** | 8/24/2024 at 11:25 AM | 70203160000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 70203160000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH | 8/24/2024 at 11:25 AM | 70203160000230014902 | | 9590940286273244068213 | ☐ | ☐ | ☐ |
| — KATHRYN YARBROUGH (2ND ATTEMPT @ HOME) | 9/04/2024 at 1:45 PM | 70203160000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☐ | ☑ | ☐ |
| **CHANCERY COURT FOR WILLIAMSON COUNTY TN** | 8/28/2024 at 4:09 PM | 70202450000036715105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » MICHAEL WEIMAR BINKLEY | 8/23/2024 at 2:51 PM | 70203160000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☑ | ☐ | ☐ |
| » ELAINE BEATY BEELER | 8/24/2024 at 11:25 AM | 70202450000036714704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☐ | ☐ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/28/2024 at 4:09 PM | 70202450000036715112 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| **ROTHSCHILD & AUSBROOKS, PLLC** | 8/24/2024 at 11:14 AM | 70202450000036715211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☐ |
| » MARY ELIZABETH MANEY AUSBROOKS | 8/24/2024 at 11:25 AM | 70202450000036715204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☐ |
| » ALEXANDER 5ERGEY KOVAL | 8/24/2024 at 10:59 AM | 70203160000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☐ | ☐ | ☐ |
| **HOSTETTLER, NEUHOFF & DAVIS, LLC** | 8/24/2024 at 2:06 PM | 70203160000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☐ |
| » THOMAS E. ANDERSON | 8/23/2024 at 4:29 PM | 70203160000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| **MCARTHUR SANDERS REAL ESTATE** | 8/24/2024 at 2:06 PM | 70203160000230015198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☐ | ☐ | ☐ |
| » ROY PATRICK MARLIN | 8/24/2024 at 10:59 AM | 70203160000230014780 | 8/26/2024 (unknown) | 9590940286273244068411 | ☑ | ☑ | ☑ |
| — ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 9/04/2024 at 1:45 PM | 70203160000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☑ | ☐ |
| **BANKERS TITLE & ESCROW CORPORATION** | 8/24/2024 at 2:06 PM | 70202450000036715945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON | 8/24/2024 at 10:59 AM | 70203160000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| BK: HENRY EDWARD HILDEBRAND III, | 8/24/2024 at 10:59 AM | 70203160000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 70203160000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☑ | ☐ |
| **BANK OF AMERICA N.A.** | 9/18/2024 at 9:10 AM | 70202450000036716195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 9/04/2024 at 10:06 AM | 70203160000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☐ | ☐ | ☐ |
| — RUBIN LUBLIN TN, PLLC (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 70202450000036715129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| **CADENCE BANK** | 9/03/2024 at 2:20 PM | 70203160000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 70203160000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 8/28/2024 at 4:09 PM | 70202450000036715143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| **TENNESSEE COURT OF APPEALS MIDDLE DIVISION** | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940284183156988917 | ☑ | ☑ | ☑ |
| » JAMES MICHAEL HIVNER | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☐ | ☐ | ☐ |
| » FRANK GOAD CLEMENT JR. | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☐ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| SUPREME COURT OF THE STATE OF TENNESSEE | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| **TNSC - ADMINISTRATIVE OFFICE OF THE COURTS** | 8/28/2024 at 4:09 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☑ | ☑ |
| » JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715181 | | 9590940286273244068251 | ☐ | ☐ | ☐ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☐ | ☐ |
| **TNSC - BOARD OF PROFESSIONAL RESPONSIBILITY** | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☑ | ☑ |
| SANDRA JANE LEACH GARRETT | 8/23/2024 at 4:29 PM | 70203160000230014797 | | 9590940286273244068404 | ☐ | ☐ | ☐ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☑ | ☐ | ☐ |

| STATE OF TENNESSEE (OFFICIALS SERVED BELOW): | | | | | | | |
|---|---|---|---|---|---|---|---|
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | 70202450000036715099 | 9/11/2024 at 1:34 PM | 959094028627324068343 | ☑ | ☑ | ☑ |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716201 | 9/20/2024 at 3:43 PM | 959094028627324067582 | ☐ | ☐ | ☐ |
| » TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 70202450000036715853 | 9/06/2024 at 7:37 AM | 959094028627324067773 | ☑ | ☑ | ☑ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716218 | 9/20/2024 at 7:14 AM | 959094028627324067599 | ☑ | ☑ | ☑ |
| » TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 70202450000036716119 | 9/09/2024 at 12:40 PM | 959094028627324067537 | ☑ | ☑ | ☑ |
| » TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 70203160000230017279 | 9/09/2024 at 12:40 PM | 959094028627324067544 | ☐ | ☐ | ☐ |
| » TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 70203160000230014988 | 8/29/2024 at 11:48 PM | 959094028627324068169 | ☐ | ☐ | ☐ |
| » TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 70202450000036716188 | 9/12/2024 at 2:41 PM | 959094028418315698887 | ☐ | ☐ | ☐ |
| COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW): | | | | | ☐ | ☐ | ☐ |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 70203160000230014971 | 8/30/2024 at 10:52 AM | 959094028627324067841 | ☑ | ☑ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716225 | 9/20/2024 at 11:47 AM | 959094028627324067605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 70202450000036716133 | 9/09/2024 at 2:38 PM | 959094028418315698962 | ☑ | ☐ | ☐ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 70202450000036716126 | 9/07/2024 at 12:01 PM | 959094028627324067513 | ☑ | ☐ | ☐ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 70202450000036716140 | 9/09/2024 at 2:35 PM | 959094028418315698955 | ☑ | ☑ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 70202450000036716249 | 9/20/2024 at 12:28 PM | 959094028627324067629 | ☑ | ☑ | ☑ |

49— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED

For a list of documents & media in each lawsuit service package, please see https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf