**The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.**



# Story Abernathy & Campbell

Virginia Lee Story

Joanie L. Abernathy

Neil Campbell

Kathryn L. Yarbrough

James E. Story,

Marwa L. Walters

September 26, 2019

<u>*Via First Class Mail and E-Mail*</u>

Mr. Jeffrey Fenton

Re: ***Fawn*** ███ ***Fenton vs. Jeffrey Ryan Fenton***
*Williamson County Chancery Court No. 48419B*

Dear Mr. Fenton:

To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.



A4-6

Jeffrey Fenton
September 26, 2019
Page 2

Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

I thank you in advance for your prompt response to these time sensitive matters.

Sincerely,

Virginia Lee Story
Attorney at Law

Enclosure
cc: Ms. Fawn Fenton



A4-7



| | | | |
|---|---|---|---|
| **Story Abernathy & Campbell** PLLP \| AN ASSOCIATION OF ATTORNEYS | Virginia Lee Story<br>virginia@tnlaw.org<br><br>Joanie L. Abernathy<br>joanie@tnlaw.org<br><br>Neil Campbell<br>neil@tnlaw.org | Kathryn L. Yarbrough<br>kyarbrough@tnlaw.org<br><br>Of Counsel:<br>**James E. Story,**<br>Attorney at Law<br><br>Marissa L. Walters<br>marissa@tnlaw.org | HISTORIC DOWNTOWN<br>FRANKLIN, TENNESSEE<br>136 Fourth Avenue South<br>Franklin, TN 37064<br><br>OFFICE (615) 790-1778<br>FAX (615) 790-7468<br><br>*Licensed in Kentucky* |

September 26, 2019

<u>*Via First Class Mail and E-Mail*</u>

Mr. Jeffrey Fenton
17195 Silver Parkway, #150
Fenton, MI 48430
Jeff@meticulous.tech

   Re: ***Fawn  Fenton vs. Jeffrey Ryan Fenton***
      ***Williamson County Chancery Court No. 48419B***

Dear Mr. Fenton:

  To follow up on correspondence sent to you on September 16, 2019, we never received any information on a storage unit you would like to use to store the extensive list of items you wish to retain from the Sunnyside residence. Therefore, Ms. Fenton took it upon herself to obtain a quote from Fox Moving and Storing to have these items packed, moved and stored. **The quote is attached hereto.** As you can see, the cost for packing only your personal items (i.e. remaining clothing, photos, etc.) is $639.00. The cost for moving the larger items and your personal items is $2,895.00. This would include moving the items to Fox's storage facility in Nashville. The cost to store these items in their storage facility would be approximately $495.00 per month. Finally, to have all of these items packed and moved to Michigan, the cost would be over $6,000.00.

  At this point, it is our position that moving the items to Michigan is not financially responsible but that is up to you if you want to use any proceeds you received to have your items shipped. It is our position and that of Mr. Anderson's that the entire value of the remaining contents of the home is only approximately $3,000.00, therefore the cost to move and store these items far outweighs their worth. However, if you would like for the items to be packed and stored in the Fox storage facility in Nashville then you will need to send a check to my office in the amount of $3,534.00 no later than next Wednesday, October 2, 2019, made payable to Fawn Fenton and she will schedule the movers and the storage facility for one month until you decide if you want to have the items moved to Michigan. The only other option is to have the remaining property sold and any proceeds will be placed in the Clerk & Masters office for distribution at a later date. We will go ahead and file a Motion with the Court to sell or otherwise get rid of all remaining items in the home in the event that you do not agree to pay the cost for packing, moving and storing the items that you wish to retain.

**PLAINTIFF'S EXHIBIT B-3**

Jeffrey Fenton
September 26, 2019
Page 2

  Finally, you still have not disclosed where all of your guns are located. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all guns that you removed, manufacturers, and models.

  I thank you in advance for your prompt response to these time sensitive matters.

            Sincerely,

            Virginia Lee Story
            Attorney at Law

Enclosure
cc: Ms. Fawn Fenton



PLAINTIFF'S EXHIBIT B-4

williamsoncountyattorneys.com      Rule 31 Family Law Mediator