DEFENDANT: STATE OF TENNESSEE    GOVERNOR BILL LEE    RECEIVED SERVICE: 8/29/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

FILED - LN
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /       SCANNED BY: /

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.                                     Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Tennessee
425 5th Avenue North
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

CLERK OF COURT

Date:        5/23/2024                    *Paula J. Woods*
                                          *Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM            Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK    ECF No. 103,  PageID.5470    Filed 10/17/24    Page 2 of 8

DEFENDANT: STATE OF TENNESSEE                GOVERNOR BILL LEE                           RECEIVED SERVICE: 8/29/2024
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     **STATE OF TENNESSEE**

was received by me on *(date)*  8/21/2024  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant STATE OF TENNESSEE was served via certified U.S. mail, upon Governor Bill Lee using tracking number 70202450000036715099 on August 29, 2024. Similarly, service was also provided to Attorney General Jonathan Skrmetti via certified U.S. mail with tracking number 70202450000036715853 on September 6th, 2024. See attached receipt copies from the USPS.

I declare under penalty of perjury that this information is true.

Date: 10/13/2024                    *Marsha Ann Fenton*
                                    Server's signature

                                    Marsha Ann Fenton
                                    *Printed name and title*

                                    17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                    *Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include: Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9, 2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024. Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed receipts were returned for B. Lee, Skrmetti, and Hargett.






RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®



FAQs >

**Tracking Number:**
70202450000036715099

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered at 11:48 pm on August 29, 2024 in NASHVILLE, TN 37227.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

### Delivered
Delivered
NASHVILLE, TN 37227
August 29, 2024, 11:48 pm

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:49 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

### Departed USPS Facility
FLINT, MI 48502
August 28, 2024, 7:38 pm

### Departed USPS Facility
LINDEN, MI 48451
August 28, 2024, 4:59 pm

### Departed Post Office

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**
LINDEN, MI 48451
August 28, 2024, 3:44 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244068343 (/go/TrackConfirmAction?tLabels=9590940286273244068343) |

See Less ∧

Feedback

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS.com® - USPS Tracking® Results                                                         9/29/2024, 3:31 PM

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

## 9590940286273244068343

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:34 pm on September 11, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
FENTON, MI 48430
September 11, 2024, 1:34 pm

### Out for Delivery
LINDEN, MI 48451
September 11, 2024, 6:53 am

### Arrived at Post Office
FENTON, MI 48430
September 11, 2024, 6:42 am

### Return Receipt Associated
August 28, 2024, 3:44 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

FROM:

**17195 SILVER PKWY PMB #150 FENTON, MI    48430-3426**

TO:

**USDC WESTERN DISTRICT OF MICHIGAN**

**113 FEDERAL BLDG 315 W ALLEGAN ST RM 113 LANSING, MI    48933-1514**




**PRESS FIRMLY TO SEAL**   **PRESS FIRM**

| | Retail |
|---|---|
| **P** | **US POSTAGE PAID** |
| | **$10.45** Origin: 48451<br>10/15/24<br>2554600451-6 |

■ Expected delive
■ Domestic shipm
■ USPS Tracking®
■ Limited internati
■ When used inte

*Insurance does not c
Domestic Mail Manual
** See International Ma

**PRIORITY MAIL®**

1 Lb 11.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  10/17/24

C002

SHIP TO:

RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

**FLAT RA**
ONE RATE ■ A

**USPS TRACKING® #**



9505 5107 4346 4289 7352 54

**TRACKE**




PS00001

This package is made from post-consumer waste. Please recycle - again.