





RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

## 702024500000036715853

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 7:37 am on September 6, 2024 in NASHVILLE, TN 37202.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, PO Box**
NASHVILLE, TN 37202
September 6, 2024, 7:37 am

### Arrived at Post Office
NASHVILLE, TN 37202
September 6, 2024, 5:30 am

### In Transit to Next Facility
September 5, 2024

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 4, 2024, 11:39 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
September 4, 2024, 2:51 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 3, 2024, 5:52 pm

**Departed USPS Facility**

LINDEN, MI 48451
September 3, 2024, 2:44 pm

**USPS in possession of item**

LINDEN, MI 48451
September 3, 2024, 2:13 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067773 (/go/TrackConfirmAction?tLabels=9590940286273244067773) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

DEFENDANT: STATE OF TENNESSEE    ATTORNEY GENERAL JONATHAN SKRMETTI    RECEIVED SERVICE: 9/06/2024

USPS.com® - USPS Tracking® Results    9/29/2024, 3:40 PM

# USPS Tracking®

FAQs >



**Tracking Number:**

**9590940286273244067773**

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, In/At Mailbox
FENTON, MI 48430
September 12, 2024, 1:59 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 10:35 am

### Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 8:23 pm

### Return Receipt Associated
September 3, 2024, 2:13 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)