

**UNITED STATES POSTAL SERVICE**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024                                   04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $15.20 |
| Nashville, TN 37243 | | | |
| Weight: 4 lb 1.60 oz | | | |
| Expected Delivery Date | | | |
| Sat 09/07/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 70202450000036716119 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0675 37 | | | |
| Total | | | $24.15 |

Grand Total:                               $142.05

Credit Card Remit                          $142.05
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 515052
  Transaction #: 785
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Certified Mail Fee  $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☒ Adult Signature Required     $
☐ Adult Signature Restricted Delivery $
Postage  $15.20
Total Postage and Fees
$

SECRETARY TRE HARGETT
TENNESSEE STATE CAPITOL
600 DR MARTIN L KING JR BLVD
NASHVILLE, TN 37243-1102

7020 2450 0000 3671 6119


SEP - 5 2024
LINDEN, MI 48451
USPS

---

**USPS TRACKING #**



9590 9402 8627 3244 0675 37

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SECRETARY TRE HARGETT**
**TENNESSEE STATE CAPITOL**
**600 DR MARTIN L KING JR BLVD**
**NASHVILLE, TN  37243-1102**



9590 9402 8627 3244 0675 37

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Julie Ones                    ☒ Agent
                                  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                  9/11/24
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Tracking Number:**

70202450000036716119

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 12:40 pm on September 9, 2024 in NASHVILLE, TN 37203.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered to Agent
Delivered to Agent, Left with Individual
NASHVILLE, TN 37203
September 9, 2024, 12:40 pm

### Delivered
NASHVILLE, TN 37227
September 7, 2024, 8:51 am

### Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 4:43 pm

### In Transit to Next Facility
September 6, 2024, 2:15 pm

### Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 6:09 am

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:53 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

**In Transit to Next Facility**
September 5, 2024, 10:18 pm

**Departed USPS Facility**
FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**
LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**
LINDEN, MI 48451
September 5, 2024, 4:23 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067537 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | TrackConfirmAction?tLabels=9590940286273244067537) |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

## 9590940286273244067537

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 14, 2024 at 11:02 am. The item is currently in transit to the destination.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Moving Through Network
**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 14, 2024, 11:02 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 13, 2024, 8:05 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 12, 2024, 5:56 pm

**Return Receipt Associated**
September 5, 2024, 4:23 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)