

```
                UNITED STATES
                POSTAL SERVICE.
                    LINDEN
                 215 S MAIN ST
              LINDEN, MI 48451-9998
                 (800)275-8777
09/05/2024                              04:25 PM
------------------------------------------------
Product             Qty    Unit       Price
                           Price
------------------------------------------------
Priority Mail®       1                $15.20
   Nashville, TN 37243
   Weight: 4 lb 1.40 oz
   Expected Delivery Date
       Sat 09/07/2024
   Insurance                           $0.00
      Up to $100.00 included
   Certified Mail®                     $4.85
      Tracking #:
      70203160000230017279
   Return Receipt                      $4.10
      Tracking #:
      9590 9402 8627 3244 0675 44
Total                                 $24.15

------------------------------------------------
Grand Total:                         $142.05
------------------------------------------------
Credit Card Remit                    $142.05
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 515052
   Transaction #: 785
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required
------------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☒ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage  $15.20

Total Postage and Fees  $24.15

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225

Postmark: SEP 5 2024 LINDEN MI 48451

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225



9590 9402 8627 3244 0675 44

2. Article Number (Transfer from service label)
7020 3160 0002 3001 7279

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☒ Adult Signature                 ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                 ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# 70203160000230017279

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 12:40 pm on September 9, 2024 in NASHVILLE, TN 37203.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered to Agent
Delivered to Agent, Left with Individual
NASHVILLE, TN 37203
September 9, 2024, 12:40 pm

### Delivered
NASHVILLE, TN 37227
September 7, 2024, 8:49 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:09 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:56 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

### In Transit to Next Facility
September 5, 2024, 10:18 pm

DEFENDANT: STATE OF TENNESSEE    TREASURER DAVID H. LILLARD, JR    RECEIVED SERVICE: 9/9/2024

**Departed USPS Facility**

FLINT, MI 48502

September 5, 2024, 9:44 pm

**Departed Post Office**

LINDEN, MI 48451

September 5, 2024, 5:04 pm

**Departed USPS Facility**

LINDEN, MI 48451

September 5, 2024, 4:57 pm

**USPS in possession of item**

LINDEN, MI 48451

September 5, 2024, 4:17 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067544 (/go/TrackConfirmAction?tLabels=9590940286273244067544) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >

**MISDIRECTED**

Remove ✕

**Tracking Number:**

**9590940286273244067544**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered at 2:04 am on September 8, 2024 in NASHVILLE, TN 37227.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered
NASHVILLE, TN 37227
September 8, 2024, 2:04 am

**Return Receipt Associated**
September 5, 2024, 4:17 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌃

| Postal Product: | Features: | See tracking for related item: 70203160000230017279 (/go/TrackConfirmAction?tLabels=70203160000230017279) |
|---|---|---|
| | Return Receipt | |