DEFENDANT: STATE OF TENNESSEE        SENATOR RICHARD BRIGGS        RECEIVED SERVICE: 8/29/2024



```
          UNITED STATES
          POSTAL SERVICE.

              LINDEN
           215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777
08/28/2024                    04:09 PM
----------------------------------------
Product          Qty    Unit    Price
                        Price
----------------------------------------
Priority Mail®     1            $14.25
   Nashville, TN 37243
   Weight: 3 lb 11.60 oz
   Expected Delivery Date
      Fri 08/30/2024
   Insurance                    $0.00
      Up to $100.00 included
   Certified Mail®              $4.85
      Tracking #:
   →  70203160000230014988
   Return Receipt               $4.10
      Tracking #:
      9590 9402 8627 3244 0681 69
Total                          $23.20

----------------------------------------
Grand Total:                  $303.60
----------------------------------------
Credit Card Remit             $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A0000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required
----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Nashville, TN 37243

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | 0451 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☒ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | |
| $14.25 | |
| Total Postage and Fees | |
| $23.20 | |

Postmark Here   AUG 28 2024

**SENATOR RICHARD BRIGGS**
O/B/O: BOARD OF PROFESSIONAL RESPONSIBILITY
**425 REP JOHN LEWIS WAY N STE 774**
**NASHVILLE, TN    37243-0001**

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®



FAQs >

**Tracking Number:**

Remove ✕

## 70203160000230014988

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered at 11:48 pm on August 29, 2024 in NASHVILLE, TN 37227.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered**
NASHVILLE, TN 37227
August 29, 2024, 11:48 pm

Feedback

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:50 am

● **Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

● **Departed USPS Facility**
FLINT, MI 48502
August 28, 2024, 7:38 pm

● **Departed USPS Facility**
LINDEN, MI 48451
August 28, 2024, 4:59 pm

● **Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**
LINDEN, MI 48451
August 28, 2024, 3:41 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                     ⌄

---

**Product Information**                                                     ⌃

| **Postal Product:** | **Features:** | **See tracking for related item:** |
|---|---|---|
| Priority Mail® | Certified Mail™ | **9590940286273244068169 (/go/** |
| | Up to $100 insurance included. Restrictions Apply. ⓘ | **TrackConfirmAction?** |
| | | **tLabels=9590940286273244068169)** |

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS.com® - USPS Tracking® Results                                        9/29/2024, 3:27 PM

# USPS Tracking®

FAQs >

> **This is the tracking for the Return Receipt.**
> **This shows that the Return Receipt was purchased,**
> **but it was never mailed back from Tennessee.**

Tracking Number:                                              Remove ✕

## 9590940286273244068169

**Copy**      **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

The U.S. Postal Service has received electronic notification on August 28, 2024 at 3:41 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Pre-Shipment**
● **Return Receipt Associated**

August 28, 2024, 3:41 pm

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌃ |

| Postal | Features: | See tracking for related item: **70203160000230014988** (/go/ |
|---|---|---|
| **Product:** | **Return Receipt** | TrackConfirmAction?tLabels=70203160000230014988) |
| USPS Ground | USPS Tracking® | |
| Advantage™ | | |

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)