AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

FILED - LN
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jln /   SCANNED BY: /

| | |
|---|---|
| JEFFREY RYAN FENTON <br> *Plaintiff(s)* <br> v. <br> VIRGINIA LEE STORY et al., <br> *Defendant(s)* | Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tennessee Court of Appeals Middle Division
401 7th Avenue North
Nashville, TN 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024

Date: 5/23/2024

*Paula J. Wood*
*Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01097-PLM-RSK  ECF No. 104, PageID.5498  Filed 10/17/24  Page 2 of 8
DEFENDANT: TENNESSEE COURT OF APPEALS MIDDLE DIVISION                         RECEIVED SERVICE: 9/07/2024
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __TENNESSEE COURT OF APPEALS MIDDLE DIVISION__
was received by me on *(date)* __8/21/2024__ . (aka Tennessee Supreme Court)

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant TENNESSEE COURT OF APPEALS MIDDLE DIVISION was served via certified U.S. mail, upon Clerk James Hivner using tracking #70202450000036716157 on September 7, 2024. Service was also provided to Governor Bill Lee with tracking #70202450000036715099 on August 29, 2024. Attorney General Jonathan Skrmetti was served with tracking #70202450000036715853 on September 6th, 2024. See attached USPS receipts.

I declare under penalty of perjury that this information is true.

Date: __10/13/2024__

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include: Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9, 2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024. Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed receipts were returned for Hivner, B. Lee, Skrmetti, and Hargett.

```
UNITED STATES POSTAL SERVICE.
            LINDEN
         215 S MAIN ST
      LINDEN, MI 48451-9998
         (800)275-8777
09/05/2024                        04:25 PM
-------------------------------------------
Product            Qty    Unit     Price
                          Price
-------------------------------------------
Priority Mail®      1              $15.20
  Nashville, TN 37219
  Weight: 4 lb 1.40 oz
  Expected Delivery Date
    Sat 09/07/2024
  Insurance                         $0.00
    Up to $100.00 included
  Certified Mail®                   $4.85
    Tracking #:
    70202450000036716157
  Return Receipt                    $4.10
    Tracking #:
    9590 9402 8418 3156 9889 17
Total                              $24.15

-------------------------------------------
Grand Total:                      $142.05
-------------------------------------------
Credit Card Remit                 $142.05
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 515052
    Transaction #: 785
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required
-------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☒ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $15.20
Total Postage and Fees

TENNESSEE COURT OF APPEALS NASHVILLE
JAMES MICHAEL HIVNER (CLERK)
401 7TH AVE N
NASHVILLE, TN 37219-1400

LINDEN, MI 48451
Postmark Here
SEP - 5 2024
09/05/2024

7020 2450 0000 3671 6157

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**USPS TRACKING #**
NASHVILLE TN 370
9 SEP 2024 PM 4 L

9590 9402 8418 3156 9889 17

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
**TENNESSEE COURT OF APPEALS NASHVILLE**
**JAMES MICHAEL HIVNER (CLERK)**
**401 7TH AVE N**
**NASHVILLE, TN  37219-1400**


9590 9402 8418 3156 9889 17

7020 2450 0000 3671 6157

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X  ZC 19       ☐ Agent
               ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
   LW1901                          9-7-24
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Adult Signature             ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®             ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery         ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053              Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

# 70202450000036716157

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:49 am on September 7, 2024 in NASHVILLE, TN 37219.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
Delivered, Front Desk/Reception/Mail Room
NASHVILLE, TN 37219
September 7, 2024, 10:49 am

● **Out for Delivery**
NASHVILLE, TN 37219
September 7, 2024, 7:51 am

● **Arrived at Post Office**
NASHVILLE, TN 37202
September 7, 2024, 7:40 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:05 pm

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:52 am

●

DEFENDANT: TENNESSEE COURT OF APPEALS MIDDLE DIVISION          RECEIVED SERVICE: 9/07/2024

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

**In Transit to Next Facility**
September 5, 2024, 10:18 pm

**Departed USPS Facility**
FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**
LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**
LINDEN, MI 48451
September 5, 2024, 4:21 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940284183156988917 (/go/TrackConfirmAction?tLabels=9590940284183156988917) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

USPS.com® - USPS Tracking® Results

9/29/2024, 3:55 PM

# USPS Tracking®

FAQs >



**Tracking Number:**

## 9590940284183156988917

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, In/At Mailbox
FENTON, MI 48430
September 12, 2024, 1:59 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 10:35 am

### Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 8:24 pm

### Return Receipt Associated
September 5, 2024, 4:21 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)










**PRESS FIRMLY TO SEAL** **PRESS FIRM**

- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internati
- When used inter

*Insurance does not c
Domestic Mail Manual
** See International Ma

**FLAT RA**
ONE RATE ■ A

**TRACKE**

PS00001

This package is made from post-consumer waste. Please recycle - again.

---

**UNITED STATES POSTAL SERVICE.**     Retail

P     US POSTAGE PAID
      **$10.45**     Origin: 48451
                     10/15/24
                     2554600451-6

**PRIORITY MAIL®**

1 Lb 11.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 10/17/24

C002

SHIP TO:
RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

**USPS TRACKING® #**

9505 5107 4346 4289 7352 54