AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

> FILED - LN
> October 17, 2024 10:40 AM
> CLERK OF COURT
> U.S. DISTRICT COURT
> WESTERN DISTRICT OF MICHIGAN
> BY : ____ /____    SCANNED BY

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| | ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tennessee Administrative Office of the Courts
511 Union Street
Suite 600
Nashville, TN 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

*CLERK OF COURT*

Date: ~~5/23/~~2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   **TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS**

was received by me on *(date)*   8/21/2024   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)*   _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant TENNESSEE
ADMINISTRATIVE OFFICE OF THE COURTS was served via certified U.S. mail, upon Executive
Director Michelle Long using tracking #70202450000036715075 on August 30, 2024. Service was also
provided to Governor Bill Lee with tracking #70202450000036715099 on August 29, 2024. Attorney
General Jonathan Skrmetti was served with tracking #70202450000036715853 on September 6th, 2024.
See attached receipt copies from the USPS.

I declare under penalty of perjury that this information is true.

Date:   10/13/2024           *Marsha Ann Fenton*
_____
*Server's signature*

Marsha Ann Fenton
_____
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
_____
*Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include:
Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9,
2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024.
Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice
Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not
returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed
receipts were returned for Long, B. Lee, Skrmetti, and Hargett.

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM           Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM
-----------------------------------------
Product          Qty   Unit    Price
                       Price
-----------------------------------------

Priority Mail®    1            $14.25
  Nashville, TN 37219
  Weight: 3 lb 11.80 oz
  Expected Delivery Date
  Fri 08/30/2024
  Insurance                    $0.00
    Up to $100.00 included
  Certified Mail®              $4.85
    Tracking #:
    70202450000036715075
  Return Receipt               $4.10
    Tracking #:
    9590 9402 8627 3244 0678 34
Total                          $23.20
-----------------------------------------
Grand Total:                  $303.60
-----------------------------------------
Credit Card Remit             $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010   Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37219

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☒ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $14.25 |
| Total Postage and Fees | $23.20 |

AUG 28 2024

08/28/2024

**ADMINISTRATIVE OFFICE OF THE COURTS**
**EXECUTIVE DIRECTOR MICHELLE LONG**
**511 UNION STREET, SUITE 600**
**NASHVILLE, TN    37219-1768**

PS Form 3800    See Reverse for Instructions

7020 2450 0000 3671 5075

---

**USPS TRACKING #**

9590 9402 8627 3244 0678 34

7020 2450 0000 3671 5075

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ADMINISTRATIVE OFFICE OF THE COURTS**
**EXECUTIVE DIRECTOR MICHELLE LONG**
**511 UNION STREET, SUITE 600**
**NASHVILLE, TN    37219-1768**

9590 9402 8627 3244 0678 34

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5075

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Z C(9              ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
L W1901                         8-30-24
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs >



**Tracking Number:**

**Remove ✕**

## 70202450000036715075

Copy    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:25 pm on August 30, 2024 in
NASHVILLE, TN 37219.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Feedback**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NASHVILLE, TN 37219
August 30, 2024, 12:25 pm

**Out for Delivery**
NASHVILLE, TN 37219
August 30, 2024, 6:10 am

**Arrived at Post Office**
NASHVILLE, TN 37202
August 30, 2024, 5:10 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:54 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

**Departed USPS Facility**

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 28, 2024, 4:59 pm

**Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**

LINDEN, MI 48451
August 28, 2024, 3:34 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃    Feedback

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** **9590940286273244067834 (/go/ TrackConfirmAction? tLabels=9590940286273244067834)** |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

USPS.com® - USPS Tracking® Results                                                         9/29/2024, 3:25 PM

# USPS Tracking®

FAQs >



**Tracking Number:**                                                                      Remove ✕

## 9590940286273244067834

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:49 pm on September 3, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 3, 2024, 2:49 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 2, 2024, 3:43 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 31, 2024, 8:27 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 30, 2024, 9:03 pm

**Return Receipt Associated**
August 28, 2024, 3:34 pm

**Hide Tracking History**

Feedback

Case 1:23-cv-01097-PLM-RSK    ECF No. 105,  PageID.5511    Filed 10/17/24    Page 7 of 26

DEFENDANT: SUPREME COURT OF THE STATE OF TENNESSEE    RECEIVED SERVICE: 8/30/2024
AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON

v.

