DEFENDANT: BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE    RECEIVED SERVICE: 9/09/2024

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

**FILED - LN**
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY /s/ SCANNED BY /s/

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT [OF MICHIGAN]

JEFFREY RYAN FENTON

v.

VIRGINIA LEE STORY et al.,

Case No. 1:23-CV-1097
Hon.

TO: BOARD OF PROFESSIONAL
ADDRESS: RESPONSIBILITY OF THE TNSC
10 CADILLAC DRIVE
BRENTWOOD, TN 37027

A lawsuit has been filed against you.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

JEFFREY FENTON
17195 SILVER PKWY #150
FENTON, MI 48430-3426

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

_/s/ J. Helena_  AUG 2 1 2024
By Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ___

**NOT ENOUGH SPACE: PROOF OF SERVICE PROVIDED ON THE NEXT PAGE**

...ted by law to accept service of process on behalf of _____ _____ (date).

☐ I returned the summons unexecuted _____.
☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

Case 1:23-cv-01097-PLM-RSK   ECF No. 106,  PageID.5532   Filed 10/17/24   Page 2 of 8
DEFENDANT: BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE   RECEIVED SERVICE: 9/09/2024
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE** was received by me on *(date)* 8/21/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE was served via certified U.S. mail, upon Executive Director Sandra Garrett using tracking #70203160000230017163 on September 9, 2024. Service was also provided to Governor Bill Lee with tracking #70202450000036715099 on August 29, 2024. Attorney General Jonathan Skrmetti was served with tracking #70202450000036715853 on September 6th, 2024. See attached USPS receipts.

I declare under penalty of perjury that this information is true.

Date: 10/13/2024

*Marsha Ann Fenton*
*Server's signature*

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include: Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9, 2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024. Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed receipts were returned for Garrett, B. Lee, Skrmetti, and Hargett.






ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking® 

FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

# 70203160000230017163

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:01 pm on September 9, 2024 in BRENTWOOD, TN 37027.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room
BRENTWOOD, TN 37027
September 9, 2024, 1:01 pm

### Redelivery Scheduled for Next Business Day
BRENTWOOD, TN 37027
September 7, 2024, 11:08 am

### Out for Delivery
BRENTWOOD, TN 37027
September 7, 2024, 8:23 am

### Arrived at Post Office
BRENTWOOD, TN 37027
September 7, 2024, 8:12 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:04 pm

### In Transit to Next Facility
September 6, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 5, 2024, 12:08 pm

**Departed Post Office**
LINDEN, MI 48451
September 4, 2024, 4:02 pm

**USPS in possession of item**
LINDEN, MI 48451
September 4, 2024, 10:02 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067759 (/go/TrackConfirmAction?tLabels=9590940286273244067759) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS.com® - USPS Tracking® Results    9/29/2024, 3:43 PM

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

## 9590940286273244067759

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, In/At Mailbox
FENTON, MI 48430
September 12, 2024, 1:59 pm

### Arrived at USPS Regional Destination Facility
PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 11:24 am

### Arrived at USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 9:49 pm

### USPS picked up item
BRENTWOOD, TN 37027
September 9, 2024, 1:02 pm

### Return Receipt Associated
September 4, 2024, 10:02 am

**Hide Tracking History**







**PRESS FIRMLY TO SEAL** **PRESS FIRM**

- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internati
- When used inter

*Insurance does not c
Domestic Mail Manual
** See International M

**FLAT RA**
ONE RATE ■ A

**TRACKE**

PS00001

This package is made from post-consumer waste. Please recycle - again.

---

UNITED STATES POSTAL SERVICE. — Retail

**P**  US POSTAGE PAID
$10.45  Origin: 48451
10/15/24
2554600451-6

**PRIORITY MAIL®**

1 Lb 11.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/17/24

C002

SHIP TO:

RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

**USPS TRACKING® #**



9505 5107 4346 4289 7352 54

