AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

**FILED - LN**
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jb /       SCANNED BY:

| | |
|---|---|
| JEFFREY RYAN FENTON<br><br>*Plaintiff(s)*<br>v.<br>VIRGINIA LEE STORY et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      CADENCE BANK
      201 SOUTH SPRING STREET
      TUPELO, MS 38804-4811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Jeffrey Fenton
      17195 Silver Parkway #150
      Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 2 1 2024
~~05/23/2024~~

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CADENCE BANK__

was received by me on *(date)* __8/21/2024__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105, defendant CADENCE BANK was served via certified U.S. mail using tracking number 70203160000230014957 on 9/06/2024. Their registered agent, C T Corporation System was likewise served via certified U.S. mail with tracking number 70203160000230014940 on 9/05/2024. See attached receipt copies from the USPS.

I declare under penalty of perjury that this information is true.

Date: __10/19/2024__

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Counsel for defendant made an appearance in this matter on 9/24/2024, represented by Michael L. Gutierrez and Tyler A. Burk of Butzel Long PC (GR), 300 Ottawa Ave., NW, Ste. 620, Grand Rapids, MI 49503.



**Tre Hargett**
Secretary of State

**Division of Business Services
Department of State
State of Tennessee**
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**Name:** Cadence Bank

### General Information

| | | | |
|---|---|---|---|
| SOS Control #: | 000252340 | Formation Locale: | MISSISSIPPI |
| Filing Type: | For-profit Corporation - Foreign 04/16/1992 3:04 PM | Date Formed: | 10/28/1886 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |
| Business Type: | Bank (Corp) | | |

**Registered Agent Address**
C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN 37919-5546

**Principal Address**
201 SOUTH SPRING STREET
TUPELO, MS 38804

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 04/29/2024 | Application for Amended Certificate of Authority | B1551-6229 |

Filing Name Changed  From: BANCORPSOUTH BANK  To: Cadence Bank
Principal Address 1 Changed  From: ONE MISSISSIPPI PLZA  To: 201 SOUTH SPRING STREET
Principal Address 2 Changed  From: P O DRAWER 789  To: No value
Principal Postal Code Changed  From: 38802  To: 38804
Commenced Doing Business in TN Date Changed  From: No value  To: 04/16/1992

| 08/10/2021 | Merger - Survivor | *B1070-5686 |

Qualified Survivor Control # Changed  To: 000252340
Qualified Survivor Changed  To: BANCORPSOUTH BANK (MISSISSIPPI)
Qualified Non-survivor Control # Changed  To: 001046346
Qualified Non-survivor Changed  To: FNB BANK (ALABAMA)

| 06/27/2018 | Assumed Name | B0553-8351 |

New Assumed Name Changed  From: No Value  To: Bankers Mortgage Center

| 03/14/2018 | Merger - Survivor | *B0509-4197 |

Qualified Survivor Control # Changed  To: 000252340
Qualified Survivor Changed  To: BANCORPSOUTH BANK (MISSISSIPPI)
Qualified Non-survivor Control # Changed  To: 000507279

## Filing Information

| Name: | Cadence Bank | |
|---|---|---|
| Qualified Non-survivor Changed   To: BANCORPSOUTH, INC. (MISSISSIPPI) | | |
| 01/26/2018   Registered Agent Change (by Agent) | | *B0478-4994 |
| Registered Agent Physical Address 1 Changed   From: 800 S GAY ST   To: 300 MONTVUE RD | | |
| Registered Agent Physical Address 2 Changed   From: STE 2021   To: No Value | | |
| Registered Agent Physical Postal Code Changed   From: 37929-9710   To: 37919-5546 | | |
| 10/29/2010   Registered Agent Change (by Agent) | | 6787-1168 |
| Registered Agent Organization Name Changed   From: C T CORPORATION SYSTEM   To: CT CORPORATION SYSTEM | | |
| Registered Agent Physical Address 1 Changed   From: 530 GAY ST   To: 800 S GAY ST | | |
| Registered Agent Physical Address 2 Changed   From: No Value   To: STE 2021 | | |
| Registered Agent Physical Postal Code Changed   From: 379020000   To: 37929 | | |
| 11/04/2005   Registered Agent Change (by Entity) | | 5601-0786 |
| Registered Agent Physical Address Changed | | |
| Registered Agent Changed | | |
| 12/30/2004   Merger | | 5311-1644 |
| Merged Control # Changed   From: 000252340 | | |
| Merged Control # Changed   From: 000332550 | | |
| 06/18/1997   Merger | | 3354-0018 |
| Name Changed | | |
| Merged Control # Changed   From: 000147145 | | |
| Merged Control # Changed   From: 000252340 | | |
| 04/16/1992   Initial Filing | | 2438-0200 |
| Active Assumed Names (if any) | Date | Expires |

