AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

FILED - LN
October 21, 2024 4:18 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /   SCANNED BY: /

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Neal McBrayer
9034 Meadowlawn Drive
Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 9 2024  5/23/2024

*Paula J. Work*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      WILLIAM NEAL MCBRAYER

was received by me on *(date)*    August 21, 2024  .

☒ Other *(specify)*:

Service of defendant WILLIAM NEAL MCBRAYER was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70202450000036715136, return receipt requested, with delivery restricted to the addressee. This package was successfully delivered to defendant McBrayer's residence on August 31, 2024, 12:35 PM. See the attached receipt copies from the USPS.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being restricted to that specific individual.

In this instance, the return receipt appears to have been misdirected to Nashville, rather than returning it to Michigan as addressed.

Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant McBrayer on September 17. Since the definitive date and time of service was defeated by some failure in mailing back the return receipt, defendant McBrayer is *deemed served* as of the date of *first appearance* in this matter, that being on <u>September 17, 2024</u>, though he likely received service weeks earlier.

"(3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service since clearly the defendant must have been informed about this action prior to the date of first appearance of his counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/19/2024                *Marsha Ann Fenton*
                                                                     *Server's signature*

                                                      Marsha Ann Fenton
                                                    *Printed name and title*

                                     17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                                         *Server's address*

DEFENDANT: WILLIAM NEAL MCBRAYER

LAWSUIT DELIVERED: 8/31/2024 (DEEMED SERVED: 9/17/2024)



```
            UNITED STATES
            POSTAL SERVICE.
                    LINDEN
                215 S MAIN ST
              LINDEN, MI 48451-9998
                 (800)275-8777
08/28/2024                         04:09 PM
─────────────────────────────────────────────
Product            Qty    Unit       Price
                          Price
─────────────────────────────────────────────
Priority Mail®      1                $14.25
   Brentwood, TN 37027
   Weight: 3 lb 11.00 oz
   Expected Delivery Date
     Fri 08/30/2024
   Insurance                          $0.00
     Up to $100.00 included
   Restricted Del                    $12.75
     Recipient name
       WILLIAM N MCBRAYER
     Tracking #:
       70202450000036715136
   Return Receipt                     $4.10
     Tracking #:
       9590 9402 8627 3244 0682 75
Total                                $31.10

─────────────────────────────────────────────
Grand Total:                        $303.60
─────────────────────────────────────────────
Credit Card Remit                   $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A0000000031010         Chip
   AL: VISA CREDIT
   PIN: Not Required
─────────────────────────────────────────────

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $
☒ Certified Mail Restricted Delivery  $12.75
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $14.25
Total Postage and Fees  $31.10

Postmark: LINDEN, MI 48451-6 AUG 28 2024

7020 2450 0000 3671 5136

WILLIAM NEAL MCBRAYER
9034 MEADOWLAWN DR
BRENTWOOD, TN 37027-5223

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**



9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK   ECF No. 112,   PageID.5612   Filed 10/21/24   Page 4 of 7

DEFENDANT: WILLIAM NEAL MCBRAYER  
10/18/24, 12:28 PM  
USPS Tracking Intranet  
LAWSUIT DELIVERED: 8/31/2024 (DEEMED SERVED: 9/17/2024)

Help

**Product Tracking & Reporting**

UNITED STATES POSTAL SERVICE

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information

October 18, 2024

## USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: 7020 2450 0000 3671 5136

This item was delivered on 08/31/2024 at 12:35:00

< Return to Tracking Number View

| Signature | *(signature image)* |
|---|---|
| Address | 9034 MEADOWLAWN I<br><br>BRENTWOOD, TN 37027-5223 |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search ▼   Submit

Product Tracking & Reporting, All Rights Reserved  
Version: 24.4.3-de6c5246

> This page is the U.S. Postal Service's internal delivery confirmation with "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of delivery.
>
> This page was provided by Postmaster Danielle Weisenstein, from the Linden Post Office in Genessee County Michigan, who researched this parcel and provided this confirmation.

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1725125700000&signatureLabelId=525...   1/1

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®



FAQs >

**Tracking Number:**

**70202450000036715136**

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 12:35 pm on August 31, 2024 in BRENTWOOD, TN 37027.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Individual Picked Up at Post Office
BRENTWOOD, TN 37027
August 31, 2024, 12:35 pm

**Notice Left (No Authorized Recipient Available)**
BRENTWOOD, TN 37027
August 30, 2024, 1:18 pm

**Out for Delivery**
BRENTWOOD, TN 37027
August 30, 2024, 6:46 am

**Arrived at Post Office**
BRENTWOOD, TN 37027
August 30, 2024, 6:35 am

**Arrived at USPS Facility**
BRENTWOOD, TN 37027
August 30, 2024, 4:21 am

**In Transit to Next Facility**
August 30, 2024, 3:42 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER

Feedback

August 30, 2024, 3:29 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:49 am

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

**Departed USPS Facility**

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 5:07 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 28, 2024, 4:59 pm

**USPS in possession of item**

LINDEN, MI 48451
August 28, 2024, 4:03 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

Feedback

# USPS Tracking®

FAQs >

> **This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

9590 9402 8627 3244 0682 75

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

The U.S. Postal Service has received electronic notification on August 28, 2024 at 4:03 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Pre-Shipment**
**Return Receipt Associated**
August 28, 2024, 4:03 pm

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌃

**Postal Product:**
USPS Ground Advantage™

**Features:**
Return Receipt
USPS Tracking®

See tracking for related item: 70202450000036715136 (/go/TrackConfirmAction?tLabels=70202450000036715136)