AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

FILED - LN
October 21, 2024 4:18 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / _____ SCANNED BY: ɣɔ 10\22

)
)
JEFFREY RYAN FENTON )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
VIRGINIA LEE STORY et al., )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andy Dwane Bennett
1116 Mistletoe Circle
Hermitage, TN 37076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024
Date: ~~5/23/2024~~

*Paula J. Wood*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ANDY DWANE BENNETT__

was received by me on *(date)* __August 21, 2024__ .

☒ Other *(specify)*:

    Service of defendant ANDY DWANE BENNETT was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70202450000036715150, return receipt requested, with delivery restricted to the addressee.  This package was successfully delivered to defendant BENNETT's residence on September 3, 2024, at 10:05 AM.  See the attached receipt copies from the USPS.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being restricted to that specific individual.

    In this instance, the return receipt was never mailed back from Tennessee.

    Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant BENNETT on September 17.  Since the definitive date and time of service was defeated by some failure to mail back the return receipt, defendant BENNETT is *deemed served* as of the date of *first appearance* in this matter, that being on September 17, 2024, though he likely received service weeks earlier.

    "(3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service since clearly the defendant must have been informed about this action prior to the *date of first appearance* of his counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: __10/19/2024__

                                                             *Marsha Ann Fenton*
                                                                         *Server's signature*

                                                             Marsha Ann Fenton
                                                              *Printed name and title*

                                     17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                                                  *Server's address*

DEFENDANT: ANDY DWANE BENNETT

LAWSUIT DELIVERED: 9/3/2024 (DEEMED SERVED: 9/17/2024)



RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK  ECF No. 113, PageID.5619  Filed 10/21/24  Page 4 of 7

DEFENDANT: ANDY DWANE BENNETT
10/18/24, 12:29 PM
LAWSUIT DELIVERED: 9/3/2024 (DEEMED SERVED: 9/17/2024)
USPS Tracking Intranet

**Product Tracking & Reporting**

*UNITED STATES POSTAL SERVICE*

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information

Help

October 18, 2024

### USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: 7020 2450 0000 3671 5150

This item was delivered on 09/03/2024 at 10:05:00

< Return to Tracking Number View

| Signature | *[signature: Andy D. Bennett]* |
|---|---|
| Address | 1116 MISTLETOE CIR<br>HERMITAGE, TN 37076-4712 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼  [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

> This page is the U.S. Postal Service's internal delivery confirmation with "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of delivery.
>
> This page was provided by Postmaster Danielle Weisenstein, from the Linden Post Office in Genessee County Michigan, who researched this parcel and provided this confirmation.

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1725375900000&signatureLabelId=525...  1/1

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ANDY DWANE BENNETT

LAWSUIT DELIVERED: 9/3/2024 (DEEMED SERVED: 9/17/2024)

# USPS Tracking®

FAQs >



Tracking Number:

**70202450000036715150**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was picked up at the post office at 10:05 am on September 3, 2024 in HERMITAGE, TN 37076.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### Delivered
Delivered, Individual Picked Up at Post Office
HERMITAGE, TN 37076
September 3, 2024, 10:05 am

### Notice Left (No Authorized Recipient Available)
HERMITAGE, TN 37076
August 30, 2024, 1:47 pm

### Out for Delivery
HERMITAGE, TN 37076
August 30, 2024, 6:10 am

### Arrived at Post Office
HERMITAGE, TN 37076
August 30, 2024, 3:08 am

### Arrived at USPS Facility
HERMITAGE, TN 37076
August 30, 2024, 2:01 am

### Departed USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
August 30, 2024, 1:44 am

### Arrived at USPS Regional Destination Facility

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:51 am

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

**Departed USPS Facility**

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed Post Office**

LINDEN, MI 48451
August 28, 2024, 5:07 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 28, 2024, 4:59 pm

**USPS in possession of item**

LINDEN, MI 48451
August 28, 2024, 4:08 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                                                  ⌄

USPS Tracking Plus®                                                                                                   ⌄

Product Information                                                                                                   ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068299 (/go/TrackConfirmAction?tLabels=9590940286273244068299) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

See Less ⌃

USPS.com® - USPS Tracking® Results                                                                                                    9/29/2024, 3:37 PM

# USPS Tracking®

FAQs >

**This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

9590940286273244068299

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

The U.S. Postal Service has received electronic notification on August 28, 2024 at 4:08 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Pre-Shipment**
**Return Receipt Associated**
August 28, 2024, 4:08 pm

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                                                                        ⌄

USPS Tracking Plus®                                                                                                                         ⌄

Product Information                                                                                                                         ⌃

| Postal Product: | Features: | See tracking for related item: 70202450000036715150 (/go/ |
|---|---|---|
| USPS Ground Advantage™ | Return Receipt USPS Tracking® | TrackConfirmAction?tLabels=70202450000036715150) |

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM                                   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)