AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

**FILED - LN**
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /     SCANNED BY: /

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elaine Beaty Beeler
437 Battle Avenue
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 9 2024
~~5/23/2024~~

*Signature of Clerk or Deputy Clerk*
Paula J. Wood

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*            ELAINE BEATY BEELER

was received by me on *(date)*            August 21, 2024            .

☐ Other *(specify)*:

Service of defendant ELAINE BEATY BEELER was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to her the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014704, return receipt requested, with *delivery restricted* to the addressee. This package was successfully delivered to defendant Beeler's residence on August 26, 2024, at 2:30 PM. See the attached receipt copies from the USPS.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being restricted to that specific individual.

In this instance, the return receipt was mailed back from Tennessee, but there was no signature confirmation or delivery information provided.

Additionally *nineteen days later,* after being reported by the USPS as having been successfully delivered, with the return receipt already returned to Michigan through the mail, this parcel appears to have been injected back into the mail stream on September 14 in the Nashville Distribution Center, marked as "REFUSED", "RETURN TO SENDER". At which point it began its journey back to Michigan, returning on August 30, *thirty-seven days* after originally being sent.

Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Beeler on <u>September 17, 2024</u>, with that then becoming the *deemed date of service* for defendant Beeler.

"(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service, since clearly the defendant must have been *informed* about this action prior to the date of *first appearance* of her counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/20/2024                                        *Marsha Ann Fenton*
                                                                        Server's signature

                                                                   Marsha Ann Fenton
                                                                   Printed name and title

                                                   17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                                                        Server's address

DEFENDANT: ELAINE BEATY BEELER

LAWSUIT DELIVERED: 8/26/2024 (DEEMED SERVED: 9/17/2024)







RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



**Tracking Number:**

**70203160000230014704**

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:30 pm on August 26, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
FRANKLIN, TN 37064
August 26, 2024, 2:30 pm

**Out for Delivery**
FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Arrived at Post Office**
FRANKLIN, TN 37064
August 26, 2024, 5:51 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

**In Transit to Next Facility**
August 25, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

**Arrived at USPS Regional Facility**

Feedback

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**
LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**
LINDEN, MI 48451
August 24, 2024, 11:23 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                               ⌄

**USPS Tracking Plus®**                                                ⌄

**Product Information**                                                ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068497 (/go/ |
|  | Up to $100 insurance included. Restrictions Apply ⓘ | TrackConfirmAction?tLabels=9590940286273244068497) |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers                                    ]

## Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

# 9590940286273244068497

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:17 pm on August 31, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
August 31, 2024, 1:17 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 30, 2024, 7:26 am

**Arrived at USPS Regional Facility**
CHARLESTON WV PROCESSING CENTER
August 28, 2024, 9:37 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 27, 2024, 7:38 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 10:41 pm

**Processing at USPS Facility**
FRANKLIN, TN 37064
August 26, 2024, 5:38 pm

**Return Receipt Associated**
August 24, 2024, 11:23 am








**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
September 14, 2024, 5:01 pm

**Arrived at USPS Facility**
INDIANAPOLIS, IN 46219
September 14, 2024, 12:09 pm

**In Transit to Next Facility**
September 14, 2024, 8:01 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 14, 2024, 5:27 am

LATER DAYS 19

PREVIOUSLY

**Out for Delivery**
FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**
LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**
LINDEN, MI 48451
August 24, 2024, 11:23 am

> According to research performed by the Linden Michigan Postmaster, this lawsuit service package appears to have been originally accepted by the defendant (successfully delivered, though the recipient refused to sign the signature confirmation, as did most of the defendants.)  Then **nineteen** days later, the recipient/defendant returned this package to the USPS and **refused it**, having it shipped back to Michigan, where it arrived **thirty-seven** days after being shipped.

**Latest Update**
Your item was delivered to an individual at the address at 2:30 pm on August 26, 2024 in FRANKLIN, TN 37064.

**Delivered**
Delivered, Left with Individual
FRANKLIN, TN 37064
August 26, 2024, 2:30 pm

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70203160000230014704%2C                                    3/4

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery<br>Up to $100 insurance included. Restrictions Apply ⓘ | 9590940286273244068497<br>(/go/TrackConfirmAction?tLabels=9590940286273244068497) |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70203160000230014704%2C                    4/4

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)