AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

FILED - LN
October 21, 2024 4:18 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /        SCANNED BY: /

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.                                         Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frank Goad Clement Jr.
                                      220 Wilsonia Avenue
                                      Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 9 2024
      ~~5/23/2024~~

_Paula J. Wach_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     FRANK GOAD CLEMENT JR.

was received by me on *(date)*    August 21, 2024    .

☒ Other *(specify)*:

    Service of defendant FRANK GOAD CLEMENT JR. was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70202450000036715167, return receipt requested, with delivery restricted to the addressee.  This package was successfully delivered to defendant Clement's residence on August 30, 2024, 2:41 PM.  See the attached receipt copies from the USPS.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being restricted to that specific individual.

    In this instance, the return receipt appears to have been misdirected to Nashville, rather than returning it to Michigan as addressed.

    Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Clement on September 17.  Since the definitive date and time of service was defeated by some failure in mailing back the return receipt, defendant Clement is *deemed served* as of the date of *first appearance* in this matter, that being on <u>September 17, 2024</u>, though he likely received service weeks earlier.

    "(3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service since clearly the defendant must have been informed about this action prior to the *date of first appearance* of his counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/19/2024

*Server's signature*: Marsha Ann Fenton

Printed name and title: Marsha Ann Fenton

Server's address: 17195 Silver Pkwy, #150, Fenton, MI  48430-3426

DEFENDANT: FRANK GOAD CLEMENT JR.

LAWSUIT DELIVERED: 8/30/2024 (DEEMED SERVED: 9/17/2024)





RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK ECF No. 115, PageID.5636 Filed 10/21/24 Page 4 of 7

DEFENDANT: FRANK GOAD CLEMENT JR.  
10/18/24, 12:28 PM  
USPS Tracking Intranet  
LAWSUIT DELIVERED: 8/30/2024 (DEEMED SERVED: 9/17/2024)



https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1725046860000&signatureLabelId=52D… 1/1

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >


COMPLETED

**Tracking Number:**

Remove ✕

# 70202450000036715167

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:41 pm on August 30, 2024 in NASHVILLE, TN 37205.

**Get More Out of USPS Tracking:**
   **USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
NASHVILLE, TN 37205
August 30, 2024, 2:41 pm

● **Out for Delivery**
NASHVILLE, TN 37205
August 30, 2024, 6:10 am

● **Arrived at Post Office**
NASHVILLE, TN 37205
August 30, 2024, 4:39 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:50 am

● **Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

● **Departed USPS Facility**

FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 28, 2024, 4:59 pm

**Departed Post Office**
LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**
LINDEN, MI 48451
August 28, 2024, 4:01 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068282 (/go/TrackConfirmAction?tLabels=9590940286273244068282) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

DEFENDANT: FRANK GOAD CLEMENT JR.                                                            LAWSUIT DELIVERED: 8/30/2024 (DEEMED SERVED: 9/17/2024)

USPS.com® - USPS Tracking® Results                                                                                          9/29/2024, 3:36 PM

# USPS Tracking®

FAQs >



**Tracking Number:**

**9590940286273244068282**

Remove ✕

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:56 pm on August 30, 2024 in NASHVILLE, TN 37205.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Individual Picked Up at Postal Facility
NASHVILLE, TN 37205
August 30, 2024, 5:56 pm

**Return Receipt Associated**
August 28, 2024, 4:01 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                ⌄

USPS Tracking Plus®                                                                 ⌄

Product Information                                                                 ⌃

| Postal Product: | Features: | See tracking for related item: 70202450000036715167 (/go/ |
| USPS Ground | Return Receipt | TrackConfirmAction?tLabels=70202450000036715167) |

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)