AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Western District of Michigan ▼

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

FILED - LN
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /       SCANNED BY: /__/__/__

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Michael Hivner
8019 Sara Jane Lane
Bartlett, TN 38133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   AUG 1 9 2024
        ~~5/23/2024~~

*Paula J. Wood*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **JAMES MICHAEL HIVNER**

was received by me on *(date)*  August 21, 2024.

☒ Other *(specify)*:

Service of defendant JAMES MICHAEL HIVNER was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014834, return receipt requested, with delivery restricted to the addressee. This package was successfully delivered to defendant Hivner's residence on August 27, 2024, at 1:43 PM. See the attached receipt copies from the USPS.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being restricted to that specific individual.

In this instance, the return receipt was never mailed back from Tennessee.

Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Hivner on September 17. Since the definitive date and time of service was defeated by some failure to mail back the return receipt, defendant Hivner is *deemed served* as of the date of *first appearance* in this matter, that being on September 17, 2024, though he likely received service weeks earlier.

"(3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service since clearly the defendant must have been informed about this action prior to the *date of first appearance* of his counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/19/2024                    *Marsha Ann Fenton*
                                    Server's signature

                                    Marsha Ann Fenton
                                    Printed name and title

                                    17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                    Server's address

DEFENDANT: JAMES MICHAEL HIVNER

LAWSUIT DELIVERED: 8/27/2024 (DEEMED SERVED: 9/17/2024)



**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06PM                                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

70203160000230014834

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:43 pm on August 27, 2024 in MEMPHIS, TN 38133.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
MEMPHIS, TN 38133
August 27, 2024, 1:43 pm

**Out for Delivery**
MEMPHIS, TN 38133
August 27, 2024, 6:25 am

**Arrived at Post Office**
MEMPHIS, TN 38134
August 27, 2024, 6:14 am

**Arrived at USPS Regional Destination Facility**
MEMPHIS TN DISTRIBUTION CENTER
August 26, 2024, 2:33 pm

**In Transit to Next Facility**
August 25, 2024

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:16 pm

**Departed USPS Facility**

FLINT, MI 48502
August 24, 2024, 5:16 pm

**Departed USPS Facility**

FENTON, MI 48430
August 24, 2024, 3:20 pm

**Departed Post Office**

FENTON, MI 48430
August 24, 2024, 3:14 pm

**USPS in possession of item**

FENTON, MI 48430
August 24, 2024, 2:01 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                                                    ⌄

**USPS Tracking Plus®**                                                                                                      ⌄

**Product Information**                                                                                                      ⌃

Feedback

| Postal Product: | Features: | See tracking for related item: |
| --- | --- | --- |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068381 (/go/TrackConfirmAction?tLabels=9590940286273244068381) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >

**This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ×

**Tracking Number:**

## 9590940286273244068381

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

The U.S. Postal Service has received electronic notification on August 24, 2024 at 2:01 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

● **Pre-Shipment**
   **Return Receipt Associated**
   August 24, 2024, 2:01 pm

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                                             ⌄

---

**USPS Tracking Plus®**                                                                              ⌄

---

**Product Information**                                                                              ⌃

**Postal Product:**            **Features:**              See tracking for related item: 70203160000230014834 (/go/
USPS Ground Advantage™        Return Receipt              TrackConfirmAction?tLabels=70203160000230014834)
                               USPS Tracking®