AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

FILED - LN
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /   SCANNED BY: / /

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Weimar Binkley
1109 Sneed Glen Drive
Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   AUG 1 9 2024
        ~~5/23/~~2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     MICHAEL WEIMAR BINKLEY

was received by me on *(date)*     August 21, 2024 .

☒ Other *(specify):*

    Service of defendant MICHAEL WEIMAR BINKLEY was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014711, return receipt requested, with delivery restricted to the addressee. This package was successfully delivered to defendant Binkley's residence on August 26, 2024, at 12:39 PM. See the attached receipt copies from the USPS.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being restricted to that specific individual.

    In this instance, the return receipt was never mailed back from Tennessee.

    Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Binkley on September 17. Since the definitive date and time of service was defeated by some failure to mail back the return receipt, defendant Binkley is *deemed served* as of the date of *first appearance* in this matter, that being on September 17, 2024, though he likely received service weeks earlier.

    "(3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service since clearly the defendant must have been informed about this action prior to the *date of first appearance* of his counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/19/2024                                *Marsha Ann Fenton*
                                                                               Server's signature

                                                                 Marsha Ann Fenton
                                                                 *Printed name and title*

                                  17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                                                            *Server's address*

DEFENDANT: MICHAEL WEIMAR BINKLEY

LAWSUIT DELIVERED: 8/26/2024 (DEEMED SERVED: 9/17/2024)





RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MICHAEL WEIMAR BINKLEY                                    LAWSUIT DELIVERED: 8/26/2024 (DEEMED SERVED: 9/17/2024)

10/18/24, 12:27 PM                                       USPS Tracking Intranet



RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

70203160000230014711

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:39 pm on August 26, 2024 in FRANKLIN, TN 37069.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
FRANKLIN, TN 37069
August 26, 2024, 12:39 pm

**Out for Delivery**
FRANKLIN, TN 37069
August 26, 2024, 7:41 am

**Arrived at Post Office**
FRANKLIN, TN 37064
August 26, 2024, 7:30 am

**In Transit to Next Facility**
August 25, 2024

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 24, 2024, 6:13 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 23, 2024, 7:36 pm

**Arrived at USPS Regional Facility**



USPS.com® - USPS Tracking® Results                                                          9/29/2024, 2:47 PM

# USPS Tracking®

FAQs >

**This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

## 9590940286273244068503

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

The U.S. Postal Service has received electronic notification on August 23, 2024 at 2:36 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Pre-Shipment**
**Return Receipt Associated**
August 23, 2024, 2:36 pm

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌃

**Postal Product:**
USPS Ground Advantage™

**Features:**
Return Receipt
USPS Tracking®

See tracking for related item: 70203160000230014711 (/go/TrackConfirmAction?tLabels=70203160000230014711)