AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-1097

FILED - LN
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /_____ SCANNED BY: 10/24/00

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sandra Jane Leach Garrett
2021 Hunterwood Drive
Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~5/23/2024~~ AUG 19 2024

*Paula J. Wood*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     SANDRA JANE LEACH GARRETT

was received by me on *(date)*     August 21, 2024    .

☒ Other *(specify):*

    Service of defendant SANDRA JANE LEACH GARRETT was initiated on August 23, 2024, pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to her the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014797, return receipt requested, with delivery restricted to the addressee.

    On August 26 the USPS reported, "Notice Left (No Authorized Recipient Available)", after which they attempted to deliver again on August 31, but were unsuccessful. Research of this case by the Linden Michigan Postmaster shows that this parcel is still *waiting* to be *picked-up* at the Post Office in Brentwood, Tennessee, over *six-weeks* after the initial delivery attempt, but to date defendant Garrett has neglected or refused to do so.

    On September 4, 2024, a second lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, was sent to defendant SANDRA JANE LEACH GARRETT, this time at her place of employment, via certified U.S. mail with tracking number 70203160000230017163, return receipt requested.

    Since defendant Garrett is employed by a government entity, restricted delivery was not used this time, because it was unknown whether or not the mail carrier would have direct access to her. This package was delivered on September 9, 2024, at 1:01 PM and signed for by what looks like "Lani White".

    Due to concerns about the overall evasiveness exhibited by *many* of the defendants in this lawsuit, while defendant Garrett's personal service of this lawsuit to her residence remained *unclaimed*, a third serve attempt of this lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit was sent to defendant SANDRA JANE LEACH GARRETT, this time at her place of employment again, but using *restricted delivery*, to ensure that the personal service requirements were fully satisfied. The certified U.S. mail tracking number this time was 70202450000036716232, with a return receipt again requested.

    This package was successfully delivered on September 20, 2024, at 11:30 AM, and was signed for by an individual named "Molly Leins". Once again, somehow this parcel was received by someone *other* than the *addressee* clearly named, despite the package having been specifically sent with *restricted delivery*.

    Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Garrett on <u>September 17, 2024</u>, with that then becoming the *deemed date of service* for defendant Garrett.

    "(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service, since clearly the defendant must have been *informed* about this action prior to the *date of first appearance* of her counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/19/2024

                                       *Marsha Ann Fenton*
                                          *Server's signature*

                                       Marsha Ann Fenton
                                       *Printed name and title*

                          17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                                        *Server's address*

DEFENDANT: SANDRA JANE LEACH GARRETT        THIRD ATTEMPT — LAWSUIT DELIVERED: 9/20/2024 (DEEMED SERVED: 9/17/2024)

```
          UNITED STATES
          POSTAL SERVICE.

                 LINDEN
              215 S MAIN ST
           LINDEN, MI 48451-9998
              (800)275-8777
09/18/2024                            09:10 AM
------------------------------------------------
Product             Qty    Unit       Price
                           Price
------------------------------------------------
Priority Mail®       1                $14.25
   Brentwood, TN 37027
   Weight: 3 lb 14.90 oz
   Expected Delivery Date
      Fri 09/20/2024
   Insurance                           $0.00
      Up to $100.00 included
   Restricted Del                     $12.75
      Recipient name
         SANDRA J GARRETT
      Tracking #:
         70202450000036716232
   Return Receipt                      $4.10
      Tracking #:
         9590 9402 8627 3244 0676 12
Total                                 $31.10
------------------------------------------------
Grand Total:                         $142.60

Credit Card Remit                    $142.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 808101
   Transaction #: 341
   AID: A0000000031010    Chip
   AL: VISA CREDIT
   PIN: Not Required
------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ $12.75
☐ Return Receipt (electronic)    $          Postmark
☒ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $14.25
Total Postage and Fees  $31.10
                                  09/18/2024

SANDRA GARRETT
10 CADILLAC DR STE 220
BRENTWOOD, TN 37027-5078

7020 2450 0000 3671 6232

---

USPS TRACKING #

9590 9402 8627 3244 0676 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

9590 9402 8627 3244 0676 12

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6232

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X     ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
Molly Leins

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTER…

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

70202450000036716232

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:30 am on September 20, 2024 in BRENTWOOD, TN 37027.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room
BRENTWOOD, TN 37027
September 20, 2024, 11:30 am

### Out for Delivery
BRENTWOOD, TN 37027
September 20, 2024, 7:21 am

### Arrived at Post Office
BRENTWOOD, TN 37027
September 20, 2024, 7:10 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 19, 2024, 8:28 pm

DEFENDANT: SANDRA JANE LEACH GARRETT       THIRD ATTEMPT — LAWSUIT DELIVERED: 9/20/2024 (DEEMED SERVED: 9/17/2024)

**In Transit to Next Facility**
September 19, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 18, 2024, 8:16 pm

**Departed Post Office**
LINDEN, MI 48451
September 18, 2024, 4:02 pm

**USPS in possession of item**
LINDEN, MI 48451
September 18, 2024, 9:09 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

| | | |
|---|---|---|
| Postal Product: | Features: | See tracking for related item: |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244067612 (/go/TrackConfirmAction?tLabels=9590940286273244067612) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: SANDRA JANE LEACH GARRETT       THIRD ATTEMPT  —  LAWSUIT DELIVERED: 9/20/2024 (DEEMED SERVED: 9/17/2024)

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTER…

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

## 9590940286273244067612

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 2:40 pm on September 23, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 23, 2024, 2:40 pm

### Arrived at USPS Regional Destination Facility
PONTIAC MI DISTRIBUTION CENTER
September 22, 2024, 11:11 am

### Arrived at USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER
September 20, 2024, 7:57 pm

### USPS picked up item
BRENTWOOD, TN 37027
September 20, 2024, 11:31 am

### Return Receipt Associated
September 18, 2024, 9:09 am

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)






# USPS Tracking®

FAQs >



**Tracking Number:**

**70203160000230017163**

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:01 pm on September 9, 2024 in BRENTWOOD, TN 37027.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room
BRENTWOOD, TN 37027
September 9, 2024, 1:01 pm

### Redelivery Scheduled for Next Business Day
BRENTWOOD, TN 37027
September 7, 2024, 11:08 am

### Out for Delivery
BRENTWOOD, TN 37027
September 7, 2024, 8:23 am

### Arrived at Post Office
BRENTWOOD, TN 37027
September 7, 2024, 8:12 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:04 pm

### In Transit to Next Facility
September 6, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 5, 2024, 12:08 pm

**Departed Post Office**
LINDEN, MI 48451
September 4, 2024, 4:02 pm

**USPS in possession of item**
LINDEN, MI 48451
September 4, 2024, 10:02 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | 9590940286273244067759 (/go/TrackConfirmAction?tLabels=9590940286273244067759) |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >



**Tracking Number:**

9590940286273244067759

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 12, 2024, 1:59 pm

### Arrived at USPS Regional Destination Facility
PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 11:24 am

### Arrived at USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 9:49 pm

### USPS picked up item
BRENTWOOD, TN 37027
September 9, 2024, 1:02 pm

### Return Receipt Associated
September 4, 2024, 10:02 am

Hide Tracking History

DEFENDANT: SANDRA JANE LEACH GARRETT | FIRST SERVICE ATTEMPT | REFUSED SERVICE



