UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01097-PLM-RSK |
| | ) |
| VIRGINIA LEE STORY, et al, | ) |
| | ) |
| Defendants. | ) |

**CORRECTED
STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A.
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff Jeffrey Ryan Fenton ("Plaintiff") and Defendant Bank of America, N.A. ("BofA")[1] (collectively, "Parties") agree as follows:

1. BofA received the Summons and Complaint in this case via United States Mail on or about October 2, 2024.

2. The Amended Complaint includes approximately 2000 pages. As such, BofA respectfully requests time to investigate Plaintiff's allegations. Rule 6(b)(1) provides that a court may, for good cause shown, extend the time for an act to be done if a party makes such request before the original time expires. Good cause exists to grant an extension to provide BofA with time to investigate and evaluate the allegations in the Complaint.

3. Plaintiff agrees to provide BofA an extension of twenty-one (21) days, up to and including November 13, 2024, to respond to Plaintiff's Amended Complaint.

---

[1] It appears from the summons and the motion filed by Plaintiff, that Plaintiff intended to name "Bank of America, N.A." as the defendant in this lawsuit, despite "Bank of America Corporation" being named in the caption. As such, we are filing on behalf of Bank of America, N.A.

1

**THE PARTIES THEREFORE AGREE** as follows: BoA is granted an extension of twenty-one (21) days, up to and including November 13, 2024 to respond to Plaintiff's Amended Complaint.

**STIPULATIONS**

| | |
|---|---|
| JEFFREY RYAN FENTON | DYKEMA GOSSETT PLLC |
| By: /s/ Jeffrey Ryan Fenton  10/24/2024<br>Jeffrey Ryan Fenton, pro se<br>Plaintiff<br>17195 Silver Parkway #150<br>Fenton, MI 84830<br>Telephone: (615) 837-1300<br>E-Mail: contact@jeffenton.com | By: /s/ Laura C. Baucus<br>Laura C. Baucus (P56932)<br>Attorney for Defendant Bank of America, N.A.<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0796<br>lbaucus@dykema.com |