UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

Case No:  1:23-cv-01097

Hon. Paul L. Maloney
United States District Judge

Hon Ray Kent
United States Magistrate Judge

**EXPEDITED CONSIDERATION REQUESTED**

**DEFENDANT HON. CHARLES WALKER'S MOTION
FOR REDACTION AND REFILING OF DOCUMENTS**

Defendant Hon. Charles Walker (Judge Walker) moves pursuant to Federal Rule of Civil Procedure 5.2(e) that the Court issue a protective order to redact and refile documents Plaintiff has filed that include Judge Walker's private home address. As a federal bankruptcy judge, Judge Walker's safety and privacy interests outweigh any need for this information to be part of the public record in in this action. The filings that should be removed, redacted, and refiled include the amended complaint, summonses, purported proof of service on Judge Walker, and any additional filings that reference Judge Walker's home address. (ECF No. 66, PageID.4874; ECF No. 95-1, PageID.5252, 5254).

This motion is supported by the accompanying brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MARK A. TOTTEN<br>United States Attorney |
| Dated: October 25, 2024 | s/ *Ryan D. Cobb*<br>RYAN D. COBB<br>Assistant United States Attorney<br>Post Office Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Ryan.Cobb@usdoj.gov |