UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

Case No: 1:23-cv-01097

Hon. Paul L. Maloney
United States District Judge

Hon Ray Kent
United States Magistrate Judge

**CERTIFICATE REGARDING
COMPLIANCE WITH LOCAL CIVIL RULE 7.3(b)(i)**

Pursuant to Local Civil Rule 7.3(b)(ii), the undersigned certifies that the Brief in Support of Defendant Hon. Charles Walker's Motion for Redaction and Refiling of Documents complies with the type-volume limitation and contains no more than 4,300 words as provided by Local Civil Rule 7.3(b)(i). A word count was made using Word for Office 365, and the brief contains 375 words.

Respectfully submitted,

Dated: October 25, 2024

s/ *Ryan D. Cobb*
RYAN D. COBB
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Ryan.Cobb@usdoj.go