UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

                Plaintiff,                      Case No:  1:23-cv-01097

v.                                          Hon. Paul L. Maloney
                                          United States District Judge

VIRGINIA LEE STORY, et al.,

                                          Hon Ray Kent
                                          United States Magistrate Judge

                    Defendants.

_____/

**CERTIFICATE REGARDING
COMPLIANCE WITH LOCAL CIVIL RULE 7.1(d)**

Pursuant to Western District of Michigan Local Civil Rule 7.1(d), undersigned counsel attempted to contact pro se plaintiff by telephone at 8:50 a.m. on October 25, 2024, to seek concurrence in Judge Walker's Motion for Redaction and Refiling of Documents. Counsel was unable to reach Plaintiff and left a voicemail message describing the request for concurrence in this motion and in Judge Walker's Motion to Dismiss. Counsel also emailed Plaintiff regarding concurrence at 12:34 p.m. on October 25, 2024. Plaintiff has not responded to the voicemail or email, nor has Plaintiff returned counsel's October 23, 2024 voicemail message regarding concurrence in Judge Walker's Motion to Dismiss.

                                          Respectfully submitted,

Dated: October 25, 2024                    s/ *Ryan D. Cobb*
                                          RYAN D. COBB
                                          Assistant United States Attorney
                                          Post Office Box 208
                                          Grand Rapids, MI 49501-0208
                                          (616) 456-2404
                                          Ryan.Cobb@usdoj.gov