UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

Case No: 1:23-cv-01097

Hon. Paul L. Maloney
United States District Judge

Hon Ray Kent
United States Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2024, I caused a copy of (1) Defendant Hon. Charles Walker's Motion for Redaction and Refiling of Documents, (2) Brief in Support of Defendant Hon. Charles Walker's Motion for Redaction and Refiling of Documents, (3) Certificate Regarding Compliance with Local Rule 7.1(d), (4) Certificate Regarding Compliance with Local Civil Rule 7.3(b)(i). and (5) Certificate of Service to be sent via United States mail, postage prepaid, to:

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

Respectfully submitted,

Dated: October 25, 2024

s/ *Ryan D. Cobb*
RYAN D. COBB
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Ryan.Cobb@usdoj.go