UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

Case No:  1:23-cv-01097

Hon. Paul L. Maloney
United States District Judge

Hon Ray Kent
United States Magistrate Judge

## ORDER TO REDACT

The Court has reviewed Defendant Hon. Charles Walker's expedited Motion for Redaction and Refiling of Documents (ECF No. 131) and finds good cause under Federal Rule of Civil Procedure 5.2(e) to remove Charles Walker's private home address from the publicly available ECF in this action. Accordingly,

**IT IS HEREBY ORDERED**:

The Clerk of Court shall take the steps necessary to ensure that any filings that contain Charles Walker's private home address cannot be publicly accessed. To the extent feasible, the Clerk of Court shall redact the address from pages on which it is found and refile the redacted pages; otherwise, access to these filings shall be restricted. These pages include without limitation the following:

        ECF No. 16-1, PageID.2293,
        ECF No. 66, PageID.4874,
        ECF No. 95-1, PageID.5252 and 5254.

Dated:

                                                        HON. PAUL L. MALONEY