UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

    Plaintiff,

v.

    Case No. 1:23-cv-1097

    HONORABLE PAUL L. MALONEY

VIRGINIA LEE STORY, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendant Hon. Charles M. Walker's motion for redaction and refiling of documents (ECF No. 131). Judge Walker requests the Court remove access to his home address from the public record. Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion for redaction and refiling of documents (ECF No. 131) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that the Clerk of Court shall restrict access to the attachment to the motion for extension of time (ECF No. 16-1), the amended complaint (ECF No. 66), and the attachment to the summons returned executed (ECF No. 95-1). Access shall be restricted to Plaintiff, counsel for the Defendants, and the Court.

Dated: October 28, 2024                                 /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge