UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

        Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

        Defendants.
_____/

Case No: 1:23-cv-01097

Hon. Paul L. Maloney
United States District Judge

Hon Ray Kent
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I caused a copy of the proposed Order to Redact and Certificate of Service to be sent via United States mail, postage prepaid, to:

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

Respectfully submitted,

Dated: October 29, 2024

s/ *Ryan D. Cobb*
RYAN D. COBB
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Ryan.Cobb@usdoj.go