UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

      Plaintiff,                                Case No. 1:23–cv–01097–PLM–RSK

v.                                        Hon. Paul L. Maloney

VIRGINIA LEE STORY, et al.,

      Defendants.
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received February 24, 2025 and orders the Clerk to reject the Objection to all Motions to Dismiss and Motion and Declaration to Correct, Minimize or Strike and Remove Redactions and return the document(s) to Jeffrey Fenton for the reason(s) noted below:

The case was transferred to the Middle District of Tennessee on October 25, 2024. All further questions/inquiries should be directed to said Court.

IT IS SO ORDERED.

Dated:  February 24, 2025                        /s/ Ray Kent
                                                                RAY KENT
                                                                 U.S. Magistrate Judge