## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**RECEIVED- LN**
February 24, 2025 10:50 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

        PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

        DEFENDANTS

CASE NO. 1:23-CV-01097

Transferred to TNMD
In Case No. 3:24-cv-01282

### FIRST OBJECTION TO ALL MOTIONS TO DISMISS, FOR SUMMARY JUDGEMENT, AND MOTIONS/ORDERS TO REDACT AND SEAL DOCUMENTS[1]

Plaintiff brings this objection pursuant to 28 U.S. Code § 1746, U.S. Const. amend. I, Case Law, F.R.Civ.P. Rule 11(b), and 18 U.S. Code § 4 - Misprision of felony.

### GOVERNMENT RESOURCES MOBILIZED TO PROTECT BAD ACTORS

1.      On October 25, 2024, a United States Attorney in Michigan[2] made an appearance in this matter on behalf of Judge Walker, claiming that defendant Walker has "privacy and safety concerns" because my complaint contains his home address, just as it does with every other individual defendant in this lawsuit, which was obtained online from public records.

---

[1]  This lawsuit was originally filed on October 13, 2023, in the United States District Court for the Western District of Michigan (hereinafter "MIWD") as case no. 1:23-cv-01097. On October 25, 2024, MIWD transferred this lawsuit as ordered in ECF 127 to the United States District Court for the Middle District of Tennessee (hereinafter "TNMD") as case no. 3:24-cv-01282. The language used in the file stamps of each page filed is slightly different between the two courts. MIWD uses the term "ECF No." (which I abbreviate as "ECF"), while in place of that, TNMD uses the term "Document" (which I abbreviate as "DOC"). Both courts use the term "PageID" (which I abbreviate as "PID"). Citations to the court record in this lawsuit will be notated without the case name or number, using the starting DOC/ECF number, followed by both the beginning and ending PID. The Notice of Electronic Filing for this transfer is recorded in TNMD DOC 131, at which point the DOC/ECF number from MIWD was retained and continued, but the PID was reset after DOC 130, PID 5727, to restart at zero.

[2]  https://rico.jefffenton.com/evidence/2024-10_comms-with-usat_ryan-cobb-about-redactions.pdf

Initials: _[signature]_

2.      Still, the U.S. Attorney in Michigan filed multiple papers[3] seeking to have all claims dismissed against defendant Walker, while motioning the court to redact documents containing his home address from public access.

3.      The case was electronically transferred from Michigan to Tennessee that same day, October 25th, where a different U.S. Attorney in Nashville[4] immediately began filing expedited and emergency motions to redact and seal the records[5] in my lawsuit, while requesting an emergency hearing to have him released from the lawsuit, claiming he has "absolute immunity" and being a defendant in my lawsuit could cause complications for his job as a federal bankruptcy judge, under that same federal court to which my lawsuit has now been transferred in the Middle District of Tennessee.

4.      I've got a **lot** to say about that!  I certainly wish defendant Walker had considered those concerns before he ignored the Federal Rules of Bankruptcy Procedure and violated multiple federal laws to assist a bunch of lawless perpetrators in the theft of my Brentwood home.

---

[3]   ECF 126, PID 5704-5705 | https://rico.jefffenton.com/1-23-cv-01097/ecf/126.pdf
      ECF 128, PID 5711-5725 | https://rico.jefffenton.com/1-23-cv-01097/ecf/128.pdf
      ECF 129, PID 5726 | https://rico.jefffenton.com/1-23-cv-01097/ecf/129.pdf
      ECF 130, PID 5727 | https://rico.jefffenton.com/1-23-cv-01097/ecf/130.pdf
      ECF 131, PID 5728-5729 | https://rico.jefffenton.com/1-23-cv-01097/ecf/131.pdf
      ECF 132, PID 5730-5731 | https://rico.jefffenton.com/1-23-cv-01097/ecf/132.pdf
      ECF 133, PID 5732 | https://rico.jefffenton.com/1-23-cv-01097/ecf/133.pdf
      ECF 134, PID 5733 | https://rico.jefffenton.com/1-23-cv-01097/ecf/134.pdf
      ECF 135, PID 5734 | https://rico.jefffenton.com/1-23-cv-01097/ecf/135.pdf
      ECF 136, PID 5735 | https://rico.jefffenton.com/1-23-cv-01097/ecf/136.pdf
[4]   https://rico.jefffenton.com/evidence/2024-11_comms-with-usat-anica-jones-about-redactions.pdf
[5]   DOC 158, PID 114-116 | https://rico.jefffenton.com/3-24-cv-01282/doc/158.pdf
      DOC 159, PID 117-119 | https://rico.jefffenton.com/3-24-cv-01282/doc/159.pdf
      DOC 167, PID 143-146 | https://rico.jefffenton.com/3-24-cv-01282/doc/167.pdf
      DOC 168, PID 147-161 | https://rico.jefffenton.com/3-24-cv-01282/doc/168.pdf

Initials:

## HIDING CRIMES AND CORRUPTION FROM THE PUBLIC

5.    Just three days later on October 28, 2024, MIWD redacted my entire "First Amended Complaint[6]" (the heart of my lawsuit) and permanently blocked it in its entirety from public access[7].

6.    TNMD took redacting and sealing my records even further, though I don't know precisely when or how, since the court did this secretly without notice.

7.    TNMD sealed my entire original filing[8] in this lawsuit, consisting of roughly two thousand pages, comprised of my original complaint and most of the Tennessee Court Records from precipitating matters in the Chancery Court, Bankruptcy Court, the Court of Appeals, and the Tennessee Supreme Court.   These records are packed with evidence of felony crimes committed by Tennessee court personnel and counsel.   Hiding them is a violation of 18 U.S. Code § 4 - Misprision of Felony:[9]

> "Whoever, having knowledge of the actual commission of a felony
> cognizable by a court of the United States, conceals and does not as
> soon as possible make known the same to some judge or other
> person in civil or military authority under the United States, shall
> be fined under this title or imprisoned not more than three years, or
> both."   (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title
> XXXIII, §330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

---

[6]   ECF 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf

[7]   ECF 137, PID 5736 | https://rico.jefffenton.com/1-23-cv-01097/ecf/137.pdf  (This document is only available in MIWD docket.)

[8]   ECF 1, PID 1-2090 | https://rico.jefffenton.com/1-23-cv-01097/1.htm | https://rico.jefffenton.com/3-24-cv-01282/1.htm

[9]   https://www.law.cornell.edu/uscode/text/18/4

Initials: _JPS_

8.    TNMD also sealed my entire First Amended Complaint[10].

9.    I contacted the Nashville court clerk who told me that she had never seen that before (the links in PACER completely vanished), but after speaking with her tech support team, she blamed it on some abnormality having to do with MIWD transferring the case to TNMD. However, when I questioned the Michigan court clerk, she denied the sealing of the records having anything to do with their court.

10.    The Nashville court clerk said that the records were only sealed temporarily, because I currently have no judge assigned to my case since every district and magistrate judge in TNMD has recused themselves[11] from hearing this matter.

11.    I'm told that once the Sixth Circuit Court of Appeals appoints a judge from outside TNMD to my case, then the records will be unsealed and the battle over the redactions and sealing will continue.

12.    Upon information and belief, based on my interactions with both MIWD and TNMD courts to date, the actions they both proactively took to heavy-handedly redact and seal substantive portions of my lawsuit, rather than doing a few line-level redactions of the only *four words* legitimately being concealed from the public (defendant Walker's street address), combined with my interactions with both U.S. Attorneys in Michigan and Tennessee, their posture, presence, and demands in both courts, seeking highly expedited and vastly sweeping redactions and sealed records, for a reason which honestly lacks reasonable support[12], while factoring in the data shown in the screenshots on page 9, from providing email service to Nashville Bankruptcy Judge Charles M. Walker, I find it likely that Walker is corrupt, and is powerfully connected.

---

[10]    DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf

[11]    DOC 165, PID 139 | https://rico.jefffenton.com/3-24-cv-01282/doc/165.pdf

[12]    See the "DECLARATION AND MOTION TO FILE UNDER SEAL REGARDING DEFENDANT WALKER'S CLAIMED PRIVACY CONCERNS RELATED TO HIS HOME ADDRESS".

Initials:

### THE BLURRY LINES CURRENTLY BETWEEN POLITICS AND LAW

13.     Upon information and belief, I further believe that some bad actors in Washington, D.C., began pulling strings to steer/impact this case and the actions of the U.S. Attorney's Offices for defendant Walker's benefit.  This might explain why MIWD redacted my entire complaint under the guise of concealing just the ***four words*** related to his address almost immediately upon request by the U.S. Attorney's Office.

14.     Upon information and belief, the actions to date so far in this case strongly suggest that government offices and public resources at county, state, and federal levels are being inappropriately misused and exploited under color of law by high-profile officers of the court, for private interests, to hide serious felony crimes and corruption from the public committed by other influential court and government actors—in direct contravention of both state and federal constitutions along with the most basic principles of the rule of law.

15.     I've lost over a month of my life so far trying to appease both of these U.S. attorneys, while working to redact defendant Walker's address from both my filings and my website, despite the fact that both U.S. attorneys along with both federal courts took actions significantly contrary to my interests and even their stated objectives in the end[13].

16.     I tried to work with both U.S. attorneys[14] in good faith toward solving the claimed problem of protecting defendant Walker's privacy concerns, without the need to block public

---

[13]   The claimed objective was to conceal defendant Walker's home address, while that was only accomplished in **three** out of **eighteen** documents filed in this lawsuit containing defendant Walker's residential address.  Defendant Walker's address is present in the following documents on the pages specified: ECF 16-1, PID 2293; 66, PID 4874; ECF 90-2, PID 5170; ECF 90-4, PID 5172; ECF 95-1, PID 5252 & 5254; ECF 96, PID 5263; ECF 96-1, PID 5273; ECF 92-2, PID 5293; ECF 97, PID 5300; ECF 98, PID 5326; ECF 99, PID 5335; ECF 100, PID 5352; ECF 100-1, PID 5362; ECF 101, PID 5383; ECF 102, PID 5467; ECF 109, PID 5582; ECF 110, 5592; ECF 111, PID 5607.

[14]   https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf
       https://rico.jefffenton.com/evidence/2024-11_comms-with-usat-anica-jones-about-redactions.pdf

Initials:

access to any document in this lawsuit. Ultimately, neither U.S. attorney showed any interest in limiting the reach of their proposed redactions to the scope of their stated concerns, concealing defendant Walker's home address.

17.    Meanwhile the courts took the opportunity to order vastly over-reaching redactions, substantially interfering with the public's ability to research and understand this lawsuit, along with the critical justice interests involved.

18.    Upon information and belief, these redactions and sealed records are the result of attorney and judicial misconduct by the U.S. attorney's offices and the federal courts, both in Michigan and Tennessee.

19.    Upon information and belief, defendant Walker does not have any legitimate concern about the public disclosure of his home address in this lawsuit—at least not more so than any other defendant, based on the public records available. (This is explained in detail in my "DECLARATION AND MOTION TO FILE UNDER SEAL REGARDING DEFENDANT WALKER'S CLAIMED PRIVACY CONCERNS RELATED TO HIS HOME ADDRESS".)

20.    Upon information and belief, unnecessary redactions/sealing of entire documents was simply the **excuse** given to protect the much broader concerns of many, if not all the defendants, regarding the public disclosure of substantial testimony, facts, and evidence, which could be detrimental to many of their careers, proving several law firms, courts, clerks, judges, and municipal entities in Middle Tennessee, even including divisions of the Tennessee Supreme Court, worked together in direct contravention of both state and federal laws, along with both Constitutions and the Bill of Rights, while knowingly participating in egregious felony crimes, fraud on the court, bankruptcy fraud, official corruption, racketeering, and much more.

Initials:

## THE REAL NEED (IF EVER ONE EXISTED)

21.    All that needed to be redacted from my complaint, was the following **four words** containing defendant Walker's:

|  |  | Example: |
|---|---|---|
| (1) **House Number** | \| | 1234 |
| (2) **Street Name** | \| | Defendant Drive |
| (3) **City** | \| | Nashville |
| (4) **+4 Code** (last four) | \| | 0000 |

22.    That's it! Just ***four words***, in *one sentence*, on only *one page* of my complaint!

23.    According to Microsoft Word, my amended complaint[15] contains:

- ➢ one hundred and thirty-eight pages (138)
- ➢ six hundred and ninety-one paragraphs (691)
- ➢ two thousand five hundred and sixty-seven lines (2,567)
- ➢ thirty-one thousand and fifteen words (31,015)

24.    Along with my first complaint, ***all*** of this has been completely redacted or entirely sealed from the public, for the alleged purpose of concealing those **four words** in defendant Walker's address, despite being publicly available records for anyone to easily find while doing a rudimentary Internet search from the browser of their choice.

25.    I do not believe that is a reasonable, responsible, or lawful action, by any party involved.

---

[15]   DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf

Initials:

## ALTERNATIVE SERVICE

26.    As an extra precaution, since I knew the type of people that I am dealing with and that many of them will go to great lengths to *dodge service* and avoid being held accountable in an honest court of law, I also had many of the defendants served by email, with what is called "alternative service[16]."

27.    The images on the next page are screenshots[17] of the email service I had sent to United States Bankruptcy Judge Charles M. Walker (hereinafter "Judge Walker" or "defendant Walker"), from the Middle District of Tennessee.

28.    Again, because I knew these were bad actors, some who would certainly deny the truth; at the recommendation of a friend, I had the email service executed using Streak Email Tracking Software[18].  This was to provide me with proof that they were in fact served while also verifying that each defendant not only received alternative service by email but how many times they opened and viewed that email as well.

29.    The screenshots show that Judge Walker was emailed alternative service for this lawsuit on September 24, 2024, at 2:48 PM.

30.    The top screenshot on the next page shows that as of October 1, 2024 (7-days after emailing defendant Walker), the email service sent to Judge Walker had been viewed by him and forwarded repeatedly throughout Washington DC, being viewed at least **58 times** during that first week alone.

---

[16]    DOC 177, PID 234-250 | https://rico.jefffenton.com/evidence/2024-11-18_fenton-motion-for-alternative-service.pdf

[17]    https://rico.jefffenton.com/evidence/3-24-cv-01282_alt-proof-of-service-for-charles-m-walker.pdf

[18]    Streak email tracking demonstration: https://www.youtube.com/watch?v=dMKtSYU-rd8
https://www.streak.com

Initials:



31.    Shown on the bottom screenshot above, as of December 13, 2024, this email had been viewed by Judge Walker and forwarded repeatedly throughout Washington DC (government channels I'm assuming), Virginia, New York, Tennessee, Ohio, Michigan, and other states, while being viewed at least **336 times**!

Initials:

32.    Please keep in mind the fact that this email contains the email address and personal information of a federal judge in it.  I can't imagine he would have forward it to anyone he does not **trust**.  (Which makes hundreds of views even more suspicious.)

33.    My    email    service    also    included    a    link    to    my    website    at https://service.jefffenton.com where my entire lawsuit can be digitally downloaded quickly and easily for free.  I built this section of my website[19] to serve as a tool to help facilitate "alternative service."  I wanted to eradicate every excuse for ignoring and refusing to respond to my lawsuit[20].

34.    Streak also tracks the number of times recipients click on links in an email, the one taking them to my website where they had access to my entire digital lawsuit service package in this instance.

## PERSPECTIVE

35.    I think that one thing this screenshot (shown on page 9) meaningfully helps provide is perspective about the **depth** and **breadth** of **corruption** upon which this lawsuit touches and **exposes** along with the influence of **powerful people** who wish to prevent that by any means within their reach.  The staggering number of times a *single* email was read indicates just how deep those ties might be.

36.    There is so much more to tell... but I only know how to explain this in small sections, which I try to **show** evidence of; otherwise, it all sounds too outrageous to be **real**[21].

---

[19]    DOC 177-1, PID 244-250 | https://jefffenton.com/digital-service-package-for-lawsuit/

[20]    https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-v-story-service-spreadsheet.pdf

[21]    This is often one of the *strategic tactics* employed in "predatory litigation", to *overwhelm* the victim with a **truth** that is near polar opposite the public personas of the BAR members involved, while also being so *outrageous*, *cruel*, and *unconscionable* that in all honesty the truth sounds less plausible and realistic, than the lie.  Taxing the victim with a burden too **big** for them to effectively communicate.  (https://tminjustice.org/predatory-litigation-101/)  While picking targets with weak, depleted, and impoverished support systems (a staple in family court), stacking the odds steeply against any victim who tries to tell the truth, reach out for help, or to have any chance at holding the bad actors accountable.

Initials: _____

37.    It is real though.  You can drive by my Brentwood home[22] at 1986 Sunnyside Drive[23], Brentwood, TN 37027, and meet the new "owners" if you like.  You can likewise scour the court records in search of a way that the forced auction of my home[24] (without one dollar directly to me or my ex-wife[25], to the best of my knowledge) might have possibly been done legally[26] and ethically by a court with lawful jurisdiction[27] to hear and dispose of the matters before it— except that no such court or records exist in my preceding matters in Tennessee[28].  None!

38.    So far I have (truthfully) accused[29] (with evidence[30]) an obscene number of powerful and influential (highly-trusted) members of the Middle Tennessee court system (including top-tier positions on the oversight boards for the Tennessee Supreme Court) of committing and helping to cover-up serious felony crimes including bankruptcy fraud, literally committed **by** the bankruptcy court, trustee, judge, and counsel, while to date I have yet to see a single defendant deny my claims while signing under the penalty of perjury[31] that they are telling the truth.

---

[22]    DOC 19-1, PID 2624-2628 | https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-brentwood-tn-deed.pdf
DOC 19-1, PID 2620-2623 | https://rico.jefffenton.com/evidence/2011-04-29_fenton-marital-residence-tenancy-by-entirety.pdf
DOC 42, PID 3631-3657 | https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf
DOC 42, PID 3665-3676 | https://rico.jefffenton.com/evidence/1986-sunnyside-property-improvement-highlights.pdf
DOC 19-1, PID 2629 | https://rico.jefffenton.com/evidence/1986-sunnyside-brentwood-tn-2019-property-taxes.pdf

[23]    DOC 52, PID 4202-4207 | https://rico.jefffenton.com/evidence/2022-01-03_1986-sunnyside-brentwood-tn-appreciation.pdf
DOC 52, PID 4211-4217 | https://rico.jefffenton.com/evidence/2023-05-31_1986-sunnyside-brentwood-tn-appreciation.pdf

[24]    DOC 48, PID 4019-4029 | https://rico.jefffenton.com/evidence/2019-10-29_illegal-auction-closed-wilco-rico-deed-fraud.pdf

[25]    DOC 48, PID 4002-4003 | https://rico.jefffenton.com/evidence/2019-10-10_chancery-no-proceeds-from-forced-auction.pdf

[26]    DOC 38, PID 3445-3496 | https://rico.jefffenton.com/evidence/2019-04-26_bankruptcy-crimes-rules-and-laws-violated.pdf

[27]    DOC 54-1, PID 4367 | https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3
DOC 28, PID 3276-3288 | https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-call-declaration.pdf

[28]    DOC 53, PID 4258-4349 | https://rico.jefffenton.com/evidence/2024-03-13_irrefutable-proof-of-criminal-conspiracy.pdf

[29]    DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf

[30]    DOC 65-3, PID 4822-4850 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-document-index.pdf
DOC 1-12, PID 479-596 | https://rico.jefffenton.com/evidence/2019-10-29_tn-wilco-deed-fraud-ada-financial-exploitation.pdf
DOC 33, PID 3310-3391 | https://rico.jefffenton.com/evidence/2019-08-01_hearing-professional-and-judicial-misconduct.pdf
DOC 68, PID 5009-5029 | https://rico.jefffenton.com/evidence/2024-08-22_memorandum-of-law-about-void-in-tn-court-orders.pdf
DOC 1-2, PID 48-63 | https://rico.jefffenton.com/evidence/2020-10-13_affidavit-of-mother-marsha-ann-fenton.pdf
DOC 18, PID 2417-2616 | https://rico.jefffenton.com/evidence/2024-01-16_marsha-fenton-sons-tn-legal-proceedings.pdf

[31]    DOC 100, PID 5343-5374 | https://rico.jefffenton.com/evidence/2024-10-08_motion-all-filings-be-under-penalty-of-perjury.pdf

Initials:

39.     All the defendants seem interested in talking about are matters **immaterial** to the heinous merits of my lawsuit, such as how long it took me to bring this lawsuit against them all and/or claiming they have some *"immunity"* which protects them from being held accountable for *intentionally* committing egregious *felony* crimes against the public, while others refused to lawfully intervene, to require the bad actors to obey the law, to report and discipline attorney and judicial misconduct, to help the obviously injured party, refusing all efforts to mitigate damages.

