DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville TN 37205

| Certified Mail Fee | |
| --- | --- |
| $ | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $12.xx |
| ☐ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| $ | |
| Total Postage and Fees | |
| $31.10 | |

Postmark Here
AUG 24 2024
08/24/2024

**HENRY HILDEBRAND III**

**NASHVILLE, TN 37205-**

7020 3160 0002 3001 4803

This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| | | | |

Priority Mail®    1                    $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.90 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                             $0.00
    Up to $100.00 included
  Restricted Del                       $12.75
    Recipient name
      CHARLES M WALKER
    Tracking #:
    → 70203160000230014889
  Return Receipt                        $4.10
    Tracking #:
      9590 9402 8627 3244 0681 83
Total                                  $31.10

Grand Total:                          $200.20

Credit Card Remit                     $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)    $
  ☐ Return Receipt (electronic)  $
  ☐ Certified Mail Restricted Delivery  $
  ☐ Adult Signature Required     $
  ☐ Adult Signature Restricted Delivery $
Postage    $14.25
Total Postage and Fees

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**

---

USPS TRACKING #
NASHVILLE TN 370

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

"Restricted Delivery" but **not** signed by DEFENDANT as required.

■ Complete items 1, 2, and 3.
  Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER        RECEIVED SERVICE: 8/26/2024

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                 02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
Mon 08/26/2024

| | | |
|---|---|---|
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Restricted Del | | $12.75 |

Recipient name
CHARLES M WALKER
Tracking #:
70203160000230014889
Return Receipt             $4.10
Tracking #:
9590 9402 8627 3244 0681 83
Total                        $31.10

Grand Total:             $200.20

Credit Card Remit       $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010     Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville TN 37215

| | |
|---|---|
| Certified Mail Fee | $ .10 |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☑ Certified Mail Restricted Delivery   $ 10.0
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage      $14.25

Total Postage and Fees
$31.10

Postmark Here

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**

4869 7003 0002 0000 3160 7020

---

**USPS TRACKING #**

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

<span style="border:1px solid red">**"Restricted Delivery" but <u>not</u> signed by DEFENDANT as required.**</span>

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**

9590 9402 8627 3244 0681 83

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4889

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Juliunkted_    ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
Sheena walker
D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                      $14.25
   Nashville, TN 37215
   Weight: 3 lb 10.70 oz
   Expected Delivery Date
     Mon 08/26/2024
   Insurance                                   $0.00
     Up to $100.00 included
Restricted Del                                $12.75
     Recipient name
        SAMUEL F ANDERSON
     Tracking #:
        70203160000230014759
Return Receipt                                 $4.10
     Tracking #:
        9590 9402 8627 3244 0684 42
Total                                         $31.10

Grand Total:                                 $120.30

Credit Card Remit                            $120.30
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 904295
   Transaction #: 184
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37215

| Certified Mail Fee | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) | $ 10.00 |
| ☐ Return Receipt (electronic) | $ |
| ☑ Certified Mail Restricted Delivery | $ 10.00 |
| ☐ Adult Signature Required | $ 40.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $14.25 |
| Total Postage and Fees | |
| $31.10 | |

7020 3160 0002 3001 4759

Postmark
AUG 24 2024
08/24/2024

**SAMUEL F. ANDERSON**

**NASHVILLE, TN    37215-**

---

| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN    37215-**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

9590 9402 8627 3244 0684 42

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

2. Article Number *(Transfer from service label)*

7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024



# UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                          $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                      $0.00
    Up to $100.00 included
  Restricted Del                                 $12.75
    Recipient name
      SAMUEL F ANDERSON
    Tracking #:
      70203160000230014759
  Return Receipt                                 $4.10
    Tracking #:
      9590 9402 8627 3244 0684 42
Total                                            $31.10

Grand Total:                                    $120.30

Credit Card Remit                              $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7020 3160 0002 3001 4759

For delivery information, visit our website at www.usps.com®.

Nashville TN 37215

Certified Mail Fee            $4.14

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☑ Certified Mail Restricted Delivery  $10.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $

Postage        $14.25

Total Postage and Fees
$31.10

Postmark
Here
AUG 24 2024
08/24/2024

**SAMUEL F. ANDERSON**

**NASHVILLE, TN    37215-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**COMPLETE THIS SECTION ON DELIVERY**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN    37215-**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

