UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

       Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

       Defendants.
_____/

Case No. 1:23−cv−01097−PLM−RSK

Hon. Paul L. Maloney

## ORDER REJECTING PLEADING

     The Court has examined the following document(s) received February 27, 2025 and orders the Clerk to reject the Declaration with exhibits and return the document(s) to Jeffrey Ryan Fenton for the reason(s) noted below:

     The case was transferred to the Middle District of Tennessee on October 25, 2024. All further questions/inquiries should be directed to said Court.

     IT IS SO ORDERED.

Dated: February 27, 2025

          /s/ Ray Kent
          RAY KENT
          U.S. Magistrate Judge