UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

RECEIVED- LN
February 27, 2025 9:46 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

DEFENDANTS

CASE NO. 1:23-cv-01097

# DECLARATION AND MOTION TO FILE UNDER SEAL REGARDING DEFENDANT WALKER'S CLAIMED PRIVACY CONCERNS RELATED TO HIS HOME ADDRESS[1]

This testimony is being brought pursuant to 28 U.S. Code § 1746.

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the plaintiff in this federal lawsuit (Case No. 3:24-cv-01282, which was previously 1:23-cv-1097 in the United States District Court for the Western District of Michigan.)

2. I am a citizen of the United States of America, born in Washington State.

3. I am domiciled in Genesee County, Michigan.

4. I have no idea how to file anything under seal, nor do I have any more time which I can devote to researching this matter currently, as the misconduct by the defendant's counsel has

[1] This lawsuit was originally filed on October 13, 2023, in the United States District Court for the Western District of Michigan (hereinafter "MIWD") as case no. 1:23-cv-01097. On October 25, 2024, MIWD transferred this lawsuit as ordered in ECF 127 to the United States District Court for the Middle District of Tennessee (hereinafter "TNMD") as case no. 3:24-cv-01282. The language used in the file stamps of each page filed is slightly different between the two courts. MIWD uses the term "ECF No." (which I abbreviate as "ECF"), while in place of that, TNMD uses the term "Document" (which I abbreviate as "DOC"). Both courts use the term "PageID" (which I abbreviate as "PID"). Citations to the court record in this lawsuit will be notated without the case name or number, using the starting DOC/ECF number, followed by both the beginning and ending PID. The Notice of Electronic Filing for this transfer is recorded in TNMD DOC 131, at which point the DOC/ECF number from MIWD was retained and continued, but the PID was reset after DOC 130, PID 5727, to restart at zero.



Initials: [signature]

cost me roughly 400 hours of extra work, plus probably a thousand dollars out of my pocket, while placing my entire lawsuit in jeopardy by the interference caused through professional misconduct, if not worse.

## INTERFERENCE CAUSED BY ATTORNEY MISCONDUCT

5. This interference and misconduct has jeopardized my entire lawsuit by multiplying my workload in an attempt to mitigate damages caused by the massively overreaching redactions and sealed records presently preventing public access to many of the most critical documents filed in this lawsuit.

6. Furthermore, this misconduct and interference caused by both United States Attorney's Offices took place during a critical phase in this lawsuit, as it was being transferred from a court in the State of Michigan to a court in the State of Tennessee, while I was diligently working to complete service to the remaining outstanding defendants, several of whom had been dodging service for months and/or refusing to sign for their certified and registered mail. At the same time, there have been roughly a dozen different motions to dismiss filed by the defendants, which I haven't even had time to read yet in their entirety, let alone respond to, while to date I have not read a single **one** which has acknowledged or prioritized the critical constitutional merits and justice interests in this lawsuit.

7. Still, I had to place responding to these motions on hold for roughly two months, during a period where there was no judge assigned to this case, and I could obtain no assistance from the court, so that I could research, confront, and attempt to remedy this misconduct to the best of my ability on my own, since both U.S. Attorneys declined to help me limit the scope of their urgently requested redactions and sealed records, to their stated concern, which was to conceal defendant



Initials: [signature]

Walker's home address.

## ROBUST PUBLIC ACCESS TO THIS LAWSUIT IS IMPERATIVE TO JUSTICE

8. The fact is, that since this lawsuit is about public corruption by powerful Tennessee bad actors (Courts, Judges, Law Firms, Attorneys, and Administrators), many who hold significant leadership roles in Middle Tennessee courts, while some of the defendants even have controlling influence over some of the Tennessee Supreme Court's oversight boards, it is imperative to the justice interests in this lawsuit that all substantive matters in this lawsuit remain publicly accessible and as easy to understand and follow as possible.

9. Any effort or action to hide these matters from the public or obfuscate the facts and evidence in this matter, thereby dissuading members of the public from taking an interest in this lawsuit, educating themselves about the crimes committed by the defendants as repeatedly proven in this case, or to otherwise deter, prohibit, or repel the public from following this lawsuit, is a grave and catastrophic threat against the justice interests in this lawsuit and my life in general; since my life is critically dependent upon reaching a remedy for the injustices I have suffered at the cruel, careless, and wanton hands of the defendants.

10. Therefore any action which materially impairs or restricts the publics' access to substantive maters in this lawsuit is an **emergency**, demanding that all other maters be put on hold until such misconduct can be addressed and rectified, so that this case can proceed with public oversight, which is absolutely critical to the interests of justice in the matters before this court.



Initials: [signature]

## SENSITIVE DOCUMENTS TO SEAL PURSUANT TO THIS MOTION

11. The only documents which need to be sealed pursuant to this filing is this declaration/motion, and the attached Exhibits[2] "A" through "E".

12. Attached "Exhibit E" is an .MP4 video on DVD, being filed as digital media in this matter. This is roughly a five-minute video with a screencast showing how quick and easy it is to obtain defendant Walker's home address by searching public property records.

13. The system I developed in MIWD for identifying and filing digital media in this lawsuit consists of an "Evidence Title" tied to a "URL" on my website (see attached "Exhibit E"), linked directly to the individual digital media assets on the Internet. Since this matter is intended to be sealed without access for the general public, I stored this .MP4 video file inside an encrypted ZIP file, which can be downloaded but requires a password to unzip this file and access its contents.

14. This page must be sealed from the public or else the public will have unrestricted access to these potentially sensitive exhibits. The "Evidence Title" and "URL" used for these sealed exhibits, as shown in the attached "Exhibit E", are as follows:

Attorney Details

**Name:**
Walker, Charles M.

**Address:**
701 Broadway Ste 260
Nashville, TN 37203-3983

**BPR Number:**
019884 ← **Password**

**Status:**
Federal Exempt (3/6/2017)

**Office County:**
Davidson

**Licensed in TN Since:**
1999

**Law School:**
University of Illinois Chicago School of Law

**Evidence Title:** 2025-02-18_sealed-walker-residence-public-records.zip (password protected)
**URL:** https://rico.jefffenton.com/evidence/2025-02-18_sealed-walker-residence-public-records.zip
**ZIP PASSWORD:** **019884** (this is defendant Walker's BPR Number)

15. Attached Exhibits "A" through "E" are **all** securely provided in a digital format, inside an encrypted password protected ZIP file, including this short .MP4 video, which can be downloaded online at the URL shown above. (The password to unzip this is only available above.)

---

[2] https://rico.jefffenton.com/evidence/2025-02-18_sealed-walker-residence-public-records.zip



Initials: [signature]

16. I have filed other declarations and motions regarding this matter, but please do not redact or seal those. There needs to be a public record about the interference and misconduct which has occurred in this matter by defendant Walker and both United States Attorney's Offices.

17. The only parts which justify being redacted or sealed from public access are those which provide more details about the location of defendant Walker's home, than my listing his address in my complaint[3], which I have strictly limited to this document and the attached Exhibits "A" through "E".

18. I am attempting to file this under seal purely as a courtesy, out of respect for the court, and as an "above and beyond" show of good faith on my part, along with my ethical, careful, and conscientious handling of sensitive matters before this court.

## BACKGROUND

19. I received an email[4] dated October 25, 2024, from Assistant United States Attorney Ryan Cobb, with the United States Attorney's Office for the Western District of Michigan. This email stated: "I will be representing Judge Walker in this action. I'm writing to seek concurrence in removing Judge Walker's private address from the pleadings filed in this matter. He has privacy and safety concerns about having that address be publicly available and we would like it redacted from the filings. If you concur, I will send you a stipulation to redact it from the filings. If not, I will go ahead and file a motion."

20. I've been through a lot the past few months, as I have tried to work with both U.S. Attorneys, in Michigan[5], and Tennessee[6], to meaningfully address Judge Walker's claimed "privacy and safety concerns", without the need to block public access to any document in this lawsuit.

[3] DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf

[4] https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf

[5] https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf

[6] https://rico.jefffenton.com/evidence/2024-11_comms-with-usat-anica-jones-about-redactions.pdf

 Initials: JRF

Ultimately, neither U.S. attorney showed any interest in limiting the reach of their proposed redactions to the scope of their stated concerns, concealing defendant Walker's home address.

21. Since this document is being filed under seal to protect defendant Walker's privacy, regarding his residential home address, I'm going to try to limit what I cover in this document to that which should not be publicly released, for specifically that purpose. Other related filings will fill in the encompassing facts and details.

22. There are many ways to quickly and easily search public records to find this information; this is the route I took while writing this declaration:

23. Open a web browser to the Internet search engine of your choice, I used Google[7].

24. Search for "nashville property records" or a substantially similar phrase.




https://maps.nashville.gov/ParcelViewer/

[7] https://www.google.com/



Initials:

25. One of the very first search results is "Parcel Viewer" at Nashville.gov, shown outlined in the image above, where it states, "This site contains detailed data such as ownership, zoning and permits as well as information on a variety of other layers…". Select this link.

