UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-01097-PLM-RSK |
| VIRGINIA LEE STORY, et al, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Dawn N. Williams hereby withdraws her appearance for Defendant Bank of America, N.A. in the above matter and requests removal from service of future filings in this case.

DYKEMA GOSSETT PLLC

Dated: June 25, 2025       By: */s/ Dawn N. Williams*
Dawn N. Williams (P72399)
*Attorneys for Defendant Bank of America, N.A.*
201 Townsend Street, Suite 900
Lansing, MI  48933
(616) 776-7518
dwilliams@dykema.com

## **CERTIFICATE OF SERVICE**

I certify that on June 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Dawn N. Williams*
Dawn N. Williams (P72399)
DYKEMA GOSSETT PLLC
*Attorneys for Defendant Bank of America, N.A.*

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, Michigan 48933