IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED - LN
January 9, 2026 12:11 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _____piw_____

JEFFREY RYAN FENTON,

PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

DEFENDANTS

APPEAL NO. 25-5592

TNMD CASE NO. 3:24-CV-01282[1]

TRANSFERRED FROM:
MIWD CASE NO. 1:23-CV-01097

## NOTICE OF PLAINTIFF/APPELLANT ADDRESS CHANGE, CONTACT INFORMATION UPDATE, AND WEBSITE MIGRATION

To the Clerks of the Courts for the 6TH-CIR, TNMD, and MIWD, along with all parties of record in both current and precipitating matters:

Please take notice that the mailing address, email address, and website address (primary domain name), for Jeffrey Ryan Fenton, Plaintiff/Appellant in the above-captioned matters, has changed.

My updated information is as follows:

> Jeffrey Ryan Fenton
> P.O. Box 400
> Linden, MI 48451-0400
>
> Phone: (615) 837-1300
> Email: notice@fentonvstory.com
> Suit Website: https://fentonvstory.com, https://rico.fentonvstory.com

---

[1] This lawsuit was originally filed on October 13, 2023, in the United States District Court for the Western District of Michigan (hereinafter "MIWD") as case no. 1:23-cv-01097. On October 25, 2024, MIWD transferred this lawsuit as ordered in ECF 127 to the United States District Court for the Middle District of Tennessee (hereinafter "TNMD") as case no. 3:24-cv-01282. The language used in the file stamps of each page filed is slightly different between the two courts. MIWD uses the term "ECF No." (which I abbreviate as "ECF"), while in place of that, TNMD uses the term "Document" (which I abbreviate as "DOC"). Both courts use the term "PageID" (which I abbreviate as "PID"). Citations to the court record in this lawsuit will be notated without the case name or number, using the starting DOC/ECF number, followed by both the beginning and ending PID. The Notice of Electronic Filing for this transfer is recorded in TNMD DOC 131, at which point the DOC/ECF number from MIWD was retained and continued, but the PID was reset after DOC 130, PID 5727, to restart at zero.

## DOMAIN NAME CHANGE & WEBSITE MIGRATION

I am currently in the process of changing the primary domain name for my website related to this lawsuit (jefffenton.com and rico.jefffenton.com), to move away from using my *personal name*, to use the *case name* instead, in short form (fentonvstory.com and rico.fentonvstory.com).

Redirects have already been created so that both domain naming syntaxes should currently work without issue; however, moving forward I am phasing out the use of jefffenton.com (and all related subdomains) in favor of using fentonvstory.com (and related subdomains).

## URL/LINK MIGRATION EXAMPLES

| OLD DOMAIN NAME URLS/LINKS | NEW DOMAIN NAME URLS/LINKS |
|---|---|
| https://jefffenton.com | https://fentonvstory.com |
| https://service.jefffenton.com | https://service.fentonvstory.com |
| https://jefffenton.com/digital-service-package-for-lawsuit/ | https://fentonvstory.com/digital-service-package-for-lawsuit/ |
| https://notices.jefffenton.com | https://notices.fentonvstory.com |
| https://jefffenton.com/defendant-notices | https://fentonvstory.com/defendant-notices |
| https://jefffenton.com/defendant-notices/fenton-filings-since-service/ | https://fentonvstory.com/defendant-notices/fenton-filings-since-service/ |
| https://claims.jefffenton.com | https://claims.fentonvstory.com |
| https://jefffenton.com/defendant-notices/claims-statuses/ | https://fentonvstory.com/defendant-notices/claims-statuses/ |
| https://rico.jefffenton.com/... | https://rico.fentonvstory.com/... |
| https://rico.jefffenton.com/1-23-cv-01097/... | https://rico.fentonvstory.com/1-23-cv-01097/... |
| https://rico.jefffenton.com/3-24-cv-01282/... | https://rico.fentonvstory.com/3-24-cv-01282/... |
| https://rico.jefffenton.com/25-5592/... | https://rico.fentonvstory.com/25-5592/... |

| OLD DOMAIN NAME URLS/LINKS | NEW DOMAIN NAME URLS/LINKS |
|---|---|
| https://rico.jefffenton.com/discovery/... | https://rico.fentonvstory.com/discovery/... |
| https://rico.jefffenton.com/evidence/... | https://rico.fentonvstory.com/evidence/... |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-declaration-of-disabilities.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-declaration-of-disabilities.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-digital-media-exhibits.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-digital-media-exhibits.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-document-index.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-document-index.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-deed-fraud-intro.mp4 | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-deed-fraud-intro.mp4 |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-video-declaration.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-video-declaration.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1.zip | https://rico.fentonvstory.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1.zip |
| https://rico.jefffenton/evidence/1-23-cv-01097_plaintiff-flash-drive-1-info.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1-info.pdf |

I've tried to structure this migration so that any interested party can simply replace "jefffenton.com" in any URL (link) I have provided or cited throughout this lawsuit; with "fentonvstory.com", and that link should continue to work correctly. If for any reason this does not work or fails to link to the document or resources expected, please notify me immediately at **notice@fentonvstory.com**, so that I can make any needed corrections.

Moving forward, I also plan to *email filing notices* and *communications* to the court and all parties using this new primary email address: "**notice@fentonvstory.com**", to help separate, distinguish, and preserve these communications apart from most of the email and spam I receive.

Please *white-list* this new address (notice@fentonvstory.com) in your email client or spam software, so that you will continue receiving important notices related to the claims in this lawsuit without disruption.

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 29, 2025

JEFFREY RYAN FENTON, PRO SE
P.O. Box 400
LINDEN, MI, 48451-0400
NOTICE@FENTONVSTORY.COM
HTTPS://FENTONVSTORY.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

*I'm a natural man, not a corporation or property. Please treat my case accordingly.*