VIRGINIA LEE STORY et al,

Case No.  1:23-CV-1097
Hon.

TO:
ADDRESS:

TENNESSEE SUPREME COURT
401 7TH AVE NORTH
NASHVILLE, TN 37219

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this sum mons on you (not
counting the day you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

JEFFREY FENTON
17195 SILVER PKWY #150
FENTON, MI 48430-3426

CLERK OF COURT

By Deputy Clerk

AUG 2 1 2024
Date

---

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
                        (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on ____
                                    **NOT ENOUGH SPACE:**        ted by law to accept service
of process on behalf of _____        **PROOF OF SERVICE**
                                                                      (date)
☐ I returned the summons unex        **PROVIDED ON THE NEXT PAGE**
☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                        _____
                                                        Server's signature

Additional information regarding attempted service, etc.:        _____
                                                                        Server's printed name and title

                                                                _____
                                                                        Server's address

Case 1:23-cv-01097-PLM-RSK ECF No. 105, PageID.5512 Filed 10/17/24 Page 8 of 26

DEFENDANT: SUPREME COURT OF THE STATE OF TENNESSEE                                          RECEIVED SERVICE: 8/30/2024
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     **SUPREME COURT OF THE STATE OF TENNESSEE**

was received by me on *(date)*    8/21/2024    **(aka Tennessee Supreme Court)**

☐ I personally served the summons on the individual at *(place)*

       on *(date)*      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

       , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*      , who is

designated by law to accept service of process on behalf of *(name of organization)*

       on *(date)*      ; or

☐ I returned the summons unexecuted because      ; or

☒ Other *(specify):*

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant SUPREME COURT OF THE STATE OF TENNESSEE was served via certified U.S. mail, upon Clerk James Michael Hivner using tracking #70202450000036715082 on August 30, 2024. Service was also provided to Governor Bill Lee with tracking #70202450000036715099 on August 29, 2024. Attorney General Jonathan Skrmetti was served with tracking #70202450000036715853 on September 6th, 2024. See attached USPS receipts.

I declare under penalty of perjury that this information is true.

Date:   10/13/2024           *Marsha Ann Fenton*

                                 *Server's signature*

                           Marsha Ann Fenton

                           *Printed name and title*

            17195 Silver Pkwy, #150, Fenton, MI 48430-3426

                           *Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include: Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9, 2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024. Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed receipts were returned for Hivner, B. Lee, Skrmetti, and Hargett.

DEFENDANT: SUPREME COURT OF THE STATE OF TENNESSEE    RECEIVED SERVICE: 8/30/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                                04:09 PM

----------------------------------------
Product            Qty    Unit    Price
                          Price
----------------------------------------

Priority Mail®      1             $15.80
  Nashville, TN 37219
  Weight: 5 lb 12.40 oz
  Expected Delivery Date
  Fri 08/30/2024
  Insurance                       $0.00
    Up to $100.00 included
  Certified Mail®                 $4.85
    Tracking #:
      7020245000036715082
  Return Receipt                  $4.10
    Tracking #:
      9590 9402 8627 3244 0678 27
Total                            $24.75

----------------------------------------
Grand Total:                    $303.60
----------------------------------------

Credit Card Remit               $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Nashville, TN 37219

Certified Mail Fee  $4.85                      0451
$                                  $4.10
Extra Services & Fees (check box, add fee as appropriate)
  ☑ Return Receipt (hardcopy)        $0.00
  ☐ Return Receipt (electronic)      $0.00
  ☐ Certified Mail Restricted Delivery  $0.00
  ☑ Adult Signature Required         $0.00
  ☐ Adult Signature Restricted Delivery $
Postage           $15.80
                                   08/28/2024
Total Postage and Fees
$24.75                             USPS

TENNESSEE SUPREME COURT
JAMES MICHAEL HIVNER CLERK
401 7TH AVE N
NASHVILLE TN        37219-1400

7020 2450 0000 3671 5082

---

**USPS TRACKING #**

9590 9402 8627 3244 0678 27

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**    • Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**TENNESSEE SUPREME COURT**
**JAMES MICHAEL HIVNER CLERK**
**401 7TH AVE N**
**NASHVILLE TN        37219-1400**