Case 1:23-cv-01097-PLM-RSK  ECF No. 108,  PageID.5567  Filed 10/17/24  Page 5 of 14

DEFENDANT: CADENCE BANK                                                                RECEIVED SERVICE: 9/06/2024



```
            LINDEN
         215 S MAIN ST
      LINDEN, MI 48451-9998
         (800)275-8777
09/03/2024                              02:20 PM
------------------------------------------------
Product              Qty    Unit        Price
                            Price
------------------------------------------------
Priority Mail®        1                 $16.95
  Tupelo, MS 38804
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 09/06/2024
  Insurance                             $0.00
    Up to $100.00 included
  Certified Mail®                       $4.85
    Tracking #:
      70203160000230014957
  Return Receipt                        $4.10
    Tracking #:
      9590 9402 8627 3244 0677 97
Total                                   $25.90

------------------------------------------------
Grand Total:                            $97.80
------------------------------------------------
Credit Card Remit                       $97.80
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 313091
  Transaction #: 753
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5538003-2
Clerk: 6
```

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee  $4.85
Extra Services & Fees
  ☒ Return Receipt (hardcopy)
  ☐ Return Receipt (electronic)
  ☐ Certified Mail Restricted Delivery
  ☒ Adult Signature Required
  ☐ Adult Signature Restricted Delivery
Postage  $16.95
Total Postage and Fees  $25.90

CADENCE BANK
201 S SPRING STREET
TUPELO, MS      38804-4811

Postmark — LINDEN, MI 48451 — SEP -3 2024 — 09/03/2024

USPS TRACKING #
9590 9402 8627 3244 0677 97

United States Postal Service

Sender:
17195 SILVER PKWY
PMB #150
FENTON, MI    48430-3426

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
CADENCE BANK
201 S SPRING STREET
TUPELO, MS     38804-4811

9590 9402 8627 3244 0677 97

7020 3160 0002 3001 4957

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature — X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Doug Whitenton
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
  ☒ Adult Signature
  ☐ Adult Signature Restricted Delivery
  ☒ Certified Mail®
  ☐ Certified Mail Restricted Delivery
  ☐ Collect on Delivery
  ☐ Collect on Delivery Restricted Delivery
  ☐ Insured Mail
  ☐ Insured Mail Restricted Delivery (over $500)
  ☐ Priority Mail Express®
  ☐ Registered Mail™
  ☐ Registered Mail Restricted Delivery
  ☐ Signature Confirmation™
  ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Tracking Number:**

# 70203160000230014957

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was picked up at the post office at 12:58 pm on September 6, 2024 in TUPELO, MS 38801.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
TUPELO, MS 38801
September 6, 2024, 12:58 pm

### Available for Pickup
TUPELO
362 S THOMAS ST
TUPELO MS 38801-9998
M-F 0800-1800; SAT 0900-1400
September 6, 2024, 11:33 am

### Out for Delivery
TUPELO, MS 38804
September 6, 2024, 6:10 am

### Arrived at Post Office
TUPELO, MS 38801
September 6, 2024, 5:54 am

### Arrived at USPS Facility
TUPELO, MS 38801
September 6, 2024, 3:40 am

### Departed USPS Regional Facility
MEMPHIS TN MAIL PROCESSING CENTER
September 6, 2024, 1:31 am

Feedback

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Arrived at USPS Regional Facility**
MEMPHIS TN MAIL PROCESSING CENTER
September 6, 2024, 1:29 am

**Departed USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 6, 2024, 1:09 am

**Arrived at USPS Regional Destination Facility**
MEMPHIS TN DISTRIBUTION CENTER
September 5, 2024, 4:17 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 4, 2024, 2:45 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 3, 2024, 5:52 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 3, 2024, 2:44 pm

**USPS in possession of item**
LINDEN, MI 48451
September 3, 2024, 2:11 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067797 (/go/TrackConfirmAction?tLabels=9590940286273244067797) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

See Less ∧

USPS.com® - USPS Tracking® Results                                                                9/29/2024, 3:39 PM

# USPS Tracking®

FAQs >



**Tracking Number:**

## 9590940286273244067797

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:02 pm on September 10, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 10, 2024, 2:02 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 8, 2024, 10:04 pm