```
             LINDEN
          215 S MAIN ST
       LINDEN, MI 48451-9998
          (800)275-8777
08/23/2024                    04:29 PM
----------------------------------------
Product              Qty    Unit    Price
                            Price
----------------------------------------
Priority Mail®        1             $14.25
  Brentwood, TN 37027
  Weight: 3 lb 10.20 oz
  Expected Delivery Date
      Mon 08/26/2024
  Insurance                          $0.00
    Up to $100.00 included
  Restricted Del                    $12.75
    Recipient name
      SANDRA GARRETT
    Tracking #:
      70203160000230014797
  Return Receipt                     $4.10
    Tracking #:
      9590 9402 8627 3244 0684 04
Total                               $31.10

----------------------------------------
Grand Total:                        $62.20
----------------------------------------
Credit Card Remit                   $62.20
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 513292
    Transaction #: 665
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5522121-2
Clerk: 6
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Brentwood, TN 37027

Certified Mail Fee $
$4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $12.75      Postmark
☒ Certified Mail Restricted Delivery $ $4.10    Here
☐ Adult Signature Required       $              AUG 23 2024
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

SANDRA GARRETT
2021 HUNTERWOOD DR
BRENTWOOD, TN 37027-5421



REFUSED

DEFENDANT: SANDRA JANE LEACH GARRETT | FIRST SERVICE ATTEMPT | REFUSED SERVICE

USPS.com® - USPS Tracking® Results    https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&...

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN NORT…

# USPS Tracking®

FAQs >



**UNCLAIMED—REFUSED**

Remove ✕

**Tracking Number:**

**70203160000230014797**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**WAITING OVER SIX-WEEKS TO BE PICKED-UP**

**Delivery Attempt**
Reminder to Schedule Redelivery of your item
August 31, 2024

**Notice Left (No Authorized Recipient Available)**
BRENTWOOD, TN 37027
August 26, 2024, 12:27 pm

**Out for Delivery**
BRENTWOOD, TN 37027
August 26, 2024, 6:23 am

**Arrived at Post Office**
BRENTWOOD, TN 37027
August 26, 2024, 6:12 am

**In Transit to Next Facility**
August 25, 2024

**Arrived at USPS Regional Destination Facility**

10/19/2024, 6:31 PM

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 4:29 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

NASHVILLE TN DISTRIBUTION CENTER
August 24, 2024, 6:17 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 1:09 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 23, 2024, 11:19 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 23, 2024, 5:04 pm

**Departed Post Office**
LINDEN, MI 48451
August 23, 2024, 5:02 pm

**USPS in possession of item**
LINDEN, MI 48451
August 23, 2024, 4:24 pm

Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery<br>Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244068404 (/go/TrackConfirmAction?tLabels=9590940286273244068404) |

See Less ⌃

10/19/2024, 6:31 PM

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 4:29 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)