40.     Some of the defendants have even had the audacity to ask the court to dismiss them from my lawsuit under the *false* claim that I "failed to state a claim upon which relief can be granted," when in fact my lawsuit lists an overwhelming litany of claims, counts, and crimes committed by the defendants, requiring lawful and equitable remedies.

41.     Why would the defendants fight to **redact** and **seal** a complaint from the public (as they have done in this case), when that complaint was allegedly so *weak* that it failed to even *"state a claim upon which relief can be granted"*?  False or overstated privacy concerns removed, which look good at a distance, but can't survive honest reasonable scrutiny.  The desire by the defendants to redact and seal substantial portions of this lawsuit speaks to the significant, material, and egregious merits of this case.  That is the precise reason why this lawsuit should **never** be redacted, sealed, or kept from the public in any meaningful capacity.  This is a lawsuit against official misconduct and public corruption, at some of the highest levels within Tennessee!

42.     Since "failure to state a claim…" is one of the *generic* claims routinely raised against *pro se* litigants, I prepared in advance for this frivolous misconduct by creating and filing a simple three-minute video[32], clearly showing one of my significant constitutional claims in this lawsuit, which **requires** lawful and equitable relief.  To further substantiate the facts and testimony in this video for the court in a more traditional format, I also executed a sworn

---

[32]    DOC 59, PID 4724 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-wilco-rico-deed-fraud-intro.mp4

Initials:

declaration[33] certifying that the facts and testimony in that video are factually accurate and true, to which I have sworn and signed under the penalty of perjury.

43.    Still, the defendants are trying to have this lawsuit dismissed for any random technicality they think the court might entertain over actual justice.  Another such attempt is frivolously claiming that it took me *too long* to track down all the defendants, corner them, and serve them with this lawsuit, while many of them actively dodged service and/or refused to sign for service[34] upon successful completion.  Again, the burden of proof is unfairly thrust upon me while many of the defendants have acted and continue to act in manners unbecoming of any public office, office of trust, or officer of the court.

## ACTUAL INNOCENCE ACTS DIFFERENTLY

44.    If I was innocent of committing *felony* crimes against someone, **that would be the first defense I would raise.**  I would not spend months arguing about frivolous technicalities, attempting to evade answering for my actions.

45.    Sometimes a failure to answer is an **answer by omission**.

46.    Upon information and belief, several of the defendants and/or their counsel are twisting the facts and making material misrepresentations in their motions to dismiss, supporting briefs, and other filings, which are the equivalent of "fraud on the court by officers of the court".  Then they tax me with the burden of needing to do multiple times as much work with each filing, taking significantly more time for me and the court, so that I can try to clearly articulate, explain, and prove to the court each attorney's misconduct taking place.

---

[33]  DOC 59, PID 4723-4735 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-video-declaration.pdf
[34]  See "Exhibit-A" filed on 10/04/2024, in DOC 96-1, PID 5265-5285.

Initials:

## INDECENT PROPOSALS BY THE DEFENDANT'S COUNSEL

47.     Attorneys are filing motions to dismiss and for summary judgment (indecent proposals), not supported by fact or law (since some are twisting both), while hoping for a judge with similar interests, preferring to squelch complaints exposing government misconduct and corruption, to give the "benefit of the doubt" to the legion of BAR counsel over an unknown indigent *pro se* litigant.  Finding it often more professionally rewarding and far more enjoyable work (with less personal, professional, political, and social pressure), to deny the outrageous criminal misconduct which took place by the defendants in precipitating matters (as irrefutably evidenced in this case), than to hold the powerful bad actors accountable for both their actions and inactions, while providing a meaningful and just remedy to protect Tennessee residents, better our courts, and our nation as a result.

48.     Upon information and belief, I see each defendants motion, which fails or refuses to acknowledge the critical constitutional merits and justice interests in this lawsuit, as an attorney engaged in *professional misconduct*, filing papers (indecent proposals) under the *guise of law* (color of law), which ultimately seeks to undermine and **erode the lawful protections of the people.**

> "Due to sloth, inattention or desire to seize tactical advantage,
> lawyers have long engaged in dilatory practices... **the glacial pace**
> **of much litigation breeds frustration with the Federal Courts**
> **and ultimately, disrespect for the law."** *Roadway Express v. Pipe*,
> 447 U.S. 752 at 757 (1982) (emphasis added).

49.     With the object of their pursuit being to benefit an extreme minority of powerful bad actors (engaged in criminal acts), who refuse to live **under** the *rule of law*, yet somehow are in positions of local power, trust, and influence, where some have and continue to leverage or even

administer the **law** in ways which **unlawfully** lords over the lives, liberty, families, property, wealth, and interests of others, sometimes to the substantial detriment of society.

50.    This is where there is a deep divide between **legal professionals** who are committed to **justice** versus those focused on obtaining and exercising **power**.  Legal professionals committed to justice seek to empower the people to enjoy their freedoms.   Those focused on the "practice of law" for purposes *other* than justice, are involved in a technical career, seeking to hone a **skill** by which to *disempower* and *defeat* their *opponents*, without all the complications, considerations, and potential conflicts involved in ethics, honesty, dignity, respect, honor, truth, or justice.  Many of the defendants in this lawsuit clearly prioritize the latter.

51.    This is where the court and judge must separate themselves from the other "legal professionals" in the room, many whom have interests significantly contrary to the honest interests of justice in the matters before the court.

> Society's commitment to institutional justice **requires that judges
> be solicitous of the rights of persons** who come before the court.
> *\*Geiler v. Commission on Judicial Qualifications*, (1973) 10 Cal.3d
> 270, 286 (emphasis added).

52.    This is where a strong, conscientious, honest, impartial, honorable, fair, and fiercely independent judge, is **needed** <u>to proactively **define** and **protect** the **honest interests of justice** in the matters before the court</u>.  Without which the "adversarial system" is predisposed to rule in favor of the litigants with the most connections, social and political favor, with the deepest pockets. *(Not directly due to judicial impropriety, it could just be laziness, lack of interest, or lack of judicial willingness to face the peer, social, and political conflict created by forcing justice upon a group of influential, well financed attorneys, committed to contrary interests.)*

Initials:

**"Pro se pleadings are to be considered without regard to technicality**; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers." *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.*, 151 Fed 2nd 240; *Pucket v. Cox*, 456 2nd 233 (emphasis added).

**"Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants.**  They should not raise barriers which prevent the achievement of that end.  Proper pleading is important, <u>but its importance consists in its effectiveness as a means to accomplish the end of a **just** judgment</u>." *Maty v. Grasselli Chemical Co.*, 303 U.S. 197 (1938) (emphasis added).

"The federal rules reject the approach *that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome* **and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits.**" The court also cited Rule 8(f) [8(e)] FRCP, which holds that all pleadings shall be construed to do substantial justice. *Conley v. Gibson*, 355 U.S. 41 at 48 (1957) (emphasis added).

Initials:

53.    Upon information and belief, the point that I'm trying to make is despite the multitude of "legal filings" by the defendants and their counsel in this matter, so far I have not read a **single one** whose pleadings I believe **could** reasonably be interpreted to "serve as a means of arriving at fair and just settlements of controversies between litigants[35]".  Not one!

54.    Upon information and belief, from what I can see of the defendant's filings to date, they seem to almost exclusively do precisely what they "should not[36]", namely "rais[ing] barriers which prevent the achievement of that end... of a just judgment.[37]"

55.    Upon information and belief, while I am a *pro se* litigant, whose "pleadings are to be considered without regard to technicality[38]".  Yet it appears to me that most if not every defendant in this lawsuit is seeking to be dismissed from this lawsuit and released of all liability, for the damages they cruelly and illegally caused me, not for any meritorious reasons which I can see, but due to primarily technical defenses, limitations, and defects in my ability to bring this lawsuit against such a powerful, well-funded, and indignant horde of actors.

56.    Upon information and belief, it appears to me that most if not every defendant and their counsel is treating pleading **as if it** were a **game**[39], where everything they have invested to date is devoted to emphasizing, amplifying, and calling out my "**one misstep**[40]" in the technical[41] and procedural execution of this lawsuit, which they hope will be **decisive**[42] in this matter, and

---

[35]  *Maty v. Grasselli Chemical Co.*, 303 U.S. 197 (1938)

[36]  *Maty v. Grasselli Chemical Co.*, 303 U.S. 197 (1938)

[37]  *Maty v. Grasselli Chemical Co.*, 303 U.S. 197 (1938)

[38]  *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.*, 151 Fed 2nd 240; *Pucket v. Cox*, 456 2nd 233

[39]  *Conley v. Gibson*, 355 U.S. 41 at 48 (1957)

[40]  *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.*, 151 Fed 2nd 240; *Pucket v. Cox*, 456 2nd 233

[41]  *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.*, 151 Fed 2nd 240; *Pucket v. Cox*, 456 2nd 233

[42]  *Conley v. Gibson*, 355 U.S. 41 at 48 (1957)

Initials:

cause the court to release the defendants, without any care, interest, or regard for the honest merits[43] of this lawsuit, or devoting a single sentence in their pleadings to what an honest "decision on the merits[44]" might even look like.

> Repeated for emphasis: "The federal rules reject the approach *that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome* **and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits.**" The court also cited Rule 8(f) [8(e)] FRCP, which holds that all pleadings shall be construed to do substantial justice. *Conley v. Gibson*, 355 U.S. 41 at 48 (1957) (emphasis added).

57.    Upon information and belief, violating this case law appears to be the exact strategy currently being employed by most of the defendants and their counsel.

58.    Upon information and belief, until the pleadings filed by the defendants and their counsel complies with the case law cited in these pages, focusing on the merits of this lawsuit and the matters before the court (rather than procedural technicalities, defects, and escapes), while incorporating language into their filings devoted to seeking, determining, understanding, and obtaining "fair and just settlements of controversies between litigants", for the purpose of "[facilitating] a proper decision on the merits", I believe they are simply playing **games**, involved in **misconduct**, potentially committing **crimes**, while wasting my critical time and resources along with the courts'.

---

[43]    *Conley v. Gibson*, 355 U.S. 41 at 48 (1957)

[44]    *Conley v. Gibson*, 355 U.S. 41 at 48 (1957)

Initials:

## ATTORNEY MISCONDUCT FISHING, WAITING, AND HOPING
## FOR JUDICIAL MISCONDUCT TO JOIN

59.    Upon information and belief, from what I have seen and experienced to date, BAR members involved in misconduct try to meet each other midway in the misconduct, to limit their individual liability and complicity if caught.  This is enough to notify other BAR members involved of their *intent*, while leaving them a *plausible escape*, prior to following through with the misconduct, if they are called out and confronted, which could happen, but I expect is rare.

60.    For attorneys involved in misconduct, each document filed with the court is an opportunity to sow fraud into the court record, in support of a pre-determined outcome or to develop a narrative and "build a case" toward their desired outcome.  I also experienced this by the Magistrate Judge in Michigan[45], who tried to proactively dismiss my lawsuit prior to service[46].

61.    The best analogy that I can think of for describing this type of attorney misconduct, which I believe to be experiencing repeatedly in this case, is **fishing**.

62.    Upon information and belief, every motion filed by the defendants and their counsel, which is not focused on "arriving at fair and just settlements of controversies between litigants", I see as another attorney involved in misconduct, who is **fishing** (with an indecent proposal) for a judge with similar interests, who is willing to meet them **midway**, with judicial misconduct, by granting their motion which was never grounded in law or focused on the honest interests of justice in the first place,  likely seeking to evade or circumvent the law instead.

63.    Upon information and belief, this lawsuit is an active crime scene currently.  New

---

[45]    ECF 55, PID 4378-4384 | https://rico.jefffenton.com/3-24-cv-01282/doc/55.pdf
         ECF 60, PID 4736-4739 | https://rico.jefffenton.com/3-24-cv-01282/doc/60.pdf
         ECF 62, PID 4744-4760 | https://rico.jefffenton.com/3-24-cv-01282/doc/62.pdf
[46]    ECF 8, PID 2101-2106 | https://rico.jefffenton.com/3-24-cv-01282/doc/8.pdf

Initials:

crimes are being actively committed by the defendants and their counsel, as they seek to ignore and evade responsibility, while effectively covering-up multiple serious felony crimes committed by the defendants against my family, along with other Middle Tennessee households.

64.    Upon information and belief, crimes which incidentally no defendant to date appears to be materially contesting being factually true, while certifying their testimony is accurate and true, filed in compliance with F.R.Civ.P. Rule 11(b), sworn to under the penalty of perjury[47], as much if not most of my testimony and evidence has been certified and sworn accurate and true.

65.    This includes substantial, strong, and even irrefutable evidence of both judicial and professional misconduct[48], obstruction of justice[49], fraud upon the court by officers of the court[50], bankruptcy fraud[51], real estate deed fraud/theft[52], falsifying government records[53], official misconduct[54], official corruption[55], official oppression[56], cruel and unusual punishment[57],

---

[47] DOC 100, PID 5343-5353 | https://rico.jefffenton.com/3-24-cv-01282/doc/100.pdf
[48] DOC 33, PID 3310-3391 | https://rico.jefffenton.com/evidence/2019-08-01_hearing-professional-and-judicial-misconduct.pdf
   DOC 22, PID 2818-2862 | https://rico.jefffenton.com/evidence/2019-08-01_chancery-hearing-transcript.pdf
[49] DOC 68, PID 5009-5029 | https://rico.jefffenton.com/evidence/2024-08-22_memorandum-of-law-about-void-tn-court-orders.pdf
   DOC 22, PID 2818-2862 | https://rico.jefffenton.com/evidence/2019-08-29_authentic-chancery-transcript-and-audio.pdf
   DOC 23, PID 2863-2920 | https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-transcript-audio-markers.pdf
   DOC 23-4, PID 2920 | https://rico.jefffenton.com/evidence/2019-08-29_chancery-hearing-audio-recording.mp3
[50] DOC 19, PID 2617-2716 | https://rico.jefffenton.com/evidence/2019_tn-court-motions-in-chronological-order.pdf
[51] DOC 38, PID 3445-3496 | https://rico.jefffenton.com/evidence/2019-04-26_bankruptcy-crimes-rules-and-laws-violated.pdf
[52] DOC 48, PID 4019-4029 | https://rico.jefffenton.com/evidence/2019-10-29_illegal-auction-closed-wilco-rico-deed-fraud.pdf
   DOC 57-1, PID 4442-4450 | https://rico.jefffenton.com/evidence/2019-09-21_notice-listing-agreement-coerced-null-and-void.pdf
   DOC 57-1, PID 4478-4480 | https://rico.jefffenton.com/evidence/2019-10-10_notified-bankers-title-sale-illegal-unauthorized.pdf
[53] DOC 57-1, PID 4481-4483 | https://rico.jefffenton.com/evidence/2019-10-10_notice-to-court-and-title-co-auction-was-illegal.pdf
   DOC 19-6, PID 2669-2672 | https://rico.jefffenton.com/evidence/2019-08-01_chancery-court-order-with-counsel.pdf
   DOC 19-7, PID 2674-2677 | https://rico.jefffenton.com/evidence/2019-08-29_chancery-court-order-once-pro-se.pdf
   DOC 48, PID 4002-4003 | https://rico.jefffenton.com/evidence/2019-10-10_chancery-no-proceeds-from-forced-auction.pdf
   DOC 19-13, PID 2706-2709 | https://rico.jefffenton.com/evidence/2019-10-21_chancery-final-decree-of-divorce.pdf
[54] DOC 54-1, PID 4361 | https://rico.jefffenton.com/evidence/2019-08-30_judgment-wrong-emergency-call-to-court.mp3

Initials: _JRE_

ADA interference[58], coercion, retaliation, and much, much more.

## SWORN COMPLIANCE WITH RULE 11(B), UNDER PENALTY OF PERJURY

66.    This is why it is critical that this court grant my "AMENDED MOTION TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY[59] (EXPEDITED CONSIDERATION REQUESTED)" which I filed in MIWD on October 10, 2024, in ECF 100, PID 5343-5353.

67.    Without this motion, unless this court closely monitors good professional conduct, and proactively sanctions each violator stiffly, there is likely more incentive for many of the defendants and their counsel to lie, twist the truth, operate in bad faith, and repeatedly violate Rule 11(b) in their filings, than to operate honestly, ethically, and lawfully.

68.    I understand that Rule 11(b) sanctions are sometimes an effective deterrent to these types of attorney misconduct, but not when the oversight boards for the "practice of law" throughout the **state** have been captured, compromised, and are controlled by bad actors, as is true in this case.

---

DOC 57-1, PID 4405-4413 | https://rico.jefffenton.com/evidence/2019-08-30_notified-story-beeler-false-claims-in-court-order.pdf

[55]  DOC 54-1, PID 4358 | https://rico.jefffenton.com/evidence/2017-02-01_wsmv-binkley-arrest-expunged-by-moreland.mp4
DOC 1-14, PID 597-640 | https://rico.jefffenton.com/evidence/2021-03-21_knox-news-binkley-threatens-prior-restraints.pdf
DOC 53, PID 4258-4349 | https://rico.jefffenton.com/evidence/2024-03-13_irrefutable-proof-of-criminal-conspiracy.pdf

[56]  DOC 1-31, PID 1794-1873 | https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

[57]  DOC 57-1, PID 4486-4501 | https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf
DOC 1-31, PID 1794-1873 | https://rico.jefffenton.com/evidence/2020-09-24_5yr-op-ext-retaliation-no-notice-motion-hearing.pdf
DOC 57-1, PID 4463-4475 | https://rico.jefffenton.com/evidence/2019-09-26_motion-to-sell-contents-of-marital-residence.pdf
DOC 1-9, PID 226-227 | https://rico.jefffenton.com/evidence/2019-09-27_bk-order-to-sell-real-and-personal-property.pdf

[58]  DOC 1-12, PID 479-596 | https://rico.jefffenton.com/evidence/2019-10-29_tn-wilco-deed-fraud-ada-financial-exploitation.pdf

[59]  DOC 100, PID 5343-5374 | https://rico.jefffenton.com/3-24-cv-01282/doc/100.pdf

Initials:

69.    In Tennessee, peer pressure by colleagues in the legal profession, combined with retaliatory responses by the Board of Professional Responsibility of the Supreme Court of Tennessee, deter many honest patriotic attorneys from standing up and reporting attorney and judicial misconduct. (This should have **never** happened, **but it has**, and it needs to be fixed.)

70.    To make matters even worse in Tennessee, Sandra Jane Leach Garrett, the Chief Disciplinary Counsel and Executive Director of the Board of Professional Responsibility of the Supreme Court of Tennessee, is actively protecting several of the defendants in this lawsuit, based upon their names and relationships, without showing any interest, care, or concern about their deeds and excessive fraudulent, deceptive, biased, and abusive misconduct.