## This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery



9590 9402 8627 3244 0684 42

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

RECEIVED SERVICE: 8/27/2024

DEFENDANT: JAMES MICHAEL HIVNER



```
        UNITED STATES
        POSTAL SERVICE.

                FENTON
            210 S LEROY ST
         FENTON, MI 48430-9998
             (800)275-8777
08/24/2024                        02:06 PM
- - - - - - - - - - - - - - - - - - - - - - - - - -
Product          Qty    Unit     Price
                        Price
- - - - - - - - - - - - - - - - - - - - - - - - - -
Priority Mail     1              $16.95
  Memphis, TN 38133
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Tue 08/27/2024
  Insurance                       $0.00
    Up to $100.00 Included
  Restricted Del                 $12.75
    Recipient name
      JAMES M HIVNER
    Tracking #:
    → 70203160000230014834
  Return Receipt                  $4.10
    Tracking #:
    9590 9402 8627 3244 0683 81
Total                            $33.80
- - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                    $200.20
- - - - - - - - - - - - - - - - - - - - - - - - - -
Credit Card Remit               $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
- - - - - - - - - - - - - - - - - - - - - - - - - -

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Memphi s⊑ TN 38133

OFFICIAL USE

| Certified Mail Fee | 0431 |
| $ | $4.10 |

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)  $ $12.75
☑ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $16.95

Total Postage and Fees
$ $33.80

**JAMES MICHAEL HIVNER**

**BARTLETT, TN    38133-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0002 3001 4834

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                    02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

| Priority Mail® | 1 | | $16.95 |
| Memphis, TN 38133 | | | |
| Weight: 3 lb 10.80 oz | | | |
| Expected Delivery Date | | | |
| Tue 08/27/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| JAMES M HIVNER | | | |
| Tracking #: | | | |
| 70203160000230014834 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0683 81 | | | |
| Total | | | $33.80 |

Grand Total:                                  $200.20

Credit Card Remit                             $200.20
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 314260
    Transaction #: 188
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Memphis TN 38133

OFFICIAL USE

| Certified Mail Fee | | | 0431 |
| $  $4.10 | | | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☒ Return Receipt (hardcopy)  $  $0.00 | | | |
| ☐ Return Receipt (electronic)  $  $12.75 | | | |
| ☒ Certified Mail Restricted Delivery  $  $0.00 | | | |
| ☐ Adult Signature Required  $  $0.00 | | | |
| ☐ Adult Signature Restricted Delivery  $ | | | |
| Postage | | | |
| $  $16.95 | | | |
| Total Postage and Fees | | | |
| $  $33.80 | | | 08/24/2024 |

Postmark Here

7020 3160 0002 3001 4834

Sent To  **JAMES MICHAEL HIVNER**

Street and Apt. No., or PO Box No.

City, State, ZIP+4®  **BARTLETT, TN    38133-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                                    04:09 PM
--------------------------------------------
Product              Qty    Unit     Price
                            Price
--------------------------------------------
Priority Mail®        1              $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                          $0.00
    Up to $100.00 included
  Restricted Del                     $12.75
    Recipient name
      ANDY D BENNETT
    Tracking #:
      70202450000036715150
  Return Receipt                     $4.10
    Tracking #:
      9590 9402 8627 3244 0682 99
Total                                $31.10
--------------------------------------------
Grand Total:                         $303.60
--------------------------------------------
Credit Card Remit                    $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage                              $14.25
$
Total Postage and Fees
$

Postmark
AUG 28 2024
08/28/2024
USPS

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

PS Form ... Instruction

*(cert. mail number, vertical)* 7020 2450 0000 3671 5150

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**



9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



**LINDEN**
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM
---------------------------------------
Product            Qty    Unit    Price
                          Price
---------------------------------------
Priority Mail®       1            $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                      $0.00
    Up to $100.00 Included
  Restricted Del                $12.75
    Recipient name
      ANDY D BENNETT
    Tracking #:
      70202450000036715150
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 99
Total                           $31.10

---------------------------------------
Grand Total:                    $303.60
---------------------------------------
Credit Card Remit               $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required
---------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage          $14.25

Total Postage and Fees
$

Postmark
Here
AUG 28 2024
08/28/2024
USPS

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076**

7020 2450 0000 3671 5150

COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

9590 9402 8627 3244 0682 99

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5150

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



DEFENDANT: FRANK GOAD CLEMENT JR.                RECEIVED SERVICE: 8/30/2024



| | |
|---|---|
| **UNITED STATES POSTAL SERVICE.** | |

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                          04:09 PM
----------------------------------------------
Product        Qty    Unit     Price
                       Price
----------------------------------------------
Priority Mail®    1              $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                 $12.75
    Recipient name
      FRANK G CLEMENT
    Tracking #:
   → 70202450000036715167
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 82
Total                            $31.10
----------------------------------------------

Grand Total:                     $303.60
----------------------------------------------
Credit Card Remit                $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)      $
  ☐ Return Receipt (electronic)    $
  ☑ Certified Mail Restricted Delivery $      Postmark
  ☐ Adult Signature Required       $       AUG 28 2024
  ☐ Adult Signature Restricted Delivery $
Postage      $14.25
Total Postage and Fees
$                              USPS

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN    37205-**

See Reverse for Instructions

7020 2450 0000 3671 5147

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                    ☐ Agent<br>                       ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**FRANK GOAD CLEMENT JR.**<br><br>**NASHVILLE, TN    37205-** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery** |
| <br>9590 9402 8627 3244 0682 82 | 3. Service Type<br>☐ Adult Signature              ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail®             ☐ Registered Mail Restricted Delivery<br>☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery        ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 2450 0000 3671 5147 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM            Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



```
UNITED STATES
POSTAL SERVICE.