26. On the Parcel Viewer[8] webpage by the Nashville Planning Department, showing a map of Davidson County Tennessee, click the magnifying glass icon near the top right corner of the webpage to "search". (See attached "Exhibit A".)

27. A search box will open showing seven tabs, "Parcel", "Address or Intersection", "Owner", "Street Name", "Property Description", "Custom", and "Shape". Select the "Owner" tab to search the property records by the owner's name. (See attached "Exhibit A".)

28. Where it says, "Enter Owner Name", type in defendant Walker's name, exactly as spelled in this lawsuit, entering his last name first, "Walker, Charles M.", then click "Search". (See attached "Exhibit A".)

29. There is exactly **one search result** returned, showing a Parcel ID of "131022Y00200CO", with the "Owner" listed as "WALKER, CHARLES M. & SULEENA A.", showing an "Address" of "1925 B WARFIELD DR NASHVILLE, TN 37215.", with a "Description" of "UNIT B HOMES AT 1925 WARFIELD". (See attached "Exhibit A".)

30. This is the **same address** provided for defendant Walker in multiple documents filed in this lawsuit, sometimes using the ZIP+4 and sometimes using only the standard 5-digit zip code, but otherwise **identical**.

[8] https://maps.nashville.gov/ParcelViewer/

31. The image below was copied from my amended complaint[9], filled in this lawsuit on 8/21/2024, in ECF 66, PID 4874.

Case 1:23-cv-01097-PLM-RSK ECF No. 66, PageID.4874 Filed 08/21/24 Page 5 of 103

**Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at 1925B Warfield Drive, Nashville, TN 37215-3422.

32. Defendant Walker's address was filed in this lawsuit on these specific pages: ECF 16-1, PID 2293; 66, PID 4874; ECF 90-2, PID 5170; ECF 90-4, PID 5172; ECF 95-1, PID 5252 & 5254; ECF 96, PID 5263; ECF 96-1, PID 5273; ECF 92-2, PID 5293; ECF 97, PID 5300; ECF 98, PID 5326; ECF 99, PID 5335; ECF 100, PID 5352; ECF 100-1, PID 5362; ECF 101, PID 5383; ECF 102, PID 5467; ECF 109, PID 5582; ECF 110, 5592; ECF 111, PID 5607.

33. This website by the Nashville Planning Department includes an interactive map with a wealth of information about this property, with sections showing the "General Information", "Ownership History", "Property History", "Zoning History", "Assessment History", "Permit History", and more. (See attached "Exhibits A" through "A-3".)

34. In the "General Information" section of the Parcel Viewer by the Nashville Planning Department, there is a link to the "Sales Instrument", which provides a digital scan of the Warranty Deed from when this property was purchased, on April 17, 2017 by "CHARLES M. WALKER AND SULEENA A. WALKER, HUSBAND AND WIFE", for six hundred sixty-two thousand, nine-hundred dollars, sold to them by Aspen Construction Investments, LLC. (See attached "Exhibits B" and "B-2".)

9 DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf



Initials:

35. Also included in the "General Information" section of the Parcel Viewer by the Nashville Planning Department, there is a link labeled "View in AssessPro[10]", which goes to the "Unofficial Property Record Card", maintained by the Davidson County Tennessee Assessor of Property where more details are provided about this home, including a photograph of the front of this property, along with a floorplan of this home's interior. (See attached "Exhibits C" and "C-2"). https://portal.padctn.org/OFS/WP/Print/259358




*Defendant Walker's Home: Courtesy of the Davidson County Tennessee Assessor of Property*

36. Below the AssessPro link in the "General Information" section of the Parcel Viewer by the Nashville Planning Department, there is another link labeled "View Tax Record", which goes to a website by "Metro Government of Nashville & Davidson County, Tennessee[11]", showing another search box, with the option to search by the "Owner's First & Last Names"; using that

[10] https://portal.padctn.org/OFS/WP/Print/259358

[11] https://nashville-tn.mygovonline.com/mod.php?mod=propertytax&mode=public_lookup



Initials: [signature]

option enter defendant Walker's name again, exactly as spelled in this lawsuit, entering his last name first, "Walker, Charles M.", then click "Search for Information". (See attached "Exhibit D".)

37. As seen previously while searching the Parcel Viewer, this search returns exactly one result, showing "WALKER, CHARLES M. & SULEENA A.", with an address of "1925 B WARFIELD DR", which upon selection takes you to Map and Parcel/Account (2024) #131022Y00200CO, showing the information below about this property: (See attached "Exhibit D" and "D-2".)

| **General Information** | | **Appraisal Information** | |
|---|---|---|---|
| Bill # | 271191 | Appraisal Year: | 2021 |
| Property: | 1925 B WARFIELD DR | Land Value: | 232,000.00 |
| Owner: | WALKER, CHARLES M. & SULEENA A. | Improvement Value: | 581,900.00 |
| Mailing Address: | 1925-B WARFIELD DR NASHVILLE, TN 37215 | Personal Property Value: | 0.00 |
| Control | 2Y | Total Property Value: | 813,900.00 |
| Group: | 2 | | |
| Parcel: | 2.00 | **Tax Information** | |
| P/I: | R | Appraised Property Value: | 813,900.00 |
| S/I: | 0 | Taxable Property: | x 25% |
| City Code: | 518 NASHVILLE | Assessed Taxable Value: | 203,475.00 |

38. This website by "Metro Government of Nashville & Davidson County, Tennessee[12]" also provides links to the property tax bills for each tax year[13], along with the paid receipts[14]. Each of which shows the property address as "1925-B WARFIELD DR, NASHVILLE, TN 37215", and the owner's names listed as "WALKER, CHARLES M. & SULEENA A.". (See attached "Exhibits D" through "D-13".)

[12] See attached "Exhibit D-2".

[13] Property Tax Bills: See attached "Exhibits D-4", "D-6", "D-8", "D-10", and "D-12".

[14] Property Tax Receipts: See attached "Exhibits D-5", "D-7", "D-9", "D-11", and "D-13".



Initials:

## TENN. R. SUP. CT. 1.0 — TERMINOLOGY: FRAUD

(d) "Fraud" or "fraudulent" denotes an intentionally false or misleading statement of material fact, an intentional omission from a statement of fact of such additional information as would be necessary to make the statements made not materially misleading, and such other conduct by a person intended to deceive a person or tribunal with respect to a material issue in a proceeding or other matter.

## FRAUDULENT REPRESENTATIONS BY COUNSEL

39. On October 25, 2024, Assistant United States Attorney for Grand Rapids, Michigan, Ryan D. Cobb filed a motion titled, "DEFENDANT HON. CHARLES WALKER'S MOTION FOR REDACTION AND REFILING OF DOCUMENTS, EXPEDITED CONSIDERATION REQUESTED" in ECF 131[15], PID 5728-5729. In this motion Attorney Cobb stated in part, "Defendant Hon. Charles Walker (Judge Walker) moves pursuant to Federal Rule of Civil Procedure 5.2(e) that the Court issue a protective order to redact and refile documents Plaintiff has filed that include Judge Walker's **private home address**[16]" (emphasis added).

40. Followed by filing a proposed order on October 28, 2024, titled, "ORDER TO REDACT[17]" in ECF 136, PID 5735, where it states in part, "The Court has reviewed Defendant Hon. Charles Walker's expedited Motion for Redaction and Refiling of Documents (ECF No. 131) and finds good cause under Federal Rule of Civil Procedure 5.2(e) to remove Charles Walker's **private home address** from the publicly available ECF in this action."

---

15 ECF 131, PID 5728-5729 | https://rico.jefffenton.com/1-23-cv-01097/ecf/131.pdf

16 ECF 131, PID 5728 | https://rico.jefffenton.com/1-23-cv-01097/ecf/131.pdf

17 ECF 136, 5735 | https://rico.jefffenton.com/1-23-cv-01097/ecf/136.pdf



Initials:

41. On November 5, 2024, Assistant United States Attorney for Nashville, Tennessee, Anica C. Jones filed a motion titled, "EMERGENCY MOTION TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS[18]" in DOC 158, PID 114-116.

42. In this motion Attorney Jones stated in part, "Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his **private address** being publicly disclosed in filings in this action[19]" (emphasis added).

43. Which she repeated again in the "MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS[20]" filed the same day in DOC 159, PID 117-119.

44. Stated by Attorney Jones in the memo, "Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his **private address** being publicly disclosed in filings in this action[21]" (emphasis added).

45. Both attorneys came in hard and heavy, throwing around the weight of the United States Attorney's Offices, while essentially "crying wolf" with expedited and emergency demands as if I had done something inappropriate, if not malicious, to compromise the safety of a federal judge.