9590 9402 8627 3244 0678 27

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5082

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Z C(9                  ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   W / 90/                       8-30-24
D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---



RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Tracking Number:**

**Remove ✕**

## 70202450000036715082

Copy    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:25 am on August 30, 2024 in NASHVILLE, TN 37219.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NASHVILLE, TN 37219
August 30, 2024, 9:25 am

**Out for Delivery**
NASHVILLE, TN 37219
August 30, 2024, 6:10 am

**Arrived at Post Office**
NASHVILLE, TN 37202
August 30, 2024, 5:11 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:49 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

**Departed USPS Facility**

Feedback

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 28, 2024, 4:59 pm

**Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**

LINDEN, MI 48451
August 28, 2024, 3:43 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                                    ∨

---

**USPS Tracking Plus®**                                                                     ∨

---

**Product Information**                                                                     ∧

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | **9590940286273244067827** (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| | | **tLabels=9590940286273244067827)** |

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE S...**

# USPS Tracking®

FAQs >



**Tracking Number:**                                                           **Remove ✕**

# 9590940286273244067827

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 5, 2024
at 11:35 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Moving Through Network
**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 11:35 am

**Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 31, 2024, 8:27 am

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 30, 2024, 11:55 pm

**Return Receipt Associated**

August 28, 2024, 3:43 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan    ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:23-cv-1097 |
|  | ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Williamson Tennessee
1320 West Main Street
Franklin, TN 37064


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


AUG 1 9 2024

*CLERK OF COURT*

Date:    5/23/2024    _Paula J. Wood_
*Signature of Clerk or Deputy Clerk*

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE    MAYOR ROGERS ANDERSON    RECEIVED SERVICE: 8/30/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     **COUNTY OF WILLIAMSON TENNESSEE**

was received by me on *(date)*    8/21/2024    .

  ☐ I personally served the summons on the individual at *(place)*

                                           on *(date)*               ; or

  ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                       , a person of suitable age and discretion who resides there,

  on *(date)*                  , and mailed a copy to the individual's last known address; or

  ☐ I served the summons on *(name of individual)*                             , who is

  designated by law to accept service of process on behalf of *(name of organization)*

                                          on *(date)*               ; or

  ☐ I returned the summons unexecuted because                              ; or

  ☑ Other *(specify):*

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant COUNTY OF WILLIAMSON
TENNESSEE was served via certified U.S. mail, upon Mayor Rogers Anderson using tracking number
70203160000230014971 on August 30, 2024. After which service was also provided to County Clerk
Jeff Whidby using tracking number 70202450000036716133 on September 9, 2024. See attached receipt
copies from the USPS.

I declare under penalty of perjury that this information is true.

Date:    10/12/2024                      *Marsha Ann Fenton*

                                                      *Server's signature*

                                         Marsha Ann Fenton
                                            *Printed name and title*

                             17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                           *Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all COUNTY OF WILLIAMSON TENNESSEE offices and
entities, include: Service for District Attorney Stacey Edmonson was delivered on September 7, 2024 via USPS,
using tracking number 70202450000036716126. Service for Register of Deeds Sherry Anderson was delivered
on September 9, 2024 via USPS, using tracking number 70202450000036716140. Service for County Attorney
Lisa Carson was delivered on September 20, 2024 via USPS, using tracing number 70202450000036716249.
Return receipts were returned unsigned for Whidby and Edmonson, but signed for R. Anderson, S.
Anderson, and Carson.