### Arrived at USPS Regional Facility
MEMPHIS TN DISTRIBUTION CENTER
September 6, 2024, 10:47 pm

### Held at Post Office, At Customer Request
TUPELO, MS 38801
September 6, 2024, 6:51 pm

### Return Receipt Associated
September 3, 2024, 2:11 pm

**Hide Tracking History**

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CADENCE BANK (REGISTERED AGENT)   C T CORPORATION SYSTEM   RECEIVED SERVICE: 9/05/2024



```
           UNITED STATES
           POSTAL SERVICE.
                LINDEN
             215 S MAIN ST
         LINDEN, MI 48451-9998
             (800)275-8777
09/03/2024                     02:20 PM
----------------------------------------
Product          Qty    Unit     Price
                        Price
----------------------------------------
Priority Mail®    1             $14.25
   Knoxville, TN 37919
   Weight: 3 lb 11.80 oz
   Expected Delivery Date
      Thu 09/05/2024
   Insurance                     $0.00
      Up to $100.00 included
   Certified Mail®               $4.85
      Tracking #:
         70203160000230014940
   Return Receipt                $4.10
      Tracking #:
         9590 9402 8627 3244 0677 80
Total                           $23.20

----------------------------------------
Grand Total:                    $97.80
----------------------------------------
Credit Card Remit               $97.80
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 313091
   Transaction #: 753
   AID: A0000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5538003-2
Clerk: 6
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☒ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage  $14.25

Total Postage and Fees  $

**C T CORPORATION SYSTEM**
**O/B/O: CADENCE BANK**
**300 MONTVUE RD**
**KNOXVILLE, TN    37919-5510**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: LINDEN, MI 48451  SEP -3 2024

7020 3160 0002 3001 4940

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM            Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove X

**Tracking Number:**
**70203160000230014940**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:15 am on September 5, 2024 in KNOXVILLE, TN 37919.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
KNOXVILLE, TN 37919
September 5, 2024, 10:15 am

### Out for Delivery
KNOXVILLE, TN 37919
September 5, 2024, 6:10 am

### Arrived at Post Office
KNOXVILLE, TN 37919
September 5, 2024, 5:00 am

### Departed USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 5, 2024, 3:50 am

### Arrived at USPS Regional Destination Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 4, 2024, 8:21 pm

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 4, 2024, 2:45 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 3, 2024, 5:52 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 3, 2024, 2:44 pm

**USPS in possession of item**
LINDEN, MI 48451
September 3, 2024, 2:18 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
| --- | --- | --- |
| Priority Mail® | Certified Mail™ | 9590940286273244067780 (/go/TrackConfirmAction?tLabels=9590940286273244067780) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

DEFENDANT: CADENCE BANK (REGISTERED AGENT)   C T CORPORATION SYSTEM   RECEIVED SERVICE: 9/05/2024

USPS.com® - USPS Tracking® Results                                              9/29/2024, 3:42 PM

# USPS Tracking®

FAQs >



**Tracking Number:**

## 9590940286273244067780

Remove ✕

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 2:04 pm on September 9, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 9, 2024, 2:04 pm

### Arrived at USPS Regional Destination Facility
PONTIAC MI DISTRIBUTION CENTER
September 7, 2024, 1:11 pm

### Departed USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 6, 2024, 4:38 am

### Arrived at USPS Regional Origin Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 5, 2024, 9:27 pm

### USPS picked up item
KNOXVILLE, TN 37919
September 5, 2024, 10:18 am

### Return Receipt Associated
September 3, 2024, 2:18 pm

RICO SERVICE: SHIPPED via USPS on 9/03/2024 at 2:20 PM         Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

FROM:

17195 SILVER PKWY
PMB #150
FENTON, MI    48430-3426

TO:

USDC WESTERN DISTRICT OF MICHIGAN

113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI                48933-1514



PRESS FIRMLY TO SEAL   PRESS FIRM

 Retail

■ Expected delive
■ Domestic shipm
■ USPS Tracking®
■ Limited internati
■ When used inter

*Insurance does not co
Domestic Mail Manual
** See International Ma

FLAT RA
ONE RATE ■ A



TRACKE


PS00001

This package is made from post-consumer waste. Please recycle - again.

US POSTAGE PAID
$10.45
Origin: 48451
10/15/24
2554600451-6

P

PRIORITY MAIL®

1 Lb 11.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/17/24

C002

SHIP TO:

RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

USPS TRACKING® #



9505 5107 4346 4289 7352 54