71.    Attorneys aren't typically required to swear under the penalty of perjury that their testimony is actually true. Contrary to what some people claim, attorneys don't actually have a "license to lie". This is the unfortunate consequence of oversight boards failing to be effective.

72.    Attorneys aren't typically required to swear under the penalty of perjury, because they are already **required** to tell the truth and operate honestly before the court with clean hands.

73.    Similarly, every paper filed by an attorney is **supposed** to comply with F.R.Civ.P. Rule 11(b), though I don't recall seeing **one** yet which honestly does:

> (b) Representations to the Court. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

Initials:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

(c) Sanctions.

74.     I've already proven[60] to the court that the responsibilities, expectations, and requirements for BAR members to operate honestly, in compliance with Rule 11(b) above, is **not** sufficient enough to cause some of the defendants in this case and their counsel to tell the **truth** (to testify without material misrepresentations), or to limit their filings to those which comply with the requirements above.

---

[60]    DOC 76-1, PID 5076-5079 | https://rico.jefffenton.com/3-24-cv-01282/doc/76-1.pdf
DOC 101, PID 5375-5384 | https://rico.jefffenton.com/3-24-cv-01282/doc/101.pdf
DOC 101-1, PID 5385-5386 | https://rico.jefffenton.com/3-24-cv-01282/doc/101-1.pdf
DOC 101-2, PID 5387-5390 | https://rico.jefffenton.com/3-24-cv-01282/doc/101-2.pdf

Initials:

## THE HIGH COSTS OF DISHONESTY AND ATTORNEY MISCONDUCT

75.    For anyone who wants to claim that defendant Story's lies and material misrepresentations in her affidavit[61] are insignificant, or "not that bad", or who think my motion for a *hundred thousand dollars* in sanctions[62] is extreme and unjustified, I will have them and the court know that I lost my home, my livelihood, my independence, more than I know how to concisely communicate to date (hence roughly six thousand pages in this docket and climbing), almost instantly in previous matters, by that same silver tongue which refused to speak the truth[63] or obey the courts rules; which everyone to date has overlooked and refused to discipline, despite causing me catastrophic and even irreparable damages, the likes of which I expect would cause most people with a conscience to cringe.

76.    Each motion to dismiss is an attempt by a defendant and their counsel to evade responsibility for over a million dollars' worth of damages I have been collectively caused by the defendants, while nobody to date has acknowledged their role and responsibility for what they collectively did. (I don't see **any** defendants working "to facilitate a proper decision on the merits[64].")

77.    If the court is not doing everything reasonably possible to ensure that every filing by each of the defendants and their counsel is first and foremost the **truth**, and secondly **complies with the court's own rules**, while my life literally hangs in the balance, what in God's name are we doing in court?  It's common knowledge that with great power comes tremendous responsibility.  The defendants in this case did not hesitate in exercising unethical, unlawful, and perversely unrestrained power over my life, now it's time to take responsibility for their choices.

---

[61]    DOC 76-1, PID 5076-5079 | https://rico.jefffenton.com/3-24-cv-01282/doc/76-1.pdf

[62]    DOC 99, PID 5328 | https://rico.jefffenton.com/3-24-cv-01282/doc/99.pdf

[63]    DOC 19, PID 2617-2716 | https://rico.jefffenton.com/evidence/2019_tn-court-motions-in-chronological-order.pdf

[64]    *Conley v. Gibson*, 355 U.S. 41 at 48 (1957)

Initials:

78.    My life should not hang in the balance without at least the law licenses and livelihood of the attorneys involved being at material risk, should they choose to continue being dishonest while violating F.R.Civ.P. 11(b) in their pleadings.

79.    Either steep sanctions need to begin immediately, to help fund counsel to defend myself against their frivolous games, or the court needs to clearly raise the expectations of all involved by granting my "AMENDED MOTION[65] TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY (EXPEDITED CONSIDERATION REQUESTED)".

80.    There can be no more critical and urgent matter before this court than ensuring that all filings, pleadings, and arguments placed before this court are held to the highest standards of honesty, ethics, and law.

81.    Without honesty and ethics being consistently foundational, accurate, reliable, and trustworthy in this case, this court is not ready to hear any pleadings or to consider any motions, supported by case law being presented by the defendants.  (Case law presented with any argument, absent honest facts and ethical pleadings can easily produce deception and fraud on the court.)

82.    I understand what I am arguing here is typically *taken for granted* by the court, but I also know that it is frequently violated, while my life has been lawlessly destroyed beyond recognition by attorneys and judges who are party to this lawsuit, who violated these exact foundational principles, without recourse, consequences, or a remedy within my reach for **years**.

83.    I can't do that again, and I should have never been placed in a situation where I was **forced** to submit to such lawless deception[66] "under color of law" in the first place.

---

[65]    DOC 100, PID 5343-5353 | https://rico.jefffenton.com/3-24-cv-01282/doc/100.pdf

[66]    DOC 19, PID 2617-2716 | https://rico.jefffenton.com/evidence/2019_tn-court-motions-in-chronological-order.pdf

Initials: _____

84.    The privileges granted to BAR members are just that, and as is often seen with privileges, once they are abused, they are often revoked, and in this case need to be, in the honest interests of justice.

85.    I don't have another life I can afford to lose.  I need to make what's left of this life count!  I can't do that without ensuring that the testimony and pleadings by the defendants and their counsel is both ethical and true, or having criminal perjury charges against the offenders, I can try to have lawfully enforced and prosecuted.

86.    **Truth is the cornerstone of justice.**  Without truth, there should be no business done in court!  Until the defendants and their counsel are **forced to tell the truth**, with real, substantial, material consequences for "twisting" the facts and law in their filings while ignoring the critical constitutional merits and interests of justice in this lawsuit, reading and responding to their fillings will remain an unfair exercise in futility, of thirty-four defendants (plus their counsel) against one indigent *pro se* litigant (me).  Where the scope of the task alone will substantially burden and overwhelm me, for no honest, good, lawful, or just purpose whatsoever, while substantially deferring critical justice interests, if not completely defeating justice in the end.

87.    I have gone to great lengths to provide the court with a simple cure[67], to cause this lawsuit to operate far more efficiently for all involved, especially knowing the character of some of the defendants, but unless this court orders the defendants to comply, certifying that each filing has been "executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b)", while certifying their words to be actually true, sworn to under the penalty of perjury... this will unfortunately remain an arduous and unfair task.

---

[67]    DOC 100, PID 5343-5353 | https://rico.jefffenton.com/3-24-cv-01282/doc/100.pdf
         DOC 100-1, PID 5354-5374 | https://rico.jefffenton.com/3-24-cv-01282/doc/100-1.pdf

Initials:

## ABOUT THIS BLANKET OBJECTION

88.     I have filed this blanket objection of **all** motions and orders to redact and seal documents in this lawsuit, from the public, as well as **all** motions to dismiss, and **all** motions for summary judgement by the defendants to date, in an effort to timely notify the court and all parties about my general position and intentions regarding most outstanding filings, as quickly and directly as I know how.

89.     In filing this blanket objection, I am not forfeiting my right to reply to each individual motion with greater specificity, arguments, and case law.   Though I will need significantly more time for that, and I believe that the justice interests in this lawsuit justify giving me as much time as is reasonably needed.

90.     If the court agrees that some of the filings by the defendants to date are frivolous, fail to comply with F.R.Civ.P. Rule 11(b), and are frankly a waste of this courts time and resources, potentially deferring critical justice interests, it is my hope that they will strike and dismiss some of the defendant's pleadings, to accelerate the path moving forward.   If not, I will continue to respond to them as quickly as I can, with greater specificity, to the best of my ability[68].

91.     My failure to provide any argument or defense does not mean that I can't, won't, or forfeit my opportunity to do so, but rather that I am the highly disadvantaged party, unlawfully destroyed and deprived of all resources by which I might have afforded counsel, struggling to meet every demand of the court in this "David vs. Goliath" battle for **my life**, without any legal training, while I have not yet found the time and resources to devote to thoroughly writing an

---

[68]   DOC 52, PID 4254-4257 | https://rico.jefffenton.com/evidence/tn-ada-disabilities-exploited-for-advantage-ocpd-merck.pdf
       DOC 32, PID 3296-3309 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-declaration-of-disabilities.pdf
       DOC 1-38, PID 2032-2045 | https://rico.jefffenton.com/evidence/2020-07-08_tnsc-coa-ada-request-for-modification.pdf

Initials:

objection, reply, or response for each specific matter.

92.    I reserve the right to file a robust and complete response in every matter before the court enters any orders detrimental to my interests and the justice this lawsuit seeks.

## CLOSING STATEMENTS OF FACT

93.    Upon information and belief, until the court compels the defendants **to answer for their preceding crimes and misconduct**, I don't believe that much done in court can honestly be toward the "interests of justice". Personally, I believe that any contrary actions are simply "fraud on the court by officers of the court" and "obstruction of justice" for however long as the court allows the prestigious officers of the court to continue filing papers which ignore or seek to evade the critical constitutional merits and justice interests in this lawsuit.

94.    I've devoted the past couple of years of my life, working diligently ten to twelve hours per day, at least six days per week, to bringing this lawsuit while I've seen no one yet answer it based on the merits. It is time for that to happen, with the defendants' pleadings written and sworn to be accurate and true, under the penalty of perjury, before burdening me further.

95.    Unlike the bad actors in this lawsuit, **justice cares about the truth.** While one of the primary purposes of our courts **is to discover the truth** in any given case and then to **apply the law to the truth**.

96.    People can and do lie about what they are doing and call it "legal" and "justice," day in and day out when instead it is simply fraud and deceit.

97.    **That's why I fight:** because the actions taken so far by the courts cannot be honestly, lawfully justified in any way, shape, or form. **If they could be justified, they would render the Constitution of the United States of America to be dead letter!**

Initials:

98.    No matter how big, powerful, and corrupt some of the defendants are in my lawsuit, **the court cannot prove the Constitution to be dead letter** in order to protect bad actors, some who honestly outlived their benefit to society long ago and need to be impeached and disbarred to protect the public health and safety of society at large.

### CONCLUSION

99.    It is critical that the public, justice advocates, court reform advocates, indigent and *pro se* rights advocates, court watchers, court oversight boards, government and court watchdogs, as well as people involved in numerous state and federal "equal access to justice[69]" programs, along with segments of society interacting with all different tiers of our justice system, have full unfettered access to the filings in this lawsuit. **A government "for the people by the people" cannot fix problems which are <u>hidden</u> from them.**

100.    The public's right to know how the federal courts prioritize and allocate resources for the benefit of different socioeconomic demographics in our country, such as indigent and disabled litigants in this case, far exceeds any legitimate privacy concerns by the defendants, which the court could easily compensate for by using single line-level redactions to conceal any home addresses without the need to redact any section, full page, or document in this lawsuit.

101.    Everything I have filed, which has been sealed or redacted in this lawsuit to date, in both MIWD and TNMD should be made publicly available again, except for word-level or line-level redactions which the court can effectuate to address any real privacy concerns, without redacting, sealing, or restricting from the public any more than is "absolutely necessary".

102.    It is critical to the honest interests of justice in this matter, along with the

---

[69]    https://www.acus.gov/ | https://eaja.acus.gov/?action=list&entity=CaseRecord

Initials:

timeliness of the actions in this lawsuit, that the court either grant my motion to require real accountability in each filing, under the **penalty of perjury** or by *sua sponte* striking frivolous motions filed by the defendants and strictly discipling **all** attorney misconduct with **steep** sanctions, while granting me extra time to argue against their frivolous claims.

103.    For a better understanding of the challenges I have and continue to face in the Federal Courts and in Tennessee's state courts prior, the level of impropriety by the defendants and their counsel, acting contrary to the honest interests of justice in this matter and others, please read my "DECLARATION EXPLAINING MY PURSUIT OF JUSTICE[70]", filed in TNMD on February 6, 2025, in DOC 207, PID 583-619. **Justice is all that I seek, all day, every day!**

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify as aforesaid that I verily believe the same to be true.

All rights reserved.

Executed on February 08, 2025

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

---

[70]    DOC 207, PID 583-685 | https://rico.jefffenton.com/evidence/2025-01-20_declaration-explaining-my-pursuit-of-justice.pdf

*I'm a human being, not a corporation or property.  Please treat my case accordingly.*

**DOCUMENTS REGARDING** (CASE: 1:23-CV-01097):

**1.** FIRST OBJECTION TO ALL MOTIONS TO DISMISS, FOR SUMMARY JUDGEMENT, AND MOTIONS/ORDERS TO REDACT AND SEAL DOCUMENTS

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2025, I mailed the foregoing or above-named papers to the United States District Court for the Western District of Michigan, at their address below, for filing in case number 1:23-CV-01097.

I further certify that on or before February 26, 2025, I am serving these same documents to the defendants or their counsel by first class or priority mail with postage prepaid at the addresses listed below.  If for any reason beyond my control, I am unable to complete either on the date specified, I will do so on the very next business day.

U.S.D.C. WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI    48933-1514

RYAN D. COBB
UNITED STATES ATTORNEY'S OFFICE
330 IONIA AVE NW
GRAND RAPIDS MI 49503-2549

FENTON v. STORY et al.        Page 1 of 2        Case 1:23-cv-01097-PLM-RSK



## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good

faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is

true and correct.

All rights reserved.

Executed on February 22, 2025

JEFFREY RYAN FENTON, PRO SE

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**

PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**

DEFENDANTS

CASE NO. 1:23-CV-01097

## DECLARATION AND MOTION TO CORRECT AND MINIMIZE OR STRIKE AND REMOVE REDACTIONS, WHILE UNSEALING ALL RECORDS[1]

Plaintiff brings this declaration and motion pursuant to 28 U.S. Code § 1746 and 18 U.S. Code § 4 - Misprision of felony.

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the plaintiff in this federal lawsuit.

2. I am a citizen of the United States of America.

3. I was born in Washington State during 1969.

4. I am domiciled in Genesee County, Michigan.

---

[1] This lawsuit was originally filed on October 13, 2023, in the United States District Court for the Western District of Michigan (hereinafter "MIWD") as case no. 1:23-cv-01097. On October 25, 2024, MIWD transferred this lawsuit as ordered in ECF 127 to the United States District Court for the Middle District of Tennessee (hereinafter "TNMD") as case no. 3:24-cv-01282. The language used in the file stamps of each page filed is slightly different between the two courts. MIWD uses the term "ECF No." (which I abbreviate as "ECF"), while in place of that, TNMD uses the term "Document" (which I abbreviate as "DOC"). Both courts use the term "PageID" (which I abbreviate as "PID"). Citations to the court record in this lawsuit will be notated without the case name or number, using the starting DOC/ECF number, followed by both the beginning and ending PID. The Notice of Electronic Filing for this transfer is recorded in TNMD DOC 131, at which point the DOC/ECF number from MIWD was retained and continued, but the PID was reset after DOC 130, PID 5727, to restart at zero.

Initials: _[signature]_

## BACKGROUND

5.      I received an email[2] dated October 25, 2024, from Assistant United States Attorney Ryan Cobb, with the United States Attorney's Office for the Western District of Michigan.  This email stated: "I will be representing Judge Walker in this action.  I'm writing to seek concurrence in removing Judge Walker's private address from the pleadings filed in this matter.  He has privacy and safety concerns about having that address be publicly available and we would like it redacted from the filings.  If you concur, I will send you a stipulation to redact it from the filings.  If not, I will go ahead and file a motion."

6.      I've been through a lot the past few months, as I have tried to work with both U.S. Attorneys, in Michigan[3] (see attached "Exhibits A-I"), and Tennessee[4] (see attached "Exhibits J-U"), to meaningfully address Judge Walker's claimed "privacy and safety concerns", without the need to block public access to any document in this lawsuit.  Ultimately, neither U.S. attorney showed any interest in limiting the reach of their proposed redactions to the scope of their stated concerns, concealing defendant Walker's home address.

7.      Meanwhile the courts took the opportunity to order vastly over-reaching redactions and/or sealed records, substantially interfering with the public's ability to research and understand this lawsuit, along with the critical justice interests involved.

8.      The heart of this lawsuit is about public corruption amongst high-ranking officers of the Tennessee Court System, some of whom are literally entrusted with the oversight of the "practice of law" throughout the state.  It is imperative that nothing in this lawsuit be withheld,

---

[2]   See attached "Exhibit B"  |  https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf

[3]   https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf

[4]   https://rico.jefffenton.com/evidence/2024-11_comms-with-usat-anica-jones-about-redactions.pdf

redacted, sealed, or otherwise hidden from the public, except that which is absolutely critical, with a reasonable, honest, and lawful purpose; without redacting one word, page, or document more than is absolutely necessary.

9.      Upon information and belief, as will be explained in other filings, I do not believe that Judge Walker ever had any "privacy and safety concerns" related to the disclosure of his home address in this lawsuit.  (Based on a reasonable interpretation of Judge Walker's actions as related to that information, independent of this lawsuit, which out of care for his privacy I am refraining from providing details about here.)

10.      Upon information and belief, I believe that this was a rouse from the start and is in fact misconduct by the U.S. Attorney's Offices in both Michigan and Tennessee.  Misusing the weight and resources of their public offices to protect both the private and criminal interests of many of the defendants, seeking to hide felony crimes and corruption from the public, **which most if not all of the defendants, knowingly participated in.**

### TENN. R. SUP. CT. 1.0 TERMINOLOGY[5]

(f[6]) "Knowingly," "known," or "knows" denotes actual awareness of the fact in question.  A person's knowledge may be inferred from circumstances (emphasis added).

(j[7]) "Reasonably should know," when used in reference to a lawyer, denotes that a lawyer of reasonable prudence and competence would ascertain the matter in question" (emphasis added).

---

[5]    ECF 41, PID 3570-3608 | https://rico.jefffenton.com/evidence/tennessee-rules-of-judicial-and-professional-conduct.pdf
       ECF 41, PID 3572 | https://www.tncourts.gov/rules/supreme-court/8

[6]    ECF 41, PID 3572 | Tenn. R. Sup. Ct. 1.0 TERMINOLOGY (f) "Knowingly".
       https://www.tncourts.gov/rules/supreme-court/8

[7]    ECF 41, PID 3572 | Tenn. R. Sup. Ct. 1.0 TERMINOLOGY (j) "Reasonably should know".
       https://www.tncourts.gov/rules/supreme-court/8 |

Initials:

## 18 U.S. CODE § 4 MISPRISION OF FELONY

11.    These records are packed with evidence of felonies committed by Tennessee court personnel and counsel.  Hiding them is a violation of 18 U.S. Code § 4 - Misprision of Felony:[8]

> "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both." (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, §330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

12.    Upon information and belief, several of the defendants and/or their counsel are twisting the facts and making material misrepresentations in their motions to dismiss, supporting briefs, and other filings, which are the equivalent of "fraud on the court by officers of the court". Then they tax me with the burden of needing to do multiple times as much work with each filing, taking significantly more time for me and the court, so that I can try to clearly articulate, explain, and prove to the court each attorney's misconduct taking place.

13.    Once that much extra work has been done by me, depleting my critical time and resources on largely nonsense, there needs to be some sort of financial consideration or sanctions that take place, to compensate and reimburse me for my time and resources wasted to defend against what were largely frivolous claims and motions to dismiss, which were honestly **never** in the interest of justice from the start.

---

[8]    https://www.law.cornell.edu/uscode/text/18/4

Initials:

## SWORN COMPLIANCE WITH RULE 11(B), UNDER PENALTY OF PERJURY

14.      This is why it is critical that this court grant my "AMENDED MOTION TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY (EXPEDITED CONSIDERATION REQUESTED)" which I filed on October 10, 2024, in ECF 100, PID 5343-5353.