          LINDEN
        215 S MAIN ST
   LINDEN, MI 48451-9998
        (800)275-8777
08/28/2024                      04:09 PM

Product           Qty   Unit    Price
                         Price
--------------------------------------
Priority Mail®      1           $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                $12.75
    Recipient name
      FRANK G CLEMENT
    Tracking #:
      70202450000036715167
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 82
Total                           $31.10
--------------------------------------
Grand Total:                   $303.60
--------------------------------------
Credit Card Remit              $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☒ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage              $14.25

Total Postage and Fees
$31.10

LINDEN MI
AUG 28 2024    Postmark

USPS

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN   37205-**

7020 2450 0000 3671 5167

See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN   37205-**

9590 9402 8627 3244 0682 82

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No



**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

RECEIVED SERVICE: 8/31/2024

DEFENDANT: WILLIAM NEAL MCBRAYER



```
UNITED STATES
POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777
08/28/2024                     04:09 PM
-------------------------------------
Product        Qty   Unit    Price
                     Price
-------------------------------------
Priority Mail®   1             $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                     $0.00
    Up to $100.00 Included
  Restricted Del               $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
      70202450000036715136
  Return Receipt                $4.10
    Tracking #:
    9590 9402 8627 3244 0682 75
Total                          $31.10
-------------------------------------
-------------------------------------
Grand Total:                  $303.60
-------------------------------------
Credit Card Remit             $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required
-------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage          $14.25
Total Postage and Fees
$

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

AUG 28 2024
Postmark
Here
USPS

Instructions

9515 7243 3930 0000 2450 7020

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

9590 9402 8627 3244 0682 75


7020 2450 0000 3671 5136

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                            04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Brentwood, TN 37027
Weight: 3 lb 11.00 oz
Expected Delivery Date
  Fri 08/30/2024
Insurance                             $0.00
  Up to $100.00 included
Restricted Del                       $12.75
  Recipient name
    WILLIAM N MCBRAYER
  Tracking #:
    70202450000036715136
Return Receipt                        $4.10
  Tracking #:
    9590 9402 8627 3244 0682 75
Total                                $31.10

Grand Total:                         $303.60

Credit Card Remit                    $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
AUG 28 2024

Postage
$14.25

Total Postage and Fees
$31.10

USPS

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

7020 2450 0000 3671 5136

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:23-cv-01097-PLM-RSK ECF No. 139-2, PageID.5901 Filed 02/24/25 Page 1 of 1
Case 1:23-cv-01097-PLM-RSK ECF No. 96-1, PageID.5279 Filed 10/04/24/24 Page 14 of 21
of 60

**DEFENDANT: TENNESSEE SUPREME COURT**

**JUSTICE SHARON G. LEE**

**RECEIVED SERVICE: 9/12/2024**

---

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                         02:07 PM
------------------------------------------------
Product           Qty   Unit    Price
                        Price
------------------------------------------------
Priority Mail®     1            $18.85
  Knoxville, TN 37919
  Weight: 9 lb 2.2 oz
  Expected Delivery Date
    Thu 09/12/2024
  Insurance                     $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      SHARRON G LEE
    Tracking #:
→     70202450000036716188
  Return Receipt                $4.10
    Tracking #:
      9590 9402 8418 3156 9888 87
Total                          $35.70
------------------------------------------------
Grand Total:                   $35.70
------------------------------------------------
Credit Card Remit              $35.70
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 310170
  Transaction #: 818
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5548556-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage        $13.35
Total Postage and Fees
$

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

7020 2450 0000 3671 6188

LINDEN, MI 48451

Postmark
Here

SEP 10 2024

09/10/2024

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

9590 9402 8418 3156 9888 87

7020 2450 0000 3671 6188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                               ☐ Agent
                                ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---



RICO SERVICE: SHIPPED via USPS on 9/10/2024 at 2:07PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: TENNESSEE SUPREME COURT          JUSTICE SHARON G. LEE          RECEIVED SERVICE: 9/12/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                                    02:07 PM
--------------------------------------------------
Product              Qty    Unit     Price
                            Price
--------------------------------------------------
Priority Mail®        1             $18.85
    Knoxville, TN 37919
    Weight: 9 lb 2.2 oz
    Expected Delivery Date
    Thu 09/12/2024
    Insurance                       $0.00
        Up to $100.00 included
    Restricted Del                  $12.75
        Recipient name
            SHARRON G LEE
        Tracking #:
        70202450000036716188
    Return Receipt                  $4.10
        Tracking #:
        9590 9402 8418 3156 9888 87
Total                               $35.70
--------------------------------------------------
Grand Total :                       $35.70
--------------------------------------------------
Credit Card Remit                   $35.70
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 310170
    Transaction #: 818
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage    $10.35

Total Postage and Fees
$

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

7020 2450 0000 3671 6188

LINDEN, MI 48451
Postmark Here
SEP 10 2024
09/10/2024

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

9590 9402 8418 3156 9888 87

7020 2450 0000 3671 6188

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 9/10/2024 at 2:07PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
▬▬▬▬▬
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
▬▬▬▬▬▬▬
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
▬▬▬▬▬
NASHVILLE, TN 37205-███

CHARLES M. WALKER
▬▬▬▬▬▬
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
▬▬▬▬▬