## SYNCHRONIZED LIES

46. Defendant Walker's home address **never was private!**

47. The preceding claims by the Assistant United States Attorneys, both in Michigan and Tennessee, used the same material misrepresentation, otherwise referred to as a **lie** or **fraud**.

---

[18] DOC 158, PID 114-116 | https://rico.jeffenton.com/3-24-cv-01282/doc/158.pdf

[19] DOC 158, PID 114 | https://rico.jeffenton.com/3-24-cv-01282/doc/158.pdf

[20] DOC 159, PID 117-119 | https://rico.jeffenton.com/3-24-cv-01282/doc/159.pdf

[21] DOC 159, PID 117 | https://rico.jeffenton.com/3-24-cv-01282/doc/159.pdf



Initials: [signature]

48. I shouldn't need to teach attorneys that words have meaning. I shouldn't need to teach them about good professional conduct either[22]. Nor should I need to waste my critically limited time and resources as an indigent *pro se* litigant filing motions trying to correct their misconduct, while wasting weeks and months (as I told them it would require), to create a solution for their claims, which in truth I doubt was ever an honest concern for defendant Walker in the first place.

49. Upon information and belief, if the public disclosure of defendant Walker's residential address was ever a real concern, he had absolutely no right for it to be, since he failed or refused to take the simplest steps to purchase and own real property **privately**.

## DEFENDANT WALKER'S UNREASONABLE EXPECTATION OF PRIVACY

50. Real property can be privately purchased and held many different ways, with varying levels of anonymity, depending upon the method used. One of the most common of which is simply using a **trust**. Real property can also be purchased privately using a number of different **entities**, such as an LLC or a corporation, while registering that entity in a state which protects or restricts access to the ownership information.

51. The one way which you absolutely **cannot** privately purchase, title, and own real property, is by doing so in your personal name, which is exactly how defendant/judge Walker and his wife purchased their home located at 1925-B Warfield Dr, Nashville, TN 37215. (See attached "Exhibit B" and "B-2".)

52. I would expect that as a federal judge, defendant Walker is probably far more educated about using trusts and other entities to privately purchase real property with different

[22] DOC 41, PID 3570-3608 | https://rico.jefffenton.com/evidence/tennessee-rules-of-judicial-and-professional-conduct.pdf
Tennessee Rules of Professional Conduct: https://www.tncourts.gov/rules/supreme-court/8
Tennessee Code of Judicial Conduct: https://www.tncourts.gov/rules/supreme-court/10



Initials: [signature]

levels of anonymity than I am, while he clearly showed no concern about his or his wife's privacy when they purchased their Nashville home on Warfield drive in both of their personal names.

53. If defendant Walker has since realized privacy concerns related to his home address, which he was not aware of at the time when they purchased their home in 2017, then he could use a quit claim deed or similar instrument to transfer their property into a trust or entity designed to make that information private, whenever he and his wife choose to do so.

54. Absolutely under no circumstances should defendant Walker believe that his home address is **private** as long as the **public** property records show the property is deeded to himself and his wife in their **personal names**.

55. Similarly, the burden rests upon defendant Walker, first and foremost, to take the simple steps necessary to privately own real property before ever expecting anyone else to treat that **public** information as if it were instead **private**.

56. The Walker's home address could easily be made private, but so far defendant Walker and his wife have failed or refused to take the actions necessary for it to be.

57. I therefore find it both unreasonable and unbelievable to claim that defendant Walker has "privacy and safety concerns relating to his private address being publicly disclosed in filings in this action", as was **falsely** and **fraudulently** claimed by his counsel in both Michigan and Tennessee.

58. The courts need to take decisive actions to discipline this misconduct by counsel in both dockets, to discourage this nonsense from continuing in this matter, or justice will frankly remain beyond reach for no honest, good, lawful, or just reason whatsoever. Counsel is destroying their credibility prior to even addressing the merits of this lawsuit. How can this court trust their



Initials: [signature]

testimony regarding far more important matters?

59. The court has a responsibility to discipline counsel and to compel them to exercise good professional conduct. Anything less will cheat me out of my constitutional right for equal protection under the law and due process of law. Officers of the court are supposed to be held to *higher standards* than *pro se* litigants, not licensed to bully and harass *pro se* parties, as has been the case thus far. Moreover, officers of the court are supposed to be honest and truthful in all filings, while ensuring each filing is compliant with F.R.C.P. Rule 11(b)[23].

60. Upon information and belief, thousands of pages of this lawsuit have been improperly and/or illegally redacted or sealed from public access for allegedly this unreasonably miniscule purpose, between courts both in Michigan and Tennessee. This needs to be immediately corrected.

**18 U.S. CODE § 4 MISPRISION OF FELONY**

> "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both." (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, §330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

61. If the defendants want to hide the facts in this lawsuit from the public, then they need to quit playing games and take responsibility for their crimes committed and damages caused to my family, while providing an honest and fair remedy.

[23] DOC 100, 5343-5353 | https://rico.jefffenton.com/3-24-cv-01282/doc/100.pdf



Initials: [signature]

62. Upon information and belief, there is no other lawful purpose for hiding the truth from the public, especially as related to government offices being exploited by private interests for the express purposes of violating the rights and property interests of the governed, while claiming to have immunity and denying any reasonable cure. This reeks of impropriety from top to bottom.

63. I expressly object to redacting or sealing any document in this lawsuit, in its entirety.

64. I have absolutely no objection to **line-level** redactions, blocking any or every defendant's residential **house number**, **street name**, **city**, and the **last four digits** of their ZIP+4.

65. I would appreciate it if the courts would order sanctions against both U.S. Attorneys to compensate me for the interference caused, but I don't have time to research and draft the motion.

**CERTIFICATION AND DECLARATION**

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify as aforesaid that I verily believe the same to be true.

All rights reserved.

Executed on February 18, 2025

**JEFFREY RYAN FENTON, PRO SE**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman


Personal
Google
Parcel Viewer
Parcel Record
eGov - Davidson Co
Unofficial Property R
https://maps.nashville.gov/ParcelViewer/
Update
Parcel Viewer
Nashville Planning Department
800 2nd Ave S
P.O. Box 196300
Nashville, TN 37219-6300
maps.nashville.gov
Comments or Questions
General Information
Parcel ID: 131022Y00200CO
View in AssessPro
View Tax Record
Parcel Address: 1925 B WARFIELD DR NASHVILLE, TN 37215
Owner: WALKER, CHARLES M. & SULEENA A.
Acquired Date: 4/17/2017
Sale Price: $ 662,900.00
Sale Instrument: DB-20170418 0037704
Mailing Address: 1925-B WARFIELD DR NASHVILLE,TN 37215
Legal Description: UNIT B HOMES AT 1925 WARFIELD
Acreage: 0
Frontage Dimension: 0
Side Dimension: 0
Parcel Instrument: MA-20160216 0014512
Ownership History
Property History
Zoning History
Assessment History
Permit History
Stormwater - Elevation Certificate
WARFIELD DR
WARFIELD DR
PLAINTIFF'S EXHIBIT
A
Nashville Maps
esri
Search
Parcel
Address or Intersection
Owner
Street Name
Property Description
Custom
Shape
Enter Owner Name
Walker, Charles M.
Search
1 Record(s) found.
Export to Excel
Zoom to Selected
Parcel ID
Owner
Address
Description
Acreage
131022Y00200CO
WALKER, CHARLES M. & SULEENA A.
1925 B WARFIELD DR NASHVILLE, TN 37215
UNIT B HOMES AT 1925 WARFIELD
0
EXACTLY ONE SEARCH RESULT
8:46 PM
2/16/2025




Nashville Planning Department
800 2nd Ave S
P.O. Box 196300
Nashville, TN 37219-6300
maps.nashville.gov

| Parcel Details | |
|---|---|
| Parcel ID: | 131022Y00200CO |
| Parcel Address: | 1925 B WARFIELD DR NASHVILLE, TN 37215 |
| Owner: | WALKER, CHARLES M. & SULEENA A. |
| Acquired Date: | 4/16/2017 |
| Sale Price: | $ 662,900.00 |
| Sale Instrument: | DB-20170418 0037704 |
| Mailing Address: | 1925-B WARFIELD DR NASHVILLE,TN 37215 |
| Legal Description: | UNIT B HOMES AT 1925 WARFIELD |
| Acreage: | 0 |
| Frontage Dimension: | 0 |
| Side Dimension: | 0 |
| Parcel Instrument: | MA-20160216 0014512 |
| Parcel Instrument Date: | 2/15/2016 |
| Census Tract: | 37017901 |
| Tax District: | USD |
| Council District: | 25 |
| Land Use Description: | RESIDENTIAL CONDO |






| Zoning | Hide |
|---|---|
| Zone Code | R10 |
| Zone Description | LOW-MEDIUM DENSITY RESIDENTIAL, REQUIRING A MINIMUM 10,000 SQUARE FOOT LOT AND INTENDED FOR SINGLE AND TWO-FAMILY DWELLINGS AT A DENSITY OF 4.63 DWELLING UNITS PER ACRE. |
| Effective Date | 12/23/1974 |
| Ordinance | O73-650 |
| Case Number | |

| Owner History | Hide |
|---|---|
| Owner Name | WALKER, CHARLES M. & SULEENA A. |
| Acquired Date | 4/17/2017 |
| Sale Instrument | DB-20170418 003770 |
| Mailing Address | 1925-B WARFIELD DR, NASHVILLE TN 37215 |
| Mailing Country | US |
| Sale Amount | $ 662,900.00 |
| Owner Name | ASPEN CONSTRUCTION INVESTMENTS, LLC |
| Acquired Date | 2/9/2016 |
| Sale Instrument | DB-20160216 001451 |
| Mailing Address | 1925 WARFIELD DR, NASHVILLE TN 37215 |
| Mailing Country | US |
| Sale Amount | $ 430,000.00 |