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM           Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE    MAYOR ROGERS ANDERSON    RECEIVED SERVICE: 8/30/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM
--------------------------------------
Product          Qty    Unit    Price
                        Price
--------------------------------------
Priority Mail®     1            $14.25
  Franklin, TN 37064
  Weight: 3 lb 12.00 oz
  Expected Delivery Date
  Fri 08/30/2024
  Insurance                     $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
    ROGERS ANDERSON
    Tracking #:
    70203160000230014971
  Return Receipt               $4.10
    Tracking #:
    9590 9402 8627 3244 0678 41
Total                         $31.10

--------------------------------------
Grand Total:                  $303.60
--------------------------------------
Credit Card Remit             $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37064

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $12.75 | Postmark |
| ☑ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | AUG 28 2024 |
| ☐ Adult Signature Restricted Delivery $ | $0.00 | |
| Postage | | |
| $ | $14.25 | 08/28/2024 |
| Total Postage and Fees | | |
| $ $31.10 | | USPS |

**MAYOR ROGERS ANDERSON**
**COUNTY OF WILLIAMSON TENNESSEE**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN      37064-3700**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0002 3001 4971

---

**USPS TRACKING #**

NASHVILLE TN 370
28 AUG 2024 PM 4 L

9590 9402 8627 3244 0678 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI      48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MAYOR ROGERS ANDERSON**
**COUNTY OF WILLIAMSON TENNESSEE**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN      37064-3700**

9590 9402 8627 3244 0678 41

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4971

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carolyn Robinson    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Carolyn Robinson    8/30/24

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Tracking Number:**                                            Remove ✕

## 70203160000230014971

    Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 10:52 am on August 30, 2024 in FRANKLIN, TN 37064.

───────────────────────────────────────────────────────────────────────

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

● **Delivered to Agent**
**Delivered to Agent, Left with Individual**
FRANKLIN, TN 37064
August 30, 2024, 10:52 am

● **Out for Delivery**
FRANKLIN, TN 37064
August 30, 2024, 6:10 am

● **Arrived at Post Office**
FRANKLIN, TN 37064
August 30, 2024, 5:48 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:49 am

● **Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

● **Departed USPS Facility**

Feedback

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 28, 2024, 4:59 pm

**Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**

LINDEN, MI 48451
August 28, 2024, 3:31 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌃    Feedback

| Postal Product: Priority Mail® | Features: Certified Mail Restricted Delivery Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244067841 (/go/ TrackConfirmAction? tLabels=9590940286273244067841) |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

USPS.com® - USPS Tracking® Results                                                9/29/2024, 3:24 PM

# USPS Tracking®

**FAQs >**



**Tracking Number:**                                                            **Remove ✕**

## 9590940286273244067841

**Copy**    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered in or at the mailbox at 2:49 pm on September 3, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 3, 2024, 2:49 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 2, 2024, 10:48 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 31, 2024, 10:20 pm

**Return Receipt Associated**
August 28, 2024, 3:31 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: WILLIAMSON COUNTY SHERIFF'S OFFICE    SHERIFF JEFF HUGHES    RECEIVED SERVICE: 8/30/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Williamson County Sherriff's Office
408 Century Court
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    AUG 2 1 2024
~~05/23/2024~~

*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      **WILLIAMSON COUNTY SHERIFF'S OFFICE**

was received by me on *(date)*    8/21/2024    .

☐ I personally served the summons on the individual at *(place)*

                    on *(date)*        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

        , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*        , who is

designated by law to accept service of process on behalf of *(name of organization)*

        on *(date)*      ; or

☐ I returned the summons unexecuted because        ; or

☒ Other *(specify):*

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant WILLIAMSON COUNTY
SHERIFF'S OFFICE was served via certified U.S. mail, addressed to Sheriff Jeff Hughes using
tracking number 70202450000036715112 on August 30, 2024. Similarly, service was also delivered
addressed to Mayor Rogers Anderson using tracking number 70203160000230014971 on August 30,
2024.

I declare under penalty of perjury that this information is true.

Date:  *10/12/2024*        *Marsha Ann Fenton*
                                    *Server's signature*

                            Marsha Ann Fenton
                                *Printed name and title*

             17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                              *Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all COUNTY OF WILLIAMSON TENNESSEE offices and
entities, include: service of County Clerk Jeff Whidby using tracking number 70202450000036716133 on
September 9, 2024.    Service of District Attorney Stacey Edmonson using tracking number
70202450000036716126 on September 7, 2024. Service of Register of Deeds Sherry Anderson using tracking
number 70202450000036716140 on September 9, 2024. Service of County Attorney Lisa Carson using tracking
number 70202450000036716249 on September 20, 2024. Receipts were returned unsigned for Whidby and
Edmonson, but signed for R. Anderson, S. Anderson, Carson, and Hughes.