15.      Without this motion, unless this court closely monitors good professional conduct, and proactively sanctions each violator stiffly, there is likely more incentive for many of the defendants and their counsel to lie, twist the truth, operate in bad faith, and repeatedly violate Rule 11(B) in their filings, than to operate honestly, ethically, and lawfully.

16.      Upon information and belief, it is critical to the honest interests of justice in this matter, along with the timeliness of the actions in this lawsuit, that the court either grant my motion to require real accountability in each filing, under the **penalty of perjury,** or by strictly discipling **all** attorney misconduct with **steep** sanctions, while granting me extra time to argue against their nonsense.

17.      If Judge Walker does have any real "privacy and safety concerns" about the disclosure of his home address in this lawsuit, his counsel certainly failed to address that in any meaningful capacity, in either Federal Court, Michigan or Tennessee.

18.      Between the two courts currently, there are literally thousands of pages of my lawsuit, which **don't** contain defendant Walker's address, which have been either temporarily or permanently redacted in their entirety or sealed from public access.

Initials:

## THE INDECENT PROPOSAL

19.    In the proposed order to redact (see attached "Exhibit F"), filed in MIWD, ECF 136, PID 5735, there are **four** pages listed in **three** documents which contain Judge Walker's home address; those are as follows:

    1)  ECF No. 16-1, PageID.2293 (the court redacted 64 pages)

    2)  ECF No. 66, PageID.4874 (the court redacted 138 pages)

    3)  ECF No. 95-1, PageID.5252 and 5254 (the court redacted 22 pages)

## THE REAL NEED (IF EVER ONE EXISTED)

20.    All that needed to be redacted from my complaint, was the following <u>**four words**</u> containing defendant Walker's:

                                                     Example:

    1)  **House Number**      |      1234

    2)  **Street Name**        |      Defendant Drive

    3)  **City**                   |      Nashville

    4)  **+4 Code** (last four)   |      0000

21.    That's it!  Just *<u>**four words**</u>*, in *one sentence*, on only *one page* of my complaint!

22.    According to Microsoft Word, my amended complaint[9] contains:

    ➢  one hundred thirty-eight <u>pages</u> (138)

    ➢  six hundred ninety-one <u>paragraphs</u> (691)

    ➢  two thousand five hundred sixty-seven <u>lines</u> (2,567)

    ➢  thirty-one thousand fifteen <u>words</u> (31,015)

---

[9]    ECF 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf

Initials:

23.     All of which has been completely redacted for the alleged purpose of concealing those **four words** in defendant Walker's address, despite being information easily available on public records for anyone to find while doing a rudimentary web search from the browser of their choice.

## WHAT REALLY HAPPENED BETWEEN FEDERAL COUNSEL AND COURTS

24.     Upon information and belief, this appears to have been an "excuse" for some of the high-profile bad actors in this lawsuit to exploit both another *public office* (tax funded counsel) and a loophole (safety of a federal judge) by which they could reasonably argue the *need* to redact and seal *some* of the court's records.  Then in the execution of that, I believe that they planned and in fact somehow obtained massively *overreaching redactions* for the real purpose of **hiding** glaring evidence and testimony about **public corruption** and numerous **felony crimes** committed **by high-ranking officers of the Tennessee Court System.**

25.     Despite the obscenely overreaching redactions ordered, such as blocking **all** public access to **all** *one hundred and thirty-eight pages* of my amended complaint[10], to allegedly conceal just *four words*, printed on only *one page*, contained within a *single line*, from the public.

26.     While missing the other **fifteen documents** that contain **defendant Walker's address**, filed in this lawsuit, which have remained publicly accessible.

27.     Defendant Walker's address is present on these specific pages (see correlating redacted pages attached): ECF 16-1, PID 2293; 66, PID 4874; ECF 90-2, PID 5170; ECF 90-4, PID 5172; ECF 95-1, PID 5252 & 5254; ECF 96, PID 5263; ECF 96-1, PID 5273; ECF 92-2, PID 5293; ECF 97, PID 5300; ECF 98, PID 5326; ECF 99, PID 5335; ECF 100, PID 5352; ECF 100-1, PID 5362; ECF 101, PID 5383; ECF 102, PID 5467; ECF 109, PID 5582; ECF 110, 5592; ECF 111, PID 5607.

---

[10]   DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf

Initials:

28.    Still, I set out to cure the *claimed concern* as completely as I am *able*, not just on the pages the officers of the court *chose to hide from the public*, but to the best of my knowledge and ability throughout this *lawsuit*, as well as throughout multiple sections of my *website*.  This has been a lot of work, no thanks to the U.S. Attorneys in Michigan and Tennessee, who both refused to work with me on the issue while limiting the scope of the redactions performed by the court to their stated concern: *defendant Walker's address*.

29.    I have been working for months to cure this problem without the "unintended" consequence of limiting the public's access to this lawsuit in any other way.

30.    The current implementation by the court is "overly broad and burdensome" for me in many ways, as I told both U.S. Attorneys[11], while hiding the real merits of this lawsuit from the public, along with the challenges I have and continue to face in the federal courts, as an indigent *pro se* litigant seeking justice.

31.    More will be said on the surrounding circumstances in other filings, but this motion is intended to **correct** this problem, hopefully once and for all, by treating the concern as legitimate and providing a real remedy, regardless of the defendant's motives.

32.    Since it is so labor intensive to try to sift back through the court records to redact defendant Walker's address from my filings, from both Nashville and Michigan dockets online, as well as from other documents hosted on my website, wherever practical I am also redacting the **home addresses** of the other defendants, in hopes of preventing similar issues from arising again.

33.    I don't know how the court handles redactions; therefore I've tried my best to provide each page and document needing redactions to the court, both printed and as digital media

---

[11]    See attached Exhibits: C, C-2, H, K, M, M-2, P, Q, Q-2, Q-3, and U.

Initials:

(on a DVD[12]), in every document set and format, which I can envision potentially being helpful to the court in facilitating the redactions as quickly and easily as I can imagine, without compromising the publics access to any document in this lawsuit.

## A REAL REMEDY REGARDLESS OF THE DEFENDANT'S MOTIVES

34.    All source files were downloaded from PACER and should be identical to those recorded in the docket with the court, except for the obvious redactions which I have performed to protect the privacy of the defendants.

35.    I am providing each page requiring redactions, printed on paper media, both with and without the court's case specific headers.

36.    I'm assuming that the court will want to scan the redacted pages without the court's case specific headers printed on them, to then have the clerk add the headers electronically after scanning.

37.    I provided each page both ways, to avoid confusion about which page is which, and for the court to use however is most beneficial to the clerk's workflow.

## PACER DIGITAL MEDIA FILES—AFTER APPLYING REDACTIONS

38.    I have also provided a DVD[13] with the digital media files originally downloaded from PACER, after I applied the redactions to them, both with and without the court's case specific headers on them, for the court to use however they like.

39.    Since in many cases, the redactions are only on one or two pages of a much larger document, but PACER does not provide downloads of those individual pages (to my knowledge),

---

[12]    This DVD is included in attached "Exhibit V".
[13]    This DVD is included in attached "Exhibit V".

Initials:

I have prepared these digital files in multiple different document set configurations, for the court to use however it works best with their workflow.

40.    Wherever applicable, I tried to provide the digital media files on the ZIP level, the DOCUMENT level, and also on the PAGE level.  I also tried to provide PAGE level redactions in two separate *variants*, one where defendant Walker's home address **alone** has been redacted (notated with *"walkers page"* in the file name), the other where the home addresses for **all** the defendants, including Walker, has been redacted, to provide improved privacy for all the defendants (notated with *"redacted pages only"* in the file name).

## MOTION TO CORRECT AND MINIMIZE OR STRIKE AND REMOVE REDACTIONS, WHILE UNSEALING ALL DOCUMENTS IN THIS LAWSUIT

41.    It is critical to me that nothing in this lawsuit be redacted or sealed from the public except for minimal line-level redactions which can be executed, on a page-by-page basis, **without** redacting or sealing **any** full page or document in this lawsuit.

42.    It is my preference that the court use all the pages which I have taken the time to redact and provide to the court herein, to protect the privacy of many of the defendants, not just defendant Walker, in hopes of preventing similar issues in the future, in as much as is both practical and possible, without significantly increasing the scope of this task.

43.    However, since I cannot control whether the court elects to do the minimum for defendant Walker's benefit alone, or takes the extra steps to conceal the home addresses of the other defendants, in as much as is practical, while handling the same scope of documents, I have provided both document sets for the court to choose which is most helpful to use.

Initials:

44.    At the court's option, the clerk can substitute the included redacted pages, using either paper or digital media (on DVD[14]), or perform line-level redactions of just the sensitive residential addresses of the defendants.

45.    In the event that the court is not willing to help perform, execute, or facilitate line-level redactions without any full page or document level redactions blocking the public from material matters in this lawsuit, **then please strike and remove all redactions** and/or unseal all documents, to make this lawsuit fully accessible to the public once again.

46.    As will be substantiated in other filings, defendant Walker's home address **never was private.** Upon information and belief, defendant Walker has not taken some of the most basic steps necessary for privately owning real property, without which he has no reasonable expectation for privacy related to his home address. We are each responsible for creating our own privacy, and in substantive matters involving defendant Walker's home address, he has failed or refused to take actions to make the location of his home private.

47.    Upon information and belief, this demand was improper from the start, apparently for the real purpose of **hiding** glaring evidence and testimony about **public corruption** and numerous **felony crimes** committed by high-ranking officers of the Tennessee Courts, against my family and the general public in Middle Tennessee.

---

[14]    This DVD is included in attached "Exhibit V".

Initials:

# REDACTION CORRECTIONS NEEDED

## ECF 16-1

1.    Please **remove** the document level redaction of ECF 16-1, PID 2271-2323, to make this document available to the public again.

2.    Please swap out the redacted pages provided for ECF 16-1, PID 2271-2323, or on each of the defendant's summonses, perform a line-level redaction of just the house numbers and street names (one line per page).  Defendant Walker's address is shown on PID 2293.

   ➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 16-1".
   ➢ Digital Media Files Provided on DVD:
      o  16-1 (redacted pages only).pdf
      o  16-1 (walkers page).pdf
      o  16-1.pdf (This is the **complete document** with the redactions applied.)
      o  ecf-16.zip
   ➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/16-1.pdf
   ➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-16.zip
   ➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/16-1.pdf
   ➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/ecf-16.zip

## ECF 66

3.    Please **remove** the document level redaction of ECF 66, PID 4870-5007, to make this document available to the public again.

4.    Please swap out the redacted pages provided for ECF 66, PID 4873 and 4874, or perform line-level redactions of just the residential house numbers and street names of the defendants (one line only).  Defendant Walker's address is shown on PID 4874.

   ➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 66".
   ➢ Digital Media Files Provided on DVD:
      o  66 (redacted pages only).pdf
      o  66 (walkers page).pdf
      o  66.pdf (This is the **complete document** with the redactions applied.)
      o  ecf-66.zip

Initials: _____

➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/66.pdf
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-66.zip
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/66.pdf
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-66.zip

### ECF 90-2

5.    Please swap out the redacted page provided for ECF 90-2, PID 5170, or perform line-level redactions of just the residential house numbers and street names of the defendants.

➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 90-2".
➢ Digital Media Files Provided on DVD:
  o 90-2 (redacted pages only).pdf
  o 90-2 (walkers page).pdf
  o 90-2.pdf (This is the **complete document** with the redactions applied.)
  o ecf-90.zip
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/90-2.pdf
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-90.zip
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/90-2.pdf
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-90.zip

### ECF 90-4

6.    Please swap out the redacted page provided for ECF 90-4, PID 5172, or perform line-level redactions of just the residential house numbers and street names of the defendants.

➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 90-4".
➢ Digital Media Files Provided on DVD:
  o 90-4 (redacted pages only).pdf
  o 90-4 (walkers page).pdf
  o 90-4.pdf (This is the **complete document** with the redactions applied.)
  o ecf-90.zip
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/90-4.pdf
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-90.zip
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/90-4.pdf
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-90.zip

Initials:

**ECF 95-1**

7.    Please remove the document level redaction of ECF 95-1, PID 5237-5258, to make this document available to the public again.

8.    Please swap out the redacted pages provided for ECF 95-1, PID 5242, 5252, 5254 or perform line-level redactions of just the residential house numbers and street names of the defendants (one line per page).  Defendant Walker's address is shown on PID 5252 and 5254.

> ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 95-1".
> ➤ Digital Media Files Provided on DVD:
>> o  95-1 (redacted pages only).pdf
>> o  95-1 (walkers pages).pdf
>> o  95-1.pdf (This is the **complete document** with the redactions applied.)
>> o  ecf-95.zip
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/95-1.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-95.zip
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/95-1.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-95.zip

**ECF 96**

9.    Please swap out the redacted page provided for ECF 96, PID 5263, or perform line-level redactions of just the residential house numbers and street names of the defendants.

> ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 96".
> ➤ Digital Media Files Provided on DVD:
>> o  96 (redacted pages only).pdf
>> o  96 (walkers page).pdf
>> o  96.pdf (This is the **complete document** with the redactions applied.)
>> o  ecf-96.zip
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/96.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-96.zip
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/96.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-96.zip

Initials:

## ECF 96-1

10.    Please swap out the redacted pages provided for ECF 96-1, PID 5266-5279, or perform line-level redactions of just the residential house numbers and street names of the defendants (two lines per page).  Defendant Walker's address is shown on PID 5273.

- ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 96-1".
- ➤ Digital Media Files Provided on DVD:
  - o 96-1 (redacted pages only).pdf
  - o 96-1 (walkers page).pdf
  - o 96-1.pdf (This is the **complete document** with the redactions applied.)
- ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/96-1.pdf
- ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/96-1.pdf

## ECF 96-2

11.    Please swap out the redacted page provided for ECF 96-2, PID 5293, or perform line-level redactions of just the residential house numbers and street names of the defendants.

- ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 96-2".
- ➤ Digital Media Files Provided on DVD:
  - o 96-2 (redacted pages only).pdf
  - o 96-2 (walkers page).pdf
  - o 96-2.pdf (This is the **complete document** with the redactions applied.)
- ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/96-2.pdf
- ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/96-2.pdf

## ECF 97

12.    Please swap out the redacted page provided for ECF 97, PID 5300, or perform line-level redactions of just the residential house numbers and street names of the defendants.

- ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 97".
- ➤ Digital Media Files Provided on DVD:
  - o 97 (redacted pages only).pdf
  - o 97 (walkers page).pdf
  - o 97.pdf (This is the **complete document** with the redactions applied.)
- ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/97.pdf
- ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/97.pdf

### ECF 98

13.    Please swap out the redacted page provided for ECF 98, PID 5326, or perform line-level redactions of just the residential house numbers and street names of the defendants.

- ➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 98".
- ➢ Digital Media Files Provided on DVD:
  - o 98 (redacted pages only).pdf
  - o 98 (walkers page).pdf
  - o 98.pdf (This is the **complete document** with the redactions applied.)
- ➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/98.pdf
- ➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/98.pdf

### ECF 99

14.    Please swap out the redacted page provided for ECF 99, PID 5335, or perform line-level redactions of just the residential house numbers and street names of the defendants.

- ➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 99".
- ➢ Digital Media Files Provided on DVD:
  - o 99 (redacted pages only).pdf
  - o 99 (walkers page).pdf
  - o 99.pdf (This is the **complete document** with the redactions applied.)
  - o ecf-99.zip
- ➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/99.pdf
- ➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-99.zip
- ➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/99.pdf
- ➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-99.zip

### ECF 100

15.    Please swap out the redacted page provided for ECF 100, PID 5352, or perform line-level redactions of just the residential house numbers and street names of the defendants.

- ➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 100".
- ➢ Digital Media Files Provided on DVD:
  - o 100 (redacted pages only).pdf
  - o 100 (walkers page).pdf
  - o 100.pdf (This is the **complete document** with the redactions applied.)
  - o ecf-100.zip

Initials:

➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/100.pdf
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-100.zip
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/100.pdf
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-100.zip

### ECF 100-1

16.    Please swap out the redacted page provided for ECF 100-1, PID 5355-5368, or perform line-level redactions of just the residential house numbers and street names of the defendants (two lines per page).  Defendant Walker's address is shown on PID 5362.

➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 100-1".
➢ Digital Media Files Provided on DVD:
   o 100-1 (redacted pages only).pdf
   o 100-1 (walkers page).pdf
   o 100-1.pdf (This is the **complete document** with the redactions applied.)
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/100-1.pdf
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/100-1.pdf

### ECF 101

17.    Please swap out the redacted page provided for ECF 101, PID 5383, or perform line-level redactions of just the residential house numbers and street names of the defendants.

➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 101".
➢ Digital Media Files Provided on DVD:
   o 101 (redacted pages only).pdf
   o 101 (walkers page).pdf
   o 101.pdf (This is the **complete document** with the redactions applied.)
   o ecf-101.zip
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/101.pdf
➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/zip/ecf-101.zip
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/101.pdf
➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/zip/doc-101.zip

Initials:

## ECF 102

18.    Please swap out the redacted page provided for ECF 102, PID 5467, or perform line-level redactions of just the residential house numbers and street names of the defendants.

> ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 102".
> ➤ Digital Media Files Provided on DVD:
>   o  102 (redacted pages only).pdf
>   o  102 (walkers page).pdf
>   o  102.pdf (This is the **complete document** with the redactions applied.)
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/102.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/102.pdf

## ECF 109

19.    Please swap out the redacted page provided for ECF 109, PID 5582, or perform line-level redactions of just the residential house numbers and street names of the defendants.

> ➤ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 109".
> ➤ Digital Media Files Provided on DVD:
>   o  109 (redacted pages only).pdf
>   o  109 (walkers page).pdf
>   o  109.pdf (This is the **complete document** with the redactions applied.)
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/109.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/109.pdf

## ECF 110

20.    Please swap out the redacted page provided for ECF 110, PID 5592, or perform line-level redactions of just the residential house numbers and street names of the defendants.

> ➤ At the top-level of the DVD(see attached "Exhibit V"), open the directory "ECF 110".
> ➤ Digital Media Files Provided on DVD:
>   o  110 (redacted pages only).pdf
>   o  110 (walkers page).pdf
>   o  110.pdf (This is the **complete document** with the redactions applied.)
> ➤ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/110.pdf
> ➤ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/110.pdf

Initials:

## ECF 111

21.     Please swap out the redacted page provided for ECF 111, PID 5607, or perform line-level redactions of just the residential house numbers and street names of the defendants.

> ➢ At the top-level of the DVD (see attached "Exhibit V"), open the directory "ECF 111".
> ➢ Digital Media Files Provided on DVD:
>    o 111 (redacted pages only).pdf
>    o 111 (walkers page).pdf
>    o 111.pdf (This is the **complete document** with the redactions applied.)
> ➢ Redacted Online: https://rico.jefffenton.com/1-23-cv-01097/ecf/111.pdf
> ➢ Redacted Online: https://rico.jefffenton.com/3-24-cv-01282/doc/111.pdf

## CONCLUSION

1.     It is critical to me that nothing in this lawsuit be redacted or sealed from the public except for minimal line-level redactions which can be executed, on a page-by-page basis, **without** redacting or sealing **any** full page or document in this lawsuit.

2.     Please **unseal** all documents I filed in this lawsuit, which are currently sealed for any reason.

3.     Please **remove** the document level redaction of ECF 16-1, PID 2271-2323, to make this document available to the public again.

4.     Please **remove** the document level redaction of ECF 66, PID 4870-5007, to make this document available to the public again.