BRENTWOOD, TN  37027-███

https://rico.jefffenton.com/evidence/2024-10-03_counter-affidavit-correcting-storys-false-claims.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
██████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
████████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
██████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
████████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
██████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.              Page 2 of 3              Case 1:23-cv-01097-PLM-RSK

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL
NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III
NASHVILLE, TN 37205-

CHARLES M. WALKER
NASHVILLE, TN 37215-

THOMAS E. ANDERSON
BRENTWOOD, TN 37027-

https://rico.jeffenton.com/evidence/2024-10-04_motion-for-sanctions-against-story-for-lying.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
███████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
███████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
███████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
███████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
███████████
BRENTWOOD, TN 37027-███

https://rico.jefffenton.com/evidence/2024-10-04_motion-for-sanctions-against-story-for-lying.pdf      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN  37027-

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
█████████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
████████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
█████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
█████████████
BRENTWOOD, TN  37027-███

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

https://rico.jefffenton.com/evidence/2024-10-08_motion-for-sanctions-against-story-for-lying.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
███████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
███████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
███████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
███████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
███████████
BRENTWOOD, TN  37027-████

https://rico.jefffenton.com/evidence/2024-10-08_motion-for-sanctions-against-story-for-lying.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
████████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
████████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
████████████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.            Page 2 of 3            Case 1:23-cv-01097-PLM-RSK

https://rico.jefffenton.com/evidence/2024-10-08-motion-all-filings-be-under-penalty-of-perjury.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

RECEIVED SERVICE: 8/26/2024

DEFENDANT: MICHAEL W. BINKLEY



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                                      02:51 PM
-------------------------------------------------
Product                Qty    Unit      Price
                              Price
-------------------------------------------------
Priority Mail®          1              $14.25
   Franklin, TN 37069
   Weight: 3 lb 10.60 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                            $0.00
      Up to $100.00 included
   Restricted Del                      $12.75
      Recipient name
         MICHAEL W BINKLEY
      Tracking #:
         70203160000230014711
   Return Receipt                       $4.10
      Tracking #:
         9590 9402 8627 3244 0685 03
Total                                  $31.10

-------------------------------------------------
Grand Total:                           $31.10
-------------------------------------------------
Credit Card Remit                      $31.10
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 313215
   Transaction #: 660
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required
-------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3160 0002 3001 4711

For delivery information, visit our website at www.usps.com

Franklin, TN 37069

Certified Mail Fee                              $4.10
$
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)        $0.00
  ☐ Return Receipt (electronic)      $12.75
  ☑ Certified Mail Restricted Delivery  $0.00
  ☐ Adult Signature Required         $0.00
  ☐ Adult Signature Restricted Delivery $
Postage                                         $14.25
$
Total Postage and Fees
$31.10

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

[Postmark: LINDEN, MI 48451  0451  AUG 23 2024  USPS  08/23/2024]

---

COMPLETE THIS SECTION                COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3.        A. Signature
■ Print your name and address on the reverse   X                          ☐ Agent
   so that we can return the card to you.                                 ☐ Addressee
■ Attach this card to the back of the mailpiece,   B. Received by (Printed Name)   C. Date of Delivery
   or on the front if space permits.
1. Article Addressed to:             D. Is delivery address different from item 1?  ☐ Yes
                                        If YES, enter delivery address below:   ☐ No

**MICHAEL W. BINKLEY**            **This USPS Return Receipt**
                                  **Mysteriously Disappeared,**
**FRANKLIN, TN 37069-**           **Was Never Returned Even**
                                  **After Successful Delivery.**


9590 9402 8627 3244 0685 03

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053           Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MICHAEL W. BINKLEY

RECEIVED SERVICE: 8/26/2024


**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                                    02:51 PM
------------------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------------------
Priority Mail®         1              $14.25
    Franklin, TN 37069
    Weight: 3 lb 10.60 oz
    Expected Delivery Date
        Mon 08/26/2024
    Insurance                         $0.00
        Up to $100.00 included
    Restricted Del                    $12.75
        Recipient name
            MICHAEL W BINKLEY
        Tracking #:
        → 70203160000230014711
    Return Receipt                    $4.10
        Tracking #:
        9590 9402 8627 3244 0685 03
Total                                 $31.10

Grand Total:                          $31.10

Credit Card Remit                     $31.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 313215
    Transaction #: 660
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37069

Certified Mail Fee
                                              $4.10
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $0.00
☑ Return Receipt (electronic)      $12.75
☑ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $
Postage
  $14.25
Total Postage and Fees
  $31.10

7020 3160 0002 3001 4711

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

LINDEN MI 48451
0451
6
AUG 24 2024
08/23/2024 USPS

---

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



DEFENDANT: ELAINE B. BEELER

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                    $14.25