PLAINTIFF'S EXHIBIT A-2

| Property History | Hide |
|---:|---|
| Date Established | 2/16/2016 |
| Date Inactive | Invalid Date |
| Instrument: | MA-20160216 001451 |
| Acreage | 0.00 |
| Description | UNIT B HOMES AT 1925 WARFIELD |
| Frontage Dimension | 0.00 |
| Side Dimension | 0.00 |

| Assessments | Hide |
|---:|---|
| Class | RESIDENTIAL |
| Effective Date | 1/1/2021 |
| Land Appraised Value | $ 232,000.00 |
| Improvement Appraised Value | $ 581,900.00 |
| Total Appraised Value | $ 813,900.00 |
| Class | RESIDENTIAL |
| Effective Date | 4/1/2017 |
| Land Appraised Value | $ 192,000.00 |
| Improvement Appraised Value | $ 465,300.00 |
| Total Appraised Value | $ 657,300.00 |
| Class | RESIDENTIAL |
| Effective Date | 1/1/2017 |
| Land Appraised Value | $ 192,000.00 |
| Improvement Appraised Value | $ 174,500.00 |
| Total Appraised Value | $ 366,500.00 |



PLAINTIFF'S EXHIBIT B

**WARRANTY DEED**

BILL GARRETT, Davidson County
Trans:T20170032425 DEEDWARR
Recvd: 04/18/17 11:19 2 pgs
Fees:13.00 Taxes:2452.73
20170418-0037704

STATE OF TENNESSEE
COUNTY OF DAVIDSON

THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS **$662,900.00** .

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE 17TH DAY OF APRIL 2017.

Notary Public

MY COMMISSION EXPIRES: .

(AFFIX SEAL)

PAM McBROOM STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY My Commission Expires MAY 8, 2018

**THIS INSTRUMENT WAS PREPARED BY**
**The Closing Company Title & Escrow LLC**
**8005 Church Street E, Ste 219**
**Brentwood, TN 37027**

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| **Charles M. Walker** | **Legacy Home Loans, LLC** | **131-22-Y-2.00CO** |
| (NAME) **1925-B Warfield Drive** | (NAME) **8119 Isabella Lane, Ste 105** | **Out of** |
| (ADDRESS) **Nashville, TN 37215** | (ADDRESS) **Brentwood, TN 37027** | **131-2-66.00** |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

FOR AND CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID BY THE HEREINAFTER NAMED GRANTEES, AND OTHER GOOD AND VALUABLE CONSIDERATIONS, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, WE, **ASPEN CONSTRUCTION INVESTMENTS, LLC, A TENNESSEE LIMITED LIABILITY COMPANY,** HEREINAFTER CALLED THE GRANTORS, HAVE BARGAINED AND SOLD, AND BY THESE PRESENTS DO TRANSFER AND CONVEY UNTO **CHARLES M. WALKER AND SULEENA A. WALKER, HUSBAND AND WIFE**, HEREINAFTER CALLED THE GRANTEES, THEIR HEIRS AND ASSIGNS, A CERTAIN TRACT OR PARCEL OF LAND IN DAVIDSON COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS, TO-WIT:

Land in Davidson County, Tennessee, being Unit B of Homes At 1925 Warfield, a planned unit development, as shown on Exhibit "C" in the Declaration of Covenants, Conditions, and Restrictions for Homes At 1925 Warfield, a Horizontal Property Regime With Private Elements pursuant to Tennessee Code Annotated Section 66-27-103(b) of record in Instrument Number 20160216-0014512, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete and accurate legal description of said unit. The easements, restrictive covenants, conditions, and regulations imposed upon and relating to the units, property, co-owners and tenants of Homes At 1925 Warfield, a Horizontal Property Regime contained in said Declaration, the plat filed at Exhibit "C" to said Declaration appearing in Instrument Number 20160216-0014512 and Bylaws appended thereto as Exhibit "B", said Register's Office, are incorporated herein by reference and made a part hereof the same as though copied herein.

Being a portion of the property conveyed to Aspen Construction Investments, LLC, a Tennessee limited liability company, by Warranty Deed from HTC Partners, a Tennessee General Partnership, executed February 9, 2016, and record February 16, 2016, of record in Instrument Number 20160216-0014511, Register's Office for Davidson County, Tennessee.

unimproved ☐
This is improved ☒ property, known as **1925-B Warfield Drive** **Nashville, TN** **37215**
(House Number) (Street) (P.O. Address) (City or Town) (Postal Zip)

This conveyance is made subject to all conditions easements; and all other matters of record in the Register's Office for Davidson County Tennessee, including but not limited to (a) 2017 real property taxes have been prorated and assumed by the buyer; (b) all matters appearing on the plan of record in Book1130, page 102 and Instrument Number 20160216-0014512, said Register's Office and (c) Restrictions of record in Instrument Number 20160216-0014512, said Register's Office.

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**Witness my hand this** 17th day of April 2017.

**Aspen Construction Investments, LLC**

**By: Aspen Construction, LLC, Member**

**By:**

**John Zelenak, Presidnet**

**ACKNOWLEDGMENT**

**STATE OF TENNESSEE**

**COUNTY OF WILLIAMSON**

Before me, the undersigned, a notary public in and for said County and State, personally appeared, John Zelenak, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged himself to be President of Aspen Construction, LLC which is a Member of Aspen Construction Investments, LLC (the "Company") the within named bargainor, a Tennessee limited liability company and that as such President and Member, being authorized so to do, executed the foregoing instrument for the purpose therein contained, by signing the name of the Company by himself as President and Member

Witness my hand and official seal at Brentwood, Tennessee this 17th day of April 2017.

Commission expires:

May 8, 2018




Notary Public

PLAINTIFF'S EXHIBIT B-2


Personal
Google
Parcel Viewer
eGov - Davidson County
Unofficial Property Record C
https://portal.padctn.org/OFS/WP/Print/259358
Update
Print Card
Print/No Images
Davidson County, Tennessee
Assessor of Property
Unofficial Property Record Card
GENERAL PROPERTY INFORMATION
Map & Parcel: 131 02 2Y 002.00
Location: 1925-B WARFIELD DR NASHVILLE 37215
Current Owner: UNLISTED
Land Area: 0.00
Mailing Address: 1925-B WARFIELD DR NASHVILLE TN 37215
Most Recent Sale Date: 4/17/2017
Jurisdiction: 2
Most Recent Sale Price: $662,900
Neighborhood: 3727
Deed Reference: 00000000-UNLISTED
Tax District: USD
CURRENT PROPERTY APPRAISAL
Assessment Year: 2024
Assessment Classification: RES
Land Value: $232,000
Assessment Land: $58,000
Improvement Value: $581,900
Assessment Improvement: $145,475
Total Appraisal Value: $813,900
Assessment Total: $203,475
LEGAL DESCRIPTION
UNIT B HOMES AT 1925 WARFIELD
IMPROVEMENT ATTRIBUTES - CARD 1
Building Type: SINGLE FAM
Rooms: 7
Exterior Wall: FRAME
Year Built: 2017
Beds: 4
Frame Type:
Square Footage: 2,860
Baths:
Story Height: TWO STY
Number of Living Units: 1
Half Bath: 1
Foundation Type: CRAWL
Building Grade: B - B GRADE
Fixtures: 18
Roof Cover: 01 - ASPHALT
PLAINTIFF'S EXHIBIT
C
8:51 PM
2/16/2025

Davidson County, Tennessee
Assessor of Property

Unofficial Property Record Card

## GENERAL PROPERTY INFORMATION

**Map & Parcel:** 131 02 2Y 002.00

**Current Owner:** UNLISTED

**Mailing Address:** 1925-B WARFIELD DR NASHVILLE TN 37215

**Jurisdiction:** 2

**Neighborhood:** 3727

**Location:** 1925-B WARFIELD DR NASHVILLE 37215

**Land Area:** 0.00

**Most Recent Sale Date:** 4/17/2017

**Most Recent Sale Price:** $662,900

**Deed Reference:** 00000000-UNLISTED

**Tax District:** USD

## CURRENT PROPERTY APPRAISAL

**Assessment Year:** 2024

**Land Value:** $232,000

**Improvement Value:** $581,900

**Total Appraisal Value:** $813,900

**Assessment Classification:** RES

**Assessment Land:** $58,000

**Assessment Improvement:** $145,475

**Assessment Total:** $203,475

## LEGAL DESCRIPTION

UNIT B HOMES AT 1925 WARFIELD

## IMPROVEMENT ATTRIBUTES - CARD 1

**Building Type:** SINGLE FAM

**Year Built:** 2017

**Square Footage:** 2,860

**Number of Living Units:** 1

**Building Grade:** B - B GRADE

**Building Condition:** Average

**Rooms:** 7

**Beds:** 4

**Baths:**

**Half Bath:** 1

**Fixtures:** 18

**Exterior Wall:** FRAME

**Frame Type:**

**Story Height:** TWO STY

**Foundation Type:** CRAWL

**Roof Cover:** 01 - ASPHALT









*This classification is for assessment purposes only and is not a zoning designation, nor does it speak to the legality of the current use of the subject property.