DEFENDANT: WILLIAMSON COUNTY SHERIFF'S OFFICE   SHERIFF JEFF HUGHES   RECEIVED SERVICE: 8/30/2024



```
UNITED STATES
POSTAL SERVICE.

          LINDEN
        215 S MAIN ST
   LINDEN, MI 48451-9998
        (800)275-8777
08/28/2024                    04:09 PM
----------------------------------------
Product           Qty    Unit     Price
                         Price
----------------------------------------
Priority Mail®      1             $15.80
   Franklin, TN 37064
   Weight: 5 lb 12.00 oz
   Expected Delivery Date
   Fri 08/30/2024
Insurance                         $0.00
   Up to $100.00 included
Certified Mail®                   $4.85
   Tracking #:
       70202450000036715112
Return Receipt                    $4.10
   Tracking #:
       9590 9402 8627 3244 0683 67
Total                            $24.75

----------------------------------------
Grand Total:                    $303.60
----------------------------------------
Credit Card Remit               $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required
----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☐ Certified Mail Restricted Delivery $_____
☑ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postage   $15.80

Total Postage and Fees   $_____

Postmark AUG 28 2024 Here

**WILLIAMSON COUNTY SHERIFF'S OFFICE**
**SHERIFF JEFF HUGHES**
**408 CENTURY CT.**
**FRANKLIN, TN          37064-3986**

7020 2450 0000 3671 5112

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



USPS TRACKING #

9590 9402 8627 3244 0683 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI     48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAMSON COUNTY SHERIFF'S OFFICE**
**SHERIFF JEFF HUGHES**
**408 CENTURY CT.**
**FRANKLIN, TN          37064-3986**

9590 9402 8627 3244 0683 67

7020 2450 0000 3671 5112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jordan Chapman_          ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jordan Chapman

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

DEFENDANT: WILLIAMSON COUNTY SHERIFF'S OFFICE        SHERIFF JEFF HUGHES                RECEIVED SERVICE: 8/30/2024

# USPS Tracking®

FAQs >



**Tracking Number:**                                                    Remove ✕

## 70202450000036715112

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:13 am on August 30, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
FRANKLIN, TN 37064
August 30, 2024, 10:13 am

**Out for Delivery**
FRANKLIN, TN 37064
August 30, 2024, 6:10 am

**Arrived at Post Office**
FRANKLIN, TN 37064
August 30, 2024, 5:50 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:48 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

**Departed USPS Facility**

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM                                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 28, 2024, 4:59 pm

**Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**

LINDEN, MI 48451
August 28, 2024, 3:52 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

Feedback

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | **9590940286273244068367 (/go/** |
| | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| | | **tLabels=9590940286273244068367)** |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

USPS.com® - USPS Tracking® Results                                    9/29/2024, 3:33 PM

# USPS Tracking®

**FAQs >**



**Tracking Number:**                                                    **Remove ✕**

# 9590940286273244068367

**Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 5, 2024 at
11:43 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Feedback**

## Moving Through Network
**● Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 11:43 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 31, 2024, 8:27 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 30, 2024, 10:39 pm

**Return Receipt Associated**

August 28, 2024, 3:52 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

TO SEAL

TY®

estinations.

rage.

Pick

**FROM:**

# 17195 SILVER PKWY
## PMB #150
**FENTON, MI    48430-3426**

**TO:**

## USDC WESTERN DISTRICT OF MICHIGAN

**113 FEDERAL BLDG**
**315 W ALLEGAN ST RM 113**
**LANSING, MI            48933-1514**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

**PRESS FIRMLY TO SEAL**   **PRESS FIRM**



UI
PO

- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internati
- When used inter

*Insurance does not co
Domestic Mail Manual
** See International Ma

# FLAT RA
## ONE RATE ■ A

# TRACKE



PS00001

 UNITED STATES POSTAL SERVICE.

**Retail**

**P**

**US POSTAGE PAID**

**$10.45**

Origin: 48451
10/15/24
2554600451-6

**PRIORITY MAIL®**

1 Lb 11.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  10/17/24

C002

SHIP
TO:

 RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

**USPS TRACKING® #**



9505 5107 4346 4289 7352 54