5.     Please **remove** the document level redaction of ECF 95-1, PID 5237-5258, to make this document available to the public again.

6.     If this court is not willing to use line-level redactions to conceal defendant Walker's address (just four words), instead of page and document level redactions, which are currently

https://rico.jefffenton.com/evidence/2025-02-10_mi-motion-to-minimize-or-remove-redactions.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

significantly interfering with the public's right, access, and ability to understand substantive portions of this lawsuit, **then please strike and remove all redactions** and/or unseal all documents, to make this lawsuit fully accessible to the public once again.

7.     If this court is willing to use line-level redactions to conceal defendant Walker's address instead of "overly broad and burdensome" page and document level redactions, which obstruct and interfere with the publics access and right to know, then please proceed with the remaining redactions, corrections, and changes, as outlined below.

8.     Please swap out the redacted pages provided for ECF 16-1, PID 2271-2323, or on each of the defendant's summonses, perform a line-level redaction of just the house numbers and street names (one line per page).  Defendant Walker's address is shown on PID 2293.

9.     Please swap out the redacted pages provided for ECF 66, PID 4873 and 4874, or perform line-level redactions of just the residential house numbers and street names of the defendants (one line only).  Defendant Walker's address is shown on PID 4874.

10.     Please swap out the redacted page provided for ECF 90-2, PID 5170, or perform line-level redactions of just the residential house numbers and street names of the defendants.

11.     Please swap out the redacted page provided for ECF 90-4, PID 5172, or perform line-level redactions of just the residential house numbers and street names of the defendants.

12.     Please swap out the redacted pages provided for ECF 95-1, PID 5242, 5252, 5254 or perform line-level redactions of just the residential house numbers and street names of the defendants (one line per page).  Defendant Walker's address is shown on PID 5252 and 5254.

13.     Please swap out the redacted page provided for ECF 96, PID 5263, or perform line-level redactions of just the residential house numbers and street names of the defendants.

Initials:

14.     Please swap out the redacted pages provided for ECF 96-1, PID 5266-5279, or perform line-level redactions of just the residential house numbers and street names of the defendants (two lines per page).  Defendant Walker's address is shown on PID 5273.

15.     Please swap out the redacted page provided for ECF 96-2, PID 5293, or perform line-level redactions of just the residential house numbers and street names of the defendants.

16.     Please swap out the redacted page provided for ECF 97, PID 5300, or perform line-level redactions of just the residential house numbers and street names of the defendants.

17.     Please swap out the redacted page provided for ECF 98, PID 5326, or perform line-level redactions of just the residential house numbers and street names of the defendants.

18.     Please swap out the redacted page provided for ECF 99, PID 5335, or perform line-level redactions of just the residential house numbers and street names of the defendants.

19.     Please swap out the redacted page provided for ECF 100, PID 5352, or perform line-level redactions of just the residential house numbers and street names of the defendants.

20.     Please swap out the redacted page provided for ECF 100-1, PID 5355-5368, or perform line-level redactions of just the residential house numbers and street names of the defendants (two lines per page).  Defendant Walker's address is shown on PID 5362.

21.     Please swap out the redacted page provided for ECF 101, PID 5383, or perform line-level redactions of just the residential house numbers and street names of the defendants.

22.     Please swap out the redacted page provided for ECF 102, PID 5467, or perform line-level redactions of just the residential house numbers and street names of the defendants.

23.     Please swap out the redacted page provided for ECF 109, PID 5582, or perform line-level redactions of just the residential house numbers and street names of the defendants.

Initials:

24.    Please swap out the redacted page provided for ECF 110, PID 5592, or perform line-level redactions of just the residential house numbers and street names of the defendants.

25.    Please swap out the redacted page provided for ECF 111, PID 5607, or perform line-level redactions of just the residential house numbers and street names of the defendants.

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify as aforesaid that I verily believe the same to be true.

All rights reserved.

Executed on February 10, 2025

JEFFREY RYAN FENTON, PRO SE

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

*I'm a human being, not a corporation or property.  Please treat my case accordingly.*

Audio available at: https://rico.jefffenton.com/evidence/2024-10-23_call-from-assistant-united-states-attorney-cobb.mp3

**(616) 456-2404**



October 23, 2024, at 2:33 PM



Good afternoon. My name is Ryan Cobb. I'm calling for Jeffrey Fenton.

I'm an assistant United States Attorney in Grand Rapids, Michigan.

I'm calling regarding the lawsuit you've filed in the Western District of Michigan against a host of parties including Judge Walker, who is a bankruptcy judge down in Tennessee.

I'll be representing him and I'm planning on filing a motion to dismiss your claims against him.

Under local rules, I need to try to discuss that with you, which is what I'm doing now, happy to explain the basis for the motion to dismiss. If you want to return my call, my number is 616-456-2404, and then you can just ask to speak to me Ryan Cobb (ryan cobb). Again, 616-456-2404. Thank you.

I don't know how to describe the feeling, when you've been forced to accept the fact that you have been betrayed by your own government, while fighting for years against alleged "public servants" and powerful people who hold offices of public trust, when never was there any basis for trusting them in the first place, let alone placing them in charge of our lives, families, liberty, and property, with almost no meaningful mechanisms of transparency or accountability whatsoever. People who hold their own words higher than those of our creator and our federal constitution.

Then for the first time to get a phone call from a **United States Attorney**, and to think for just a split second that finally someone had seen the evidence in my case, showing the crimes committed against me and my family, under the color of law, by the conspiring Tennessee courts and counsel, and **called in the calvary to protect me**, to help hold the bad actors accountable... finally... better late than never. Only to realize a sentence or two later just how outrageously incorrect my momentary lapse from reality had been.

Instead "our" government had sent in **another attorney**, employed by our tax dollars, **seeking to defeat me and justice**, by dismissing my lawsuit with more frivolous claims. To continue cheating myself and my family out of our lives, liberty, and property, when they never had an ethical or lawful cause for touching any of it in the first place.

Sadly, this is the *"practice of law"* in the United States of America today. If truth be known, there is no greater threat to this nation or the people, either foreign or domestic, than those who pretend to *"practice law"* in our courts every day, without respect for the inalienable natural rights of every man, woman, and child; many whom have no honest interest, reverence, or concern about real justice.

▷  00:00                                                                              00:52

 Outlook

---

**Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)**

---

**From** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Date** Fri 10/25/2024 12:34 PM
**To** contact@jefffenton.com <contact@jefffenton.com>



Mr. Fenton,

I will be representing Judge Walker in this action. I'm writing to seek concurrence in removing Judge Walker's private address from the pleadings filed in this matter. He has privacy and safety concerns about having that address be publicly available and we would like it redacted from the filings. If you concur, I will send you a stipulation to redact it from the filings. If not, I will go ahead and file a motion.

Thank you,
Ryan Cobb

Ryan Cobb
Assistant United States Attorney | Civil Division Chief
United States Attorney's Office, Western District of Michigan
P.O. Box 208, Grand Rapids, Michigan 49501
Ryan.Cobb@usdoj.gov | (616) 456-2404

 Outlook

---

**RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)**

---

**From** Jeff Fenton

**Date** Sat 10/26/2024 5:24 AM

**To**   Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>



Hello Mr. Cobb,

Unfortunately, I did not receive (or see) this email until after you filed your motion with the court yesterday.

I have absolutely no objection to your client keeping his address confidential, though it was obtained from public sources.

My only concern is the amount of work which your motion proposes taxing me with being overly broad, excessive, unnecessary, and unsustainable currently; unless the court orders a substantial stay (without jeopardizing any timelines) so that I can dig through documents, make the redactions, reprint and refile them… while this could have a very substantial, unforeseen, and difficult to calculate and predict, ripple effect by changing the page citations throughout the entire lawsuit of over 5,000 pages, which would be insane to merely redact a few sentences, which contain his street address on them.  That would be extremely overburdensome for the simple outcome desired.

Additionally, the court might want me to serve the redacted documents to the defendants again, which would burden me with thousands of dollars' worth of expenses which I don't have the resources to even consider.  That would require significant consideration/compensation/assistance provided by your client, the government, or the court to facilitate.

Another substantial concern is that this whole process could cost me a month of down-time, during a transition between courts, when I have no time to spare.  That presents problems on several fronts, including the holding costs of suspending relief in these matters.

I understand that you said your client is concerned about his privacy and safety, though this information was publicly obtained and is readily available through other sources, while I had no idea this concern existed. I am very concerned about my privacy and safety also due to the criminal actions by many of the defendants in this case, which I have been trying to protect myself against, by seeking a protective order (ECF 17), for almost a year now, without relief. Hence, I am sympathetic to the concern and willing to work with you, but in a far less dramatic capacity, without gutting this case or causing citations problems, the full extent of which can't even be meaningfully calculated or understood without significant work.

To my knowledge, defendant Walker's address isn't listed anywhere publicly except on the FAC (literally one line) and summonses (literally two lines), along with some proofs (literally one or two lines) of defendants dodging service or refusing to confirm service by correctly signing their names per the rules for USPS restricted delivery, as required by the court.  (They created the last problem themselves.) I don't know of more than a half-dozen pages this involves, out of over a 5,000-page court record currently, while of those roughly six pages, only one or two lines needs to be redacted from each.

Here is what I suggest, if you are willing to work together toward getting this done quickly, rather than arguing over it in motions and objections while waiting for the court to decide:

- If you withdraw your current motion, so we don't need to waste time and resources arguing this before the court, and instead you file a motion asking the court to simply redact his address from the very few pages it is on in the court record.
- Then I am willing to redact his street address from those documents which are available through my websites, while agreeing not to include his address on any documents which I create in the future, either produced for the public or filed in court.
- In my mind this makes far more sense and is a far more productive use of time and resources, than having the court be the arbitrator of this matter. We don't fundamentally have opposing interests, except as to the means of execution.

It would be substantially more efficient to have the court redact that which they have in their files, and I would then be happy to redact that which I provide publicly, without creating a substantial workload for anyone or making this into a major project.

I'm completely willing to cooperate, but I will need to object to your motion as it stands, unless you withdraw it, because it is unreasonably broad and burdensome upon me, while being wholly inefficient and unnecessary. I'd compare your motion to demolishing a city block to kill a fly. It's unreasonably excessive overkill.

Likewise, in the amount of time which I expect I will need to invest in filing my objections in court (with my communication disabilities), I could have already completed the task on the public side, through my website. (In the amount of time I have spent writing you this email, probably a couple of hours, I could have already accomplished a substantial portion of this.)  Hence, if that is the route you insist upon proceeding, it will take me substantially longer, because I must prioritize writing my objections first, to protect my greater interests of not being ordered to do something which is overly broad and burdensome by the court, that I simply don't have the time and resources to complete, without necessary provisions and the court making special allowances.

There is no need to restrain me, I am a man of my word: I will agree not to file anything else containing defendant Walker's address, publicly or in this case, while I can think of no need to do so as long as he remains represented in this matter.  I have no other interest or care in his address than compelling his appearance in this lawsuit, so that I can proceed with litigating towards a remedy. Again, we have no opposing interests or objectives in this matter, except how to facilitate the very minor changes needed.

Please let me know if you are willing to withdraw your motion and work with me as I have described, or if I need to focus my energy on drafting my objection to your motion while refiling my own motion for a protective order in this matter, in an effort to obtain the same safety for myself and my family as your client seeks. In absence of some confirmation by you, I will assume the later and continue to invest my resources accordingly.

Thanks.
Jeff Fenton

x.com/@tninjustice

17195 SILVER PKWY, #150
FENTON, MI 48430-3426



 Outlook

---

## RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

---

**From** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Date** Mon 10/28/2024 9:58 AM
**To** Jeff Fenton



📎 1 attachment (17 KB)
Stipulation to redact v.1.docx;

Sorry—here is an updated stipulation with one additional page that needs to be redacted.

**From:** Cobb, Ryan (USAMIW)
**Sent:** Monday, October 28, 2024 9:11 AM
**To:** Jeff Fenton
**Subject:** RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

Here is a draft stipulation that would resolve the issues raised in the motion, assuming the court accepts it and agrees to direct the clerk of court to make the redactions.

If it is acceptable to you, please sign it manually, scan it and return it to me (fax or email), and mail the original to me. (The court requires us to keep the original signed version in our file in case there's a question about it.) Once you've sent me the scanned version, I'll file it with the court.

Thanks you,

Ryan Cobb
Assistant United States Attorney | Civil Division Chief
United States Attorney's Office, Western District of Michigan
P.O. Box 208, Grand Rapids, Michigan 49501
Ryan.Cobb@usdoj.gov | (616) 808-2031

 Outlook

---

**RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)**

---

**From** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Date** Mon 10/28/2024 4:05 PM
**To** Jeff Fenton



📎 1 attachment (112 KB)
ECF 137 Order restricting access.pdf;

You can disregard. The court entered an order restricting access to those documents today.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JEFFREY RYAN FENTON,

                    Plaintiff,                              Case No:  1:23-cv-01097

v.                                                         Hon. Paul L. Maloney
                                                           United States District Judge
VIRGINIA LEE STORY, et al.,
                                                           Hon Ray Kent
                                                           United States Magistrate Judge

                    Defendants.
_____/

## ORDER TO REDACT

The Court has reviewed Defendant Hon. Charles Walker's expedited Motion for

Redaction and Refiling of Documents (ECF No. 131) and finds good cause under Federal Rule

of Civil Procedure 5.2(e) to remove Charles Walker's private home address from the publicly

available ECF in this action. Accordingly,

**IT IS HEREBY ORDERED**:

The Clerk of Court shall take the steps necessary to ensure that any filings that contain

Charles Walker's private home address cannot be publicly accessed. To the extent feasible, the

Clerk of Court shall redact the address from pages on which it is found and refile the redacted

pages; otherwise, access to these filings shall be restricted. These pages include without

limitation the following:

                    ECF No. 16-1, PageID.2293,
                    ECF No. 66, PageID.4874,
                    ECF No. 95-1, PageID.5252 and 5254.


Dated:                                    _____
                                          HON. PAUL L. MALONEY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JEFFREY RYAN FENTON,

     Plaintiff,

                            Case No. 1:23-cv-1097

v.

                            HONORABLE PAUL L. MALONEY

VIRGINIA LEE STORY, et al.,

     Defendants.

_____/

## ORDER

     Pending before the Court is Defendant Hon. Charles M. Walker's motion for redaction and refiling of documents (ECF No. 131). Judge Walker requests the Court remove access to his home address from the public record. Upon due consideration of the motion by the Court,

     **IT IS HEREBY ORDERED** that the motion for redaction and refiling of documents (ECF No. 131) is GRANTED IN PART.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall restrict access to the attachment to the motion for extension of time (ECF No. 16-1), the amended complaint (ECF No. 66), and the attachment to the summons returned executed (ECF No. 95-1). Access shall be restricted to Plaintiff, counsel for the Defendants, and the Court.

Dated: October 28, 2024           /s/ Paul L. Maloney_____
                                  Paul L. Maloney
                                  United States District Judge

Outlook

---

RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

---

**From** Jeff Fenton
**Date** Wed 10/30/2024 10:26 AM
**To**   Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Bcc**



This is not acceptable, and in fact, a felony crime by yourself and the court.

Please call me at your soonest convenience at ▮▮▮▮▮▮

Thanks
Jeff Fenton





UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 1:23-CV-01097**

| EVIDENCE TITLE: | 2024-10-30_call-with-assistant-united-states-attorney-cobb.mp3 |
|---|---|
| **Internet URL:** | https://rico.jefffenton.com/evidence/2024-10-30_call-with-assistant-united-states-attorney-cobb.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf |
| **ECF LOCATION:** | |

**Description:** Recorded phone call between Plaintiff & Assistant United States Attorney Ryan Cobb, in Michigan, regarding the excessively broad & burdensome redactions proposed by Attorney Cobb and executed by the court, blocking public access to Plaintiff's entire Amended Complaint, to allegedly conceal *four words* in Walker's address.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

 Outlook

## Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

**Date** Fri 11/1/2024 3:11 PM

**To** contact@jefffenton.com <contact@jefffenton.com>



📎 1 attachment (18 KB)

Joint Stipulation to Redact.docx;

Good afternoon, Mr. Fenton.

I received your voicemail, but unfortunately, I cannot return your call this afternoon because I am taking part in training.  I can give you a call next week, but in the meantime, I understand that you are willing to jointly agree to remove Judge Walker's information from the docket. Please take a look at this draft motion and let me know if I can type in your signature on the signature line.  Assuming you approve of this draft, I can get this filed on Monday.

Let me know if you have questions.

Thanks, and have a good weekend.

Anica



**Anica C. Jones**
**Chief, Civil Division**
**Middle District of Tennessee**
U.S. Attorney's Office | 719 Church Street, Suite 3300 | Nashville, Tennessee  37203
T: (615) 736-5151 | C: (615) 289-6815 | F: (615) 401-6626
E-Mail: Anica.Jones@usdoj.gov

Please be advised that any emails sent to or from this email address are subject to retention and archiving by the United States Department of Justice.

 Outlook

---

### RE: Fenton v. Story - Joint Motion (attached)

**From** Jeff Fenton

**Date** Fri 11/1/2024 3:30 PM

**To** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>



Thank you mam.

I'm working at the moment to try to unredact the court record in Michigan, since there are only four words in my FAC which are specific to his address (street number, street name, Nashville), yet they chose to redact 32,741 words instead (my entire complaint) in lieu of just four words.

That is overly broad and unduly burdensome, that I even need to waste my time with this, but unfortunately I must.

I tried to describe that to United States Attorney Cobb, while comparing that to demolishing an entire city to kill a fly.

I'll be happy to help you squash the fly. Please don't squash the entire city or redact my FAC. 😊

I will look over your document this weekend and either have it back to you Monday, or address any outstanding concerns in the matter which we can discuss.

In an act of good faith, I will begin redacting his street address from the documents which I have hosted online regarding my lawsuit.

If I could get EVERYONE to make an appearance in the matter, and quit playing games dodging service, I would redact EVERYONE'S address… again, I have no interests contrary to their privacy. But some of them have chosen to be extremely evasive and have wasted a lot of extra time and money while trying to repeatedly serve them… with other outrageous antics such as mailing service back weeks later, etc… so forcing me to fight to get them served, and to substantiate that the service was GOOD, are my only interests regarding any of their addresses. If you are in a position to help button this up and end this needless waste of time trying to wrestle over service, I would honestly be happy to remove all of their addresses at the same time, while I could do so without requiring much more time than just redacting defendant Walker's.

Anyhow, I don't know what relationship you have with the others, if any, but I just thought I would throw that out there, in the interest of expediting past the bologna and protecting everyone's interests.

I assure you, the core issue of removing his address is of absolutely no concern to me at all. I take no issue with it. All I care about is implementation and not compromising the cohesion and comprehensibility of my lawsuit by the court or the public. (While trying not to create any more work for myself than necessary.)

Have a great weekend, and thanks for reaching out!

Thanks.
Jeff Fenton

 Outlook

## RE: Fenton v. Story – Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>
**Date** Mon 11/4/2024 12:29 PM
**To** Jeff Fenton

Thanks for your response, Mr. Fenton. I only represent Judge Walker.  Please let me know if I can move forward with filing the joint motion to redact Judge Walker's information today.



Outlook

---

**Re: Fenton v. Story - Joint Motion (attached)**

---

**From** Jeff Fenton

**Date** Tue 11/5/2024 2:30 PM

**To**  Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>



Hello Ms. Jones,

As previously expressed, I have no conflicts with redacting the four words comprising Judge Walker's address throughout any portion of the complaint and lawsuit, but that must be done without redacting or sealing substantial portions of any documents, otherwise I will need to seek leave from the court to resubmit the documents with just his address redacted, so not to compromise the integrity of my entire lawsuit, along with the public's interest in being able to follow the lawsuit without substantive portions missing.