   Franklin, TN 37064
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                              $0.00
      Up to $100.00 Included
   Restricted Del                        $12.75
      Recipient name
        ELAINE B BEELER
      Tracking #:
        70203160000230014704
   Return Receipt                         $4.10
      Tracking #:
        9590 9402 8627 3244 0684 97
Total                                    $31.10

Grand Total:                            $147.60

Credit Card Remit                       $147.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 014252
   Transaction #: 185
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

RECEIVED SERVICE: 8/26/2024

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

From Linden, TN 37061

Certified Mail Fee                      0451
$                            $4.10       06
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $___
☑ Certified Mail Restricted Delivery $0.00
☑ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                            $14.25
Total Postage and Fees
$                            $31.10

LINDEN, MI 48451
Postmark Here
AUG 24 2024
08/24/2024

Sent To  ELAINE B. BEELER
Street
City  FRANKLIN, TN 37064-

PS Form 3800

7020 3160 0002 3001 4704

USPS TRACKING #
NASHVILLE TN 370

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Was Mysteriously Missing
A Signature and Any
Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                      11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1                             $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                                      $0.00
    Up to $100.00 included
  Restricted Del                                $12.75
    Recipient name
    ELAINE B BEELER
    Tracking #:
    70203160000230014704
  Return Receipt                                 $4.10
    Tracking #:
    9590 9402 8627 3244 0684 97
Total                                           $31.10

Grand Total :                                  $147.60

Credit Card Remit                              $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Certified Mail Fee        $4.10

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☑ Certified Mail Restricted Delivery  $
☑ Adult Signature Required      $0.00
☐ Adult Signature Restricted Delivery $

Postage    $14.25

Total Postage and Fees    $31.10

Sent To    ELAINE B. BEELER

Street and Apt. No., or PO Box No.

City, State, ZIP+4®    FRANKLIN, TN 37064

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0002 3001 4704

0451
06

LINDEN, MI 48451
AUG 24 2024
08/24/2024

---

USPS TRACKING #

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH
SECOND SERVICE ATTEMPT
RECEIVED SERVICE: 9/06/2024

## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

09/04/2024                          01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Thompsons Station, TN 37179
Weight: 3 lb 12.00 oz
Expected Delivery Date
Fri 09/06/2024
Insurance                                $0.00
Up to $100.00 included
**Restricted Del**                      $12.75
Recipient name
KATHRYN L YARBROUGH
Tracking #:
→ 70203160000230014698
Return Receipt                           $4.10
Tracking #:
9590 9402 8627 3244 0684 80
Total                                    $31.10

Grand Total:                             $85.40

Credit Card Remit                        $85.40
Card Name: VISA
Account #: XXXXXXXXXXX8359
Approval #: 214054
Transaction #: 241
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Thompsons Station, TN 37179

Certified Mail Fee     $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $12.75
☑ Certified Mail Restricted Delivery  $10.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $_____

Postage     $14.25

Total Postage and Fees    $31.10

Postmark
Here
SEP 04 2024
09/04/2024

**KATHRYN YARBROUGH**

THOMPSONS STATION, TN 37179-

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



---

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box●

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**

THOMPSONS STATION, TN 37179-

9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: KATHRYN YARBROUGH                SECOND SERVICE ATTEMPT                RECEIVED SERVICE: 9/06/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                                            01:45 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®            1                        $14.25
  Thompsons Station, TN 37179
  Weight: 3 lb 12.00 oz
  Expected Delivery Date
  Fri 09/06/2024
  Insurance                                      $0.00
    Up to $100.00 included
  Restricted Del                               $12.75
    Recipient name
      KATHRYN L YARBROUGH
    Tracking #:
    ➡ 70203160000230014698
  Return Receipt                                $4.10
    Tracking #:
    9590 9402 8627 3244 0684 80
Total                                                $31.10

Grand Total:                                         $85.40

Credit Card Remit                                    $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Thompsons Station, TN 37179



| Certified Mail Fee | $4.10 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
SEP 04 2024
09/04/2024

**KATHRYN YARBROUGH**

**THOMPSONS STATION, TN 37179-**

PS Form 3800, April 2015                See Reverse for Instructions

---

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**KATHRYN YARBROUGH**<br><br>**THOMPSONS STATION, TN 37179-** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br> |
| 9590 9402 8627 3244 0684 80 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 3160 0002 3001 4698 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Certified Mail Fee
$0.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☒ Certified Mail Restricted Delivery $10.00
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage   $11.25

Total Postage and Fees
$

**ALEXANDER KOVAL**

**NASHVILLE, TN 37211-**

08/24/2024

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Nashville, TN 37211

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $14.25 |

Postmark Here  AUG 2 4 2024  08/24/2024

Total Postage and Fees
$

**HENRY HILDEBRAND III**

**NASHVILLE, TN 37205-**

7020 3160 0002 3001 4803

PS Form 3800, April 2015            See Reverse for Instructions

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                           10:59 AM
----------------------------------------------
Product          Qty    Unit      Price
                        Price
----------------------------------------------
Priority Mail®    1              $14.25
  Nashville, TN 37205
  Weight: 3 lb 10.40 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                       $0.00
    Up to $100.00 included
  Restricted Del                 $12.75
    Recipient name
    HENRY E HILDEBRAND
    Tracking #:
    70203160000230014803
  Return Receipt                  $4.10
    Tracking #:
    9590 9402 8627 3244 0683 98
Total                            $31.10

----------------------------------------------