Personal
Google
Parcel Viewer
eGov - Davidson County
Unofficial Property Record C
https://nashville-tn.mygovonline.com/mod.php?mod=propertytax&mode=public_lookup&...
Update
Nashville.gov
Erica S. Gilmore, Metropolitan Trustee
Property Tax Lookup
Search By
Owners' First & Last Names
Tax Year
2024
Owner Name
Walker, Charles M.
Search for Information
MATCHES FOUND - (OWNER NAME AS OF JAN. 1ST)
1 WALKER, CHARLES M. & SULEENA A. 1925 B WARFIELD DR 131022Y00200CO 2024 View Bill
Print Page
EXACTLY ONE SEARCH RESULT
PLAINTIFF'S EXHIBIT D
9:03 PM
2/16/2025


Personal
Google
Parcel Viewer
eGov - Davidson County
Unofficial Property Record C
https://nashville-tn.mygovonline.com/mod.php?mod=propertytax&mode=public_vie...
Update
Nashville.gov
Erica S. Gilmore, Metropolitan Trustee
Map And Parcel/Account (2024) #131022Y00200CO
E-Billing Sign Up/Edit
Bill
Receipt
Parcel History
PROPERTY TAX DETAILS FOR MAP AND PARCEL/ACCOUNT (2024) #131022Y00200CO
General Information
Bill # 271191
Property: 1925 B WARFIELD DR
Owner: WALKER, CHARLES M. & SULEENA A.
Mailing Address: 1925-B WARFIELD DR NASHVILLE, TN 37215
Control Map: 2Y
Group: 2
Parcel: 2.00
P/I: R
S/I: 0
City Code: 518 NASHVILLE
Appraisal Information
Appraisal Year: 2021
Land Value: 232,000.00
Improvement Value: 581,900.00
Personal Property Value: 0.00
Total Property Value: 813,900.00
Tax Information
Appraised Property Value: 813,900.00
Taxable Property: x 25%
Assessed Taxable Value: 203,475.00
2024 Tax Rate: 3.25400 (%)
2024 Tax Levy: 6,621.07
Interest: 0.00 (+)
Existing Payments: 6,621.07 (-)
State Relief Given: 0.00 (-)
County Relief Given: 0.00
Balance Due By February 28th, 2025: 0.00
Balance if paid by March 31st, 2025: 0.00
Return to Property Lookup
PARCEL HISTORY
1 2024 131022Y00200CO 5545780 0.00
2 2023 131022Y00200CO 5249038 0.00
This property tax bill has already been paid.
PLAINTIFF'S EXHIBIT D-2
8:50 PM
2/16/2025

**Account Number : 131022Y00200CO**

**Erica S. Gilmore**
**Metropolitan Trustee**

**1925 B WARFIELD DR**

| DS | MapNum | GP | CtrlMap | Parcel | I | S-I |
|---|---|---|---|---|---|---|
| 00 | 131 | 2 | 2Y | 2.00 | R | 000 |

*(C) is for separate City Tax, (C/A) for City Tax Addon*
*(ADD) is for County Tax Addon*
*(BK) for Bankruptcy*
*(CM) for Clerk&Master*
*(AP) for Under Appeal*
*(PP) for Pre-Payments received for future year bill*

## Owner Information

Owner: WALKER, CHARLES M. & SULEENA A.

Address: 1925-B WARFIELD DR
NASHVILLE, TN 37215

Land Value: $232,000.00
Improve Value: $581,900.00
Total Value: $813,900.00
Assessment: 25% * $813,900.00 = $203,475.00

## Parcel Details

| Deed Information | Plat Information | Property Information |
|---|---|---|
| Book: Page: Date: | --- | Property Address: 1925 B WARFIELD DR |
| --- | --- | Subdivision: UNIT B HOMES AT 1925 WARFIELD |
| --- | --- | Dimensions: N/A |
| --- | --- | Calculated Acres: 0.00000 Deeded Acres: 0.00 |

## Parcel History

| Year | Bill# | Name | Date | Base Tax | Total Paid | Balance Due | Method | Details | Payor |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | 271191 | WALKER, CHARLES M. & SULEENA A... | 12/20/2024 | 6,621.07 | 6,621.07 | 0.00 | DIRECT | N/A | PENTAGON FEDERAL CREDIT UNION |
| 2023 | 270058 | WALKER, CHARLES M. & SULEENA A... | 12/15/2023 | 6,621.07 | 6,621.07 | 0.00 | DIRECT | N/A | PENTAGON FEDERAL CREDIT UNION |
| 2022 | 268350 | WALKER, CHARLES M. & SULEENA A... | 12/16/2022 | 6,621.06 | 6,621.06 | 0.00 | DIRECT | N/A | PENTAGON FEDERAL CREDIT UNION |
| 2021 | 269352 | WALKER, CHARLES M. & SULEENA A... | 12/14/2021 | 6,690.26 | 6,690.26 | 0.00 | DIRECT | N/A | PENTAGON FEDERAL CREDIT UNION |
| 2020 | 268446 | WALKER, CHARLES M. & SULEENA A... | 12/09/2020 | 6,936.15 | 6,936.15 | 0.00 | DIRECT | N/A | Wells Fargo Real Estate Tax Ser |
| 2019 | 268429 | WALKER, CHARLES M. & SULEENA A... | 12/18/2019 | 5,184.46 | 5,184.46 | 0.00 | DIRECT | N/A | Wells Fargo Real Estate Tax Ser |
| 2018 | 269062 | WALKER, CHARLES M. & SULEENA A... | 12/11/2018 | 5,184.46 | 5,184.46 | 0.00 | DIRECT | N/A | Wells Fargo Real Estate Tax Ser |
| 2017 | 269747 | WALKER, CHARLES M. & SULEENA A... | 12/11/2017 | 4,611.04 | 4,611.04 | 0.00 | DIRECT | N/A | WELLS FARGO |
| | | | | 48,469.57 | 48,469.57 | 0.00 | | | |






*Parcel history is for informational use only. This is not a bill. Information subject to change at any time without notice.*



Erica S. Gilmore
Davidson County Metropolitan Trustee
P O Box 196358
Nashville, Tennessee 37219
615-862-6330

PRINTED DATE: **02/11/2025**
ACCOUNT: **131022Y00200CO**
BILL NO: **2024-271191**

# 2024 REAL PROPERTY TAX STATEMENT

## RETAIN THIS PORTION FOR YOUR RECORDS

| Property Address | Classification | Acres | Council District | Taxing Authority |
|---|---|---|---|---|
| 1925 B WARFIELD DR | RESIDENTIAL | 0.00 | 25 | DAVIDSON COUNTY |

**Legal Description**

UNIT B HOMES AT 1925 WARFIELD

| | | |
|---|---|---|
| Land value | $ | 232,000.00 |
| Improvement value | $ | 581,900.00 |
| Personalty Value | $ | 0.00 |
| Total Value | $ | 813,900.00 |
| Equalization | | 0.0000 |
| Assessed Percent | | 25 % |
| Assessed Value | $ | 203,475.00 |
| Tax Rate | $ | 3.2540 |
| Base Tax | $ | 6,621.07 |
| Rollback Tax | $ | 0.00 |
| Correction | $ | 0.00 |
| Adjustments | $ | 0.00 |
| Prior Payments | $ | 6,621.07 |
| Interest Accrued | $ | 0.00 |
| Balance Due | $ | 0.00 |

## CURRENT PAYMENT DUE

| | | |
|---|---|---|
| Base Tax Due | $ | **6,621.07** |
| Payments & Adjustments | $ | **-6,621.07** |
| *Interest Accrued | $ | **0.00** |
| **Balance Due** | $ | **0.00** |

OUR RECORDS INDICATE A MORTGAGE LIEN WITH:
PENTAGON FEDERAL CREDIT UNION

## PRIOR PAYMENT DUE

| TAX YEAR | N/A | N/A | N/A |
|---|---|---|---|
| BASE AMOUNT | $0.00 | $0.00 | $0.00 |
| INTEREST TO DATE | $0.00 | $0.00 | $0.00 |
| BALANCE DUE | $0.00 | $0.00 | $0.00 |

**Your taxes are distributed as indicated:**

| GSD GENERAL FUND | GSD DEBT SERVICE | GSD SCHOOL DEBT SERVICE | GSD SCHOOLS GENERAL PURPOSE | USD DEBT SERVICE | USD FIRE PROTECTION | USD GENERAL FUND | |
|---|---|---|---|---|---|---|---|
| $2,622.79 | $962.44 | $252.31 | $2,006.26 | $99.70 | $101.74 | $575.83 | $0.00 |

*Pursuant to State Law (T.C.A. 67-5-2010) to any unpaid balance, interest of 1.5% shall be added on March 1, following the tax due date and on the first day of each succeeding month.