Again, we are just talking about literally four words.

A stipulation limiting the redaction to the four words only (in a couple of different documents), I'd be happy to sign, but as previously stated it is overly broad and an unreasonable burdensome to redact and force me to refile entire documents.

In my mind, that is not only unreasonable, but shows motives to cover-up and hide the facts, evidence, and sworn testimony in my complaint, which are significantly contrary to the honest interests of Justice.

I'm is still needing to waste time in an attempt to correct this with the Michigan court, while it was a wholly unreasonable action on the part of the court in the first place.

Again, we are talking about the need to simply redact four words in two or three different documents.

Courts redact sensitive words and sentences all the time without redacting or sealing entire documents.

People are making this much more difficult for me than it needs to be. (Which causes me to question their motives.)

Please revise your stipulation for precise, extremely limited redactions (4 words), without any language consenting to the court performing substantive redactions of entire documents or sections, and I will be happy to join you in executing the stipulation.

Otherwise, I need to focus on explaining to both the Michigan and Tennessee courts why more substantive redactions are contrary to the honest interests of Justice while pointing out how unnecessary broad and burdensome redacting or sealing entire documents to literally redact four words is.

This seems really simple and common sense to me. If I must seek leave to refile my entire FAC, that will take me a couple of weeks to do once approved by the court.

Thank you.
Jeff Fenton

Get Outlook for iOS



 **Outlook**

---

RE: **Fenton v. Story – Joint Motion (attached)**

---

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>
**Date** Tue 11/5/2024 3:08 PM
**To**   Jeff Fenton

📎 1 attachment (17 KB)
Joint Stipulation to Redact.docx;

Mr. Fenton, I don't know what "four words" you are talking about. If you have specific edits to the attached stipulation that I sent last week (and I am re-attaching), please send them back to me. Otherwise, I will move forward with filing a motion for the redactions.

Thanks,
Anica



 Outlook

## RE: Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

**Date** Tue 11/5/2024 3:11 PM

**To** Jeff Fenton

📎 1 attachment (17 KB)
Joint Stipulation to Redact.docx;

That was the wrong attachment. Here is the correct one.



Outlook

---

**RE: Fenton v. Story - Joint Motion (attached)**

---

**From** Jeff Fenton
**Date** Wed 11/6/2024 2:07 PM
**To**     Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

PLAINTIFF'S EXHIBIT

P

📎 1 attachment (3 MB)
20241106_JOINT MOTION TO REDACT PORTIONS OF FILED DOCUMENTS.pdf;

Hello Ms. Jones,

Please find that motion/stipulation attached executed.

I tweaked the language a little bit to where I was comfortable with it. I don't believe there are any material changes which will affect your client's privacy interests.

Please let me know if you are good with this or if we need to address anything else at this time.

Thanks.
Jeff Fenton

x.com/@tninjustice
jeff.fenton@live.com
Mobile: (810) 428-6500
Landline: (810) 735-7456

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

**SLAM the GAVEL Podcast Interview** from 8/4/2024 about my RICO Lawsuit with Authors Brian Vukadinovich and Maryann Petri: https://www.youtube.com/watch?v=pIg5eEEnVuU

**Brian Vukadinovich** is the author of MOTION for JUSTICE (I Rest My Case), and Rogues in Black Robes (Destroying Lives and Committing Crimes with No True Accountability).

**Maryann Petri** is the author of RAISED BY THESE WOLVES (How Family and Federal Courts are Failing our Children), Dismantling Family Court Corruption (Why Taking the Kids Was Not Enough). Maryann is also the host of SLAM the GAVEL Podcast, focused on all family court topics, trauma, and healing.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**PLAINTIFF'S EXHIBIT**

**Q**

JEFFREY RYAN FENTON,                    )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )        CASE NO.: 3:24-cv-01282
                                        )        JUDGE CAMPBELL
VIRGINIA LEE STORY, et al.,             )        MAGISTRATE JUDGE HOLMES
                                        )
         Defendants.                    )

## EXPEDITED CONSIDERATION REQUESTED

## JOINT MOTION TO REDACT PORTIONS OF FILED DOCUMENTS

Pursuant to Local Rule 5.03, Plaintiff and Defendant Hon. Charles Walker (Judge Walker) request that portions of filed documents be redacted, and agree as follows:

1.  Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2.  There is good cause to remove judge Walker's address from the filings in this action. Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

3. Redacting more than Judge Walker's address from the filings could have significant consequences, contrary to the interests of justice, which do not benefit the privacy interests mentioned, while potentially compromising the public's interest and ability to follow this lawsuit and understand how different elements and documents interact and relate with each other.

4. It is therefore agreed that the redactions shall be limited to a maximum of one sentence per document, and that entire pages, sections, and documents shall not be redacted or sealed in the record related to this concern.

5. It is further agreed that Judge Walker's name and state of domicile shall not be redacted or concealed in this lawsuit, but that his address number, street name, city, and zip code should be redacted by the Clerk of the Court, pursuant to this motion, for his privacy.

6. It is critical to Plaintiff and hence agreed by the parties herein, that this motion not have a broader impact than specifically intended and as is minimalistically necessary to conceal Judge Walker's residential street address from the public.

7. Accordingly, the Clerk of Court should redact the specific words in this lawsuit which contain or disclose Judge Walker's address number, street name, city, and zip code.

8. These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874, and ECF No. 95-1, PageID.5252, 5254.

9. The parties may not include Judge Walker's unredacted address in any future filings in this action.

Dated:  November 6, 2024

/s/ *Anica C. Jones*
Anica C. Jones
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615) 736-5151
Anica.Jones@usdoj.gov

**PLAINTIFF'S EXHIBIT Q-2**

Attorney for Defendant Charles Walker

Dated:  November 6, 2024

Jeffrey R. Fenton (pro se)
17195 Silver Parkway #150
Fenton, MI 84830
(615) 837-1300
contact@jefffenton.com
Plaintiff



 Outlook

---

## RE: Fenton v. Story - Joint Motion (attached)

---

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

**Date** Fri 11/8/2024 11:11 AM

**To**  Jeff Fenton

📎 2 attachments (335 KB)

DE 158 - Motion to Redact.pdf; DE 159 - Memo ISO Motion to Redact.pdf;

Good morning, Mr. Fenton, and thank you for your response. I filed the attached motion and memorandum late on Tuesday evening (before receiving your email below on Wednesday), so there is no longer a need to enter a joint stipulation.  I appreciate your edits and the time you spent on this. However, I needed to move quickly given the circumstances.



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**PLAINTIFF'S EXHIBIT**

**S**

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:24-cv-01282 |
| | ) | JUDGE CAMPBELL |
| VIRGINIA LEE STORY, et al., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | ) | |

**EMERGENCY MOTION
TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS**

Pursuant to Local Rule 5.03, Defendant Honorable Charles Walker (Judge Walker) requests that portions of filed documents be redacted or sealed, stating as follows:

1.    Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2.    There is good cause to remove judge Walker's address from the filings in this action.  Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

1

3.    Accordingly, Defendant asks that the Clerk of Court redact from the ECF in this case any filings that include Judge Walker's private address or, alternatively, seal the specific pages containing the information.  These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874; and ECF No. 95-1, PageID.5252, 5254.

4.    Defendant further asks the Court to order Plaintiff to refrain from including Judge Walker's unredacted address in any future filings in this action.

5.    Pursuant to Local Rule 7.01, Defendant's counsel made attempts to consult with Plaintiff regarding this motion.  Defendant's counsel left Plaintiff a voicemail on October 31. Emails were exchanged between Plaintiff and Defendant's counsel on November 1, 4, and 5. Defendant's counsel left Plaintiff another voicemail on November 5.  At the time of this filing, Defendant's counsel has not secured Plaintiff's assent to filing this motion jointly.

For the reasons discussed above, Defendant's motion should be granted.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN  37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PLAINTIFF'S
EXHIBIT

**T**

JEFFREY RYAN FENTON,                    )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        CASE NO.: 3:24-cv-01282
                                        )        JUDGE CAMPBELL
VIRGINIA LEE STORY, et al.,             )        MAGISTRATE JUDGE HOLMES
                                        )
            Defendants.                 )

**MEMORANDUM IN SUPPORT OF EMERGENCY MOTION
TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS**

Pursuant to Local Rule 5.03, Defendant Honorable Charles Walker (Judge Walker) requests that portions of filed documents be redacted or sealed, stating as follows:

1.      Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2.      There is good cause to remove Judge Walker's address from the filings in this action.  Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action.  *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri*, Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

1

3.      Accordingly, Defendant asks that the Clerk of Court redact from the ECF in this case any filings that include Judge Walker's private address or, alternatively, seal the specific pages containing the information.  These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874; and ECF No. 95-1, PageID.5252, 5254.

4.      Defendant further asks the Court to order Plaintiff to refrain from including Judge Walker's unredacted address in any future filings in this action.

5.      Pursuant to Local Rule 7.01, Defendant's counsel made attempts to consult with Plaintiff regarding this motion.  Defendant's counsel left Plaintiff a voicemail on October 31. Emails were exchanged between Plaintiff and Defendant's counsel on November 1, 4, and 5. Defendant's counsel left Plaintiff another voicemail on November 5.  At the time of this filing, Defendant's counsel has not secured Plaintiff's assent to filing this motion jointly.

For the foregoing reasons, Defendant requests that this motion be granted.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN  37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov



 **Outlook**

---

Re: Fenton v. Story - Joint Motion (attached)

---

**From** Jeff Fenton

**Date** Fri 11/8/2024 9:02 PM

**To**     Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

You sent me the wrong attachment, and once you sent me the correct document I got it back to you within 24 hours executed.

I regret wasting any time on this, since I must now appeal overly broad and burdensome nonsense, contrary to the interests of Justice, under the guise of redacting four words, which I find it hard to believe have ever been the real concern, considering the actions taken.

You've created weeks more work for me, while making it sound as if I failed or refused to cooperate.

There have been a lot of people involved in covering up the multiple felony crimes committed by the courts and counsel in the preceding matters, while many of them held offices of public trust, swearing to uphold the constitution of the United States of America, while behaving like outlaws.

I will be clarifying the efforts I made to work with you on this matter, along with the real concerns I voiced, and how you chose not to care about the real interests of Justice in this matter, to instead create more work for me while helping to hide the truth from the public.

Please don't contact me directly again, but take all matters before the court for both transparency and accountability.

Get Outlook for iOS







PLAINTIFF'S
EXHIBIT

V

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,
    PLAINTIFF

v.    CASE NO. 1:23-cv-1097

VIRGINIA LEE STORY ET AL.,
    DEFENDANTS

| EVIDENCE TITLE: | 2024-10_redacted-pages-provided-to-court-for-walker.zip |
|---|---|
| Internet URL: | https://rico.jefffenton.com/evidence/2024-10_redacted-pages-provided-to-court-for-walker.zip |
| RELATED DOC: | https://rico.jefffenton.com/evidence/2025-02-10_mi-motion-to-minimize-or-remove-redactions.pdf |
| ECF LOCATION: | |

**Description:** Redacted PDF's from ECF 16-1 (PID 2271-2323) W:2293; 66 (PID 4870-5007) W:4874; 90-2, W:5170; 90-4, W:5172; 95-1 (PID 5237-5258) W:5252, W:5254; 96, W:5263; 96-1, W:5273; 96-2, W:5293; 97, W:5300; 98, W:5326; 99, W:5335; 100, W:5352; 100-1, W:5362; 101, W:5383; 102, W:5467; 109, W:5582; 110, W:5592; 111, W:5607.

The pdf files on this disc are evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.





PLAINTIFF'S EXHIBIT

V

**Evidence Title:**

2024-10_redacted-pages-provided-to-court-for-walker.zip

DIGITAL MEDIA PDF

COMPUTER DVD-ROM FROM PC

**Case No. 1:23-cv-01097**
v
JEFFREY RYAN FENTON
VIRGINIA LEE STORY et al.

https://rico.jefffenton.com/evidence/2024-10_redacted-pages-provided-to-court-for-walker.zip

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 1:23-CV-1097**

| | |
|---|---|
| **EVIDENCE TITLE:** | **2024-10_redacted-pages-provided-to-court-for-walker.zip** |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2024-10_redacted-pages-provided-to-court-for-walker.zip |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2025-02-10_mi-motion-to-minimize-or-remove-redactions.pdf |
| **ECF LOCATION:** | |

**Description:** Redacted PDF's from ECF 16-1 (PID 2271-2323) W:2293; 66 (PID 4870-5007) W:4874; 90-2, W:5170; 90-4, W:5172; 95-1 (PID 5237-5258) W:5252, W:5254; 96, W:5263; 96-1, W:5273; 96-2, W:5293; 97, W:5300; 98, W:5326; 99, W:5335; 100, W:5352; 100-1, W:5362; 101, W:5383; 102, W:5467; 109, W:5582; 110, W:5592; 111, W:5607.

The pdf files on this disc are evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