Grand Total:                    $120.30
----------------------------------------------
Credit Card Remit               $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010         Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Nashville, TN 37205

Certified Mail Fee            $4.10
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $12.75
☐ Certified Mail Restricted Delivery $10.00
☐ Adult Signature Required        $10.00
☐ Adult Signature Restricted Delivery $
Postage             $14.25
$
Total Postage and Fees
$31.10

Postmark
Here
AUG 24 2024
08/24/2024

**HENRY HILDEBRAND III**

**NASHVILLE, TN 37205-**

PS Form 3800, April 2015    See Reverse for Instructions

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024







**"Restricted Delivery" but not signed by DEFENDANT as required.**



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024


**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
Mon 08/26/2024
Insurance                                    $0.00
Up to $100.00 Included
Printed Del                                  $12.75
Recipient name
CHARLES M WALKER
✔ Tracking #:
→ 70203160000230014889
Return Receipt                               $4.10
Tracking #:
9590 9402 8627 3244 0681 83
Total                                        $31.10

Grand Total:                                 $200.20

Credit Card Remit                            $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**

7020 3160 0002 3001 4889

See Reverse for Instructions

---

USPS TRACKING #
NASHVILLE TN 370

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8627 3244 0681 83

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

SENDER: COMPLETE THIS SECTION

"Restricted Delivery" but **not** signed by **DEFENDANT** as required.

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN    37215-**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Sulena Walker_        ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Sulena walker

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          10:59 AM

---
Product          Qty    Unit    Price
                        Price
---

Priority Mail      1                    $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                             $0.00
  Up to $100.00 Included
Restricted Del                          $12.75
  Recipient name
  SAMUEL F ANDERSON
  Tracking #:
    70203160000230014759
Return Receipt                          $4.10
  Tracking #:
    9590 9402 8627 3244 0684 42
Total                                   $31.10

---------------------------------
Grand Total:                           $120.30
---------------------------------
Credit Card Remit                      $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
---------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Nashville, TN 37215

Certified Mail Fee                              $4.10
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)        $
  ☐ Return Receipt (electronic)      $
  ☒ Certified Mail Restricted Delivery  $10.00
  ☐ Adult Signature Required         $
  ☐ Adult Signature Restricted Delivery $

Postage                  $14.25

Total Postage and Fees
$31.10                              08/24/2024

7020 3160 0002 3001 4759

**SAMUEL F. ANDERSON**

**NASHVILLE, TN   37215-**

Postmark
AUG 24 2024

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN   37215-**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0684 42

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                ☐ Agent
                                 ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery            ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                        10:59 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®        1                          $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                        $0.00
    Up to $100.00 Included
  Restricted Del                                  $12.75
    Recipient name
    SAMUEL F ANDERSON
    Tracking #:
    70203160000230014759
  Return Receipt                                   $4.10
    Tracking #:
    9590 9402 8627 3244 0684 42
Total                                             $31.10

Grand Total:                                     $120.30

Credit Card Remit                               $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Nashville, TN 37215

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.10 | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☑ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |

Postage      $14.25

Total Postage and Fees
$31.10                              08/24/2024

7020 3160 0002 3001 4759

**SAMUEL F. ANDERSON**

**NASHVILLE, TN   37215-**

PS Form 3800, April 2015          See Reverse for Instructions

AUG 24 2024

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN   37215-**

‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0684 42

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                   ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery               ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024



UNITED STATES
POSTAL SERVICE.

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                          02:06 PM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Product           Qty    Unit      Price
                         Price

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Priority Mail      1               $16.95
  Memphis, TN 38133
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Tue 08/27/2024
Insurance                          $0.00
  Up to $100.00 included
Restricted Del                     $12.75
  Recipient name
    JAMES M HIVNER
  Tracking #:
    70203160000230014834
Return Receipt                     $4.10
  Tracking #:
    9590 9402 8627 3244 0683 81
Total                              $33.80

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Grand Total:                       $200.20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Credit Card Remit                  $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Memphi 5 TN 38133

| Certified Mail Fee | | 0431 |
| --- | --- | --- |
| $ | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $12.75 | Postmark |
| ☑ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | | |
| $16.95 | | |
| Total Postage and Fees | | |
| $33.80 | | |

**JAMES MICHAEL HIVNER**

**BARTLETT, TN     38133-**

---

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

---

DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Memphis, TN 38125

OFFICIAL USE

| Certified Mail Fee | | 0431 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 | |
| ☑ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $12.75 | Postmark |
| ☑ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $16.95 | |
| Total Postage and Fees | | |
| $33.80 | | 08/24/2024 |

**JAMES MICHAEL HIVNER**

**BARTLETT, TN    38133**

PS Form 3800, April 2015  PSN 7530-02-000-9047    See Reverse for Instructions

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