**Tax bills not paid in full accrue interest after Feb 28th, 2025**

*The Metropolitan Trustee accepts partial payment of taxes which have not been turned over to the Chancery Court for collection. The tax lien against the property will remain in effect until the balance of the property tax has been paid in full, pursuant to T.C.A. 67-5-2101 et seq.

---

MTG - PENTAGON FEDERAL CREDIT UNION

PROPERTY ADDRESS: **1925 B WARFIELD DR**
ACCOUNT: **131022Y00200CO**
BILL NO: **2024-271191**
**Current Amount Due $ 0.00**

Printed Date: 02/11/2025

**ENTER AMOUNT PAID**

☐ Address Change & Additional Information on Back

**Important: Return this portion with your payment. Use the address shown below for current payment only**

**PAY ONLINE AT: Nashville.gov/trustee**
**QUESTIONS: 615-862-6330**

Make check or money order payable to:

WALKER, CHARLES M. & SULEENA A.
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Tr
PO Box 305012
Nashville, TN




120240027119100000000000000000000005




*Erica S. Gilmore, Metropolitan Trustee*
*Property Tax Payment*

| ADDRESS INFORMATION | | | | |
|---|---|---|---|---|
| 1925 B WARFIELD DR NASHVILLE | Account | 131022Y00200CO | Bill | 24-271191 |
| | Receipt | 5545780 | Date | Dec 20, 2024 |
| | Receipted By | CORELOGIC | | |
| | Received By | MAIL | | |




**2024**

**THANK YOU FOR YOUR PAYMENT! PROPERTY TAX PAYMENT - MORTGAGE IMPORT #6240**

| APPRAISAL INFORMATION | |
|---|---|
| Classification | RESIDENTIAL |
| Land Value | $232,000.00 |
| Improvement | $581,900.00 |
| Total Value | $813,900.00 |
| Assessed Percent | 25 |
| Assessed Value | $203,475.00 |
| Total Base Tax | $6,621.07 |

| PAYMENT INFORMATION | |
|---|---|
| Previous Balance | $6,621.07 |
| Tax Paid Today | $6,621.07 |
| Interest Paid Today | $0.00 |
| PREPAYMENT | $0.00 |
| Total Fees | |
| Total Paid Today | $6,621.07 |

PAID IN FULL

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Direct | PENTAGON FEDERAL CREDIT UNION | $6,621.07 |

BALANCE DUE **$0.00**

CUT OR TEAR ALONG THIS LINE

WALKER, CHARLES M. & SULEENA A
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012



**Erica S. Gilmore**
Davidson County Metropolitan Trustee
P O Box 196358
Nashville, Tennessee 37219
615-862-6330

PRINTED DATE: **02/11/2025**
ACCOUNT: **131022Y00200CO**
BILL NO: **2023-270058**

# 2023 REAL PROPERTY TAX STATEMENT

**RETAIN THIS PORTION FOR YOUR RECORDS**

| Property Address | Classification | Acres | Council District | Taxing Authority |
|---|---|---|---|---|
| 1925 B WARFIELD DR | RESIDENTIAL | 0.00 | 25 | DAVIDSON COUNTY |

**Legal Description**

UNIT B HOMES AT 1925 WARFIELD

| | | |
|---|---|---|
| Land value | $ | 232,000.00 |
| Improvement value | $ | 581,900.00 |
| Personalty Value | $ | 0.00 |
| Total Value | $ | 813,900.00 |
| Equalization | | 0.0000 |
| Assessed Percent | | 25 % |
| Assessed Value | $ | 203,475.00 |
| Tax Rate | $ | 3.2540 |
| Base Tax | $ | 6,621.07 |
| Rollback Tax | $ | 0.00 |
| Correction | $ | 0.00 |
| Adjustments | $ | 0.00 |
| Prior Payments | $ | 6,621.07 |
| Interest Accrued | $ | 0.00 |
| Balance Due | $ | 0.00 |

**CURRENT PAYMENT DUE**

| | | |
|---|---|---|
| Base Tax Due | $ | **6,621.07** |
| Payments & Adjustments | $ | **-6,621.07** |
| *Interest Accrued | $ | **0.00** |
| **Balance Due** | $ | **0.00** |

OUR RECORDS INDICATE A MORTGAGE LIEN WITH:
PENTAGON FEDERAL CREDIT UNION

**PRIOR PAYMENT DUE**

| TAX YEAR | N/A | N/A | N/A |
|---|---|---|---|
| BASE AMOUNT | $0.00 | $0.00 | $0.00 |
| INTEREST TO DATE | $0.00 | $0.00 | $0.00 |
| BALANCE DUE | $0.00 | $0.00 | $0.00 |

| Your taxes are distributed as indicated: | GSD GENERAL FUND | GSD DEBT SERVICE | GSD SCHOOL DEBT SERVICE | GSD SCHOOLS GENERAL PURPOSE | USD DEBT SERVICE | USD FIRE PROTECTION | USD GENERAL FUND | |
|---|---|---|---|---|---|---|---|---|
| | $2,622.79 | $962.44 | $252.31 | $2,006.26 | $99.70 | $101.74 | $575.83 | $0.00 |

*Pursuant to State Law (T.C.A. 67-5-2010) to any unpaid balance, interest of 1.5% shall be added on March 1, following the tax due date and on the first day of each succeeding month.

**Tax bills not paid in full accrue interest after Feb 29th, 2024**

*The Metropolitan Trustee accepts partial payment of taxes which have not been turned over to the Chancery Court for collection. The tax lien against the property will remain in effect until the balance of the property tax has been paid in full, pursuant to T.C.A. 67-5-2101 et seq.

---

MTG - PENTAGON FEDERAL CREDIT UNION

PROPERTY ADDRESS: **1925 B WARFIELD DR**
ACCOUNT: **131022Y00200CO**
BILL NO: **2023-270058**
**Current Amount Due $ 0.00**

Printed Date: 02/11/2025

**ENTER AMOUNT PAID**

☐ Address Change & Additional Information on Back

**Important: Return this portion with your payment. Use the address shown below for current payment only**

**PAY ONLINE AT: Nashville.gov/trustee**
**QUESTIONS: 615-862-6330**

**Make check or money order payable to:**

WALKER, CHARLES M. & SULEENA A.
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Tr
PO Box 305012
Nashville, TN






*Erica S. Gilmore, Metropolitan Trustee*
*Property Tax Payment*




| ADDRESS INFORMATION | | | | |
|---|---|---|---|---|
| 1925 B WARFIELD DR<br>NASHVILLE | Account | 131022Y00200CO | Bill | 23-270058 |
| | Receipt | 5249038 | Date | Dec 16, 2023 |
| | Receipted By | CORELOGIC | | |
| | Received By | MAIL | | |

**2023**

**THANK YOU FOR YOUR PAYMENT! PROPERTY TAX PAYMENT - MORTGAGE IMPORT #4956**

| APPRAISAL INFORMATION | |
|---|---|
| Classification | RESIDENTIAL |
| Land Value | $232,000.00 |
| Improvement | $581,900.00 |
| Total Value | $813,900.00 |
| Assessed Percent | 25 |
| Assessed Value | $203,475.00 |
| Total Base Tax | $6,621.07 |

| PAYMENT INFORMATION | |
|---|---|
| Previous Balance | $6,621.07 |
| Tax Paid Today | $6,621.07 |
| Interest Paid Today | $0.00 |
| PREPAYMENT | $0.00 |
| Total Fees | |
| Total Paid Today | $6,621.07 |

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Direct | PENTAGON FEDERAL CREDIT UNION | $6,621.07 |

PAID IN FULL

BALANCE DUE $0.00

CUT OR TEAR ALONG THIS LINE

WALKER, CHARLES M. & SULEENA A
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012