Hash List

**PLAINTIFF'S EXHIBIT V-2**

Created by using HashMyFiles

| Full Path | File Size | Modified Time | SHA-256 |
|---|---|---|---|
| W:\2024-10_redacted-pages-provided-to-court-for-walker\2024-10_redacted-pages-provided-to-court-for-walker-checksums.htm | 44,744 | 2/10/2025 7:15:47 AM | e994353791350bb988818697f281c8efbb68042e30a031dee4aa4995fc181acb |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\2024-10_redacted-pages-provided-to-court-for-walker-checksums.pdf | 103,145 | 2/10/2025 7:16:38 AM | 2771479956bac3d054644add86f337f9dc78647cd5cf33df587912352087a896 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\2024-10_redacted-pages-provided-to-court-for-walker.zip | 143,995,650 | 2/10/2025 6:57:58 AM | 97a4bf1c1cb053097d0713cd72c0ef42979f81fc23406909a5982d10f6adddfb337 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\Redaction Notes.txt | 769 | 2/10/2025 6:51:07 AM | c16fd3cc406932acc19dcdce3c81fe2b924be0783a50b24a6828fb961ebcda46 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\100 (redacted pages only).pdf | 233,194 | 11/23/2024 4:17:07 PM | d4a10ca60fc4ba9e2070b79d76c8348dcad2553128fabffd121ca8694a1744b9 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\100 (walkers page).pdf | 229,000 | 11/23/2024 5:56:19 PM | fb3dae626d2599622a322cca70a582c365abcff2b94f7e7a934fbe1768b45d5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\100.pdf | 1,838,595 | 11/21/2024 7:29:14 PM | b1a05522bfa02165512ea5d4e67462726r79427de1ddab4d0550817dce00c096e2 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\ecf-100.zip | 6,079,685 | 11/21/2024 7:41:58 PM | 348abac981b9eeb062bfdd01d4724f80820fa8b1db6ef2392fcd2551fe9ac343 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100-11\100-11 (redacted pages only).pdf | 7,047,799 | 11/23/2024 4:46:03 PM | 747baddf9adfc4f4ea010a5a048fc71d8002bc9c0cc5eec2181bf4db1f6ed |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100-11\100-11 (walkers page).pdf | 729,269 | 11/23/2024 5:57:01 PM | 1c8f45df60b6425adeb04850504849a7cc7799b286e10b9bb4d6e8fcc83c2d9 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100-11\100-11.pdf | 4,554,956 | 11/21/2024 7:37:34 PM | 4c1cfdc986d143c9938a0f7ef4b99361 3bab962a849ab86f27ccb8cbb491f87 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\101 (redacted pages only).pdf | 224,236 | 11/23/2024 4:20:47 PM | 2915df92b5fc886600adce66627af7fb66895cca44e93e73a18c57d14f54697f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\101 (walkers page).pdf | 220,068 | 11/23/2024 5:57:21 PM | e6dadad9ee04fa2c0130ca36275f0ebb0b968b153cd2a08cc31d5d10a09f1b9a |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\101.pdf | 1,357,073 | 11/21/2024 7:46:56 PM | 273574fa70e86487796960b91c592e970a890edb9acoc8b8b8461a83e619c2bc7b |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\ecf-101.zip | 3,422,775 | 11/21/2024 7:48:50 PM | 4bdb547edf85db192890884 5cf076bc7d8662dbc5b827ad5cefeff7e2bcda039 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 102\102 (redacted pages only).pdf | 55,302 | 11/23/2024 4:21:56 PM | 96518144d917f22579 3c29c86ef319cffde8375449e1414371f8d0efaec754e6f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 102\102 (walkers page).pdf | 50,967 | 11/23/2024 5:57:37 PM | c71f4e588a1a5d9b46242c867009e539cd5ff96a196969915ac353bb43c14168 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 102\102.pdf | 2,124,029 | 11/21/2024 8:02:20 PM | 13ef8bfcc9cd3e7b135d6bf96d9a4e794d28cf94305f6fb146d18758d913ce2a |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 109\109 (redacted pages only).pdf | 41,263 | 11/23/2024 4:23:10 PM | 12fb1a9a441ccfbf7838e47aff479888e11a3c4af73db525f276399d873e47fa |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 109\109 (walkers page).pdf | 37,102 | 11/23/2024 5:57:53 PM | 70a840e798bf952a6cdc2211a18b7079c812837c06b4de38dd80520d18f2d27 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 109\109.pdf | 1,264,627 | 11/21/2024 8:05:37 PM | 7ebb23b6d12e0fb90d1c8cd490f8f181178520547719918073d9eb912529 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 110\110 (redacted pages only).pdf | 46,235 | 11/23/2024 4:24:17 PM | a53db2d8000ca01233122799375a52db05ce124 7bbcbbd19fdc158a87f38f0bb3 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 110\110 (walkers page).pdf | 42,079 | 11/23/2024 5:58:08 PM | 7c87f2a589dacd6c8783ccd1e2b02ef79a13f14e07c98fa46a9384c38cd6ba64 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 110\110.pdf | 2,225,665 | 11/21/2024 8:08:43 PM | 3193e9fac4b4baubb2883bd3e18dc58013a29b2b7e2d22aa034732bb88a9b612 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 111\111 (redacted pages only).pdf | 44,159 | 11/23/2024 4:25:27 PM | 0d5c94bddbdc4fcf2f70dd050ccccfe7d86b8a81ea7a9094182742dd7aae0c5f7 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 111\111 (walkers page).pdf | 40,004 | 11/23/2024 5:58:23 PM | 28db6df702073084fdbb6c535c54d28zaf6bcbee1c36be39ddda4cd80cfcb0628 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 111\111.pdf | 3,934,141 | 11/21/2024 8:12:23 PM | 424446ceb0cc647b168afd547cbe9f2f09ddc31c0814eb34895bfb4084085bca |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-1\16-1 (redacted pages only).pdf | 3,721,911 | 11/23/2024 1:57:25 PM | bc64cc2293f9fa06fbb40e3cda994640b2d1ed0d2ce0456f9113d5f78b3fecb |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-1\16-1 (walkers page).pdf | 258,899 | 11/23/2024 5:49:57 PM | c2ed3247e4c51fa8ccf4e6fa8beb5e65536496ceb7d559537 6a782457af6888 31 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-1\16-1.pdf | 4,221,344 | 11/13/2024 7:12:04 AM | 711a20e4f3f514caa7e993c93a0df563799eabdc7e7ff0254745dd9009fc94b14 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-1\ecf-16.zip | 4,117,956 | 11/13/2024 7:19:36 AM | 100c6709cda1a4c14ab5e44b1eec71f9b6733fdf9a3596ed2a3913919daf7d9272 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 66\66 (redacted pages only).pdf | 1,200,240 | 11/23/2024 1:12:44 PM | c72f5b922ce6e842519e171217fb52bfc61e845a83359fce3c6ccce2b44f85f20 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 66\66 (walkers page).pdf | 992,171 | 11/23/2024 5:51:23 PM | 21463fbba7248a5fbf0da7338f9d221c05e48a972868efa89b6415 7bd17594bb |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 66\66.pdf | 5,359,964 | 11/13/2024 6:26:17 AM | 72595da7e4e6d2bd744656341ce76e73b393402597030a9d94f8a0e9115fca06 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\90-2 (redacted pages only).pdf | 7,406,353 | 11/13/2024 6:35:18 AM | b08c953ef678dfb38e1bc8ea41a0f49123d185c65ba8c9113fc16ad2898fce63 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\90-2 (walkers page).pdf | 803,910 | 11/23/2024 4:03:15 PM | cbbe3d9682cd8c2e1fc9fd0f49ab5b2e2bf30911be6195f76b83ad3c9b9a9d7c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\90-2.pdf | 794,145 | 11/23/2024 5:52:01 PM | 190b6372157300c7e0af81be43cb61bcf05341ba2340a7af6edfd0c8f379428 0c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\ecf-90.zip | 406,688 | 11/21/2024 4:57:10 PM | ed9a5497a9cfa6f7a52d33816c5b01cc1fe715031339d0409bc1286a8f3296ac |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\ecf-90.zip | 6,133,305 | 11/21/2024 5:04:18 PM | dc42cc2ce30d7429dd0b372fc4601326ab87e30dc883238b51d6b3e37f1738bd |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\90-4 (redacted pages only).pdf | 914,504 | 11/23/2024 4:10:11 PM | c96179d6a09ee4ac287939a76341d81415f1ebd3b1d0de1d9f33b14b02a5d6e5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\90-4 (walkers page).pdf | 899,357 | 11/23/2024 5:52:29 PM | 9f3ddb4f21567b566057283c87bc06b39a8ec13d13194f9d52576b947e0756cd |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\90-4.pdf | 458,478 | 11/21/2024 4:49:55 PM | 1ecd208cf3be5b517d2dd64f8eaaf2b2c524f03b6b414012f8bec19b15d94e |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\ecf-90.zip | 6,133,305 | 11/21/2024 5:04:18 PM | dc42cc2ce30d7429dd0b372fc4601326ab87e30dc883238b51d6b3e37f1738bd |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\95-1 (redacted pages only).pdf | 1,822,112 | 11/23/2024 1:23:25 PM | 97dffe12539ac4d619c623b886f167c3a9eadd0366d32b51ca1da5a8db38982c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\95-1 (walkers page).pdf | 1,372,717 | 11/23/2024 5:53:18 PM | fee80a9e4250c227ca4e615763f31551713a9cef6ea42b8b39d84ec52de7621 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\95-1.pdf | 6,158,044 | 11/21/2024 5:14:29 PM | f1bb6d1c907aeb513da13099e74e73251e3bee3d703574d1d6cb897229a484b |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\ecf-95.zip | 10,870,816 | 11/21/2024 5:20:04 PM | c36dffba8a171ac85e49f73ced2bc4c106acc465b25b17dd79c38087bdbf0de4 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\96 (redacted pages only).pdf | 42,628 | 11/23/2024 4:11:40 PM | 28789fdddddf0957cc568cb22dane9983ea40f818a240018488609934874dc41 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\96 (walkers page).pdf | 38,487 | 11/23/2024 5:53:43 PM | 6cd0d775045c3226fc2d2e3d8993b701fcb3878d9ba2e430f6b504003695421f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\96.pdf | 1,029,780 | 11/21/2024 4:38:02 PM | 03002bd4f856c70f2c3e78abb2ec1d9a6ca991a7334595887 1e6a0f04fb0fc19 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\ecf-96.zip | 12,867,043 | 11/21/2024 5:25:59 PM | 9792f2c4aa4f0f7327f823493386cab3ce09be06daa0f279df0bf2f55a1aa244 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-1\96-1 (redacted pages only).pdf | 10,551,251 | 11/23/2024 1:22:52 PM | a9cfc53ab978051b63c554d81e62f755a3e0cd439b2cf826dc93ddca42e7bd8f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-1\96-1 (walkers page).pdf | 953,046 | 11/23/2024 5:54:37 PM | 824a9bbd3414faca004a9aa2df05bc331ba729f6b003b5124 2a4d4db1d3f37d3 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-1\96-1.pdf | 8,584,738 | 11/21/2024 5:23:27 PM | 6db4a4253108d55851356df2b9aa2bd0064c37a832253e6cc340aef962bb220 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-2\96-2 (redacted pages only).pdf | 685,252 | 11/23/2024 3:15:10 PM | cfcbb217a14cf0c0a4a84d32c2d9dba6765ba503cc49352c289 1f5da59c16005 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-2\96-2 (walkers page).pdf | 675,108 | 11/23/2024 5:55:16 PM | b7be1e52dcca22339f804c0e30693466c018dc2f63511 3015e8c0f24ad1cbf03 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-2\96-2.pdf | 5,353,621 | 11/21/2024 4:39:34 PM | 1f34c93eaec7c884b394cf358e09fb0a9c31acbe08bfb3bd353d9778f6e454b4 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 97\97 (redacted pages only).pdf | 43,141 | 11/23/2024 3:38:55 PM | f38b0cf047977d563ca13b705a52fd6c9709015807 1d207300f561fc2ec4b30d |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 97\97 (walkers page).pdf | 38,997 | 11/23/2024 5:53:32 PM | 6846 3b21c28a6c25e3c7eed1odc2358924e0fbf092846252a03ef968c2a7e379 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 97\97.pdf | 1,371,751 | 11/21/2024 7:53:23 PM | 9aecc8ec04ecddc68e9c07 vv005a8fc766f9f46e129e9f39b9db32f5998fbf446 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 98\98 (redacted pages only).pdf | 39,228 | 11/23/2024 1:32:47 PM | e2691964c5fdd4fc1c0b0bc70f9b0f08d458ec1c097b8cc73e24a78edafaf51 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 98\98 (walkers page).pdf | 35,080 | 11/23/2024 5:55:46 PM | f7ad5fc369b397781c331b790dd21a1ab144dca99f21aa5835e9cdebc822b649 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 98\98.pdf | 6,651,872 | 11/21/2024 7:57:52 PM | 473foe043e469ac23f77a223beb2ad5322b446b5d50d2080980f73544 1a0eaff1 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\99 (redacted pages only).pdf | 237,604 | 11/23/2024 4:15:42 PM | 3bd65692e766609b7044a620fc4d09fff31b2d078c3f0fc9fe3810a1a9e9f0c9c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\99 (walkers page).pdf | 228,684 | 11/23/2024 5:56:00 PM | 807fa48d184331dc8941bb8e9342db3cf126d5106d4d0532c9c02315815 6a6d1b5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\99.pdf | 1,323,271 | 11/23/2024 5:31:26 PM | 52dde07d7f5f81fe8da2ae712da7c59f85501817d4120c2cd7ac8ce4ef9a1e6b7 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\ecf-99.zip | 3,335,177 | 11/21/2024 5:34:03 PM | e2f3ebcca365afa7a7008561601 1724f6d0593d403dd811 7e4f429556i1be39be |

---

**DOCUMENTS REGARDING** (CASE: 1:23-CV-01097):

1. DECLARATION AND MOTION TO CORRECT AND MINIMIZE OR STRIKE AND REMOVE REDACTIONS, WHILE UNSEALING ALL RECORDS (with Exhibits A through V-2)

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2025, I mailed the foregoing or above-named papers to the United States District Court for the Western District of Michigan, at their address below, for filing in case number 1:23-CV-01097.

I further certify that on or before February 26, 2025, I am serving these same documents to the defendants or their counsel by first class or priority mail with postage prepaid at the addresses listed below.  If for any reason beyond my control, I am unable to complete either on the date specified, I will do so on the very next business day.

U.S.D.C. WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI    48933-1514

RYAN D. COBB
UNITED STATES ATTORNEY'S OFFICE
330 IONIA AVE NW
GRAND RAPIDS MI 49503-2549

FENTON v. STORY et al.              Page 1 of 2              Case 1:23-cv-01097-PLM-RSK

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

All rights reserved.

Executed on February 22, 2025

JEFFREY RYAN FENTON, PRO SE

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▾

| | |
|---|---|
| JEFFREY RYAN FENTON ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:23-cv-1097 |
| ) ) | |
| VIRGINIA LEE STORY et al., ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia Lee Story

Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan   ▼

JEFFREY RYAN FENTON

_____
*Plaintiff(s)*

v.                                                      Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Virginia Lee Story

████████████████████

Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. _____ VIRGINIA LEE STORY et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kathryn Lynn Yarbrough

▮▮▮▮▮▮▮▮▮▮
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____         _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan  ▼

)
)
)
JEFFREY RYAN FENTON )
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kathryn Lynn Yarbrough
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                    _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan  ▾

|  |  |  |
|---|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Weimar Binkley

███████████████

Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Jeffrey Fenton
      17195 Silver Parkway #150
      Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____           _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| | ) |
| | ) |
| | ) |
| VIRGINIA LEE STORY et al., | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Weimar Binkley

Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____      _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. _____ VIRGINIA LEE STORY et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elaine Beaty Beeler

Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan    ▼

| | |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No. 1:23-cv-1097 |
| | ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Elaine Beaty Beeler

████████████

Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  _____1 / 2 / 2024_____    _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ☒

| | )  |
|---|---|
| JEFFREY RYAN FENTON | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 1:23-cv-1097 |
| | ) |
| | ) |
| VIRGINIA LEE STORY et al., | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sara Rebecca Baxter

█████████████████

White, GA 30184

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▾

)
)
)
JEFFREY RYAN FENTON )
_____ )
*Plaintiff(s)* )
)          Civil Action No. **1:23-cv-1097**
v. )
)
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sara Rebecca Baxter

White, GA 30184

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:          Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ **1 / 2 / 2024** _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan ▼

)
)
)
**JEFFREY RYAN FENTON** )
—————————————— )
*Plaintiff(s)* )
v. )           Civil Action No. 1:23-cv-1097
)
)
)
**VIRGINIA LEE STORY et al.,** )
—————————————— )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Mary Elizabeth Maney Ausbrooks**

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ☑

| | |
|---|---|
| JEFFREY RYAN FENTON<br><br>_____<br>*Plaintiff(s)*<br>**v.**<br><br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mary Elizabeth Maney Ausbrooks

██████████

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Jeffrey Fenton
    17195 Silver Parkway #150
    Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____1 / 2 / 2024_____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>JEFFREY RYAN FENTON</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 1:23-cv-1097</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>VIRGINIA LEE STORY et al.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexander Sergey Koval

▇▇▇▇▇▇▇▇▇▇

Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___1 / 2 / 2024___                                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan  ▼

<table>
<tr><td>

JEFFREY RYAN FENTON
_____
*Plaintiff(s)*
v.

VIRGINIA LEE STORY et al.,
_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 1:23-cv-1097

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alexander Sergey Koval

▮▮▮▮▮▮▮▮▮▮
Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan  ▾

)
)
)
JEFFREY RYAN FENTON )
_____ )
*Plaintiff(s)* )
v. )    Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Henry Edward Hildebrand III

█████████████

Nashville, TN 37205


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan ▾

| | |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Henry Edward Hildebrand III

████████████████████

Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   ___1 / 2 / 2024___                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ▼

)
)
JEFFREY RYAN FENTON )
)
_____ )
*Plaintiff(s)* )      Civil Action No. 1:23-cv-1097
v. )
)
)
VIRGINIA LEE STORY et al., )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles M. Walker

████████████
Nashville, TN 37215


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____1 / 2 / 2024_____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| | ) |
| VIRGINIA LEE STORY et al., | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles M. Walker
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                         _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan ▾

)
)
)
JEFFREY RYAN FENTON )
)
_Plaintiff(s)_ )
v. )  Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
)
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Thomas Earl Eugene Anderson

Nashville, TN  37206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____1 / 2 / 2024_____     _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan  ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_____<br>*Plaintiff(s)*<br>v.<br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Earl Eugene Anderson ,
▇▇▇▇▇▇▇▇▇▇
Nashville, TN   37206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01097-PLM-RSK ECF No. 139-1, PageID.5845 Filed 02/24/25 Page 31 of 64
Case 1:23-cv-01097-PLM-RSK ECF No. 16-17, PageID.229 Filed 01/19/24 Page 31 of 64
107 of 149

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_____<br>*Plaintiff(s)*<br>v.<br><br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roy Patrick Marlin ██████████████████

College Grove, TN 37046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br><br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roy Patrick Marlin

College Grove, TN 37046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____      _____
*Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01097-PLM-RSK ECF No. 139-1, PageID.5847 Filed 02/24/25 Page 33 of 64
109 of 149
Case 1:23-cv-01097-PLM-RSK ECF No. 16-1, PageID.2295 Filed 01/19/24 Page 33 of 64

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan  ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. VIRGINIA LEE STORY et al., _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Samuel Forrest Anderson

■■■■■■■■■

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan  ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. _____ VIRGINIA LEE STORY et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Samuel Forrest Anderson

████████████████████

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____1 / 2 / 2024_____        _____
                                            *Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01097-PLM-RSK ECF No. 139-1, PageID.5849 Filed 02/24/25 Page 45 of 64
Case 1:23-cv-01097-PLM-RSK ECF No. 16-17, PageID.5215 Filed 01/10/24 Page 45 of 64
111 of 149

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the.

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) |
|  | ) |
| VIRGINIA LEE STORY et al., | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Neal McBrayer

████████████████████

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▾

|   |   |   |
|---|---|---|
| JEFFREY RYAN FENTON <br><br> *Plaintiff(s)* <br><br> v. <br><br> VIRGINIA LEE STORY et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Neal McBrayer

██████████████████
Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andy Dwane Bennett

Hermitage, TN 37076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | )<br>)<br>)<br>) |
| _____<br>*Plaintiff(s)* | )<br>) |
| v. | )  Civil Action No. 1:23-cv-1097 |
| | )<br>) |
| VIRGINIA LEE STORY et al., | )<br>) |
| _____<br>*Defendant(s)* | )<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Andy Dwane Bennett

████████████████████

Hermitage, TN 37076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                    _____

*Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01097-PLM-RSK ECF No. 16-1, PageID.2315 Filed 01/19/24 Page 49 of 64
Case 1:23-cv-01097-PLM-RSK ECF No. 16-1, PageID.5853 Filed 02/24/25 Page 49 of 64
115 of 149

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON |  )  <br> )  <br> )  <br> )  |
| *Plaintiff(s)* |  )  |
| v. |  )  Civil Action No. 1:23-cv-1097  |
|  |  )  |
| VIRGINIA LEE STORY et al., |  )  <br> )  |
| *Defendant(s)* |  )  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frank Goad Clement Jr.

Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____       _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Frank Goad Clement Jr.

███████████████

Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _____ | ) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No. 1:23-cv-1097 |
|  | ) |
|  | ) |
| VIRGINIA LEE STORY et al., | ) |
| _____ | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Michael Hivner

Bartlett, TN 38133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan ▼

|   |   |   |
|---|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:23-cv-1097 |
| v. | ) ) | |
| | ) | |
| VIRGINIA LEE STORY et al., | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Michael Hivner

███████████
Bartlett, TN 38133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____1 / 2 / 2024_____                    _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

|  |  |  |
|---|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Brandon Coke

Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ____  1 / 2 / 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

)
)
JEFFREY RYAN FENTON )
)
)
_____ )
*Plaintiff(s)* )
v. )    Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Brandon Coke

██████████████

Nashville, TN 37211

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
    17195 Silver Parkway #150
    Fenton, MI 48430

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____        _____
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▼

)
)
)
)
JEFFREY RYAN FENTON )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sandra Jane Leach Garrett

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____**1 / 2 / 2024**_____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:23-cv-1097 ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Sandra Jane Leach Garrett

▋▋▋▋▋▋▋▋▋▋

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____1 / 2 / 2024_____                    _____
                                                _Signature of Clerk or Deputy Clerk_

## I.   JURISDICTION AND VENUE

"[T]he traditional justification for diversity jurisdiction is to minimize potential bias against out-of-state parties." *Firstar Bank, N.A. v. Faul*, 253 F.3d 982, 991 (7th Cir. 2001) (citing *Guar. Trust Co. of N.Y. v. York*, 326 U.S. 99, 111 (1945); *Bagdon v. Bridgestone/Firestone, Inc.*, 916 F.2d 379, 382 (7th Cir.1990)).  Diversity jurisdiction is meant to "open[] the federal courts' doors to those who might otherwise suffer from local prejudice against out-of-state parties." *Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010) (citations omitted) (reversing district court's finding that jurisdiction was lacking).  The facts and evidence clearly show that Plaintiff has suffered prejudice on many occasions in the Chancery Court for Williamson County Tennessee—and in the United States Bankruptcy Court Middle District of Tennessee (hereinafter "bankruptcy court").

The district court has subject matter jurisdiction pursuant to 28 U.S. Code § 1332 since litigants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, and pursuant to 18 U.S. Code § 1964 because counts 9 and 10 involve RICO, and pursuant to 28 U.S. Code § 1331 because counts 11 through 14 involve other federal laws/constitutional issues.  Litigants in this matter are residents of at least two different states.

## II.   PARTIES

**Plaintiff:**

- **Jeffrey Ryan Fenton** is a U.S. citizen residing and domiciled in Genesee County, Michigan, with an address of 17195 Silver Parkway #150, Fenton, MI 48430-3426.

**Defendants:**

- **Virginia Lee Story** (BPR# 011700) is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37069█████
- **Michael Weimar Binkley** (BPR# 005930) is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37069████
- **Kathryn Lynn Yarbrough** (BPR# 032789) is believed to be a U.S. citizen residing and domiciled at ███████████████████ TN 37179████

Initials: _____

## I.    JURISDICTION AND VENUE

"[T]he traditional justification for diversity jurisdiction is to minimize potential bias against out-of-state parties." *Firstar Bank, N.A. v. Faul*, 253 F.3d 982, 991 (7th Cir. 2001) (citing *Guar. Trust Co. of N.Y. v. York*, 326 U.S. 99, 111 (1945); *Bagdon v. Bridgestone/Firestone, Inc.*, 916 F.2d 379, 382 (7th Cir.1990)).  Diversity jurisdiction is meant to "open[] the federal courts' doors to those who might otherwise suffer from local prejudice against out-of-state parties." *Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010) (citations omitted) (reversing district court's finding that jurisdiction was lacking).  The facts and evidence clearly show that Plaintiff has suffered prejudice on many occasions in the Chancery Court for Williamson County Tennessee—and in the United States Bankruptcy Court Middle District of Tennessee (hereinafter "bankruptcy court").

The district court has subject matter jurisdiction pursuant to 28 U.S. Code § 1332 since litigants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, and pursuant to 18 U.S. Code § 1964 because counts 9 and 10 involve RICO, and pursuant to 28 U.S. Code § 1331 because counts 11 through 14 involve other federal laws/constitutional issues.  Litigants in this matter are residents of at least two different states.

## II.    PARTIES

**Plaintiff:**

- **Jeffrey Ryan Fenton** is a U.S. citizen residing and domiciled in Genesee County, Michigan, with an address of 17195 Silver Parkway #150, Fenton, MI 48430-3426.