```
    UNITED STATES
    POSTAL SERVICE.

         LINDEN
      215 S MAIN ST
   LINDEN, MI 48451-9998
      (800)275-8777
08/28/2024                 04:09 PM

Product       Qty   Unit    Price
                    Price

Priority Mail®    1          $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
     Fri 08/30/2024
  Insurance                   $0.00
     Up to $100.00 included
Restricted Del               $12.75
  Recipient name
     ANDY D BENNETT
  Tracking #:
✔  ➔ 70202450000036715150
  Return Receipt               $4.10
  Tracking #:
     9590 9402 8627 3244 0682 99
Total                        $31.10

Grand Total:                $303.60

Credit Card Remit           $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage        $14.25

Total Postage and Fees

Postmark
AUG 28 2024
LINDEN, MI 48451
08/28/2024
USPS

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

5150 3671 0000 2450 7020

---

THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**


9590 9402 8627 3244 0682 99

2. Article Number *(Transfer from service label)*

7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| | | | |

Priority Mail®          1          $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                          $0.00
    Up to $100.00 included
Restricted Del                       $12.75
  Recipient name
    ANDY D BENNETT
  Tracking #:
→   70202450000036715150
Return Receipt                       $4.10
  Tracking #:
    9590 9402 8627 3244 0682 99
Total                                $31.10

------------------------------------
Grand Total:                         $303.60

------------------------------------
Credit Card Remit                    $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only.*

For delivery information, visit our website at www.usps.com.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage        $14.25
$
Total Postage and Fees
$

Postmark
Here
AUG 28 2024
08/28/2024
USPS

**ANDY DWANE BENNETT**

**HERMITAGE, TN   37076-**

7020 2450 0000 3671 5150

---

THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN   37076-**

9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5150

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                             ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



**LINDEN**
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

08/28/2024                                    04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37205
Weight: 3 lb 11.40 oz
Expected Delivery Date
  Fri 08/30/2024

| | | |
|---|---|---|
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Restricted Del | | $12.75 |
| Recipient name | | |
| FRANK G CLEMENT | | |
| Tracking #: | | |
| 70202450000036715167 | | |
| Return Receipt | | $4.10 |
| Tracking #: | | |
| 9590 9402 8627 3244 0682 82 | | |
| **Total** | | **$31.10** |

| | |
|---|---|
| Grand Total: | $303.60 |
| Credit Card Remit | $303.60 |
| Card Name: VISA | |
| Account #: XXXXXXXXXXXX8359 | |
| Approval #: 518290 | |
| Transaction #: 717 | |
| AID: A0000000031010    Chip | |
| AL: VISA CREDIT | |
| PIN: Not Required | |

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information: visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage
$                    $14.25
Total Postage and Fees
$

AUG 28 2024

7020 2450 0000 3671 5167

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN    37205-**

See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes |

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN    37205-**

If YES, enter delivery address below: ☐ No



**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

9590 9402 8627 3244 0682 82

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5167

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



```
UNITED STATES
POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                      04:09 PM
-----------------------------------------
Product           Qty    Unit    Price
                         Price
-----------------------------------------
Priority Mail®     1             $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                 $12.75
    Recipient name
      FRANK G CLEMENT
    Tracking #:
      70202450000036715167
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 82
Total                            $31.10
-----------------------------------------
Grand Total:                    $303.60
-----------------------------------------
Credit Card Remit               $303.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 518290
    Transaction #: 717
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
-----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only.

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)        $
  ☐ Return Receipt (electronic)      $
  ☐ Certified Mail Restricted Delivery $          Postmark
  ☐ Adult Signature Required         $            Here
  ☐ Adult Signature Restricted Delivery $     AUG 28 2024
Postage
  $14.25
Total Postage and Fees
$
                                                USPS
FRANK GOAD CLEMENT JR.

NASHVILLE, TN    37205
                                     See Reverse for Instructions

7020 2450 0000 3671 5167
```

```
SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

FRANK GOAD CLEMENT JR.

NASHVILLE, TN    37205-

9590 9402 8627 3244 0682 82

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053
```

```
COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No
```

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

```
3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt
```



RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024


**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                               04:09 PM
------------------------------------------------
Product            Qty    Unit     Price
                          Price
------------------------------------------------
Priority Mail®      1              $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                         $0.00
    Up to $100.00 included
  Restricted Del                   $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
  →   70202450000036715136
  Return Receipt                    $4.10
    Tracking #:
      9590 9402 8627 3244 0682 75
Total                              $31.10
------------------------------------------------

Grand Total:                       $303.60

Credit Card Remit                  $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage               $14.25

Total Postage and Fees

7020 2450 0000 3671 5136

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

AUG 28 2024

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **WILLIAM NEAL MCBRAYER**

   **BRENTWOOD, TN 37027-**

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9402 8627 3244 0682 75

   7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                        ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   **This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Brentwood, TN 37027
Weight: 3 lb 11.00 oz
Expected Delivery Date
Fri 08/30/2024
Insurance                          $0.00
Up to $100.00 included
Restricted Del                    $12.75
Recipient name
WILLIAM N MCBRAYER
Tracking #:
70202450000036715136
Return Receipt                     $4.10
Tracking #:
9590 9402 8627 3244 0682 75
Total                             $31.10