**Erica S. Gilmore**
Davidson County Metropolitan Trustee
P O Box 196358
Nashville, Tennessee 37219
615-862-6330

PRINTED DATE: **02/11/2025**
ACCOUNT: **131022Y00200CO**
BILL NO: **2022-268350**

# 2022 FINAL REAL PROPERTY TAX STATEMENT

**RETAIN THIS PORTION FOR YOUR RECORDS**

| Property Address | Classification | Ratio | Acres | Council District | Taxing Authority |
|---|---|---|---|---|---|
| 1925 B WARFIELD DR | RESIDENTIAL | 25 % | 0.00 | 25 | DAVIDSON COUNTY |

**Legal Description**

UNIT B HOMES AT 1925 WARFIELD

| | | |
|---|---|---|
| Assessed value | $ | 203,475.00 |
| Prorated | | No |
| Equalization Factor | | 0.0000 |
| Tax Rate | | 3.2540 |
| Base Tax | $ | 0.00 |
| Prior Payments | $ | 6,621.06 |
| Adjustments | $ | |

--------------- Payment Due ---------------

| | | |
|---|---|---|
| Original Tax Due | $ | **6,621.06** |
| Payments & Adjustments | $ | **-6,621.06** |
| Interest Accrued | $ | **0.00** |
| **Total Current Balance Due** | $ | **0.00** |

OUR RECORDS INDICATE A MORTGAGE LIEN WITH:
**PENTAGON FEDERAL CREDIT UNION**

| Your taxes are distributed as indicated: | GSD GENERAL FUND | GSD DEBT SERVICE | GSD SCHOOL DEBT SERVICE | GSD SCHOOLS GENERAL PURPOSE | USD DEBT SERVICE | USD FIRE PROTECTION | USD GENERAL FUND | |
|---|---|---|---|---|---|---|---|---|
| | $2,541.40 | $1,064.17 | $231.96 | $2,006.26 | $99.70 | $101.74 | $575.83 | $0.00 |

**PRIOR UNPAID TAXES**

| | | | | | |
|---|---|---|---|---|---|
| TAX YEAR | N/A | N/A | N/A | N/A | N/A |
| BASE AMOUNT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTEREST TO DATE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALANCE DUE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Pursuant to State Law (T.C.A. 67-5-2010) to any unpaid balance, interest of 1.5% shall be added on March 1, following the tax due date and on the first day of each succeeding month.

**Tax bills not paid in full accrue interest after Feb 28th, 2023**

*The Metropolitan Trustee accepts partial payment of taxes which have not been turned over to the Chancery Court for collection. The tax lien against the property will remain in effect until the balance of the property tax has been paid in full, pursuant to T.C.A. 67-5-2101 et seq.

---

PROPERTY ADDRESS: **1925 B WARFIELD DR**
ACCOUNT: **131022Y00200CO**
BILL NO: **2022-268350**
**Current Amount Due $ 0.00**

**PAY ONLINE AT: Nashville.gov/trustee**
**QUESTIONS: 615-862-6330**

MTG - PENTAGON FEDERAL CREDIT UNION

Printed Date: 02/11/2025

**ENTER AMOUNT PAID**

☐ Address Change

**Important: Return this portion with your payment. Use the address shown below for current payment only**

**Make check or money order payable to:**

WALKER, CHARLES M. & SULEENA A.
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Tr
Real Property
PO Box 305012
Nashville, TN



PLAINTIFF'S EXHIBIT D-9

*Erica S. Gilmore, Metropolitan Trustee*
*Property Tax Payment*




| ADDRESS INFORMATION | | |
|---|---|---|
| 1925 B WARFIELD DR NASHVILLE | Account 131022Y00200CO | Bill 22-268350 |
| | Receipt 4956174 | Date Dec 16, 2022 |
| | Receipted By | CORELOGIC |
| | Received By | MAIL |

**2022**

**THANK YOU FOR YOUR PAYMENT! PROPERTY TAX PAYMENT - MORTGAGE IMPORT #3833**

| APPRAISAL INFORMATION | |
|---|---|
| Classification | RESIDENTIAL |
| Land Value | $232,000.00 |
| Improvement | $581,900.00 |
| Total Value | $813,900.00 |
| Assessed Percent | 25 |
| Assessed Value | $203,475.00 |
| Total Base Tax | $6,621.06 |

| PAYMENT INFORMATION | |
|---|---|
| Previous Balance | $6,621.06 |
| Tax Paid Today | $6,621.06 |
| Interest Paid Today | $0.00 |
| PREPAYMENT | $0.00 |
| Total Fees | |
| Total Paid Today | $6,621.06 |

PAID IN FULL

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Direct | PENTAGON FEDERAL CREDIT UNION | $6,621.06 |

BALANCE DUE $0.00

CUT OR TEAR ALONG THIS LINE



**Erica S. Gilmore, Metropolitan Trustee**

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012

| ACCOUNT | BILL # |
|---|---|
| 131022Y00200CO | 2022-268350 |
| PROPERTY ADDRESS | |
| 1925 B WARFIELD DR | |

Total Current Amount Due: $0.00

Important: Return this portion with your payment. Use the address below for current payment only. Make check payable to:

☐ Address Change
☐ Credit Card Payment

AMOUNT REMITTED:

WALKER, CHARLES M. & SULEENA A
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012

12022002683500000000000000000000000006

Erica S. Gilmore
Davidson County Metropolitan Trustee
P O Box 196358
Nashville, Tennessee 37219
615-862-6330

PRINTED DATE: **02/11/2025**
ACCOUNT: **131022Y00200CO**
BILL NO: **2021-269352**

# 2021 FINAL REAL PROPERTY TAX STATEMENT

**RETAIN THIS PORTION FOR YOUR RECORDS**

| Property Address | Classification | Ratio | Acres | Council District | Taxing Authority |
|---|---|---|---|---|---|
| 1925 B WARFIELD DR | RESIDENTIAL | 25 % | 0.00 | 25 | DAVIDSON COUNTY |

**Legal Description**

UNIT B HOMES AT 1925 WARFIELD

| | | |
|---|---|---|
| Assessed value | $ | 203,475.00 |
| Prorated | | No |
| Equalization Factor | | 0.0000 |
| Tax Rate | | 3.2880 |
| Base Tax | $ | 0.00 |
| Prior Payments | $ | 6,690.26 |
| Adjustments | $ | |

--------------- Payment Due ---------------

| | | |
|---|---|---|
| Original Tax Due | $ | **6,690.26** |
| Payments & Adjustments | $ | **-6,690.26** |
| Interest Accrued | $ | **0.00** |
| **Total Current Balance Due** | $ | **0.00** |

OUR RECORDS INDICATE A MORTGAGE LIEN WITH:
**PENTAGON FEDERAL CREDIT UNION**

| Your taxes are distributed as indicated: | GSD GENERAL FUND | GSD DEBT SERVICE | GSD SCHOOL DEBT SERVICE | GSD SCHOOLS GENERAL PURPOSE | USD DEBT SERVICE | USD FIRE PROTECTION | USD GENERAL FUND | |
|---|---|---|---|---|---|---|---|---|
| | $2,535.30 | $950.23 | $325.56 | $2,095.79 | $105.81 | $101.74 | $575.83 | $0.00 |

**PRIOR UNPAID TAXES**

| | | | | | |
|---|---|---|---|---|---|
| TAX YEAR | N/A | N/A | N/A | N/A | N/A |
| BASE AMOUNT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTEREST TO DATE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALANCE DUE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Pursuant to State Law (T.C.A. 67-5-2010) to any unpaid balance, interest of 1.5% shall be added on March 1, following the tax due date and on the first day of each succeeding month.

**Tax bills not paid in full accrue interest after Feb 28th, 2022**

*The Metropolitan Trustee accepts partial payment of taxes which have not been turned over to the Chancery Court for collection. The tax lien against the property will remain in effect until the balance of the property tax has been paid in full, pursuant to T.C.A. 67-5-2101 et seq.