**Defendants:**

- **Virginia Lee Story** (BPR# 011700) is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮▮▮▮▮▮▮ TN 37069▮▮▮
- **Michael Weimar Binkley** (BPR# 005930) is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮▮▮ TN 37069▮▮▮
- **Kathryn Lynn Yarbrough** (BPR# 032789) is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮▮▮▮▮▮ TN 37179▮▮▮

Initials: _____

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇▇ TN 37064▇▇
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37188▇▇
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37211▇▇
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37205▇▇
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37215▇▇
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37206▇▇
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ▇▇ ▇▇▇▇ TN 37046▇▇
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37215▇▇
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 38133▇▇
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37211▇▇
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37027▇▇
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37205▇▇
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37076▇▇
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at ▇▇▇▇ TN 37027▇▇
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

Initials: _____

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37064███
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37188███
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211███
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205███
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215███
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37206███
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ███ ███████████ TN 37046███
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215███
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 38133███
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211███
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37027███
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205███
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37076███
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37027███
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

Initials: ███

███████████████ MA.

- **Michael Weimar Binkley** is believed to be a U.S. citizen residing and domiciled at ███████ ███████████ MA.
- **Kathryn Lynn Yarbrough** is believed to be a U.S. citizen residing and domiciled at ███████ ███████████ MA.
- **Elaine Beaty Beeler** is believed to be a U.S. citizen residing and domiciled at ███████████ ███████████ MA.
- **Sara B. McKinney,**
- **Mary Elizabeth Maney Ausbrooks** is believed to be a U.S. citizen residing and domiciled at ███████████████████ TN.
- **Alexander Sergey Koval** is believed to be a U.S. citizen residing and domiciled at ███████ ███████████ TN.
- **Henry Edward Hildebrand III** is believed to be a U.S. citizen residing and domiciled in Tennessee, with an address of P.O. Box 340019, Nashville, TN 37203-0019.
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ███████ ████████ TN.
- **Charles M. Walker** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Thomas E. Anderson** is believed to be a U.S. citizen residing and domiciled at ███████ ███████ TN.
- **Samuel Forrest Anderson** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Frank Goad Clement Jr.** is believed to be a U.S. citizen residing and domiciled at ███████ ████████████ TN.
- **Andy Dwane Bennett** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **William Neal McBrayer** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **James Michael Hivner** is believed to be a U.S. citizen residing and domiciled at ███████ ████████ TN.
- **John Brandon Coke** is believed to be a U.S. citizen residing and domiciled at ███████ ████████████ TN.
- **Sandra Jane Leach Garrett** is believed to be a U.S. citizen residing and domiciled at ███████ ████████████ TN.
- **Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys** is a law firm located at 136 4th Ave S, Franklin, TN (hereinafter "SACAMW").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 1222 16th Avenue South, Suite 12, Nashville, TN (hereinafter "R&A").
- **Bank Of America, N.A.** is a financial institution located at 4909 Savarese Circle, Tampa FL 33634 (hereinafter "BOA").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 E Lafayette, Jackson, TN 38301 (hereinafter "SBC").
- **BancorpSouth Bank** is a financial institution located at 914 Murfreesboro Road, Franklin TN 37067 (hereinafter "BCSB").
- **Rubin Lublin TN, PLLC** is a law firm located at 119 S. Main Street, Suite 500, Memphis, TN 38103 (hereinafter "RLTN").
- **State of Tennessee** is a government entity with an office located at 425 5th Ave N Nashville, TN (hereinafter "the State").
- **Williamson County Tennessee** is a government entity with an office located at 1320 West Main Street, Franklin, TN 37064 (hereinafter "the County").
- **Tennessee Administrative Office of the Courts** is a government entity with an office located at 511 Union Street, Suite 600, Nashville, TN (hereinafter "Admin Office").
- **Tennessee Court of Appeals Middle Division** is a government entity with an 401 7th Avenue North, Nashville, TN (hereinafter "Appellate Court").

3

PLAINTIFF'S EXHIBIT

A-2

MA.
- **Michael Weimar Binkley** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ MA.
- **Kathryn Lynn Yarbrough** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ MA.
- **Elaine Beaty Beeler** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ MA.
- **Sara B. McKinney,**
- **Mary Elizabeth Maney Ausbrooks** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Alexander Sergey Koval** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Henry Edward Hildebrand III** is believed to be a U.S. citizen residing and domiciled in Tennessee, with an address of P.O. Box 340019, Nashville, TN 37203-0019.
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Charles M. Walker** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Thomas E. Anderson** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Samuel Forrest Anderson** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Frank Goad Clement Jr.** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Andy Dwane Bennett** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **William Neal McBrayer** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **James Michael Hivner** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **John Brandon Coke** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Sandra Jane Leach Garrett** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮ TN.
- **Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys** is a law firm located at 136 4th Ave S, Franklin, TN (hereinafter "SACAMW").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 1222 16th Avenue South, Suite 12, Nashville, TN (hereinafter "R&A").
- **Bank Of America, N.A. is a financial institution located at 4909 Savarese Circle, Tampa FL 33634 (hereinafter "BOA").**
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 E Lafayette, Jackson, TN 38301 (hereinafter "SBC").
- **BancorpSouth Bank** is a financial institution located at 914 Murfreesboro Road, Franklin TN 37067 (hereinafter "BCSB").
- **Rubin Lublin TN, PLLC** is a law firm located at 119 S. Main Street, Suite 500, Memphis, TN 38103 (hereinafter "RLTN").
- **State of Tennessee** is a government entity with an office located at 425 5th Ave N Nashville, TN (hereinafter "the State").
- **Williamson County Tennessee** is a government entity with an office located at 1320 West Main Street, Franklin, TN 37064 (hereinafter "the County").
- **Tennessee Administrative Office of the Courts** is a government entity with an office located at 511 Union Street, Suite 600, Nashville, TN (hereinafter "Admin Office").
- **Tennessee Court of Appeals Middle Division** is a government entity with a ▮▮▮▮ 401 7th Avenue North, Nashville, TN (hereinafter "Appellate Court").

**PLAINTIFF'S EXHIBIT**

**A-2**

3

Case 1:23-cv-01097-PLM-RSK   ECF No. 139-1   PageID.5867   Filed 02/24/25   Page 1 of 1
129 of 149
Case 1:23-cv-01097-PLM-RSK   ECF No. 90-1   PageID.3172   Filed 09/25/24   Page 1 of 1

**PLAINTIFF'S EXHIBIT B-2**

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen resid█ at █ TN 37064-█
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.█ and domiciled at █ TN 37188-█
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at █ TN 37211-█
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at █ TN 37205-█
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at █ TN 37215-█
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at █ TN 37206-█
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at █ █ TN 37046-█
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at █ TN 37215-█
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at █ TN 38133-█
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at █ TN 37211-█
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at █ TN 37027-█
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at █ TN 37205-█
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at █ TN 37076-█
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at █ TN 37027-█
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

Initials: _____

PLAINTIFF'S
EXHIBIT
**B-2**

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residi▅▅ at �████████████ TN 37064-▅
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.▅▅▅▅▅▅▅▅▅ and domiciled at ████████████████ TN 37188-▅▅
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37211-▅▅
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at ██████████████ TN 37205-▅
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at ████████████ TN 37215-▅▅
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ████████ TN 37206-▅
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ██ ██████████████ TN 37046-▅
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at ██████████ TN 37215-▅▅
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at ██████████ TN 38133-▅▅
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at ██████████████ TN 37211-▅
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at ██████████ TN 37027-▅
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at ██████████ TN 37205-▅
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at ██████████ TN 37076-▅
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at ██████████ TN 37027-▅▅
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

Initials: ▅▅▅

https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf

DEFENDANT: MARY BETH AUSBROOKS

RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan ▼

)
)
)
JEFFREY RYAN FENTON )
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Elizabeth Maney Ausbrooks

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

*CLERK OF COURT*

Date: _____5 / 23 / 2024_____

*Paula J. Wood*
*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MARY BETH AUSBROOKS                                          RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan    ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mary Elizabeth Maney Ausbrooks

█████████████

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

*CLERK OF COURT*

Date:  ~~5/23/2024~~

*Paula J. Wood*

*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan ▼

**FILED- LN**
September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod scanned by: 200 9 30

)
)
)
JEFFREY RYAN FENTON )
_____ )
*Plaintiff(s)* )
v. )            Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles M. Walker

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024                                          *CLERK OF COURT*

Date: ___~~5 / 23 / 2024~~___                        *Paula J. Wood*
                                                      *Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER                                    RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan ▼

**FILED- LN**

September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by:200/9130

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Charles M. Walker

Nashville, TN 37215


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Jeffrey Fenton
                                17195 Silver Parkway #150
                                Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

AUG 1 9 2024

*CLERK OF COURT*

Date:        -5/23/2024        _____
                                *Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024


**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                    02:06 PM
-----------------------------------------
Product          Qty      Unit     Price
                           Price
-----------------------------------------
Priority Mail®     1               $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.90 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                        $0.00
    Up to $100.00 Included
  Restricted Del                  $12.75
    Recipient name
      CHARLES M WALKER
✔   Tracking #:
    ➜ 70203160000230014889
  Return Receipt                   $4.10
    Tracking #:
    9590 9402 8627 3244 0681 83
Total                             $31.10
-----------------------------------------

Grand Total:                     $200.20
-----------------------------------------
Credit Card Remit                $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010            Chip
  AL: VISA CREDIT
  PIN: Not Required
-----------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37215

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☒ Certified Mail Restricted Delivery | $ |
| ☒ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $14.25 |
| Total Postage and Fees | |

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**

9 4888 7001 3003 2000 0111 3000 7020

USPS TRACKING #
NASHVILLE TN 370
2 L

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                       ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Shleena walker

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024



**FENTON**
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                02:06 PM
-------------------------------------------------
Product              Qty   Unit      Price
                           Price
-------------------------------------------------
Priority Mail®        1              $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.90 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                          $0.00
    Up to $100.00 included
  Registered Del                     $12.75
    Recipient name
      CHARLES M WALKER
    Tracking #:
      70203160000230014889
  Return Receipt                     $4.10
    Tracking #:
      9590 9402 8627 3244 0681 83
Total                                $31.10
-------------------------------------------------

Grand Total:                        $200.20
-------------------------------------------------
Credit Card Remit                   $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
-------------------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37215

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $12.75
☑ Certified Mail Restricted Delivery $11.65
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $

Postage                          $14.25

Total Postage and Fees
$

**CHARLES M. WALKER**

**NASHVILLE, TN  37215-**

Postmark Here

---

USPS TRACKING #

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**

9590 9402 8627 3244 0681 83

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
Sheena Walker

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

https://rico.jefffenton.com/evidence/2024-10-03-motion-all-filings-be-under-penalty-of-perjury.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
██████████████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
██████████████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
████████████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
██████████████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
████████████████
BRENTWOOD, TN  37027-████

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

https://rico.jefffenton.com/evidence/2024-10-03-motion-all-filings-be-under-penalty-of-perjury.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MICHAEL W. BINKLEY

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                              02:51 PM

--------------------------------------------
Product              Qty    Unit    Price
                            Price
--------------------------------------------
Priority Mail®         1            $14.25
    Franklin, TN 37069
    Weight: 3 lb 10.60 oz
    Expected Delivery Date
      Mon 08/26/2024
    Insurance                       $0.00
      Up to $100.00 included
    Restricted Del                 $12.75
      Recipient name
        MICHAEL W BINKLEY
      Tracking #:
        70203160000230014711
    Return Receipt                  $4.10
      Tracking #:
        9590 9402 8627 3244 0685 03
Total                              $31.10
--------------------------------------------

Grand Total:                       $31.10

Credit Card Remit                  $31.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 313215
    Transaction #: 660
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37069

Certified Mail Fee
$    $4.10
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☑ Return Receipt (electronic)      $ $12.75
☑ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$    $14.25
Total Postage and Fees
$ $31.10

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

7020 3160 0002 3001 4711

See Reverse for Instructions

---

**COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MICHAEL W. BINKLEY

RECEIVED SERVICE: 8/26/2024





```
UNITED STATES
POSTAL SERVICE.

         LINDEN
      215 S MAIN ST
    LINDEN, MI 48451-9998
      (800)275-8777

08/23/2024                    02:51 PM
----------------------------------------
Product          Qty  Unit     Price
                      Price
----------------------------------------
Priority Mail®    1            $14.25
  Franklin, TN 37069
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                    $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      MICHAEL W BINKLEY
    Tracking #:
      70203160000230014711
  Return Receipt               $4.10
    Tracking #:
      9590 9402 8627 3244 0685 03
Total                          $31.10

----------------------------------------
Grand Total:                   $31.10

Credit Card Remit              $31.10
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 313215
  Transaction #: 660
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6
```

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**

**FRANKLIN, TN  37069-**



9590 9402 8627 3244 0685 03

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK ECF No. 139-1, PageID.5879 Filed 02/24/25 Page 3 of 21
Case 1:23-cv-01097-PLM-RSK ECF No. 96-17, PageID.5267 Filed 10/04/24 Page 3 of 21
141 of 149

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024


**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

08/24/2024                                    11:25 AM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Product                    Qty    Unit      Price
                                  Price
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Priority Mail®              1               $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                  $0.00
    Up to $100.00 included
Restricted Del                              $12.75
  Recipient name
    ELAINE B BEELER
  Tracking #:
  → 70203160000230014704
Return Receipt                               $4.10
  Tracking #:
    9590 9402 8627 3244 0684 97
Total                                       $31.10
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                               $147.60

Credit Card Remit                          $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010           Chip
  AL: VISA CREDIT
  PIN: Not Required
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| | | |
|---|---|---|
| Certified Mail Fee | | 0451 |
| $ | $4.10 | 0c |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ $10.00 | |
| ☐ Return Receipt (electronic) | $ $12.75 | Postmark |
| ☒ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $4.25 | |
| $ | | AUG 24 2024 |
| Total Postage and Fees | | 08/24/2024 |
| $ $21.10 | | |
| Sent To | | |

**ELAINE B. BEELER**

**FRANKLIN, TN 37064-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**USPS TRACKING #**
NASHVILLE TN 370

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

SENDER: COMPLETE THIS SECTION

- ☑ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064-**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM



Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024



LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                        11:25 AM
--------------------------------------------------
Product              Qty      Unit      Price
                              Price
--------------------------------------------------
Priority Mail®         1                  $14.25
   Franklin, TN 37064
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
   Mon 08/26/2024
Insurance                                  $0.00
   Up to $100.00 included
Restricted Del                            $12.75
   Recipient name
   ELAINE B BEELER
   Tracking #:
→  70203160000230014704
Return Receipt                             $4.10
   Tracking #:
   9590 9402 8627 3244 0684 97
Total                                     $31.10
--------------------------------------------------
Grand Total:                             $147.60
--------------------------------------------------
Credit Card Remit                        $147.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 014252
   Transaction #: 185
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
--------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

Certified Mail Fee         $4.10              0451
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $10.00
☐ Return Receipt (electronic)    $_____      Postmark
☒ Certified Mail Restricted Delivery  $10.00    Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $_____
Postage           $14.25
Total Postage and Fees     $31.10

Sent    **ELAINE B. BEELER**
Street
City,   **FRANKLIN, TN 37064-**

AUG 2 4 2024
08/24/2024

USPS TRACKING #

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box●

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064-**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                           ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: VIRGINIA LEE STORY

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                    $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                $0.00
    Up to $100.00 included
Restricted Del                            $12.75
  Recipient name
    VIRGINIA L STORY
  Tracking #:
  → 70203160000230014919
Return Receipt                             $4.10
  Tracking #:
    9590 9402 8627 3244 0682 20
Total                                     $31.10

Grand Total:                             $147.60

Credit Card Remit                        $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| Certified Mail Fee | $4.10 | |
|---|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $____ | |
| ☐ Return Receipt (electronic) | $____ | Postmark |
| ☒ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $____ | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $14.25 | |
| Total Postage and Fees | | |
| $ 14.10 | | |

AUG 24 2024

08/24/2024

**VIRGINIA LEE STORY**

**FRANKLIN, TN    37064-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

USPS TRACKING #

9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**

**FRANKLIN, TN    37064-**

9590 9402 8627 3244 0682 20

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                    8/26/26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



"Restricted Delivery" but **not** signed by DEFENDANT as required.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: VIRGINIA LEE STORY

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                    $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
Insurance                                  $0.00
  Up to $100.00 included
Restricted Del                            $12.75
  Recipient name
    VIRGINIA L STORY
  Tracking #:
    70203160000230014919
Return Receipt                             $4.10
  Tracking #:
    9590 9402 8627 3244 0682 20
Total                                     $31.10

Grand Total:                             $147.60

Credit Card Remit                        $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $ |

Postmark Here

AUG 24 2024

08/24/2024

**VIRGINIA LEE STORY**

**FRANKLIN, TN    37064-**

PS Form 3800, April 2015        See Reverse for Instructions

---

**USPS TRACKING #**

9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**

**FRANKLIN, TN    37064-**

9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kim Rydel_          ☐ Agent
                       ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                  8/26/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



"Restricted Delivery" but **not** signed by DEFENDANT as required.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH

SECOND SERVICE ATTEMPT                    RECEIVED SERVICE: 9/06/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                               01:45 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®        1                      $14.25
Thompsons Station, TN 37179
Weight: 3 lb 12.00 oz
Expected Delivery Date
Fri 09/06/2024
Insurance                                     $0.00
Up to $100.00 included
Restricted Del                               $12.75
Recipient name
KATHRYN L YARBROUGH
Tracking #:
70203160000230014698
Return Receipt                                $4.10
Tracking #:
9590 9402 8627 3244 0684 80
Total                                        $31.10

Grand Total:                                 $85.40

Credit Card Remit                            $85.40
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 214054
Transaction #: 241
AID: A0000000031010         Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Thompsons Station, TN 37179

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $12.75 |
| ☐ Return Receipt (electronic) | $ |
| ☑ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
SEP 04 2024
09/04/2024

KATHRYN YARBROUGH

THOMPSONS STATION, TN 37179-

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0002 3001 4698

---

**USPS TRACKING #**

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>**KATHRYN YARBROUGH**<br><br>THOMPSONS STATION, TN 37179- | B. Received by (Printed Name)   C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**RESTRICTED DELIVERY** |
| 9590 9402 8627 3244 0684 80 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☑ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 3160 0002 3001 4698 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH

SECOND SERVICE ATTEMPT

RECEIVED SERVICE: 9/06/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                                      01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Thompsons Station, TN 37179
Weight: 3 lb 12.00 oz
Expected Delivery Date
Fri 09/06/2024

Insurance                                        $0.00
  Up to $100.00 included
Restricted Del                                  $12.75
  Recipient name
    KATHRYN L YARBROUGH
  Tracking #:
    70203160000230014698
Return Receipt                                   $4.10
  Tracking #:
    9590 9402 8627 3244 0684 80
Total                                           $31.10

Grand Total:                                    $85.40

Credit Card Remit                               $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXX8359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Thompsons Station, TN 37179

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $4.10 |
| ☐ Return Receipt (electronic) | $ |
| ☒ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $10.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
SEP 04 2024
09/04/2024

7020 3160 0002 3001 4698

Sent To
**KATHRYN YARBROUGH**

Street and Apt. No., or PO Box No.

City, State, ZIP+4®
**THOMPSONS STATION, TN 37179-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---



USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

**KATHRYN YARBROUGH**

**THOMPSONS STATION, TN 37179-**

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No


RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          10:59 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®           1                    $14.25
  Nashville, TN 37205
  Weight: 3 lb 10.40 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                              $0.00
    Up to $100.00 included
  Restricted Del                         $12.75
    Recipient name
    HENRY E HILDEBRAND
    Tracking #:
    70203160000230014803
  Return Receipt                          $4.10
    Tracking #:
    9590 9402 8627 3244 0683 98
Total                                    $31.10

Grand Total:                            $120.30

Credit Card Remit                       $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville TN 37205

Certified Mail Fee       $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postage                  $14.25

Total Postage and Fees   $31.10

Postmark Here
AUG 24 2024
08/24/2024

**HENRY HILDEBRAND III**

**NASHVILLE, TN 37205-**

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**