Grand Total:                     $303.60

Credit Card Remit                $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010          Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage        $14.25
Total Postage and Fees

Postmark
AUG 28 2024
USPS

7020 2450 0000 3671 5136

WILLIAM NEAL MCBRAYER

BRENTWOOD, TN 37027-

Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM NEAL MCBRAYER

BRENTWOOD, TN 37027-

9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: TENNESSEE SUPREME COURT    JUSTICE SHARON G. LEE    RECEIVED SERVICE: 9/12/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                              02:07 PM
-------------------------------------------------
Product           Qty    Unit      Price
                          Price
-------------------------------------------------
Priority Mail®      1              $18.85
   Knoxville, TN 37919
   Weight: 9 lb 2.2 oz
   Expected Delivery Date
   Thu 09/12/2024
   Insurance                       $0.00
      Up to $100.00 included
   Restricted Del                  $12.75
      Recipient name
         SHARRON G LEE
   Tracking #:
   → 70202450000036716188
   Return Receipt                  $4.10
      Tracking #:
      9590 9402 8418 3156 9888 87
Total                              $35.70

-------------------------------------------------
Grand Total:                       $35.70

-------------------------------------------------
Credit Card Remit                  $35.70
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 310170
   Transaction #: 818
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required
-------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage        $18.35

Total Postage and Fees
$

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

7020 2450 0000 3671 6188

LINDEN, MI 48451
Postmark Here
SEP 10 2024
09/10/2024

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8418 3156 9888 87

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

RICO SERVICE: SHIPPED via USPS on 9/10/2024 at 2:07PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: TENNESSEE SUPREME COURT    JUSTICE SHARON G. LEE    RECEIVED SERVICE: 9/12/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                     02:07 PM
-------------------------------------------
Product          Qty  Unit    Price
                      Price
-------------------------------------------
Priority Mail®    1           $18.85
  Knoxville, TN 37919
  Weight: 9 lb 2.2 oz
  Expected Delivery Date
  Thu 09/12/2024
  Insurance                   $0.00
    Up to $100.00 Included
Restricted Del                $12.75
  Recipient name
    SHARRON G LEE
  Tracking #:
    70202450000036716188
  Return Receipt              $4.10
  Tracking #:
    9590 9402 8418 3156 9888 87
Total                         $35.70
-------------------------------------------
Grand Total:                  $35.70
-------------------------------------------
Credit Card Remit             $35.70
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 310170
  Transaction #: 818
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
-------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
 ☐ Return Receipt (hardcopy)        $
 ☐ Return Receipt (electronic)       $
 ☒ Certified Mail Restricted Delivery $
 ☐ Adult Signature Required           $
 ☐ Adult Signature Restricted Delivery $
Postage            $18.35
Total Postage and Fees
$

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

LINDEN, MI 48451
Postmark
Here
SEP 10 2024
09/10/2024

7020 2450 0000 3671 6188

---

**COMPLETE THIS SECTION ON DELIVERY**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

9590 9402 8418 3156 9888 87

7020 2450 0000 3671 6188

A. Signature
X                               ☐ Agent
                                ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 9/10/2024 at 2:07PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN  37027-

https://rico.jefffenton.com/evidence/2024-10-08_counter-affidavit-correcting-storys-false-claims.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
█████████████
THOMPSONS STATION, TN 37179-██

ALEXANDER SERGEY KOVAL
█████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
█████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
█████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
█████████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
█████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
█████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
█████████████
NASHVILLE, TN 37205-███

THOMAS E. ANDERSON
█████████████
BRENTWOOD, TN 37027-███

CHARLES M. WALKER
█████████
NASHVILLE, TN 37215-███

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

https://rico.jefffenton.com/evidence/2024-10-09_concerns-about-transferring-to-tennessee.pdf          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
████████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
███████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
███████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
███████████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
███████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
████████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
███████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
████████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
███████████
BRENTWOOD, TN  37027-███

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
███████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
███████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
███████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
███████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
███████████
BRENTWOOD, TN  37027-███

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
██████████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
████████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
██████████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
████████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
██████████████
BRENTWOOD, TN 37027-████

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
█████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
█████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
█████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
█████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
█████████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.                    Page 2 of 3                    Case 1:23-cv-01097-PLM-RSK

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
████████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
████████████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
███████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
███████████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
██████████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.            Page 2 of 3            Case 1:23-cv-01097-PLM-RSK

CERTIFIED MAIL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7020 3160 0002 3001 3875

ee the Domestic

ns of coverage.

**FROM:** **17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

Retail

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
FEB 22, 2025

48933

**$19.82**

RDC 03

S2324P501513-06

**TO:**

**USDC WESTERN DISTRICT OF MICHIGAN**

**113 FEDERAL BLDG**
**315 W ALLEGAN ST RM 113**
**LANSING, MI            48933-1514**

PRS FIRMLY TO SEAL

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

COM®
NLINE