---

PROPERTY ADDRESS: **1925 B WARFIELD DR**
ACCOUNT: **131022Y00200CO**
BILL NO: **2021-269352**
**Current Amount Due $ 0.00**

**PAY ONLINE AT: Nashville.gov/trustee**
**QUESTIONS: 615-862-6330**

MTG - PENTAGON FEDERAL CREDIT UNION

Printed Date: 02/11/2025

**ENTER AMOUNT PAID**

❐ Address Change

**Important: Return this portion with your payment. Use the address shown below for current payment only**

**Make check or money order payable to:**

Metropolitan Tr
Real Property
PO Box 305012
Nashville, TN

PLAINTIFF'S EXHIBIT
**D-10**

WALKER, CHARLES M. & SULEENA A.
1925-B WARFIELD DR
NASHVILLE, TN 37215




# Erica S. Gilmore, Metropolitan Trustee
## Property Tax Payment

| ADDRESS INFORMATION | | |
|---|---|---|
| 1925 B WARFIELD DR NASHVILLE | Account 131022Y00200CO | Bill 21-269352 |
| | Receipt 4666898 | Date Dec 14, 2021 |
| | Receipted By | CORELOGIC |
| | Received By | MAIL |




**2021**

**THANK YOU FOR YOUR PAYMENT! PROPERTY TAX PAYMENT - MORTGAGE IMPORT #2731**

| APPRAISAL INFORMATION | |
|---|---|
| Classification | RESIDENTIAL |
| Land Value | $232,000.00 |
| Improvement | $581,900.00 |
| Total Value | $813,900.00 |
| Assessed Percent | 25 |
| Assessed Value | $203,475.00 |
| Total Base Tax | $6,690.26 |

| PAYMENT INFORMATION | |
|---|---|
| Previous Balance | $6,690.26 |
| Tax Paid Today | $6,690.26 |
| Interest Paid Today | $0.00 |
| PREPAYMENT | $0.00 |
| Total Fees | |
| Total Paid Today | $6,690.26 |

PAID IN FULL

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Direct | PENTAGON FEDERAL CREDIT UNION | $6,690.26 |

BALANCE DUE $0.00

CUT OR TEAR ALONG THIS LINE

**Erica S. Gilmore, Metropolitan Trustee**

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012

| ACCOUNT | BILL # |
|---|---|
| 131022Y00200CO | 2021-269352 |
| PROPERTY ADDRESS | |
| 1925 B WARFIELD DR | |

Total Current Amount Due: $0.00

Important: Return this portion with your payment. Use the address below for current payment only. Make check payable to:

☐ Address Change
☐ Credit Card Payment

AMOUNT REMITTED:

WALKER, CHARLES M. & SULEENA A
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012

120210026935200000000000000000000003

**Erica S. Gilmore**
Davidson County Metropolitan Trustee
P O Box 196358
Nashville, Tennessee 37219
615-862-6330

PRINTED DATE: **02/11/2025**
ACCOUNT: **131022Y00200CO**
BILL NO: **2020-268446**

# 2020 FINAL REAL PROPERTY TAX STATEMENT

**RETAIN THIS PORTION FOR YOUR RECORDS**

| Property Address | Classification | Ratio | Acres | Council District | Taxing Authority |
|---|---|---|---|---|---|
| 1925 B WARFIELD DR | RESIDENTIAL | 25 % | 0.00 | 25 | DAVIDSON COUNTY |

**Legal Description**

UNIT B HOMES AT 1925 WARFIELD

| | | |
|---|---|---|
| Assessed value | $ | 164,325.00 |
| Prorated | | No |
| Equalization Factor | | 0.0000 |
| Tax Rate | | 4.2210 |
| Base Tax | $ | 0.00 |
| Prior Payments | $ | 6,936.15 |
| Adjustments | $ | |

-------------- Payment Due --------------

| | | |
|---|---|---|
| Original Tax Due | $ | **6,936.15** |
| Payments & Adjustments | $ | **-6,936.15** |
| Interest Accrued | $ | **0.00** |
| **Total Current Balance Due** | $ | **0.00** |

OUR RECORDS INDICATE A MORTGAGE LIEN WITH:
**Wells Fargo Real Estate Tax Services**

| Your taxes are distributed as indicated: | GSD GENERAL FUND | GSD DEBT SERVICE | GSD SCHOOL DEBT SERVICE | GSD SCHOOLS GENERAL PURPOSE | USD DEBT SERVICE | USD FIRE PROTECTION | USD GENERAL FUND | |
|---|---|---|---|---|---|---|---|---|
| | $2,752.44 | $931.72 | $338.51 | $2,119.79 | $121.60 | $82.16 | $589.93 | $0.00 |

**PRIOR UNPAID TAXES**

| | | | | | |
|---|---|---|---|---|---|
| TAX YEAR | N/A | N/A | N/A | N/A | N/A |
| BASE AMOUNT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTEREST TO DATE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALANCE DUE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Pursuant to State Law (T.C.A. 67-5-2010) to any unpaid balance, interest of 1.5% shall be added on March 1, following the tax due date and on the first day of each succeeding month.

**Tax bills not paid in full accrue interest after Feb 28th, 2021**

*The Metropolitan Trustee accepts partial payment of taxes which have not been turned over to the Chancery Court for collection. The tax lien against the property will remain in effect until the balance of the property tax has been paid in full, pursuant to T.C.A. 67-5-2101 et seq.

---

MTG - Wells Fargo Real Estate Tax Services

PROPERTY ADDRESS: **1925 B WARFIELD DR**
ACCOUNT: **131022Y00200CO**
BILL NO: **2020-268446**
**Current Amount Due $ 0.00**

Printed Date: 02/11/2025

**ENTER AMOUNT PAID**

☐ Address Change

**PAY ONLINE AT: Nashville.gov/trustee**
**QUESTIONS: 615-862-6330**

**Important: Return this portion with your payment. Use the address shown below for current payment only**

**Make check or money order payable to:**

WALKER, CHARLES M. & SULEENA A.
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan T
Real Property
PO Box 305012
Nashville, TN






*Erica S. Gilmore, Metropolitan Trustee*
*Property Tax Payment*




**2020**

**THANK YOU FOR YOUR PAYMENT! PROPERTY TAX PAYMENT - MORTGAGE IMPORT #1903**

| ADDRESS INFORMATION | | | | |
|---|---|---|---|---|
| 1925 B WARFIELD DR<br>NASHVILLE | Account | 131022Y00200CO | Bill | 20-268446 |
| | Receipt | 4341585 | Date | Dec 09, 2020 |
| | Receipted By | MTGTAPEPAYMENT | | |
| | Received By | MAIL | | |

| APPRAISAL INFORMATION | |
|---|---|
| Classification | RESIDENTIAL |
| Land Value | $192,000.00 |
| Improvement | $465,300.00 |
| Total Value | $657,300.00 |
| Assessed Percent | 25 |
| Assessed Value | $164,325.00 |
| Total Base Tax | $6,936.15 |

| PAYMENT INFORMATION | |
|---|---|
| Previous Balance | $6,936.15 |
| Tax Paid Today | $6,936.15 |
| Interest Paid Today | $0.00 |
| PREPAYMENT | $0.00 |
| Total Fees | |
| Total Paid Today | $6,936.15 |

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Direct | Wells Fargo Real Estate Tax Ser | $6,936.15 |

PAID IN FULL

BALANCE DUE $0.00

CUT OR TEAR ALONG THIS LINE

WALKER, CHARLES M. & SULEENA A
1925-B WARFIELD DR
NASHVILLE, TN 37215

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012

**UNDER SEAL: This video has been filed with the federal courts Under Seal, to protect defendant Walker's privacy.**

**Online: This video is encrypted inside a password protected zip file.**

This video is evidence in a federal civil rights, public corruption, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

## CASE NO. 1:23-cv-01097

Lawsuit Filed on 10/23/2023

Evidence Title: 2025-02-18_sealed-walker-residence-public-records.zip

URL: https://rico.jefffenton.com/evidence/2025-02-18_sealed-walker-residence-public-records.zip

**No streaming version of this video is publicly available at this time.**

The defendants in this case will be named at the end of this video.






**DOCUMENTS REGARDING (CASE: 1:23-CV-01097):**

1. DECLARATION AND MOTION TO FILE UNDER SEAL REGARDING DEFENDANT WALKER'S CLAIMED PRIVACY CONCERNS RELATED TO HIS HOME ADDRESS (with Exhibits A through E)

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I mailed the foregoing or above-named papers to the United States District Court for the Western District of Michigan, at their address below, for filing in case number 1:23-cv-01097.

I further certify that on or before February 26, 2025, I am serving these same documents to the defendants or their counsel by first class or priority mail with postage prepaid at the addresses listed below. If for any reason beyond my control, I am unable to complete either on the date specified, I will do so on the very next business day.

U.S.D.C. WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI 48933-1514

RYAN D. COBB
UNITED STATES ATTORNEY'S OFFICE
330 IONIA AVE NW
GRAND RAPIDS MI 49503-2549





## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

All rights reserved.

Executed on February 24, 2025

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman




IRMLY TO SEAL

O SEAL

Retail



U.S. POSTAGE PAID
PM
LINDEN, MI 48451
FEB 25, 2025

48933

$17.57

RDC 03

S2324P501513-03

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FROM: 17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

delivery date specified for domestic use.

shipments include $100 of insurance (restrictions apply).*

cking® service included for domestic and many international destinations.

ternational insurance.**

d internationally, a customs declaration form is required.

s not cover certain items. For details regarding claims exclusions see the Manual at *http://pe.usps.com.*

onal Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

RATE ENVELOPE

■ ANY WEIGHT




To schedule free Package Picku
scan the QR code.

USDC WESTERN DISTRICT OF MICHIGAN